# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/25/2025

**Case Name:**    Matthew Guertin v. Tim Walz, et al
**Case Number:**  25-2476

**Docket Text:**
Civil case docketed. [5541334] [25-2476]

**The following document(s) are associated with this transaction:**
Document Description:  Notice of Appeal docket letter

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Matthew David Guertin: mattguertin@protonmail.com
Benjamin William Harringa: benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
Margaret Jacot: margaret.jacot@ag.state.mn.us