# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | **NOTICE OF APPEARANCE** |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I. APPEARANCE OF COUNSEL

Appellant Matthew David Guertin, appearing pro se, respectfully submits this Notice of Appearance pursuant to Federal Rule of Appellate Procedure 12(b), and Eighth Circuit Rule 46B.

UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: __Matthew Guertin__ vs. __Tim Walz, et al__

**The Clerk will enter my appearance as Counsel in Appeal No.** __25-2476__ for the following party(s): (please specify)

> MATTHEW DAVID GUERTIN, on behalf of himself,
> Pro Se

[✔] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](Manage my Account).**

Attorney Name: __Matthew D. Guertin__   s/: __/s/ Matthew D. Guertin__

Firm Name: ____

Business Address: __4385 Trenton Ln. N. #202__

City/State/Zip: __Plymouth, MN 55442__

Telephone Number (Area Code): __763-221-4540__

Email Address: __MattGuertin@ProtonMail.com__

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __7/28/2025__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

## II. CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All participants in the case who are registered CM/ECF users will be served by the appellate court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated:  July 28, 2025**　　　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　　　　 */s/ Matthew D. Guertin*

　　　　　　　　　　　　　　　　　　　　　Matthew David Guertin
　　　　　　　　　　　　　　　　　　　　　***Appellant Pro Se***
　　　　　　　　　　　　　　　　　　　　　4385 Trenton Ln. N 202
　　　　　　　　　　　　　　　　　　　　　Plymouth, MN  55442
　　　　　　　　　　　　　　　　　　　　　Telephone: 763-221-4540
　　　　　　　　　　　　　　　　　　　　　MattGuertin@protonmail.com
　　　　　　　　　　　　　　　　　　　　　www.MattGuertin.com