# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** <br> Governor of Minnesota; | |
| **KEITH ELLISON,** <br> Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** <br> a municipal entity; | |
| **MARY MORIARTY,** <br> Hennepin County Attorney; | |
| **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** <br> Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** <br> Private Defense Counsel; | **AFFIDAVIT OF SERVICE** |
| **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; | |
| **ALISHA NEHRING,** <br> MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** <br> Judge, 4th District; | |
| **WILLIAM H. KOCH,** <br> Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** <br> Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** <br> Judge, 4th District; | |
| **GEORGE F. BORER,** <br> Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
      Appellees.

I, Matthew David Guertin, being first duly sworn, hereby certify and declare as follows:

## I.  BACKGROUND AND PURPOSE OF USPS SERVICE

**1.** On July 25, 2025, this appeal was docketed in the Eighth Circuit as Case No. 25-2476, and electronic CM/ECF service was issued to the Minnesota Attorney

General's Office, specifically to Assistant Attorneys General Benjamin W. Harringa and Margaret E. Jacot, who are counsel for Appellees Walz, Ellison, and the State Defendants.

**2.** On Tuesday, July 29, 2025, multiple media outlets reported that the City of St. Paul experienced a major cyberattack, prompting the activation of the Minnesota National Guard and declaration of a state of emergency.

- City officials confirmed that suspicious activity was first detected on Friday, July 25, 2025—the same day this appeal was docketed and electronically served.

- Public statements indicated that city email, internal systems, and network applications were taken offline, and some staff were instructed to take leave due to the outages.

- The St. Paul Mayor described the incident as:

    ○ "A deliberate, coordinated, digital attack, carried out by a sophisticated external actor, intentionally and criminally targeting our city's information infrastructure."

**3.** Out of an abundance of caution—and to ensure that Appellees' counsel receive verified and timely service regardless of electronic disruptions—Appellant prepared and mailed full hard-copy packets of key appellate case documents via USPS Priority Mail Express with signature confirmation.

**4.** This Affidavit of Service is submitted to document physical service of these materials in light of the cyberattack and to supplement CM/ECF service, ensuring that no party can plausibly claim non-receipt of critical filings.

## II.   DOCUMENTS SERVED

On July 31, 2025, I printed two identical sets of the following eight (8) documents for service on the Minnesota Attorney General's Office:

1. **Pro Se Docketing Letter:**
   Dated 07/25/2025, ECF No. 5541334

2. **Pro Se Notice of Docket Activity:**
   Dated 07/25/2025, ECF No. 5541334

3. **Clerk Order (Eighth Circuit Local Rule 30A)**
   Dated 07/25/2025, ECF No. 5541384

4. **Notice of Appearance by Appellant (Pro Se)**
   Dated 07/29/2025, ECF No. 5542474

5. **Email Printout:** Notice of Appearance Filing Confirmation
   (07/29/2025, 12:18 PM)

6. **Email Printout:** Eighth Circuit Civil Case Docketed Notification
   (07/25/2025, 11:51 AM)

7. **Email Printout:** Eighth Circuit Pro Se Docketing Letter + NDA
   (07/25/2025, 11:51 AM)

8. **Full Case Docket Printout:**
   (D. Minn. 0:25-cv-02670-PAM) Printed from Courtlistener.com:
   https://www.courtlistener.com/docket/70633540/guertin-v-walz/

# III.   USPS MAILING DETAILS

**1.**   Both sets were sent via USPS Priority Mail Express with Signature Required to:

> Benjamin W. Harringa
> Assistant Attorney General
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134

> Margaret E. Jacot
> Assistant Attorney General
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101

**2.**   **USPS Tracking Numbers:**

[EJ778259653US](#)

- Delivered 08/01/2025, 10:27 AM (Signed by "A WEBER")

[EJ778259945US](#)

- Delivered 08/01/2025, 10:27 AM (Signed by "A WEBER")

**3.**   **Attached, and Included as Part of this Affidavit of Service is:**

**Exhibit A:**  USPS Tracking Page Printouts
- (Delivery Confirmations)

**Exhibit B:**  USPS Retail Receipt for 2 Express Mail Envelopes
- (07/31/2025, 5:03 PM)

**Exhibit C:**  High-resolution photographs of mailing labels, envelopes, and the enclosed document sets

## IV.  CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing is true and correct, and that service of the above-listed documents was completed via USPS Priority Mail Express with signature confirmation on the dates and to the recipients listed herein.

**Dated:  August 1, 2025**                              *Respectfully submitted,*

                                                          /s/ *Matthew D. Guertin*

                                                         Matthew David Guertin
                                                         ***Appellant Pro Se***
                                                         4385 Trenton Ln. N 202
                                                         Plymouth, MN  55442
                                                         Telephone: 763-221-4540
                                                         MattGuertin@protonmail.com
                                                         www.MattGuertin.com

# Exhibit A

# USPS Tracking®

FAQs >

**Tracking Number:**

**EJ778259653US**

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**SATURDAY**

**2** August 2025 ⓘ

by

**6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 10:27 am on August 1, 2025 in SAINT PAUL, MN 55101. The item was signed for by A WEBER.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SAINT PAUL, MN 55101
August 1, 2025, 10:27 am

**Out for Delivery**
SAINT PAUL, MN 55101
August 1, 2025, 6:34 am

**Arrived at Post Office**
SAINT PAUL, MN 55106
August 1, 2025, 6:23 am

**Departed Post Office**
MINNEAPOLIS, MN 55427
July 31, 2025, 5:47 pm

**USPS in possession of item**
MINNEAPOLIS, MN 55427
July 31, 2025, 5:01 pm

<span style="color:red">**Exhibit A | p. 1**</span>

Tracking Number:

Remove ✕

## EJ778259945US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**SATURDAY**

**2** August 2025 ⓘ

by **6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 10:27 am on August 1, 2025 in SAINT PAUL, MN 55101. The item was signed for by A WEBER.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
SAINT PAUL, MN 55101
August 1, 2025, 10:27 am

**Out for Delivery**
SAINT PAUL, MN 55101
August 1, 2025, 6:34 am

**Arrived at Post Office**
SAINT PAUL, MN 55106
August 1, 2025, 6:23 am

**Arrived at USPS Regional Facility**
SAINT PAUL MN DISTRIBUTION CENTER
July 31, 2025, 8:59 pm

**Departed Post Office**
MINNEAPOLIS, MN 55427
July 31, 2025, 5:47 pm

**USPS in possession of item**
MINNEAPOLIS, MN 55427
July 31, 2025, 5:00 pm

# Exhibit B



**UNITED STATES POSTAL SERVICE.**

GOLDEN VALLEY
7701 GOLDEN VALLEY RD
MINNEAPOLIS, MN 55427-9998
www.usps.com

07/31/2025                              05:03 PM
------------------------------------------------
                TRACKING NUMBERS
                 EJ778259945US
                 EJ778259653US
------------------------------------------------
        TRACK STATUS OF ITEMS WITH THIS CODE
                 (UP TO 25 ITEMS)



------------------------------------------------
           TRACK STATUS BY TEXT MESSAGE
       Send tracking number to 28777 (2USPS)
       Standard message and data rates may apply
------------------------------------------------
                TRACK STATUS ONLINE
         Visit https://www.usps.com/tracking
           Text and e-mail alerts available
------------------------------------------------
                 PURCHASE DETAILS
------------------------------------------------
Product              Qty     Unit         Price
                             Price
------------------------------------------------
PM Express            1                  $31.40
Flat Rate Env
   Saint Paul, MN 55101
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
   Sat 08/02/2025 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ778259945US
   Insurance                              $0.00
      Up to $100.00 included
Total                                    $31.40

PM Express            1                  $31.40
Flat Rate Env
   Saint Paul, MN 55101
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
   Sat 08/02/2025 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ778259653US
   Insurance                              $0.00
      Up to $100.00 included
Total                                    $31.40
------------------------------------------------
Grand Total:                             $62.80
------------------------------------------------
Cash                                     $80.00
Change                                  -$17.20
------------------------------------------------

              TO REPORT AN ISSUE
         Visit https://emailus.usps.com

      In a hurry? Self-service kiosks offer
       quick and easy check-out. Any Retail
            Associate can show you how.

             TO FILE AN INSURANCE CLAIM
    Visit https://www.usps.com/help/claims.htm
            If unable to file online, call
           1-800-332-0317 for a paper form

**Exhibit C**




Exhibit C | p. 1




Exhibit C | p. 2



FROM:
2442 Rhode Island Ave N
Golden Valley, MN 55427

TO:
Benjamin Harringa
Suite 600
445 Minnesota Street
Saint Paul, MN
5 5 1 0 1 - 2 1 3 4

EJ 778 259 653 US

Exhibit C | p. 3



FROM: 2442 Rhode Island Ave N.
Golden Valley, MN 55427

TO: Margaret Jacot
Suite 1100
445 Minnesota Street
Saint Paul, MN
55101

Exhibit C | p. 4