# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2476

Matthew David Guertin

Appellant

v.

Tim Walz, Governor of Minnesota - sued in his official capacity, et al.

Appellees

------

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-02670-PAM)

------

**ORDER**

Matthew David Guertin's Emergency Motion for Temporary Restraining Order and Preliminary and/or Permanent Injunctive Relief is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

August 05, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler