# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br>                      Appellant, <br>    v. <br><br> **TIM WALZ,** <br> Governor of Minnesota; <br><br> **KEITH ELLISON,** <br> Minnesota Attorney General; <br><br> **HENNEPIN COUNTY,** <br> a municipal entity; <br><br> **MARY MORIARTY,** <br> Hennepin County Attorney; <br><br> **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; <br><br> **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; <br><br> **KERRY W. MEYER,** <br> Chief Judge, 4th District; <br><br> **BRUCE M. RIVERS,** <br> Private Defense Counsel; <br><br> **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; <br><br> **ALISHA NEHRING,** <br> MN Department of Health Attorney; <br><br> **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; <br><br> **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; <br><br> **SARAH HUDLESTON,** <br> Judge, 4th District; <br><br> **WILLIAM H. KOCH,** <br> Judge, 4th District; <br><br> **JULIA DAYTON-KLEIN,** <br> Judge, 4th District; <br><br> **DANIELLE C. MERCURIO,** <br> Judge, 4th District; <br><br> **GEORGE F. BORER,** <br> Referee, 4th District; | Case No: 25-2476 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **MOTION TO CORRECT OR SUPPLEMENT THE RECORD** |

1

| | |
|---|---|
| **LEE CUELLAR,**<br>Judicial Clerk, 4th District;<br>**MAWERDI HAMID,**<br>Assistant Hennepin County Attorney;<br>**JACQUELINE PEREZ,**<br>Assistant Hennepin County Attorney;<br>**EMMETT M. DONNELLY,**<br>Hennepin County Public Defender;<br>**RAISSA CARPENTER,**<br>Hennepin County Public Defender;<br>**SHEREEN ASKALANI,**<br>Judge, 4th District;<br>**DR. JILL ROGSTAD,**<br>Senior Clinical Forensic Psychologist;<br>**DR. ADAM MILZ,**<br>Hennepin County Psychological Services;<br>**DR. KATHERYN CRANBROOK,**<br>Hennepin County Psychological Services;<br>**DR. KRISTEN A. OTTE,**<br>Hennepin County Psychological Services;<br>**MICHAEL K. BROWNE,**<br>Judge, 4th District;<br>**LISA K. JANZEN,**<br>Judge, 4th District;<br>**CAROLINA A. LAMAS,**<br>Judge, 4th District;<br>**JOHN DOES 1–50;**<br>**JANE DOES 1–50,**<br>              Appellees. | |

## I.   INTRODUCTION

Appellant respectfully moves this Court pursuant to **Fed. R. App. P. 10(e)** to direct the Clerk to correct or supplement the record in this appeal by uploading and making publicly available the "Originating Court Document" packet, which consists of the notice of appeal, docket entries, and dispositive orders from the originating case, Guertin v. Walz, No. 25-cv-2670 (D. Minn.).

## II.   PROCEDURAL BACKGROUND

**A.**   |   In Appellant's prior appeal, Guertin v. Hennepin County, Case No. 24-2662, the Eighth Circuit docket includes an entry dated August 16, 2024: "Originating court document filed consisting of notice of appeal, docket entries, Memo Opinion and Order (7/16/24)." This packet was made publicly available through PACER.

**B.**   |   In this appeal, Guertin v. Walz, Case No. 25-2476, the docket entry dated July 25, 2025 similarly reflects that "Originating court documents" were filed, including the notice of appeal (7/23/25), judgment (7/11/25), and orders (7/10/25, 7/22/25).

**C.**   |   However, unlike the 2024 appeal, <u>no PDF packet of the originating documents has been made available on PACER for this case</u>. As a result, neither the public nor Appellant can access the materials, despite their plain inclusion in the docket entry.

## III.   LEGAL STANDARD

**A.**   |   Under **Fed. R. App. P. 10(a)**, the record on appeal includes "(1) the original papers and exhibits filed in the district court; (2) the transcript of proceedings, if any; and (3) a certified copy of the docket entries prepared by the district clerk."

**B.**   |   Under **Fed. R. App. P. 10(e)(2)**, if "anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded."

## IV.   ARGUMENT

**A.   |** The omission of the originating court document packet from PACER constitutes an "error or accident" within the meaning of **FRAP 10(e)**.

**B.   |** The Eighth Circuit has established a clear practice of making these packets available, as evidenced by Appellant's prior appeal in Case No. 24-2662.

**C.   |** Transparency requires consistency: the originating record should be available in this case just as it was in 2024, particularly given the public importance of this litigation.

## V.   RELIEF REQUESTED

Appellant respectfully requests that this Court direct the Clerk of Court to:

**1.** Upload and docket the originating court document packet for Case No. 25-2476 in the same manner as in Case No. 24-2662, and

**2.** Make the packet publicly accessible via PACER. *See* **8th Cir. R. 27A(a)(6)** (*clerk may act on motions for supplementation of the record*).

**Dated:  August 22, 2025**                    *Respectfully submitted,*

   */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VI.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION TO CORRECT OR SUPPLEMENT THE RECORD contains 401 words, excluding the parts of the motion exempted by **Fed. R. App. P. 32(f)**. This document complies with the typeface requirements of **Fed. R. App. P. 32(a)(5)** and the typestyle requirements of **Fed. R. App. P. 32(a)(6)** because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  August 22, 2025**               *Respectfully submitted,*

                                          */s/ Matthew D. Guertin*

                                          Matthew David Guertin
                                          *Appellant Pro Se*
                                          4385 Trenton Ln. N 202
                                          Plymouth, MN  55442
                                          Telephone: 763-221-4540
                                          MattGuertin@protonmail.com
                                          www.MattGuertin.com

# VII.   CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  August 22, 2025**                                *Respectfully submitted,*

                                                           */s/ Matthew D. Guertin*

                                                           Matthew David Guertin
                                                           ***Appellant Pro Se***
                                                           4385 Trenton Ln. N 202
                                                           Plymouth, MN  55442
                                                           Telephone: 763-221-4540
                                                           MattGuertin@protonmail.com
                                                           www.MattGuertin.com