# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2476

Matthew David Guertin

Appellant

v.

Tim Walz, Governor of Minnesota - sued in his official capacity, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-02670-PAM)

---

## ORDER

Appellant's motion to correct or supplement the record is denied as moot.  The originating court document packet has been made available on this court's docket.

August 25, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler