## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **In re:**<br>**MATTHEW D. GUERTIN,**<br>*Petitioner.* | Case No. 25-2476<br><br>**PETITION FOR WRIT**<br>**OF MANDAMUS** |

## I.   INTRODUCTION

Petitioner, Matthew David Guertin, respectfully petitions this Court for a writ of mandamus under Fed. R. App. P. 21 and the All Writs Act, 28 U.S.C. § 1651, to compel the Clerk of this Court to issue the briefing schedule required by Fed. R. App. P. 31(a)(1) and Eighth Circuit Local Rule 11A.

This appeal has been docketed for more than six weeks. The record on appeal was compiled on August 22, 2025, yet no briefing schedule has issued. Issuance of a briefing schedule after record transmission is a nondiscretionary ministerial act. The Court's own rules require it. Mandamus is therefore warranted.

## II.   FACTUAL BACKGROUND

**1.** This appeal was docketed in the Eighth Circuit on July 25, 2025. *See App. B.* At that point, under Fed. R. App. P. 11(a) and 8th Cir. R. 11A, the district docket entries were to be transmitted promptly to this Court to constitute the record on appeal.

**2.** Nearly a month passed with no transmission of the docket and no progress toward briefing.

**3.** On August 22, 2025, at 12:06 PM CDT, Petitioner filed in this Court a Motion to Supplement/Correct the Record. *See App. B.*

**4.**     Less than two hours later, at 1:58 PM CDT, the Record of Appealed Docket PDF was created, as confirmed by its embedded metadata. That file was finalized by 3:25 PM CDT the same day. *See App. A.*

**5.**     Each page of the appealed docket bears the footer "August 22 2025," confirming the date of compilation. *See App. A.*

**6.**     On August 25, 2025, the Clerk entered an order denying Petitioner's motion as "moot," stating that the docket packet had been made available. *See App. B.* In fact, the docket packet exists only because Petitioner filed his motion.

**7.**     Despite the record being compiled on August 22, no briefing schedule has issued from this Court as of September 5, 2025—42 days after docketing of the appeal.

**8.**     For comparison, in <u>*People of State of California v. 23andMe Holding Co.*</u>, No. 25-2361, the appeal was docketed and a briefing schedule issued the same day, July 10, 2025. *See App. C.* Likewise, in <u>*Express Scripts, Inc. v. Richmond*</u>, No. 25-2529, the appeal was docketed and a briefing schedule issued the same day, August 5, 2025. *See App. D.*

**9.**     Petitioner has complied with every procedural requirement. Yet it has been the pro se Petitioner, not the court, who has had to force compliance with the rules. It should not require a pro se litigant's motion to compel the Court itself to follow its own governing rules.

### III.   LEGAL STANDARD

Mandamus is appropriate where (1) the Petitioner has no other adequate means to obtain relief, and (2) the right to the writ is clear and indisputable. <u>*Cheney v. U.S. Dist. Court*</u>, 542 U.S. 367, 380–81 (2004).

This Court has recognized mandamus may compel performance of ministerial duties. *In re Lane*, 801 F.2d 1040, 1042 (8th Cir. 1986).

Issuing a briefing schedule once the record is filed is such a duty. Neither Fed. R. App. P. 31 nor Local Rule 11A grants discretion to withhold a schedule after record compilation.

## IV.  ARGUMENT

### 1.    The Record Was Filed on August 22, 2025

The Record of Appealed Docket bears the footer "August 22 2025" and metadata confirming its creation on that date. *See App. A.*

### 2.    Petitioner's Motion Prompted the Filing

The docket packet was created less than two hours after Petitioner's August 22 motion. The Clerk's subsequent "moot" order (*App. B*) is belied by the record's metadata.

### 3.    No Briefing Schedule Has Been Issued

More than forty days have now passed since docketing, and two weeks since record compilation. Yet this Court has failed to perform the nondiscretionary act of issuing a briefing schedule.

### 4.    Other Appeals Received Immediate Schedules

Appendix C and D show this Court issuing briefing schedules on the same day as docketing in other cases. The absence of a schedule here is not consistent with ordinary practice.

### 5.    Mandamus Is the Only Remedy

Petitioner has no other adequate means of relief. Without mandamus, this appeal remains indefinitely stalled.

## V.   RELIEF REQUESTED

For the foregoing reasons, Petitioner respectfully requests that this Court issue a writ of mandamus:

**1.**　Compelling the Clerk of this Court to issue the standard briefing schedule forthwith in appeal No. 25-2476; or

**2.**　Alternatively, entering an order confirming that the record was filed on August 22, 2025, and directing that briefing deadlines run accordingly under Fed. R. App. P.  31(a)(1)

## VI.   APPENDIX

**Appendix A:**

- Modified first page of the Record of Appealed Docket (Case No. 25-2476), showing embedded metadata confirming creation on August 22, 2025 at 1:58 PM CDT, and enlarged footer date "August 22 2025."

**Appendix B:**

- PACER docket printout for Case No. 25-2476 (*Guertin v. Walz, et al.*), reflecting Petitioner's Motion to Supplement/Correct the Record filed August 22, 2025, and the Clerk's August 25, 2025 order denying the motion as "moot."

**Appendix C:**

- Docket and briefing schedule from *People of State of California v. 23andMe Holding Co.*, Case No. 25-2361 (8th Cir.), showing appeal docketed on July 10, 2025, and briefing schedule issued the same day.

**Appendix D:**

○ Docket and briefing schedule from *Express Scripts, Inc. v. Rodney Richmond*, Case No. 25-2529 (8th Cir.), showing appeal docketed on August 5, 2025, and briefing schedule issued the same day.

**Dated:  September 5, 2025**                   *Respectfully submitted,*

                                                 */s/ Matthew D. Guertin*

                                                Matthew David Guertin
                                                ***Petitioner Pro Se***
                                                4385 Trenton Ln. N 202
                                                Plymouth, MN  55442
                                                Telephone: 763-221-4540
                                                MattGuertin@protonmail.com
                                                www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this PETITION FOR WRIT OF MANDAMUS contains 896 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  September 5, 2025**

*Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
***Petitioner Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VIII.  CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

Benjamin W. Harringa
*Assistant Attorney General*
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2134
benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

Margaret E. Jacot
*Assistant Attorney General*
Suite 1100
445 Minnesota Street
Saint Paul, MN 55101
margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

In addition, pursuant to Fed. R. App. P. 21(a)(1), I further certify that on September 5, 2025, I caused a true and correct copy of the foregoing Petition for Writ of Mandamus, with Appendices A–D, to be served via United States Postal Service First-Class Mail upon:

Honorable Paul A. Magnuson

Senior United States District Judge

District of Minnesota

316 North Robert Street

St. Paul, MN 55101

**Dated:  September 5, 2025**

*Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
*Petitioner Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

# Appendix A

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: <u>0:25−cv−02670−PAM−DLM</u>
### *Internal Use Only*

Guertin v. Walz et al

Assigned to: Judge Paul A. Magnuson

Referred to: Magistrate Judge Douglas L. Micko

Case in other court:  USCA 8th Circuit, 25−02476

Cause: 42:1983 Civil Rights Act

Date Filed: 06/25/2025

Date Terminated: 07/10/2025

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

| | |
|---|---|
| **<u>Plaintiff</u>**<br>**Matthew D. Guertin** | represented by **Matthew D. Guertin**<br>4385 Trenton Ln N.<br>202<br>Plymouth, MN 55442<br>763−221−4540<br>PRO SE |
| V. | |
| **<u>Defendant</u>**<br>**Tim Walz**<br>*Governor of Minnesota − sued in his*<br>*official capacity* | represented by **Benjamin Harringa**<br>Attorney General's Office<br>MN<br>445 Minnesota St<br>Suite 1100<br>Saint Paul, MN 55101 |

```
   File Name: RECORD−OF−APPEALED−DOCKET.pdf
   File Size: 642 KiB
   File Type: PDF
 PDF Version: 1.7
 Create Date: 2025:08:22 13:58:09−05:00
 Modify Date: 2025:08:22 15:25:31−05:00
  XMP Toolkit: Adobe XMP Core 9.1−c001 79.675d0f7, 2023/06/11−
               19:21:16
Metadata Date: 2025:08:22 15:25:31−05:00
    Producer: iText® Core 7.2.3 (production version) ©2000−2022
              iText Group NV, Administrative Office of the
              United States Courts; modified using iText® Core
              7.2.3(production version) ©2000−2022 iText Group
              NV, Administrative Office of the United States Courts
 Document ID: uuid:62e0397b−5423−409f−a580−f1b66e874a51
 Instance ID: uuid:f44ec427−b1db−4d16−ab2d−d365ec047bee
   Page Mode: UseOutlines
  Page Count: 40
```

# Appendix B

| | |
|---|---|
| **Court of Appeals Docket #:** 25-2476 | **Docketed:** 07/25/2025 |

**Nature of Suit:** 3440 Other Civil Rights
Matthew Guertin v. Tim Walz, et al
**Appeal From:** U.S. District Court for the District of Minnesota
**Fee Status:** paid - cs

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)** null

**Originating Court Information:**
  **District:** 0864-0 : 0:25-cv-02670-PAM
  **Trial Judge:** Paul A. Magnuson, U.S. District Judge
  **Magistrate:** Douglas L. Micko, US Magistrate Judge
  **Date Filed:** 06/25/2025

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 07/11/2025 | 07/23/2025 | 07/24/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| Matthew David Guertin<br>     Plaintiff - Appellant | Matthew David Guertin<br>Direct: 763-221-4540<br>[NTC Pro Se]<br>202<br>4385 Trenton Lane, N.<br>Plymouth, MN 55442 |
| v. | |
| Tim Walz, Governor of Minnesota - sued in his official capacity<br>     Defendant - Appellee | Benjamin William Harringa, Assistant Attorney General<br>Direct: 651-583-6731<br>[NTC Asst. Atty General]<br>ATTORNEY GENERAL'S OFFICE<br>Suite 600<br>445 Minnesota Street<br>Saint Paul, MN 55101-2125<br><br>Margaret Jacot<br>Direct: 651-300-7629<br>[NTC Asst. Atty General]<br>ATTORNEY GENERAL'S OFFICE<br>Suite 600<br>445 Minnesota Street<br>Saint Paul, MN 55101 |
| Keith M. Ellison, Attorney General of MInnesota - sued in his official capacity<br>     Defendant - Appellee | Benjamin William Harringa, Assistant Attorney General<br>Direct: 651-583-6731<br>[NTC Asst. Atty General]<br>(see above)<br><br>Margaret Jacot<br>Direct: 651-300-7629<br>[NTC Asst. Atty General]<br>(see above) |
| Hennepin County, a municipal entity<br>     Defendant - Appellee | |

<span style="color:red">**Appendix B | p. 1**</span>

| | | |
|---|---|---|
| 07/25/2025 | ☐ ▤<br>5 pg, 289.84 KB | Civil case docketed. [5541334] [25-2476] (ASL) [Entered: 07/25/2025 11:13 AM] |
| 07/25/2025 | ☐ ▤<br>40 pg, 641.67 KB | Originating court document filed consisting of notice of appeal filed 7/23/2025, Order filed 7/10/2025, Judgment filed 7/11/2025, Order filed 7/22/2025, and docket entries, [5541379] [25-2476] (ASL) [Entered: 07/25/2025 11:58 AM] |
| 07/25/2025 | ☐ ▤<br>1 pg, 81 KB | CLERK ORDER: If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, administrative records and state court files. These documents should be submitted within 10 days. [5541384] [25-2476] (ASL) [Entered: 07/25/2025 12:01 PM] |
| 07/29/2025 | ☐ ▤<br>4 pg, 117.4 KB | APPEARANCE filed by Matthew D. Guertin (pro se) for Appellant Matthew David Guertin w/service 07/29/2025 [5542474] [25-2476] (MDG) [Entered: 07/29/2025 12:18 PM] |
| 08/01/2025 | ☐ ▤<br>16 pg, 10.92 MB | CORRECTED/INITIAL certificate of service for form, Doc No. [5541334-2], clerk order, Doc No. [5541384-2], clerk order, Doc No. [5541384-3], Appearance, Doc No. [5542474-2], filed by Appellant Matthew David Guertin [5543916] [25-2476] (MDG) [Entered: 08/01/2025 12:42 PM] |
| 08/05/2025 | ☐ ▤<br>432 pg, 23.58 MB | MOTION EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND/OR PERMANENT INJUNCTIVE RELIEF, filed by Party Matthew David Guertin w/service 08/05/2025. [5544884] [25-2476] (MDG) [Entered: 08/05/2025 01:28 PM] |
| 08/05/2025 | ☐ ▤<br>1 pg, 78.71 KB | CLERK ORDER: Appellant's Emergency Motion for Temporary Restraining Order and Preliminary and/or Permanent Injunctive Relief filed by Appellant Matthew David Guertin in 25-2476, [5544884-2] is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits. - FOR CAL [5544944] [25-2476] (ASL) [Entered: 08/05/2025 02:32 PM] |
| 08/22/2025 | ☐ ▤<br>9 pg, 97.17 KB | MOTION to supplement the record., filed by Party Matthew David Guertin w/service 08/22/2025. [5550508] [25-2476] (MDG) [Entered: 08/22/2025 12:06 PM] |
| 08/25/2025 | ☐ ▤<br>1 pg, 77.95 KB | CLERK ORDER: Denying [5550508-2] as moot Appellant's motion to supplement record filed by Appellant Matthew David Guertin. [5550769] [25-2476] (ASL) [Entered: 08/25/2025 09:59 AM] |

# Appendix C

| | |
|---|---|
| **Court of Appeals Docket #:** 25-2361 | **Docketed:** 07/10/2025 |
| People of State of California v. 23andMe Holding Co. | **Termed:** 08/19/2025 |
| **Appeal From:** U.S. District Court for the Eastern District of Missouri - St. Louis | |
| **Fee Status:** paid - cs | |

**Case Type Information:**
  **1)** Bankruptcy
  **2)** District Court
  **3)** null

**Originating Court Information:**
  **District:** 0865-4 : 4:25-cv-00999-MTS
  **Orig BKPTCY Judge:** Brian C. Walsh, U.S. Bankruptcy Judge
  **Court Reporter:** Pamela Harrison, Court Reporter
  **Trial Judge:** Matthew T. Schelp, U.S. District Judge
  **Date Filed:** 07/07/2025

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 07/10/2025 | 07/10/2025 | 07/10/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

In re: 23andMe Holding Co.
        Debtor

------------------------------

| | |
|---|---|
| The People of the State of California<br>      Appellant | Bernard Ardavan Eskandari<br>Direct: 213-269-6348<br>[NTC Asst. Atty General]<br>ATTORNEY GENERAL'S OFFICE<br>Suite 1702<br>300 S. Spring Street<br>Los Angeles, CA 90013<br><br>Daniel M.B. Nadal<br>Direct: 619-738-9740<br>[NTC Asst. Atty General]<br>ATTORNEY GENERAL'S OFFICE<br>Suite 1800<br>600 W. Broadway<br>San Diego, CA 92101 |
| v. | |
| 23andMe Holding Co., doing business as VG Acquisition Corp.<br>      Appellee | Paul M. Basta<br>[NTC Retained]<br>PAUL & WEISS<br>Firm: 212-373-3000<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>William A. Clareman<br>[NTC Retained]<br>PAUL & WEISS<br>Firm: 212-373-3000<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Jackson J. Gilkey<br>Direct: 314-854-8702<br>[NTC Retained] |

| Date | | Description |
|------|------|-------------|
| 07/10/2025 | 4 pg, 202.81 KB | Bankruptcy Case Docketed.[5536000] [25-2361] (EDG) [Entered: 07/10/2025 06:21 PM] |
| 07/10/2025 | 18 pg, 834.64 KB | Originating court document filed consisting of notice of appeal, docket entries, and Order of 7/10/25. [5536001] [25-2361] (EDG) [Entered: 07/10/2025 06:34 PM] |
| 07/10/2025 | 2 pg, 99.76 KB | BRIEFING SCHEDULE SET AS FOLLOWS:<br>Transcript due on or before 08/19/2025. Appendix due 08/29/2025. BRIEF APPELLANT, The People of the State of California due 08/29/2025<br>Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.<br>[5536002] [25-2361] (EDG) [Entered: 07/10/2025 06:36 PM] |
| 07/11/2025 | 9 pg, 88.16 KB | MOTION interested party, TTAM Research Institute , for leave to intervene on behalf of TTAM Research Institute. w/service 07/11/2025. [5536219] [25-2361] (BAS) [Entered: 07/11/2025 12:53 PM] |
| 07/11/2025 | 1245 pg, 22.84 MB | EMERGENCY MOTION for stay, filed by Attorney Daniel M. Nadal for Appellant The People of the State of California w/service 07/11/2025. [5536222] [25-2361]--[Edited to add the word "EMERGENCY" 07/11/2025 by AMT] (DMN) [Entered: 07/11/2025 12:56 PM] |
| 07/11/2025 | 77 pg, 20.51 MB | RESPONSE in opposition to motion for stay [5536222-2] filed by Attorney Jeffrey J. Recher for Appellee 23andMe Holding Co. , w/service 07/11/2025. [5536290] [25-2361] (JJR) [Entered: 07/11/2025 02:29 PM] |
| 07/11/2025 | 14 pg, 91.37 KB | RESPONSE in opposition to motion for stay [5536222-2] filed by Attorney Barbara A. Smith for Interested Party TTAM Research Institute , w/service 07/11/2025. [5536314] [25-2361] (AMT) [Entered: 07/11/2025 03:01 PM] |
| 07/11/2025 | 1 pg, 48.3 KB | APPEARANCE filed by Barbara Smith for Interested Party TTAM Research Institute w/service 07/11/2025 [5536319] [25-2361] (BAS) [Entered: 07/11/2025 03:10 PM] |
| 07/11/2025 | 1 pg, 44.85 KB | APPEARANCE filed by David Unseth for Interested Party TTAM Research Institute w/service 07/11/2025 [5536330] [25-2361] (DMU) [Entered: 07/11/2025 03:22 PM] |
| 07/11/2025 | 1 pg, 51.89 KB | APPEARANCE filed by Daniel M.B. Nadal for Appellant The People of the State of California w/service 07/11/2025 [5536333] [25-2361] (DMN) [Entered: 07/11/2025 03:25 PM] |
| 07/11/2025 | 3 pg, 60.02 KB | CORPORATE disclosure statement filed by Interested Party TTAM Research Institute. - FOR CAL [5536339] [25-2361] (BAS) [Entered: 07/11/2025 03:31 PM] |
| 07/11/2025 | 1 pg, 63.15 KB | APPEARANCE filed by Katie Spewak for Interested Party TTAM Research Institute w/service 07/11/2025 [5536340] [25-2361] (KES) [Entered: 07/11/2025 03:32 PM] |
| 07/11/2025 | 1 pg, 75.98 KB | APPEARANCE filed by Kannon K. Shanmugam for Appellee 23andMe Holding Co. w/service 07/11/2025 [5536397] [25-2361] (KKS) [Entered: 07/11/2025 04:53 PM] |
| 07/11/2025 | 2 pg, 100.01 KB | CONSOLIDATED BRIEFING SCHEDULE SET AS FOLLOWS:<br>Transcript due on or before 08/20/2025. Appendix due 09/02/2025. BRIEF APPELLANT, The People of the State of California, Lisa A. Berkley, Arthur L. Caplan, Alexander M. Capron, Robert Cook-Deegan, Andrea Downing, Elizabeth Dreicer, Nanette Elster, Linda MacDonald Glenn, Camille Nebeker, Kayte Spector-Bagdady and Paul Root Wolpe due 09/02/2025<br>Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.<br>[5536401] [25-2361, 25-2370] (RDB) [Entered: 07/11/2025 04:59 PM] |
| 07/11/2025 | 1 pg, 263.61 KB | APPEARANCE filed by Bernard Ardavan Eskandari for Appellant The People of the State of California w/ service 07/11/2025 [5536417] [25-2361] (BAE) [Entered: 07/11/2025 07:46 PM] |
| 07/11/2025 | 2 pg, 79.79 KB | JUDGE ORDER: The motion for leave to intervene is granted, and TTAM Research Institute has been added to case No. 25-2361 as an intervenor [5536219-2]. The emergency motions for stay filed in Nos. 25-2361 and 25-2370 are denied. [5536222-2] and [5536414-2] Adp July 2025 [5536420] [25-2361, 25-2370] (AMT) [Entered: 07/11/2025 08:16 PM] |
| 07/13/2025 | 6 pg, 154.24 KB | EMERGENCY MOTION for reconsideration of judge order, [5536420-2], filed by Attorney Martin John Buckley for Appellants Lisa A. Berkley, Arthur L. Caplan, Alexander M. Capron, Robert Cook-Deegan, Andrea Downing, Elizabeth Dreicer, Nanette Elster, Linda MacDonald Glenn, Camille Nebeker, Kayte Spector-Bagdady and Paul Root Wolpe in 25-2370 w/service 07/13/2025. [5536430] [25-2370, 25-2361] --[Edited 07/14/2025 by DNS to add the word "EMERGENCY"] (MJB) [Entered: 07/13/2025 10:40 PM] |
| 07/14/2025 | 8 pg, 288.17 KB | RESPONSE in opposition to motion for reconsideration [5536430-2] filed by Attorney Jeffrey J. Recher for Appellee 23andMe Holding Co. in 25-2361, 25-2370 , w/service 07/14/2025. [5536500] [25-2361, 25-2370] (JJR) [Entered: 07/14/2025 09:12 AM] |
| 07/17/2025 | 2 pg, 77.37 KB | JUDGE ORDER: Denying [5536430-2] motion for reconsideration filed by Martin John Buckley. Adp July 2025 [5538440] [25-2361, 25-2370] (DNS) [Entered: 07/17/2025 02:21 PM] |

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.      25-2529   Express Scripts, Inc., et al v. Rodney Richmond, et al

Date:               August 05, 2025

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**APPEAL BRIEFING SCHEDULE**
**FILING DATES:**

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . **14 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/15/2025**
   **( Valarie Flora )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/24/2025**
   **( Arkansas State Board of Pharmacy, et al. )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/24/2025**
   **( Arkansas State Board of Pharmacy, et al. )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                              **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues**
                                              **the Notice of Docket Activity filing the brief.**


**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**

# Appendix D

| | |
|---|---|
| **Court of Appeals Docket #:** 25-2529 | **Docketed:** 08/04/2025 |

**Nature of Suit:** 3950 Constitutionality of State Statutes
Express Scripts, Inc., et al v. Rodney Richmond, et al
**Appeal From:** U.S. District Court for the Eastern District of Arkansas - Central
**Fee Status:** paid - cs

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)** null

**Originating Court Information:**
  **District:** 0860-4 : [4:25-cv-00520-BSM](#)
  **Court Reporter:** Valarie Flora, Court Reporter
  **Trial Judge:** Brian S. Miller, U.S. District Judge
  **Date Filed:** 05/29/2025

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 07/28/2025 | 07/31/2025 | 07/31/2025 |

  **District:** 0860-4 : [4:25-cv-00524-BSM](#)
  **Trial Judge:** Brian S. Miller, U.S. District Judge
  **Date Filed:** 05/29/2025

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 07/28/2025 | 07/31/2025 | 08/01/2025 |

  **District:** 0860-4 : [4:25-cv-00561-BSM](#)
  **Trial Judge:** Brian S. Miller, U.S. District Judge
  **Date Filed:** 06/09/2025

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 07/28/2025 | 07/31/2025 | 08/01/2025 |

  **District:** 0860-4 : [4:25-cv-00598-BSM](#)
  **Trial Judge:** Brian S. Miller, U.S. District Judge
  **Date Filed:** 06/16/2025

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 07/28/2025 | 07/31/2025 | 08/04/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| Express Scripts, Inc.<br>        Plaintiff - Appellee | Bart W. Calhoun, AT<br>Direct: 501-954-8000<br>[NTC Retained]<br>MCDANIEL & WOLFF<br>1307 W. Fourth Street<br>Little Rock, AR 72201<br><br>Kevin Matthew Lamb<br>Direct: 202-663-6249<br>[NTC Retained]<br>WILMER & CUTLER<br>Firm: 202-663-6000<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br><br>Lauren McCauley<br>Direct: 501-854-9000<br>[NTC Retained]<br>MCDANIEL & WOLFF<br>1307 W. Fourth Street<br>Little Rock, AR 72201<br><br>Joseph M. Meyer |

| | | |
|---|---|---|
| 08/05/2025 | ☐ ▤ 6 pg, 213.21 KB | Civil case docketed. [5544615] [25-2529] (CMH) [Entered: 08/05/2025 09:40 AM] |
| 08/05/2025 | ☐ ▤ 233 pg, 6.85 MB | Originating court document filed consisting of notice of appeal, docket entries, Order 07/28/2025 and Order 08/04/2025. [5544676] [25-2529] (CMH) [Entered: 08/05/2025 10:30 AM] |
| 08/05/2025 | ☐ ▤ 2 pg, 99.76 KB | BRIEFING SCHEDULE SET AS FOLLOWS:<br>Transcript due on or before 09/15/2025. Appendix due 09/24/2025. BRIEF APPELLANT, Arkansas State Board of Pharmacy, Clint Boone, Beth Ann Davenport, Lyn Fruchey, Brian Jolly, John C. Kirtley, Debbie Mack, Lenora Newsome, Rodney Richmond and Harold H. Simpson II due 09/24/2025<br>Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.<br>[5544688] [25-2529] (CMH) [Entered: 08/05/2025 10:38 AM] |
| 08/05/2025 | ☐ ▤ 1 pg, 33.46 KB | APPEARANCE filed by Kevin Lamb for Appellees Express Scripts, Inc., Express Scripts Pharmacy, Inc., Accredo Health Group, Inc., ESI Mail Pharmacy Service, Inc., Village Fertility Pharmacy, Lynnfield Compounding Center, Inc. and Lynnfield Drug, Inc. w/service 08/05/2025 [5544959] [25-2529] (KML) [Entered: 08/05/2025 02:51 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 33.48 KB | APPEARANCE filed by Daniel S. Volchok for Appellees Accredo Health Group, Inc., Express Scripts Pharmacy, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Lynnfield Compounding Center, Inc., Lynnfield Drug, Inc. and Village Fertility Pharmacy w/service 08/05/2025 [5544965] [25-2529] (DSV) [Entered: 08/05/2025 02:55 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 274.47 KB | APPEARANCE filed by Asher Steinberg for Appellants Arkansas State Board of Pharmacy, Clint Boone, Beth Ann Davenport, Lyn Fruchey, Brian Jolly, John C. Kirtley, Debbie Mack, Lenora Newsome, Rodney Richmond and Harold H. Simpson, II w/service 08/05/2025 [5545006] [25-2529] (AHP) [Entered: 08/05/2025 03:23 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 46.34 KB | APPEARANCE filed by Jeffrey B. Wall for Appellees Caremark Arizona Mail Pharmacy, LLC, Caremark Arizona Specialty Pharmacy, LLC, Caremark Florida Mail Pharmacy, LLC, Caremark Florida Specialty Pharmacy, LLC, Caremark Illinois Specialty Pharmacy, LLC, Caremark Kansas Specialty Pharmacy, LLC, Caremark Massachusetts Specialty Pharmacy, LLC, Caremark Michigan Specialty Pharmacy, LLC, Caremark New Jersey Specialty Pharmacy, LLC, Caremark North Carolina Specialty Pharmacy, LLC, Caremark Rx, LLC, Caremark Tennessee Specialty Pharmacy, LLC, Advanced Care Scripts, Inc., CVS Pharmacy, Inc., Arkansas CVS Pharmacy, CP Acquisition, LLC, AMC-Tennessee, LLC, Caremark Texas Mail Pharmacy, LLC, Caremark, LLC, CaremarkPCS Pennsylvania Specialty Pharmacy, LLC, Central Rx Services, LLC, Coram Alternate Site Services, Inc., CVS Caremark Advanced Technology Pharmacy, LLC, Coventry Health and Life Insurance Company, Coventry Health Care of Kansas, Coventry Health Care of Missouri, Inc., CVS RX Services, LLC, JHC Acquisition, LLC, Pharmacy Consultants, LLC, ProCare Pharmacy Direct, LLC, ProCare Pharmacy, LLC, SilverScript Insurance Company, NCS Healthcare of Kentucky, LLC, Express Pharmacy Services of PA, LLC, Holiday CVS, LLC and I.G.G. of America, LLC w/service 08/05/2025 [5545059] [25-2529] (JBW) [Entered: 08/05/2025 04:09 PM] |
| 08/05/2025 | ☐ | APPEARANCE filed by Scott P. Richardson for Appellees Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Accredo Health Group, Inc., Lynnfield Drug, Inc., Lynnfield Compounding Center, Inc. and Village Fertility Pharmacy w/service 08/05/2025 [5545064] [25-2529] (SPR) [Entered: 08/05/2025 04:14 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 134.08 KB | APPEARANCE filed by Allyson N. Ho for Appellees divvyMED, LLC, Genoa Healthcare, LLC, Optum Frontier Therapies II, LLC, Optum Frontier Therapies, LLC, Optum Infusion Services 305, LLC, Optum Infusion Services 550, LLC, Optum Infusion Services 553, LLC, Optum Pharmacy 700, LLC, Optum Pharmacy 701, LLC, Optum Pharmacy 702, LLC, Optum Pharmacy 704, Inc., Optum Pharmacy 705, LLC, Optum Pharmacy 801, Inc., Optum, Inc. and OptumRx, Inc. w/service 08/05/2025 [5545082] [25-2529] (ANH) [Entered: 08/05/2025 04:40 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 134.34 KB | APPEARANCE filed by Matthew S. Rozen for Appellees divvyMED, LLC, Genoa Healthcare, LLC, Optum Frontier Therapies II, LLC, Optum Frontier Therapies, LLC, Optum Infusion Services 305, LLC, Optum Infusion Services 550, LLC, Optum Infusion Services 553, LLC, Optum Pharmacy 700, LLC, Optum Pharmacy 701, LLC, Optum Pharmacy 702, LLC, Optum Pharmacy 704, Inc., Optum Pharmacy 705, LLC, Optum Pharmacy 801, Inc., Optum, Inc. and OptumRx, Inc. w/service 08/05/2025 [5545086] [25-2529] (MSR) [Entered: 08/05/2025 04:48 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 133.66 KB | APPEARANCE filed by M. Christian Talley for Appellees divvyMED, LLC, Genoa Healthcare, LLC, Optum Frontier Therapies II, LLC, Optum Frontier Therapies, LLC, Optum Infusion Services 305, LLC, Optum Infusion Services 550, LLC, Optum Infusion Services 553, LLC, Optum Pharmacy 700, LLC, Optum Pharmacy 701, LLC, Optum Pharmacy 702, LLC, Optum Pharmacy 704, Inc., Optum Pharmacy 705, LLC, Optum Pharmacy 801, Inc., Optum, Inc. and OptumRx, Inc. w/service 08/05/2025 [5545089] [25-2529] (MCT) [Entered: 08/05/2025 04:53 PM] |
| 08/05/2025 | ☐ ▤ 1 pg, 46.35 KB | APPEARANCE filed by Judson O. Littleton for Appellees Advanced Care Scripts, Inc., AMC-Tennessee, LLC, Arkansas CVS Pharmacy, Caremark Arizona Mail Pharmacy, LLC, Caremark Arizona Specialty Pharmacy, LLC, Caremark Florida Mail Pharmacy, LLC, Caremark Florida Specialty Pharmacy, LLC, |

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     25-2529   Express Scripts, Inc., et al v. Rodney Richmond, et al

Date:        August 05, 2025

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

     The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

     The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

     The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**APPEAL BRIEFING SCHEDULE**
**FILING DATES:**

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . **14 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/15/2025**
   ( **Valarie Flora** )

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/24/2025**
   ( **Arkansas State Board of Pharmacy, et al.** )

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/24/2025**
   ( **Arkansas State Board of Pharmacy, et al.** )

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                               **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
                               **the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**