# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF EVIDENTIARY AUTHENTICATION** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.   INTRODUCTION

Appellant Matthew D. Guertin respectfully moves this Court to take judicial notice, pursuant to Fed. R. Evid. 201(b)(2) and 902(11), (13), and (14), of the authentication and integrity of specific evidentiary exhibits central to this appeal. Each exhibit has been independently preserved, cryptographically secured, and

mirrored to ensure evidentiary reliability in light of well-documented vulnerabilities in federal CM/ECF systems.

## II. BASIS FOR JUDICIAL NOTICE

1. **Federal Rules of Evidence**
   - Rule 201(b)(2) permits judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."
   - Rules 902(11), 902(13), and 902(14) specifically permit self-authentication of certified digital records, electronic signatures, and data verified by hash values.

2. **Evidentiary Integrity**
   - Each exhibit is preserved in PDF "container" files embedding the original documents, and further secured by Petitioner's X.509 digital signature.
   - Embedded originals were authenticated against official CourtListener CSVs containing SHA-1 values.
   - All files within the Minnesota Court Records Online (MCRO) dataset contain valid, court-issued X.509 cryptographic signatures, timestamped at download.

3. **Judicial Economy**
   - Judicial notice will prevent unnecessary relitigation of authenticity. The record already establishes that these materials are cryptographically secured and verifiable, making their authenticity indisputable.

## III. FACTS ESTABLISHING AUTHENTICATION

1. **Exhibit EVD-A** – *Matthew Guertin v. Tim Walz* (25-2476, 8th Cir. 2025)

   One-part PDF container embedding original case file PDFs "as-is," hash-matched against CourtListener CSV values. The container itself is digitally signed by Appellant. Embedded originals remain unaltered. Following verification, copies of these originals were digitally signed with Appellant's X.509 certificate on Aug. 15, 2025 and are now served at the MnCourtFraud.com mirror. Includes supporting files (e.g., Authorities…pdf, _HASH.txt, _META.txt) and the official CourtListener CSV (matthew-guertin-v-tim-walz.ca8.70929923.2025-07-28.csv, timestamped with OTS).

2. **Exhibit EVD-B** – *Guertin v. Walz* (25-cv-2670, D. Minn. 2025)

   Four-part PDF container set embedding original case file PDFs "as-is." Each container digitally signed by Appellant; embedded files remain unaltered. After authentication, mirror copies were signed Aug. 15, 2025 with Appellant's X.509 certificate

3. **Exhibit EVD-C** – *Guertin v. Walz* (25-cv-2670, D. Minn. 2025)

   One-part PDF container embedding original .eml source files exactly as filed. Includes SHA-256 hashes, metadata, and timestamps for each message, ensuring full chain of custody. Container digitally signed by Appellant; authenticated mirrors signed Aug. 15, 2025.

4. **Exhibit EVD-D** – *Matthew Guertin v. Hennepin County* (24-2662, 8th Cir. 2024)

   One-part PDF container embedding case files exactly as obtained from CourtListener/PACER. Container digitally signed by Appellant; mirror copies digitally signed Aug. 15, 2025.

**5.** **Exhibit EVD-E** – *Guertin v. Hennepin County* (24-cv-2646, D. Minn. 2024)

Five-part PDF container set embedding original docket PDFs "as-is." Containers digitally signed by Appellant; authenticated mirrors signed Aug. 15, 2025.

**6.** **Exhibit EVD-F** – MCRO Evidentiary Dataset

Sixteen-part PDF container set containing the complete 3,601-file dataset, which covers 163 unique case numbers. Each PDF bears a valid Minnesota Judicial Branch X.509 digital signature timestamped at download, cryptographically proving authenticity. Containers digitally signed by Appellant

**7.** **Exhibit EVD-G** – *Guertin v. Walz* (0:25-cv-02670, D. Minn.)

Custom PDF created from CourtListener mirror HTML. Contains full docket text plus live links to (a) PACER, (b) CourtListener, and (c) Appellant's digitally signed mirror versions. Demonstrates full transparency and tamper-resistance.

**8.** **Exhibit EVD-H** – *Guertin v. Hennepin County* (0:24-cv-02646, D. Minn.)

Custom PDF created from CourtListener mirror HTML, structured identically to EVD-G. Includes links to PACER, CourtListener, and Appellant's authenticated mirrors.

**9.** **Exhibit TRO** – August 5, 2025 "Emergency Motion for Temporary Restraining Order" (8th Cir. 25-2476)

Exact copy of the TRO already filed in this appeal, except that all CourtListener URLs have been replaced with MnCourtFraud.com mirror URLs pointing to hash-verified, digitally signed versions. Otherwise identical to the original filing.

## IV.   MIRROR DOCKETS AND TRANSPARENCY

For each federal case docket, Appellant has created public mirror dockets using his MnCourtFraud.com domain that replicate the full path and structure of the live CourtListener archives. This allows any reviewing party to compare live PACER/CourtListener files directly against the authenticated mirror versions simply by replacing the Courtlistener.com url with MnCourtFraud.com, eliminating concerns about tampering or alteration, while maintaining full transparency.

## V.   RELIEF REQUESTED

Appellant respectfully requests that this Court:

**1.** Take judicial notice of the authentication and integrity of Exhibits EVD-A through EVD-H and Exhibit TRO.

**2.** Acknowledge that each exhibit is properly self-authenticating under Fed. R. Evid. 902(11), (13), and (14).

**3.** Direct that these authenticated versions be treated as the controlling reference materials for this appeal to ensure evidentiary integrity.

## VI.   CONCLUSION

Given the unprecedented concerns over CM/ECF system security and the extraordinary evidentiary record presented here, judicial notice is not only proper but necessary. Appellant has gone beyond ordinary preservation measures to guarantee authenticity and transparency. These authenticated exhibits therefore warrant judicial notice as indisputable facts under Rule 201(b)(2).

## VII.   ATTACHED EXHIBITS

Appellant has described Exhibits EVD-A through EVD-H and Exhibit TRO in detail above. For clarity and ease of review, each exhibit is filed as a separate docket attachment accompanying this motion. The descriptions set forth herein are incorporated by reference as though fully restated in this section.

**Dated:  September 7, 2025**                                    *Respectfully submitted,*

                                                                                        */s/ Matthew D. Guertin*

                                                                                        Matthew David Guertin
                                                                                        ***Appellant Pro Se***
                                                                                        4385 Trenton Ln. N 202
                                                                                        Plymouth, MN  55442
                                                                                        Telephone: 763-221-4540
                                                                                        MattGuertin@protonmail.com
                                                                                        www.MattGuertin.com

## VIII. CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF EVIDENTIARY AUTHENTICATION contains 827 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

Dated: September 7, 2025                     *Respectfully submitted,*

                                           */s/ Matthew D. Guertin*

                                           Matthew David Guertin
                                           ***Appellant Pro Se***
                                           4385 Trenton Ln. N 202
                                           Plymouth, MN  55442
                                           Telephone: 763-221-4540
                                           MattGuertin@protonmail.com
                                           www.MattGuertin.com

# IX. CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated: September 7, 2025**　　　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Matthew D. Guertin*

　　　　　　　　　　　　　　　　　　　　　　　Matthew David Guertin
　　　　　　　　　　　　　　　　　　　　　　　**Appellant Pro Se**
　　　　　　　　　　　　　　　　　　　　　　　4385 Trenton Ln. N 202
　　　　　　　　　　　　　　　　　　　　　　　Plymouth, MN 55442
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 763-221-4540
　　　　　　　　　　　　　　　　　　　　　　　MattGuertin@protonmail.com
　　　　　　　　　　　　　　　　　　　　　　　www.MattGuertin.com