# EXHIBIT EVD-A

# Matthew Guertin v. Tim Walz (25-2476)

### Eighth Circuit Court of Appeals, 2025

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

<u>MattGuertin.Substack.com</u> | <u>MattGuertin.com</u> | <u>U.S. Patent 11,577,177</u>

<u>MnCourtFraud.Substack.com</u> | <u>MnCourtFraud.com</u>

<u>Guertin v. Hennepin County (0:24-cv-02646)</u>   *hash authenticated mirror*

<u>Matthew Guertin v. Hennepin County (24-2662)</u>   *hash authenticated mirror*

<u>Guertin v. Walz (0:25-cv-02670)</u>   *hash authenticated mirror*

<u>Matthew Guertin v. Tim Walz (25-2476)</u>   *hash authenticated mirror*

## <u>Part 1 of 1</u>



---

Download Url 1 - <u>https://mncourtfraud.substack.com/api/v1/file/c6a7cc27-4d9c-490e-ad6f-b1e504b1c212.pdf</u>

Download Url 2 - <u>https://matt1up.substack.com/api/v1/file/dbad8237-5854-4a01-8e06-7459fed78750.pdf</u>

## Embedded Files Contained in Part 1 of 1:

**docket-data.zip**

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805314139.1.pdf**
**01_2025-07-25__5541334_ProSe Docketing Letter.pdf**
SHA-256 Hash:  c4e93208a4e564f5923336d7b038c3131b88f403a57ccba749cb765d75d71c75
SHA-1 Hash:  749c6a6893c3b835de43b7ef0bd30f3135583db4

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805314139.2.pdf**
**02_2025-07-25__5541334_ProSe NDA.pdf**
SHA-256 Hash:  ac12530b6d16ec7d7eb18ea331fe274f8d63cdce1fad6f6b4d329824ea944781
SHA-1 Hash:  ef580298e46e02fb30fa652c3ae68c7f549c0e18

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805314225.0.pdf**
**03_2025-07-25__5541384_CLERKS ORDER Local Rule 27A_a.pdf**
SHA-256 Hash:  27698c2658094acebad9e34f65ee77be1cfc807f91a96021aaf86370f0565146
SHA-1 Hash:  afd07bebd6b39c48ac12f4246f117ac5bbfec880

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805316504.0.pdf**
**04_2025-07-29__5542474_Guertin Pro Se Notice of Appearance.pdf**
SHA-256 Hash:  f0d45afe06458e6625de6c9c695c7f4d557a939575a95748b9d050da4a89ae47
SHA-1 Hash:  da75604f2efa343afb3728ddc9faafcb1f5f4e10

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805319499.0.pdf**
**05_2025-08-01__5543916_Guertin Affidavit USPS Service on MN Attorney General.pdf**
SHA-256 Hash:  26c3e2905648d93a5fae4b644853994e8128229ab57547e00277bbf704c54d9e
SHA-1 Hash:  d099c1c238b7f956b1cce74d30b2c59f9dc6d951

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805321689.0.pdf**
**06_2025-08-05__5544884_Guertin EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF.pdf**
SHA-256 Hash:  5bc9adb2a96c7eb3fd57fe479a48b1b90d21b76c2b6ce7662e711e290c38fd1f
SHA-1 Hash:  f2ca2c588a2b16b7071766587046541a05971e2a

**EXHIBIT EVD-A | p. 1**

**gov.uscourts.ca8.112328/gov.uscourts.ca8.112328.00805321796.0.pdf**
**07_2025-08-05__5544944_CLERKS ORDER EMERGENCY MOTION TAKEN WITH THE CASE.pdf**
SHA-256 Hash: fecaed7935bf9a07f814b5ebda69d5e0df6e3c4ef0bbd08494e081e6deeef73d
SHA-1 Hash: ddbf9ff9d078374565df3e5e7261203e29239d7c