**EXHIBIT EVD-B**

# Guertin v. Walz (25-cv-2670)

*District Court, D. Minnesota, 2025*

**Part 1 of 4**

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com   |   MattGuertin.com   |   U.S. Patent 11,577,177

MnCourtFraud.Substack.com   |   MnCourtFraud.com

| | |
|---|---|
| Guertin v. Hennepin County (0:24-cv-02646) | *hash authenticated mirror* |
| Matthew Guertin v. Hennepin County (24-2662) | *hash authenticated mirror* |
| Guertin v. Walz (0:25-cv-02670) | *hash authenticated mirror* |
| Matthew Guertin v. Tim Walz (25-2476) | *hash authenticated mirror* |



Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/913a72e8-9803-437e-980c-3c252da1f76b.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/78c608a3-f872-423c-9d63-775f2a89e235.pdf

## Embedded Files Contained in Part 1 of 4:

**docket-data.zip**

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.1.0.pdf**
**1.0.COMPLAINT.pdf**
SHA-256 Hash:  5609f3e537a4c4dead1ef5adbdb3bc01dc628b96e9482403647fc1bcec6ee2e5
SHA-1 Hash:  5a8edf15c8fea29016b5c134fb8c2676a08d9175

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.1.0.pdf**
**1.0.COMPLAINT_scan.pdf**
SHA-256 Hash:  b4d3f3b464cc7a358ef71d41dd2860f510eff8299caacfcf482cd1dadb1d6e9b
SHA-1 Hash:  87be627d6fc20fc05a9d172024fba13b4bfe7a75

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.1.1.pdf**
**1.1.CIVIL COVER SHEET.pdf**
SHA-256 Hash:  a8aa81cf810044ec0fac2ea1350c0b135d127e62629c227ab7eddb1ff7e794d7
SHA-1 Hash:  8f8348e2cf06a14593b1a552b81232508a66c278

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.2.0.pdf**
**2.0.MOTION-FOR-IFP-US-MARSHALS-SERVICE-OF-PROCESS.pdf**
SHA-256 Hash:  41d52e3feb64c1db3388224b0d4e7856b5ace64001806e93fe7580be45b03708
SHA-1 Hash:  ee66307362cbf646714dce0e70f7a701cb00a568

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.2.0.pdf**
**2.0.MOTION FOR SERVICE OF PROCESS_scan.pdf**
SHA-256 Hash:  04806e59c28c11c1996ae51d767131df0f2ba5cb22375fcac55ef0c3097333d5
SHA-1 Hash:  c15a577474f728a3c69937d552b8daf0e3efd39f

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.3.0.pdf**
**3.0.EXPERT-WITNESS-DECLARATION.pdf**
SHA-256 Hash:  4593b84800b358c20da9d6a6b4c30a80aa541bc04907de32402308b9dbdc3b19
SHA-1 Hash:  b27291766a1512bee2fcd538d76ec2c0691cf3e4

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.3.0.pdf**
**3.0.EXPERT WITNESS DECLARATION_scan.pdf**
SHA-256 Hash:  3f82b8663db1ea236946be95912c37bbea400de59106348da0f26a43f7f8d66c
SHA-1 Hash:  56eedcb1787634f909c1e2fd2c132a8afe1bb873

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.4.0.pdf**
**4.0.APPLICATION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY.pdf**
SHA-256 Hash:  419275014d77c4ae44a23ae0a0fa1ee670f3c810c58e5ca233c5787f3e869d0a
SHA-1 Hash:  a637e6610f726616d51e59ea7ef348dbcfa9da79

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.5.0.pdf**
**5.0.MOTION to Disqualify District Judge Jerry W. Blackwell.pdf**
SHA-256 Hash:  8fc5f53c2f12737070871920306f1c32215442067d1dd5570420ce4e3acd2989
SHA-1 Hash:  4d79ccabaee02d67d8adabbc3cbbeb134ce99f9b

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.5.1.pdf**
**5.1.MOTION to Disqualify_Supporting Documents 1.pdf**
SHA-256 Hash:  4dc41b610c71cecb14950b7f05c9ea7072fc635ff6bd628323ae82db3f326879
SHA-1 Hash:  07ed51fbda36930cc0b8fa3101d0daf364461fe9

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.5.2.pdf**
**5.2.MOTION to Disqualify_Supporting Documents 2.pdf**
SHA-256 Hash:  8c44bb89b4aadb45d6c430afc8d54758cf85064ecd9da560ee06d849928db3d2
SHA-1 Hash:  ecd5e9a05535e451d71a2d9b4d97da95fca8d85a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.6.0.pdf**
**6.0.Summons Issued-1.pdf**
SHA-256 Hash:  e9f04fc6055b3d83c581d9edef5e4e23ee3080a07421c49927d3b16e58ce2430
SHA-1 Hash:  f567bddabcc923d2ab3ea6fe8551e8873f02faab

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.7.0.pdf**
**7.0.Summons Issued-2.pdf**
SHA-256 Hash:  e56ae82d58c71c061ce5602ce7223272a64f68ed386e7cd5975ee6ab25237cd5
SHA-1 Hash:  3f710974d63f369355c3cdfe726a6a2089d106d3

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.8.0.pdf**
**8.0.Summons Issued-3.pdf**
SHA-256 Hash:  79d3776dea48e359f4d76fb9c752398a04c64d785e134cc3e95f2252ec67d988
SHA-1 Hash:  933b020c16a938e8bbb21d8eadeaa4b120e08007

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.9.0.pdf**
**9.0.Summons Issued-4.pdf**
SHA-256 Hash:  0a0f97038403de52976891ecf9f8e2f4ab6f39f072f059573e5d644aa2483cb3
SHA-1 Hash:  871de8540480fb24efe14f9b5ae021346ea90b7c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.10.0.pdf**
**10.0.ORDER OF RECUSAL Judge Jerry W. Blackwell.pdf**
SHA-256 Hash:  3c817e6486195a7c58798b816025b1e58e0f699127b06e564067065f321f9892
SHA-1 Hash:  275c460ae6b0222e1c0bdbc83123996925ec7189

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.11.0.pdf**
**11.0.NOTICE of Appearance by Benjamin Harringa.pdf**
SHA-256 Hash:  db2d28650fec8f78e6b30b3c2d116cbec2619d9d3c51ea76daf9f5a1f3fad884
SHA-1 Hash:  6777966554e4067f13e47e09d387c5f6da7fc5c3

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.12.0.pdf**
**12.0.NOTICE of Appearance by Margaret E Jacot.pdf**
SHA-256 Hash:  39791ec54b4ef5e4950cfeae747b0dd658a1e95bd0a79169164cd557a29434fa
SHA-1 Hash:  c0c8e06a66e22f251847a2d3f88dd9441e9e36fc

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.13.0.pdf**
**13.0.ORDER OF RECUSAL. Judge Ann D. Montgomery recused.pdf**
SHA-256 Hash:  51c041efac028265a1028f89379774bb62439a98ecde65b15d6bd902aab45f1c
SHA-1 Hash:  53551a82f073c9338a4dfdc668eac909982aad86

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.14.0.pdf**
**14.0.DISMISSAL ORDER.pdf**
SHA-256 Hash:  5bc790250bce93e8aaffa5e7808417b36315b620c6abc3ec68a19bf95ceda794
SHA-1 Hash:  11b94b66929d340030df2625328e7e4e773030a5

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.15.0.pdf**
**15.0.NOTICE OF SUPPLEMENTAL EVIDENTIARY FILING by Matthew D. Guertin.pdf**
SHA-256 Hash:  4759bc93a8659c4bb5c920ef40361b9f06c515325957e5f8faa7bdeef9a28b0c
SHA-1 Hash:  41a4c7f25b4ed0b351b9373b44e4b745d6c2db1a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.15.1.pdf**
**15.1.EXHIBIT OMG-1.pdf**
SHA-256 Hash:  cf0f2516734b9754b110424a31e672e8cbc19414e1a6ec5b901f14f9100172db
SHA-1 Hash:  8bd227c60057d6ac1a1e0f423da48a3d2fd25054

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.15.2.pdf**
**15.2.EXHIBIT OMG-2.pdf**
SHA-256 Hash:  11a684ec5f0d06fb146c5cf44f0776738ad13a507be90ef3562b39a2f04ed497
SHA-1 Hash:  7d91fdb5bf448165b7c6680e064aee82c5e77c4d

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.15.3.pdf**
**15.3.EXHIBIT OMG-3.pdf**
SHA-256 Hash:  bccd2c47f40dab67ccf7247607250f91e9e4f3e27903008ccbe98d6f545447b6
SHA-1 Hash:  c11d7175bb2f88f5bee1fb855289fb5b649310b4

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.15.4.pdf**
**15.4.EXHIBIT OMG-4.pdf**
SHA-256 Hash:  5fe0448b1ddf56552a498f1107f73644d9911d16f69f469dc23d48568732fbc0
SHA-1 Hash:  87b39edc377b2622bec43da00349cf1d647648ab

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.15.5.pdf**
**15.5.EXHIBIT MCR-1.pdf**
SHA-256 Hash:  a18df541a042dcd9cc5e0466efa643f2007ce83b664acb3ec1de17f8dd025ef7
SHA-1 Hash:  7c4ab9a852e0e2759e0a47c99b47106a1eaa3923

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.16.0.pdf**
**16.0.EXHIBIT OMG-5.pdf**
SHA-256 Hash: 1d60fb46a6f71fb8d76223de3c3e4a16688d6853897b3aaf279742700a6164ac
SHA-1 Hash: 8bd95de9f3a1f0feff21acf67090bf95e719dda4

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.17.0.pdf**
**17.0.EXHIBIT OMG-6.pdf**
SHA-256 Hash: e93623b063950f66a8ac99f1a3ec8e43158f6272ac7439609568b9eabe18774c
SHA-1 Hash: ab21cf90276d364e5a7121ed908bd2015370a785

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.18.0.pdf**
**18.0.EXHIBIT OMG-7.pdf**
SHA-256 Hash: 6bd6857a4f2dadcfff1bc98769e96bd9950ba5013fd8a999fa2d2e28f053021e
SHA-1 Hash: f9a1c50368c7ef805eb4bfb3b013c8313ebe5d6c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.19.0.pdf**
**19.0.EXHIBIT MCR-2.pdf**
SHA-256 Hash: d51ce3c011f954d4bff21395c4c838614410507aa96af15586364c73410167c1
SHA-1 Hash: 8523896d2eefcd71f92d25a7f7ba2e9e4f6ee7a4

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.20.0.pdf**
**20.0.EXHIBIT MCR-3.pdf**
SHA-256 Hash: 82dc0cd398a4472ccb8286c78f2f4af6f49bc652fc97b5eaf99b3a4452eb21bc
SHA-1 Hash: d748aa6932ca1f31c202c9945d5241c068b7df0c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.21.0.pdf**
**21.0.EXHIBIT MCR-4.pdf**
SHA-256 Hash: 363162eeb2390552b9c83a7cb962a88025971064715723beee6bd71b3d10b649
SHA-1 Hash: 0b8fbe6d0e04097d83535caed7a627fdf2ec4b14

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.22.0.pdf**
**22.0.EXHIBIT MCR-5.pdf**
SHA-256 Hash: c22e165f03df4386a4d6c9672446776814fae8b6c15441783010ab22ecb620c6
SHA-1 Hash: e29feb92a326af384a2e04e1d6459d54fc4dd26d

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.23.0.pdf**
**23.0.EXHIBIT MCR-6.pdf**
SHA-256 Hash: cc40999d8e641ff6af75e0d36c31df270005e2d408cf16c29e943a10c5600d45
SHA-1 Hash: a513721517eb9122a8036fdc1a3985211f8f5d0f

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.24.0.pdf**
**24.0.EXHIBIT MCR-7.pdf**
SHA-256 Hash: b35b4d50144c8cb13d6a1669fd32c15986251abda2c31bbec10b94e29c81d72b
SHA-1 Hash: 39c377a57d3ca255ccf396cbefb23906e266d8ac

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.25.0.pdf**
**25.0.EXHIBIT MCR-8.pdf**
SHA-256 Hash: adb3c1da71c2021008e76baae5d4a4a0277feb256ef1ab10014a4878f401f1ff
SHA-1 Hash: fff203673ecd3d20c548f977ffb567168fda958a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.26.0.pdf**
**26.0.EXHIBIT MCR-9.pdf**
SHA-256 Hash:  c8558a4b12fd994491a7c0e2c3916918432d39d4c5c5f3dff0c8b3252644251b
SHA-1 Hash:  26adc9543531e93e579829421e94e89acea1d289

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.27.0.pdf**
**27.0.EXHIBIT MCR-10.pdf**
SHA-256 Hash:  25be36cfe3c9853cfea8cd165a06791306db0e08b4b780870a0d76c7d45433c1
SHA-1 Hash:  1fc930664391cab85d1cb52e0d9b0c128abbf116

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.28.0.pdf**
**28.0.EXHIBIT MCR-11.pdf**
SHA-256 Hash:  f11427ab4a7ad9f4293c5dff54ed7cef10ac8f069b6960cf1bfe68724bcfea96
SHA-1 Hash:  a09aad322cf913483798cf9ac3656c54c4d90e42

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.29.0.pdf**
**29.0.EXHIBIT DLF-1.pdf**
SHA-256 Hash:  cbf1faf62e6c081d4854474dd79c7208b3c13bd5b8b9bdcd78b01804e3bf9530
SHA-1 Hash:  d9cb3850a2eefc5bf713a12214c300621dbc7f7a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.30.0.pdf**
**30.0.EXHIBIT DLF-2.pdf**
SHA-256 Hash:  af1e45383453d86b26e8043d24f58d94826d8c0ac65cb3df566239a2ea8992e3
SHA-1 Hash:  3e55f984d8163bae6e2c78dc652a1b190088784a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.31.0.pdf**
**31.0.EXHIBIT DLF-3.pdf**
SHA-256 Hash:  c760d63f7ae59ffcc6ff59d9fced48dde072c58c06762aa408c90aea727a5c60
SHA-1 Hash:  734c429c1fd4c73d237f5b75367c44ac6db71ada

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.32.0.pdf**
**32.0.EXHIBIT DLF-4.pdf**
SHA-256 Hash:  af5c2349766ff0c25b74e8bcf23b7479fa166d8587dd3116e3dd3b585cbbd6dc
SHA-1 Hash:  76277307b47903769b842e32b33602a518f2e1cd

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.33.0.pdf**
**33.0.EXHIBIT DLF-5.pdf**
SHA-256 Hash:  bfce34469e05ea50133ab7197e1b068131657ecdf97d8c31fd46f383c93d6cb3
SHA-1 Hash:  a4779fb4dd8272cc13a6cd9c7a7c53075b3dc180

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.34.0.pdf**
**34.0.EXHIBIT DLF-6.pdf**
SHA-256 Hash:  d7c129307d2ceb2955cf71eada0050d48721d2596952df302bf567932243e711
SHA-1 Hash:  63ddb407900de6abccc69290aea3a2298a30c9fd

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.35.0.pdf**
**35.0.EXHIBIT DLF-7.pdf**
SHA-256 Hash:  b808beea7738ecf6bc764b9a3e825c3f22e67e8f13670b45ad41c15e50021981
SHA-1 Hash:  a9f12b3308170fc9c11a8e9ad932c7153c4bb825

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.36.0.pdf**
**36.0.EXHIBIT DLF-8.pdf**
SHA-256 Hash: b8954a917a8113f93f46326187f25dbca5684cbb110fba596e81caf47b31d06f
SHA-1 Hash: 27969bcc0a17a01e649c8eaca67afbb45695a617

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.37.0.pdf**
**37.0.EXHIBIT DLF-9.pdf**
SHA-256 Hash: b8ee173db6a4c2313c26f05ecb2d3b20a3c9675b8841fff0767c9b34eab332ce
SHA-1 Hash: abef1567d7534cb6648308c36726697f019c235b

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.38.0.pdf**
**38.0.EXHIBIT CAS-1.pdf**
SHA-256 Hash: 2620dd902ed7ea14d52cf79c96090578b0803a6c2a883563c31db1d17d4648ed
SHA-1 Hash: c276fbf7e8bbda314f5ad2f21c77c3f704ede31e

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.39.0.pdf**
**39.0.EXHIBIT CAS-2.pdf**
SHA-256 Hash: ca740bbec115c406393b96262a469c1ef7d1cc4b8ba2b0c5df48ce0c1c3a5d7c
SHA-1 Hash: dbb0e287cb102731b304c9b7f9a7186f450e476d

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.40.0.pdf**
**40.0.EXHIBIT CAS-3.pdf**
SHA-256 Hash: 85f3a1488efbb4436c724fb4674fefac3a29c6316ced6cafecae79e3135e3ed3
SHA-1 Hash: 35f0bc823cedef5288d448ab9f3d87239ecc8c6f

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.41.0.pdf**
**41.0.EXHIBIT CAS-4.pdf**
SHA-256 Hash: 918531faf421e51114baeb17098efbe7387e67cf55ddc0695b27f538fe955724
SHA-1 Hash: 717233329b546f57c37c6a05f5a53c281ebad0f0

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.42.0.pdf**
**42.0.EXHIBIT CAS-5.pdf**
SHA-256 Hash: 85ca84648d6f9b5eb4abed1c1900e4ff42d5e327bc262664221418e39257a594
SHA-1 Hash: b7d57e5bd12b3f8a6329f589a3cda25cd9a5ee6c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.43.0.pdf**
**43.0.EXHIBIT CAS-6.pdf**
SHA-256 Hash: 651e94a36ba165579829c9b8ab3403d6777f602a56ba5a9071c6057461f0b694
SHA-1 Hash: b8e28bf89de279794783fb52c64e9618f7860921

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.44.0.pdf**
**44.0.EXHIBIT CAS-7.pdf**
SHA-256 Hash: 343259c23e8b78b2a73361d1e0a56079f58b28b6586aca5783dd605224109f46
SHA-1 Hash: 2e9df0a4d76b6ad2fa04c019b32f1a529bcb3afd

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.45.0.pdf**
**45.0.EXHIBIT CAS-8.pdf**
SHA-256 Hash: cdea22ad504f350ece98c794c64c152f01551c7bc0519e44915873d816473c62
SHA-1 Hash: b0026d35410a8243f00899a117a9707b169adce4

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.46.0.pdf**
**46.0.EXHIBIT CAS-9.pdf**
SHA-256 Hash:  ac04643d46290e0e4e0eb1550cc49be67e128eea6da9081d41399e762e46d106
SHA-1 Hash:  43d53dacc0ebd326449d6bb34196e4897ada1291

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.47.0.pdf**
**47.0.EXHIBIT CAS-10.pdf**
SHA-256 Hash:  5f3a79f0eb77f9bf9665b5dd014ca530cdebe71db293541fd659bc8470083985
SHA-1 Hash:  5563364817642988ac613ea84442a3ad7eb7220b

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.48.0.pdf**
**48.0.EXHIBIT CAS-11.pdf**
SHA-256 Hash:  b8d77d7d4130006ec7b5948cc4fc2c12141b2e92c14b38ab94f37ea1eed9221c
SHA-1 Hash:  d1f1f721677174476b0cf2ae621269395b580a78

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.49.0.pdf**
**49.0.EXHIBIT CAS-12.pdf**
SHA-256 Hash:  b5030a5622ead68351a401bc56b42faf74b629c15f4f988ed4e6ffa2451934ce
SHA-1 Hash:  3069ca3d22abec77cb6fb4ac0b54a133245f6365

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.50.0.pdf**
**50.0.EXHIBIT SHA-1.pdf**
SHA-256 Hash:  0c1a68b2ba4e09b195962b2bcf2c8740766d3dcec534fabc94afd73014246cc8
SHA-1 Hash:  3a307b8164fc2b6688fa954741a467606f702304

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.51.0.pdf**
**51.0.EXHIBIT SHA-2.pdf**
SHA-256 Hash:  f6b7793094e9266e0076ea7bb18feab86ad3b94ac6275115349b1b21521b0890
SHA-1 Hash:  8fa27d95ad4ef42d326c66d5192276a3494b1306

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.52.0.pdf**
**52.0.EXHIBIT SHA-3.pdf**
SHA-256 Hash:  1c1eeb43aa7b8ecb16fccdd3b7729821186904f4135dba00bb5c68ba5f1cb471
SHA-1 Hash:  0302d0edaf9486430bf49095ad8a6490c628bcbf

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.53.0.pdf**
**53.0.EXHIBIT SHA-4.pdf**
SHA-256 Hash:  3a4b5cc9c8d31e438e2150275e706ffad0ae991beb508bc28debab9ebbb67b52
SHA-1 Hash:  ac91affedfa26c36ee7cff78c1e217e312a8e689

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.54.0.pdf**
**54.0.EXHIBIT SHA-5.pdf**
SHA-256 Hash:  1d9be3b80529f9879d122c1fb91b7821fd0dff71b0b420165931323105623 80e
SHA-1 Hash:  8e3d7c6e22454938c5c590146cc495efa61e132d

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.55.0.pdf**
**55.0.EXHIBIT SHA-6.pdf**
SHA-256 Hash:  fe786fb6fee3143f2fc23afd54b8c1fcf1ff904b69fe74d0705206fc9ec3d639
SHA-1 Hash:  69c452f0e9a953e38339ca67891b297069eab028

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.56.0.pdf**
**56.0.EXHIBIT SHA-7.pdf**
SHA-256 Hash:  c5eb2a4e29270891a77aa6db5175e281d58af54974ca1de44cabc4926430a72e
SHA-1 Hash:  42ca49fab61d5fad3c81c6c368b027a9ebe34970

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.57.0.pdf**
**57.0.EXHIBIT SHA-8.pdf**
SHA-256 Hash:  13b698b74c2813b8f06a4ca174cd5ab5eb7ac315288a9bceaa589a4bb53b9a31
SHA-1 Hash:  5af38890b803d897aef8aa16508bc43e9e742d6f

# Guertin v. Walz (25-cv-2670)

*District Court, D. Minnesota, 2025*

**Part 2 of 4**

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com  |  MattGuertin.com  |  U.S. Patent 11,577,177

MnCourtFraud.Substack.com  |  MnCourtFraud.com

| | |
|---|---|
| Guertin v. Hennepin County (0:24-cv-02646) | *hash authenticated mirror* |
| Matthew Guertin v. Hennepin County (24-2662) | *hash authenticated mirror* |
| Guertin v. Walz (0:25-cv-02670) | *hash authenticated mirror* |
| Matthew Guertin v. Tim Walz (25-2476) | *hash authenticated mirror* |



---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/9bc3f139-08db-445e-8337-76fa8ae03bbd.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/c4958a5f-2b3b-40a8-b9f4-b34a592b9c64.pdf

## Embedded Files Contained in Part 2 of 4:

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.58.0.pdf**
**58.0.EXHIBIT SHA-9.pdf**
SHA-256 Hash:  1561a4fd44c629a188f7a1b6865068be929a61e5066daf6892f7786cecc64778
SHA-1 Hash:  c3a7f8d41575eba7bcd8aa52ac1bc60e4be1ce5a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.59.0.pdf**
**59.0.EXHIBIT SHA-10.pdf**
SHA-256 Hash:  8b5dcc6922bb3cf9a3865293070d0820293c5dd5f4eb6c0df79c18c6d4a1f55d
SHA-1 Hash:  a2142f9d3bad5f016880391449bbe88289372a6e

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.60.0.pdf**
**60.0.JUDGMENT Clerks Office.pdf**
SHA-256 Hash:  e0fca7f92c8ae6e4f18054919e09caf8d3f22b814cc09006391fcc0a670913a2
SHA-1 Hash:  8b9a075064734621c7023529c29e1e35f23ba3b7

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.60.1.pdf**
**60.1.Civil Notice Appeal Clerks Office.pdf**
SHA-256 Hash:  f5fd7b89292f9a7c5ae1cfe0da9928356426fed7d24f567cbde7baa26c799012
SHA-1 Hash:  884daf210d268c86bfcd5884161453a6ed8eb2e3

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.61.0.pdf**
**61.0.EXHIBIT EML-A.pdf**
SHA-256 Hash:  ca79eeedb49dcc99c5563f3cb98bd02b4854c86203f45e12075f535a102fa513
SHA-1 Hash:  cc4138fbbd5789f855a28cd4a6b308bf63a801e8

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.62.0.pdf**
**62.0.EXHIBIT EML-B.pdf**
SHA-256 Hash:  070181aeaae936b269895275b6744c8e62327bb465ded7d555eaf4991626528a
SHA-1 Hash:  78597db7f196f8b8634ba489c93e59b353a1eb41

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.63.0.pdf**
**63.0.EXHIBIT EML-C.pdf**
SHA-256 Hash: e37cd56289b4d7a14f62cce7a747684145bdcba738c6683544056e4326d9f303
SHA-1 Hash: 6118499271a983d2baa7cfcc931f425835e1d58f

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.64.0.pdf**
**64.0.EXHIBIT EML-D1.pdf**
SHA-256 Hash: ddb4d8ccdb598e7ea675caed5705e84421c5680f715da6e8ddf98b0ea02d31ec
SHA-1 Hash: ca9fda9d53d8ca35958aaf4a61c1293f4d89ee09

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.65.0.pdf**
**65.0.EXHIBIT EML-D2.pdf**
SHA-256 Hash: 0bad8a385119175b0b497d08e34fb8cb00693af2befbc9375638d675d01c3e7c
SHA-1 Hash: b1ffc85e3bb599935df59573049b268ea0f18f77

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.66.0.pdf**
**66.0.EXHIBIT EML-E1.pdf**
SHA-256 Hash: ae90f4bc73137638535a62688289d6b190196058cfadfc1f72b310bbc3add7ad
SHA-1 Hash: 6b5eab6e310a6af8000d06256ab88c5f5fd4e4c0

# Guertin v. Walz (25-cv-2670)    **Part 3 of 4**
*District Court, D. Minnesota, 2025*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com  |  MattGuertin.com  |  U.S. Patent 11,577,177

MnCourtFraud.Substack.com  |  MnCourtFraud.com

| | |
|---|---|
| Guertin v. Hennepin County (0:24-cv-02646) | *hash authenticated mirror* |
| Matthew Guertin v. Hennepin County (24-2662) | *hash authenticated mirror* |
| Guertin v. Walz (0:25-cv-02670) | *hash authenticated mirror* |
| Matthew Guertin v. Tim Walz (25-2476) | *hash authenticated mirror* |



---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/c0627d84-b384-4f01-8b85-94aacd1b7ee7.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/a6ebf917-2166-4767-af8c-888fd7e503f5.pdf

## Embedded Files Contained in Part 3 of 4:

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.67.0.pdf**
**67.0.EXHIBIT EML-E2.pdf**
SHA-256 Hash:  b515497b1c271eb50e6403a72dfdf3c5cea547b60bc963abb30694104e5a82bd
SHA-1 Hash:  d1f6061074b6ff835669f96450f8e3f6b537cd74

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.68.0.pdf**
**68.0.EXHIBIT DFR-A.pdf**
SHA-256 Hash:  35fab5e365f357b500ff948505c273100473a1454e77652ef88143da8b516500
SHA-1 Hash:  5765f2b6cef25ff543ed42053c3b16c42ca3f2bb

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.69.0.pdf**
**69.0.EXHIBIT EMG.pdf**
SHA-256 Hash:  689b9db1433aaa30666917a63bf4d9038dcde11f94838c6912d4f17f1dd5bdfe
SHA-1 Hash:  2f3fef4bfa4ed40336d45680131b44fb9595b13a

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.70.0.pdf**
**70.0.ORDER-RESTRICTING-FILING.pdf**
SHA-256 Hash:  ef5c29249944b68d9dd119f1eb81aa3e78224fddbddefebc012618f547e272b4
SHA-1 Hash:  27b3a833eb4ae723ac216102ec148761b31fc202

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.71.0.pdf**
**71.0.EXHIBIT MLE-A.pdf**
SHA-256 Hash:  966a452e720ae9d606f72f1f141fce54fa592a1c653380e75fc41a4e534e3d9a
SHA-1 Hash:  dbcdaa8e12689f744909429a4556a6e871bd3fff

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.72.0.pdf**
**72.0.EXHIBIT MLE-B.pdf**
SHA-256 Hash:  c0eef26526f384027fa97b14b2f49812ecf5ec537785125d45bd83b25267a864
SHA-1 Hash:  cb56c2dcf85dc7c2f14178eece14c491fcdb74a5

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.73.0.pdf**
**73.0.EXHIBIT MLE-C.pdf**
SHA-256 Hash:  3974fdec9549397dd229171ee5bb242613cda41c8197c1c9def97d729e0ca5ad
SHA-1 Hash:  2d79e16e9095c6588585b554d8c62aba6bacd256

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.74.0.pdf**
**74.0.EXHIBIT MLE-D.pdf**
SHA-256 Hash:  d99f25e877c149ef60f3665a31848fde4257251d457be13e1ea1af9ca36e5d17
SHA-1 Hash:  e0f8b55fbd80974995626415c2bac1b4a6ab8703

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.75.0.pdf**
**75.0.EXHIBIT FEB-28-A.pdf**
SHA-256 Hash:  c880067e9c4f4b3ca7591500c272c3f56f094875df644ff2aefc4c8c5d541ffb
SHA-1 Hash:  3365c1c7504e874a64b42c736f4158295c1280ab

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.76.0.pdf**
**76.0.EXHIBIT FEB-28-B.pdf**
SHA-256 Hash:  6f203da2b3fae22c318347bfc18e55557ac8dcff23061177a1891231abaa9512
SHA-1 Hash:  c50cdca97a9158d909728efc3a9b7e70a087fe20

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.77.0.pdf**
**77.0.EXHIBIT FEB-28-C.pdf**
SHA-256 Hash:  3ad097c5045420d27d7c00277f96e5c85ea55e8aeae02819fb021d199cccefc4
SHA-1 Hash:  a8fec1fe2fb9fc8b2da5b7c49778e9a66a8498af

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.78.0.pdf**
**78.0.EXHIBIT FEB-28-D.pdf**
SHA-256 Hash:  f25d9c0266f259d9c3ced96cf1a33654036151e4daa426fe1772b1214390fb3a
SHA-1 Hash:  5417a31f401efda1769d584b59f8fb30afcb9ff0

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.79.0.pdf**
**79.0.EXHIBIT MAR-5.pdf**
SHA-256 Hash:  205ae448ae6c2b882b275484df50602b3dded69c52e2c3a79613743f2e286d60
SHA-1 Hash:  fffd19452ec1e7bbe12b03a9b22e411b1d96b66c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.80.0.pdf**
**80.0.EXHIBIT APR-3.pdf**
SHA-256 Hash:  a55d72baeb7bc1e0d657f7fe30d1f6b64e9e1a2dd1e7a7e1652051020ca1c2c1
SHA-1 Hash:  5ef2be1bd5161d9358977d053439c97ef911a7a6

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.81.0.pdf**
**81.0.EXHIBIT APR-10.pdf**
SHA-256 Hash:  f0bb84ceb7d996e77dc7be37a197f4a53ba43e86f5e149397b432185f90529d3
SHA-1 Hash:  755b816fc4398ba0021206884d4bc9e01bb8aa5d

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.82.0.pdf**
**82.0.EXHIBIT APR-14.pdf**
SHA-256 Hash:  1e67eb0fae445f6e2885ccb0ff12da06a38005c619106a4d74bb888a32c889ea
SHA-1 Hash:  93bd5616ae53c808b2519844fcb510a5d804618e

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.83.0.pdf**
**83.0.EXHIBIT APR-16.pdf**
SHA-256 Hash:  28d159a6382dc92d5af7a6a55f6886f971e8a3a6b51d8724177610b54dcd7b8a
SHA-1 Hash:  b45c11d5c2c65ce76177f7c6c839386b252e253c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.84.0.pdf**
**84.0.EXHIBIT APR-17.pdf**
SHA-256 Hash:  e19143605c46754fabdf394c8965d4bff6884fbffa9217942ac203a74f2b2fcb
SHA-1 Hash:  3a226ebab7df01aa63c8c50ee0a1c4b0ac9cf7ca

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.85.0.pdf**
**85.0.EXHIBIT APR-21.pdf**
SHA-256 Hash:  8f6b486d6fa21b83857b0b6e0ee9acb591d6abc4177bd86337390be71b048c45
SHA-1 Hash:  93cc25d9c02b9b9b4c49eb03ad74932d73fe5503

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.86.0.pdf**
**86.0.EXHIBIT APR-28-A.pdf**
SHA-256 Hash:  9c66d779d02a188263665e8162522653e5390fb3322caf9edc063f2f8fd846f0
SHA-1 Hash:  d7249ae368c21752d08728f150bff2bf5b345865

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.87.0.pdf**
**87.0.EXHIBIT APR-28-B.pdf**
SHA-256 Hash:  bce1526e0c8dcc1d9b55cd6c0ab7155e9d5caaa1214b3b9e61f988558ce76863
SHA-1 Hash:  58cfc1b3aa95a9fd0a8abca62ca601186c50e27f

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# Guertin v. Walz (25-cv-2670)   **Part 4 of 4**

*District Court, D. Minnesota, 2025*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**



MattGuertin.Substack.com  |  MattGuertin.com  |  U.S. Patent 11,577,177
MnCourtFraud.Substack.com  |  MnCourtFraud.com

Guertin v. Hennepin County (0:24-cv-02646)      *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)   *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)                *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)          *hash authenticated mirror*

---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/1d001cf4-3788-47e4-bfe4-4cc22fd79caa.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/07db07e4-596e-450d-bfb4-f0189fa02077.pdf

## Embedded Files Contained in Part 4 of 4:

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.88.0.pdf**
**88.0.EXHIBIT APR-28-C.pdf**
SHA-256 Hash:  c263ed2024e2ac919171590487e3e60685eed9ee33692e7319d3152b35de4c57
SHA-1 Hash:  7c723ca8d9d06eddaf3b9bc47909a4799331f549

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.89.0.pdf**
**89.0.EXHIBIT APR-29.pdf**
SHA-256 Hash:  9c61dbbe71e48ab8dc9f4e5a7bdb5664b6a99ed219a0e842c1176afaac035727
SHA-1 Hash:  8e45d2d3243b1b7d69162799905b7fb3fbc92fad

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.90.0.pdf**
**90.0.EXHIBIT MAY-7.pdf**
SHA-256 Hash:  9a00255c5cfd2c006e1fa11ff7cb6f23c65b4fc09a880db3bc32f58b8ffc0326
SHA-1 Hash:  96a064c03832df0e57e07ec93126e0626c9a2a4b

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.91.0.pdf**
**91.0.EXHIBIT MAY-29.pdf**
SHA-256 Hash:  87019e37c06c12b30bf1a410e07e79391ed3c41c394bceede5184b035b7cebee
SHA-1 Hash:  8e4a4b7716592ce09383b8e666e0171aa2d11f7d

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.92.0.pdf**
**92.0.EXHIBIT MAY-30.pdf**
SHA-256 Hash:  d85168dbd20cba88e8b9f56651207aa47da43542c27e4a1a2c46032a36ca17ef
SHA-1 Hash:  6867a4127bac96df8ae9293fe93cd189f1d48485

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.93.0.pdf**
**93.0.EXHIBIT GPT.pdf**
SHA-256 Hash:  b50890ffd0b7c4566b1b246ef1b11083d37225012eb329464579ccf0a50a1e04
SHA-1 Hash:  42193a8eae4d30a5d6c131ebaa2b8363080f531e

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.94.0.pdf**
**94.0.EXHIBIT SYN.pdf**
SHA-256 Hash: f315391c3ea4dd4648f399877fed2aac680e1cbacf258c14b2d095e168ea6360
SHA-1 Hash: 453cc3717cbcf21434c8b8aa9cf5da276a9c9f60

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.95.0.pdf**
**95.0.EXHIBIT DSC.pdf**
SHA-256 Hash: 4ce7cc8ee5b29d943ab6f8944e26098d9da95446430b38900092f73940168e50
SHA-1 Hash: 62d71cd8352f90c97e07ece53b9534ce750e1e69

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.96.0.pdf**
**96.0.EXHIBIT COC-A.pdf**
SHA-256 Hash: 35b96944d7f27274c017c6c6d6f442947e9eda7f814896302c504b85cd5a0fd7
SHA-1 Hash: 34da777e0eeb3cd90e3642e30c87ea7c270c2b37

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.97.0.pdf**
**97.0.EXHIBIT COC-B.pdf**
SHA-256 Hash: 5e6e47566110a8ec5f884357e071ce2a73ed6c2a4b205a8df513fa10187ac994
SHA-1 Hash: 4105e84b61a756388f8cdb272198ff1912d9b627

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.98.0.pdf**
**98.0.EXHIBIT PTF-A.pdf**
SHA-256 Hash: 39a66b67c830f78844cc145591f404573e5723df517466b9e5dd8a33d19a8115
SHA-1 Hash: 3c384e67d2efc8ec000dd4847a5d764bc2953cfe

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.99.0.pdf**
**99.0.EXHIBIT PTF-B.pdf**
SHA-256 Hash: 1fe745f42d983fef5a5fa3208d05fa5649f66f18f2bb7af57085c8aee3d6c00b
SHA-1 Hash: 753ddf159d4e9ecbca112c8fd2376ac5017a7679

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.100.0.pdf**
**100.0.EXHIBIT PTF-C.pdf**
SHA-256 Hash: e07424ece1e982e04e828a9d70a2b2c3287d9109c62177f023e4793fcc77af19
SHA-1 Hash: 1c15273ae4c38b68ef403173fde0d6d93bc9e853

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.101.0.pdf**
**101.0.EXHIBIT PTF-D.pdf**
SHA-256 Hash: 1a07d841e331b2d154348a12da2dc0c0062206090946403929b395870e367dd5
SHA-1 Hash: 4a961592494de9704c5ddf9c9f28380ef34cc38c

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.102.0.pdf**
**102.0.EXHIBIT PTF-E.pdf**
SHA-256 Hash: 2247a9db90c9a9e61f4e40b18b9187d04a3abdb83b5ec86dd2e99d9a1826fdf8
SHA-1 Hash: 213dc02b77250cc6826b1a8764956811a8e66060

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.103.0.pdf**
**103.0.NOTICE OF APPEAL TO 8TH CIRCUIT.pdf**
SHA-256 Hash: f2e31ff8b9ed68683c1cb34d634d943d444206de0399da1429fa54a815372ea6
SHA-1 Hash: 0ccfbe10f970fcb51d3c67b4555bd7de798aa633

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.105.0.pdf**
**105.0.TRANSMITTAL OF APPEAL LETTER TO US COURT OF APPEALS 8TH CIRCUIT.pdf**
SHA-256 Hash:  32caa25cb294b87d104bc12c2db47191f4296b4e10b37462b9bf2c1bd5647059
SHA-1 Hash:  b1101a7932c7c06f98090803c40f1e7d217ff0b9

**gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.106.0.pdf**
**106.0.EIGHTH-CIRCUIT-COURT-OF-APPEALS_25-2476.pdf**
SHA-256 Hash:  d8797f3fe2f642926052031606e3c50a3ceb2fdfb765424b3bf2af278babbc8d
SHA-1 Hash:  f5a810d3606bdbe3fb36d5a8a1e4d9f32f5cddca