**EXHIBIT EVD-C**

## Guertin v. Walz (25-cv-2670)
### .Eml Email Files
*District Court, D. Minnesota, 2025*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

<u>MattGuertin.Substack.com</u>  |  <u>MattGuertin.com</u>  |  <u>U.S. Patent 11,577,177</u>

<u>MnCourtFraud.Substack.com</u>  |  <u>MnCourtFraud.com</u>



| | |
|---|---|
| <u>Guertin v. Hennepin County (0:24-cv-02646)</u> | *hash authenticated mirror* |
| <u>Matthew Guertin v. Hennepin County (24-2662)</u> | *hash authenticated mirror* |
| <u>Guertin v. Walz (0:25-cv-02670)</u> | *hash authenticated mirror* |
| <u>Matthew Guertin v. Tim Walz (25-2476)</u> | *hash authenticated mirror* |

---

## .Eml File Embedded Email Exhibits

---

**Doc. 61.0 | Jul 12, 2025 | EXHIBIT EML-A**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.61.0.pdf

- **Embedded .Eml Files Part 1 of 1**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/4030fef5-7862-437d-9766-76f83f4a1968.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/6fec7089-6127-45bc-95e7-f3fb07a4bf31.pdf

---

**Doc. 62.0 | Jul 19, 2025 | EXHIBIT EML-B**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.62.0.pdf

- **Embedded .Eml Files Part 1 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/9a2b1b24-636c-4b10-af18-52a98f434b32.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/6f30a39d-7606-4d2a-ae77-69f9f7773a4d.pdf

- **Embedded .Eml Files Part 2 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/eaeca928-b176-403f-b7fd-53ddb702d616.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/3604281a-6dd8-4826-b414-fc636a49b4b1.pdf

- **Embedded .Eml Files Part 3 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/b7d578ab-ad91-415a-8f41-4919518c1c10.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/d6f76243-dc2f-4c37-bb92-521ddefd06ae.pdf

- **Embedded .Eml Files Part 4 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/56986e22-2208-427d-97e7-8228757f0d25.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/16522433-9b4b-4c54-a83c-ec433679c042.pdf

---

**Doc. 63.0 | Jul 19, 2025 | EXHIBIT EML-C**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.63.0.pdf

- **Embedded .Eml Files Part 1 of 1**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/0c5b958d-0665-44ba-b544-c8bb11fb0dd1.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/714a533e-b70a-4075-876a-5bc6f3444888.pdf

---

**Doc. 64.0 | Jul 19, 2025 | EXHIBIT EML-D1 (part 1 of 2)**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.64.0.pdf

- **Embedded .Eml Files Part 1 of 1**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/d3423705-8c87-47b8-a883-ca17a75805f4.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/046aa88d-961d-4ed3-bf0f-00886ea8ab08.pdf

---

**Doc. 65.0 | Jul 19, 2025 | EXHIBIT EML-D2 (part 2 of 2)**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.65.0.pdf

- **Embedded .Eml Files Part 1 of 3**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/f638593f-cca7-47b6-8eb5-7e7e612609e9.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/7310e9dc-0694-4b6d-b9c9-9e87e9a2d30c.pdf

- **Embedded .Eml Files Part 2 of 3**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/d8f92c09-ccd2-4f6a-958f-393ef2329192.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/7c5ab6a9-03a7-458b-9a68-d465c459aabb.pdf

- **Embedded .Eml Files Part 3 of 3**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/38bde23a-84ef-4686-b214-db302acaf45c.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/82d161f7-f9c6-4f98-b0b5-778c712b2851.pdf

---

**Doc. 66.0 | Jul 19, 2025 | EXHIBIT EML-E1 (part 1 of 2)**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.66.0.pdf

- **Embedded .Eml Files Part 1 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/c6cd6957-13f4-4b0a-a89e-fb5cef3a5817.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/8f414a6b-57d8-4779-8ac0-37893a2aa9e5.pdf

- **Embedded .Eml Files Part 2 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/f203ce2d-1e04-4d31-912a-88bea827cb4b.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/720f3819-40bb-4834-822b-16a7669eb9e1.pdf

- **Embedded .Eml Files Part 3 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/cbb1ce08-5cb7-4616-9383-75efe25cbf67.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/c36e1160-da2a-4857-8235-07f608764c62.pdf

- **Embedded .Eml Files Part 4 of 4**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/c1950651-469f-47b7-a41b-497ea2f412c5.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/4182b27e-a467-4652-be88-bd686f87d06a.pdf

---

**Doc. 67.0 | Jul 19, 2025 | EXHIBIT EML-E2 (part 2 of 2)**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.67.0.pdf

- **Embedded .Eml Files Part 1 of 1**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/378b7707-5ee9-4636-9f47-6fd7f94b3630.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/583e0704-477d-4779-8437-26d6d680b9e9.pdf

---

**Doc. 69.0 | Jul 21, 2025 | EXHIBIT EMG**

https://mncourtfraud.com/recap/gov.uscourts.mnd.226147/gov.uscourts.mnd.226147.69.0.pdf

- **Embedded .Eml Files Part 1 of 1**

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/48a911cb-251b-45d8-8429-6f7b24cd8311.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/4934d076-5878-45f8-9ef2-9ba43b317d03.pdf

---