**EXHIBIT EVD-D**

# Matthew Guertin v. Hennepin County (24-2662)

**Part 1 of 1**

*Eighth Circuit Court of Appeals, 2024*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**



[MattGuertin.Substack.com](#)  |  [MattGuertin.com](#)  |  [U.S. Patent 11,577,177](#)

[MnCourtFraud.Substack.com](#)  |  [MnCourtFraud.com](#)

| | |
|---|---|
| [Guertin v. Hennepin County (0:24-cv-02646)](#) | *hash authenticated mirror* |
| [Matthew Guertin v. Hennepin County (24-2662)](#) | *hash authenticated mirror* |
| [Guertin v. Walz (0:25-cv-02670)](#) | *hash authenticated mirror* |
| [Matthew Guertin v. Tim Walz (25-2476)](#) | *hash authenticated mirror* |

---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/6b9562ef-ab60-41e0-bd45-9cdbd0bd5f66.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/36d3b5b7-4675-4103-80df-7c3ecfa2d186.pdf

## Embedded Files Contained in Part 1 of 1:

**docket-data.zip**

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805067726.0.pdf**
**02__Originating-court-document-filed-consisting-of-notice-of-appeal-docket-entries-Memo-Opinion-and-Order__7-16-24.pdf**
SHA-256 Hash:  5c1768bc0e60729c086b443e34d3b05f5d5af11ccaf8eee0ae2dbf6bc178d89c
SHA-1 Hash:  b2ac09e6c7f92e8cbf7a5988f14c75115ccd483d

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805067728.0.pdf**
**03__CLERK-ORDER-court-will-rely-on-the-electronic-version-of-the-record-in-its-review.pdf**
SHA-256 Hash:  3bc8cc6a36f7499ceda8bbd8ce8cb32201bd9a53f2b4bdcb6b078dd536163b47
SHA-1 Hash:  c41546d161d5d1388f6467beb9a90191476adc95

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805070402.0.pdf**
**05__APPEARANCE-filed-by-Jamil-M-F-Masroujeh.pdf**
SHA-256 Hash:  9a355bcc000fa321c4a71445f43da247a74b4ccde6554bc225c070cfcbf5e3be
SHA-1 Hash:  3087eb521a2993e998bf58fdf8a77902d538b949

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805071300.0.pdf**
**06__APPEARANCE-filed-by-Benjamin-Harringa.pdf**
SHA-256 Hash:  71e43a42ec410cb4d513f7ac1ea51686b5ae3fbf5fbba382bc208107a0ca162b
SHA-1 Hash:  983b4414c4d371c10fd7eb796bafb3705ed097bb

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805071793.0.pdf**
**07__Appellants-MOTION-to-supplement-the-record.pdf**
SHA-256 Hash:  28e432bfc7a4396a35e526b475478fb592f0e09a81fa143b7fe35dfdf42984c2
SHA-1 Hash:  106aed9b2f8e93eab87574e37ea50ada2de82f80

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805071796.0.pdf**
**08__APPELLANTS-MOTION-FOR-INITIAL-EN-BANC-REVIEW.pdf**
SHA-256 Hash:  1bcc3733f2f9657cb8cdb13f7ad70ef3d9985c0159fbc13b4f4f5cfaa981f77f
SHA-1 Hash:  6ae8e4df8e66ba47298062e8bc1da00ff2c01fbd

**gov.uscourts.ca8.109653/gov.uscourts.ca8.109653.805072059.0.pdf**

**09__CLERK-ORDER-Appellants-Two-Motions-Ordered-taken-with-the-case-for-consideration-by-the-panel.pdf**

SHA-256 Hash: 397f6a6b366018f71b2050384d8375cb439f077acdec553458c3c0b2a092d5ef

SHA-1 Hash: 626ecbd007ea14fc23243e3d26c6ec9f22da97bf