**EXHIBIT EVD-E**

# Guertin v. Hennepin County (24-cv-2646)

**Part 1 of 5**

*District Court, D. Minnesota, 2024*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com  |  MattGuertin.com  |  U.S. Patent 11,577,177

MnCourtFraud.Substack.com  |  MnCourtFraud.com



Guertin v. Hennepin County (0:24-cv-02646)   *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)   *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)   *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)   *hash authenticated mirror*

---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/c031e465-fd66-4d0f-8954-90d785fe54bd.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/b9d5f0e5-8d2b-4da0-a7ef-420960898a6e.pdf

## Embedded Files Contained in Part 1 of 5:

**docket-data.zip**

**00__Guertin-v-Hennepin-County-0_24-cv-02646__2025-02-12.pdf**
SHA-256 Hash:  99ee4ddbca679e2ceed47099d0035eecf852c7ae68791089088dc9766258e880
SHA-1 Hash:  d359d7cdfa1cfddcf29b3529a6ec7eedd99cc1f9

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.1.0.pdf**
**01__ORIGINAL-COMPLAINT__DIGITAL.pdf**
SHA-256 Hash:  ae1ba01086d2b9c0714cbd46c42f6d8b1edb307c10a6cb428f1e0ca18f143c06
SHA-1 Hash:  48c9683c3529893e9509b956c385762fa9ae197a

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.2.0.pdf**
**02__EXHIBIT-R__ORIGINAL-MOTION-FOR-EMERGENCY-TRO__DIGITAL.pdf**
SHA-256 Hash:  6d4d3ec446fa5d461219390a30703dae10c4ec4c897598b207baf38b52735d74
SHA-1 Hash:  3bd989c1b8f61238de964fea0f6ae9d3df85190c

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.3.0.pdf**
**03__SUMMONS-ISSUED__MN-STATE__HENNEPIN-COUNTY.pdf**
SHA-256 Hash:  0e773745d642e227c8753916427ea5f28c64a297d9288aee34d7fe5c419cb2e2
SHA-1 Hash:  3ec5c1d090b4e5f8308bef95d14512d31e62d8af

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.4.0.pdf**
**04__SUMMONS-ISSUED__Bruce-Rivers.pdf**
SHA-256 Hash:  51daf2dca59d3197c32918ecef64d2121727bba9e12e603aefd976a289ab2958
SHA-1 Hash:  bb366d7263df02364654c271af4a7af913ea8f82

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.5.0.pdf**
**05__ORDER-OF-RECUSAL__Judge-Jeffrey-M-Bryan.pdf**
SHA-256 Hash:  2f45ecd0b21bd74289a450b47bfb1ec45c551cb69486a94316366332639f932f
SHA-1 Hash:  8234f41d371e030de4b32700e7a9b2da55073029

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.6.0.pdf**
**06__PLAINTIFFS-APPLICATION-FOR-PRO-SE-LITIGANT-TO-FILE-ELECTRONICALLY.pdf**
SHA-256 Hash: 908fdf922fc049373bb88232c63f072ca62361c8240ca74e92bddc94fd84f4a1
SHA-1 Hash: aa63b322e049a31220a77fe7e9ba5d7ffc6d02c7

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.7.0.pdf**
**07__PLAINTIFFS-SUMMONS-RETURNED-EXECUTED.pdf**
SHA-256 Hash: 28d899f2c7261ca6ed5df96601f5d9e2401b887ccef4446815d3b199af19128e
SHA-1 Hash: 98e6142ae561ee165822a01dab228b0dff027d85

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.8.0.pdf**
**08__Exhibit-A__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CASE-FILES.pdf**
SHA-256 Hash: 0ae00caf689b5be9f159c3366c9667865e567e4d28eedaa0c603a6d0e67833cd
SHA-1 Hash: 5cb008654882009334f062b2b99cb681ffed46cd

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.9.0.pdf**
**09__Exhibit-B__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__MOTION-FOR-JUDICIAL-NOTICE.pdf**
SHA-256 Hash: ca9ffeb7b10946a4554285ba8680f2542a706ffee05a89b5bdce965f6a9a981a
SHA-1 Hash: 27c760a8ca6c6768b8473c9ed2405d0a7be7c2fa

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.10.0.pdf**
**10__Exhibit-C__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__AFFIDAVIT-EVIDENCE.pdf**
SHA-256 Hash: d34573d0487e34355e6d47b4bfff7a49a0eb1f2fecf3be4c9af51c7ba72d8b78
SHA-1 Hash: 07ee3e3fa9aeedfd456e9d82bb7cb9458dc3bb10

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.11.0.pdf**
**11__Exhibit-D__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__AFFIDAVIT-EMAILS-BRUCE-RIVERS.pdf**
SHA-256 Hash: 23a54119f9e65119fd377be22e3a732faee3367fad5759ab1cf5a1d7d2f17eef
SHA-1 Hash: 432e2fe4cf64eb39811c60ee628405d1ea197d34

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.12.0.pdf**
**12__Exhibit-E__HENNEPIN-COUNTY-CRIMINAL-CASE__27-CR-23-1886__CELL-PHONE-PHOTO-TIMELINE.pdf**
SHA-256 Hash: c11cc5db9f4123fe1bad9ec2bef86461cc9830064182ac8c3abc14a6362e8de1
SHA-1 Hash: 00b6b26d5f82121ea1793edbef8c5aa214fcdec2

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.13.0.pdf**
**13__Exhibit-F__MN-COA-CASE-A24-0780__CASE-FILES.pdf**
SHA-256 Hash: 5f8a2f7450366cc56e8f0fe82380a7c114d4af23c99dee90829ddf83b31337a7
SHA-1 Hash: 061e1d3bc1c663e1b54901332bf9a62e868c9b4a

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.14.0.pdf**
**14__Exhibit-G__MN-COA-CASE-A24-0780__ADDENDA-1-2-3.pdf**
SHA-256 Hash: ddd982907515243d154718666b9d9235273966dd1375cb5040164a8eddc83b19
SHA-1 Hash: 3eb6e26ef14957f3c716898e3e48b9dbdc0253d5

# Guertin v. Hennepin County (24-cv-2646)

**Part 2 of 5**

*District Court, D. Minnesota, 2024*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com   |   MattGuertin.com   |   U.S. Patent 11,577,177

MnCourtFraud.Substack.com   |   MnCourtFraud.com

| | |
|---|---|
| Guertin v. Hennepin County (0:24-cv-02646) | *hash authenticated mirror* |
| Matthew Guertin v. Hennepin County (24-2662) | *hash authenticated mirror* |
| Guertin v. Walz (0:25-cv-02670) | *hash authenticated mirror* |
| Matthew Guertin v. Tim Walz (25-2476) | *hash authenticated mirror* |



---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/3b514abf-0fe4-4c27-80fd-e4ca339490f7.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/05dd572e-f7ef-4f13-b0af-1d93753209a0.pdf

## Embedded Files Contained in Part 2 of 5:

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.15.0.pdf**
**15__Exhibit-H__MN-COA-CASE-A24-0780__ADDENDA-4-5.pdf**
SHA-256 Hash:  16a5f2e077b89e011a93fa8921bda0855415ef28ab1424dd197138138a967811
SHA-1 Hash:  10fa1ce48a7097ee1d47fb36b140a13b8e4eaf86

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.16.0.pdf**
**16__Exhibit-I__MN-COA-CASE-A24-0780__ADDENDA-6-7.pdf**
SHA-256 Hash:  fbb1cdcacee5eafcd77291a4b4fe9b92e2db0f849374bdb54e57b8d8bf3f802c
SHA-1 Hash:  45c960640519eaa5dceee77e58cc943b2634f84f

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.17.0.pdf**
**17__Exhibit-J__MN-COA-CASE-A24-0780__ADDENDA-8-9-10.pdf**
SHA-256 Hash:  9e0ab904a22fb42175cfaada82c77781736c391fbe806899ff43c30580ae463c
SHA-1 Hash:  4d9f34d5ce151a8054c046098e53814eda10d726

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.18.0.pdf**
**18__Exhibit-K__GUERTINS-HENNEPIN-COUNTY-CIVIL-COMMITMENT-CASE__27-MH-PR-23-815.pdf**
SHA-256 Hash:  8c1af76cb15f9c37895067c14b6cda80236c80cb564fdbd0aa447db0fa48662e
SHA-1 Hash:  b23c83793b8c00422c284f347d787e3328687874

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.19.0.pdf**
**19__Exhibit-L__LIGHT-STAGE-6-AT-USC-ANALYSIS__FRAUD.pdf**
SHA-256 Hash:  22a31e9fc03d73038c7e39d424afa665af2b3a3729feeeeb54124c91c887eb19
SHA-1 Hash:  647c71b3c62457d5f6d8ebb3ebba961ca91e6522

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.20.0.pdf**
**20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf**
SHA-256 Hash:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
SHA-1 Hash:  9d5b925dee7347ceaeb2ea22d1867621549889c5

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.21.0.pdf**
**21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf**
SHA-256 Hash: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
SHA-1 Hash: 740a6964ac721f016f1ed8057092cf4a3fc2dca0

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.22.0.pdf**
**22__EXHIBIT-O__THE-MINNESOTA-APPELLATE-DECEPTION.pdf**
SHA-256 Hash: c1b0e5dbfc2b5777a4bc1aebc73ffd49810283b809514cb22ff78be51a3dde53
SHA-1 Hash: eb0770686c6d985ec9bd92098f307a6108672a9f

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.23.0.pdf**
**23__EXHIBIT-P__CONSPIRACY-OF-COMMITMENT.pdf**
SHA-256 Hash: 1501e045765eba484ce68a07e20242c882a991712ef84ffaa312c73f29c49dce
SHA-1 Hash: 7c4ed236c1552efac7a859ec2fcddf3e5952aa44

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.24.0.pdf**
**24__EXHIBIT-Q__ORIGINAL-COMPLAINT__DIGITAL.pdf**
SHA-256 Hash: ae1ba01086d2b9c0714cbd46c42f6d8b1edb307c10a6cb428f1e0ca18f143c06
SHA-1 Hash: 48c9683c3529893e9509b956c385762fa9ae197a

# Guertin v. Hennepin County (24-cv-2646)

**Part 3 of 5**

*District Court, D. Minnesota, 2024*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com  |  MattGuertin.com  |  U.S. Patent 11,577,177

MnCourtFraud.Substack.com  |  MnCourtFraud.com

| | |
|---|---|
| Guertin v. Hennepin County (0:24-cv-02646) | *hash authenticated mirror* |
| Matthew Guertin v. Hennepin County (24-2662) | *hash authenticated mirror* |
| Guertin v. Walz (0:25-cv-02670) | *hash authenticated mirror* |
| Matthew Guertin v. Tim Walz (25-2476) | *hash authenticated mirror* |



---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/f1960085-2a4a-442c-9845-3cbc2b203c45.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/1c8f9234-687d-4bec-afac-84d296e505e9.pdf

## Embedded Files Contained in Part 3 of 5:

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.25.0.pdf**
**25__EXHIBIT-R__ORIGINAL-MOTION-FOR-EMERGENCY-TRO__DIGITAL.pdf**
SHA-256 Hash:  6d4d3ec446fa5d461219390a30703dae10c4ec4c897598b207baf38b52735d74
SHA-1 Hash:  3bd989c1b8f61238de964fea0f6ae9d3df85190c

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.26.0.pdf**
**26__JUDGES-ORDER-DENYING-PLAINTIFFS-MOTION-FOR-TRO.pdf**
SHA-256 Hash:  1add1d158fc8ca7b3686c20ec238323f75c554be3de57e95230144f7b87102a6
SHA-1 Hash:  5cf8712d5472eeeabfd91ae58c87344919de6cee

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.27.0.pdf**
**27__NOTICE-OF-APPEARANCE-HENNEPIN-MN-STATE__Benjamin-Harringa.pdf**
SHA-256 Hash:  9b184cb151dee2af0b054c8013e829e5b3e1705a2f9f227fb8f17bd117d9043d
SHA-1 Hash:  aca0e6d001661deea5a782f4ef4fce1993a4c727

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.28.0.pdf**
**28__NOTICE-OF-APPEARANCE-HENNEPIN-COUNTY__Jamil-Masroujeh.pdf**
SHA-256 Hash:  908f9ffd0c8456a1a49cfc8cd195d4af6f049ca18842f898c8c4e04af1d334b0
SHA-1 Hash:  ee1d1847011031ffcb09772c1d0a3aa31097df54

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.29.0.pdf**
**29__STATE-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash:  2f7584754a5d53af5f81d1002767912f79f6e6686158f25c9543d67c3bae1884
SHA-1 Hash:  0286a9fc8e23c23d9a6a378379592e8ff5f20b91

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.30.0.pdf**
**30__NOTICE-OF-HEARING-ON-STATE-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash:  4ef92ed23ecdb6b25637afb16281db5d7ac3538be7f73dbae16cff7242359b66
SHA-1 Hash:  ef20364ea7b1969ae340f8f1f03f8f059cde7a70

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.31.0.pdf**
**31__STATE-DEFENDANTS-MEET-AND-CONFER-STATEMENT.pdf**
SHA-256 Hash: cf702da8fcb9bcba68c8f2ab3d5e8ee85c84e0f174c9de198a3fecc4b78fa2f9
SHA-1 Hash: c8348b8a694d7bf70475bc3ad97abb3b0f49a54c

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.32.0.pdf**
**32__MEMORANDUM-OF-LAW-IN-SUPPORT-OF-STATE-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash: d9db573d0b21f5cb3f06aa5b376e852543f85ddd273b504f2b64c3ebf4f19051
SHA-1 Hash: 0a262afb09b00944ba60519e4eaba23c42493070

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.33.0.pdf**
**33__PROPOSED-ORDER-TO-JUDGE-RE-MN-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash: 203cd8ec0d021e1d1379b44b2f5877070d7e2a3b41f4f8625ac2c3e6c613cde6
SHA-1 Hash: 4a944138184fa6ef684d2f3303d5c3ebf490bc1e

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.35.0.pdf**
**35__HENNEPIN-COUNTY-MOTION-TO-DISMISS.pdf**
SHA-256 Hash: 74ec9d8b3c9584e2279550a1d01152728bc74dcd45466295814bf5529c3b5cc5
SHA-1 Hash: db469f37958ac8f07b65c830e6f4bfdf5ef9929e

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.36.0.pdf**
**36__HENNEPIN-COUNTY-NOTICE-OF-HEARING.pdf**
SHA-256 Hash: cba4f6c009b3880c0dd3e42d817ec7a1581506ef3001e3b15a67220528d3b535
SHA-1 Hash: 4dfd5727592b60de7c4c796e586de8d3be9581bd

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.37.0.pdf**
**37__HENNEPIN-COUNTY-MEMORANDUM-OF-LAW-IN-SUPPORT-OF-MOTION-TO-DISMISS.pdf**
SHA-256 Hash: e61df0903368821c67dc769085ed65197aae874e33256c74736d47ed6b6799c4
SHA-1 Hash: a8bc27ae5bb991d64006b2f2ad0ee7754a1cd7db

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.38.0.pdf**
**38-0__DECLARATION-OF-JAMIL-MASROUJEH-IN-SUPPORT-OF-HENNEPIN-COUNTY-MOTION-TO-DISMISS.pdf**
SHA-256 Hash: 1dae9a65e0e7e6e8b901cbaa71b303eecb9c9fd6c914d8b9c2b3dc812e26f2ed
SHA-1 Hash: 007dd3bcabbda7e50b5329c3fc404af4d832f171

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.38.1.pdf**
**38-1__38-Exhibit-1.pdf**
SHA-256 Hash: a3cbf69b22d8047f63cdacd0103c8f4f845323562e1efe5d157fa26228a26a5a
SHA-1 Hash: 373b3a990351a8bb1de64a48d3300026e7727bb5

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.38.2.pdf**
**38-2__38-Exhibit-2.pdf**
SHA-256 Hash: 29081b49fd8830952a7bd6f291a2ec4bce3928fa4920dbe9e95e3429f9595cab
SHA-1 Hash: 055e755cafe8f7e50e4ae596342fac20e39cfdec

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.38.3.pdf**
**38-3__38-Exhibit-3.pdf**
SHA-256 Hash: 36876d74585b5eb6b98e16c17bf6df0e6078010492936ce0e83faede0b4b278e
SHA-1 Hash: 0b75241394f5ee97fc3f2fd945eb8d67da354d37

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.38.4.pdf**
**38-4__38-Exhibit-4.pdf**
SHA-256 Hash: 0f1abdc96f36e46d5c7d99468db9f998ba599042cadf28bbfd20dc1c9af3ad18
SHA-1 Hash: 36a088b20e748c0545dc7d9279a172848a16a44e

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.38.5.pdf**
**38-5__38-Exhibit-5.pdf**
SHA-256 Hash: c270d44731b71f2100061dd636e8f8ee455359c023f4e97e3349a2e965131f7c
SHA-1 Hash: a2f384c8531667f7122f86f22717c125a7141af4

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.39.0.pdf**
**39__HENNEPIN-COUNTY-MEET-AND-CONFER-STATEMENT.pdf**
SHA-256 Hash: 6b40a4bf1fb2a5b13db1ff325d772dfe30c07408737e6fc6ee50afb353710310
SHA-1 Hash: 2cc68b7d980fb4e41712612de29f26865735a095

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.40.0.pdf**
**40__HENNEPIN-COUNTY-PROPOSED-ORDER.pdf**
SHA-256 Hash: dc9cded14f004a3196e1c7f93bdda5c3bb75a89ac24d6e1ad87ffda2771ad954
SHA-1 Hash: c806e2d0c05a22ef2b4fd053ca2d3904966bd9a3

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.42.0.pdf**
**42__GUERTINS-MOTION-FOR-EXPEDITED-PRELIMINARY-INJUNCTION.pdf**
SHA-256 Hash: 372da263369eaee564f179c6cc921fefec8d733e7d08655f1bd6f0c712f8f436
SHA-1 Hash: c2f634602cef80b0e54a8c143ee2cf8ed5c6252d

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.43.0.pdf**
**43__EXHIBIT-S__NEW-EVIDENCE-AND-EMAIL-COMMUNICATIONS.pdf**
SHA-256 Hash: 8d3576f9df4539de0de2c03dbcd7192470b6040bd52b6b7dfc4b68602b69792b
SHA-1 Hash: 8219c426fccdcf340dd7bb8bc4285b30b0d8bd02

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.44.0.pdf**
**44__EXHIBIT-T__FRAUDULENT-DISCOVERY-ANALYSIS__1-of-3.pdf**
SHA-256 Hash: d3b66e48ef65627045222fce51cf7aeb631ac20ba4dc8f24c26be545be42b69f
SHA-1 Hash: e78c514c4edcf3c86800e3163af9e853b94c6460

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.45.0.pdf**
**45__EXHIBIT-U__FRAUDULENT-DISCOVERY-ANALYSIS__2-of-3.pdf**
SHA-256 Hash: 8c281a4f77f0043748b3af6b2b2bd404bebb0878d4c0c3b37f99d588739261a6
SHA-1 Hash: 82024ea2c34f4e7c8e4628598e7cf132d41daa16

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.46.0.pdf**
**46__EXHIBIT-V__FRAUDULENT-DISCOVERY-ANALYSIS__3-of-3.pdf**
SHA-256 Hash: c08b08b450041e1e2f8c412137d868f661dac882d84b022de85361f80be479d8
SHA-1 Hash: 170d9b31c09e3f45092720848f9335ea3f3aa6ed

# Guertin v. Hennepin County (24-cv-2646)

**Part 4 of 5**

*District Court, D. Minnesota, 2024*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com  |  MattGuertin.com  |  U.S. Patent 11,577,177

MnCourtFraud.Substack.com  |  MnCourtFraud.com

Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)   *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)                *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)          *hash authenticated mirror*



Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/54a6dec4-e0e2-47e0-bcfb-b4aa3e967063.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/ff2a1565-7645-4b49-8c00-3b0bd53da863.pdf

## Embedded Files Contained in Part 4 of 5:

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.47.0.pdf**
**47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf**
SHA-256 Hash:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d
SHA-1 Hash:  d8b7e65f85685ac0bdb7d844a2cbaedca7579b52

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.48.0.pdf**
**48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf**
SHA-256 Hash:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
SHA-1 Hash:  71a5385feb65dc5d5192fd7cdfe2f54e0b4f8404

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.49.0.pdf**
**49__Plaintiffs-Exhibit-List_Federal-Complaint.pdf**
SHA-256 Hash:  056273d4aa99c90fd7314f67fe54e2ae120870fb3738adc470c9e80bb3b924e9
SHA-1 Hash:  926e215c911340d2b70bc470172fab00fda177ee

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.50.0.pdf**
**50__Plaintiffs-Exhibit-List_Original-Motion-for-TRO.pdf**
SHA-256 Hash:  a92d9414a4e605206a8abea41209202b49ea1ed9456161b7abb0370eca4947c4
SHA-1 Hash:  7fd93e88cab77741628871913f753944a9535d423

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.51.0.pdf**
**51__Plaintiffs-Exhibit-List_Motion-for-Expedited-Preliminary-Injunction.pdf**
SHA-256 Hash:  f05373690af2d9356090c19ece2854fab7b38a1f2f4d30431d92eb7f4e1e7c86
SHA-1 Hash:  96bb263b9ba32d29a1953b2463b559f5b3e261d9

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.52.0.pdf**
**52__PLAINTIFFS-REQUEST-FOR-ENTRY-OF-DEFAULT__Bruce-M-Rivers.pdf**
SHA-256 Hash:  3c6ba3cafe7c42a64fdcb99703695a1d94a8f2617fa79bed604b2e35c3bebdf0
SHA-1 Hash:  03dc2095e51988db2ba5bcf185082621fbd1c078

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.53.0.pdf**
**53__PLAINTIFFS-AFFIDAVIT-OF-SERVICE-01.pdf**
SHA-256 Hash: 5e9d0fb4ff0951156373425642d3d244de1110918dd24d612c4af09d83ac7479
SHA-1 Hash: cd71780a2343606e1558486437584412 6d5bc01d

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.54.0.pdf**
**54__PLAINTIFFS-RESPONSE-TO-DEFENDANTS-MOTIONS-TO-DISMISS.pdf**
SHA-256 Hash: 9f7d615c6a5e3f71ad3038de1a97dc9a3bbc3f25f037c8f66c4fafe34dd9e69f
SHA-1 Hash: b6dbe3a13998be7f4340c192c355ec25df52cc09

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.55.0.pdf**
**55__PLAINTIFFS-NOTICE-OF-INTERLOCUTORY-APPEAL-TO-8TH-CIRCUIT.pdf**
SHA-256 Hash: 848eade04f55a3ebbc9fe779246f9d491a3306a5f3514955d50a9292e49b4d90
SHA-1 Hash: 6957532797db14d6a3de05aff70377f07a6886fe

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.56.0.pdf**
**56__PLAINTIFFS-AFFIDAVIT-OF-SERVICE-02.pdf**
SHA-256 Hash: 5121c8f87f29a324d9b1620833b85c9b0ad38f5d4629ba23972d4965dfd282e1
SHA-1 Hash: 062d9b0a53b79bee27687b15a8a9050279109de9

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.57.0.pdf**
**57__NOTICE-OF-APPEARANCE-HENN-COUNTY__Matthew-Messerli.pdf**
SHA-256 Hash: b9d99e9e15642416f92780efeb5692e498040a469943b5d82b9bebd9a2743241
SHA-1 Hash: e386d156fe4ddb10ea05397060a093a9e3b42f16

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.58.0.pdf**
**58__PLAINTIFFS-AFFIDAVIT-OF-SERVICE-03_Bruce-Rivers.pdf**
SHA-256 Hash: ef5804de1a5bdfbb54924f057eb1e1888c3c26ad0dc0ec88291f18c8914ea64d
SHA-1 Hash: 38f1fb2712e16b975b6f9c6d258a12c4ce0eb869

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.59.0.pdf**
**59__TRANSMITTAL-OF-APPEAL-LETTER-TO-8TH-CIRCUIT.pdf**
SHA-256 Hash: c206a3960a4290d01824b1540a77dfde920748731e2f26852715abb14bdccc7a
SHA-1 Hash: 43e4474d7fb1a280d065e1b49ed21990ee5082c6

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.60.0.pdf**
**60__PLAINTIFFS-AMENDED-NOTICE-OF-APPEAL-TO-8TH-CIRCUIT.pdf**
SHA-256 Hash: bfc38961bb21e856bb5c3a22476f36fd342a8ec4c985fdce7932ea76b60c62c8
SHA-1 Hash: d0cbbd83d2d0d4f301f5d489e8bc3f9e8941481e

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.62.0.pdf**
**62__HENNEPIN-COUNTY-DEFENDANTS-LETTER-TO-COURT-RE-PLAINTIFFS-AUG-7-MOTION.pdf**
SHA-256 Hash: 61ed70aad1c2367433b2e21fb358efb71a82e406555805441ba263aa45ee7fa1
SHA-1 Hash: 174e5224e78a10d763dd1a71dfd215e8b18b7072

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.63.0.pdf**
**63-0__CORRECTED__REQUEST-FOR-ENTRY-OF-DEFAULT-AGAINST-DEFENDANT-BRUCE-M-RIVERS.pdf**
SHA-256 Hash: 449672afe21c916455455fdadbc5bab396f3a98247aaf932f468412120e4e304
SHA-1 Hash: 55a1f2299c9284c819f5c0464350e56af739bb13

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.63.1.pdf**
**63-1__AFFIDAVIT__REQUEST-FOR-ENTRY-OF-DEFAULT-AGAINST-DEFENDANT-BRUCE-M-RIVERS.pdf**
SHA-256 Hash:  ad75ce55b688e62ec287f0dd82ec0806865c304cc760c4ae5e6aee3bacf4f947
SHA-1 Hash:  7e90ff3f6f11fe1a3f4f58d33eae70837b617ac7

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.64.0.pdf**
**64__LETTER-TO-DISTRICT-JUDGE-by-Matthew-D-Guertin__defendants-letter-ECF-No-62.pdf**
SHA-256 Hash:  6ad6c69b5a1cd63b3db0bf18b2b42b3c20c1d78dfa931892e7952305c05711f3
SHA-1 Hash:  af81abc641812a18f9e428a13eeb2cc0ea3b8b24

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.66.0.pdf**
**66__MN-DEFENDANTS-REPLY-MEMORANDUM-OF-LAW-IN-SUPPORT-OF-STATE-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash:  c6ff0a906e22ca41c372756db9dfab6641f408fa24c75158c11d57bdcee73665
SHA-1 Hash:  4c6ecd27e334b7d2899ba2b96562745a9d5b3de4

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.67.0.pdf**
**67__MEMORANDUM-OF-LAW-IN-OPPOSITION-TO-PLAINTIFFS-MOTION-FOR-PRELIMINARY-INJUNCTION.pdf**
SHA-256 Hash:  bbd8b48b89ed642dfbd8d0108f0a249dd6cfa5f2b06d8e869620521bae469880
SHA-1 Hash:  f20affa35e8fb7ba79adf63194fb194556f55b3b

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.68.0.pdf**
**68__PLAINTIFFS-MEMORANDUM-IN-OPPOSITION-TO-STATE-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash:  d8383378541f8a55c88a78dd083e57cece4568eb2b14a63587191a9c9d35f7f6
SHA-1 Hash:  97dd366a74a90eb4716faf8693e38289904622aa

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.69.0.pdf**
**69__PLAINTIFFS-MOTION-TO-CORRECT-PROCEDURAL-DEFICIENCIES-AND-REQUEST-FOR-ADDITIONAL-TIME.pdf**
SHA-256 Hash:  c475f801a6ddafc5612dcb31b090637e4b70b5d9616b2808223159bd75a425b2
SHA-1 Hash:  49b3bd79ccff4cb6514f41b4a980d660747a0310

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.70.0.pdf**
**70__DEFENDANTS-HENNEPIN-COUNTY-MEMORANDUM-IN-SUPPORT-OF-MOTION-TO-DISMISS.pdf**
SHA-256 Hash:  a6caabb3967bf42573370a664ce1b8987d9f953600e430ab25780ad5b6e4852d
SHA-1 Hash:  087266c0874b24eebbadc17d31775ac445eb473e

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.71.0.pdf**
**71__Clerks-ENTRY-OF-DEFAULT-as-to-Bruce-M-Rivers.pdf**
SHA-256 Hash:  1db7f5fc4ad063e84c9d7fb1d3f1e26172c8ef014329317713979d86d215a588
SHA-1 Hash:  96a810d97b7c5dc835f14d3bbde11238e653a736

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.73.0.pdf**
**73__PLAINTIFFS-MEMORANDUM-IN-OPPOSITION-TO-HENNEPIN-COUNTY-DEFENDANTS-MOTION-TO-DISMISS.pdf**
SHA-256 Hash:  85fea8b2c226e77b098b407779d7f2d8e2ab176e4ce9aa3f4187ff59146e62cd
SHA-1 Hash:  b4b4f454545b1a76988e909d9b3fdb8f3c203987

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.74.0.pdf**
**74__EXHIBIT-Y__GUERTINS-COMPETENCY-AND-DEFENDANTS-INCOMPETENCY.pdf**
SHA-256 Hash:  b721add389833ef96908953f2ee5be9e5e4298a67ac4c49a7c98c24c6e94e5a8
SHA-1 Hash:  6000994b403672c10c8472a0f58cb36fb38b0d8a

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.74.0.pdf**
**74__EXHIBIT-Y__GUERTINS-COMPETENCY-AND-DEFENDANTS-INCOMPETENCY__HL.pdf**
SHA-256 Hash:  0d491c255794dfa59ec1254e1eeaa98c771ba688fc18db4b303d2cfe1c8a18e6
SHA-1 Hash:  86e4992f30a8d48ccb3313495bf19213cef7859d

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.75.0.pdf**
**75__EXHIBIT-Z__PROOF-OF-BRUCE-RIVERS-KNOWLEDGE-OF-FEDERAL-CASE-AND-DISCOVERY-FRAUD.pdf**
SHA-256 Hash:  a32ac4414f39f40af333b960bf5f6047c7e73f712665a6fe2cc7931384b7e388
SHA-1 Hash:  8a2bee94534ab9169222bf074df1618a1c96ce24

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.77.0.pdf**
**77__EXHIBIT-AA__Guertins-MN-OLPR-Complaint-Against-Bruce-M-Rivers.pdf**
SHA-256 Hash:  a2ed3b809ab95ab957e9c44b7d6dddb0bc87184d91015d53d62dbfab173a6e96
SHA-1 Hash:  2a078eceaf04ad9e071bf5001a6b70fdb230e1d1

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.78.0.pdf**
**78__EXHIBIT-AB__VIDEO-Guertins-Jan-3-2024-Rule-20-01-Exam-Report.pdf**
SHA-256 Hash:  71595a128786c49c83a253634734e350826cfe5dc11ccf1f59af14d57a5e9f4e
SHA-1 Hash:  02507929c9ee48539535029f1b571088e0001fa7

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.79.0.pdf**
**79__3-Pro-Se-Motions-Guertin-Filed-Into-His-Hennepin-County-Criminal-Case.pdf**
SHA-256 Hash:  33cb10dc84ad86c35939ef8ec8167fd4995c23c919527443be2a2429039ff96f
SHA-1 Hash:  26e0f973b66666ece3652008cd1e275eb1d55cf6

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.80.0.pdf**
**80__Judges-MEMORANDUM-OPINION-AND-ORDER-GRANTING-DEFENDANTS-MOTIONS-TO-DISMISS.pdf**
SHA-256 Hash:  06c00309f36ef13ff85c86fb4e59074588dbb175b03389c7661283dce77fb880
SHA-1 Hash:  288a8ec94385021492c0a336f479aa1dc73da6a2

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.81.0.pdf**
**81__EXHIBIT-AD__FRAUD-Round-1-Forensic-Analysis-of-Ai-Generated-PhotoRobot-Fraud.pdf**
SHA-256 Hash:  e900b2ea721b12a8532aa0cbb03e6a9ab5caee483585660cb074acb438297760
SHA-1 Hash:  b08c071a19167948505fcd9d1781368ff63ce51b

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.82.0.pdf**
**82__PhotoRobot-FRAUD_Scrolling-PDF-Animation-Flipbook.pdf**
SHA-256 Hash:  559fed780fb76fee8aee41cdd9e1973e6b6436676319927d062a68ddba099211
SHA-1 Hash:  27e98acf46b02f114af5c4a4020a346631403c12

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.83.0.pdf**
**83__EXHIBIT-AF__FRAUD-Round-2-Forensic-Analysis-of-Ai-Generated-NETFLIX-FRAUD.pdf**
SHA-256 Hash:  44e111ba430c6dfb37fc9327bdb07827aa8ff8f361b51de74c21e8a39a974eea
SHA-1 Hash:  ab77db69f94b6836cd7d4c47bddbc89df96a91c1

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.84.0.pdf**
**84__NETFLIX-FRAUD_Scrolling-PDF-Animation-Flipbook-1-of-3.pdf**
SHA-256 Hash:  33ca37314ef08e0c22426a7855f6f55bc10fd01eb26153f144040447a3d1faca
SHA-1 Hash:  a6dddd8b837cc19b610c1504dcc76eaab2f47626

# Guertin v. Hennepin County (24-cv-2646)

**Part 5 of 5**

*District Court, D. Minnesota, 2024*

**PDF Embedded Case Files | Hash Authenticated <u>Non-Tamper</u> Guarantee**

MattGuertin.Substack.com   |   MattGuertin.com   |   U.S. Patent 11,577,177

MnCourtFraud.Substack.com   |   MnCourtFraud.com

Guertin v. Hennepin County (0:24-cv-02646)      *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)   *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)                *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)          *hash authenticated mirror*



---

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/7650fa33-364f-4972-b2ab-f0d77ef44d5c.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/b3436f35-d9d4-474e-8a7a-b0809ae0d878.pdf

## Embedded Files Contained in Part 5 of 5:

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.85.0.pdf**
**85__NETFLIX-FRAUD_Scrolling-PDF-Animation-Flipbook-2-of-3.pdf**
SHA-256 Hash:  b192dbd45599c3b422c465d58a88d382f0766d725fe944fb3d0530e5f7171c6f
SHA-1 Hash:  8f42ab2ae54533c292d97ac95b45bf73e369f95f

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.86.0.pdf**
**86__NETFLIX-FRAUD_Scrolling-PDF-Animation-Flipbook-3-of-3.pdf**
SHA-256 Hash:  f057dd989e3294b49425bcbe2a3f44788ab59670596d44d986d6c3f0c4e8b01e
SHA-1 Hash:  7414d5ace31371cf38622cebdfd214b4ee900c09

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.98.0.pdf**
**98__EXHIBIT Addendum Master Volume Index_Minnesota Court of Appeals Case_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  4442486221d092826d7279d82a5c482d31d32c014e9870b9e99799aa4e951abb
SHA-1 Hash:  e097ccc47a2ffe4db4089197fbd19af248b7d02a

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.99.0.pdf**
**99__EXHIBIT Addendum Volume I_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  d503f8c615b805b7fd4a9f14bcd6bda78186c1f00ba2e9f99a43ffae08ea5009
SHA-1 Hash:  18bdbe7323f5eabc1b725ef5c0e9712b6c8e1f33

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.100.0.pdf**
**100__EXHIBIT Addendum Volume II_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  cabf055af03bccc528991a840ee8f8bb60076437a20bbb7176cb0142ed1fbd70
SHA-1 Hash:  11209be55a933c3e576b270cc3d04e2e47b79c56

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.101.0.pdf**
**101__EXHIBIT Addendum Volume III_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  cf9de190b5fb74a2ddb2eb9263d14a808ccc3812c400fe516210061e20181110
SHA-1 Hash:  34326040ad6e4a39b248f3607331798a39a893aa

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.102.0.pdf**
**102__EXHIBIT Addendum Volume IV_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  49c5272969bf75855e5900fcfbc252b44bd3956f589694563039becb93761587
SHA-1 Hash:  13fc638f2848745c397479c93d6588bf827bc8c1

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.103.0.pdf**
**103__EXHIBIT Addendum Volume V_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  9ba38d73cfa6a6bb854ca1a047a368f4f7a1f9613785a28afbd900fa42a79fb6
SHA-1 Hash:  cf101a442dc5a24f52f322be88d6c016fcf4062b

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.104.0.pdf**
**104__EXHIBIT Addendum Volume VI_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  46ce17d2ec1be0899d44ff254ff3a6904a2a411ac63ce3b16c209e7fe9511983
SHA-1 Hash:  f235d2b63f9d87abd24e54c5a6543a36d4ade867

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.105.0.pdf**
**105__EXHIBIT Addendum Volume VII_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  ec83394e4ff95c466dcdde88660187cfb2cf03fda93b3eb6f617317b385cddf6
SHA-1 Hash:  1b772d30a4e246a5e790fd4004da34037d3cd681

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.106.0.pdf**
**106__EXHIBIT Addendum Volume VIII_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  76347ea227e7d015b93fb8fcc49682f8aec9d0f936c23f24c786766c609bb7c2
SHA-1 Hash:  e14cf1217628a28a835769f1431046c40e651ed3

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.107.0.pdf**
**107__EXHIBIT Addendum Volume IX_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  9dc10fba778d81edd0bbbd8436643b1eeec47129b85e9a7672fc5af44c37963c
SHA-1 Hash:  eb899f628050ba59a9cea0e543b26dc8a0aba0c0

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.108.0.pdf**
**108__EXHIBIT Addendum Volume X_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  6f56480aff393d08af612336f7238884aa1305944395588a4c0e0736648f4db7
SHA-1 Hash:  6a2841ef203c1017fd46356c0b5f44745146d84f

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.109.0.pdf**
**109__EXHIBIT Addendum Volume XI_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  ff65b785563b42df2d2963de1e480c440a2e85a3e2506a4bd43f16799baf40ae
SHA-1 Hash:  8b30d2b65c0242646e4c547ebbd1ba29dfbca729

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.110.0.pdf**
**110__EXHIBIT Addendum Volume XII_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  d5e9df0ee99243190df341c99bb0562e0519f6b40e46c1bac4133a17fa489415
SHA-1 Hash:  a955dde0eea6d26145326cc91ab8d51df6062c77

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.111.0.pdf**
**111__EXHIBIT Addendum Volume XIII_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash:  683bc1890c537d8bc922ad3257e579feb8b6787cb93fd6bd60cd45c2aa44e298
SHA-1 Hash:  51d12d39a416af1bf7d7bb12a115a9477a672e86

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.112.0.pdf**
**112__EXHIBIT Addendum Volume XIV_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash: 6184819ca3b21957ea76e3e8c2692157c9ea3667abe5822554a5e6bdc79a7e9e
SHA-1 Hash: 878dc00b45ec9503414c287ac81ecdfff2dbfbcc

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.113.0.pdf**
**113__EXHIBIT Addendum Volume XV_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash: 2856b82d2bdc243b32e6f99f02c60fb89679f21166c2675931e385d0c423feb5
SHA-1 Hash: 96cfb5e0ac88b595b016919a3b6376885e5b22ec

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.114.0.pdf**
**114__EXHIBIT Addendum Volume XVI_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash: dff1dd36ecd893677ecfe8df81533b357b45e60f4026e484d72c9999758bb562
SHA-1 Hash: 43575dff5fb40901c206caa639871e0ab92383ca

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.115.0.pdf**
**115__EXHIBIT Emergency Motion for Stay Pending Appeal_MN Court of Appeals_A25-0882__2025-06-18.pdf**
SHA-256 Hash: 71bf86bc845f0fcf863f82bd087e11a35925ca8c6c7e330f019f662eb3db9c54
SHA-1 Hash: 9b618bdd3fd251a16a1d7ff36b00f42f1d8d5ded

**gov.uscourts.mnd.216796/gov.uscourts.mnd.216796.116.0.pdf**
**116__EXHIBIT CIVIL RIGHTS AND RICO COMPLAINT WITH JURY DEMAND__2025-06-25.pdf**
SHA-256 Hash: c02c127488dd27d7c3edc81751c4d5a48b73c8f1ead974fdea2d5a9d685407f3
SHA-1 Hash: 6fe7d32cd8ee72a746136f6892fdf98206559134