# EXHIBIT EVD-F

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)      *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)      *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)      *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)      *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/d44accdc-2120-40ed-ae95-3e342ec2116b.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/f2a20d95-da29-48c9-bbdf-e37b1e81176d.pdf

## Embedded Files Contained in Part 1 of 16:

### 27-CR-17-1555

ADRIAN MICHAEL WESLEY

27-CR-17-1555__files.pdf

PDF SHA-256 File Hash:  127321d7751ab09eba1da7441024f118f6b46e13edea0aa6bea0c32dd86b408a

### 27-CR-17-8342

ADRIAN MICHAEL WESLEY

27-CR-17-8342__files.pdf

PDF SHA-256 File Hash:  82765132c8537d35ae469998cff230d481e43774245734b6faded251b615898f

### 27-CR-17-22909

ADRIAN MICHAEL WESLEY

27-CR-17-22909__files.pdf

PDF SHA-256 File Hash:  c0e5eb83b021c8a280e671b846fe59b777b41d01fb1845b3500e81137c397085

### 27-CR-18-18391

AESHA IBRAHIM OSMAN

27-CR-18-18391__files.pdf

PDF SHA-256 File Hash:  d5e997b70e4aa8bb0949065c723bcb3cd6c9df5aa34499ce157a017c2a066725

### 27-CR-18-18396

Ramadan Hakim Campbell

27-CR-18-18396__files.pdf

PDF SHA-256 File Hash:  3671cfa914dcfa26a1a1c897189dca5c1a76f9d2fc6179bb29b79c4e6017577f

**27-CR-18-19274**

IFRAH ABDULL HASSAN

27-CR-18-19274__files.pdf

PDF SHA-256 File Hash:  e4ceeb465f7e1dbd567931bb5162448d4ae8b8822481404d6f3943130d3037a7

**27-CR-18-26530**

WILLIAM LEE NABORS

27-CR-18-26530__files.pdf

PDF SHA-256 File Hash:  7177a737ca1602bbf5956d03c29f132728ca78a24159a0a541510fb307559b89

**27-CR-19-901**

EYUAEL GONFA KEBEDE

27-CR-19-901__files.pdf

PDF SHA-256 File Hash:  bfe6489f1dd501dbba247ab4e5dca765235623020dd8f56697a7b836474f28c6

**27-CR-19-1916**

AESHA IBRAHIM OSMAN

27-CR-19-1916__files.pdf

PDF SHA-256 File Hash:  35993687b61326e122724ccec9b5354645c6ffdf39e3f4776e14aaa5db3a9790

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**
The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)    *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)    *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)    *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)    *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/98aab315-5f88-4f43-bece-4f32ada4a480.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/b510b3cd-74e4-43b9-ba1d-a7ee34af906e.pdf

## Embedded Files Contained in Part 2 of 16:

### 27-CR-19-3539

AESHA IBRAHIM OSMAN

27-CR-19-3539__files.pdf

PDF SHA-256 File Hash: 5bf79d11513b159876c1dbc10cbc4b997f7ded136263008568da2245315716c1

### 27-CR-19-9270

WILLIAM LEE NABORS

27-CR-19-9270__files.pdf

PDF SHA-256 File Hash: 8b639ee85ae95811c4ed8847823f786fb26102f509a53dab6c098db521d68d58

### 27-CR-19-11566

MAKIS DEVELL LANE

27-CR-19-11566__files.pdf

PDF SHA-256 File Hash: 82010a20940114c637c4e3fb6dab85c4b871673860c8459256441ef7e03251d4

### 27-CR-19-12130

MAKIS DEVELL LANE

27-CR-19-12130__files.pdf

PDF SHA-256 File Hash: 4b934cb109a2cc9542c2ccd6b94230bfe641ba4cd871ea3d7bd80fa6e8e109cf

### 27-CR-19-12466

TERRELL JOHNSON

27-CR-19-12466__files.pdf

PDF SHA-256 File Hash: ee48f2d566decae196540fa24581fe12cf5a58c9158d115ac0bf26cfd7966860

**27-CR-19-17539**

AESHA IBRAHIM OSMAN

27-CR-19-17539__files.pdf

PDF SHA-256 File Hash:  d58b73b8823cf97e82e4ca803469172899099aec16a76b6cc78116eab091f652

**27-CR-19-19606**

TERRELL JOHNSON

27-CR-19-19606__files.pdf

PDF SHA-256 File Hash:  c7733c5c39cdd178f89c074c3d951bec4b12723dfdf48732c0d8ffcedcc99b00

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

[MnCourtFraud.Substack.com](MnCourtFraud.Substack.com)

[Guertin v. Hennepin County (0:24-cv-02646)](#)    *hash authenticated mirror*

[Matthew Guertin v. Hennepin County (24-2662)](#)    *hash authenticated mirror*

[Guertin v. Walz (0:25-cv-02670)](#)    *hash authenticated mirror*

[Matthew Guertin v. Tim Walz (25-2476)](#)    *hash authenticated mirror*

Download Url 1 - [https://mncourtfraud.substack.com/api/v1/file/8b141425-2802-40ef-ab7b-c13c0e2276ea.pdf](https://mncourtfraud.substack.com/api/v1/file/8b141425-2802-40ef-ab7b-c13c0e2276ea.pdf)

Download Url 2 - [https://matt1up.substack.com/api/v1/file/e1b16318-3710-4590-9c95-dd12d47a5df6.pdf](https://matt1up.substack.com/api/v1/file/e1b16318-3710-4590-9c95-dd12d47a5df6.pdf)

## Embedded Files Contained in Part 3 of 16:

### 27-CR-19-22615

ANNE MARIE RILEY

27-CR-19-22615__files.pdf

PDF SHA-256 File Hash:  a65c8a425b45b6acad56543973da9d2aa3e55b4a7452533a8c9b0a730b477751

### 27-CR-19-25578

PAUL JOSEPH OWENS

27-CR-19-25578__files.pdf

PDF SHA-256 File Hash:  9d13f2ed3f346d4d46c1214a634e51b7b32a33cbbbc06c55db62fff172fcb560

### 27-CR-19-28883

JACOB MAMAR JOHNSON

27-CR-19-28883__files.pdf

PDF SHA-256 File Hash:  956e53db279c75768edd269267971af773b5bd798e4f349988651a86da2e0916

### 27-CR-20-423

Ifrah Abdullahi Hassan

27-CR-20-423__files.pdf

PDF SHA-256 File Hash:  2fa9cf74ad620ec6cb2eebad3ecf1968ffe086d726eef76364f8e2e4cb3f79e4

### 27-CR-20-1893

JIMMY EDWARD SPEARS, III

27-CR-20-1893__files.pdf

PDF SHA-256 File Hash:  0c72aaca27ab661fbb3b10a1ed0d8ae9507f09c70aca3c4a7c3b471571d2b492

**27-CR-20-3244**

ANGELIC DENISE SCHAEFER

27-CR-20-3244__files.pdf

PDF SHA-256 File Hash: 250f8b7d27222094e5237c4f129083f091564b984bd1f8f3d873a3655f6d735b

**27-CR-20-6301**

PRIEST JESUS DORSEY

27-CR-20-6301__files.pdf

PDF SHA-256 File Hash: 957361e87b4148b87524c0ecbef0060d6b310f26923b9c37cd30bfdb76c9a459

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)   *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)   *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)   *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)   *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/bcb8decf-e9b5-4d91-8715-f83e56693ac5.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/06d43925-f9e7-42d6-aaf5-3040ee5fdebe.pdf

## Embedded Files Contained in Part 4 of 16:

### 27-CR-20-6517

Rex Allen Basswood, Jr.

27-CR-20-6517__files.pdf

PDF SHA-256 File Hash:  f6be6e0235899320f1317b2638e1bca1b9c5f0bf0550f628ce82ebacc947eac5

### 27-CR-20-7092

DWAYNE ANTHONY BLEDSOE

27-CR-20-7092__files.pdf

PDF SHA-256 File Hash:  fc70e457e5b4d3f5022964b04f14ac1c1049f8e681ebea100e41482f97dee29f

### 27-CR-20-8575

Bisharo Jama Noor

27-CR-20-8575__files.pdf

PDF SHA-256 File Hash:  4c53f1b82bcb6decd3bb95dc3fd11d0f4216d81f86e91f0e95427d78d732ad14

### 27-CR-20-8926

TERRELL JOHNSON

27-CR-20-8926__files.pdf

PDF SHA-256 File Hash:  1c5f05aac82bbf3dc40c27f8a029a6293d36c4e6e699a989e3a6276861dcbdba

### 27-CR-20-9036

MAKIS DEVELL LANE

27-CR-20-9036__files.pdf

PDF SHA-256 File Hash:  d26766009eb440dc298ea0c5b376d41e5e11cb721cc4414027082c0af90fdbc3

**27-CR-20-10049**

Beyonce Porshae Brown

27-CR-20-10049__files.pdf

PDF SHA-256 File Hash:  7f43afa92ec4c87d3ab5eedcd9222897fd73abe39efe95ef70d969fb969dec70

**27-CR-20-11638**

JOHN EMIL STICHA

27-CR-20-11638__files.pdf

PDF SHA-256 File Hash:  b0875c7d7d8616810333a22618ad93abc258942cb2cbeb124ecb7ad4e3ab9dbc

**27-CR-20-13495**

EYUAEL GONFA KEBEDE

27-CR-20-13495__files.pdf

PDF SHA-256 File Hash:  cd113f956e591d1db2d30e3f312a893968e6ae6a5268f862d24ebe929d920ef6

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**
The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)    *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)    *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)    *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)    *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/69ba26e4-c46a-4d9f-8b2f-ad61c5d06503.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/c0438b71-644e-42c3-9297-129f4ab36f6b.pdf

## Embedded Files Contained in Part 5 of 16:

### 27-CR-20-19196

ABDIRAHMAN ISMAIL FARAH

27-CR-20-19196__files.pdf

PDF SHA-256 File Hash:  eb7d49f0be6c73abbcf4d4b06138adda2fa10104435bed24d1fb26fdb13da457

### 27-CR-20-20037

TERRELL JOHNSON

27-CR-20-20037__files.pdf

PDF SHA-256 File Hash:  89bb795659f06041bcef7791cca1ecdceaa7c11d99d76d9fff151d1f7d9a51ff

### 27-CR-20-20788

Lawrence Joseph Durheim

27-CR-20-20788__files.pdf

PDF SHA-256 File Hash:  7de3ad89b6f23419535f8d3ebb355a98f0af12d544a9041a6bfdeeb99bdd1283

### 27-CR-20-20851

MAKIS DEVIL LANE

27-CR-20-20851__files.pdf

PDF SHA-256 File Hash:  d931bd7b70fb6d1bd086c3cf4c7634bdbe726a6de0b739d59bb27715bda93c37

### 27-CR-20-23239

JALEISHA LANAY TAYLOR

27-CR-20-23239__files.pdf

PDF SHA-256 File Hash:  0857206e8d21d271ad124e99db16eec656841fc27c6d4a12dc6d24a3d8acf307

**27-CR-20-23521**

CASPER HUY VUONG

27-CR-20-23521__files.pdf

PDF SHA-256 File Hash:  e366dabb5b1b3ac076a55befd56b3f829345411aa35d3aea33d3591276005f30

**27-CR-20-26577**

Rasheed Richardson

27-CR-20-26577__files.pdf

PDF SHA-256 File Hash:  aa4ba75b94328177fb691d9f1ad2019c296b3ae267887b9329df2121996ca13d

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)  *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)  *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)  *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)  *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/95608d53-ee4e-4001-b558-42f3308cdafc.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/7d1bc8cd-461e-4747-8d42-d527314004a5.pdf

## Embedded Files Contained in Part 6 of 16:

### 27-CR-20-27550

RODRICK JEROME CARPENTER

27-CR-20-27550__files.pdf

PDF SHA-256 File Hash:  b853f816f2c1d35221895702bc197d928a51628a451c5b506f2f9575b262eccd


### 27-CR-21-928

PRIEST JESUS DORSEY

27-CR-21-928__files.pdf

PDF SHA-256 File Hash:  34cab27cbc40334f9b93e4af6022aa6d236d2309b6dbee59c0849632bbe205e0


### 27-CR-21-933

DWAYNE ANTHONY BLEDSOE

27-CR-21-933__files.pdf

PDF SHA-256 File Hash:  16495cd60e00c564627915f66b13132526e815b48e4fbd042942db07298adcc8


### 27-CR-21-1171

IBSSA M YOUSSUF

27-CR-21-1171__files.pdf

PDF SHA-256 File Hash:  4728315fd51d3d471d403b712987da811d90dee62c1589ce8c9f30d9e10231c8


### 27-CR-21-1230

MAKIS DEVELL LANE

27-CR-21-1230__files.pdf

PDF SHA-256 File Hash:  687eb197a70ad0131776cef5caea12483f6008eca4a04b3314773e15d6b781a5

**27-CR-21-1977**

ANGELIC DENISE NUNN

27-CR-21-1977__files.pdf

PDF SHA-256 File Hash:  af3e53868416a5ffb27a4c45987b9b9202824566a3bba0c964d202f1ceb38ed5

**27-CR-21-1978**

ANGELIC DENISE NUNN

27-CR-21-1978__files.pdf

PDF SHA-256 File Hash:  2149bc322827f774a1c162b579f24c45ede4009b3482201138d4377a92368aee

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)     *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)     *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)     *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/a277e161-c090-48ab-a62d-8343461c4d0d.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/978a4d85-2481-43dd-ae3c-66798b887c87.pdf

## Embedded Files Contained in Part 7 of 16:

### 27-CR-21-1980

GORDON EUGENE SHARP

27-CR-21-1980__files.pdf

PDF SHA-256 File Hash:  af86708d6bd57a33f91622ac9c19f61d216363dd462e71bc2c1aad95f3d0a66f

### 27-CR-21-3797

GRAHM MARK FLETCHER

27-CR-21-3797__files.pdf

PDF SHA-256 File Hash:  f84df3dd83d950930884a4ebbba96346310c6c6e6b1c7ef4498bf6890c77ddfa

### 27-CR-21-6229

MARVAL BARNES

27-CR-21-6229__files.pdf

PDF SHA-256 File Hash:  d5d2ea0fae42bd94546e3cfbfd331be4c19f8bf35f67370914e46b67043525ff

### 27-CR-21-6382

PRIEST JESUS DORSEY

27-CR-21-6382__files.pdf

PDF SHA-256 File Hash:  8284911bbf2dc23ddbbff019e1a9fa3ea4b7029b2ae3b3c56b8f209ab1e18973

### 27-CR-21-6710

TEMEKA MICHELLE NICHOLS

27-CR-21-6710__files.pdf

PDF SHA-256 File Hash:  11bc0b872e233e20867fbd640ab5e9671bea10848cd3bd9c2e0c570b295f4081

## 27-CR-21-6904

Lucas Patrick Kraskey

27-CR-21-6904__files.pdf

PDF SHA-256 File Hash: 074d68abe81f81f92321cdd778d31b0d8e02798454da9fe3f5294fad58f65d75

## 27-CR-21-7676

Bisharo Jama Noor

27-CR-21-7676__files.pdf

PDF SHA-256 File Hash: 1717e256807a2fd4d6a66122e6880dcbc686b431ddb58fd7c955c716f5770f29

## 27-CR-21-8067

Lucas Patrick Kraskey

27-CR-21-8067__files.pdf

PDF SHA-256 File Hash: d64db7bd8cf8d65458db926806cf5c5d2a91c5126da006f818cbed385bf25db7

## 27-CR-21-8227

Lucas Patrick Kraskey

27-CR-21-8227__files.pdf

PDF SHA-256 File Hash: 79bca8b2560cba228646ef41f488aa168a141c4708a3a6c56ae206a3c0f388ba

# MATTHEW DAVID GUERTIN

**Part 8 of 16**

**PDF Embedded Case Files - MCRO Evidentiary Dataset**
The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)      *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)      *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)      *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)      *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/2e351f4f-c4bf-46b8-896c-6d757382cb2d.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/116fcb9d-4856-42ff-9409-ee12931da7a8.pdf

## Embedded Files Contained in Part 8 of 16:

### 27-CR-21-8228

Lucas Patrick Kraskey

27-CR-21-8228__files.pdf

PDF SHA-256 File Hash:  793fae1df21b37adf8ada809c90a29c032cdd49c56c2d97b804e1e4197008880

### 27-CR-21-8229

Lucas Patrick Kraskey

27-CR-21-8229__files.pdf

PDF SHA-256 File Hash:  2c8ffbe9fd8f15ecb3579b5c1b57916f8448be321463b95e4418dfb20a1f1424

### 27-CR-21-8230

Lucas Patrick Kraskey

27-CR-21-8230__files.pdf

PDF SHA-256 File Hash:  a0ffed50501fe26ac59bad1c7e9a1c208048fc13426041e78d1c6da64a70292c

### 27-CR-21-8412

Stephone Ahmad Gammage

27-CR-21-8412__files.pdf

PDF SHA-256 File Hash:  11bbf6b10aab85dd124c40df0b797e5b32121f000939919254c25f630499ef31

### 27-CR-21-8511

Lucas Patrick Kraskey

27-CR-21-8511__files.pdf

PDF SHA-256 File Hash:  4397468d3dc62bcd7df43ad4664daf57cd807591f50d116303e6093f02d89d3b

<span style="color:red">**EXHIBIT EVD-F | p. 15**</span>

## 27-CR-21-9235

GRAHM MARK FLETCHER

27-CR-21-9235__files.pdf

PDF SHA-256 File Hash: 7df1af85acebcef27a7bb16856230316398226bd486aa029ec167c0d506e2460

## 27-CR-21-10675

Dennis Joseph Barry

27-CR-21-10675__files.pdf

PDF SHA-256 File Hash: 6c345ffba2ca05f4f8d0409a29e4c8ee84629d33872cd16b7638c81e48681f37

## 27-CR-21-13752

MAKIS DEVELL LANE

27-CR-21-13752__files.pdf

PDF SHA-256 File Hash: b8a224da1b397f2942c80e7299b3e5556135410e656f499b614a655c73366068

## 27-CR-21-13795

JACOB MAMAR JOHNSON

27-CR-21-13795__files.pdf

PDF SHA-256 File Hash: 17903a36d46643f09b80854cfc179e642aee13f8b62cb5e22bccbabd1c7bfe07

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

[MnCourtFraud.Substack.com](MnCourtFraud.Substack.com)

[Guertin v. Hennepin County (0:24-cv-02646)](#)     *hash authenticated mirror*

[Matthew Guertin v. Hennepin County (24-2662)](#)     *hash authenticated mirror*

[Guertin v. Walz (0:25-cv-02670)](#)     *hash authenticated mirror*

[Matthew Guertin v. Tim Walz (25-2476)](#)     *hash authenticated mirror*

Download Url 1 - [https://mncourtfraud.substack.com/api/v1/file/bbb6b3e3-ed6e-40eb-92f4-ded03d335088.pdf](https://mncourtfraud.substack.com/api/v1/file/bbb6b3e3-ed6e-40eb-92f4-ded03d335088.pdf)

Download Url 2 - [https://matt1up.substack.com/api/v1/file/1ec37704-809d-4f40-8537-76374b696fd5.pdf](https://matt1up.substack.com/api/v1/file/1ec37704-809d-4f40-8537-76374b696fd5.pdf)

## Embedded Files Contained in Part 9 of 16:

### 27-CR-21-14861

KESSIE KAFELE WILSON

27-CR-21-14861__files.pdf

PDF SHA-256 File Hash:  ffa0e0dd2b3e33ed7d0024e1a83bb9908d7524628dfe368e27621ab948b2271e

### 27-CR-21-16111

CHARLESETTA STARLET BROWN

27-CR-21-16111__files.pdf

PDF SHA-256 File Hash:  d53bb7e7eaecee2f99053fac6ce7506aaecb837bf907af9fe71e73cd1c509f89

### 27-CR-21-17008

NICOLLE LYNN FAWCETT

27-CR-21-17008__files.pdf

PDF SHA-256 File Hash:  c97949086ac91a8dddf9c0760de1505afb94a38a96e161345816f703f23bb81f

### 27-CR-21-19552

TERRELL JOHNSON

27-CR-21-19552__files.pdf

PDF SHA-256 File Hash:  015d2426beb0e5dd7169a36bf638742d56302c360b7c15018f1d7d1a3ddb767e

### 27-CR-21-19723

BRITTANY LATESHA CRUTCHFIELD

27-CR-21-19723__files.pdf

PDF SHA-256 File Hash:  a54967f90c3defa43815c7d4dbd0c77922eb0fa269b4080ca2dfecb36e7f55b6

**27-CR-21-20072**

GORDON EUGENE SHARP

27-CR-21-20072__files.pdf

PDF SHA-256 File Hash:  a3a379b6c3f0b218052e71e9e1d915c9338dde526477d777a003b7fd392c3315

**27-CR-21-20529**

ISAAC LEE KELLEY

27-CR-21-20529__files.pdf

PDF SHA-256 File Hash:  8e2ed173e7ebc838611d4699fd6bcacbda95bf8c4058402961839a64e8cd7635

**27-CR-21-20637**

Daniel Lamar Ford

27-CR-21-20637__files.pdf

PDF SHA-256 File Hash:  31941ac94120f2e86348c4c00094cc5f6ff5e57c3e095ff4efcac1af144a0989

**27-CR-21-20988**

GORDON EUGENE SHARP, Jr.

27-CR-21-20988__files.pdf

PDF SHA-256 File Hash:  fd2aaed3542dc95690af9cba361f0ff941669b8c3f18fe1edbc36ac248f9d275

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**
The Largest Judicial Fraud Scandal in U.S. History

**For more information see:**
MnCourtFraud.Substack.com
Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)     *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)     *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)     *hash authenticated mirror*



Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/d62aabea-caab-49bf-9c71-2602749273de.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/ec4c7d1d-bc8e-4af7-bfb7-f2784b6867a3.pdf

## Embedded Files Contained in Part 10 of 16:

### 27-CR-21-21355
GORDON EUGENE SHARP, Jr.
27-CR-21-21355__files.pdf
PDF SHA-256 File Hash:  93a285eeb1952f4e60822bad57a32b670589539693880cdc86d4d0151b9dc02a

### 27-CR-21-22058
AESHA IBRAHIM OSMAN
27-CR-21-22058__files.pdf
PDF SHA-256 File Hash:  64c9cff2fa4a6b0b9d9c5ab7ed68bffffe837238f72b112069af2d4f80077e51

### 27-CR-21-23131
Rex Allen Basswood, Jr.
27-CR-21-23131__files.pdf
PDF SHA-256 File Hash:  7283147ed2ffb37c711ef9fb1d1ac9ff322470dd7d81c65b48a1e54b4ec10277

### 27-CR-21-23188
GORDON EUGENE SHARP, Jr.
27-CR-21-23188__files.pdf
PDF SHA-256 File Hash:  1d0ad246f28cb66914cd79a0ea92aac0ea6caf8b4d5d6a580ac71c75c676d10b

### 27-CR-21-23215
GORDON EUGENE SHARP, Jr.
27-CR-21-23215__files.pdf
PDF SHA-256 File Hash:  58bd6f86da82c397488a5d476865c322b839eb9ccbab9fb9c4c6db230a056efa

**27-CR-21-23233**

TERRELL JOHNSON

27-CR-21-23233__files.pdf

PDF SHA-256 File Hash:  48594b58df747fb7544285eb0baec3621828291260afe1b6dbd746e1ab9008e3

**27-CR-21-23456**

BRITTANY LATESHA CRUTCHFIELD

27-CR-21-23456__files.pdf

PDF SHA-256 File Hash:  8eb139d518172e11dfdd72620a279887101f6077e45bfd4c30676eb189fc5be5

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)    *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)    *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)    *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)    *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/d0bc52e2-2799-41d2-a9f1-a7481717c2e5.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/ff38a84b-6bc0-4425-a585-d65b60f0c10e.pdf

## Embedded Files Contained in Part 11 of 16:

### 27-CR-21-23628

Carmen Bendu Greaves

27-CR-21-23628__files.pdf

PDF SHA-256 File Hash:  f55fc85078c499c0340c5b89b3e8851a8c36ea0a49bac290334b698fa575aadd

### 27-CR-22-1165

TERRELL JOHNSON

27-CR-22-1165__files.pdf

PDF SHA-256 File Hash:  9763a8fb171074ba4bcd3f436e08a0ba05c375f17e09ebb08e1fab786e211210

### 27-CR-22-3377

CHASE RADLEY GREEN

27-CR-22-3377__files.pdf

PDF SHA-256 File Hash:  921f5d3203d4f21d2585f7a96b9bcc66adb6d5c970322691298a4c3f217ad852

### 27-CR-22-3553

WILLIAM LEE NABORS

27-CR-22-3553__files.pdf

PDF SHA-256 File Hash:  55b0c156e19e0b81dbb5e8b16125847fd2ad81184530d781483a7def99a38e63

### 27-CR-22-3570

Dennis Joseph Barry

27-CR-22-3570__files.pdf

PDF SHA-256 File Hash:  6510a72a1b8e95b7ea38558d46a6c836df6ee09fc89d51b336f87cd097e63c58

## 27-CR-22-4087

GORDON EUGENE SHARP, Jr.

27-CR-22-4087__files.pdf

PDF SHA-256 File Hash: 5ffd58730f90bdef21fef79a4070d94048d190d39d70330b520cddf8ac44b6d2

## 27-CR-22-4239

PRIEST JESUS DORSEY

27-CR-22-4239__files.pdf

PDF SHA-256 File Hash: 3beae919b9001660e78fa2063646ed5e44fcd7519a661a65f6252f9dab60f0a8

## 27-CR-22-4879

MANYARA NICOLE WATKINS

27-CR-22-4879__files.pdf

PDF SHA-256 File Hash: 1eb17ef376936402932fd81290cca809fe1d890e1a686808bbcf44ef8b3aaa56

## 27-CR-22-4898

TERRELL JOHNSON

27-CR-22-4898__files.pdf

PDF SHA-256 File Hash: 7fd67ffc9c9b6f3b046d023f5c501ff5063805cedd236342c82dd9de42867816

## 27-CR-22-5532

Isaac Lee Kelley

27-CR-22-5532__files.pdf

PDF SHA-256 File Hash: d74a64e04f5536804f45bea511f7cdf70e3a24c3cbb57efc209b43edb832e52c

## 27-CR-22-7797

Carmen Bendu Greaves

27-CR-22-7797__files.pdf

PDF SHA-256 File Hash: 7939e82ab66191768f91f32c5089abc855f5e7ba57010412fe43d0478756f5ba

## 27-CR-22-7953

ISAAC LEE KELLEY

27-CR-22-7953__files.pdf

PDF SHA-256 File Hash: 7997c12063db60e9fec88799d60fce60cad1cfb59e913399c3635f5aca0a095d

# MATTHEW DAVID GUERTIN

### Part 12 of 16

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*
Matthew Guertin v. Hennepin County (24-2662)     *hash authenticated mirror*
Guertin v. Walz (0:25-cv-02670)     *hash authenticated mirror*
Matthew Guertin v. Tim Walz (25-2476)     *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/3b1f6684-af07-4ee3-9732-f78821c4619b.pdf
Download Url 2 - https://matt1up.substack.com/api/v1/file/a1d25a4e-3366-47b0-85da-e409c5fb060d.pdf

## Embedded Files Contained in Part 12 of 16:

### 27-CR-22-9720
EMANUEL OMAR BLACK
27-CR-22-9720__files.pdf
PDF SHA-256 File Hash:  724159183634dc98ba7f5a88f16471615b2c9ad8ff6d6e32e195e8f2cc0551be

### 27-CR-22-10055
MAKIS DUVELL LANE
27-CR-22-10055__files.pdf
PDF SHA-256 File Hash:  ad9d97ede9958a65788d43d2bb7414b3133bc0b1b7b1d153d55fa2c01788187e

### 27-CR-22-10646
LAMAR GLASS
27-CR-22-10646__files.pdf
PDF SHA-256 File Hash:  e0167074d15636e368591d93310c64b8235be6ce5aa5451e91b4a224ba4ffda3

### 27-CR-22-12076
Emanuel Omar Black
27-CR-22-12076__files.pdf
PDF SHA-256 File Hash:  34898a613b8c3b74b6157a43763a5cb265b009bdd0320d1e2153e6bc662e3ade

### 27-CR-22-13185
MARK ANTHONY REINHART
27-CR-22-13185__files.pdf
PDF SHA-256 File Hash:  bcecd9d1dd118b9f2eea159c7ae9e95b68f8168b78b847aa26db5ed626b968ee

## 27-CR-22-13941
TIA TIAUNNA PAYNE
27-CR-22-13941__files.pdf
PDF SHA-256 File Hash:  dd04360c178c61dfbaabaac37166a505d6020a6a294def11ba5491e3449d16b7

## 27-CR-22-14493
TIMOTHY TERRELL STUCKEY
27-CR-22-14493__files.pdf
PDF SHA-256 File Hash:  c89be0f72f5e47d63d711a75697b47721909f61f84015c8d9610b8abbb75cfb6

## 27-CR-22-14541
RODRICK JEROME CARPENTER, II
27-CR-22-14541__files.pdf
PDF SHA-256 File Hash:  c225ad3cb2d158e430be4c708bff8707a2827332052d344ce72f206f59a37d03

## 27-CR-22-15358
RODRICK JEROME CARPENTER, II
27-CR-22-15358__files.pdf
PDF SHA-256 File Hash:  e8bb4d9de3df90527f95c419076eef81098672a24d7a342a2fb5d23191b50393

## 27-CR-22-15430
CHARLESETTA STARLET BROWN
27-CR-22-15430__files.pdf
PDF SHA-256 File Hash:  51ba29cac2bae564ebc2b024d9dbfaf184f24848d47053fadf4b3f85655dde9b

## 27-CR-22-15550
BRITTANY LATESHA CRUTCHFIELD
27-CR-22-15550__files.pdf
PDF SHA-256 File Hash:  2c34c41ab23a541c09db239278db8aaefe67a287753f60bf22c3ef4281df272a

## 27-CR-22-17300
Lucas Patrick Kraskey
27-CR-22-17300__files.pdf
PDF SHA-256 File Hash:  e604ee13e83e1523ca26ddb14125739030b11728c6ae038c14d7b471b3062fb1

## 27-CR-22-18209
JULIET KAY HIGGINS
27-CR-22-18209__files.pdf
PDF SHA-256 File Hash:  8530d4a8d3c6f6e9c8f91f5f5af1f4b1ff83ccd12315f1297e14aa140f75c3d7

# MATTHEW DAVID GUERTIN

### Part 13 of 16

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)     *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)     *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)     *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/d70499de-618e-4bb2-8674-37f330939c2e.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/89866861-0660-4a48-9700-1c417ccaccff.pdf

## Embedded Files Contained in Part 13 of 16:

### 27-CR-22-18776

AMY LOUISE LILLEVOLD

27-CR-22-18776__files.pdf

PDF SHA-256 File Hash:  d7235444ac0a0257f5fa24d2b6889c13d12e85dc6626720018537a8e29b7cb16

### 27-CR-22-18789

MOLLY ANNE PRICE

27-CR-22-18789__files.pdf

PDF SHA-256 File Hash:  455ca944e30a9d1e70338d0bb52180c70539de9c52ca10e8457f7fd918fcb718

### 27-CR-22-18859

ABDIQANI AHMED HASSAN

27-CR-22-18859__files.pdf

PDF SHA-256 File Hash:  3baf50e0db91d99d8b49d54817b4f5633ff9fb33d07012b616567ba175fde3c0

### 27-CR-22-18938

NURADIN MOHAMUD

27-CR-22-18938__files.pdf

PDF SHA-256 File Hash:  ddfcf2126fea537f45a6ed7629027124ad9c2f77c1813e96940b03be54a1abc8

### 27-CR-22-19036

Crystal Latasha Mcbounds

27-CR-22-19036__files.pdf

PDF SHA-256 File Hash:  3a4c0353c1ff778225772c1fc2dc34dd387390c12c06b14713c00b1bc3685755

## 27-CR-22-20033
ANGELIC DENISE NUNN
27-CR-22-20033__files.pdf
PDF SHA-256 File Hash:  c2dcc92b6fc55327bc2dd8d28a23dfb03128cf4251f35dfc34a08eb68d366cd4

## 27-CR-22-20527
JARELLE THOMAS VAUGHN
27-CR-22-20527__files.pdf
PDF SHA-256 File Hash:  487cc70e1b4d60da9e51230077cf9025d2de2d921f5f4160bae84e32fdddb3f3

## 27-CR-22-21679
Lucas Patrick Kraskey
27-CR-22-21679__files.pdf
PDF SHA-256 File Hash:  b5868d6e6ecbb31e281b4d29e741313d51cf5ba9e7439d8aaff3fde75a58c0bd

## 27-CR-22-21925
Abdinour Mohamed Alasow
27-CR-22-21925__files.pdf
PDF SHA-256 File Hash:  685da751350f866dd485481015a79c0ec1848ebf31badca07d32e86221b13018

## 27-CR-22-22521
Dennis Joseph Barry
27-CR-22-22521__files.pdf
PDF SHA-256 File Hash:  b3e5db3aefca5a799f155fc90c641627a271c8befa94d6302110f661dfdf5280

## 27-CR-22-22687
CHASE RADLEY GREEN
27-CR-22-22687__files.pdf
PDF SHA-256 File Hash:  f46e0127ed4e15a1bcd55775844d486470a8e79df7c34bb9945ae9d86fff0994

## 27-CR-22-22850
YASMIN AHMED ALI
27-CR-22-22850__files.pdf
PDF SHA-256 File Hash:  c08fc39f6ad7d6945b077c92d0b79aa08e1de5392b06135b3544efa4cc66c79c

## 27-CR-22-22963
GORDON EUGENE SHARP, Jr.
27-CR-22-22963__files.pdf
PDF SHA-256 File Hash:  7a4e12170981ad13eba8a18a5605b070a1744e80c7a1b1cd0691a32f4c35cd0a

**27-CR-22-22985**

ABDIQANI AHMED HASSAN

27-CR-22-22985__files.pdf

PDF SHA-256 File Hash: 6439eb485da5672cce36a0c273f97b7530954fdea31d1b4c1910607e1a62e013

**27-CR-22-23317**

Abdinour Mohamed Alasow

27-CR-22-23317__files.pdf

PDF SHA-256 File Hash: 86db44ed0c993589b350a475fe457b913cd185a8dfbbe183b26ae5b11685bc63

**27-CR-22-24045**

Lucas Patrick Kraskey

27-CR-22-24045__files.pdf

PDF SHA-256 File Hash: 7ddfc57168ca0f265c3ef102f2bdaf2cd6c4e5c22699324e30a48f87ec6484da

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)     *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)     *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)     *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/8792af79-b1ff-4f17-a006-3eb733435d9f.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/e87065ce-1a63-4238-b667-5b566da922c7.pdf

## Embedded Files Contained in Part 14 of 16:

### 27-CR-22-24357

DENNIS MICHAEL THILL

27-CR-22-24357__files.pdf

PDF SHA-256 File Hash:  17e79da8c620c76477ac4f90a09f82ec84b74552791f9628776b21f767f7d0c8

### 27-CR-22-24627

Rex Allen Basswood, Jr.

27-CR-22-24627__files.pdf

PDF SHA-256 File Hash:  4a00fa1beed06cce9af2a4d97435e886a7ed28bfdc0394d79c978f2ff588c34c

### 27-CR-22-25134

Carmen Bendu Greaves

27-CR-22-25134__files.pdf

PDF SHA-256 File Hash:  620a7e933c6a3396cbfe3453e5bc3020a000607b4327b3ca3881810cac59befb

### 27-CR-22-25151

NICOLE LORETTA KELM

27-CR-22-25151__files.pdf

PDF SHA-256 File Hash:  8de1f8d320e79656b9c041c0203fae1b0ceaadfbb48343b8f36be9da7c636a21

### 27-CR-23-284

MOHAMED ABDI SHIDE

27-CR-23-284__files.pdf

PDF SHA-256 File Hash:  d59dd9e506682ee3d255c0ad3e9570d279cd14daf72de850ef5804a307253959

## 27-CR-23-385

Lucas Patrick Kraskey

27-CR-23-385__files.pdf

PDF SHA-256 File Hash:  d1768911071abd6abd88a3e16c77cc4ff503b1de4473c6fa0ba5796f1d0bdb72

## 27-CR-23-512

Abdinour Mohamed Alasow

27-CR-23-512__files.pdf

PDF SHA-256 File Hash:  78126a84fd946066b8d1aa4c65025c236e0fb10fb0bfece3631914e98d3e49c7

## 27-CR-23-883

Abdinour Mohamed Alasow

27-CR-23-883__files.pdf

PDF SHA-256 File Hash:  ce0a902a523a17480f75c5bfa394b32630912b4021ac9cbea98820cb1497de1a

## 27-CR-23-1101

MICHAEL CHANTEL WRIGHT

27-CR-23-1101__files.pdf

PDF SHA-256 File Hash:  1ff7ccf12a9ca496bc0e0e19505b4d57f4d44c76bac9359f9b8df0a752133169

## 27-CR-23-1600

JIMMY EDWARD SPEARS, III

27-CR-23-1600__files.pdf

PDF SHA-256 File Hash:  8b75435f854cb3324282c25f7e7b6b43be3cd7fd0f7928ec0c30db02193fd097

## 27-CR-23-1658

YASMIN AHMED ALI

27-CR-23-1658__files.pdf

PDF SHA-256 File Hash:  ee901c358b9a004b29cf8a13d8a671c7f106a79c6b6abaecba71b84904284d5b

## 27-CR-23-1886

MATTHEW DAVID GUERTIN

27-CR-23-1886__files.pdf

PDF SHA-256 File Hash:  4082a3d6f18136e0bf55560c7f60cc6f26338ff4e2d8997d22081a742b0f0973

## 27-CR-23-2073

PRIEST JESUS DORSEY

27-CR-23-2073__files.pdf

PDF SHA-256 File Hash:  fcf3385d99ddf975e706a40a6afb539401c9d05e3f37fda896ad46961846bf01

**27-CR-23-2152**

GRAHM MARK FLETCHER

27-CR-23-2152__files.pdf

PDF SHA-256 File Hash:  aaa673d079ecf6fecd35623ee489101869a389106aff2d2aa681da37fd3eca84

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)   *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)   *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)   *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)   *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/6e68a9a3-1643-494f-8c0b-16dc316ef23e.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/26fa6708-ae7e-4f05-b734-3c74db6efa12.pdf

## Embedded Files Contained in Part 15 of 16:

### 27-CR-23-2480

Sandra Vongsaphay

27-CR-23-2480__files.pdf

PDF SHA-256 File Hash: ab41e4f7ad4135be061f6faec7fe0e1fd36628574e4746b1453e35a01876b0f3

### 27-CR-23-3198

AARON DASHAUN CHERRY

27-CR-23-3198__files.pdf

PDF SHA-256 File Hash: d61e4723769a6d1dfdb2cfa8deb6b5d6500d9d669841a62ebc4b50afdd674c6a

### 27-CR-23-3423

MOHAMED ABDI SHIDE

27-CR-23-3423__files.pdf

PDF SHA-256 File Hash: b6233a97fa73d20ea321999ef993deb18e035d2bbdc2198a875eb3905ce6efdc

### 27-CR-23-3459

MUAD ABDULKADIR

27-CR-23-3459__files.pdf

PDF SHA-256 File Hash: 087e57a929edf577d3b8daefd911061c911a875c05c8acc76422b82e9c2adc58

### 27-CR-23-3460

MUAD ABDULKADIR

27-CR-23-3460__files.pdf

PDF SHA-256 File Hash: 19bd85a91a521f7e319b2064eb2d7e41e8874f45a862d2f52f1b171159349e28

## 27-CR-23-3496

ABDULKADIR ELMI EGAL

27-CR-23-3496__files.pdf

PDF SHA-256 File Hash:  d39b09f28c03a2b1efe51b9f13d496da4f3b5d6b1cacd56c1cbbe18cf93ed47d

## 27-CR-23-4547

Delayna Adrianne Lussier

27-CR-23-4547__files.pdf

PDF SHA-256 File Hash:  af2f1d180aeb333b86aecc69fc9d326150aaea3d805cb468e4aae1447c26ede4

## 27-CR-23-5213

MARK ANTHONY REINHART

27-CR-23-5213__files.pdf

PDF SHA-256 File Hash:  160b9b32a4a42ad79c43279ea5185db44f8b4c352295ed3c5dab34c29e4e8d22

## 27-CR-23-5751

Lucas Patrick Kraskey

27-CR-23-5751__files.pdf

PDF SHA-256 File Hash:  f2dc22f4944ea8cc6512d4020bfacebf38d444609347104f96ed6cb2e4c8b885

## 27-CR-23-8406

JALEISHA LANAY TAYLOR

27-CR-23-8406__files.pdf

PDF SHA-256 File Hash:  c529fa82182dc8ad658b47415e16af3597358675973d64c1676d3b32046afb19

## 27-CR-23-8560

INGRAM METEBO OYUGI

27-CR-23-8560__files.pdf

PDF SHA-256 File Hash:  9920435af8c2d8cc69330f0acd5b02bbebfdd05338f21ef08d51d0f30eadefd8

## 27-CR-23-8649

TERRELL JOHNSON

27-CR-23-8649__files.pdf

PDF SHA-256 File Hash:  5c5fab21126b27a6de1095facd393c60c1830aead51909c4e6038d5e43ed1eb8

## 27-CR-23-8721

Daniel Lamar Ford

27-CR-23-8721__files.pdf

PDF SHA-256 File Hash:  1c1446ea5307da1bb4142b549e2a6d9c04d10726586ae7209a4421a57951455f

**27-CR-23-9135**

Rashi Tamboura Williams

27-CR-23-9135__files.pdf

PDF SHA-256 File Hash: 00555e6abfe5121b7cddd24a8b608093310c4ad49de9cc4a459efdeeadbbd035

# MATTHEW DAVID GUERTIN

**PDF Embedded Case Files - MCRO Evidentiary Dataset**

The Largest Judicial Fraud Scandal in U.S. History



**For more information see:**

MnCourtFraud.Substack.com

Guertin v. Hennepin County (0:24-cv-02646)     *hash authenticated mirror*

Matthew Guertin v. Hennepin County (24-2662)     *hash authenticated mirror*

Guertin v. Walz (0:25-cv-02670)     *hash authenticated mirror*

Matthew Guertin v. Tim Walz (25-2476)     *hash authenticated mirror*

Download Url 1 - https://mncourtfraud.substack.com/api/v1/file/40fd4ed4-9393-4c00-80cc-8ba258f8897d.pdf

Download Url 2 - https://matt1up.substack.com/api/v1/file/ddda6b15-22c2-4b25-828d-b895996152a7.pdf

## Embedded Files Contained in Part 16 of 16:

### 27-CR-23-9546

TIMOTHY TERRELL STUCKEY

27-CR-23-9546__files.pdf

PDF SHA-256 File Hash:  7eea470bff2bd7d4f206b7141e5d9ecb859cdd73b846882e5f42a247c2411455

### 27-CR-23-10954

Delayna Adrianne Lussier

27-CR-23-10954__files.pdf

PDF SHA-256 File Hash:  89c3386f208e0a8db7e64b81144968a8a6dcd097d1e38e4d00029e345cf7c9b4

### 27-CR-23-12360

ALEXANDER ORVAL THOMLEY

27-CR-23-12360__files.pdf

PDF SHA-256 File Hash:  923334514b591765f931c60482c8fc7a92940cef96d6ab85079ccc88d695f0f6

### 27-CR-23-12653

JACOB JOSEPH SCHECH

27-CR-23-12653__files.pdf

PDF SHA-256 File Hash:  a8509bf99af0545afc544fa7a33a2df24b4ccba835c06bedbf3169c08166aef5

### 27-CR-23-13960

JEREMIAH JAMES RIVERS

27-CR-23-13960__files.pdf

PDF SHA-256 File Hash:  ee14284f3f1d380b4ad4797bd62626315e2e2319b059111ec69bd74dd171ab90

## 27-CR-23-16281

FUE VANG

27-CR-23-16281__files.pdf

PDF SHA-256 File Hash:  cf9bc2369f40f32580f9d32112149fb6f1162e774c158128bbe9e8c0e4be6ccd

## 27-CR-23-16927

GORDON EUGENE SHARP, Jr.

27-CR-23-16927__files.pdf

PDF SHA-256 File Hash:  978c48f268e12dabf13beb4a9d67b948a587ff86a8350f058c987121109a52a2

## 27-CR-23-17576

EMANUEL OMAR BLACK

27-CR-23-17576__files.pdf

PDF SHA-256 File Hash:  e6bdce82ff0abf42a8a521f66a441e35984d112df97b3d312cd1fe0afa72cc94

## 27-CR-23-18846

RICKY NELSON SULLIVAN, Jr.

27-CR-23-18846__files.pdf

PDF SHA-256 File Hash:  fd9120247ed288e749a3c1491819e732aaa279011dd59f5ccb8767cf64086d95

## 27-CR-23-18850

RICKY NELSON SULLIVAN, Jr.

27-CR-23-18850__files.pdf

PDF SHA-256 File Hash:  880c53fd8c857565cdfa42eccce384ba5617c01da0f1a44537e61cd61e4428e2

## 27-CR-23-18964

TROY CARL WARNKE, Jr.

27-CR-23-18964__files.pdf

PDF SHA-256 File Hash:  5b98086a7d95ceefdc1cd4f8e573c8118fd21ec48605ab2b7d0bff96696fecf5

## 27-CR-23-20715

KESSIE KAFELE WILSON

27-CR-23-20715__files.pdf

PDF SHA-256 File Hash:  1c3bbdc8a06a8ae7a056a20dc0545ab036ac2bf365197c368459d847199b9661

## 27-CR-23-21403

PETER JAHAN LEHMEYER

27-CR-23-21403__files.pdf

PDF SHA-256 File Hash:  80294b206264f71f2cbd9a507481c60f82b5960135c5842b6df170aed42d7b68

**27-CR-23-21653**

ROBERT WILLIAM BALSIMO

27-CR-23-21653__files.pdf

PDF SHA-256 File Hash:  f3788cad13350d1f260b2f67e5566e0b26e46d2d12f84c91ad11863f5e0be990

**27-CR-23-24219**

ALEXI BRE WASHINGTON

27-CR-23-24219__files.pdf

PDF SHA-256 File Hash:  370a902970766a9e388efaecf228f263e59c96e02488f9c13fa0b7d9f3010137