# EXHIBIT EVD-G



# Guertin _v._ Walz (0:25-cv-02670)

## District Court, D. Minnesota

_------- Guertin's hash-authenticated mirror -------_

Last Updated: Aug. 10, 2025, 3:50 a.m.
Assigned To: Paul Arthur Magnuson
Referred To: Douglas L. Micko
Citation: Guertin v. Walz, 0:25-cv-02670, (D. Minnesota)
Date Filed: June 25, 2025
Date of Last Known Filing: July 25, 2025
Cause: 42:1983 Civil Rights Act
Nature of Suit: 440 Civil Rights: Other
Jury Demand: Plaintiff
Jurisdiction Type: Federal Question
Docket Entries

| Doc | Date Filed |
| --- | --- |
| 1 | Jun 25, 2025 |

**COMPLAINT** against Shereen Askalani, Michael Berger, George F. Borer, Michael K. Browne, Hilary Caligiuri, Raissa Carpenter, Judith Cole, Katheryn Cranbrook, Lee Cuellar, Julia Dayton-Klein, Emmett M. Donnelly, Keith Ellison, Todd Fellman, Chela Guzman-Wiegert, Mawerdi Hamid, Hennepin County, Sarah Hudleston, Jane Does, Lisa K. Janzen, John Does, William H. Koch, Carolina A. Lamas, Danielle C. Mercurio, Kerry W. Meyer, Adam Milz, Mary Moriarty, Alisha Nehring, Kristen A. Otte, Jacqueline Perez, Bruce M. Rivers, Jill Rogstad, Tim Walz (filing fee $405, receipt number 4-9036) filed by Matthew D. Guertin. No summons requested. Case assigned to Judge Jerry W. Blackwell per 3rd, 4th - Civil Rights list, referred to Magistrate Judge Douglas L. Micko. (Attachments: # 1 Civil Cover Sheet) (jam) Document QC'd by KTL on 6/27/2025 (KTL). (Entered: 06/25/2025)

| | |
| --- | --- |
| Complaint | Main Document<br>Download PDF<br>• Guertin's Authenticated and Signed<br>• From CourtListener<br>• From Internet Archive<br>• Buy on PACER ($3.00) |
| Civil Cover Sheet | Attachment 1<br>Download PDF<br>• Guertin's Authenticated and Signed<br>• From CourtListener<br>• From Internet Archive<br>• Buy on PACER ($0.10) |

| Doc | Date Filed |
| --- | --- |
| 2 | Jun 25, 2025 |

**MOTION FOR SERVICE OF PROCESS** BY U.S. MARSHAL PURSUANT TO 28 U.S.C. § 1915 (d) filed by Matthew D. Guertin. (jam) Document QC'd by KTL on 6/27/2025 (KTL). (Entered: 06/25/2025)

Main Document

Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

**Doc** | **Date Filed**

3      Jun 25, 2025

**EXPERT WITNESS DECLARATION** of MATTHEW D. GUERTIN PURSUANT TO FED. R. EVID. 702 & 902 (14) by Matthew D. Guertin. (jam) Document QC'd by KTL on 6/27/2025 (KTL). (Entered: 06/25/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.60)

**Doc** | **Date Filed**

4      Jun 25, 2025

Clerk's Notice of APPLICATION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY. Matthew D. Guertin is GRANTED e-filing privileges in this case. Pursuant to F.R.Cv.P. Rule 5 and 7(d), Matthew D. Guertin has consented to electronic service and has agreed to waive service by other means for all subsequent filings in this case, except when electronic service is not allowed under the rules. (jam) (Entered: 06/25/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

**Doc** | **Date Filed**

5      Jun 26, 2025

**MOTION to Disqualify District Judge** Jerry W. Blackwell filed by Matthew D. Guertin. (Attachments: FILED IN ERROR/WILL REFILE BOTH EXHIBITS. # 1 Exhibit(s) Supporting Documents, # 2 Exhibit(s) Supporting Documents) (Guertin, Matthew) Modified text on 6/26/2025 (BTX). (Entered: 06/26/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

**Exhibit(s) Supporting Documents**      Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Exhibit(s) Supporting Documents**      Attachment 2
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**EXHIBIT EVD-G | p. 2**

| Doc | Date Filed |
|-----|------------|
| 6 | Jun 26, 2025 |

**Summons** Issued as to Michael Berger, Hilary Caligiuri, Judith Cole, Keith Ellison, Chela Guzman-Wiegert, Hennepin County, Mary Moriarty, Alisha Nehring, Bruce M. Rivers, Tim Walz. (jam) (Entered: 06/26/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.00)

| Doc | Date Filed |
|-----|------------|
| 7 | Jun 26, 2025 |

**Summons** Issued as to George F. Borer, Lee Cuellar, Julia Dayton-Klein, Todd Fellman, Mawerdi Hamid, Sarah Hudleston, William H. Koch, Danielle C. Mercurio, Kerry W. Meyer, Jacqueline Perez. (jam) (Entered: 06/26/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.00)

| Doc | Date Filed |
|-----|------------|
| 8 | Jun 26, 2025 |

**Summons** Issued as to Shereen Askalani, Michael K. Browne, Raissa Carpenter, Katheryn Cranbrook, Emmett M. Donnelly, Lisa K. Janzen, Carolina A. Lamas, Adam Milz, Kristen A. Otte, Jill Rogstad. (jam) (Entered: 06/26/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.00)

| Doc | Date Filed |
|-----|------------|
| 9 | Jun 26, 2025 |

**Summons** Issued as to Jane Does, John Does. (jam) (Entered: 06/26/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

| Doc | Date Filed |
|-----|------------|
| 10 | Jun 27, 2025 |

**ORDER OF RECUSAL.** Judge Jerry W. Blackwell recused. Case reassigned to Judge Ann D. Montgomery for all further proceedings. NOTE: the new case number is 25-cv-2670 (ADM). Please use this case number for all subsequent pleadings Signed by Judge Jerry W. Blackwell on 6/27/2025.(BTX) (Entered: 06/30/2025)

Order of Recusal    Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 11 | Jul 1, 2025 |

**NOTICE of Appearance** by Benjamin Harringa on behalf of Shereen Askalani, Michael Berger, George F. Borer, Michael K. Browne, Hilary Caligiuri, Raissa Carpenter, Katheryn Cranbrook, Lee Cuellar, Julia Dayton-Klein, Emmett M. Donnelly, Keith Ellison, Todd Fellman, Sarah Hudleston, Jane Does, Lisa K. Janzen, John Does, William H. Koch, Carolina A. Lamas, Danielle C. Mercurio, Kerry W. Meyer, Adam Milz, Alisha Nehring, Kristen A. Otte, Jill Rogstad, Tim Walz. (Harringa, Benjamin) (Entered: 07/01/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

| Doc | Date Filed |
|-----|-----------|
| 12 | Jul 1, 2025 |

**NOTICE of Appearance** by Margaret E Jacot on behalf of Shereen Askalani, Michael Berger, George F. Borer, Michael K. Browne, Hilary Caligiuri, Raissa Carpenter, Katheryn Cranbrook, Lee Cuellar, Julia Dayton-Klein, Emmett M. Donnelly, Keith Ellison, Todd Fellman, Sarah Hudleston, Jane Does, Lisa K. Janzen, John Does, William H. Koch, Carolina A. Lamas, Danielle C. Mercurio, Kerry W. Meyer, Adam Milz, Alisha Nehring, Kristen A. Otte, Jill Rogstad, Tim Walz. (Jacot, Margaret) (Entered: 07/01/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

| Doc | Date Filed |
|-----|-----------|
| 13 | Jul 3, 2025 |

**ORDER OF RECUSAL**. Judge Ann D. Montgomery recused. Case reassigned to Judge Paul A. Magnuson for all further proceedings. NOTE: the new case number is 25-cv-2670 PAM/DLM. Please use this case number for all subsequent pleadings. Signed by Judge Ann D. Montgomery on 7/3/2025.(CLK) (Entered: 07/03/2025)

Order of Recusal
Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 14 | Jul 10, 2025 |

IT IS HEREBY ORDERED that: 1. This action is DISMISSED without prejudice; 2. Plaintiff's Motion for service of process to be effected by the U.S. Marshal (Docket No. 2) is DENIED as moot; and 3. Plaintiff's Motion to disqualify Judge Jerry W. Blackwell (Docket No. 5) is DENIED as moot. LET JUDGMENT BE ENTERED ACCORDINGLY. (Written Opinion) Signed by Judge Paul A. Magnuson on 7/10/2025. (MGMM)

**Order on Motion** for Miscellaneous Relief AND Order on Motion to Disqualify District Judge
Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From PACER ($0.00)

**EXHIBIT EVD-G | p. 4**

| Doc | Date Filed |
|---|---|
| 15 | Jul 10, 2025 |

<u>NOTICE by Matthew D. Guertin</u> re 1 Complaint,,, **NOTICE OF SUPPLEMENTAL EVIDENTIARY FILING** | (Attachments: # 1 Exhibit(s) OMG-1, # 2 Exhibit(s) OMG-2, # 3 Exhibit(s) OMG-3, # 4 Exhibit(s) OMG 4, # 5 Exhibit(s) Exhibit MCR-1) (Guertin, Matthew) Modified text on 7/11/2025 (ACH). (Entered: 07/10/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

Exhibit(s) **EXHIBIT OMG-1** | Forensic presentation of forged judicial orders

Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

Exhibit(s) **Exhibit OMG-2** | Matrix of mass-forged Rule 20 incompetency order

Attachment 2
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.60)

Exhibit(s) **Exhibit OMG-3** | Tabular proof of metadata authorship fraud and i

Attachment 3
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

Exhibit(s) **Exhibit OMG 4** | Comprehensive forensic dataset of over 600 digit

Attachment 4
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.00)

Exhibit(s) **Exhibit MCR-1** | **126 x Clones** of Plaintiffs Jan 17, 2024 Incompetency Order

Attachment 5
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 16 | Jul 11, 2025 |

**EXHIBIT OMG-5** filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/11/2025 (ACH). (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

17   Jul 11, 2025

**EXHIBIT OMG-6** filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/11/2025 (ACH). (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

18   Jul 11, 2025

**EXHIBIT OMG-7** filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/11/2025 (ACH). (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

19   Jul 11, 2025

**EXHIBIT MCR-2** | **27 x** Fraudulent, and identical -Correspondence for Judicial Approval- case filings | These contain, 27 x duplicate signature images for Amanda Burg, Court Liaison, **Forensic Mental Health Program Direct Care & Treatment - Forensic Services** 1703 County Road 15 St. Peter, MN 56082 - WITH AN SHA-256 HASH MATCHED VALUE OF a6591cc60cada3a7aef37724e84208363a142b9a4153fd4cc3c38652df492ecc | 28 x MN DHS 594x102 px Logos WITH A HASH MATCHED VALUE OF 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593 | see EXHIBIT SHA-6, Index 196, 375; and EXHIBIT SHA-7, Index 1-27, 12989-13016 of this docket for evidentiary details. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.90)

**Doc**   **Date Filed**

20   Jul 11, 2025

**EXHIBIT MCR-3** | **33 x** Fraudulent, and identical Transport Orders | Among these filings include 5 images, cloned 3 times each across the fraudulent court documents - With all of the images purported to contain the judicial signature of defendant Carolina A. Lamas| The Hash Values for these images are:
4fa18c631270e27013d035c45870e2ee789c3564cd5a42f17b5490131689ed01
d9dfb88250dad8c74085136f70f9a4dc20843985404fe80843821c5c2216234b
010368f5209d729032b213e569365f5fde958ba71bc3df494e89b1aa7beb2eb6
b41a2a0418d0eac7da74c17304d1cbec188510ea6a0256de2f127a56642d3b23
7bf5d2ca8846d569766a698812984d05d65fc09142f43f4de0ef9b16fc10a8a0
7fc825302d797ce111254b9f2ca3fd221f184e4e7f88ec97c57e815d0c3392a6 | see EXHIBIT SHA-6, Index 443-448; and EXHIBIT SHA-7, Index 12620-12639 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener

**EXHIBIT EVD-G | p. 6**

- From Internet Archive
- Buy on PACER ($1.20)

| Doc | Date Filed |
|-----|-----------|
| 21 | Jul 11, 2025 |

**EXHIBIT MCR-4** | **15 x** <u>Fraudulent, and identical court orders</u>, which were submitted into the MCRO with a filing type of -Find of Fact-Order, Pet Commitment-Dfd Found Incompetent- all of these orders were purportedly signed by defendants Carolina A. Lamas or Lisa K. Janzen, and all of them pertain to the fake defendant being found Incompetent to Proceed under Minn. R. Crim. P. 20.01 | THE TEXT IN THESE ORDERS IS AN EXACT CLONE OF THAT IN PLAINTIFFS CLONED JAN 17, 2024 -Finding of Incompetency and Order | see EXHIBIT MCR-1 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 22 | Jul 11, 2025 |

**EXHIBIT MCR-5** | <u>CSV to PDF</u> | Features individual case numbers which are grouped together based solely on filtering the files by Author as contained within the PDF metadata | This exhibit serves to present the repetitive, mechanical like structuring of the fake case dockets and filings by highlighting the purported authors Judith L. Cole, Alisha Nehring, and Amanda Burg | Notably, defendant Judith L. Cole is listed as one of the active Hennepin County Attorneys who has been assigned to Plaintiffs case throughout its entire duration within the simulated Fourth Judicial District Court proceedings which have deprived him of all due process and constitutuional protections for over two years currently via fraudulent court documents, mental health reports and the ongoing conspiracy involving the defendants named in Plaintiffs complaint. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.80)

| Doc | Date Filed |
|-----|-----------|
| 23 | Jul 11, 2025 |

**EXHIBIT MCR-6** | **36 x** <u>Fraudulent, and identical -Demand or Request for Discovery- filings</u>, which includes the Plaintiffs own, and was purportedly filed into his case docket (27-CR-23-1886) on JAN 14, 2025 by Defendant Raissa Carpenter | The Author of these discovery motions, as contained in the PDF metadtata lists Camille A. King as the author of ALL OF THESE ORDERS - INCLUDING DEFENDANTS OWN JAN 14 ORDER SUPPOSEDLY FILED BY DEFENDANT RAISSA CARPENTER | see EXHIBIT MCR-7, for case numbers, filing dates, and document data pertaining to these motions re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 24 | Jul 11, 2025 |

**EXHIBIT MCR-7** | <u>CSV to PDF</u> | **35 x** <u>Fraudulent -Demand or Request for Discovery- case filings</u> besides the Plaintiffs which are presented in EXHIBIT MCR-6 | ALL of the purportedly official court filings list Camille A King as the document Author as contained in the PDF metadata re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document

Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**Doc    Date Filed**

25    Jul 11, 2025

**EXHIBIT MCR-8** | **4 x** <u>IDENTICAL, HASH MATCHED, CLONES OF A -FINDING OF FACT, CONCLUSIONS OF LAW AND ORDER REGARDING COMPETENECY</u>- for completely FAKE, SYNTHETIC DEFENDANT named **ANGELIC NUNN** | These four orders are distributed across four individual case numbers, with the most striking feature of these fraudulent court filings being the fact that there are a total of **23 ACTIVE CRIMINAL CASES FOR ANGELIC NUNN** LISTED ON EACH OF THE ORDERS | These orders have been digitally proven to be fraud based on the IDENTICAL SHA-256 HASH VALUE 1b2dad0611b6a00179f485ab26ad410f975bc6c5404f4da55d6a50decd1cfd3a being shared among all four of them, see EXHIBIT SHA-6, Index 404; and EXHIBIT SHA-7, Index 12539-12542 | **ANGELIC NUNN** also has a total of 16 FRAUDULENT, SHA-256 HASH MATCHED -RETURNED MAIL- CASE FILINGS containing duplicate USPS mail scans, see EXHIBIT SHA-6, Index 3-5, 7, 10-11; and EXHIBIT SHA-11, Index 9-24 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.10)

**Doc    Date Filed**

26    Jul 11, 2025

**EXHIBIT MCR-9** | <u>132 x Identical -NOTICE OF CASE REASSIGNMENT- court filings</u> which include Plaintiffs own Jan 31, 2025 filing, which is when his case was re-assigned to defendant Sarah Hudleston | These synthetic case filings span a time range of 2020 through 2024 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

27    Jul 11, 2025

**EXHIBIT MCR-10** | <u>21 x Identically formatted, and structured -NOTICE OF MOTION- case filings</u> which includes the Plaintiffs own DEC 30, 2024 Motion purportedly filed by Defendant Raissa Carpenter | Notably, the first set of 3 documents featured in this exhibit WERE ALL FILED BY DEFENDANT RAISSA CARPENTER, with the other two filings besides Plaintiffs being two identically CLONED, and completely illogical -NOTICE OF MOTION AND MOTION TO MODIFY CONDITIONS OF RELEASE- filings submitted into case docket 27-CR-23-21653 for synthetic defendant ROBERT WILLIAM BALSIMO in which one of these duplicate motions was submitted on OCT 27, 2023 and the other on DEC 12, 2023 | ALL THREE OF THESE MOTIONS SUPPOSEDLY SUBMITTED BY DEFENDANT RAISSA CARPENTER CONTAIN THE SAME EXACT IMAGE ANOMALIES IN THE SIGNATURE AND DATE REGIONS | ALL THREE OF THESE MOTIONS LIST THE AUTHOR AS ANDREW J. REILAND II IN THE PDF METADATA | ALL THREE OF THESE MOTIONS CONTAIN THE SAME, SHA-256 HASH MATCHED.PNG SIGNATURE IMAGE FOR DEFENDANT RAISSA CARPENTER 49aa887465d89b356950110f209bc1f8431364404acdf32276bd07c2b479595d | see EXHIBIT SHA-6, Index 293; and EXHIBIT SHA-7, Index 16454-16455 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive

- Buy on PACER ($1.40)

**Doc**    **Date Filed**

28    Jul 11, 2025

**EXHIBIT MCR-11** | 21 x Identically formatted, and structured -WITNESS LIST- case filings | Notably, many of these specific filing types within the Plaintiffs MCRO Evidence Set, were found to contain what is likely either a leftover, or recycled image element present in a majority of these fraudulent court filings via matching SHA-256 values | see EXHIBIT SHA-7, Index 12,473-12,498 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.00)

**Doc**    **Date Filed**

29    Jul 11, 2025

**EXHIBIT DLF-1** | CSV to PDF | DOWNLOADED FILES | All 163 Case Dockets, SHA-256 Hash Values, and Immutable Digital Timestamps (stored on the Bitcoin blockchain) Which Serves to Establish Self-Authenticating Evidence Based on the Federal Rules of Evidence | The DLF Exhibit set establishes the self-authenticating, cryptographically verified, and indisputable nature of the Plaintiffs digital forensic investigation, the results of his investigation, and most importantly THE AUTHENTICITY OF THE ENTIRE MCRO DATASET ITSELF which can be 100% certified as an AUTHENTIC AND ORIGINAL DOCUMENT SET BASED ON **EVERY SINGLE PDF STILL CONTAINING THE DIGITAL, CRYPTOGRAPHIC MCRO SIGNATURE OF THE COURT ITSELF**, WHICH WERE ALL AUTOMATICALLY APPLIED WHEN EACH PDF WAS DOWNLOADED. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.60)

**Doc**    **Date Filed**

30    Jul 11, 2025

**EXHIBIT DLF-2** | CSV to PDF | DOWNLOADED FILES (PART 1 of 2) | Lists all **3,601 Individual Court Case Files** downloaded by the Plaintiff APR 29-30, 2024 from the MCRO website via an automated scripting process he personally employed - This list excludes the 28 duplicate case files downloaded for case number 27-CR-22-3570, and only contains the full set of case files cross-linked and verified against the actual docket CASE EVENTS detailed in EXHIBIT CAS-9 in which every single one of the 3,601 has been directly linked to its corresponding event within each of the case dockets serving to accurately account for the completeness of Plaintiffs digital forensic evidence supporting all of his claims detailed in his JUN 25, 2025 Complaint | Data included in this exhibit includes: Case Number, Filing Date, PDF File Name, Filing Type, Download Timestamp, Number of Pages in PDF, PDF File Size, XMP Toolkit, Metadata Date, Document ID (uuid), Instance ID (uuid), SHA-256 Hash Value of PDF File, and a Digital PDF Timestamp Link for every one of the 3,601 MCRO Case Files re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

31    Jul 11, 2025

**EXHIBIT DLF-3** | CSV to PDF | DOWNLOADED FILES (PART 2 of 2) | Contains the second half of EXHIBIT DLF-2 and lists the following additional datapoints for each of the PDF files downloaded by Plaintiff | METADATA: Author, Company, Title, Creator, Producer, Includes Odyssey E-File iText?, and Creator Tool | **CRYPTOGRAPHIC DIGITAL PDF**

**SIGNATURES**: Signature-1 Name and Sign Time, Signature-2 Name and Sign Time, Signature-3 Name and Sign Time, and Signature-4 Name and Sign Time re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**  **Date Filed**

32     Jul 11, 2025

**EXHIBIT DLF-4** | CSV to PDF | DOWNLOADED FILES | SORTED BY FILING TYPE | This exhibit list all 3,629 total case files downloaded by Plaintiff APR 29-30, 2024 including the 28 duplicate files of case 27-CR-22-3570 | Data presented is sorted, and grouped based on the document filing type as determined, and extracted from the PDF file names, with all grouped filing types sorted by the case number. A column titled is_Duplicate designates whether the file is one of the 28 duplicates. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**  **Date Filed**

33     Jul 11, 2025

**EXHIBIT DLF-5** | CSV to PDF | DOWNLOADED FILES | QUANTITY BY FILING TYPE | 3 separate columns detailing: MCRO Filing Type Total Downloaded, MCRO Filing Type Duplicates Downloaded, and muTool Extract and Hashed Quantity re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

**Doc**  **Date Filed**

34     Jul 11, 2025

**EXHIBIT DLF-6** | CSV to PDF | DOWNLOADED FILES | DL DATE AND TIME | Detailed for each of the 163 case file sets | Plaintiff executed his scripted, mass download of MCRO case files in three separate runs in which he downloaded 11 total cases consisting of 240 PDF files in the first run, 33 total cases consisting of 532 PDF files in the second run, and 119 cases consisting of 2,857 PDF files during the third, and final run. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.60)

**Doc**  **Date Filed**

35     Jul 11, 2025

**EXHIBIT DLF-7** | CSV to PDF | DOWNLOADED FILES | AFFIDAVIT COMPARE (PART 1 of 2) | CURENT vs. DOCUMENTED DETAILS OF PLAINTIFFS MAY 3, 2024 AFFIDAVIT | Plaintiff downloaded all of the MCRO case files on APR 29-30, 2024 and immediately submitted an Affidavit detailing his scripted download just days later, on MAY 3, 2024 | This affidavit was filed into Plaintiffs Fourth Judicial District Court docket 27-CR-23-1886 at Index 37 | This affidavit provides a detailed background explaining WHY HE DOWNLOADED ALL OF THESE COURT CASE FILES TO BEGIN WITH, as well as a

detailed, and now provably accurate breakdown of all of the key facts, and figures needed to establish the authenticity, and overall digital chain of custody of Plaintiffs MCRO Evidentiary Dataset | NOTABLY - Plaintiff only, just recently (the end of April, 2025) realized the potential implications, and the entire reason WHY these synthetic case files likely existed in the first place, which is when he began examining the contents of the files for the first time - BUT - Plaintiff knew right aways that they were fake defendant names, as well as immediately realizing that the total quantity of certain filing types didnt make logical sense when compared to the number of supposed defendants associated with a given set of cases | PLAINTIFF DETAILED THIS ASSERTION OF FRAUDULENT MCRO CASE FILES AS PART OF HIS JULY 8, 2024 CIVIL RIGHTS COMPLAINT FILED IN CASE 24-cv-2646-JRT-DLM IN THIS COURT | PLAINTIFFS MAY 3, 2024 AFFIDAVIT WAS ALSO FILED INTO HIS PREVIOUS FEDERAL COMPLAINT | see Exhibit A, Index 37; 24-cv-02646-JRT-DLM, Doc. 8, Filed 07/12/24, Page 111 of 153 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.70)

**Doc    Date Filed**

36    Jul 11, 2025

**EXHIBIT DLF-8** | CSV to PDF | DOWNLOADED FILES | AFFIDAVIT COMPARE (PART 2 of 2) | Affidavit vs. Current filing type quantites by case origination year | Quantity of case files for 14 selected filing types across entire document set, as well as breakdown by each set, based on case origination year - ALL A PERFECT MATCH - The only discrepancy is an initial total count of 3,556 MCRO Case Files vs. the now confirmed 3,629 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

**Doc    Date Filed**

37    Jul 11, 2025

**EXHIBIT DLF-9** | CSV to PDF | DOWNLOADED FILES | CRYPTOGRAPHIC DIGITAL COURT SIGNATURES | Ordered by case number, and document filing date | Data presented includes: Signature Number, Signer Certificate Common Name, Signer full Distinguished Name, Signing Time, Signing Hash Algorithm, Signature Type, Signed Ranges (doc bytes), Document (is total document signed?), Signature Validation, Certificate Validation, and PDF File Name corresponding to signatures. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

38    Jul 11, 2025

**EXHIBIT CAS-1** | CSV to PDF | CASE | DETAILS for all 163 of the cases contained within Plaintiffs MCRO Evidentiary Set | This exhibit also includes: Case Status, Assigned Judge, Case Origination Date, Case Title, Defendant Name, and Case Location for all 163 cases, of which the Plaintiffs case 27-CR-23-1886, is included. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive

• Buy on PACER ($0.60)

| Doc | Date Filed |
|-----|-----------|
| 39 | Jul 11, 2025 |

**EXHIBIT CAS-2** | CSV to PDF | CASE | RELATED case docket data for the 163 cases | All data presented in the DLF Exhibit Series was retrieved using an automated scripting process which programatically retrieved all of this data via extraction from the MCRO HTML PAGES WHICH PLAINTIFF ALSO DOWNLOADED ON APR 29-30, 2024, when he carried out the scripted, mass case download re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

| Doc | Date Filed |
|-----|-----------|
| 40 | Jul 11, 2025 |

**EXHIBIT CAS-3** | CSV to PDF | CASE | WARRANT case docket data for all 163 cases | Notably, this exhibit features the synthetic defendants - MAKIS **DEVIL** LANE, Index 220-237; MAKIS DUVELL LANE, Index 548-555; MAKIS DEVELL LANE, Index 39-74, 168-173, 266-281, 410-419 | **PRIEST JESUS** DORSEY, Index 136-139, 258-259, 332-333, 536-537, 658-659 | **ANGELIC** DENISE **NUNN**, Index 282-309; ANGELIC DENISE SCHAEFER, Index 119-135 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.20)

| Doc | Date Filed |
|-----|-----------|
| 41 | Jul 11, 2025 |

**EXHIBIT CAS-4** | CSV to PDF | CASE | ATTORNEY ASSIGNMENT case docket data for all 163 cases | Notably, this exhibit highlights a statistical anomaly which serves to directly link the Plaintiffs own case (27-CR-23-1886) to the synthetic case matrix, as revealed at Index 326-378, 1459-1465 showing defendant Judith L. Cole assigned to a total of 53 cases, and ONLY INACTIVE FOR PLAINTIFFS CASE (Index 360), and attorney THOMAS PROCHAZKA listed for 7 total cases, and ONLY ACTIVE FOR PLAINTIFFS CASE (Index 1461) which results in a 1 out 371 / 0.27% chance of randomly occurring based on the formula ( (1/53) x (1/7) ) being used to calculate said probability of this occurring by chance. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 42 | Jul 11, 2025 |

**EXHIBIT CAS-5** | CSV to PDF | CASE | LEAD ATTORNEY case data for all 163 cases | Notably, this exhibit also focuses on docket errors where NO LEAD ATTORNEY is assigned to a case | ALL CSV to PDF TABLES CONTAIN HYPERLINKED SOURCE DOCUMENTS INCLUDED WITHIN EVERY ROW OF DATA BEING PRESENTED re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive

Buy on PACER ($1.10)

| Doc | Date Filed |
|-----|-----------|
| 43 | Jul 11, 2025 |

**EXHIBIT CAS-6** | CSV to PDF | CASE | CRIMINAL CHARGES docket data for all 163 cases | Includes: Case Number, Defendant Name, Charge Description, MN Statute, and Charge Level | 266 rows of data are presented in this exhibit. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.00)

| Doc | Date Filed |
|-----|-----------|
| 44 | Jul 11, 2025 |

**EXHIBIT CAS-7** | CSV to PDF | CASE | INTERIM CONDITIONS docket data for all 163 cases | 3,678 rows of data, all sorted by defendant name | Data includes: Case Number, Date, Judicial Officer, Expiration Date, and Interim Condition details | To see how many identically listed Interim Conditions are distributed across the synthetic cases simply conduct a text search for individual text strings in PDF viewer. re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 45 | Jul 11, 2025 |

**EXHIBIT CAS-8** | CSV to PDF | CASE | JUDICIAL REASSIGNMENT docket data for all 163 cases | Sorted by defendant name. Includes: Case Number, Assignment Type, Judicial Officer, Date, and Reason (for reassignment) re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.00)

| Doc | Date Filed |
|-----|-----------|
| 46 | Jul 11, 2025 |

**EXHIBIT CAS-9** | CSV to PDF | CASE | EVERY SINGLE DOCKET EVENT FOR ALL 163 CASES | **11,841 individual docket / case events** each presented as an indexed row of data | Columns include: Case Number, Defendant Name, Docket Index Number, Event Date, Event (filing type), Judicial Officer, Party, along with EVERY SINGLE PDF CASE FILE ASSOCIATED WITH EACH EVENT | Notably, this detailed presentation of the synthetic case data serves to cross-link, and account for every single one of the 3,601 total PDF documents which make up the Plaintiffs MCRO Evidentiary Dataset proving MASS FORGERY OF THOUSANDS OF SYNTHETIC CASE RECORDS, AND DOCKETS BEING PRODUCED, AND SUBMITTED INTO THE MINNESOTA COURT RECORDS ONLINE (MCRO) ELECTRONIC CASE FILE SYSTEM re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive

- Buy on PACER ($3.00)

**Doc    Date Filed**

47    Jul 11, 2025

**EXHIBIT CAS-10** | CSV to PDF | CASE | HEARING docket data for all 163 cases | 4,903 Indexed rows of data sorted by defendant name | Data includes: Hearing Status, Date, Time, Hearing Type, Location, Judicial Officer, Result, and Additional Actions re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

48    Jul 11, 2025

**EXHIBIT CAS-11** | CSV to PDF | CASE | SYNTHETIC CLUSTERS identified across the 163 cases | Sorted by total cluster count, with synthetic defendant LUCAS PATRICK KRASKEY named in 12 UNIQUE CASES | Dataset reveals: Two defendants with 9 CASES, one with 7 CASES, two with 5 CASES, two with 4 CASES, and TEN WITH 3 CASES EACH | Notably, this exhibit serves to highlight the minor defendant name variations being utililized as part of the synthetic case matrix scheme targeting the Plaintiff | ALL OF THIS IS CENTERED AROUND, AND EXISTS DUE TO THE HIGH-LEVEL THEFT OF PLAINTIFFS US PATENT 11,577,177 | Plaintiffs Name and Patent is Listed Atop Netflix US Patent 11,810,254 - Which is an IDENTICAL CLONE of Plaintiffs VR Treadmill technology filed just 12 days after he filed his provisional application on April 19, 2021 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.60)

**Doc    Date Filed**

49    Jul 11, 2025

**EXHIBIT CAS-12** | CSV to PDF | CASE | ATTORNEY ERRORS among the 163 case dockets | The three attorney docket errors detailed are: Attorney flagged as both Lead and NonLead on same case, Attorney marked both Active and Inactive for same case, and Attorney listed as both Prosecution and Defense | Notably, defendant Raissa Carpenter has two errors, while also being heavily over-represented within the syntheitc case matrix via assignment to 16 synthetic cases including the LUCAS PATRICK KRASKEY cluster | Plaintiff downloaded all of these case records APR 29-30, 2024 and wouldnt end up first meeting Raissa Carpenter UNTIL SIX MONTHS AFTER ALL OF THESE SYNTHETIC CASES WERE DOWNLOADED - Meaning she appears to be a scripted actor via a pre-determined assignment to the Plaintiffs | All of her actions (and inactions..) serve to DIRECTLY SUPPORT THIS CONCLUSION, see EXHIBIT EML-1 as an example re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

**Doc    Date Filed**

50    Jul 11, 2025

**EXHIBIT SHA-1** | CSV to PDF | LIST OF WHICH PDF FILES WERE INCLUDED IN PLAINTIFFS SELF-CONDUCTED DIGITAL FORENSIC INVESTIGATION | Plaintiff Carried Out a Professional, Script Based, OBJECT-LEVEL SHA-256 HASHING operation of 3,547 of the total 3,601 PDF Case Files - This exhibit provides the file list of which MCRO files were included as part of this investigation | Data sorted by FILING TYPE, and additionally includes Urk link to ZIP FILE OF EACH CASES COMPLETE DOCUMENT SET, as well as defendant names re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

51   Jul 11, 2025

**EXHIBIT SHA-2** | <u>CSV to PDF</u> | <u>SHA-256</u> | <u>HASH LIST OF EXTRACTED PDF OBJECTS (PART 1 of 2)</u> | Indexed CSV Table Rows 1 - 11,814 out of 23,625 | Case Number, Filing Date, SHA-256 Hash Value, Filing Type, PDF File Name, Object Folder Path (and file type), PDF Object Folder Url Link, Zip File Url Link of Case Files, Defendant Name re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

52   Jul 11, 2025

**EXHIBIT SHA-3** | <u>CSV to PDF</u> | <u>SHA-256</u> | <u>HASH LIST OF EXTRACTED PDF OBJECTS (PART 2 of 2)</u> | Indexed CSV Table Rows 11,815 - 23,625 out of 23,625 | Sorted By Case Number - Beginning with earliest case origination (2017) re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

53   Jul 11, 2025

**EXHIBIT SHA-4** | CSV to PDF | SHA-256 | HASH COUNT BY PDF FILING TYPE | Hash Value, Hash Quantity, PDF Filing Type re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

54   Jul 11, 2025

**EXHIBIT SHA-5** | <u>CSV to PDF</u> | <u>SHA-256</u> | <u>HASH TRANSLATIONS</u> | Identification of the actual PDF objects which correspond to the hash value | Columns include: SHA-256 Hash Value, SHA-256 Hash Translation, Hash Quantity, Object File Type, Object Family (subject matter classification), Url Link to Every Corresponding Object File Folder (all produced as part of the scripte digital forensic process itself) re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

55   Jul 11, 2025

**EXHIBIT SHA-6** | <u>CSV to PDF</u> | <u>SHA-256</u> | <u>HASH TRANSLATION FILE LINKS</u> | Expanding the hash translation data by linking each of the total hash quantity values to EACH OF THEIR INDIVIDUAL MCRO CASE FILES | That is to say, that if there is a hash value in the hash translation table that lists a total quantity of 8 objects which share the same hash value, this single table row now results in 8 separate rows in this HASH FILE LINKING TABLE, and where each expanded row now contains the PDF file to which that hash can be linked back to | Additional columns include: Case Status, Defendant Name, Lead Defense Attorney, and Lead Prosecuting Attorney re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

56   Jul 11, 2025

**EXHIBIT SHA-7** | <u>CSV to PDF</u> | <u>SHA-256</u> | <u>HASH TABLE OF 27 DUPLICATE SIGNATURES FOR AMANDA BURG</u> | A focused, single page exhibit detailing the identical signature images purported to be those of Amanda Burg, Forensic Services 1703 County Road 15 St. Peter, MN 56082 | THIS IS THE ADDRESS FOR SAINT PETER STATE SECURITY HOSPITAL | This is highly relevant based on what is, and has been taking place throughout the entirety of Plaintiffs fraudulent, simulated judicial proceedings, in which he has remained effectively TRAPPED WITHIN A SELF-PERPETUATING, INESCAPABLE LOOP OF CONTINUOUS, AND REPEATED RULE 20.01 MENTAL HEALTH EXAMS | These exams have ALL produced reports containing blatant, and egregious lies, and are now perpetuating a completely false mental health narrative, and history in which it is claimed that Plaintiff has a HISTORY OF PSYCHOSIS / PSYCHOTIC DISORDER - HISTORY OF SELF-HARM AND SUICIDE ATTEMPTS - MANIA - DELUSIONAL DISORDER and what amounts to an entire laundry list of lies and egregious misrepresentations of Plaintiff - This has been ongoing now for 30 months, during which the entire time it has been claimed that Plaintiff is INCOMPETENT, and during which the entire time he has fought these false claims, and sought some kind of resolution, and closure to what has been a literal never-ending nightmare for the past 2+ years and counting during which he continues to be deprived of all due process, and constitutional protections based solely on the false claims of purported MENTAL HEALTH EXPERTS and claims that Plaintiff is UNABLE TO UNDERSTAND THE NATURE OF THE CHARGE, PARTICIPATE IN HIS OWN DEFENSE, OR RATIONALLY CONSULT WITH COUNSEL re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Doc**   **Date Filed**

57   Jul 11, 2025

**EXHIBIT SHA-8** | <u>CSV to PDF</u> | <u>SHA-256</u> | **JUDICIAL SIGNATURE CLONES** | <u>1,165 table rows</u> of cloned judicial signature image files contained among Plaintiffs MCRO Evidentiary Dataset re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

58    Jul 11, 2025

**EXHIBIT SHA-9** | <u>CSV to PDF</u> | <u>SHA-256</u> | **JUDICIAL TIMESTAMP CLONES** | <u>371 table rows</u> of cloned judicial timestamp image files contained among Plaintiffs MCRO Evidentiary Dataset re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.30)

**Doc**    **Date Filed**

59    Jul 11, 2025

**EXHIBIT SHA-10** | <u>CSV to PDF</u> | <u>SHA-256</u> | **RETURNED USPS MAIL CLONES** | <u>40 table rows</u> of cloned USPS MAIL SCAN IMAGES contained among Plaintiffs MCRO Evidentiary Dataset re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/11/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**Doc**    **Date Filed**

60    Jul 11, 2025

<u>JUDGMENT</u> (Attachments: # 1 Civil Notice - appeal)(ACH) (Entered: 07/11/2025)

Judgment (Clerk's Office Only)    Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

Civil Notice - appeal    Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

**Doc**    **Date Filed**

61    Jul 12, 2025

**EXHIBIT EML-A** | <u>EMAILS BETWEEN PLAINTIFF, AND DEFENDANT RAISSA CARPENTER</u> | Digitally Authenticated, Cryptographically Hashed, and Timestamped eml Source Files | These FRE 902(14) Self-Authenticating eml files also contain all of the email attachments within them, including Plaintiffs DEC 20, 2024 RULE 20.01 REPORT (p. 48) and his recent JUN 27, 2025 RULE 20.01 REPORT (p. 211) | These provided eml files serve to digitally authenticate, and verify Plaintiffs claim that his JAN 11, 2024 RULE 20.01 REPORT (purportedly prepared by defendant Adam Milz) as well as his DEC 20, 2024 RULE 20.01 REPORT (purportedly prepared by defendant Katheryn Cranbrook) were not actually authored by either of them, as they BOTH CONTAIN THE EXACT SAME METADATA which attributes ANNE HINES as the author | This false authorship claim of Plaintiff's is now retroactively verified based on Plaintiffs AUG 7, 2024, EXHIBIT W, Index 1, p. 41 submitted into federal case docket 24-cv-2646-JRT-DLM, at Doc. 47 | Plaintiffs JUN 27, 2025 RULE 20.01 REPORT now lists a different author, BUT LISTS THE SAME UNIQUE (Adobe XMP Core 5.6-c142 87.162696, 2018 / 09 / 16 - 15 : 11 : 55) XMP TOOLKIT ACROSS ALL 3 OF THESE RULE 20.01 REPORTS | Emails also confirm willful discovery suppression by Defendant Carpenter, who falsely claims Plaintiff is legally barred from receiving police bodycam/squad video while failing to respond to forensic disclosures by Plaintiff proving discovery fraud re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 62  | Jul 19, 2025 |

**EXHIBIT EML-B** | <u>EMAILS BETWEEN PLAINTIFF AND DEFENDANT JILL ROGSTAD, PURPORTED PRODUCER OF PLAINTIFFS 1ST RULE 20.01 REPORT ON MARCH 10, 2023</u> | Plaintiffs first communication to Rogstad is a detailed email providing thorough and coherent facts regarding his patent, business dealings, the origination of his criminal charges, and his intent to sell his intellectual property and conclude the matter | Plaintiff states that he will be granted a patent the next day, on Valentines Day 2023 | Plaintiff asserts that his invention is identical to a Netflix patent and he plans to file a third party prior art submission against it | ALL OF PLAINTIFFS CLAIMS HAVE NOW BEEN PROVEN TRUE, AS **HIS NAME AND PATENT APPEAR ATOP NETFLIX US PATENT 11,810,254** | Rogstads resulting Rule 20 Report portrays Plaintiff as if he were unable to form coherent sentences, labels Plaintiff "psychotic" for believing he even has a patent, labels his verifiable high-profile achievements in live event production as "delusions" | Rogstad then admits that she doesn't possess the "specialized training" necessary to even understand what the Plaintiff invented in the first place | Digitally Authenticated, Cryptographically Hashed, and Timestamped eml Source Files re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 63  | Jul 19, 2025 |

**EXHIBIT EML-C** | AUTOMATED LINKEDIN EMAIL MESSAGES CONFIRMING **EXTENSIVE SURVEILLANCE** BY GOVERNMENT, CORPORATE, MILITARY, MEDICAL, **DEFENSE**, I**NTELLIGENCE**, ENTERTAINMENT, AND FINANCIAL ENTITIES | All of them conducting searches for Plaintiffs unfinished, non-promoted, never used LinkedIn page, and where search number spikes, along with specific entities, all align seamlessly with Plaintiffs initial patent and business dealings, and then later his Fourth Judicial District Court criminal proceedings | The most searches of all time in a one week period takes place on July 20, 2023 - The exact same day an order of civil commitment was filed against Plaintiff | 2 weeks later, as Plaintiff is fighting to not be committed to a mental institution, **DARPA**, **Defense Intelligence Agency**, and the **U.S. Indo-Pacific Command** ALL search for Plaintiff during the same, one week period | On the exact same day Plaintiff's criminal charges originated, **Forcepoint** and **3GIMBALS** conduct a search | The same week Plaintiff discovers "Round 2" of the patent fraud involving **Netflix, USC, Google, YouTube**, and MANY others, the **U.S. State Department**, and **Air Force** search for the Plaintiff | Searches include **2 x DARPA, 4 x Air Force, 2 x Lockheed Martin, 2 x USC Cinema, 1 x US Army, Morgan Stanley, Forbes, MSG, Vegas Sphere, Warner Bros., Warner Media**, and MANY other's directly connected to Netflix and the broader patent theft conspiracy re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 64  | Jul 19, 2025 |

**EXHIBIT EXHIBIT EML-D1** | <u>(part 1 of 2)</u> | <u>EMAIL COMMUNICATIONS PERTAINING TO PLAINTIFFS PATENT, BUSINESS, DISCOVERY OF DUPLICATE NETFLIX PATENT, AND HIGH LEVEL PATENT FRAUD</u> | All occurring BEFORE, and leading up to the origination of Plaintiffs January 21, 2023 criminal charges | One minute the Plaintiff is excitedly advancing toward the finish line of nearly having his InfiniSet Treadmill Prototype completed and ready for a demo to be filmed - and the next minute he is forced into becoming a digital forensic investigator as he watches the theft of his patent take place in front of him through the real-time, advanced AI creation of fraudulent websites, companies, and products

which mirror the technology contained in his just granted **US Patent 11,577,177** | Plaintiff reaches out to anyone and everyone, including the F.B.I., local police, and the U.S. Secret Service for help dealing with what he is witnessing, which includes real-time editing of the Internet Archive re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 65 | Jul 19, 2025 |

**EXHIBIT EML-D2** | (part 2 of 2) | EMAIL COMMUNICATIONS PERTAINING TO PLAINTIFFS PATENT, BUSINESS, DISCOVERY OF DUPLICATE NETFLIX PATENT, AND HIGH LEVEL PATENT FRAUD | All occurring BEFORE, and leading up to the origination of Plaintiffs January 21, 2023 criminal charges | Digitally Authenticated, Cryptographically Hashed, and Timestamped eml Source Files Included re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 66 | Jul 19, 2025 |

**EXHIBIT EML-E1** | (part 1 of 2) | EMAIL MESSAGES BETWEEN PLAINTIFF, AND LEGAL COUNSEL AFTER ORIGINATION OF JANUARY 21, 2023 CRIMINAL CHARGES | Topics discussed include, but are not limited to: Patent fraud, false Rule 20.01 reports, Plaintiffs legal strategy, legal research, successful USPTO prior art filing against Netflix, FBI and FTC fraud reports, investigations into fraudulent, AI generated prior art, Plaintiffs former CIA welder along with pictures of Israeli Special Ops Gear from "ODF Optronics" sitting atop Plaintiff's treadmill prototype as it was being welded | Defendant Bruce Rivers May 22, 2023 3:13 PM comment to Plaintiff over the phone that powerful people are keeping an eye on you, and later denial of ever saying it | FIRST RULE 20.01 REPORT FROM JILL ROGSTAD EMAILED TO PLAINTIFF BY RIVERS (20_1, p. 38) re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 67 | Jul 19, 2025 |

**EXHIBIT EML-E2** | (part 2 of 2) | EMAIL MESSAGES BETWEEN PLAINTIFF, AND LEGAL COUNSEL AFTER ORIGINATION OF JANUARY 21, 2023 CRIMINAL CHARGES | Plaintiff investigates AI generated YouTube videos posted to back dated accounts, finally takes notice of the LinkedIn Surveillance occurring | Plaintiff files his first ever court motion on January 5, 2024 in order to be provided with authentic discovery materials after discovering manipulation of August 3, 2023 "Set B" | Digitally Authenticated, Cryptographically Hashed, and Timestamped eml Source Files Included re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc** **Date Filed**

68    Jul 19, 2025

**EXHIBIT DFR-A** | PLAINTIFFS <u>PERSONALLY PRODUCED DIGITAL FORENSIC REPORTS</u> (<u>TOTAL OF 21 REPORTS</u>) | Saint Peter Minnesota State Security Hospital is at the core of the synthetic court conspiracy | Everyone involved in Plaintiff's "real-world" case, are also intricately woven into the fraudulent court filings and commitment narrative | Tracking Codes Assigned to Synthetic Defendants via.ttf /.cff "font codes" inserted into PDF's | Report No. 8 details Fourth Judicial District Court officials INTERCEPTING A HANDWRITTEN LETTER FROM PLAINTIFF'S MOTHER ADDRESSED TO JUDGE JAY QUAM - Letter is intercepted before reaching him by defendant Julia Dayton Klein's Judicial Clerk, and co-defendant Lee Cuellar | An AI Generated "clone" mirroring the mother's letter is then created to dilute its content amongst "synthetic noise" (YES...THIS REALLY HAPPENED) re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/19/2025)

Main Document
Download PDF
  • Guertin's Authenticated and Signed
  • From CourtListener
  • From Internet Archive
  • Buy on PACER ($3.00)

**Doc** **Date Filed**

69    Jul 21, 2025

**EXHIBIT EMG** | <u>COMMUNICATION FROM THE HENNEPIN COUNTY FOURTH JUDICIAL DISTRICT COURT BEGINNING ON JULY 10, 2025</u> | On the same day Plaintiffs complaint is dismissed, the court immediately mails out a letter for the Plaintiff to appear at a hearing on August 5, 2025 in front of defendant Danielle C. Mercurio | Additional communication from defendants Raissa Carpenter, and Emmett M. Donnelly take place | Emails also sent to Plaintiff from Marcia Wheeler, who is a Forensic Navigator with the Minnesota Competency Attainment Board re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/21/2025)

Main Document
Download PDF
  • Guertin's Authenticated and Signed
  • From CourtListener
  • From Internet Archive
  • Buy on PACER ($0.90)

**Doc** **Date Filed**

70    Jul 22, 2025

**ORDER RESTRICTING FILING**. Signed by Magistrate Judge Douglas L. Micko on 7/22/2025. (jme) (Entered: 07/22/2025)

**Order in Response to Letter/Request/E-mail**

Main Document
Download PDF
  • Guertin's Authenticated and Signed
  • From CourtListener
  • From Internet Archive
  • Buy on PACER ($0.20)

**Doc** **Date Filed**

71    Jul 22, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MLE-A** | <u>Part 1 of 4</u> | <u>THE MOTHERS LETTER EVENT</u> | Smoking Gun Proof of Criminal Conspiracy, and Obstruction of Correspondence in the Fourth Judicial District Court | Judicial officers intercepted a handwritten letter from Plaintiffs mother, addressed to Judge Jay Quam, before it ever reached him. An AI-generated clone of this letter was created mirroring the genuine plea as a deliberate attempt to dilute the real message within synthetic noise | On April 12, 2024, the fake letter was filed into the synthetic docket of Sandra Phitsanoukanh Vongsaphay exactly 7 minutes before the genuine letter was filed into Plaintiffs case | Eighteen minutes later, Defendant Julia Dayton Klein issued an order denying Plaintiffs Petition to Proceed as Pro Se Counsel | Two hours and ten minutes later, Defendant Lee Cuellar (a likely fabricated persona, just like Vongsaphay) filed an official court response template into the synthetic Vongsaphay case | Four minutes later, at 4:42 PM, a second, cloned version of this same template was filed into Plaintiffs actual case as a response to the mothers real letter | Cloned response letter was then printed, and mailed to Plaintiffs mother in a USPS envelope postmarked April 16, 2024 | Label

peeled off reveals the Fourth Districts Traffic Division hidden underneath it re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/22/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.90)

| Doc | Date Filed |
|-----|-----------|
| 72 | Jul 22, 2025 |

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MLE-B** | Part 2 of 4 | THE MOTHERS LETTER EVENT | Side by side layout of the syntehtic "Vongsaphay" letter, and Plaintiff's mother's real letter, with April 12, 2024 filing times prominently featured in this easy to understand, visual presentation of the MOTHER'S LETTER EVENT, letter interception and AI generated clone incident re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/22/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

| Doc | Date Filed |
|-----|-----------|
| 73 | Jul 22, 2025 |

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MLE-C** | Part 3 of 4 | THE MOTHERS LETTER EVENT | Side by side layout of 32, fraudulent USPS Returned Mail filings which all bare the same, recycled "740 E 17TH STREET" Minneapolis address with minor variations | This fake address is applied to the synthetic Returned Mail filings across various synthetic cases, which includes the only Returned Mail filing type that exists for synthetic defnedant Sandra Phitsanoukanh Vongsaphay confirming the cases synthetic nature re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/22/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.90)

| Doc | Date Filed |
|-----|-----------|
| 74 | Jul 22, 2025 |

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MLE-D** | Part 4 of 4 | THE MOTHERS LETTER EVENT | CSV to PDF which provides the SHA-256 Hash values for the 32 fraudulent Returned Mail filing types detailed in EXHIBIT MLE-C | Hash values confirm that multiple filings are digitally identical clones distributed across multiple syntehtic cases, and where the perpetrators group the fraudulent judicial filings together based on using the same date across the syntehtic cases re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/22/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**Doc**    **Date Filed**

75    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT FEB-28-A** | <u>Discovery Fraud Proven, Exhibits A - E</u>, Index 122 | Feb 28, 2025 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

    Main Document
    Download PDF
        • Guertin's Authenticated and Signed
        • From CourtListener
        • From Internet Archive
        • Buy on PACER ($3.00)

**Doc**    **Date Filed**

76    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT FEB-28-B** | <u>Discovery Fraud Proven, Exhibits F - J</u>, Index 123 | Feb 28, 2025 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

    Main Document
    Download PDF
        • Guertin's Authenticated and Signed
        • From CourtListener
        • From Internet Archive
        • Buy on PACER ($3.00)

**Doc**    **Date Filed**

77    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT FEB-28-C** | <u>Discovery Fraud Proven, Exhibits K - L</u>, Index 124 | Feb 28, 2025 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

    Main Document
    Download PDF
        • Guertin's Authenticated and Signed
        • From CourtListener
        • From Internet Archive
        • Buy on PACER ($3.00)

**Doc**    **Date Filed**

78    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT FEB-28-D** | <u>Netflix Patent Theft, Exhibits M - Q</u>, Index 125 | Feb 28, 2025 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

    Main Document
    Download PDF
        • Guertin's Authenticated and Signed
        • From CourtListener
        • From Internet Archive
        • Buy on PACER ($2.40)

**Doc**    **Date Filed**

79    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MAR-5** | <u>Hearing Transcript, March 5, 2025</u> | Contested Competency Hearing re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

    Main Document

Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

80   Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-3** | Order Finding Guertin Competent to Proceed, April 3, 2025 | Index 127 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

**Doc**   **Date Filed**

81   Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-10** | Netflix **Whistleblower** is Found Alive and Well | Part 1 - The Patent re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

82   Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-14** | Brodsky USPTO Patent Fraud, Exhibits B - C, April 14, 2025, Index 129 | Netflix Academic Patent Fraud | Exhibits D - G, April 14, 2025, Index 130 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

83   Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-16** | Pro Se Motion to Dismiss All Charges With Prejudice, Filed on April 16, 2025 | Index 131 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

84    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-17** | Hearing Transcript, April 17, 2025 | Omnibus Hearing re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($1.60)

**Doc**    **Date Filed**

85    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-21** | Petition to Proceed as Pro Se Counsel, Filed April 21, 2025 | Index 133 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($3.00)

**Doc**    **Date Filed**

86    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-28-A** | Affidavit A, Attempted **Assassination** of Matthew Guertin, April 28, 2025 at Index 141 | Affidavit B, Judicial Simulation and **Psychiatric Entrapment**, April 28, 2025 at Index 145 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($3.00)

**Doc**    **Date Filed**

87    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-28-B** | Ai Created MCRO Return Mail, Exhibit A, Forensic Report at Index 147 | Ai Created MCRO Case Files, Exhibit B, Forensic Report at Index 148 | Ai Named MCRO Defendants, Exhibit C, Forensic Report at Index 151 | May 3, 2024 Affidavit and MCRO Data Analysis at Index 159 | Judicial Case Distribution, MCRO Data Analysis, Exhibit E at Index 160 | Circular Judicial Control, MCRO Data Analysis, Exhibit F at Index 162 | Rule 20 Control Loops, MCRO Data Analysis, Exhibit G at Index 164 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($3.00)

**Doc**    **Date Filed**

88    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-28-C** | <u>Moms Letter Intercepted - THE SMOKING GUN,</u> <u>Exhibit</u> I at Index 165 | State v Sandra Vongsaphay 27_CR_23_2480, Exhibit T at Index 178 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

89    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT APR-29** | <u>Hearing Transcript, April 29, 2025</u> | <u>Faretta</u> <u>Hearing Turned into Mental Health Examination</u> at Index 189 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.80)

**Doc**    **Date Filed**

90    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MAY-7** | <u>Emergency Motion to Stay and Vacate April 29 Rule</u> <u>20.01 Order</u> at Index 190 | Motion to Confirm Pro Se Status and Discharge Counsel at Index 191 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

91    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MAY-29** | <u>Addendum Master Volume Index, Minnesota Court</u> <u>of Appeals Case A25_0882</u> filed on May 29, 2025 | Emergency Motion for Stay Pending Appeal filed into case A25_0882 on June 4, 2025 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

92    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT MAY-30** | <u>Order Regarding Pro Se Motion's submitted by</u> <u>defendant Sarah Hudleston</u> on May 30, 2025 at Index 205 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document

Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**Doc**    **Date Filed**

93     Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT GPT** | **Synthetic Judiciary ChatGPT Conversation**, Exhibit H, April 28, 2025 at Index 166 | Recent ChatGPT Conversation which reveals the likely **military / intelligence operation behind the synthetic docket scheme** uncovered by Plaintiff | **End goal is Permanent Elimination** of Plaintiff based on data provided, and the significant resources being dedicated to the synthetic docket operation re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

94     Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT SYN** | HISTORICAL TIMELINE OF PLAINTIFF'S MCRO EVIDENTIARY DATASET | **Many prior attempts to address the fake court filings** | Pro Se Affidavit of Fact MCRO Data Analysis, May 3, 2024 at Index 37 | Minnesota COA Case A24_0780 on May 10, 2024 | Minnesota COA Case A24_0780 Addendum on May 10, 2024 | 24_cv_2646, Original Complaint Addresses Potentially Fraudulent Case Files on July 8, 2024 | 24_cv_2646, Exhibit A, Index 37 filed on July 12, 2024 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

95     Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT DSC** | <u>CONSISTENT DISCOVERY FRAUD CLAIMS SPANNING YEARS ARE NOW PROVEN 100%</u> | NO ONE WILL LET PLAINTIFF ADDRESS THEM THOUGH | Guertins First Court Motion, Demand or Request for Discovery, filed on Jan 5, 2024 at Index 22 | Motion to Compel Discovery and Affidavit of Fact, filed on April 4, 2024 at Index 29 | Correspondence Addressing Refusal to Provide Discovery and Rule 20.01 Exam, filed on May 3, 2024 at Index 36 | 24_cv_2646, EXHIBIT Y, Discovery Fraud Catch 22 Identified, filed on Sep 2, 2024 at Doc 74 | Raissa Carpenter files Demand or Request for Discovery on Jan 14, 2025 at Index 118 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**    **Date Filed**

96     Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT COC-A** | **CONSPIRACY OF COMMITMENT** EXHIBIT AND BACKGROUND | 24_cv_2646, EXHIBIT P, CONSPIRACY OF COMMITMENT, filed on July 16, 2024 at Doc. 23 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document

Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**  **Date Filed**

97    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT COC-B** | **CONSPIRACY OF COMMITMENT** EXHIBIT AND BACKGROUND | 24_cv_2646, EXHIBIT AA, MN OLPR Complaint Against Defendant Bruce M Rivers on Sep 24, 2024 at Doc. 77 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**  **Date Filed**

98    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT PTF-A** | **PATENT FRAUD** | 24_cv_2646, Exhibit L, LIGHT STAGE 6 AT USC FRAUD ANALYSIS, filed on July 12, 2024 at Doc. 19 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.50)

**Doc**  **Date Filed**

99    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT PTF-B** | **PATENT FRAUD** | 24_cv_2646, Exhibit M, GUERTINS PATENT THEFT INVESTIGATION, filed on July 12, 2024 at Doc. 20 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**  **Date Filed**

100    Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT PTF-C** | **PATENT FRAUD** | 24_cv_2646, CRIMINAL CONSPIRACY TARGETING GUERTINS PATENT 11,577,177 filed on July 12, 2024 at Doc. 21 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

101   Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT PTF-D** | **PATENT FRAUD** | 24_cv_2646, Forensic Analysis of AI Generated PHOTOROBOT FRAUD, filed on Sep 30, 2024 at Doc. 81 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

102   Jul 23, 2025

*STRICKEN PER TEXT ORDER, See docket no. 104* **EXHIBIT PTF-E** | **PATENT FRAUD** | 24_cv_2646, Forensic Analysis of AI Generated **NETFLIX FRAUD**, filed on Sep 30, 2024 at Doc. 83 re 1 Complaint,,, filed by Matthew D. Guertin. (Guertin, Matthew) Modified text on 7/24/2025 (BTX). (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

103   Jul 23, 2025

**NOTICE OF APPEAL TO 8TH CIRCUIT** as to 14 Order on Motion for Miscellaneous Relief,, Order on Motion to Disqualify District Judge, 70 Order in Response to Letter/Request/E-mail by Matthew D. Guertin. Filing fee $ 605, receipt number AMNDC-12035041. (Guertin, Matthew) (Entered: 07/23/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

**Doc**   **Date Filed**

104   Jul 23, 2025

(Text-Only) **ORDER**. In accordance with the Court's Order Restricting Filing 70, **the Court directs the Clerk's Office to strike Docs. 71 - 102** from this action's docket. Any future filings will be returned to Mr. Guertin consistent with that Order. Ordered by Magistrate Judge Douglas L. Micko on 7/23/2025. (AEF) (Entered: 07/23/2025)

Buy on PACER
0

**Doc**   **Date Filed**

105   Jul 24, 2025

**TRANSMITTAL OF APPEAL** LETTER TO U. S. COURT OF APPEALS, 8TH CIRCUIT, Re: Notice of Appeal to 8th Circuit, 103 . (BTX) (Entered: 07/24/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 106 | Jul 25, 2025 |

**USCA Case Number 25-2476** for 103 Notice of **Appeal to 8th Circuit**, filed by Matthew D. Guertin. (CLK) (Entered: 07/25/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

EXHIBIT EVD-G | p. 29