# EXHIBIT EVD-H



# Guertin *v.* Hennepin County (0:24-cv-02646)

## District Court, D. Minnesota

*------- Guertin's hash-authenticated mirror -------*

Last Updated: June 25, 2025, 9:31 a.m.
Assigned To: John R. Tunheim
Referred To: Douglas L. Micko
Citation: Guertin v. Hennepin County, 0:24-cv-02646, (D. Minnesota)
Date Filed: July 8, 2024
Date Terminated: Sept. 30, 2024
Date of Last Known Filing: June 25, 2025
Cause: 42:1983 Civil Rights Act
Nature of Suit: 440 Civil Rights: Other
Jury Demand: Plaintiff
Jurisdiction Type: Federal Question
Docket Entries

| Doc | Date Filed |
|-----|------------|
| 1 | Jul 8, 2024 |

**COMPLAINT** against George F. Borer, Julia Dayton-Klein, Keith Ellison, Chela Guzman-Weigart, Hennepin County, Danielle C. Mercurio, Adam Milz, Mary Moriarty, Jacqueline Perez, Bruce M. Rivers, Jill Rogstad (filing fee $405, receipt number 4-5891) filed by Matthew D. Guertin. Filer requests summons issued. Case assigned to Judge Jeffrey M. Bryan per 3rd, 4th - Civil Rights list, referred to Magistrate Judge Douglas L. Micko. (Attachments: # 1 Exhibit(s), # 2 Civil Cover Sheet) (jam) Document QC'd on 8/20/2024 (ABR). (Entered: 07/08/2024)

| | | |
|---|---|---|
| **Complaint** | Main Document | |
| | Download PDF | |
| | | • Guertin's Authenticated and Signed |
| | | • From CourtListener |
| | | • From Internet Archive |
| | | • Buy on PACER ($3.00) |
| **Exhibit(s)** | Attachment 1 | |
| | Download PDF | |
| | | • Guertin's Authenticated and Signed |
| | | • From CourtListener |
| | | • From Internet Archive |
| | | • Buy on PACER ($3.00) |
| **Civil Cover Sheet** | Attachment 2 | |
| | Download PDF | |
| | | • Guertin's Authenticated and Signed |
| | | • From CourtListener |
| | | • From Internet Archive |
| | | • Buy on PACER ($0.20) |

**Doc    Date Filed**

2      Jul 8, 2024

**MOTION for Temporary Restraining Order** and Immediate Hearing - Expedited Handling Requested filed by Matthew D. Guertin. (jam) Document QC'd on 8/20/2024 (ABR). (Entered: 07/08/2024)

Motion for TRO    Main Document
                   Download PDF
                        • Guertin's Authenticated and Signed
                        • From CourtListener
                        • From Internet Archive
                        • Buy on PACER ($0.70)

**Doc    Date Filed**

3      Jul 8, 2024

**Summons** Issued as to George F. Borer, Julia Dayton-Klein, Keith Ellison, Chela Guzman-Weigart, Hennepin County, Danielle C. Mercurio, Adam Milz, Mary Moriarty, Jacqueline Perez, Jill Rogstad. CC: Matthew D. Guertin w/ Info Sheet #2 (jam) (Entered: 07/08/2024)

Summons Issued    Main Document
                  Download PDF
                        • Guertin's Authenticated and Signed
                        • From CourtListener
                        • From Internet Archive
                        • Buy on PACER ($2.00)

**Doc    Date Filed**

4      Jul 8, 2024

**Summons** Issued as to Bruce M. Rivers. CC: Matthew D. Guertin w/ Info Sheet #2 (jam) (Entered: 07/08/2024)

Summons Issued    Main Document
                  Download PDF
                        • Guertin's Authenticated and Signed
                        • From CourtListener
                        • From Internet Archive
                        • Buy on PACER ($0.20)

**Doc    Date Filed**

5      Jul 9, 2024

**ORDER OF RECUSAL**. Judge Jeffrey M. Bryan recused. Case reassigned to Judge John R. Tunheim for all further proceedings. NOTE: the new case number is 24-cv-2646 (JRT/DLM). Please use this case number for all subsequent pleadings. Signed by Judge Jeffrey M. Bryan on 7/9/2024.(ABR) (Entered: 07/09/2024)

Order of Recusal    Main Document
                    Download PDF
                        • Guertin's Authenticated and Signed
                        • From CourtListener
                        • From Internet Archive
                        • Buy on PACER ($0.20)

**Doc    Date Filed**

6      Jul 10, 2024

Clerk's Notice of **APPLICATION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY**. Matthew David Guertin is GRANTED e-filing privileges in this case. Pursuant to F.R.Cv.P. Rule 5 and 7(d), Matthew David Guertin has consented to electronic service and has agreed to waive service by other means for all subsequent filings in this case, except when electronic service is not allowed under the rules. (KMO) (Entered: 07/10/2024)

                   Main Document
                   Download PDF
                        • Guertin's Authenticated and Signed
                        • From CourtListener

- From Internet Archive
- Buy on PACER ($0.10)

**Doc    Date Filed**

7    Jul 12, 2024

**SUMMONS Returned Executed** by Matthew D. Guertin. George F. Borer served on 7/12/2024, answer due 8/2/2024; Julia Dayton-Klein served on 7/12/2024, answer due 8/2/2024; Keith Ellison served on 7/12/2024, answer due 8/2/2024; Chela Guzman-Weigart served on 7/12/2024, answer due 8/2/2024; Hennepin County served on 7/12/2024, answer due 8/2/2024; Danielle C. Mercurio served on 7/12/2024, answer due 8/2/2024; Adam Milz served on 7/12/2024, answer due 8/2/2024; Mary Moriarty served on 7/12/2024, answer due 8/2/2024; Jacqueline Perez served on 7/12/2024, answer due 8/2/2024; Bruce M. Rivers served on 7/12/2024, answer due 8/2/2024; Jill Rogstad served on 7/12/2024, answer due 8/2/2024. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.10)

**Doc    Date Filed**

8    Jul 12, 2024

**EXHIBIT A** Key Documents Submitted In Guertins Hennepin County District Court Criminal Case 27-CR-23-1886. All of these index numbers cited match those of the courts official case record. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

9    Jul 12, 2024

**EXHIBIT B** Motion for Judicial Notice which was prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Buy on PACER
0

**Doc    Date Filed**

10    Jul 12, 2024

**EXHIBIT C** Affidavit of Fact which was prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

11    Jul 12, 2024

**EXHIBIT D** Affidavit of Fact prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

12    Jul 12, 2024

**EXHIBIT E** Affidavit of Fact prepared by Matthew Guertin and filed pro se, into his Hennepin County District Court Criminal case 27-CR-23-1886. This exhibit contains a chronologically ordered presentation of over 250 images which all originated from Guertins cell phone SD memory card. These images are ordered based on image creation dates contained in the metadata of the images themselves. This presentation serves to provide a comprehensive overview of Guertins substantial business related endeavors involving his US Patent 11,577,177 both before, and after the origination of his criminal charges on January 21, 2023, in addition to providing very clear and obvious evidence of his competence. The index number cited matches the courts official case record. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

13    Jul 12, 2024

**EXHIBIT F** This exhibit contains all of the official case records of Guertins pro se filed Minnesota Court of Appeals case A24-0780, besides the 10 additional addenda which are included in Exhibits G, H, I, and J re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

14    Jul 12, 2024

**EXHIBIT G** This exhibit contains the first three of ten total addenda for Guertins pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024. Index 04 | 05/10/24, ADDENDUM-01: Key Motions and Orders; Index 05 | 05/10/24, ADDENDUM-02: FRAUD ON THE COURT; Index 06 | 05/10/24, ADDENDUM-03: Data Analysis of MCRO Court Records re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

15    Jul 12, 2024

**EXHIBIT H** This exhibit contains the fourth and fifth, of ten total addenda for Guertins pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024; Index 07 | 05/10/24, ADDENDUM-04: Chronological Cell Phone Image Timeline; Index 08 | 05/10/24, ADDENDUM-05: Petitioners Rule 20.01 Exam Report re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document

Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 16 | Jul 12, 2024 |

**EXHIBIT I** This exhibit contains the sixth and seventh, of ten total addenda for Guertins pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024; Index 09 | 05/10/24, ADDENDUM-06: Communications 01; Index 10 | 05/10/24, ADDENDUM-07: Communications 02 re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 17 | Jul 12, 2024 |

**EXHIBIT J** This exhibit contains the final eighth through tenth, of ten total addenda for Guertins pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024; Index 11 | 05/10/24, ADDENDUM-08: Communications 03; Index 12 | 05/10/24, ADDENDUM-09: Patent and Business Dealings 01; Index 13 | 05/10/24, ADDENDUM-10: Patent and Business Dealings 02 re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 18 | Jul 12, 2024 |

**EXHIBIT K** Key documents submitted in Guertins Hennepin County District Court Civil Commitment case 27-MH-PR-23-815. All of the index numbers cited match those of the courts official case record except for Index 100, which was created to provide a citation reference to the courts letter sent in the mail. Furthermore, it is worth pointing out that these are only the documents which Guertin possesses, and has been provided with. As part of Guertins commitment to complete transparency he took the strategic, yet unusual step of submitting all of his civil commitment case documents into the publicly accessible case record of his criminal proceedings by including them as attached exhibits to the various pro se filings he submitted. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 19 | Jul 12, 2024 |

**EXHIBIT L** A detailed image analysis of the purported Light Stage 6 at USC. This analysis involved the meticulous, and tedious process of using vector imaging software to trace the structural members, lighting fixtures, and controller units across three different images of Light Stage 6. Two of the images are from the supposed 2006 research conducted by Paul Debevec, and one of the images is a screen capture obtained from an online video purported to be from 2018. The entire focus of the analysis being to compare the positions and more importantly the unique rotational alignment of all of the lighting fixtures across the span of 12 years. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin,

Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 20 | Jul 12, 2024 |

**EXHIBIT M** A significant amount of documents resulting from Guertins own investigation and research into the alleged theft of his intellectual property. These documents present rather compelling evidence to support the alleged massive criminal conspiracy being carried out against Mr. Guertin due to the incalcuable value, and 'revolutionary / breakthrough' nature of the technology contained in his US Patent 11,577,177 re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 21 | Jul 12, 2024 |

**EXHIBIT N** Index 01| Proof of the Alleged Criminal Conspiracy Targeting Guertins US Patent 11,577,177; Index 02| LinkedIn Searches For Guertin | Background Information; Index 03| Netflix / Eyeline Studios Hiring Ads; Index 04| Chronological TEXT and CALL History | Guertin and Bruce Rivers; Index 05| Origination of Guertins Criminal Charges | In Depth Analysis and Insight re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/12/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 22 | Jul 16, 2024 |

**EXHIBIT O THE MINNESOTA APPELLATE DECEPTION** - A very informative presentation which serves to irrefutably prove the blatantly deceptive methods being employed by the Minnesota Court of Appeals in their handling of Guertin's 'Petition for Discretionary Review' Case A24-0780, that he filed pro se on May 10, 2024. Both the court and the State NEVER address a single one of Guertin's many SUBSTANTIAL issues he brings before them. It's as if they don't exist at all - an intentionally deceptive portrayal of Guertin's case is the result. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/16/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 23 | Jul 16, 2024 |

**EXHIBIT P - CONSPIRACY OF COMMITMENT** - A chronologically ordered series of blatantly deceptive events that were carried out by Bruce Rivers, and the Hennepin County Courts for the explicit intention of deceiving Guertin, and trying to spring a trap on him in which he would be surprised by a completely unexpected civil commitment hearing, forced to appear without the court or Bruce Rivers providing Guertin with his Rule 20.01 exam report, and then be detained at court at committed directly to a safe and secure facility where he would be checked up on 'every six

months, or until he is restored to competency'. Bruce Rivers tells Guertin "No Court" on Jan 15th and on Jan 16th a court order is submitted which states Guertin made agreements THAT HE NEVER MADE. He should not be declared 'incompetent' currently based on an irrefutable LACK OF INFORMED CONSENT and the deceptive actions of both Bruce Rivers and the court. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/16/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 24 | Jul 16, 2024 |

**EXHIBIT Q - ORIGINAL COMPLAINT** - This is a digital version of Guertin's original complaint that he personally prepared, and filed in the Minnesota District Court on July 8, 2024. Due to having to file a paper copy of the complaint to initiate the case all of the bookmarks, hyperlinks, and searchability functions were lost. This duplicate filing of the original complaint resolves these issues, making the document much easier to navigate. re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 07/16/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 25 | Jul 16, 2024 |

**EXHIBIT R - ORIGINAL 'MOTION FOR TRO** AND IMMEDIATE HEARING - This is a digital version of Guertin's original TRO Motion that he personally prepared, and filed in the Minnesota District Court on July 8, 2024. Due to having to file a paper copy of the motion to initiate the case, all of the bookmarks, hyperlinks, and searchability functions were lost. This duplicate filing of the original TRO Motion, including its attached exhibits, resolves these issues, making the document much easier to navigate. re 2 MOTION for Temporary Restraining Order - Expedited Handling Requested filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 07/16/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 26 | Jul 16, 2024 |

**MEMORANDUM OPINION AND ORDER** denying 2 Motion for TRO. (Written Opinion) Signed by Judge John R. Tunheim on 7/16/2024. (HMA) (Entered: 07/16/2024)

Order on Motion for TRO    Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- From PACER ($0.00)

| Doc | Date Filed |
|-----|-----------|
| 27 | Jul 26, 2024 |

**NOTICE of Appearance** by Benjamin Harringa on behalf of George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad. (Harringa, Benjamin) (Entered: 07/26/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 28 | Jul 29, 2024 |

**NOTICE of Appearance** by Jamil M. F. Masroujeh on behalf of Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez. (Masroujeh, Jamil) (Entered: 07/29/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 29 | Aug 1, 2024 |

**MOTION to Dismiss**/General filed by George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad. (Harringa, Benjamin) (Entered: 08/01/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 30 | Aug 1, 2024 |

**NOTICE OF HEARING ON MOTION** 29 MOTION to Dismiss/General : Date and time to be determined. (Harringa, Benjamin) (Entered: 08/01/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 31 | Aug 1, 2024 |

**MEET and CONFER STATEMENT** re 29 Motion to Dismiss/General filed by George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad.(Harringa, Benjamin) (Entered: 08/01/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 32  | Aug 1, 2024 |

**MEMORANDUM in Support re 29 MOTION to Dismiss**/General filed by George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Harringa, Benjamin) (Entered: 08/01/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

LR7.1/LR72.2 Word Count Compliance Certificate

Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 33  | Aug 1, 2024 |

**PROPOSED ORDER TO JUDGE** re 29 MOTION to Dismiss/General filed by George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad.(Harringa, Benjamin) (Entered: 08/01/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 34  | Aug 2, 2024 |

(Text-Only) **NOTICE TO ATTORNEY** regarding Dispositive Motions briefing schedule: All dispositive motions must comply with Local Rule 7.1(c). Responses to dispositive motions shall be filed with the Court on or before 21 days after the service of the supporting memorandum to the original motion. Replies to responsive briefs shall be filed 14 days after the service of the response to the dispositive motion. Upon the motion being fully briefed and filed, counsel for the moving party shall email Judge Tunheims chambers at Tunheim_Chambers@mnd.uscourts.gov to request a hearing date. Upon receiving from Judge Tunheims Courtroom Deputy a hearing date, time and location, the moving party shall file the amended notice of hearing at that time. (HMA) Modified text on 8/2/2024 (HMA). (Entered: 08/02/2024)

Main Document
Buy on PACER
0

| Doc | Date Filed |
|-----|-----------|
| 35  | Aug 2, 2024 |

**First MOTION to Dismiss**/General filed by Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez. (Masroujeh, Jamil) (Entered: 08/02/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 36 | Aug 2, 2024 |

**NOTICE OF HEARING ON MOTION** 35 First MOTION to Dismiss/General : TBD Date and time to be determined. (Masroujeh, Jamil) (Entered: 08/02/2024)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 37 | Aug 2, 2024 |

**MEMORANDUM in Support re 35 First MOTION to Dismiss**/General filed by Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate) (Masroujeh, Jamil) (Entered: 08/02/2024)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($2.00)

**LR7.1/LR72.2 Word Count Compliance Certificate**

> Attachment 1
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 38 | Aug 2, 2024 |

**First Declaration of Jamil M.F. Masroujeh** in Support of 35 First MOTION to Dismiss/General filed by Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s))(Masroujeh, Jamil) (Entered: 08/02/2024)

> Main Document
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($0.20)

**Exhibit(s)**

> Attachment 1
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($0.70)

**Exhibit(s)**

> Attachment 2
> Download PDF
> - Guertin's Authenticated and Signed
> - From CourtListener
> - From Internet Archive
> - Buy on PACER ($1.00)

|  | Exhibit(s) | Attachment 3 |
|---|---|---|

Exhibit(s)    Attachment 3
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

Exhibit(s)    Attachment 4
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

Exhibit(s)    Attachment 5
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

**Doc**    **Date Filed**
39    Aug 2, 2024

**MEET and CONFER STATEMENT** re 35 Motion to Dismiss/General filed by Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez.(Masroujeh, Jamil) (Entered: 08/02/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Doc**    **Date Filed**
40    Aug 2, 2024

**PROPOSED ORDER TO JUDGE** re Motion to Dismiss. (Masroujeh, Jamil) (Entered: 08/02/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Doc**    **Date Filed**
41    Aug 5, 2024

**(Text-Only) ORDER/NOTICE TO ATTORNEY**. Due to the pending Motions to Dismiss 29 35, the Court finds there is good cause to delay the entry of a pretrial scheduling order. The Court will schedule a pretrial conference, if needed, promptly after a decision is issued on the pending motions. Ordered by Magistrate Judge Douglas L. Micko on 8/5/2024. (jme) (Entered: 08/05/2024)

Main Document
Buy on PACER
0
Aug 5, 2024
Order/Notice to Attorney

**Doc**    **Date Filed**

42    Aug 7, 2024

<u>**First MOTION for Preliminary Injunction**</u> Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration of antipsychotic drugs - ALL OF WHICH IS BEING CARRIED OUT AS PART OF THE CIVIL CONSPIRACY GUERTIN ALLEGES - It is all laid out in this motion in an irrefutable manner through the inclusion of supporting evidence. - Expedited Handling Requested filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 08/07/2024)

     Main Document
     Download PDF
         •   Guertin's Authenticated and Signed
         •   From CourtListener
         •   From Internet Archive
         •   Buy on PACER ($3.00)

**Doc**    **Date Filed**

43    Aug 7, 2024

<u>**EXHIBIT S**</u> Newly obtained evidence as well as additional email communications being submitted to support Guertins Follow-up motion requesting a preliminary injunction due to now having newly analyzed evidence that substantiates his original claims of fraudulent discovery materials. Additionally, due to Guertin finally being provided with the exam report prepared by Adam Milz in January of 2024 he can prove a substantial risk of irreparable harm due to blatantly deceptive exam reports and the continuing deprivation of his constitutional rights re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/07/2024)

     Main Document
     Download PDF
         •   Guertin's Authenticated and Signed
         •   From CourtListener
         •   From Internet Archive
         •   Buy on PACER ($3.00)

**Doc**    **Date Filed**

44    Aug 7, 2024

<u>**EXHIBIT T Fraudulent July 16, 2024 Discovery Materials**</u> Provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance. Mr. Guertin conducted a forensic analysis of the photographs purported to be authentic discovery materials originating directly from the camera that police used to take pictures of his residence. This analysis utilizes a color curve method which reveals image manipulation that is focused solely on covering up the laptop screen that Guertin had left sitting open on his kitchen table. Analysis indicates that image manipulation was carried out using an advanced image generation ai model. PART 1 OF 3 re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/07/2024)

     Main Document
     Download PDF
         •   Guertin's Authenticated and Signed
         •   From CourtListener
         •   From Internet Archive
         •   Buy on PACER ($3.00)

**Doc**    **Date Filed**

45    Aug 7, 2024

<u>**EXHIBIT U Fraudulent July 16, 2024 Discovery Materials**</u> Provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance. Mr. Guertin conducted a forensic analysis of the photographs purported to be authentic discovery materials originating directly from the camera that police used to take pictures of his residence. This analysis utilizes a color curve method which reveals image manipulation that is focused solely on covering up the laptop screen that Guertin had left sitting open on his kitchen table. Analysis indicates that image

manipulation was carried out using an advanced image generation ai model. PART 2 OF 3 re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

46    Aug 7, 2024

**EXHIBIT V Fraudulent July 16, 2024 Discovery Materials** CONTROL GROUP consisting of images which do not contain manipulation for comparison. Includes an additional photograph of a laptop screen that was captured as part of the same set of discovery photographs, in addition to images taken outside. Additionally this exhibit contains all of the image metadata for the analyzed images indicating that they originated directly from a digital camera - This proves that all of the metadata has been fraudulently created based upon the manipulation identified in Guertin's analysis. BOOM. PART 3 OF 3 re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

47    Aug 7, 2024

**EXHIBIT W** INDEX 01, File, Directory, and metadata details of the July 16, 2024 Discovery; INDEX 02, Estimated Value of Guertins US Patent 11,577,177 Over 20 Years; INDEX 03, Bruce Rivers Comment to Guertin About Powerful People; INDEX 04, Text Messages Between Guertin and His Self Professed Former CIA Welder; INDEX 05, Guertins Repeated Attempts to Defend Himself Are Always Thwarted; INDEX 06, Guertin Sets Aside $5,000 for Digital Forensic Analysis of Drives and Data; INDEX 07, Chronological Continuity of Competence, Understanding, and Rationality; INDEX 08, Guertins Accomplishments Since Being Prescribed Adderall in 2016 re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc    Date Filed**

48    Aug 7, 2024

**EXHIBIT X** Images showing the design, engineering, and fabrication process Guertin undertook in order to build a working prototype of the InfiniSet Treadmill System. These images serve to show a high level of competency, in addition to serving as irrefutable proof that Guertin is indeed an "engineer" regardless of the blatantly false assertions made by Dr. Jill Rogstad in Guertin's March 2023 Rule 20.01 Exam Report that she prepared. Guertin designed and built the EXACT same unit contained within his patent drawings for US 11,577,177. re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by

Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 49 | Aug 14, 2024 |

**EXHIBIT List Exhibits A through Q** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.00)

| Doc | Date Filed |
|-----|-----------|
| 50 | Aug 14, 2024 |

**EXHIBIT List Exhibit R** re 2 MOTION for Temporary Restraining Order - Expedited Handling Requested filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 51 | Aug 14, 2024 |

**EXHIBIT List Exhibits S through X** re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.80)

| Doc | Date Filed |
|-----|-----------|
| 52 | Aug 14, 2024 |

DOCUMENT FILED IN ERROR - INSTRUCTED TO REFILE - APPLICATION FOR ENTRY OF DEFAULT against Defendant Bruce M. Rivers. (Guertin, Matthew) Modified text on 8/15/2024 (ABR). (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive

**Doc    Date Filed**

53      Aug 14, 2024

**AFFIDAVIT of Service by Matthew D. Guertin** re 46 Exhibit,,, 48 Exhibit,,, 50 Exhibit, 52 Application for Entry of Default, 45 Exhibit,,, 44 Exhibit,,, 43 Exhibit,,, 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o, 51 Exhibit, 49 Exhibit/Exhibit List, 47 Exhibit,,, Assistant County Attorney, Jamil M. F. Masroujeh; Assistant Attorney General, Benjamin W. Harringa (Guertin, Matthew) (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

**Doc    Date Filed**

54      Aug 14, 2024

**MEMORANDUM in Opposition re 35 First MOTION to Dismiss**/General, 29 MOTION to Dismiss/General filed by Matthew D. Guertin. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Guertin, Matthew) (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.10)

**LR7.1/LR72.2 Word Count Compliance Certificate**    Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

**Doc    Date Filed**

55      Aug 14, 2024

**NOTICE OF INTERLOCUTORY APPEAL as to 26 Order on Motion for TRO** by Matthew D. Guertin. Filing fee $ 605, receipt number AMNDC-11264152. (Guertin, Matthew) Modified text on 8/15/2024 (ABR). (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Doc    Date Filed**

56      Aug 14, 2024

**AFFIDAVIT of Service by Matthew D. Guertin** re 55 Notice of Appeal to 8th Circuit, 54 Memorandum in Opposition to Motion Assistant County Attorney, Jamil M. F. Masroujeh; Assistant Attorney General, Benjamin W. Harringa (Guertin, Matthew) (Entered: 08/14/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive

| Doc | Date Filed |
|-----|-----------|
| 57 | Aug 15, 2024 |

**NOTICE of Appearance** by Matthew Lloyd Robert Messerli on behalf of Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez. (Attachments: # 1 Certificate of Service)(Messerli, Matthew) (Entered: 08/15/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

Attachment 1
Certificate of Service
Buy on PACER ($0.20)
0

| Doc | Date Filed |
|-----|-----------|
| 58 | Aug 15, 2024 |

**AFFIDAVIT of Service by Matthew D. Guertin** re 50 Exhibit, 52 Application for Entry of Default, 55 Notice of Appeal to 8th Circuit, 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o, 51 Exhibit, 49 Exhibit/Exhibit List, 54 Memorandum in Opposition to Motion Served upon Defendant Bruce M. Rivers using USPS Priority Express Mail (Guertin, Matthew) (Entered: 08/15/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

| Doc | Date Filed |
|-----|-----------|
| 59 | Aug 15, 2024 |

**TRANSMITTAL OF APPEAL LETTER TO U. S. COURT OF APPEALS, 8TH CIRCUIT**, Re: Notice of Interlocutory Appeal 55 . (ABR) (Entered: 08/15/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 60 | Aug 15, 2024 |

**AMENDED NOTICE OF APPEAL** regarding 55 Notice of Appeal to 8th Circuit by Matthew D. Guertin. (Guertin, Matthew) (Entered: 08/15/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

• Buy on PACER ($0.30)

| Doc | Date Filed |
|-----|-----------|
| 61 | Aug 15, 2024 |

**(Text-Only) NOTICE to USCA** of subsequent filing in a civil case, Re: Amended Notice of Appeal to 8th Circuit 60 . (ABR) (Entered: 08/15/2024)

Main Document
Buy on PACER
0

| Doc | Date Filed |
|-----|-----------|
| 62 | Aug 16, 2024 |

**LETTER TO DISTRICT JUDGE** by Chela Guzman-Weigart, Hennepin County, Mary Moriarty, Jacqueline Perez . (Messerli, Matthew) (Entered: 08/16/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 63 | Aug 18, 2024 |

**Corrected APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT BRUCE M. RIVERS**. (Attachments: # 1 Supplement AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT PURSUANT TO 50 USC § 3931 AND EXHIBITS)(Guertin, Matthew) (Entered: 08/18/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT** PURSUANT TO 50 USC § 39

Supplement    Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.50)

| Doc | Date Filed |
|-----|-----------|
| 64 | Aug 23, 2024 |

**LETTER TO DISTRICT JUDGE by Matthew D. Guertin** - In regards to defendants letter (ECF No. 62.). (Guertin, Matthew) (Entered: 08/23/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 65 | Aug 26, 2024 |

**(Text-Only) NOTICE to USCA** of subsequent filing in a civil case, Re: Letter to District Judge 62, Application for Entry of Default 63, Letter to District Judge 64 . (CLK) (Entered: 08/26/2024)

Main Document
Buy on PACER
0

| Doc | Date Filed |
|-----|------------|
| 66 | Aug 26, 2024 |

**Reply to Response to Motion re 29 MOTION to Dismiss**/General filed by George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Harringa, Benjamin) (Entered: 08/26/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.00)

**LR7.1/LR72.2 Word Count Compliance Certificate** Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|------------|
| 67 | Aug 26, 2024 |

**MEMORANDUM in Opposition re 42 First MOTION for Preliminary Injunction** Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by George F. Borer, Julia Dayton-Klein, Keith Ellison, Danielle C. Mercurio, Adam Milz, Jill Rogstad. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Harringa, Benjamin) (Entered: 08/26/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.50)

**LR7.1/LR72.2 Word Count Compliance Certificate** Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|------------|
| 68 | Aug 27, 2024 |

**RESPONSE** re 66 Reply to Response to Motion, 67 Memorandum in Opposition to Motion, - Defendants consistent faliure to address the FRAUDULENT DISCOVERY MATERIALS filed by Matthew D. Guertin. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Guertin, Matthew) (Entered: 08/27/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.50)

**LR7.1/LR72.2 Word Count Compliance Certificate** Attachment 1
Download PDF

- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

**Doc**   **Date Filed**

69   Aug 27, 2024

**First MOTION to Alter/Amend/Supplement Pleadings** correct procedural deficiencies and request additional time. filed by Matthew D. Guertin. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate, # 2 Proposed Order) (Guertin, Matthew). Added MOTION for Extension of Time on 8/29/2024 (CLK). Modified text on 8/29/2024 (CLK). (Entered: 08/27/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.30)

**LR7.1/LR72.2 Word Count Compliance Certificate**   Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

**Supplement Proposed Order**   Attachment 2
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Doc**   **Date Filed**

70   Aug 28, 2024

**MEMORANDUM in Support re 35 First MOTION to Dismiss**/General filed by Chela Guzman-Weigart, Hennepin County. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate, # 2 Affidavit of Service)(Messerli, Matthew) (Entered: 08/28/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.80)

**LR7.1/LR72.2 Word Count Compliance Certificate**   Attachment 1
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

**Affidavit of Service**   Attachment 2
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

**Doc      Date Filed**

71      Aug 29, 2024

VACATED per docket no. 97. <u>Clerk's ENTRY OF DEFAULT as to Bruce M. Rivers</u> (kt) Modified text on 3/4/2025 (LTT). (Entered: 08/29/2024)

|  |  |
|---|---|
| **Clerks Entry of Default** | Main Document |
| | Download PDF |
| | • Guertin's Authenticated and Signed |
| | • From CourtListener |
| | • From Internet Archive |
| | • Buy on PACER ($0.10) |

**Doc      Date Filed**

72      Aug 29, 2024

**(Text-Only) NOTICE to USCA** of subsequent filing in a civil case, Re: Response, 68, Motion to Alter/Amend/Supplement Pleadings, 69, Reply to Response to Motion, 66, Clerk's Entry of Default 71, Memorandum in Opposition to Motion, 67, Memorandum in Support of Motion 70 . (kt) (Entered: 08/29/2024)

Main Document
Buy on PACER
0

**Doc      Date Filed**

73      Sep 2, 2024

<u>RESPONSE re 70 Memorandum in Support of Motion</u> - Defendants consistent faliure to address the FRAUDULENT DISCOVERY MATERIALS filed by Matthew D. Guertin. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Guertin, Matthew) (Entered: 09/02/2024)

|  |  |
|---|---|
| | Main Document |
| | Download PDF |
| | • Guertin's Authenticated and Signed |
| | • From CourtListener |
| | • From Internet Archive |
| | • Buy on PACER ($0.80) |
| **LR7.1/LR72.2 Word Count Compliance Certificate** | Attachment 1 |
| | Download PDF |
| | • Guertin's Authenticated and Signed |
| | • From CourtListener |
| | • From Internet Archive |
| | • Buy on PACER ($0.10) |

**Doc      Date Filed**

74      Sep 2, 2024

<u>EXHIBIT Y</u> - Evidence of Guertin's competency and the defendants incompetency in regards to the FRAUDULENT DISCOVERY MATERIALS. This exhibit serves to clearly demonstrate Guertin's strategic legal reasoning which serves to 'trap' the defendants in a no-win situation regarding the FRAUDULENT DISCOVERY issue they seem to be intentionally avoiding. re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/02/2024)

|  |  |
|---|---|
| | Main Document |
| | Download PDF |
| | • Guertin's Authenticated and Signed |
| | • From CourtListener |
| | • From Internet Archive |
| | • Buy on PACER ($0.70) |

| Doc | Date Filed |
|-----|-----------|
| 75  | Sep 9, 2024 |

**EXHIBIT Z** - Proof of BRUCE RIVERS knowledge of this case, the FRAUDULENT DISCOVERY MATERIALS, his phone call to Guertin discussing this case just hours after the 'Entry of Default' was filed against him on August 29 (Ecf. No 71), RIVERS CONTINUING REFUSAL TO WITHDRAWAL as Guertin's legal counsel, a chatGPT analysis of Rivers actions | Additionally, GUERTIN EMAILS 57 MINNESOTA JUDGES in the 4th and 2nd District Courts to bring awareness to this very case. re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/09/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 76  | Sep 18, 2024 |

**(Text-Only) NOTICE TO ATTORNEY**. Judge Tunheim will hear the pending motions on the papers submitted, without a hearing. A written order will be forthcoming. (HMA) (Entered: 09/18/2024)

Main Document
Buy on PACER
0

| Doc | Date Filed |
|-----|-----------|
| 77  | Sep 24, 2024 |

**EXHIBIT AA - Guertin's complaint against Bruce M. Rivers submitted to the Minnesota Office of Lawyers Professional Responsibility.** This complaint lays out Bruce Rivers complicity in the ongoing FRAUDULENT DISCOVERY CONSPIRACY taking place in the Hennepin County 4th Judicial District Court, in an easy to understand, chronologically cohesive visual presentation. Furthermore, this complaint contains a section documenting GUERTINS REFUSAL OF A THIRD RULE 20 EXAM, and his reasoning behind this refusal. re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/24/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 78  | Sep 26, 2024 |

**EXHIBIT AB -** | VIDEO | Guertin's 2nd Rule 20.01 Exam Meeting with Adam Milz on January 3rd, 2024 - The Netflix patent theft saga, the origination of Guertins criminal charges, the militray connection, and much more is all discussed in great detail by Guertin during this interview - The report Adam Milz prepares following this meeting suggests that Guertin is incompetent, doesn't understand legal proceedings, and needs to be FORCED TO TAKE POWERFUL ANTIPSYCHOTIC DRUGS so that he can become competent - THE BLATANT LIES AND FALSE NARRATIVES BEING PERPETUATED ABOUT GUERTIN DON'T GET ANY CLEARER THAN THIS. ***GUERTIN HAS ZERO HISTORY OF SELF HARM, SUICIDE, PSYCHOSIS, OR MANIA***GUERTIN ENJOYS BEING ALIVE AND HAS NEVER ATTEMPTED TO HARM HIMSELF AT ANY POINT DURING HIS LIFE AND NEVER WOULD*** re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/26/2024)

Main Document
Download PDF

- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($1.50)

| Doc | Date Filed |
|-----|-----------|
| 79 | Sep 26, 2024 |

**EXHIBIT AC** - SEPTEMBER 25th, 2024 - This exhibit contains the THREE PRO SE MOTIONS GUERTIN FILED in the Hennepin County 4th Judicial District Court | Pro Se Motion for Substitute Counsel, 27-CR-23-1886 | Pro Se Motion for Continuance, 27-CR-23-1886 | Pro Se Motion for Judicial Notice, 27-MH-PR-23-815 | The Judicial Notice and Substitute Counsel motions had 'Exhibit AA' (Ecf No. 77) attached to them as evidence in actual filings. re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/26/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($2.00)

| Doc | Date Filed |
|-----|-----------|
| 80 | Sep 30, 2024 |

**MEMORANDUM OPINION AND ORDER Granting Defendants' Motions to Dismiss** 29, 35 and Denying Plaintiff's Motion for Preliminary Injunction 42 . Plaintiff's First Motion to Alter/Amend/Supplement Pleadings 69 is Denied. This Matter is Dismissed Without Prejudice Pursuant to Younger v. Harris, 401 U.S. 37 (1971). (Written Opinion) Signed by Judge John R. Tunheim on 9/30/2024. (KKM) (Entered: 09/30/2024)

Order on Motion for Extension of Time AND Order on Motion for Preliminary Injunction AND Order on Motion to Alter/Amend/Supplement Pleadings AND Order on Motion to Dismiss/General AND Order on Motion to Dismiss/General

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- From PACER ($0.00)

| Doc | Date Filed |
|-----|-----------|
| 81 | Sep 30, 2024 |

**EXHIBIT AD - FRAUD (Round 1) - Forensic Analysis of Ai Generated PhotoRobot Fraud** | Fraudulent, Ai generated prior art is listed on Guertins US Patent 11,577,177 | Ai generated content is PROOF that YouTube IS BACK-DATING VIDEO CONTENT TO ASSIST IN THE CRIMINAL CONSPIRACY AGAINST GUERTIN | Guertin provides download links for all of his FRAUD investigation files including proof of the Internet Archives involvement | 'ROUND 1' BEGAN PRIOR TO GUERTINS CRIMINAL CHARGES re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/30/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc** **Date Filed**

82 Sep 30, 2024

**EXHIBIT AE - FRAUD (Round 1) - Scrolling PDF Animation Flipbook** provides interactive visual proof of the Ai generated, PhotoRobot FRAUD re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/30/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc** **Date Filed**

83 Sep 30, 2024

**EXHIBIT AF - FRAUD (Round 2) - Forensic Analysis of Ai Generated NETFLIX FRAUD** | Ai Generated Videos Created for FRAUDULENT ACADEMIC RESEARCH BEING CLAIMED AS ORIGINATING IN 2006 | University of Southern California DIRECTLY INVOLVED, Google/YouTube IS DIRECTLY INVOLVED, US Army/Military is DIRECTLY INVOLVED | A completely fake, Ai Generated version of Holocaust Survivor Pinchas Gutter is created to further the ongoing CRIMINAL CONSPIRACY | GUERTINS NAME AND PATENT ARE LISTED AT THE VERY TOP OF NETFLIX US PATENT 11,810,254 --- Which is a theft (duplicate) of Guertins US Patent 11,577,177 from the USPTO Office itself --- With the Netflix application being filed just 12 days after Guertin filed his provisional patent application on March 19, 2021. re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/30/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc** **Date Filed**

84 Sep 30, 2024

**EXHIBIT AG - FRAUD (Round 2) - Scrolling PDF Animation Flipbook 1 of 3** | Interactive visual proof of Ai created version of Holocaust survivor Pinchas Gutter re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/30/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc** **Date Filed**

85 Sep 30, 2024

**EXHIBIT AH - FRAUD (Round 2) - Scrolling PDF Animation Flipbook 2 of 3** | Interactive visual proof of Ai generated video content being used to support the theft of Guertins US Patent 11,577,177 through FRAUDULENT ACADEMIC RESEARCH claimed as originating in 2006 re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/30/2024)

Main Document
Download PDF

- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

86   Sep 30, 2024

**EXHIBIT AI - FRAUD (Round 2) - Scrolling PDF Animation Flipbook 2 of 3** | Interactive visual proof of Ai generated video content being used to support the theft of Guertins US Patent 11,577,177 through FRAUDULENT ACADEMIC RESEARCH claimed as originating in 2006 re 42 First MOTION for Preliminary Injunction Irrefutable Evidence of FRAUDULENT DISCOVERY MATERIALS that were given to him by Buce Rivers on July 16, 2024, blatantly false and deceptive exam reports about Guertin, and the planned, forced administration o filed by Matthew D. Guertin.(Guertin, Matthew) (Entered: 09/30/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

**Doc**   **Date Filed**

87   Oct 1, 2024

**JUDGMENT** (Attachments: # 1 Civil Notice - appeal)(LTT) (Entered: 10/01/2024)
Main Document

Judgment (Clerk's Office Only)
Buy on PACER
0

Attachment 1
Civil Notice - appeal
Buy on PACER ($0.10)
0

**Doc**   **Date Filed**

88   Oct 7, 2024

**NOTICE of Appearance by Daniel J Cragg on behalf of Bruce M. Rivers**. (Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

**Doc**   **Date Filed**

89   Oct 7, 202

**MOTION to Set Aside or Vacate Entry of Default filed by Bruce M. Rivers**. (Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.10)

| Doc | Date Filed |
|-----|-----------|
| 90 | Oct 7, 2024 |

**MEMORANDUM in Support re 89 MOTION** to Set Aside or Vacate Entry of Default filed by Bruce M. Rivers. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.40)

**LR7.1/LR72.2 Word Count Compliance Certificate**    Attachment 1
Buy on PACER ($0.20)
0

| Doc | Date Filed |
|-----|-----------|
| 91 | Oct 7, 2024 |

**DECLARATION of Bruce Rivers by Bruce M. Rivers** . (Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 92 | Oct 7, 2024 |

**MEET and CONFER STATEMENT** re 89 Motion to Set Aside or Vacate Entry of Default filed by Bruce M. Rivers.(Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.20)

| Doc | Date Filed |
|-----|-----------|
| 93 | Oct 7, 2024 |

**NOTICE OF HEARING ON MOTION 89 MOTION** to Set Aside or Vacate Entry of Default : Date and time to be determined. (Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Buy on PACER
0

| Doc | Date Filed |
|-----|-----------|
| 94 | Oct 7, 2024 |

**PROPOSED ORDER TO JUDGE re 89 MOTION** to Set Aside or Vacate Entry of Default filed by Bruce M. Rivers. (Cragg, Daniel) (Entered: 10/07/2024)

Main Document
Buy on PACER
0

**Doc**   **Date Filed**

95   Oct 17, 2024

**USCA JUDGMENT (electronic copy)** **as to 55 Notice of Appeal to 8th Circuit** filed by Matthew D. Guertin. The court orders that this appeal be dismissed for lack of jurisdiction. Appellant's motion for initial en banc review and motion to supplement the record are denied. (ABR) (Entered: 10/18/2024)

Main Document
Buy on PACER
0

**Doc**   **Date Filed**

96   Nov 13, 2024

**MANDATE of USCA (electronic copy)** **as to 55 Notice of Appeal to 8th Circuit** filed by Matthew D. Guertin. (ABR) (Entered: 11/13/2024)

Main Document
Buy on PACER
0

**Doc**   **Date Filed**

97   Mar 3, 2025

**(Text only) ORDER granting 89 Motion to Set Aside or Vacate Entry of Default.** The Clerk of Court is directed to vacate the 71 entry of default filed 8/29/2024. The case remains closed. Signed by Judge John R. Tunheim on 3/3/2024. (HMA) (Entered: 03/03/2025)

**Order on Motion to Set Aside or Vacate Entry of Default** Main Document
Buy on PACER
0

**Doc**   **Date Filed**

98   Jun 18, 2025

**EXHIBIT Addendum Master Volume Index** | Minnesota Court of Appeals **Case A25-0882** | **Thousands of AI Generated MCRO Court Records** | SHA-256 Digital PDF Court Signatures Still Intact | Mail Fraud, Obstruction of Correspondence, and Conspiracy | Plaintiff's Life In Danger | 4th Judicial District Court is Directly Involved in the Conspiracy, and the Petition for Writ A25-0882 is being ignored re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($0.70)

**Doc**   **Date Filed**

99   Jun 18, 2025

**EXHIBIT Addendum Volume I** | **MN Court of Appeals** | **A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 100 | Jun 18, 2025 |

**EXHIBIT Addendum Volume II | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 101 | Jun 18, 2025 |

**EXHIBIT Addendum Volume III | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 102 | Jun 18, 2025 |

**EXHIBIT Addendum Volume IV | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 103 | Jun 18, 2025 |

**EXHIBIT Addendum Volume V | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 104 | Jun 18, 2025 |

**EXHIBIT Addendum Volume VI | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 105 | Jun 18, 2025 |

**EXHIBIT Addendum Volume VII | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 106 | Jun 18, 2025 |

**EXHIBIT Addendum Volume VIII | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 107 | Jun 18, 2025 |

**EXHIBIT Addendum Volume IX | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 108 | Jun 18, 2025 |

**EXHIBIT Addendum Volume X | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|-----|-----------|
| 109 | Jun 18, 2025 |

**EXHIBIT Addendum Volume XI | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 110 | Jun 18, 2025 |

**EXHIBIT Addendum Volume XII | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 111 | Jun 18, 2025 |

**EXHIBIT Addendum Volume XIII | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 112 | Jun 18, 2025 |

**EXHIBIT Addendum Volume XIV | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 113 | Jun 18, 2025 |

**EXHIBIT Addendum Volume XV | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| Doc | Date Filed |
|---|---|
| 114 | Jun 18, 2025 |

**EXHIBIT Addendum Volume XVI | MN Court of Appeals | A25-0882** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

Main Document
Download PDF
- Guertin's Authenticated and Signed
- From CourtListener
- From Internet Archive
- Buy on PACER ($3.00)

| **Doc** | **Date Filed** |
|---------|----------------|
| 115     | Jun 18, 2025   |

**EXHIBIT Emergency Motion for Stay Pending Appeal | Perjury by Prosecutor Mawerdi Hamid** Regarding **Discovery Fraud | Collusion and Obstruction** | Attempting to **Cover Up** What Plaintiff Has Uncovered By Ordering a Fourth Rule 20.01 Exam | **Denial of Faretta** Invocation by Guertin After Found Competent to Proceed | **Motion to Dismiss Itself is Cited as Trigger for Rule 20 Order** | re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/18/2025)

        Main Document
        Download PDF
-     Guertin's Authenticated and Signed
-     From CourtListener
-     From Internet Archive
-     Buy on PACER ($3.00)

| **Doc** | **Date Filed** |
|---------|----------------|
| 116     | Jun 25, 2025   |

**EXHIBIT CIVIL RIGHTS AND RICO COMPLAINT WITH JURY DEMAND | JUNE 25, 2025** re 1 Complaint,, filed by Matthew D. Guertin. (Guertin, Matthew) (Entered: 06/25/2025)

        Main Document
        Download PDF
-     Guertin's Authenticated and Signed
-     From CourtListener
-     From Internet Archive
-     Buy on PACER ($3.00)