This package is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE.**

Retail

PRES | PRESS FIRMLY TO SEAL

**P**

US POSTAGE PAID
**$15.95**
Origin: 55427
09/05/25
2663180427-41

PRIORITY MAIL®

0 Lb 5.50 Oz

RDC 03

EXPECTED DELIVERY DAY: 09/09/25

C011

SHIP TO:
316 ROBERT ST N
SAINT PAUL MN 55101-1495

USPS SIGNATURE® TRACKING #

9510 8158 9158 5248 1325 95

■ Expecte
■ Domest
■ USPS T
■ Limited
■ When u

*Insurance d
Domestic Ma
** See Intern

**FLAT**
ONE RAT

**TRAC**

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

PRIORITY® MAIL

X-RAYED BY USMS

IORITY® MAIL

apply).*

rnational destinations.

quired.

ns see the

ations of coverage.

RECEIVED
BY
SEP 08 '25
CLERK, U.S. COURT
ST. PAUL, N

RECEIVED
BY MAIL
SEP 08 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

e free Package Pickup,
n the QR code.

USPS.COM/PICKUP

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:

**PRIORITY**
★ MAIL ★

**UNITED STATES POSTAL SERVICE ®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Matthew David Guertin
4385 Trenton LN. N #202
Plymouth, MN 55442

SCANNED
☒ SEP 08 2025
U.S. DISTRICT COURT ST. PAUL

**TO:**
The HONORABLE Paul A. Magnuson
Senior United States District Judge
District of MN
316 North Robert Street
St. Paul, MN 55101

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

**EP14F July 2022**
**OD: 12 1/2 x 9 1/2**

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.