25-2476  Matthew Guertin v. Tim Walz, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/10/2025

**Case Name:**    Matthew Guertin v. Tim Walz, et al
**Case Number:**  25-2476

**Docket Text:**
DOCUMENT FILED - Duplicate of that filed 9/5/2025 - Petition for Writ of Mandamus filed by Matthew David Guertin. w/service 09/11/2025. [5556833] [25-2476]

**The following document(s) are associated with this transaction:**
Document Description:  Duplicate Petition for Writ of Mandamus
Document Description:  envelope

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Matthew David Guertin: mattguertin@protonmail.com
Benjamin William Harringa: benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
Margaret Jacot: margaret.jacot@ag.state.mn.us, suzanne.swanson@ag.state.mn.us