# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF SERVICE ON INVOLVED PARTIES** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

1

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
      Appellees.

## **I.   INTRODUCTION**

Appellant moves for judicial notice under Fed. R. Evid. 201 of discrete, objective facts reflected in official court records and associated materials capable of accurate and ready determination. The noticed facts concern service, filings, and appearances in related proceedings, and the specific documents and datasets

described below. Judicial notice is requested to clarify the record on appeal without altering it. See Fed. R. App. P. 10(e), 27.

## II.   FACTS FOR JUDICIAL NOTICE

A.   |   **Service and Appearances (Who/When)**

    **1.** That specified filings were served on the listed recipients on the dates identified in the attached exhibits.

    **2.** That additional service occurred by mail as reflected by the attached postal receipts and/or affidavits.

    **3.** That counsel filed appearances on the dates and in the matters indicated in the attached notices of appearance.

    **4.** That docket snapshots reflect the foregoing service, filings, and appearances.

B.   |   **Materials Served / What Was Filed**

    **1.** That the materials served included the identified petitions/motions and addendum items described in the attached exhibits.

    **2.** That the addendum materials include dataset excerpts (e.g., duplicate-return evidence, signature/timestamp blocks, and directory indexes) as specifically identified in the exhibits.

## III.   LEGAL STANDARD

A.   |   **Judicial Notice on Appeal**

The Court may take notice of facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d).

Courts routinely notice court dockets, filed affidavits of service, agency/business records (including postal receipts), and notices of appearance to clarify the record. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

**A.   |   Items for Notice**

**1.**     The existence and dates of service shown in the attached affidavits, receipts, and docket entries.

**2.**     The existence and dates of attorney appearances as reflected in the attached notices of appearance.

**3.**     The identity of the materials served and filed, as described in the attached exhibits and corroborated by docket snapshots.

**4.**     Appellant requests that these facts be noticed solely to characterize the provenance and handling of record materials, without modifying the text of any underlying filing.

## V.   RELIEF REQUESTED

**1.**     Grant this Motion for Judicial Notice.

**2.**     Take judicial notice of the discrete facts enumerated in Section IV.

**3.**     Recognize the attached exhibits as accurate support for those noticed facts for purposes of record clarity under Fed. R. App. P. 10(e).

**4.**     Grant such further relief as is just and appropriate.

# VI.   ATTACHED EXHIBITS (GROUP FILING, SUPPORTING JUDICIAL NOTICE)

**A.  |  Service / Appearances**

    **1.**    **EXHIBIT SVC-1**

    Proof of service and related filing activity (as described in exhibit cover sheet).

    **2.**    **EXHIBIT SVC-2**

    Affidavits of service and postal receipts (dates, recipients, tracking).

    **3.**    **EXHIBIT SVC-3**

    Docket screen captures corroborating service/filing entries.

    **4.**    **EXHIBIT SVC-4**

    Notices of appearance identifying counsel and appearance dates.

    **5.**    **EXHIBIT SVC-5**

    Additional affidavit(s) of service pertinent to related appellate matters.

**B.  |  Materials Served / Record Content**

    **6.**    **EXHIBIT MAC-1**

    Index or master listing of addendum/record materials.

    **7.**    **EXHIBIT MAC-2**

    Petition or principal filing served.

    **8.**    **EXHIBIT MAC-3**

    Motion(s) served.

    **9.**    **EXHIBIT MAC-4**

    Addendum excerpt(s): duplicate-return evidence (with hash references).

10. **EXHIBIT MAC-5**

    Addendum excerpt(s): signature/timestamp block evidence (with hash references).

11. **EXHIBIT MAC-6**

    Addendum excerpt(s): master directory/index of evidence locations.

**Dated:  October 4, 2025**                              *Respectfully submitted,*

                                               */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## **VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)**

I certify that this MOTION FOR JUDICIALNOTICE OF SERVICE ON PARTIES contains 539 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                         *Respectfully submitted,*

                                                                                                 */s/ Matthew D. Guertin*

                                                                                                Matthew David Guertin
                                                                                                ***Appellant Pro Se***
                                                                                                4385 Trenton Ln. N 202
                                                                                                Plymouth, MN  55442
                                                                                                Telephone: 763-221-4540
                                                                                                MattGuertin@protonmail.com
                                                                                                www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**　　　　　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Matthew D. Guertin*

　　　　　　　　　　　　　　　　　　　　　　　　Matthew David Guertin
　　　　　　　　　　　　　　　　　　　　　　　　***Appellant Pro Se***
　　　　　　　　　　　　　　　　　　　　　　　　4385 Trenton Ln. N 202
　　　　　　　　　　　　　　　　　　　　　　　　Plymouth, MN  55442
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 763-221-4540
　　　　　　　　　　　　　　　　　　　　　　　　MattGuertin@protonmail.com
　　　　　　　　　　　　　　　　　　　　　　　　www.MattGuertin.com