# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN**<br><br>                    Appellant,<br>   v.<br><br>**TIM WALZ,**<br>Governor of Minnesota;<br><br>**KEITH ELLISON,**<br>Minnesota Attorney General;<br><br>**HENNEPIN COUNTY,**<br>a municipal entity;<br><br>**MARY MORIARTY,**<br>Hennepin County Attorney;<br><br>**JUDITH COLE,**<br>Sr. Assistant Hennepin County Attorney;<br><br>**MICHAEL BERGER,**<br>Chief Public Defender, Hennepin County;<br><br>**KERRY W. MEYER,**<br>Chief Judge, 4th District;<br><br>**BRUCE M. RIVERS,**<br>Private Defense Counsel;<br><br>**CHELA GUZMAN-WIEGERT,**<br>Assistant County Administrator;<br><br>**ALISHA NEHRING,**<br>MN Department of Health Attorney;<br><br>**HILARY CALIGIURI,**<br>Presiding Criminal Judge, 4th District;<br><br>**TODD FELLMAN,**<br>Presiding Juvenile Judge, 4th District;<br><br>**SARAH HUDLESTON,**<br>Judge, 4th District;<br><br>**WILLIAM H. KOCH,**<br>Judge, 4th District;<br><br>**JULIA DAYTON-KLEIN,**<br>Judge, 4th District;<br><br>**DANIELLE C. MERCURIO,**<br>Judge, 4th District;<br><br>**GEORGE F. BORER,**<br>Referee, 4th District; | Case No: 25-2476<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**EXHIBIT LIST** |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
      Appellees.

## I. EXHIBITS ATTACHED TO THIS FILING

1. **EXHIBIT SVC-1**

   - Service and Filing of MN COA Case A25-0882 into Fourth Judicial District Court Docket | PETITION FOR WRIT OF PROHIBITION AND/OR MANDAMUS | Minnesota Court of Appeals Case No. A25-0882

2. **EXHIBIT SVC-2**

   MN COA Case A25-0882

   5/29/2025 | Affidavit of Service 1, Parties Served:
   - CLERK OF THE APPELLATE COURTS
   - MN ATTORNEY GENERAL
   - MAWERDI AHMED HAMID, HENNEPIN COUNTY ATTY'S OFFICE
   - EMMETT MATTHEW DONNELLY, HENNEPIN COUNTY PUBLIC DEFENDER
   - RAISSA CARPENTER, HENNEPIN COUNTY PUBLIC DEFENDER
   - SARA GONSALVES, 4TH JUDICIAL DISTRICT COURT ADMINISTRATOR

   6/2/2025 | Affidavit of Service 2 | Parties Served:
   - STATE PUBLIC DEFENDER – APPELLATE SERVICES
   - May 30, 2025 USPS Receipt | Tracking #: 9510 8066 0351 5150 6926 53

3. **EXHIBIT SVC-3**

   MN COA Case A25-0882

   Image Screen Captures | Docket Screencap 1 | Docket Screencap 2 | MN COA E-MACS Screencap

4. **EXHIBIT SVC-4**

   7/1/2025 | Notice of Appearance files by Minnesota Attorney General in "Guertin v. Walz" D. Minn 25-cv-2670
   - Notice of Appearance by Benjamin Harringa | MN AG
   - Notice of Appearance by Margaret E Jacot | MN AG

5. **EXHIBIT SVC-5**

   8/1/2025 | Affidavit of USPS Service on MN Attorney General

   8th Cir. 2025 Case No. 25-2476 "Matthew Guertin v. Tim Walz

**6. EXHIBIT MAC-1**

5/29/2025 | Addendum Master Volume Index | MN COA Case A25-0882

**7. EXHIBIT MAC-2**

5/29/2025 | Petition for Writ of Prohibition | MN COA Case A25-0882

**8. EXHIBIT MAC-3**

6/4/2025 | Emergency Motion for Stay | MN COA Case A25-0882

**9. EXHIBIT MAC-4**

ADDENDUM VOLUME VIII of XVI ADD. 321 - ADD. 370

Duplicate USPS Returned-Mail Filings – Identical SHA-256 Hashes | Add. 332-345

**10. EXHIBIT MAC-5**

ADDENDUM VOLUME VIII of XVI ADD. 321 - ADD. 370

Duplicate Judicial Signatures & Timestamp Blocks – Identical SHA-256 Hashes | Add. 346-370

**11. EXHIBIT MAC-6**

ADDENDUM VOLUME XVI of XVI ADD. 684 - ADD. 717

Master Evidence URL Directory | Add. 695-700

**Dated: Octber 4, 2025**  *Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
*Appellant Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN 55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## II.  CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                                  *Respectfully submitted,*

                                              */s/ Matthew D. Guertin*

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com