# EXHIBIT SVC-1

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
207__Notice of Appeal__Petition-for-Writ__2025-05-29.pdf
File Hash:     3a0890148bb21e4e911c7e21386f0b4dd41f234388e9a83a4a49e80450207746
Page: 1 of 30      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin,<br><br>Petitioner<br><br>v.<br><br>State of Minnesota,<br><br>Respondent. | District Court Case: 27-CR-23-1886<br>Court Order Date: April 29, 2025<br><br>**PETITION FOR WRIT OF PROHIBITION OR, IN THE ALTERNATIVE, MANDAMUS & EMERGENCY RELIEF**<br><br>Judge: Hon. Sarah Hudleston |

## I.  INTRODUCTION

Petitioner Matthew David Guertin, pro se, hereby petitions the Minnesota Court of Appeals under Minn. R. Civ. App. P. 120 for an extraordinary writ of prohibition—or alternatively mandamus—against the Fourth Judicial District Court in *State v. Guertin*, No. 27-CR-23-1886. Petitioner seeks to halt and dismiss a criminal prosecution that has been irredeemably tainted by systemic judicial fraud. Specifically, Petitioner has uncovered evidence that forged court records, duplicated judicial signatures, and other falsified filings have infiltrated his case docket as part of a broader "synthetic" docket scheme whose ultimate purpose is nothing short of his permanent elimination, under the cover of psychiatry (*Add. 673-683*). Over the past 29 months, the proceedings have devolved into a Kafkaesque farce: exculpatory evidence was suppressed, then Petitioner's justified complaints about that suppression were twisted to paint him as delusional and trigger repetitive Rule 20 competency cycles. The result is a structural collapse of due process in the trial court, leaving this appellate intervention as the only means to prevent further injustice.

Petitioner's requests are two-fold. First, he asks this Court to dismiss the charges with prejudice given the fraud on the court and egregious due process violations

1

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 1**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
208__Notice of Appeal__Add-Vol-Index__2025-05-29.pdf
File Hash:      277e29c1ba400a56e748b7091e3c3acaf9bf034c539fb7901318f79f7ffe01b4
Page: 1 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:12 PM

**A25-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

In re Matthew David Guertin,

Petitioner

v.

State of Minnesota,

Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM MASTER**
**VOLUME INDEX**

Judge: Hon. Sarah Hudleston

## ADDENDUM VOL I

**April 29, 2025 - Order for Competency to Proceed Rule 20.01,**

Index 187……………………………………..…………………………………...Add. 1-3

**April 29, 2025 - Order Appointing Forensic Navigator,**

Index 188………………………………….………………..….…………...Add. 4-5

**April 29, 2025 - Hearing Transcript re Rule 20 & Self-Representation,**

Index 189………………………………………………..…….….…………..Add. 6-25

**January 24, 2023 - Criminal Complaint & Detention Order,**

Index 1………………………….………….…..…………………..…...Add. 26-32

## ADDENDUM VOL II

**May 07, 2025 - Emergency Motion to Stay & Vacate April 29**

**Orders (pp 1-34),** Index 190…………………………………….………….Add. 33–66

**May 07, 2025 - Motion to Confirm Pro Se Status & Discharge Counsel,**

Index 191………………………………………………………....………..Add. 67–81

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 2**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
208__Notice of Appeal__Add-Vol-Index__2025-05-29.pdf
File Hash:      277e29c1ba400a56e748b7091e3c3acaf9bf034c539fb7901318f79f7ffe01b4
Page: 2 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

### ADDENDUM VOL III

**February 28, 2025 - Exhibits A–E: Discovery-Fraud Proven,**
**(pp 1-17, 58-75),** Index 122……………………………..…………………Add. 82-116

**March 05, 2025 - Contested Competency Hearing**
**Transcript (pp 1-15)**..……………………………………………........Add. 117-131

### ADDENDUM VOL IV

**March 05, 2025 - Contested Competency Hearing**
**Transcript (pp 16-61)**…………………………………….… Add. 132-177

**April 03, 2025 - Findings & Order: Defendant Competent**
**to Proceed,** Index 127……………………………………….………...Add. 178-181

### ADDENDUM VOL V

**February 28, 2025 - Exhibits M–Q: Netflix Patent Motive**
**& Valuation (pp 6-23),** Index 125………………………….……..…...Add. 182-199

**April 21, 2025 - Petition to Proceed Pro Se & Discharge Counsel**
**(pp 1-32, motion only),** Index 133……………………………….………Add. 200-231

### ADDENDUM VOL VI

**April 16, 2025 - Motion to Dismiss With Prejudice,** Index 13…………..Add. 232–281

### ADDENDUM VOL VII

**April 17, 2025 - Hearing Transcript on Status & Faretta Inquiry,**
Index 134………………………………………………….……...Add. 282-296

**April 21, 2025 - Exhibit A: E-mail Exchange with Defense**
**Counsel re Discovery Fraud & Self-Representation,** Index 133….……Add. 297-320

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 3**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
208__Notice of Appeal__Add-Vol-Index__2025-05-29.pdf
File Hash: 277e29c1ba400a56e748b7091e3c3acaf9bf034c539fb7901318f79f7ffe01b4
Page: 3 of 7 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

Filed in District Court
State of Minnesota
5/29/2025 12:12 PM

### ADDENDUM VOL VIII

**April 28, 2025 - Exhibit A: AI-Created MCRO Returned-Mail Forensic Report,** Index 147……………………………….…….……..Add. 321-331

**Duplicate USPS Returned-Mail Filings – Identical SHA-256 Hashes,**…..……………………………………………… Add. 332-345

**Duplicate Judicial Signatures & Timestamp Blocks – Identical SHA-256 Hashes,**……………………………………………….……..Add. 346-370

### ADDENDUM VOL IX

**January 17, 2024 - Finding of Incompetency and Order (Guertin template origin),** Index 25…………….…………………….Add. 371-374

**May 02, 2023 - Kraskey Series: 12 Duplicate Incompetency Orders,**…..………………………………….……...Add. 375-398

**April 28, 2025 - Exhibit I: April 12 2024 Mother's Letter – Smoking-Gun Intercept,** Index 165……………………………….……...Add. 399-407

**April 28, 2025 - Exhibit H: Synthetic Judiciary ChatGPT Analysis (pp 14-23),** Index 166………………………..……………….……… Add. 408-416

### ADDENDUM VOL X

**April 28, 2025 - Affidavit - Attempted Assassination of Matthew Guertin,** Index 141……………………………….…….……...Add. 417-437

**May 03, 2024 - Affidavit & MCRO Data Analysis,** Index 37……………………………………………………………..Add. 438-457

**May 15, 2024 - Petition for Discretionary Review, MN COA A24-0780,** Index 58……………………………..……….Add. 458-462

3

---

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 4**

Case No. 27-CR-23-1886
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
208__Notice of Appeal__Add-Vol-Index__2025-05-29.pdf
File Hash: 277e29c1ba400a56e748b7091e3c3acaf9bf034c539fb7901318f79f7ffe01b4
Page: 4 of 7 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-23-1886

**May 15, 2024 - Supplementary Addendum Information,
COA A24-0780,** Index 62……………………………………….…….………Add. 463-466

**ADDENDUM VOL XI**

**April 28, 2025 - Affidavit - Judicial Simulation & Psychiatric
Entrapment,** Index 145……………………………………….…….…..Add. 467-503

**April 28, 2025 - Exhibit B: AI-Created MCRO Case Files –
Forensic Report,** Index 148……………………………….………...…..Add. 504-510

**April 28, 2025 - Exhibit C: AI-Named MCRO Defendants –
ForensicReport,** Index 151…………………………….……………..Add. 511-515

**ADDENDUM VOL XII**

**Report 01: Digital Forensic Analysis of MCRO Dataset &
Evidence Integrity,**…………………………………….…..………..…..Add. 516-525

**Report 02: Digital Forensic Analysis of CASE
Dataset Integrity,**………..………………………………………….…Add. 526-531

**Report 03: Digital Forensic Analysis of Synthetic
Case-Docket Anomalies,**…………………………………………….Add. 532-535

**Report 04: SHA-256 Hashing of PDF Case-File Objects,**…………..……Add. 536-543

**Report 05: Duplicate SHA-256 Hashes in Synthetic
MCRO Case Files,**…..……………………………………………....Add. 544-548

**Report 06: Forensic Analysis of Metadata Anomalies in Fraudulent
Competency Orders,**…………………………………………………..Add. 549-555

**Report 07: Fraudulent Incompetency-Order Template Reused in
Guertin's Case,**……………………………………………………Add. 556-559

4

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 5**

Case No. 27-CR-23-1886
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:  ·Notice of Appeal·
Filing Date:  **2025-05-29**
208__Notice of Appeal__Add-Vol-Index__2025-05-29.pdf
File Hash:    277e29c1ba400a56e748b7091e3c3acaf9bf034c539fb7901318f79f7ffe01b4
Page: 5 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:12 PM

## ADDENDUM VOL XIII

**Report 08: The Mother's Letter – Smoking-Gun Evidence,**……………Add. 560–572

**Report 09: Fraudulent USPS Returned-Mail Filings in Synthetic MCRO Records,**………………………………………….………Add. 573–575

**Report 10: USPS Returned-Mail Scan Images Contain Evidence of Digital Fabrication,**…………………………………………….…..…Add. 576–587

**Report 11: Tracking Codes Assigned to Each Synthetic Defendant via TTF Font Codes,**……………………………………....…...…Add. 588–594

**Report 12: Forensic Analysis of AI-Generated Image-Based Court Filings,**…………………………………………….…....…..Add. 595–601

## ADDENDUM VOL XIV

**Report 13: Raissa Carpenter – Current Defense Counsel,**………..…...Add. 602-607

**Report 14: Mawerdi Hamid – Current Prosecutor,**………………..…….Add. 608-613

**Report 15: Jacqueline Perez – Original Prosecutor,**………………….…Add. 614-618

**Report 16: Adam Milz – 2nd Rule 20 Examiner,**…………………….…...Add. 619-628

**Report 17: Katheryn Cranbrook – 3rd Rule 20 Examiner,**………….…...Add. 629-635

**Report 18: Kristin A. Otte – Hidden Examiner Entry in Guertin's Case,**………………………………………………Add. 636-646

## ADDENDUM VOL XV

**Report 19: Amanda Burg — Minnesota Security Hospital Court-Liaison Letters,**………………………………………….……..….Add. 647-663

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

EXHIBIT SVC-1 | p. 6

Case No. 27-CR-23-1886
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
208__Notice of Appeal__Add-Vol-Index__2025-05-29.pdf
File Hash: 277e29c1ba400a56e748b7091e3c3acaf9bf034c539fb7901318f79f7ffe01b4
Page: 6 of 7 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

Filed in District Court
State of Minnesota
5/29/2025 12:12 PM

**Report 20: Amanda Jung — AMRTC Competency-Discharge**

**Correspondence,**…………………………………………….……..…...Add. 664-672

**Report 21: Saint Peter Security Hospital at the Core of the**

**Synthetic MCRO Conspiracy,**…………………………….…………………...Add. 673-683

**ADDENDUM VOL XVI**

**27-CR-23-1886 Master Docket-Index Map,**………………………….…..Add. 684-686

**Article: "WHAT THE HASH? Data Integrity & Authenticity in**

**American Jurisprudence,"**………………………………………………Add. 687-694

**Master Evidence URL Directory,**………………………….…..………….…...Add. 695-700

**SHA-256 Hashes for All Linked Evidence,**…………………….……………..Add. 701-708

**URL Links to All Synthetic-MCRO Research Reports,**………....………...Add. 709-712

**DECLARATION OF MATTHEW DAVID GUERTIN,**……………..………Add. 713-717

Dated:  May 29, 2025

*Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
*Petitioner Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
192__Notice of Appeal__Add-Vol-I__2025-05-29.pdf
File Hash:      8d06345cb948a521ed1094530ba38667cd609cb484a7e2f539d5cf7173828e20
Page: 1 of 33      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:15 PM

**A25-_____**
### STATE OF MINNESOTA
### IN COURT OF APPEALS

In re Matthew David Guertin,

               Petitioner

  v.

State of Minnesota,

               Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME I of XVI**
**ADD. 1 - ADD. 32**

Judge: Hon. Sarah Hudleston

<u>Contents</u>                 <u>Page</u>

**April 29, 2025 - Order for Competency to Proceed Rule 20.01,**

Index 187……………………………………………………………………… Add. 1-3

**April 29, 2025 - Order Appointing Forensic Navigator,**

Index 188……………………………………………………………………… Add. 4-5

**April 29, 2025 - Hearing Transcript re Rule 20 & Self-Representation,**

Index 189……………………………………………………………………... Add. 6-25

**January 24, 2023 - Criminal Complaint & Detention Order,**

Index 1…………………………………………………………………… Add. 26-32

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 8**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
209__Notice of Appeal__Add-Vol-II__2025-05-29.pdf
File Hash: b45ed56d75cc251c6516c9229669bfe7416c2be570da8c2b9cc26a8d0f471808
Page: 1 of 50    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:17 PM

A25-_____
**STATE OF MINNESOTA
IN COURT OF APPEALS**

In re Matthew David Guertin,

          Petitioner

v.

State of Minnesota,

          Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM
VOLUME II of XVI
ADD. 33 - ADD. 81**

Judge: Hon. Sarah Hudleston

<u>Contents</u>                            <u>Page</u>

**May 07, 2025 - Emergency Motion to Stay & Vacate April 29 Orders (pp 1-34),**

Index 190…..……………………………………………………………… Add. 33-66

**May 07, 2025 - Motion to Confirm Pro Se Status & Discharge Counsel,**

Index 191………………………..…………………………………………… Add. 67-81

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 9**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
211__Notice of Appeal__Add-Vol-III__2025-05-29.pdf
File Hash:     5a9a715f0afdbd563ae03260d19a0e54de22f9fd0dd0063b35e9dabec2f8776f
Page: 1 of 51      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:19 PM

**A25-_____**
## STATE OF MINNESOTA
## IN COURT OF APPEALS

In re Matthew David Guertin,

   Petitioner

 v.

State of Minnesota,

   Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME III of XVI**
**ADD. 82 - ADD. 131**

Judge: Hon. Sarah Hudleston

Contents                                                                          Page

**February 28, 2025 - Exhibits A–E: Discovery-Fraud Proven (pp 1-17, 58-75).**

Index 122...……………………………….…………………………… Add. 82-116

**March 05, 2025 - Contested Competency Hearing Transcript (pp 1-15).**

.………………………….……………………………..……………………… Add. 117-131

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 10**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
210__Notice of Appeal__Add-Vol-IV__2025-05-29.pdf
File Hash:   c6314e7d0082b840e71b7c13ff97320cdfcc10de64b827cff87f0c0fe48e10d9
Page: 1 of 51      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:21 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | **ADDENDUM** |
| | **VOLUME IV of XVI** |
| State of Minnesota, | **ADD. 132 - ADD. 181** |
| Respondent. | Judge: Hon. Sarah Hudleston |

Contents                                                                                                   Page

**March 05, 2025 - Contested Competency Hearing Transcript (pp 16-61),**

…………………………………………………………..…………………………… Add. 132-177

**April 03, 2025 - Findings & Order: Defendant Competent to Proceed,**

Index 127……….………..………………………………..…………………………… Add. 178-181

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 11**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
193__Notice of Appeal__Add-Vol-V__2025-05-29.pdf
File Hash: f711d7b80699a390b56d8b3b19b4606571dbb2d2deb9cd5b8166bebee4c24c78
Page: 1 of 51    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:22 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

In re Matthew David Guertin,

         Petitioner

   v.

State of Minnesota,

         Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME V of XVI**
**ADD. 182 - ADD. 231**

Judge: Hon. Sarah Hudleston

Contents          Page

**February 28, 2025 - Exhibits M–Q: Netflix Patent Motive & Valuation**
**(pp 6-23),** Index 125…………..……….….…………………………… Add. 182-199

**April 21, 2025 - Petition to Proceed Pro Se & Discharge Counsel**
**(pp 1-32, motion only),** Index 133………..……….….…………………………… Add. 200-231

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 12**

Case No. 27-CR-23-1886
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:  ·Notice of Appeal·
Filing Date:  **2025-05-29**
194__Notice of Appeal__Add-Vol-VI__2025-05-29.pdf
File Hash:   f2083970541f4b1ab9ae4c9b689eb291b14ecd862a844d96a8a6e73b39e8cdc6
Page: 1 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:24 PM

A25-_____
## STATE OF MINNESOTA
## IN COURT OF APPEALS

In re Matthew David Guertin,

                 Petitioner

     v.

State of Minnesota,

                 Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME VI of XVI**
**ADD. 232 - ADD. 281**

Judge: Hon. Sarah Hudleston

Contents                                                        Page

**April 16, 2025 - Motion to Dismiss With Prejudice,**

Index 131………..……..………..…………………….………………………… Add. 232-281

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 13**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
206__Notice of Appeal__Add-Vol-VII__2025-05-29.pdf
File Hash:   1551641ddc455b80d154795f9bfefbebb715f8dbf446f4a312d30f1a908a1772
Page: 1 of 40      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:28 PM

A25-_____
## STATE OF MINNESOTA
## IN COURT OF APPEALS

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | **ADDENDUM** |
| | **VOLUME VII of XVI** |
| | **ADD. 282 - ADD. 320** |
| State of Minnesota, | |
| Respondent. | Judge: Hon. Sarah Hudleston |

Contents                                                                     Page

**April 17, 2025 - Hearing Transcript on Status & Faretta Inquiry,**
Index 134……..…………………………………….…………………… Add. 282-296

**April 21, 2025 - Exhibit A: E-mail Exchange with Defense Counsel
re Discovery Fraud & Self-Representation,** Index 133……..………………… Add. 297-320

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 14**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
File Hash:   9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675
Page: 1 of 51      [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

**A25-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

---

In re Matthew David Guertin,

               Petitioner

   v.

State of Minnesota,

             Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME VIII of XVI**
**ADD. 321 - ADD. 370**

Judge: Hon. Sarah Hudleston

---

Contents                                          Page

**April 28, 2025 - Exhibit A: AI-Created MCRO Returned-Mail**
**Forensic Report,** Index 147...…………..…………….…………………………… Add. 321-331

**Duplicate USPS Returned-Mail Filings - Identical SHA-256 Hashes,**……... Add. 332-345

**Duplicate Judicial Signatures & Timestamp Blocks – Identical**
**SHA-256 Hashes,**……..………………….……………………..…………… Add. 346-370

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 15**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
196__Notice of Appeal__Add-Vol-IX__2025-05-29.pdf
File Hash: cfbbc44df22c291affa928c3ac0deee4a7682d71e39b25ae4f421f945fb17f09
Page: 1 of 47      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:32 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin,<br><br>Petitioner<br><br>v.<br><br>State of Minnesota,<br><br>Respondent. | District Court Case: 27-CR-23-1886<br>Court Order Date: April 29, 2025<br><br>**ADDENDUM**<br>**VOLUME IX of XVI**<br>**ADD. 371 - ADD. 416**<br><br>Judge: Hon. Sarah Hudleston |

Contents                                                                                                    Page

**January 17, 2024 - Finding of Incompetency and Order
(Guertin template origin),** Index 25....………….…................................ Add. 371-374

**May 02, 2023 - Kraskey Series: 12 Duplicate Incompetency Orders,**…………. Add. 375-398

**April 28, 2025 - Exhibit I: April 12 2024 Mother's Letter –
Smoking-Gun Intercept,** Index 165……..…….….…………..…………….… Add. 399-407

**April 28, 2025 - Exhibit H: Synthetic Judiciary ChatGPT Analysis
(pp 14-23),** Index 166…………….……..…….………….…..……………… Add. 408-416

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 16**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:    ·Notice of Appeal·
Filing Date:    **2025-05-29**
197__Notice of Appeal__Add-Vol-X__2025-05-29.pdf
File Hash:      062c9b9567d245fb0ca006649df25ae8e38baff459644d0839b7b36fc7140892
Page: 1 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:34 PM

**A25-_____**
## STATE OF MINNESOTA
## IN COURT OF APPEALS

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| **Petitioner** | Court Order Date: April 29, 2025 |
| v. | **ADDENDUM**<br>**VOLUME X of XVI**<br>**ADD. 417 - ADD. 466** |
| State of Minnesota, | |
| **Respondent.** | Judge: Hon. Sarah Hudleston |

Contents                                                                Page

**April 28, 2025 - Affidavit - Attempted Assassination of Matthew Guertin,**

Index 141......................................................................... Add. 417-437

**May 03, 2024 - Affidavit & MCRO Data Analysis,** Index 37.................... Add. 438-457

**May 15, 2024 - Petition for Discretionary Review, MN COA A24-0780,**

Index 58……........................................................……….…………… Add. 458-462

**May 15, 2024 - Supplementary Addendum Information,**

**MN COA A24-0780,** Index 62……........................……….…………… Add. 463-466

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 17**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:  ·Notice of Appeal·
Filing Date:  **2025-05-29**
198__Notice of Appeal__Add-Vol-XI__2025-05-29.pdf
File Hash:    6449fb027596cd30955be99d5b8beb81dc347b0b1603e4d1ef60bbd41d7ab2e3
Page: 1 of 50      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:36 PM

A25-_____

**STATE OF MINNESOTA
IN COURT OF APPEALS**

In re Matthew David Guertin,

Petitioner

v.

State of Minnesota,

Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM
VOLUME XI of XVI
ADD. 467 - ADD. 515**

Judge: Hon. Sarah Hudleston

Contents                                                                       Page

**April 28, 2025 - Affidavit - Judicial Simulation & Psychiatric Entrapment,**

Index 145......................................................…. Add. 467-503

**April 28, 2025 - Exhibit B: AI-Created MCRO Case Files –**

**Forensic Report,** Index 148.......……...…………….……………………… Add. 504-510

**April 28, 2025 - Exhibit C: AI-Named MCRO Defendants –**

**Forensic Report,** Index 151……...……………...……………….……………… Add. 511-515

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 18**

Case No. 27-CR-23-1886
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
199__Notice of Appeal__Add-Vol-XII__2025-05-29.pdf
File Hash:   c5a10058bae1a6bbd6cad37553b524e142ccd58c6a6d1dfef211d494cf6e0094
Page: 1 of 45   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:38 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

In re Matthew David Guertin,

                Petitioner

  v.

State of Minnesota,

                Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME XII of XVI**
**ADD. 516 - ADD. 559**

Judge: Hon. Sarah Hudleston

Contents                Page

**Report 01: Digital Forensic Analysis of MCRO Dataset &**
**Evidence Integrity,**..………….………….………….………… Add. 516-525

**Report 02: Digital Forensic Analysis of CASE Dataset Integrity,**……...……… Add. 526-531

**Report 03: Digital Forensic Analysis of Synthetic Case-Docket**
**Anomalies,**..………..………….………….………….……………… Add. 532-535

**Report 04: SHA-256 Hashing of PDF Case-File Objects,**……………..…… Add. 536-543

**Report 05: Duplicate SHA-256 Hashes in Synthetic MCRO Case Files,**…… Add. 544-548

**Report 06: Forensic Analysis of Metadata Anomalies in Fraudulent**
**Competency Orders,**..………….………….………….………….…… Add. 549-555

**Report 07: Fraudulent Incompetency-Order Template Reused in**
**Guertin's Case,**..………..………….………….………….………… Add. 556-559

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 19**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
200__Notice of Appeal__Add-Vol-XIII__2025-05-29.pdf
File Hash:     07dc484c9ae4cb8736e872012f6ef4c58f83674b39c8e931202f4b575290f3a9
Page: 1 of 43      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Filed in District Court
State of Minnesota
5/29/2025 12:40 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | **ADDENDUM**<br>**VOLUME XIII of XVI**<br>**ADD. 560 - ADD. 601** |
| State of Minnesota, | |
| Respondent. | Judge: Hon. Sarah Hudleston |

Contents                                                        Page

**Report 08: The Mother's Letter – Smoking-Gun Evidence,**……..………… Add. 560-572

**Report 09: Fraudulent USPS Returned-Mail Filings in Synthetic
MCRO Records,** …...…….….……………………………....……...….. Add. 573-575

**Report 10: USPS Returned-Mail Scan Images Contain Evidence
of Digital Fabrication,**..….………..…………….…………………… Add. 576-587

**Report 11: Tracking Codes Assigned to Each Synthetic Defendant
via TTF Font Codes,**..………..………………………………………… Add. 588-594

**Report 12: Forensic Analysis of AI-Generated Image-Based Court
Filings,**..……..………..……….……………………...…………………… Add. 595-601

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type: ·Notice of Appeal·
Filing Date: **2025-05-29**
201__Notice of Appeal__Add-Vol-XIV__2025-05-29.pdf
File Hash: 3d21d2d418c60fe4bf18d3defdeb865471f0c744133f3fbb46dfa6de35ba6ef2
Page: 1 of 46     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:42 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

In re Matthew David Guertin,

     Petitioner

v.

State of Minnesota,

     Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME XIV of XVI**
**ADD. 602 - ADD. 646**

Judge: Hon. Sarah Hudleston

<u>Contents</u>             <u>Page</u>

**Report 13: Raissa Carpenter – Current Defense Counsel,**…………...………… Add. 602-607

**Report 14: Mawerdi Hamid – Current Prosecutor,**………………....…..……… Add. 608-613

**Report 15: Jacqueline Perez – Original Prosecutor,** …………………………….. Add. 614-618

**Report 16: Adam Milz – 2nd Rule 20 Examiner,** ……………………….…….…. Add. 619-628

**Report 17: Katheryn Cranbrook – 3rd Rule 20 Examiner,** ………….…...…….. Add. 629-635

**Report 18: Kristin A. Otte – Hidden Examiner Entry in Guertin's Case,** ……... Add. 636-646

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
202__Notice of Appeal__Add-Vol-XV__2025-05-29.pdf
File Hash:   106fbb9851a78de0841c7eefc1c7e5b461d5b8357abec2d55e9d984d5c7af05c
Page: 1 of 38     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:44 PM

A25-_____

**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

In re Matthew David Guertin,

               Petitioner

  v.

State of Minnesota,

             Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME XV of XVI**
**ADD. 647 - ADD. 683**

Judge: Hon. Sarah Hudleston

Contents                                           Page

**Report 19: Amanda Burg — Minnesota Security Hospital**
**Court-Liaison Letters,**………………………………………….......………… Add. 647-663

**Report 20: Amanda Jung — AMRTC Competency-Discharge**
**Correspondence,**…………………………………………….......………… Add. 664-672

**Report 21: Saint Peter Security Hospital at the Core of the Synthetic**
**MCRO Conspiracy,**……………………………………...…….…......………… Add. 673-683

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 22**

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Notice of Appeal·
Filing Date:   **2025-05-29**
203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf
File Hash:    b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd
Page: 1 of 35      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

In re Matthew David Guertin,

                Petitioner

   v.

State of Minnesota,

              Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM**
**VOLUME XVI of XVI**
**ADD. 684 - ADD. 717**

Judge: Hon. Sarah Hudleston

Contents                                    Page

**27-CR-23-1886 Master Docket-Index Map,**……………….…….....….……… Add. 684-686

**Article: "WHAT THE HASH? Data Integrity & Authenticity in American Jurisprudence",**……………………………….…...….……… Add. 687-694

**Master Evidence URL Directory,**……………….…….….…...……..…....……… Add. 695-700

**SHA-256 Hashes for All Linked Evidence,**……………...…….…....….……… Add. 701-708

**URL Links to All Synthetic-MCRO Research Reports,**…………………….…….. Add. 709-712

**DECLARATION OF MATTHEW DAVID GUERTIN,**……………….………. Add. 713-717

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

EXHIBIT SVC-1 | p. 23

**Case No. 27-CR-23-1886**
State of MN vs MATTHEW DAVID GUERTIN
Filing Type:   ·Appellate Notice of Case Filing·
Filing Date:   **2025-05-30**
204__Appellate Notice of Case Filing_2025-05-30.pdf
File Hash:     7f6d638f30968178cb9a442d6196f76dd8cd80c65769a50434d5b9b4c50c5492
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

STATE OF MINNESOTA
COURT OF APPEALS

[POSTAL/MAILING                           **NOTICE OF CASE FILING**
ADDRESS IF                         **Trial Court Case #** 27-CR-23-1886
APPLICABLE]                        **Case Type:**  Prohibition/Mandamus

**Case Title:  In re Matthew David Guertin, Petitioner.**
**Case Filed: May 29, 2025**

You are notified that case number A25-0882 has been assigned to this matter.  Please include this number on all subsequent filings, including correspondence, to this office.  Also, please include your attorney registration number on all filings.

Effective July 1, 2014, no party may submit an appendix to its brief, pursuant to Rule 130. If the record includes a statement of the proceedings made pursuant to Rule 110.03 or an agreed statement made pursuant to Rule 110.04, the statement shall be included in the addendum as prescribed by Rule 130.02. Please refer to Rule 130.02 for additional guidelines regarding the addendum.

This office will send notice to the trial court administrator when transmission of the trial court records and exhibits is required.  If oral arguments are requested, counsel must file and update notice regarding oral arguments, to provide information about potential scheduling conflicts.  The form is available at: www.mncourts.gov/argumentscheduling

IF ANY DEFICIENCIES ARE NOTED ABOVE, THEY MUST BE CORRECTED BY THE FILING PARTY (OR AS OTHERWISE NOTED) WITHIN TEN DAYS.  FAILURE TO COMPLY WITH THIS NOTICE, ALL APPLICABLE RULES, COURT NOTICES, AND ORDERS MAY RESULT IN THE IMPOSITION OF SANCTIONS.

Dated:  May 30, 2025

BY THE COURT:

Christa Rutherford-Block
Office of the Clerk of the Appellate Courts
305 Minnesota Judicial Center
St. Paul, Minnesota 55155

---

**Url 1:** link.storjshare.io/raw/jv5nyxxbtkr4l4o5a5cehtakak7a/file/EXHIBIT SVC-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e2e28d9a-6218-4a57-926f-83c2f75470cc.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7e2b91cc-df70-4153-9bbf-8b0cac165b8f.pdf
**Url 4:** drive.proton.me/urls/B2C7J39S88#TZVYKENuLnhU

**EXHIBIT SVC-1 | p. 24**