**EXHIBIT SVC-2**

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 1 of 21        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

**A25-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | **PETITIONER'S** |
| State of Minnesota, | **AFFIDAVIT OF SERVICE** |
| Respondent. | Judge: Hon. Sarah Hudleston |

Matthew D. Guertin, County of Hennepin, in the State of Minnesota, being duly sworn, hereby deposes and states that on May 29, 2025, he served a copy of the Petitioner's:

1. PETITION FOR WRIT OF PROHIBITION OR, IN THE ALTERNATIVE, MANDAMUS & EMERGENCY RELIEF
2. ADDENDUM MASTER VOLUME INDEX
3. ADDENDUM VOLUME I of XVI          | ADD. 1 - ADD. 32
4. ADDENDUM VOLUME II of XVI          | ADD. 33 - ADD. 81
5. ADDENDUM VOLUME III of XVI          | ADD. 82 - ADD. 131
6. ADDENDUM VOLUME IV of XVI          | ADD. 132 - ADD. 181
7. ADDENDUM VOLUME V of XVI          | ADD. 182 - ADD. 231
8. ADDENDUM VOLUME VI of XVI          | ADD. 232 - ADD. 281
9. ADDENDUM VOLUME VII of XVI          | ADD. 282 - ADD. 320
10. ADDENDUM VOLUME VIII of XVI          | ADD. 321 - ADD. 370
11. ADDENDUM VOLUME IX of XVI          | ADD. 371 - ADD. 416
12. ADDENDUM VOLUME X of XVI          | ADD. 417 - ADD. 466
13. ADDENDUM VOLUME XI of XVI          | ADD. 467 - ADD. 515
14. ADDENDUM VOLUME XII of XVI          | ADD. 516 - ADD. 559

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 1**

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 2 of 21      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

15. ADDENDUM VOLUME XIII of XVI    | ADD. 560 - ADD. 601

16. ADDENDUM VOLUME XIV of XVI    | ADD. 602 - ADD. 646

17. ADDENDUM VOLUME XV of XVI    | ADD. 647 - ADD. 683

18. ADDENDUM VOLUME XVI of XVI    | ADD. 684 - ADD. 717

**on the following parties, using the E-MACS electronic filings and service system:**

CLERK OF THE APPELLATE COURTS
MINNESOTA JUDICIAL CENTER
25 DR. MARTIN LUTHER KING JR. BLVD
ST. PAUL, MN  55155-6102

KEITH ELLISON
MN ATTORNEY GENERAL
445 MINNESOTA STREET
SUITE 1400
ST. PAUL, MN  55101

**and, on the following parties, using the Fourth Judicial District Court's Odyssey E-File and Service System:**

(*all 18 E-Filing receipts are appended to this Affidavit of Service*)

MAWERDI AHMED HAMID
(ATTY # 0393130)
HENNEPIN COUNTY ATTY'S OFFICE
C-2000 GOVERNMENT CENTER
300 SOUTH 6TH STREET
MINNEAPOLIS, MN  55487

EMMETT MATTHEW DONNELLY
(ATTY # 0217578)
HENNEPIN CO PUBLIC DEFENDER
701 4TH AVE S
SUITE 1400
MINNEAPOLIS, MN  55415

RAISSA CARPENTER
(ATTY # 0396413)
OFFICE OF THE HENNEPIN COUNTY PUBLIC DEFENDER
701 4TH AVENUE SOUTH
SUITE 1400
MINNEAPOLIS, MN  55415

2

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

EXHIBIT SVC-2 | p. 2

## 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882
EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 3 of 21      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

SARA GONSALVES
4TH JUDICIAL DISTRICT COURT ADMINISTRATOR
300 SOUTH 6TH STREET
MINNEAPOLIS, MN  55487

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT. Minn. Stat. § 358.116.

Dated:  May 29, 2025

Respectfully submitted,

 _/s/ Matthew D. Guertin_

Matthew David Guertin
*Petitioner Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

[Affidavit-of-Service_Case-Initiation_wo_PD.pdf](Affidavit-of-Service_Case-Initiation_wo_PD.pdf)

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 4 of 21          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| Envelope Id | Submitted Date | Submitted User Name |
|---|---|---|
| 34276431 | 5/29/2025 12:10 PM CST | mattguertin@protonmail.com |

#### Case Information

| Location | Category | Case Type |
|---|---|---|
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| Filing Type | Filing Code |
|---|---|
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Petition for Writ | |
| **Client Reference Number** | **Comments to Court** |
| Petition-for-Writ_2024-05-29 | Public |
| **Filing Status** | |
| Under Review | |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Petition-for Writ.pdf | Notice of Appeal | Public 1 | Original File |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | 5/29/2025 12:13 PM CST |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:18 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| **Notice of Appeal** | |
|---|---|
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

4

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

EXHIBIT SVC-2 | p. 4

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 5 of 21      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** 34276573 | **Submitted Date** 5/29/2025 12:12 PM CST | **Submitted User Name** mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** Hennepin Criminal Downtown | **Category** Criminal | **Case Type** Crim/Traf Mandatory |
| **Case Initiation Date** 1/24/2023 | **Case #** 27-CR-23-1886 | |
| **Assigned to Judge** Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** EFileAndServe | **Filing Code** Notice of Appeal |
| **Filing Description** Addendum-Master-Volume-Index | |
| **Client Reference Number** Add-Master_2025-05-29 | **Comments to Court** Public |
| **Filing Status** Under Review | |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Addendum-Master-Volume-Index.pdf | Notice of Appeal | Public 1 | Original File |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | 5/29/2025 12:13 PM CST |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:18 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

---

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 6 of 21          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…**

### Envelope Information

| Envelope Id | Submitted Date | Submitted User Name |
|---|---|---|
| 34276631 | 5/29/2025 12:15 PM CST | mattguertin@protonmail.com |

### Case Information

| Location | Category | Case Type |
|---|---|---|
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |

| Case Initiation Date | Case # |
|---|---|
| 1/24/2023 | 27-CR-23-1886 |

**Assigned to Judge**
Hudleston, Sarah

### Filings

| Filing Type | Filing Code |
|---|---|
| EFileAndServe | Notice of Appeal |

**Filing Description**
Addendum-Volume-I

| Client Reference Number | Comments to Court |
|---|---|
| Add-Vol-I_2025-05-29 | Public |

| Filing Status | Accepted Date |
|---|---|
| Accepted | 5/29/2025 12:22 PM CST |

### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_I.pdf | Notice of Appeal | Public 1 | Original File |
| | | | Court Copy |

### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:18 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Name | Address |
| Kristen Otte | |
| Name | Address |
| Jill Rogstad | |
| Name | Address |
| Adam Milz | |
| Name | Address |
| Katheryn Cranbrook | |

### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

6

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 7 of 21      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** 34276682 | **Submitted Date** 5/29/2025 12:17 PM CST | **Submitted User Name** mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** Hennepin Criminal Downtown | **Category** Criminal | **Case Type** Crim/Traf Mandatory |
| **Case Initiation Date** 1/24/2023 | **Case #** 27-CR-23-1886 | |
| **Assigned to Judge** Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** EFileAndServe | **Filing Code** Notice of Appeal |
| **Filing Description** Addendum-Volume-II | |
| **Client Reference Number** Add-Vol-II_2025-05-29 | **Comments to Court** Public |
| **Filing Status** Under Review | |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_II.pdf | Notice of Appeal | Public 1 | Original File |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:25 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

? Support

7

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

EXHIBIT SVC-2 | p. 7

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 8 of 21          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** 34276739 | **Submitted Date** 5/29/2025 12:19 PM CST | **Submitted User Name** mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** Hennepin Criminal Downtown | **Category** Criminal | **Case Type** Crim/Traf Mandatory |
| **Case Initiation Date** 1/24/2023 | **Case #** 27-CR-23-1886 | |
| **Assigned to Judge** Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** EFileAndServe | **Filing Code** Notice of Appeal |
| **Filing Description** Addendum-Volume-III | |
| **Client Reference Number** Add-Vol-III_2025-05-29 | **Comments to Court** Public |
| **Filing Status** Under Review | |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_III.pdf | Notice of Appeal | Public 1 | Original File |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:25 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

❓ Support

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 9 of 21       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** 34276794 | **Submitted Date** 5/29/2025 12:21 PM CST | **Submitted User Name** mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** Hennepin Criminal Downtown | **Category** Criminal | **Case Type** Crim/Traf Mandatory |
| **Case Initiation Date** 1/24/2023 | **Case #** 27-CR-23-1886 | |
| **Assigned to Judge** Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** EFileAndServe | **Filing Code** Notice of Appeal |
| **Filing Description** Addendum-Volume-IV | |
| **Client Reference Number** Add-Vol-IV_2025-05-29 | **Comments to Court** Public |
| **Filing Status** Under Review | |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_IV.pdf | Notice of Appeal | Public 1 | Original File |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:25 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

⑦ Support

9

---

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

EXHIBIT SVC-2 | p. 9

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File: fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 10 of 21     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34276852 | 5/29/2025 12:22 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-V | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-V_2025-05-29 | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 5/29/2025 12:27 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_V.pdf | Notice of Appeal | Public 1 | Original File |
| | | | Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:25 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| | |
|---|---|
| **Notice of Appeal** | |
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

10

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File: fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 11 of 21     [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34276905 | 5/29/2025 12:24 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-VI | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-VI_2025-05-29 | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 5/29/2025 12:28 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_VI.pdf | Notice of Appeal | Public 1 | Original File |
| | | | Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:26 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| | |
|---|---|
| **Notice of Appeal** | |
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

11

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

---

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 12 of 21          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34276980 | 5/29/2025 12:28 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-VII | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-VII_2025-05-29 | Public |
| **Filing Status** | |
| Under Review | |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_VII.pdf | Notice of Appeal | Public 1 | Original File |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:29 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| Notice of Appeal | |
|---|---|
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

? Support

12

---

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 12**

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 13 of 21          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** 34277025 | **Submitted Date** 5/29/2025 12:30 PM CST | **Submitted User Name** mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** Hennepin Criminal Downtown | **Category** Criminal | **Case Type** Crim/Traf Mandatory |
| **Case Initiation Date** 1/24/2023 | **Case #** 27-CR-23-1886 | |
| **Assigned to Judge** Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** EFileAndServe | **Filing Code** Notice of Appeal |
| **Filing Description** Addendum-Volume-VIII | |
| **Client Reference Number** Add-Vol-VIII_2025-05-29 | **Comments to Court** Public |
| **Filing Status** Accepted | **Accepted Date** 5/29/2025 12:33 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_VIII.pdf | Notice of Appeal | Public 1 | Original File Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:35 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

| **Notice of Appeal** | |
|---|---|
| **Description** Filing Fee | **Amount** $0.00 |
| | **Filing Total:** $0.00 |

? Support

13

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 14 of 21      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34277074 | 5/29/2025 12:32 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-IX | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-IX | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 5/29/2025 12:37 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_IX.pdf | Notice of Appeal | Public 1 | Original File<br>Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:35 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| | |
|---|---|
| **Notice of Appeal** | |
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

⊙ Support

14

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

EXHIBIT SVC-2 | p. 14

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

---

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 15 of 21        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34277125 | 5/29/2025 12:34 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-X | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-X_2025-05-29 | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 5/29/2025 12:40 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_X.pdf | Notice of Appeal | Public 1 | Original File |
| | | | Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:36 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| **Notice of Appeal** | |
|---|---|
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

15

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 16 of 21     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** 34277175 | **Submitted Date** 5/29/2025 12:36 PM CST | **Submitted User Name** mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** Hennepin Criminal Downtown | **Category** Criminal | **Case Type** Crim/Traf Mandatory |
| **Case Initiation Date** 1/24/2023 | **Case #** 27-CR-23-1886 | |
| **Assigned to Judge** Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** EFileAndServe | **Filing Code** Notice of Appeal |
| **Filing Description** Addendum-Volume-XI | |
| **Client Reference Number** Add-Vol-XI_2025-05-29 | **Comments to Court** Public |
| **Filing Status** Accepted | **Accepted Date** 5/29/2025 12:41 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_XI.pdf | Notice of Appeal | Public 1 | Original File Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:38 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** Kristen Otte | **Address** |
| **Name** Jill Rogstad | **Address** |
| **Name** Adam Milz | **Address** |
| **Name** Katheryn Cranbrook | **Address** |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

16

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 16**

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882
## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 17 of 21        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34277227 | 5/29/2025 12:38 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-XII | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-XII | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 5/29/2025 12:41 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_XII.pdf | Notice of Appeal | Public 1 | Original File |
| | | | Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:40 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| | |
|---|---|
| **Name** | **Address** |
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

| | |
|---|---|
| **Notice of Appeal** | |
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 17**

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

---

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 18 of 21          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id**<br>34277289 | **Submitted Date**<br>5/29/2025 12:40 PM CST | **Submitted User Name**<br>mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location**<br>Hennepin Criminal Downtown | **Category**<br>Criminal | **Case Type**<br>Crim/Traf Mandatory |
| **Case Initiation Date**<br>1/24/2023 | **Case #**<br>27-CR-23-1886 | |
| **Assigned to Judge**<br>Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type**<br>EFileAndServe | **Filing Code**<br>Notice of Appeal |
| **Filing Description**<br>Addendum-Volume-XIII | |
| **Client Reference Number**<br>Add-Vol-XIII_2025-05-29 | **Comments to Court**<br>Public |
| **Filing Status**<br>Accepted | **Accepted Date**<br>5/29/2025 12:42 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_XIII.pdf | Notice of Appeal | Public 1 | Original File<br>Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:42 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

| Notice of Appeal | |
|---|---|
| **Description**<br>Filing Fee | **Amount**<br>$0.00 |
| | **Filing Total: $0.00** |

? Support

18

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File: fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 19 of 21     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| Envelope Id | Submitted Date | Submitted User Name |
|---|---|---|
| 34277326 | 5/29/2025 12:42 PM CST | mattguertin@protonmail.com |

#### Case Information

| Location | Category | Case Type |
|---|---|---|
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |

| Case Initiation Date | Case # |
|---|---|
| 1/24/2023 | 27-CR-23-1886 |

**Assigned to Judge**
Hudleston, Sarah

#### Filings

| Filing Type | Filing Code |
|---|---|
| EFileAndServe | Notice of Appeal |

**Filing Description**
Addendum-Volume-XIV

| Client Reference Number | Comments to Court |
|---|---|
| Add-Vol-XIV | Public |

| Filing Status | Accepted Date |
|---|---|
| Accepted | 5/29/2025 12:46 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_XIV.pdf | Notice of Appeal | Public 1 | Original File Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:45 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

19

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 19**

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File:  fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 20 of 21      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 34277360 | 5/29/2025 12:44 PM CST | mattguertin@protonmail.com |

#### Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |
| **Case Initiation Date** | **Case #** | |
| 1/24/2023 | 27-CR-23-1886 | |
| **Assigned to Judge** | | |
| Hudleston, Sarah | | |

#### Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Notice of Appeal |
| **Filing Description** | |
| Addendum-Volume-XV | |
| **Client Reference Number** | **Comments to Court** |
| Add-Vol-XV | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 5/29/2025 12:46 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_XV.pdf | Notice of Appeal | Public 1 | Original File Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:45 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| **Name** | **Address** |
| Kristen Otte | |
| **Name** | **Address** |
| Jill Rogstad | |
| **Name** | **Address** |
| Adam Milz | |
| **Name** | **Address** |
| Katheryn Cranbrook | |

#### Fees

**Notice of Appeal**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

20

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

# 5/29/2025 | Affidavit of Service 1 | MN COA Case A25-0882

## EXHIBIT SVC-2

Affidavit-of-Service_Case-Initiation_wo_PD.pdf

SHA-256 Hash of Source File: fee90c1bb0fc28bac184b47b668b6e315c1fa1eaec4b0f2c27486d9bc51f2e1c

Page: 21 of 21      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

### Case # 27-CR-23-1886 - State of Minnesota vs MATTHEW DAVID GUERTIN (…

#### Envelope Information

| Envelope Id | Submitted Date | Submitted User Name |
|---|---|---|
| 34277394 | 5/29/2025 12:45 PM CST | mattguertin@protonmail.com |

#### Case Information

| Location | Category | Case Type |
|---|---|---|
| Hennepin Criminal Downtown | Criminal | Crim/Traf Mandatory |

| Case Initiation Date | Case # |
|---|---|
| 1/24/2023 | 27-CR-23-1886 |

**Assigned to Judge**
Hudleston, Sarah

#### Filings

| Filing Type | Filing Code |
|---|---|
| EFileAndServe | Notice of Appeal |

**Filing Description**
Addendum-Volume-XVI

| Client Reference Number | Comments to Court |
|---|---|
| Add-Vol-XVI_2025-05-29 | Public |

| Filing Status | Accepted Date |
|---|---|
| Accepted | 5/29/2025 12:47 PM CST |

#### Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Add_Vol_XVI.pdf | Notice of Appeal | Public 1 | Original File<br>Court Copy |

#### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Mawerdi Hamid | Hennepin County Attorney Criminal Prosecution | Yes | Not Opened |
| Sent | Emmett Donnelly | | Yes | Not Opened |
| Sent | JoAnne Van Guilder | Hennepin County Public Defender | Yes | 5/29/2025 12:47 PM CST |
| Sent | Raissa Carpenter | Hennepin County Public Defender | Yes | Not Opened |
| Sent | Sara Gonsalves | Hennepin County District Court Administrator | Yes | Not Opened |

#### Parties with No eService

| Name | Address |
|---|---|
| Regional Psychological Services | |
| Kristen Otte | |
| Jill Rogstad | |
| Adam Milz | |
| Katheryn Cranbrook | |

#### Fees

| Notice of Appeal | |
|---|---|
| **Description** | **Amount** |
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

? Support

21

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 21**

# 6/2/2025 | Affidavit of Service 2 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_OPD_USPS_2025-05-30.pdf

SHA-256 Hash of Source File:  fa5980e6b7a8f200a5a5a124771b47b9fd966af2ff3345f00e7a09608eb1b7b4

Page: 1 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**A25-0882**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | |
| | **PETITIONER'S** |
| | **AFFIDAVIT OF SERVICE** |
| State of Minnesota, | |
| Respondent. | Judge: Hon. Sarah Hudleston |

Matthew D. Guertin, County of Hennepin, in the State of Minnesota, being duly sworn, hereby deposes and states that on May 30, 2025, he served a copy of the Petitioner's:

1. PETITION FOR WRIT OF PROHIBITION OR, IN THE ALTERNATIVE, MANDAMUS & EMERGENCY RELIEF

2. ADDENDUM MASTER VOLUME INDEX

3. ADDENDUM VOLUME I of XVI          | ADD. 1 - ADD. 32

4. ADDENDUM VOLUME II of XVI          | ADD. 33 - ADD. 81

5. ADDENDUM VOLUME III of XVI          | ADD. 82 - ADD. 131

6. ADDENDUM VOLUME IV of XVI          | ADD. 132 - ADD. 181

7. ADDENDUM VOLUME V of XVI          | ADD. 182 - ADD. 231

8. ADDENDUM VOLUME VI of XVI          | ADD. 232 - ADD. 281

9. ADDENDUM VOLUME VII of XVI          | ADD. 282 - ADD. 320

10. ADDENDUM VOLUME VIII of XVI          | ADD. 321 - ADD. 370

11. ADDENDUM VOLUME IX of XVI          | ADD. 371 - ADD. 416

12. ADDENDUM VOLUME X of XVI          | ADD. 417 - ADD. 466

13. ADDENDUM VOLUME XI of XVI          | ADD. 467 - ADD. 515

14. ADDENDUM VOLUME XII of XVI          | ADD. 516 - ADD. 559

1

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 22**

Affidavit-of-Service_OPD_USPS_2025-05-30.pdf

SHA-256 Hash of Source File:  fa5980e6b7a8f200a5a5a124771b47b9fd966af2ff3345f00e7a09608eb1b7b4

Page: 2 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

15. ADDENDUM VOLUME XIII of XVI    | ADD. 560 - ADD. 601

16. ADDENDUM VOLUME XIV of XVI    | ADD. 602 - ADD. 646

17. ADDENDUM VOLUME XV of XVI      | ADD. 647 - ADD. 683

18. ADDENDUM VOLUME XVI of XVI    | ADD. 684 - ADD. 717


**on the following parties by printing all of the pages, and placing them into a large, flat-rate Priority Mail box weighing 9lb 15oz, and mailing them via USPS to the following party, at the following address:**

(*USPS Receipt Attached*)

**STATE PUBLIC DEFENDER – APPELLATE SERVICES**
OFFICE OF THE MINNESOTA STATE PUBLIC DEFENDER
540 FAIRVIEW AVE N, SUITE 300
ST. PAUL, MN 55104


I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT. I CAN ALSO CONFIRM THAT THIS IS AN AUTHENTIC USPS TRANSACTION, ITEM, AND RECEIPT. THERE IS NO USE OF ADVANCED AI IMAGE GENERATION, OR FEDERAL MAIL FRAUD ASSOCIATED WITH IT.  Minn. Stat. § 358.116.


**Dated:  June 2, 2025**                    *Respectfully submitted,*

                                            */s/ Matthew D. Guertin*

                                            Matthew David Guertin
                                            *Petitioner Pro Se*
                                            4385 Trenton Ln. N 202
                                            Plymouth, MN  55442
                                            Telephone: 763-221-4540
                                            MattGuertin@protonmail.com
                                            www.MattGuertin.com

**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 23**

## 6/2/2025 | Affidavit of Service 2 | MN COA Case A25-0882

EXHIBIT SVC-2

Affidavit-of-Service_OPD_USPS_2025-05-30.pdf

SHA-256 Hash of Source File:  fa5980e6b7a8f200a5a5a124771b47b9fd966af2ff3345f00e7a09608eb1b7b4

Page: 3 of 3       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jwu3hmcjqxqjnleixivgs35qwbwa/file/EXHIBIT SVC-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e1ab641b-85f1-4559-ac7c-c5b2e7d6af57.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/43b791bb-9e0e-44d3-b8cb-5bf15afff748.pdf
**Url 4:** drive.proton.me/urls/MVKJD00Y0W#p2aBs2FVLnJ0

**EXHIBIT SVC-2 | p. 24**