**EXHIBIT SVC-3**

# Docket Screencap 1 | MN COA Case A25-0882
EXHIBIT SVC-3

A25-0882_Case-Docket-screenCap-01.png

SHA-256 Hash of Source File: bcf05bac274fb3ff9fef0bc3e44d230dbf0d9880184f739f03a6a34dbf1ee252

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Url 1: link.storjshare.io/raw/juwdgajj76vmyk6forkk4tie6qoq/file/EXHIBIT SVC-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/17d10fee-a4c8-49c9-ae81-ded7639cea43.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/2f824247-2dca-4260-b079-e5a3d32fd912.pdf
Url 4: drive.proton.me/urls/3CTCHX2KGM#mksLM7z23ozr

EXHIBIT SVC-3 | p. 1

# Docket Screencap 2 | MN COA Case A25-0882
EXHIBIT SVC-3

A25-0882_Case-Docket-screenCap-02.png

SHA-256 Hash of Source File: 4eae6ca88739f070a4c1b179c730de76e295fa733378991d23417cd842e53cdf

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/juwdgajj76vmyk6forkk4tie6qoq/file/EXHIBIT SVC-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/17d10fee-a4c8-49c9-ae81-ded7639cea43.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/2f824247-2dca-4260-b079-e5a3d32fd912.pdf
Url 4: drive.proton.me/urls/3CTCHX2KGM#mksLM7z23ozr

**EXHIBIT SVC-3 | p. 2**

# MN COA E-MACS Screencap | MN COA Case A25-0882

EXHIBIT SVC-3

MN-COA_E-Macs_Service_screenCapture.png

SHA-256 Hash of Source File: 54c14c560ca7ec5bdeb575af49657375fb8bb00a3b11bc29b25651de557b1288

Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ metadata ]

Create Filing

Filings

**FILING INFORMATION**

| | |
|---|---|
| **Court** | Court of Appeals |
| **Type** | Affidavit - Service |
| **Total** | $0.00 |

**CASE INFORMATION**

| | |
|---|---|
| **Court** | Court of Appeals |
| **Case** | A25-0882 |
| **Short Title** | In re Matthew David Guertin... |
| **Status** | Closed |
| **Filed Date** | 05/29/2025 |

## APPELLATE E-FILING

44 Matthew David Guertin

FILING PROGRESS | Filing Information | Upload Lead Document | Upload Other | Service Information | Filing Summary

### FILING SUMMARY

**Filing Details**

| | | | |
|---|---|---|---|
| **Filing Type** | Affidavit - Service | **Case Number** | A25-0882 |
| **Filed on Behalf of** | | **Filed on Behalf of Other** | |
| **Expedited Handling Requested** | | **Expedited Handling Comments** | |
| **Comments** | | | |
| **Attorney Scheduling Conflict Date(s)** | | | |

**Documents**

| Name | No Written Decision | Comments | Confidential Requested | Confidential Comments |
|---|---|---|---|---|
| No records were found. | | | | |

**E-MACS Service Recipients**

| Name | Role | Representing | Address | Service Method |
|---|---|---|---|---|
| HAMID, MAWERDI AHMED | Attorney | State of Minnesota :: (Respondent) | mawerdi.hamid@ag.state.mn.us | |
| Attorney General, Minnesota | Attorney | State of Minnesota :: (Respondent) | attorneygeneralfiling@ag.state.mn.us | |

**Conventional Service Recipients**

| Name | Role | Representing | Address | Service Method | Service Date |
|---|---|---|---|---|---|