**EXHIBIT SVC-4**

# 7/1/2025 | Notice of Appearance by Benjamin Harringa | D. Minn 25-cv-2670
EXHIBIT SVC-4

[11.0.NOTICE of Appearance by Benjamin Harringa.pdf](#)

SHA-256 Hash of Source File: db2d28650fec8f78e6b30b3c2d116cbec2619d9d3c51ea76daf9f5a1f3fad884

Page: 1 of 4    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

---

CASE 0:25-cv-02670-ADM-DLM    Doc. 11    Filed 07/01/25    Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Matthew D. Guertin,

    Plaintiff,

vs.

Tim Walz, Governor of Minnesota, sued in his official capacity; Keith Ellison, Minnesota Attorney General, sued in his official capacity; Hennepin County, a municipal entity; Mary Moriarty, Hennepin County Attorney, sued in both her official and individual capacities; Judith Cole, Sr. Assistant Hennepin County Attorney, sued in her individual capacity; Michael Berger, Chief Public Defender, Hennepin County, sued in his individual capacity; Kerry W. Meyer, Chief Judge, 4th District, sued in her individual capacity; Bruce M. Rivers, Private Defense Counsel, sued in his individual capacity; Chela Guzman-Wiegert, Assistant County Administrator, sued in her individual capacity; Alisha Nehring, MN Department of Health Attorney, sued in her individual capacity; Hilary Caligiuri, Presiding Criminal Judge, 4th District, sued in her individual capacity; Todd Fellman, Presiding Juvenile Judge, 4th District, sued in his individual capacity; Sarah Hudleston, Judge, 4th District, sued in her individual capacity; William H. Koch, Judge, 4th District, sued in his individual capacity; Julia Dayton-Klein, Judge, 4th Judicial District, sued in her individual capacity; Danielle C. Mercurio, Judge, 4th Judicial District, sued in her individual capacity; George F. Borer, Referee, 4th Judicial District, sued in his individual capacity; Lee Cuellar, Judicial Clerk, 4th District, sued in her individual capacity;

Court File No. 25-CV-2670 (ADM/DLM)

**NOTICE OF APPEARANCE OF BENJAMIN HARRINGA**

---

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

**EXHIBIT SVC-4 | p. 1**

[11.0.NOTICE of Appearance by Benjamin Harringa.pdf](#)

SHA-256 Hash of Source File: db2d28650fec8f78e6b30b3c2d116cbec2619d9d3c51ea76daf9f5a1f3fad884

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

CASE 0:25-cv-02670-ADM-DLM    Doc. 11    Filed 07/01/25    Page 2 of 4

Mawerdi Hamid, Assistant Hennepin County Attorney, sued in her individual capacity; Jacqueline Perez, Assistant Hennepin County Attorney, sued in her individual capacity; Emmett M. Donnelly, Hennepin County Public Defender, sued in his individual capacity; Raissa Carpenter, Hennepin County Public Defender, sued in her individual capacity; Shereen Askalani, Judge, 4th District, sued in her individual capacity; Dr. Jill Rogstad, Senior Clinical Forensic Psychologist, sued in her individual capacity; Dr. Adam Milz, Hennepin County Psychological Services, sued in his individual capacity; Dr. Katheryn Cranbook, Hennepin County Psychological Services, sued in her individual capacity; Dr. Kristen A. Otte, Hennepin County Psychological Services, sued in her individual capacity; Michael K. Browne, Judge, 4th District, sued in his individual capacity; Lisa K. Janzen, Judge, 4th District, sued in her individual capacity; Carolina A. Lamas, Judge, 4th District, sued in her individual capacity; John Does 1–50; and Jane Does 1–50;

           Defendants.


TO:    *Pro Se* Plaintiff Matthew Guertin, The Administrator of the Above-Named Court and All Counsel of Record.

   PLEASE TAKE NOTICE that the undersigned attorney notifies the Court and counsel that Benjamin Harringa, Assistant Attorney General, shall appear as counsel of record for Defendants Tim Walz, Governor of Minnesota, sued in his official capacity, Keith Ellison, Attorney General of Minnesota, sued in his official capacity, Michael Berger, Chief Public Defender, Hennepin County, sued in his individual capacity, Kerry

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

EXHIBIT SVC-4 | p. 2

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 7/1/2025 | Notice of Appearance by Benjamin Harringa | D. Minn 25-cv-2670
EXHIBIT SVC-4

[11.0.NOTICE of Appearance by Benjamin Harringa.pdf](#)
SHA-256 Hash of Source File:  db2d28650fec8f78e6b30b3c2d116cbec2619d9d3c51ea76daf9f5a1f3fad884
Page: 3 of 4             [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:25-cv-02670-ADM-DLM     Doc. 11     Filed 07/01/25     Page 3 of 4

W. Meyer, Chief Judge, 4th District, sued in her individual capacity, Alisha Nehring, MN Department of Health Attorney, sued in her individual capacity, Hilary Caligiuri, Presiding Criminal Judge, 4th District, sued in her individual capacity, Todd Fellman, Presiding Juvenile Judge, 4th District, sued in his individual capacity, Sarah Hudleston, Judge, 4th District, sued in her individual capacity, William H. Koch, Judge, 4th District, sued in his individual capacity, Julia Dayton-Klein, Judge, 4th Judicial District, sued in her individual capacity, Danielle C. Mercurio, Judge, 4th Judicial District, sued in her individual capacity, George F. Borer, Referee, 4th Judicial District, sued in his individual capacity, Lee Cuellar, Judicial Clerk, 4th District, sued in her individual capacity, Emmett M. Donnelly, Hennepin County Public Defender, sued in his individual capacity, Raissa Carpenter, Hennepin County Public Defender, sued in her individual capacity, Shereen Askalani, Judge, 4th District, sued in her individual capacity, Dr. Jill Rogstad, Senior Clinical Forensic Psychologist, sued in her individual capacity, Dr. Adam Milz, Hennepin County Psychological Services, sued in his individual capacity, Dr. Katheryn Cranbrook, Hennepin County Psychological Services, sued in her individual capacity, Dr. Kristen A. Otte, Hennepin County Psychological Services, sued in her individual capacity, Michael K. Browne, Judge, 4th District, sued in his individual capacity, Lisa K. Janzen, Judge, 4th District, sued in her individual capacity, Carolina A. Lamas, Judge, 4th District, sued in her individual capacity, and John and Janes Does, employed by the State of Minnesota in the above-entitled action.

*Signature on following page*

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

EXHIBIT SVC-4 | p. 3

11.0.NOTICE of Appearance by Benjamin Harringa.pdf
SHA-256 Hash of Source File: db2d28650fec8f78e6b30b3c2d116cbec2619d9d3c51ea76daf9f5a1f3fad884

Page: 4 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

CASE 0:25-cv-02670-ADM-DLM    Doc. 11    Filed 07/01/25    Page 4 of 4

Dated: July 1, 2025           Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Benjamin Harringa
BENJAMIN HARRINGA
Assistant Attorney General
Atty. Reg. No. 0399254

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 583-6731 (Voice)
(651) 282-5832 (Fax)
Benjamin.Harringa@ag.state.mn.us

ATTORNEY FOR DEFENDANTS LISTED
ABOVE

|#6119298-v1

---

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

**EXHIBIT SVC-4 | p. 4**

# 7/1/2025 | Notice of Appearance by Margaret E Jacot | D. Minn 25-cv-2670
EXHIBIT SVC-4

[12.0.NOTICE of Appearance by Margaret E Jacot.pdf](#)

SHA-256 Hash of Source File: 39791ec54b4ef5e4950cfeae747b0dd658a1e95bd0a79169164cd557a29434fa

Page: 1 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

CASE 0:25-cv-02670-ADM-DLM    Doc. 12    Filed 07/01/25    Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Court File No. 25-CV-2670 (ADM/DLM) |
| Plaintiff, | |
| vs. | |
| Tim Walz, Governor of Minnesota, sued in his official capacity; Keith Ellison, Minnesota Attorney General, sued in his official capacity; Hennepin County, a municipal entity; Mary Moriarty, Hennepin County Attorney, sued in both her official and individual capacities; Judith Cole, Sr. Assistant Hennepin County Attorney, sued in her individual capacity; Michael Berger, Chief Public Defender, Hennepin County, sued in his individual capacity; Kerry W. Meyer, Chief Judge, 4th District, sued in her individual capacity; Bruce M. Rivers, Private Defense Counsel, sued in his individual capacity; Chela Guzman-Wiegert, Assistant County Administrator, sued in her individual capacity; Alisha Nehring, MN Department of Health Attorney, sued in her individual capacity; Hilary Caligiuri, Presiding Criminal Judge, 4th District, sued in her individual capacity; Todd Fellman, Presiding Juvenile Judge, 4th District, sued in his individual capacity; Sarah Hudleston, Judge, 4th District, sued in her individual capacity; William H. Koch, Judge, 4th District, sued in his individual capacity; Julia Dayton-Klein, Judge, 4th Judicial District, sued in her individual capacity; Danielle C. Mercurio, Judge, 4th Judicial District, sued in her individual capacity; George F. Borer, Referee, 4th Judicial District, sued in his individual capacity; Lee Cuellar, Judicial Clerk, 4th District, sued in her individual capacity; | **NOTICE OF APPEARANCE OF MARGARET JACOT** |

---

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

EXHIBIT SVC-4 | p. 5

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 7/1/2025 | Notice of Appearance by Margaret E Jacot | D. Minn 25-cv-2670
EXHIBIT SVC-4

[12.0.NOTICE of Appearance by Margaret E Jacot.pdf](#)
SHA-256 Hash of Source File:  39791ec54b4ef5e4950cfeae747b0dd658a1e95bd0a79169164cd557a29434fa
Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:25-cv-02670-ADM-DLM    Doc. 12    Filed 07/01/25    Page 2 of 4

Mawerdi Hamid, Assistant Hennepin County Attorney, sued in her individual capacity; Jacqueline Perez, Assistant Hennepin County Attorney, sued in her individual capacity; Emmett M. Donnelly, Hennepin County Public Defender, sued in his individual capacity; Raissa Carpenter, Hennepin County Public Defender, sued in her individual capacity; Shereen Askalani, Judge, 4th District, sued in her individual capacity; Dr. Jill Rogstad, Senior Clinical Forensic Psychologist, sued in her individual capacity; Dr. Adam Milz, Hennepin County Psychological Services, sued in his individual capacity; Dr. Katheryn Cranbook, Hennepin County Psychological Services, sued in her individual capacity; Dr. Kristen A. Otte, Hennepin County Psychological Services, sued in her individual capacity; Michael K. Browne, Judge, 4th District, sued in his individual capacity; Lisa K. Janzen, Judge, 4th District, sued in her individual capacity; Carolina A. Lamas, Judge, 4th District, sued in her individual capacity; John Does 1–50; and Jane Does 1–50;

Defendants.

TO:   *Pro Se* Plaintiff Matthew Guertin, The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that the undersigned attorney notifies the Court and counsel that Margaret Jacot, Assistant Attorney General, shall appear as counsel of record for Defendants Tim Walz, Governor of Minnesota, sued in his official capacity, Keith Ellison, Attorney General of Minnesota, sued in his official capacity, Michael Berger, Chief Public Defender, Hennepin County, sued in his individual capacity, Kerry W. Meyer,

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

EXHIBIT SVC-4 | p. 6

[12.0.NOTICE of Appearance by Margaret E Jacot.pdf](#)

SHA-256 Hash of Source File: 39791ec54b4ef5e4950cfeae747b0dd658a1e95bd0a79169164cd557a29434fa

Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

CASE 0:25-cv-02670-ADM-DLM     Doc. 12     Filed 07/01/25     Page 3 of 4

Chief Judge, 4th District, sued in her individual capacity, Alisha Nehring, MN Department of Health Attorney, sued in her individual capacity, Hilary Caligiuri, Presiding Criminal Judge, 4th District, sued in her individual capacity, Todd Fellman, Presiding Juvenile Judge, 4th District, sued in his individual capacity, Sarah Hudleston, Judge, 4th District, sued in her individual capacity, William H. Koch, Judge, 4th District, sued in his individual capacity, Julia Dayton-Klein, Judge, 4th Judicial District, sued in her individual capacity, Danielle C. Mercurio, Judge, 4th Judicial District, sued in her individual capacity, George F. Borer, Referee, 4th Judicial District, sued in his individual capacity, Lee Cuellar, Judicial Clerk, 4th District, sued in her individual capacity, Emmett M. Donnelly, Hennepin County Public Defender, sued in his individual capacity, Raissa Carpenter, Hennepin County Public Defender, sued in her individual capacity, Shereen Askalani, Judge, 4th District, sued in her individual capacity, Dr. Jill Rogstad, Senior Clinical Forensic Psychologist, sued in her individual capacity, Dr. Adam Milz, Hennepin County Psychological Services, sued in his individual capacity, Dr. Katheryn Cranbrook, Hennepin County Psychological Services, sued in her individual capacity, Dr. Kristen A. Otte, Hennepin County Psychological Services, sued in her individual capacity, Michael K. Browne, Judge, 4th District, sued in his individual capacity, Lisa K. Janzen, Judge, 4th District, sued in her individual capacity, Carolina A. Lamas, Judge, 4th District, sued in her individual capacity, and John and Janes Does, employed by the State of Minnesota in the above-entitled action.

*Signature on following page*

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

**EXHIBIT SVC-4 | p. 7**

# 7/1/2025 | Notice of Appearance by Margaret E Jacot | D. Minn 25-cv-2670
EXHIBIT SVC-4

12.0.NOTICE of Appearance by Margaret E Jacot.pdf

SHA-256 Hash of Source File:  39791ec54b4ef5e4950cfeae747b0dd658a1e95bd0a79169164cd557a29434fa

Page: 4 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:25-cv-02670-ADM-DLM    Doc. 12    Filed 07/01/25    Page 4 of 4

Dated:  July 1, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Margaret Jacot
MARGARET JACOT
Assistant Attorney General
Atty. Reg. No. 0346755

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 300-7629 (Voice)
(651) 282-5832 (Fax)
Margaret.Jacot@ag.state.mn.us

ATTORNEY FOR DEFENDANTS LISTED ABOVE

|#6119406-v1

Url 1: link.storjshare.io/raw/jwlghdmdfpnf2oh6twani65yndia/file/EXHIBIT SVC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/50f45495-cb6f-496d-8245-0afa4aa57498.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/f5fde60c-974d-4d17-af97-1610317436b0.pdf
Url 4: drive.proton.me/urls/31F3V05H8R#pNuediooiEWQ

EXHIBIT SVC-4 | p. 8