**EXHIBIT MAC-4**

[195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf](#)

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 1 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

A25-_____
**STATE OF MINNESOTA
IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| | Court Order Date: April 29, 2025 |
| Petitioner | |
| v. | **ADDENDUM** |
| | **VOLUME VIII of XVI** |
| State of Minnesota, | **ADD. 321 - ADD. 370** |
| Respondent. | Judge: Hon. Sarah Hudleston |

Contents                                                                                                Page

**April 28, 2025 - Exhibit A: AI-Created MCRO Returned-Mail Forensic Report,** Index 147...…………...………………...………………………… Add. 321-331

**Duplicate USPS Returned-Mail Filings - Identical SHA-256 Hashes,**……..… Add. 332-345

**Duplicate Judicial Signatures & Timestamp Blocks – Identical SHA-256 Hashes,**……..…………………...……………………...……………… Add. 346-370

---

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 1**

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 13 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 7692d2f491e4b98d89ac31e6c79bf9ee1ec80674eb1d7a0c3f482442bcda02b2 | 6 |

**MCRO | 27-CR-19-12130**
*MCRO_27-CR-19-12130_Returned Mail_2023-04-17_20240430091717.pdf*

**MCRO | 27-CR-20-20851**
*MCRO_27-CR-20-20851_Returned Mail_2023-04-17_20240430090336.pdf*

**MCRO | 27-CR-20-9036**
*MCRO_27-CR-20-9036_Returned Mail_2023-04-17_20240430085547.pdf*

**MCRO | 27-CR-21-1230**
*MCRO_27-CR-21-1230_Returned Mail_2023-04-17_20240430075422.pdf*

**MCRO | 27-CR-21-13752**
*MCRO_27-CR-21-13752_Returned Mail_2023-04-17_20240430082334.pdf*

**MCRO | 27-CR-22-10055**
*MCRO_27-CR-22-10055_Returned Mail_2023-04-17_20240429152800.pdf*

Add. 332

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 2**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

[195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf](#)

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 14 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| b2caf7265276a4c0b416647961f3666e169f19388e3dc1575a53326287178247 | 2 |

**MCRO | 27-CR-19-11566**
*MCRO_27-CR-19-11566_Returned Mail_2021-09-08_20240430091618.pdf*

**MCRO | 27-CR-21-13752**
*MCRO_27-CR-21-13752_Returned Mail_2021-09-08_20240430082356.pdf*

Add. 333

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 3**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675
Page: 15 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 84422f26b4f3a13b3a474d2fe4379b3c249a25903103774d159a4f77e67e1753 | 4 |

**MCRO | 27-CR-19-17539**
MCRO_27-CR-19-17539_Returned Mail_2022-09-20_20240430091938.pdf

**MCRO | 27-CR-19-1916**
MCRO_27-CR-19-1916_Returned Mail_2022-09-20_20240430091219.pdf

**MCRO | 27-CR-19-3539**
MCRO_27-CR-19-3539_Returned Mail_2022-09-20_20240430091331.pdf

**MCRO | 27-CR-21-22058**
MCRO_27-CR-21-22058_Returned Mail_2022-09-20_20240430083556.pdf

Add. 334

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 4**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 16 of 51          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 56476cefdab67adb3f158c323d8c8b01b0530c83d9670fb9e973abfdb041181c | 3 |

**MCRO | 27-CR-20-3244**
*MCRO_27-CR-20-3244_Returned Mail_2022-04-27_20240430085019.pdf*

**MCRO | 27-CR-21-1977**
*MCRO_27-CR-21-1977_Returned Mail_2022-04-27_20240430075612.pdf*

**MCRO | 27-CR-21-1978**
*MCRO_27-CR-21-1978_Returned Mail_2022-04-27_20240430075723.pdf*

Add. 335

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

EXHIBIT MAC-4 | p. 5

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675
Page: 17 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 2c9c8d2443ff00fcef05be9951edf6962472e88d6a7f2e0127265ed4a2bb3b8a | 3 |

**MCRO | 27-CR-20-3244**
MCRO_27-CR-20-3244_Returned Mail_2023-11-14_20240430084959.pdf

**MCRO | 27-CR-21-1978**
MCRO_27-CR-21-1978_Returned Mail_2023-11-14_20240430075701.pdf

**MCRO | 27-CR-22-20033**
MCRO_27-CR-22-20033_Returned Mail_2023-11-14_20240429162642.pdf

Add. 336

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 6**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 18 of 51          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 79184e172406b6b27a0405baab264c1ddf92f2abe1189db35b339f72cacdfc60 | 3 |

**MCRO | 27-CR-20-3244**
*MCRO_27-CR-20-3244_Returned Mail_2023-05-18_20240430085008.pdf*

**MCRO | 27-CR-21-1977**
*MCRO_27-CR-21-1977_Returned Mail_2023-05-18_20240430075557.pdf*

**MCRO | 27-CR-21-1978**
*MCRO_27-CR-21-1978_Returned Mail_2023-05-18_20240430075710.pdf*

Add. 337

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

EXHIBIT MAC-4 | p. 7

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 19 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 90825652d6eff34856c80743e8a537ab9b3579645ede0ddc68faa48a68e36d1f | 3 |

**MCRO | 27-CR-20-3244**
MCRO_27-CR-20-3244_Returned Mail_2023-10-11_20240430085003.pdf

**MCRO | 27-CR-21-1978**
MCRO_27-CR-21-1978_Returned Mail_2023-10-11_20240430075706.pdf

**MCRO | 27-CR-22-20033**
MCRO_27-CR-22-20033_Returned Mail_2023-10-11_20240429162646.pdf

Add. 338

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

EXHIBIT MAC-4 | p. 8

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 20 of 51         [ source file ]         [ .ots timestamp of source file ]         [ pdf signatures ]         [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 6e3a1ab7aca7782916d3dbd50b1aa3f353665a7bb1fa0cc70fb1372a914308ea | 2 |

**MCRO | 27-CR-20-3244**
MCRO_27-CR-20-3244_Returned Mail_2022-09-09_20240430085015.pdf

**MCRO | 27-CR-21-1978**
MCRO_27-CR-21-1978_Returned Mail_2022-09-09_20240430075719.pdf

Add. 339

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 9**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 21 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 859b5ee5182f83d9cd32e6ddbaf24ffc4f6cdf7485437fbc735d0cd17e4a878b | 2 |

**MCRO | 27-CR-21-1977**
MCRO_27-CR-21-1977_Returned Mail_2022-11-01_20240430075603.pdf

**MCRO | 27-CR-21-1978**
MCRO_27-CR-21-1978_Returned Mail_2022-11-01_20240430075714.pdf

Add. 340

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 10**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

[195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf](#)

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 22 of 51         [ source file ]         [ .ots timestamp of source file ]         [ pdf signatures ]         [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 39984038878257abec9cfa8055e700c9fa5d6dbe9693b5c34469770d814f4907 | 2 |

**MCRO | 27-CR-21-23456**
[MCRO_27-CR-21-23456_Returned Mail_2024-04-02_20240430084301.pdf](#)

**MCRO | 27-CR-22-15550**
[MCRO_27-CR-22-15550_Returned Mail_2024-04-02_20240429161903.pdf](#)

Add. 341

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

EXHIBIT MAC-4 | p. 11

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

[195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf](#)

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 23 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 9a3275829cd3fb3473d78a5d25e712759b55e16d6c70c4dbaf89d7b8455bc98a | 2 |

**MCRO | 27-CR-19-28883**
*MCRO_27-CR-19-28883_Returned Mail_2022-04-12_20240430092353.pdf*

**MCRO | 27-CR-21-13795**
*MCRO_27-CR-21-13795_Returned Mail_2022-04-12_20240430082438.pdf*

Add. 342

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

EXHIBIT MAC-4 | p. 12

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 24 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

*[Envelope image: Hennepin County District Court, Fourth Judicial District MC-419, Criminal/Traffic Division C1153, 300 South Sixth Street, Minneapolis, Minnesota 55487-0419. Addressed to ISAAC LEE KELLEY, 10040 DOGWOOD ST NW #B3, COON RAPIDS MN 55448. Filed in District Court State of Minnesota MAY 20 2022. NIXIE 553 FE 1260 0005/14/22 RETURN TO SENDER ATTEMPTED - NOT KNOWN UNABLE TO FORWARD]*

| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 7412d58a8b0f510333d59dd2cc2fff9316d2ada1527bb9094e15acdb41c29980 | 3 |

**MCRO | 27-CR-21-20529**
MCRO_27-CR-21-20529_Returned Mail_2022-05-20_20240430083159.pdf

**MCRO | 27-CR-22-5532**
MCRO_27-CR-22-5532_Returned Mail_2022-05-20_20240429040412.pdf

**MCRO | 27-CR-22-7953**
MCRO_27-CR-22-7953_Returned Mail_2022-05-20_20240429040644.pdf

Add. 343

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

EXHIBIT MAC-4 | p. 13

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

[195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf](#)

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 25 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 45d48006daa6b3e8ef0311884af5c30fae4ef0e57f7cbaa1c1f10ea3de0b1d08 | 3 |

**MCRO | 27-CR-20-27550**
[MCRO_27-CR-20-27550_Returned Mail_2023-08-25_20240430090706.pdf](#)

**MCRO | 27-CR-22-14541**
[MCRO_27-CR-22-14541_Returned Mail_2023-08-25_20240429161630.pdf](#)

**MCRO | 27-CR-22-15358**
[MCRO_27-CR-22-15358_Returned Mail_2023-08-25_20240429161724.pdf](#)

Add. 344

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa

**EXHIBIT MAC-4 | p. 14**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII
EXHIBIT MAC-4

[195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf](#)

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 26 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM



| SHA-256 Hash Value of 'Returned Mail' PDF-Extracted Image File | Duplicates |
|---|---|
| 67ec49c1daa7c38b27513167dbcf2ca24e5420bad8c26eb6d6e1b90a13584589 | 2 |

**MCRO | 27-CR-19-9270**
*MCRO_27-CR-19-9270_Returned Mail_2022-04-06_20240430091451.pdf*

**MCRO | 27-CR-22-3553**
*MCRO_27-CR-22-3553_Returned Mail_2022-04-06_20240429032053.pdf*

Add. 345

**EXHIBIT MAC-4 | p. 15**

Url 1: link.storjshare.io/raw/jx6ifukhajrik7nqlc47vtxd66da/file/EXHIBIT MAC-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/3ce6d785-b252-4711-ac5c-12a4e51015ce.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/1a0d3437-0913-45a4-8c70-147520fff871.pdf
Url 4: drive.proton.me/urls/NYE5B0KMTW#m9y0R2hYNdEa