# EXHIBIT MAC-5

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

## EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 1 of 51         [ source file ]         [ .ots timestamp of source file ]         [ pdf signatures ]         [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

A25-_____
**STATE OF MINNESOTA
IN COURT OF APPEALS**

In re Matthew David Guertin,

                Petitioner

    v.

State of Minnesota,

                Respondent.

District Court Case: 27-CR-23-1886
Court Order Date: April 29, 2025

**ADDENDUM
VOLUME VIII of XVI
ADD. 321 - ADD. 370**

Judge: Hon. Sarah Hudleston

<u>Contents</u>               <u>Page</u>

**April 28, 2025 - Exhibit A: AI-Created MCRO Returned-Mail**
**Forensic Report,** Index 147...…………..……………..…………………………… Add. 321-331

**Duplicate USPS Returned-Mail Filings - Identical SHA-256 Hashes,**……..… Add. 332-345

**Duplicate Judicial Signatures & Timestamp Blocks – Identical**
**SHA-256 Hashes,**……..……………….…..……………………...……………… Add. 346-370

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 1**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

## EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 29 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

### Borer, George
### Feb 15 2023 11:40 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 0f8dfdc7859647d45b47f0d68d42a70a38 5691bd12bc777be93a3353ea7bbae8 | Borer, George Feb 15 2023 11:40 AM | **2** |

**MCRO | 27-CR-19-901**
*Finding of Incompetency and Order_2023-02-15_20240430091100.pdf*

**MCRO | 27-CR-20-13495**
*Finding of Incompetency and Order_2023-02-15_20240430085918.pdf*

### Borer, George
### Feb 15 2023 6:44 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 512f2ff49cd8037f2e0e5219ae157cfecc7 1d1b07006827ea465998a321cb7e7 | Borer, George Feb 15 2023 6:44 AM | **3** |

**MCRO | 27-CR-22-21925**
*Finding of Incompetency and Order_2023-02-16_20240429162956.pdf*

**MCRO | 27-CR-22-23317**
*Finding of Incompetency and Order_2023-02-16_20240429164130.pdf*

**MCRO | 27-CR-23-512**
*Finding of Incompetency and Order_2023-02-16_20240430071935.pdf*

Add. 348

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 2**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Borer, George
## Feb 15 2023 7:11 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 788392b54793a06f57adb53303eb09765 3b00f4bf575d11064d85145f0084757 | Borer, George Feb 15 2023 7:11 AM | **4** |

**MCRO | 27-CR-21-10675**
*Finding of Incompetency and Order_2023-02-15_20240430082223.pdf*

**MCRO | 27-CR-22-22521**
*Finding of Incompetency and Order_2023-02-15_20240429163112.pdf*

*MCRO | 27-CR-22-3570*
*Finding of Incompetency and Order_2023-02-15_20240429033102.pdf*

*MCRO | 27-CR-22-3570*
*Finding of Incompetency and Order_2023-02-15_20240429034620.pdf*

## Borer, George
## Mar 22 2023 10:14 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 7ce00a7d90072f62a6a0af7cac37c139e7 34da01d67036a9e49ce531b0456aff | Borer, George Mar 22 2023 10:14 AM | **2** |

**MCRO | 27-CR-23-284**
*Finding of Incompetency and Order_2023-03-22_20240430071740.pdf*

**MCRO | 27-CR-23-3423**
*Finding of Incompetency and Order_2023-03-22_20240430072821.pdf*

Add. 349

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 3**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 31 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Borer, George
## Mar 19 2024 4:07 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| ca3ab252c77233164e7e9075046bbb713 fcc955bf47771e25e88037725876fdc | Borer, George Mar 19 2024 4:07 PM | **5** |

**MCRO | 27-CR-18-18391**
*Finding of Incompetency and Order_2024-03-20_20240430092713.pdf*

**MCRO | 27-CR-19-17539**
*Finding of Incompetency and Order_2024-03-20_20240430091924.pdf*

**MCRO | 27-CR-19-1916**
*Finding of Incompetency and Order_2024-03-20_20240430091206.pdf*

**MCRO | 27-CR-19-3539**
*Finding of Incompetency and Order_2024-03-20_20240430091319.pdf*

**MCRO | 27-CR-21-22058**
*Finding of Incompetency and Order_2024-03-20_20240430083543.pdf*

## Borer, George
## Mar 22 2023 10:59 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 7f14867a6d3c0b025b2c2f90760f24b587 68b98e826306b99440e06aa745ef69 | Borer, George Mar 22 2023 10:59 AM | **2** |

**MCRO | 27-CR-23-3459**
*Finding of Incompetency and Order_2023-03-22_20240430072906.pdf*

**MCRO | 27-CR-23-3460**
*Finding of Incompetency and Order_2023-03-22_20240430072943.pdf*

Add. 350

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 4

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

## EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

### Borer, George
### May 31 2023 3:22 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| f179364bbf04531df801597037174f999d 40918c9eb674fbc523ff68e4e5f416 | Borer, George May 31 2023 3:22 PM | **7** |

**MCRO | 27-CR-21-1980**
*Finding of Incompetency and Order_2023-06-01_20240430075958.pdf*

**MCRO | 27-CR-21-20072**
*Finding of Incompetency and Order_2023-06-01_20240430083050.pdf*

*MCRO | 27-CR-21-20988*
*Finding of Incompetency and Order_2023-06-01_20240430083344.pdf*

*MCRO | 27-CR-21-21355*
*Finding of Incompetency and Order_2023-06-01_20240430083452.pdf*

*MCRO | 27-CR-21-23188*
*Finding of Incompetency and Order_2023-06-01_20240430083741.pdf*

*MCRO | 27-CR-22-22963*
*Finding of Incompetency and Order_2023-06-01_20240429163939.pdf*

*MCRO | 27-CR-22-4087*
*Finding of Incompetency and Order_2023-06-01_20240429035306.pdf*

Add. 351

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 5**

## 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 33 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

### Browne, Michael
### May 31 2023 3:28 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| ccf8640bea0b1354e7a73c4817df7935862748cbe8b04f09a0b565f166d7e4e2 | Browne, Michael May 31 2023 3:28 PM | **7** |

**MCRO | 27-CR-21-1980**
*Finding of Incompetency and Order_2023-06-01_20240430075958.pdf*

**MCRO | 27-CR-21-20072**
*Finding of Incompetency and Order_2023-06-01_20240430083050.pdf*

*MCRO | 27-CR-21-20988*
*Finding of Incompetency and Order_2023-06-01_20240430083344.pdf*

*MCRO | 27-CR-21-21355*
*Finding of Incompetency and Order_2023-06-01_20240430083452.pdf*

*MCRO | 27-CR-21-23188*
*Finding of Incompetency and Order_2023-06-01_20240430083741.pdf*

*MCRO | 27-CR-22-22963*
*Finding of Incompetency and Order_2023-06-01_20240429163939.pdf*

*MCRO | 27-CR-22-4087*
*Finding of Incompetency and Order_2023-06-01_20240429035306.pdf*

Add. 352

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 6

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 34 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

Browne, Michael
Judge of District Court
Feb 1 2024 6:42 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 4d2d0c8843558907820fd7373e8f69d69 ac33eb144e6f81bf6ef59da2769dbec | Browne, Michael Feb 1 2024 6:42 PM | **3** |

**MCRO | 27-CR-22-12076**
*Finding of Incompetency and Order_2024-02-02_20240429153145.pdf*

**MCRO | 27-CR-22-9720**
*Finding of Incompetency and Order_2024-02-02_20240429152432.pdf*

*MCRO | 27-CR-23-17576*
*Finding of Incompetency and Order_2024-02-02_20240430074616.pdf*

**Browne, Michael
Feb 21 2023 3:21 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 671de0ea39f734334347e4003808132d0 dc4a7512b68876b225f2dd4657b6832 | Browne, Michael Feb 21 2023 3:21 PM | **3** |

**MCRO | 27-CR-21-23628**
*Finding of Incompetency and Order_2023-02-22_20240430084620.pdf*

**MCRO | 27-CR-22-25134**
*Finding of Incompetency and Order_2023-02-22_20240429164457.pdf*

*MCRO | 27-CR-22-7797*
*Finding of Incompetency and Order_2023-02-22_20240429040528.pdf*

Add. 353

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 7**

## 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 35 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

### Browne, Michael
### Mar 19 2024 4:36 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 158abac95db490849ee9f49c1dff469e767977654b30d6358e5d830a733c2609 | Browne, Michael Mar 19 2024 4:36 PM | **5** |

**MCRO | 27-CR-18-18391**
*Finding of Incompetency and Order_2024-03-20_20240430092713.pdf*

**MCRO | 27-CR-19-17539**
*Finding of Incompetency and Order_2024-03-20_20240430091924.pdf*

**MCRO | 27-CR-19-1916**
*Finding of Incompetency and Order_2024-03-20_20240430091206.pdf*

**MCRO | 27-CR-19-3539**
*Finding of Incompetency and Order_2024-03-20_20240430091319.pdf*

**MCRO | 27-CR-21-22058**
*Finding of Incompetency and Order_2024-03-20_20240430083543.pdf*

### Browne, Michael
### Jun 13 2023 3:53 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 7bf2d122f7a6b1a86fc05c0453bf8eb48a2e2972b57b529ce00de016d00b3924 | Browne, Michael Jun 13 2023 3:53 PM | **2** |

**MCRO | 27-CR-22-22687**
*Finding of Incompetency and Order_2023-06-14_20240429163209.pdf*

**MCRO | 27-CR-22-3377**
*Finding of Incompetency and Order_2023-06-14_20240429031120.pdf*

Add. 354

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 8**

## 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

**Browne, Michael**
**Jul 11 2023 4:18 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| a38cc237babf9c7e5c2ee1feb0fd25ef58f 9fec4e04511353277f2ccf13e03c9 | Browne, Michael Jul 11 2023 4:18 PM | **3** |

**MCRO | 27-CR-21-19723**
*Finding of Incompetency and Order_2023-07-12_20240430082933.pdf*

**MCRO | 27-CR-21-23456**
*Finding of Incompetency and Order_2023-07-12_20240430084309.pdf*

*MCRO | 27-CR-22-15550*
*Finding of Incompetency and Order_2023-07-12_20240429161911.pdf*

**Browne, Michael**
**Mar 5 2024 3:12 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| e73329088b4cb4e05e7afad54ffc804ead 31b118bb9fbf257776bbf8961b5d6d | Browne, Michael Mar 5 2024 3:12 PM | **3** |

**MCRO | 27-CR-21-23628**
*Finding of Incompetency and Order_2024-03-05_20240430084617.pdf*

**MCRO | 27-CR-22-25134**
*Finding of Incompetency and Order_2024-03-05_20240429164453.pdf*

*MCRO | 27-CR-22-7797*
*Finding of Incompetency and Order_2024-03-05_20240429040524.pdf*

Add. 355

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 9**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675
Page: 37 of 51      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

**Browne, Michael**
**Mar 21 2024 3:04 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 12e9467b8c204e1463ece556e642c2be0151744a8c14bb251a599572985e74da | Browne, Michael Mar 21 2024 3:04 PM | **9** |

**MCRO | 27-CR-19-12466**
*Finding of Incompetency and Order_2024-03-12_20240430091809.pdf*

**MCRO | 27-CR-19-19606**
*Finding of Incompetency and Order_2024-03-12_20240430092030.pdf*

**MCRO | 27-CR-20-20037**
*Finding of Incompetency and Order_2024-03-12_20240430090128.pdf*

**MCRO | 27-CR-20-8926**
*Finding of Incompetency and Order_2024-03-12_20240430085426.pdf*

**MCRO | 27-CR-21-19552**
*Finding of Incompetency and Order_2024-03-12_20240430082832.pdf*

**MCRO | 27-CR-21-23233**
*Finding of Incompetency and Order_2024-03-12_20240430084211.pdf*

**MCRO | 27-CR-22-1165**
*Finding of Incompetency and Order_2024-03-12_20240429030424.pdf*

**MCRO | 27-CR-22-4898**
*Finding of Incompetency and Order_2024-03-12_20240429040213.pdf*

**MCRO | 27-CR-23-8649**
*Finding of Incompetency and Order_2024-03-12_20240430073550.pdf*

Add. 356

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 10

**5/29/2025 | Notice of Appeal | Addendum Vol. VIII**

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 38 of 51          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Mercurio, Danielle
## Mar 21 2024 2:26 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 07cdd27e0d6af3310434c169dfba46043d74e48c22a8152420779c83f4766a79 | Mercurio, Danielle Mar 21 2024 2:26 PM | **9** |

**MCRO | 27-CR-19-12466**
*Finding of Incompetency and Order_2024-03-12_20240430091809.pdf*

**MCRO | 27-CR-19-19606**
*Finding of Incompetency and Order_2024-03-12_20240430092030.pdf*

**MCRO | 27-CR-20-20037**
*Finding of Incompetency and Order_2024-03-12_20240430090128.pdf*

**MCRO | 27-CR-20-8926**
*Finding of Incompetency and Order_2024-03-12_20240430085426.pdf*

**MCRO | 27-CR-21-19552**
*Finding of Incompetency and Order_2024-03-12_20240430082832.pdf*

**MCRO | 27-CR-21-23233**
*Finding of Incompetency and Order_2024-03-12_20240430084211.pdf*

**MCRO | 27-CR-22-1165**
*Finding of Incompetency and Order_2024-03-12_20240429030424.pdf*

**MCRO | 27-CR-22-4898**
*Finding of Incompetency and Order_2024-03-12_20240429040213.pdf*

**MCRO | 27-CR-23-8649**
*Finding of Incompetency and Order_2024-03-12_20240430073550.pdf*

Add. 357

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 11**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 39 of 51          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

**Browne, Michael**
**May 2 2023 4:14 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 6cb386fcfa6c2388ab6c9c5c8d5bc8de3ef19c5c2bff1b3c3d036f48ad1d82b1 | Browne, Michael May 2 2023 4:14 PM | **12** |

**MCRO | 27-CR-21-6904**
*Finding of Incompetency and Order_2023-05-02_20240430080456.pdf*

**MCRO | 27-CR-21-8067**
*Finding of Incompetency and Order_2023-05-02_20240430080639.pdf*

*MCRO | 27-CR-21-8227*
*Finding of Incompetency and Order_2023-05-02_20240430080732.pdf*

*MCRO | 27-CR-21-8228*
*Finding of Incompetency and Order_2023-05-02_20240430080825.pdf*

*MCRO | 27-CR-21-8229*
*Finding of Incompetency and Order_2023-05-02_20240430081522.pdf*

*MCRO | 27-CR-21-8230*
*Finding of Incompetency and Order_2023-05-02_20240430081640.pdf*

*MCRO | 27-CR-21-8511*
*Finding of Incompetency and Order_2023-05-02_20240430082013.pdf*

*MCRO | 27-CR-22-17300*
*Finding of Incompetency and Order_2023-05-02_20240429162002.pdf*

*MCRO | 27-CR-22-21679*
Finding of Incompetency and Order_2023-05-02_20240429162858.pdf

*MCRO | 27-CR-22-24045*
*Finding of Incompetency and Order_2023-05-02_20240429164219.pdf*

*MCRO | 27-CR-23-385*
*Finding of Incompetency and Order_2023-05-02_20240430071836.pdf*

*MCRO | 27-CR-23-5751*
*Finding of Incompetency and Order_2023-05-02_20240430073242.pdf*

# Add. 358

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 12**

**5/29/2025 | Notice of Appeal | Addendum Vol. VIII**

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675
Page: 40 of 51      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

| Mercurio, Danielle May 2 2023 3:12 PM | | |
| --- | --- | --- |
| **SHA-256 Hash Value of Official Court Filing Image** | **Description** | **Duplicates** |
| fe4645e49abbef212bf3ade44d4a0abc60 a7ddf529060c567b9b5051e42e51bf | Mercurio, Danielle May 2 2023 3:12 PM | **12** |

**MCRO | 27-CR-21-6904**
*Finding of Incompetency and Order_2023-05-02_20240430080456.pdf*

**MCRO | 27-CR-21-8067**
*Finding of Incompetency and Order_2023-05-02_20240430080639.pdf*

**MCRO | 27-CR-21-8227**
*Finding of Incompetency and Order_2023-05-02_20240430080732.pdf*

**MCRO | 27-CR-21-8228**
*Finding of Incompetency and Order_2023-05-02_20240430080825.pdf*

**MCRO | 27-CR-21-8229**
*Finding of Incompetency and Order_2023-05-02_20240430081522.pdf*

**MCRO | 27-CR-21-8230**
*Finding of Incompetency and Order_2023-05-02_20240430081640.pdf*

**MCRO | 27-CR-21-8511**
*Finding of Incompetency and Order_2023-05-02_20240430082013.pdf*

**MCRO | 27-CR-22-17300**
*Finding of Incompetency and Order_2023-05-02_20240429162002.pdf*

**MCRO | 27-CR-22-21679**
*Finding of Incompetency and Order_2023-05-02_20240429162858.pdf*

**MCRO | 27-CR-22-24045**
*Finding of Incompetency and Order_2023-05-02_20240429164219.pdf*

**MCRO | 27-CR-23-385**
*Finding of Incompetency and Order_2023-05-02_20240430071836.pdf*

**MCRO | 27-CR-23-5751**
*Finding of Incompetency and Order_2023-05-02_20240430073242.pdf*

Add. 359

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 13

**5/29/2025 | Notice of Appeal | Addendum Vol. VIII**

EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Browne, Michael
## Oct 31 2023 4:21 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 40078399c5305d92ea79c149329c3c17a614140cebc2357723d134c980b2a10f | Browne, Michael Oct 31 2023 4:21 PM | **9** |

**MCRO | 27-CR-21-6904**
*Finding of Incompetency and Order_2023-11-01_20240430080453.pdf*

**MCRO | 27-CR-21-8067**
*Finding of Incompetency and Order_2023-11-01_20240430080635.pdf*

**MCRO | 27-CR-21-8227**
*Finding of Incompetency and Order_2023-11-01_20240430080729.pdf*

**MCRO | 27-CR-21-8228**
*Finding of Incompetency and Order_2023-11-01_20240430080822.pdf*

**MCRO | 27-CR-21-8229**
*Finding of Incompetency and Order_2023-11-01_20240430081519.pdf*

**MCRO | 27-CR-21-8230**
*Finding of Incompetency and Order_2023-11-01_20240430081637.pdf*

**MCRO | 27-CR-21-8511**
*Finding of Incompetency and Order_2023-11-01_20240430082010.pdf*

**MCRO | 27-CR-22-17300**
*Finding of Incompetency and Order_2023-11-01_20240429161959.pdf*

**MCRO | 27-CR-23-5751**
*Finding of Incompetency and Order_2023-11-01_20240430073239.pdf*

Add. 360

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 14

## 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 42 of 51     [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

### Browne, Michael
### Nov 1 2023 3:12 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| d1a8992824bc34775ddeaeeb0c2a4b4cbf037e067768f174496b924855251fad | Browne, Michael Nov 1 2023 3:12 PM | **2** |

**MCRO | 27-CR-21-14861**
*Finding of Incompetency and Order_2023-11-01_20240430082517.pdf*

**MCRO | 27-CR-23-20715**
*Finding of Incompetency and Order_2023-11-01_20240430074856.pdf*

### Browne, Michael
### Mar 22 2023 10:39 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 1ad187e2a9a50fc1e3c49bcc73c06fa720adb2528b7fb522b2ca43b431830663 | Browne, Michael Mar 22 2023 10:39 AM | **2** |

**MCRO | 27-CR-23-284**
*Finding of Incompetency and Order_2023-03-22_20240430071740.pdf*

**MCRO | 27-CR-23-3423**
*Finding of Incompetency and Order_2023-03-22_20240430072821.pdf*

Add. 361

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 15**

**5/29/2025 | Notice of Appeal | Addendum Vol. VIII**

EXHIBIT MAC-5

195_Notice of Appeal_Add-Vol-VIII_2025-05-29.pdf
SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675
Page: 43 of 51          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

### Browne, Michael
### Mar 22 2023 11:42 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 21ad85aa598fb861a24f079c9b89e88a4bc35068414a373245f500be1ba2972f | Browne, Michael Mar 22 2023 11:42 AM | **2** |

**MCRO | 27-CR-23-3459**
*Finding of Incompetency and Order_2023-03-22_20240430072906.pdf*

**MCRO | 27-CR-23-3460**
*Finding of Incompetency and Order_2023-03-22_20240430072943.pdf*

### Dayton Klein, Julia
### Apr 13 2023 7:28 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 4a06fb01d08ad51018a753854e427f80135fb533d8d63c57e646b1f788c4f79d | Dayton Klein, Julia Apr 13 2023 7:28 AM | **2** |

**MCRO | 27-CR-22-13185**
*Finding of Incompetency and Order_2023-04-13_20240429161143.pdf*

**MCRO | 27-CR-23-5213**
*Finding of Incompetency and Order_2023-04-13_20240430073156.pdf*

Add. 362

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 16**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 44 of 51     [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

**Dayton Klein, Julia**
**Apr 24 2023 2:38 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 1ada3006644e87ef7404fdae1f607a0f7a 183b2e2cd6261496a7e6323922d8ca | Dayton Klein, Julia Apr 24 2023 2:38 PM | **2** |

**MCRO | 27-CR-20-8575**
*Finding of Incompetency and Order_2023-04-24_20240430085346.pdf*

**MCRO | 27-CR-21-7676**
*Finding of Incompetency and Order_2023-04-24_20240430080545.pdf*

**Dayton Klein, Julia**
**Feb 15 2023 9:43 AM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| f354a3a9fc1f784c35bce6d749ec908bfa9 e8ac09e902e5d98513ffbdbf65374 | Dayton Klein, Julia Feb 15 2023 9:43 AM | **4** |

**MCRO | 27-CR-21-10675**
*Finding of Incompetency and Order_2023-02-15_20240430082223.pdf*

**MCRO | 27-CR-22-22521**
*Finding of Incompetency and Order_2023-02-15_20240429163112.pdf*

**MCRO | 27-CR-22-3570**
*Finding of Incompetency and Order_2023-02-15_20240429033102.pdf*

**MCRO | 27-CR-22-3570**
*Finding of Incompetency and Order_2023-02-15_20240429034620.pdf*

Add. 363

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 17**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf

SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 45 of 51        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

**Dayton Klein, Julia**
**Feb 15 2023 12:00 PM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 3fa4ebb8d035a6524a54020a104b79c28 b9dd2285f58792553262615ada0e668 | Dayton Klein, Julia Feb 15 2023 12:00 PM | **2** |

**MCRO | 27-CR-19-901**
*Finding of Incompetency and Order_2023-02-15_20240430091100.pdf*

**MCRO | 27-CR-20-13495**
*Finding of Incompetency and Order_2023-02-15_20240430085918.pdf*

**Dayton Klein, Julia**
**Feb 15 2023 9:43 AM**

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 4fd28f30dfa1d7f86c9349441b5aa41ddb 72cec80337a7d5add29686863e8d38 | Dayton Klein, Julia Feb 15 2023 9:43 AM | **3** |

**MCRO | 27-CR-22-21925**
*Finding of Incompetency and Order_2023-02-16_20240429162956.pdf*

**MCRO | 27-CR-22-23317**
*Finding of Incompetency and Order_2023-02-16_20240429164130.pdf*

***MCRO | 27-CR-23-512***
*Finding of Incompetency and Order_2023-02-16_20240430071935.pdf*

Add. 364

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 18**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Dayton Klein, Julia
## Feb 27 2024 4:28 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| e718147e6535658bc9e87b9825aff010b 842c121dc8fc14c8177f9559dd57c57 | Dayton Klein, Julia Feb 27 2024 4:28 PM | **2** |

**MCRO | 27-CR-22-14493**
*Finding of Incompetency and Order_2024-02-27_20240429161527.pdf*

**MCRO | 27-CR-23-9546**
*Finding of Incompetency and Order_2024-02-27_20240430073802.pdf*

## Dayton Klein, Julia
## Jun 6 2023 4:19 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 2fd34e0b1b2b8e2ad70aa00bcb283b655 e126fc403b3183e26bc5d7d10d47410 | Dayton Klein, Julia Jun 6 2023 4:19 PM | **5** |

**MCRO | 27-CR-18-18391**
*Finding of Incompetency and Order_2023-06-06_20240430092721.pdf*

**MCRO | 27-CR-19-17539**
*Finding of Incompetency and Order_2023-06-06_20240430091932.pdf*

**MCRO | 27-CR-19-1916**
*Finding of Incompetency and Order_2023-06-06_20240430091213.pdf*

**MCRO | 27-CR-19-3539**
*Finding of Incompetency and Order_2023-06-06_20240430091325.pdf*

**MCRO | 27-CR-21-22058**
*Finding of Incompetency and Order_2023-06-06_20240430083549.pdf*

# Add. 365

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 19

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Dayton Klein, Julia
## Mar 7 2023 4:51 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 301d47d556670302b9cdfa702272ec0dee89eadcadf4187f27f0c6c76a469970 | Dayton Klein, Julia Mar 7 2023 4:51 PM | **6** |

**MCRO | 27-CR-20-6517**
*Finding of Incompetency and Order_2023-03-08_20240430085208.pdf*

**MCRO | 27-CR-20-6517**
*Finding of Incompetency and Order_2023-03-08_20240430085208.pdf*

**MCRO | 27-CR-21-23131**
*Finding of Incompetency and Order_2023-03-08_20240430083650.pdf*

**MCRO | 27-CR-21-23131**
*Finding of Incompetency and Order_2023-03-08_20240430083650.pdf*

**MCRO | 27-CR-22-24627**
*Finding of Incompetency and Order_2023-03-08_20240429164355.pdf*

**MCRO | 27-CR-22-24627**
*Finding of Incompetency and Order_2023-03-08_20240429164355.pdf*

## Dayton Klein, Julia
## Jan 23 2024 3:08 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 245caf1440b265573ae34b292e5d2c0094c1b2478349b482388c72a614ac0bb0 | Dayton Klein, Julia Jan 23 2024 3:08 PM | **2** |

**MCRO | 27-CR-20-7092**
*Finding of Incompetency and Order_2024-01-23_20240430085300.pdf*

**MCRO | 27-CR-21-933**
*Finding of Incompetency and Order_2024-01-23_20240430075226.pdf*

Add. 366

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 20

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

### EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 48 of 51     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Dayton Klein, Julia
## May 24 2023 8:11 AM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 00924270bff5f3c9a8066915531e05b8c3 380327e624af4fb704124e85c0ee37 | Dayton Klein, Julia May 24 2023 8:11 AM | **3** |

**MCRO | 27-CR-18-26530**
*Finding of Incompetency and Order_2023-05-24_20240430093352.pdf*

**MCRO | 27-CR-19-9270**
*Finding of Incompetency and Order_2023-05-24_20240430091450.pdf*

*MCRO | 27-CR-22-3553*
*Finding of Incompetency and Order_2023-05-24_20240429032047.pdf*

## Dayton Klein, Julia
## Oct 11 2023 2:10 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| dd4aa90dc44b06e4f4c3f58c41d874d29f 27393c07ff9e3b9e5cc0bc4fc3b1c4 | Dayton Klein, Julia Oct 11 2023 2:10 PM | **2** |

**MCRO | 27-CR-23-18846**
*Finding of Incompetency and Order_2023-10-10_20240430074709.pdf*

**MCRO | 27-CR-23-18850**
*Finding of Incompetency and Order_2023-10-10_20240430074746.pdf*

Add. 367

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 21**

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File: 9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 49 of 51       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Mercurio, Danielle
## Feb 21 2023 3:15 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| b3c0276c09276736d54d7491676cb2a20 c08b07c2381f84e3dc45ed5b41a0b14 | Mercurio, Danielle Feb 21 2023 3:15 PM | **3** |

**MCRO | 27-CR-21-23628**
*Finding of Incompetency and Order_2023-02-22_20240430084620.pdf*

**MCRO | 27-CR-22-25134**
*Finding of Incompetency and Order_2023-02-22_20240429164457.pdf*

*MCRO | 27-CR-22-7797*
*Finding of Incompetency and Order_2023-02-22_20240429040528.pdf*

## Mercurio, Danielle
## Jul 11 2023 4:02 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 76e592831d3a671a644e133bf4e395758 c1d4dd29440297f935282258aaf2384 | Mercurio, Danielle Jul 11 2023 4:02 PM | **3** |

**MCRO | 27-CR-21-19723**
*Finding of Incompetency and Order_2023-07-12_20240430082933.pdf*

**MCRO | 27-CR-21-23456**
*Finding of Incompetency and Order_2023-07-12_20240430084309.pdf*

*MCRO | 27-CR-22-15550*
*Finding of Incompetency and Order_2023-07-12_20240429161911.pdf*

Add. 368

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

EXHIBIT MAC-5 | p. 22

# 5/29/2025 | Notice of Appeal | Addendum Vol. VIII

EXHIBIT MAC-5

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Mercurio, Danielle
## Jun 6 2023 3:58 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 833f5d4a5d5c92595fe37c7b36dbd41157 370d98d60966cfe0b1c835ef75f6bd | Mercurio, Danielle Jun 6 2023 3:58 PM | **5** |

**MCRO | 27-CR-18-18391**
*Finding of Incompetency and Order_2023-06-06_20240430092721.pdf*

**MCRO | 27-CR-19-17539**
*Finding of Incompetency and Order_2023-06-06_20240430091932.pdf*

**MCRO | 27-CR-19-1916**
*Finding of Incompetency and Order_2023-06-06_20240430091213.pdf*

**MCRO | 27-CR-19-3539**
*Finding of Incompetency and Order_2023-06-06_20240430091325.pdf*

**MCRO | 27-CR-21-22058**
*Finding of Incompetency and Order_2023-06-06_20240430083549.pdf*

## Skibbie, Lori
## May 23 2023 5:53 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| 7026b92cc00e4ed276ef56f379550d1fbe 62b47149c0f1df5cf4753de1af68e8 | Skibbie, Lori May 23 2023 5:53 PM | **3** |

**MCRO | 27-CR-18-26530**
*Finding of Incompetency and Order_2023-05-24_20240430093352.pdf*

**MCRO | 27-CR-19-9270**
*Finding of Incompetency and Order_2023-05-24_20240430091450.pdf*

**MCRO | 27-CR-22-3553**
*Finding of Incompetency and Order_2023-05-24_20240429032047.pdf*

Add. 369

Url 1: link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
Url 4: drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**5/29/2025 | Notice of Appeal | Addendum Vol. VIII**

EXHIBIT MAC-5

195__Notice of Appeal__Add-Vol-VIII__2025-05-29.pdf
SHA-256 Hash of Source File:  9dee21413fddeca4429f18fc5708ae37128e03d1f40b1afb87a71d0aa1152675

Page: 51 of 51          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:30 PM

## Skibbie, Lori
## Oct 11 2023 1:10 PM

| SHA-256 Hash Value of Official Court Filing Image | Description | Duplicates |
|---|---|---|
| ee9b60b9f288f59058408854681ea81a088c0a2599566ca35298634e83012134 | Skibbie, Lori Oct 11 2023 1:10 PM | **2** |

**MCRO | 27-CR-23-18846**
*Finding of Incompetency and Order_2023-10-10_20240430074709.pdf*

**MCRO | 27-CR-23-18850**
*Finding of Incompetency and Order_2023-10-10_20240430074746.pdf*

Add. 370

**Url 1:** link.storjshare.io/raw/jxyju7jktexqy5pqxzkbgome6cca/file/EXHIBIT MAC-5_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/1f39a5ff-2a0a-4382-845c-3a77dfdf3eb5.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d33ed3d0-de94-46e2-a446-f1e9239a9de8.pdf
**Url 4:** drive.proton.me/urls/ZJ4W6NY3NW#uJMdS9pIAahz

**EXHIBIT MAC-5 | p. 24**