# EXHIBIT MAC-6

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File:  b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 1 of 35         [ source file ]         [ .ots timestamp of source file ]         [ pdf signatures ]         [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

A25-_____
**STATE OF MINNESOTA
IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | **ADDENDUM**<br>**VOLUME XVI of XVI**<br>**ADD. 684 - ADD. 717** |
| State of Minnesota, | |
| Respondent. | Judge: Hon. Sarah Hudleston |

Contents                                                                                                          Page

**27-CR-23-1886 Master Docket-Index Map,**……………………......…..……… Add. 684-686

**Article: "WHAT THE HASH? Data Integrity & Authenticity**
**in American Jurisprudence",**………………………………….…......………… Add. 687-694

**Master Evidence URL Directory,**…………….….……....………...…....……… Add. 695-700

**SHA-256 Hashes for All Linked Evidence,**……………....………...…....……… Add. 701-708

**URL Links to All Synthetic-MCRO Research Reports,**…………………..…….. Add. 709-712

**DECLARATION OF MATTHEW DAVID GUERTIN,**………….….………… Add. 713-717

---

**Url 1:** link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
**Url 4:** drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

**EXHIBIT MAC-6 | p. 1**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 5/29/2025 | Notice of Appeal | Addendum Vol. XVI
EXHIBIT MAC-6

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File:  b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 13 of 35        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

# URL LINKS TO ALL EVIDENCE FOLDERS / ZIP FILES / DIRECT DOWNLOADS

### MCRO Case File Collections by Year (2017-2023)
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2017.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2018.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2019.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2020.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2021.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2022.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2023.zip

### ALL MCRO Evidence Datasets (01-12)
https://link.storjshare.io/s/ju3mf5uvdrmcbhch5ga3koduwp4q/evidence
https://link.storjshare.io/raw/ju5l3m4itt4e57lfrpqvaff7i7bq/evidence/ALL-MCRO-Evidence.zip

### 01-MCRO Dataset
https://link.storjshare.io/s/jxhmrcnhsa2tdo5xfusewkoadnqq/evidence/MCRO/
https://link.storjshare.io/raw/jwmyznljwyyk4aqqhug2jp4filca/evidence/MCRO.zip

https://link.storjshare.io/raw/jw2stx7minbo5kfu2yrqt4krjfda/evidence/MCRO/01_MCRO_file-case-numbers.csv
https://link.storjshare.io/raw/jwp4527445oh4wkpm3ed54cztuhq/evidence/MCRO/02_MCRO_files-downloaded.csv
https://link.storjshare.io/raw/ju7lrv23syzytdirhtew5crlozhq/evidence/MCRO/03_MCRO_files-downloaded-by-type.csv
https://link.storjshare.io/raw/jws3fgw72yllmnp6whdannanqx6q/evidence/MCRO/04_MCRO_file-quantity-by-type.csv
https://link.storjshare.io/raw/jwghvaw32a47pwvoe7ohc7pv36jq/evidence/MCRO/05_MCRO_case-file-download-date-time.csv
https://link.storjshare.io/raw/jvircjvqyj2k4vitirjjbrudlyoa/evidence/MCRO/06_MCRO_2024-05-03-affidavit-figures.csv
https://link.storjshare.io/raw/jvbi55dutxxd2igeb364celvb3aq/evidence/MCRO/07_MCRO_digital-signature-report.csv
https://link.storjshare.io/raw/juftlvosrhp7zxosezyu4wre2ooq/evidence/MCRO/08_MCRO_files-with-no-signature.csv
https://link.storjshare.io/raw/jxgdzd7pwaczkwhdtqzxrymqodyq/evidence/MCRO/09_MCRO_file-metadata.csv
https://link.storjshare.io/raw/jwlnj2ebqyztekdb4do7gfphy6oa/evidence/MCRO/10_MCRO_file-tree.txt

### 02-CASE Dataset
https://link.storjshare.io/s/jxylovpvzqok36srek7ckcnuay6a/evidence/CASE/
https://link.storjshare.io/raw/jup3vkrw6mqnniigxlwa5qwye62q/evidence/CASE.zip

https://link.storjshare.io/raw/jxide5q2j3k77basb4adprtn3h4q/evidence/CASE/01_CASE_details.csv
https://link.storjshare.io/raw/jufo3rlpgozkmjzgylst2pbxo5xq/evidence/CASE/02_CASE_related.csv
https://link.storjshare.io/raw/jun7mdvuefgharga4j7dswjno7ta/evidence/CASE/03_CASE_warrants.csv
https://link.storjshare.io/raw/jutxluotoect3hstmiq4nsrutmta/evidence/CASE/04_CASE_listed-attorneys.csv
https://link.storjshare.io/raw/ju2647ka7f2p3bfhvkfie6t47xqq/evidence/CASE/05_CASE_lead-attorneys.csv
https://link.storjshare.io/raw/jx53ya7nccw5f6g3pvwrjsxdxeqq/evidence/CASE/06_CASE_charges.csv
https://link.storjshare.io/raw/jwngywbnwkeatug2q5qdkdszvh6q/evidence/CASE/07_CASE_interim-conditions.csv
https://link.storjshare.io/raw/jvveb7y45msemk6ggeqfuyjb7dta/evidence/CASE/08_CASE_judicial-assignments.csv
https://link.storjshare.io/raw/jxvjhhtid5lg3cfa2qxukugovpfq/evidence/CASE/09_CASE_docket-events.csv
https://link.storjshare.io/raw/jwb2hyq4zv5ohjavitnchyjxwenq/evidence/CASE/10_CASE_hearings.csv
https://link.storjshare.io/raw/jvfjoqgmsg5zio3jq25awx6j2s6a/evidence/CASE/11_CASE_clusters.csv
https://link.storjshare.io/raw/jxwj5dtfi5u77sgqd4yiifre3lbq/evidence/CASE/12_CASE_attorney-errors.csv

### 03-SHA-256 Dataset
https://link.storjshare.io/s/jwmw6bwov7xeplln53p67n3zogmq/evidence/SHA-256/
https://link.storjshare.io/raw/jue66sduek57rknicm6am45yegwa/evidence/SHA-256.zip

https://link.storjshare.io/raw/jvundo4lzr56fuksde7k5mjvuqpq/evidence/SHA-256/01_SHA-256_pdf-hash-list.csv

Add. 695

Url 1: link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
Url 4: drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

EXHIBIT MAC-6 | p. 2

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 5/29/2025 | Notice of Appeal | Addendum Vol. XVI
EXHIBIT MAC-6

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File: b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 14 of 35       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

https://link.storjshare.io/raw/jv73dsbcoxw3zd7l2zszkmvwriva/evidence/SHA-256/02_SHA-256_full-hash-list.csv
https://link.storjshare.io/raw/jxlwcajuljf7tidfj4syodqqxucq/evidence/SHA-256/03_SHA-256_hash-counts-by-type.csv
https://link.storjshare.io/raw/jweb4rk2tdinw2yy3zuy56ib5efa/evidence/SHA-256/04_SHA-256_hash-translations.csv
https://link.storjshare.io/raw/ju7xmgtyvkxbp3ahxxdbfafd22eq/evidence/SHA-256/05_SHA-256_hash-file-links.csv
https://link.storjshare.io/raw/jukyfxgowkrazqle5lg24lbyt4oq/evidence/SHA-256/06_SHA-256_ttf-font-codes.csv

### 04-Amanda Burg

https://link.storjshare.io/s/jxkbpy2l6tbrrkm2ss53uogqa22q/evidence/Amanda-Burg/
https://link.storjshare.io/s/jur24d64dqtvgvwpcwt6fgmcufeq/evidence/Amanda-Burg.zip

https://link.storjshare.io/raw/jw6k3yr3qa26g5igghhqbsk4fc5q/evidence/Amanda-Burg/Amanda_Burg.txt
https://link.storjshare.io/raw/jvpfjuynlze5u6sqyngehuecmpcq/evidence/Amanda-Burg/Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jvjnxncbl4b6w3yxzovoiszqrrza/evidence/Amanda-Burg/Minnesota%20Security%20Hospital%20dba%20Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jvqquyhxlgkewwvqabi2ovmnpwsa/evidence/Amanda-Burg/Minnesota%20Security%20Hospital-Wikipedia.pdf
https://link.storjshare.io/raw/jweudbfnny3gvju7ny3ecefys2rq/evidence/Amanda-Burg/SHA-256_saint-peter-state-security-hospital_Amanda-Burg.csv

### 05-Amanda Jung

https://link.storjshare.io/s/junv5obmxitar5kkmqcsgftk6b4a/evidence/Amanda-Jung/
https://link.storjshare.io/raw/jwgkla2drylk7ovfvynvnotndvsq/evidence/Amanda-Jung.zip

https://link.storjshare.io/raw/judfy3247bmbsr5qjfuhajjllfzq/evidence/Amanda-Jung/Amanda-Jung.txt
https://link.storjshare.io/raw/justwhdcqgs7lvoek7t2t5gtaera/evidence/Amanda-Jung/ANOKA%20METRO%20REG%20TREATMENT%20CTR%2C%20ANOKA%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jvrgnw3pz6ojuos3dm4cvuswoliq/evidence/Amanda-Jung/Anoka-Metro%20Regional%20Treatment%20Center%20in%20Anoka%2C%20MN%20_%20Minnesota%20Department%20of%20Human%20Services.pdf

### 06-Finding of Incompetency and Order

https://link.storjshare.io/s/jxtknjyicmomx3sxdb7qtslk7bra/evidence/Finding-of-Incompetency-and-Order/
https://link.storjshare.io/raw/jvhxsdh5oxbxuqwn57xkkpfb2fzq/evidence/Finding-of-Incompetency-and-Order.zip

https://link.storjshare.io/raw/jxh2silmsxga4d2puqiibuxizx6q/evidence/Finding-of-Incompetency-and-Order/FOCUS_finding_of_incompetency_and_order.txt
https://link.storjshare.io/raw/juvbn5jrtxmyiy4mmutnvp6jwbxa/evidence/Finding-of-Incompetency-and-Order/FOCUSED_finding-of-incompetency-and-order.csv
https://link.storjshare.io/raw/jvzehesfqkirl5icj2aptvunbg3q/evidence/Finding-of-Incompetency-and-Order/SHA-256_finding-of-incompetency-timestamp-duplicates.csv

### 07-Judicial Signatures and Timestamps

https://link.storjshare.io/s/jxu3hort4yaz3dhbzljrn7rp7hiq/evidence/Judicial-Signatures-and-Timestamps/
https://link.storjshare.io/raw/jxcyhqdmchuauvb7j4yzbueym45a/evidence/Judicial-Signatures-and-Timestamps.zip

https://link.storjshare.io/raw/jwox2hvjse4enc7sz64ezg5f3c6a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_1183-judicial-officer-signature-duplicates.csv
https://link.storjshare.io/raw/jw7oudujbk5wn6vtfa7ijaqxwd7a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_371-judicial-timestamp-duplicates.csv
https://link.storjshare.io/raw/jwkagq5uznghbjppxenqsmtx5v2a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures.csv
https://link.storjshare.io/raw/ju2oumy2vr3i7ut76yzezhiq7oeq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-timestamps.csv
https://link.storjshare.io/raw/jwwkjib6s6ihkinocdnnrbswlmaq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_signatures-and-timestamps.csv

https://link.storjshare.io/raw/jw7scfyd7uacyxresfenhkzqxr5q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Amber-Brennan.csv
https://link.storjshare.io/raw/ju2bqrf5mo2jvh3vmf2fdnvaqbha/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Anna-Andow.csv
https://link.storjshare.io/raw/jxafounalxmr4ihjqfxjvwnjlg4a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Bev-Benson.csv

Add. 696

Url 1: link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
Url 4: drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

EXHIBIT MAC-6 | p. 3

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File:  b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 15 of 35        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

https://link.storjshare.io/raw/jwm7yfqpcndiqdp6toi4hf34c4cq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Carolina-A-Lamas.csv

https://link.storjshare.io/raw/jvu7wtmwjncz7cta7v3mhldmdfra/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Daniel-C-Moreno.csv

https://link.storjshare.io/raw/jw7oxu62drppvuidv4iecvtgk4xq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Danielle-Mercurio.csv

https://link.storjshare.io/raw/jv6lolljfqciha65cixw4bvfsdq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_George-Borer.csv

https://link.storjshare.io/raw/jv2tzicihqi2z6n25igrhe6iktxq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Gina-M-Brandt.csv

https://link.storjshare.io/raw/ju5i5g4qv5wmwxwx5rry45hjxwoa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Hilary-Caligiuri.csv

https://link.storjshare.io/raw/jv53smbkazmsjpawofsdslelwb3a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Jan-E-Burdorf.csv

https://link.storjshare.io/raw/jxryd42y6jhrb7h3ng6k42yfzu3q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Jay-Quam.csv

https://link.storjshare.io/raw/jukvapmz5rmdcv2xjmosjlcnpmra/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Joel-Olson.csv

https://link.storjshare.io/raw/jwpvaoymiq3t6c5k44ns5il6kx2q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Julia-Dayton-Klein.csv

https://link.storjshare.io/raw/jx7leen7frcodsczgozwurtfuclq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Julie-Allyn.csv

https://link.storjshare.io/raw/jxqlo2t2ds5rrcgi462iaqnlnt6q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Kerry-Meyer.csv

https://link.storjshare.io/raw/jxpgjm3a3kw7fdmgr2miiitw7w5q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Kristin-Siegesmund.csv

https://link.storjshare.io/raw/jvpzykvbzkpjnbzb5mp5omms3l3q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Laura-M-Thomas.csv

https://link.storjshare.io/raw/jwl35lvdnrospocr5475uyq3ke7a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Lisa-K-Janzen.csv

https://link.storjshare.io/raw/jv7yoyv5mu5ilokqs62fwzz2amva/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Lori-Skibbie.csv

https://link.storjshare.io/raw/jx5bmfjnappigyozrafflallp26q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Luis-Bartolome.csv

https://link.storjshare.io/raw/jwcdmqlxclgm5capvbq65l3jdfma/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Lyonel-Norris.csv

https://link.storjshare.io/raw/jxufnjxrxy6vgfmzbncakcj53aaa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Marta-Chou.csv

https://link.storjshare.io/raw/jx4tg6oytxqsvlcl57jpmcjblyoq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Michael-Browne.csv

https://link.storjshare.io/raw/jwumqud5dredejjq76ej4jkqh2lq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Michael-Burns.csv

https://link.storjshare.io/raw/jvew7ypcbc7gt4pcfbjf27rva4ma/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Nelson-L-Peralta.csv

https://link.storjshare.io/raw/ju4jy4vhzogprge2waasibgbbggq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Rachel-Hughey.csv

https://link.storjshare.io/raw/jwjl4b4a4yw3d2gremmoes57zqqa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Regina-M-Chu.csv

https://link.storjshare.io/raw/jwqlxty63v7aaznkqpu2tgusvqkq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Sarah-S-West.csv

https://link.storjshare.io/raw/jxuesrjnvruaotewiraorqvszdoa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Tamara-Garcia.csv

https://link.storjshare.io/raw/jxep4xca5zrnn6hebgeczixwzglq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Terri-Yellowhammer.csv

https://link.storjshare.io/raw/ju4sau5ahqsd7siefude2wpaxjrq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Thomas-J-Conley.csv

https://link.storjshare.io/raw/jxamr6gppokfczqnrx7ajo5w7h3a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Todd-Fellman.csv

https://link.storjshare.io/raw/jv6phwg76lqujw4cqxdgjafbpw2q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_William-H-Koch.csv

Add. 697

Url 1: link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
Url 4: drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

EXHIBIT MAC-6 | p. 4

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 5/29/2025 | Notice of Appeal | Addendum Vol. XVI
EXHIBIT MAC-6

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File:  b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 16 of 35        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

### 08-Mother's Letter Smoking Gun

https://link.storjshare.io/s/juy3nybdyx6iqkq66gbplr5teaiq/evidence/Mothers-Letter-Smoking-Gun/
https://link.storjshare.io/raw/jwhz2aatxpmmotlry6fznyb6cbna/evidence/Mothers-Letter-Smoking-Gun.zip

https://link.storjshare.io/raw/juwrryr7i336yvg6rxr2x25zqnmq/evidence/Mothers-Letter-Smoking-Gun/00__27-CR-23-2480_Correspondence_2024-04-12-14-03__p-01.png
https://link.storjshare.io/raw/jxtzknmmq5d4twiyf7r7gp27dxfa/evidence/Mothers-Letter-Smoking-Gun/00__27-CR-23-2480_Correspondence_2024-04-12-14-03__p-02.png
https://link.storjshare.io/raw/jwuxn6b2ose3qtffzqmimyribxca/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-01.png
https://link.storjshare.io/raw/jwrqizk5w5umptmbd3fxu43dfg4a/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-02.png
https://link.storjshare.io/raw/jutu2rdjylcpq76r3fqg6silqskq/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-03.png
https://link.storjshare.io/raw/juypmghghxc5qgkcpsyf53w4s52a/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-04.png
https://link.storjshare.io/raw/jx6tremtut7x7b2tcyflryaul3gq/evidence/Mothers-Letter-Smoking-Gun/02__27-CR-23-1886_Order-Denying-Defendants-Petition-to-Proceed-Pro-Se_2024-04-12-14-28.pdf
https://link.storjshare.io/raw/jve3efc2ijeids3tyjfzammesvoa/evidence/Mothers-Letter-Smoking-Gun/03__27-CR-23-2480_Correspondence_2024-04-12-16-38.pdf
https://link.storjshare.io/raw/jwfe2buberovexulatqgucbf3lsq/evidence/Mothers-Letter-Smoking-Gun/04__27-CR-23-1886_Correspondence_2024-04-12-16-42.pdf
https://link.storjshare.io/raw/jvptwrvqxi5egthmxyvdfdzkjt2q/evidence/Mothers-Letter-Smoking-Gun/debcc04a807aedc87f23cce9425380b3762a6b9ff1a3eb622e7567ccb1d764a6.png
https://link.storjshare.io/raw/jwvkqplcic7gylnwawxnzpyhkqpq/evidence/Mothers-Letter-Smoking-Gun/f609be809c4ae0091b9df8305610e26eca52e3f32b73defeef6b2893e15a1eee.png
https://link.storjshare.io/raw/jx2zc2gwwbglaeptdbzoj3kbhaja/evidence/Mothers-Letter-Smoking-Gun/SHA-256_returned-mail_740-E-17TH.csv
https://link.storjshare.io/raw/jvqcnmfmh4uxo3s2crdbqvlvfchq/evidence/Mothers-Letter-Smoking-Gun/Vongsaphay-Letter__Hash-Translations.csv
https://link.storjshare.io/raw/jwxcnz4l56hbekhzah5wvqrpwk6a/evidence/Mothers-Letter-Smoking-Gun/Vongsaphay-Letter__SHA-256.csv

### 09-People Directly Involved in Guertin's Case 27-CR-23-1886

https://link.storjshare.io/s/jwu6smq4kzcddahb3ixxy2ajcymq/evidence/People-Directly-Involved-In-Guertins-Case/
https://link.storjshare.io/raw/jxv6sr7c4zzseks7r6ue4htgvn3q/evidence/People-Directly-Involved-in-Guertins-Case.zip

https://link.storjshare.io/raw/jxbunhmjwh3d35gqj2mq55e3howa/evidence/People-Directly-Involved-In-Guertins-Case/27-CR-23-1886_guertin-docket-attorney-history.csv
https://link.storjshare.io/raw/jx4z5gp5sugf4otd6mqnf7kwkyya/evidence/People-Directly-Involved-In-Guertins-Case/Adam-Milz.txt
https://link.storjshare.io/raw/juwjpylfwd5w7dpfbye4n5c6lm5a/evidence/People-Directly-Involved-In-Guertins-Case/FOCUSED_people-involved-in-guertins-case.csv
https://link.storjshare.io/raw/ju6nqh5zpwlbzo3y7kep4rpa2toa/evidence/People-Directly-Involved-In-Guertins-Case/FOCUSED_psychological-examiner-roster.csv
https://link.storjshare.io/raw/jxvslbuwoc4i6kjwj33lckx4yrfq/evidence/People-Directly-Involved-In-Guertins-Case/Jacqueline-Perez.txt
https://link.storjshare.io/raw/jvrrsptobbjbyr5xeuclr4cdu2vq/evidence/People-Directly-Involved-In-Guertins-Case/Katheryn-Cranbrook.txt
https://link.storjshare.io/raw/jxvaetgejojlc6cntqjoimchfbaa/evidence/People-Directly-Involved-In-Guertins-Case/Kristin-Otte.txt
https://link.storjshare.io/raw/jwej46rks4cjlsedtyvfev6uhxvq/evidence/People-Directly-Involved-In-Guertins-Case/Mawerdi-Hamid.txt
https://link.storjshare.io/raw/juzg5qrpn4r74rwgrdtyrieumiiq/evidence/People-Directly-Involved-In-Guertins-Case/Raissa-Carpenter.txt

### 10-Saint Peter's Minnesota Security Hospital

https://link.storjshare.io/s/jwvlli2n7oshciycdc4hlzsflweq/evidence/Saint-Peter-Minnesota-Security-Hospital/
https://link.storjshare.io/raw/jvssx3er23cpg4t22w6hlklrutlq/evidence/Saint-Peter-Minnesota-Security-Hospital.zip

https://link.storjshare.io/raw/juucr7oczq6s3hijn5zi4hhigeua/evidence/Saint-Peter-Minnesota-Security-Hospital/Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/juyg6wgm325oecjatneftudrxx2a/evidence/Saint-Peter-Minnesota-Security-Hospital/Minnesota%20Security%20Hospital%20dba%20Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jupyojf6xg3kcfkgochfsxxg2kcq/evidence/Saint-Peter-Minnesota-Security-Hospital/Minnesota%20Security%20Hospital-Wikipedia.pdf
https://link.storjshare.io/raw/jvlxa2bbahgfiovyf3pdefe7phkq/evidence/Saint-Peter-Minnesota-Security-Hospital/Saint-Peter.txt

Add. 698

Url 1: link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
Url 4: drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

EXHIBIT MAC-6 | p. 5

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 5/29/2025 | Notice of Appeal | Addendum Vol. XVI
EXHIBIT MAC-6

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File: b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 17 of 35        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

https://link.storjshare.io/raw/jwzp57fzb67iqrehmipmjn3ep7fa/evidence/Saint-Peter-Minnesota-Security-Hospital/St-Peter.txt

### 11-USPS Returned Mail Fraud
https://link.storjshare.io/s/jxhrc32fcyzwupkfufv5rx6zjklq/evidence/USPS-Mail-Fraud/
https://link.storjshare.io/raw/jx74g3buiw3c7e2fxvpjm7pputea/evidence/USPS-Mail-Fraud.zip

https://link.storjshare.io/raw/jvcpw5nfvunb45herfqsako73eoq/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_1010-CURRY-Ave.csv
https://link.storjshare.io/raw/jubhsvh5uvjmsdqx26s5fgdrsaia/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_740-E-17TH.csv
https://link.storjshare.io/raw/jxufdtgvrnu2pcl46dt7hhhqs45a/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_scans_duplicate-hash.csv
https://link.storjshare.io/raw/jx4ibnneenabwww2xi332lodn26q/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_scans.csv
https://link.storjshare.io/raw/jvl2dmmxf46jjxo4r5g3adawvyua/evidence/USPS-Mail-Fraud/SHA-256_returned-mail.csv
https://link.storjshare.io/raw/jvjgnvpb3ycm3kx56oyml4mzifna/evidence/USPS-Mail-Fraud/USPS_ImageGrids_Hash-List.csv

https://link.storjshare.io/raw/jwcy2cm3q3dl3lgi2aycalwrokuq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-01.png
https://link.storjshare.io/raw/jvzlmuojhz63vnyrokozud7ghjba/evidence/USPS-Mail-Fraud/USPS_ImageGrid-02.png
https://link.storjshare.io/raw/jwyrz3g25wn72re7jywok72h6e7q/evidence/USPS-Mail-Fraud/USPS_ImageGrid-03.png
https://link.storjshare.io/raw/jucmrk5tpryg4izqgv3sbwvu7osq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-04.png
https://link.storjshare.io/raw/jvl2nwj366pmjhlnetr2yyvwfgtq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-05.png
https://link.storjshare.io/raw/juhtvhoa3n243obmu5hy3zqzw3mq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-06.png
https://link.storjshare.io/raw/jvx4miv5mrsdidhjfsi7qp3ljgra/evidence/USPS-Mail-Fraud/USPS_ImageGrid-07.png
https://link.storjshare.io/raw/jx6npcqujj7z5du3qhktjkfiexiq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-08.png
https://link.storjshare.io/raw/jx2ux7ku2np3rolww5zvwt5dmdda/evidence/USPS-Mail-Fraud/USPS_ImageGrid-09.png
https://link.storjshare.io/raw/jwcskehkojkzzvz7psiufcvdyfca/evidence/USPS-Mail-Fraud/USPS_ImageGrid-10.png
https://link.storjshare.io/raw/juqzxcydw6clmk2x4i4r6vr4lcza/evidence/USPS-Mail-Fraud/USPS_ImageGrid-11.png
https://link.storjshare.io/raw/jx2flggczwn24z4z5ld22j2qzsqq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-12.png
https://link.storjshare.io/raw/jx5nf3h6cblmhlxpxi7tz4kutppq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-13.png
https://link.storjshare.io/raw/jxlnu3tzelhoy36mvl6vphpoghqa/evidence/USPS-Mail-Fraud/USPS_ImageGrid-14.png
https://link.storjshare.io/raw/jwwbbja4rvxrt5cyjvav6d6mp5ra/evidence/USPS-Mail-Fraud/USPS_ImageGrid-15.png
https://link.storjshare.io/raw/ju2dsmgj2pegn4zsa7gefjc4b5ma/evidence/USPS-Mail-Fraud/USPS_ImageGrid-16.png
https://link.storjshare.io/raw/ju2cvq74brgkyezfdceeig22cfyq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-17.png
https://link.storjshare.io/raw/jxcattmqdq4qly32xkwdvyef4noq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-18.png
https://link.storjshare.io/raw/jxlkmaju5hubwcyyshlhakvd2gfq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-19.png
https://link.storjshare.io/raw/judzx2f7ylgky7f6tpuvooozrvtq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-20.png
https://link.storjshare.io/raw/jxnvyrsffdmczqwzcqytpiowx3eq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-21.png
https://link.storjshare.io/raw/jxvxyyemjkireodj5e5hhap7443a/evidence/USPS-Mail-Fraud/USPS_ImageGrid-22.png
https://link.storjshare.io/raw/jwafeqpalp5jsitvmjtyt6m3ebqa/evidence/USPS-Mail-Fraud/USPS_ImageGrid-23.png
https://link.storjshare.io/raw/jwf5j7lg655iztykkcl2th5bc6la/evidence/USPS-Mail-Fraud/USPS_ImageGrid-24.png

### 12-Image Based Court Filings
https://link.storjshare.io/s/juiiwacatbtaeacn3wo4327vzuhq/evidence/Image-Based-Court-Filings/
https://link.storjshare.io/raw/jvmqngqepmwybtid7gb3pvwnadsq/evidence/Image-Based-Court-Filings.zip

https://link.storjshare.io/s/jvtfpppgl6ualtjvzqpkncjzbyfq/evidence/Image-Based-Court-Filings/e9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/
https://link.storjshare.io/raw/jwzgizttwfd6szwxp27vhfo2w52q/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/8-PDFs-Linked.csv
https://link.storjshare.io/raw/jxju2h5eyxxuqmf4w7ycxinmofoq/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-20-27550_Notice_of_Intent_to_Prosecute_2021-12-10_20240430090712.zip
https://link.storjshare.io/raw/jwngcuchwyxrkdlbgvnj7gfysvva/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-20-423_Witness_List_2022-09-29_20240430084802.zip
https://link.storjshare.io/raw/juhvk2hsahjvpbmmmqrlcj6mudtq/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-20-423_Witness_List_2022-10-03_20240430084801.zip

Add. 699

Url 1: link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
Url 4: drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

EXHIBIT MAC-6 | p. 6

# 5/29/2025 | Notice of Appeal | Addendum Vol. XVI
EXHIBIT MAC-6

203__Notice of Appeal__Add-Vol-XVI__2025-05-29.pdf

SHA-256 Hash of Source File:  b204eb9a54783b6b71aa9f1dc0d6bd3fb4ea576772acbc9b8e4cd3d5c60c4cbd

Page: 18 of 35         [ source file ]         [ .ots timestamp of source file ]         [ pdf signatures ]         [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
5/29/2025 12:45 PM

https://link.storjshare.io/raw/jwzreepeqlww7kwh5k4hz377fdfq/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-21-8412_Witness_List_2023-06-26_20240430081742.zip

https://link.storjshare.io/raw/jwu7nkfsusyjbgztvg5jdblta74a/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-21-8412_Witness_List_2023-07-10_20240430081741.zip

https://link.storjshare.io/raw/jxjcl2ms6sukmxhmdxtfqweqtiuq/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-22-13941_Witness_List_2022-11-16_20240429161319.zip

https://link.storjshare.io/raw/jvfydbwct5ifx3dtjwwt3dln3njq/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-22-24357_Dismissal_by_Prosecuting_Attorney_2023-05-01_20240429164301.zip

https://link.storjshare.io/raw/jwwj54vg2g2pnmdefvvhxlpoomwq/evidence/Image-Based-Court-Filings%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-22-4239_Notice_of_Motion_and_Motion_2023-04-24_20240429035807.zip

https://link.storjshare.io/s/jxhi772pacpn4fj6javkf3nuo5jq/evidence/Image-Based-Court-Filings/Image-Based-PDFs/

https://link.storjshare.io/raw/jua2yogwa3bbxzkj26uidy6fzs4q/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-17-1555_Notice_of_Intent_to_Prosecute_2017-02-23_20240430093602.zip

https://link.storjshare.io/raw/jxgsjjxph267jblsrw6cu3ecfzla/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-18-19274_Correspondence_for_Judicial_Approval_2019-09-05_20240430093102.zip

https://link.storjshare.io/raw/jvpwri7uod4maxf5hcjbcextquxa/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-19-12466_Order-Other_2020-03-25_20240430091846.zip

https://link.storjshare.io/raw/jvcg6cyqzarndoakjay6f2ovwpjq/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-19-19606_Demand_or_Request_for_Discovery_2019-08-16_20240430092109.zip

https://link.storjshare.io/raw/jv7j4suwn7cqjg6lhezauy5pw4la/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-19-22615_Correspondence_2023-12-20_20240430092157.zip

https://link.storjshare.io/raw/jwkvfh6bqy76k7lkvbr2afjv5aza/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-20-1893_Order_Appointing_Forensic_Navigator_2024-04-19_20240430084852.zip

https://link.storjshare.io/raw/jvnpxgxeybm76zyymd2yigw4yr2q/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-20-3244_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430085012.zip

https://link.storjshare.io/raw/jwtrvjelm227ja45z3bh4xjsb7va/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-21-1977_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430075604.zip

https://link.storjshare.io/raw/jvjttbuxtqaa2kciu4i5bag7dfoa/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-21-1978_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430075715.zip

Add. 700

Url 1: link.storjshare.io/raw/jvnawg2kjt724vvwk6orcqmzdrzq/file/EXHIBIT MAC-6_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/0e4e7eb7-585d-461f-88b4-6a586b5f2dd3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b6ee5b1d-da64-45dc-a1ac-8e283e26976f.pdf
Url 4: drive.proton.me/urls/Y2V532EHV0#PINUDAKEdFeS

EXHIBIT MAC-6 | p. 7