# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF CONTINUING FORWARD WITH UNLAWFUL PROCEEDINGS** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

1

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
               Appellees.

## I.   INTRODUCTION

Appellant moves for judicial notice under Fed. R. Evid. 201 of discrete, objective facts concerning mailed notice of a scheduled hearing, corresponding Minnesota Court Records Online (MCRO) docket entries, and a subsequently mailed Rule 20.01 order. The facts are capable of accurate and ready determination from the face of the documents themselves (with embedded hashes/links) and

2

official docket printouts. Judicial notice is sought to clarify the record on appeal without altering it. See Fed. R. App. P. 10(e), 27.

## II.   FACTS FOR JUDICIAL NOTICE

**A.   |   Mailed Notice of October 7, 2025 Hearing (USPS)**

1. On August 6, 2025, a notice addressed to Appellant was mailed via USPS regarding a hearing set for October 7, 2025; the envelope scan shows an August 6, 2025 postage date.

2. The contents reflect a "Notice of Hearing and Judicial Assignment" for Case No. 27-CR-23-1886; enlarged images identify "Probate/Mental Health Division."

**B.   |   MCRO Docket Entry Reflecting Hearing Setting and Case Details**

**1.** An MCRO "Case Details (Register of Actions)" printout for 27-CR-23-1886, retrieved August 22, 2025, lists an "Upcoming Hearing: 10/07/2025 at 1:30 PM."

**2.** The same printout reflects the case title "State of Minnesota vs MATTHEW DAVID GUERTIN," judicial officer "Hudleston, Sarah," and status "Open."

**C.   |   MCRO Docket Entry Reflecting Hearing Setting and Case Details**

**1.** On September 9, 2025, a mailing to Appellant was postmarked containing a Rule 20.01 Order; the exhibit includes scans of the postmarked envelope and the order.

## III.  LEGAL STANDARD

### A.  |  Judicial Notice on Appeal

The Court may take notice of facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d).

Courts routinely notice court dockets, filed affidavits of service, agency/business records (including postal receipts), and notices of appearance to clarify the record. See Fed. R. App. P. 10(e), 27.

## IV.  REQUEST FOR JUDICIAL NOTICE

### A.  |  Specific Facts for Notice

**1.** That a USPS-mailed notice to Appellant dated August 6, 2025 set a hearing for October 7, 2025 in Case No. 27-CR-23-1886, as shown by the envelope postage date and included notice pages.

**2.** That MCRO reflected, as of August 22, 2025, an upcoming hearing on October 7, 2025 at 1:30 PM for Case No. 27-CR-23-1886, with judicial officer listed as Sarah Hudleston and case status "Open."

**3.** That on September 9, 2025 a Rule 20.01 Order was mailed to Appellant, as evidenced by the postmarked envelope and included order scan..

**4.** Appellant requests notice of the existence and objective attributes of the above mailings and docket entries solely to accurately characterize the record on appeal, without modifying any underlying text. See Fed. R. App. P. 10(e).

## V.   RELIEF REQUESTED

**1.**   Grant this Motion for Judicial Notice.

**2.**   Take judicial notice of the discrete facts enumerated in Section IV.

**3.**   Grant such further relief as is just and appropriate to ensure the record accurately reflects the noticed facts.

## VI.   ATTACHED EXHIBITS

**1.**   **EXHIBIT EMG-A**

USPS-mailed "Notice of Hearing and Judicial Assignment" for October 7, 2025 hearing; envelope scan showing August 6, 2025 postage; enlarged images identifying division; with hash/OTS/source links.

**2.**   **EXHIBIT EMG-B**

MCRO "Case Details (Register of Actions)" for Case No. 27-CR-23-1886 captured August 22, 2025, showing "Upcoming Hearing: 10/07/2025 at 1:30 PM" and associated case information.

**3.**   **EXHIBIT EMG-C**

Postmarked (Sept. 9, 2025) mailing to Appellant containing a Rule 20.01 Order; scans of envelope and order; with hash/OTS/source links.

**Dated:  October 4, 2025**                                   *Respectfully submitted,*

   */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIALNOTICE OF CONTINUING FORWARD WITH UNLAWFUL PROCEEDINGS contains 576 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                     *Respectfully submitted,*

                                           */s/ Matthew D. Guertin*

                                           Matthew David Guertin
                                           ***Appellant Pro Se***
                                           4385 Trenton Ln. N 202
                                           Plymouth, MN  55442
                                           Telephone: 763-221-4540
                                           MattGuertin@protonmail.com
                                           www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**  *Respectfully submitted,*

   */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN 55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com