# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF APPEARANCE, RECUSAL HISTORY, AND POST APPEARANCE DOCKET ACTIVITY** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

| | |
|---|---|
| **LEE CUELLAR,**<br>Judicial Clerk, 4th District;<br>**MAWERDI HAMID,**<br>Assistant Hennepin County Attorney;<br>**JACQUELINE PEREZ,**<br>Assistant Hennepin County Attorney;<br>**EMMETT M. DONNELLY,**<br>Hennepin County Public Defender;<br>**RAISSA CARPENTER,**<br>Hennepin County Public Defender;<br>**SHEREEN ASKALANI,**<br>Judge, 4th District;<br>**DR. JILL ROGSTAD,**<br>Senior Clinical Forensic Psychologist;<br>**DR. ADAM MILZ,**<br>Hennepin County Psychological Services;<br>**DR. KATHERYN CRANBROOK,**<br>Hennepin County Psychological Services;<br>**DR. KRISTEN A. OTTE,**<br>Hennepin County Psychological Services;<br>**MICHAEL K. BROWNE,**<br>Judge, 4th District;<br>**LISA K. JANZEN,**<br>Judge, 4th District;<br>**CAROLINA A. LAMAS,**<br>Judge, 4th District;<br>**JOHN DOES 1–50;**<br>**JANE DOES 1–50,**<br>      Appellees. | |

## I.   INTRODUCTION

Appellant moves under Fed. R. Evid. 201 and Fed. R. App. P. 27 for judicial notice of (A) objective, docketed facts of appearance, service, and subsequent judicial activity; and (B) the statutory meaning of "kidnapping," "abduction," and actions taken "under color of law." The request is confined to who/what/when facts on official records and to the text of governing law, offered to clarify chronology,

2

notice, and the legal meaning of terms without alleging misconduct or asking the Court to draw merits inferences.

## II.  FACTS FOR JUDICIAL NOTICE

A.  |  **Notice of Appearance and Representation**

**1.**  On July 1, 2025, the Minnesota Attorney General's Office (AAG Benjamin Harringa) appeared in D. Minn. No. 25-cv-2670 and stated representation of 23 of the 30 named defendants. The represented group includes Hennepin County Fourth Judicial District judicial officers and court leadership, as well as Governor Tim Walz and Minnesota Attorney General Keith Ellison.

**2.**  Named and represented court leadership includes Chief Judge Kerry W. Meyer and Chief Criminal Judge Hilary Caligiuri.

B.  |  **Recusal and Later Case Activity**

**1.**  Judge Julia Dayton Klein filed a recusal in 27-CR-23-1886 on July 15, 2024 (Index 95).

**2.**  After the July 1, 2025 appearance, Judge Julia Dayton Klein subsequently acted in the same criminal case (e.g., entries on and after July 3, 2025, including Index 215).

C.  |  **Service and Actual Notice**

**1.**  On August 1, 2025, USPS-confirmed service of filings in the Eighth Circuit appeal (No. 25-2476) was filed into the appellate docket and directed to the Minnesota Attorney General's Office.

**2.**  The MCRO register for 27-CR-23-1886 reflects post-July 1, 2025 filings and orders by judicial officers who, per the July 1 appearance, are represented defendants.

## III. LEGAL STANDARD

### A. | Judicial Notice

**1.** Courts may notice facts not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, including official dockets and filed appearances. Fed. R. Evid. 201(b), (f).

**2.** Courts may also notice the text of statutes and rules as law.

## IV. REQUEST FOR JUDICIAL NOTICE

### A. | Specific Facts

**1.** The July 1, 2025 Notice of Appearance by the Minnesota Attorney General's Office (AAG Benjamin Harringa) on behalf of 23 defendants in D. Minn. No. 25-cv-2670, including Governor Tim Walz, Attorney General Keith Ellison, Chief Judge Kerry W. Meyer, Chief Criminal Judge Hilary Caligiuri, Judge Julia Dayton Klein, and other Hennepin County judicial officers.

**2.** Judge Julia Dayton Klein's July 15, 2024 recusal in 27-CR-23-1886 (Index 95) and her subsequent, post-July 1, 2025 participation in that case (e.g., entries on and after July 3, 2025, including Index 215).

**3.** The August 1, 2025 USPS-confirmed service filed in No. 25-2476 (Eighth Circuit) directed to the Minnesota Attorney General's Office.

**4.** Post-July 1, 2025 MCRO docket entries reflecting continued case activity by represented judicial officers in 27-CR-23-1886.

**B.  |  Definitions for Context (Law to be Noticed)**

**1.** "Under color of law" refers to actions taken while clothed with official authority, including misuse of power made possible by that authority.

**2.** "Kidnapping" and "abduction" encompass the unlawful seizing, confining, inveigling, decoying, or carrying away of a person and holding that person for ransom, reward, or otherwise; both capture non-consensual restraint of liberty. See, e.g., 18 U.S.C. § 1201.

**3.** Federal civil-rights and anti-racketeering statutes prohibit conspiracies or acts under color of law that deprive persons of rights or use schemes (including mail/wire) in furtherance of wrongful restraint of liberty. See, e.g., 18 U.S.C. §§ 241, 242, 1341, 1343, 1962; 42 U.S.C. § 1983.

**4.** These statutory definitions are noticed as law only and are included to clarify the meaning of terms used in this motion.

## V.  RELIEF REQUESTED

**1.** Take judicial notice of the facts in Section IV.A (appearance, recusal and post-appearance activity, service, and docket chronology) and of the legal definitions in Section IV.B.

**2.** Consider these noticed items solely to clarify chronology, notice, representation, and the objective legal meaning of "kidnapping," "abduction," and "under color of law," without adjudicating disputed merits.

**3.** Grant such further relief as is just and appropriate.

**Dated: October 4, 2025**                     *Respectfully submitted,*

                                                 /s/ Matthew D. Guertin

                                                Matthew David Guertin
                                                ***Appellant Pro Se***
                                                4385 Trenton Ln. N 202
                                                Plymouth, MN  55442
                                                Telephone: 763-221-4540
                                                MattGuertin@protonmail.com
                                                www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF APPEARANCE, RECUSAL HISTORY, AND POST-APPEARANCE DOCKET ACTIVITY contains 679 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                                   *Respectfully submitted,*

                                                                                                 */s/ Matthew D. Guertin*

                                                                                                Matthew David Guertin
                                                                                                ***Appellant Pro Se***
                                                                                                4385 Trenton Ln. N 202
                                                                                                Plymouth, MN  55442
                                                                                                Telephone: 763-221-4540
                                                                                                MattGuertin@protonmail.com
                                                                                                www.MattGuertin.com

# VIII.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.


**Dated:  October 4, 2025**　　　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　　　 */s/ Matthew D. Guertin*

　　　　　　　　　　　　　　　　　　　　Matthew David Guertin
　　　　　　　　　　　　　　　　　　　　***Appellant Pro Se***
　　　　　　　　　　　　　　　　　　　　4385 Trenton Ln. N 202
　　　　　　　　　　　　　　　　　　　　Plymouth, MN  55442
　　　　　　　　　　　　　　　　　　　　Telephone: 763-221-4540
　　　　　　　　　　　　　　　　　　　　MattGuertin@protonmail.com
　　　　　　　　　　　　　　　　　　　　www.MattGuertin.com