# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br><br> Appellant, <br><br> v. <br><br> **TIM WALZ,** <br> Governor of Minnesota; <br><br> **KEITH ELLISON,** <br> Minnesota Attorney General; <br><br> **HENNEPIN COUNTY,** <br> a municipal entity; <br><br> **MARY MORIARTY,** <br> Hennepin County Attorney; <br><br> **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; <br><br> **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; <br><br> **KERRY W. MEYER,** <br> Chief Judge, 4th District; <br><br> **BRUCE M. RIVERS,** <br> Private Defense Counsel; <br><br> **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; <br><br> **ALISHA NEHRING,** <br> MN Department of Health Attorney; <br><br> **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; <br><br> **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; <br><br> **SARAH HUDLESTON,** <br> Judge, 4th District; <br><br> **WILLIAM H. KOCH,** <br> Judge, 4th District; <br><br> **JULIA DAYTON-KLEIN,** <br> Judge, 4th District; <br><br> **DANIELLE C. MERCURIO,** <br> Judge, 4th District; <br><br> **GEORGE F. BORER,** <br> Referee, 4th District; | Case No: 25-2476 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **EXHIBIT LIST** |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.   EXHIBITS ATTACHED TO THIS FILING

    **1.**    **EXHIBIT EMG-A**

8/6/2025 | USPS Notice of October 7, 2025 Hearing Mailed to Appellant

Envelope Scan showing August 6, 2025 USPS Postage Date

Notice of Hearing and Judicial Assignment for October 7, 2025 Hearing | Case No. 27-CR-23-1886

Enlarged Images of USPS August 6, 2025 Postage, and "Probate/Mental Health Division"

2. **EXHIBIT EMG-B**

   8/22/2025 | MCRO Case Docket for Appellant's Case 27-CR-23-1886

   Case Details (Register of Actions) | State of Minnesota vs MATTHEW DAVID GUERTIN | 27-CR-23-1886

3. **EXHIBIT EMG-C**

   9/9/2025 Postmarked Rule 20.01 Order Mailed to Appellant

   Image scan of Postmarked Envelope and image scan of Rule 20.01 Order

| | |
|---|---|
| **Dated: Octber 4, 2025** | *Respectfully submitted,* |
| |  */s/ Matthew D. Guertin* |
| | Matthew David Guertin |
| | ***Appellant Pro Se*** |
| | 4385 Trenton Ln. N 202 |
| | Plymouth, MN  55442 |
| | Telephone: 763-221-4540 |
| | MattGuertin@protonmail.com |
| | www.MattGuertin.com |

3

## II.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                              *Respectfully submitted,*

                                             */s/ Matthew D. Guertin*

                                             Matthew David Guertin
                                             ***Appellant Pro Se***
                                             4385 Trenton Ln. N 202
                                             Plymouth, MN  55442
                                             Telephone: 763-221-4540
                                             MattGuertin@protonmail.com
                                             www.MattGuertin.com