**EXHIBIT EMG-A**

# 8/6/2025 | USPS Notice of October 7, 2025 Hearing Mailed to Appellant
EXHIBIT EMG-A

Aug-6th-Court-Letter__Oct-7th-Hearing-Date-01_.pdf
SHA-256 Hash of Source File:  4a4eaac1ae38918a7e6413e515cfdf4aa72f1d806208e08c3f3e433bcb6537fe
Page: 1 of 4         [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/jwfpky6mbpe6lf572ywj74of4wvq/file/EXHIBIT EMG-A_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/d529713c-9331-4b27-9265-34c79c0ef363.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/a091979f-1b1c-408c-bda0-d96129dba46d.pdf
Url 4: drive.proton.me/urls/7PSQVG4VAR#zdlV3MVNQYQh

EXHIBIT EMG-A | p. 1

Aug-6th-Court-Letter__Oct-7th-Hearing-Date-01_.pdf
SHA-256 Hash of Source File:  4a4eaac1ae38918a7e6413e515cfdf4aa72f1d806208e08c3f3e433bcb6537fe
Page: 2 of 4       [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

State of Minnesota
Hennepin County

District Court
Fourth Judicial District

State of Minnesota vs MATTHEW DAVID GUERTIN

Court File: 27-CR-23-1886

MATTHEW DAVID GUERTIN
4385 Trenton Lane N
UNIT 202
Plymouth MN  55442

## Notice of Remote Hearing and Judicial Assignment

| | Your next court hearing is: | |
|---|---|---|
| 10/7/2025<br>Hearing<br>1:30 PM | with | District Court Judge<br>Lori Skibbie<br>GC-C857 |

The hearing will be held via Zoom and appearance will be by video and audio unless otherwise directed.

- If you do not appear for this hearing, a warrant may issue for your arrest.  If you fail to appear for a petty misdemeanor, a conviction may be entered.
- Plan to join the hearing 5 minutes early to allow time to connect audio and video.
- Court may take a few hours – please plan for this.
- If you cannot afford to hire a lawyer and want to apply for a court-appointed attorney, go to 4thcourtspde.courts.state.mn.us or scan the QR code to start the application. 
- If you represent yourself, visit www.mncourts.gov/Help-Topics/Representing-Yourself-in-Court.aspx.
- If you are appearing on a traffic offense, have your driver's license and proof of insurance available.
- If you are paying a fine, online payments can be made with a credit or debit card at www.mncourts.gov/pay-a-fine.
- You can receive automatic reminders of future court dates via email or text. Visit www.mncourts.gov/hearing-ereminders.aspx or scan the QR code to enroll. 

**Before your hearing date:**
1. Visit www.mncourts.gov/Remote-Hearings for more information and options for joining remote hearings.
2. Test Zoom at this website: https://courts-state-mn-us.zoomgov.com/test.

**On the day of the hearing, to join by internet:**
1. Go to https://zoomgov.com/join.
2. Enter the **Meeting ID and Meeting Password (if asked): Meeting ID: 160 223 0876**
3. **Passcode: 1234**
4. Update your name by clicking the options on your Zoom square.

---

Url 1: link.storjshare.io/raw/jwfpky6mbpe6lf572ywj74of4wvq/file/EXHIBIT EMG-A_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/d529713c-9331-4b27-9265-34c79c0ef363.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/a091979f-1b1c-408c-bda0-d96129dba46d.pdf
Url 4: drive.proton.me/urls/7PSQVG4VAR#zdlV3MVNQYQh

EXHIBIT EMG-A | p. 2

# 8/6/2025 | USPS Notice of October 7, 2025 Hearing Mailed to Appellant
EXHIBIT EMG-A

Aug-6th-Court-Letter__Oct-7th-Hearing-Date-01_.pdf
SHA-256 Hash of Source File:  4a4eaac1ae38918a7e6413e515cfdf4aa72f1d806208e08c3f3e433bcb6537fe
Page: 3 of 4          [ source file ]         [ .ots timestamp of source file ]        [ metadata ]

5. Click the **Join Audio** button in the lower left-hand corner of your screen.
6. Click 🎥 to **Share Video**.
7. Click 🎤 to **Unmute** (you may need to tap screen to activate icons).

**To join by telephone (if you can't join by internet):**
Know how to mute your phone when you are not speaking and unmute it to speak.
1. Call Toll-Free: 1-833-568-8864
2. Enter the **Meeting ID and Meeting Password (if asked): Meeting ID: 160 223 0876**
3. **Passcode: 1234**
4. To **Unmute** press *6

I received a copy of this notice.

_____     _____
Defendant's Signature                                    Date

If you have questions or your contact information changes, call 612-348-6000.

Url 1: link.storjshare.io/raw/jwfpky6mbpe6lf572ywj74of4wvq/file/EXHIBIT EMG-A_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/d529713c-9331-4b27-9265-34c79c0ef363.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/a091979f-1b1c-408c-bda0-d96129dba46d.pdf
Url 4: drive.proton.me/urls/7PSQVG4VAR#zdlV3MVNQYQh

**EXHIBIT EMG-A | p. 3**

# 8/6/2025 | USPS Notice of October 7, 2025 Hearing Mailed to Appellant
EXHIBIT EMG-A

Aug-6th-Court-Letter__Oct-7th-Hearing-Date-01_.pdf
SHA-256 Hash of Source File: 4a4eaac1ae38918a7e6413e515cfdf4aa72f1d806208e08c3f3e433bcb6537fe
Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]




Url 1: link.storjshare.io/raw/jwfpky6mbpe6lf572ywj74of4wvq/file/EXHIBIT EMG-A_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/d529713c-9331-4b27-9265-34c79c0ef363.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/a091979f-1b1c-408c-bda0-d96129dba46d.pdf
Url 4: drive.proton.me/urls/7PSQVG4VAR#zdlV3MVNQYQh

**EXHIBIT EMG-A | p. 4**