# EXHIBIT EMG-B

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886
### EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 1 of 26      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**MINNESOTA**
**JUDICIAL BRANCH**

**MINNESOTA COURT RECORDS ONLINE (MCRO)**

---

## Case Details (Register of Actions)

Search executed on 08/22/2025 07:42 PM

---

**Upcoming Hearing:**
Hearing on **10/07/2025** at **1:30 PM**

---

### Case Information

**Case Number:**  27-CR-23-1886
**Case Title:**  State of Minnesota vs MATTHEW DAVID GUERTIN
**Case Type:**  Crim/Traf Mandatory
**Date Filed:**  01/24/2023
**Case Location:**  Hennepin County, Hennepin Criminal Downtown
**Judicial Officer:**  Hudleston, Sarah
**Case Status:**  Open

### Related Cases

27-MH-PR-23-815

---

### Party Information

**Jurisdiction**
**State of Minnesota**

**Attorneys Active**
- **HAMID, MAWERDI AHMED - Lead Attorney**
- ARNESON, THOMAS STUART
- COLE, JUDITH L
- MURPHY, ELIZABETH DORENE
- PROCHAZKA, THOMAS JAMES

**Attorneys Inactive**
- COLE, JUDITH L
- MANEWITZ, THOMAS FRANKLIN
- PEREZ, JACQUELINE

---

**Defendant**
**GUERTIN, MATTHEW DAVID**
DOB:  07/17/1981
Plymouth, MN 55442

**Self-Represented Litigant**
**Attorneys Active**
- **CARPENTER, RAISSA - Lead Attorney**
- DONNELLY, EMMETT MATTHEW

**Attorneys Inactive**
- RIVERS, BRUCE MICHAEL

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 1**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Case Search - Minnesota Court Records Online (MCRO)                https://publicaccess.courts.state.mn.us/CaseSearch

---

### Charges

**1**  Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality          **Statute:**  609.66.1a(a)(3)

**Additional Statute:**  Dangerous Weapons-Other Offenses (609.66.1a(b)(2))

**Level of Charge:**  Felony

**Offense Date:**  01/21/2023

**Community Of Offense:**  Minnetonka

**Law Enforcement Agency:**  Minnetonka Police Department

**Prosecuting Agency:**  Hennepin County Attorney

**2**  Firearm-Serial Number-Receive/Possess With No Serial Number          **Statute:**  609.667(3)

**Additional Statute:**  Firearms-Removal or Alteration of Serial Number (609.667)

**Level of Charge:**  Felony

**Offense Date:**  01/21/2023

**Community Of Offense:**  Minnetonka

**Law Enforcement Agency:**  Minnetonka Police Department

**Prosecuting Agency:**  Hennepin County Attorney

**3**  Firearm-Serial Number-Receive/Possess With No Serial Number          **Statute:**  609.667(3)

**Additional Statute:**  Firearms-Removal or Alteration of Serial Number (609.667)

**Level of Charge:**  Felony

**Offense Date:**  01/21/2023

**Community Of Offense:**  Minnetonka

**Law Enforcement Agency:**  Minnetonka Police Department

**Prosecuting Agency:**  Hennepin County Attorney

**4**  Firearm-Serial Number-Receive/Possess With No Serial Number          **Statute:**  609.667(3)

**Additional Statute:**  Firearms-Removal or Alteration of Serial Number (609.667)

**Level of Charge:**  Felony

**Offense Date:**  01/21/2023

**Community Of Offense:**  Minnetonka

**Law Enforcement Agency:**  Minnetonka Police Department

**Prosecuting Agency:**  Hennepin County Attorney

---

### Interim Conditions

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 2**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 3 of 26      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | |
|---|---|
| **01/25/2023** | **Interim conditions for GUERTIN, MATTHEW DAVID**<br>Judicial Officer:  Norris, Lyonel<br><br>• Post Bail or Bond with Conditions<br>  $50,000.00<br>• No alcohol/controlled substance use<br>• Make all future court appearances<br>• Remain law-abiding<br>• No use or possession of firearms or dangerous weapons |
| 01/24/2023 | Interim conditions for GUERTIN, MATTHEW DAVID<br>Judicial Officer:  Wahl, Edward Thomas<br>Expiration Date:  01/25/2023<br><br>• Post Bail or Bond with Conditions<br>  $50,000.00<br>• No alcohol/controlled substance use<br>• Make all future court appearances<br>• Remain law-abiding<br>• No use or possession of firearms or dangerous weapons |

## Case Assignments

### Current Case Assignment

Judicial Assignment:  Hudleston, Sarah
Date of Assignment:  01/30/2025

### Prior Case Assignments

Judicial Assignment:  Quam, Jay
Date of Assignment:  01/25/2023
Reassignment Reason:  Reassigned

Date of Assignment:  01/24/2023
Reassignment Reason:  Initial Assignment

## Case Events

| | | |
|---|---|---|
| **08/04/2025** | Order Regarding Request for Rule 20 Extension<br>Judicial Officer:  Koch, William H.<br>Index #220 | *2 pages* |
| **07/31/2025** | Notice of Remote Hearing with Instructions<br>Index #219 | *2 pages* |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 3**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 4 of 26      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **07/31/2025** | Request for Continuance<br>Index #218 | |
| **07/23/2025** | Rule 20 Progress Report<br>Index #217 | |
| **07/10/2025** | Notice of Forensic Navigator Assignment<br>Index #216 | 📄<br>*1 page* |
| **07/03/2025** | Order Regarding Request for Rule 20 Extension<br>Judicial Officer:  Dayton Klein, Julia<br>Index #215 | 📄<br>*2 pages* |
| **07/02/2025** | Notice of Remote Hearing with Instructions<br>Index #214 | 📄<br>*2 pages* |
| **07/02/2025** | Request for Continuance<br>Index #213 | |
| **06/23/2025** | Rule 20 Progress Report<br>Index #212 | |
| **05/30/2025** | Order-Other<br>Judicial Officer:  Hudleston, Sarah<br>Index #205 | 📄<br>*2 pages* |
| **05/30/2025** | Appellate Notice of Case Filing<br>Index #204 | 📄<br>*1 page* |
| **05/29/2025** | Notice of Appeal<br>Index #211 | 📄<br>*51 pages* |
| **05/29/2025** | Notice of Appeal<br>Index #210 | 📄<br>*51 pages* |
| **05/29/2025** | Notice of Appeal<br>Index #209 | 📄<br>*50 pages* |
| **05/29/2025** | Notice of Appeal | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 4**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 5 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| | | |
|---|---|---|
| | Index #208 | 📄 |
| | | 7 pages |
| **05/29/2025** | Notice of Appeal<br>Index #207 | 📄 |
| | | 30 pages |
| **05/29/2025** | Notice of Appeal<br>Index #206 | 📄 |
| | | 40 pages |
| **05/29/2025** | Notice of Appeal<br>Index #203 | 📄 |
| | | 35 pages |
| **05/29/2025** | Notice of Appeal<br>Index #202 | 📄 |
| | | 38 pages |
| **05/29/2025** | Notice of Appeal<br>Index #201 | 📄 |
| | | 46 pages |
| **05/29/2025** | Notice of Appeal<br>Index #200 | 📄 |
| | | 43 pages |
| **05/29/2025** | Notice of Appeal<br>Index #199 | 📄 |
| | | 45 pages |
| **05/29/2025** | Notice of Appeal<br>Index #198 | 📄 |
| | | 50 pages |
| **05/29/2025** | Notice of Appeal<br>Index #197 | 📄 |
| | | 51 pages |
| **05/29/2025** | Notice of Appeal<br>Index #196 | 📄 |
| | | 47 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 5**

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 6 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                 https://publicaccess.courts.state.mn.us/CaseSearch

| Date | Description | | |
|---|---|---|---|
| **05/29/2025** | Notice of Appeal<br>Index #195 | 📄 | _51 pages_ |
| **05/29/2025** | Notice of Appeal<br>Index #194 | 📄 | _51 pages_ |
| **05/29/2025** | Notice of Appeal<br>Index #193 | 📄 | _51 pages_ |
| **05/29/2025** | Notice of Appeal<br>Index #192 | 📄 | _33 pages_ |
| **05/07/2025** | Notice of Motion and Motion<br>Index #191 | 📄 | _15 pages_ |
| **05/07/2025** | Notice of Motion and Motion<br>Index #190 | 📄 | _54 pages_ |
| **05/03/2025** | Transcript<br>Index #189 | 📄 | _20 pages_ |
| **04/29/2025** | Order Appointing Forensic Navigator<br>Judicial Officer:  Hudleston, Sarah<br>Index #188 | 📄 | _2 pages_ |
| **04/29/2025** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer:  Hudleston, Sarah<br>Index #187 | 📄 | _3 pages_ |
| **04/29/2025** | Notice of Hearing<br>Index #186 | 📄 | _1 page_ |
| **04/29/2025** | Notice of Hearing<br>Index #185 | 📄 | _1 page_ |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 6**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 7 of 26      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                 https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **04/29/2025** | Hearing Held In-Person | |
| **04/28/2025** | Other Document<br>Index #184 | 📄<br>*102 pages* |
| **04/28/2025** | Other Document<br>Index #183 | 📄<br>*89 pages* |
| **04/28/2025** | Other Document<br>Index #182 | 📄<br>*161 pages* |
| **04/28/2025** | Other Document<br>Index #181 | 📄<br>*145 pages* |
| **04/28/2025** | Other Document<br>Index #180 | 📄<br>*137 pages* |
| **04/28/2025** | Other Document<br>Index #179 | 📄<br>*141 pages* |
| **04/28/2025** | Other Document<br>Index #178 | 📄<br>*48 pages* |
| **04/28/2025** | Other Document<br>Index #177 | 📄<br>*197 pages* |
| **04/28/2025** | Other Document<br>Index #176 | 📄<br>*586 pages* |
| **04/28/2025** | Other Document<br>Index #175 | 📄<br>*775 pages* |
| **04/28/2025** | Other Document<br>Index #174 | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 7**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 8 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)          https://publicaccess.courts.state.mn.us/CaseSearch

|  |  |  |
|---|---|---|
|  |  | 259 pages |
| **04/28/2025** | Other Document Index #173 | 73 pages |
| **04/28/2025** | Other Document Index #172 | 79 pages |
| **04/28/2025** | Other Document Index #171 | 76 pages |
| **04/28/2025** | Other Document Index #170 | 77 pages |
| **04/28/2025** | Other Document Index #169 | 76 pages |
| **04/28/2025** | Other Document Index #168 | 78 pages |
| **04/28/2025** | Other Document Index #167 | 76 pages |
| **04/28/2025** | Other Document Index #166 | 23 pages |
| **04/28/2025** | Other Document Index #165 | 9 pages |
| **04/28/2025** | Other Document Index #164 | 5 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 8**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 9 of 26       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| 04/28/2025 | Other Document<br>Index #163 | 📄 |
| | | 358 pages |
| 04/28/2025 | Other Document<br>Index #162 | 📄 |
| | | 8 pages |
| 04/28/2025 | Other Document<br>Index #161 | 📄 |
| | | 21 pages |
| 04/28/2025 | Other Document<br>Index #160 | 📄 |
| | | 16 pages |
| 04/28/2025 | Other Document<br>Index #159 | 📄 |
| | | 5 pages |
| 04/28/2025 | Other Document<br>Index #158 | 📄 |
| | | 18 pages |
| 04/28/2025 | Other Document<br>Index #157 | 📄 |
| | | 251 pages |
| 04/28/2025 | Other Document<br>Index #156 | 📄 |
| | | 122 pages |
| 04/28/2025 | Other Document<br>Index #155 | 📄 |
| | | 63 pages |
| 04/28/2025 | Other Document<br>Index #154 | 📄 |
| | | 50 pages |
| 04/28/2025 | Other Document<br>Index #153 | 📄 |
| | | 61 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 9**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886
## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 10 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)          https://publicaccess.courts.state.mn.us/CaseSearch

| Date | Document | | Pages |
|------|----------|---|-------|
| 04/28/2025 | Other Document<br>Index #152 | 📄 | 61 pages |
| 04/28/2025 | Other Document<br>Index #151 | 📄 | 5 pages |
| 04/28/2025 | Other Document<br>Index #150 | 📄 | 61 pages |
| 04/28/2025 | Other Document<br>Index #149 | 📄 | 126 pages |
| 04/28/2025 | Other Document<br>Index #148 | 📄 | 7 pages |
| 04/28/2025 | Other Document<br>Index #147 | 📄 | 11 pages |
| 04/28/2025 | Other Document<br>Index #146 | 📄 | 126 pages |
| 04/28/2025 | Affidavit-Other<br>Index #145 | 📄 | 37 pages |
| 04/28/2025 | Other Document<br>Index #144 | 📄 | 126 pages |
| 04/28/2025 | Other Document<br>Index #143 | 📄 | 126 pages |
| 04/28/2025 | Other Document<br>Index #142 | 📄 | 92 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 10**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 11 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                 https://publicaccess.courts.state.mn.us/CaseSearch

| Date | Document | | Pages |
|---|---|---|---|
| 04/28/2025 | Affidavit-Other<br>Index #141 | 📄 | 21 pages |
| 04/28/2025 | Other Document<br>Index #140 | 📄 | 101 pages |
| 04/28/2025 | Other Document<br>Index #139 | 📄 | 76 pages |
| 04/28/2025 | Other Document<br>Index #138 | 📄 | 80 pages |
| 04/28/2025 | Other Document<br>Index #137 | 📄 | 55 pages |
| 04/28/2025 | Other Document<br>Index #136 | 📄 | 62 pages |
| 04/28/2025 | Other Document<br>Index #135 | 📄 | 77 pages |
| 04/23/2025 | Transcript<br>Index #134 | 📄 | 15 pages |
| 04/21/2025 | Petition to Proceed as ProSe Counsel<br>Index #133 | 📄 | 110 pages |
| 04/17/2025 | Notice of Hearing<br>Index #132 | 📄 | 1 page |
| 04/17/2025 | Hearing Held In-Person | | |
| 04/16/2025 | Motion to Dismiss<br>Index #131 | | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 11**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 12 of 26          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)          https://publicaccess.courts.state.mn.us/CaseSearch

|  |  |  |
|---|---|---|
|  |  | 📄 50 pages |
| 04/14/2025 | Exhibit List Index #130 | 📄 36 pages |
| 04/14/2025 | Exhibit List Index #129 | 📄 46 pages |
| 04/10/2025 | Exhibit List Index #128 | 📄 153 pages |
| 04/03/2025 | Order-Other Judicial Officer:  Koch, William H. Index #127 | 📄 4 pages |
| 04/03/2025 | Found Competent Judicial Officer:  Koch, William H. |  |
| 03/05/2025 | Taken Under Advisement Judicial Officer:  Koch, William H. Index #126 |  |
| 03/05/2025 | Hearing Held In-Person |  |
| 02/28/2025 | Exhibit List Index #125 | 📄 23 pages |
| 02/28/2025 | Exhibit List Index #124 | 📄 76 pages |
| 02/28/2025 | Exhibit List Index #123 | 📄 92 pages |
| 02/28/2025 | Exhibit List Index #122 | 📄 75 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 12**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

---

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 13 of 26          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **02/12/2025** | Returned Mail<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #121 | 📄<br>*2 pages* |
| **01/31/2025** | Notice of Case Reassignment<br>Judicial Officer:  Hudleston, Sarah<br>Index #120 | 📄<br>*1 page* |
| **01/30/2025** | Notice of Hearing<br>Index #119 | 📄<br>*1 page* |
| **01/14/2025** | Demand or Request for Discovery<br>Index #118 | 📄<br>*8 pages* |
| **12/30/2024** | Other Document<br>Index #117 | 📄<br>*2 pages* |
| **12/30/2024** | Notice of Motion and Motion<br>Index #116 | 📄<br>*20 pages* |
| **12/27/2024** | Notice of Motion and Motion<br>Index #115 | 📄<br>*19 pages* |
| **12/26/2024** | Notice of Motion and Motion<br>Index #114 | 📄<br>*12 pages* |
| **12/23/2024** | Notice of Motion and Motion<br>Index #113 | 📄<br>*50 pages* |
| **12/20/2024** | Rule 20 Evaluation Report<br>Index #112 | |
| **12/20/2024** | Rule 20 Report Distributed | |
| **12/08/2024** | Notice of Forensic Navigator Assignment<br>Index #111 | 📄<br>*1 page* |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 13**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 14 of 26        [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **10/15/2024** | Notice of Hearing<br>Index #110 | 📄<br>*1 page* |
| **10/15/2024** | Order Appointing Forensic Navigator<br>Judicial Officer:  Askalani, Shereen<br>Index #109 | 📄<br>*2 pages* |
| **10/15/2024** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer:  Askalani, Shereen<br>Index #108 | 📄<br>*3 pages* |
| **10/15/2024** | Probable Cause Found | |
| **10/15/2024** | Notice of Remote Hearing with Instructions<br>Index #107 | 📄<br>*2 pages* |
| **10/15/2024** | Order Granting Public Defender<br>Judicial Officer:  Askalani, Shereen<br>Index #106 | |
| **10/15/2024** | Hearing Held In-Person | |
| **10/01/2024** | Hearing Held Remote | |
| **10/01/2024** | Motion<br>Judicial Officer:  Koch, William H.<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #105 | |
| **10/01/2024** | Notice of Hearing<br>Index #104 | 📄<br>*1 page* |
| **10/01/2024** | Order-Other<br>Judicial Officer:  Koch, William H.<br>Index #103 | |
| **10/01/2024** | Order Granting Public Defender<br>Judicial Officer:  Koch, William H.<br>Index #102 | |
| **09/25/2024** | Request for Continuance Needing Judicial Approval<br>Index #101 | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 14**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 15 of 26       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)              https://publicaccess.courts.state.mn.us/CaseSearch

*5 pages*

| | | |
|---|---|---|
| **09/25/2024** | Notice of Motion and Motion<br>Index #100 | 📄<br>*131 pages* |
| **09/11/2024** | Rule 20 Progress Report<br>Index #99 | |
| **07/18/2024** | Notice of Remote Hearing with Instructions<br>Index #98 | 📄<br>*2 pages* |
| **07/16/2024** | Request for Continuance<br>Index #97 | |
| **07/16/2024** | Hearing Held Hybrid | |
| **07/16/2024** | Rule 20 Progress Report<br>Index #96 | |
| **07/15/2024** | Order to Recuse<br>Judicial Officer:  Dayton Klein, Julia<br>Index #95 | 📄<br>*1 page* |
| **07/02/2024** | Appellate Court Order<br>Index #94 | 📄<br>*5 pages* |
| **06/04/2024** | Motion<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #93 | 📄<br>*14 pages* |
| **06/03/2024** | Correspondence<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #92 | 📄<br>*1 page* |
| **06/03/2024** | Motion<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #91 | 📄<br>*4 pages* |
| **06/03/2024** | Notice of Motion and Motion<br>Party:  Defendant GUERTIN, MATTHEW DAVID | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 15**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File: 8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 16 of 26          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| | | |
|---|---|---|
| | Index #90 | 📄 |
| | | 5 pages |
| **05/30/2024** | Order Denying Fee Waiver<br>Index #89 | 📄<br>1 page |
| **05/30/2024** | Notice of Motion and Motion<br>Index #88 | 📄<br>14 pages |
| **05/30/2024** | Taken Under Advisement<br>Judicial Officer: Dayton Klein, Julia<br>Index #87 | |
| **05/28/2024** | Notice of Motion and Motion<br>Index #86 | 📄<br>2 pages |
| **05/28/2024** | Notice of Motion and Motion<br>Index #85 | 📄<br>11 pages |
| **05/28/2024** | Notice of Motion and Motion<br>Index #84 | 📄<br>34 pages |
| **05/28/2024** | Notice of Motion and Motion<br>Index #83 | 📄<br>36 pages |
| **05/28/2024** | Notice of Motion and Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #82 | 📄<br>7 pages |
| **05/23/2024** | Order Denying Fee Waiver<br>Judicial Officer: Dayton Klein, Julia<br>Index #81 | 📄<br>1 page |
| **05/23/2024** | Affidavit of Service<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #80 | 📄<br>7 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 16**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 17 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)              https://publicaccess.courts.state.mn.us/CaseSearch

| 05/23/2024 | Correspondence Party:  Defendant GUERTIN, MATTHEW DAVID Index #79 | | |
| --- | --- | --- | --- |
| 05/23/2024 | Motion Party:  Defendant GUERTIN, MATTHEW DAVID Index #78 | 📄 *11 pages* | 📄 *16 pages* |
| 05/23/2024 | Affidavit to Request Fee Waiver Party:  Defendant GUERTIN, MATTHEW DAVID Index #77 | | |
| 05/23/2024 | Affidavit of Service Party:  Defendant GUERTIN, MATTHEW DAVID Index #76 | 📄 *4 pages* | |
| 05/20/2024 | Exhibit List Index #73 | 📄 *1 page* | |
| 05/17/2024 | Affidavit of Service Index #75 | 📄 *1 page* | |
| 05/17/2024 | Other Document Index #74 | 📄 *5 pages* | |
| 05/16/2024 | Affidavit of Service Index #57 | 📄 *7 pages* | |
| 05/15/2024 | Other Document Index #72 | | |
| 05/15/2024 | Other Document Index #71 | 📄 *53 pages* | |
| 05/15/2024 | Other Document Index #70 | 📄 *42 pages* | |
| 05/15/2024 | Other Document Index #69 | | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 17**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File: 8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 18 of 26      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Case Search - Minnesota Court Records Online (MCRO) | https://publicaccess.courts.state.mn.us/CaseSearch |

<table>
<tr><td></td><td></td><td>📄<br>52 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #68</td><td>📄<br>49 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #67</td><td>📄<br>49 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #66</td><td>📄<br>44 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #65</td><td>📄<br>32 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #64</td><td>📄<br>45 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #63</td><td>📄<br>49 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #62</td><td>📄<br>16 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #61</td><td>📄<br>11 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #60</td><td>📄<br>5 pages</td></tr>
<tr><td>**05/15/2024**</td><td>Other Document<br>Index #59</td><td>📄<br>1 page</td></tr>
</table>

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 18**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 19 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                 https://publicaccess.courts.state.mn.us/CaseSearch

| Date | Description | | Pages |
|------|-------------|---|-------|
| 05/15/2024 | Notice of Appeal<br>Index #58 | 📄 | 21 pages |
| 05/14/2024 | Other Document<br>Index #56 | 📄 | 5 pages |
| 05/14/2024 | Other Document<br>Index #55 | 📄 | 11 pages |
| 05/14/2024 | Other Document<br>Index #54 | 📄 | 16 pages |
| 05/14/2024 | Other Document<br>Index #52 | 📄 | 4 pages |
| 05/13/2024 | Appellate Notice of Case Filing<br>Index #51 | 📄 | 1 page |
| 05/10/2024 | Notice of Appeal<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #53 | 📄 | 21 pages |
| 05/10/2024 | Other Document<br>Index #50 | 📄 | 53 pages |
| 05/10/2024 | Other Document<br>Index #49 | 📄 | 52 pages |
| 05/10/2024 | Other Document<br>Index #48 | 📄 | 45 pages |
| 05/10/2024 | Other Document<br>Index #47 | 📄 | 42 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 19**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 20 of 26       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                 https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **05/10/2024** | Other Document<br>Index #46 | 📄<br>*52 pages* |
| **05/10/2024** | Other Document<br>Index #45 | 📄<br>*49 pages* |
| **05/10/2024** | Other Document<br>Index #44 | 📄<br>*49 pages* |
| **05/10/2024** | Other Document<br>Index #43 | 📄<br>*44 pages* |
| **05/10/2024** | Other Document<br>Index #42 | 📄<br>*32 pages* |
| **05/10/2024** | Other Document<br>Index #41 | 📄<br>*49 pages* |
| **05/09/2024** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer:  Dayton Klein, Julia<br>Index #40 | 📄<br>*2 pages* |
| **05/06/2024** | Other Document<br>Index #39 | 📄<br>*43 pages* |
| **05/06/2024** | Other Document<br>Index #38 | 📄<br>*148 pages* |
| **05/03/2024** | Affidavit-Other<br>Index #37 | 📄<br>*31 pages* |
| **05/03/2024** | Correspondence<br>Index #36 | 📄<br>*3 pages* |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

EXHIBIT EMG-B | p. 20

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 21 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| 05/03/2024 | Notice of Change of Address<br>Index #35 | |
| --- | --- | --- |
| | | 1 page |
| 04/12/2024 | Correspondence<br>Index #34 | |
| | | 1 page |
| 04/12/2024 | Order Denying Motion<br>Judicial Officer:  Dayton Klein, Julia<br>Index #33 | |
| | | 2 pages |
| 04/12/2024 | Taken Under Advisement<br>Judicial Officer:  Dayton Klein, Julia<br>Index #32 | |
| 04/12/2024 | Correspondence<br>Index #31 | |
| | | 4 pages |
| 04/09/2024 | Affidavit-Other<br>Index #30 | |
| | | 213 pages |
| 04/04/2024 | Motion<br>Party:  Defendant GUERTIN, MATTHEW DAVID<br>Index #29 | |
| | | 40 pages |
| 04/03/2024 | Notice of Motion and Motion<br>Index #28 | |
| | | 271 pages |
| 04/03/2024 | Petition to Proceed as ProSe Counsel<br>Index #27 | |
| | | 8 pages |
| 01/17/2024 | Finding of Incompetency and Order<br>Judicial Officer:  Mercurio, Danielle<br>Index #25 | |
| | | 4 pages |
| 01/16/2024 | Notice of Remote Hearing with Instructions<br>Index #26 | |
| | | 2 pages |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 21**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 22 of 26          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **01/16/2024** | Found Incompetent<br>Judicial Officer:  Mercurio, Danielle | |
| **01/16/2024** | Waiver of Appearance<br>Index #24 | |
| **01/11/2024** | Rule 20 Evaluation Report<br>Index #23 | |
| **01/11/2024** | Rule 20 Report Distributed | |
| **01/05/2024** | Demand or Request for Discovery<br>Index #22 | 📄<br>*1 page* |
| **11/15/2023** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer:  Dayton Klein, Julia<br>Index #21 | 📄<br>*2 pages* |
| **07/13/2023** | Order-Other<br>Judicial Officer:  Borer, George<br>Index #20 | 📄<br>*7 pages* |
| **07/13/2023** | Finding of Incompetency and Order<br>Judicial Officer:  Borer, George<br>Index #19 | 📄<br>*7 pages* |
| **07/13/2023** | Found Incompetent<br>Judicial Officer:  Borer, George | |
| **07/07/2023** | Taken Under Advisement<br>Judicial Officer:  Borer, George<br>Index #18 | |
| **07/07/2023** | Hearing Held In-Person | |
| **06/14/2023** | Taken Under Advisement<br>Judicial Officer:  Dayton Klein, Julia<br>Index #17 | |
| **06/14/2023** | Order for Continuance<br>Index #16 | 📄<br>*1 page* |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 22**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 23 of 26          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                  https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| **04/04/2023** | Request for Continuance<br>Index #15 | |
| **03/28/2023** | Request for Continuance<br>Party:  Attorney RIVERS, BRUCE MICHAEL<br>Index #14 | |
| **03/28/2023** | Hearing Held Remote | |
| **03/27/2023** | Request for Continuance Needing Judicial Approval<br>Index #13 | 📄<br>*1 page* |
| **03/10/2023** | Rule 20 Report Distributed | |
| **03/10/2023** | Rule 20 Evaluation Report<br>Index #12 | |
| **02/20/2023** | Request for Continuance Needing Judicial Approval<br>Index #11 | 📄<br>*1 page* |
| **02/20/2023** | Demand or Request for Discovery<br>Index #10 | 📄<br>*1 page* |
| **02/20/2023** | Certificate of Representation<br>Index #9 | 📄<br>*1 page* |
| **01/26/2023** | Pre-Plea Worksheet<br>Index #8 | |
| **01/26/2023** | Notice of Hearing<br>Index #7 | 📄<br>*1 page* |
| **01/25/2023** | Law Enforcement Notice of Release and Appearance<br>Index #6 | 📄<br>*1 page* |
| **01/25/2023** | Non-Cash Bond Posted<br>Index #5 | 📄<br>*2 pages* |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 23**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 24 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | | |
|---|---|---|
| 01/25/2023 | Probable Cause Found | |
| 01/25/2023 | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer:  Norris, Lyonel<br>Index #4 | 📄<br>*2 pages* |
| 01/25/2023 | Statement of Rights<br>Index #3 | |
| 01/25/2023 | Hearing Held In-Person | |
| 01/25/2023 | Identity Verified | |
| 01/24/2023 | Pretrial Release Evaluation Form<br>Index #2 | |
| 01/24/2023 | E-filed Comp-Order for Detention<br>Index #1 | 📄<br>*Unknown pages* |

---

## Hearings

### Upcoming Hearings

**10/07/2025    01:30 PM**          Hearing
                                    Judicial Officer: Skibbie, Lori
                                    Location: GC-C857

                                    Date Updated: 07/31/2025
                                    Reset by Court to 10/07/2025 01:30 PM - By agreement

                                    Date Updated: 07/02/2025
                                    Reset by Court to 08/05/2025 01:30 PM - By agreement

                                    Original Hearing Date: 07/15/2025 09:00 AM

### Previous Hearings

**04/29/2025    11:00 AM**          Omnibus Hearing                    **Result:** Held On the Record
                                    Judicial Officer: Hudleston, Sarah
                                    Location: GC-C1057

**04/17/2025    08:45 AM**          Omnibus Hearing                    **Result:** Held On the Record
                                    Judicial Officer: Hudleston, Sarah
                                    Location: GC-C1055

                                    Date Updated: 01/31/2025

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 24**

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886

## EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)

SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f

Page: 25 of 26        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

| | | | |
|---|---|---|---|
| | | Reset by Court to 04/17/2025 08:45 AM - Session/Hearing | |
| | | Moved Same Date/Time - Not Rescheduled | |
| | | | |
| | | Original Hearing Date: 04/17/2025 08:45 AM | |
| **03/05/2025** | **10:30 AM** | Evidentiary Hearing | **Result:** Held On the Record |
| | | Judicial Officer: Koch, William H. | |
| | | Location: GC-C457 | |
| | | | |
| | | Date Updated: 02/27/2025 | |
| | | Reset by Court to 03/05/2025 10:30 AM - Other | |
| | | | |
| | | Original Hearing Date: 03/05/2025 10:30 AM | |
| **01/07/2025** | **08:45 AM** | Omnibus Hearing | |
| | | Judicial Officer: Quam, Jay | |
| | | Location: GC-C1459 | |
| | | Cancelled; Other | |
| **12/31/2024** | **01:30 PM** | Hearing | |
| | | Judicial Officer: Skibbie, Lori | |
| | | Location: GC-C857 | |
| | | Cancelled; Other | |
| | | | |
| | | Date Updated: 12/19/2024 | |
| | | Reset by Court to 12/31/2024 01:30 PM - By agreement | |
| | | | |
| | | Date Updated: 10/15/2024 | |
| | | Reset by Court to 12/31/2024 01:30 PM - Other | |
| | | | |
| | | Original Hearing Date: 12/17/2024 01:30 PM | |
| **10/15/2024** | **01:31 PM** | Hearing | **Result:** Held On the Record |
| | | Judicial Officer: Askalani, Shereen | |
| | | Location: PSF 141 | |
| **10/01/2024** | **01:30 PM** | Hearing | **Result:** Held On the Record |
| | | Judicial Officer: Koch, William H. | |
| | | Location: GC-C457 | |
| | | | |
| | | Date Updated: 07/16/2024 | |
| | | Reset by Court to 10/01/2024 01:30 PM - By agreement | |
| | | | |
| | | Original Hearing Date: 09/24/2024 01:30 PM | |
| **07/16/2024** | **01:30 PM** | Review Hearing | **Result:** Held On the Record |
| | | Judicial Officer: Koch, William H. | |
| | | Location: GC-C457 | |
| | | | |
| | | Date Updated: 07/16/2024 | |
| | | Reset by Court to 07/16/2024 01:30 PM - Judge Recusal | |
| | | | |
| | | Original Hearing Date: 07/16/2024 01:30 PM | |
| **01/16/2024** | **01:30 PM** | Review Hearing | |
| | | Judicial Officer: Mercurio, Danielle | |

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

**EXHIBIT EMG-B | p. 25**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 8/22/2025 | MCRO Case Docket for Appellant·s Case 27-CR-23-1886
### EXHIBIT EMG-B

[27-CR-23-1886_Case Search-Minnesota Court Records Online_MCRO_2025-08-22.pdf](#)
SHA-256 Hash of Source File:  8a7a7f355037077f22db59d99c8ecf812504ce0b6c72cd2dfd96108588cbc26f
Page: 26 of 26      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Case Search - Minnesota Court Records Online (MCRO)                    https://publicaccess.courts.state.mn.us/CaseSearch

|  |  |  |  |
|---|---|---|---|
|  |  | Location: GC-C556 |  |
|  |  | Cancelled; Other |  |
| 07/07/2023 | 10:30 AM | Evidentiary Hearing<br>Judicial Officer: Borer, George<br>Location: GC-C456 | **Result:** Held On the Record |
| 06/14/2023 | 09:00 AM | Evidentiary Hearing<br>Judicial Officer: Dayton Klein, Julia<br>Location: GC-C559 | **Result:** Held Off the Record |
| 04/11/2023 | 01:30 PM | Review Hearing<br>Judicial Officer: Dayton Klein, Julia<br>Location: GC-C559<br>Cancelled; Other |  |
|  |  | Date Updated: 04/04/2023<br>Reset by Court to 04/11/2023 01:30 PM - By agreement |  |
|  |  | Original Hearing Date: 04/04/2023 01:30 PM |  |
| 04/04/2023 | 11:00 AM | Omnibus Hearing<br>Judicial Officer: Quam, Jay<br>Location: GC-C1459<br>Cancelled; Other |  |
|  |  | Date Updated: 02/21/2023<br>Reset by Court to 04/04/2023 11:00 AM - Session/Hearing<br>Moved Same Date/Time - Not Rescheduled |  |
|  |  | Original Hearing Date: 02/22/2023 01:30 PM |  |
| 03/28/2023 | 01:30 PM | Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556 | **Result:** Held On the Record |
| 01/25/2023 | 01:30 PM | First Appearance<br>Judicial Officer: Norris, Lyonel<br>Location: PSF 141 | **Result:** Held On the Record |

---

**Bond/Bail Activity**

---

**Appearance Bond**
GUERTIN, MATTHEW DAVID
01/25/2023          Status: Posted
              $50,000.00

---

Search executed on 08/22/2025 07:42 PM

**Url 1:** link.storjshare.io/raw/jurwsnh2cben2674c3fkzinpndoa/file/EXHIBIT EMG-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/68ce6efa-d6c4-4e5d-914e-aa19e17b05e4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/94082a73-2405-40c4-9890-1d4980993d9a.pdf
**Url 4:** drive.proton.me/urls/GK23WFD33C#SYXKQzfE6s8f

<span style="color:red">**EXHIBIT EMG-B | p. 26**</span>