**EXHIBIT EMG-C**

# 9/9/2025 Postmarked Rule 20.01 Order Mailed to Appellant
EXHIBIT EMG-C

USPS-Rule-20.01-Scan__2025-09-09.pdf  
SHA-256 Hash of Source File: 982aec582d58ad42a73392a43f82545cbe3ea84ef7ad406d39f3367050306037  
Page: 1 of 2         [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/jx5eqmiw22uzn4qtge7ohw7dc6eq/file/EXHIBIT EMG-C_files.pdf  
Url 2: MnCourtFraud.Substack.com/api/v1/file/28741fab-8e9f-4704-b636-29c96447d539.pdf  
Url 3: Matt1Up.Substack.com/api/v1/file/35402949-6d1d-4e4a-9790-c762cfaee36c.pdf  
Url 4: drive.proton.me/urls/8J76KPXCBC#EWagEe0rjpi4

**EXHIBIT EMG-C | p. 1**

# 9/9/2025 Postmarked Rule 20.01 Order Mailed to Appellant
EXHIBIT EMG-C

[USPS-Rule-20.01-Scan__2025-09-09.pdf](#)

SHA-256 Hash of Source File: 982aec582d58ad42a73392a43f82545cbe3ea84ef7ad406d39f3367050306037

Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



**MINNESOTA JUDICIAL BRANCH**
FOURTH JUDICIAL DISTRICT • HENNEPIN COUNTY

**PSYCHOLOGICAL SERVICES**
300 S. 6th Street, Suite C-509, Minneapolis MN 55487-0351
Scheduling Line - 612-540-7303

September 8, 2025

Matthew Guertin
4385 Trenton Lane N., Unit 202
Plymouth, MN 55442

Dear Matthew Guertin,

The Court has ordered you to participate in a psychological evaluation. **Please contact the scheduling office within 24 hours of receiving this letter to make an appointment and to avoid delays in your case.** You can either call or email us to reach the scheduling staff. Scheduling hours are Monday through Friday, excluding holidays, from 8:30 am to 4:30pm.

Phone: 612-540-7303
Email: 4thPsychServicesCMScheduling@courts.state.mn.us

If you receive our voicemail, please leave your name and phone number and we will call back as soon as we are available.

Sincerely,

Psychological Services
Hennepin County District Court

KC

Url 1: link.storjshare.io/raw/jx5eqmiw22uzn4qtge7ohw7dc6eq/file/EXHIBIT EMG-C_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/28741fab-8e9f-4704-b636-29c96447d539.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/35402949-6d1d-4e4a-9790-c762cfaee36c.pdf
Url 4: drive.proton.me/urls/8J76KPXCBC#EWagEe0rjpi4

**EXHIBIT EMG-C | p. 2**