## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**MATTHEW D. GUERTIN**

                        Appellant,

   v.

**TIM WALZ,**
Governor of Minnesota;

**KEITH ELLISON,**
Minnesota Attorney General;

**HENNEPIN COUNTY,**
a municipal entity;

**MARY MORIARTY,**
Hennepin County Attorney;

**JUDITH COLE,**
Sr. Assistant Hennepin County Attorney;

**MICHAEL BERGER,**
Chief Public Defender, Hennepin County;

**KERRY W. MEYER,**
Chief Judge, 4th District;

**BRUCE M. RIVERS,**
Private Defense Counsel;

**CHELA GUZMAN-WIEGERT,**
Assistant County Administrator;

**ALISHA NEHRING,**
MN Department of Health Attorney;

**HILARY CALIGIURI,**
Presiding Criminal Judge, 4th District;

**TODD FELLMAN,**
Presiding Juvenile Judge, 4th District;

**SARAH HUDLESTON,**
Judge, 4th District;

**WILLIAM H. KOCH,**
Judge, 4th District;

**JULIA DAYTON-KLEIN,**
Judge, 4th District;

**DANIELLE C. MERCURIO,**
Judge, 4th District;

**GEORGE F. BORER,**
Referee, 4th District;

Case No: 25-2476

**MOTION FOR JUDICIAL
OF EVENTS COINCIDING
WITH APPELLANT'S CASE
IN THIS COURT**

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                              Appellees.

---

## I.  INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, chronological facts drawn from contemporaneous public news reports and a federal court CM/ECF communication that align in time with milestones in Appellant's Eighth Circuit case (docketed July 25, 2025; notice of appearance filed July 29, 2025; emergency TRO motion filed August 5, 2025). These facts are capable of

accurate and ready determination from the face of the attached materials and are offered solely to clarify the record's timeline without altering it. See Fed. R. App. P. 10(e), 27.

## II.   FACTS FOR JUDICIAL NOTICE

**A.  |  Appellate Case Milestones**

    1.      Appellant's appeal, No. 25-2476, was docketed on July 25, 2025.

    2.      Appellant filed a notice of appearance on July 29, 2025

    3.      Appellant filed an Emergency Motion for Temporary Restraining Order on August 5, 2025

**B.  |  Public Reporting on July 29, 2025**

    1.      On July 29, 2025, KSTP published a report on a cyberattack against the City of St. Paul; the article states officials detected suspicious activity on "Friday" preceding the report (i.e., July 25, 2025), and notes activation of the Minnesota National Guard and a local emergency declaration.

**C.  |  Federal Judiciary Reporting on August 6, 2025**

    **1.**      On August 6, 2025, POLITICO published an exclusive reporting "Federal court filing system hit in sweeping hack," describing a multi-state incident affecting federal court systems.

## III.   LEGAL STANDARD

**A.  |  Judicial Notice on Appeal**

A court may notice facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d).

Appellate courts routinely notice court dockets, CM/ECF communications, and widely circulated news reports for the limited purpose of establishing dates of publication and the occurrence of reported events, to clarify the record's chronology. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

**A.   | Specific Items for Notice**

**1.**     The dates of Appellant's Eighth Circuit docketing (July 25, 2025), notice of appearance (July 29, 2025), and emergency TRO filing (August 5, 2025).

**2.**     The publication on July 29, 2025 of the KSTP report on the St. Paul cyberattack, including the article's statement that suspicious activity was detected on Friday (July 25, 2025).

**3.**     The August 6, 2025 POLITICO report titled "Federal court filing system hit in sweeping hack."

**4.**     The August 13, 2025 CM/ECF email from the U.S. District Court for the District of Minnesota referencing "Sealed Documents in CM/ECF."

**5.**     Notice is sought solely as to the existence, dates, and contents evident on the face of the cited items, without any inference of causation or adjudication of disputed issues.

## V. RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice.

**2.** Take notice of the discrete facts identified in Section IV to clarify the record's timeline without modifying any underlying filing.

**3.** Grant such further relief as is just and appropriate.

## VI. ATTACHED EXHIBITS

**1.** **EXHIBIT CHR-1**

July 29, 2025 KSTP article: "Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul," with references to suspicious activity detected Friday (July 25, 2025).

**2.** **EXHIBIT CHR-2**

Highlighted/annotated reproduction of CHR-1 showing date/time and Friday reference.

**3.** **EXHIBIT CHR-3**

August 6, 2025 POLITICO article: "Federal court filing system hit in sweeping hack."

**4.** **EXHIBIT CHR-4**

August 13, 2025 CM/ECF email: "U.S. District Court, District of Minnesota — Sealed Documents in CM/ECF."

**Dated:  October 4, 2025**

*Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
*Appellant Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VII. CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL OF EVENTS COINCIDING WITH APPELLANT'S CASE IN THIS COURT contains 562 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                    *Respectfully submitted,*

                                               *  /s/ Matthew D. Guertin *

                                               Matthew David Guertin
                                               *Appellant Pro Se*
                                               4385 Trenton Ln. N 202
                                               Plymouth, MN  55442
                                               Telephone: 763-221-4540
                                               MattGuertin@protonmail.com
                                               www.MattGuertin.com

## VIII.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

Benjamin W. Harringa
*Assistant Attorney General*
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2134
benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

Margaret E. Jacot
*Assistant Attorney General*
Suite 1100
445 Minnesota Street
Saint Paul, MN 55101
margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated:  October 4, 2025**                              *Respectfully submitted,*

                                                         */s/ Matthew D. Guertin*

                                                         Matthew David Guertin
                                                         *Appellant Pro Se*
                                                         4385 Trenton Ln. N 202
                                                         Plymouth, MN  55442
                                                         Telephone: 763-221-4540
                                                         MattGuertin@protonmail.com
                                                         www.MattGuertin.com

# EXHIBIT CHR-1

# Cyberattack against St. Paul - KSTP.com 5 Eyewitness News

EXHIBIT CHR-1

Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul - KSTP.com 5 Eyewitness News.pdf

SHA-256 Hash of Source File:  7aa4d8bf1a1b733d50d600158fe2e6a1b78e560baaa34940bdc15666a45ed65d

Page: 1 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**Severe Weather:**
Air Quality Alert and 2 more alerts

# Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul

**Morgan Reddekopp & KSTP staff**
Updated: 2 hours ago
Published: July 29, 2025 - 10:54 AM



St. Paul hit by cyberattack

Local, state and federal agencies are investigating a cyberattack against the City of St. Paul.

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

**EXHIBIT CHR-1 | p. 1**

# Cyberattack against St. Paul - KSTP.com 5 Eyewitness News

EXHIBIT CHR-1

[Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul - KSTP.com 5 Eyewitness News.pdf](#)

SHA-256 Hash of Source File:  7aa4d8bf1a1b733d50d600158fe2e6a1b78e560baaa34940bdc15666a45ed65d

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Gov. Tim Walz on Tuesday announced he has activated the Minnesota National Guard to assist in the response to the attack, at the city's request.

According to the Governor's Office, "the magnitude and complexity of the cybersecurity incident have exceeded the city's response capacity."

At a news conference on Tuesday, St. Paul Mayor Melvin Carter said the city has declared a local state of emergency to address the attack. The city also retained two national firms and activated its emergency operations center.

Cybersecurity protection systems initially detected suspicious activity on the city's network on Friday, Carter said.

"This wasn't a system glitch or technical error," he said. "This was a deliberate, coordinated, digital attack, carried out by a sophisticated external actor, intentionally and criminally targeting our city's information infrastructure."

"We are the victims of a serious crime," added Jaime Wascalus, director of the city's Office of Technology and Communications. "In response, we have mobilized local, state and federal partners to support our investigation and response efforts. This incident remains active and we continue to assess it in real time."

Several agencies are investigating the attack, including the FBI.

The city, on Monday, fully shut down its information systems "as a

Url 1: link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
Url 4: drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# Cyberattack against St. Paul - KSTP.com 5 Eyewitness News

EXHIBIT CHR-1

[Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul - KSTP.com 5 Eyewitness News.pdf](#)

SHA-256 Hash of Source File:  7aa4d8bf1a1b733d50d600158fe2e6a1b78e560baaa34940bdc15666a45ed65d

Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

defensive measure to contain the threat."

The disruptions are affecting access to online services and internal systems. The city added that some of its services may be temporarily delayed or unavailable. Carter added that 911 services are working as normal, though there have been "back-end challenges."



Local state of emergency declared for cyberattack on City of St Paul



**⚠ City Experiencing Unplanned Technology Disruptions**

The City of Saint Paul is currently experiencing unplanned technology disruptions affecting access to some online services and internal systems. Some City services may be temporarily delayed or unavailable. If you have an emergency, please call 911 on a mobile device. We are working to restore full functionality as quickly as possible. Thank you for your patience and understanding.

Other impacts include loss of Wi-Fi in city buildings, disruptions to the libraries' collections management systems and suspension of network access for several internal applications.

While city officials have not shared what information was accessed, and if anyone's personal information was part of it, there are steps to take if people connected to the city have concerns.

**RELATED: [Cybersecurity breach victims: What you should do](#)**

If you go and check your credit score right now, there's probably going to be nothing on there, but having credit monitoring in case information like

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

**EXHIBIT CHR-1 | p. 3**

# Cyberattack against St. Paul - KSTP.com 5 Eyewitness News

EXHIBIT CHR-1

Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul - KSTP.com 5 Eyewitness News.pdf

SHA-256 Hash of Source File:  7aa4d8bf1a1b733d50d600158fe2e6a1b78e560baaa34940bdc15666a45ed65d

Page: 4 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

your name and social security numbers were [involved] that would be very good to implement," Brian Halbach, president of Good Guy Hackers LLC, said.

Halbach's job is to try and hack their client's cyber security measures — both virtual and physical — and says he's worked with cities in the past. He has no connection to what's unfolding in St. Paul.

Halbach says something as simple as protecting your passwords is a great step.

"If you use the same password for the City of St. Paul login portal and you use that for something else, make sure that they are unique and different, because the attackers, if they get that password, they will just try it everywhere they can," Halbach said.

He adds he's had success with getting through a client's security because of reused passwords.

"Because we don't know from the city as of yet how far the cyberattack went. We don't know if they got some people's personal information, banking information, anything like that. So for all of our members, we want them to contact their financial institutions, make sure their accounts are stable and haven't been hacked," said Bart Andersen, executive director of AFSCME Council 5.

"Some supervisors have told staff to take vacation due to the outages and the shutdown of email and things like that. This is not the employee's choice, to be put out of work because of a breach of information, or a cyber-attack, or anything else," Andersen added.

"It's a little concerning we're having an attack like that," said Travis Edwards, a library patron. "We just learned that today, because of some computer issues they're having, we're unable to get these books, because we forgot our library cards. Today, in order to check out a book, you have to go through the old school manual way, writing down the bar code number from your library card and checking out a book that way."

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

EXHIBIT CHR-1 | p. 4

# EXHIBIT CHR-2

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

## St-Paul-Cyber-Attack-EDIT-02-print-01

EXHIBIT CHR-2

St-Paul-Cyber-Attack-EDIT-02-print-01.pdf

SHA-256 Hash of Source File:  bf7efe1eee59c7664dc97c2aea5329d3077a4130c7c830c04be49d2401f778f5

Page: 1 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

# Minnesota National Guard activated, state of emergency declared after cyberattack against St. Paul

**Morgan Reddekopp & KSTP staff**
Updated: 2 hours ago
Published: July 29, 2025 - 10:54 AM



St. Paul hit by cyberattack

Local, state and federal agencies are investigating a cyberattack against the **City of St. Paul.**

**Gov. Tim Walz on Tuesday** announced he has activated the Minnesota National Guard to assist in the response to the attack, at the city's request.

According to the Governor's Office, "the magnitude and complexity of the cybersecurity incident have exceeded the city's response capacity."

At a news conference on Tuesday, St. Paul Mayor Melvin Carter said the city has declared a local state of emergency to address the attack. The city also retained two national firms and activated its emergency operations center.

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# St-Paul-Cyber-Attack-EDIT-02-print-01

EXHIBIT CHR-2

St-Paul-Cyber-Attack-EDIT-02-print-01.pdf

SHA-256 Hash of Source File:  bf7efe1eee59c7664dc97c2aea5329d3077a4130c7c830c04be49d2401f778f5

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

Cybersecurity protection systems initially detected suspicious activity on the city's network **on Friday**, Carter said.

"This wasn't a system glitch or technical error," he said. "This was a deliberate, coordinated, digital attack, carried out by a sophisticated external actor, intentionally and criminally targeting our city's **information infrastructure."**

"We are the victims of a serious crime," added Jaime Wascalus, director of the city's Office of Technology and Communications. "In response, we have mobilized local, state and federal partners to support our investigation and response efforts. This incident remains active and we continue to assess it in real time."

Several agencies are investigating the attack, including the FBI.

The city, on Monday, **fully shut down its information systems** "as a defensive measure to contain the threat."

The disruptions are affecting access to online services and **internal systems**. The city added that some of its services may be temporarily delayed or unavailable. Carter added that 911 services are working as normal, though there have been **"back-end challenges."**



Local state of emergency declared for cyberattack on City of St. Paul

---

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# St-Paul-Cyber-Attack-EDIT-02-print-01

EXHIBIT CHR-2

St-Paul-Cyber-Attack-EDIT-02-print-01.pdf

SHA-256 Hash of Source File:  bf7efe1eee59c7664dc97c2aea5329d3077a4130c7c830c04be49d2401f778f5

Page: 3 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



⚠ **City Experiencing Unplanned Technology Disruptions**

The City of Saint Paul is currently experiencing unplanned technology disruptions affecting access to some online services and internal systems. Some City services may be temporarily delayed or unavailable. If you have an emergency, please call 911 on a mobile device. We are working to restore full functionality as quickly as possible. Thank you for your patience and understanding.

Other impacts include loss of Wi-Fi in city buildings, disruptions to the libraries' collections management systems and **suspension of network access for several internal applications.**

While city officials have not shared what information was accessed, and if anyone's personal information was part of it, there are steps to take if people connected to the city have concerns.

**RELATED: Cybersecurity breach victims: What you should do**

If you go and check your credit score right now, there's probably going to be nothing on there, but having credit monitoring in case information like

your name and social security numbers were [involved] that would be very good to implement," Brian Halbach, president of Good Guy Hackers LLC, said.

Halbach's job is to try and hack their client's cyber security measures — both virtual and physical — and says he's worked with cities in the past. He has no connection to what's unfolding in St. Paul.

Halbach says something as simple as protecting your passwords is a great step.

"If you use the same password for the City of St. Paul login portal and you use that for something else, make sure that they are unique and different, because the attackers, if they get that password, they will just try it everywhere they can," Halbach said.

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# St-Paul-Cyber-Attack-EDIT-02-print-01

EXHIBIT CHR-2

St-Paul-Cyber-Attack-EDIT-02-print-01.pdf

SHA-256 Hash of Source File:  bf7efe1eee59c7664dc97c2aea5329d3077a4130c7c830c04be49d2401f778f5

He adds he's had success with getting through a client's security because of reused passwords.

"Because we don't know from the city as of yet how far the cyberattack went. We don't know if they got some people's personal information, banking information, anything like that. So for all of our members, we want them to contact their financial institutions, make sure their accounts are stable and haven't been hacked," said Bart Andersen, executive director of AFSCME Council 5.

"Some supervisors have told staff to take vacation ==due to the outages and the shutdown of email and things like that==. This is not the employee's choice, to be put out of work because of a breach of information, or a cyber-attack, or anything else," Andersen added.

"It's a little concerning we're having an attack like that," said Travis Edwards, a library patron. "We just learned that today, because of some computer issues they're having, we're unable to get these books, because we forgot our library cards. Today, in order to check out a book, you have to go through the old school manual way, writing down the bar code number from your library card and checking out a book that way."

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

**EXHIBIT CHR-2 | p. 4**

# EXHIBIT CHR-3

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# Federal court filing system hit in sweeping hack - POLITICO

EXHIBIT CHR-3

Federal court filing system hit in sweeping hack - POLITICO.pdf

SHA-256 Hash of Source File:   ae710e9f838270029b4622975c7d6c59737d840e7a2663acbeab792845b96d3c

Page: 1 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



## POLITICO

**EXCLUSIVE**

## Federal court filing system hit in sweeping hack

The identities of confidential court informants are feared compromised in a series of breaches across multiple U.S. states.

The Administrative Office of the U.S. Courts, which manages the federal court filing system, along with the Justice Department and individual district courts around the country, is still trying to determine the full extent of the incident. | Francis Chung/POLITICO

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

**EXHIBIT CHR-3 | p. 1**

# Federal court filing system hit in sweeping hack - POLITICO

EXHIBIT CHR-3

[Federal court filing system hit in sweeping hack - POLITICO.pdf](#)

SHA-256 Hash of Source File:  ae710e9f838270029b4622975c7d6c59737d840e7a2663acbeab792845b96d3c

Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

By **JOHN SAKELLARIADIS** and **JOSH GERSTEIN**

08/06/2025 09:32 PM EDT

  

The electronic case filing system used by the federal judiciary has been breached in a sweeping cyber intrusion that is believed to have exposed sensitive court data across multiple U.S. states, according to two people with knowledge of the incident.

The hack**,** which has not been previously reported, is feared to have compromised the identities of confidential informants involved in criminal cases at multiple federal district courts, said the two people, both of whom were granted anonymity because they were not authorized to speak publicly about the hack.

Top Stories from POLITICO



Trump gauges Europe's reaction to Putin's ceasefire offer

Read More

The Administrative Office of the U.S. Courts — which manages the federal court filing system — first determined how serious the issue was around July 4, said the first person. But the office, along with the Justice Department and individual district courts around the country, is still trying to determine the full extent of the incident.

It is not immediately clear who is behind the hack, though nation-state-affiliated actors are widely suspected, the people said. Criminal organizations may also have been involved, they added.

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

**EXHIBIT CHR-3 | p. 2**

# Federal court filing system hit in sweeping hack - POLITICO
EXHIBIT CHR-3

Federal court filing system hit in sweeping hack - POLITICO.pdf
SHA-256 Hash of Source File:  ae710e9f838270029b4622975c7d6c59737d840e7a2663acbeab792845b96d3c
Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

The Administrative Office of the U.S. Courts declined to comment. Asked whether it is investigating the incident, the FBI referred POLITICO to the Justice Department. The Justice Department did not immediately reply to a request for comment.

It is not immediately clear how the hackers got in, but the incident is known to affect the judiciary's federal core case management system, which includes two overlapping components: Case Management/Electronic Case Files, or CM/ECF, which legal professionals use to upload and manage case documents; and PACER, a system that gives the public limited access to the same data.

In addition to records on witnesses and defendants cooperating with law enforcement, the filing system includes other sensitive information potentially of interest to foreign hackers or criminals, such as sealed indictments detailing non-public information about alleged crimes, and arrests and search warrants that criminal suspects could use to evade capture.

Chief judges of the federal courts in the 8th Circuit — which includes Arkansas, Iowa, Minnesota, Missouri, Nebraska, North Dakota, and South Dakota — were briefed on the hack at a judicial conference last week in Kansas City, said the two people. It is unclear who delivered the brief, though the Director of the Administrative Office of the U.S. Courts, Judge Robert J. Conrad, Jr., was in attendance, per the first person. Supreme Court Justice Brett Kavanaugh was also in attendance but didn't address the breach in his remarks.

Staff for Conrad, a district judge in the Western District of North Carolina, declined to comment.

The hack is the latest sign that the federal court filing system is struggling to keep pace with a rising wave of cybersecurity threats.

Michael Scudder, who chairs the Committee on Information Technology for the federal courts' national policymaking body, told the House Judiciary Committee in June that CM/ECF and PACER are "outdated, unsustainable due to cyber risks, and require replacement."

He also said that because the federal Judiciary holds such sensitive information, it faces

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# Federal court filing system hit in sweeping hack - POLITICO

EXHIBIT CHR-3

Federal court filing system hit in sweeping hack - POLITICO.pdf

SHA-256 Hash of Source File: ae710e9f838270029b4622975c7d6c59737d840e7a2663acbeab792845b96d3c

Page: 4 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

"unrelenting security threats of extraordinary gravity."

As of July 2022, the Justice Department was investigating another hack of the federal court system that then-House Judiciary Chair Jerry Nadler (D-N.Y.) described as "startling." The incident involved three foreign hacking groups and dated back to early 2020, Nadler also said. It is not clear who the foreign hackers were or whether these incidents are connected.

"It's the first time I've ever seen a hack at this level," said the first of the two people, who has spent more than two decades on the federal judiciary.

The second person said that roughly a dozen court dockets were tampered with in one court district as a result of the hack. The first person was not aware of any tampering but said it was theoretically possible.

The incident does not appear to have exposed the most highly protected federal court witnesses, since the real identities of those thought to face exceptional risk for cooperating are held on separate systems maintained by the Justice Department, according to the first person.

During his testimony before the House Judiciary Committee, Scudder said that replacing CM/ECF and PACER was a "top priority" for the federal judiciary, but that developing a more modernized system would have to "be developed and rolled out on an incremental basis."

He also called CM/ECF and PACER the "backbone system federal courts depend on for mission-critical, day-to-day operation."

FILED UNDER: CYBER SECURITY, JUSTICE DEPARTMENT, FEDERAL COURTS

### Digital Future Daily

How the next wave of technology is upending the global economy and its power structures



EMAIL

Your Email

EMPLOYER

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# EXHIBIT CHR-4

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

# Sealed-Documents_CM-ECF

EXHIBIT CHR-4

Sealed-Documents_CM-ECF.pdf

SHA-256 Hash of Source File: 328d7f1c16bd0a20337a7860cd97d0b86d345d0978043d4dc6b40936c664c20a

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

## U.S. District Court, District of Minnesota, Sealed Documents in CM/ECF

| | |
|---|---|
| From | ecf-notice@mnd.uscourts.gov <ecf-notice@mnd.uscourts.gov> |
| To | mndecfnotifications@mnd.uscourts.gov |
| Date | Wednesday, August 13th, 2025 at 3:00 AM |

**This is an announcement e-mail message generated by Court action through the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

In response to recent cyber-attacks directed at public and private sector computer systems, including attacks directed at the judiciary, the United States District Court for the District of Minnesota will be taking additional steps to better secure our case management system.

The following message applies to Criminal cases only.

**Effective immediately, the following changes will be made to the District of Minnesota CM/ECF and Pacer systems:**

Many sealed criminal documents will no longer be available in the CM/ECF system. Unsealed documents will remain available in CM/ECF.

**Accessing a Sealed Document in Criminal Cases:**

Individuals authorized to review sealed documents in a case will need to contact the Clerk's Office during business hours to receive a copy of any sealed document that is not available in CM/ECF. The placeholder for the relevant document(s) will provide further directions regarding whom to contact within the Clerk's Office. Upon request for a sealed document, the Clerk's Office will print and mail a hard copy of the document to the office on record.

Requests for documents may take more than one business day to process. To expedite requests, authorized individuals may submit a request for materials to the following email address ecfhelpdesk@mnd.uscourts.gov. The email should identify the case name, case number, and sealed docket entry numbers that are being requested. The requesting individual will be noticed by reply email when the materials are ready to pick up at the Clerk's Office. Only the authorized receiver of these documents may request and receive a copy. Identification will be required.

**Url 1:** link.storjshare.io/raw/jx2dlck4uneuimo3fdcqdyxs6xga/file/EXHIBIT CHR_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8f1eb878-310c-4f17-944c-e8887de7124f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/d8143162-a676-4512-b36d-44c88047497c.pdf
**Url 4:** drive.proton.me/urls/4FRR3NH8NM#VVeRr7Z6mvH8

EXHIBIT CHR-4 | p. 1