# EXHIBIT EML-F

**RE_Transcript Request_27-CR-23-1886_Matthew Guertin**

**Apr 21, 2025  4:33 PM**

From: "Koehne, Matthew" <Matthew.Koehne@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>, 4thCourtReporterUnit@courts.state.mn.us
SHA-256 Hash of .eml: 618d343b93ee81de0786c54e2e9dd1839415b60d27b345aa7903f55ab7672dfc

---

### RE: [EXTERNAL] Transcript Request / 27-CR-23-1886 / Matthew Guertin

**From:** "Koehne, Matthew"
**To:** Matt Guertin , 4th Court Reporter Unit <4thCourtReporterUnit@courts.state.mn.us>
**Date:** Mon, 21 Apr 2025 21:33:35 +0000

---

Hello -

Our process regarding transcript requests has changed effective Monday, May 4th, 2020. In order to place an order for a transcript with the 4th Judicial District, Hennepin County, MN, please visit the following site: https://hennepincounty-mn.trxchange.net/ and click on Place Order.

We will be notified once your order has been placed and will process your request within 1 to 2 business days. Once processed you will be contacted by a court reporter for further details including an estimate of the cost and turnaround time.

Please let us know if you have any questions.

Thank you.

**Matthew Koehne**
Technical Leadworker - Court Reporter Unit
Fourth Judicial District

300 South Sixth Street, Minneapolis, MN 55487
Matthew.Koehne@courts.state.mn.us
Phone: 612-356-5249

Twitter: @HennepinCourt
Visit our website

**Hennepin County District Court Disclaimer:** This is an official government communication. As the recipient, you are responsible for the lawful use of this information. This e-mail and any attachments may be confidential and are intended solely for the individual or organization to which they are addressed. They may contain privileged or confidential information and should not be disseminated. If you are not the intended recipient of this e-mail, you should not copy, distribute or take any action in reliance upon this e-mail or the attachments. If you received this e-mail in error, please notify the sender immediately and delete this message. Thank you.

---

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Monday, April 21, 2025 4:05 PM
**To:** 4th Court Reporter Unit <4thCourtReporterUnit@courts.state.mn.us>
**Subject:** [EXTERNAL] Transcript Request / 27-CR-23-1886 / Matthew Guertin

Dear Transcript Coordinator,

I am writing to formally request a transcript of the hearing that took place on April 17, 2025 in Hennepin County Criminal Court, in the matter of:

    State of Minnesota vs. Matthew David Guertin
    Court File No.: 27-CR-23-1886
    Judge: Sarah Hudleston
    Courtroom: GC-C1055
    April 17, 2025 at 8:45 AM

This request pertains to a criminal matter, and the transcript is for record and reference purposes only - not for appeal at this time.

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 1**

**RE_Transcript Request_27-CR-23-1886_Matthew Guertin**

**Apr 21, 2025  4:33 PM**

From: "Koehne, Matthew" <Matthew.Koehne@courts.state.mn.us>
To:   Matt Guertin <MattGuertin@protonmail.com>, 4thCourtReporterUnit@courts.state.mn.us
SHA-256 Hash of .eml: 618d343b93ee81de0786c54e2e9dd1839415b60d27b345aa7903f55ab7672dfc

Please advise if there is a transcript available for the April 17, 2025 hearing, and what steps I need to take to obtain a copy.
I am happy to provide pre-payment or complete any additional forms as required.

For your reference, my contact details are as follows:

Matthew D. Guertin
4385 Trenton Ln N #202
Plymouth, MN 55442
Phone: 763-221-4540
Email: MattGuertin@protonmail.com

Please confirm receipt of this request, and let me know if any further information is needed.

Thank you for your time.

Sincerely,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

**CAUTION:** This email originated from outside the Minnesota Judicial Branch. Do not click links or open attachments unless you recognize the sender and know the content is safe. If this email appears suspicious, or is asking you to provide sensitive information, please do not forward the email; submit the email via the 'Phish Alert Report' button on your Outlook ribbon on your computer or contact the ITD Service Desk for further guidance.

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 2**

**Transcript Request**
**May 5, 2025  2:57 PM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: c09113727827e970993cc65467900822b4c972653759a7db82b336785dc23758

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

---

**Transcript Request**

**From:** "Anderson, Mindy"
**To:** "mattguertin@protonmail.com"
**Date:** Mon, 05 May 2025 19:57:14 +0000

---

Good afternoon ~

I have been assigned your transcript request from 3/5/2025.  The estimated cost for this transcript is $360
and I do require prepayment.  Please let me know if you would like me to proceed with this request.

Regards,

Mindy Anderson
Official Court Reporter

---

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 3**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: e8bd63c1208dc419cda433bd7fcdc8fff6d9cf5e102b37dacca30fc233621663

Page: 1 of 1          [ .eml source file ]       [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### RE: [EXTERNAL] Re: Transcript Request

**From:** "Anderson, Mindy"
**To:** Matt Guertin
**Date:** Tue, 06 May 2025 13:00:00 +0000

Good morning ~

If you can Venmo me at @Melinda-Anderson-100 that's easiest.

Thank you,
Mindy

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Monday, May 5, 2025 10:23 PM
**To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
**Subject:** [EXTERNAL] Re: Transcript Request

Hello Mindy,

I would like to proceed with the transcript request. Just let me know what I need to do to take care of payment.

Thank you very much,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Monday, May 5th, 2025 at 7:57 PM, Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
wrote:

> Good afternoon ~
>
> I have been assigned your transcript request from 3/5/2025.  The estimated cost for this transcript is $360 and I do require prepayment.  Please let me know if you would like me to proceed with this request.
>
> Regards,
>
> Mindy Anderson
> Official Court Reporter

---

**CAUTION:** This email originated from outside the Minnesota Judicial Branch. Do not click links or open attachments unless you recognize the sender and know the content is safe. If this email appears suspicious, or is asking you to provide sensitive information, please do not forward the

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 4

**RE_Re Transcript Request**
**May 7, 2025  4:23 PM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 4bdd40366ffacf0feb44e1813a8e9bcce005483378ac8670f852db3ac49a31b1

---

### RE: [EXTERNAL] Re: Transcript Request

**From:** "Anderson, Mindy"
**To:** Matt Guertin
**Date:** Wed, 07 May 2025 21:23:17 +0000

Received, thank you.

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Wednesday, May 7, 2025 4:22 PM
**To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
**Subject:** RE: [EXTERNAL] Re: Transcript Request

Mindy,

I just sent the payment to you from my Venmo account @Matt1Up
$360

Thank you very much,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Tuesday, May 6th, 2025 at 1:00 PM, Anderson, Mindy <Melinda.Anderson@courts.state.mn.us> wrote:

> Good morning ~
>
> If you can Venmo me at @Melinda-Anderson-100 that's easiest.
>
> Thank you,
> Mindy
>
> ---
>
> **From:** Matt Guertin <MattGuertin@protonmail.com>
> **Sent:** Monday, May 5, 2025 10:23 PM
> **To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
> **Subject:** [EXTERNAL] Re: Transcript Request
>
> Hello Mindy,
>
> I would like to proceed with the transcript request. Just let me know what I need to do to take care of payment.
>
> Thank you very much,
>
> Matthew Guertin
> Inventor / Founder / CEO
> InfiniSet, Inc.

---

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**RE_Re Transcript Request**
**May 7, 2025  4:23 PM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash io of .eml: 4bdd40366ffacf0feb44e1813a8e9bcce005483378ac8670f852db3ac49a31b1

Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Monday, May 5th, 2025 at 7:57 PM, Anderson, Mindy
<Melinda.Anderson@courts.state.mn.us> wrote:

Good afternoon ~

I have been assigned your transcript request from 3/5/2025.  The estimated cost
for this transcript is $360 and I do require prepayment.  Please let me know if
you would like me to proceed with this request.

Regards,

Mindy Anderson
Official Court Reporter

> **CAUTION:** This email originated from outside the Minnesota Judicial Branch. Do not
> click links or open attachments unless you recognize the sender and know the content
> is safe. If this email appears suspicious, or is asking you to provide sensitive
> information, please do not forward the email; submit the email via the 'Phish Alert
> Report' button on your Outlook ribbon on your computer or contact the ITD Service
> Desk for further guidance.

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 6**

**RE_Re Transcript Request**
**May 14, 2025  9:06 AM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 15ab662fb1d170cd75dd9471848b51acc35220419dcc0ab2c9c08d91ec01ddc9

---

### RE: [EXTERNAL] Re: Transcript Request

**From:** "Anderson, Mindy"
**To:** Matt Guertin
**Date:** Wed, 14 May 2025 14:06:37 +0000

---

Good morning ~

Please find attached the transcript you requested.  If you need anything else, please let me know.

Mindy

---

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Tuesday, May 13, 2025 12:42 PM
**To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
**Subject:** RE: [EXTERNAL] Re: Transcript Request

Mindy,

Good afternoon.

Just touching base again to see if there is any update on the March 5, 2025 transcript request for my case insofar as delivery/ETA?

That is all.

Thank you very much,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Saturday, May 10th, 2025 at 10:09 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Mindy,
>
> Happy Saturday morning.
>
> Just touching base while it's on my mind so if I do not hear back at all until the coming work week no hard feelings.
>
> A simple inquiry into the transcript I ordered for my March 5, 2025 hearing in front of Judge Koch. Just seeing if there is an ETA for its delivery?
>
> It is a very important part of my defense strategy while also being of such great financial expense that I've ordered a brand new, document display security case for it so that I can keep it safe, while also showing it off to family and friends.
>
> Thank you very much,

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 15ab662fb1d170cd75dd9471848b51acc35220419dcc0ab2c9c08d91ec01ddc9

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Wednesday, May 7th, 2025 at 9:23 PM, Anderson, Mindy <Melinda.Anderson@courts.state.mn.us> wrote:

> Received, thank you.
>
> ---
>
> **From:** Matt Guertin <MattGuertin@protonmail.com>
> **Sent:** Wednesday, May 7, 2025 4:22 PM
> **To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
> **Subject:** RE: [EXTERNAL] Re: Transcript Request
>
> Mindy,
>
> I just sent the payment to you from my Venmo account @Matt1Up
> $360
>
>
> Thank you very much,
>
> Matthew Guertin
> Inventor / Founder / CEO
> InfiniSet, Inc.
> Minneapolis, MN
> US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
> MattGuertin.com
> 763-221-4540
>
>
> Sent with Proton Mail secure email.
>
> On Tuesday, May 6th, 2025 at 1:00 PM, Anderson, Mindy <Melinda.Anderson@courts.state.mn.us> wrote:
>
>> Good morning ~
>>
>> If you can Venmo me at @Melinda-Anderson-100 that's easiest.
>>
>> Thank you,
>> Mindy
>>
>> ---
>>
>> **From:** Matt Guertin <MattGuertin@protonmail.com>
>> **Sent:** Monday, May 5, 2025 10:23 PM
>> **To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
>> **Subject:** [EXTERNAL] Re: Transcript Request
>>
>> Hello Mindy,

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 8**

**RE_Re Transcript Request**
**May 14, 2025  9:06 AM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 15ab662fb1d170cd75dd9471848b51acc35220419dcc0ab2c9c08d91ec01ddc9

Page: 3 of 3          [ .eml source file ]          [ .ots timestamp of .eml source file ]          [ Metadata of .eml source file ]

I would like to proceed with the transcript request. Just let me know what I need
to do to take care of payment.

Thank you very much,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Monday, May 5th, 2025 at 7:57 PM, Anderson, Mindy
<Melinda.Anderson@courts.state.mn.us> wrote:

> Good afternoon ~
>
> I have been assigned your transcript request from 3/5/2025.
> The estimated cost for this transcript is $360 and I do
> require prepayment.  Please let me know if you would like
> me to proceed with this request.
>
> Regards,
>
> Mindy Anderson
> Official Court Reporter

---

**CAUTION:** This email originated from outside the Minnesota
Judicial Branch. Do not click links or open attachments unless you
recognize the sender and know the content is safe. If this email
appears suspicious, or is asking you to provide sensitive
information, please do not forward the email; submit the email via
the 'Phish Alert Report' button on your Outlook ribbon on your
computer or contact the ITD Service Desk for further guidance.

---

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 9**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 1 of 61      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

```
                                                                    1

  1    STATE OF MINNESOTA                    IN DISTRICT COURT

  2    COUNTY OF HENNEPIN            FOURTH JUDICIAL DISTRICT

  3    ----------------------------------------------------------

  4    State of Minnesota,

  5

  6                    Plaintiff,           HEARING

  7            vs.                      FILE NO. 27-CR-23-1886

  8

  9    Matthew David Guertin,

 10                    Defendant.

 11    ----------------------------------------------------------

 12            The above-entitled matter came on for hearing

 13    before the Honorable William H. Koch, Judge of District

 14    Court, on March 5, 2024, at the Hennepin County Government

 15    Center, Minneapolis, Minnesota.

 16

 17                        APPEARANCES

 18

 19            MAWERDI HAMID, Attorney at Law,

 20    appeared on behalf of the Plaintiff.

 21

 22            EMMETT DONNELLY and RAISSA CARPENTER,

 23    Attorneys at Law, appeared on behalf of the Defendant, who

 24    was personally present.

 25
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 2 of 61      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

2

```
 1          (WHEREUPON, the proceedings were duly had:)
 2          THE COURT:  This is the matter of State of
 3     Minnesota versus Matthew David Guertin, Case Number
 4     27-CR-23-1886.  This is a four-count criminal
 5     complaint regarding firearms.  We're here today on a
 6     contested competency matter.
 7          If I could please have counsel note your
 8     appearances starting with the State.
 9          MS. HAMID:  Good morning, Mawerdi Hamid, last
10     name H-A-M-I-D, for the State.
11          MR. DONNELLY:  Your Honor, Emmett Donnelly and
12     Raissa Carpenter on behalf of Mr. Guertin who is
13     present and seated between us.
14          THE COURT:  All right.  Good morning everyone.
15          This case has had a history.  We -- I would note
16     that there have been two earlier findings of
17     incompetence in the case back on July 13th of '23 and
18     January 17th of 2024.  There's been kind of an
19     approach by Mr. Guertin to the Court of Appeals to
20     review whether or not he could discharge his former
21     counsel, and the Court of Appeals denied that request
22     and did not look at a number of matters that were
23     submitted by Mr. Guertin just as not being necessary
24     for that.
25          I saw you back in July of 2024, sir, and then in
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 3 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

3

```
 1     October we allowed Bruce Rivers to be discharged and
 2     we appointed the public defenders to work with you.
 3     Since that time one of my colleagues did order a new
 4     Rule 20.01 Evaluation and Dr. Cranbrook, who is here,
 5     had attempted to do that.  I know there was some
 6     federal litigation that kind of had several people
 7     have to kind of recuse from working on this case.
 8          The matter is still in the stayed status as far
 9     as the criminal matter.  That case is being moved from
10     Judge Quam to Judge Hudleston because Judge Quam is
11     retiring, but we still handle the competency matters
12     here in probate mental health court and that's why I
13     have the case.
14          We do have a report from Dr. Cranbrook on
15     December 20th indicating that she had attempted
16     several times to set up an interview with you for this
17     most recent evaluation, and that while you reached out
18     to Ms. Carpenter you did not reach out and set up an
19     interview.  Nonetheless, Dr. Cranbrook did submit her
20     report on December 20th.  In response to that Ms.
21     Carpenter said that she wanted to have a hearing on
22     that.
23          I'd like to just have a better understanding of
24     what it is that the defense is challenging because the
25     report was --
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 4 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

4

```
 1              MR. DONNELLY:  I could speak to that, Judge.
 2              THE COURT:  Okay.  Mr. Donnelly.
 3              MR. DONNELLY:  So we are not -- I think the
 4       present state of the law is that given the
 5       incompetency opinion that it would be Mr. Guertin's
 6       burden to show that he is competent.  Our contest here
 7       is not what's in her report, it's what's not in it.
 8       We do not have questions really for Dr. Cranbrook and
 9       so I believe, I mean, I think it's our burden of proof
10       so technically I think we should be offering first.
11              THE COURT:  Right.
12              MR. DONNELLY:  We don't intend to call her and
13       don't intend to have any cross-examination questions
14       and would not object to -- if her report was submitted
15       wouldn't object to the hearsay element to that.
16              So our basic position, Mr. Guertin's basic
17       position is that he is competent because he can assist
18       in his defense, because he has reviewed, after kind of
19       a long, hard-fought effort to get the discovery in his
20       case, he's been able to review that and show that
21       there is false evidence that has been used in his
22       case, and particularly with respect to the assertion
23       that he is incompetent and that he participate -- he
24       understands by his ability to go through the evidence
25       and point out what has been doctored and what is false
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 13**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 5 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

5

1    that he does have the ability to consult with counsel
2    and understand the nature of the proceedings against
3    him.
4         He would offer to the Court minimally that there
5    are photographs that have been doctored, that he can
6    show that, and that they are using this basically
7    false claims of evidence against him.  So that's the
8    summation of our position.
9         THE COURT:  Okay.  I'm going to ask for more
10   clarification.
11        MR. DONNELLY:  Um-hum.
12        THE COURT:  We have a number of submissions that
13   Mr. Guertin, your client, submitted to the Court in
14   anticipation of this motion just like he did before
15   the Court of Appeals and everything else, we're
16   talking hundreds of pages.  And they're filed as being
17   pro se, but Mr. Guertin is not pro se, he's
18   represented by counsel.  So I don't know if counsel
19   was aware of those filings and said we're not filing
20   that and then he filed them on his own, or if you're
21   adopting those and saying you want them considered by
22   the Court.  That's kind of one issue.
23        Another issue, obviously, is while the
24   incompetency findings are still out there, the
25   criminal matter is stayed so there's, you know,

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 14

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 6 of 61      [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

6

```
 1        there's nothing to be filed or be heard with that.

 2              Any insight you can share on --

 3              MR. DONNELLY:  Well, Your Honor --

 4              THE COURT:  -- the submissions?

 5              MR. DONNELLY:  -- I think so.  Not a whole lot

 6        of insight but maybe some.

 7              Our -- The defense, I guess now at least two

 8        defense attorneys have raised the competency question.

 9        We do not intend to offer our own opinion today about

10        competence or incompetence, but you know from the

11        record and, of course, the proceedings that the

12        defense has raised that question.

13              THE COURT:  Sure.

14              MR. DONNELLY:  The present state of the law as

15        we understand it is that a person who is claimed to be

16        incompetent has a right to challenge that opinion and

17        that finding and have a contested hearing.  And it is

18        in that effort that I understand Mr. Guertin filed

19        those exhibits to discharge the defense burden to show

20        that he is, in fact, competent, that he understands

21        the nature of the proceedings against him, he

22        understands what evidence is and actually filed things

23        in court and, therefore, has exhibited an

24        understanding of what the court process is.

25              I think short of that I think Mr. Guertin would
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 15**

RE_Re Transcript Request

SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

[ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

7

```
 1     have to address that, you know, specifically.  I don't
 2     know that that's -- I don't know that counsel can --
 3     can speak or testify to his competency or --
 4          THE COURT:  Well, I understand that.  What
 5     I'm -- what I'm trying to get it is are these -- We
 6     have a number of filings here that are improper, they
 7     weren't filed by you.
 8          MR. DONNELLY:  Right.
 9          THE COURT:  Okay?  So what do you think I should
10     do with regard to those?  Is it something that your
11     client is going to have to testify and introduce all
12     through testimony?  Do you basically say, Judge, we
13     ask you to consider that as being submitted on behalf
14     of our client whether it's us or our client.
15          Because quite frankly, Mr. Guertin, it's not the
16     way to do it.  You have counsel, they're very
17     experienced, they know what they're doing.  They're
18     representing you and they will zealously.  Trust me,
19     I've had both these attorneys in other cases and
20     they're very persistent.
21          I don't want you to get in the practice of just
22     filing things willy-nilly or filing things that are
23     not with your attorneys' blessing.  Frankly, it
24     undermines your claim that you're competent.  It's not
25     because the things are nonsensical, I mean, the
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

[ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

8

```
 1     structure is there, the form -- it's very professional
 2     looking.  I have not gone through the hundreds of
 3     pages that we've gotten because I didn't know if your
 4     attorneys would want me to consider it, but there's a
 5     lot there.
 6          And I know when this went up to the Court of
 7     Appeals there was a lot there that you asked them to
 8     take judicial notice of and everything.  This is not
 9     something where there are three people, three counsel
10     on the defense side.  You have two and so whether it's
11     before me or whether it's before the criminal court I
12     just want you to work through your attorneys, that's
13     why they're there.
14          So, Mr. Donnelly, back to my original question,
15     do you think that these matters are properly before
16     the Court, these submissions?
17          MR. DONNELLY:  That's a tough question, Judge.
18          THE COURT:  I only ask tough questions.
19          MR. DONNELLY:  And this is -- these -- These
20     things are in a very difficult procedural posture
21     because the defendant is contesting his incompetency.
22          THE COURT:  Sure.
23          MR. DONNELLY:  And the defendant has a right to
24     do that.  And if the defendant were to disagree with
25     their lawyer it would seem that they would have a
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 9 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

9

1     right to have the judge consider the arguments and
2     evidence that they want them to consider.  We have not
3     filed those exhibits, and this is material that Mr.
4     Guertin believes shows his competence.
5          THE COURT:  Okay.
6          MR. DONNELLY:  And I don't know that we as his
7     counsel when an individual has a right to contest
8     their competency or incompetency can decide we're not
9     going to provide that to the judge.
10         THE COURT:  All right.  Well, let me hear
11    from --
12         MR. DONNELLY:  Thank you.
13         MS. HAMID:  -- Ms. Hamid.  Oh, I'm sorry,
14    anything else?
15         MR. DONNELLY:  No.
16         THE COURT:  If I could hear from the State, what
17    are your thoughts about whether or not the Court can
18    properly consider the various submissions of Mr.
19    Guertin in anticipation of this hearing?
20         MS. HAMID:  Your Honor, it's the State's motion
21    because defendant has been found to be incompetent in
22    the past and in the current finding by the evaluator,
23    it's the State's position that defendant may not be
24    able to take the stand and to testify as a witness
25    because of the Rules of Evidence 601.  He is not a

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 18**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 10 of 61       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

10

```
 1        competent witness to testify, Your Honor, and to
 2        provide this evidence and submit it into the court.
 3        And for that reason it's the State's position that
 4        these documents should not be considered or the
 5        defendant not be allowed to testify in court.
 6            THE COURT:  Do you have any case law to support
 7        your assertion that someone in a competency
 8        determination cannot testify?
 9            MS. HAMID:  No, Your Honor, but I can -- I can
10        try to find it and supplement --
11            THE COURT:  Yeah, I don't think you're going to
12        find it, with all due respect.
13            MS. HAMID:  Okay, Your Honor.
14            THE COURT:  The -- Someone who's been opined
15        incompetent has a right to challenge that, and I
16        believe we have a duty to hear from that person.
17        Whether or not ultimately it's persuasive or not is a
18        separate issue, but I find it hard to believe that
19        there would be case law saying that, with no
20        disrespect to Dr. Cranbrook and her colleagues, but
21        just because a psychologist says that they believe
22        someone is incompetent that that somehow, and the
23        Court has ordered someone to be incompetent, they're
24        trying to return to competency and so they want to
25        demonstrate that.  So I think I have to be able to
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 19**

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 11 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

11

1       hear from Mr. Guertin if he wishes to take the stand.
2            All right.  I don't want to get wrapped around
3       the axle on the documents, I'd like to get to the
4       substance and then I can look at the documents as may
5       be needed.
6            The defense has indicated they don't intend to
7       call Dr. Cranbrook, does the State intend to call
8       Dr. Cranbrook or can we release her?
9            MS. HAMID:  The State does not intend to, Your
10      Honor, the State just offers the report.
11           THE COURT:  Okay.  It sounds like both sides
12      agree that that can be received.
13           So, Dr. Cranbrook, thank you for being here but
14      so long.
15           All right.  Mr. Donnelly or Ms. Carpenter, how
16      would you like to proceed?
17           MR. DONNELLY:  Well, I think Mr. Guertin would
18      call Mr. Guertin.
19           THE COURT:  Okay.  With all due respect, he
20      doesn't call himself, you guys can call him --
21           MR. DONNELLY:  We'll call Mr. Guertin.
22           THE COURT:  Okay.  Like I said, there are two
23      attorneys, there aren't three.
24           MR. DONNELLY:  Well, just -- just so you know
25      that, and you probably remember, that he wanted to be

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 20**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 12 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

```
                                                              12

  1    pro se and --
  2         THE COURT:  Oh, I know.  I understand all that
  3    and the law says he can't do that.
  4         (WHEREUPON, a discussion was held off the
  5    record.)
  6         THE COURT:  We'll go back on the record.
  7         MR. DONNELLY:  Judge, I think the premise of our
  8    argument here is that Mr. Guertin has been able to
  9    analyze certain pieces of evidence and determine that
 10    it's false evidence and deceptive and some of that has
 11    been used, and the part that he's highlighting have
 12    been used in opining that he is incompetent.
 13         THE COURT:  Okay.  We'll, we'll see where it
 14    goes.  If he's offering expert testimony or something
 15    regarding some expertise or something I'd like to know
 16    more about that at the appropriate time.
 17         Okay.  Sir, why don't you come on up and take
 18    the stand please.  You can go ahead and have a seat,
 19    sir.
 20              MATTHEW DAVID GUERTIN,
 21          having been first duly sworn,
 22          testifies and swears as follows:
 23         THE COURT:  Thank you, sir.
 24         I'm going to turn the -- Who's doing the
 25    questioning?
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 21

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 13 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

13

```
 1          MR. DONNELLY:  I'll do it.
 2          THE COURT:  Okay.  Mr. Donnelly, you may
 3       proceed.
 4                    EXAMINATION
 5    BY MR. DONNELLY:
 6    Q  All right.  So, Mr. Guertin, would you just start by
 7       telling Judge Koch what your recollection of the
 8       history, a brief history of the procedures that have
 9       brought you here today that you're contesting.
10    A  A brief history of the procedures meaning?
11          THE COURT:  Well, maybe -- I mean, you've been
12       found incompetent and you believe that you are
13       competent?
14          THE WITNESS:  Yes, the -- What's brought me here
15       is three Rule 20 exams that have determined I'm
16       incompetent with the initial stayed over civil
17       commitment being completed on my behalf successfully,
18       and that hearing originally took place on August 1st
19       of 2023 and after which point on August 3rd of 2023 I
20       was emailed a PDF of 80 photographs from my
21       court-appointed attorney at the time Michael Biglow.
22          I never asked for these photographs so they
23       didn't get reviewed until a few months later at which
24       point I noticed discrepancies, and then filed my first
25       ever court motion in my life on January 5th of 2024
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 22**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 14 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

14

```
 1    which was seeking discovery materials.  And that's
 2    kind of been my consistent path and relentless pursuit
 3    of the truth ever since.
 4         And as a result the -- Dr. Michael Robertson who
 5    conducted my civil commitment exam hearing on
 6    August 1st over a Zoom hearing relied on those 80
 7    photographs that were provided in the manipulated
 8    discovery materials that I was given.  And then the
 9    subsequent two Rule 20 exams not only also used my
10    claim of there being manipulated evidence as evidence
11    of my supposed mental health issues and a reason why I
12    needed to be placed on powerful antipsychotic drugs
13    against my will to make me competent, but also they --
14    there's false narratives being perpetuated in all
15    subsequent Rule 20 exams after the first one that
16    would include me being very candidly honest in the
17    first one and saying that I've used every drug in my
18    life besides heroin, and then in subsequent exams it
19    says basically that it makes me look like I have a
20    continuing and ongoing problem with every drug besides
21    heroin.
22         It says that I have a history of suicide and
23    self-harm in the subsequent reports which is
24    completely not true.  I've never been hospitalized for
25    suicide.  I've never attempted suicide.  So that's
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 23**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 15 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

15

```
 1      blatantly untrue.
 2           It says that I have a history of psychosis, and
 3      that's untrue, there is no history of psychosis.
 4      There's no documentation that they can provide, that
 5      the prosecution can provide that proves that I do have
 6      it because that's not true.
 7           There was a letter submitted by my California
 8      physician that I've been seeing, I've been on the same
 9      prescription for ten years since 2016 and that my
10      California physician confirmed that there's no history
11      of psychosis, et cetera.  It says that I have a
12      history of mania, that's untrue.
13           THE COURT:  Who -- I'm sorry, who is the doctor
14      in California?
15           THE WITNESS:  Dr., I'm going to space on his
16      name now.  I'm spacing on his name.
17           THE COURT:  Okay.  I just -- I just -- You're
18      giving kind of a bit of a narrative here, which I
19      understand, but I just -- I want to make sure that if
20      you want to give detail that we get it and it's not
21      coming --
22           THE WITNESS:  Yeah, it's -- It's submitted in
23      one of the filings, and it was submitted also in the
24      civil commitment hearing as a single piece of evidence
25      that was passed along by Michael Biglow during the
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 24**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 16 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

```
                                                      16

  1      August 1st hearing.
  2           THE COURT:  Okay.  And the 80 photos that Dr. --
  3      or that Mr. Biglow sent to you, what were they of?
  4           THE WITNESS:  They were of my -- of the police
  5      photographs of the incident that took place on
  6      January 21st, 2023.
  7           THE COURT:  That was from outside, inside, what?
  8           THE WITNESS:  I believe outside and inside, and
  9      it was only the -- the logical very simplistic way of
 10      putting the -- the connections of it is that if you
 11      consider that -- those 80 photographs Set A, well,
 12      when I submitted my April 4, 2024 motion to compel
 13      discovery in which I conducted a review of those --
 14           (WHEREUPON, connection to the Crestron was
 15      lost.)
 16           THE COURT:  Back on the record.
 17           We lost the Crestron connection to the court
 18      reporter during some questioning about the photographs
 19      being inside or outside.  I'll try to summarize.  I'm
 20      not trying to put words in your mouth, sir, and you
 21      can go through and repeat everything you said about
 22      that.  But as I understand it you're concerned that
 23      the -- you feel that the ratio of some of the photos
 24      was not consistent so it indicated to you that some of
 25      the photos were cropped, and you believe that, for
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 25

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

17

```
 1      instance, a photograph of your medicine cabinet
 2      focused unnecessarily and prejudicially on just your
 3      prescription medications and didn't capture everything
 4      that was in the medicine cabinet to include vitamins
 5      and that sort of thing and that that was to put you in
 6      a bad light.
 7           And that you also felt that photographs, say, of
 8      your kitchen didn't properly capture the granite
 9      counters, some tarp, apparently there's some work
10      being done.
11           Is that an accurate summary?
12           THE WITNESS:  Yeah, it's excluding relevant
13      context.  And then just as my background I'll also say
14      that I -- I was trained in Crestron systems in
15      California.  My background is in digital media and --
16           THE COURT:  So you didn't fix all the problems
17      then?
18           THE WITNESS:  No, I'm just saying --
19           THE COURT:  So it's your fault is what you're
20      saying?
21           THE WITNESS:  I'm saying that I have a -- my
22      entire background is based in digital and interactive
23      media --
24           THE COURT:  Okay.
25           THE WITNESS:  -- and pixels and photographs and
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 26**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 18 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

18

```
 1     video, and while we're on the topic of Crestron I
 2     might as well throw it in.
 3          So the context that was excluded also includes,
 4     for instance, a bunch of books on the floor related to
 5     corporate startups and that are in all the other
 6     photos but were excluded.  So there's just a general
 7     false narrative.
 8          But even without the false narrative, or let's
 9     say there is the false narrative, that's my theory on
10     why, regardless if the 20 photographs remain that have
11     an inconsistent aspect ratio.  So those 20 images have
12     now been retroactively manipulated to fit into the 16
13     by 9 aspect ratio, and these are in the Hennepin
14     County One Drive official discovery system now, and
15     those are the images that are presented in the first
16     three exhibits that I submitted into the record prior
17     to this trial.  Those are all official so now they've
18     squeezed them and manipulated them to cover up the
19     previous tampering, so that's shows some rather --
20     that shows intent.  It shows effort.
21          THE COURT:  Okay.  With all due respect, I'm not
22     looking at court exhibits or trial exhibits, what I'm
23     focused on is competency and you believe --
24          THE WITNESS:  Yep.
25          THE COURT:  -- as I understand it that the
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 27**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 19 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

19

```
 1        photos were intentionally doctored to make you look
 2        bad and to make you look incompetent, is that --
 3             THE WITNESS:  Yes, by --
 4             THE COURT:  Okay.
 5             THE WITNESS:  -- excluding relevant context.
 6             THE COURT:  Okay.  Anything else that you think
 7        I need to know about the photos with regard to
 8        competency?
 9             THE WITNESS:  Just that -- that the -- that was
10        that thing that I had that there's multiple -- there's
11        multiple direct statements in the second Rule 20 exam
12        submitted to the Court on January 11, 2024 by Dr. Adam
13        Milz that contains multiple statements relating to my
14        claim about fraudulent discovery materials, and
15        actually used as evidence of why I need to be placed
16        on powerful antipsychotic drugs to make me well.
17             Just as there was also in the Dr. Cranbrook's
18        third Rule 20 exam the same exact statements eluding
19        to my belief that there's fraudulent discovery
20        materials as a reason for why I'm psychotic and need
21        to be placed on powerful antipsychotic drugs against
22        my will.
23             And so if there is indeed now substantiated and
24        irrefutable claims that cannot easily be discredited
25        about exactly that, then I would say that that is a
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/uegh/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 20 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

20

```
 1        rather compelling element of my competence, that is
 2        all.
 3            THE COURT:  Okay.  So the -- you believe that
 4        the psychologist who evaluated you discounted your
 5        concerns about the photos and used that to find that
 6        you were incompetent without understanding that you're
 7        right about the photos, I mean, is that --
 8            THE WITNESS:  Yes, and --
 9            THE COURT:  -- the gist of it?
10            THE WITNESS:  There's that and then there's the
11        origination of before there was the discovery issues
12        of the entire origination of the original Rule 20 exam
13        by Dr. Jill Rogstad that was submitted to the Court on
14        March 10th of 2023 actually excludes the police report
15        that was filed before it.  It's -- I showed up to my
16        very first interaction with the court with labeled
17        exhibits from the very beginning and then it's not --
18        that evidence isn't considered and it is never
19        included in any of the Rule 20 exams, but especially
20        the first one where I have substantiating evidence of
21        trying to get help for the claims that were deemed
22        incompetent and that basically they're implausible
23        claims that I made, right, but so there's a -- there's
24        a --
25            THE COURT:  I lost you there.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 29

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 21 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

21

```
 1          THE WITNESS:  There's a police report of the
 2     fraud that I was claiming which was never factored in
 3     and which was made to look like there were statements
 4     that I was making that were crazy, but they're
 5     directly verified in the police report that I provided
 6     that's never mentioned.  So she didn't include
 7     relevant evidence that she did document as reviewed in
 8     the initial Rule 20, but it wasn't submitted or
 9     covered in the actual exam in any relevant way.  So it
10     seems to be intentionally excluded.
11          And then the other substantiating or big claim
12     was that I believe that I'm -- my claim that I'm an
13     engineer was claims of me being grandiose, even though
14     there's multiple high profile public -- like
15     publications that say I'm credited as an engineer for
16     very high-profile projects for the King of Saudi
17     Arabia and for the main stage at Coachella in 2019.
18          So she's using -- she used relevant claims of
19     mine that -- that I did in fact substantiate prior to
20     the hearing on July 7th which resulted in the
21     July 13th court order saying that I was incompetent.
22     So that was verified and she says that my -- my
23     prowess with technology is part of my delusions.  My
24     perceived achievements are part of my delusions, even
25     though I provided her with mattguertin.com, which is
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 30**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 22 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

22

1    my website, which has plenty of verifiable claims on
2    it.
3        And then the main belief is that I believe that
4    Netflix and Microsoft were involved in the theft of my
5    patent, or basically it's eluded in the report that
6    it's crazy for me to even think Microsoft or Netflix
7    would know who I am, and now my name is on top of a
8    Netflix patent at the very top above everyone's with
9    my patent listed on it as prior art for a patent that
10   I would argue shouldn't have been granted because my
11   patent was 12 days prior.  They just happened to --
12   Netflix just happened to file a duplicate patent
13   application just 12 days after I filed mine.
14       And so those are all claims that were made that
15   have now been retroactively post facto substantiated.
16   So I would say that's rather compelling.
17       THE COURT:  Let me -- I'm going to ask a
18   question of counsel, I mean, you're challenging right
19   now the original determination back in July of 2023,
20   aren't we --
21       THE WITNESS:  Yeah, I'm challenging all of it.
22       THE COURT:  Well, I'm asking your attorneys,
23   aren't we well past the time to challenge that or even
24   the '24 determination?
25       MR. DONNELLY:  We would be challenging the

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 31**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 23 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

23

```
 1      present opinion.
 2          THE COURT:  Right.
 3          MR. DONNELLY:  And so I think what Mr. Guertin
 4      is getting to is that they've all built on each other
 5      and so he -- we're -- he's tracing back the present
 6      opinion of incompetency to the original opinions.
 7          THE COURT:  Okay.  Well, with all due respect,
 8      Dr. Cranbrook's current order or report doesn't
 9      actually say he's incompetent, it just says he's still
10      suffering from mental illness.  Okay.
11          Was there a reason, sir, why the July 13th, '23
12      finding of incompetence was not challenged at that
13      time?
14          THE WITNESS:  Because I had ineffective counsel
15      and that's why I replaced Bruce Rivers.
16          THE COURT:  Okay.  And the January 17th, 2024?
17          THE WITNESS:  Because I had ineffective counsel
18      because he refused to -- I didn't even get the 2020 --
19      I didn't even get the January 11th until I filed the
20      federal lawsuit.  So I was asking for it, there was
21      multiple filings and documentation that can prove
22      that, and I wasn't provided with the discovery or the
23      January 2024 Rule 20 exam until July 16th of 2024
24      despite multiple attempts at receiving it, documented
25      attempts from Bruce Rivers.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 32**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 24 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

24

```
 1          THE COURT:  Okay.  So I understand you're -- the
 2     two concerns -- the two primary concerns that you've
 3     raised now are that the photos were doctored in a way
 4     to make you look bad?
 5          THE WITNESS:  Correct.
 6          THE COURT:  And secondly your experience with
 7     electronics and your technical competence was
 8     improperly questioned, that whatever --
 9          THE WITNESS:  Yeah, me saying --
10          THE COURT:  -- information --
11          THE WITNESS:  Me saying I'm an engineer was used
12     as evidence of me being grandiose because he claims
13     he's an engineer, well, I am.
14          THE COURT:  Okay.  Are you an engineer?
15          THE WITNESS:  Not a licensed engineer but I'm --
16          THE COURT:  Well, okay, so did you --
17          THE WITNESS:  You don't have --
18          THE COURT:  -- go to engineering school?
19          THE WITNESS:  No.
20          THE COURT:  Did you get an engineering degree?
21          THE WITNESS:  No.
22          THE COURT:  So you've worked in the area and
23     built up your expertise that way?
24          THE WITNESS:  I'm credited as an engineer in
25     multiple high-profile publications.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 33**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 25 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

```
                                                         25

   1              THE COURT:  What publications would you --
   2              THE WITNESS:  PLSN for one, I -- I was done with
   3         a one-hour live interview for the BlackTrax computer
   4         system that was used for live projection mapping of a
   5         50' Falcon I designed and engineered that was puppeted
   6         by 24 people and was put on for a UNESCO World
   7         Heritage event at Diriyah in Riyadh, Saudi Arabia in
   8         November of -- or November of 2019.  And that was
   9         broadcast to millions of people on NBC and it was
  10         attended by all members of the Saudi royal family
  11         including the prince and the king and it was
  12         successful.
  13              THE COURT:  Okay.  And how long have you worked
  14         in that kind of sphere?
  15              THE WITNESS:  Well, my -- since 2008 when I
  16         started getting into production design in Minneapolis
  17         where I worked at the old Quest Nightclub which later
  18         became Epic Nightclub.  Prior to that it was Prince's
  19         Glam Slam.  So I was the main lighting designer there,
  20         and that's kind of where I cut my teeth, so to speak.
  21         My interest has always been in lighting.  And then
  22         I --
  23              THE COURT:  I'm sorry, did you say 2008 or --
  24              THE WITNESS:  2008 I was --
  25              THE COURT:  Okay.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 34**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 26 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

26

1          THE WITNESS:  -- became the main LD, I did the
2     main LD for the Republican National Convention that
3     was in town just about around the time that I started.
4     And then in 2014 I had the opportunity to go work for
5     my dream job, which was lots of people's dream job,
6     which was V Squared Labs for Vello Virkhaus who's been
7     in multiple publications including *Rolling Stone* and
8     he's well known in the industry.

9          I had no guarantees of nothing, I just had the
10     opportunity so I gave away a bunch of stuff and packed
11     a trailer up, and now I realize in hindsight that I
12     was that guy that was trying to chase a dream, but at
13     the time there was, obviously, no -- it wasn't a dream
14     because I knew it was going to happen basically.

15          And that's where I was working until 2020.  I
16     spent 70 days in Vietnam installing of nightclub.  I
17     went on multiple projects where I was lying around the
18     world with Pelican cases, tons of logistical -- tons
19     of logistics and needing to have every single piece
20     with you to make sure the project happened basically,
21     like there's no second chance to order a new -- a new
22     fiberoptic cable when you're in Vung Tau, Vietnam.

23          So -- And I basically oversaw what a lot of
24     people in the industry would consider crazy projects
25     or crazy for taking on, and I successfully completed

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 27 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

```
                                                          27

    1      every single one and never had a failure the entire

    2      time, which includes main stage Coachella and multiple

    3      events that were seen and broadcast to millions of

    4      people live.

    5           THE COURT:  And that's, obviously, something I

    6      would fail at so --

    7           THE WITNESS:  And that's all on my website at

    8      mattguertin.com.

    9           THE COURT:  Okay.  We have people who can be

   10      very, very successful and yet still have mental

   11      illness or be incompetent to represent themselves or

   12      be incompetent to be tried for criminal charges.

   13      They're not mutually exclusive, they're not overlap,

   14      okay?

   15           When it comes to competence what we basically

   16      look at is do you understand the nature of the charges

   17      against you.  Are you able to rationally consult with

   18      your attorneys to listen to them, to engage with them

   19      understanding that they have a role to play.  And then

   20      if you are competent if you wish to discharge your

   21      attorneys are you in a position to represent yourself

   22      basically.

   23           Can you articulate for me your understanding of

   24      the charges against you?

   25           THE WITNESS:  Yes, I'm charged with, what is it,
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 36**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 28 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

28

```
 1       reckless discharge of a firearm within a municipality
 2       and three counts of possession of a gun without a
 3       serial number.  And those three charges are currently
 4       awaiting a decision within the Minnesota U.S. Supreme
 5       Court for the case Vagle v. Minnesota that's A23-0863.
 6            THE COURT:  Okay.  And do you know what level
 7       charges those are --
 8            THE WITNESS:  Felonies.
 9            THE COURT:  -- whether they're -- I'm sorry?
10            THE WITNESS:  Felonies.
11            THE COURT:  Okay.  And do you know what a felony
12       means?
13            THE WITNESS:  Felony means that it's punishable
14       by one year and one day or more.
15            THE COURT:  Okay.  Have you been able to talk
16       with your attorneys about kind of the legal issues on
17       how a case is presented?
18            THE WITNESS:  Yeah, I understand how a case is
19       presented.
20            THE COURT:  Okay.  Can you -- I'm not asking you
21       to go into like tremendous detail, but can you outline
22       for me how you think a criminal case proceeds.
23            THE WITNESS:  A criminal case proceeds to -- the
24       basic understanding is that it proceeds to court and
25       you have an opportunity to most likely have a plea
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 29 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

29

1      bargain based on talking to the prosecution so

2      there's no -- there's no guarantee or -- on my part or

3      whatever that it would have to go to trial

4      necessarily.

5              THE COURT:  Okay.

6              THE WITNESS:  And then based upon that it can go

7      to trial where I would have a chance to argue my case

8      in front of a jury of my peers and call witnesses to

9      the stand.

10             THE COURT:  Okay.  And you mentioned the

11     prosecution or the State, are they for you or against

12     you in that case?

13             THE WITNESS:  The prosecution?

14             THE COURT:  Yeah.

15             THE WITNESS:  They're against me.

16             THE COURT:  Okay.  And I'm -- You might think

17     I'm asking very simple questions but they are the

18     basic questions regarding competency, okay?

19             THE WITNESS:  Yeah.

20             THE COURT:  And do you understand that it's up

21     to you whether or not you would agree to any kind of a

22     plea deal with the State, any plea agreement?

23             THE WITNESS:  Yeah, it's always up to me

24     technically.

25             THE COURT:  Okay.  If you take it to trial you

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 38

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 30 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

30

1      mentioned that it would most likely be with a jury,
2      you could elect to have a judge trial, have a judge
3      decide it without a jury; do you understand that?
4           THE WITNESS:  I -- Yeah, now, I mean.
5           THE COURT:  Okay.  I mean, just so you know
6      that's a power that you have, the State can't decide
7      that.
8           THE WITNESS:  Yeah, I understand that that's --
9      ultimately all decisions come down to me.
10          THE COURT:  Okay.  Do you believe that you're
11     able to talk in a rational basis with your attorneys
12     about how to approach the case and everything?
13          THE WITNESS:  Yeah.
14          THE COURT:  Okay.
15          THE WITNESS:  I -- I have more to offer, if I
16     can?
17          THE COURT:  I'm sorry?
18          THE WITNESS:  I said I have more to offer if I
19     can?
20          THE COURT:  I'm sorry, I didn't --
21          THE WITNESS:  Oh, I have more to offer if I can,
22     I'd --
23          THE COURT:  Like what?
24          THE WITNESS:  Like my whole -- my whole reason
25     for this and for what's taking place is that

Url 1: link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
Url 4: drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 39**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 31 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

31

```
 1        regardless of whatever my claims are regarding
 2        fraudulent discovery, et cetera, is that this has been
 3        dragging on for two years so far, and regardless of
 4        whether or not there's competent whatever or not it's
 5        like I want -- I want some kind of resolution to this.
 6        And that's what I feel that I've been deprived of, and
 7        that's why I am challenging the competency because
 8        even if it resulted in something that wasn't
 9        necessarily a hundred percent win for me that it would
10        still have closure or would be able to not have this
11        continuing process of mental health which is
12        completely subjective, in my opinion.  Mental health
13        is completely subjective versus, okay, here's --
14        here's what you have this and this and this and then
15        you're done, it's set in stone.  Whereas this -- this
16        non -- this nonstop to make mental health stuff is
17        just like, oh, he's -- it's completely subjective
18        whereas the other path is rules.
19            THE COURT:  Sure, and there's certainty there.
20            THE WITNESS:  Yeah, that's what I -- this is --
21        that's the part that is bothering me so much is the
22        subjective nature of this and the nonstop never ending
23        aspect of it, like, I want closure.  I want to be able
24        to regardless of what happens wrap this up and put it
25        behind me.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 40**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 32 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

32

```
1              THE COURT:  Sure, and I -- There is appeal to
2         that, I understand.
3              In looking -- I had another question but I was
4         trying to listen intently to what you were saying and
5         I lost my next question there.
6              THE WITNESS:  That means it was good; right?
7              THE COURT:  Well, I'm not going to comment on
8         that, I was following what you were saying and I just
9         wanted to make sure.  I'm blanking on what my next
10        question was going to be.
11             Let me see if Mr. --
12             MR. DONNELLY:  I have a couple --
13             THE COURT:  Yeah, let me have Mr. Donnelly jump
14        in.
15   Q  (By Mr. Donnelly, continuing)  One of the things that
16        you mentioned was a psychiatrist in California, has the
17        name come back to you at all?
18   A  Yeah, Dr. Martin Schuster.
19   Q  Okay.  And there are -- You mentioned at the beginning
20        of your testimony having filed a motion of some kind in
21        order to get the discovery, where did you learn to file
22        motions?  How did you figure out how to do that?
23   A  I learned of it as I went.  I originally found the
24        Tyler Tech or the Tyler System.
25   Q  Okay.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 41

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 33 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

---

33

1   A   And just figured it was interesting and that I should
2       figure out how to use it and be logged in.  And then it
3       wasn't until I had a reason to -- once I had issues
4       with the discovery then the first process of my first
5       motion was I went and looked at my Bruce Rivers'
6       originally demand for discovery and then just copied it
7       and changed my name.  That was my first motion I ever
8       filed.
9   Q   Okay.  All right.  And, you know, what about the
10      research process involved in having to know when to
11      file something and --
12  A   Well, the research process for all of my filings was
13      extensive for, like, the Minnesota Court of Appeals and
14      the federal case that I filed.  My research process for
15      that was to go and -- well, I have a -- I collected a
16      bunch of case law so I signed up for a website that
17      allows you to look up case law.  So I have -- I have
18      compilations of prosecutorial misconduct found in the
19      court, competency-related case law.  So I have all the
20      direct experts -- experts of case law compiled.
21              And then my other process was that I
22      collected other cases that were similar or related to
23      the same issue, so I downloaded all those cases and I
24      have compilations of other cases.  And then I assembled
25      all that and used that to create my own custom ChatGPT

---

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 34 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

34

```
 1      computer.  So basically I have multiple custom ChatGPT
 2      lawyers that I had working for me that completely have
 3      all of the Minnesota Court Rules.
 4              So I download every single Minnesota Court
 5      Rule pertaining to all criminal court rules, all
 6      Minnesota Statutes -- not all Minnesota Statutes but
 7      all the Court rules, and so I have all that fed into
 8      custom ChatGPT bots basically, you can create a custom
 9      ChatGPT and then give it a prompt.  And so it's a
10      defense attorney that's acting on my behalf and that's
11      able to process and analyze various aspects of the case
12      and make recommendations on meeting the qualifications
13      of the court as far as the rules of the court.
14              And so that was, like, for the Minnesota one
15      and for the local one, and then the process to file the
16      federal case was extensive.  And the main thing was to
17      make sure that I properly delineated each of the 11,
18      because there was a Monell claim which just deals with
19      the county and indifference to the issues that were
20      being ignored.
21              And then there was Keith Ellison who was
22      included just basically under the Ex Parte Young Act, I
23      believe, so he was included basically as a symbolic
24      inclusion.  The three judges were included on their
25      personal for acting outside of their judicial
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 43**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 35 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

35

```
 1      jurisdiction, which I believe that I've -- that I
 2      proved so -- because you can't sue a judge so they were
 3      sued in their personal.
 4             And then the -- everyone else was included, I
 5      don't know, it was extensive -- it was an extensive
 6      process.  So it wasn't just me throwing together, there
 7      was a ton of, like, hours of research, many hours of
 8      research that went into that.
 9             So it doesn't mean that I necessarily believe
10      that every single filing that I make is -- there is --
11      there's a certain aspect of my filings where I'm
12      assuming that maybe they're not a hundred percent what
13      an attorney would do or maybe that, but there's a
14      certain aspect of my strategy that based on me wanting
15      the truth and simply making sure it's part of the
16      record.
17   Q  It sounds like at the time you made those first filings
18      that you were represented by a lawyer?
19   A  Yeah, Bruce Rivers.
20   Q  Okay.  And also you had a lawyer in mental health court
21      or not at that time?
22   A  There was -- There has been two of them.  Now I have
23      Fisher, I forgot his first name, but then the first one
24      was Biglow, he's the one -- Michael Biglow, he's the
25      one that sent me the discovery, the first 80
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 44

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

```
                                                            36

 1      photographs.
 2   Q  What -- what prompted you to proceed basically on a pro
 3      se passion or on your own to represent -- basically do
 4      legal filings and self-representation despite having
 5      two lawyers?
 6   A  Because -- because I had been asking Bruce Rivers for
 7      discovery and he wouldn't provide me with that, and he
 8      wouldn't provide me with the first or the second Rule
 9      20.  And so as soon as he told me not to file, that I
10      shouldn't file the thing pro se but didn't offer me the
11      discovery I'd been asking for, then that's when I said
12      maybe I should be filing it, right?
13              It was basically, like, if I'm asking for
14      discovery and you're not providing it to me but you're
15      telling me I shouldn't be filing -- shouldn't be
16      submitting a pro se filing asking for discovery but
17      aren't providing me with the discovery even though
18      that's their obligation, then why would you -- there
19      seems to be a inconsistency there with a defense
20      attorney's obligations to their client and me being his
21      client seeking the discovery and not being provided
22      with it.
23              So it basically was a why is he not providing
24      me with this discovery and that's -- and there was the
25      whole issue of him telling me that there's powerful
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 45**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 37 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

37

```
 1     people keeping an eye on me which is documented in
 2     emails before I was ever declared incompetent.  So I
 3     have phone records and I submitted tons of evidence for
 4     that.  I text all my friends the next day because I was
 5     freaked out.  So there's a whole paper trail of stuff
 6     and issues surrounding everything leading up to that
 7     point so that's --
 8  Q  Was it -- Was it a disagreement basically with your
 9     lawyer and not --
10  A  It wasn't --
11  Q  -- the court --
12  A  -- a disagreement it was his -- it was him not
13     following through on his obligations to his client.
14  Q  Okay.  And so it seems like a big step for a non-lawyer
15     to take self-representation into their own hands, what
16     made you feel like you could do that?
17  A  Because I'm very good at --
18  Q  Competent to do that?
19  A  Because I'm very good at putting pieces together and
20     figuring things out.  I'm an unlicensed engineer, I was
21     able to think up ideas in my head that were $2 million
22     in value and have companies trust with me with their
23     dire reputation, and all of that is based on me being
24     able to conceptualize pieces in my head that I could
25     then put out and create 3D designs for all.  It's all
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 46**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 38 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

38

```
 1      based on getting it out of my head and into a computer
 2      and putting into the real world.
 3               So I would say that there's a pretty
 4      significant track record of me being able to work with
 5      very complex -- a lot of the stuff I built was
 6      completely custom so it's -- it's -- I'm -- I have a
 7      record of being able to assemble and conceptualize very
 8      complex mechanical assemblies, conceptual assemblies
 9      whether that be ideas, pieces of -- just putting pieces
10      together basically so I know that if I needed to
11      represent myself that I would be able to given the
12      proper time and consideration and a consideration of
13      competence.
14   Q  So moving forward with the case if you felt that your
15      lawyers were not representing you adequately or not
16      pursuing the strategies that you feel were appropriate,
17      how would you feel about representing yourself?
18   A  I -- I would feel fine representing myself but I
19      wouldn't -- it's not something that even though I
20      understand that hypothetically if I'm determined
21      competent today I would have the right to tell you guys
22      to screw off and represent myself, right, but that
23      doesn't mean that that's what I would do.  If -- It
24      means that I know I have the option, but it's not
25      something that I'm dead set on doing and if there was a
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 47**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 39 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

39

```
 1      problem I would probably prefer to -- I wouldn't
 2      necessarily think it's a -- regardless of my abilities
 3      to understand and put pieces together I wouldn't
 4      necessarily -- I understand the risks of proceeding to
 5      trial, representing myself for felony charges, so I
 6      would feel more comfortable having defense counsel
 7      represent me.
 8   Q  Okay.  In this -- just before this hearing like a day
 9      or a few days before you filed some -- some pleadings,
10      some exhibits?
11   A  Yes.
12   Q  Why did you do that?
13   A  Because I felt they were important.
14   Q  What was important about them?
15   A  The fact that I've -- I've been relentless in my
16      pursuit of the truth and I have never wavered once in
17      my consistency concerning the fraudulent discoveries
18      going all the way back to January 5th, 2024 when I
19      filed my first court motion ever.  And so the fact that
20      now I've -- have all this documentation and have
21      brought it up to that point where now it can't be
22      disputed because it's the advantage, like I said out in
23      the hall, was that if I had a private attorney, which
24      was the case before, that it wouldn't necessary be
25      considered an official legal chain of custody, but now
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 48**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 40 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

40

```
 1     it is because it's in the Hennepin County One Drive
 2     System, right, because the public defender's office is
 3     provided discovery through Hennepin County, right?
 4             So that now makes the evidence official, and
 5     it's officially manipulated as I've recorded with the
 6     manipulated squishing it back into the correct aspect
 7     ratios and comparing it with the original -- the
 8     original discovery provided on August 3rd by Michael
 9     Biglow that I forwarded to you guys.  I feel that it's
10     now in a state where there's no more manipulation or
11     room to maneuver or make any adjustments to fix the
12     problem that exists, and so I feel that it's a rather
13     compelling and significant discovery on my behalf that
14     I took the time to investigate.
15  Q  Why do you -- What of those materials that you filed do
16     you think are relevant to Judge Koch making the
17     decision about whether you're competent or not?
18  A  I feel that they're all technically made relevant based
19     upon the claims solely made -- based upon the fact that
20     they directly pertain to the claims made in --
21     obviously I'm going back retroactively to the first --
22     I'm sort of holistically covering all of these
23     determinations, not just the most recent one, but all
24     of the issues of the fraudulent discovery.  And, for
25     instance, the value of my patent, the relevance to the
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 49**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 41 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

41

```
 1      military, all that's made relevant by the claims that
 2      are contained in across my various Rule 20 exams that
 3      claim that I'm crazy for thinking those things
 4      basically, that I'm incompetent or mentally ill because
 5      of my claims pertaining to things which I can now
 6      validate.
 7   Q  So what you're saying is those exhibits support the
 8      truth of your assertions here today about your
 9      background and about those photographs?
10   A  Yeah, it's pertaining to my claims which were used as
11      evidence against me to claim that I'm incompetent in
12      the Rule 20 exams.
13   Q  Okay.  Do you feel that in the past you've been able to
14      assist your attorneys in your defense?
15   A  Yeah, I know I have.
16   Q  And how do you feel that you would be able to assist
17      your lawyers in your defense moving forward?
18   A  Because I'm highly intelligent and can put pieces
19      together.  I went -- when I went to Bruce Rivers --
20   Q  Review of the discovery?
21   A  On any aspect of the case.  When I went to Bruce
22      River's office initially before everything got strange,
23      so to say, I'm the one that told him about the
24      (indiscernible) brought up in the second Rule 20 exam
25      as well.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 50**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 42 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

42

1          I'm the one that told him about the Minnesota
2     Statute pertaining to building your own guns and not
3     being illegal for the intire serial number issue, and
4     he started looking it up in a book, and I told him what
5     he was going to find was that the Minnesota Statute
6     essentially points you to the federal statute and says
7     look over here, and that the federal statute does not
8     have any requirement at all for someone building a
9     firearm for personal use to maintain a -- to put a
10    serial number on it, and that that was verified by
11    things Biden put out pertaining to it and it's still
12    verified.
13          And now that's been retroactively -- Number
14    one he looked it up and goes you're right, and then
15    number two now it's been validated by the fact that the
16    Supreme Court apparently agrees with me because they
17    accepted the exact same charges in the exact same case
18    and with the entire argument outlining exactly what I
19    told Bruce Rivers initially.  That was the argument
20    made by Anderson, I forgot, he does a lot of appellate
21    cases, Anderson.
22          They argued it in front of the Supreme Court
23    at the capitol on June 5th of 2024 and it's in a
24    decision phase currently, but the arguments that they
25    put forward are rather compelling because the argument

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 51

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 43 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

43

```
 1     says that if the current -- if the current overturning
 2     that was overturned in the Court of Appeals were to
 3     stand it would mean that every single citizen that has
 4     an old firearm would be -- currently be guilty of a
 5     felony.  It would mean that even the police and
 6     sheriffs that are, like, reselling specific -- they
 7     have, like, collections of firearms and sales,
 8     whatever, all of that would be illegal.  So it
 9     basically makes everyone a felon, a bunch of
10     law-abiding citizens, just like I was law abiding
11     because I specifically researched to make sure that I
12     wasn't breaking the law before I purchased the parts
13     and made my own guns during the summer of --
14  Q  Okay --
15  A  -- 2020.
16          MR. DONNELLY:  Let's cut it off there, Judge, I
17      don't have any other questions.
18          THE COURT:  Okay.  I remembered my questions,
19      I'm going to ask them before I turn it over to the
20      State.
21          You mentioned earlier your stayed commitment,
22      you were civilly committed but it was a stay and then
23      you successfully completed the stay?
24          THE WITNESS:  Correct.
25          THE COURT:  Do you recall when you completed
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 44 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

44

```
 1     that roughly?
 2          THE WITNESS:  November 8th of 2024.  There was a
 3     letter submitted by my worker at Vail Place I'm still
 4     seeing.
 5          THE COURT:  Yep.  And do you agree that you
 6     suffer from a mental illness?
 7          THE WITNESS:  I have ADHD and generalized
 8     anxiety disorder.
 9          THE COURT:  Okay.
10          THE WITNESS:  I've been -- and that was -- I've
11     been self-treated for that meaning since 2016 when I
12     was in California I've been seeing the same doctor on
13     my own for nearly ten years.
14          THE COURT:  And are you following all the
15     recommendations of that doctor?
16          THE WITNESS:  Yeah, it's worked out great for
17     me, I don't even -- I haven't had a sip of alcohol in
18     I don't even know how long.  I'm like literally at the
19     most, like, responsible and grown up, so to speak,
20     I've been in my life thus far.  So besides all this
21     stuff going on I'm doing great, that's why this is all
22     so disappointing.
23          THE COURT:  And are you on any medication for
24     that?
25          THE WITNESS:  Yeah, I take Adderall and Klonopin
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 53**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 45 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

45

```
 1     as needed.
 2          THE COURT:  Okay.  What is the status of the
 3     federal case?
 4          THE WITNESS:  It got dismissed or -- and then --
 5     and then the -- it got dismissed and whatever, I
 6     forgot, it was -- because I appealed one of the
 7     interlocutory, or however it's pronounced, to the
 8     Eighth Circuit, both of those got dismissed on the
 9     same day which was the day before I came -- went and
10     saw you last.
11          And then the -- I -- Bruce Rivers never
12     responded to it so I successfully got an entry of
13     default against him and then he -- he hired an
14     attorney and had that attorney, whatever, and I think
15     it just got -- I haven't read any of it, but it looks
16     like he just got dismissed like a couple days ago.  I
17     never -- I never participated in the -- in the
18     arguments once he hired the attorney to fight back
19     against.  He was just trying to clear his name
20     basically off the case for an entry of default filed
21     against him.
22          THE COURT:  And you mentioned that you built
23     your own kind of custom ChatGPT AI defense attorney, I
24     think you called it, just so you know, ChatGPT even if
25     it's something you created isn't always right.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 54**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 46 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

46

```
 1            THE WITNESS:  Oh, I know.
 2            THE COURT:  Okay.  We've had court cases where
 3       folks are setting a --
 4            THE WITNESS:  There -- there's major attorneys
 5       that are --
 6            THE COURT:  Yeah.
 7            THE WITNESS:  -- in hot shit right now for using
 8       ChatGPT and --
 9            THE COURT:  Well, I wouldn't put it that way
10       but, right, there are people that --
11            THE WITNESS:  I've read up on --
12            THE COURT:  -- blindly go with it and don't do
13       their research.
14            Okay.  Let me see if the State has questions.
15            MS. HAMID:  Thank you, Your Honor.  They're just
16       going to be very quick questions, a very few
17       questions.
18                        EXAMINATION
19  BY MS. HAMID:
20  Q  I'm sorry that this case has taken almost three years,
21       and I just want to tell you that before I ask you some
22       questions.  When the Judge asked you earlier about the
23       commitment case being successfully completed, do you
24       remember what you had to do?
25  A  The stipulations of the --
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 55**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 47 of 61       [ .ots timestamp of attached email file ]       [ Metadata of attached email file ]

47

```
 1   Q   Yes.
 2   A   Yeah, it was a plan for care agreement that I initially
 3       signed after the August 1st, and it was meet with my
 4       case worker that I've been doing with Vail Place, not
 5       have any guns or ammunition, remain law abiding, follow
 6       the recommendations of my current doctor I've been
 7       seeing for -- in California.
 8   Q   And how often were you supposed to meet with him?
 9   A   There isn't a -- I meet with my caseworker from Vail
10       Place once a month.  My doctor in California I meet
11       with about every two or three months because I pay cash
12       and I've been seeing him so long he gives me a break
13       on -- so I don't have to pay $200 every month.  But
14       there was -- it basically was just -- said to follow
15       those rules and just behave, right?
16   Q   And you have met with them --
17   A   Yeah --
18   Q   -- and the required --
19   A   -- I completed all of that, and then initially there
20       was a -- after the January 11th, 2024 Rule 20 exam by
21       Dr. Adam Milz that was submitted into the record there
22       was a -- there was a -- This is my first time spacing
23       out.  For the -- What was the question again?
24   Q   You have been meeting with the caseworker; is that
25       correct?
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 56**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 48 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

48

```
 1   A   Oh, yeah, no, so they -- they recommended that it be
 2       extended when -- that it be extended for another nine
 3       months during -- after the second Rule 20 exam at the
 4       beginning of January.  So that completed in -- on
 5       November something but the -- I believe that the
 6       document was committed -- or submitted to the court in
 7       my other case which is 27-MH-PR-815 which is the civil
 8       case.  So that was submitted into that record I believe
 9       on November 8th from the worker at Vail Place saying
10       that -- that I have been abiding by everything and that
11       they have met with the team at Vail Place and they
12       agree that I have successfully completed and no longer
13       need to have any -- that they were -- that basically
14       they were fine with the state ordered civil commitment
15       expiring.
16   Q   Okay, thank you.  And you mentioned your doctor in
17       California, that was Dr. Schuster; is that correct?
18   A   Martin Schuster.
19   Q   What is he, a psychologist or psychiatrist?
20   A   He's a psychiatrist, he's a -- He does a bunch of
21       studies and stuff.  I don't know, he has a pretty big
22       practice if you look him up.  He's, like, reputable.
23   Q   Okay.  And how long have you been seeing him?
24   A   Since 2016.
25   Q   Okay.  And did he diagnose you with anything?
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 57

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 49 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

```
                                                          49

 1    A   Yes, it's generalized anxiety disorder and I don't know
 2        if it's ADD or ADHD but I've -- he agreed with my take
 3        on -- I was in a lot of -- I was, like, grew up in the
 4        system, so to speak or whatever, there was a lot of
 5        interactions when I was younger that weren't of my own
 6        issues.  But there was a diagnosis at some point of
 7        bipolar, which I have never agreed with, and which he
 8        agreed with because apparently -- you're supposed to go
 9        up and down and I've always just been kind of
10        high-strung.
11               And if, for instance, if I -- if I -- when I
12        don't take Adderall or whatever you would think that I
13        was on Adderall, and if I am on Adderall then I appear
14        calm like I'm not on Adderall.  It basically organizes
15        my thoughts in a more logical way or without me being
16        scatterbrained kind of to put it.
17               But the entire reason of the bipolar, which
18        is also mentioned in the Rule 20, is that there was
19        never any time where I've been depressed or down which
20        is something that apparently from what I understand is
21        part of bipolar, like, you go up mania and then you go
22        down depression and it's kind of like a rollercoaster.
23        That's never been my life, my life has just always been
24        up, right?
25    Q   And what do you -- What's the Adderall for?
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 58**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 50 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

50

1    A   For the ADD.

2    Q   Okay.  Do you take any other medication?

3    A   I take the lowest dose of Klonopin as needed.

4    Q   What is that for?

5    A   Anxiety, like if I -- if I'm feeling nervous or, like,

6        bite my fingers or something like that I just take it.

7        I could get -- I could get it filled every month but,

8        like, the last ones lasted me two months.  Like I told

9        one of the Rule 20 examiners that I'm aware that -- of

10       the addiction potential of Benzodiazepines so it scares

11       me so I treat it with respect, I've never taken more

12       than one pill ever the entire time I've been on it, so

13       it's something that I treat with respect and don't

14       abuse at all.

15   Q   So you don't take anything for the bipolar because you

16       said you --

17   A   No, I'm just saying that was mentioned in the --

18       because I was very candidly honest in my first Rule 20

19       exam which is the reason why I said I've tried every

20       drug in my life besides heroin.  So I was just honest

21       about everything because I wasn't -- I was expecting

22       them to be honest in their report, right?

23   Q   Yeah.

24   A   Which they didn't seem to be.

25   Q   Okay.  And just talking about the photos you mentioned

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 59**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 51 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

51

```
 1      earlier when the Judge was asking you questions, you
 2      said there were 80 photos that had problems in them; is
 3      that correct?
 4   A  No, there were 80 photos -- technically there was a set
 5      of discovery before that because in Jill Rogstad's --
 6      in Dr. Jill Rogstad's initial Rule 20.01 she -- she
 7      mentioned 104 photographs.  I never saw those
 8      photographs, I just know the number that's documented.
 9      So technically the 80 photographs are the second set of
10      discovery that was what was given to me on August 3rd
11      via email after the August 1st actual civil commitment
12      exam by Dr. Michael Robertson where he documents those
13      80 photographs as being reviewed as part of his
14      examination process.
15             And those 80 photographs are -- if you look
16      at them compared to all the discovery that exist now
17      there's, what, over 700, I don't know, there's 518 --
18      518 images in the one set that matches the set that
19      Bruce Rivers gave me on July 16th, but now there's a
20      new folder that appeared that contains all of the other
21      photos, including the 28 images that were missing.  And
22      those are, if we exclude eight of those because of the
23      16 by 9 now apparently being uniform across the whole
24      folder, that leaves 20 images that match my April 4th
25      motion that's been consistent, that has a chronological
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 60

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 52 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

52

```
 1     connected timeline to it.
 2             Those 20 images now with all inconsistent
 3     aspect ratios now all appear consistent with 16 by 9
 4     aspect ratios because they've all been squished, some
 5     of them significantly to the point of you flip through
 6     them and it's blatantly obvious what that -- so the
 7     question becomes why have the -- they've -- Someone had
 8     to sit down and do that is what I'm saying.
 9  Q  Yeah, so you said that these photos have a problem; is
10     that correct?
11  A  Yeah, they have a problem.
12  Q  If you disagree with your attorney that the photos are
13     not a problem how would you go about --
14  A  If they --
15  Q  -- when those photos are introduced in court?
16  A  If I disagreed with my attorneys --
17  Q  Yes.
18  A  -- if they -- So what do you mean?
19  Q  If they think that their photos don't have any
20     problems?
21             THE COURT:  Basically I think what, and I don't
22      mean to put words in your mouth but I'm going to try
23      to rephrase --
24             MS. HAMID:  Yes.
25             THE COURT:  -- it just a little bit.  There are
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 53 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

53

```
 1        some decisions at trial which are your decisions --
 2             THE WITNESS:  Yep.
 3             THE COURT:  -- like whether or not you testify,
 4        things like that.  There are other decisions that are
 5        the attorney's decision like do I object to this piece
 6        of evidence, do I make a certain legal argument, do I
 7        do whatever.  Are you able to, if you're working with
 8        your defense team, give them input but then understand
 9        that there are certain decisions they make that are
10        not yours to make?
11             THE WITNESS:  Oh, I understand that, but that
12        doesn't mean that I would necessarily for sure abide
13        by that if I vehemently -- if I vehemently disagreed
14        with something.
15             THE COURT:  Okay.
16             THE WITNESS:  But I don't understand -- but I
17        don't understand how I -- I don't know, I've listened
18        to their advice before for the most part, but if there
19        was something that was a big issue I would at least
20        clarify and discuss it or address it, I wouldn't just
21        ignore it.
22   Q    (By Ms. Hamid, continuing)  Yes, I'm just giving you a
23        scenario in a situation where that would happen, you
24        know, those images that you disagreed with will be
25        admitted into court and will be in evidence against
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 62

RE_Re Transcript Request

SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 54 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

---

54

```
 1      you, how would you handle that?
 2   A  I don't know yet, I haven't -- I haven't thoroughly
 3      investigated, we're still at this phase.
 4   Q  And you mentioned that the custom ChatGPTs are defense
 5      attorneys, and I know that you filed some papers on
 6      Friday, did you use the ChatGPT to file those
 7      documents?
 8              THE COURT:  You mean to draft them?
 9              MS. HAMID:  Yes.
10              THE COURT:  Okay.
11              THE WITNESS:  I drafted all of that stuff, some
12       of it -- some of it was used for that but the -- I
13       completed all of the forensic exams on my own and
14       then, yes, some of the forensic examinations were
15       completed with ChatGPT.
16   Q  (By Ms. Hamid, continuing)  Okay.
17   A  And they're mathematical -- they're mathematically --
18      My background is in projection mapping and that
19      involves using points to mathematically convert space
20      with projection matrixes.  So basically by me doing all
21      the leg work and defining a red, green, blue, and
22      orange point I'm then able to use ChatGPT to conduct
23      the mathematical formula that any expert -- any expert
24      would tell you is sound --
25   Q  Yeah.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 55 of 61          [ .ots timestamp of attached email file ]          [ Metadata of attached email file ]

```
                                                        55

  1   A   -- evidence.
  2   Q   And you mentioned that there are defense attorneys that
  3       are acting on your behalf; is that correct?
  4   A   Yeah, they're right there (indicating.)
  5   Q   Okay.  I thought you were mentioning -- you were
  6       talking about the custom --
  7   A   No, I was -- I was referring to me knowing -- seeing
  8       news stories pop up about attorneys that are in a lot
  9       of hot water for using ChatGPT and pretending like
 10       they're not.
 11   Q   Okay.  So when you filed these documents on Friday did
 12       you have a disagreement with your counsel, is that why
 13       you filed it or you just filed it on your own?
 14   A   I didn't hear back from them so I -- I learned that --
 15       I did research and learned that there's -- you're
 16       supposed to basically -- technically I'm -- I think it
 17       was supposed to be entered through a different system,
 18       Minnesota Evidence, there's like a separate system to
 19       enter evidence in.
 20           THE COURT:  Minnesota Digital Exhibit System.
 21           THE WITNESS:  Yeah, that, and I also learned
 22        something about that --
 23           THE COURT:  That's, just so you know, that's for
 24        the parties to put things in so you work through your
 25        attorneys.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 64**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 56 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

```
                                                      56

 1            THE WITNESS:  Yeah, and that there was a
 2       seven-day window normally that I -- that I realized
 3       that I was past so that's why I filed them.  The
 4       entire main reason I went down and met with them
 5       originally was because I've still been talking about
 6       the fraudulent discovery, that's all I've been talking
 7       about the entire time.
 8            THE COURT:  Okay.  Folks, we're at 12:15 or
 9       12:20, are there many more questions because --
10            MS. HAMID:  No --
11            THE COURT:  -- we need to break for lunch.
12            MS. HAMID:  -- two more questions, Your Honor,
13       and then I'll be done.
14  Q  (By Ms. Hamid, continuing)  Do you think you'll be
15       filing documents on your own when you have attorneys or
16       if they don't -- you don't hear from them or you
17       disagree with them?
18  A  That depends on how things proceed.
19  Q  Okay.
20            THE COURT:  Well, that's not really a great
21       answer, just so you know.  You've got attorneys, you
22       should be filing things with them, I'm just --
23            THE WITNESS:  Well, I get it.
24            THE COURT:  -- letting you know.
25            THE WITNESS:  I get it, I'm just saying -- I
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 65**

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 57 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

57

```
 1        don't know, that's my answer.
 2   Q  (By Ms. Hamid, continuing)  Okay.  And you mentioned
 3        earlier a law change, if there is a current law right
 4        now and your attorney gives you advice on what the law
 5        is currently would you be able to follow it even if you
 6        don't agree with it?
 7   A  Are you referring to the Minnesota Supreme Court?
 8   Q  Yeah, but I'm -- In general if there is a law that you
 9        believe should be changed but if your attorney gives
10        you advice on what the current law is would you be able
11        to follow it?
12   A  Yeah, the current law is what abides by until the
13        decision comes out from the Supreme Court.
14            MS. HAMID:  Okay.  Thank you.  That's all I
15        have, Your Honor.
16            THE COURT:  All right.  Anything else from the
17        defense?
18            MR. DONNELLY:  No, Your Honor.
19            THE COURT:  All right.  Thank you, sir, you can
20        step down.
21            Folks, it is 12:20, I need to give my court
22        reporter a break.
23            Are there any other witnesses that the defense
24        wishes to call?
25            MR. DONNELLY:  No, Your Honor.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 58 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

58

```
 1          THE COURT:  Are there any witnesses the State
 2      would like to call?
 3          MS. HAMID:  No, Your Honor.
 4          THE COURT:  So it's just argument?  How long do
 5      you think your argument would be if we did it right
 6      now?
 7          MS. HAMID:  Your Honor, if it's possible I would
 8      like to come back after lunch to do it.
 9          THE COURT:  Okay.  Sure.
10          Why don't we go off the record just to talk
11      about this.
12          (WHEREUPON, a discussion was held off the
13      record.)
14          THE COURT:  Back on the record.
15          So we can get the closing arguments of counsel
16      let's start with defense counsel, and then the State,
17      and then defense can have a short rebuttal since you
18      carry the burden.
19          Mr. Donnelly.
20          MR. DONNELLY:  Judge, I really don't have a
21      whole lot to supplement in terms of argument, I mean,
22      you're an experienced judge, you know the legal
23      standard, I don't really need to educate you on that.
24          Mr. Guertin has testified as to, you know, why
25      he believes that he is competent and has carried that
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 67

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 59 of 61        [ .ots timestamp of attached email file ]      [ Metadata of attached email file ]

```
                                                          59


  1       burden and that is that he can assist counsel in his

  2       defense and analyze the evidence and make reasonable

  3       choices about how to move forward with the case.

  4            THE COURT:  All right.  Ms. Hamid.

  5            MS. HAMID:  Your Honor, mine is also going to be

  6       short.

  7            The State would just request that the Court look

  8       at Dr. Cranbrook's evaluation report on December 20th,

  9       2024, and all the evidence that's provided before Your

 10       Honor and defer to the Court's decision, Your Honor.

 11            THE COURT:  Okay.

 12            MR. DONNELLY:  Can I say one thing?

 13            THE COURT:  Sure.

 14            MR. DONNELLY:  One piece of housekeeping that's

 15       left undone is the exhibits that were filed by

 16       Mr. Guertin on Friday.

 17            THE COURT:  Um-hum.

 18            MR. DONNELLY:  He did reference in his testimony

 19       what he thought the relevance of those were.  Those

 20       weren't really offered here or were discussed, and I

 21       don't think we need to offer them outside of the

 22       record that has already been made.

 23            THE COURT:  Okay.  So just the testimony about

 24       it?

 25            MR. DONNELLY:  I think so.
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce

Page: 60 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

```
                                                      60

  1          THE COURT:  Okay.  All right.  Thank you all
  2     very much.
  3          MS. HAMID:  Thank you.
  4          THE COURT:  We'll be adjourned.
  5          (WHEREUPON, the proceedings were adjourned.)
  6
  7
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 69

**EML-F 5-1, Attachment 1 of 1**
**May 14, 2025  9:06 AM**
Guertin, Matthew - March 5, 2024.pdf

RE_Re Transcript Request
SHA-256 Hash of Attachment: c4540b66c4698f52c4e03b8e60425ddd9272427ebf09ca91198ac79eab3a22ce
Page: 61 of 61        [ .ots timestamp of attached email file ]        [ Metadata of attached email file ]

```
                                                          61


   1

   2

   3

   4

   5

   6        I hereby certify that the foregoing is a true

   7   and correct transcript from my original stenographic

   8   notes taken at the time and place in the

   9   above-entitled matter and prepared under my direction

  10   and control.

  11

  12

  13

  14                             /s/ Melinda K. Anderson

  15                             Melinda K. Anderson
                                 Official Court Reporter
  16                             Government Center MC 422
                                 300 South Sixth Street
  17                             Minneapolis, MN  55487.
                                 (612) 348-7685
  18

  19

  20

  21

  22

  23

  24

  25
```

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 70**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**RE_Re Transcript Request**
**May 14, 2025  6:30 PM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 858d0c3aefcb8beabe2ab59d0cd093ea15996be425f2819a193b6a6314d1342e

Page: 1 of 4          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

### RE: [EXTERNAL] Re: Transcript Request

**From:** "Anderson, Mindy"
**To:** Matt Guertin
**Date:** Wed, 14 May 2025 23:30:32 +0000

You're welcome.

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Wednesday, May 14, 2025 1:39 PM
**To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
**Subject:** RE: [EXTERNAL] Re: Transcript Request

YESSSS!

Thank you very much!


Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540


Sent with Proton Mail secure email.

On Wednesday, May 14th, 2025 at 2:06 PM, Anderson, Mindy
<Melinda.Anderson@courts.state.mn.us> wrote:

Good morning ~

Please find attached the transcript you requested.  If you need anything else, please let me know.

Mindy

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Tuesday, May 13, 2025 12:42 PM
**To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
**Subject:** RE: [EXTERNAL] Re: Transcript Request

Mindy,

Good afternoon.

Just touching base again to see if there is any update on the March 5, 2025 transcript request for my case insofar as delivery/ETA?

That is all.

Thank you very much,

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 71

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 858d0c3aefcb8beabe2ab59d0cd093ea15996be425f2819a193b6a6314d1342e

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Saturday, May 10th, 2025 at 10:09 AM, Matt Guertin <MattGuertin@protonmail.com>
wrote:

> Mindy,
>
> Happy Saturday morning.
>
> Just touching base while it's on my mind so if I do not hear back at all until the coming work
> week no hard feelings.
>
> A simple inquiry into the transcript I ordered for my March 5, 2025 hearing in front of Judge
> Koch. Just seeing if there is an ETA for its delivery?
>
> It is a very important part of my defense strategy while also being of such great financial
> expense that I've ordered a brand new, document display security case for it so that I can
> keep it safe, while also showing it off to family and friends.
>
>
> Thank you very much,
>
> Matthew Guertin
> Inventor / Founder / CEO
> InfiniSet, Inc.
> Minneapolis, MN
> US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
> MattGuertin.com
> 763-221-4540
>
>
>
>
> Sent with Proton Mail secure email.
>
> On Wednesday, May 7th, 2025 at 9:23 PM, Anderson, Mindy
> <Melinda.Anderson@courts.state.mn.us> wrote:
>
> > Received, thank you.
> >
> > **From:** Matt Guertin <MattGuertin@protonmail.com>
> > **Sent:** Wednesday, May 7, 2025 4:22 PM
> > **To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
> > **Subject:** RE: [EXTERNAL] Re: Transcript Request
> >
> > Mindy,
> >
> > I just sent the payment to you from my Venmo account @Matt1Up
> > $360

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 72

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 858d0c3aefcb8beabe2ab59d0cd093ea15996be425f2819a193b6a6314d1342e

Page: 3 of 4          [ .eml source file ]        [ .ots timestamp of .eml source file ]        [ Metadata of .eml source file ]

Thank you very much,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Tuesday, May 6th, 2025 at 1:00 PM, Anderson, Mindy <Melinda.Anderson@courts.state.mn.us> wrote:

Good morning ~

If you can Venmo me at @Melinda-Anderson-100 that's easiest.

Thank you,
Mindy

**From:** Matt Guertin <MattGuertin@protonmail.com>
**Sent:** Monday, May 5, 2025 10:23 PM
**To:** Anderson, Mindy <Melinda.Anderson@courts.state.mn.us>
**Subject:** [EXTERNAL] Re: Transcript Request

Hello Mindy,

I would like to proceed with the transcript request. Just let me know what I need to do to take care of payment.

Thank you very much,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
Minneapolis, MN
US Patent 11,577,177 (Listed at the VERY top of Netflix US Patent 11,810,254)
MattGuertin.com
763-221-4540

Sent with Proton Mail secure email.

On Monday, May 5th, 2025 at 7:57 PM, Anderson, Mindy <Melinda.Anderson@courts.state.mn.us> wrote:

Good afternoon ~

I have been assigned your transcript request from 3/5/2025.  The estimated cost for this transcript is $360 and I do require prepayment.  Please let me know if you would like me to proceed with this request.

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 73**

**RE_Re Transcript Request**
**May 14, 2025  6:30 PM**

From: "Anderson, Mindy" <Melinda.Anderson@courts.state.mn.us>
To:   Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 858d0c3aefcb8beabe2ab59d0cd093ea15996be425f2819a193b6a6314d1342e

Regards,

Mindy Anderson
Official Court Reporter

**CAUTION:** This email originated from outside the Minnesota Judicial Branch. Do not click links or open attachments unless you recognize the sender and know the content is safe. If this email appears suspicious, or is asking you to provide sensitive information, please do not forward the email; submit the email via the 'Phish Alert Report' button on your Outlook ribbon on your computer or contact the ITD Service Desk for further guidance.

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

EXHIBIT EML-F | p. 74

## MN Supreme Court Serial Number Case
**Aug 6, 2025  12:09 PM**

From: "Carpenter, Raissa" <Raissa.Carpenter@pubdef.state.mn.us>
To:  Matt Guertin <MattGuertin@protonmail.com>
SHA-256 Hash of .eml: 295ef073b757cd86fafa080959fd7862edc97c178bcad74d816675c5f0aa6cec

Page: 1 of 1          [ .eml source file ]        [ .ots timestamp of .eml source file ]       [ Metadata of .eml source file ]

---

### MN Supreme Court Serial Number Case

**From:** "Carpenter, Raissa"
**To:** "mattguertin@protonmail.com"
**Date:** Wed, 06 Aug 2025 17:09:17 +0000

---

Mr. Guertin,

Not sure if you have already seen but the MN supreme Court finally released their decision in <u>Vagle</u>. The reversed the Court of appeals and decided:
"We conclude that section 609.667(3) criminalizes possessing a firearm not identified by a serial number only if federal law requires that the firearm have a serial number."

OPA230863-080625.pdf

Sincerely,

Raissa R. Carpenter (*she/her*)
Assistant Public Defender - Office of the Hennepin County Public Defender
Location: 701 4th Avenue South, Suite 1400, Minneapolis, MN 55415
Contact: 612-614-0748     raissa.carpenter@mnpd.us

**Url 1:** link.storjshare.io/raw/juqmuegh3qilfhtt3xz4isd2js2a/file/EXHIBIT EML-F_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/717679c8-3c1c-416f-bd90-a3c94ad3dd4b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/945531be-6396-49ac-ad86-ecfcb6cb1d3e.pdf
**Url 4:** drive.proton.me/urls/5E9DR5N4V8#D9BbxfGYmBAS

**EXHIBIT EML-F | p. 75**