# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN**<br><br>　　　　　　　Appellant,<br><br>　v.<br><br>**TIM WALZ,**<br>Governor of Minnesota;<br><br>**KEITH ELLISON,**<br>Minnesota Attorney General;<br><br>**HENNEPIN COUNTY,**<br>a municipal entity;<br><br>**MARY MORIARTY,**<br>Hennepin County Attorney;<br><br>**JUDITH COLE,**<br>Sr. Assistant Hennepin County Attorney;<br><br>**MICHAEL BERGER,**<br>Chief Public Defender, Hennepin County;<br><br>**KERRY W. MEYER,**<br>Chief Judge, 4th District;<br><br>**BRUCE M. RIVERS,**<br>Private Defense Counsel;<br><br>**CHELA GUZMAN-WIEGERT,**<br>Assistant County Administrator;<br><br>**ALISHA NEHRING,**<br>MN Department of Health Attorney;<br><br>**HILARY CALIGIURI,**<br>Presiding Criminal Judge, 4th District;<br><br>**TODD FELLMAN,**<br>Presiding Juvenile Judge, 4th District;<br><br>**SARAH HUDLESTON,**<br>Judge, 4th District;<br><br>**WILLIAM H. KOCH,**<br>Judge, 4th District;<br><br>**JULIA DAYTON-KLEIN,**<br>Judge, 4th District;<br><br>**DANIELLE C. MERCURIO,**<br>Judge, 4th District;<br><br>**GEORGE F. BORER,**<br>Referee, 4th District; | Case No: 25-2476<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**EXHIBIT LIST** |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                 Appellees.

## I. EXHIBITS ATTACHED TO THIS FILING

### 1. EXHIBIT IDX

Orders from Appellant's MN Fourth Judicial District Criminal Case 27-CR-23-1886

**2.     EXHIBIT IDX-DS**

CSV to PDF spreadsheet highlighting the digital signatures applied to Appellant's fraudulent court orders (see Exhibit IDX)

**3.     EXHIBIT IDX-MD**

CSV to PDF spreadsheet highlighting the PDF metadata of Appellant's fraudulent court orders (see Exhibit IDX)

**4.     EXHIBIT ESO-1**

ESolutions Digital Signature Set | All 130 Case Files Containing the Fraudulent "ESolutions" Digital Signature

**5.     EXHIBIT ESO-DS**

CSV to PDF spreadsheet highlighting the digital signatures applied to the 130 documents contained in Appellant's ESolutions Digital Signature Set (see Exhibit ESO-1)

**6.     EXHIBIT ESO-MD**

CSV to PDF spreadsheet highlighting the PDF metadata of the 130 documents contained in Appellant's ESolutions Digital Signature Set (see Exhibit ESO-1)

**7.     EXHIBIT ESO-MD2**

CSV to PDF spreadsheet highlighting additional details of the PDF metadata for the 130 documents contained in Appellant's ESolutions Digital Signature Set (see Exhibit ESO-1)

**Dated:  Octber 4, 2025**                                      *Respectfully submitted,*

                                                                 */s/ Matthew D. Guertin*

                                                                Matthew David Guertin
                                                                ***Appellant Pro Se***
                                                                4385 Trenton Ln. N 202
                                                                Plymouth, MN  55442
                                                                Telephone: 763-221-4540
                                                                MattGuertin@protonmail.com
                                                                www.MattGuertin.com

## II. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated: October 4, 2025**               *Respectfully submitted,*

                                             */s/ Matthew D. Guertin*

                                             Matthew David Guertin
                                             ***Appellant Pro Se***
                                             4385 Trenton Ln. N 202
                                             Plymouth, MN 55442
                                             Telephone: 763-221-4540
                                             MattGuertin@protonmail.com
                                             www.MattGuertin.com