**EXHIBIT IDX-DS**

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig | Crypto Valid | Crypto Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20240430072357.pdf | 5 | 1 | Signature2 | Dayton Klein, Julia | D:20230614142320-05'00' | /adbe.pkcs7.detached | 170 0 obj | 0 | 68297 | 75903 | 68267 | 136564 | 55.88 | yes | yes | Signature is Valid. |
| 2 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20240430072357.pdf | 5 | 2 | tyler_sig_fb63503d-554f-4e4b-a358-34c4a24d5b4f | | D:20230615084810-05'00' | /ETSI.CAdES.detached | 196 0 obj | 0 | 144405 | 160791 | 34106 | 178511 | 73.04 | yes | yes | Signature is Valid. |
| 3 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20240430072357.pdf | 5 | 3 | Signature_f1454f6c-5d55-4f53-8ccc-6a3e3bc77e7a | | D:20240430072357-05'00' | /adbe.pkcs7.detached | 213 0 obj | 0 | 222232 | 238618 | 5785 | 228017 | 93.3 | no | yes | Signature is Valid. |
| 4 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 1 | Signature1 | Borer, George | D:20230713110000-05'00' | /ETSI.CAdES.detached | 140 0 obj | 0 | 161837 | 173889 | 31111 | 192948 | 37.76 | yes | yes | Signature is Valid. |
| 5 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 2 | Signature1 | Browne, Michael | D:20230713121334-05'00' | /ETSI.CAdES.detached | 148 0 obj | 0 | 205398 | 212404 | 67278 | 272676 | 53.36 | yes | yes | Signature is Valid. |
| 6 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 3 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 7 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 4 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 8 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 5 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 9 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 6 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 10 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 7 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 11 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 8 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 12 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 9 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 61.5 | | | |
| 13 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | 9 | 10 | Signature_456868f0-576e-4b21-ae23-42d1d186a2d2 | | D:20240430072356-05'00' | /adbe.pkcs7.detached | 207 0 obj | 0 | 488749 | 505135 | 5893 | 494642 | 96.79 | no | | |
| 14 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 1 | Signature1 | Borer, George | D:20230713110000-05'00' | /ETSI.CAdES.detached | 140 0 obj | 0 | 161837 | 173889 | 31111 | 192948 | 17.42 | yes | yes | Signature is Valid. |
| 15 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 2 | Signature1 | Browne, Michael | D:20230713121334-05'00' | /ETSI.CAdES.detached | 148 0 obj | 0 | 205398 | 212404 | 67278 | 272676 | 24.62 | yes | yes | Signature is Valid. |
| 16 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 3 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | yes | yes | |
| 17 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 4 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | | | |
| 18 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 5 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | | | |
| 19 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 6 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | | | |
| 20 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 7 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | | | |
| 21 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 8 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | | | |
| 22 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 9 | tyler_sig_208c890d-a3a1-4010-bf5a-80025a40cac6 | | D:20230713145712-05'00' | /ETSI.CAdES.detached | 158 0 obj | 0 | 279917 | 296303 | 34349 | 314266 | 28.38 | | | |
| 23 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | 11 | 10 | Signature_cb743085-e289-4666-ba79-2bbd1b92a09a | | D:20240430072355-05'00' | | 239 0 obj | 0 | 1085178 | 1101564 | 5904 | 1091082 | 98.52 | no | | |
| 24 | 27-CR-23-1886 | 2024-05-23 | Order-Denying-IFP-Fee-Waiver | 81__Order-Denying-IFP-Fee-Waiver__2024-05-23.pdf | 5 | 1 | Signature2 | Dayton Klein, Julia | D:20240523085336-05'00' | /adbe.pkcs7.detached | 63 0 obj | 0 | 68127 | 79747 | 126708 | 194835 | 63.22 | yes | yes | Signature is Valid. |
| 25 | 27-CR-23-1886 | 2024-05-23 | Order-Denying-IFP-Fee-Waiver | 81__Order-Denying-IFP-Fee-Waiver__2024-05-23.pdf | 5 | 2 | tyler_sig_b0f7027d-e4a9-44dd-b67c-6224661c5f31 | | D:20240529141024+00'00' | /ETSI.CAdES.detached | 93 0 obj | 0 | 206689 | 223075 | 35710 | 242399 | 78.66 | yes | yes | Signature is Valid. |
| 26 | 27-CR-23-1886 | 2024-05-23 | Order-Denying-IFP-Fee-Waiver | 81__Order-Denying-IFP-Fee-Waiver__2024-05-23.pdf | 5 | 3 | Signature_b6ae9b3b-be4a-4f03-86f8-fcb8a01c17c0 | | D:20240529225323-05'00' | /adbe.pkcs7.detached | 110 0 obj | 0 | 286066 | 302452 | 5728 | 291794 | 94.68 | no | yes | Signature is Valid. |
| 27 | 27-CR-23-1886 | 2024-05-30 | Order-Denying-Rule-103-01-Fee-Waiver | 89__Order-Denying-Rule-103-01-Fee-Waiver__2024-05-30.pdf | 5 | 1 | Signature2 | Dayton Klein, Julia | D:20240530145954-05'00' | /adbe.pkcs7.detached | 85 0 obj | 0 | 69997 | 81617 | 192968 | 262965 | 70.02 | yes | yes | Signature is Valid. |
| 28 | 27-CR-23-1886 | 2024-05-30 | Order-Denying-Rule-103-01-Fee-Waiver | 89__Order-Denying-Rule-103-01-Fee-Waiver__2024-05-30.pdf | 5 | 2 | tyler_sig_64ca7110-5452-4cda-a8f7-b5ef6e60f1d6 | | D:20240530161038-05'00' | /ETSI.CAdES.detached | 127 0 obj | 0 | 274820 | 291206 | 34962 | 309782 | 82.49 | yes | yes | Signature is Valid. |
| 29 | 27-CR-23-1886 | 2024-05-30 | Order-Denying-Rule-103-01-Fee-Waiver | 89__Order-Denying-Rule-103-01-Fee-Waiver__2024-05-30.pdf | 5 | 3 | Signature_89be63dd-ea2a-4313-96cd-a81989e991f4 | | D:20240603051923-05'00' | /adbe.pkcs7.detached | 144 0 obj | 0 | 353440 | 369826 | 5722 | 359162 | 95.64 | no | yes | Signature is Valid. |
| 30 | 27-CR-23-1886 | 2024-07-15 | Judge-Julia-Dayton-Kleins-Order-to-Recuse | 95__Judge-Julia-Dayton-Kleins-Order-to-Recuse__2024-07-15.pdf | 5 | 1 | Signature2 | Dayton Klein, Julia | D:20240715165819-05'00' | /adbe.pkcs7.detached | 174 0 obj | 0 | 67794 | 79414 | 62698 | 130492 | 53.65 | yes | yes | Signature is Valid. |
| 31 | 27-CR-23-1886 | 2024-07-15 | Judge-Julia-Dayton-Kleins-Order-to-Recuse | 95__Judge-Julia-Dayton-Kleins-Order-to-Recuse__2024-07-15.pdf | 5 | 2 | tyler_sig_ba309667-adc0-498c-8185-1005e4f392f2 | | D:20240716135248+00'00' | /ETSI.CAdES.detached | 200 0 obj | 0 | 142347 | 158733 | 34973 | 177320 | 72.9 | yes | yes | Signature is Valid. |
| 32 | 27-CR-23-1886 | 2024-07-15 | Judge-Julia-Dayton-Kleins-Order-to-Recuse | 95__Judge-Julia-Dayton-Kleins-Order-to-Recuse__2024-07-15.pdf | 5 | 3 | Signature_7e34aacf-de51-4788-95d0-3d97107e1cd6 | | D:20240927085418-05'00' | /adbe.pkcs7.detached | 217 0 obj | 0 | 221054 | 237440 | 5798 | 226852 | 93.26 | no | yes | Signature is Valid. |

File Url 1: link.storjshare.io/raw/jxfpp7cgdu6t6b4olu67gogcswnq/file/EXHIBIT IDX-DS_files.pdf
File Url 2: MnCourtFraud.Substack.com/api/v1/file/4dadd876-abb4-4347-a8eb-26a8a8bee3a9.pdf
File Url 3: Matt1Up.Substack.com/api/v1/file/11c7e06e-306a-45c5-8028-fe0b92e5ac0a.pdf
File Url 4: drive.proton.me/urls/01CGWFP6XW#QAAmuj829hGg

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig | Crypto Valid | Crypto Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | 5 | 1 | Signature2 | Koch, William | D:20250403084836-05'00' | /adbe.pkcs7.detached | 13 0 obj | 0 | 111586 | 123182 | 70873 | 182459 | 50.12 | yes | yes | Signature is Valid. |
| 34 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | 5 | 2 | tyler_sig_fa94cb09-d992-4ec9-a305-5094c9da197e | | D:20250403132713-05'00' | /ETSI.CAdES.detached | 306 0 obj | 0 | 194290 | 210676 | 36325 | 230615 | 63.34 | yes | yes | Signature is Valid. |
| 35 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | 5 | 3 | tyler_sig_fa94cb09-d992-4ec9-a305-5094c9da197e | | D:20250403132713-05'00' | /ETSI.CAdES.detached | 306 0 obj | 0 | 194290 | 210676 | 36325 | 230615 | 63.34 | yes | yes | Signature is Valid. |
| 36 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | 5 | 4 | tyler_sig_fa94cb09-d992-4ec9-a305-5094c9da197e | | D:20250403132713-05'00' | /ETSI.CAdES.detached | 306 0 obj | 0 | 194290 | 210676 | 36325 | 230615 | 63.34 | yes | yes | Signature is Valid. |
| 37 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | 5 | 5 | tyler_sig_fa94cb09-d992-4ec9-a305-5094c9da197e | | D:20250403132713-05'00' | /ETSI.CAdES.detached | 306 0 obj | 0 | 194290 | 210676 | 36325 | 230615 | 63.34 | yes | | |
| 38 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | 5 | 6 | Signature_cc1585d1-0a79-46c7-af56-2c43d91a0004 | | D:20250403174544-05'00' | /adbe.pkcs7.detached | 338 0 obj | 0 | 340825 | 357211 | 6857 | 347682 | 95.5 | no | | |
| 39 | 27-CR-23-1886 | 2025-05-30 | Order-Other | 205__Order-Other__2025-05-30.pdf | 3 | 1 | Signature_81feed0b-a243-4fd7-8f81-7744d31f663d | | D:20250603102737-05'00' | /adbe.pkcs7.detached | 149 0 obj | 0 | 160362 | 176748 | 6661 | 167023 | 91.07 | no | yes | Signature is Valid. |
| 40 | 27-CR-23-1886 | 2025-07-03 | Order Regarding Request for Rule 20 Extension | 215__Order Regarding Request for Rule 20 Extension__2025-07-03.pdf | 6 | 1 | Signature2 | | D:20250702131948-05'00' | /adbe.pkcs7.detached | 70 0 obj | 0 | 164654 | 181040 | 9166 | 173820 | 56.14 | yes | yes | Signature is Valid. |
| 41 | 27-CR-23-1886 | 2025-07-03 | Order Regarding Request for Rule 20 Extension | 215__Order Regarding Request for Rule 20 Extension__2025-07-03.pdf | 6 | 2 | tyler_sig_4df994e9-fe9b-41ed-b431-48375d7c71d0 | | D:20250703193843+00'00' | /ETSI.CAdES.detached | 81 0 obj | 0 | 190440 | 206826 | 33624 | 224064 | 72.36 | yes | yes | Signature is Valid. |
| 42 | 27-CR-23-1886 | 2025-07-03 | Order Regarding Request for Rule 20 Extension | 215__Order Regarding Request for Rule 20 Extension__2025-07-03.pdf | 6 | 3 | tyler_sig_4df994e9-fe9b-41ed-b431-48375d7c71d0 | | D:20250703193843+00'00' | /ETSI.CAdES.detached | 81 0 obj | 0 | 190440 | 206826 | 33624 | 224064 | 72.36 | yes | yes | Signature is Valid. |
| 43 | 27-CR-23-1886 | 2025-07-03 | Order Regarding Request for Rule 20 Extension | 215__Order Regarding Request for Rule 20 Extension__2025-07-03.pdf | 6 | 4 | Signature_dfc64d0c-de88-484e-9ec0-1b14d455fac5 | | D:20250919130552-05'00' | /adbe.pkcs7.detached | 100 0 obj | 0 | 288528 | 304914 | 4717 | 293245 | 94.71 | no | | |
| 44 | 27-CR-23-1886 | 2025-08-04 | Order Regarding Request for Rule 20 Extension | 220__Order Regarding Request for Rule 20 Extension__2025-08-04.pdf | 6 | 2 | Signature2 | | D:20250804100524-05'00' | /adbe.pkcs7.detached | 144 0 obj | 0 | 227413 | 243799 | 7562 | 234975 | 63.15 | yes | unknown | |
| 45 | 27-CR-23-1886 | 2025-08-04 | Order Regarding Request for Rule 20 Extension | 220__Order Regarding Request for Rule 20 Extension__2025-08-04.pdf | 6 | 3 | Signature4 | Mercurio, Danielle | D:20250804095741-05'00' | /adbe.pkcs7.detached | 7 0 obj | 0 | 148293 | 159911 | 67374 | 215667 | 57.96 | yes | yes | Signature is Valid. |
| 46 | 27-CR-23-1886 | 2025-08-04 | Order Regarding Request for Rule 20 Extension | 220__Order Regarding Request for Rule 20 Extension__2025-08-04.pdf | 6 | 4 | tyler_sig_f6813fdf-bfe1-4c7f-8b7a-1dc9122c126c | | D:20250804170030+00'00' | /ETSI.CAdES.detached | 155 0 obj | 0 | 251596 | 267982 | 34327 | 285923 | 76.84 | yes | yes | Signature is Valid. |
| 47 | 27-CR-23-1886 | 2025-08-04 | Order Regarding Request for Rule 20 Extension | 220__Order Regarding Request for Rule 20 Extension__2025-08-04.pdf | 6 | 5 | tyler_sig_f6813fdf-bfe1-4c7f-8b7a-1dc9122c126c | | D:20250804170030+00'00' | /ETSI.CAdES.detached | 155 0 obj | 0 | 251596 | 267982 | 34327 | 285923 | 76.84 | yes | yes | Signature is Valid. |
| 48 | 27-CR-23-1886 | 2025-08-04 | Order Regarding Request for Rule 20 Extension | 220__Order Regarding Request for Rule 20 Extension__2025-08-04.pdf | 6 | 6 | Signature_b2ea5818-6882-4bb9-b7c1-3aed4b092d6e | | D:20250919130304-05'00' | /adbe.pkcs7.detached | 177 0 obj | 0 | 350671 | 367057 | 5029 | 355700 | 95.6 | no | yes | Signature is Valid. |

**File Url 1:** link.storjshare.io/raw/jxfpp7cgdu6t6b4olu67gogcswnq/file/EXHIBIT IDX-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/4dadd876-abb4-4347-a8eb-26a8a8bee3a9.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/11c7e06e-306a-45c5-8028-fe0b92e5ac0a.pdf
**File Url 4:** drive.proton.me/urls/01CGWFP6XW#QAAmuj829hGg

2

**EXHIBIT IDX-DS | p. 2**