# EXHIBIT IDX-MD

| Index | Case Number | Filing Date | Filing Type | PDF FIle Name | Digital Signature Signer Name(s) | Author (metadata) | Company (metadata) | Creator (metadata) | MSIP Label Token | MSIP Action Id | MSIP Site Id | MSIP Set Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20240430072357.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | MN Judicial Branch | Nehring, Alisha, Nehring, Alisha | | | | |
| 2 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | Borer, George; Browne, Michael | Danielle C. Mercurio | Hewlett-Packard Company | Danielle C. Mercurio | | | | |
| 3 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | Borer, George; Browne, Michael | Danielle C. Mercurio | Hewlett-Packard Company | Danielle C. Mercurio | | | | |
| 4 | 27-CR-23-1886 | 2024-05-23 | Order-Denying-IFP-Fee-Waiver | 81__Order-Denying-IFP-Fee-Waiver__2024-05-23.pdf | Dayton Klein, Julia | Kuberski, Virginia; Kuberski; Virginia | Minnesota Judicial Branch | Kuberski, Virginia, Kuberski, Virginia | | | | |
| 5 | 27-CR-23-1886 | 2024-05-30 | Order-Denying-Rule-103-01-Fee-Waiver | 89__Order-Denying-Rule-103-01-Fee-Waiver__2024-05-30.pdf | Dayton Klein, Julia | Kuberski, Virginia; Kuberski; Virginia | Minnesota Judicial Branch | Kuberski, Virginia, Kuberski, Virginia | | | | |
| 6 | 27-CR-23-1886 | 2024-07-15 | Judge-Julia-Dayton-Kleins-Order-to-Recuse | 95__Judge-Julia-Dayton-Kleins-Order-to-Recuse__2024-07-15.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | MN Judicial Branch | Nehring, Alisha, Nehring, Alisha | | | | |
| 7 | 27-CR-23-1886 | 2025-04-03 | Order-Finding-Guertin-Competent | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | Koch, William | Hansen, Isabel; Hansen; Isabel | Minnesota Judicial Branch | Hansen, Isabel, Hansen, Isabel | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | cfcef641-54d1-4554-9a48-0901814ee290 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-03-17T19:18:00Z |
| 8 | 27-CR-23-1886 | 2025-05-30 | Order-Other | 205__Order-Other__2025-05-30.pdf | | Hudleston, Sarah; Hudleston; Sarah | State of Minnesota | Hudleston, Sarah, Hudleston, Sarah | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e75702f7-3351-4767-a9d9-1057dfb87600 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-01-09T16:38:02Z |
| 9 | 27-CR-23-1886 | 2025-07-03 | Order Regarding Request for Rule 20 Extension | 215__Order Regarding Request for Rule 20 Extension__2025-07-03.pdf | Dayton Klein, Julia | MejiaRosalesL | | MejiaRosalesL | | | ^ ^ ^ ^ same Microsoft Entra Id ^ ^ ^ ^ | |
| 10 | 27-CR-23-1886 | 2025-08-04 | Order Regarding Request for Rule 20 Extension | 220__Order Regarding Request for Rule 20 Extension__2025-08-04.pdf | Mercurio, Danielle | Mejia Rosales, Laura; Mejia Rosales; Laura | | Mejia Rosales, Laura, Mejia Rosales, Laura | | | for two 2 different Judges and orders. . . | |

**File Url 1:** link.storjshare.io/raw/jw4khflhawvkafx6f6vnodjjlotq/file/EXHIBIT IDX-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/2501a066-5c4a-4fa7-a8b4-c6733513bc2d.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/3bd27c8a-1b1f-446b-be6f-4c75ff78f81b.pdf
**File Url 4:** drive.proton.me/urls/S970K6BFN0#rmJTcNmqOAy8

1

**EXHIBIT IDX-MD | p. 1**