**EXHIBIT ESO-MD**

| Index | Case Number | Filing Date | Filing Type | PDF FIle Name | Digital Signature Signer Name(s) | Author (metadata) | Company (metadata) | Creator (metadata) |
|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | Borer, George; Dayton Klein, Julia | barbj | Hennepin County | barbj |
| 2 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | Borer, George; Dayton Klein, Julia | barbj | Hennepin County | barbj |
| 3 | 27-CR-17-22909 | 2017-09-13 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | Lamas, Carolina | Judith Cole | HP | Judith Cole |
| 4 | 27-CR-18-18391 | 2024-02-02 | Order to Transport | MCRO_27-CR-18-18391_Order to Transport_2024-02-02_20240430092716.pdf | Lamas, Carolina | barbj | Hennepin County | barbj |
| 5 | 27-CR-18-18391 | 2019-10-09 | Order-Other | MCRO_27-CR-18-18391_Order-Other_2019-10-09_20240430092800.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Nehring, Alisha, Nehring, Alisha |
| 6 | 27-CR-18-19274 | 2019-01-09 | Order for Conditional Release | MCRO_27-CR-18-19274_Order for Conditional Release_2019-01-09_20240430093107.pdf | Koch, William | Bowman, Megan; Bowman; Megan | MN Judicial Branch | Bowman, Megan, Bowman, Megan |
| 7 | 27-CR-18-19274 | 2022-11-10 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-18-19274_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-11-10_20240430093039.pdf | Koch, William | CardarelleJ | | CardarelleJ |
| 8 | 27-CR-18-19274 | 2018-08-28 | Order-Other | MCRO_27-CR-18-19274_Order-Other_2018-08-28_20240430093110.pdf | Lamas, Carolina | Judith Cole | State of Minnesota | Judith Cole |
| 9 | 27-CR-18-26530 | 2020-02-04 | Order to Appear | MCRO_27-CR-18-26530_Order to Appear_2020-02-04_20240430093401.pdf | Engisch, Nicole | Bernstein, David S; Bernstein; David S | | Bernstein, David S, Bernstein, David S |
| 10 | 27-CR-19-901 | 2020-07-20 | Order to Appear | MCRO_27-CR-19-901_Order to Appear_2020-07-20_20240430091126.pdf | Bartolomei, Luis | Steve D Olson | | Steve D Olson |
| 11 | 27-CR-19-1916 | 2024-02-02 | Order to Transport | MCRO_27-CR-19-1916_Order to Transport_2024-02-02_20240430091209.pdf | Lamas, Carolina | barbj | Hennepin County | barbj |
| 12 | 27-CR-19-1916 | 2019-10-09 | Order-Other | MCRO_27-CR-19-1916_Order-Other_2019-10-09_20240430091243.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Nehring, Alisha, Nehring, Alisha |
| 13 | 27-CR-19-3539 | 2024-02-02 | Order to Transport | MCRO_27-CR-19-3539_Order to Transport_2024-02-02_20240430091320.pdf | Lamas, Carolina | barbj | Hennepin County | barbj |
| 14 | 27-CR-19-3539 | 2019-10-09 | Order-Other | MCRO_27-CR-19-3539_Order-Other_2019-10-09_20240430091353.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Nehring, Alisha, Nehring, Alisha |
| 15 | 27-CR-19-12466 | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-19-12466_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430091830.pdf | Allyn, Julie | Grab, Thomas; Grab; Thomas | | Grab, Thomas, Grab, Thomas |
| 16 | 27-CR-19-12466 | 2019-07-31 | Order-Other | MCRO_27-CR-19-12466_Order-Other_2019-07-31_20240430091856.pdf | Lamas, Carolina | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Nehring, Alisha, Nehring, Alisha |
| 17 | 27-CR-19-17539 | 2024-02-02 | Order to Transport | MCRO_27-CR-19-17539_Order to Transport_2024-02-02_20240430091927.pdf | Lamas, Carolina | barbj | Hennepin County | barbj |
| 18 | 27-CR-19-17539 | 2019-10-09 | Order-Other | MCRO_27-CR-19-17539_Order-Other_2019-10-09_20240430092000.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | State of Minnesota | Nehring, Alisha, Nehring, Alisha |
| 19 | 27-CR-19-19606 | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-19-19606_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430092047.pdf | Allyn, Julie | Grab, Thomas; Grab; Thomas | | Grab, Thomas, Grab, Thomas |
| 20 | 27-CR-19-22615 | 2023-11-16 | Order Denying Removal of Judicial Officer | MCRO_27-CR-19-22615_Order Denying Removal of Judicial Officer_2023-11-16_20240430092204.pdf | Caligiuri, Hilary | Caligiuri, Hilary; Caligiuri; Hilary | State of Minnesota | Caligiuri, Hilary, Caligiuri, Hilary |
| 21 | 27-CR-19-22615 | 2023-12-21 | Order Denying Removal of Judicial Officer | MCRO_27-CR-19-22615_Order Denying Removal of Judicial Officer_2023-12-21_20240430092148.pdf | Caligiuri, Hilary | Caligiuri, Hilary; Caligiuri; Hilary | State of Minnesota | Caligiuri, Hilary, Caligiuri, Hilary |
| 22 | 27-CR-19-22615 | 2024-01-11 | Order Denying Removal of Judicial Officer | MCRO_27-CR-19-22615_Order Denying Removal of Judicial Officer_2024-01-11_20240430092144.pdf | Caligiuri, Hilary | Caligiuri, Hilary; Caligiuri; Hilary | State of Minnesota | Caligiuri, Hilary, Caligiuri, Hilary |
| 23 | 27-CR-19-22615 | 2023-12-27 | Order-Other | MCRO_27-CR-19-22615_Order-Other_2023-12-27_20240430092145.pdf | Meyer, Kerry (Judge) | Beyer, Brandon, Beyer, Brandon | | Beyer, Brandon, Beyer, Brandon |
| 24 | 27-CR-19-22615 | 2024-01-16 | Order-Other | MCRO_27-CR-19-22615_Order-Other_2024-01-16_20240430092136.pdf | Meyer, Kerry (Judge) | Beyer, Brandon; Beyer; Brandon | Minnesota Judicial Branch | Beyer, Brandon, Beyer, Brandon |
| 25 | 27-CR-19-25578 | 2023-06-29 | Order for Dismissal | MCRO_27-CR-19-25578_Order for Dismissal_2023-06-29_20240430092254.pdf | Browne, Michael | Moosbrugger, Timothy; Moosbrugger; Timothy | | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 26 | 27-CR-20-423 | 2022-11-10 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-20-423_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-11-10_20240430084800.pdf | Koch, William | CardarelleJ | | CardarelleJ |
| 27 | 27-CR-20-1893 | 2020-06-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-20-1893_Order Revoking Interim Conditions of Release_2020-06-10_20240430084922.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 28 | 27-CR-20-1893 | 2020-12-31 | Order Revoking Interim Conditions of Release | MCRO_27-CR-20-1893_Order Revoking Interim Conditions of Release_2020-12-31_20240430084914.pdf | Koch, William | Scott L Verdoorn | | Scott L Verdoorn |
| 29 | 27-CR-20-1893 | 2021-11-30 | Probation Violation Warrant | MCRO_27-CR-20-1893_Probation Violation Warrant_2021-11-30_20240430084908.pdf | Bartolomei, Luis | Steve D Olson | | Steve D Olson |
| 30 | 27-CR-20-1893 | 2023-05-17 | Probation Violation Warrant | MCRO_27-CR-20-1893_Probation Violation Warrant_2023-05-17_20240430084901.pdf | Janzen, Lisa | Steve D Olson | | Steve D Olson |
| 31 | 27-CR-20-3244 | 2024-04-11 | Order to Appear | MCRO_27-CR-20-3244_Order to Appear_2024-04-11_20240430084951.pdf | Bartolomei, Luis | Steve D Olson | | Steve D Olson |
| 32 | 27-CR-20-8926 | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-20-8926_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430085443.pdf | Allyn, Julie | Grab, Thomas; Grab; Thomas | | Grab, Thomas, Grab, Thomas |
| 33 | 27-CR-20-13495 | 2021-11-19 | Order Reinstating Forfeited Cash or Surety Bond | MCRO_27-CR-20-13495_Order Reinstating Forfeited Cash or Surety Bond_2021-11-19_20240430085946.pdf | Browne, Michael | Lissarrague, Jennifer; Lissarrague; Jennifer | | Lissarrague, Jennifer, Lissarrague, Jennifer |

**File Url 1:** link.storjshare.io/raw/jvagteaksz6ojfyyibvdumma2wxa/file/EXHIBIT ESO-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/59d0af64-fd46-4099-876d-005cfd3b22a2.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/3ba9bfe6-2c26-4c9b-9a7b-f460f41bd97b.pdf
**File Url 4:** drive.proton.me/urls/06G4X87B5W#Fn9wIT4Oqfuj

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Digital Signature Signer Name(s) | Author (metadata) | Company (metadata) | Creator (metadata) |
|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-20-13495 | 2021-10-27 | Order-Other | MCRO_27-CR-20-13495_Order-Other_2021-10-27_20240430085950.pdf | Benson, Bev | Cecka, Annie; Cecka; Annie | | Cecka, Annie, Cecka, Annie |
| 35 | 27-CR-20-13495 | 2022-05-09 | Order-Other | MCRO_27-CR-20-13495_Order-Other_2022-05-09_20240430085927.pdf | Browne, Michael | Christensen, Kelsey; Christensen; Kelsey | MN Judicial Branch | Christensen, Kelsey, Christensen, Kelsey |
| 36 | 27-CR-20-20037 | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-20-20037_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430090145.pdf | Allyn, Julie | Grab, Thomas; Grab; Thomas | | Grab, Thomas, Grab, Thomas |
| 37 | 27-CR-20-20788 | 2021-02-02 | Order Revoking Interim Conditions of Release | MCRO_27-CR-20-20788_Order Revoking Interim Conditions of Release_2021-02-02_20240430090246.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 38 | 27-CR-20-20788 | 2021-05-06 | Order Revoking Interim Conditions of Release | MCRO_27-CR-20-20788_Order Revoking Interim Conditions of Release_2021-05-06_20240430090237.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 39 | 27-CR-20-20788 | 2021-03-08 | Probation Violation Order for Detention | MCRO_27-CR-20-20788_Probation Violation Order for Detention_2021-03-08_20240430090242.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 40 | 27-CR-20-26577 | 2024-01-10 | Amended Order | MCRO_27-CR-20-26577_Amended Order_2024-01-10_20240430090600.pdf | Browne, Michael | Graham, Jackson; Graham; Jackson | | Graham, Jackson, Graham, Jackson |
| 41 | 27-CR-20-26577 | 2024-01-12 | Amended Order | MCRO_27-CR-20-26577_Amended Order_2024-01-12_20240430090558.pdf | Browne, Michael | Graham, Jackson; Graham; Jackson | | Graham, Jackson, Graham, Jackson |
| 42 | 27-CR-20-26577 | 2024-01-19 | Amended Order | MCRO_27-CR-20-26577_Amended Order_2024-01-19_20240430090556.pdf | Dayton Klein, Julia; Mercurio, Danielle | Graham, Jackson; Graham; Jackson | | Graham, Jackson, Graham, Jackson |
| 43 | 27-CR-20-26577 | 2023-01-20 | Correspondence | MCRO_27-CR-20-26577_Correspondence_2023-01-20_20240430090609.pdf | Dayton Klein, Julia | Bohach, Alicia; Bohach, Alicia | | Bohach, Alicia, Bohach, Alicia |
| 44 | 27-CR-20-26577 | 2021-06-25 | Order Denying Motion | MCRO_27-CR-20-26577_Order Denying Motion_2021-06-25_20240430090627.pdf | Koch, William | Ottaviani, Evan; Ottaviani; Evan | MN Judicial Branch | Ottaviani, Evan, Ottaviani, Evan |
| 45 | 27-CR-20-27550 | 2021-04-15 | Order for Conditional Release | MCRO_27-CR-20-27550_Order for Conditional Release_2021-04-15_20240430090720.pdf | Lamas, Carolina | Browne, Kelly; Browne; Kelly | | Browne, Kelly, Browne, Kelly |
| 46 | 27-CR-21-1171 | 2024-01-08 | Amended Order | MCRO_27-CR-21-1171_Amended Order_2024-01-08_20240430075313.pdf | Dayton Klein, Julia | Cuellar, Lee; Cuellar; Lee | | Cuellar, Lee, Cuellar, Lee |
| 47 | 27-CR-21-1230 | 2022-06-23 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-1230_Order Revoking Interim Conditions of Release_2022-06-23_20240430075440.pdf | Benson, Bev | STTI002 | Minnesota Judicial Branch | STTI002 |
| 48 | 27-CR-21-1230 | 2024-04-05 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-1230_Order Revoking Interim Conditions of Release_2024-04-05_20240430075402.pdf | Brennan, Amber | Scott L Verdoorn | | Scott L Verdoorn |
| 49 | 27-CR-21-1980 | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-1980_Order Revoking Interim Conditions of Release_2021-12-14_20240430080011.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 50 | 27-CR-21-3797 | 2024-01-22 | Order Reinstating Forfeited Cash or Surety Bond | MCRO_27-CR-21-3797_Order Reinstating Forfeited Cash or Surety Bond_2024-01-22_20240430080056.pdf | Benson, Bev | | | |
| 51 | 27-CR-21-6229 | 2021-08-26 | Order for Conditional Release | MCRO_27-CR-21-6229_Order for Conditional Release_2021-08-26_20240430080233.pdf | Cahill, Peter | Cahill, Peter (Judge); Cahill; Peter (Judge) | MN Judicial Branch | Cahill, Peter (Judge), Cahill, Peter (Judge) |
| 52 | 27-CR-21-6710 | 2022-04-20 | Order for Conditional Release | MCRO_27-CR-21-6710_Order for Conditional Release_2022-04-20_20240430080407.pdf | Benson, Bev | Blazar, Sandy; Blazar; Sandy | Minnesota Judicial Branch | Blazar, Sandy, Blazar, Sandy |
| 53 | 27-CR-21-8412 | 2023-04-11 | Order to Transport | MCRO_27-CR-21-8412_Order to Transport_2023-04-11_20240430081743.pdf | Dayton Klein, Julia | barbj | Hennepin County | barbj |
| 54 | 27-CR-21-10675 | 2023-05-18 | Correspondence | MCRO_27-CR-21-10675_Correspondence_2023-05-18_20240430082222.pdf | Dayton Klein, Julia | Bohach, Alicia; Bohach; Alicia | | Bohach, Alicia, Bohach, Alicia |
| 55 | 27-CR-21-10675 | 2022-01-03 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-10675_Order Revoking Interim Conditions of Release_2022-01-03_20240430082236.pdf | Browne, Michael | JSD921 | | JSD921 |
| 56 | 27-CR-21-10675 | 2022-02-24 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-10675_Order Revoking Interim Conditions of Release_2022-02-24_20240430082230.pdf | Sullivan, Bridget | Scott L Verdoorn | | Scott L Verdoorn |
| 57 | 27-CR-21-10675 | 2022-09-16 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-10675_Order Revoking Interim Conditions of Release_2022-09-16_20240430082224.pdf | Brandt, Gina | Scott L Verdoorn | | Scott L Verdoorn |
| 58 | 27-CR-21-10675 | 2023-07-13 | Order-Other | MCRO_27-CR-21-10675_Order-Other_2023-07-13_20240430082220.pdf | Burke, Susan | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 59 | 27-CR-21-13752 | 2022-06-23 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-13752_Order Revoking Interim Conditions of Release_2022-06-23_20240430082350.pdf | Benson, Bev | STTI002 | | STTI002 |
| 60 | 27-CR-21-13752 | 2024-04-05 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-13752_Order Revoking Interim Conditions of Release_2024-04-05_20240430082314.pdf | Brennan, Amber | Scott L Verdoorn | | Scott L Verdoorn |
| 61 | 27-CR-21-14861 | 2023-09-29 | Probation Violation Order for Detention | MCRO_27-CR-21-14861_Probation Violation Order for Detention_2023-09-29_20240430082518.pdf | Abrams, Ron | Steve D Olson | | Steve D Olson |
| 62 | 27-CR-21-17008 | 2024-04-05 | Amended Order | MCRO_27-CR-21-17008_Amended Order_2024-04-05_20240430082726.pdf | Meyer, Kerry (Judge) | shermans | | shermans |
| 63 | 27-CR-21-17008 | 2024-01-04 | Probation Violation Warrant | MCRO_27-CR-21-17008_Probation Violation Warrant_2024-01-04_20240430082732.pdf | Cahill, Peter | Steve D Olson | | Steve D Olson |
| 64 | 27-CR-21-19723 | 2023-05-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-19723_Order Revoking Interim Conditions of Release_2023-05-10_20240430082937.pdf | Chou, Marta | Scott L Verdoorn | | Scott L Verdoorn |
| 65 | 27-CR-21-19723 | 2022-08-08 | Probation Violation Order for Detention | MCRO_27-CR-21-19723_Probation Violation Order for Detention_2022-08-08_20240430082948.pdf | Hughey, Rachel | Scott L Verdoorn | | Scott L Verdoorn |
| 66 | 27-CR-21-20072 | 2021-11-12 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-20072_Order Revoking Interim Conditions of Release_2021-11-12_20240430083113.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |

File Url 1: link.storjshare.io/raw/jvagteaksz6ojfyyibvdumma2wxa/file/EXHIBIT ESO-MD_files.pdf
File Url 2: MnCourtFraud.Substack.com/api/v1/file/59d0af64-fd46-4099-876d-005cfd3b22a2.pdf
File Url 3: Matt1Up.Substack.com/api/v1/file/3ba9bfe6-2c26-4c9b-9a7b-f460f41bd97b.pdf
File Url 4: drive.proton.me/urls/06G4X87B5W#Fn9wIT4Oqfuj

2

EXHIBIT ESO-MD | p. 2

| Index | Case Number | Filing Date | Filing Type | PDF FIle Name | Digital Signature Signer Name(s) | Author (metadata) | Company (metadata) | Creator (metadata) |
|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-21-20072 | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-20072_Order Revoking Interim Conditions of Release_2021-12-14_20240430083108.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 68 | 27-CR-21-20529 | 2022-03-25 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-20529_Order Revoking Interim Conditions of Release_2022-03-25_20240430083204.pdf | Robiner, Susan M. | Scott L Verdoorn | | Scott L Verdoorn |
| 69 | 27-CR-21-20988 | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-20988_Order Revoking Interim Conditions of Release_2021-12-14_20240430083356.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 70 | 27-CR-21-21355 | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-21355_Order Revoking Interim Conditions of Release_2021-12-14_20240430083504.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 71 | 27-CR-21-22058 | 2024-02-02 | Order to Transport | MCRO_27-CR-21-22058_Order to Transport_2024-02-02_20240430083544.pdf | Dayton Klein, Julia | barbj | Hennepin County | barbj |
| 72 | 27-CR-21-23131 | 2024-02-01 | Amended Order | MCRO_27-CR-21-23131_Amended Order_2024-02-01_20240430083638.pdf | Caligiuri, Hilary | Williamson, Aaron; Williamson; Aaron | State of Minnesota | Williamson, Aaron, Williamson, Aaron |
| 73 | 27-CR-21-23131 | 2022-01-06 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-21-23131_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-06_20240430083657.pdf | Caligiuri, Hilary | metropulosS | | metropulosS |
| 74 | 27-CR-21-23233 | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-21-23233_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430084228.pdf | Allyn, Julie | Grab, Thomas; Grab; Thomas | | Grab, Thomas, Grab, Thomas |
| 75 | 27-CR-21-23456 | 2021-12-28 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-23456_Order Revoking Interim Conditions of Release_2021-12-28_20240430084342.pdf | Meyer, Kerry (Judge) | Scott L Verdoorn | | Scott L Verdoorn |
| 76 | 27-CR-21-23456 | 2023-05-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-23456_Order Revoking Interim Conditions of Release_2023-05-10_20240430084313.pdf | Chou, Marta | Scott L Verdoorn | | Scott L Verdoorn |
| 77 | 27-CR-21-23456 | 2022-08-08 | Probation Violation Order for Detention | MCRO_27-CR-21-23456_Probation Violation Order for Detention_2022-08-08_20240430084323.pdf | Hughey, Rachel | Scott L Verdoorn | | Scott L Verdoorn |
| 78 | 27-CR-21-23628 | 2022-04-27 | Probation Violation Order for Detention | MCRO_27-CR-21-23628_Probation Violation Order for Detention_2022-04-27_20240430084625.pdf | Chou, Marta | Steve D Olson | | Steve D Olson |
| 79 | 27-CR-22-3570 | 2023-05-18 | Correspondence | MCRO_27-CR-22-3570_Correspondence_2023-05-18_20240429034615.pdf | Dayton Klein, Julia | Bohach, Alicia; Bohach; Alicia | | Bohach, Alicia, Bohach, Alicia |
| 80 | 27-CR-22-3570 | 2022-09-16 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-3570_Order Revoking Interim Conditions of Release_2022-09-16_20240429034622.pdf | Browne, Michael | Scott L Verdoorn | | Scott L Verdoorn |
| 81 | 27-CR-22-3570 | 2023-07-13 | Order-Other | MCRO_27-CR-22-3570_Order-Other_2023-07-13_20240429034611.pdf | Burke, Susan | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 82 | 27-CR-22-4239 | 2024-01-09 | Order-Other | MCRO_27-CR-22-4239_Order-Other_2024-01-09_20240429035758.pdf | Caligiuri, Hilary | Carole A. Katz | | Carole A. Katz |
| 83 | 27-CR-22-4898 | 2022-04-22 | Probation Violation Order for Detention | MCRO_27-CR-22-4898_Probation Violation Order for Detention_2022-04-22_20240429040226.pdf | Bartolomei, Luis | Scott L Verdoorn | | Scott L Verdoorn |
| 84 | 27-CR-22-7797 | 2022-05-13 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-7797_Order Revoking Interim Conditions of Release_2022-05-13_20240429040535.pdf | Burns, Michael | Scott L Verdoorn | | Scott L Verdoorn |
| 85 | 27-CR-22-10646 | 2022-08-10 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-22-10646_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-08-10_20240429153000.pdf | Caligiuri, Hilary | metropulosS | | metropulosS |
| 86 | 27-CR-22-13185 | 2023-05-01 | Order Denying Motion | MCRO_27-CR-22-13185_Order Denying Motion_2023-05-01_20240429161142.pdf | Borer, George; Browne, Michael | GB | State of Minnesota | GB |
| 87 | 27-CR-22-15550 | 2023-05-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-15550_Order Revoking Interim Conditions of Release_2023-05-10_20240429161920.pdf | Chou, Marta | Scott L Verdoorn | | Scott L Verdoorn |
| 88 | 27-CR-22-18209 | 2023-05-18 | Correspondence | MCRO_27-CR-22-18209_Correspondence_2023-05-18_20240429162058.pdf | Dayton Klein, Julia | Bohach, Alicia; Bohach; Alicia | | Bohach, Alicia, Bohach, Alicia |
| 89 | 27-CR-22-18209 | 2022-10-12 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-18209_Order Revoking Interim Conditions of Release_2022-10-12_20240429162111.pdf | Browne, Michael | Scott L Verdoorn | | Scott L Verdoorn |
| 90 | 27-CR-22-18209 | 2023-04-03 | Order for Production of Medical Records | MCRO_27-CR-22-18209_Order for Production of Medical Records_2023-04-03_20240429162059.pdf | Dayton Klein, Julia | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 91 | 27-CR-22-18209 | 2023-06-08 | Order-Other | MCRO_27-CR-22-18209_Order-Other_2023-06-08_20240429162056.pdf | Robben, Patrick | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 92 | 27-CR-22-18209 | 2023-01-11 | Probation Violation Order for Detention | MCRO_27-CR-22-18209_Probation Violation Order for Detention_2023-01-11_20240429162105.pdf | Daly, Margaret | Scott L Verdoorn | | Scott L Verdoorn |
| 93 | 27-CR-22-18776 | 2022-10-21 | Amended Order | MCRO_27-CR-22-18776_Amended Order_2022-10-21_20240429162200.pdf | Andow, Anna | Williamson, Aaron; Williamson; Aaron | | Williamson, Aaron, Williamson, Aaron |
| 94 | 27-CR-22-18789 | 2022-12-29 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-22-18789_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-12-29_20240429162252.pdf | Burns, Michael | Ellis, Roberta; Ellis; Roberta | | Ellis, Roberta, Ellis, Roberta |
| 95 | 27-CR-22-18859 | 2023-07-18 | Order-Other | MCRO_27-CR-22-18859_Order-Other_2023-07-18_20240429162339.pdf | Dayton Klein, Julia | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 96 | 27-CR-22-20527 | 2024-01-19 | Order Denying Motion | MCRO_27-CR-22-20527_Order Denying Motion_2024-01-19_20240429162746.pdf | Dayton Klein, Julia; Mercurio, Danielle | Moosbrugger, Timothy; Moosbrugger; Timothy | | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 97 | 27-CR-22-20527 | 2023-04-03 | Order for Production of Medical Records | MCRO_27-CR-22-20527_Order for Production of Medical Records_2023-04-03_20240429162755.pdf | Browne, Michael | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 98 | 27-CR-22-21925 | 2023-03-27 | Order for Dismissal | MCRO_27-CR-22-21925_Order for Dismissal_2023-03-27_20240429162955.pdf | Dayton Klein, Julia | Moosbrugger, Timothy; Moosbrugger; Timothy | | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 99 | 27-CR-22-22521 | 2023-05-18 | Correspondence | MCRO_27-CR-22-22521_Correspondence_2023-05-18_20240429163110.pdf | Dayton Klein, Julia | Bohach, Alicia; Bohach; Alicia | | Bohach, Alicia, Bohach, Alicia |

**File Url 1:** link.storjshare.io/raw/jvagteaksz6ojfyyibvdumma2wxa/file/EXHIBIT ESO-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/59d0af64-fd46-4099-876d-005cfd3b22a2.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/3ba9bfe6-2c26-4c9b-9a7b-f460f41bd97b.pdf
**File Url 4:** drive.proton.me/urls/06G4X87B5W#Fn9wIT4Oqfuj

**EXHIBIT ESO-MD | p. 3**

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Digital Signature Signer Name(s) | Author (metadata) | Company (metadata) | Creator (metadata) |
|---|---|---|---|---|---|---|---|---|
| 100 | 27-CR-22-22521 | 2023-11-02 | Order to Transport | MCRO_27-CR-22-22521_Order to Transport_2023-11-02_20240429163105.pdf | Browne, Michael | barbj | Hennepin County | barbj |
| 101 | 27-CR-22-22521 | 2023-07-13 | Order-Other | MCRO_27-CR-22-22521_Order-Other_2023-07-13_20240429163108.pdf | Dayton Klein, Julia | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 102 | 27-CR-22-22985 | 2023-07-18 | Order-Other | MCRO_27-CR-22-22985_Order-Other_2023-07-18_20240429164044.pdf | Dayton Klein, Julia | Burg, Amanda R; Burg; Amanda R | | Burg, Amanda R, Burg, Amanda R |
| 103 | 27-CR-22-24627 | 2024-02-01 | Amended Order | MCRO_27-CR-22-24627_Amended Order_2024-02-01_20240429164345.pdf | Caligiuri, Hilary | Williamson, Aaron; Williamson; Aaron | | Williamson, Aaron, Williamson, Aaron |
| 104 | 27-CR-22-24627 | 2023-01-03 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-24627_Order Revoking Interim Conditions of Release_2023-01-03_20240429164357.pdf | Vasaly, Mary | Scott L Verdoorn | State of Minnesota | Scott L Verdoorn |
| 105 | 27-CR-22-25151 | 2023-10-18 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-22-25151_Order-Evaluation for Competency to Proceed (Rule 20.01)_2023-10-18_20240429164607.pdf | Burns, Michael | | | RICOH Aficio MP 301 |
| 106 | 27-CR-23-284 | 2023-01-13 | Order for Booking | MCRO_27-CR-23-284_Order for Booking_2023-01-13_20240430071744.pdf | Siegesmund, Kristin | Julie Wood | | Julie Wood |
| 107 | 27-CR-23-284 | 2023-04-27 | Order for Dismissal | MCRO_27-CR-23-284_Order for Dismissal_2023-04-27_20240430071738.pdf | Dayton Klein, Julia | Moosbrugger, Timothy; Moosbrugger; Timothy | | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 108 | 27-CR-23-512 | 2023-03-27 | Order for Dismissal | MCRO_27-CR-23-512_Order for Dismissal_2023-03-27_20240430071931.pdf | Dayton Klein, Julia | Moosbrugger, Timothy; Moosbrugger; Timothy | | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 109 | 27-CR-23-883 | 2023-03-27 | Order for Dismissal | MCRO_27-CR-23-883_Order for Dismissal_2023-03-27_20240430072026.pdf | Dayton Klein, Julia | Moosbrugger, Timothy; Moosbrugger; Timothy | | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 110 | 27-CR-23-1600 | 2023-10-04 | Amended Order | MCRO_27-CR-23-1600_Amended Order_2023-10-04_20240430072211.pdf | Robiner, Susan M. | shermans | | shermans |
| 111 | 27-CR-23-1600 | 2023-09-29 | Order Revoking Interim Conditions of Release | MCRO_27-CR-23-1600_Order Revoking Interim Conditions of Release_2023-09-29_20240430072213.pdf | Abrams, Ron | Scott L Verdoorn | | Scott L Verdoorn |
| 112 | 27-CR-23-1886 | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | Borer, George; Browne, Michael | Danielle C. Mercurio | Hewlett-Packard Company | Danielle C. Mercurio |
| 113 | 27-CR-23-1886 | 2024-04-12 | Order Denying Motion | MCRO_27-CR-23-1886_Order Denying Motion_2024-04-12_20240430072345.pdf | Dayton Klein, Julia | Pederson, Rachel; Pederson; Rachel | Minnesota Judicial Branch | Pederson, Rachel, Pederson, Rachel |
| 114 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20240430072357.pdf | Dayton Klein, Julia | Nehring, Alisha; Nehring; Alisha | MN Judicial Branch | Nehring, Alisha, Nehring, Alisha |
| 115 | 27-CR-23-1886 | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | Borer, George; Browne, Michael | Danielle C. Mercurio | Hewlett-Packard Company | Danielle C. Mercurio |
| 116 | 27-CR-23-3198 | 2023-12-06 | Finding of Incompetency and Order | MCRO_27-CR-23-3198_Finding of Incompetency and Order_2023-12-06_20240430072732.pdf | Dayton Klein, Julia; Skibbie, Lori | Apker, MB; Apker; MB | | Apker, MB, Apker, MB |
| 117 | 27-CR-23-3198 | 2024-01-31 | Order Denying Motion | MCRO_27-CR-23-3198_Order Denying Motion_2024-01-31_20240430072727.pdf | Browne, Michael | barbj | | barbj |
| 118 | 27-CR-23-3198 | 2024-03-11 | Order Revoking Interim Conditions of Release | MCRO_27-CR-23-3198_Order Revoking Interim Conditions of Release_2024-03-11_20240430072719.pdf | Borer, George; Browne, Michael | Scott L Verdoorn | | Scott L Verdoorn |
| 119 | 27-CR-23-3198 | 2024-02-09 | Order-Other | MCRO_27-CR-23-3198_Order-Other_2024-02-09_20240430072725.pdf | Peralta, Nelson | GB | State of Minnesota | GB |
| 120 | 27-CR-23-3459 | 2023-05-12 | Order-Other | MCRO_27-CR-23-3459_Order-Other_2023-05-12_20240430072904.pdf | Browne, Michael | Nehring, Alisha; Nehring; Alisha | | Nehring, Alisha, Nehring, Alisha |
| 121 | 27-CR-23-3459 | 2024-01-26 | Scheduling Order | MCRO_27-CR-23-3459_Scheduling Order_2024-01-26_20240430072857.pdf | Caligiuri, Hilary | Kendrick, Eva; Kendrick; Eva | | Kendrick, Eva, Kendrick, Eva |
| 122 | 27-CR-23-3460 | 2023-05-12 | Order-Other | MCRO_27-CR-23-3460_Order-Other_2023-05-12_20240430072942.pdf | Browne, Michael | Nehring, Alisha; Nehring; Alisha | | Nehring, Alisha, Nehring, Alisha |
| 123 | 27-CR-23-4547 | 2023-09-11 | Order-Other | MCRO_27-CR-23-4547_Order-Other_2023-09-11_20240430073114.pdf | McPherson, Catherine (Judge); Valenziano, Melinda (Wright Court Administration) | Pankratz, Kristene; Pankratz; Kristene | | Pankratz, Kristene, Pankratz, Kristene |
| 124 | 27-CR-23-5213 | 2023-05-02 | Order Denying Motion | MCRO_27-CR-23-5213_Order Denying Motion_2023-05-02_20240430073155.pdf | Borer, George; Browne, Michael | GB | State of Minnesota | GB |
| 125 | 27-CR-23-5213 | 2023-05-19 | Order for Dismissal | MCRO_27-CR-23-5213_Order for Dismissal_2023-05-19_20240430073154.pdf | Browne, Michael | Moosbrugger, Timothy; Moosbrugger; Timothy | MN Judicial Branch | Moosbrugger, Timothy, Moosbrugger, Timothy |
| 126 | 27-CR-23-8406 | 2023-05-25 | Order Revoking Interim Conditions of Release | MCRO_27-CR-23-8406_Order Revoking Interim Conditions of Release_2023-05-25_20240430073405.pdf | Askalani, Shereen | JSD921 | | JSD921 |
| 127 | 27-CR-23-13960 | 2023-11-28 | Order Revoking Interim Conditions of Release | MCRO_27-CR-23-13960_Order Revoking Interim Conditions of Release_2023-11-28_20240430074051.pdf | Quam, Jay M. | Scott L Verdoorn | | Scott L Verdoorn |
| 128 | 27-CR-23-16281 | 2024-01-10 | Other Document | MCRO_27-CR-23-16281_Other Document_2024-01-10_20240430074127.pdf | Christopherson, Wendy (Anoka Court Administration); Saterbak, Melissa (Anoka Judge) | Roche, Patrick (LC-MSaterbak); Roche, Patrick (LC-MSaterbak) | Minnesota Judicial Branch | Roche, Patrick (LC-MSaterbak), Roche, Patrick (LC-MSaterbak) |
| 129 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | MCRO_27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26_20240430074934.pdf | Browne, Michael | Nehring, Alisha; Nehring; Alisha | Minnesota Judicial Branch | Nehring, Alisha, Nehring, Alisha |
| 130 | 27-CR-23-21653 | 2024-02-13 | Amended Order | MCRO_27-CR-23-21653_Amended Order_2024-02-13_20240430075009.pdf | Dayton Klein, Julia; Mercurio, Danielle | Williamson, Aaron; Williamson; Aaron | | Williamson, Aaron, Williamson, Aaron |

File Url 1: link.storjshare.io/raw/jvagteaksz6ojfyyibvdumma2wxa/file/EXHIBIT ESO-MD_files.pdf
File Url 2: MnCourtFraud.Substack.com/api/v1/file/59d0af64-fd46-4099-876d-005cfd3b22a2.pdf
File Url 3: Matt1Up.Substack.com/api/v1/file/3ba9bfe6-2c26-4c9b-9a7b-f460f41bd97b.pdf
File Url 4: drive.proton.me/urls/06G4X87B5W#Fn9wIT4Oqfuj

4

EXHIBIT ESO-MD | p. 4