# EXHIBIT ESO-MD2

| Index | Case Number | Defendant Name | Filing Date | Filing Type | PDF File Name | Digital Signature Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | MCRO_27-CR-18-18391_Order-Other_2019-10-09_20240430092800.pdf | Koch, William | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 2 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | MCRO_27-CR-19-1916_Order-Other_2019-10-09_20240430091243.pdf | Lamas, Carolina | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 3 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | MCRO_27-CR-19-3539_Order-Other_2019-10-09_20240430091353.pdf | Engisch, Nicole | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 4 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | MCRO_27-CR-19-17539_Order-Other_2019-10-09_20240430092000.pdf | Koch, William | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 5 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 6 | 27-CR-21-1980 | GORDON EUGENE SHARP | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-1980_Order Revoking Interim Conditions of Release_2021-12-14_20240430080011.pdf | Benson, Bev | Scott L Verdoorn | 2021:12:14 09:37:52-06:00 | uuid:2E46929C-6218-4F1A-9AF1-F40AB05BFCDD | uuid:e3e108a8-18e6-4ef0-a52a-62c1b8619c99 |
| 7 | 27-CR-21-20072 | GORDON EUGENE SHARP | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-20072_Order Revoking Interim Conditions of Release_2021-12-14_20240430083108.pdf | Browne, Michael | Scott L Verdoorn | 2021:12:14 09:32:14-06:00 | uuid:DEA3FE9F-6B23-4EAC-BC7C-0A1DB4EDA9D4 | uuid:44d73f41-d4d4-4109-943a-a00871aa6f1e |
| 8 | 27-CR-21-20988 | GORDON EUGENE SHARP, Jr. | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-20988_Order Revoking Interim Conditions of Release_2021-12-14_20240430083356.pdf | Bartolomei, Luis | Scott L Verdoorn | 2021:12:14 09:30:00-06:00 | uuid:4203773F-24D4-45AC-AB6F-38321DCDAF18 | uuid:2bfaa18f-2c9a-42c0-a831-228009e944ef |
| 9 | 27-CR-21-21355 | GORDON EUGENE SHARP, Jr. | 2021-12-14 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-21355_Order Revoking Interim Conditions of Release_2021-12-14_20240430083504.pdf | Dayton Klein, Julia | Scott L Verdoorn | 2021:12:14 09:27:05-06:00 | uuid:517890EB-503C-4089-A1F6-094AB15B2D9A | uuid:ac52becf-9f8e-47ab-b87f-ea3d9000e93f |
| 10 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 11 | 27-CR-19-12466 | TERRELL JOHNSON | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-19-12466_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430091830.pdf | Bartolomei, Luis | Grab, Thomas, Grab, Thomas | 2022:01:18 16:59:22-06:00 | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC |
| 12 | 27-CR-19-19606 | TERRELL JOHNSON | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-19-19606_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430092047.pdf | Janzen, Lisa | Grab, Thomas, Grab, Thomas | 2022:01:18 16:59:22-06:00 | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC |
| 13 | 27-CR-20-8926 | TERRELL JOHNSON | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-20-8926_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430085443.pdf | Bartolomei, Luis | Grab, Thomas, Grab, Thomas | 2022:01:18 16:59:22-06:00 | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC |
| 14 | 27-CR-20-20037 | TERRELL JOHNSON | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-20-20037_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430090145.pdf | Allyn, Julie | Grab, Thomas, Grab, Thomas | 2022:01:18 16:59:22-06:00 | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC |
| 15 | 27-CR-21-23233 | TERRELL JOHNSON | 2022-01-19 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-21-23233_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-01-19_20240430084228.pdf | Bartolomei, Luis | Grab, Thomas, Grab, Thomas | 2022:01:18 16:59:22-06:00 | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC | uuid:3283704F-0422-4C5D-B5FF-1C62F1E506EC |
| 16 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 17 | 27-CR-21-1230 | MAKIS DEVELL LANE | 2022-06-23 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-1230_Order Revoking Interim Conditions of Release_2022-06-23_20240430075440.pdf | Koch, William | STTI002 | 2022:06:23 16:25:56-05:00 | uuid:aeac00c5-a7da-47ab-8fe0-cf9f083640af | uuid:2a67ac2b-849b-41f4-8739-455fdadb925d |
| 18 | 27-CR-21-13752 | MAKIS DEVELL LANE | 2022-06-23 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-13752_Order Revoking Interim Conditions of Release_2022-06-23_20240430082350.pdf | Bartolomei, Luis | STTI002 | 2022:06:23 16:22:21-05:00 | uuid:170d7ee9-2e79-4b81-95f9-21324d181ef3 | uuid:cd3a490f-0718-4b5e-aa4f-b39bb8187ba8 |
| 19 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 20 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | 2022-08-08 | Probation Violation Order for Detention | MCRO_27-CR-21-19723_Probation Violation Order for Detention_2022-08-08_20240430082948.pdf | Allyn, Julie | Scott L Verdoorn | 2022:08:08 16:10:12-05:00 | uuid:06B036A8-0C4C-4C67-A1B1-B734CA3A11B6 | uuid:3e6bf906-58c7-4939-b863-5d287ccd6006 |
| 21 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | 2022-08-08 | Probation Violation Order for Detention | MCRO_27-CR-21-23456_Probation Violation Order for Detention_2022-08-08_20240430084323.pdf | Dayton Klein, Julia | Scott L Verdoorn | 2022:08:08 16:15:42-05:00 | uuid:43C19351-74A0-4F2B-BFB9-D44CD6A8B75F | uuid:7920bdb2-eb3f-4f09-ac0f-e3ce7af759f7 |
| 22 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 23 | 27-CR-21-10675 | Dennis Joseph Barry | 2022-09-16 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-10675_Order Revoking Interim Conditions of Release_2022-09-16_20240430082224.pdf | Sullivan, Bridget | Scott L Verdoorn | 2022:09:16 09:43:02-05:00 | uuid:656F2EBF-6D2E-4203-956A-6D0AF138DB40 | uuid:1e1e46fd-78cb-46e4-bfde-5e0c71a0bb01 |
| 24 | 27-CR-22-3570 | Dennis Joseph Barry | 2022-09-16 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-3570_Order Revoking Interim Conditions of Release_2022-09-16_20240429034622.pdf | Brandt, Gina | Scott L Verdoorn | 2022:09:16 09:47:35-05:00 | uuid:B5545A3A-0CF3-4B0E-A9DD-3AFE6B66BF69 | uuid:3f9d4208-aa2e-4814-a701-0eb5f4523979 |
| 25 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 26 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | 2022-11-10 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-18-19274_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-11-10_20240430093039.pdf | Benson, Bev | CardarelleJ | 2022:11:10 11:06:28-06:00 | uuid:0beeeca6-5103-4bd3-bbcc-4d791953e955 | uuid:3186d508-f518-4ab3-9e27-dbfa1283d8ae |
| 27 | 27-CR-20-423 | Ifrah Abdullahi Hassan | 2022-11-10 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-20-423_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-11-10_20240430084800.pdf | Brennan, Amber | CardarelleJ | 2022:11:10 11:06:28-06:00 | uuid:0beeeca6-5103-4bd3-bbcc-4d791953e955 | uuid:3186d508-f518-4ab3-9e27-dbfa1283d8ae |
| 28 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 29 | 27-CR-22-21925 | Abdinour Mohamed Alasow | 2023-03-27 | Order for Dismissal | MCRO_27-CR-22-21925_Order for Dismissal_2023-03-27_20240429162955.pdf | Bartolomei, Luis | Moosbrugger, Timothy, Moosbrugger, Timothy | 2023:03:27 12:55:06-05:00 | uuid:F95735C7-9708-45C3-850E-B916EEBA7CD2 | uuid:F95735C7-9708-45C3-850E-B916EEBA7CD2 |
| 30 | 27-CR-23-512 | Abdinour Mohamed Alasow | 2023-03-27 | Order for Dismissal | MCRO_27-CR-23-512_Order for Dismissal_2023-03-27_20240430071931.pdf | Bartolomei, Luis | Moosbrugger, Timothy, Moosbrugger, Timothy | 2023:03:27 12:55:06-05:00 | uuid:F95735C7-9708-45C3-850E-B916EEBA7CD2 | uuid:F95735C7-9708-45C3-850E-B916EEBA7CD2 |
| 31 | 27-CR-23-883 | Abdinour Mohamed Alasow | 2023-03-27 | Order for Dismissal | MCRO_27-CR-23-883_Order for Dismissal_2023-03-27_20240430072026.pdf | Bartolomei, Luis | Moosbrugger, Timothy, Moosbrugger, Timothy | 2023:03:27 12:55:06-05:00 | uuid:F95735C7-9708-45C3-850E-B916EEBA7CD2 | uuid:F95735C7-9708-45C3-850E-B916EEBA7CD2 |
| 32 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 33 | | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jwbwdmyggkvpwx6ezzqajxmohixa/file/EXHIBIT ESO-MD2_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/bc7b2d75-6f61-4c9d-b34d-cdb0d562ceb6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/d3db5417-935c-4b33-9470-e0466ffa0ce5.pdf
**File Url 4:** drive.proton.me/urls/0WPF0CG6N8#8JR1ggBSFMzu

**EXHIBIT ESO-MD2 | p. 1**

| Index | Case Number | Defendant Name | Filing Date | Filing Type | PDF File Name | Digital Signature Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-22-13185 | MARK ANTHONY REINHART | 2023-05-01 | Order Denying Motion | MCRO_27-CR-22-13185_Order Denying Motion_2023-05-01_20240429161142.pdf | Bartolomei, Luis | GB | 2023:04:30 09:43:37-05:00 | uuid:7694bb91-8cd1-4075-a087-a6e66fc19e55 | uuid:a17f0ed6-5e22-4b61-bc43-919939fb2960 |
| 35 | 27-CR-23-5213 | MARK ANTHONY REINHART | 2023-05-02 | Order Denying Motion | MCRO_27-CR-23-5213_Order Denying Motion_2023-05-02_20240430073155.pdf | Dayton Klein, Julia | GB | 2023:04:30 09:43:37-05:00 | uuid:7694bb91-8cd1-4075-a087-a6e66fc19e55 | uuid:a17f0ed6-5e22-4b61-bc43-919939fb2960 |
| 36 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 37 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | 2023-05-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-19723_Order Revoking Interim Conditions of Release_2023-05-10_20240430082937.pdf | Caligiuri, Hilary | Scott L Verdoorn | 2023:05:10 11:07:01-05:00 | uuid:B4237E48-1123-4DB5-AB74-A865011C0B43 | uuid:2f11faa5-bacb-42a6-a5a5-bfb58aa96197 |
| 38 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | 2023-05-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-21-23456_Order Revoking Interim Conditions of Release_2023-05-10_20240430084313.pdf | Caligiuri, Hilary | Scott L Verdoorn | 2023:05:10 11:09:02-05:00 | uuid:E0B2EF31-E3B2-4EB4-AEAF-FA87C208F9A2 | uuid:b7d70d2a-14fd-453f-b62a-28de13ef7e5a |
| 39 | 27-CR-22-15550 | BRITTANY LATESHA CRUTCHFIELD | 2023-05-10 | Order Revoking Interim Conditions of Release | MCRO_27-CR-22-15550_Order Revoking Interim Conditions of Release_2023-05-10_20240429161920.pdf | Allyn, Julie | Scott L Verdoorn | 2023:05:10 11:11:40-05:00 | uuid:1BBFC0BD-67CE-40A5-81DE-5C7E550F2CFC | uuid:747fdd47-e330-4a66-aaa2-6883bfbdd397 |
| 40 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 41 | 27-CR-23-3459 | MUAD ABDULKADIR | 2023-05-12 | Order-Other | MCRO_27-CR-23-3459_Order-Other_2023-05-12_20240430072904.pdf | Meyer, Kerry (Judge) | Nehring, Alisha, Nehring, Alisha | 2023:05:12 01:06:02-05:00 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 |
| 42 | 27-CR-23-3460 | MUAD ABDULKADIR | 2023-05-12 | Order-Other | MCRO_27-CR-23-3460_Order-Other_2023-05-12_20240430072942.pdf | Chou, Marta | Nehring, Alisha, Nehring, Alisha | 2023:05:12 01:06:02-05:00 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 |
| 43 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 44 | 27-CR-21-10675 | Dennis Joseph Barry | 2023-05-18 | Correspondence | MCRO_27-CR-21-10675_Correspondence_2023-05-18_20240430082222.pdf | Benson, Bev | Bohach, Alicia, Bohach, Alicia | 2023:05:18 10:00:51-05:00 | uuid:b6fc5f7e-b43f-4823-ad18-868f2204dd8d | uuid:418de7a7-01c6-4e0a-ac8b-702b19c012f2 |
| 45 | 27-CR-22-3570 | Dennis Joseph Barry | 2023-05-18 | Correspondence | MCRO_27-CR-22-3570_Correspondence_2023-05-18_20240429034615.pdf | Benson, Bev | Bohach, Alicia, Bohach, Alicia | 2023:05:18 10:00:51-05:00 | uuid:b6fc5f7e-b43f-4823-ad18-868f2204dd8d | uuid:418de7a7-01c6-4e0a-ac8b-702b19c012f2 |
| 46 | 27-CR-22-22521 | Dennis Joseph Barry | 2023-05-18 | Correspondence | MCRO_27-CR-22-22521_Correspondence_2023-05-18_20240429163110.pdf | Cahill, Peter | Bohach, Alicia, Bohach, Alicia | 2023:05:18 10:00:51-05:00 | uuid:b6fc5f7e-b43f-4823-ad18-868f2204dd8d | uuid:418de7a7-01c6-4e0a-ac8b-702b19c012f2 |
| 47 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 48 | 27-CR-21-10675 | Dennis Joseph Barry | 2023-07-13 | Order-Other | MCRO_27-CR-21-10675_Order-Other_2023-07-13_20240430082220.pdf | Browne, Michael | Burg, Amanda R, Burg, Amanda R | 2023:07:12 15:10:07-05:00 | uuid:0D488929-B9E9-405A-99EB-1A27FB232EB1 | uuid:33e5d110-24be-4d7f-8c78-d8714709c262 |
| 49 | 27-CR-22-3570 | Dennis Joseph Barry | 2023-07-13 | Order-Other | MCRO_27-CR-22-3570_Order-Other_2023-07-13_20240429034611.pdf | Robben, Patrick | Burg, Amanda R, Burg, Amanda R | 2023:07:12 15:10:07-05:00 | uuid:0D488929-B9E9-405A-99EB-1A27FB232EB1 | uuid:33e5d110-24be-4d7f-8c78-d8714709c262 |
| 50 | 27-CR-22-22521 | Dennis Joseph Barry | 2023-07-13 | Order-Other | MCRO_27-CR-22-22521_Order-Other_2023-07-13_20240429163108.pdf | Dayton Klein, Julia | Burg, Amanda R, Burg, Amanda R | 2023:07:12 15:10:07-05:00 | uuid:0D488929-B9E9-405A-99EB-1A27FB232EB1 | uuid:33e5d110-24be-4d7f-8c78-d8714709c262 |
| 51 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 52 | 27-CR-23-1886 | MATTHEW DAVID GUERTIN | 2023-07-13 | Finding of Incompetency and Order | MCRO_27-CR-23-1886_Finding of Incompetency and Order_2023-07-13_20240430072356.pdf | Daly, Margaret | Danielle C. Mercurio | 2023:07:13 10:58:23-05:00 | uuid:af03a228-aeb1-4472-bcad-86c4b1c16418 | uuid:2b6de574-6a50-4c21-b1c2-48ae7df3bdc7 |
| 53 | 27-CR-23-1886 | MATTHEW DAVID GUERTIN | 2023-07-13 | Order-Other | MCRO_27-CR-23-1886_Order-Other_2023-07-13_20240430072355.pdf | Andow, Anna | Danielle C. Mercurio | 2023:07:13 10:58:23-05:00 | uuid:af03a228-aeb1-4472-bcad-86c4b1c16418 | uuid:fcf6903f-c5c9-4e16-b870-c14bbd931e06 |
| 54 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 55 | 27-CR-22-18859 | ABDIQANI AHMED HASSAN | 2023-07-18 | Order-Other | MCRO_27-CR-22-18859_Order-Other_2023-07-18_20240429162339.pdf | Burns, Michael | Burg, Amanda R, Burg, Amanda R | 2023:07:17 13:12:54-05:00 | uuid:B19020BA-1B2E-4EF1-ABE6-50A5E7C6F1A0 | uuid:a10417a2-dd93-4c48-8a53-bab8c647e8a0 |
| 56 | 27-CR-22-22985 | ABDIQANI AHMED HASSAN | 2023-07-18 | Order-Other | MCRO_27-CR-22-22985_Order-Other_2023-07-18_20240429164044.pdf | Dayton Klein, Julia | Burg, Amanda R, Burg, Amanda R | 2023:07:17 13:12:54-05:00 | uuid:B19020BA-1B2E-4EF1-ABE6-50A5E7C6F1A0 | uuid:a10417a2-dd93-4c48-8a53-bab8c647e8a0 |
| 57 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 58 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | 2024-02-02 | Order to Transport | MCRO_27-CR-18-18391_Order to Transport_2024-02-02_20240430092716.pdf | Borer, George; Browne, Michael | barbj | 2024:02:01 14:25:40-06:00 | uuid:4576221f-480d-44be-b1ea-737071c2865c | uuid:9dda577e-621e-4a2d-b387-c3e0726352b5 |
| 59 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 2024-02-02 | Order to Transport | MCRO_27-CR-19-1916_Order to Transport_2024-02-02_20240430091209.pdf | Dayton Klein, Julia; Mercurio, Danielle | barbj | 2024:02:01 14:25:40-06:00 | uuid:4576221f-480d-44be-b1ea-737071c2865c | uuid:9dda577e-621e-4a2d-b387-c3e0726352b5 |
| 60 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | 2024-02-02 | Order to Transport | MCRO_27-CR-19-3539_Order to Transport_2024-02-02_20240430091320.pdf | Siegesmund, Kristin | barbj | 2024:02:01 14:25:40-06:00 | uuid:4576221f-480d-44be-b1ea-737071c2865c | uuid:9dda577e-621e-4a2d-b387-c3e0726352b5 |
| 61 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | 2024-02-02 | Order to Transport | MCRO_27-CR-19-17539_Order to Transport_2024-02-02_20240430091927.pdf | Browne, Michael | barbj | 2024:02:01 14:25:40-06:00 | uuid:4576221f-480d-44be-b1ea-737071c2865c | uuid:9dda577e-621e-4a2d-b387-c3e0726352b5 |
| 62 | 27-CR-21-22058 | AESHA IBRAHIM OSMAN | 2024-02-02 | Order to Transport | MCRO_27-CR-21-22058_Order to Transport_2024-02-02_20240430083544.pdf | Dayton Klein, Julia | barbj | 2024:02:01 14:25:40-06:00 | uuid:4576221f-480d-44be-b1ea-737071c2865c | uuid:9dda577e-621e-4a2d-b387-c3e0726352b5 |
| 63 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 64 | 27-CR-21-23131 | Rex Allen Basswood, Jr. | 2024-02-01 | Amended Order | MCRO_27-CR-21-23131_Amended Order_2024-02-01_20240430083638.pdf | Dayton Klein, Julia; Skibbie, Lori | Williamson, Aaron, Williamson, Aaron | 2024:02:01 16:03:06-06:00 | uuid:c0fc8ca0-0add-4d45-8c93-4e8b0160d01e | uuid:28874e32-6dfe-4809-bd9a-55f9b83cc49c |
| 65 | 27-CR-22-24627 | Rex Allen Basswood, Jr. | 2024-02-01 | Amended Order | MCRO_27-CR-22-24627_Amended Order_2024-02-01_20240429164145.pdf | Browne, Michael | Williamson, Aaron, Williamson, Aaron | 2024:02:01 16:03:06-06:00 | uuid:c0fc8ca0-0add-4d45-8c93-4e8b0160d01e | uuid:28874e32-6dfe-4809-bd9a-55f9b83cc49c |
| 66 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |

**File Url 1:** link.storjshare.io/raw/jwbwdmyggkvpwx6ezzqajxmohixa/file/EXHIBIT ESO-MD2_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/bc7b2d75-6f61-4c9d-b34d-cdb0d562ceb6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/d3db5417-935c-4b33-9470-e0466ffa0ce5.pdf
**File Url 4:** drive.proton.me/urls/0WPF0CG6N8#8JR1ggBSFMzu

| Index | Case Number | Defendant Name | Filing Date | Filing Type | PDF File Name | Digital Signature Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-17-1555 | ADRIAN MICHAEL WESLEY | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | Dayton Klein, Julia | barbj | 2024:04:11 08:35:11-05:00 | uuid:e58c1343-4ae9-425b-9988-f4ff5af37452 | uuid:1474b7fa-9539-42af-8db8-d9c222126d16 |
| 68 | 27-CR-17-8342 | ADRIAN MICHAEL WESLEY | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | Borer, George; Browne, Michael | barbj | 2024:04:11 08:35:11-05:00 | uuid:e58c1343-4ae9-425b-9988-f4ff5af37452 | uuid:1474b7fa-9539-42af-8db8-d9c222126d16 |

**File Url 1:** link.storjshare.io/raw/jwbwdmyggkvpwx6ezzqajxmohixa/file/EXHIBIT ESO-MD2_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/bc7b2d75-6f61-4c9d-b34d-cdb0d562ceb6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/d3db5417-935c-4b33-9470-e0466ffa0ce5.pdf
**File Url 4:** drive.proton.me/urls/0WPF0CG6N8#8JR1ggBSFMzu

**EXHIBIT ESO-MD2 | p. 3**