# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL OF PARALLEL ORDERS, DIGITAL SIGNATURES, AND METADATA IN THE "ADRIAN MICHAEL WESLEY" RECORDS** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

1

| | |
|---|---|
| **LEE CUELLAR,** Judicial Clerk, 4th District; <br> **MAWERDI HAMID,** Assistant Hennepin County Attorney; <br> **JACQUELINE PEREZ,** Assistant Hennepin County Attorney; <br> **EMMETT M. DONNELLY,** Hennepin County Public Defender; <br> **RAISSA CARPENTER,** Hennepin County Public Defender; <br> **SHEREEN ASKALANI,** Judge, 4th District; <br> **DR. JILL ROGSTAD,** Senior Clinical Forensic Psychologist; <br> **DR. ADAM MILZ,** Hennepin County Psychological Services; <br> **DR. KATHERYN CRANBROOK,** Hennepin County Psychological Services; <br> **DR. KRISTEN A. OTTE,** Hennepin County Psychological Services; <br> **MICHAEL K. BROWNE,** Judge, 4th District; <br> **LISA K. JANZEN,** Judge, 4th District; <br> **CAROLINA A. LAMAS,** Judge, 4th District; <br> **JOHN DOES 1–50;** <br> **JANE DOES 1–50,** <br>        Appellees. | |

## I. INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts reflected in (a) complete MCRO case-file compilations for three 2017 matters captioned State of Minnesota v. Adrian Michael Wesley, and (b) side-by-side document, signature, and metadata summaries demonstrating cross-case alignment of file contents, signature events, and creation attributes. These facts are

2

capable of accurate and ready determination from the face of the attached exhibits and are offered solely to clarify the record's provenance and chronology without altering it. See Fed. R. App. P. 10(e), 27.

## II. FACTS FOR JUDICIAL NOTICE

A.  |  **Case-File Compendia (AMW-1 to AMW-3)**

**1.** Exhibits AMW-1, AMW-2, and AMW-3 comprise the MCRO dockets and case files for Case Nos. 27-CR-17-1555, 27-CR-17-8342, and 27-CR-17-22909, respectively (full document sets)

B.  |  **Cross-Case, Same-Text Orders and Hash/Source References (AMW-4)**

**1.** AMW-4 presents one "Order-Other" from each of the three cases dated December 27, 2022 (1555 and 8342) and December 29, 2022 (22909), each reflecting the same "BY THE COURT: … Browne, Michael … Judge of District Court" block, alongside file names and per-file SHA-256 hashes and source links

**2.** AMW-4 presents one "Findings of Fact/Order … Defendant Found Incompetent" from each case dated May 8, 2020, each concluding "the defendant … is INCOMPETENT," with per-file SHA-256 hashes and source links

**3.** AMW-4 lists a triad of "Order—Evaluation for Competency to Proceed (Rule 20.01)" entries for all three case numbers dated February 17, 2022, with corresponding file names and hash/source references

C.  |  **Digital-Signature Extraction Table (AMW-DS)**

**1.** AMW-DS tabulates per-document signature fields, including signer names, subfilters, object IDs, and signed byte ranges; for Case No. 27-CR-17-1555 "Order Denying Motion" dated April 11, 2024, the table lists

3

sequential signature entries for "Borer, George," "Dayton Klein, Julia," and multiple "tyler_sig_ce734a7c-…fb61" fields sharing the same recorded signature time "D:20240411160729+00'00'"

**2.** AMW-DS groups related entries across indexes for comparative review (e.g., Index 15–23 for the April 11, 2024 order sequence)

**D. | Metadata Alignment Table (AMW-MD)**

**1.** AMW-MD lists clusters of documents across the three case numbers that share the same creation device/time and identical "Document ID (metadata)" UUIDs, while differing only in "Instance ID," including:

**a.** 2018-03-26 "Order to Transport" triad with device "RICOH Aficio MP 301," create time "2018:03:26 13:47:11-03:30," and Document ID "uuid:04d149e6-…," one per case (Indexes 1–3)

**b.** 2018-10-23 "Order to Transport" triad sharing create time "2018:10:23 09:25:54-03:30" and Document ID "uuid:5481c417-…," one per case (Indexes 5–7)

**c.** 2019-03-13 "Order to Transport" triad sharing create time "2019:03:13 11:59:06-03:30" and Document ID "uuid:31025c4a-…," one per case (Indexes 9–11)

**d.** 2019-10-02 "Order to Transport" triad sharing create time "2019:10:02 11:53:54-03:30" and Document ID "uuid:0cc436de-…," one per case (Indexes 13–15)

**e.** 2020-01-23 "Order-Other" triad sharing create time "2020:01:23 13:11:54-06:00" and Document ID "uuid:2c970cc3-…," one per case (Indexes 24–26)

**2.** AMW-MD further lists filings on January 23, 2020 (e.g., "Notice of Motion and Motion" and "Proposed Order or Document") where metadata "Creator" is "Paige L Starkey" with identical create times across the three case numbers.

## III.   LEGAL STANDARD

**A.   |   Judicial Notice on Appeal**

The Court may notice facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d)

Appellate courts routinely notice court records, docketed exhibits, and objective file attributes (including hash values, signature listings, and metadata summaries) to clarify record provenance without altering content. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

**A.   |   Specific Items for Notice**

**1.** The existence and contents of the AMW-1/2/3 compendia of MCRO case files for Case Nos. 27-CR-17-1555, 27-CR-17-8342, and 27-CR-17-22909

**2.** The side-by-side AMW-4 excerpts showing same-text orders across the three case numbers with per-file names and SHA-256/hash-linked sources.

**3.** The AMW-DS tabulation of signature fields for listed filings, including the April 11, 2024 "Order Denying Motion" sequence that records multiple "tyler_sig_…" entries with the same timestamp and object context.

**4.** The AMW-MD metadata clusters demonstrating shared creation times/devices and identical Document-ID UUIDs across triads of filings in the three case numbers.

**5.** Notice is sought solely as to the existence and objective attributes shown on the face of the exhibits (file names, timestamps, signature listings, UUIDs, and hashes), without requesting the Court to draw merits inferences.

## V. RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice.

**2.** Take judicial notice of the discrete facts enumerated in Section IV to clarify the record's provenance.

**3.** Grant such further relief as is just and appropriate.

## VI. ATTACHED EXHIBITS

**1.** **EXHIBIT AMW-1**
MCRO docket and full case files for 27-CR-17-1555

**2.** **EXHIBIT AMW-2**
MCRO docket and full case files for 27-CR-17-8342

**3.** **EXHIBIT AMW-3**
MCRO docket and full case files for 27-CR-17-22909

**4.** **EXHIBIT AMW-4**
Wide-format side-by-side presentation of one filing from each case with per-file SHA-256 references and source links.

**5.** **EXHIBIT AMW-DS**
CSV-to-PDF digital-signature extraction table listing signer fields, subfilters, object IDs, and signed byte ranges for the above case files.

6. **EXHIBIT AMW-MD**

    CSV-to-PDF metadata table showing time-aligned creation attributes and identical "Document ID (metadata)" UUIDs across triads of filings in the three case numbers.

Dated:  October 4, 2025                                  *Respectfully submitted,*

                                                           */s/ Matthew D. Guertin*

                                                        Matthew David Guertin
                                                        *Appellant Pro Se*
                                                        4385 Trenton Ln. N 202
                                                        Plymouth, MN  55442
                                                        Telephone: 763-221-4540
                                                        MattGuertin@protonmail.com
                                                        www.MattGuertin.com

# VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL OF PARALLEL ORDERS, DIGITAL SIGNATURES, AND METADATA IN THE "ADRIAN MICHAEL WESLEY" RECORDS contains 856 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                          *Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**　　　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Guertin*

　　　　　　　　　　　　　　　　　　　　　　Matthew David Guertin
　　　　　　　　　　　　　　　　　　　　　　***Appellant Pro Se***
　　　　　　　　　　　　　　　　　　　　　　4385 Trenton Ln. N 202
　　　　　　　　　　　　　　　　　　　　　　Plymouth, MN 55442
　　　　　　　　　　　　　　　　　　　　　　Telephone: 763-221-4540
　　　　　　　　　　　　　　　　　　　　　　MattGuertin@protonmail.com
　　　　　　　　　　　　　　　　　　　　　　www.MattGuertin.com