# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**MATTHEW D. GUERTIN**

Appellant,

   v.

**TIM WALZ,**
Governor of Minnesota;

**KEITH ELLISON,**
Minnesota Attorney General;

**HENNEPIN COUNTY,**
a municipal entity;

**MARY MORIARTY,**
Hennepin County Attorney;

**JUDITH COLE,**
Sr. Assistant Hennepin County Attorney;

**MICHAEL BERGER,**
Chief Public Defender, Hennepin County;

**KERRY W. MEYER,**
Chief Judge, 4th District;

**BRUCE M. RIVERS,**
Private Defense Counsel;

**CHELA GUZMAN-WIEGERT,**
Assistant County Administrator;

**ALISHA NEHRING,**
MN Department of Health Attorney;

**HILARY CALIGIURI,**
Presiding Criminal Judge, 4th District;

**TODD FELLMAN,**
Presiding Juvenile Judge, 4th District;

**SARAH HUDLESTON,**
Judge, 4th District;

**WILLIAM H. KOCH,**
Judge, 4th District;

**JULIA DAYTON-KLEIN,**
Judge, 4th District;

**DANIELLE C. MERCURIO,**
Judge, 4th District;

**GEORGE F. BORER,**
Referee, 4th District;

Case No: 25-2476

**EXHIBIT LIST**

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                                    Appellees.

---

## I.   EXHIBITS ATTACHED TO THIS FILING

**1.    EXHIBIT AMW-1**

   MCRO docket and full case files for 27-CR-17-1555

**2.    EXHIBIT AMW-2**

   MCRO docket and full case files for 27-CR-17-8342

**3.**      **EXHIBIT AMW-3**

MCRO docket and full case files for 27-CR-17-22909

**4.**      **EXHIBIT AMW-4**

Wide-format side-by-side presentation of one filing from each case with per-file SHA-256 references and source links.

**5.**      **EXHIBIT AMW-DS**

CSV-to-PDF digital-signature extraction table listing signer fields, subfilters, object IDs, and signed byte ranges for the above case files.

**6.**      **EXHIBIT AMW-MD**

CSV-to-PDF metadata table showing time-aligned creation attributes and identical "Document ID (metadata)" UUIDs across triads of filings in the three case numbers.

**Dated: Octber 4, 2025**

                                *Respectfully submitted,*

                                */s/ Matthew D. Guertin*

                                Matthew David Guertin
                                *Appellant Pro Se*
                                4385 Trenton Ln. N 202
                                Plymouth, MN  55442
                                Telephone: 763-221-4540
                                MattGuertin@protonmail.com
                                www.MattGuertin.com

## II. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

Benjamin W. Harringa
*Assistant Attorney General*
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2134
benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

Margaret E. Jacot
*Assistant Attorney General*
Suite 1100
445 Minnesota Street
Saint Paul, MN 55101
margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.


**Dated: October 4, 2025**                                    ***Respectfully submitted,***

                                                             */s/ Matthew D. Guertin*

                                                             Matthew David Guertin
                                                             ***Appellant Pro Se***
                                                             4385 Trenton Ln. N 202
                                                             Plymouth, MN 55442
                                                             Telephone: 763-221-4540
                                                             MattGuertin@protonmail.com
                                                             www.MattGuertin.com