# EXHIBIT AMW-1



## MINNESOTA
## JUDICIAL BRANCH
### MINNESOTA COURT RECORDS ONLINE (MCRO)

---

## Case Details (Register of Actions)

Search executed on 04/30/2024 07:00 AM

**Upcoming Hearing:**
Review Hearing on **07/09/2024** at **1:30 PM**

### Case Information

**Case Number:** 27-CR-17-1555
**Case Title:** State of Minnesota vs ADRIAN MICHAEL WESLEY
**Case Type:** Crim/Traf Mandatory
**Date Filed:** 01/19/2017
**Case Location:** Hennepin County, Hennepin Criminal Downtown
**Judicial Officer:** Meyer, Kerry
**Case Status:** Dormant

### Related Cases

27-MH-PR-17-175

---

### Party Information

#### Jurisdiction
**State of Minnesota**

#### Attorneys Active
- **BLAGOEV, AMY LOUISE - Lead Attorney**
- LUND, DEBRA JEAN
- SORENSEN, ROBERT J

#### Attorneys Inactive
- HILLEREN, SARAH ELIZABETH

---

#### Defendant
**WESLEY, ADRIAN MICHAEL**
DOB: 03/15/1991
Richfield, MN 55423

#### Attorneys Active
- **NOLEN, JULIUS ANTHONY - Lead Attorney**
- Herlofsky, Susan

---

### Charges

1. Criminal Sex Conduct-2nd Degree-Fear Great Bodily Harm          **Statute:** 609.343.1(c)

   **Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Criminal Sexual Conduct-2nd Degree-Penalty-Stat. Max. (609.343.2(a)); Criminal Sexual Conduct-2nd Degree-Penalty-90 Mos. Presumptive Sentence (609.343.2(b)); Dangerous Sex Offenders - Presumptive Executed Sentence for Repeat Sex Offenders (609.3455.10); Dangerous Sex Offenders - Ten Year Conditional Release (609.3455.6)

   **Level of Charge:** Felony

   **Offense Date:** 01/15/2017

   **Community Of Offense:** Richfield

   **Law Enforcement Agency:** Richfield Police Department

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Prosecuting Agency:** Hennepin County Attorney

---

## Interim Conditions

**01/20/2017**  **Interim conditions for WESLEY, ADRIAN MICHAEL**
Judicial Officer: Quam, Jay

- No contact with victim(s)
- Post Bond without conditions
  $250,000.00
- Remain law-abiding
- Make all future court appearances
- Keep court/attorney informed of current address

01/19/2017  Interim conditions for WESLEY, ADRIAN MICHAEL
Judicial Officer: Regis, M. Jacqueline
Expiration Date: 01/20/2017

- Post bond with conditions
  $250,000.00
- No contact with victim(s)
- Stay a reasonable distance away from victim's residence

---

## Case Events

**04/11/2024**  Order Denying Motion
Judicial Officer: Dayton Klein, Julia
Index #91

*6 pages*

**03/20/2024**  Taken Under Advisement
Judicial Officer: Borer, George
Index #90

**03/20/2024**  Hearing Held Remote

**03/19/2024**  Notice of Remote Hearing with Instructions
Index #89

*2 pages*

**03/17/2024**  Request for Interpreter
Judicial Officer: Borer, George
Party: Defendant WESLEY, ADRIAN MICHAEL
Index #88

**02/13/2024**  Request for Continuance
Index #87

**02/13/2024**  Hearing Held Remote

**02/13/2024**  Returned Mail
Index #86

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 2**

| | | |
|---|---|---|
| | | 📄 |
| | | *1 page* |
| **02/12/2024** | Memorandum<br>Index #85 | 📄<br>*4 pages* |
| **01/31/2024** | Notice of Motion and Motion<br>Index #84 | 📄<br>*4 pages* |
| **01/09/2024** | Notice of Remote Hearing with Instructions<br>Index #83 | 📄<br>*2 pages* |
| **01/09/2024** | Request for Interpreter<br>Judicial Officer: Browne, Michael K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #82 | |
| **01/09/2024** | Request for Interpreter<br>Judicial Officer: Browne, Michael K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #81 | |
| **01/09/2024** | Notice of Remote Hearing with Instructions<br>Index #80 | 📄<br>*2 pages* |
| **01/09/2024** | Found Incompetent<br>Judicial Officer: Browne, Michael K | |
| **01/09/2024** | Fail to Appear at a hearing | |
| **01/09/2024** | Hearing Held Remote | |
| **07/10/2023** | Found Incompetent<br>Judicial Officer: Mercurio, Danielle | |
| **07/10/2023** | Waiver of Appearance<br>Index #79 | |
| **07/06/2023** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #78 | |
| **06/29/2023** | Rule 20 Progress Report<br>Index #77 | |
| **01/19/2023** | Found Incompetent | |
| **01/19/2023** | Waiver of Appearance | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 3**

| | | |
|---|---|---|
| | Index #76 | |
| **01/10/2023** | Hearing Held Remote | |
| **01/04/2023** | Rule 20 Progress Report<br>Index #75 | |
| **12/27/2022** | Order-Other<br>Judicial Officer: Browne, Michael K<br>Index #74 | 📄<br>*2 pages* |
| **12/27/2022** | Proposed Order or Document<br>Index #73 | 📄<br>*2 pages* |
| **12/27/2022** | Correspondence for Judicial Approval<br>Index #72 | 📄<br>*2 pages* |
| **10/13/2022** | Request for Continuance<br>Index #71 | |
| **05/06/2022** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #70 | |
| **05/06/2022** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **05/06/2022** | Waiver of Appearance<br>Index #69 | |
| **04/20/2022** | Rule 20 Progress Report<br>Index #68 | |
| **02/17/2022** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer: Janzen, Lisa K<br>Index #67 | 📄<br>*2 pages* |
| **11/09/2021** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #66 | |
| **11/09/2021** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **11/09/2021** | Pandemic Event | |
| **11/09/2021** | Waiver of Appearance<br>Index #65 | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 4

| | | |
|---|---|---|
| **10/22/2021** | Rule 20 Progress Report<br>Index #64 | |
| **05/11/2021** | Order-Other<br>Judicial Officer:  Janzen, Lisa K<br>Index #63 | 📄<br>*1 page* |
| **05/11/2021** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #62 | |
| **05/11/2021** | Found Incompetent<br>Judicial Officer:  Janzen, Lisa K | |
| **05/11/2021** | Pandemic Event | |
| **05/11/2021** | Waiver of Appearance<br>Index #61 | |
| **05/07/2021** | Rule 20 Progress Report<br>Index #60 | |
| **11/10/2020** | Found Incompetent<br>Judicial Officer:  Janzen, Lisa K | |
| **11/10/2020** | Waiver of Appearance<br>Index #58 | |
| **11/10/2020** | Request for Interpreter<br>Judicial Officer:  Janzen, Lisa K<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #57 | |
| **11/02/2020** | Rule 20 Progress Report<br>Index #56 | |
| **05/08/2020** | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent<br>Judicial Officer:  Janzen, Lisa K<br>Index #55 | 📄<br>*7 pages* |
| **05/08/2020** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #54 | |
| **05/08/2020** | Found Incompetent<br>Judicial Officer:  Janzen, Lisa K | |
| **02/10/2020** | Request for Interpreter<br>Judicial Officer:  Janzen, Lisa K<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #53 | |
| **01/24/2020** | Order to Transport<br>Judicial Officer:  Janzen, Lisa K | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 5**

| | | |
|---|---|---|
| | Index #52 | 📄 *1 page* |
| **01/23/2020** | Order-Other<br>Index #51 | 📄 *2 pages* |
| **01/23/2020** | Proposed Order or Document<br>Index #50 | 📄 *2 pages* |
| **01/23/2020** | Notice of Motion and Motion<br>Index #49 | 📄 *2 pages* |
| **10/22/2019** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #48 | |
| **10/22/2019** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #47 | |
| **10/21/2019** | Cancel Interpreter | |
| **10/02/2019** | Rule 20 Progress Report<br>Index #45 | |
| **10/02/2019** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #43 | 📄 *1 page* |
| **10/02/2019** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #44 | |
| **10/02/2019** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #46 | |
| **05/07/2019** | Request for Interpreter<br>Judicial Officer: Lamas, Carolina A.<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #41 | |
| **05/07/2019** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **04/08/2019** | Rule 20 Progress Report<br>Index #39 | |
| **04/08/2019** | Rule 20 Report Distributed | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 6**

| | | |
|---|---|---|
| **03/13/2019** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #38 | 📄<br>*1 page* |
| **11/06/2018** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **10/23/2018** | Order to Transport<br>Index #37 | 📄<br>*1 page* |
| **10/15/2018** | Rule 20 Progress Report<br>Index #36 | |
| **09/06/2018** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #35 | |
| **05/01/2018** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #33 | |
| **05/01/2018** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **04/16/2018** | Rule 20 Progress Report<br>Index #31 | |
| **04/16/2018** | Rule 20 Report Distributed | |
| **03/26/2018** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #30 | 📄<br>*1 page* |
| **01/04/2018** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #29 | 📄<br>*1 page* |
| **11/02/2017** | Report-Other<br>Index #28 | |
| **10/31/2017** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **10/31/2017** | Request for Interpreter<br>Judicial Officer: Lamas, Carolina A.<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #27 | |
| **10/26/2017** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #24 | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 7**

| | | |
|---|---|---|
| **10/19/2017** | Rule 20 Progress Report<br>Index #22 | |
| **08/23/2017** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #21 | 📄<br>*1 page* |
| **02/23/2017** | Notice of Intent to Prosecute<br>Index #20 | 📄<br>*1 page* |
| **02/21/2017** | Bail to stand as previously ordered | |
| **02/21/2017** | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent<br>Judicial Officer: Lamas, Carolina A.<br>Index #18 | 📄<br>*6 pages* |
| **02/21/2017** | Request for Interpreter<br>Judicial Officer: Lamas, Carolina A.<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #19 | |
| **02/21/2017** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **02/17/2017** | Rule 20 Evaluation Report<br>Index #16 | |
| **02/07/2017** | Other Investigation, Evaluation, or Assessment Report<br>Index #15 | |
| **01/24/2017** | Request for Interpreter<br>Judicial Officer: Meyer, Kerry<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #14 | |
| **01/20/2017** | Demand or Request for Discovery<br>Index #11 | 📄<br>*8 pages* |
| **01/20/2017** | Probable Cause Found | |
| **01/20/2017** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer: Quam, Jay<br>Index #10 | 📄<br>*2 pages* |
| **01/20/2017** | Order for Conditional Release<br>Judicial Officer: Quam, Jay<br>Index #9 | |
| **01/20/2017** | Statement of Rights<br>Index #8 | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 8**

| | |
|---|---|
| **01/20/2017** | Order Granting Public Defender<br>Judicial Officer:  Quam, Jay<br>Index #7 |
| **01/20/2017** | Identity Verified |
| **01/20/2017** | Request for Interpreter<br>Judicial Officer:  Quam, Jay<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #12 |
| **01/19/2017** | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #5 |
| **01/19/2017** | Application for Public Defender<br>Index #3 |
| **01/19/2017** | Bail Study<br>Index #2 |
| **01/19/2017** | E-filed Comp-Order for Detention<br>Index #1 |

*4 pages*

## Hearings

**Upcoming Hearings**

| | | | |
|---|---|---|---|
| 07/09/2024 | 01:30 PM | Review Hearing<br>Judicial Officer: Olson, Joel<br>Location: GC-C559 | |

**Previous Hearings**

| | | | |
|---|---|---|---|
| 03/20/2024 | 09:00 AM | Evidentiary Hearing<br>Judicial Officer: Borer, George<br>Location: GC-C456 | **Result:** Held On the Record |
| 02/13/2024 | 01:30 PM | Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556 | **Result:** Held On the Record |
| 01/09/2024 | 01:30 PM | Review Hearing<br>Judicial Officer: Browne, Michael K<br>Location: GC-C459 | **Result:** Held On the Record |
| 07/11/2023 | 01:30 PM | Review Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556<br>Cancelled; Other | |
| 01/31/2023 | 01:30 PM | Hearing<br>Judicial Officer: Dayton Klein, Julia<br>Location: GC-C559<br>Cancelled; Settled | |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf<br>**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf<br>**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf<br>**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 9**

| | | | |
|---|---|---|---|
| **01/10/2023** | **01:30 PM** | Hearing<br>Judicial Officer: Borer, George<br>Location: GC-C456<br><br>Date Updated: 10/13/2022<br>Continued to 01/10/2023 01:30 PM - Other - WESLEY, ADRIAN<br>MICHAEL; State of Minnesota<br><br>Original Hearing Date: 11/08/2022 01:30 PM | **Result:** Held On the Record |
| **05/10/2022** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| **11/09/2021** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| **05/11/2021** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C853<br>Cancelled; Other | |
| **11/10/2020** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C853 | **Result:** Held Off the Record |
| **05/12/2020** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| **02/10/2020** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857 | **Result:** Held On the Record |
| **11/05/2019** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.; Lamas, Carolina A.<br>Location: GC-C857<br>Cancelled; Other<br><br>Date Updated: 10/21/2019<br>Reset by Court to 11/05/2019 01:30 PM - Other<br><br>Date Updated: 10/02/2019<br>Reset by Court to 10/22/2019 01:30 PM - Other<br><br>Original Hearing Date: 11/05/2019 01:30 PM | |
| **05/07/2019** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| **11/06/2018** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| **05/01/2018** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| **10/31/2017** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A. | **Result:** Held |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf<br>**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf<br>**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf<br>**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 10**

|            |            |                                                                                     |                   |
|------------|------------|-------------------------------------------------------------------------------------|-------------------|
|            |            | Location: GC-C857                                                                   |                   |
|            |            | Date Updated: 07/31/2017                                                            |                   |
|            |            | Reset by Court to 10/31/2017 01:30 PM - Other                                       |                   |
|            |            | Original Hearing Date: 08/22/2017 01:30 PM                                          |                   |
| 03/09/2017 | 09:00 AM   | Hearing<br>Judicial Officer: Meyer, Kerry<br>Location: GC-C1359<br>Cancelled; Other |                   |
| 02/21/2017 | 01:30 PM   | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857                | **Result:** Held  |
|            |            | Date Updated: 01/20/2017                                                            |                   |
|            |            | Reset by Court to 02/21/2017 01:30 PM - Other                                       |                   |
|            |            | Original Hearing Date: 02/14/2017 09:00 AM                                          |                   |
| 01/20/2017 | 01:30 PM   | First Appearance<br>Judicial Officer: Quam, Jay<br>Location: PSF 142                | **Result:** Held  |

Search executed on 04/30/2024 07:00 AM

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 11**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Order for Detention·
Filing Date:   **2017-01-19**
MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf
File Hash:     f9620ef4337b2ff61d5712187b44dd0bdb9b66b39cbb3d526654ddda41141e4b
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

| State of Minnesota | District Court |
|---|---|
| County of Hennepin | 4th Judicial District |

| | Prosecutor File No. | 17A00708 |
|---|---|---|
| | Court File No. | 27-CR-17-1555 |

| **State of Minnesota,** | **COMPLAINT** |
|---|---|
| Plaintiff, | Order of Detention |
| vs. | |

**ADRIAN MICHAEL WESLEY    DOB: 03/15/1991**

7720 Upton Ave S
Richfield, MN 55423

Defendant.

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Criminal Sex Conduct-2nd Degree-Fear Great Bodily Harm**
Minnesota Statute: 609.343.1(c), with reference to:  609.101.2, 609.343.2(b), 609.343.2(a), 609.3455.10, 609.3455.6
Maximum Sentence: 25 YEARS AND/OR $10,500-$35,000
Offense Level: Felony

Offense Date (on or about): 01/15/2017

Control #(ICR#): 17000187

Charge Description: That on or about 1/15/2017, in Richfield, Hennepin County, Minnesota, ADRIAN MICHAEL WESLEY  engaged in sexual contact with N.A., and circumstances existing at the time of the act caused the victim to have a reasonable fear of imminent great bodily harm to herself.

**1**

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 12**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·E-filed Comp-Order for Detention·
Filing Date:    **2017-01-19**
MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf
File Hash:    f9620ef4337b2ff61d5712187b44dd0bdb9b66b39cbb3d526654ddda41141e4b
Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

## STATEMENT OF PROBABLE CAUSE

Complainant, a licensed peace officer with the Richfield Police Department, has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On January 15, 2017, Richfield Police Officers were dispatched to a known Group Home located in Richfield, Hennepin County, Minnesota, on a sexual assault call. While en route, officers received another call to a home across the street where the Victim, N.A., was waiting. Officers located N.A. who was visibly upset and covered only in a blanket. The homeowner reported that N.A. had come to her door and asked for the police to be called.

Officers communicated with N.A. through writing because N.A. is hearing impaired. N.A. reported that she works at the Group Home and while near the bedroom of ADRIAN MICHAEL WESLEY, the defendant herein, he pushed her into his room and pushed her down on the bed. N.A. reported that when she would try to get away, the defendant, who weighs nearly 300 pounds, would push her down again and pin her down by the neck. N.A. stated that the defendant told her he had a knife and would beat her and kill her. N.A. reported that the defendant pulled down her pants and underwear and touched her anal region with his fingers. N.A. stated that the defendant also touched her breast. According to N.A., she was able to eventually get away and as she was running out the door, the defendant grabbed her shirt which she wriggling out of before running out of the home and across the street for help. N.A. stated that during the attack she was in fear for her life.

Officers who responded to the Group Home located the defendant. The defendant, who is also hearing impaired, wrote notes to the officer. In the notes, the defendant stated that he did rape a staff member because he was "horny too much". The defendant was placed under arrest.

The defendant is currently in custody.

**2**

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Order for Detention·
Filing Date:   **2017-01-19**
MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf
File Hash:    f9620ef4337b2ff61d5712187b44dd0bdb9b66b39cbb3d526654ddda41141e4b
Page: 3 of 4    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

### SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Andrew Leyrer | Electronically Signed: |
|---|---|---|
| | Police Officer | 01/19/2017 10:02 AM |
| | 6700 Portland Avenue S | Hennepin County,  Minnesota |
| | Richfield, MN 55423 | |
| | Badge: 192 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Dan Allard | Electronically Signed: |
|---|---|---|
| | 300 S 6th St | 01/19/2017 09:57 AM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

**3**

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 14**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Order for Detention·
Filing Date:   **2017-01-19**
MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf
File Hash:     f9620ef4337b2ff61d5712187b44dd0bdb9b66b39cbb3d526654ddda41141e4b
Page: 4 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

### ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on _____ ___, _____ at _____ AM/PM before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*        ☐ *Execute Nationwide*        ☐ *Execute in Border States*

### ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $250,000.00
Conditions of Release:  No Contact with Victim; No Contact with Address

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: January 19, 2017.

**Judicial Officer**        M. Jacqueline Regis            Electronically Signed: 01/19/2017 10:08 AM
                           District Court Judge

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| COUNTY OF HENNEPIN STATE OF MINNESOTA | |
|---|---|
| **State of Minnesota** Plaintiff vs. **ADRIAN MICHAEL WESLEY** Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE* *I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.* Signature of Authorized Service Agent: |

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 15**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date:   **2017-01-20**
MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2017-01-20_20240430093605.pdf
File Hash:      d9376e31c34ec20b0a368da5e7c062276aeaa781bda508afff25a6055f0fc18a
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

# FILED

State of Minnesota
Hennepin County

JAN 20 2017

BY:_____DEPUTY
HEN. CO. DISTRICT
COURT ADMINISTRATOR

District Court
Fourth Judicial District

**Court File Number(s): 27-CR-17-1555**

Case Type: Crim/Traf Mandatory
SILS Identifier 659590

## Order to 4th District Psychological Services

State of Minnesota vs ADRIAN MICHAEL WESLEY

---

Defendant Location:     ☐ Out of Custody     ☒ In Custody

ADRIAN MICHAEL WESLEY                               Date of Birth: 03/15/1991
7720 Upton Ave S
Richfield MN 55423
Phone:
Email: _____

It is hereby ordered:
1.   The Chief of Psychological Services of the Fourth Judicial District or the Chief's designee
shall conduct the following psychological evaluation, assessment and/or consultation:
☒     Competency pursuant to Rule 20.01
☐     M'Naghten pursuant to Rule 20.02
☐     Pre-Plea
☐     Pre-Sentence
☐     Sex Offender Evaluation (Minn. Stat §609.3457)
☐     Consultation (Pre-Plea/Pre-Sentence) _____
☐     Other (please specify) _____

2.   **Copies of this evaluation shall be provided to the Court and the following**
Defense Counsel: JULIUS ANTHONY NOLEN          612-388-2507
Prosecuting Attorney: SARAH ELIZABETH HILLEREN     612-348-4526
Probation Officer:

3.   The hearing for the return of psychological evaluation will be held on 2/21/2017 at 1:30 pm.
AM.

4.   All relevant medical, court records, psychological, behavioral, chemical dependency, social
service, probation/correction, employment, developmental disability, and educational
records shall be made available to the Examiner by the custodian of the records, upon
presentation of a copy of this order, whether mailed or personally delivered. A copy of the
records so requested shall be mailed or faxed (612-348-3452) within 96 hours of receipt of
this order to the requesting Examiner at Psychological Services, Hennepin County District
Court, 300 South Sixth Street, C-509 Government Center, Minneapolis, Minnesota 55487.

(Revised 11/19/15)

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 16**

**Case No. 27-CR-17-1555**

State of MN vs ADRIAN MICHAEL WESLEY

Filing Type: ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date: **2017-01-20**
MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2017-01-20_20240430093605.pdf
File Hash: d9376e31c34ec20b0a368da5e7c062276aeaa781bda508afff25a6055f0fc18a
Page: 2 of 2   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

All agencies that have the above listed records may also communicate verbally with the requesting Examiner at Psychological Services, Hennepin County District Court.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5. During the preparation of the report, the Examiner and any employee of Court Services may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and Case Law.

6. If a sex offender evaluation has been ordered and the Defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with the requirements of MN Statute 609.3457 and the agreement with Minnesota State Operated Forensic Services. A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7. In the case of Rule 20 Evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
   a. Is suitable for civil commitment and the basis of the possible commitment.
   b. Is mentally ill and dangerous; and
   c. Needs immediate hospitalization.

8. In the case of Rule 20 Evaluations, the Examiner shall promptly notify the prosecutor, defense counsel and the court if the Examiner concludes that the defendant:
   a. Presents an imminent risk of serious danger to another,
   b. Is imminently suicidal, or
   c. Needs emergency intervention.

Dated: January 20, 2017

_____
Jay Quam
Judge of District Court

(Revised 11/19/15)

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 17

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Demand or Request for Discovery·
Filing Date:   **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:     23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 1 of 8       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-17-1555

Filed in Fourth Judicial District Court
1/20/2017 3:05:51 PM
Hennepin County, MN

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT - FELONY DIVISION

FOURTH JUDICIAL DISTRICT

State of Minnesota,

           Plaintiff,

   vs.

**Adrian Michael Wesley,**

           Defendant,

)
)
)
)
)
)
)
)
)
)

**DEMAND FOR PRESERVATION
AND DISCLOSURE OF EVIDENCE,
AND MOTION FOR SUPPRESSION
AND OTHER RELIEF**

MNCIS No. 27-CR-17-1555
C.A. File No. 17A00708

\*     \*     \*

Defendant, by and through counsel, hereby demands preservation of, disclosure of, and access to all evidence related to the case; moves the Court for the relief specified below; and demands a hearing on the same.

### **DEMAND FOR PRESERVATION AND DISCLOSURE OF EVIDENCE**

Defendant demands that the State preserve all information and evidence within the reach of the disclosures required under Rule 9.01 of the Minnesota Rules of Criminal Procedure and applicable case law.  .

Defendant further demands that the State disclose all such information and evidence, and that it make all disclosures required by Rule 9.01 prior to the probable cause pretrial conference in this case.

Defendant demands access to all items subject to disclosure, and this access shall include, as appropriate, the opportunity to inspect, reproduce, photograph, test, interview, or otherwise document the matters disclosed.

These demands apply to:

1. **Investigative reports** prepared by state agents or employees in the investigation or evaluation of the case, together with the original notes of the arresting officers, if any.

2. **Statements**, as fully described in Rule 9.01, subd. 1(2).  This request includes any written or recorded statement made by the Defendant or any alleged accomplice, regardless of when made, and the substance of any non-recorded oral statements by the Defendant or accomplices.  This request includes recorded statements by any other person and any written record containing the substance of statements by them, whether

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 18**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Demand or Request for Discovery·
Filing Date:   **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:     23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 2 of 8      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in Fourth Judicial District Court
1/20/2017 3:05:51 PM
Hennepin County, MN

or not they are expected to be called at trial.  This request includes statements made to any member of prosecution's staff, victim advocates, and any other person of which the government is aware or should be aware. State v. Adams, 555 N.W.2d 310 (Minn. App. 1996). It also includes disclosure of the fact that an interview with a witness took place, regardless of whether it was transcribed or whether written statements or written summaries were prepared.  State v. Kaiser, 486 N.W.2d 384, 386-87 (Minn. 1992)  This request also encompasses copies of recorded statements made pursuant to State v. Scales, 518 N.W.2d 587 (Minn. 1994) and any attempted recordings that for whatever alleged reason are inaudible or unavailable.

3. **Audio or video records** produced regarding this case, including squad video, 911 calls, radio runs, police radio communications, scout runs, police transport recordings, and record checks.

4. **Reports related to examinations, tests, or expert testimony**, as fully described in Rule 9.01, subd. 1(4).  In addition to disclosure, Defendant also demands the in-person testimony of all analysts who performed tests the results of which the state intends to introduce into evidence at any hearing related to this case.  Further, defendant hereby provides notice that he retains his right to cross-examine the analysts under State v. Caulfield, 722 N.W.2d 304, Minn. 2006.

5. **Documents and other tangible objects**, as fully described in Rule 9.01, subd. 1(3)

6. **Search warrants** obtained and executed regarding the case, including inventories and items seized.

7. **Identification procedures** including but not limited to lineups, show-up identifications, photo arrays, or the like, and details on the nature and circumstances of any and all identification procedures that become known to the government in the future.

8. **Witnesses and other persons**, as fully described in Rule 9.01, subd. 1(1).

9. **Conviction records** for all witnesses and other persons, as required to be disclosed under Rule 9.01, subd. 1(1).

10. **Prior convictions** of the Defendant or defense witnesses, to be provided as certified copies.  In addition to disclosure, defendant also demands notice if the state intends to use a conviction to impeach any defense witness, including Defendant.

11. **Alleged but uncharged misconduct, prior bad acts, or relationship evidence** which the State intends to introduce at trial in this matter, disclosure to include police reports and any other documentation.

2

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 19**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Demand or Request for Discovery·
Filing Date:    **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:    23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 3 of 8    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-17-1555

Filed in Fourth Judicial District Court
1/20/2017 3:05:51 PM
Hennepin County, MN

12. **Evidence related to an enhanced or aggravated sentence,** as identified in Rule 9.01, subd. 1(7).  In addition to disclosure, defendant also demands notice if the state intends to seek an aggravated or enhanced sentence.

These requests encompass all information or evidence known to the prosecutor on this case personally or if known to any other prosecutor or law enforcement agent, as well as information and evidence about which the prosecutor on this case could acquire actual knowledge through the exercise of due diligence in responding to these inquiries.

Lastly, the defense demands disclosure of all audio or video files on CD ROM or DVD ROM disc, and demands that the state provide any and all software or other files necessary to open, view or play such disc(s).

This demand for preservation and disclosure, in its entirety, continues until final disposition of this case.  It therefore encompasses any additional information subject to disclosure that becomes known to the State after the State has begun complying with discovery rules, orders or defense requests.  Minn. R. Crim. P. 9.03, subd. 2;

### DEMAND FOR PRESERVATION AND DISCLOSURE OF EVIDENCE TENDING TO NEGATE OR REDUCE THE DEFENDANT'S GUILT

Defendant demands that the State preserve and disclose all evidence and information known to the State which tends to negate or reduce the guilt of the Defendant, together with all evidence and information which might tend to mitigate or reduce potential punishment, as required under Minn. R. Crim. P. 9.01 subd. 1(6), under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and under subsequent cases. This demand includes but is not limited to the following:

1. Evidence of bias of government witnesses or any consideration given a witness in return for cooperation with the government, including any information regarding pre-existing hard feelings, arguments, grudges, and disputes between the complainant and the Defendant.

2. Information that a government witness and/or informant was under the influence of alcohol, narcotics, or any other drug at the time of the observations about which the witness will testify and/or the informant informed.

3. Information tending to show the unreliability of a government witness, or which would tend to discredit the testimony of a government witness, including a request

3

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 20**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Demand or Request for Discovery·
Filing Date:    **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:    23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 4 of 8    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555

Filed in Fourth Judicial District Court
1/20/2017 3:05:51 PM
Hennepin County, MN

for any prior inconsistent, non-corroborative, or other witness statements which the witness' trial testimony will not reflect.

4. Information—including docket numbers, dates and jurisdictions—indicating that

    a. a government witness has had a pending juvenile or criminal case on or since the offense in this case;

    b. a government witness was arrested, pleaded guilty, had a trial, or was sentenced on or since the date of the offense in the present case;

    c. a government witness was on juvenile or criminal parole or probation on or since the date of the offense; and

    d. a government witness now has or has had any other liberty interest that the witness could believe or could have believed might be favorably affected by government action.

5. Information that any government witness is or has been a police informant either at the time of the offense and/or through the day of trial, including the kind of assistance or benefits provided.  "Benefit" refers to any monetary compensation, assistance of the prosecutor or the court concerning pending charges against the informant, or any other sort of consideration of value.  Here, the demanded disclosure includes but is not limited to:

    a. the length and extent of the witness' informant status;

    b. the amounts that have been paid to the informant in connection with this case;

    c. non-monetary assistance provided or promised to the informant, including, but not limited to, assistance in avoiding or minimizing harm from charges pending against the informant either at the time of the offense and/or any other time through the day of trial;

    d. all statements made to the informant that promised benefits would not be provided without cooperation in connection with this case;

    e. the nature of assistance provided to the informant prior to this case, including the number of occasions and form of help.

6. Information which tends to show a government witness' corruption including anything in police officers' personnel files indicative of corruption.

7. Perjury by any government witness at any time, whether or not adjudicated and whether or not in connection with this case.

4

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Demand or Request for Discovery·
Filing Date:   **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:      23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 5 of 8      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

8. Information that any government witness has made prior false accusations, including but not limited to prior complaints to the police or law enforcement agencies that did not result in a conviction.

9. Information regarding any prior "bad act" of a government witness which may bear upon the veracity of the witness with respect to the issues involved in the trial, including but not limited to the issues of self-defense or defense of others.

10. Any other information tending to show a government witness' bias in favor of the government or against the defendant or which otherwise impeaches a witness' testimony, including civilian-review-board complaints against police officers involving facts similar to those of this case, whether resolved for or against the officer.

11. Names and addresses of all witnesses who do not fully corroborate the government's case or would serve to contradict or impeach the government's evidence.

12. Any indication of threats or acts of aggression toward the defendant by the complainant or decedent, and any information that the complainant had possession of any weapons at the time of the incident.  Also, any other information which would indicate that the complainant was the first aggressor and/or that the Defendant acted in self-defense.

13. Names and address of any person who:
    a. identified some person other than the Defendant as a perpetrator of the alleged offense;
    b. failed to identify the Defendant as a perpetrator of the alleged offense when asked to do so in any identification procedure;
    c. gave any description(s) of the perpetrator(s) of the alleged offense which in any material respect differs from my client.

14. Information known to the government which is favorable to the defense, whether or not technically admissible in court, and which is material to the issues of guilt and/or punishment.  This includes all information that the Defendant was not involved in the alleged offenses and/or that the requisite elements required to prove any of the charged offenses cannot be met.

Defendant further demands that all officers and investigative agencies concerned abide by their continuing obligation to discover, preserve, and disclose in writing any information or materials that might be viewed as favorable to the Defendant on the issues of suppression, guilt, or punishment,

5

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 22**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Demand or Request for Discovery·
Filing Date:    **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:      23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 6 of 8      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in Fourth Judicial District Court
1/20/2017 3:05:51 PM
Hennepin County, MN

either substantively, as impeachment, or as tending to discredit the government's witnesses.  Kyles v.
Whitley, 115 S.Ct. 1555 (1995) (imposing upon law enforcement and the prosecutor a "duty to learn"
favorable information relating to the Defendant).

These requests encompass all information or evidence known to the prosecutor on this case
personally or if known to any other prosecutor or law enforcement agent, as well as information and
evidence about which the prosecutor on this case could acquire actual knowledge through the exercise
of due diligence in responding to these inquiries.

Lastly, the defense demands disclosure of all audio or video files on CD ROM or DVD ROM
disc, and demands that the state provide any and all software or other files necessary to open, view or
play such disc(s).

This demand for preservation and disclosure, in its entirety, continues until final disposition of
this case.  It therefore encompasses any additional information subject to disclosure that becomes
known to the prosecutor, staff, or anyone investigation investigating this case after the State has begun
its compliance with discovery rules, orders or defense requests.  Minn. R. Crim. P. 9.03, subd. 2;

### **MOTION TO COMPEL DISCLOSURE AND ACCESS**

Defendant moves the Court for an Order requiring the State

1  To preserve all evidence and other matters subject to disclosure as herein demanded and
   as otherwise required by Minnesota Rule of Criminal Procedure 9.01.

2  To permit Defendant to have access to, inspect, reproduce, photograph, or otherwise
   document all disclosed items, as described in Minn. R. Crim. P 9.01, subd. 1 & subd.
   1a(2).

3  To allow defendant to conduct reasonable tests or to provide notice and an opportunity
   for defense experts to observe the state's own tests if those tests preclude further tests or
   experiments, as described in Minn. R. Crim. P 9.01, subd. 1(4)(b).

4  To assist Defendant in seeking access to specified matters relating to the case which are
   within the possession or control of an official or employee of any governmental agency,
   but which are not within the control of the prosecuting attorney, as described in Minn.
   R. Crim. P. 9.01, subd 2(1).

5  For an Order directing the prosecuting attorney to identify and produce any informants
   who supplied or contributed information to the prosecution which led to the issuance of
   a Complaint against the Defendant on the grounds:

6

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 23

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Demand or Request for Discovery·
Filing Date:    **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:    23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 7 of 8    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555

Filed in Fourth Judicial District Court
1/20/2017 3:05:51 PM
Hennepin County, MN

a. The privilege of non-disclosure of any informants must give way and disclosure of the identity of an informer is required where disclosure is essential or relevant and material, and helpful to the defense of an accused, or lessens the risk of false testimony, or is necessary to secure useful testimony, or is necessary to a fair determination of the cause; or

b. Disclosure is necessary as a means to afford this Defendant an opportunity to establish that if informants did exist, that the information supplied to the prosecutor by them was inaccurate or misrepresentative.

## **MOTION TO SUPPRESS EVIDENCE**

Defendant moves the Court for an Order suppressing, particularly with respect to those items identified in the state's notice under Rule 7.01:

1   Any and all evidence obtained as a result of a stop, search, or seizure, on the ground that such evidence was obtained in violation of Defendant's constitutional and statutory protections against unreasonable searches and seizures.

2   Any and all confessions, admissions, or statements in the nature of confessions made by Defendant, together with any evidence obtained as a result thereof, on the grounds that any use of such evidence, in any manner, would be in violation of the Defendant's constitutional and statutory rights.

3   Any and all identifications of Defendant and evidence of identification procedures used during the investigation, together with any evidence obtained as a result of identification procedures used during the investigation, on the ground that any use of such evidence, in any manner, would be in violation of the Defendant's constitutional and statutory rights.

Defendant further moves this court for an order suppressing other evidence or granting any relief that the court may require to ensure a fair and expeditious trial on this matter.

## **MOTION TO EXCLUDE EVIDENCE**

Defendant moves the Court for an Order restraining the prosecution from attempting to introduce at trial:

7

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 24**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Demand or Request for Discovery·
Filing Date:    **2017-01-20**
MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf
File Hash:      23b46270b0e3fa2d993e4dc37cc9b83535ea06f334278201936934a041e9bf2d
Page: 8 of 8      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-1555

1   Evidence obtained as a result of stop, search, or seizure, confession or other statement by the Defendant, or identification procedures, as described above, on the grounds that the notices filed by the State are vague, ambiguous, and inspecific, all to the prejudice of the Defendant and contrary to the meaning of Minnesota R. Crim. P. 7.01.

2   Evidence that Defendant has been guilty of additional misconduct or crimes on other occasions, on the grounds that the state has not provided notice of its intent to use such evidence or, if it did, that such notice was not specific enough or failed to specify a particular exception to the general rule of exclusion.  Defendant also moves for exclusion on the grounds that the evidence is not admissible under any exception to the general rule of exclusion, that such evidence is more prejudicial than probative, or that such evidence has not been proven to be clear and convincing.

3   Evidence, argument, or any other reference to prior convictions, if any, of the Defendant.

4   Any and all other evidence for which the State has failed to provide notice as required by the Minnesota Rules of Criminal Procedure

Defendant further moves this court for an order excluding other evidence or granting any relief that the court may require to ensure a fair and expeditious trial on this matter.

### **DEMAND FOR HEARING**

Defendant hereby demands a contested hearing on the above motions, to be held as soon as practicable after the serving and filing hereof.

Respectfully submitted,

OFFICE OF THE HENNEPIN COUNTY PUBLIC DEFENDER
MARY F. MORIARTY - CHIEF PUBLIC DEFENDER

By          /s/
            JULIUS NOLEN
            Attorney License No. 177349
            Attorney for Defendant
            701 Fourth Avenue South, Suite 1400
            Minneapolis, MN  55415
            Telephone: (612) 348-8560

DATED:      This 20th day of January 2017.

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 25**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date: **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash: 1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 1 of 6   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | | |
|---|---|---|
| State of Minnesota, | ) | **FINDINGS OF FACT** |
| | ) | **CONCLUSIONS OF LAW** |
| Plaintiff, | ) | **AND ORDER INCLUDING** |
| | ) | **PETITION FOR** |
| vs. | ) | **JUDICIAL COMMITMENT** |
| | ) | |
| Adrian Wesley | ) | MNCIS No: 27CR171555 |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \*

       This matter came on for hearing before the undersigned Judge on February 21, 2017; Robert Sorensen, Assistant Hennepin County Attorney, represented the plaintiff on the felony. The Defendant appeared in custody and was represented by counsel, Kellie Charles of the Hennepin County Public Defender's Office. Pursuant to the evidence adduced at the hearing and upon all of the files, records, and proceedings herein, the Court makes the following:

**FINDINGS OF FACT**

1. The Defendant was born on March 15, 1991; resides in a group home, is not a Veteran, and his aunt who lives in Minnesota is his nearest kindred.

2. The Defendant has been charged with the alleged offense of Felony Criminal Sexual Conduct in the 2nd Degree from an offense date of January 20, 2017. Judge Jay Quam found probable cause to believe that the felony crime was committed and that Defendant committed it. Copies of the complaint and police reports are incorporated by reference and made part of this Order.

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash:   1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 2 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

3. On January 20, 2017, Judge Jay Quam ordered Psychological Services of Fourth Judicial District Court, to conduct an examination and make an evaluation of the Defendant's mental condition pursuant to Minn.R.Crim.P. 20.01.

4. In a report to the Court, attached and incorporated herein, Elizabeth Barbo, Ph.D., L.P., Psychological Services of Hennepin County District Court, has determined that the Defendant is mentally ill and developmentally disabled so as to be incompetent to stand trial.

### CONCLUSION OF LAW

Defendant is presently incompetent to stand trial.

### ORDER

1. Defendant is ordered to cooperate with the civil commitment process including appearing at all court appearances in the civil and criminal cases.

2. The Hennepin County Sheriff shall transport Defendant from the Hennepin County Adult Detention Center to the head of an appropriate treatment facility when a bed becomes available as ordered by the Fourth Judicial District Court – Mental Health Division.  The criminal conditions of release remain in effect until placement at an appropriate facility can occur.  The head of that treatment facility to which the Defendant is confined shall receive and hold Defendant safe and secure for further observation, evaluation, diagnosis, treatment, care and confinement until the conclusion of the commitment proceedings and further order of the Fourth Judicial District Court – Criminal Division.

3. The Defendant is referred to the Fourth Judicial District Court – Mental Health Division for whatever proceedings that Court deems appropriate pursuant to Minn.R.Crim.P. 20.01 and Minnesota Chapter 253B to restore Defendant to competency.

2

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 27**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash:  1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 3 of 6  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

4. The Hennepin County Prepetition Screening Program is the agency designated in Hennepin County to conduct the preliminary investigation required by Minn. Stat 253.07, Subd. 1. The screening team assigned by the Prepetition Screening Program to investigate this Petition shall have access to all Defendant's files and records (including those protected by Federal regulation or law.) This order is intended to give the screening team access to the records of any individual or entity that has provided observation, evaluation, diagnosis, care, treatment or confinement to the Defendant. This order applies to, but is not limited to, records maintained by: chemical dependency evaluators, and treatment providers; health clinics, medical centers and hospitals; physicians and psychologists; mental health care providers and case managers; parole and probation agencies; residential and nonresidential community mental health treatment facilities or programs; regional treatment centers; the Minnesota Department of Corrections and the correctional authority for any other state; and, the court's own records (including records maintained by the Psychological Services to the Court Department). This order also authorizes employees or officers of the record keepers described above to discuss the respondent's condition, history, records, and/or status with the screening team. Information collected pursuant to this order shall be considered private data on the Defendant and it may be included in the written Prepetition screening report.

5. In the event the Fourth Judicial District Court – Mental Health Division finds the said Defendant to be mentally ill, mentally deficient, or mentally ill and dangerous to the public, and in need of hospitalization, Defendant may be committed directly to an appropriate safe and secure institution by the Fourth Judicial District Court –- Mental Health Division for hospitalization, periodic evaluation and treatment as incompetent

3

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 28**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash:  1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 4 of 6     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

and mentally deficient, mentally ill and/or mentally ill and dangerous to the public until such time as Defendant shall have become competent to understand the proceedings against him and participate in his defense, unless otherwise directed by the Probate/Mental Health Division of District Court.  The head of the treatment facility shall submit a written report on the Defendant's competency to proceed in the criminal case at least every six months and when Defendant has attained competency.

6. For any defendant who is not subject to the provisions of Minn. Stat. §253B.18, the head of the treatment facility <u>shall</u> <u>not</u> <u>permit</u> the defendant's release, institutional transfer, partial institutionalization status, termination, discharge or provisional discharge of the civil commitment until further order of the Hennepin County District Court – Criminal Division.  Any such proposal shall be made in writing to the Hennepin County District Court – Criminal Division and parties at least 14 days prior to the proposed change in status.  The proposal shall address the following issues:  1) whether the respondent is competent, 2) how the proposed plan will meet respondent's treatment needs, and 3) security risks and how they will be addressed.  Either party may request a hearing on this issue.  If no hearing is requested, the court may issue an order approving the proposed change in status.

7. In the event the Fourth Judicial District Court – Mental Health Division does not commit the Defendant, then the Defendant shall be transported in secure custody back to the Fourth Judicial District Court – Criminal Division for further proceedings herein.

8. The Criminal proceedings are hereby suspended until Defendant has returned to a competent state of mind.

9. Copies of this Order shall be served upon counsel for the parties and any objections to this Order shall be filed with the Court within ten days of the date of service.

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-adef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 29**

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash:    1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 5 of 6     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

10. The undersigned shall file this Order with the Fourth Judicial District Court – Criminal Division and the following persons/agencies shall be served with electronic copies of the Order:

   a.  Fourth Judicial District Court – Mental Health Division;

   b.  Hennepin County Attorney's Office – Mental Health Division;

   c.  Hennepin County Attorney's Office – Criminal Division;

   d.  City of Minneapolis, Attorney's Office – Criminal Division;

   e.  Kellie Charles, Assistant Hennepin County Public Defender; and

   f.  Hennepin County Pre-petition Screening Unit.

11. The Defendant's next review date in Hennepin County District Court – Criminal Division on the criminal matter and status review of Rule 20, Minn.R.Crim.P. is August 22, 2017.  One week prior to that date, reports regarding Defendant's competency and mental status shall be e-filed and e-served to:

   a.  Fourth Judicial District Court – 4thCriminalRule20 email list;

   b.  Kellie Charles,  Assistant Hennepin County Public Defender;

   c.  Robert Sorenson, Assistant Hennepin County Attorney;

   d.  Hennepin County Attorney – Mental Health Section; and

   e.  The Commitment Defense Panel attorney appointed to represent Defendant by the Fourth Judicial District Court – Probate/Mental Health Division.

BY THE COURT:

DATED:  February 21, 2017

_____
Carolina A. Lamas
Judge of District Court
Fourth Judicial District

Attachments:   Examiner's Report
               Complaint

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash:      1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 6 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

6

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 31**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Notice of Intent to Prosecute·
Filing Date:  **2017-02-23**
MCRO_27-CR-17-1555_Notice of Intent to Prosecute_2017-02-23_20240430093602.pdf
File Hash:    869ec01316231fa113748b89f000d6bc021177123dfed25e91043ead2a734687
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-1555

Filed in Fourth Judicial District Court
2/23/2017 2:53:24 PM
Hennepin County, MN

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

              Plaintiff,

    vs.

Adrian Michael Wesley,

              Defendant.

)
)
)
)
)
)
)
)
)
)

**STATE'S NOTICE OF INTENT TO
PROSECUTE PURSUANT TO RULE 20.01**

MNCIS No: 27-CR-17-1555
C.A. File No: 17A00708

\* \* \* \* \* \* \* \*

TO:  The Court and Defendant:

You will please take notice that in the above-entitled matters and pursuant to Rule 20.01 subd. 8(1) of the Minnesota Rules of Criminal Procedure, the State hereby provides notice of its intent to prosecute the defendant in both of his pending matters.

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

By:

Sarah Hilleren (#033764X)
Assistant County Attorney
C2100 Government Center
Minneapolis, MN  55487
Telephone: (612) 348-4526
Fax: (612) 348-3061

Dated: February 23, 2017

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 32**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2017-08-23**
MCRO_27-CR-17-1555_Order to Transport_2017-08-23_20240430093600.pdf
File Hash:   94589f53dae8c343fd4e3722cf2d3bfa5803586ad28318f19070dbb240a8577d
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

       Plaintiff,

v.

Adrian Michael Wesley,

       Defendant.

**TRANSPORT ORDER**
27-CR-17-1555;
27-CR-17-8342

---

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on July 27, 2017, as Mentally Ill and Dangerous.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services.  A hearing on the criminal matter is currently scheduled for October 31, 2017, at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital on or before October 31, 2017, for an appearance on that date at 1:30 pm.

Saint Peter

BY THE COURT:

Dated:   August 23, 2017

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 33**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order to Transport·
Filing Date:  **2018-01-04**
MCRO_27-CR-17-1555_Order to Transport_2018-01-04_20240430093559.pdf
File Hash:   3991a3da9873af426f5c93e1d036770dca307868e68bcfba435ef62687b038f5
Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                        FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                            **TRANSPORT ORDER**
v.                                                          27-CR-17-1555;
                                27-CR-17-8342

,

Adrian Michael Wesley,
      Defendant.

---

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of
Human Services on July 27, 2017, as Mentally Ill & Dangerous and Developmentally
Disabled. A Rule 20.01 Treat to Competency was filed by the Department of Human
Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1,
2018 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital, Saint Peter, on or
before May 1, 2018 for an appearance on that date at 1:30 pm.

BY THE COURT:

Dated: _____01/04/2018__

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 34**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2018-03-26**
MCRO_27-CR-17-1555_Order to Transport_2018-03-26_20240430093558.pdf
File Hash: e5224ca3fbb5233aae1fec8355136be23eb8b1a61a08c9aa9b3783d3376509d1
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-1555

Filed in Fourth Judicial District Court<br>3/26/2018 1:49 PM<br>Hennepin County, MN

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,                                    **TRANSPORT ORDER**
                                                          27-CR-17-22909;
v.                                        27-CR-17-1555;  27-CR-17-8342

    Adrian Michael Wesley,

      Defendant.

---

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

BY THE COURT:

Dated: _____03/26/2018__

Carolina A. Lamas<br>Judge of District Court

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 35**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2018-10-23**
MCRO_27-CR-17-1555_Order to Transport_2018-10-23_20240430093557.pdf
File Hash: f63499bcdfdf7ee3cea8d1c36a81c6a705dc374e7898ed9931aa0f662ac1c70c
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
10/23/2018 11:09 AM

STATE OF MINNESOTA                        DISTRICT COURT

COUNTY OF HENNEPIN                  FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,

**TRANSPORT ORDER**
v.          27-CR-17-8342;  27-CR-17-22909
27-CR-17-1555

Adrian Michael Wesley,

Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of
Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the
Department of Human Services. A hearing on the criminal matter is currently scheduled
for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County
Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital – Saint Peter, on or
before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: _____10/23/2018___

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 36**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2019-03-13**
MCRO_27-CR-17-1555_Order to Transport_2019-03-13_20240430093556.pdf
File Hash:     3dd2205d3a86c1e9feddf2566022f9611cac53f04cb392a3f9fc02e999b3d8db
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
3/13/2019 12:10 PM

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                           FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                           **TRANSPORT ORDER**
v.                                          27-CR-17-1555;
                     27-CR-17-8342; 27-CR-17-22909

Adrian Michael Wesley,
      Defendant.

---

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 7, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before May 7, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____03/13/2019__

Carolina A. Lamas
Judge of District Court

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 37**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order to Transport·
Filing Date:    **2019-10-02**
MCRO_27-CR-17-1555_Order to Transport_2019-10-02_20240430093555.pdf
File Hash:      53f633fb87970c20acaa68e1bd716771354a6ca7289596ecbcf4f5d63cdaa334
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
10/2/2019 11:51 AM

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                           **TRANSPORT ORDER**
v.                  27-CR-17-1555; 27-CR-17-8342
                            27-CR-17-22909

Adrian Michael Wesley,
      Defendant.

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner
of Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the
Department of Human Services. A hearing on the criminal matter is currently scheduled
for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government
Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin
County Government Center from Minnesota Security Hospital – Saint Peter, on or before
October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 38**

**Case No. 27-CR-17-1555**

State of MN vs ADRIAN MICHAEL WESLEY

Filing Type:    ·Notice of Motion and Motion·
Filing Date:    **2020-01-23**
MCRO_27-CR-17-1555_Notice of Motion and Motion_2020-01-23_20240430093554.pdf
File Hash:     69951cc4d697350512a1d32a43ff612139d634265afb1ca597f29faf5977582e
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-1555

Filed in District Court<br>State of Minnesota<br>1/23/2020 9:24 AM

**STATE OF MINNESOTA**                              **DISTRICT COURT**

**COUNTY OF HENNEPIN**                        **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

                Plaintiff,                      **STATE'S NOTICE OF MOTIONS
                                            AND PRETRIAL MOTIONS**

    vs.                                    Court Case No. 27-CR-17-1555;
                                            27-CR-17-22909; and 27-CR-17-8342

Adrian Michael Wesley,

              Defendant.

---

**TO:    JUDGE OF DISTRICT COURT, ATTORNEY FOR THE DEFENDANT, and DEFENDANT.**

PLEASE TAKE NOTICE that the State hereby moves the Court for the following relief:

For an Order directing the Forensic Mental Health Program in St. Peter to produce to Counsel copies of records relied upon in preparing the Competency Evaluation dated 10/1/2019, in the above-captioned matters. This request does not include police reports, court records, and previous competency evaluations as identified in lines 1-16 of the enumerated Information Sources section of the report, since Counsel already has access to those items.

**MOTION**

On October 2, 2019, a Competency Evaluation was filed in District Court relating to the above captioned cases. In that report, the Examiner, Dr. Jason Lewis, opined that Mr. Wesley has regained competency to proceed in this matter. Defendant has demanded a hearing to challenge that finding. The hearing is scheduled for February 10, 2020. The State has reached out to the forensic services division at the State Hospital in St. Peter to request copies of documents that Dr. Lewis relied upon in preparing the evaluation, and was advised that a Court Order would be required to release the records. Copies of these records are required to prepare for and proceed with the competency hearing. Therefore, the State requests that the Court enter an Order permitting release of the requested records to the parties in this matter.

I have conferred with counsel for the Defense, Julius Nolen, and he does not object to this motion.

Page 1 of 4

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

<span style="color:red">**EXHIBIT AMW-1 | p. 39**</span>

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Notice of Motion and Motion·
Filing Date:  **2020-01-23**
MCRO_27-CR-17-1555_Notice of Motion and Motion_2020-01-23_20240430093554.pdf
File Hash:   69951cc4d697350512a1d32a43ff612139d634265afb1ca597f29faf5977582e
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
1/23/2020 9:24 AM

Date: January 23, 2020

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Anna Petosky (#388163)
Assistant County Attorney
C2100 GOVERNMENT CENTER
300 SOUTH SIXTH STREET
Minneapolis, MN  55487
Telephone: 612-348-4101

Page 2 of 4

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 40**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Proposed Order or Document·
Filing Date: **2020-01-23**
MCRO_27-CR-17-1555_Proposed Order or Document_2020-01-23_20240430093553.pdf
File Hash: 7a30d822b6cacb8040686af0995d7aba9d45ad7d7beb3fc9970af14c346e2c62
Page: 1 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

State of Minnesota,

           Plaintiff,

                 **FINDINGS AND ORDER**

vs.

                 Court Case No. 27-CR-17-1555;
                 27-CR-17-22909; and 27-CR-17-8342

Adrian Michael Wesley,

           Defendant.

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

    Anna Petosky
    Assistant Hennepin County Attorney
    HCAO Adult Prosecution Division, A2100

Page 3 of 4

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-1555_Proposed Order or Document_2020-01-23_20240430093553.pdf
File Hash:      7a30d822b6cacb8040686af0995d7aba9d45ad7d7beb3fc9970af14c346e2c62
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

_____
Judge of District Court

Page 4 of 4

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 42**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order-Other·
Filing Date: **2020-01-23**
MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf
File Hash: ce8fa4be7b175e5ccca297750fe3ac8e56af2ee4cab7a93ee66ae28255582843
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/23/2020 1:22 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

               Plaintiff,

vs.

Adrian Michael Wesley,

               Defendant.

**FINDINGS AND ORDER**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

     Anna Petosky
     Assistant Hennepin County Attorney
     HCAO Adult Prosecution Division, A2100

Page 3 of 4

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 43**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf
File Hash:   ce8fa4be7b175e5ccca297750fe3ac8e56af2ee4cab7a93ee66ae28255582843
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/23/2020 1:22 PM

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

1/23/2020

_____
Judge of District Court

Page 4 of 4

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 44**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2020-01-24**
MCRO_27-CR-17-1555_Order to Transport_2020-01-24_20240430093551.pdf
File Hash:   3cd57641d2b692b362ed48e67f62c88e03c556fe026fdf7562abbc1a82272f5b
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/24/2020 2:40 PM

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                          **TRANSPORT ORDER**
v.                                    27-CR-17-1555; 27-CR-17-22909;
                          27-CR-17-8342
Adrian Michael Wesley,
      Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

Lisa K. Janzen
Judge of District Court

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 45**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:     fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 1 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

State of Minnesota

District Court

County of Hennepin

Fourth Judicial District

---

State of Minnesota,
      Plaintiff,

v.

Adrian Wesley,
      Defendant.

Judge Lisa K. Janzen
Case Type: Criminal

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW
REGARDING DEFENDANT'S
COMPETENCY TO PROCEED**

Case Numbers: 27-CR-17-1555
27-CR-17-22909
27-CR-17-8342

---

The above-entitled matter came before Lisa K. Janzen, Judge of District Court, on February 10, 2020, for an evidentiary hearing upon the Defense's objection to the competency opinion rendered by Dr. Jason Lewis, dated October 1, 2019.  Amy Blagoev, Assistant Hennepin County Attorney, appeared for the State.  Julius Nolen, appeared on behalf of the defendant who was personally present.  Dr. Jason Lewis, PhD, LP, of State Operated Forensic Services testified and the court received his report dated October 1, 2019 and his Curriculum Vitae as exhibits.  The court also took judicial notice of the five previous rule 20.01 evaluations filed in the case.  The court took the matter under advisement on February 10, 2020. Based upon the arguments presented and all the files and records herein, the Court orders as follows:

1. Defendant is **INCOMPETENT** to proceed.

**FINDINGS AND CONCLUSIONS**

Rule 20.01 of the Minnesota Rules of Criminal Procedure requires the court to find that the defendant is not competent unless the greater weight of the evidence shows that the defendant is competent. Minn.R.Crim.P. Rule 20.01, subd. 5 (c). A defendant is not competent if, due to mental illness or cognitive impairment he is unable to "(a) rationally consult with counsel or (b) understand the proceedings or participate in the defense." *Id.*, subd. 2.  The determination of whether a defendant is able

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:   fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 2 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

to rationally consult with the defense attorney or understand and participate in the proceedings turns on the facts of each particular case.

Mr. Wesley has been charged in file 27-CR-17-1555 with one count of Criminal Sexual Conduct in the 2nd Degree arising from an incident alleged to have occurred on January 15, 2017. He is also charged in file 27-CR-17-22909 with one count of Assault in the 4th Degree from an incident alleged to have occurred on July 14, 2017.   Finally, he is charged in file 27-CR-17-8342 with one count of Criminal Damage to Property in the First Degree for an incident alleged to have occurred on March 5, 2017.  On January 20, 2017 Judge Jay Quam found probable cause on file 27-CR-17-1555 and ordered that a Rule 20.01 evaluation be completed. Dr. Kristen A. Otte, Psy.D. LP of Hennepin Psychological Services was assigned to complete the first 20.01 evaluation of the defendant. She filed her report on February 17, 2017.  Dr. Otte opined that Mr. Wesley was incompetent and provided the following diagnoses:

1. Other Specified Neurodevelopmental Disorder (Associated with Prenatal Alcohol Exposure, formerly referred to as Fetal Alcohol Syndrome).
2. Intellectual Disability, Moderate
3. Unspecified Depressive Disorder

Dr. Otte indicated further information was required to determine whether Mr. Wesley met the diagnostic criteria for a psychotic disorder.

Dr. Otte noted Mr. Wesley's clinical presentation is complex due to his long standing and well-documented history of neurodevelopmental deficits and intellectual disabilities which contribute to problems with emotion regulation and behavioral control as well as his ability to communicate effectively about his thoughts and emotions.  Mr. Wesley demonstrates a history of aggression and impulse control as well as sexually inappropriate behavior.  Dr. Otte noted these issues are further compounded by his hearing impairment and that he requires the use of ASL interpreters to communicate and participate in evaluation interviews.  Mr. Wesley's deficits are due to drug and alcohol exposure in-utero. Due to maternal abuse and neglect he was removed from his mother's care.  His hearing loss is due to recurrent and untreated ear infections.

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 47**

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:    fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 3 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

Dr. Otte indicated in her evaluation that Mr. Wesley's impairments result in significant deficits in planning and decision-making, reasoning, problem-solving, abstract thinking, emotion regulation, adaptive functioning and self-care.  She opined that the deficits associated with his neurodevelopmental disorder and intellectual disability significantly interfere with his competency-related functioning.  Dr. Otte opined that his prognosis for maintaining the requisite competency-related abilities is exceedingly poor.  She noted his deficits and disabilities are chronic and long standing despite a long history of intensive support and intervention and wrote, "There is little likelihood that Mr. Wesley would be restored to competency in the foreseeable future."

On February 21, 2017, Judge Carolina Lamas entered findings of incompetency on all three of Mr. Wesley's files and referred him for screening for civil commitment.  He was subsequently committed as Developmentally Disabled and Mentally Ill and Dangerous.  The Department of Human Services placed him in the Minnesota Security Hospital - St. Peter where he continues to reside as a patient.  Subsequently he has undergone four additional forensic evaluations conducted by Dr. Jason Lewis of State Operated Forensic Services. In each of the four subsequent evaluations, Dr. Lewis opined that Mr. Wesley was incompetent.  Additionally, Dr. Lewis included a diagnoses of Unspecified Schizophrenia Spectrum and Psychotic Disorder.

In the most recent Rule 20.01 evaluation, filed on October 1, 2019, Dr. Lewis filed a report opining that Mr. Wesley has been restored to competency.  Dr. Lewis noted that Mr. Wesley is psychiatrically stable and has been psychiatrically stable for the last couple evaluations.  Dr. Lewis indicated Mr. Wesley demonstrates a lack of ongoing psychosis, he is alert, and his memory and thought processes are intact.  Thus, Mr. Wesley's mental illness is not currently interfering significantly with competency issues.  The questions the court must determine is whether Mr. Wesley's chronic cognitive deficits render him incompetent.

Dr. Lewis is a forensic examiner for State Operated Forensic Services and was previously the Clinical Director of the Competency Restoration Program.   He testified that the Competency Restoration Program focuses on educating patients about the criminal legal process, including the roles of the parties in

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:    fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 4 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

the legal system, the trial process and possible sentences. They also discuss the evidence and facts in each patient's case. The goal is for the patients to understand the legal process sufficiently to be able to rationally consult with counsel and to be able to participate in their defense. The program consists of group class sessions and uses an assessment tool, consisting of one-hundred questions about the criminal process, to assist with a competency determination.

At the evidentiary hearing Dr. Lewis testified that the main factor he considered in his opinion that Mr. Wesley has been restored to competency was that Mr. Wesley had recently demonstrated an increased knowledge of legal concepts and facts related to his charges. Dr. Lewis testified the hospital had recently increased the frequency of Mr. Wesley's competency restoration sessions as compared to the prior evaluation review period. Dr. Lewis testified that Mr. Wesley is now able to discuss the evidence, facts and possible sentences of each of his cases individually. This is consistent with the restoration program's records which show substantial progress being made in the restoration groups he has been participating in. Dr. Lewis testified regarding Mr. Wesley's recent performance on the assessment tool. Below are examples of questions and responses given by Mr. Wesley noted during the hearing.

1. When asked whether he is obligated to accept a plea bargain Mr. Wesley responded, "Defendants have to take a plea bargain". Dr. Lewis testified he did consider this significant as it relates to competency.

2. Mr. Wesley was unable to understand the difference between a sentence to jail and a prison sentence. Dr. Lewis testified he did not consider this significant.

3. When asked to explain what not guilty by reason of mental illness means Mr. Wesley responded, "Maybe I did it but they are going to drop the charges". Dr. Wesley testified this response is inadequate but not significant.

4. Mr. Wesley was able to identify six basis rights rudimentarily.

5. Mr. Wesley answered one question, "If I plead not guilty the charge will be dropped".

6. Mr. Wesley was not able to answer some questions without being given clues and took a significant amount of time to answer many questions.

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date: **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash: fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 5 of 7 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

Dr. Lewis agreed that Mr. Wesley still demonstrates some deficits as it relates to competency, but that based on the totality of the data he is now able to communicate rationally with counsel and participate in his defense, with the caveat that defense counsel is encouraged to use simple language to explain the legal concepts and to identify multiple ways to describe complicated legal concepts. Dr. Lewis wrote, "Put another way, the 'legalese' that a layman with no mental illness or intellectual deficits would find confusing will be particularly challenging for Mr. Wesley, but he has demonstrated the ability to participate meaningfully in his defense when the discourse is simplified." Dr. Lewis also made an additional recommendation that the sign language interpreter have a CDI certification, which means that the interpreter is also deaf and familiar with deaf culture. This type of interpreter is considered more able to accurately interpret and communicate. Dr. Lewis testified that the last time he met with Mr. Wesley was in September but that the notes he reviewed regarding progress between October and February indicated he has not decompensated. He also testified that if Mr. Wesley were to stop taking the competency restoration classes he would likely regress to incompetency.

At the evidentiary hearing attorney Susan Herlofsky testified that she is not the attorney of record for Mr. Wesley, but works at the public defender office with assigned counsel, Julius Nolen. She met with Mr. Wesley and assigned counsel prior to the hearing and sat at counsel table during the hearing. She testified in their conversation prior to the hearing Mr. Wesley did not understand what a trial was and was unable to understand the difference between a trial by jury and a court trial. He told defense counsel that he was proud that he "passed the test" at St. Peter hospital. Ms. Herlofsky testified at the end of the evidentiary hearing and stated that during the evidentiary hearing Mr. Wesley did not appear to understand the proceedings, had been unable to consult with counsel rationally or answer specific questions that counsel asked of him.

Based on the totality of the above noted facts, the court finds that the greater weight of the evidence demonstrates Mr. Wesley is not able to rationally consult with counsel or participate in his defense. While Mr. Wesley has demonstrated a basic understanding of the facts of his case and the legal process during his competency classes, this understanding appears to be rudimentary and fleeting. The court does not find

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 50**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:   fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 6 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

that this evidence demonstrates a cognitive ability to understand the legal concepts. Rather, it appears Mr. Wesley has been able to memorize definitions and terms due to repetition as a result of the high frequency of the competency classes he attends. This finding is further supported by Dr. Lewis's testimony that if Mr. Wesley were to discontinue competency restoration classes, he would likely soon regress to incompetency.

In order to rationally consult with counsel and participate in his defense, a defendant must have the cognitive ability, after consulting with counsel, to make important decisions about whether to accept a plea bargain, whether to have a jury or court trial and whether or not to testify. These decisions regarding the waiver of constitutional rights must be made by a defendant himself, after consulting with counsel. The defendant's attorney may not make these decisions for a defendant. While it appears Mr. Wesley now understands that he must behave properly in a courtroom setting and that he should follow the advice of counsel, simply indicating that he will "behave" in the courtroom and do what his lawyers tell him to do not establish that he is competent. His lack of understanding about whether he must accept a plea bargain and the difference between jail and prison is evidence that he is unable to participate in his defense. As noted by the psychologists, his cognitive impairments significantly interfere with his reasoning and decision making abilities. Most importantly, defense counsel's testimony that during the evidentiary hearing he demonstrated a lack of understanding about what a trial was and did not have the ability to consult with counsel or participate in his defense solidifies the court's conclusion that Mr. Wesley is incompetent.

Finally, it is important to take into consideration the recommendations of Dr. Lewis regarding suggested accommodations that can be made to assist Mr. Wesley in understanding the proceedings. Dr. Lewis indicates that Mr. Wesley does not have the ability to understand the "legalese" that a typical layman defendant would comprehend. His suggestion that defense counsel allot more time than customary, use simple language and explain legal concepts in multiple ways is prudent and the court does believe that defense counsel can implement these strategies. However, under the facts of Mr. Wesley's case, the court does not find that these accommodations are sufficient to render an otherwise incompetent defendant competent. Slowing down a legal proceeding by pausing or recessing to allow defense counsel to explain

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:   fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 7 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

every process, objection, argument or term used in witness testimony will not be sufficient to allow Mr.

Wesley to comprehend the process, rationally consult with counsel and participate in his own defense.   Dr.

Lewis noted in his April 2019 evaluation that "if his competence-related deficits are primarily the result of

intellectual deficits, his prognosis is likely to be poor."   The court finds that his competency related deficits

are the result of his intellectual deficits.   Although his factual understanding of his charges and the legal

process has improved due to competency classes, the greater weight of the evidence does not establish that

he has the rational ability to consult with counsel regarding trial strategy, make decisions regarding the

waiver of constitutional rights and plea negotiations or otherwise participate in his defense.

The state has not met its burden of proving, by greater weight of the evidence that Mr. Wesley is

competent.   Therefore the court finds that the defendant, Mr. Wesley, is **INCOMPETENT**.

LKJ

By the Court:

Dated: 5/8/2020

_____

Lisa K. Janzen
Judge of District Court

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 52

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order-Other·
Filing Date: **2021-05-11**
MCRO_27-CR-17-1555_Order-Other_2021-05-11_20240430093549.pdf
File Hash: 0f5e6d35ea81e74e2beb92cd9a69f797e209da1a88a0529fea09e4fb7e3e31c8
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
5/11/2021 8:16 AM

**STATE OF MINNESOTA**                 **DISTRICT COURT**

**COUNTY OF HENNEPIN**          **FOURTH JUDICIAL DISTRICT**

---

STATE OF MINNESOTA,

                    Plaintiff,                    Court File No. 27-CR-17-1555;
                                                     27-CR-17-8342; 27-CR-17-22909

*v.*
                                                  **ORDER TO DESTROY REPORT**

Adrian Michael Wesley,

                    Defendant.

---

**Whereas,** Dr. Gregory Hanson, Ph.D., LP, Direct Care and Treatment – Forensic Services, filed a report with the Court on April 28, 2021, and;

**Whereas,** Dr. Gregory Hanson filed a redacted version of the report on May 7, 2021, and;

**Whereas,** defense counsel moved the Court to order the original report filed on April 28, 2021, as well as any copies or versions, to be destroyed;

**It is therefore ordered that:**

1. All parties must destroy any copies of the report filed on April 28, 2021, and
2. Court Administration shall remove the report filed on April 28, 2021 from the MNCIS file.

**Date: May 11, 2021**              **BY THE COURT:**

                                        *Lisa K. Janzen*

                                      **Lisa K. Janzen**
                                      **Judge of District Court**

1

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 53**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date:   **2022-02-17**
MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093548.pdf
File Hash:     e2dedf8ab197f480a98330f9c989bbf62f94b677b1a863a62ff39359c701dfed
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
2/17/2022 12:35 PM

State of Minnesota                                                        District Court

Hennepin County                                                  Fourth Judicial District

---

State of Minnesota,
            Plaintiff,

v.                                                       Order to 4th Judicial District Court
                                                         Psychological Services
ADRIAN MICHAEL WESLEY,                                   **27-CR-17-1555**
            Defendant.                          **27-CR-17-8342; 27-CR-17-22909**

---

| Defendant Information | | |
|---|---|---|
| Location: ☒ Out of Custody  ☐ In Custody  (_____) | | |
| Phone: _ | Date of Birth: 03/15/1991 | |
| Email: | SILS Identifier: 659590 | |
| Home Address:  7720 Upton Ave S | | |
| Richfield MN 55423 | | |
| Additional family/collateral contact number and instructions: | | |

It is hereby ordered:
　　　☐ For felony and gross misdemeanor cases, probable cause has been found.
　　　☐ The defendant is to be released upon completion of the interview process.
　　　☐ This is part of the targeted misdemeanor program.

1. The Chief of Psychological Services of the Fourth Judicial District or the Chief's designee ("Examiner") shall conduct the following psychological evaluation, assessment and/or consultation regarding the defendant:
　　　☒ Competency to participate in proceedings pursuant to Rule 20.01
　　　☐ Mental state at the time of the alleged act pursuant to Rule 20.02 (M'Naghten Rule)
　　　☐ Sex Offender Evaluation pursuant to Minnesota Statute § 609.3457
　　　☐ Consultation (Pre-Plea/Pre-Sentence) _____
　　　☐ Other (please specify) _____

2. Copies of this evaluation shall be provided to the Court and the following individuals:
　　　Defense Counsel: JULIUS ANTHONY NOLEN              612-348-8560
　　　Prosecuting Attorney: AMY LOUISE BLAGOEV           612-543-1093
　　　Probation Officer:

3. The hearing for the return of psychological evaluation will be held on **May 10, 2022 at 1:30 PM**        .

4. Upon presentation of this order, the relevant custodian of records shall provide (whether mailed, faxed, or personally delivered) to the Examiner all relevant records from the following sources: behavioral, chemical dependency, developmental disability, educational, employment, judicial, law enforcement (including audio/visual recordings), medical, probation/correction, psychological, and social service. A copy of the records so requested shall be delivered to the Examiner within 96 hours of presentation of this order. Records that are faxed shall be sent to 612-348-3452. Mailed records should be sent to Hennepin County District Court, Psychological Services, 300 South Sixth Street, C-509 Government Center, Minneapolis, Minnesota

HC 2926 (11/2021)

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 54**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date: **2022-02-17**
MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093548.pdf
File Hash: e2dedf8ab197f480a98330f9c989bbf62f94b677b1a863a62ff39359c701dfed
Page: 2 of 2   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

Filed in District Court
State of Minnesota
2/17/2022 12:35 PM

55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5. During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and case law.

6. If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with both the requirements of § 609.3457 and the agreement with Minnesota State Operated Forensic Services. A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7. In the case of Rule 20 evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
   a. Is suitable for civil commitment and the basis of the possible commitment.
   b. Is mentally ill and dangerous; and
   c. Needs immediate hospitalization.

8. In the case of Rule 20 evaluations, the Examiner shall promptly notify the prosecutor, defense attorney and the Court if the Examiner concludes that the defendant:
   a. Presents an imminent risk of serious danger to another,
   b. Is imminently suicidal, or
   c. Needs emergency intervention.

Dated: February 17, 2022

_____
Judge of District Court Signature
Lisa Janzen

✓ Please scan and e-mail the order to **4th Psych Services Orders**.
✓ Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.
✓ If a defendant is to be released upon completion of the interview process, a Conditional Release Order must be filed giving that direction.

HC 2926 (11/2021)

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 55**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf
File Hash: 10d5bdaa40bd818ad5bf7b1bdbaadfdfe42329f58a68b1d8f6eb0a10902796a5
Page: 1 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
12/27/2022 12:10 PM



DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE:        *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files:    27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

*Amanda Burg*

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN 56082
Phone: 507-985-2659

---

[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 56**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Correspondence for Judicial Approval·
Filing Date:  **2022-12-27**
MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf
File Hash:    10d5bdaa40bd818ad5bf7b1bdbaadfdfe42329f58a68b1d8f6eb0a10902796a5
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-1555

Filed in District Court<br>State of Minnesota<br>12/27/2022 12:10 PM

Copies:        Hennepin County Court Administration
               Prosecuting Attorney
               Criminal Defense Attorney

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 57**

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf
File Hash:      ed5838dea827d872abca7323c413e7d9dba3bd33ccffe6fc8d370f2c6b567932
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Case Type:  Criminal

State of Minnesota,

Plaintiff,

v.

Defendant,

Adrian Wesley.

Court File Nos.: 27-CR-17-1555,
27-CR-17-8342; 27-CR-17-22909

**ORDER FOR RELEASE OF
MEDICAL RECORDS**

The above-entitled matter came before the Court on a request for an Order for release of medical records filed by the Minnesota Department of Human Services' (DHS) - Forensic Services Forensic Evaluation Department. The request was served on Defendant's counsel and the Hennepin County Attorney's Office at the time of filing.

Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 and was subsequently civilly committed. The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, is providing subd. 7 competency evaluation services in this matter. Like the court appointed examiner ordered to conduct the initial Rule 20.01 evaluation in this matter, the assigned DHS Forensic Examiner should have access to Defendant's treatment records so a comprehensive report can be prepared to provide a well-informed opinion to the Court and the parties regarding Defendant's current mental health condition and competency status.

Based upon the request submitted by the DHS Forensic Evaluation Department, the Court hereby makes and files the following:

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 58

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf
File Hash:   ed5838dea827d872abca7323c413e7d9dba3bd33ccffe6fc8d370f2c6b567932
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-1555

**ORDER**

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____          BY THE COURT:


                                         _____
                                         Judge of District Court

2

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 59**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Proposed Order or Document·
Filing Date:    **2022-12-27**
MCRO_27-CR-17-1555_Proposed Order or Document_2022-12-27_20240430093545.pdf
File Hash:    bf4b93eb8d52bb788cbdbb359850a03a02642e44546c758c31ea6d36f338f176
Page: 1 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

                                                        Case Type:  Criminal

State of Minnesota,                              Court File Nos.: 27-CR-17-1555,
                                                 27-CR-17-8342; 27-CR-17-22909
                    Plaintiff,

v.                                                            **[PROPOSED]**
                                                    **ORDER FOR RELEASE OF**
                    Defendant,                          **MEDICAL RECORDS**
Adrian Wesley.

       The above-entitled matter came before the Court on a request for an Order for release of

medical records filed by the Minnesota Department of Human Services' (DHS) - Forensic Services

Forensic Evaluation Department. The request was served on Defendant's counsel and the

Hennepin County Attorney's Office at the time of filing.

       Defendant was found incompetent to participate in his defense under Minnesota Rule of

Criminal Procedure 20.01 and was subsequently civilly committed. The DHS Forensic Evaluation

Department, on behalf of DHS, the entity to which Defendant is committed, is providing subd. 7

competency evaluation services in this matter. Like the court appointed examiner ordered to

conduct the initial Rule 20.01 evaluation in this matter, the assigned DHS Forensic Examiner

should have access to Defendant's treatment records so a comprehensive report can be prepared

to provide a well-informed opinion to the Court and the parties regarding Defendant's current

mental health condition and competency status.

       Based upon the request submitted by the DHS Forensic Evaluation Department, the Court

hereby makes and files the following:

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 60

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-1555_Proposed Order or Document_2022-12-27_20240430093545.pdf
File Hash:      bf4b93eb8d52bb788cbdbb359850a03a02642e44546c758c31ea6d36f338f176
Page: 2 of 2     [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-1555

**ORDER**

1.  The DHS Forensic Evaluation Department shall have access to Defendant's treatment
    records so they can prepare a comprehensive competency evaluation under Minnesota
    Rule of Criminal Procedure 20.01, subd. 7.

2.  By presentation of a copy of this order, whether mailed, sent via facsimile, or personally
    delivered, the custodian of records for any agency, department, or health care
    provider shall release all information and/or records related to Defendant, including
    medical, psychological, behavioral, social service, probation/correctional/jail records,
    including behavioral notes, medical notes, psychiatric notes, jail reports, and any
    records or information maintained by the jail from any third party medical
    provider/contractor/public health staff, developmental disability, employment and
    educational records, to DHS - Forensic Services within 72 hours.

3.  This Order shall be sufficient to require an agency, department, or health care provider
    to release the requested information and/or records related to treatment Defendant has
    received in connection with that facility.

4.  Defendant's medical records may not be disclosed to any other person without court
    authorization or Defendant's signed consent.

Dated: _____          BY THE COURT:

_____
Judge of District Court

2

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 61**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543 (1).pdf
File Hash:      093db2b142b7ff8fd1e43a670156b04fde3ad2b99f5caa34eb3420696ccbfe4f
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

Filed in District Court
State of Minnesota
1/9/2024

State of Minnesota                                      District Court
Hennepin County                                    Fourth Judicial District

| Court File Number:  27-CR-17-1555; 27-CR-17-8342, 27-CR-17-22909. |
| --- |

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____
State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| Hearing Information |
| --- |
| **February 13, 2024** |
| **Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer Danielle Mercurio, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 62**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543 (1).pdf
File Hash:      093db2b142b7ff8fd1e43a670156b04fde3ad2b99f5caa34eb3420696ccbfe4f
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**To join by internet:**

1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   Meeting ID: 160 223 0876
   Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: January 9, 2024          Sara Gonsalves
                                Hennepin County Court Administrator
                                300 South Sixth Street
                                Minneapolis MN  55487-0419
                                612-348-2040

cc:

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 63**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543.pdf
File Hash:     b1352bc5821f5e7af154f332e42a3c3435ddd4b710c5e656ac7f6ad9d027419f
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

Filed in District Court
State of Minnesota
1/9/2024

State of Minnesota                                                 District Court
Hennepin County                                            Fourth Judicial District

| Court File Number: 27-CR-17-1555; 27-CR-17-8342, 27-CR-17-22909. |
|---|

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____

State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| *Hearing Information* |
|---|
| **July 9, 2024** |
| **Review Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



MNCIS-PAN-104              STATE    Notice of Remote Zoom Hearing              11/22

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**

State of MN vs ADRIAN MICHAEL WESLEY

Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543.pdf
File Hash:     b1352bc5821f5e7af154f332e42a3c3435ddd4b710c5e656ac7f6ad9d027419f
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**To join by internet:**
1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
       Meeting ID: 160 223 0876
       Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: January 9, 2024          Sara Gonsalves
                                Hennepin County Court Administrator
                                300 South Sixth Street
                                Minneapolis MN  55487-0419
                                612-348-2040

cc:

MNCIS-PAN-104          STATE    Notice of Remote Zoom Hearing                    11/22

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 65**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2024-01-31**
MCRO_27-CR-17-1555_Notice of Motion and Motion_2024-01-31_20240430093541.pdf
File Hash:   4a2f6a936f26effccd881ef120379b8dd7abb7562f2ba1514c398b02816c713b
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/31/2024 3:32 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT
FELONY DIVISION
FOURTH JUDICIAL DISTRICT

State of Minnesota,                            )
                                               )
        Plaintiff,                             )
                                               )
-vs-                                           )
                                               )
**Adrian Michael Wesley,**                     )
                                               )
        Defendant.                             )

**NOTICE OF MOTION TO DISMISS
IN THE INTERESTS OF JUSTICE**

MNCIS Case Nos. 27-CR-17-1555
and 27-CR-17-8342

\*                    \*                    \*

TO:    THE COURT; THE HONORABLE DANIELLE MERCURIO, HENNEPIN
       COUNTY JUDICIAL OFFICER; AND TOM ARNESON AND AMY BLAGOEV,
       ASSISTANT HENNEPIN COUNTY ATTORNEYS.

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on Tuesday, February 13, 2024 at 1:30 p.m., or as

soon thereafter as counsel may be heard, Adrian Wesley, will seek the following relief:

**<u>MOTION</u>**

Adrian Wesley moves this court to dismiss this matter in the interests of justice

pursuant to Minnesota Statute Section 611.46, which states in relevant part, subd. 8 (d),

Counsel for the defendant may bring a motion to dismiss the proceedings in the interest of

justice at any stage of the proceedings.

Mr. Wesley was charged by complaint on January 19, 2017, and a Rule 20 evaluation

was ordered on January 20, 2017.  Mr. Wesley has been found incompetent, without

objection, twelve times; on 2/21/17, 10/31/17, 5/1/18, 11/6/18, 5/7/19, 11/10/20, 5/11/21,

11/9/21, 5/6/22, 1/19/23, 7/10/23, and 1/9/24.  In addition, he was once found incompetent by

Judge Janzen following a contested competency hearing, with Findings of Fact and

Conclusions of Law filed on 5/8/20.  Mr. Wesley was confined in jail for 194 days in pretrial

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Notice of Motion and Motion·
Filing Date: **2024-01-31**
MCRO_27-CR-17-1555_Notice of Motion and Motion_2024-01-31_20240430093541.pdf
File Hash: 4a2f6a936f26effccd881ef120379b8dd7abb7562f2ba1514c398b02816c713b
Page: 2 of 4 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

detention. Additionally, Mr. Wesley was pretrial confined in the hospital pursuant to a civil

commitment for Mentally Ill and Dangerous. Mr. Wesley was pretrial confined between the

jail and the hospital for 2571 days, and has been in custody of either law enforcement or

human services since January 15, 2017. His next review for his civil commitment is set for

December, 2025.

Mr. Wesley has consistently been found incompetent since 2017. As such, the court

made the determination that Mr. Wesley lacked the ability to move forward in the criminal

process. In the last completed competency exam, dated January 3, 2023, Dr. Gregory Hanson

provided a thorough recitation of the evaluative history of Mr. Wesley, and concluded that

"(h)is prognosis for competency is poor." Since that report was filed, the DHS has provided

an opinion to the Court that "Mr. Wesley is incompetent and unrestorable", and they have

stopped providing competency evaluations regarding Mr. Wesley.

While the state may have filed a notice of intent to prosecute when Mr. Wesley

restored to competency, there is no longer a good faith basis to believe that Mr. Wesley can

attain competency. The prior reports indicate that Mr. Wesley is deaf, and has been

diagnosed with the following:

Unspecified Schizophrenia Spectrum and Other Psychotic Disorder;

Other Specified Neurodevelopmental Disorder Associated with Prenatal Alcohol

Exposure and Language Deprivation;

Intellectual Developmental Disorder, mild;

Illiteracy and Low-Level Literacy.

Furthermore, he has had the medical diagnosis of Fetal Alcohol Spectrum Disorder, which

coupled with Mr. Wesley's language impoverishment when young impacts "neuro-

development in a fashion that results in persisting and permanent impairment to brain

function related to communication." Dr. Hanson report, Jan.3, 2023, p. 6-7. According to

Dr. Hanson, the "kind of deficits in conceptual reasoning that Mr. Wesley demonstrates are

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Notice of Motion and Motion·
Filing Date: **2024-01-31**
MCRO_27-CR-17-1555_Notice of Motion and Motion_2024-01-31_20240430093541.pdf
File Hash: 4a2f6a936f26effccd881ef120379b8dd7abb7562f2ba1514c398b02816c713b
Page: 3 of 4 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

not remedial through additional education or practice and have to do with the underlying

neurodevelopmental structures of the brain that are permanent and ongoing. Report, p. 14.

In his opinion, continued competency restoration efforts would not "result in any appreciable

improvement in the defendant's capacities." *Id.*

Given the history and reports, the complaints against Mr. Wesley should be

dismissed. It is important to note that he has been in custody since the date of offense in

January, 2017. Even if he were to be restored to competency and convicted, the amount of

pretrial credit would satisfy the presumptive guideline sentence of 90 months. Knowing that

he will not be restored to competency and will remain under civil commitment should be

sufficient for the prosecution to recognize that further legal proceedings in criminal court are

unnecessary and unjust.

"The United States Supreme Court has stated that it would be cruel and unusual

punishment to make the status of being mentally ill a crime." *State v. Bauer*, 299 N.W.2d

493, 498-499 (1980); *citing*, *Robinson v. California*, 370 U.S. 660, 666 (1962).

Pretrial commitment is "a significant deprivation of liberty that requires due process

protection." *Addington v. Texas*, 441 U.S. 418, 426 (1979). The Due Process Clause

provides, "No state shall…deprive any person of life, liberty, or property, without due

process of law." U.S. Const. amend XIV, § 1; *see also* Minn. Const. Art. 1, § 7.

In *Jackson v. Indiana*, the Supreme Court held that an incompetent defendant's

substantive due process rights are implicated when they are being held in pretrial

detention. 406 U.S. 715, 738 (1972). There, the Court determined that "due process

requires that the nature and duration of commitment bear some reasonable relation to the

purpose for which the individual is committed." *Id.*; *see also Matter of Opiacha*, 943

N.W.2d 220, 226 (Minn. App. 2020) (citing this quoted language in *Jackson*).

The aforementioned cases guide this court in recognizing that the history of

pretrial detention and confinement is a due process issue, a constitutional issue and thus

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 68**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Notice of Motion and Motion·
Filing Date:    **2024-01-31**
MCRO_27-CR-17-1555_Notice of Motion and Motion_2024-01-31_20240430093541.pdf
File Hash:    4a2f6a936f26effccd881ef120379b8dd7abb7562f2ba1514c398b02816c713b
Page: 4 of 4    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/31/2024 3:32 PM

are worthy of consideration in the interests of justice.  Further, even if the state filed a

notice of intent to prosecute Mr. Wesley should he attain competence, there is no

evidence offered, nor a good faith basis to believe that Mr. Wesley will be able to attain

competence.   Mr. Wesley has been found incompetent 12 times and there is no

reasonable expectation that he will be able to restored to competence.  The Criminal

Justice system has finite resources and Minnesota Rule of Criminal Procedure 1.02 notes

"[t]hese rules are intended to provide a just determination of criminal proceedings, and

ensure a simple and fair procedure that eliminates unjustified expense and delay." Given

that there is no expectation that Mr. Wesely can attain competency, the rules show this

court that a dismissal is in line with the rules.

Mr. Wesley has had no additional charges, no additional commitments and should

no longer be monitored or under the jurisdiction of the Criminal Justice System.  The

evaluations have noted restoration efforts, stabilization efforts yet his cognitive

limitations remain unchanged and he remains unable to move forward on the criminal

case.  The state has no evidence or good faith basis to believe Mr. Wesely will be able to

attain competence.  As such, this case should be dismissed in the interests of justice.

This motion is based upon all relevant files, case law, statutes and arguments of

counsel.

RESPECTFULLY SUBMITTED,

OFFICE OF THE HENNEPIN COUNTY PUBLIC DEFENDER
MICHAEL BERGER - CHIEF PUBLIC DEFENDER

By: __/s/_____

Julius Nolen
**Attorney for Defendant**
Attorney License No. 177349
701 4th Avenue South, Suite 1400
Minneapolis, MN 55415
Telephone: (612) 348-8560

Dated:  This  31st  day of January 2024.

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 69**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Memorandum·
Filing Date:  **2024-02-12**
MCRO_27-CR-17-1555_Memorandum_2024-02-12_20240430093540.pdf
File Hash:  a7ebf2eca3378571048f1addfad7ddac07d3ccd4526ea6cfd7891954814ac90b
Page: 1 of 4  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
2/12/2024 4:47 PM

**STATE OF MINNESOTA**            **DISTRICT COURT**

**COUNTY OF HENNEPIN**            **FOURTH JUDICIAL DISTRICT**

State of Minnesota,                    )     **MEMORANDUM IN RESPONSE AND**
                                       )     **OPPOSITION TO DEFENDANT'S**
                    Plaintiff,         )     **MOTION TO DISMISS PURSUANT TO**
                                       )     **MINN. STAT. § 611.46 SUBD. 8(d)**
        vs.                            )
                                       )     MNCIS No:  27-CR-17-1555
ADRIAN MICHAEL WESLEY,                 )     C.A. File No:  17A00708
                                       )
                    Defendant.         )

\* \* \* \* \* \* \* \*

TO:  THE HONORABLE DANIELLE MERCURIO, HENNEPIN COUNTY JUDICIAL
     OFFICER; JULIUS NOLEN, ATTORNEY FOR DEFENDANT; AND DEFENDANT.

### INTRODUCTION

Adrian Michael Wesley ("Defendant") is charged with one felony count of Criminal

Sexual Conduct in the Second Degree, pursuant to Minn. Stat. § 609.343. Defendant has been

deemed incompetent to proceed since February 17, 2017. Pursuant to the procedures in

Minnesota Statute § 611.46, subd. 8(d), on January 31, 2024, Defendant brought a motion to

dismiss in the interests of justice. This Memorandum is submitted in response and in opposition

to Defendant's Motion.

### STATEMENT OF FACTS

On January 15, 2017, officers were dispatched to a group home in Richfield on a report

of a sexual assault. An adult female ("Victim") who was an employee of the group home was

located across the street, covered only by a blanket. Victim is hearing impaired and

communicated with officers by writing. Victim informed officers that Defendant, a resident of

the group home, had pushed her into his room and onto his bed, and then Defendant, who

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

EXHIBIT AMW-1 | p. 70

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Memorandum·
Filing Date: **2024-02-12**
MCRO_27-CR-17-1555_Memorandum_2024-02-12_20240430093540.pdf
File Hash: a7ebf2eca3378571048f1addfad7ddac07d3ccd4526ea6cfd7891954814ac90b
Page: 2 of 4 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
2/12/2024 4:47 PM

weighed approximately 300 pounds at the time, pinned her down by her neck when she tried to escape. Victim reported that Defendant threatened to kill her, and forcibly removed her pants and touched her anal region and her breasts. After Defendant was located by responding officers, he wrote that he raped a staff member because he was "horny too much."

Following the charging of this offense, the court ordered a Rule 20.01 competency evaluation on January 20, 2017. Defendant was declared legally incompetent by the Court on February 17, 2017, and he was civilly committed thereafter. Six-month reviews were scheduled pursuant to Rule 20 to review whether Defendant had been restored to competency following the incompetency filing; in later years the reviews were held once annually. The State filed a timely notice of intent to prosecute when and if Defendant regained competency on February 23, 2017.

Since February 2017, and at each review hearing, the court has continued the incompetency finding, except for one report, dated October 1, 2019, in which the court opined that Defendant was found to have regained the capacity to proceed. The court held a contested competency hearing on February 10, 2020, and found that Defendant was not competent to proceed. For the following reasons, the State respectfully requests that the motions be denied.

## ARGUMENT

**The Interests of Justice are not Served by Dismissal of the Charges against Defendant.**

A district court has the authority to dismiss a case in the interests of justice, as Defendant requests the court does here. Minnesota Statute § 611.46, Subd. 8(d) states, "Counsel for the defendant may bring a motion to dismiss the proceedings in the interest of justice at any stage of the proceedings." Here, the interests of justice are not served by dismissal of the charges. Defendant argues that because he has repeatedly been found incompetent and there is no likelihood that he will be restored to competence, the charges should be dismissed. However, there was a report filed in 2019 opining that Defendant was competent to proceed, and it is

2

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Memorandum·
Filing Date:   **2024-02-12**
MCRO_27-CR-17-1555_Memorandum_2024-02-12_20240430093540.pdf
File Hash:   a7ebf2eca3378571048f1addfad7ddac07d3ccd4526ea6cfd7891954814ac90b
Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

possible that another examiner could make the same finding again. Additionally, given that

Defendant is in a secure setting indefinitely, no matter what happens in the criminal case, there is

no discernable prejudice to Defendant to continue to have these charges pending. Indeed, the

Victim in this case remains invested in the outcome, and desires to see accountability on behalf

of Defendant for the traumatic harm she experienced as a result of Defendant's actions.

Furthermore, there is no requirement to dismiss this case pursuant to Minn. Stat. §

611.49, Subd. 2(d), which states, "if the court finds that there is not a substantial probability that

the defendant will attain competency within the foreseeable future, the court must dismiss the

case unless: (1) the person is charged with… a crime of violence." That is the case here, as

Defendant's charges under Minn. Stat. § 609.343, Criminal Sexual Conduct in the Second

Degree, clearly constitute a crime of violence.

Finally, the judicial and system resources expended once yearly is not great in light of the

seriousness of this case and the continued risk Defendant poses to public safety.  The State

reasonably intends to prosecute Defendant for violently sexually assaulting a hearing-impaired

woman at her place of employment.  Defendant demonstrated behavior for which he should be

held accountable; the length of his civil commitment does not diminish the egregiousness of the

crime committed by Defendant. Therefore, the interests of justice dictate that these charges must

not be dismissed.

Url 1: link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
Url 4: drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Memorandum·
Filing Date:   **2024-02-12**
MCRO_27-CR-17-1555_Memorandum_2024-02-12_20240430093540.pdf
File Hash:     a7ebf2eca3378571048f1addfad7ddac07d3ccd4526ea6cfd7891954814ac90b
Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
2/12/2024 4:47 PM

### **CONCLUSION**

For the foregoing reasons, the interests of justice are not served by dismissal of this case.

Thus, the State respectfully asks the court to deny Defendant's motion to dismiss in its entirety.


Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney


By: _____
Amy Blagoev (0387619)
Assistant County Attorney
Attorney for Plaintiff
C2100 Government Center
Minneapolis, MN  55487
Telephone: (612) 543-1093

Dated:  February 12, 2024

4

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 73**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:     ·Returned Mail·
Filing Date:     **2024-02-13**
MCRO_27-CR-17-1555_Returned Mail_2024-02-13_20240430093539.pdf
File Hash:      26d27b398e8d8348ae1b5fffa10b181a1e155dcd771d378bae21c94310546f5d
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 74**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-03-19**
MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-03-19_20240430093538.pdf
File Hash:      f28f0308e3e58e3f2b2f8b4ea1a436ff7007b84b72d90f0f0e0f23517886fd65
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

Filed in District Court
State of Minnesota
3/19/2024

State of Minnesota                                    District Court
Hennepin County                                       Fourth Judicial District

| Court File Number:  27-CR-17-1555; |
| 27-CR-17-8342 |
| Case Type: Crim/Traf Mandatory |

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____

State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the
courthouse.

| Hearing Information |
| :---: |
| **March 20, 2024** |
| **Evidentiary Hearing** |
| **9:00 AM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed**
with Judicial Officer George Borer, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when
conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see,
  you must give them to the court before the hearing. Visit
  https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for
  joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are
  unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a
  court-appointed attorney before this appearance visit
  https://pdapplication.courts.state.mn.us or scan the QR code to start the
  application.



**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Notice of Remote Hearing with Instructions·
Filing Date: **2024-03-19**
MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-03-19_20240430093538.pdf
File Hash: f28f0308e3e58e3f2b2f8b4ea1a436ff7007b84b72d90f0f0e0f23517886fd65
Page: 2 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

**To join by internet:**

1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   **Meeting ID: 161 908 6006**
   **Passcode: 692591**

3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: March 19, 2024          Sara Gonsalves
                               Hennepin County Court Administrator
                               300 South Sixth Street
                               Minneapolis MN  55487-0419
                               612-348-2040

cc:

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 76**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash:   969e3c70a9566a1b7d3aad690d012cf5cddc502320772733de500218b044fb3a
Page: 1 of 6       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| | FOURTH JUDICIAL DISTRICT |
| COUNTY OF HENNEPIN | PROBATE/MENTAL HEALTH DIVISION |

| | |
|---|---|
| State of Minnesota, | Court File No. 27-CR-17-1555, |
| Plaintiff, | 27-CR-17-8342 |
| | **ORDER DENYING MOTION** |
| v. | |
| Adrian Michael Wesley, | |
| Defendant. | |

This matter came on for hearing before the undersigned referee of district court on March 20, 2024, pursuant to the Defendant's Motion to Dismiss in the Interests of Justice filed on January 31, 2024. The matter was continued from February 13, 2024.  The hearing was held remotely using the Zoom internet platform. Amy Blagoev, Assistant Hennepin County Attorney, represented the Plaintiff. The Defendant appeared from the Forensic Mental Health Program and was represented by Julius Nolen, Assistant Hennepin County Public Defender. Also present was Gina Alvarado, American Sign Language Court Interpreter.

Defense filed the Motion under Minn. Stat § 611.46. to dismiss the matters in the interests of justice. Based upon the arguments of counsel, all the files, records, and proceedings herein, and the adjudicated facts in this file, the undersigned referee makes the following recommendation:

### FINDINGS OF FACT

1. Adrian Michael Wesley, hereafter Defendant, was charged in 27-CR-17-1555 with Criminal Sexual Conduct-2nd Degree-Fear Great Bodily Harm, from an event alleged to have occurred on or around January 15, 2017. Defendant was charged in 27-CR-17-8342 with Damage to Property 1st Degree-Value Reduced Over $1,000, for an event alleged to have occurred on March 5, 2017.

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 77**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash:   969e3c70a9566a1b7d3aad690d012cf5cddc502320772733de500218b044fb3a
Page: 2 of 6     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

2. Pursuant to Court Orders dated January 20, 2017, probable cause was found.

3. A Notice of Intent to Prosecute was filed on February 23, 2017.

4. Defendant's competency to proceed was assessed in reports filed on October 19, 2017; April 16, 2018; October 15, 2018; April 18, 2019; October 20, 2019; May 7, 2021; October 22, 2021; April 20, 2022; January 4, 2023; and June 29, 2023.

5. Defendant has been found incompetent 12 times, most recently by the Court on January 9, 2024 by the Honorable Judge Michael K. Browne.

6. Previously, Defendant challenged the opinion of Dr. Jason Lewis, dated October 1, 2019 that Defendant was competent to proceed and a contested competency hearing was held. In the Court Order filed May 8, 2020, the Court found Defendant incompetent to proceed. That finding was by the greater weight of the evidence.

7. On June 23, 2023 Dr. Soniya Hirachan, M.D., Executive Medical Director, filed a letter with the Court indicating that the Department of Human Services was modifying its practice around opinions regarding competency proceed regarding a "non-restorable defendant who remains in a DHS treatment facility." The letter continues, that should Defendant's treatment team "note a change in this patient's presentation in the future such that another competency evaluation may be indicated, an updated report will be completed by a DHS examiner and filed with the Court."

8. The Court has previously opined based on prior Court Examiner's opinions that Defendant's "clinical presentation is complex due to his long standing and well-documented history  of neurodevelopmental deficits and intellectual disabilities which contribute to problems with emotional regulation and behavioral control as well as his

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 78**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash:     969e3c70a9566a1b7d3aad690d012cf5cddc502320772733de500218b044fb3a
Page: 3 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

ability to communicate effectively his thoughts and emotions." Court Order filed May 8, 2020.

9.  Defendant is subject to civil commitment as a Person Who is Mentally Ill and Dangerous to the Public, and as a Person With a Developmental Disability, in Court File No. 27-MH-PR-17-175.

10. Defendant's counsel filed a Notice of Motion to Dismiss in the Interests of Justice ("Motion To Dismiss") on January 31, 2024.

11. The Motion to Dismiss states that Defendant's diagnosis is Unspecified Schizophrenia Spectrum and Other Psychotic Disorder; Other Specified Neurodevelopmental Disorder Associated with prenatal Alcohol Exposure and Language Deprivation; Intellectual Developmental Disorder, mild; and Illiteracy and Low-Level Literacy. *Id.* at 2. Defendant additionally has the medical diagnosis of Fetal Alcohol Spectrum Disorder. *Id.*

12. Defendant's counsel cites to Respondent's confinement in jail for 194 days in pretrial detention and a pretrial confinement in the hospital pursuant to a Mentally Ill and Dangerous commitment. *See* Motion To Dismiss, pp. 1- 2.  According to his counsel, Defendant's pretrial credit would satisfy the presumptive guideline sentence of 90 months. *Id.* Counsel further notes that Defendant has been in the custody of either law enforcement or human services since January 15, 2017. *Id.* The Motion to Dismiss further states that Defendant has his next review for civil commitment as a developmentally disabled person in December 2025. *Id.*

13. Defense cites Defendant's "history and reports," as reason for dismissal. Motion To Dismiss, p. 3.

3

---

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 79**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash:   969e3c70a9566a1b7d3aad690d012cf5cddc502320772733de500218b044fb3a
Page: 4 of 6   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

14. Defense informed the Court that they were also requesting dismissal under the general criminal dismissal statute Minn. Stat. § 631.21.

15. The State argues that the interests of justice are not served by dismissal of the charges against the Defendant arguing that it is possible that another examiner could find the Defendant incompetent to proceed, as has happened in the past, and that there is no discernible prejudice to Defendant to continue to have these charges pending.

### CONCLUSIONS OF LAW

Regarding the Defense Motion to Dismiss in the Interests of Justice, this Court finds that Minn. Stat. § 611.46, subd. 8, does apply to these proceedings, but notes that the statute was not effective until April 1, 2024. The statute states "Counsel for the defendant may bring a motion to dismiss the proceedings in the interest of justice at any stage of proceedings."

The Court does not find the interests of justice are served by dismissal of the charges. The State notes that the Victim in this case remains invested in the outcome, and desires to see accountability on behalf of Defendant for the traumatic harm she experienced as result of Defendant's actions. Memorandum in Response and Opposition to Defendant's Moton to Dismiss, p. 4.  Pursuant to Minn. Stat. § 611.46 SUBD. 8(d), p. 2. At the hearing, Defendant's Counsel argues that Defendant experienced apprehension, fixation, and concern regarding his criminal charges. In prior orders, the Court has expounded upon the changes to the competency curriculum and how for this Defendant, it has increased his familiarity with legal proceedings. *See* Court Order filed May 8, 2020, p. 4-5.  No additional evidence was brought forward permitting the Court to weigh or compare the anguish felt by Defendant versus that felt by the Victim. The Court notes the Victim in this matter was the victim of a violent sexual assault at her place of employment.

4

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

<span style="color:red">**EXHIBIT AMW-1 | p. 80**</span>

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order Denying Motion·
Filing Date: **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash: 969e3c70a9566a1b7d3aad690d012cf5cddc502320772733de500218b044fb3a
Page: 5 of 6    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

Defendant's counsel also brought the Motion for Dismissal Pursuant to Minn. Stat. § 631.21, which states, "[t]he court may order a criminal action, whether prosecuted upon indictment or complaint, to be dismissed. The court may order dismissal of an action either on its own motion or upon motion of the prosecuting attorney and in furtherance of justice. If the court dismisses an action, the reasons for the dismissal must be set forth in the order and entered upon the minutes. The recommendations of the prosecuting officer in reference to dismissal, with reasons for dismissal, must be stated in writing and filed as a public record with the official files of the case."

On page 3 of its brief, the Defense relies upon *Matter of Opiacha*, 943 N.W.2d 220 (Minn. Ct. App. 2020) for the principle that "due process requires that the nature and duration of commitment bear some reasonable relation to the purpose for which the individual is committed." *Opiacha*, 943 N.W.2d 220, 226 (Minn. Ct. App. 2020)(quoting *Jackson v. Indiana*, 406 U.S. 715, 738, (1972)). The Court should engage in an assessment of Mr. Wesley's circumstances to determine if his current status at the Forensic Mental Health Program bares a reasonable relationship to his treatment needs. Accordingly, the Court adopted the test outlined in *Opiacha*: "The reasonable-relationship requirement is satisfied if a committed person 'is confined for only so long as he or she continues both to need further inpatient treatment and supervision for his ... disorder and to pose a danger to the public.' Call v. Gomez, 535 N.W.2d 312, 319 (Minn. 1995)." *Opiacha*, 943 N.W.2d 220, 226–27 (Minn. Ct. App. 2020). Taking into consideration that Mr. Wesley's civil commitment is indefinite in 27-MH-PR-17-1255 with specific psychiatric treatment needs; there was sufficient reliable information presented for the Court to find that the Defendant needs treatment, requires supervision, and continues to pose a risk to public safety. Accordingly, the nature and duration of Defendant's detention bares a reasonable relationship to the purpose for his detention.

5

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 81**

Case No. 27-CR-17-1555
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash:   969e3c70a9566a1b7d3aad690d012cf5cddc502320772733de500218b044fb3a
Page: 6 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

### CONCLUSION

In summary, this Court does not find the Defendant's argument persuasive that due to his repeated findings of incompetency and due to his prognosis, there is no likelihood that he will be restored to competence, and the charges should be dismissed.  There is not a set metric for the number of times when a Respondent will be determined incompetent to proceed for a dismissal in the interest of justice. At this time, the Victim in this case remains invested in the outcome of this case. Defendant is charged with a crime of violence, Criminal Sexual Conduct in the Second Degree. The State has filed the appropriate intent to prosecute. The length of his indeterminate commitment and treatment as part of the civil commitment process, coupled with Defendant's diagnosis does not alter the crime committed by Defendant.

### ORDER

The Defense's Motion to Dismiss in the Interests of Justice filed on January 31, 2024 2024, is **DENIED**.

Order Recommended by:                              **BY THE COURT:**

_____              _____
Referee of District Court                              Judge of District Court

6

**Url 1:** link.storjshare.io/raw/juqabsmgpxtxatifnw2hogcaggeq/file/EXHIBIT AMW-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/62636234-577e-49a8-a6ef-71ce461d8604.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/5736d9f8-f108-4ef5-8979-431e4df14707.pdf
**Url 4:** drive.proton.me/urls/NZJ0S04TAG#wp50WHWxXxQh

**EXHIBIT AMW-1 | p. 82**