**EXHIBIT AMW-2**

**MINNESOTA**
**JUDICIAL BRANCH**
**MINNESOTA COURT RECORDS ONLINE (MCRO)**

## Case Details (Register of Actions)

Search executed on 04/30/2024 07:02 AM

**Upcoming Hearing:**
Review Hearing on **07/09/2024** at **1:30 PM**

### Case Information

**Case Number:** 27-CR-17-8342
**Case Title:** State of Minnesota vs ADRIAN MICHAEL WESLEY
**Case Type:** Crim/Traf Mandatory
**Date Filed:** 04/05/2017
**Case Location:** Hennepin County, Hennepin Criminal Downtown
**Judicial Officer:** Meyer, Kerry
**Case Status:** Dormant

### Related Cases

27-MH-PR-17-175

### Party Information

**Jurisdiction**
**State of Minnesota**

**Attorneys Active**
- **BLAGOEV, AMY LOUISE - Lead Attorney**
- BALMAKUND, ZURIZADAI

**Attorneys Inactive**
- PETOSKY, ANNA MARIE
- STEPHENSON, ZACHARY LEE

**Defendant**
**WESLEY, ADRIAN MICHAEL**
DOB: 03/15/1991
Richfield, MN 55423

**Attorneys Active**
- **NOLEN, JULIUS ANTHONY - Lead Attorney**
- Herlofsky, Susan

**Attorneys Inactive**
- HOGAN, ELIZABETH ANNE
- KOLSTAD, ROBERT JOSEPH

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 1**

## Warrants

**Inactive Warrants**

WESLEY, ADRIAN MICHAEL  Arrest, Complaint, Order of Detention
Judicial Officer:  Caligiuri, Hilary L.
04/05/2017  04:51 PM     Status: Warrant Cleared by Wt Office
04/05/2017  03:47 PM     Status: Issued Active

Bond/Bail Options

Bond or Cash Bail                                      Amount: $3,000.00

## Charges

1  Damage to Prop-1st Deg-Value Reduced Over $1000        **Statute:**  609.595.1(3)
   **Additional Statute:**  Damage to Property-1st Degree (609.595.1)

   **Level of Charge:**  Felony

   **Offense Date:**  03/05/2017

   **Community Of Offense:**  Minneapolis

   **Law Enforcement Agency:**  Hennepin County Sheriff's Office

   **Prosecuting Agency:**  Hennepin County Attorney

## Interim Conditions

**04/06/2017**     **Interim conditions for WESLEY, ADRIAN MICHAEL**
                   Judicial Officer:  Anderson, Jamie L.

                   - Post Bond without conditions
                     $3,000.00

## Case Events

**04/11/2024**     Order Denying Motion
                   Judicial Officer:  Dayton Klein, Julia
                   Index #83                                              *6 pages*

**03/20/2024**     Interpreter Requested At Hearing
                   Party:  Defendant WESLEY, ADRIAN MICHAEL

**03/20/2024**     Taken Under Advisement
                   Judicial Officer:  Borer, George
                   Index #82

**03/20/2024**     Hearing Held Remote

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 2**

| | | |
|---|---|---|
| **03/19/2024** | Notice of Remote Hearing with Instructions<br>Index #81 | 📄 |
| | | *2 pages* |
| **02/13/2024** | Request for Continuance<br>Index #80 | |
| **02/13/2024** | Hearing Held Remote | |
| **02/13/2024** | Returned Mail<br>Index #79 | 📄 |
| | | *1 page* |
| **01/31/2024** | Notice of Motion and Motion<br>Index #78 | 📄 |
| | | *4 pages* |
| **01/09/2024** | Notice of Remote Hearing with Instructions<br>Index #77 | 📄 |
| | | *2 pages* |
| **01/09/2024** | Request for Interpreter<br>Judicial Officer: Browne, Michael K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #76 | |
| **01/09/2024** | Request for Interpreter<br>Judicial Officer: Browne, Michael K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #75 | |
| **01/09/2024** | Notice of Remote Hearing with Instructions<br>Index #74 | 📄 |
| | | *2 pages* |
| **01/09/2024** | Found Incompetent<br>Judicial Officer: Browne, Michael K | |
| **01/09/2024** | Fail to Appear at a hearing | |
| **01/09/2024** | Hearing Held Remote | |
| **07/10/2023** | Found Incompetent<br>Judicial Officer: Mercurio, Danielle | |
| **07/10/2023** | Waiver of Appearance<br>Index #73 | |
| **07/06/2023** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #72 | |
| **06/29/2023** | Rule 20 Progress Report | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf<br>**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf<br>**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf<br>**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 3**

| | Index #71 | |
|---|---|---|
| **01/19/2023** | Found Incompetent | |
| **01/19/2023** | Waiver of Appearance <br> Index #70 | |
| **01/10/2023** | Hearing Held Remote | |
| **01/04/2023** | Rule 20 Progress Report <br> Index #69 | |
| **12/27/2022** | Order-Other <br> Judicial Officer:  Browne, Michael K <br> Index #68 | 📄 <br> *2 pages* |
| **12/27/2022** | Proposed Order or Document <br> Index #67 | 📄 <br> *2 pages* |
| **12/27/2022** | Correspondence for Judicial Approval <br> Index #66 | 📄 <br> *2 pages* |
| **12/20/2022** | Exhibit List <br> Index #65 | 📄 <br> *1 page* |
| **10/13/2022** | Request for Continuance <br> Index #64 | |
| **05/06/2022** | Request for Interpreter <br> Party:  Defendant WESLEY, ADRIAN MICHAEL <br> Index #63 | |
| **05/06/2022** | Found Incompetent <br> Judicial Officer:  Janzen, Lisa K | |
| **05/06/2022** | Waiver of Appearance <br> Index #62 | |
| **04/20/2022** | Rule 20 Progress Report <br> Index #61 | |
| **02/17/2022** | Order-Evaluation for Competency to Proceed (Rule 20.01) <br> Judicial Officer:  Janzen, Lisa K <br> Index #60 | 📄 <br> *2 pages* |
| **11/09/2021** | Request for Interpreter <br> Party:  Defendant WESLEY, ADRIAN MICHAEL <br> Index #59 | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 4**

| | | |
|---|---|---|
| **11/09/2021** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **11/09/2021** | Pandemic Event | |
| **11/09/2021** | Waiver of Appearance<br>Index #58 | |
| **10/22/2021** | Rule 20 Progress Report<br>Index #57 | |
| **05/11/2021** | Order-Other<br>Judicial Officer: Janzen, Lisa K<br>Index #56 | 📄<br>*1 page* |
| **05/11/2021** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #55 | |
| **05/11/2021** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **05/11/2021** | Pandemic Event | |
| **05/11/2021** | Waiver of Appearance<br>Index #54 | |
| **05/07/2021** | Rule 20 Progress Report<br>Index #53 | |
| **11/10/2020** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **11/10/2020** | Waiver of Appearance<br>Index #51 | |
| **11/10/2020** | Request for Interpreter<br>Judicial Officer: Janzen, Lisa K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #50 | |
| **11/02/2020** | Rule 20 Progress Report<br>Index #49 | |
| **05/08/2020** | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent<br>Judicial Officer: Janzen, Lisa K<br>Index #48 | 📄<br>*7 pages* |
| **05/08/2020** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #47 | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 5**

| | | |
|---|---|---|
| **05/08/2020** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **02/26/2020** | Cancel Interpreter | |
| **02/26/2020** | Cancel Interpreter | |
| **02/10/2020** | Request for Interpreter<br>Judicial Officer: Janzen, Lisa K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #46 | |
| **02/10/2020** | Taken Under Advisement<br>Judicial Officer: Janzen, Lisa K<br>Index #45 | |
| **01/24/2020** | Order to Transport<br>Judicial Officer: Janzen, Lisa K<br>Index #44 | 📄<br>*1 page* |
| **01/23/2020** | Order-Other<br>Judicial Officer: Janzen, Lisa K<br>Index #43 | 📄<br>*2 pages* |
| **01/23/2020** | Proposed Order or Document<br>Index #42 | 📄<br>*2 pages* |
| **01/23/2020** | Notice of Motion and Motion<br>Index #41 | 📄<br>*2 pages* |
| **10/22/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #40 | |
| **10/22/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #39 | |
| **10/21/2019** | Cancel Interpreter | |
| **10/02/2019** | Rule 20 Progress Report<br>Index #36 | |
| **10/02/2019** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #35 | 📄<br>*1 page* |
| **10/02/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #37 | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 6**

| | | |
|---|---|---|
| **10/02/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #38 | |
| **05/07/2019** | Request for Interpreter<br>Judicial Officer: Lamas, Carolina A.<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #33 | |
| **05/07/2019** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **04/08/2019** | Rule 20 Progress Report<br>Index #31 | |
| **04/08/2019** | Rule 20 Report Distributed | |
| **03/13/2019** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #30 | 📄<br>*1 page* |
| **11/06/2018** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **10/23/2018** | Order to Transport<br>Index #29 | 📄<br>*1 page* |
| **10/16/2018** | Notice of Intent to Prosecute<br>Index #28 | 📄<br>*1 page* |
| **10/15/2018** | Rule 20 Progress Report<br>Index #27 | |
| **09/06/2018** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #26 | |
| **05/01/2018** | Found Incompetent<br>Judicial Officer: Lamas, Carolina A. | |
| **04/16/2018** | Rule 20 Progress Report<br>Index #24 | |
| **04/16/2018** | Rule 20 Report Distributed | |
| **03/26/2018** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #23 | 📄<br>*1 page* |
| **01/04/2018** | Order to Transport<br>Judicial Officer: Lamas, Carolina A. | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 7**

|  | Index #22 | 📄 |
|---|---|---|
|  |  | *1 page* |
| **11/02/2017** | Report-Other<br>Index #21 | |
| **10/31/2017** | Found Incompetent<br>Judicial Officer:  Lamas, Carolina A. | |
| **10/31/2017** | Request for Interpreter<br>Judicial Officer:  Lamas, Carolina A.<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #20 | |
| **10/19/2017** | Rule 20 Progress Report<br>Index #17 | |
| **10/19/2017** | Rule 20 Report Distributed | |
| **08/23/2017** | Order to Transport<br>Judicial Officer:  Lamas, Carolina A.<br>Index #16 | 📄<br>*1 page* |
| **04/12/2017** | Pre-Plea Worksheet<br>Index #15 | |
| **04/11/2017** | Bail to stand as previously ordered | |
| **04/11/2017** | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent<br>Judicial Officer:  Lamas, Carolina A.<br>Index #13 | 📄<br>*3 pages* |
| **04/11/2017** | Found Incompetent<br>Judicial Officer:  Lamas, Carolina A. | |
| **04/11/2017** | Request for Interpreter<br>Judicial Officer:  Lamas, Carolina A.<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #14 | |
| **04/06/2017** | Statement of Rights<br>Index #10 | |
| **04/06/2017** | Identity Verified | |
| **04/06/2017** | Order Granting Public Defender<br>Judicial Officer:  Anderson, Jamie L.<br>Index #9 | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 8**

| | |
|---|---|
| **04/06/2017** | Request for Interpreter |
| | Judicial Officer:  Anderson, Jamie L. |
| | Party:  Defendant WESLEY, ADRIAN MICHAEL |
| | Index #11 |
| | |
| **04/06/2017** | Order-Evaluation for Competency to Proceed (Rule 20.01) |
| | Judicial Officer:  Anderson, Jamie L. |
| | Index #7 |
| | |
| **04/06/2017** | Request for Interpreter |
| | Party:  Defendant WESLEY, ADRIAN MICHAEL |
| | Index #5 |
| | |
| **04/06/2017** | Bail Study |
| | Index #3 |
| | |
| **04/05/2017** | Warrant Cleared by Wt Office |
| | |
| **04/05/2017** | Warrant Issued |
| | Index #2 |
| | |
| **04/05/2017** | E-filed Comp-Warrant |
| | Index #1 |

*4 pages*

---

## Hearings

**Upcoming Hearings**

| 07/09/2024 | 01:30 PM | Review Hearing | |
|---|---|---|---|
| | | Judicial Officer: Olson, Joel | |
| | | Location: GC-C559 | |

**Previous Hearings**

| 03/20/2024 | 09:00 AM | Evidentiary Hearing | **Result:** Held On the Record |
|---|---|---|---|
| | | Judicial Officer: Borer, George | |
| | | Location: GC-C456 | |
| 02/13/2024 | 01:30 PM | Hearing | **Result:** Held On the Record |
| | | Judicial Officer: Mercurio, Danielle | |
| | | Location: GC-C556 | |
| 01/09/2024 | 01:30 PM | Review Hearing | **Result:** Held On the Record |
| | | Judicial Officer: Browne, Michael K | |
| | | Location: GC-C459 | |
| 07/11/2023 | 01:30 PM | Review Hearing | |
| | | Judicial Officer: Mercurio, Danielle | |
| | | Location: GC-C556 | |
| | | Cancelled; Other | |
| 01/31/2023 | 01:30 PM | Hearing | |
| | | Judicial Officer: Dayton Klein, Julia | |
| | | Location: GC-C559 | |
| | | Cancelled; Settled | |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 9**

| | | | |
|---|---|---|---|
| **01/10/2023** | **01:30 PM** | Hearing<br>Judicial Officer: Borer, George<br>Location: GC-C456<br><br>Date Updated: 10/13/2022<br>Continued to 01/10/2023 01:30 PM - Other - WESLEY, ADRIAN<br>MICHAEL; State of Minnesota<br><br>Original Hearing Date: 11/08/2022 01:30 PM | **Result:** Held On the Record |
| **05/10/2022** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| **11/09/2021** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| **05/11/2021** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C853<br>Cancelled; Other | |
| **11/10/2020** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C853 | **Result:** Held Off the Record |
| **05/12/2020** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| **02/10/2020** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br><br>Date Updated: 10/22/2019<br>Reset by Court to 02/10/2020 01:30 PM - Other<br><br>Date Updated: 10/21/2019<br>Reset by Court to 11/05/2019 01:30 PM - Other<br><br>Date Updated: 10/02/2019<br>Reset by Court to 10/22/2019 01:30 PM - Other<br><br>Original Hearing Date: 11/05/2019 01:30 PM | **Result:** Held On the Record |
| **05/07/2019** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| **11/06/2018** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| **05/01/2018** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| **10/31/2017** | **01:30 PM** | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 10**

|  |  |  |  |
|---|---|---|---|
|  |  | Date Updated: 07/31/2017 | |
|  |  | Reset by Court to 10/31/2017 01:30 PM - Other | |
|  |  | | |
|  |  | Original Hearing Date: 08/22/2017 01:30 PM | |
| 04/11/2017 | 01:30 PM | Hearing | **Result:** Held |
|  |  | Judicial Officer: Lamas, Carolina A. | |
|  |  | Location: GC-C857 | |
|  |  | | |
|  |  | Date Updated: 04/06/2017 | |
|  |  | Reset by Court to 04/11/2017 01:30 PM - Other | |
|  |  | | |
|  |  | Original Hearing Date: 05/16/2017 01:30 PM | |
| 04/06/2017 | 01:30 PM | First Appearance | **Result:** Held |
|  |  | Judicial Officer: Anderson, Jamie L. | |
|  |  | Location: PSF 143 | |
|  |  | | |
|  |  | Date Updated: 04/06/2017 | |
|  |  | Reset by Court to 04/06/2017 01:30 PM - Other | |
|  |  | | |
|  |  | Original Hearing Date: 04/06/2017 01:30 PM | |

Search executed on 04/30/2024 07:02 AM

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 11**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·E-filed Comp-Warrant·
Filing Date:  **2017-04-05**
MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf
File Hash:  eaea46bc2efb9cd4e465ea3a8ab344b1832ecc594cdc831e1b8bd9321f0cca8a
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

| State of Minnesota | District Court |
| County of Hennepin | 4th Judicial District |

|  | Prosecutor File No. | 17A03060 |
|  | Court File No. | 27-CR-17-8342 |

| **State of Minnesota,** | **COMPLAINT** |
| Plaintiff, | Warrant |
| vs. | |

**ADRIAN MICHAEL WESLEY    DOB: 03/15/1991**

7720 Upton Ave S
Richfield, MN 55423

Defendant.

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Damage to Prop-1st Deg-Value Reduced Over $1000**
Minnesota Statute: 609.595.1(3), with reference to:  609.595.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 03/05/2017

Control #(ICR#): 17002675

Charge Description: That on or about 3/5/2017, in Hennepin County, Minnesota, ADRIAN MICHAEL WESLEY intentionally caused damage to physical property belonging to victim, without victim's consent and such damage reduced the value of the property by more than $1,000 as measured by the cost of repair and/or replacement.

**1**

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 12**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Warrant·
Filing Date:   **2017-04-05**
MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf
File Hash:      eaea46bc2efb9cd4e465ea3a8ab344b1832ecc594cdc831e1b8bd9321f0cca8a
Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On March 5, 2017, ADRIAN MICHAEL WESLEY ("Defendant") was incarcerated at the Hennepin County Public Safety Facility, 401 S 4th Avenue, Minneapolis, Hennepin County, Minnesota. Defendant, who is deaf, had an ASL Relay Laptop (the "Laptop") in his cell to facilitate communication. The Laptop belonged to Hennepin County. Hennepin County Sheriff's Deputies heard a banging noise coming from Defendant's cell and approached to investigate. Deputies observed Defendant pacing in his cell and further observed that Defendant's knuckles had blood on them. Deputies attempted to communicate with Defendant via written statement, but Defendant would not respond.

Defendant then walked over to his bed and retrieved the Laptop and raised it into the air as if he were going to throw it on the floor. Deputies quickly opened the cell and motioned for Defendant to hand over the Laptop. Defendant instead opened the Laptop. Deputies observed that the glass screen of the Laptop was completely shattered.

Defendant did not have consent to damage the Laptop. The value of the damage as measured by the cost of replacement or repair is $1,197.45.

Defendant is presently in custody on an unrelated matter. A Warrant is therefore requested.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·E-filed Comp-Warrant·
Filing Date:  **2017-04-05**
MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf
File Hash:  eaea46bc2efb9cd4e465ea3a8ab344b1832ecc594cdc831e1b8bd9321f0cca8a
Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Dennis Jahnke | Electronically Signed: |
|---|---|---|
| | Detective | 04/05/2017 03:35 PM |
| | 350 S 5th St | Hennepin County,  MN |
| | Minneapolis, MN 55415 | |
| | Badge: 473 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Zachary Stephenson | Electronically Signed: |
|---|---|---|
| | 300 S 6th St | 04/05/2017 03:29 PM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |



**3**

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·E-filed Comp-Warrant·
Filing Date: **2017-04-05**
MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf
File Hash: eaea46bc2efb9cd4e465ea3a8ab344b1832ecc594cdc831e1b8bd9321f0cca8a
Page: 4 of 4    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

[ ] **SUMMONS**

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on _____ ____, _____ at _____ AM/PM before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

[X] **WARRANT**

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

[X] *Execute in MN Only*     [ ] *Execute Nationwide*     [ ] *Execute in Border States*

[ ] **ORDER OF DETENTION**

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $3,000.00
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: April 5, 2017.

| **Judicial Officer** | Hilary Caligiuri | Electronically Signed: 04/05/2017 03:45 PM |
| | District Court Judge | |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| COUNTY OF HENNEPIN STATE OF MINNESOTA | |
| --- | --- |
| **State of Minnesota** Plaintiff vs. **ADRIAN MICHAEL WESLEY** Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE* *I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.* Signature of Authorized Service Agent: |

4

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 15**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2017-04-11**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf
File Hash:    6a08b897836cb2ac1e1bcbb71fe8db34c8cafbd7bf96a0bba5096594c9c86d52
Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

STATE OF MINNESOTA            DISTRICT COURT

COUNTY OF HENNEPIN       FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| State of Minnesota,         ) | **FINDINGS OF FACT** |
|                 ) | **CONCLUSIONS OF LAW** |
|        Plaintiff,     ) | **AND ORDER INCLUDING** |
|                 ) | **PETITION FOR** |
|     vs.              ) | **JUDICIAL COMMITMENT** |
|                 ) | |
| Adrian Michael Wesley,    ) | MNCIS No:  27-CR-17-8342 |
|                 ) | |
|       Defendant.     ) | |

\* \* \* \* \* \* \* \*

This matter came on for hearing before the undersigned Judge on April 11, 2017. Robert Sorensen, Assistant Hennepin County Attorney, represented the plaintiff on the felony. The Defendant appeared with counsel, Kellie Charles, of the Hennepin County Defender's Office. Pursuant to the evidence adduced at the hearing and upon all of the files, records, and proceedings herein, the Court makes the following:

**FINDINGS OF FACT**

1. The defendant was born on March 15, 1991; resides in a group home, the defendant is not a Veteran; and his nearest kindred who lives in Minnesota is his aunt.

2. The defendant has an open Civil Commitment Case, 27MHPR17175, in Hennepin County that is scheduled for a Settlement Conference on April 12, 2017, at 1:15 pm before referee Anthony Schumacher.

3. The defendant is in custody at the Hennepin County Public Safety Facility.

4. The defendant was charged with the alleged offense of Felony Damage to Property from the date of March 5, 2017. Copies of the complaint and police reports are incorporated herein by reference.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 16**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date: **2017-04-11**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf
File Hash: 6a08b897836cb2ac1e1bcbb71fe8db34c8cafbd7bf96a0bba5096594c9c86d52
Page: 2 of 3   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

5. On April 6, 2017, Judge Anderson ordered Psychological Services of Hennepin County District Court, to conduct an examination and make an evaluation of the Defendant's mental condition pursuant to Minn.R.Crim.P. 20.01.

6. On February 21, 2017, Judge Carolina A. Lamas found defendant incompetent in file 27-CR-17-1555. In a report to the Court in file 27-CR-17-1555, attached and incorporated herein, Kristen Otte, Psy.D., LP, Senior Clinical Forensic Psychologist, Psychological Services of Hennepin County District Court, determined that the Defendant may be mentally ill or mentally deficient so as to be incompetent to stand trial. The report to the Court from 27-CR-17-1555 shall be incorporated into 27-CR-17-8342.

### CONCLUSION OF LAW

Defendant is presently incompetent to stand trial.

### ORDER

1. Defendant's civil commitment shall continue in accordance with Minnesota Rule of Criminal Procedure 20.01, subdivision 6(b)(1). The civil court should determine whether to add 20.01 safe and secure language to the commitment and begin competency restoration programming.

2. The Criminal proceedings are hereby suspended until the Defendant has returned to a competent state of mind.

3. Copies of this Order shall be served upon counsel for the parties and any objections to this Order shall be filed with Court within ten days of the date of service.

4. The undersigned shall file this Order with the Fourth Judicial District Court – Criminal Division and the following persons/agencies shall be served with electronic copies of the Order:

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 17**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2017-04-11**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf
File Hash:   6a08b897836cb2ac1e1bcbb71fe8db34c8cafbd7bf96a0bba5096594c9c86d52
Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

    a.   Fourth Judicial District Court – Mental Health Division;

    b.   Hennepin County Attorney's Office – Mental Health Division;

    c.   .Mark Gray – Civil Defense Attorney.

    d.   Hennepin County Attorney's Office – Criminal Division

5.  The Defendant's next review date in Hennepin County District Court – Criminal Division on the criminal matter and status review of the Rule 20, Minn.R.Crim.P. is August 22, 2017. One week prior to that date, reports regarding Defendant's competency and mental status shall be prepared by DHS or Fourth Judicial District Court – Psychological Services, and e-filed and e-served to:

    a.   Fourth Judicial District Court – Mental Health Division;

    b.   Hennepin County Attorney's Office – Mental Health Division;

    c.   Mark Gray. – Civil Defense Attorney.

    d.   Hennepin County Attorney's Office – Criminal Division

BY THE COURT:

DATED:  April 11, 2017

_____
Carolina A. Lamas
Judge of District Court
Fourth Judicial District

3

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 18**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2017-08-23**
MCRO_27-CR-17-8342_Order to Transport_2017-08-23_20240430093656.pdf
File Hash: 8d9d0936497e23e7a5c98a76ffd13d255c6ca1117919d055f4be97d65ce80dea
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

v.

    Adrian Michael Wesley,

      Defendant.

**TRANSPORT ORDER**
27-CR-17-1555;
27-CR-17-8342

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on July 27, 2017, as Mentally Ill and Dangerous. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for October 31, 2017, at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital on or before October 31, 2017, for an appearance on that date at 1:30 pm.

*Saint Peter*

BY THE COURT:

Dated:   August 23, 2017

_____
Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 19**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2018-01-04**
MCRO_27-CR-17-8342_Order to Transport_2018-01-04_20240430093655.pdf
File Hash:    b50ecd4805d605cdca95ac63ddeec298fd7afbcee1d9e40872a664a5a32d2ea6
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

STATE OF MINNESOTA            DISTRICT COURT

COUNTY OF HENNEPIN       FOURTH JUDICIAL DISTRICT

State of Minnesota,

       Plaintiff,

   v.                    **TRANSPORT ORDER**
                             27-CR-17-1555;
                             27-CR-17-8342

,

Adrian Michael Wesley,
     Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of
Human Services on July 27, 2017, as Mentally Ill & Dangerous and Developmentally
Disabled.  A Rule 20.01 Treat to Competency was filed by the Department of Human
Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1,
2018 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital, Saint Peter, on or
before May 1, 2018 for an appearance on that date at 1:30 pm.

BY THE COURT:

Dated: ____01/04/2018__

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 20**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order to Transport·
Filing Date:    **2018-03-26**
MCRO_27-CR-17-8342_Order to Transport_2018-03-26_20240430093654.pdf
File Hash:    42b49c51a66162d0084afbfc735bd675d58b4ec373ec714a378ed24a5306ac8a
Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-17-8342

Filed in Fourth Judicial District Court
3/26/2018 1:50 PM
Hennepin County, MN

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                                 **TRANSPORT ORDER**

v.                                                                              27-CR-17-22909;
                                                            27-CR-17-1555;   27-CR-17-8342
    Adrian Michael Wesley,

      Defendant.

---

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of
Human Services on February 21, 2017, as Mentally Ill.  A Rule 20.01 Treat to
Competency was filed by the Department of Human Services. A hearing on the criminal
matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857,
Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital – Saint Peter, to the
Hennepin County Government Center for a court appearance in Courtroom 857, on or
before May 1, 2018.

BY THE COURT:

Dated: _____03/26/2018__

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Intent to Prosecute·
Filing Date:   **2018-10-16**
MCRO_27-CR-17-8342_Notice of Intent to Prosecute_2018-10-16_20240430093653.pdf
File Hash:    80bd89d1ebdf4703820a565b83a8f5c5442a3c589db04204f0b7c5d184c4b70a
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
10/16/2018 2:39 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,

vs.

ADRIAN MICHAEL WESLEY,

Defendant.

**STATE'S NOTICE OF
INTENT TO PROSECUTE**

Court Case No. 27-CR-17-8342
C.A. Case No. 17A03060

TO:    THE COURT AND COUNSEL FOR THE ABOVE-NAMED DEFENDANT

PLEASE BE ADVISED that pursuant to Minnesota Rules of Criminal Procedure 20.01,

Subdivision 6, the State of Minnesota intends to continue prosecution of above-named Defendant

if Defendant is restored to competency.

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

10/16/2018

Anna Petosky(0388163)
Assistant County Attorney
C2300 Government Center
300 South Sixth Street
Minneapolis, MN  55487
Telephone: 612-348-4101

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 22**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order to Transport·
Filing Date:  **2018-10-23**
MCRO_27-CR-17-8342_Order to Transport_2018-10-23_20240430093652.pdf
File Hash:  9fafb6d4f162ab2ea15973510c6833feb1081de260928d5d66f7015075c17f03
Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
10/23/2018 11:08 AM

STATE OF MINNESOTA                         DISTRICT COURT

COUNTY OF HENNEPIN                   FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

                        **TRANSPORT ORDER**
              v.      27-CR-17-8342;  27-CR-17-22909
                      27-CR-17-1555

Adrian Michael Wesley,

    Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of
Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the
Department of Human Services. A hearing on the criminal matter is currently scheduled
for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County
Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital – Saint Peter, on or
before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/23/2018__

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 23**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order to Transport·
Filing Date:   **2019-03-13**
MCRO_27-CR-17-8342_Order to Transport_2019-03-13_20240430093651.pdf
File Hash:   1f4fff8d45320f483d5788e93a118d87ca05e207095f411ba611088dc93fecee8
Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

27-CR-17-8342

Filed in District Court
State of Minnesota
3/13/2019 12:11 PM

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                            FOURTH JUDICIAL DISTRICT

State of Minnesota,

       Plaintiff,

                    **TRANSPORT ORDER**
v.                                      27-CR-17-1555;
              27-CR-17-8342; 27-CR-17-22909

Adrian Michael Wesley,
       Defendant.

---

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner
of Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the
Department of Human Services. A hearing on the criminal matter is currently scheduled
for Tuesday, May 7, 2019 at 1:30 in Courtroom 857, Hennepin County Government
Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital – Saint Peter, on or
before May 7, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated:  ____03/13/2019__

Carolina A. Lamas
Judge of District Court

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 24**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order to Transport·
Filing Date:   **2019-10-02**
MCRO_27-CR-17-8342_Order to Transport_2019-10-02_20240430093650.pdf
File Hash:     6b0caeb6eb80d1cbb472ee0082b4d2abbc38790b664e68c6462f35edaa309274
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-8342

Filed in District Court
State of Minnesota
10/2/2019 11:52 AM

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF HENNEPIN                 FOURTH JUDICIAL DISTRICT

State of Minnesota,

       Plaintiff,

                          **TRANSPORT ORDER**
v.                                  27-CR-17-1555; 27-CR-17-8342
                             27-CR-17-22909

Adrian Michael Wesley,
       Defendant.

---

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

Carolina A. Lamas
Judge of District Court

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-8342_Notice of Motion and Motion_2020-01-23_20240430093649.pdf
File Hash:     0c199b0ce011e5eff3cde19fc2eb065e8f8233d9b5b00cd1ccdee089e3ca7bdf
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/23/2020 9:34 AM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,

vs.

Adrian Michael Wesley,

Defendant.

**STATE'S NOTICE OF MOTIONS
AND PRETRIAL MOTIONS**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

TO:    JUDGE OF DISTRICT COURT, ATTORNEY FOR THE DEFENDANT, and
DEFENDANT.

PLEASE TAKE NOTICE that the State hereby moves the Court for the following relief:

For an Order directing the Forensic Mental Health Program in St. Peter to produce to
Counsel copies of records relied upon in preparing the Competency Evaluation dated 10/1/2019,
in the above-captioned matters. This request does not include police reports, court records, and
previous competency evaluations as identified in lines 1-16 of the enumerated Information
Sources section of the report, since Counsel already has access to those items.

### MOTION

On October 2, 2019, a Competency Evaluation was filed in District Court relating to the
above captioned cases. In that report, the Examiner, Dr. Jason Lewis, opined that Mr. Wesley has
regained competency to proceed in this matter. Defendant has demanded a hearing to challenge
that finding. The hearing is scheduled for February 10, 2020. The State has reached out to the
forensic services division at the State Hospital in St. Peter to request copies of documents that
Dr. Lewis relied upon in preparing the evaluation, and was advised that a Court Order would be
required to release the records. Copies of these records are required to prepare for and proceed
with the competency hearing. Therefore, the State requests that the Court enter an Order
permitting release of the requested records to the parties in this matter.

I have conferred with counsel for the Defense, Julius Nolen, and he does not object to this
motion.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Notice of Motion and Motion·
Filing Date: **2020-01-23**
MCRO_27-CR-17-8342_Notice of Motion and Motion_2020-01-23_20240430093649.pdf
File Hash: 0c199b0ce011e5eff3cde19fc2eb065e8f8233d9b5b00cd1ccdee089e3ca7bdf
Page: 2 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

27-CR-17-8342

Filed in District Court<br>State of Minnesota<br>1/23/2020 9:34 AM

Date: January 23, 2020

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Anna Petosky (#388163)
Assistant County Attorney
C2100 GOVERNMENT CENTER
300 SOUTH SIXTH STREET
Minneapolis, MN 55487
Telephone: 612-348-4101

Page 2 of 4

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 27**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Proposed Order or Document·
Filing Date:    **2020-01-23**
MCRO_27-CR-17-8342_Proposed Order or Document_2020-01-23_20240430093647.pdf
File Hash:      4cee656cfddf73761a930ed5612199caf30eb7004fa462292a52cdca43f2d820
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**DISTRICT COURT**

**FOURTH JUDICIAL DISTRICT**

State of Minnesota,

                Plaintiff,

    vs.

Adrian Michael Wesley,

                Defendant.

**FINDINGS AND ORDER**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

    Anna Petosky
    Assistant Hennepin County Attorney
    HCAO Adult Prosecution Division, A2100

Page 3 of 4

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 28**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-8342_Proposed Order or Document_2020-01-23_20240430093647.pdf
File Hash:     4cee656cfddf73761a930ed5612199caf30eb7004fa462292a52cdca43f2d820
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

_____
Judge of District Court

Page 4 of 4

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 29**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order-Other·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf
File Hash:    104823ef79ecd39d7d7ae58ce64dedbbf4fa343d3b4214260084580902a198dc
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/23/2020 1:24 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,

vs.

Adrian Michael Wesley,

Defendant.

**FINDINGS AND ORDER**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

Anna Petosky
Assistant Hennepin County Attorney
HCAO Adult Prosecution Division, A2100

Page 3 of 4

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf
File Hash:   104823ef79ecd39d7d7ae58ce64dedbbf4fa343d3b4214260084580902a198dc
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/23/2020 1:24 PM

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

1/23/2020

_____
Judge of District Court

Page 4 of 4

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2020-01-24**
MCRO_27-CR-17-8342_Order to Transport_2020-01-24_20240430093645.pdf
File Hash: d882d85a2f443253710997e5472a4d9d065ac31c40eb75e92de051cfc7e2ad06
Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/24/2020 2:44 PM

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN       FOURTH JUDICIAL DISTRICT

State of Minnesota,

       Plaintiff,

                         **TRANSPORT ORDER**

v.                   27-CR-17-1555; 27-CR-17-22909;
                         27-CR-17-8342

Adrian Michael Wesley,
       Defendant.

---

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

Lisa K. Janzen
Judge of District Court

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 32**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:  ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 1 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

State of Minnesota

District Court

County of Hennepin

Fourth Judicial District

Judge Lisa K. Janzen
Case Type: Criminal

State of Minnesota,
    Plaintiff,

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW
REGARDING DEFENDANT'S
COMPETENCY TO PROCEED**

v.

Adrian Wesley,
    Defendant.

Case Numbers: 27-CR-17-1555
27-CR-17-22909
27-CR-17-8342

The above-entitled matter came before Lisa K. Janzen, Judge of District Court, on February 10, 2020, for an evidentiary hearing upon the Defense's objection to the competency opinion rendered by Dr. Jason Lewis, dated October 1, 2019.  Amy Blagoev, Assistant Hennepin County Attorney, appeared for the State.  Julius Nolen, appeared on behalf of the defendant who was personally present.  Dr. Jason Lewis, PhD, LP, of State Operated Forensic Services testified and the court received his report dated October 1, 2019 and his Curriculum Vitae as exhibits.  The court also took judicial notice of the five previous rule 20.01 evaluations filed in the case.  The court took the matter under advisement on February 10, 2020. Based upon the arguments presented and all the files and records herein, the Court orders as follows:

1.  Defendant is **INCOMPETENT** to proceed.

**FINDINGS AND CONCLUSIONS**

Rule 20.01 of the Minnesota Rules of Criminal Procedure requires the court to find that the defendant is not competent unless the greater weight of the evidence shows that the defendant is competent. Minn.R.Crim.P. Rule 20.01, subd. 5 (c). A defendant is not competent if, due to mental illness or cognitive impairment he is unable to "(a) rationally consult with counsel or (b) understand the proceedings or participate in the defense." *Id.*, subd. 2.  The determination of whether a defendant is able

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 33**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:   ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 2 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

to rationally consult with the defense attorney or understand and participate in the proceedings turns on the facts of each particular case.

Mr. Wesley has been charged in file 27-CR-17-1555 with one count of Criminal Sexual Conduct in the 2nd Degree arising from an incident alleged to have occurred on January 15, 2017. He is also charged in file 27-CR-17-22909 with one count of Assault in the 4th Degree from an incident alleged to have occurred on July 14, 2017.   Finally, he is charged in file 27-CR-17-8342 with one count of Criminal Damage to Property in the First Degree for an incident alleged to have occurred on March 5, 2017.  On January 20, 2017 Judge Jay Quam found probable cause on file 27-CR-17-1555 and ordered that a Rule 20.01 evaluation be completed. Dr. Kristen A. Otte, Psy.D. LP of Hennepin Psychological Services was assigned to complete the first 20.01 evaluation of the defendant. She filed her report on February 17, 2017.  Dr. Otte opined that Mr. Wesley was incompetent and provided the following diagnoses:

1. Other Specified Neurodevelopmental Disorder (Associated with Prenatal Alcohol Exposure, formerly referred to as Fetal Alcohol Syndrome).
2. Intellectual Disability, Moderate
3. Unspecified Depressive Disorder

Dr. Otte indicated further information was required to determine whether Mr. Wesley met the diagnostic criteria for a psychotic disorder.

Dr. Otte noted Mr. Wesley's clinical presentation is complex due to his long standing and well-documented history of neurodevelopmental deficits and intellectual disabilities which contribute to problems with emotion regulation and behavioral control as well as his ability to communicate effectively about his thoughts and emotions.  Mr. Wesley demonstrates a history of aggression and impulse control as well as sexually inappropriate behavior.  Dr. Otte noted these issues are further compounded by his hearing impairment and that he requires the use of ASL interpreters to communicate and participate in evaluation interviews.  Mr. Wesley's deficits are due to drug and alcohol exposure in-utero. Due to maternal abuse and neglect he was removed from his mother's care.  His hearing loss is due to recurrent and untreated ear infections.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:   ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 3 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

Dr. Otte indicated in her evaluation that Mr. Wesley's impairments result in significant deficits in planning and decision-making, reasoning, problem-solving, abstract thinking, emotion regulation, adaptive functioning and self-care. She opined that the deficits associated with his neurodevelopmental disorder and intellectual disability significantly interfere with his competency-related functioning. Dr. Otte opined that his prognosis for maintaining the requisite competency-related abilities is exceedingly poor. She noted his deficits and disabilities are chronic and long standing despite a long history of intensive support and intervention and wrote, "There is little likelihood that Mr. Wesley would be restored to competency in the foreseeable future."

On February 21, 2017, Judge Carolina Lamas entered findings of incompetency on all three of Mr. Wesley's files and referred him for screening for civil commitment. He was subsequently committed as Developmentally Disabled and Mentally Ill and Dangerous. The Department of Human Services placed him in the Minnesota Security Hospital - St. Peter where he continues to reside as a patient. Subsequently he has undergone four additional forensic evaluations conducted by Dr. Jason Lewis of State Operated Forensic Services. In each of the four subsequent evaluations, Dr. Lewis opined that Mr. Wesley was incompetent. Additionally, Dr. Lewis included a diagnoses of Unspecified Schizophrenia Spectrum and Psychotic Disorder.

In the most recent Rule 20.01 evaluation, filed on October 1, 2019, Dr. Lewis filed a report opining that Mr. Wesley has been restored to competency. Dr. Lewis noted that Mr. Wesley is psychiatrically stable and has been psychiatrically stable for the last couple evaluations. Dr. Lewis indicated Mr. Wesley demonstrates a lack of ongoing psychosis, he is alert, and his memory and thought processes are intact. Thus, Mr. Wesley's mental illness is not currently interfering significantly with competency issues. The questions the court must determine is whether Mr. Wesley's chronic cognitive deficits render him incompetent.

Dr. Lewis is a forensic examiner for State Operated Forensic Services and was previously the Clinical Director of the Competency Restoration Program. He testified that the Competency Restoration Program focuses on educating patients about the criminal legal process, including the roles of the parties in

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:    **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:     ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 4 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

the legal system, the trial process and possible sentences.  They also discuss the evidence and facts in each patient's case.  The goal is for the patients to understand the legal process sufficiently to be able to rationally consult with counsel and to be able to participate in their defense.  The program consists of group class sessions and uses an assessment tool, consisting of one-hundred questions about the criminal process, to assist with a competency determination.

At the evidentiary hearing Dr. Lewis testified that the main factor he considered in his opinion that Mr. Wesley has been restored to competency was that Mr. Wesley had recently demonstrated an increased knowledge of legal concepts and facts related to his charges.  Dr. Lewis testified the hospital had recently increased the frequency of Mr. Wesley's competency restoration sessions as compared to the prior evaluation review period.  Dr. Lewis testified that Mr. Wesley is now able to discuss the evidence, facts and possible sentences of each of his cases individually.  This is consistent with the restoration program's records which show substantial progress being made in the restoration groups he has been participating in. Dr. Lewis testified regarding Mr. Wesley's recent performance on the assessment tool. Below are examples of questions and responses given by Mr. Wesley noted during the hearing.

1. When asked whether he is obligated to accept a plea bargain Mr. Wesley responded, "Defendants have to take a plea bargain".  Dr. Lewis testified he did consider this significant as it relates to competency.

2. Mr. Wesley was unable to understand the difference between a sentence to jail and a prison sentence.  Dr. Lewis testified he did not consider this significant.

3. When asked to explain what not guilty by reason of mental illness means Mr. Wesley responded, "Maybe I did it but they are going to drop the charges".  Dr. Wesley testified this response is inadequate but not significant.

4. Mr. Wesley was able to identify six basis rights rudimentarily.

5. Mr. Wesley answered one question, "If I plead not guilty the charge will be dropped".

6. Mr. Wesley was not able to answer some questions without being given clues and took a significant amount of time to answer many questions.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:  ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 5 of 7  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

Dr. Lewis agreed that Mr. Wesley still demonstrates some deficits as it relates to competency, but that based on the totality of the data he is now able to communicate rationally with counsel and participate in his defense, with the caveat that defense counsel is encouraged to use simple language to explain the legal concepts and to identify multiple ways to describe complicated legal concepts.  Dr. Lewis wrote, "Put another way, the 'legalese' that a layman with no mental illness or intellectual deficits would find confusing will be particularly challenging for Mr. Wesley, but he has demonstrated the ability to participate meaningfully in his defense when the discourse is simplified."   Dr. Lewis also made an additional recommendation that the sign language interpreter have a CDI certification, which means that the interpreter is also deaf and familiar with deaf culture.  This type of interpreter is considered more able to accurately interpret and communicate.  Dr. Lewis testified that the last time he met with Mr. Wesley was in September but that the notes he reviewed regarding progress between October and February indicated he has not decompensated.  He also testified that if Mr. Wesley were to stop taking the competency restoration classes he would likely regress to incompetency.

At the evidentiary hearing attorney Susan Herlofsky testified that she is not the attorney of record for Mr. Wesley, but works at the public defender office with assigned counsel, Julius Nolen.  She met with Mr. Wesley and assigned counsel prior to the hearing and sat at counsel table during the hearing.  She testified in their conversation prior to the hearing Mr. Wesley did not understand what a trial was and was unable to understand the difference between a trial by jury and a court trial.  He told defense counsel that he was proud that he "passed the test" at St. Peter hospital.  Ms. Herlofsky testified at the end of the evidentiary hearing and stated that during the evidentiary hearing Mr. Wesley did not appear to understand the proceedings, had been unable to consult with counsel rationally or answer specific questions that counsel asked of him.

Based on the totality of the above noted facts, the court finds that the greater weight of the evidence demonstrates Mr. Wesley is not able to rationally consult with counsel or participate in his defense.  While Mr. Wesley has demonstrated a basic understanding of the facts of his case and the legal process during his competency classes, this understanding appears to be rudimentary and fleeting.  The court does not find

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:   ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 6 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

that this evidence demonstrates a cognitive ability to understand the legal concepts. Rather, it appears Mr. Wesley has been able to memorize definitions and terms due to repetition as a result of the high frequency of the competency classes he attends. This finding is further supported by Dr. Lewis's testimony that if Mr. Wesley were to discontinue competency restoration classes, he would likely soon regress to incompetency.

In order to rationally consult with counsel and participate in his defense, a defendant must have the cognitive ability, after consulting with counsel, to make important decisions about whether to accept a plea bargain, whether to have a jury or court trial and whether or not to testify. These decisions regarding the waiver of constitutional rights must be made by a defendant himself, after consulting with counsel. The defendant's attorney may not make these decisions for a defendant. While it appears Mr. Wesley now understands that he must behave properly in a courtroom setting and that he should follow the advice of counsel, simply indicating that he will "behave" in the courtroom and do what his lawyers tell him to do not establish that he is competent. His lack of understanding about whether he must accept a plea bargain and the difference between jail and prison is evidence that he is unable to participate in his defense. As noted by the psychologists, his cognitive impairments significantly interfere with his reasoning and decision making abilities. Most importantly, defense counsel's testimony that during the evidentiary hearing he demonstrated a lack of understanding about what a trial was and did not have the ability to consult with counsel or participate in his defense solidifies the court's conclusion that Mr. Wesley is incompetent.

Finally, it is important to take into consideration the recommendations of Dr. Lewis regarding suggested accommodations that can be made to assist Mr. Wesley in understanding the proceedings. Dr. Lewis indicates that Mr. Wesley does not have the ability to understand the "legalese" that a typical layman defendant would comprehend. His suggestion that defense counsel allot more time than customary, use simple language and explain legal concepts in multiple ways is prudent and the court does believe that defense counsel can implement these strategies. However, under the facts of Mr. Wesley's case, the court does not find that these accommodations are sufficient to render an otherwise incompetent defendant competent. Slowing down a legal proceeding by pausing or recessing to allow defense counsel to explain

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

EXHIBIT AMW-2 | p. 38

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:     ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 7 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

every process, objection, argument or term used in witness testimony will not be sufficient to allow Mr. Wesley to comprehend the process, rationally consult with counsel and participate in his own defense.   Dr. Lewis noted in his April 2019 evaluation that "if his competence-related deficits are primarily the result of intellectual deficits, his prognosis is likely to be poor."  The court finds that his competency related deficits are the result of his intellectual deficits.  Although his factual understanding of his charges and the legal process has improved due to competency classes, the greater weight of the evidence does not establish that he has the rational ability to consult with counsel regarding trial strategy, make decisions regarding the waiver of constitutional rights and plea negotiations or otherwise participate in his defense.

The state has not met its burden of proving, by greater weight of the evidence that Mr. Wesley is competent.  Therefore the court finds that the defendant, Mr. Wesley, is **INCOMPETENT**.

LKJ

By the Court:

Dated: 5/8/2020

_____

Lisa K. Janzen
Judge of District Court

Url 1: link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
Url 4: drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 39**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order-Other·
Filing Date:  **2021-05-11**
MCRO_27-CR-17-8342_Order-Other_2021-05-11_20240430093643.pdf
File Hash:  64c52fbfc114d82c21fb847e8197b223ab469c78686df223e1d80157282a1d5f
Page: 1 of 1  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

---

27-CR-17-8342

Filed in District Court
State of Minnesota
5/11/2021 8:17 AM

STATE OF MINNESOTA                           **DISTRICT COURT**

**COUNTY OF HENNEPIN**                **FOURTH JUDICIAL DISTRICT**

---

STATE OF MINNESOTA,

        Plaintiff,                    Court File No. 27-CR-17-1555;
                                            27-CR-17-8342; 27-CR-17-22909

*v.*

                              **ORDER TO DESTROY REPORT**

Adrian Michael Wesley,

        Defendant.

---

    **Whereas,** Dr. Gregory Hanson, Ph.D., LP, Direct Care and Treatment – Forensic Services, filed a report with the Court on April 28, 2021, and;

    **Whereas,** Dr. Gregory Hanson filed a redacted version of the report on May 7, 2021, and;

    **Whereas,** defense counsel moved the Court to order the original report filed on April 28, 2021, as well as any copies or versions, to be destroyed;

    **It is therefore ordered that:**

1.  All parties must destroy any copies of the report filed on April 28, 2021, and
2.  Court Administration shall remove the report filed on April 28, 2021 from the MNCIS file.

**Date: May 11, 2021**                    **BY THE COURT:**

*Lisa K. Janzen*
_____

**Lisa K. Janzen**
**Judge of District Court**

1

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 40**

**Case No. 27-CR-17-8342**

State of MN vs ADRIAN MICHAEL WESLEY

Filing Type:   ·Order-Evaluation for Competency to Proceed (Rule 20.01)·

Filing Date:   **2022-02-17**

MCRO_27-CR-17-8342_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093642.pdf

File Hash:    6464c3244cf4cd68a92a5fa0e17b337b9f2ecf3def78ea6d646eadaaa53a9293

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-8342

Filed in District Court
State of Minnesota
2/17/2022 12:37 PM

State of Minnesota                                                    District Court

Hennepin County                                             Fourth Judicial District

---

State of Minnesota,
                  Plaintiff,
v.                                                          Order to 4th Judicial District Court
                                                            Psychological Services
ADRIAN MICHAEL WESLEY,                                      **27-CR-17-1555**
                  Defendant.                                **27-CR-17-8342; 27-CR-17-22909**

---

| Defendant Information | |
|---|---|
| Location:     ☒ Out of Custody     ☐ In Custody     (_____) | |
| Phone:        _ | Date of Birth: 03/15/1991 |
| Email: | SILS Identifier: 659590 |
| Home Address:     7720 Upton Ave S | |
|                   Richfield MN  55423 | |
| Additional family/collateral contact number and instructions: | |

It is hereby ordered:

☐ For felony and gross misdemeanor cases, probable cause has been found.

☐ The defendant is to be released upon completion of the interview process.

☐ This is part of the targeted misdemeanor program.

1. The Chief of Psychological Services of the Fourth Judicial District or the Chief's designee ("Examiner") shall conduct the following psychological evaluation, assessment and/or consultation regarding the defendant:

   ☒ Competency to participate in proceedings pursuant to Rule 20.01

   ☐ Mental state at the time of the alleged act pursuant to Rule 20.02 (M'Naghten Rule)

   ☐ Sex Offender Evaluation pursuant to Minnesota Statute § 609.3457

   ☐ Consultation (Pre-Plea/Pre-Sentence) _____

   ☐ Other (please specify) _____

2. Copies of this evaluation shall be provided to the Court and the following individuals:

   Defense Counsel: JULIUS ANTHONY NOLEN                    612-348-8560

   Prosecuting Attorney: AMY LOUISE BLAGOEV                 612-543-1093

   Probation Officer:

3. The hearing for the return of psychological evaluation will be held on **May 10, 2022 at 1:30 PM**         .

4. Upon presentation of this order, the relevant custodian of records shall provide (whether mailed, faxed, or personally delivered) to the Examiner all relevant records from the following sources: behavioral, chemical dependency, developmental disability, educational, employment, judicial, law enforcement (including audio/visual recordings), medical, probation/correction, psychological, and social service. A copy of the records so requested shall be delivered to the Examiner within 96 hours of presentation of this order. Records that are faxed shall be sent to 612-348-3452. Mailed records should be sent to Hennepin County District Court, Psychological Services, 300 South Sixth Street, C-509 Government Center, Minneapolis, Minnesota

HC 2926 (11/2021)

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 41**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date:    **2022-02-17**
MCRO_27-CR-17-8342_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093642.pdf
File Hash:      6464c3244cf4cd68a92a5fa0e17b337b9f2ecf3def78ea6d646eadaaa53a9293
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
2/17/2022 12:37 PM

55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5. During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and case law.

6. If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with both the requirements of § 609.3457 and the agreement with Minnesota State Operated Forensic Services. A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7. In the case of Rule 20 evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
   a. Is suitable for civil commitment and the basis of the possible commitment.
   b. Is mentally ill and dangerous; and
   c. Needs immediate hospitalization.

8. In the case of Rule 20 evaluations, the Examiner shall promptly notify the prosecutor, defense attorney and the Court if the Examiner concludes that the defendant:
   a. Presents an imminent risk of serious danger to another,
   b. Is imminently suicidal, or
   c. Needs emergency intervention.

Dated: February 17, 2022

_____
Judge of District Court Signature
Lisa Janzen

✓ Please scan and e-mail the order to **4ᵗʰ Psych Services Orders**.
✓ Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.
✓ If a defendant is to be released upon completion of the interview process, a Conditional Release Order must be filed giving that direction.

HC 2926 (11/2021)

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

EXHIBIT AMW-2 | p. 42

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Exhibit List·
Filing Date:   **2022-12-20**
MCRO_27-CR-17-8342_Exhibit List_2022-12-20_20240430093641.pdf
File Hash:    af5ddadeef7a10dba4ceea91bb9eedb653cbb7fd51e76eabdd7d0a6e26419b07
Page: 1 of 1     [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

## Exhibit Log

Case: **27-CR-17-8342**                    Case Style:  **State of Minnesota vs ADRIAN MICHAEL WESLEY**                    Sort Order: **Exhibit #**

| Exhibit ID Exhibit # | On Behalf Of Source | Status Date | Proj. Return / | Type Description | Exhibit Flag | Custody Date | Custody Detail |
|---|---|---|---|---|---|---|---|
| EVD 001 | Jurisdiction PETOSKY, ANNA MARIE | Received Without Objection 02/10/2020 | | Document Dr. Lewis's CV | | | No chain of custody exists for this exhibit. |
| EVD 002 | Jurisdiction PETOSKY, ANNA MARIE | Received Without Objection 02/10/2020 | | Document 10/2/19 R20.01, sub. 7 | | | No chain of custody exists for this exhibit. |

12.13.22

CS 12/13/22

Total Count: **2**                                                                                     Page    1    of    1

Printed on 12/12/2022 at 10:35 AM

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 43**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Correspondence for Judicial Approval·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf
File Hash:     6e7d1e2474be118b926b9180d526a3fc4b1c1358b6ae1aad4db7900391c7455d
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
12/27/2022 12:13 PM



DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE:          *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files:   27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

*Amanda Burg*

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN  56082
Phone:  507-985-2659

---

[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 44**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Correspondence for Judicial Approval·
Filing Date:    **2022-12-27**
MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf
File Hash:      6e7d1e2474be118b926b9180d526a3fc4b1c1358b6ae1aad4db7900391c7455d
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
12/27/2022 12:13 PM

Copies:      Hennepin County Court Administration
             Prosecuting Attorney
             Criminal Defense Attorney

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 45**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-8342_Proposed Order or Document_2022-12-27_20240430093639.pdf
File Hash:   43b45848357a8ae57e46fdbed9a47567f3e84bf182afbd78459f0fe9fd78a20b
Page: 1 of 2   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

27-CR-17-8342

STATE OF MINNESOTA                                     DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

Case Type:  Criminal

State of Minnesota,                          Court File Nos.: 27-CR-17-1555,
                                                27-CR-17-8342; 27-CR-17-22909
                          Plaintiff,

v.                                                   **[PROPOSED]**
                                             **ORDER FOR RELEASE OF**
                          Defendant,              **MEDICAL RECORDS**
Adrian Wesley.

---

The above-entitled matter came before the Court on a request for an Order for release of

medical records filed by the Minnesota Department of Human Services' (DHS) - Forensic Services

Forensic Evaluation Department. The request was served on Defendant's counsel and the

Hennepin County Attorney's Office at the time of filing.

Defendant was found incompetent to participate in his defense under Minnesota Rule of

Criminal Procedure 20.01 and was subsequently civilly committed. The DHS Forensic Evaluation

Department, on behalf of DHS, the entity to which Defendant is committed, is providing subd. 7

competency evaluation services in this matter. Like the court appointed examiner ordered to

conduct the initial Rule 20.01 evaluation in this matter, the assigned DHS Forensic Examiner

should have access to Defendant's treatment records so a comprehensive report can be prepared

to provide a well-informed opinion to the Court and the parties regarding Defendant's current

mental health condition and competency status.

Based upon the request submitted by the DHS Forensic Evaluation Department, the Court

hereby makes and files the following:

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 46**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-8342_Proposed Order or Document_2022-12-27_20240430093639.pdf
File Hash:   43b45848357a8ae57e46fdbed9a47567f3e84bf182afbd78459f0fe9fd78a20b
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-8342

### ORDER

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____     BY THE COURT:

_____
Judge of District Court

2

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 47**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf
File Hash:     287028ac8c2d6ffb5ed8c48447709acec6ed95551d931154d126a84217620df2
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-1555

STATE OF MINNESOTA                                      DISTRICT COURT

COUNTY OF HENNEPIN                             FOURTH JUDICIAL DISTRICT

                                                          Case Type:  Criminal

State of Minnesota,                             Court File Nos.: 27-CR-17-1555,
                                               27-CR-17-8342; 27-CR-17-22909
                    Plaintiff,

v.

                    Defendant,                   **ORDER FOR RELEASE OF**
                                                    **MEDICAL RECORDS**
Adrian Wesley.

The above-entitled matter came before the Court on a request for an Order for release of

medical records filed by the Minnesota Department of Human Services' (DHS) - Forensic Services

Forensic Evaluation Department. The request was served on Defendant's counsel and the

Hennepin County Attorney's Office at the time of filing.

Defendant was found incompetent to participate in his defense under Minnesota Rule of

Criminal Procedure 20.01 and was subsequently civilly committed. The DHS Forensic Evaluation

Department, on behalf of DHS, the entity to which Defendant is committed, is providing subd. 7

competency evaluation services in this matter. Like the court appointed examiner ordered to

conduct the initial Rule 20.01 evaluation in this matter, the assigned DHS Forensic Examiner

should have access to Defendant's treatment records so a comprehensive report can be prepared

to provide a well-informed opinion to the Court and the parties regarding Defendant's current

mental health condition and competency status.

Based upon the request submitted by the DHS Forensic Evaluation Department, the Court

hereby makes and files the following:

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 48**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order-Other·
Filing Date: **2022-12-27**
MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf
File Hash: 287028ac8c2d6ffb5ed8c48447709acec6ed95551d931154d126a84217620df2
Page: 2 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

27-CR-17-1555

**ORDER**

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____     BY THE COURT:

_____
Judge of District Court

2

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 49**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093637.pdf
File Hash:   4f455ba58dd5bacafafb5e357c579b8f3c228496142967c551b96ba4561ecc81
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Filed in District Court
State of Minnesota
1/9/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District

Court File Number:  27-CR-17-1555; 27-CR-17-8342, 27-CR-17-22909.

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____
State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| Hearing Information |
|:---:|
| **February 13, 2024** |
| **Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer Danielle Mercurio, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



MNCIS-PAN-104                    STATE    Notice of Remote Zoom Hearing                    11/22

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-ad0d-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**

State of MN vs ADRIAN MICHAEL WESLEY

Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093637.pdf
File Hash:     4f455ba58dd5bacafafb5e357c579b8f3c228496142967c551b96ba4561ecc81
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**To join by internet:**

1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   Meeting ID: 160 223 0876
   Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: January 9, 2024          Sara Gonsalves
                                Hennepin County Court Administrator
                                300 South Sixth Street
                                Minneapolis MN  55487-0419
                                612-348-2040

cc:

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 51**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Notice of Remote Hearing with Instructions·
Filing Date:  **2024-01-09**
MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093636.pdf
File Hash:  133bc927c778e9a1d161030c434940387b3e054ceb2bcc34204fca5407cd9ede
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

Filed in District Court
State of Minnesota
1/9/2024

State of Minnesota                                     District Court
Hennepin County                                     Fourth Judicial District

Court File Number:  27-CR-17-1555; 27-CR-17-
8342, 27-CR-17-22909.

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____
State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| Hearing Information |
| :---: |
| **July 9, 2024** |
| **Review Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 52**

**Case No. 27-CR-17-8342**

State of MN vs ADRIAN MICHAEL WESLEY

Filing Type:  ·Notice of Remote Hearing with Instructions·
Filing Date:  **2024-01-09**
MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093636.pdf
File Hash:  133bc927c778e9a1d161030c434940387b3e054ceb2bcc34204fca5407cd9ede
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

**To join by internet:**

1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   Meeting ID: 160 223 0876
   Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: January 9, 2024          Sara Gonsalves
                                Hennepin County Court Administrator
                                300 South Sixth Street
                                Minneapolis MN  55487-0419
                                612-348-2040

cc:

MNCIS-PAN-104          STATE    Notice of Remote Zoom Hearing          11/22

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 53**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2024-01-31**
MCRO_27-CR-17-8342_Notice of Motion and Motion_2024-01-31_20240430093635.pdf
File Hash:   cce762cc7c3a21111dee3c009f377c8238d909f7d96672a808b768583421fab4
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/31/2024 3:31 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT
FELONY DIVISION
FOURTH JUDICIAL DISTRICT

State of Minnesota,                )
                                   )
            Plaintiff,             )
                                   )
-vs-                               )
                                   )
**Adrian Michael Wesley,**         )
                                   )
            Defendant.             )

**NOTICE OF MOTION TO DISMISS
IN THE INTERESTS OF JUSTICE**

MNCIS Case Nos. 27-CR-17-1555
and 27-CR-17-8342

\*                    \*                    \*

TO:    THE COURT; THE HONORABLE DANIELLE MERCURIO, HENNEPIN
       COUNTY JUDICIAL OFFICER; AND TOM ARNESON AND AMY BLAGOEV,
       ASSISTANT HENNEPIN COUNTY ATTORNEYS.

### <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Tuesday, February 13, 2024 at 1:30 p.m., or as

soon thereafter as counsel may be heard, Adrian Wesley, will seek the following relief:

### <u>MOTION</u>

Adrian Wesley moves this court to dismiss this matter in the interests of justice

pursuant to Minnesota Statute Section 611.46, which states in relevant part, subd. 8 (d),

Counsel for the defendant may bring a motion to dismiss the proceedings in the interest of

justice at any stage of the proceedings.

Mr. Wesley was charged by complaint on January 19, 2017, and a Rule 20 evaluation

was ordered on January 20, 2017.  Mr. Wesley has been found incompetent, without

objection, twelve times; on 2/21/17, 10/31/17, 5/1/18, 11/6/18, 5/7/19, 11/10/20, 5/11/21,

11/9/21, 5/6/22, 1/19/23, 7/10/23, and 1/9/24.  In addition, he was once found incompetent by

Judge Janzen following a contested competency hearing, with Findings of Fact and

Conclusions of Law filed on 5/8/20.  Mr. Wesley was confined in jail for 194 days in pretrial

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2024-01-31**
MCRO_27-CR-17-8342_Notice of Motion and Motion_2024-01-31_20240430093635.pdf
File Hash:     cce762cc7c3a21111dee3c009f377c8238d909f7d96672a808b768583421fab4
Page: 2 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-8342

Filed in District Court
State of Minnesota
1/31/2024 3:31 PM

detention.  Additionally, Mr. Wesley was pretrial confined in the hospital pursuant to a civil

commitment for Mentally Ill and Dangerous.   Mr. Wesley was pretrial confined between the

jail and the hospital for 2571 days, and has been in custody of either law enforcement or

human services since January 15, 2017.  His next review for his civil commitment is set for

December, 2025.

Mr. Wesley has consistently been found incompetent since 2017.  As such, the court

made the determination that Mr. Wesley lacked the ability to move forward in the criminal

process. In the last completed competency exam, dated January 3, 2023, Dr. Gregory Hanson

provided a thorough recitation of the evaluative history of Mr. Wesley, and concluded that

"(h)is prognosis for competency is poor."  Since that report was filed, the DHS has provided

an opinion to the Court that "Mr. Wesley is incompetent and unrestorable", and they have

stopped providing competency evaluations regarding Mr. Wesley.

While the state may have filed a notice of intent to prosecute when Mr. Wesley

restored to competency, there is no longer a good faith basis to believe that Mr. Wesley can

attain competency.  The prior reports indicate that Mr. Wesley is deaf, and has been

diagnosed with the following:

Unspecified Schizophrenia Spectrum and Other Psychotic Disorder;

Other Specified Neurodevelopmental Disorder Associated with Prenatal Alcohol

Exposure and Language Deprivation;

Intellectual Developmental Disorder, mild;

Illiteracy and Low-Level Literacy.

Furthermore, he has had the medical diagnosis of Fetal Alcohol Spectrum Disorder, which

coupled with Mr. Wesley's language impoverishment when young impacts "neuro-

development in a fashion that results in persisting and permanent impairment to brain

function related to communication."  Dr. Hanson report, Jan.3, 2023, p. 6-7.  According to

Dr. Hanson, the "kind of deficits in conceptual reasoning that Mr. Wesley demonstrates are

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 55**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2024-01-31**
MCRO_27-CR-17-8342_Notice of Motion and Motion_2024-01-31_20240430093635.pdf
File Hash:   cce762cc7c3a21111dee3c009f377c8238d909f7d96672a808b768583421fab4
Page: 3 of 4   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/31/2024 3:31 PM

not remedial through additional education or practice and have to do with the underlying

neurodevelopmental structures of the brain that are permanent and ongoing.  Report, p. 14.

In his opinion, continued competency restoration efforts would not "result in any appreciable

improvement in the defendant's capacities."  *Id.*

Given the history and reports, the complaints against Mr. Wesley should be

dismissed.  It is important to note that he has been in custody since the date of offense in

January, 2017.  Even if he were to be restored to competency and convicted, the amount of

pretrial credit would satisfy the presumptive guideline sentence of 90 months.  Knowing that

he will not be restored to competency and will remain under civil commitment should be

sufficient for the prosecution to recognize that further legal proceedings in criminal court are

unnecessary and unjust.

"The United States Supreme Court has stated that it would be cruel and unusual

punishment to make the status of being mentally ill a crime." *State v. Bauer*, 299 N.W.2d

493, 498-499 (1980); *citing*, *Robinson v. California*, 370 U.S. 660, 666 (1962).

Pretrial commitment is "a significant deprivation of liberty that requires due process

protection." *Addington v. Texas*, 441 U.S. 418, 426 (1979). The Due Process Clause

provides, "No state shall…deprive any person of life, liberty, or property, without due

process of law." U.S. Const. amend XIV, § 1; *see also* Minn. Const. Art. 1, § 7.

In *Jackson v. Indiana*, the Supreme Court held that an incompetent defendant's

substantive due process rights are implicated when they are being held in pretrial

detention. 406 U.S. 715, 738 (1972). There, the Court determined that "due process

requires that the nature and duration of commitment bear some reasonable relation to the

purpose for which the individual is committed." *Id.*; *see also Matter of Opiacha*, 943

N.W.2d 220, 226 (Minn. App. 2020) (citing this quoted language in *Jackson*).

The aforementioned cases guide this court in recognizing that the history of

pretrial detention and confinement is a due process issue, a constitutional issue and thus

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 56**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2024-01-31**
MCRO_27-CR-17-8342_Notice of Motion and Motion_2024-01-31_20240430093635.pdf
File Hash:     cce762cc7c3a21111dee3c009f377c8238d909f7d96672a808b768583421fab4
Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/31/2024 3:31 PM

are worthy of consideration in the interests of justice.  Further, even if the state filed a

notice of intent to prosecute Mr. Wesley should he attain competence, there is no

evidence offered, nor a good faith basis to believe that Mr. Wesley will be able to attain

competence.   Mr. Wesley has been found incompetent 12 times and there is no

reasonable expectation that he will be able to restored to competence.  The Criminal

Justice system has finite resources and Minnesota Rule of Criminal Procedure 1.02 notes

"[t]hese rules are intended to provide a just determination of criminal proceedings, and

ensure a simple and fair procedure that eliminates unjustified expense and delay." Given

that there is no expectation that Mr. Wesely can attain competency, the rules show this

court that a dismissal is in line with the rules.

Mr. Wesley has had no additional charges, no additional commitments and should

no longer be monitored or under the jurisdiction of the Criminal Justice System.  The

evaluations have noted restoration efforts, stabilization efforts yet his cognitive

limitations remain unchanged and he remains unable to move forward on the criminal

case.  The state has no evidence or good faith basis to believe Mr. Wesely will be able to

attain competence.  As such, this case should be dismissed in the interests of justice.

This motion is based upon all relevant files, case law, statutes and arguments of

counsel.

RESPECTFULLY SUBMITTED,

OFFICE OF THE HENNEPIN COUNTY PUBLIC DEFENDER
MICHAEL BERGER - CHIEF PUBLIC DEFENDER

By: __/s/_____
Julius Nolen
Attorney for Defendant
Attorney License No. 177349
701 4th Avenue South, Suite 1400
Minneapolis, MN 55415
Telephone: (612) 348-8560

Dated:  This  31st  day of January 2024.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 57**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Returned Mail·
Filing Date: **2024-02-13**
MCRO_27-CR-17-8342_Returned Mail_2024-02-13_20240430093634.pdf
File Hash: 5cb439046fb4fc4b2e7fd699edc2da5a15f5e254c3df4f93d8824a5b394d0a0d
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]



**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 58**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-03-19**
MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-03-19_20240430093633.pdf
File Hash:   9c4e04b1b765a3ad5ceefdb2dd7703bb0b52d5f2a30d435597f6f88594ddb431
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

Filed in District Court
State of Minnesota
3/19/2024

State of Minnesota                                                District Court
Hennepin County                                              Fourth Judicial District

| Court File Number:  27-CR-17-1555; 27-CR-17-8342 |
| --- |

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____

State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| Hearing Information |
| --- |
| **March 20, 2024** |
| **Evidentiary Hearing** |
| **9:00 AM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer George Borer, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-03-19**
MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-03-19_20240430093633.pdf
File Hash:    9c4e04b1b765a3ad5ceefdb2dd7703bb0b52d5f2a30d435597f6f88594ddb431
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**To join by internet:**
1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   **Meeting ID: 161 908 6006**
   **Passcode: 692591**

3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: March 19, 2024        Sara Gonsalves
                             Hennepin County Court Administrator
                             300 South Sixth Street
                             Minneapolis MN  55487-0419
                             612-348-2040

cc:

---

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 60**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order Denying Motion·
Filing Date: **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash: e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 1 of 6 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**DISTRICT COURT**
**FOURTH JUDICIAL DISTRICT**
**PROBATE/MENTAL HEALTH DIVISION**

State of Minnesota,

Plaintiff,

Court File No. 27-CR-17-1555,

27-CR-17-8342

**ORDER DENYING MOTION**

v.

Adrian Michael Wesley,

Defendant.

---

This matter came on for hearing before the undersigned referee of district court on March 20, 2024, pursuant to the Defendant's Motion to Dismiss in the Interests of Justice filed on January 31, 2024. The matter was continued from February 13, 2024. The hearing was held remotely using the Zoom internet platform. Amy Blagoev, Assistant Hennepin County Attorney, represented the Plaintiff. The Defendant appeared from the Forensic Mental Health Program and was represented by Julius Nolen, Assistant Hennepin County Public Defender. Also present was Gina Alvarado, American Sign Language Court Interpreter.

Defense filed the Motion under Minn. Stat § 611.46. to dismiss the matters in the interests of justice. Based upon the arguments of counsel, all the files, records, and proceedings herein, and the adjudicated facts in this file, the undersigned referee makes the following recommendation:

### FINDINGS OF FACT

1. Adrian Michael Wesley, hereafter Defendant, was charged in 27-CR-17-1555 with Criminal Sexual Conduct-2nd Degree-Fear Great Bodily Harm, from an event alleged to have occurred on or around January 15, 2017. Defendant was charged in 27-CR-17-8342 with Damage to Property 1st Degree-Value Reduced Over $1,000, for an event alleged to have occurred on March 5, 2017.

---

Url 1: link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
Url 4: drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 61**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order Denying Motion·
Filing Date: **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash: e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 2 of 6 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

2. Pursuant to Court Orders dated January 20, 2017, probable cause was found.

3. A Notice of Intent to Prosecute was filed on February 23, 2017.

4. Defendant's competency to proceed was assessed in reports filed on October 19, 2017; April 16, 2018; October 15, 2018; April 18, 2019; October 20, 2019; May 7, 2021; October 22, 2021; April 20, 2022; January 4, 2023; and June 29, 2023.

5. Defendant has been found incompetent 12 times, most recently by the Court on January 9, 2024 by the Honorable Judge Michael K. Browne.

6. Previously, Defendant challenged the opinion of Dr. Jason Lewis, dated October 1, 2019 that Defendant was competent to proceed and a contested competency hearing was held. In the Court Order filed May 8, 2020, the Court found Defendant incompetent to proceed. That finding was by the greater weight of the evidence.

7. On June 23, 2023 Dr. Soniya Hirachan, M.D., Executive Medical Director, filed a letter with the Court indicating that the Department of Human Services was modifying its practice around opinions regarding competency proceed regarding a "non-restorable defendant who remains in a DHS treatment facility." The letter continues, that should Defendant's treatment team "note a change in this patient's presentation in the future such that another competency evaluation may be indicated, an updated report will be completed by a DHS examiner and filed with the Court."

8. The Court has previously opined based on prior Court Examiner's opinions that Defendant's "clinical presentation is complex due to his long standing and well-documented history of neurodevelopmental deficits and intellectual disabilities which contribute to problems with emotional regulation and behavioral control as well as his

2

Url 1: link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
Url 4: drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 62**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order Denying Motion·
Filing Date:    **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash:    e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 3 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

ability to communicate effectively his thoughts and emotions." Court Order filed May 8, 2020.

9. Defendant is subject to civil commitment as a Person Who is Mentally Ill and Dangerous to the Public, and as a Person With a Developmental Disability, in Court File No. 27-MH-PR-17-175.

10. Defendant's counsel filed a Notice of Motion to Dismiss in the Interests of Justice ("Motion To Dismiss") on January 31, 2024.

11. The Motion to Dismiss states that Defendant's diagnosis is Unspecified Schizophrenia Spectrum and Other Psychotic Disorder; Other Specified Neurodevelopmental Disorder Associated with prenatal Alcohol Exposure and Language Deprivation; Intellectual Developmental Disorder, mild; and Illiteracy and Low-Level Literacy. *Id.* at 2. Defendant additionally has the medical diagnosis of Fetal Alcohol Spectrum Disorder. *Id.*

12. Defendant's counsel cites to Respondent's confinement in jail for 194 days in pretrial detention and a pretrial confinement in the hospital pursuant to a Mentally Ill and Dangerous commitment. *See* Motion To Dismiss, pp. 1- 2. According to his counsel, Defendant's pretrial credit would satisfy the presumptive guideline sentence of 90 months. *Id.* Counsel further notes that Defendant has been in the custody of either law enforcement or human services since January 15, 2017. *Id.* The Motion to Dismiss further states that Defendant has his next review for civil commitment as a developmentally disabled person in December 2025. *Id.*

13. Defense cites Defendant's "history and reports," as reason for dismissal. Motion To Dismiss, p. 3.

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 63**

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order Denying Motion·
Filing Date:    **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash:    e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 4 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

14. Defense informed the Court that they were also requesting dismissal under the general criminal dismissal statute Minn. Stat. § 631.21.

15. The State argues that the interests of justice are not served by dismissal of the charges against the Defendant arguing that it is possible that another examiner could find the Defendant incompetent to proceed, as has happened in the past, and that there is no discernible prejudice to Defendant to continue to have these charges pending.

#### CONCLUSIONS OF LAW

Regarding the Defense Motion to Dismiss in the Interests of Justice, this Court finds that Minn. Stat. § 611.46, subd. 8, does apply to these proceedings, but notes that the statute was not effective until April 1, 2024. The statute states "Counsel for the defendant may bring a motion to dismiss the proceedings in the interest of justice at any stage of proceedings."

The Court does not find the interests of justice are served by dismissal of the charges. The State notes that the Victim in this case remains invested in the outcome, and desires to see accountability on behalf of Defendant for the traumatic harm she experienced as result of Defendant's actions. Memorandum in Response and Opposition to Defendant's Moton to Dismiss, p. 4.  Pursuant to Minn. Stat. § 611.46 SUBD. 8(d), p. 2. At the hearing, Defendant's Counsel argues that Defendant experienced apprehension, fixation, and concern regarding his criminal charges. In prior orders, the Court has expounded upon the changes to the competency curriculum and how for this Defendant, it has increased his familiarity with legal proceedings. *See* Court Order filed May 8, 2020, p. 4-5.  No additional evidence was brought forward permitting the Court to weigh or compare the anguish felt by Defendant versus that felt by the Victim. The Court notes the Victim in this matter was the victim of a violent sexual assault at her place of employment.

4

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

Case No. 27-CR-17-8342
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order Denying Motion·
Filing Date:   **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash:      e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 5 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Defendant's counsel also brought the Motion for Dismissal Pursuant to Minn. Stat. § 631.21, which states, "[t]he court may order a criminal action, whether prosecuted upon indictment or complaint, to be dismissed. The court may order dismissal of an action either on its own motion or upon motion of the prosecuting attorney and in furtherance of justice. If the court dismisses an action, the reasons for the dismissal must be set forth in the order and entered upon the minutes. The recommendations of the prosecuting officer in reference to dismissal, with reasons for dismissal, must be stated in writing and filed as a public record with the official files of the case."

On page 3 of its brief, the Defense relies upon *Matter of Opiacha*, 943 N.W.2d 220 (Minn. Ct. App. 2020) for the principle that "due process requires that the nature and duration of commitment bear some reasonable relation to the purpose for which the individual is committed." *Opiacha*, 943 N.W.2d 220, 226 (Minn. Ct. App. 2020)(quoting *Jackson v. Indiana*, 406 U.S. 715, 738, (1972)). The Court should engage in an assessment of Mr. Wesley's circumstances to determine if his current status at the Forensic Mental Health Program bares a reasonable relationship to his treatment needs. Accordingly, the Court adopted the test outlined in *Opiacha*: "The reasonable-relationship requirement is satisfied if a committed person 'is confined for only so long as he or she continues both to need further inpatient treatment and supervision for his ... disorder and to pose a danger to the public.' Call v. Gomez, 535 N.W.2d 312, 319 (Minn. 1995)." *Opiacha*, 943 N.W.2d 220, 226–27 (Minn. Ct. App. 2020). Taking into consideration that Mr. Wesley's civil commitment is indefinite in 27-MH-PR-17-1255 with specific psychiatric treatment needs; there was sufficient reliable information presented for the Court to find that the Defendant needs treatment, requires supervision, and continues to pose a risk to public safety. Accordingly, the nature and duration of Defendant's detention bares a reasonable relationship to the purpose for his detention.

Url 1: link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
Url 4: drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 65**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order Denying Motion·
Filing Date: **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash: e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 6 of 6 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

In summary, this Court does not find the Defendant's argument persuasive that due to his repeated findings of incompetency and due to his prognosis, there is no likelihood that he will be restored to competence, and the charges should be dismissed. There is not a set metric for the number of times when a Respondent will be determined incompetent to proceed for a dismissal in the interest of justice. At this time, the Victim in this case remains invested in the outcome of this case. Defendant is charged with a crime of violence, Criminal Sexual Conduct in the Second Degree. The State has filed the appropriate intent to prosecute. The length of his indeterminate commitment and treatment as part of the civil commitment process, coupled with Defendant's diagnosis does not alter the crime committed by Defendant.

### ORDER

The Defense's Motion to Dismiss in the Interests of Justice filed on January 31, 2024 2024, is **DENIED**.

Order Recommended by: **BY THE COURT:**

_____      _____
Referee of District Court                       Judge of District Court

6

**Url 1:** link.storjshare.io/raw/ju7k7dodxxsxuq4qfvxlhk6t2oba/file/EXHIBIT AMW-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/35f8c0e6-2376-46cc-a0d5-5fb195a78b90.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/032df796-cbc2-46a3-9099-4ea2538d4ad5.pdf
**Url 4:** drive.proton.me/urls/XS81VQ0VSW#xi8B9SKHHQUZ

**EXHIBIT AMW-2 | p. 66**