**EXHIBIT AMW-3**



**MINNESOTA**
**JUDICIAL BRANCH**
**MINNESOTA COURT RECORDS ONLINE (MCRO)**

---

### Case Details (Register of Actions)
Search executed on 04/30/2024 07:03 AM

**Upcoming Hearing:**
Review Hearing on **07/09/2024** at **1:30 PM**

**Case Information**

**Case Number:** 27-CR-17-22909
**Case Title:** State of Minnesota vs ADRIAN MICHAEL WESLEY
**Case Type:** Crim/Traf Mandatory
**Date Filed:** 09/12/2017
**Case Location:** Hennepin County, Hennepin Criminal Downtown
**Case Status:** Closed

**Party Information**

**Jurisdiction**
**State of Minnesota**

**Attorneys Active**
- **BLAGOEV, AMY LOUISE - Lead Attorney**

**Attorneys Inactive**
- HILLEREN, SARAH ELIZABETH

**Defendant**
**WESLEY, ADRIAN MICHAEL**
DOB: 03/15/1991
Richfield, MN 55423

**Attorneys Active**
- **NOLEN, JULIUS ANTHONY - Lead Attorney**

**Warrants**

**Inactive Warrants**

WESLEY, ADRIAN MICHAEL  Arrest, Complaint, Order of Detention
Judicial Officer:  Bernhardson, Ivy S.
09/13/2017  02:31 PM  Status: Quashed
09/12/2017  11:31 AM  Status: Issued Active

Bond/Bail Options
Bond or Cash Bail                                             Amount: $20,000.00

**Charges**

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**1** Assault-4th Deg-Correctional Employee; Prob. Officer;   **Statute:** 609.2231.3(1)
Prosecutor; Judge -Demonstrable Bodily Harm

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Assault-4th Deg-Correctional Employee; Probation Officer; Prosecutor; or Judge (609.2231.3)

**Disposition:** Dismissed          **Disposition Date:** 01/09/2024

**Level of Charge:** Felony

**Offense Date:** 07/14/2017

**Community Of Offense:** Minneapolis

**Law Enforcement Agency:** Hennepin County Sheriff's Office

**Prosecuting Agency:** Hennepin County Attorney

---

## Case Events

| | | |
|---|---|---|
| **02/13/2024** | Returned Mail<br>Index #64 | 📄 |
| | | *1 page* |
| **01/09/2024** | Notice of Remote Hearing with Instructions<br>Index #63 | 📄 |
| | | *2 pages* |
| **01/09/2024** | Request for Interpreter<br>Judicial Officer: Browne, Michael K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #62 | |
| **01/09/2024** | Notice of Remote Hearing with Instructions<br>Index #60 | 📄 |
| | | *2 pages* |
| **01/09/2024** | Found Incompetent<br>Judicial Officer: Browne, Michael K | |
| **01/09/2024** | Fail to Appear at a hearing | |
| **01/09/2024** | Hearing Held Remote | |
| **07/10/2023** | Found Incompetent<br>Judicial Officer: Mercurio, Danielle | |
| **07/10/2023** | Waiver of Appearance<br>Index #59 | |
| **07/06/2023** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #58 | |

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 2**

| | | |
|---|---|---|
| **06/29/2023** | Rule 20 Progress Report<br>Index #57 | |
| **01/19/2023** | Found Incompetent | |
| **01/19/2023** | Waiver of Appearance<br>Index #56 | |
| **01/10/2023** | Hearing Held Remote | |
| **01/04/2023** | Rule 20 Progress Report<br>Index #55 | |
| **12/29/2022** | Order-Other<br>Judicial Officer: Browne, Michael K<br>Index #54 | 🗎<br>*2 pages* |
| **12/27/2022** | Proposed Order or Document<br>Index #53 | 🗎<br>*2 pages* |
| **12/27/2022** | Correspondence for Judicial Approval<br>Index #52 | 🗎<br>*2 pages* |
| **10/13/2022** | Request for Continuance<br>Index #51 | |
| **05/06/2022** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #50 | |
| **05/06/2022** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |
| **05/06/2022** | Waiver of Appearance<br>Index #49 | |
| **04/20/2022** | Rule 20 Progress Report<br>Index #48 | |
| **02/17/2022** | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer: Janzen, Lisa K<br>Index #47 | 🗎<br>*2 pages* |
| **11/09/2021** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #46 | |
| **11/09/2021** | Found Incompetent<br>Judicial Officer: Janzen, Lisa K | |

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 3**

| 11/09/2021 | Pandemic Event |
|---|---|
| 11/09/2021 | Waiver of Appearance<br>Index #45 |
| 10/22/2021 | Rule 20 Progress Report<br>Index #44 |

| 05/11/2021 | Order-Other<br>Judicial Officer:  Janzen, Lisa K<br>Index #43 | 📄 |
|---|---|---|
| | | *1 page* |

| 05/11/2021 | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #42 |
|---|---|
| 05/11/2021 | Found Incompetent<br>Judicial Officer:  Janzen, Lisa K |
| 05/11/2021 | Pandemic Event |
| 05/11/2021 | Waiver of Appearance<br>Index #41 |
| 05/07/2021 | Rule 20 Progress Report<br>Index #40 |
| 11/10/2020 | Found Incompetent<br>Judicial Officer:  Janzen, Lisa K |
| 11/10/2020 | Waiver of Appearance<br>Index #38 |
| 11/10/2020 | Request for Interpreter<br>Judicial Officer:  Janzen, Lisa K<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #37 |
| 11/02/2020 | Rule 20 Progress Report<br>Index #36 |
| 05/11/2020 | Request for Interpreter<br>Party:  Defendant WESLEY, ADRIAN MICHAEL<br>Index #35 |

| 05/08/2020 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent<br>Judicial Officer:  Janzen, Lisa K<br>Index #34 | 📄 |
|---|---|---|
| | | *7 pages* |

| 05/08/2020 | Found Incompetent<br>Judicial Officer:  Janzen, Lisa K |
|---|---|
| 02/26/2020 | Cancel Interpreter |

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

| | | |
|---|---|---|
| **02/10/2020** | Request for Interpreter<br>Judicial Officer: Janzen, Lisa K<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #33 | |
| **01/24/2020** | Order to Transport<br>Judicial Officer: Janzen, Lisa K<br>Index #32 | 📄<br>*1 page* |
| **01/23/2020** | Order-Other<br>Index #31 | 📄<br>*2 pages* |
| **01/23/2020** | Proposed Order or Document<br>Index #30 | 📄<br>*2 pages* |
| **01/23/2020** | Notice of Motion and Motion<br>Index #29 | 📄<br>*2 pages* |
| **10/22/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #28 | |
| **10/22/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #27 | |
| **10/21/2019** | Cancel Interpreter | |
| **10/21/2019** | Cancel Interpreter | |
| **10/02/2019** | Rule 20 Progress Report<br>Index #26 | |
| **10/02/2019** | Order to Transport<br>Judicial Officer: Lamas, Carolina A.<br>Index #24 | 📄<br>*1 page* |
| **10/02/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #25 | |
| **10/02/2019** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL | |
| **05/07/2019** | Request for Interpreter<br>Judicial Officer: Lamas, Carolina A.<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #22 | |
| **05/07/2019** | Found Incompetent | |

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 5**

Judicial Officer: Lamas, Carolina A.

---

**04/25/2019**    Request for Interpreter
Party: Defendant WESLEY, ADRIAN MICHAEL
Index #20

---

**04/08/2019**    Rule 20 Progress Report
Index #18

---

**03/13/2019**    Order to Transport    📄
Judicial Officer: Lamas, Carolina A.
Index #17    *1 page*

---

**11/06/2018**    Found Incompetent
Judicial Officer: Lamas, Carolina A.

---

**10/23/2018**    Order to Transport    📄
Index #16
    *1 page*

---

**10/15/2018**    Rule 20 Progress Report
Index #15

---

**09/06/2018**    Request for Interpreter
Party: Defendant WESLEY, ADRIAN MICHAEL
Index #14

---

**05/01/2018**    Found Incompetent
Judicial Officer: Lamas, Carolina A.

---

**04/16/2018**    Rule 20 Progress Report
Index #12

---

**03/26/2018**    Order to Transport    📄
Judicial Officer: Lamas, Carolina A.
Index #11    *1 page*

---

**10/31/2017**    Request for Interpreter
Judicial Officer: Lamas, Carolina A.
Party: Defendant WESLEY, ADRIAN MICHAEL
Index #10

---

**10/19/2017**    Rule 20 Progress Report
Index #7

---

**09/13/2017**    Found Incompetent

---

**09/13/2017**    Order-Other    📄
Judicial Officer: Lamas, Carolina A.
Index #5    *3 pages*

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 6**

| | | |
|---|---|---|
| **09/13/2017** | Request for Interpreter<br>Party: Defendant WESLEY, ADRIAN MICHAEL<br>Index #6 | |
| **09/13/2017** | Probable Cause Found | |
| **09/13/2017** | Warrant Quashed<br>Index #3 | |
| **09/12/2017** | Warrant Issued<br>Index #2 | |
| **09/12/2017** | E-filed Comp-Warrant<br>Index #1 | 📄 |

*4 pages*

---

## Hearings

**Upcoming Hearings**

| | | |
|---|---|---|
| **07/09/2024** | **01:30 PM** | Review Hearing<br>Judicial Officer: Olson, Joel<br>Location: GC-C559 |

**Previous Hearings**

| | | | |
|---|---|---|---|
| **02/13/2024** | **01:30 PM** | Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556<br>Cancelled; Other | |
| **01/09/2024** | **01:30 PM** | Review Hearing<br>Judicial Officer: Browne, Michael K<br>Location: GC-C459 | **Result:** Held On the Record |
| **07/11/2023** | **01:30 PM** | Review Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556<br>Cancelled; Other | |
| **01/31/2023** | **01:30 PM** | Hearing<br>Judicial Officer: Dayton Klein, Julia<br>Location: GC-C559<br>Cancelled; Settled | |
| **01/10/2023** | **01:30 PM** | Hearing<br>Judicial Officer: Borer, George<br>Location: GC-C456<br><br>Date Updated: 10/13/2022<br>Continued to 01/10/2023 01:30 PM - Other - WESLEY, ADRIAN<br>MICHAEL; State of Minnesota<br><br>Original Hearing Date: 11/08/2022 01:30 PM | **Result:** Held On the Record |
| **05/10/2022** | **01:30 PM** | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857 | |

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf<br>**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf<br>**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf<br>**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 7**

| | | | |
|---|---|---|---|
| | | Cancelled; Other | |
| 11/09/2021 | 01:30 PM | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| 05/11/2021 | 01:30 PM | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C853<br>Cancelled; Other | |
| 11/10/2020 | 01:30 PM | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C853 | **Result:** Held Off the Record |
| 05/12/2020 | 01:30 PM | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857<br>Cancelled; Other | |
| 02/10/2020 | 01:30 PM | Hearing<br>Judicial Officer: Janzen, Lisa K<br>Location: GC-C857 | **Result:** Held On the Record |
| | | Date Updated: 10/22/2019<br>Reset by Court to 02/10/2020 01:30 PM - Other | |
| | | Date Updated: 10/21/2019<br>Reset by Court to 11/05/2019 01:30 PM - Other | |
| | | Date Updated: 10/02/2019<br>Reset by Court to 10/22/2019 01:30 PM - Other | |
| | | Original Hearing Date: 11/05/2019 01:30 PM | |
| 05/07/2019 | 01:30 PM | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| 11/06/2018 | 01:30 PM | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| 05/01/2018 | 01:30 PM | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| 10/31/2017 | 01:30 PM | Hearing<br>Judicial Officer: Lamas, Carolina A.<br>Location: GC-C857 | **Result:** Held |
| | | Date Updated: 10/23/2017<br>Reset by Court to 10/31/2017 01:30 PM - Other | |
| | | Original Hearing Date: 10/31/2017 01:30 PM | |

### Dispositions

| | |
|---|---|
| 01/09/2024 | **Disposition**<br>Judicial Officer:  Browne, Michael K |

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 8**

1  Assault-4th Deg-Correctional Employee; Prob.          **Statute:** 609.2231.3(1)
   Officer; Prosecutor; Judge -Demonstrable Bodily
   Harm

**Additional Statutes:** Minimum Fines-Assault, Crim Sex (609.101.2); Assault-4th Deg-Correctional
Employee; Probation Officer; Prosecutor; or Judge (609.2231.3)

**Disposition:** Dismissed

**Level of Charge:** Felony

**Offense Date:** 07/14/2017

**Community Of Offense:** Minneapolis

**Law Enforcement Agency:** Hennepin County Sheriff's Office

**Prosecuting Agency:** Hennepin County Attorney

Search executed on 04/30/2024 07:03 AM

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 9**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Warrant·
Filing Date:   **2017-09-12**
MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf
File Hash:      0915a2a84f399b1997122480d258c50a40b264ada1919c44dfed0935b4e0dd27
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

| State of Minnesota | District Court |
|---|---|
| County of Hennepin | 4th Judicial District |

| | Prosecutor File No. | 17A10589 |
|---|---|---|
| | Court File No. | 27-CR-17-22909 |

| **State of Minnesota,** | **COMPLAINT** |
|---|---|
| Plaintiff, | Warrant |
| vs. | |

**ADRIAN MICHAEL WESLEY    DOB: 03/15/1991**

7720 Upton Ave S
Richfield, MN 55423

Defendant.

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Assault-4th Deg-Correctional Employee; Prob. Officer; Prosecutor; Judge -Demonstrable Bodily Harm**
Minnesota Statute: 609.2231.3(1), with reference to:  609.101.2, 609.2231.3
Maximum Sentence: 2 YEARS AND/OR $4,000
Offense Level: Felony

Offense Date (on or about): 07/14/2017

Control #(ICR#): 17008780

Charge Description: That on or about 7/14/2017, in Hennepin County, Minnesota, ADRIAN MICHAEL WESLEY assaulted Victim A, a correctional facility employee, while that employee was executing a duty imposed by law, policy or rule, and inflicted demonstrable bodily harm upon him.

**1**

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 10**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Warrant·
Filing Date:   **2017-09-12**
MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf
File Hash:     0915a2a84f399b1997122480d258c50a40b264ada1919c44dfed0935b4e0dd27
Page: 2 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On July 14, 2017, Hennepin County Sheriff's Deputies were attempting to escort an inmate, ADRIAN MICHAEL WESLEY, dob 3/15/1991, the defendant herein, back to his cell at the adult detention facility if the City of Minneapolis, County of Hennepin, State of Minnesota. The defendant is hearing impaired and was using the jail-issued cell phone to text the girlfriends of other hearing impaired inmates.

A Sergeant communicated to the defendant in sign language that the defendant needed to return to his cell. The defendant refused to return to his cell. The defendant threw a food cart at jail staff, punched and kicked jail staff, and physically resisted being handcuffed and transported. The defendant struck one of the deputies attempting to restrain and transport him, hereinafter Victim A, in the face. As a result of the assault, Victim A suffered a bleeding abrasion to his left eye.

The defendant is in custody on an unrelated matter. Because it reasonably appears that the defendant will fail to respond to a summons, the State respectfully requests that a warrant issue with this complaint.

**2**

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 11**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Warrant·
Filing Date:   **2017-09-12**
MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf
File Hash:   0915a2a84f399b1997122480d258c50a40b264ada1919c44dfed0935b4e0dd27
Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Thomas Sonenstahl | Electronically Signed: |
|---|---|---|
| | Detective | 09/12/2017 11:19 AM |
| | 350 S 5th St | hen County,  mn |
| | Minneapolis, MN 55415 | |
| | Badge: 356 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Sarah Hilleren | Electronically Signed: |
|---|---|---|
| | 300 S 6th St | 09/08/2017 02:13 PM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |



**3**

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/.file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 12**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·E-filed Comp-Warrant·
Filing Date:   **2017-09-12**
MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf
File Hash:   0915a2a84f399b1997122480d258c50a40b264ada1919c44dfed0935b4e0dd27
Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

### FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

☐ **SUMMONS**

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on _____ ___, _____ at _____ AM/PM before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

☒ **WARRANT**

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☒ *Execute Nationwide*          ☐ *Execute in Border States*

☐ **ORDER OF DETENTION**

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $20,000.00
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 12, 2017.

| | | |
|---|---|---|
| **Judicial Officer** | Ivy S. Bernhardson<br>District Court Judge | Electronically Signed: 09/12/2017 11:22 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| COUNTY OF HENNEPIN<br>STATE OF MINNESOTA | |
|---|---|
| **State of Minnesota**<br>Plaintiff<br>vs.<br>**ADRIAN MICHAEL WESLEY**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.*<br>Signature of Authorized Service Agent: |

4

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 13**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order-Other·
Filing Date: **2017-09-13**
MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf
File Hash: 894574504cbd48c0b78656cc64ff31db7c6f3a166469e5dde4b1282f3155542b
Page: 1 of 3   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| State of Minnesota, | ) | **FINDINGS OF FACT** |
|---|---|---|
| | ) | **CONCLUSIONS OF LAW** |
| Plaintiff, | ) | **AND ORDER INCLUDING** |
| | ) | **PETITION FOR** |
| vs. | ) | **JUDICIAL COMMITMENT** |
| | ) | |
| Michael Adrian Wesley, | ) | MNCIS No: 27-CR-17-22909 |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \*

This matter was charged on September 12, 2017, and a complaint was issued as a warrant. Parties waived a hearing and appearance on the matter. Pursuant to the evidence adduced at the hearing and upon all of the files, records, and proceedings herein, the Court makes the following:

### FINDINGS OF FACT

1. The Defendant was born March 15, 1991; the Defendant is not a Veteran; and Defendant's nearest kindred is his aunt.

2. Defendant was charged with Assault in the Fourth Degree (Felony) from an offense date of July 14, 2017. On September 13, 2017, Judge Lamas found probable cause to believe that the crime was committed and that Defendant committed it.

3. On January 20, 2017, Judge Jay Quam of the Fourth Judicial District ordered an examination of the Defendant's mental condition pursuant to Minn.R.Crim.P. 20.01 in.

4. In a report to the Court in MNCIS Case No. 27-CR-17-1555 and MNCIS Case No. 27-CR-17-8342, Kristen Otte, Psy.D., LP, Senior Clinical Forensic Psychologist, Regional

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 14**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order-Other·
Filing Date:    **2017-09-13**
MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf
File Hash:      894574504cbd48c0b78656cc64ff31db7c6f3a166469e5dde4b1282f3155542b
Page: 2 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Psychological Services, has determined that the Defendant may be mentally ill or mentally deficient so as to be incompetent to stand trial.

5. On February 21, 2017, Judge Lamas of the Fourth Judicial District Court found the defendant mentally ill or mentally deficient so as to be incompetent to stand trial.

6. Defendant was committed to the Minnesota Security Hospital, Saint Peter, as mentally ill and dangerous on July 27, 2017.

## CONCLUSIONS OF LAW

Defendant is presently incompetent to stand trial.

## ORDER

1. The Criminal proceedings are hereby suspended until the Defendant has returned to a competent state of mind.

2. Copies of this Order shall be served upon counsel for the parties and any objections to this Order shall be filed with the Court within ten days of the date of service.

3. The undersigned shall file this Order with the Fourth Judicial District Court – Criminal Division and the following persons/agencies shall be served with electronic copies of the Order:

   a. Fourth Judicial District Court – Mental Health Division;

   b. Hennepin County Attorney's Office – Mental Health Division;

   c. Hennepin County Attorney's Office – Criminal Division;

   d. Kellie Charles, Assistant Hennepin County Public Defender; and

   e. Hennepin County Pre-petition Screening Unit.

4. The Defendant's next review date in Hennepin County District Court – Criminal Division on the criminal matter and status review of Rule 20, Minn.R.Crim.P. is

2

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 15**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order-Other·
Filing Date: **2017-09-13**
MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf
File Hash: 894574504cbd48c0b78656cc64ff31db7c6f3a166469e5dde4b1282f3155542b
Page: 3 of 3 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

October 31, 2017. One week prior to that date, reports regarding Defendant's

competency and mental status shall be e-filed and e-served to:

    a.  Fourth Judicial District Court – 4thCriminalRule20 email list;

    b.  Kellie Charles, Assistant Hennepin County Public Defender;

    c.  Sarah Hilleren, Assistant Hennepin County Attorney;

    d.  Hennepin County Attorney – Mental Health Section; and

    e.  The Commitment Defense Panel attorney appointed to represent Defendant by

       the Fourth Judicial District Court – Probate/Mental Health Division.

BY THE COURT:

DATED: September 13, 2017

_____
Carolina A. Lamas
Judge of District Court
Fourth Judicial District

Attachments: Examiner's Report
Police Reports
Complaints

3

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 16**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order to Transport·
Filing Date:  **2018-03-26**
MCRO_27-CR-17-22909_Order to Transport_2018-03-26_20240430093734.pdf
File Hash:  02b65870c703249609e49daefd8426879994278b457a5db124324a1fdd26da14
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-22909

Filed in Fourth Judicial District Court
3/26/2018 1:48 PM
Hennepin County, MN

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN              FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,
                       **TRANSPORT ORDER**
v.                                        27-CR-17-22909;
                  27-CR-17-1555;  27-CR-17-8342
      Adrian Michael Wesley,

      Defendant.

---

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

BY THE COURT:

Dated: _____03/26/2018__

Carolina A. Lamas
Judge of District Court

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 17**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2018-10-23**
MCRO_27-CR-17-22909_Order to Transport_2018-10-23_20240430093733.pdf
File Hash: 16efcb72c67e4e43ed33904b57ac61166172d11a67bc00bbd23e839b3f989f52
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
10/23/2018 11:08 AM

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN              FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,

**TRANSPORT ORDER**

v.            27-CR-17-8342;  27-CR-17-22909
27-CR-17-1555

Adrian Michael Wesley,

Defendant.

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of
Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the
Department of Human Services. A hearing on the criminal matter is currently scheduled
for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County
Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin
County Government Center from the Minnesota Security Hospital – Saint Peter, on or
before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: _____10/23/2018__

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 18**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2019-03-13**
MCRO_27-CR-17-22909_Order to Transport_2019-03-13_20240430093732.pdf
File Hash: 1ef2a208e0c57c74279bdc6d1973d4422db7306552aa36babce267b81d673451
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
3/13/2019 12:12 PM

STATE OF MINNESOTA                              DISTRICT COURT

COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                          **TRANSPORT ORDER**
v.                                            27-CR-17-1555;
                      27-CR-17-8342; 27-CR-17-22909

Adrian Michael Wesley,
      Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 7, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before May 7, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: _____03/13/2019___

Carolina A. Lamas
Judge of District Court

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 19**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2019-10-02**
MCRO_27-CR-17-22909_Order to Transport_2019-10-02_20240430093731.pdf
File Hash: 5642213aa59077e76d716b4e850567cb195ea5bf7f2a674fb6cdc9901327d4a3
Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-17-22909

Filed in District Court
State of Minnesota
10/2/2019 11:53 AM

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

         Plaintiff,

                                 **TRANSPORT ORDER**

v.                         27-CR-17-1555; 27-CR-17-8342
                                   27-CR-17-22909

Adrian Michael Wesley,
         Defendant.

---

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

Carolina A. Lamas
Judge of District Court

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 20**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Notice of Motion and Motion·
Filing Date: **2020-01-23**
MCRO_27-CR-17-22909_Notice of Motion and Motion_2020-01-23_20240430093730.pdf
File Hash: 0bd743e19ca9ac8ef12db424fff1aff0171d240b6b592cb5af6078d7b41b9904
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
1/23/2020 9:29 AM

**STATE OF MINNESOTA**        **DISTRICT COURT**

**COUNTY OF HENNEPIN**        **FOURTH JUDICIAL DISTRICT**

State of Minnesota,

       Plaintiff,

          vs.

Adrian Michael Wesley,

       Defendant.

**STATE'S NOTICE OF MOTIONS
AND PRETRIAL MOTIONS**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

**TO: JUDGE OF DISTRICT COURT, ATTORNEY FOR THE DEFENDANT, and DEFENDANT.**

PLEASE TAKE NOTICE that the State hereby moves the Court for the following relief:

For an Order directing the Forensic Mental Health Program in St. Peter to produce to Counsel copies of records relied upon in preparing the Competency Evaluation dated 10/1/2019, in the above-captioned matters. This request does not include police reports, court records, and previous competency evaluations as identified in lines 1-16 of the enumerated Information Sources section of the report, since Counsel already has access to those items.

**MOTION**

On October 2, 2019, a Competency Evaluation was filed in District Court relating to the above captioned cases. In that report, the Examiner, Dr. Jason Lewis, opined that Mr. Wesley has regained competency to proceed in this matter. Defendant has demanded a hearing to challenge that finding. The hearing is scheduled for February 10, 2020. The State has reached out to the forensic services division at the State Hospital in St. Peter to request copies of documents that Dr. Lewis relied upon in preparing the evaluation, and was advised that a Court Order would be required to release the records. Copies of these records are required to prepare for and proceed with the competency hearing. Therefore, the State requests that the Court enter an Order permitting release of the requested records to the parties in this matter.

I have conferred with counsel for the Defense, Julius Nolen, and he does not object to this motion.

Page 1 of 4

Url 1: link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
Url 4: drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Motion and Motion·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-22909_Notice of Motion and Motion_2020-01-23_20240430093730.pdf
File Hash:   0bd743e19ca9ac8ef12db424fff1aff0171d240b6b592cb5af6078d7b41b9904
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-17-22909

Filed in District Court
State of Minnesota
1/23/2020 9:29 AM

Date: January 23, 2020

Respectfully submitted,

MICHAEL O. FREEMAN
Hennepin County Attorney

Anna Petosky (#388163)
Assistant County Attorney
C2100 GOVERNMENT CENTER
300 SOUTH SIXTH STREET
Minneapolis, MN  55487
Telephone: 612-348-4101

Page 2 of 4

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-22909_Proposed Order or Document_2020-01-23_20240430093729.pdf
File Hash:      5c06233bc7f9cbd09eed0051c9a0d736e129e9fe94a8fc00d7c6a24fb2ed0173
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-22909

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

State of Minnesota,

                Plaintiff,

        vs.

Adrian Michael Wesley,

                Defendant.

**FINDINGS AND ORDER**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

        Anna Petosky
        Assistant Hennepin County Attorney
        HCAO Adult Prosecution Division, A2100

Page 3 of 4

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Proposed Order or Document·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-22909_Proposed Order or Document_2020-01-23_20240430093729.pdf
File Hash:   5c06233bc7f9cbd09eed0051c9a0d736e129e9fe94a8fc00d7c6a24fb2ed0173
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-22909

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

_____

Judge of District Court

Page 4 of 4

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 24**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf
File Hash:   589f48026ba60c0c6f29435ca5877c6b38a186f3ee16407b44e4c452f2cceaf8
Page: 1 of 2   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

27-CR-17-22909

Filed in District Court
State of Minnesota
1/23/2020 1:23 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

State of Minnesota,

                    Plaintiff,

vs.

Adrian Michael Wesley,

                    Defendant.

**FINDINGS AND ORDER**

Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

Anna Petosky
Assistant Hennepin County Attorney
HCAO Adult Prosecution Division, A2100

Page 3 of 4

---

Url 1: link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
Url 4: drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

EXHIBIT AMW-3 | p. 25

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2020-01-23**
MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf
File Hash:   589f48026ba60c0c6f29435ca5877c6b38a186f3ee16407b44e4c452f2cceaf8
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
1/23/2020 1:23 PM

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

1/23/2020

_____
Judge of District Court

Page 4 of 4

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

EXHIBIT AMW-3 | p. 26

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order to Transport·
Filing Date:  **2020-01-24**
MCRO_27-CR-17-22909_Order to Transport_2020-01-24_20240430093727.pdf
File Hash:  02cd0cc59837ec9ca7e67566ea1401b1cb78e47ee7c0afb59190167a6d877203
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
1/24/2020 2:42 PM

STATE OF MINNESOTA                                           DISTRICT COURT

COUNTY OF HENNEPIN                                 FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

                                  **TRANSPORT ORDER**

v.                                                      27-CR-17-1555; 27-CR-17-22909;
                                                        27-CR-17-8342
Adrian Michael Wesley,
      Defendant.

---

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

### NOTICE IS HEREBY GIVEN

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

### IT IS HEREBY ORDERED

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: _January 24, 2020_

Lisa K. Janzen
Judge of District Court

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 27**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

Case No. 27-CR-17-22909
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date: **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash: 3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 1 of 7   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
5/8/2020 3:52 PM

State of Minnesota

District Court

County of Hennepin

Fourth Judicial District

State of Minnesota,
    Plaintiff,

v.

Adrian Wesley,
    Defendant.

Judge Lisa K. Janzen
Case Type: Criminal

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW
REGARDING DEFENDANT'S
COMPETENCY TO PROCEED**

Case Numbers: 27-CR-17-1555
27-CR-17-22909
27-CR-17-8342

The above-entitled matter came before Lisa K. Janzen, Judge of District Court, on February 10, 2020, for an evidentiary hearing upon the Defense's objection to the competency opinion rendered by Dr. Jason Lewis, dated October 1, 2019. Amy Blagoev, Assistant Hennepin County Attorney, appeared for the State. Julius Nolen, appeared on behalf of the defendant who was personally present. Dr. Jason Lewis, PhD, LP, of State Operated Forensic Services testified and the court received his report dated October 1, 2019 and his Curriculum Vitae as exhibits. The court also took judicial notice of the five previous rule 20.01 evaluations filed in the case. The court took the matter under advisement on February 10, 2020. Based upon the arguments presented and all the files and records herein, the Court orders as follows:

1. Defendant is **INCOMPETENT** to proceed.

**FINDINGS AND CONCLUSIONS**

Rule 20.01 of the Minnesota Rules of Criminal Procedure requires the court to find that the defendant is not competent unless the greater weight of the evidence shows that the defendant is competent. Minn.R.Crim.P. Rule 20.01, subd. 5 (c). A defendant is not competent if, due to mental illness or cognitive impairment he is unable to "(a) rationally consult with counsel or (b) understand the proceedings or participate in the defense." *Id.*, subd. 2. The determination of whether a defendant is able

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date: **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash: 3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 2 of 7   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

to rationally consult with the defense attorney or understand and participate in the proceedings turns on the facts of each particular case.

Mr. Wesley has been charged in file 27-CR-17-1555 with one count of Criminal Sexual Conduct in the 2nd Degree arising from an incident alleged to have occurred on January 15, 2017. He is also charged in file 27-CR-17-22909 with one count of Assault in the 4th Degree from an incident alleged to have occurred on July 14, 2017. Finally, he is charged in file 27-CR-17-8342 with one count of Criminal Damage to Property in the First Degree for an incident alleged to have occurred on March 5, 2017. On January 20, 2017 Judge Jay Quam found probable cause on file 27-CR-17-1555 and ordered that a Rule 20.01 evaluation be completed. Dr. Kristen A. Otte, Psy.D. LP of Hennepin Psychological Services was assigned to complete the first 20.01 evaluation of the defendant. She filed her report on February 17, 2017. Dr. Otte opined that Mr. Wesley was incompetent and provided the following diagnoses:

1. Other Specified Neurodevelopmental Disorder (Associated with Prenatal Alcohol Exposure, formerly referred to as Fetal Alcohol Syndrome).
2. Intellectual Disability, Moderate
3. Unspecified Depressive Disorder

Dr. Otte indicated further information was required to determine whether Mr. Wesley met the diagnostic criteria for a psychotic disorder.

Dr. Otte noted Mr. Wesley's clinical presentation is complex due to his long standing and well-documented history of neurodevelopmental deficits and intellectual disabilities which contribute to problems with emotion regulation and behavioral control as well as his ability to communicate effectively about his thoughts and emotions. Mr. Wesley demonstrates a history of aggression and impulse control as well as sexually inappropriate behavior. Dr. Otte noted these issues are further compounded by his hearing impairment and that he requires the use of ASL interpreters to communicate and participate in evaluation interviews. Mr. Wesley's deficits are due to drug and alcohol exposure in-utero. Due to maternal abuse and neglect he was removed from his mother's care. His hearing loss is due to recurrent and untreated ear infections.

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 29**

Case No. 27-CR-17-22909
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash:     3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 3 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
5/8/2020 3:52 PM

Dr. Otte indicated in her evaluation that Mr. Wesley's impairments result in significant deficits in planning and decision-making, reasoning, problem-solving, abstract thinking, emotion regulation, adaptive functioning and self-care.  She opined that the deficits associated with his neurodevelopmental disorder and intellectual disability significantly interfere with his competency-related functioning.  Dr. Otte opined that his prognosis for maintaining the requisite competency-related abilities is exceedingly poor.  She noted his deficits and disabilities are chronic and long standing despite a long history of intensive support and intervention and wrote, "There is little likelihood that Mr. Wesley would be restored to competency in the foreseeable future."

On February 21, 2017, Judge Carolina Lamas entered findings of incompetency on all three of Mr. Wesley's files and referred him for screening for civil commitment.  He was subsequently committed as Developmentally Disabled and Mentally Ill and Dangerous.  The Department of Human Services placed him in the Minnesota Security Hospital - St. Peter where he continues to reside as a patient.  Subsequently he has undergone four additional forensic evaluations conducted by Dr. Jason Lewis of State Operated Forensic Services. In each of the four subsequent evaluations, Dr. Lewis opined that Mr. Wesley was incompetent.  Additionally, Dr. Lewis included a diagnoses of Unspecified Schizophrenia Spectrum and Psychotic Disorder.

In the most recent Rule 20.01 evaluation, filed on October 1, 2019, Dr. Lewis filed a report opining that Mr. Wesley has been restored to competency.  Dr. Lewis noted that Mr. Wesley is psychiatrically stable and has been psychiatrically stable for the last couple evaluations.  Dr. Lewis indicated Mr. Wesley demonstrates a lack of ongoing psychosis, he is alert, and his memory and thought processes are intact.  Thus, Mr. Wesley's mental illness is not currently interfering significantly with competency issues.  The questions the court must determine is whether Mr. Wesley's chronic cognitive deficits render him incompetent.

Dr. Lewis is a forensic examiner for State Operated Forensic Services and was previously the Clinical Director of the Competency Restoration Program.   He testified that the Competency Restoration Program focuses on educating patients about the criminal legal process, including the roles of the parties in

Url 1: link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
Url 4: drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash:    3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 4 of 7    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
5/8/2020 3:52 PM

the legal system, the trial process and possible sentences.  They also discuss the evidence and facts in each

patient's case.  The goal is for the patients to understand the legal process sufficiently to be able to rationally

consult with counsel and to be able to participate in their defense.  The program consists of group class

sessions and uses an assessment tool, consisting of one-hundred questions about the criminal process, to

assist with a competency determination.

At the evidentiary hearing Dr. Lewis testified that the main factor he considered in his opinion that

Mr. Wesley has been restored to competency was that Mr. Wesley had recently demonstrated an increased

knowledge of legal concepts and facts related to his charges.  Dr. Lewis testified the hospital had recently

increased the frequency of Mr. Wesley's competency restoration sessions as compared to the prior

evaluation review period.  Dr. Lewis testified that Mr. Wesley is now able to discuss the evidence, facts

and possible sentences of each of his cases individually.  This is consistent with the restoration program's

records which show substantial progress being made in the restoration groups he has been participating in.

Dr. Lewis testified regarding Mr. Wesley's recent performance on the assessment tool. Below are examples

of questions and responses given by Mr. Wesley noted during the hearing.

1. When asked whether he is obligated to accept a plea bargain Mr. Wesley responded, "Defendants have to take a plea bargain".  Dr. Lewis testified he did consider this significant as it relates to competency.

2. Mr. Wesley was unable to understand the difference between a sentence to jail and a prison sentence.  Dr. Lewis testified he did not consider this significant.

3. When asked to explain what not guilty by reason of mental illness means Mr. Wesley responded, "Maybe I did it but they are going to drop the charges".  Dr. Wesley testified this response is inadequate but not significant.

4. Mr. Wesley was able to identify six basis rights rudimentarily.

5. Mr. Wesley answered one question, "If I plead not guilty the charge will be dropped".

6. Mr. Wesley was not able to answer some questions without being given clues and took a significant amount of time to answer many questions.

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

EXHIBIT AMW-3 | p. 31

Case No. 27-CR-17-22909
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date: **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash: 3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 5 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
5/8/2020 3:52 PM

Dr. Lewis agreed that Mr. Wesley still demonstrates some deficits as it relates to competency, but that based on the totality of the data he is now able to communicate rationally with counsel and participate in his defense, with the caveat that defense counsel is encouraged to use simple language to explain the legal concepts and to identify multiple ways to describe complicated legal concepts. Dr. Lewis wrote, "Put another way, the 'legalese' that a layman with no mental illness or intellectual deficits would find confusing will be particularly challenging for Mr. Wesley, but he has demonstrated the ability to participate meaningfully in his defense when the discourse is simplified." Dr. Lewis also made an additional recommendation that the sign language interpreter have a CDI certification, which means that the interpreter is also deaf and familiar with deaf culture. This type of interpreter is considered more able to accurately interpret and communicate. Dr. Lewis testified that the last time he met with Mr. Wesley was in September but that the notes he reviewed regarding progress between October and February indicated he has not decompensated. He also testified that if Mr. Wesley were to stop taking the competency restoration classes he would likely regress to incompetency.

At the evidentiary hearing attorney Susan Herlofsky testified that she is not the attorney of record for Mr. Wesley, but works at the public defender office with assigned counsel, Julius Nolen. She met with Mr. Wesley and assigned counsel prior to the hearing and sat at counsel table during the hearing. She testified in their conversation prior to the hearing Mr. Wesley did not understand what a trial was and was unable to understand the difference between a trial by jury and a court trial. He told defense counsel that he was proud that he "passed the test" at St. Peter hospital. Ms. Herlofsky testified at the end of the evidentiary hearing and stated that during the evidentiary hearing Mr. Wesley did not appear to understand the proceedings, had been unable to consult with counsel rationally or answer specific questions that counsel asked of him.

Based on the totality of the above noted facts, the court finds that the greater weight of the evidence demonstrates Mr. Wesley is not able to rationally consult with counsel or participate in his defense. While Mr. Wesley has demonstrated a basic understanding of the facts of his case and the legal process during his competency classes, this understanding appears to be rudimentary and fleeting. The court does not find

Url 1: link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aaa89a6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
Url 4: drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 32**

Case No. 27-CR-17-22909
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash:   3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 6 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
5/8/2020 3:52 PM

that this evidence demonstrates a cognitive ability to understand the legal concepts. Rather, it appears Mr. Wesley has been able to memorize definitions and terms due to repetition as a result of the high frequency of the competency classes he attends. This finding is further supported by Dr. Lewis's testimony that if Mr. Wesley were to discontinue competency restoration classes, he would likely soon regress to incompetency.

In order to rationally consult with counsel and participate in his defense, a defendant must have the cognitive ability, after consulting with counsel, to make important decisions about whether to accept a plea bargain, whether to have a jury or court trial and whether or not to testify. These decisions regarding the waiver of constitutional rights must be made by a defendant himself, after consulting with counsel. The defendant's attorney may not make these decisions for a defendant. While it appears Mr. Wesley now understands that he must behave properly in a courtroom setting and that he should follow the advice of counsel, simply indicating that he will "behave" in the courtroom and do what his lawyers tell him to do not establish that he is competent. His lack of understanding about whether he must accept a plea bargain and the difference between jail and prison is evidence that he is unable to participate in his defense. As noted by the psychologists, his cognitive impairments significantly interfere with his reasoning and decision making abilities. Most importantly, defense counsel's testimony that during the evidentiary hearing he demonstrated a lack of understanding about what a trial was and did not have the ability to consult with counsel or participate in his defense solidifies the court's conclusion that Mr. Wesley is incompetent.

Finally, it is important to take into consideration the recommendations of Dr. Lewis regarding suggested accommodations that can be made to assist Mr. Wesley in understanding the proceedings. Dr. Lewis indicates that Mr. Wesley does not have the ability to understand the "legalese" that a typical layman defendant would comprehend. His suggestion that defense counsel allot more time than customary, use simple language and explain legal concepts in multiple ways is prudent and the court does believe that defense counsel can implement these strategies. However, under the facts of Mr. Wesley's case, the court does not find that these accommodations are sufficient to render an otherwise incompetent defendant competent. Slowing down a legal proceeding by pausing or recessing to allow defense counsel to explain

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:   **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash:     3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 7 of 7     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-17-22909

every process, objection, argument or term used in witness testimony will not be sufficient to allow Mr. Wesley to comprehend the process, rationally consult with counsel and participate in his own defense.   Dr. Lewis noted in his April 2019 evaluation that "if his competence-related deficits are primarily the result of intellectual deficits, his prognosis is likely to be poor."   The court finds that his competency related deficits are the result of his intellectual deficits.   Although his factual understanding of his charges and the legal process has improved due to competency classes, the greater weight of the evidence does not establish that he has the rational ability to consult with counsel regarding trial strategy, make decisions regarding the waiver of constitutional rights and plea negotiations or otherwise participate in his defense.

The state has not met its burden of proving, by greater weight of the evidence that Mr. Wesley is competent.   Therefore the court finds that the defendant, Mr. Wesley, is **INCOMPETENT**.

LKJ

By the Court:

Dated: <u>5/8/2020</u>

_____
Lisa K. Janzen
Judge of District Court

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Order-Other·
Filing Date:  **2021-05-11**
MCRO_27-CR-17-22909_Order-Other_2021-05-11_20240430093725.pdf
File Hash:    b3b170a876b4656a7fca324a368bc468b1f70123e9eea6b8346f4f89eea7c337
Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-17-22909

Filed in District Court
State of Minnesota
5/11/2021 8:18 AM

STATE OF MINNESOTA                    **DISTRICT COURT**

**COUNTY OF HENNEPIN**              **FOURTH JUDICIAL DISTRICT**

---

STATE OF MINNESOTA,

        Plaintiff,               Court File No. 27-CR-17-1555;
                             27-CR-17-8342; 27-CR-17-22909

*v.*

                           **ORDER TO DESTROY REPORT**

Adrian Michael Wesley,

        Defendant.

---

**Whereas,** Dr. Gregory Hanson, Ph.D., LP, Direct Care and Treatment – Forensic Services, filed a report with the Court on April 28, 2021, and;

**Whereas,** Dr. Gregory Hanson filed a redacted version of the report on May 7, 2021, and;

**Whereas,** defense counsel moved the Court to order the original report filed on April 28, 2021, as well as any copies or versions, to be destroyed;

**It is therefore ordered that:**

1. All parties must destroy any copies of the report filed on April 28, 2021, and
2. Court Administration shall remove the report filed on April 28, 2021 from the MNCIS file.

**Date: May 11, 2021**        **BY THE COURT:**

                                  *Lisa K. Janzen*

                                **Lisa K. Janzen**
                                **Judge of District Court**

1

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 35**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date:  **2022-02-17**
MCRO_27-CR-17-22909_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093724.pdf
File Hash:    73d0ae3a117a97fa437f4b6c87a13446d963b85703538a0d8bf7f02286b8db9f
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-22909

Filed in District Court
State of Minnesota
2/17/2022 12:40 PM

State of Minnesota                                                    District Court

Hennepin County                                             Fourth Judicial District

State of Minnesota,
                 Plaintiff,
v.                                                            Order to 4th Judicial District Court
                                                                      Psychological Services
ADRIAN MICHAEL WESLEY,                                              **27-CR-17-1555**
                 Defendant.                        **27-CR-17-8342; 27-CR-17-22909**

| Defendant Information | |
|---|---|
| Location:        ☒ Out of Custody    ☐ In Custody    (____) | |
| Phone:          ̲ | Date of Birth: 03/15/1991 |
| Email: | SILS Identifier: 659590 |
| Home Address:    7720 Upton Ave S | |
|                                Richfield MN  55423 | |
| Additional family/collateral contact number and instructions: | |

It is hereby ordered:
    ☐ For felony and gross misdemeanor cases, probable cause has been found.
    ☐ The defendant is to be released upon completion of the interview process.
    ☐ This is part of the targeted misdemeanor program.

1.  The Chief of Psychological Services of the Fourth Judicial District or the Chief's designee ("Examiner") shall conduct the following psychological evaluation, assessment and/or consultation regarding the defendant:
    ☒ Competency to participate in proceedings pursuant to Rule 20.01
    ☐ Mental state at the time of the alleged act pursuant to Rule 20.02 (M'Naghten Rule)
    ☐ Sex Offender Evaluation pursuant to Minnesota Statute § 609.3457
    ☐ Consultation (Pre-Plea/Pre-Sentence) _____
    ☐ Other (please specify) _____

2.  Copies of this evaluation shall be provided to the Court and the following individuals:
    Defense Counsel: JULIUS ANTHONY NOLEN                    612-348-8560
    Prosecuting Attorney: AMY LOUISE BLAGOEV                 612-543-1093
    Probation Officer:

3.  The hearing for the return of psychological evaluation will be held on **May 10, 2022 at 1:30 PM**          .

4.  Upon presentation of this order, the relevant custodian of records shall provide (whether mailed, faxed, or personally delivered) to the Examiner all relevant records from the following sources: behavioral, chemical dependency, developmental disability, educational, employment, judicial, law enforcement (including audio/visual recordings), medical, probation/correction, psychological, and social service. A copy of the records so requested shall be delivered to the Examiner within 96 hours of presentation of this order. Records that are faxed shall be sent to 612-348-3452. Mailed records should be sent to Hennepin County District Court, Psychological Services, 300 South Sixth Street, C-509 Government Center, Minneapolis, Minnesota

HC 2926 (11/2021)

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 36**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Evaluation for Competency to Proceed (Rule 20.01)·
Filing Date:   **2022-02-17**
MCRO_27-CR-17-22909_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093724.pdf
File Hash:   73d0ae3a117a97fa437f4b6c87a13446d963b85703538a0d8bf7f02286b8db9f
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-22909

55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5.  During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and case law.

6.  If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with both the requirements of § 609.3457 and the agreement with Minnesota State Operated Forensic Services.  A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7.  In the case of Rule 20 evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
    a.   Is suitable for civil commitment and the basis of the possible commitment.
    b.   Is mentally ill and dangerous; and
    c.   Needs immediate hospitalization.

8.  In the case of Rule 20 evaluations, the Examiner shall promptly notify the prosecutor, defense attorney and the Court if the Examiner concludes that the defendant:
    a.   Presents an imminent risk of serious danger to another,
    b.   Is imminently suicidal, or
    c.   Needs emergency intervention.

Dated: February 17, 2022

_____
Judge of District Court Signature
Lisa Janzen

✓  Please scan and e-mail the order to **4th Psych Services Orders**.
✓  Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.
✓  If a defendant is to be released upon completion of the interview process, a Conditional Release Order must be filed giving that direction.

HC 2926 (11/2021)

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 37**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Correspondence for Judicial Approval·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf
File Hash:     0141d19af27cf23017a8694c9c8652b20c2c5d394282b2065f6fcbafac432068
Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-22909

Filed in District Court
State of Minnesota
12/27/2022 12:15 PM

 **DEPARTMENT OF HUMAN SERVICES**

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE:          *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files:     27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

*Amanda Burg*

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN  56082
Phone:  507-985-2659

---

[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 38**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Correspondence for Judicial Approval·
Filing Date:   **2022-12-27**
MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf
File Hash:   0141d19af27cf23017a8694c9c8652b20c2c5d394282b2065f6fcbafac432068
Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-17-22909

Filed in District Court<br>State of Minnesota<br>12/27/2022 12:15 PM

Copies:        Hennepin County Court Administration
               Prosecuting Attorney
               Criminal Defense Attorney

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 39**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Proposed Order or Document·
Filing Date: **2022-12-27**
MCRO_27-CR-17-22909_Proposed Order or Document_2022-12-27_20240430093722.pdf
File Hash: 7b07106a09207c0f209eb1ba596278bd430ac318f6d981ce927073bb9329e90a
Page: 1 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-22909

STATE OF MINNESOTA  DISTRICT COURT

COUNTY OF HENNEPIN  FOURTH JUDICIAL DISTRICT

Case Type: Criminal

State of Minnesota,  Court File Nos.: 27-CR-17-1555,
27-CR-17-8342; 27-CR-17-22909

Plaintiff,

v.  **[PROPOSED]**
**ORDER FOR RELEASE OF**
**MEDICAL RECORDS**
Defendant,

Adrian Wesley.

The above-entitled matter came before the Court on a request for an Order for release of

medical records filed by the Minnesota Department of Human Services' (DHS) - Forensic Services

Forensic Evaluation Department. The request was served on Defendant's counsel and the

Hennepin County Attorney's Office at the time of filing.

Defendant was found incompetent to participate in his defense under Minnesota Rule of

Criminal Procedure 20.01 and was subsequently civilly committed. The DHS Forensic Evaluation

Department, on behalf of DHS, the entity to which Defendant is committed, is providing subd. 7

competency evaluation services in this matter. Like the court appointed examiner ordered to

conduct the initial Rule 20.01 evaluation in this matter, the assigned DHS Forensic Examiner

should have access to Defendant's treatment records so a comprehensive report can be prepared

to provide a well-informed opinion to the Court and the parties regarding Defendant's current

mental health condition and competency status.

Based upon the request submitted by the DHS Forensic Evaluation Department, the Court

hereby makes and files the following:

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 40**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Proposed Order or Document·
Filing Date: **2022-12-27**
MCRO_27-CR-17-22909_Proposed Order or Document_2022-12-27_20240430093722.pdf
File Hash: 7b07106a09207c0f209eb1ba596278bd430ac318f6d981ce927073bb9329e90a
Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-17-22909

**ORDER**

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____      BY THE COURT:

_____
Judge of District Court

2

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 41**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2022-12-29**
MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf
File Hash:      7fccc505ecb08fe448fa86fbb7e8ce2c2e2fff66377ee7ce535e1b3625ea48e4
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Case Type:  Criminal

State of Minnesota,

Plaintiff,

v.

Defendant,

Adrian Wesley.

Court File Nos.: 27-CR-17-1555,
27-CR-17-8342; 27-CR-17-22909

**ORDER FOR RELEASE OF
MEDICAL RECORDS**

The above-entitled matter came before the Court on a request for an Order for release of

medical records filed by the Minnesota Department of Human Services' (DHS) - Forensic Services

Forensic Evaluation Department. The request was served on Defendant's counsel and the

Hennepin County Attorney's Office at the time of filing.

Defendant was found incompetent to participate in his defense under Minnesota Rule of

Criminal Procedure 20.01 and was subsequently civilly committed. The DHS Forensic Evaluation

Department, on behalf of DHS, the entity to which Defendant is committed, is providing subd. 7

competency evaluation services in this matter. Like the court appointed examiner ordered to

conduct the initial Rule 20.01 evaluation in this matter, the assigned DHS Forensic Examiner

should have access to Defendant's treatment records so a comprehensive report can be prepared

to provide a well-informed opinion to the Court and the parties regarding Defendant's current

mental health condition and competency status.

Based upon the request submitted by the DHS Forensic Evaluation Department, the Court

hereby makes and files the following:

Url 1: link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
Url 4: drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Order-Other·
Filing Date:   **2022-12-29**
MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf
File Hash:     7fccc505ecb08fe448fa86fbb7e8ce2c2e2fff66377ee7ce535e1b3625ea48e4
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

### ORDER

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____          BY THE COURT:


_____
Judge of District Court

2

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 43**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719 (1).pdf
File Hash:       89679017d3123d39ce124bc746792bd7e596167d9121ab12a90e76e8298b0d2d
Page: 1 of 2       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

Filed in District Court
State of Minnesota
1/9/2024

State of Minnesota
Hennepin County

District Court
Fourth Judicial District

Court File Number:  27-CR-17-1555; 27-CR-17-
8342, 27-CR-17-22909.

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____

State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the
courthouse.

| Hearing Information |
| :---: |
| **February 13, 2024** |
| **Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed**
with Judicial Officer Danielle Mercurio, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when
conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see,
  you must give them to the court before the hearing. Visit
  https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for
  joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are
  unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a
  court-appointed attorney before this appearance visit
  https://pdapplication.courts.state.mn.us or scan the QR code to start the
  application.



**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 44**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719 (1).pdf
File Hash:      89679017d3123d39ce124bc746792bd7e596167d9121ab12a90e76e8298b0d2d
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

**To join by internet:**
1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
   Meeting ID: 160 223 0876
   Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: January 9, 2024          Sara Gonsalves
                                Hennepin County Court Administrator
                                300 South Sixth Street
                                Minneapolis MN  55487-0419
                                612-348-2040

cc:

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 45**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Notice of Remote Hearing with Instructions·
Filing Date:   **2024-01-09**
MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719.pdf
File Hash:      dd84b393d3222f51833431361e1ce0a636aac56ab02f0b701593814cb13f1187
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

Filed in District Court
State of Minnesota
1/9/2024

State of Minnesota                                                    District Court
Hennepin County                                               Fourth Judicial District

| Court File Number:  27-CR-17-1555; 27-CR-17-8342, 27-CR-17-22909. |
|---|

Case Type: Crim/Traf Mandatory

## Notice of Remote Zoom Hearing

**ADRIAN MICHAEL WESLEY**
**7720 UPTON AVE S**
**RICHFIELD MN  55423**

_____
State of Minnesota vs ADRIAN MICHAEL WESLEY

You are notified this matter is set for a remote hearing. This hearing will not be in person at the courthouse.

| *Hearing Information* |
|:---:|
| **July 9, 2024** |
| **Review Hearing** |
| **1:30 PM** |

**The hearing will be held via Zoom and appearance shall be by video unless otherwise directed** with Judicial Officer, Hennepin County District Court.

If you fail to appear a warrant may be issued for your arrest.

The Minnesota Judicial Branch uses strict security controls for all remote technology when conducting remote hearings.

You must:
- Notify the court if your address, email, or phone number changes.
- Be fully prepared for the remote hearing. If you have exhibits you want the court to see, you must give them to the court before the hearing. Visit https://www.mncourts.gov/Remote-Hearings.aspx for more information and options for joining remote hearings, including how to submit exhibits.
- Contact the court at 612-348-2040 if you do not have access to the internet, or are unable to connect by video.
- If you need an interpreter, contact the court before the hearing date to ask for one.
- If you cannot afford to hire a lawyer and would like to apply for a court-appointed attorney before this appearance visit https://pdapplication.courts.state.mn.us or scan the QR code to start the application.



MNCIS-PAN-104                    STATE    Notice of Remote Zoom Hearing                    11/22

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 46**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:    ·Notice of Remote Hearing with Instructions·
Filing Date:    **2024-01-09**
MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719.pdf
File Hash:       dd84b393d3222f51833431361e1ce0a636aac56ab02f0b701593814cb13f1187
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**To join by internet:**
1. Type https://zoomgov.com/join in your browser's address bar.
2. Enter the **Meeting ID and Meeting Passcode (if asked):**
     Meeting ID: 160 223 0876
     Passcode: 1234
3. Update your name by clicking on your profile picture. If you are representing a party, add your role to your name, for example, John Smith, Attorney for Defendant.
4. Click the **Join Audio** icon in the lower left-hand corner of your screen.
5. Click **Share Video**.

Para obtener más información y conocer las opciones para participar en audiencias remotas, incluido cómo enviar pruebas, visite www.mncourts.gov/Remote-Hearings.

Booqo www.mncourts.gov/Remote-Hearings oo ka eego faahfaahin iyo siyaabaha aad uga qeybgeli karto dacwad-dhageysi ah fogaan-arag, iyo sida aad u soo gudbineyso wixii caddeymo ah.

**To receive an eReminder for future court dates via e-mail or text, visit www.mncourts.gov/Hearing-eReminders.aspx or scan the QR code to enroll.**



Dated: January 9, 2024          Sara Gonsalves
                                Hennepin County Court Administrator
                                300 South Sixth Street
                                Minneapolis MN  55487-0419
                                612-348-2040

cc:

MNCIS-PAN-104              STATE    Notice of Remote Zoom Hearing                    11/22

---

**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 47**

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   ·Returned Mail·
Filing Date:   **2024-02-13**
MCRO_27-CR-17-22909_Returned Mail_2024-02-13_20240430093718.pdf
File Hash:     bd023d75aa0af6fcdbf085eaacc5a67c4c515cc3629525b5f284605e1566d8c0
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jv7l25c3cd6phx4eyuw4d22dmqaq/file/EXHIBIT AMW-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/7389586c-de7a-49b0-b55f-acc84aa89a6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/69f606d8-334d-446b-adf5-f5412a158ce6.pdf
**Url 4:** drive.proton.me/urls/49PMBJGVE8#6XNyS8bqAtXv

**EXHIBIT AMW-3 | p. 48**