# EXHIBIT AMW-4

27-CR-17-1555    2022-12-27    MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf

27-CR-17-8342    2022-12-27    MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf

27-CR-17-22909    2022-12-29    MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf

**Doc. 57, Exhibit SHA-8 (Index 453-455)**

**SHA256 Hash:** 777acb19e3b9b51a8e7ede12ab82b9174915e30b4d13cd1b6caf60443cfde514

**Doc. 58, Exhibit SHA-9 (Index 289-291)**

**SHA256 Hash:** c61446a99d583bf62d3ee1d7eaab9371fe3405cb9af6bd6021d82bf2d7398dea

Browne, Michael
Dec 27 2022 4:01 PM

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

1

**EXHIBIT AMW-4 | p. 1**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order-Other-
Filing Date: **2022-12-27**
MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf
File Hash: ed5838dea827d872abca7323c413e7d9dba3bd33ccffe6fc8d370f2c6b567932
Page: 2 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

**ORDER**

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____

BY THE COURT:

Browne, Michael
Dec 27 2022 4:01 PM
_____
Judge of District Court

2

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order-Other-
Filing Date: **2022-12-27**
MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf
File Hash: 287028ac8c2d6ffb5ed8c48447709acec6ed95551d931154d126a84217620df2
Page: 2 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

**ORDER**

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____

BY THE COURT:

Browne, Michael
Dec 27 2022 4:01 PM
_____
Judge of District Court

2

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order-Other-
Filing Date: **2022-12-29**
MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf
File Hash: 7fccc505ecb08fe448fa86fbb7e8ce2c2e2fff66377ee7ce535e1b3625ea48e4
Page: 2 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

**ORDER**

1. The DHS Forensic Evaluation Department shall have access to Defendant's treatment records so they can prepare a comprehensive competency evaluation under Minnesota Rule of Criminal Procedure 20.01, subd. 7.

2. By presentation of a copy of this order, whether mailed, sent via facsimile, or personally delivered, the custodian of records for any agency, department, or health care provider shall release all information and/or records related to Defendant, including medical, psychological, behavioral, social service, probation/correctional/jail records, including behavioral notes, medical notes, psychiatric notes, jail reports, and any records or information maintained by the jail from any third party medical provider/contractor/public health staff, developmental disability, employment and educational records, to DHS - Forensic Services within 72 hours.

3. This Order shall be sufficient to require an agency, department, or health care provider to release the requested information and/or records related to treatment Defendant has received in connection with that facility.

4. Defendant's medical records may not be disclosed to any other person without court authorization or Defendant's signed consent.

Dated: _____

BY THE COURT:

Browne, Michael
Dec 27 2022 4:01 PM
_____
Judge of District Court

2

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 2**

| | | |
|---|---|---|
| 27-CR-17-1555 | 2020-05-08 | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf |
| 27-CR-17-8342 | 2020-05-08 | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf |
| 27-CR-17-22909 | 2020-05-08 | MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf |

**Doc. 57, Exhibit SHA-8** (Index 71-73)

**SHA256 Hash:** 18d03912b8e4645eb10d0212883d5aaa27eaae284526516fd362f0feb3f87d4d



Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2020-05-08**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf
File Hash:    fc424bd30661ee32c496266db3d0ab7359e23bd2f9fd1c7b859f8bc02b119e90
Page: 7 of 7    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
5/8/2020 3:50 PM

every process, objection, argument or term used in witness testimony will not be sufficient to allow Mr.

Wesley to comprehend the process, rationally consult with counsel and participate in his own defense.  Dr.

Lewis noted in his April 2019 evaluation that "if his competence-related deficits are primarily the result of

intellectual deficits, his prognosis is likely to be poor."  The court finds that his competency related deficits

are the result of his intellectual deficits.  Although his factual understanding of his charges and the legal

process has improved due to competency classes, the greater weight of the evidence does not establish that

he has the rational ability to consult with counsel regarding trial strategy, make decisions regarding the

waiver of constitutional rights and plea negotiations or otherwise participate in his defense.

The state has not met its burden of proving, by greater weight of the evidence that Mr. Wesley is

competent.  Therefore the court finds that the defendant, Mr. Wesley, is **INCOMPETENT**.

LKJ

By the Court:

Dated: 5/8/2020

_____
Lisa K. Janzen
Judge of District Court

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2020-05-08**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf
File Hash:    ecd56ec1ab1637d9c83c6687b69bd914180df20c67175c0b33dce4fc8a79271c
Page: 7 of 7    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
5/8/2020 3:54 PM

every process, objection, argument or term used in witness testimony will not be sufficient to allow Mr.

Wesley to comprehend the process, rationally consult with counsel and participate in his own defense.  Dr.

Lewis noted in his April 2019 evaluation that "if his competence-related deficits are primarily the result of

intellectual deficits, his prognosis is likely to be poor."  The court finds that his competency related deficits

are the result of his intellectual deficits.  Although his factual understanding of his charges and the legal

process has improved due to competency classes, the greater weight of the evidence does not establish that

he has the rational ability to consult with counsel regarding trial strategy, make decisions regarding the

waiver of constitutional rights and plea negotiations or otherwise participate in his defense.

The state has not met its burden of proving, by greater weight of the evidence that Mr. Wesley is

competent.  Therefore the court finds that the defendant, Mr. Wesley, is **INCOMPETENT**.

LKJ

By the Court:

Dated: 5/8/2020

_____
Lisa K. Janzen
Judge of District Court

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2020-05-08**
MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf
File Hash:    3b5f8a84d16dad91eb65567c426df0c0d1959b9d29a02a9bfd91e6723f602840
Page: 7 of 7    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
5/8/2020 3:52 PM

every process, objection, argument or term used in witness testimony will not be sufficient to allow Mr.

Wesley to comprehend the process, rationally consult with counsel and participate in his own defense.  Dr.

Lewis noted in his April 2019 evaluation that "if his competence-related deficits are primarily the result of

intellectual deficits, his prognosis is likely to be poor."  The court finds that his competency related deficits

are the result of his intellectual deficits.  Although his factual understanding of his charges and the legal

process has improved due to competency classes, the greater weight of the evidence does not establish that

he has the rational ability to consult with counsel regarding trial strategy, make decisions regarding the

waiver of constitutional rights and plea negotiations or otherwise participate in his defense.

The state has not met its burden of proving, by greater weight of the evidence that Mr. Wesley is

competent.  Therefore the court finds that the defendant, Mr. Wesley, is **INCOMPETENT**.

LKJ

By the Court:

Dated: 5/8/2020

_____
Lisa K. Janzen
Judge of District Court

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bmns7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99f05-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 4**

| | | |
|---|---|---|
| 27-CR-17-1555 | 2022-02-17 | MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093548.pdf |
| 27-CR-17-8342 | 2022-02-17 | MCRO_27-CR-17-8342_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093642.pdf |
| 27-CR-17-22909 | 2022-02-17 | MCRO_27-CR-17-22909_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093724.pdf |

**Doc. 57, Exhibit SHA-8** (Index 168-170)

**SHA256 Hash:** 3aeb71e9d4066abaa6c12334a2c865f23728198f66b18ec11e9d7d59198e5764



**Doc. 57, Exhibit SHA-8** (Index 962-964)

**SHA256 Hash:** d8e2b12e2fcd82073a73976384151944fa6e965ced582280549d4991a1dda3d9

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

5

**EXHIBIT AMW-4 | p. 5**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Evaluation for Competency to Proceed (Rule 20.01)-
Filing Date:  **2022-02-17**
MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093548.pdf
File Hash:   e2dedf8ab197f480a98330f9c989bbf62f94b677b1a863a62ff39359c701dfed
Page: 2 of 2   [ source file ]    [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
2/17/2022 12:35 PM

55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5.  During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and case law.

6.  If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with both the requirements of § 609.3457 and the agreement with Minnesota State Operated Forensic Services.  A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7.  In the case of Rule 20 evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
    a.  Is suitable for civil commitment and the basis of the possible commitment.
    b.  Is mentally ill and dangerous; and
    c.  Needs immediate hospitalization.

8.  In the case of Rule 20 evaluations, the Examiner shall promptly notify the prosecutor, defense attorney and the Court if the Examiner concludes that the defendant:
    a.  Presents an imminent risk of serious danger to another,
    b.  Is imminently suicidal, or
    c.  Needs emergency intervention.

Dated: February 17, 2022

_Lisa K Janzen_
Judge of District Court Signature
Lisa Janzen

✓  Please scan and e-mail the order to **4ᵗʰ Psych Services Orders**.
✓  Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.
✓  If a defendant is to be released upon completion of the interview process, a Conditional Release Order must be filed giving that direction.

HC 2926 (11/2021)

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Evaluation for Competency to Proceed (Rule 20.01)-
Filing Date:  **2022-02-17**
MCRO_27-CR-17-8342_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093642.pdf
File Hash:   6464c3244cf4cd68a92a5fa0e17b337b9f2ecf3def78ea6d646eadaaa53a9293
Page: 2 of 2   [ source file ]    [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
2/17/2022 12:37 PM

55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5.  During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and case law.

6.  If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with both the requirements of § 609.3457 and the agreement with Minnesota State Operated Forensic Services.  A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7.  In the case of Rule 20 evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
    a.  Is suitable for civil commitment and the basis of the possible commitment.
    b.  Is mentally ill and dangerous; and
    c.  Needs immediate hospitalization.

8.  In the case of Rule 20 evaluations, the Examiner shall promptly notify the prosecutor, defense attorney and the Court if the Examiner concludes that the defendant:
    a.  Presents an imminent risk of serious danger to another,
    b.  Is imminently suicidal, or
    c.  Needs emergency intervention.

Dated: February 17, 2022

_Lisa K Janzen_
Judge of District Court Signature
Lisa Janzen

✓  Please scan and e-mail the order to **4ᵗʰ Psych Services Orders**.
✓  Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.
✓  If a defendant is to be released upon completion of the interview process, a Conditional Release Order must be filed giving that direction.

HC 2926 (11/2021)

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Evaluation for Competency to Proceed (Rule 20.01)-
Filing Date:  **2022-02-17**
MCRO_27-CR-17-22909_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093724.pdf
File Hash:   73d0ae3a117a97fa437f4b6c87a13446d963b85703538a0d8bf7f02286b8db9f
Page: 2 of 2   [ source file ]    [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
2/17/2022 12:40 PM

55487. All agencies maintaining the above-listed records may also communicate verbally with the requesting Examiner.

- **The Court specifically finds** good cause exists for authorizing the disclosure of the identified records, including chemical dependency records, because other ways of obtaining the information are not available or would not be effective, and the public interest and need for disclosure outweighs the potential injury to the patient, the physician/patient relationship and any chemical dependency treatment facility or organization holding records pertaining to Defendant.

5.  During the preparation of the report, the Examiner and any employee of Community Corrections and Rehabilitation may discuss the case and share relevant information in a manner consistent with Minnesota Rules of Criminal Procedure, Minnesota Statutes and case law.

6.  If a sex offender evaluation has been ordered and the defendant is a Repeat Sex Offender as defined in MN Statute 609.3457, Psychological Services is ordered to comply with both the requirements of § 609.3457 and the agreement with Minnesota State Operated Forensic Services.  A copy of any Repeat Sex Offender Report produced by Psychological Services shall be forwarded to the Court and the Commissioner of Corrections.

7.  In the case of Rule 20 evaluations, the Examiner shall offer an opinion and support for the opinion on whether the defendant:
    a.  Is suitable for civil commitment and the basis of the possible commitment.
    b.  Is mentally ill and dangerous; and
    c.  Needs immediate hospitalization.

8.  In the case of Rule 20 evaluations, the Examiner shall promptly notify the prosecutor, defense attorney and the Court if the Examiner concludes that the defendant:
    a.  Presents an imminent risk of serious danger to another,
    b.  Is imminently suicidal, or
    c.  Needs emergency intervention.

Dated: February 17, 2022

_Lisa K Janzen_
Judge of District Court Signature
Lisa Janzen

✓  Please scan and e-mail the order to **4ᵗʰ Psych Services Orders**.
✓  Please direct the prosecuting agency to forward a copy of the police report for each case to Psychological Services.
✓  If a defendant is to be released upon completion of the interview process, a Conditional Release Order must be filed giving that direction.

HC 2926 (11/2021)

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bmns7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api-v1/file/5d70457e-ce1c-4c76-9471-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOsbVOMJ

6

**EXHIBIT AMW-4 | p. 6**

27-CR-17-1555     2021-05-11     MCRO_27-CR-17-1555_Order-Other_2021-05-11_20240430093549.pdf

27-CR-17-8342     2021-05-11     MCRO_27-CR-17-8342_Order-Other_2021-05-11_20240430093643.pdf

27-CR-17-22909     2021-05-11     MCRO_27-CR-17-22909_Order-Other_2021-05-11_20240430093725.pdf

**Doc. 57, Exhibit SHA-8** (Index 1148-1150)

**SHA256 Hash:** f147985d3a7d39485bea7fea07f3ede2f052ab3d0148c4eba5cd8e74faa172dc



Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   -Order-Other-
Filing Date:   **2021-05-11**
MCRO_27-CR-17-1555_Order-Other_2021-05-11_20240430093549.pdf
File Hash:   0f5e6d35ea81e74e2beb92cd9a69f797e209da1a88a0529fea09e4fb7e3e31c8
Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   -Order-Other-
Filing Date:   **2021-05-11**
MCRO_27-CR-17-8342_Order-Other_2021-05-11_20240430093643.pdf
File Hash:   64c52fbfc114d82c21fb847e8197b223ab469c78686df223e1d80157282a1d5f
Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   -Order-Other-
Filing Date:   **2021-05-11**
MCRO_27-CR-17-22909_Order-Other_2021-05-11_20240430093725.pdf
File Hash:   b3b170a876b4656a7fca324a368bc468b1f70123e9eea6b8346f4f89eea7c337
Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ pdf signatures ]   [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
5/11/2021 8:16 AM

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN             FOURTH JUDICIAL DISTRICT

STATE OF MINNESOTA,

    Plaintiff,                    Court File No. 27-CR-17-1555;
                        27-CR-17-8342; 27-CR-17-22909

*v.*

Adrian Michael Wesley,                    **ORDER TO DESTROY REPORT**

    Defendant.

**Whereas,** Dr. Gregory Hanson, Ph.D., LP, Direct Care and Treatment – Forensic Services, filed a report with the Court on April 28, 2021, and;

**Whereas,** Dr. Gregory Hanson filed a redacted version of the report on May 7, 2021, and;

**Whereas,** defense counsel moved the Court to order the original report filed on April 28, 2021, as well as any copies or versions, to be destroyed;

**It is therefore ordered that:**

1. All parties must destroy any copies of the report filed on April 28, 2021, and
2. Court Administration shall remove the report filed on April 28, 2021 from the MNCIS file.

Date: May 11, 2021                    BY THE COURT:

                                      **Lisa K. Janzen**
                                      **Judge of District Court**

1

---

27-CR-17-8342

Filed in District Court
State of Minnesota
5/11/2021 8:17 AM

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN             FOURTH JUDICIAL DISTRICT

STATE OF MINNESOTA,

    Plaintiff,                    Court File No. 27-CR-17-1555;
                        27-CR-17-8342; 27-CR-17-22909

*v.*

Adrian Michael Wesley,                    **ORDER TO DESTROY REPORT**

    Defendant.

**Whereas,** Dr. Gregory Hanson, Ph.D., LP, Direct Care and Treatment – Forensic Services, filed a report with the Court on April 28, 2021, and;

**Whereas,** Dr. Gregory Hanson filed a redacted version of the report on May 7, 2021, and;

**Whereas,** defense counsel moved the Court to order the original report filed on April 28, 2021, as well as any copies or versions, to be destroyed;

**It is therefore ordered that:**

1. All parties must destroy any copies of the report filed on April 28, 2021, and
2. Court Administration shall remove the report filed on April 28, 2021 from the MNCIS file.

Date: May 11, 2021                    BY THE COURT:

                                        **Lisa K. Janzen**
                                        **Judge of District Court**

1

---

27-CR-17-22909

Filed in District Court
State of Minnesota
5/11/2021 8:18 AM

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN             FOURTH JUDICIAL DISTRICT

STATE OF MINNESOTA,

    Plaintiff,                    Court File No. 27-CR-17-1555;
                        27-CR-17-8342; 27-CR-17-22909

*v.*

Adrian Michael Wesley,                    **ORDER TO DESTROY REPORT**

    Defendant.

**Whereas,** Dr. Gregory Hanson, Ph.D., LP, Direct Care and Treatment – Forensic Services, filed a report with the Court on April 28, 2021, and;

**Whereas,** Dr. Gregory Hanson filed a redacted version of the report on May 7, 2021, and;

**Whereas,** defense counsel moved the Court to order the original report filed on April 28, 2021, as well as any copies or versions, to be destroyed;

**It is therefore ordered that:**

1. All parties must destroy any copies of the report filed on April 28, 2021, and
2. Court Administration shall remove the report filed on April 28, 2021 from the MNCIS file.

Date: May 11, 2021                    BY THE COURT:

                                        **Lisa K. Janzen**
                                        **Judge of District Court**

1

---

**Url 1:** link.storjshare.io/raw/jxqvy4w73j4c2bmns7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
**Url 3:** Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94ad8d46dfb.pdf
**Url 4:** drive.proton.me/urls/HDBBOX0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 8**

| 27-CR-17-1555 | 2022-12-27 | MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf |
| 27-CR-17-8342 | 2022-12-27 | MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf |
| 27-CR-17-22909 | 2022-12-27 | MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf |

**Doc. 56, Exhibit SHA-7 (Index 1-3)**

**SHA256 Hash:** a6591cc60cada3a7aef37724e84208363a142b9a4153fd4cc3c38652df492ecc



**Doc. 55, Exhibit SHA-6 (Index 12989-12991)**

**SHA256 Hash:** 7d9cefbac75b52ee2cb7a3426cfc45c6e741a843857ee9239b484f259e003593



Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

9

**EXHIBIT AMW-4 | p. 9**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf
File Hash: f0d5bdaa40bd818ad5bf7b1bdbaadfdfe42329f58a68b1d8f6eb0a10902796a5
Page: 1 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf
File Hash: 6e7d1e24744e118b926b9180d526a3fc4b1c1358b6ae1aad4db7900391c7455d
Page: 1 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Correspondence for Judicial Approval·
Filing Date: **2022-12-27**
MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf
File Hash: 0141d19af27cf23017a8694c9c8652b20c5c5d394282b2065f6fcbafac432068
Page: 1 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
12/27/2022 12:10 PM



DEPARTMENT OF
HUMAN SERVICES

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE:     *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files:    27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN  56082
Phone:  507-985-2659

---
[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

---

27-CR-17-8342

Filed in District Court
State of Minnesota
12/27/2022 12:13 PM

DEPARTMENT OF
HUMAN SERVICES

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE:     *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files:    27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN  56082
Phone:  507-985-2659

---
[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

---

27-CR-17-22909

Filed in District Court
State of Minnesota
12/27/2022 12:15 PM

DEPARTMENT OF
HUMAN SERVICES

DIRECT CARE & TREATMENT – FORENSIC SERVICES

December 27, 2022

The Honorable Presiding Judge of Hennepin County
Judge of the Fourth Judicial District Court – Hennepin County
Hennepin County District Court
Hennepin County Government Center
300 S. 6th St.
Minneapolis, MN 55487

RE:     *State v. Adrian Wesley*, Rule 20.01, subd. 7 competency evaluation
Court Files:    27-CR-17-1555, 27-CR-17-8342; 27-CR-17-22909

Dear Judge of Hennepin County,

I am the Court Liaison for DHS Direct Care and Treatment- Forensic Services, and I write regarding the pending competency evaluation for the Defendant in the above-referenced cases. Defendant was found incompetent to participate in his defense under Minnesota Rule of Criminal Procedure 20.01 on 8/9/21, and they were subsequently civilly committed.

The DHS Forensic Evaluation Department, on behalf of DHS, the entity to which Defendant is committed, will be providing subd. 7 competency evaluation services in this matter.[1] Dr. Gregory Hanson is assigned to conduct this evaluation. In order to provide a comprehensive evaluation, Dr. Hanson will need to review records relating to clinical treatment Defendant has received or is receiving. State and federal data privacy laws do not allow Dr. Hanson access to treatment records absent a court order. Defendant's treatment records are relevant to Dr. Hanson's review and evaluation and will assist him in providing a more comprehensive opinion regarding Defendant's current mental condition and competency status.

For these reasons, I respectfully request that the attached proposed order for the release of medical records be signed and returned to me to allow the disclosure of treatment records to my office. Additionally, we request this language be included in all orders finding incompetence moving forward, as this would save time and resources for future subd. 7 competency evaluations completed by Forensic Services. Thank you for your consideration of this request.

Sincerely,

Amanda Burg, Court Liaison, Forensic Mental Health Program
Direct Care & Treatment - Forensic Services
1703 County Road 15
St. Peter, MN  56082
Phone:  507-985-2659

---
[1] DHS notes that although it is providing competency evaluation services in this matter, it is not a party to this proceeding and has not consented to be a party to this proceeding.

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bmns7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

10

**EXHIBIT AMW-4 | p. 10**

| | | |
|---|---|---|
| 27-CR-17-1555 | 2018-03-26 | MCRO_27-CR-17-1555_Order to Transport_2018-03-26_20240430093558.pdf |
| 27-CR-17-8342 | 2018-03-26 | MCRO_27-CR-17-8342_Order to Transport_2018-03-26_20240430093654.pdf |
| 27-CR-17-22909 | 2018-03-26 | MCRO_27-CR-17-22909_Order to Transport_2018-03-26_20240430093734.pdf |

**Doc. 55, Exhibit SHA-6** (Index 12626-12628)

**SHA256 Hash:** 4fa18c631270e27013d035c45870e2ee789c3564cd5a42f17b5490131689ed01

---

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.

                    **TRANSPORT ORDER**
                            27-CR-17-22909;
Adrian Michael Wesley,        27-CR-17-1555;   27-CR-17-8342

    Defendant.

---

TO:    Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

BY THE COURT:

Dated: _____03/26/2018____

                                    Carolina A. Lamas
                                    Judge of District Court

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order to Transport-
Filing Date: **2018-03-26**
MCRO_27-CR-17-1555_Order to Transport_2018-03-26_20240430093558.pdf
File Hash: e5224ca3fbb5233aae1fec8355136be23eb8b1a61a08c9aa9b3783d3376509d1
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order to Transport-
Filing Date: **2018-03-26**
MCRO_27-CR-17-8342_Order to Transport_2018-03-26_20240430093654.pdf
File Hash: 42b49c51a66162d0084afbfc735bd675d58b4ec373ec714a378ed2a45306ac8a
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order to Transport-
Filing Date: **2018-03-26**
MCRO_27-CR-17-22909_Order to Transport_2018-03-26_20240430093734.pdf
File Hash: 02b65870c703249609e49daefd8426879994278b457a5db124324a1fdd26da14
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

**Order 1 (27-CR-17-1555)**

27-CR-17-1555

Filed in Fourth Judicial District Court
3/26/2018 1:49 PM
Hennepin County, MN

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN          FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,                    **TRANSPORT ORDER**
                              27-CR-17-22909;
v.                            27-CR-17-1555;  27-CR-17-8342

Adrian Michael Wesley,

Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

BY THE COURT:

Dated:_____03/26/2018____
Carolina A. Lamas
Judge of District Court

---

**Order 2 (27-CR-17-8342)**

27-CR-17-8342

Filed in Fourth Judicial District Court
3/26/2018 1:50 PM
Hennepin County, MN

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN          FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,                    **TRANSPORT ORDER**
                              27-CR-17-22909;
v.                            27-CR-17-1555;  27-CR-17-8342

Adrian Michael Wesley,

Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

BY THE COURT:

Dated:_____03/26/2018____
Carolina A. Lamas
Judge of District Court

---

**Order 3 (27-CR-17-22909)**

27-CR-17-22909

Filed in Fourth Judicial District Court
3/26/2018 1:48 PM
Hennepin County, MN

STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN          FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,                    **TRANSPORT ORDER**
                              27-CR-17-22909;
v.                            27-CR-17-1555;  27-CR-17-8342

Adrian Michael Wesley,

Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services on February 21, 2017, as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, May 1, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, to the Hennepin County Government Center for a court appearance in Courtroom 857, on or before May 1, 2018.

BY THE COURT:

Dated:_____03/26/2018____
Carolina A. Lamas
Judge of District Court

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 12**

| | | |
|---|---|---|
| 27-CR-17-1555 | 2019-10-02 | MCRO_27-CR-17-1555_Order to Transport_2019-10-02_20240430093555.pdf |
| 27-CR-17-8342 | 2019-10-02 | MCRO_27-CR-17-8342_Order to Transport_2019-10-02_20240430093650.pdf |
| 27-CR-17-22909 | 2019-10-02 | MCRO_27-CR-17-22909_Order to Transport_2019-10-02_20240430093731.pdf |

**Doc. 55, Exhibit SHA-6** (Index 12629-12631)

**SHA256 Hash:** b41a2a0418d0eac7da74c17304d1cbec188510ea6a0256de2f127a56642d3b23

---

STATE OF MINNESOTA        DISTRICT COURT

COUNTY OF HENNEPIN        FOURTH JUDICIAL DISTRICT

State of Minnesota,

     Plaintiff,

v.

**TRANSPORT ORDER**
27-CR-17-1555; 27-CR-17-8342
27-CR-17-22909

Adrian Michael Wesley,
     Defendant.

---

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: _____10/02/2019___

Carolina A. Lamas
Judge of District Court

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

13

**EXHIBIT AMW-4 | p. 13**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order to Transport-
Filing Date: **2019-10-02**
MCRO_27-CR-17-1555_Order to Transport_2019-10-02_20240430093555.pdf
File Hash: 53f633fb87970c20acaa68e1bd716771354a6ca7289596ecbcf4f5d63cdaa334
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order to Transport-
Filing Date: **2019-10-02**
MCRO_27-CR-17-8342_Order to Transport_2019-10-02_20240430093650.pdf
File Hash: 6b0caeb6eb80d1cbb472ee0082b4d2abbc38790b664e68c6462f35edaa309274
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order to Transport-
Filing Date: **2019-10-02**
MCRO_27-CR-17-22909_Order to Transport_2019-10-02_20240430093731.pdf
File Hash: 5642213aa59077e76d716b4e850567cb195ea5bf7f2a674fb6cdc9901327d4a3
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

---

27-CR-17-1555

Filed in District Court
State of Minnesota
10/2/2019 11:51 AM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.

**TRANSPORT ORDER**
27-CR-17-1555; 27-CR-17-8342
27-CR-17-22909

Adrian Michael Wesley,
    Defendant.

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

Carolina A. Lamas
Judge of District Court

---

27-CR-17-8342

Filed in District Court
State of Minnesota
10/2/2019 11:52 AM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.

**TRANSPORT ORDER**
27-CR-17-1555; 27-CR-17-8342
27-CR-17-22909

Adrian Michael Wesley,
    Defendant.

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

Carolina A. Lamas
Judge of District Court

---

27-CR-17-22909

Filed in District Court
State of Minnesota
10/2/2019 11:53 AM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.

**TRANSPORT ORDER**
27-CR-17-1555; 27-CR-17-8342
27-CR-17-22909

Adrian Michael Wesley,
    Defendant.

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Michael Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, October 22, 2019 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Michael Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before October 22, 2019 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/02/2019__

Carolina A. Lamas
Judge of District Court

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

14

**EXHIBIT AMW-4 | p. 14**

27-CR-17-1555     2018-10-23     MCRO_27-CR-17-1555_Order to Transport_2018-10-23_20240430093557.pdf

27-CR-17-8342     2018-10-23     MCRO_27-CR-17-8342_Order to Transport_2018-10-23_20240430093652.pdf

27-CR-17-22909     2018-10-23     MCRO_27-CR-17-22909_Order to Transport_2018-10-23_20240430093733.pdf

**Doc. 55, Exhibit SHA-6** (Index 12632-12634)

**SHA256 Hash:** d9dfb88250dad8c74085136f70f9a4dc20843985404fe80843821c5c2216234b

---

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN          FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

            v.       **TRANSPORT ORDER**
                       27-CR-17-8342;  27-CR-17-22909
                             27-CR-17-1555

Adrian Michael Wesley,

    Defendant.

---

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill.  A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: _____10/23/2018___

Carolina A. Lamas
Judge of District Court

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2018-10-23**
MCRO_27-CR-17-1555_Order to Transport_2018-10-23_20240430093557.pdf
File Hash: f63499bcdfdf7ee3cea8d1c36a81c6a705dc374e7898ed9931aaf0f662ac1c70c
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

Filed in District Court
State of Minnesota
10/23/2018 11:09 AM

27-CR-17-1555

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN         FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

               **TRANSPORT ORDER**
      v.     27-CR-17-8342; 27-CR-17-22909
                  27-CR-17-1555

Adrian Michael Wesley,

      Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/23/2018__

Carolina A. Lamas
Judge of District Court

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2018-10-23**
MCRO_27-CR-17-8342_Order to Transport_2018-10-23_20240430093652.pdf
File Hash: 9fafb6d4f162ab2ea15973510c6833feb1081de260928d5d66f7015075c17f03
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

Filed in District Court
State of Minnesota
10/23/2018 11:08 AM

27-CR-17-8342

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN         FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

               **TRANSPORT ORDER**
      v.     27-CR-17-8342; 27-CR-17-22909
                  27-CR-17-1555

Adrian Michael Wesley,

      Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/23/2018__

Carolina A. Lamas
Judge of District Court

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2018-10-23**
MCRO_27-CR-17-22909_Order to Transport_2018-10-23_20240430093733.pdf
File Hash: 16efcb72c67e4e43ed33904b57ac61166172d11a67bc00bbd23e839b3f989f52
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

Filed in District Court
State of Minnesota
10/23/2018 11:08 AM

27-CR-17-22909

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN         FOURTH JUDICIAL DISTRICT

State of Minnesota,

      Plaintiff,

               **TRANSPORT ORDER**
      v.     27-CR-17-8342; 27-CR-17-22909
                  27-CR-17-1555

Adrian Michael Wesley,

      Defendant.

TO:   Richard W. Stanek, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT,** Adrian Michael Wesley, was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, November 6, 2018, 2018 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT,** Adrian Michael Wesley, shall be transported to the Hennepin County Government Center from the Minnesota Security Hospital – Saint Peter, on or before November 6, 2018 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: ____10/23/2018__

Carolina A. Lamas
Judge of District Court

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d4d6b.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 16**

| 27-CR-17-1555 | 2020-01-24 | MCRO_27-CR-17-1555_Order to Transport_2020-01-24_20240430093551.pdf |
| 27-CR-17-8342 | 2020-01-24 | MCRO_27-CR-17-8342_Order to Transport_2020-01-24_20240430093645.pdf |
| 27-CR-17-22909 | 2020-01-24 | MCRO_27-CR-17-22909_Order to Transport_2020-01-24_20240430093727.pdf |

**Doc. 55, Exhibit SHA-6** (Index 12637-12639)

**SHA256 Hash:** 7bf5d2ca8846d569766a698812984d05d65fc09142f43f4de0ef9b16fc10a8a0

---

STATE OF MINNESOTA          DISTRICT COURT

COUNTY OF HENNEPIN          FOURTH JUDICIAL DISTRICT

State of Minnesota,

       Plaintiff,

       v.               **TRANSPORT ORDER**
                       27-CR-17-1555; 27-CR-17-22909;
                       27-CR-17-8342

Adrian Michael Wesley,
       Defendant.

---

TO:    David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

Lisa K. Janzen
Judge of District Court

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 17**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2020-01-24**
MCRO_27-CR-17-1555_Order to Transport_2020-01-24_20240430093551.pdf
File Hash: 3cd57641d2b692b362ed48e67f62c88e03c556fe026fdf7562abbc1a82272f5b
Page: 1 of 1  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2020-01-24**
MCRO_27-CR-17-8342_Order to Transport_2020-01-24_20240430093645.pdf
File Hash: d882d85a2f443253710997e5472a4d9d065ac31c40eb75e92de051cfc7e2ad06
Page: 1 of 1  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·Order to Transport·
Filing Date: **2020-01-24**
MCRO_27-CR-17-22909_Order to Transport_2020-01-24_20240430093727.pdf
File Hash: 02cd0cc59837ec9ca7e67566ea1401b1cb78e47ee7e0afb59190167a6d877203
Page: 1 of 1  [ source file ]  [ .ots timestamp of source file ]  [ pdf signatures ]  [ metadata ]

---

### Document 1 — 27-CR-17-1555

Filed in District Court
State of Minnesota
1/24/2020 2:40 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-17-1555; 27-CR-17-22909;
     27-CR-17-8342

Adrian Michael Wesley,
    Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

Lisa K. Janzen
Judge of District Court

---

### Document 2 — 27-CR-17-8342

Filed in District Court
State of Minnesota
1/24/2020 2:44 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-17-1555; 27-CR-17-22909;
     27-CR-17-8342

Adrian Michael Wesley,
    Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

Lisa K. Janzen
Judge of District Court

---

### Document 3 — 27-CR-17-22909

Filed in District Court
State of Minnesota
1/24/2020 2:42 PM

STATE OF MINNESOTA      DISTRICT COURT

COUNTY OF HENNEPIN      FOURTH JUDICIAL DISTRICT

State of Minnesota,

    Plaintiff,

v.      **TRANSPORT ORDER**
     27-CR-17-1555; 27-CR-17-22909;
     27-CR-17-8342

Adrian Michael Wesley,
    Defendant.

TO:   David P. Hutchinson, Sheriff of Hennepin County, Minnesota

**NOTICE IS HEREBY GIVEN**

**THAT DEFENDANT, Adrian Wesley,** was committed to the Commissioner of Human Services as Mentally Ill. A Rule 20.01 Treat to Competency was filed by the Department of Human Services. A hearing on the criminal matter is currently scheduled for Tuesday, February 10, 2020 at 1:30 in Courtroom 857, Hennepin County Government Center.

**IT IS HEREBY ORDERED**

**THAT DEFENDANT, Adrian Wesley,** shall be transported to the Hennepin County Government Center from Minnesota Security Hospital – Saint Peter, on or before February 10, 2020 for a court appearance in Courtroom 857 at 1:30pm.

BY THE COURT:

Dated: January 24, 2020

Lisa K. Janzen
Judge of District Court

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7nr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

| 27-CR-17-1555 | 2020-01-23 | MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf |
| 27-CR-17-8342 | 2020-01-23 | MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf |
| 27-CR-17-22909 | 2020-01-23 | MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf |

**Doc. 55, Exhibit SHA-6** (Index 12743-12745)

**SHA256 Hash:** 06186f40042d25be64939ad59a692432f3734d7159ddf9bba75a05dd72b9bb2b

**Doc. 55, Exhibit SHA-6** (Index 12754-12756)

**SHA256 Hash:** 21f5178b5bebc54adf0164c5ff124cb886c992447e5e30a516fa67b508f91b06

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bmms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 19**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order-Other-
Filing Date: **2020-01-23**
MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf
File Hash: ce8fa48e7b175e5ccca297750fe3ac8e56af2ee4cab7a93ee66ae28255582843
Page: 1 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/23/2020 1:22 PM

STATE OF MINNESOTA · DISTRICT COURT

COUNTY OF HENNEPIN · FOURTH JUDICIAL DISTRICT

State of Minnesota,

**FINDINGS AND ORDER**

Plaintiff,

vs. · Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

Adrian Michael Wesley,

Defendant.

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

Anna Petosky
Assistant Hennepin County Attorney
HCAO Adult Prosecution Division, A2100

Page 3 of 4

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order-Other-
Filing Date: **2020-01-23**
MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf
File Hash: 104823e7f79ecd39d7af3ae5c6e64dedbbf4fa343d3b4214260084580902a198dc
Page: 1 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/23/2020 1:24 PM

STATE OF MINNESOTA · DISTRICT COURT

COUNTY OF HENNEPIN · FOURTH JUDICIAL DISTRICT

State of Minnesota,

**FINDINGS AND ORDER**

Plaintiff,

vs. · Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

Adrian Michael Wesley,

Defendant.

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

Anna Petosky
Assistant Hennepin County Attorney
HCAO Adult Prosecution Division, A2100

Page 3 of 4

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: -Order-Other-
Filing Date: **2020-01-23**
MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf
File Hash: 589f48026ba60c0c6f29435ca5877c6b38a186f3ee16407b44e4c452f2cceaf8
Page: 1 of 2 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
1/23/2020 1:23 PM

STATE OF MINNESOTA · DISTRICT COURT

COUNTY OF HENNEPIN · FOURTH JUDICIAL DISTRICT

State of Minnesota,

**FINDINGS AND ORDER**

Plaintiff,

vs. · Court Case No. 27-CR-17-1555;
27-CR-17-22909; and 27-CR-17-8342

Adrian Michael Wesley,

Defendant.

WHEREAS, the Court finds that:

1. Pursuant to Minn. Stat. 611.026 and Minnesota Rule of Criminal Procedure 20.01, a Competency Hearing is scheduled for February 10, 2020, in the above matters.
2. The report and testimony of Dr. Jason Lewis from the Forensic Mental Health Program – St. Peter will be important pieces of evidence in that proceeding.
3. The requested records will assist in determining whether Defendant has competency to proceed with criminal prosecution.
4. The public interest and the need for disclosure of the records in this case outweigh any possible injury to the patient, to the physician-patient relationship, and to the treatment services.

**IT IS THEREFORE ORDERED THAT:**

1. Forensic Mental Health Program – St. Peter shall produce all sources of information referenced in Dr. Jason Lewis's Competency Evaluation dated October 1, 2019, including medical records and any collateral documentation, notes, and other information pertinent to the findings therein. This order does not include documents which the parties already have access to, such as the police reports, court records, and prior competency evaluations (Information Sources 1-16 referenced in the report).
2. Forensic Mental Health Program – St. Peter shall provide this information within ten days of receiving this Order.
3. Forensic Mental Health Program – St. Peter shall provide the documents either by hard copy or electronically to the following addresses:

Anna Petosky
Assistant Hennepin County Attorney
HCAO Adult Prosecution Division, A2100

Page 3 of 4

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

20

**EXHIBIT AMW-4 | p. 20**

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Other-
Filing Date:  **2020-01-23**
MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf
File Hash:    ce8fa4be7b175e5ccca297750fe3ac8e56af2ee4cab7a93ee66ae28255582843
Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
1/23/2020 1:22 PM

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

1/23/2020

Judge of District Court

Page 4 of 4

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Other-
Filing Date:  **2020-01-23**
MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf
File Hash:    104832ef79ecd39d7d7ae58ce64dedbbf4fa343d3b4214260084580902a198dc
Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-8342

Filed in District Court
State of Minnesota
1/23/2020 1:24 PM

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

1/23/2020

Judge of District Court

Page 4 of 4

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Other-
Filing Date:  **2020-01-23**
MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf
File Hash:    589f48026ba60c0c6f29435ca5877c6b38a186f3ee16407b44e4c452f2cceaf8
Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-22909

Filed in District Court
State of Minnesota
1/23/2020 1:23 PM

300 South Sixth Street
Minneapolis, MN  55487

Julius Nolen
Assistant Hennepin County Public Defender
701 Fourth Ave. South, Suite 1400
Minneapolis, MN 55415-1600

**BY THE COURT:**

1/23/2020

Judge of District Court

Page 4 of 4

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 21**

27-CR-17-1555     2017-01-19     MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf

27-CR-17-8342     2017-04-05     MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf

27-CR-17-22909     2017-09-12     MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf

**Doc. 55, Exhibit SHA-6 (Index 12843, 12961-12962)**

**SHA256 Hash:** fbc6023a7c0c6bd25f75d346f82b389f589dd1d4d9deb85c697d51ce2edc4772



Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·E-filed Comp-Order for Detention·
Filing Date: **2017-01-19**
MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf
File Hash: f9620ef4337b2ff61d5712187b44dd0bdb9b66b39cbb3d526654ddda41141e4b
Page: 4 of 4    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-1555
Filed in Fourth Judicial District Court
1/19/2017 10:11:31 AM
Hennepin County, MN

**SIGNATURES AND APPROVALS**

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| Complainant | Andrew Leyrer | Electronically Signed: |
| | Police Officer | 01/19/2017 10:02 AM |
| | 6700 Portland Avenue S | Hennepin County, Minnesota |
| | Richfield, MN 55423 | |
| | Badge: 192 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| Prosecuting Attorney | Dan Allard | Electronically Signed: |
| | 300 S 6th St | 01/19/2017 09:57 AM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

3

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·E-filed Comp-Warrant·
Filing Date: **2017-04-05**
MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf
File Hash: eaea46bc2efb9cd4e465ea3a8ab344b1832ecc594cdc831e1b8bd9321f0cca8a
Page: 4 of 4    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-8342
Filed in Fourth Judicial District Court
4/5/2017 03:47:47 PM
Hennepin County, MN

**SIGNATURES AND APPROVALS**

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| Complainant | Dennis Jahnke | Electronically Signed: |
| | Detective | 04/05/2017 03:35 PM |
| | 350 S 5th St | Hennepin County, MN |
| | Minneapolis, MN 55415 | |
| | Badge: 473 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| Prosecuting Attorney | Zachary Stephenson | Electronically Signed: |
| | 300 S 6th St | 04/05/2017 03:29 PM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

3

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type: ·E-filed Comp-Warrant·
Filing Date: **2017-09-12**
MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf
File Hash: 0915a2a84f399b199712248d0d258c50a40b264ada1919c44dfed0935b4e0dd27
Page: 4 of 4    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-22909
Filed in Fourth Judicial District Court
9/12/2017 11:30:52 AM
Hennepin County, MN

**SIGNATURES AND APPROVALS**

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| Complainant | Thomas Sonenstahl | Electronically Signed: |
| | Detective | 09/12/2017 11:19 AM |
| | 350 S 5th St | hen County, mn |
| | Minneapolis, MN 55415 | |
| | Badge: 356 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| Prosecuting Attorney | Sarah Hilleren | Electronically Signed: |
| | 300 S 6th St | 09/08/2017 02:13 PM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

3

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 23**

| 27-CR-17-1555 | 2017-02-21 | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf |
| 27-CR-17-8342 | 2017-04-11 | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf |
| 27-CR-17-22909 | 2017-09-13 | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf |

**Doc. 57, Exhibit SHA-8** (Index 303-305)

**SHA256 Hash:** <u>3ff3cad75d5c396bfafd7ca240d19777e71543a2bdd3e489031c144de30a84d9</u>



Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ce1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2017-02-21**
MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf
File Hash:  1e8782aba664f9aafa4736873eafa8ac0d1cc42dcb0bcec9cac41515d16186ff
Page: 1 of 6    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

10. The undersigned shall file this Order with the Fourth Judicial District Court – Criminal

Division and the following persons/agencies shall be served with electronic copies of

the Order:

    a.   Fourth Judicial District Court – Mental Health Division;

    b.   Hennepin County Attorney's Office – Mental Health Division;

    c.   Hennepin County Attorney's Office – Criminal Division;

    d.   City of Minneapolis, Attorney's Office – Criminal Division;

    e.   Kellie Charles, Assistant Hennepin County Public Defender; and

    f.   Hennepin County Pre-petition Screening Unit.

11. The Defendant's next review date in Hennepin County District Court – Criminal

Division on the criminal matter and status review of Rule 20, Minn.R.Crim.P. is August

22, 2017.  One week prior to that date, reports regarding Defendant's competency and

mental status shall be e-filed and e-served to:

    a.   Fourth Judicial District Court – 4thCriminalRule20 email list;

    b.   Kellie Charles,  Assistant Hennepin County Public Defender;

    c.   Robert Sorenson, Assistant Hennepin County Attorney;

    d.   Hennepin County Attorney – Mental Health Section; and

    e.   The Commitment Defense Panel attorney appointed to represent Defendant by

      the Fourth Judicial District Court – Probate/Mental Health Division.

BY THE COURT:

DATED:  February 21, 2017

Carolina A. Lamas
Judge of District Court
Fourth Judicial District

Attachments:  Examiner's Report
             Complaint

5

---

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  ·Find of Fact-Order, Pet Commitment-Dfd Found Incompetent·
Filing Date:  **2017-04-11**
MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf
File Hash:  6a08b897836cb2ac1e1bcbb71fe8db34c8cafbd7bf96a0bba5096594c9c86d52
Page: 1 of 6    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

    a.   Fourth Judicial District Court – Mental Health Division;

    b.   Hennepin County Attorney's Office – Mental Health Division;

    c.   .Mark Gray – Civil Defense Attorney.

    d.   Hennepin County Attorney's Office – Criminal Division

5.  The Defendant's next review date in Hennepin County District Court – Criminal

Division on the criminal matter and status review of the Rule 20, Minn.R.Crim.P. is

August 22, 2017.  One week prior to that date, reports regarding Defendant's

competency and mental status shall be prepared by DHS or Fourth Judicial District

Court – Psychological Services, and e-filed and e-served to:

    a.   Fourth Judicial District Court – Mental Health Division;

    b.   Hennepin County Attorney's Office – Mental Health Division;

    c.   Mark Gray. – Civil Defense Attorney.

    d.   Hennepin County Attorney's Office – Criminal Division

BY THE COURT:

DATED:  April 11, 2017

Carolina A. Lamas
Judge of District Court
Fourth Judicial District

3

---

**Case No. 27-CR-17-22909**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:  -Order-Other-
Filing Date:  **2017-09-13**
MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf
File Hash:  894574504cbd48c0b78656cc64ff31db7c6f3a166469e5dde4b1282f3155542b
Page: 1 of 6    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-17-22909

Filed in Fourth Judicial District Court
9/13/2017 2:36 PM
Hennepin County, MN

October 31, 2017.  One week prior to that date, reports regarding Defendant's

competency and mental status shall be e-filed and e-served to:

    a.   Fourth Judicial District Court – 4thCriminalRule20 email list;

    b.   Kellie Charles, Assistant Hennepin County Public Defender;

    c.   Sarah Hilleren, Assistant Hennepin County Attorney;

    d.   Hennepin County Attorney – Mental Health Section; and

    e.   The Commitment Defense Panel attorney appointed to represent Defendant by

      the Fourth Judicial District Court – Probate/Mental Health Division.

BY THE COURT:

Lamas, Carolina
2017.09.13 14:21:57
-05'00'

DATED:  September 13, 2017

Carolina A. Lamas
Judge of District Court
Fourth Judicial District

Attachments:  Examiner's Report
             Police Reports
             Complaints

3

---

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bmns7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0yyFOxbVOMJ

**EXHIBIT AMW-4 | p. 25**

27-CR-17-1555    2024-04-11    MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf

27-CR-17-8342    2024-04-11    MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf

**Doc. 57, Exhibit SHA-8** (Index 709-710)

**SHA256 Hash:** c09827ce81d98cbe2d1554a0411d2582fabde5334823d84bc4c79b3b9cbdb485

**Doc. 57, Exhibit SHA-8** (Index 896-897)

**SHA256 Hash:** cb5e56847dbd4ec8c3f7e3d7591389a6c92e76ed2a9a3faf64311cd15073b57b

**Doc. 57, Exhibit SHA-8** (Index 307-308)

**SHA256 Hash:** ceb91e231c406660b0ab4d04682ace62cfad9f79a07a58f87773fa55392b2a38

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Mat1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0yyFOxbVOMJ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Case No. 27-CR-17-1555**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   -Order Denying Motion-
Filing Date:   **2024-04-11**
MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf
File Hash:   969c3c70a9566a1b7d3aad690d012cf5cddc502320772733de5002184b044fb3a
Page: 1 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

**Case No. 27-CR-17-8342**
State of MN vs ADRIAN MICHAEL WESLEY
Filing Type:   -Order Denying Motion-
Filing Date:   **2024-04-11**
MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf
File Hash:   e2794e5222175cbdd94c07f2867542c523d33d3c1e52068ccd5c14bde0fdbe38
Page: 1 of 6      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-17-1555

Filed in District Court
State of Minnesota
4/11/2024 11:04 AM

**CONCLUSION**

In summary, this Court does not find the Defendant's argument persuasive that due to his repeated findings of incompetency and due to his prognosis, there is no likelihood that he will be restored to competence, and the charges should be dismissed.  There is not a set metric for the number of times when a Respondent will be determined incompetent to proceed for a dismissal in the interest of justice. At this time, the Victim in this case remains invested in the outcome of this case. Defendant is charged with a crime of violence, Criminal Sexual Conduct in the Second Degree. The State has filed the appropriate intent to prosecute. The length of his indeterminate commitment and treatment as part of the civil commitment process, coupled with Defendant's diagnosis does not alter the crime committed by Defendant.

**ORDER**

The Defense's Motion to Dismiss in the Interests of Justice filed on January 31, 2024 2024, is **DENIED**.

Order Recommended by:

*Graye Down*
Bruns, Georgy
Apr 11 2024 8:37 AM

**BY THE COURT:**

*Julia Dayton*
Dayton Klein, Julia
Apr 11 2024 9:22 AM
_____
Judge of District Court

_____
Referee of District Court

6

---

27-CR-17-8342

Filed in District Court
State of Minnesota
4/11/2024 11:05 AM

**CONCLUSION**

In summary, this Court does not find the Defendant's argument persuasive that due to his repeated findings of incompetency and due to his prognosis, there is no likelihood that he will be restored to competence, and the charges should be dismissed.  There is not a set metric for the number of times when a Respondent will be determined incompetent to proceed for a dismissal in the interest of justice. At this time, the Victim in this case remains invested in the outcome of this case. Defendant is charged with a crime of violence, Criminal Sexual Conduct in the Second Degree. The State has filed the appropriate intent to prosecute. The length of his indeterminate commitment and treatment as part of the civil commitment process, coupled with Defendant's diagnosis does not alter the crime committed by Defendant.

**ORDER**

The Defense's Motion to Dismiss in the Interests of Justice filed on January 31, 2024 2024, is **DENIED**.

Order Recommended by:

*Graye Down*
Bruns, Georgy
Apr 11 2024 8:33 AM

**BY THE COURT:**

*Julia Dayton*
Dayton Klein, Julia
Apr 11 2024 9:22 AM
_____
Judge of District Court

_____
Referee of District Court

6

Url 1: link.storjshare.io/raw/jxqvy4w73j4c2bnms7rr3tk7f5jq/file/EXHIBIT AMW-4_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5d70457e-ee1c-4c76-9d71-fd74e79b96fa.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ab99d95-8815-4cfe-a24c-b94adb6d46db.pdf
Url 4: drive.proton.me/urls/HDBB0X0BSG#p0pyFOxbVOMJ

**EXHIBIT AMW-4 | p. 27**