# EXHIBIT AMW-DS

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-17-1555 | 2022-12-27 | Correspondence for Judicial Approval | MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf | 4 | 1 | Signature_c45a4452-1ba4-442f-b978-1d6a5065b3e3 | | D:20240430093546-05'00' | /adbe.pkcs7.detached | 125 0 obj | 0 | 185266 | 201652 | 6247 | 191513 | 92.12 | no |
| 2 | 27-CR-17-1555 | 2017-01-20 | Demand or Request for Discovery | MCRO_27-CR-17-1555_Demand or Request for Discovery_2017-01-20_20240430093604.pdf | 3 | 1 | Signature_441a4eb9-579e-41ce-ab6c-5b9352a7f2b7 | | D:20240430093604-05'00' | /adbe.pkcs7.detached | 382 0 obj | 0 | 430601 | 446987 | 5822 | 436423 | 96.38 | no |
| 3 | 27-CR-17-1555 | 2017-01-19 | E-filed Comp-Order for Detention | MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf | 5 | 1 | Signature1 | Integration Service Account | D:20170119101131-06'00' | /adbe.pkcs7.detached | 171 0 obj | 0 | 217478 | 221636 | 11976 | 229454 | 66.03 | yes |
| 4 | 27-CR-17-1555 | 2017-01-19 | E-filed Comp-Order for Detention | MCRO_27-CR-17-1555_E-filed Comp-Order for Detention_2017-01-19_20240430093606.pdf | 5 | 2 | Signature_824d5b10-4911-431e-a072-43e7fe040c94 | | D:20240430093606-05'00' | /adbe.pkcs7.detached | 196 0 obj | 0 | 328468 | 344854 | 2639 | 331107 | 95.28 | no |
| 5 | 27-CR-17-1555 | 2017-02-21 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf | 4 | 1 | Signature2 | Lamas, Carolina | D:20170217161240-06'00' | /adbe.pkcs7.detached | 13 0 obj | 0 | 44939 | 52651 | 65735 | 110674 | 40.08 | yes |
| 6 | 27-CR-17-1555 | 2017-02-21 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-02-21_20240430093603.pdf | 4 | 2 | Signature_408e1c29-5757-4646-beec-691acd1265a3 | | D:20240430093603-05'00' | /adbe.pkcs7.detached | 218 0 obj | 0 | 254246 | 270632 | 5468 | 259714 | 94.07 | no |
| 7 | 27-CR-17-1555 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf | 3 | 1 | Signature_c50e84b2-ef6d-4b30-b9e8-9b922bafeb93 | | D:20240430093550-05'00' | /adbe.pkcs7.detached | 412 0 obj | 0 | 415431 | 431877 | 5290 | 420721 | 96.25 | no |
| 8 | 27-CR-17-1555 | 2024-02-12 | Memorandum | MCRO_27-CR-17-1555_Memorandum_2024-02-12_20240430093540.pdf | 3 | 1 | Signature_d5635fb7-68c2-4e62-b2c0-c9c2080cab4d | | D:20240430093540-05'00' | /adbe.pkcs7.detached | 188 0 obj | 0 | 242206 | 258592 | 5516 | 247722 | 93.8 | no |
| 9 | 27-CR-17-1555 | 2017-02-23 | Notice of Intent to Prosecute | MCRO_27-CR-17-1555_Notice of Intent to Prosecute_2017-02-23_20240430093602.pdf | 3 | 1 | Signature_c015304b-0c00-433e-b4eb-43b7de5d0e86 | | D:20240430093601-05'00' | /adbe.pkcs7.detached | 30 0 obj | 0 | 445338 | 461724 | 4324 | 449662 | 96.48 | no |
| 10 | 27-CR-17-1555 | 2020-01-23 | Notice of Motion and Motion | MCRO_27-CR-17-1555_Notice of Motion and Motion_2020-01-23_20240430093554.pdf | 3 | 1 | Signature_6aa6caa9-f61e-43de-89d0-3571d2575e94 | | D:20240430093554-05'00' | /adbe.pkcs7.detached | 114 0 obj | 0 | 112604 | 128990 | 5962 | 118566 | 87.86 | no |
| 11 | 27-CR-17-1555 | 2024-01-31 | Notice of Motion and Motion | MCRO_27-CR-17-1555_Notice of Motion and Motion_2024-01-31_20240430093541.pdf | 3 | 1 | Signature_74a0c57e-a79d-4d41-910c-b23062359bc8 | | D:20240430093541-05'00' | /adbe.pkcs7.detached | 217 0 obj | 0 | 234970 | 251356 | 5212 | 240182 | 93.61 | no |
| 12 | 27-CR-17-1555 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543 (1).pdf | 4 | 1 | Signature_fdf0f5d1-ef38-488f-8263-d63340148486 | | D:20240430093543-05'00' | /adbe.pkcs7.detached | 85 0 obj | 0 | 248875 | 265261 | 4609 | 253484 | 93.93 | no |
| 13 | 27-CR-17-1555 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543.pdf | 5 | 1 | Signature_c466586b-3b4d-483e-92ae-2d6632448b84 | | D:20240430093542-05'00' | /adbe.pkcs7.detached | 116 0 obj | 0 | 882685 | 899071 | 4595 | 887280 | 98.19 | no |
| 14 | 27-CR-17-1555 | 2024-03-19 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-03-19_20240430093538.pdf | 4 | 1 | Signature_4ac01cd3-5a01-4336-bd47-1138af19d108 | | D:20240430093538-05'00' | /adbe.pkcs7.detached | 302 0 obj | 0 | 241202 | 257588 | 5491 | 246693 | 93.77 | no |
| 15 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 1 | Signature1 | Borer, George | D:20240411083556-05'00' | /ETSI.CAdES.detached | 147 0 obj | 0 | 157337 | 169389 | 31351 | 188688 | 38.61 | yes |
| 16 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 2 | Signature2 | Dayton Klein, Julia | D:20240411092258-05'00' | /ETSI.CAdES.detached | 155 0 obj | 0 | 201137 | 208165 | 71467 | 272604 | 55.78 | yes |
| 17 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 3 | tyler_sig_ce734a7c-c438-47fd-9049-522b4321fb61 | | D:20240411160729+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34053 | 313920 | 64.24 | no |
| 18 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 4 | tyler_sig_ce734a7c-c438-47fd-9049-522b4321fb61 | | D:20240411160729+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34053 | 313920 | 64.24 | no |
| 19 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 5 | tyler_sig_ce734a7c-c438-47fd-9049-522b4321fb61 | | D:20240411160729+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34053 | 313920 | 64.24 | no |
| 20 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 6 | tyler_sig_ce734a7c-c438-47fd-9049-522b4321fb61 | | D:20240411160729+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34053 | 313920 | 64.24 | no |
| 21 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 7 | tyler_sig_ce734a7c-c438-47fd-9049-522b4321fb61 | | D:20240411160729+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34053 | 313920 | 64.24 | no |
| 22 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 8 | tyler_sig_ce734a7c-c438-47fd-9049-522b4321fb61 | | D:20240411160729+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34053 | 313920 | 64.24 | no |
| 23 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 9 | Signature_c2cc327e-b445-410c-9970-252415bee56f | | D:20240430093537-05'00' | /adbe.pkcs7.detached | 209 0 obj | 0 | 466540 | 482926 | 5767 | 472307 | 96.65 | no |
| 24 | 27-CR-17-1555 | 2017-01-20 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2017-01-20_20240430093605.pdf | 4 | 1 | Signature_1cb9999c-b556-4e02-97f6-bb698656156e | | D:20240430093605-05'00' | /adbe.pkcs7.detached | 28 0 obj | 0 | 141267 | 157653 | 7664 | 148931 | 90.09 | no |
| 25 | 27-CR-17-1555 | 2022-02-17 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093548.pdf | 3 | 1 | Signature_550ce605-3ee9-4d53-8026-6fd5cfcc85e4 | | D:20240430093548-05'00' | /adbe.pkcs7.detached | 108 0 obj | 0 | 206532 | 222918 | 4733 | 211265 | 92.8 | no |
| 26 | 27-CR-17-1555 | 2020-01-23 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf | 4 | 1 | Signature_fc37f6e0-45a2-4c80-b631-d1672150266d | | D:20240430093552-05'00' | /adbe.pkcs7.detached | 48 0 obj | 0 | 116922 | 133308 | 4533 | 121455 | 88.11 | no |
| 27 | 27-CR-17-1555 | 2021-05-11 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2021-05-11_20240430093549.pdf | 3 | 1 | Signature_1ef40358-b613-4a8b-8f64-0aa24dae9dbb | | D:20240430093549-05'00' | /adbe.pkcs7.detached | 117 0 obj | 0 | 114007 | 130393 | 5267 | 119274 | 87.92 | no |
| 28 | 27-CR-17-1555 | 2022-12-27 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf | 7 | 1 | Signature2 | Browne, Michael | D:20221227160124-06'00' | /ETSI.CAdES.detached | 110 0 obj | 0 | 74680 | 86744 | 65275 | 139955 | 17.26 | yes |
| 29 | 27-CR-17-1555 | 2022-12-27 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf | 7 | 2 | Signature_6d890762-2596-4e72-9a55-2cf91985659a | | D:20240430093544-05'00' | /adbe.pkcs7.detached | 161 0 obj | 0 | 789915 | 806301 | 4790 | 794705 | 97.98 | no |
| 30 | 27-CR-17-1555 | 2017-08-23 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2017-08-23_20240430093600.pdf | 4 | 1 | Signature_52942926-a6b5-4f5a-acf0-ced2a439bdb6 | | D:20240430093600-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 90366 | 106752 | 7951 | 98317 | 85.71 | no |
| 31 | 27-CR-17-1555 | 2018-01-04 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2018-01-04_20240430093559.pdf | 4 | 1 | Signature_5d0092ad-eec6-44e5-be6f-85a3c7c5e554 | | D:20240430093559-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 90053 | 106439 | 7951 | 98004 | 85.68 | no |
| 32 | 27-CR-17-1555 | 2018-03-26 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2018-03-26_20240430093558.pdf | 4 | 1 | Signature_f0587849-dfd5-4a1d-b0e3-de0f274d95a6 | | D:20240430093558-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 78340 | 94726 | 4776 | 83116 | 83.53 | no |
| 33 | 27-CR-17-1555 | 2018-10-23 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2018-10-23_20240430093557.pdf | 4 | 1 | Signature_bb20e37a-ed32-44bb-ac9e-a460dfc6894d | | D:20240430093557-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 75848 | 92234 | 4776 | 80624 | 83.11 | no |

File Url 1: link.storjshare.io/raw/jxvwbxd5cyxl54eoe4q6oskzsegq/file/EXHIBIT AMW-DS_files.pdf
File Url 2: MnCourtFraud.Substack.com/api/v1/file/2e8fb1b5-4c21-458b-a35a-45a7ccbe94b1.pdf
File Url 3: Matt1Up.Substack.com/api/v1/file/4ce5d6b3-5b7e-4bf3-870b-74600604dcbf.pdf
File Url 4: drive.proton.me/urls/9EYANWM9MG#6znLFhcrIGfN

**EXHIBIT AMW-DS | p. 1**

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-17-1555 | 2019-03-13 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2019-03-13_20240430093556.pdf | 4 | 1 | Signature_575042ef-050f-45cf-8f5c-9141c8157d98 | | D:20240430093556-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 68838 | 85224 | 4755 | 73593 | 81.79 | no |
| 35 | 27-CR-17-1555 | 2019-10-02 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2019-10-02_20240430093555.pdf | 4 | 1 | Signature_5badd391-845a-4668-8254-aa0278e9096c | | D:20240430093555-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 68377 | 84763 | 4755 | 73132 | 81.7 | no |
| 36 | 27-CR-17-1555 | 2020-01-24 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2020-01-24_20240430093551.pdf | 4 | 1 | Signature_1d35b1e0-5e8b-40fd-8e87-4cdfa3733f23 | | D:20240430093551-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 66163 | 82549 | 4522 | 70685 | 81.18 | no |
| 37 | 27-CR-17-1555 | 2020-01-23 | Proposed Order or Document | MCRO_27-CR-17-1555_Proposed Order or Document_2020-01-23_20240430093553.pdf | 3 | 1 | Signature_c7193917-23b2-48ad-8bc4-1baf3ae510f4 | | D:20240430093553-05'00' | /adbe.pkcs7.detached | 117 0 obj | 0 | 129091 | 145477 | 5978 | 135069 | 89.18 | no |
| 38 | 27-CR-17-1555 | 2022-12-27 | Proposed Order or Document | MCRO_27-CR-17-1555_Proposed Order or Document_2022-12-27_20240430093545.pdf | 3 | 1 | Signature_e038a8ba-9c4a-4780-ae64-f3cf22516017 | | D:20240430093545-05'00' | /adbe.pkcs7.detached | 114 0 obj | 0 | 124398 | 140784 | 5300 | 129698 | 88.78 | no |
| 39 | 27-CR-17-1555 | 2024-02-13 | Returned Mail | MCRO_27-CR-17-1555_Returned Mail_2024-02-13_20240430093539.pdf | 4 | 1 | Signature_0d890bd6-0ae2-4f50-9531-a471df56ced1 | | D:20240430093539-05'00' | /adbe.pkcs7.detached | 32 0 obj | 0 | 290717 | 307103 | 8487 | 299204 | 94.81 | no |
| 40 | 27-CR-17-8342 | 2022-12-27 | Correspondence for Judicial Approval | MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf | 4 | 1 | Signature_5e065c8a-4ce6-439d-9ffc-46128b893b3f | | D:20240430093640-05'00' | /adbe.pkcs7.detached | 125 0 obj | 0 | 185268 | 201654 | 6247 | 191515 | 92.12 | no |
| 41 | 27-CR-17-8342 | 2017-04-05 | E-filed Comp-Warrant | MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf | 5 | 1 | Signature1 | Integration Service Account | D:20170405154747-05'00' | /adbe.pkcs7.detached | 172 0 obj | 0 | 217472 | 231630 | 11976 | 229448 | 66.02 | yes |
| 42 | 27-CR-17-8342 | 2017-04-05 | E-filed Comp-Warrant | MCRO_27-CR-17-8342_E-filed Comp-Warrant_2017-04-05_20240430093658.pdf | 5 | 2 | Signature_b7f37706-b9d6-489c-9fae-48af8c80c4a8 | | D:20240430093658-05'00' | /adbe.pkcs7.detached | 197 0 obj | 0 | 328510 | 344896 | 2639 | 331149 | 95.29 | no |
| 43 | 27-CR-17-8342 | 2022-12-20 | Exhibit List | MCRO_27-CR-17-8342_Exhibit List_2022-12-20_20240430093641.pdf | 4 | 1 | Signature_89d9f651-a33b-461c-a661-b3904de288ba | | D:20240430093641-05'00' | /adbe.pkcs7.detached | 32 0 obj | 0 | 390525 | 406911 | 8487 | 399012 | 96.06 | no |
| 44 | 27-CR-17-8342 | 2017-04-11 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf | 4 | 1 | Signature2 | Lamas, Carolina | D:20170411151314-05'00' | /adbe.pkcs7.detached | 10 0 obj | 0 | 12891 | 26003 | 71711 | 84602 | 45.85 | yes |
| 45 | 27-CR-17-8342 | 2017-04-11 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2017-04-11_20240430093657.pdf | 4 | 2 | Signature_44a5b111-e4ea-409b-abac-02df711e3830 | | D:20240430093657-05'00' | /adbe.pkcs7.detached | 170 0 obj | 0 | 162783 | 179169 | 5356 | 168139 | 91.12 | no |
| 46 | 27-CR-17-8342 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf | 3 | 1 | Signature_0298298c-27f5-4e5c-a2e7-b6d9d7a6adf5 | | D:20240430093644-05'00' | /adbe.pkcs7.detached | 412 0 obj | 0 | 415441 | 431827 | 5288 | 420729 | 96.25 | no |
| 47 | 27-CR-17-8342 | 2018-10-16 | Notice of Intent to Prosecute | MCRO_27-CR-17-8342_Notice of Intent to Prosecute_2018-10-16_20240430093653.pdf | 4 | 1 | Signature_b34ad17f-4ea8-4417-a704-438efb294227 | | D:20240430093653-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 60622 | 77008 | 4774 | 65396 | 79.96 | no |
| 48 | 27-CR-17-8342 | 2020-01-23 | Notice of Motion and Motion | MCRO_27-CR-17-8342_Notice of Motion and Motion_2020-01-23_20240430093649.pdf | 4 | 1 | Signature_76e84ae1-1d7a-4631-88a5-a43b0152f6b3 | | D:20240430093649-05'00' | /adbe.pkcs7.detached | 114 0 obj | 0 | 112604 | 128990 | 5962 | 118566 | 87.86 | no |
| 49 | 27-CR-17-8342 | 2024-01-31 | Notice of Motion and Motion | MCRO_27-CR-17-8342_Notice of Motion and Motion_2024-01-31_20240430093635.pdf | 3 | 1 | Signature_5f9f80e7-25c3-4c11-924c-e91fed4b6095 | | D:20240430093635-05'00' | /adbe.pkcs7.detached | 218 0 obj | 0 | 234999 | 251385 | 5210 | 240209 | 93.61 | no |
| 50 | 27-CR-17-8342 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093636.pdf | 5 | 1 | Signature_a8d18542-d391-409f-b6e2-937ff6b190e9 | | D:20240430093636-05'00' | /adbe.pkcs7.detached | 116 0 obj | 0 | 882684 | 899070 | 4597 | 887281 | 98.19 | no |
| 51 | 27-CR-17-8342 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093637.pdf | 4 | 1 | Signature_7edd04dc-273a-4b30-b373-2e024bae9062 | | D:20240430093637-05'00' | /adbe.pkcs7.detached | 85 0 obj | 0 | 249004 | 265390 | 4658 | 253662 | 93.93 | no |
| 52 | 27-CR-17-8342 | 2024-03-19 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-03-19_20240430093633.pdf | 4 | 1 | Signature_b8e154e8-0368-42ac-845a-3845ba3a6cd1 | | D:20240430093633-05'00' | /adbe.pkcs7.detached | 302 0 obj | 0 | 241201 | 257587 | 5490 | 246691 | 93.77 | no |
| 53 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 1 | Signature1 | Borer, George | D:20240411083556-05'00' | /ETSI.CAdES.detached | 147 0 obj | 0 | 157337 | 169389 | 31351 | 188688 | 38.54 | yes |
| 54 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 2 | Signature2 | Dayton Klein, Julia | D:20240411092258-05'00' | /ETSI.CAdES.detached | 155 0 obj | 0 | 201137 | 208165 | 71467 | 272604 | 55.68 | yes |
| 55 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 3 | tyler_sig_f2188a71-cd95-4008-a40e-90abf0972c81 | | D:20240411160837+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34924 | 314791 | 64.3 | no |
| 56 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 4 | tyler_sig_f2188a71-cd95-4008-a40e-90abf0972c81 | | D:20240411160837+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34924 | 314791 | 64.3 | no |
| 57 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 5 | tyler_sig_f2188a71-cd95-4008-a40e-90abf0972c81 | | D:20240411160837+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34924 | 314791 | 64.3 | no |
| 58 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 6 | tyler_sig_f2188a71-cd95-4008-a40e-90abf0972c81 | | D:20240411160837+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34924 | 314791 | 64.3 | no |
| 59 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 7 | tyler_sig_f2188a71-cd95-4008-a40e-90abf0972c81 | | D:20240411160837+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34924 | 314791 | 64.3 | no |
| 60 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 8 | tyler_sig_f2188a71-cd95-4008-a40e-90abf0972c81 | | D:20240411160837+00'00' | /ETSI.CAdES.detached | 165 0 obj | 0 | 279867 | 296253 | 34924 | 314791 | 64.3 | no |
| 61 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 9 | Signature_b4179e7e-82c3-4057-8946-7583cd511274 | | D:20240430093631-05'00' | /adbe.pkcs7.detached | 209 0 obj | 0 | 467408 | 483794 | 5767 | 473175 | 96.65 | no |
| 62 | 27-CR-17-8342 | 2022-02-17 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-8342_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093642.pdf | 3 | 1 | Signature_ce1e879a-9989-4d42-8f2b-72db6fc89405 | | D:20240430093642-05'00' | /adbe.pkcs7.detached | 108 0 obj | 0 | 206533 | 222919 | 4733 | 211266 | 92.8 | no |
| 63 | 27-CR-17-8342 | 2020-01-23 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf | 4 | 1 | Signature_178e2628-45c8-49a6-a743-cf3cf373ea21 | | D:20240430093646-05'00' | /adbe.pkcs7.detached | 48 0 obj | 0 | 116920 | 133306 | 4533 | 121453 | 88.11 | no |
| 64 | 27-CR-17-8342 | 2021-05-11 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2021-05-11_20240430093643.pdf | 3 | 1 | Signature_13c8a919-8001-40e0-bef6-30fcd73e4292 | | D:20240430093643-05'00' | /adbe.pkcs7.detached | 117 0 obj | 0 | 114005 | 130391 | 5265 | 119270 | 87.92 | no |
| 65 | 27-CR-17-8342 | 2022-12-27 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf | 7 | 1 | Signature2 | Browne, Michael | D:20221227160124-06'00' | /ETSI.CAdES.detached | 110 0 obj | 0 | 74680 | 86744 | 65275 | 139955 | 17.26 | yes |
| 66 | 27-CR-17-8342 | 2022-12-27 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf | 7 | 2 | Signature_2b8ae60b-978c-4088-b940-c1b64106dd17 | | D:20240430093638-05'00' | /adbe.pkcs7.detached | 161 0 obj | 0 | 789915 | 806301 | 4791 | 794706 | 97.98 | no |

File Url 1: link.storjshare.io/raw/jxvwbxd5cyxl54eoe4q6oskzsegq/file/EXHIBIT AMW-DS_files.zip
File Url 2: MnCourtFraud.Substack.com/api/v1/file/2e8fb1b5-4c21-458b-a35a-45a7ccbe94b1.pdf
File Url 3: Matt1Up.Substack.com/api/v1/file/4ce5d6b3-5b7e-4bf3-870b-74600604dcbf.pdf
File Url 4: drive.proton.me/urls/9EYANWM9MG#6znLFhcrlGfN

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-17-8342 | 2017-08-23 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2017-08-23_20240430093656.pdf | 4 | 1 | Signature_2df0391a-e7dd-4405-a29c-1e306a798b13 | | D:20240430093656-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 88700 | 105086 | 7951 | 96651 | 85.5 | no |
| 68 | 27-CR-17-8342 | 2018-01-04 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2018-01-04_20240430093655.pdf | 4 | 1 | Signature_5c1c07e2-c0fb-4cc3-b639-664bd8f0ff96 | | D:20240430093655-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 90124 | 106510 | 7951 | 98075 | 85.68 | no |
| 69 | 27-CR-17-8342 | 2018-03-26 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2018-03-26_20240430093654.pdf | 4 | 1 | Signature_882a7141-65b7-4fad-bf78-1ee3df26ce21 | | D:20240430093654-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 78340 | 94726 | 4776 | 83116 | 83.53 | no |
| 70 | 27-CR-17-8342 | 2018-10-23 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2018-10-23_20240430093652.pdf | 4 | 1 | Signature_647b3d51-64ea-4956-bae1-5f339dbf1be3 | | D:20240430093652-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 75848 | 92234 | 4776 | 80624 | 83.11 | no |
| 71 | 27-CR-17-8342 | 2019-03-13 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2019-03-13_20240430093651.pdf | 4 | 1 | Signature_af7387b1-4908-4087-8f4d-4f1a1945d25b | | D:20240430093651-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 68836 | 85222 | 4755 | 73591 | 81.79 | no |
| 72 | 27-CR-17-8342 | 2019-10-02 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2019-10-02_20240430093650.pdf | 4 | 1 | Signature_ab896744-27fd-4a1a-9705-d249e5f84bfe | | D:20240430093650-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 68377 | 84763 | 4755 | 73132 | 81.7 | no |
| 73 | 27-CR-17-8342 | 2020-01-24 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2020-01-24_20240430093645.pdf | 4 | 1 | Signature_9f201916-2ada-451a-a7f5-9adb825721ab | | D:20240430093645-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 66162 | 82548 | 4522 | 70684 | 81.18 | no |
| 74 | 27-CR-17-8342 | 2020-01-23 | Proposed Order or Document | MCRO_27-CR-17-8342_Proposed Order or Document_2020-01-23_20240430093647.pdf | 3 | 1 | Signature_cdb18032-a4d3-4915-9ba5-d284d37b8a6d | | D:20240430093647-05'00' | /adbe.pkcs7.detached | 117 0 obj | 0 | 129091 | 145477 | 5978 | 135069 | 89.18 | no |
| 75 | 27-CR-17-8342 | 2022-12-27 | Proposed Order or Document | MCRO_27-CR-17-8342_Proposed Order or Document_2022-12-27_20240430093639.pdf | 3 | 1 | Signature_e924fd0a-6985-460f-bb8e-3d39cd65485b | | D:20240430093639-05'00' | /adbe.pkcs7.detached | 114 0 obj | 0 | 124397 | 140783 | 5301 | 129698 | 88.78 | no |
| 76 | 27-CR-17-8342 | 2024-02-13 | Returned Mail | MCRO_27-CR-17-8342_Returned Mail_2024-02-13_20240430093634.pdf | 4 | 1 | Signature_691ab6a4-c51e-487c-b81c-3ded38c22514 | | D:20240430093634-05'00' | /adbe.pkcs7.detached | 32 0 obj | 0 | 285524 | 301910 | 8487 | 294011 | 94.72 | no |
| 77 | 27-CR-17-22909 | 2022-12-27 | Correspondence for Judicial Approval | MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf | 4 | 1 | Signature_1634e97f-8dfa-43f3-8dfb-60926cb15e1e | | D:20240430093723-05'00' | /adbe.pkcs7.detached | 125 0 obj | 0 | 185271 | 201657 | 6247 | 191518 | 92.12 | no |
| 78 | 27-CR-17-22909 | 2017-09-12 | E-filed Comp-Warrant | MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf | 5 | 1 | Signature1 | | D:20170912113051-05'00' | /adbe.pkcs7.detached | 172 0 obj | 0 | 216419 | 220577 | 11976 | 228395 | 65.92 | yes |
| 79 | 27-CR-17-22909 | 2017-09-12 | E-filed Comp-Warrant | MCRO_27-CR-17-22909_E-filed Comp-Warrant_2017-09-12_20240430093737.pdf | 5 | 2 | Signature_59920241-b4fd-45d2-84f9-dee0e8cfad69 | Integration Service Account | D:20240430093737-05'00' | /adbe.pkcs7.detached | 197 0 obj | 0 | 327457 | 343843 | 2639 | 330096 | 95.27 | no |
| 80 | 27-CR-17-22909 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf | 3 | 1 | Signature_54bdc2c2-8b84-4fb9-b96b-52f659dbc867 | | D:20240430093726-05'00' | /adbe.pkcs7.detached | 412 0 obj | 0 | 415448 | 431834 | 5287 | 420735 | 96.25 | no |
| 81 | 27-CR-17-22909 | 2020-01-23 | Notice of Motion and Motion | MCRO_27-CR-17-22909_Notice of Motion and Motion_2020-01-23_20240430093730.pdf | 3 | 1 | Signature_8e049f32-09cc-4071-b1cb-37ab26ea433c | | D:20240430093730-05'00' | /adbe.pkcs7.detached | 114 0 obj | 0 | 118609 | 128995 | 5962 | 118571 | 87.86 | no |
| 82 | 27-CR-17-22909 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719 (1).pdf | 4 | 1 | Signature_b9deaff5-48ea-49bb-b1bf-5eb074f41e79 | | D:20240430093719-05'00' | /adbe.pkcs7.detached | 85 0 obj | 0 | 249007 | 265393 | 4659 | 253666 | 93.93 | no |
| 83 | 27-CR-17-22909 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719.pdf | 5 | 1 | Signature_c7e29d8f-c86e-4f69-b878-d7b7c933d120 | | D:20240430093718-05'00' | /adbe.pkcs7.detached | 116 0 obj | 0 | 882684 | 899070 | 4596 | 887280 | 98.19 | no |
| 84 | 27-CR-17-22909 | 2022-02-17 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-22909_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093724.pdf | 3 | 1 | Signature_9659fafe-81a5-4c58-952f-8e19921198eb | | D:20240430093724-05'00' | /adbe.pkcs7.detached | 108 0 obj | 0 | 206542 | 222928 | 4733 | 211275 | 92.8 | no |
| 85 | 27-CR-17-22909 | 2017-09-13 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | 5 | 1 | Signature2 | Lamas, Carolina | D:20170913142157-05'00' | /adbe.pkcs7.detached | 9 0 obj | 0 | 74790 | 82502 | 10003 | 84793 | 36.22 | yes |
| 86 | 27-CR-17-22909 | 2017-09-13 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | 5 | 2 | tyler_sig_40e5fa6d-cd53-4be3-b50b-6a323ef5a752 | | D:20170913151018-05'00' | /ETSI.CAdES.detached | 157 0 obj | 0 | 92740 | 109126 | 32820 | 125560 | 53.63 | yes |
| 87 | 27-CR-17-22909 | 2017-09-13 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | 5 | 3 | tyler_sig_40e5fa6d-cd53-4be3-b50b-6a323ef5a752 | | D:20170913151018-05'00' | /ETSI.CAdES.detached | 157 0 obj | 0 | 92740 | 109126 | 32820 | 125560 | 53.63 | no |
| 88 | 27-CR-17-22909 | 2017-09-13 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | 5 | 4 | tyler_sig_40e5fa6d-cd53-4be3-b50b-6a323ef5a752 | | D:20170913151018-05'00' | /ETSI.CAdES.detached | 157 0 obj | 0 | 92740 | 109126 | 32820 | 125560 | 53.63 | no |
| 89 | 27-CR-17-22909 | 2017-09-13 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2017-09-13_20240430093736.pdf | 5 | 5 | Signature_15fa44a1-0c30-4a78-8aff-71670f10e4a2 | | D:20240430093735-05'00' | /adbe.pkcs7.detached | 184 0 obj | 0 | 212397 | 228783 | 5349 | 217746 | 93 | no |
| 90 | 27-CR-17-22909 | 2020-01-23 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf | 4 | 1 | Signature_748c856f-d605-472c-a3d3-c5c77c498755 | | D:20240430093728-05'00' | /adbe.pkcs7.detached | 48 0 obj | 0 | 116926 | 133312 | 4533 | 121459 | 88.11 | no |
| 91 | 27-CR-17-22909 | 2021-05-11 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2021-05-11_20240430093725.pdf | 3 | 1 | Signature_2fcf6bd7-4fc0-489e-855e-2f4c8a5aa509 | | D:20240430093725-05'00' | /adbe.pkcs7.detached | 117 0 obj | 0 | 114010 | 130396 | 5266 | 119276 | 87.92 | no |
| 92 | 27-CR-17-22909 | 2022-12-29 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf | 7 | 1 | Signature2 | Browne, Michael | D:20221227160124-06'00' | /ETSI.CAdES.detached | 110 0 obj | 0 | 74680 | 86744 | 65275 | 139955 | 17.26 | yes |
| 93 | 27-CR-17-22909 | 2022-12-29 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf | 7 | 2 | Signature_fe71b7d3-f36b-41b9-8c7e-665ed665e8f1 | | D:20240430093721-05'00' | /adbe.pkcs7.detached | 161 0 obj | 0 | 789916 | 806302 | 4790 | 794706 | 97.98 | no |
| 94 | 27-CR-17-22909 | 2018-03-26 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2018-03-26_20240430093734.pdf | 4 | 1 | Signature_3a34c386-2493-4882-b825-1538fc9b929f | | D:20240430093734-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 78341 | 94727 | 4776 | 83117 | 83.53 | no |
| 95 | 27-CR-17-22909 | 2018-10-23 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2018-10-23_20240430093733.pdf | 4 | 1 | Signature_89f45538-7b9c-454b-b047-7221cb02848b | | D:20240430093733-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 75851 | 92237 | 4776 | 80627 | 83.11 | no |
| 96 | 27-CR-17-22909 | 2019-03-13 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2019-03-13_20240430093732.pdf | 4 | 1 | Signature_33680729-92f6-4660-a775-11700817a791 | | D:20240430093732-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 68840 | 85226 | 4755 | 73595 | 81.79 | no |
| 97 | 27-CR-17-22909 | 2019-10-02 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2019-10-02_20240430093731.pdf | 4 | 1 | Signature_06ba3548-c2d1-4654-b5ad-be83ff9797e0 | | D:20240430093731-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 68380 | 84766 | 4755 | 73135 | 81.7 | no |
| 98 | 27-CR-17-22909 | 2020-01-24 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2020-01-24_20240430093727.pdf | 4 | 1 | Signature_aa26f905-089c-4732-9969-0b20db819afa | | D:20240430093727-05'00' | /adbe.pkcs7.detached | 31 0 obj | 0 | 66166 | 82552 | 4522 | 70688 | 81.18 | no |
| 99 | 27-CR-17-22909 | 2020-01-23 | Proposed Order or Document | MCRO_27-CR-17-22909_Proposed Order or Document_2020-01-23_20240430093729.pdf | 3 | 1 | Signature_6dbaee4f-9f4a-4514-88e0-f8cdfbdf7dbe | | D:20240430093729-05'00' | /adbe.pkcs7.detached | 117 0 obj | 0 | 129097 | 145483 | 5978 | 135075 | 89.18 | no |

File Url 1: link.storjshare.io/raw/jxvwbxd5cyxl54eoe4q6oskzsegq/file/EXHIBIT AMW-DS_files.zip
File Url 2: MnCourtFraud.Substack.com/api/v1/file/2e8fb1b5-4c21-458b-a35a-45a7ccbe94b1.pdf
File Url 3: Matt1Up.Substack.com/api/v1/file/4ce5d6b3-5b7e-4bf3-870b-74600604dcbf.pdf
File Url 4: drive.proton.me/urls/9EYANWM9MG#6znLFhcrIGfN

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 27-CR-17-22909 | 2022-12-27 | Proposed Order or Document | MCRO_27-CR-17-22909_Proposed Order or Document_2022-12-27_20240430093722.pdf | 3 | 1 | Signature_39d40c58-fc39-424f-bc91-c126e70039ba | | D:20240430093722-05'00' | /adbe.pkcs7.detached | 114 0 obj | 0 | 124402 | 140788 | 5300 | 129702 | 88.78 | no |
| 101 | 27-CR-17-22909 | 2024-02-13 | Returned Mail | MCRO_27-CR-17-22909_Returned Mail_2024-02-13_20240430093718.pdf | 4 | 1 | Signature_9e78ca69-c093-462d-9b20-4fac3001c6af | | D:20240430093718-05'00' | /adbe.pkcs7.detached | 32 0 obj | 0 | 280224 | 296610 | 8487 | 288711 | 94.63 | no |
| | | | | | | | | | | | | | | | | | | |
| 15 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 1 | Signature1 | Borer, George | D:20240411083556-05'00' | /ETSI.CAdES.detached | 147 0 obj | 0 | 157337 | 169389 | 31351 | 188688 | 38.61 | yes |
| 53 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 1 | Signature1 | Borer, George | D:20240411083556-05'00' | /ETSI.CAdES.detached | 147 0 obj | 0 | 157337 | 169389 | 31351 | 188688 | 38.54 | yes |
| 16 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | 9 | 2 | Signature2 | Dayton Klein, Julia | D:20240411092258-05'00' | /ETSI.CAdES.detached | 155 0 obj | 0 | 201137 | 208165 | 71467 | 272604 | 55.78 | yes |
| 54 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | 9 | 2 | Signature2 | Dayton Klein, Julia | D:20240411092258-05'00' | /ETSI.CAdES.detached | 155 0 obj | 0 | 201137 | 208165 | 71467 | 272604 | 55.68 | yes |
| | | | | | | | | | | | | | | | | | | |
| 28 | 27-CR-17-1555 | 2022-12-27 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf | 7 | 1 | Signature2 | Browne, Michael | D:20221227160124-06'00' | /ETSI.CAdES.detached | 110 0 obj | 0 | 74680 | 86744 | 65275 | 139955 | 17.26 | yes |
| 65 | 27-CR-17-8342 | 2022-12-27 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf | 7 | 1 | Signature2 | Browne, Michael | D:20221227160124-06'00' | /ETSI.CAdES.detached | 110 0 obj | 0 | 74680 | 86744 | 65275 | 139955 | 17.26 | yes |

**File Url 1:** link.storjshare.io/raw/jxvwbxd5cyxl54eoe4q6oskzsegq/file/EXHIBIT AMW-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/2e8fb1b5-4c21-458b-a35a-45a7ccbe94b1.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/4ce5d6b3-5b7e-4bf3-870b-74600604dcbf.pdf
**File Url 4:** drive.proton.me/urls/9EYANWM9MG#6znLFhcrIGfN

4

**EXHIBIT AMW-DS | p. 4**