# EXHIBIT AMW-MD

| Index | Case Number | Filing Date | Filing Type | PDF FIle Name | Digital Signature Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-17-1555 | 2018-03-26 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2018-03-26_20240430093558.pdf | | RICOH Aficio MP 301 | 2018:03:26 13:47:11-03:30 | uuid:04d149e6-fdf3-4c21-835d-dadb5b157242 | uuid:b5a5b1f4-9101-43bb-a749-c3824866f185 |
| 2 | 27-CR-17-8342 | 2018-03-26 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2018-03-26_20240430093654.pdf | | RICOH Aficio MP 301 | 2018:03:26 13:47:11-03:30 | uuid:04d149e6-fdf3-4c21-835d-dadb5b157242 | uuid:ada49277-c392-4d88-96c0-cb0babc74444 |
| 3 | 27-CR-17-22909 | 2018-03-26 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2018-03-26_20240430093734.pdf | | RICOH Aficio MP 301 | 2018:03:26 13:47:11-03:30 | uuid:04d149e6-fdf3-4c21-835d-dadb5b157242 | uuid:db042efd-1aa8-4a30-b872-95781c99e89f |
| 4 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 5 | 27-CR-17-1555 | 2018-10-23 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2018-10-23_20240430093557.pdf | | RICOH Aficio MP 301 | 2018:10:23 09:25:54-03:30 | uuid:5481c417-3a48-458a-a2fe-5ddd194ca45a | uuid:583fcfb3-e671-4c96-948c-6964c6e62cb1 |
| 6 | 27-CR-17-8342 | 2018-10-23 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2018-10-23_20240430093652.pdf | | RICOH Aficio MP 301 | 2018:10:23 09:25:54-03:30 | uuid:5481c417-3a48-458a-a2fe-5ddd194ca45a | uuid:27296183-62d0-407a-9760-f83abc327129 |
| 7 | 27-CR-17-22909 | 2018-10-23 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2018-10-23_20240430093733.pdf | | RICOH Aficio MP 301 | 2018:10:23 09:25:54-03:30 | uuid:5481c417-3a48-458a-a2fe-5ddd194ca45a | uuid:fe691f0f-df95-470d-8948-dee612b3e018 |
| 8 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 9 | 27-CR-17-1555 | 2019-03-13 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2019-03-13_20240430093556.pdf | | RICOH Aficio MP 301 | 2019:03:13 11:59:06-03:30 | uuid:31025c4a-1698-43d5-b993-d8f6aff44e08 | uuid:5e675804-6e6d-4c14-84c4-e08ed6706d36 |
| 10 | 27-CR-17-8342 | 2019-03-13 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2019-03-13_20240430093651.pdf | | RICOH Aficio MP 301 | 2019:03:13 11:59:06-03:30 | uuid:31025c4a-1698-43d5-b993-d8f6aff44e08 | uuid:0eadaee1-0fc9-46a7-a9ce-86f1ad8cabc0 |
| 11 | 27-CR-17-22909 | 2019-03-13 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2019-03-13_20240430093732.pdf | | RICOH Aficio MP 301 | 2019:03:13 11:59:06-03:30 | uuid:31025c4a-1698-43d5-b993-d8f6aff44e08 | uuid:6386b6c0-0401-4cab-b698-2e5d6d488912 |
| 12 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 13 | 27-CR-17-1555 | 2019-10-02 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2019-10-02_20240430093555.pdf | | RICOH Aficio MP 301 | 2019:10:02 11:53:54-03:30 | uuid:0cc436de-2d2d-4608-a8a6-2494e1ba4a42 | uuid:823d9674-830e-44c0-bec2-ee2c151070bb |
| 14 | 27-CR-17-8342 | 2019-10-02 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2019-10-02_20240430093650.pdf | | RICOH Aficio MP 301 | 2019:10:02 11:53:54-03:30 | uuid:0cc436de-2d2d-4608-a8a6-2494e1ba4a42 | uuid:f5a22fc7-68b1-4847-afc4-e32e21d231ca |
| 15 | 27-CR-17-22909 | 2019-10-02 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2019-10-02_20240430093731.pdf | | RICOH Aficio MP 301 | 2019:10:02 11:53:54-03:30 | uuid:0cc436de-2d2d-4608-a8a6-2494e1ba4a42 | uuid:e2f4073a-db68-4221-aac2-8284e8d8cbb0 |
| 16 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 17 | 27-CR-17-1555 | 2020-01-23 | Notice of Motion and Motion | MCRO_27-CR-17-1555_Notice of Motion and Motion_2020-01-23_20240430093554.pdf | | Paige L Starkey | 2020:01:23 09:15:15-06:00 | uuid:a4905d95-b0cf-44b9-948b-2344ed057e8e | uuid:655b0140-22ff-4cfa-8086-751b74048a7f |
| 18 | 27-CR-17-1555 | 2020-01-23 | Proposed Order or Document | MCRO_27-CR-17-1555_Proposed Order or Document_2020-01-23_20240430093553.pdf | | Paige L Starkey | 2020:01:23 09:15:15-06:00 | uuid:6000db44-261a-4873-a071-7c75aca3a9e7 | uuid:eb396814-aa45-4869-8fc9-ae814b737c99 |
| 19 | 27-CR-17-8342 | 2020-01-23 | Notice of Motion and Motion | MCRO_27-CR-17-8342_Notice of Motion and Motion_2020-01-23_20240430093649.pdf | | Paige L Starkey | 2020:01:23 09:15:15-06:00 | uuid:a4905d95-b0cf-44b9-948b-2344ed057e8e | uuid:ecbc497e-6d6a-490f-98ab-3ccb30f851b6 |
| 20 | 27-CR-17-8342 | 2020-01-23 | Proposed Order or Document | MCRO_27-CR-17-8342_Proposed Order or Document_2020-01-23_20240430093647.pdf | | Paige L Starkey | 2020:01:23 09:15:15-06:00 | uuid:6000db44-261a-4873-a071-7c75aca3a9e7 | uuid:2e1e7eec-fe19-460a-946a-b0e31a987fde |
| 21 | 27-CR-17-22909 | 2020-01-23 | Notice of Motion and Motion | MCRO_27-CR-17-22909_Notice of Motion and Motion_2020-01-23_20240430093730.pdf | | Paige L Starkey | 2020:01:23 09:15:15-06:00 | uuid:a4905d95-b0cf-44b9-948b-2344ed057e8e | uuid:db3436c3-0014-40fe-9edf-6733dc1ce78c |
| 22 | 27-CR-17-22909 | 2020-01-23 | Proposed Order or Document | MCRO_27-CR-17-22909_Proposed Order or Document_2020-01-23_20240430093729.pdf | | Paige L Starkey | 2020:01:23 09:15:15-06:00 | uuid:6000db44-261a-4873-a071-7c75aca3a9e7 | uuid:18558211-58f4-4ea2-8591-d86db13308ee |
| 23 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 24 | 27-CR-17-1555 | 2020-01-23 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2020-01-23_20240430093552.pdf | | RICOH Aficio MP 301 | 2020:01:23 13:11:54-06:00 | uuid:2c970cc3-5bed-42cb-b35d-70178e3fb0f7 | uuid:f3a0162d-42af-4a48-afd5-35f4afa927b4 |
| 25 | 27-CR-17-8342 | 2020-01-23 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2020-01-23_20240430093646.pdf | | RICOH Aficio MP 301 | 2020:01:23 13:11:54-06:00 | uuid:2c970cc3-5bed-42cb-b35d-70178e3fb0f7 | uuid:759e660c-3955-4b53-85ce-ff544c1d073f |
| 26 | 27-CR-17-22909 | 2020-01-23 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2020-01-23_20240430093728.pdf | | RICOH Aficio MP 301 | 2020:01:23 13:11:54-06:00 | uuid:2c970cc3-5bed-42cb-b35d-70178e3fb0f7 | uuid:cf4b692c-b62c-474e-8a7a-7f632f690fc7 |
| 27 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 28 | 27-CR-17-1555 | 2020-01-24 | Order to Transport | MCRO_27-CR-17-1555_Order to Transport_2020-01-24_20240430093551.pdf | | RICOH Aficio MP 301 | 2020:01:24 14:24:20-06:00 | uuid:31d8f397-1236-4e15-887a-b5065fb324ec | uuid:064c0525-be76-4900-9193-44d78223fad2 |
| 29 | 27-CR-17-8342 | 2020-01-24 | Order to Transport | MCRO_27-CR-17-8342_Order to Transport_2020-01-24_20240430093645.pdf | | RICOH Aficio MP 301 | 2020:01:24 14:24:20-06:00 | uuid:31d8f397-1236-4e15-887a-b5065fb324ec | uuid:e35511ee-c57c-471f-92c5-f1fb62adba73 |
| 30 | 27-CR-17-22909 | 2020-01-24 | Order to Transport | MCRO_27-CR-17-22909_Order to Transport_2020-01-24_20240430093727.pdf | | RICOH Aficio MP 301 | 2020:01:24 14:24:20-06:00 | uuid:31d8f397-1236-4e15-887a-b5065fb324ec | uuid:b6144ef6-d14f-433e-9e0d-072bd70caa81 |
| 31 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jvfhcjcfidrtiquzn6etptkhw7yq/file/EXHIBIT AMW-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/f76755fd-9b52-4a82-a69d-6dfdd0d4ae8b.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/edb977d7-e7ec-4265-9cdf-63f40780090e.pdf
**File Url 4:** drive.proton.me/urls/1D6JABWV8W#c1k3E8rDLUNN

| Index | Case Number | Filing Date | Filing Type | PDF FIle Name | Digital Signature Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-17-1555 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093550.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:05:08 15:43:00-05:00 | uuid:334a7afa-680e-4938-800b-76e3ebe38366 | uuid:e0001e01-fe68-40ce-b6cf-c63026c64057 |
| 35 | 27-CR-17-8342 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093644.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:05:08 15:43:00-05:00 | uuid:334a7afa-680e-4938-800b-76e3ebe38366 | uuid:882353f7-36f6-476d-a03e-9b08f16b0790 |
| 36 | 27-CR-17-22909 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | MCRO_27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08_20240430093726.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:05:08 15:43:00-05:00 | uuid:334a7afa-680e-4938-800b-76e3ebe38366 | uuid:de2e7946-bb0d-41b0-9946-0e8a8aa7777d |
| 37 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 38 | 27-CR-17-1555 | 2021-05-11 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2021-05-11_20240430093549.pdf | | Moosbrugger, Timothy, Moosbrugger, Timothy | 2021:05:11 08:13:17-05:00 | uuid:a80892ab-5ec1-4093-9036-686b695f8440 | uuid:39be17fc-9a4c-404c-9b08-fe8092feda80 |
| 39 | 27-CR-17-8342 | 2021-05-11 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2021-05-11_20240430093643.pdf | | Moosbrugger, Timothy, Moosbrugger, Timothy | 2021:05:11 08:13:17-05:00 | uuid:9519e558-f042-4394-8c9e-389ab81ea190 | uuid:44004ed1-6875-4673-a88e-91a57d66a851 |
| 40 | 27-CR-17-22909 | 2021-05-11 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2021-05-11_20240430093725.pdf | | Moosbrugger, Timothy, Moosbrugger, Timothy | 2021:05:11 08:13:17-05:00 | uuid:6322c3cf-75bd-4a9a-bc34-2ce636db0045 | uuid:87c5d6ed-f19e-4047-b561-9048b3d2fc60 |
| 41 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 42 | 27-CR-17-1555 | 2022-02-17 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-1555_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093548.pdf | | Johnsoncn | 2022:02:17 10:51:56-06:00 | uuid:41935385-878d-4b3c-8e25-0eb98d8dda30 | uuid:4b39529c-c698-4ec7-831a-86bf62b7ddc7 |
| 43 | 27-CR-17-8342 | 2022-02-17 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-8342_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093642.pdf | | Johnsoncn | 2022:02:17 10:51:56-06:00 | uuid:41935385-878d-4b3c-8e25-0eb98d8dda30 | uuid:3061d39b-31ae-4d16-90d2-b1f33bf8aa30 |
| 44 | 27-CR-17-22909 | 2022-02-17 | Order-Evaluation for Competency to Proceed (Rule 20.01) | MCRO_27-CR-17-22909_Order-Evaluation for Competency to Proceed (Rule 20.01)_2022-02-17_20240430093724.pdf | | Johnsoncn | 2022:02:17 10:51:56-06:00 | uuid:41935385-878d-4b3c-8e25-0eb98d8dda30 | uuid:57c3f268-0fe1-4349-8a6c-def0decb4c96 |
| 45 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 46 | 27-CR-17-1555 | 2022-12-27 | Proposed Order or Document | MCRO_27-CR-17-1555_Proposed Order or Document_2022-12-27_20240430093545.pdf | | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:05:55-06:00 | uuid:D2CB887D-40BF-4F6B-A656-08FD7B41B4E2 | uuid:f0482aaf-d631-4dcf-9f7b-95ff22ce26d4 |
| 47 | 27-CR-17-1555 | 2022-12-27 | Order-Other | MCRO_27-CR-17-1555_Order-Other_2022-12-27_20240430093545.pdf | Browne, Michael | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:05:55-06:00 | uuid:D2CB887D-40BF-4F6B-A656-08FD7B41B4E2 | uuid:acfc1f13-7651-4a7c-8ba4-d2b6711433c8 |
| 48 | 27-CR-17-8342 | 2022-12-27 | Proposed Order or Document | MCRO_27-CR-17-8342_Proposed Order or Document_2022-12-27_20240430093639.pdf | | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:05:55-06:00 | uuid:D2CB887D-40BF-4F6B-A656-08FD7B41B4E2 | uuid:0b2d37e6-b3d5-4940-b17b-26045c9e530e |
| 49 | 27-CR-17-8342 | 2022-12-27 | Order-Other | MCRO_27-CR-17-8342_Order-Other_2022-12-27_20240430093638.pdf | Browne, Michael | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:05:55-06:00 | uuid:D2CB887D-40BF-4F6B-A656-08FD7B41B4E2 | uuid:acfc1f13-7651-4a7c-8ba4-d2b6711433c8 |
| 50 | 27-CR-17-22909 | 2022-12-27 | Proposed Order or Document | MCRO_27-CR-17-22909_Proposed Order or Document_2022-12-27_20240430093722.pdf | | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:05:55-06:00 | uuid:D2CB887D-40BF-4F6B-A656-08FD7B41B4E2 | uuid:6be1e2bf-eb6e-4a18-8156-6cce9de47490 |
| 51 | 27-CR-17-22909 | 2022-12-29 | Order-Other | MCRO_27-CR-17-22909_Order-Other_2022-12-29_20240430093721.pdf | Browne, Michael | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:05:55-06:00 | uuid:D2CB887D-40BF-4F6B-A656-08FD7B41B4E2 | uuid:acfc1f13-7651-4a7c-8ba4-d2b6711433c8 |
| 52 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 53 | 27-CR-17-1555 | 2022-12-27 | Correspondence for Judicial Approval | MCRO_27-CR-17-1555_Correspondence for Judicial Approval_2022-12-27_20240430093546.pdf | | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:07:40-06:00 | uuid:C5AE9A7B-9393-402F-A2AD-1777A6880BD0 | uuid:769320b4-b1b5-4181-8115-82f07b72b192 |
| 54 | 27-CR-17-8342 | 2022-12-27 | Correspondence for Judicial Approval | MCRO_27-CR-17-8342_Correspondence for Judicial Approval_2022-12-27_20240430093640.pdf | | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:07:40-06:00 | uuid:C5AE9A7B-9393-402F-A2AD-1777A6880BD0 | uuid:d32fe0f3-fecb-4d4d-b369-fb10e611a014 |
| 55 | 27-CR-17-22909 | 2022-12-27 | Correspondence for Judicial Approval | MCRO_27-CR-17-22909_Correspondence for Judicial Approval_2022-12-27_20240430093723.pdf | | Burg, Amanda R, Burg, Amanda R | 2022:12:27 12:07:40-06:00 | uuid:C5AE9A7B-9393-402F-A2AD-1777A6880BD0 | uuid:7620bb9a-cea7-4c0b-a649-f8ccdb195408 |
| 56 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 57 | 27-CR-17-1555 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543 (1).pdf | | hernandezke | 2024:01:09 17:31:03-06:00 | uuid:bf7fb7e1-46b3-4072-886f-6d43252c601b | uuid:f96f885a-d3d6-4bea-be98-88db4a33b5cc |
| 58 | 27-CR-17-1555 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-01-09_20240430093543.pdf | | hernandezke | 2024:01:09 17:31:03-06:00 | uuid:bf7fb7e1-46b3-4072-886f-6d43252c601b | uuid:f1454ee4-98ef-484c-aa9b-b07749b1e1d7 |
| 59 | 27-CR-17-8342 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093636.pdf | | hernandezke | 2024:01:09 17:31:03-06:00 | uuid:bf7fb7e1-46b3-4072-886f-6d43252c601b | uuid:f1454ee4-98ef-484c-aa9b-b07749b1e1d7 |
| 60 | 27-CR-17-8342 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-01-09_20240430093637.pdf | | hernandezke | 2024:01:09 17:31:03-06:00 | uuid:bf7fb7e1-46b3-4072-886f-6d43252c601b | uuid:d3655182-6183-4b4d-83ec-b73c7e0dc7d1 |
| 61 | 27-CR-17-22909 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719.pdf | | hernandezke | 2024:01:09 17:31:03-06:00 | uuid:bf7fb7e1-46b3-4072-886f-6d43252c601b | uuid:f1454ee4-98ef-484c-aa9b-b07749b1e1d7 |
| 62 | 27-CR-17-22909 | 2024-01-09 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-22909_Notice of Remote Hearing with Instructions_2024-01-09_20240430093719 (1).pdf | | hernandezke | 2024:01:09 17:31:03-06:00 | uuid:bf7fb7e1-46b3-4072-886f-6d43252c601b | uuid:d3655182-6183-4b4d-83ec-b73c7e0dc7d1 |
| 63 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 64 | 27-CR-17-1555 | 2024-01-31 | Notice of Motion and Motion | MCRO_27-CR-17-1555_Notice of Motion and Motion_2024-01-31_20240430093541.pdf | | Hennepin County | 2024:01:30 16:17:39-06:00 | uuid:0D6C5513-5F08-42B4-B1ED-340AF0B01D24 | uuid:69cf149a-6b2a-42d4-bd51-f58489bf42ee |
| 65 | 27-CR-17-8342 | 2024-01-31 | Notice of Motion and Motion | MCRO_27-CR-17-8342_Notice of Motion and Motion_2024-01-31_20240430093635.pdf | | Hennepin County | 2024:01:30 16:17:39-06:00 | uuid:0D6C5513-5F08-42B4-B1ED-340AF0B01D24 | uuid:0431aee5-81e2-488d-bdde-66211a287325 |
| 66 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |

**File Url 1:** link.storjshare.io/raw/jvfhcjcfidrtiquzn6etptkhw7yq/file/EXHIBIT AMW-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/f76755fd-9b52-4a82-a69d-6dfdd0d4ae8b.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/edb977d7-e7ec-4265-9cdf-63f40780090e.pdf
**File Url 4:** drive.proton.me/urls/1D6JABWV8W#c1k3E8rDLUNN

| Index | Case Number | Filing Date | Filing Type | PDF FIle Name | Digital Signature Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|
| 67 | 27-CR-17-1555 | 2024-03-19 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-1555_Notice of Remote Hearing with Instructions_2024-03-19_20240430093538.pdf | | Sanders, Olivia, Sanders, Olivia | 2024:03:19 16:32:14-05:00 | uuid:8B238C7F-9619-4740-B68B-BDE0D2B16F4A | uuid:8B238C7F-9619-4740-B68B-BDE0D2B16F4A |
| 68 | 27-CR-17-8342 | 2024-03-19 | Notice of Remote Hearing with Instructions | MCRO_27-CR-17-8342_Notice of Remote Hearing with Instructions_2024-03-19_20240430093633.pdf | | Sanders, Olivia, Sanders, Olivia | 2024:03:19 16:32:14-05:00 | uuid:8B238C7F-9619-4740-B68B-BDE0D2B16F4A | uuid:8B238C7F-9619-4740-B68B-BDE0D2B16F4A |
| 69 | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 70 | 27-CR-17-1555 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-1555_Order Denying Motion_2024-04-11_20240430093537.pdf | Borer, George; Dayton Klein, Julia | barbj | 2024:04:11 08:35:11-05:00 | uuid:e58c1343-4ae9-425b-9988-f4ff5af37452 | uuid:1474b7fa-9539-42af-8db8-d9c222126d16 |
| 71 | 27-CR-17-8342 | 2024-04-11 | Order Denying Motion | MCRO_27-CR-17-8342_Order Denying Motion_2024-04-11_20240430093632.pdf | Borer, George; Dayton Klein, Julia | barbj | 2024:04:11 08:35:11-05:00 | uuid:e58c1343-4ae9-425b-9988-f4ff5af37452 | uuid:1474b7fa-9539-42af-8db8-d9c222126d16 |

**File Url 1:** link.storjshare.io/raw/jvfhcjcfidrtiquzn6etptkhw7yq/file/EXHIBIT AMW-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/f76755fd-9b52-4a82-a69d-6dfdd0d4ae8b.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/edb977d2-7e7ec-4265-9cdf-63f40780090e.pdf
**File Url 4:** drive.proton.me/urls/1D6JABWV8W#c1k3E8rDLUNN