# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | **MOTION FOR JUDICIAL OF DOCUMENTS LISTING "NEHRING, ALISHA" AS CREATOR AND RECORD ATTRIBUTES** |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.   INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts concerning a subset of Minnesota Court Records Online (MCRO) filings in which the document metadata lists "Nehring, Alisha" as Author/Creator. The noticed facts derive from (a) compiled case-file excerpts showing repeated order formats and side-by-side page comparisons, and (b) CSV-to-PDF tables of

digital-signature fields and document metadata. These facts are capable of accurate and ready determination from the face of the attached exhibits and are offered solely to clarify the record's provenance without altering it. See <u>Fed. R. App. P. 10(e), 27.</u>

## II.   FACTS FOR JUDICIAL NOTICE

**A.   |   Curated Case Set Listing "Nehring, Alisha" as Author/Creator (NEH-1)**

**1.** NEH-1 compiles 27 case files from Appellant's MCRO evidentiary dataset that list "Nehring, Alisha" as Author/Creator in the document metadata; each file includes a cover page identifying the extracted digital-signature data (pdfsig) and metadata (exiftool), and groups repeated order types.

**2.** The set includes, inter alia: three "Find of Fact-Order, Pet Commitment-Dfd Found Incompetent;" one "Findings and Order;" five "Findings of Fact, Conclusions of Law and Order;" one "Order for Continuance" filed 06/14/2023 in 27-CR-23-1886; two "Order to Transport;" and fifteen "Order-Other" entries, each presented with source links as described in the exhibit notes.

**B.   |   Side-by-Side Page Comparisons (NEH-2 / NEH-3)**

**1.** NEH-2 lays out two orders per page from the "Nehring, Alisha" set to show identical layouts and close-in-time Odyssey eFiling timestamp blocks; each page provides URL links to original source files, OpenTimestamps, signature extracts, and metadata, plus mirrored embedded-document links for redundancy.

**2.** NEH-3 presents three orders per page from the same set to permit immediate visual comparison of repeated order language/formatting with the same linking scheme as NEH-2.

**C. | Digital-Signature Extraction Table (NEH-DS)**

**1.** The signature table lists per-document fields including signer names, signature times (e.g., "D:20240430093550-05'00'"), subfilters (e.g., "/adbe.pkcs7.detached" or "/ETSI.CAdES.detached"), object references (e.g., "V Obj 412"), and signed-byte-range coverage.

**2.** Entries for 2019-10-09 "Order-Other" filings show sequences where a judicial signer entry (e.g., "Lamas, Carolina") is followed by multiple "tyler_sig_…" entries with the same recorded sign time within the same file; the table records whether edits occurred after signature.

**3.** The table includes a 06/14/2023 "Order for Continuance" in 27-CR-23-1886 with entries for a judicial signer and subsequent "tyler_sig_…" fields, each with its own sign time and byte-range coverage.

**D. | Document-Metadata Table (NEH-MD)**

**1.** The metadata table lists, for each file: Creator ("Nehring, Alisha"), create-date timestamps, Document ID (metadata UUID), and Instance ID, alongside filing type and any listed digital signer.

**2.** Multiple case numbers share the same create-date to the second and the same Document-ID UUID across different dockets (e.g., 2019-10-09 "Order-Other" entries; 2020-05-08 "Find of Fact-Order, Pet Commitment-Dfd Found Incompetent" triad; 2022-02-25 paired findings orders), with differing Instance IDs.

**3.** Several entries reflect a judicial signer (e.g., "Lamas, Carolina") while the metadata "Creator" remains "Nehring, Alisha," with identical create-times across separate case numbers.

### III.   LEGAL STANDARD

**A.  |  Judicial Notice on Appeal**

A court may take notice of facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d).

Appellate courts may notice objective attributes of records—public docket excerpts, file metadata, and signature-field listings—for the limited purpose of clarifying provenance and chronology without altering the record's substance. See Fed. R. App. P. 10(e), 27.

### IV.   REQUEST FOR JUDICIAL NOTICE

**A.  |  Specific Items for Notice**

**1.** That NEH-1 consists of 27 case-file exemplars whose document metadata list "Nehring, Alisha" as Author/Creator, and that the exhibit organizes repeated order types with cover-page extracts of signature and metadata fields.

**2.** That NEH-2 and NEH-3 present side-by-side page comparisons of orders from the "Nehring, Alisha" set with Odyssey eFiling timestamp blocks minutes apart and page-level links to the original source files, timestamp proofs, signature extracts, and metadata.

**3.** That NEH-DS records, for the listed filings, signature times, subfilters, object references, and byte-range coverage—including sequences showing a

judicial signer followed by "tyler_sig_…" entries within the same file—and flags of edits after signature where applicable.

**4.** That NEH-MD records, for the listed filings, a metadata "Creator" of "Nehring, Alisha," identical create-times across different case numbers for grouped filings, shared Document-ID UUIDs with different Instance IDs, and entries where the metadata Creator differs from the displayed judicial signer.

**5.** Notice is sought solely as to the existence and objective attributes shown on the face of the exhibits (metadata fields, signature listings, timestamps, UUIDs), without inviting merits inferences.

## V.  RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice.

**2.** Take judicial notice of the discrete facts enumerated in Section IV to clarify the record's provenance.

**3.** Grant such further relief as is just and appropriate.

## VI.  ATTACHED EXHIBITS

1. **EXHIBIT NEH-1**
   Compiled case files listing "Nehring, Alisha" as Author/Creator; cover pages include extracted signature and metadata fields and group repeated order types.

2. **EXHIBIT NEH-2**
   Two-up page comparisons from the "Nehring, Alisha" set with eFiling timestamps and per-page source/OTS/signature/metadata links.

3. **EXHIBIT NEH-3**

   Three-up page comparisons from the same set with the same linking and presentation scheme.

4. **EXHIBIT NEH-DS**

   CSV-to-PDF digital-signature extraction table (sign times, subfilters, object refs, byte-range coverage, edit-after-sig flags).

5. **EXHIBIT NEH-MD**

   CSV-to-PDF metadata table (Creator "Nehring, Alisha," create-dates, Document-ID UUIDs, Instance IDs) showing grouped same-time entries across different case numbers.

**Dated: October 4, 2025**                                          *Respectfully submitted,*

  */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL OF DOCUMENTS LISTING "NEHRING, ALISHA" AS CREATOR AND RECORD ATTRIBUTES contains 893 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                              *Respectfully submitted,*

                                                                                                  */s/ Matthew D. Guertin*

                                                                                                 Matthew David Guertin
                                                                                                 ***Appellant Pro Se***
                                                                                                 4385 Trenton Ln. N 202
                                                                                                 Plymouth, MN  55442
                                                                                                 Telephone: 763-221-4540
                                                                                                 MattGuertin@protonmail.com
                                                                                                 www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**                    *Respectfully submitted,*

                                          */s/ Matthew D. Guertin*

                                          Matthew David Guertin
                                          ***Appellant Pro Se***
                                          4385 Trenton Ln. N 202
                                          Plymouth, MN 55442
                                          Telephone: 763-221-4540
                                          MattGuertin@protonmail.com
                                          www.MattGuertin.com