# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br><br>                  Appellant, <br><br>   v. <br><br> **TIM WALZ,** <br> Governor of Minnesota; <br><br> **KEITH ELLISON,** <br> Minnesota Attorney General; <br><br> **HENNEPIN COUNTY,** <br> a municipal entity; <br><br> **MARY MORIARTY,** <br> Hennepin County Attorney; <br><br> **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; <br><br> **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; <br><br> **KERRY W. MEYER,** <br> Chief Judge, 4th District; <br><br> **BRUCE M. RIVERS,** <br> Private Defense Counsel; <br><br> **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; <br><br> **ALISHA NEHRING,** <br> MN Department of Health Attorney; <br><br> **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; <br><br> **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; <br><br> **SARAH HUDLESTON,** <br> Judge, 4th District; <br><br> **WILLIAM H. KOCH,** <br> Judge, 4th District; <br><br> **JULIA DAYTON-KLEIN,** <br> Judge, 4th District; <br><br> **DANIELLE C. MERCURIO,** <br> Judge, 4th District; <br><br> **GEORGE F. BORER,** <br> Referee, 4th District; | Case No: 25-2476 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **EXHIBIT LIST** |

| | |
|---|---|
| **LEE CUELLAR,**<br>Judicial Clerk, 4th District;<br>**MAWERDI HAMID,**<br>Assistant Hennepin County Attorney;<br>**JACQUELINE PEREZ,**<br>Assistant Hennepin County Attorney;<br>**EMMETT M. DONNELLY,**<br>Hennepin County Public Defender;<br>**RAISSA CARPENTER,**<br>Hennepin County Public Defender;<br>**SHEREEN ASKALANI,**<br>Judge, 4th District;<br>**DR. JILL ROGSTAD,**<br>Senior Clinical Forensic Psychologist;<br>**DR. ADAM MILZ,**<br>Hennepin County Psychological Services;<br>**DR. KATHERYN CRANBROOK,**<br>Hennepin County Psychological Services;<br>**DR. KRISTEN A. OTTE,**<br>Hennepin County Psychological Services;<br>**MICHAEL K. BROWNE,**<br>Judge, 4th District;<br>**LISA K. JANZEN,**<br>Judge, 4th District;<br>**CAROLINA A. LAMAS,**<br>Judge, 4th District;<br>**JOHN DOES 1–50;**<br>**JANE DOES 1–50,**<br>                Appellees. | |

## I. EXHIBITS ATTACHED TO THIS FILING

1. **EXHIBIT NEH-1**

    Compiled case files listing "Nehring, Alisha" as Author/Creator; cover pages include extracted signature and metadata fields and group repeated order types.

2

2. **EXHIBIT NEH-2**

    Two-up page comparisons from the "Nehring, Alisha" set with eFiling timestamps and per-page source/OTS/signature/metadata links.

3. **EXHIBIT NEH-3**

    Three-up page comparisons from the same set with the same linking and presentation scheme.

4. **EXHIBIT NEH-DS**

    CSV-to-PDF digital-signature extraction table (sign times, subfilters, object refs, byte-range coverage, edit-after-sig flags).

5. **EXHIBIT NEH-MD**

    CSV-to-PDF metadata table (Creator "Nehring, Alisha," create-dates, Document-ID UUIDs, Instance IDs) showing grouped same-time entries across different case numbers.

**Dated:  Octber 4, 2025**                                  *Respectfully submitted,*

                                                             */s/ Matthew D. Guertin*

                                                            Matthew David Guertin
                                                            ***Appellant Pro Se***
                                                            4385 Trenton Ln. N 202
                                                            Plymouth, MN  55442
                                                            Telephone: 763-221-4540
                                                            MattGuertin@protonmail.com
                                                            www.MattGuertin.com

## II.  CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**             *Respectfully submitted,*

                                         /s/ *Matthew D. Guertin*

                                        Matthew David Guertin
                                        ***Appellant Pro Se***
                                        4385 Trenton Ln. N 202
                                        Plymouth, MN  55442
                                        Telephone: 763-221-4540
                                        MattGuertin@protonmail.com
                                        www.MattGuertin.com