# EXHIBIT NEH-DS

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-17-1555 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08.pdf | 3 | 1 | Signature_c50e84b2-ef6d-4b30-b9e8-9b922bafeb93 | | D:20240430093550-05'00' | /adbe.pkcs7.detached | 412 0 obj | 0 | 415431 | 431817 | 5290 | 420721 | 96.25 | no |
| 3 | 27-CR-17-8342 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08.pdf | 3 | 1 | Signature_0298298c-27f5-4e5c-a2e7-b6d9d7a6adf5 | | D:20240430093644-05'00' | /adbe.pkcs7.detached | 412 0 obj | 0 | 415441 | 431827 | 5288 | 420729 | 96.25 | no |
| 2 | 27-CR-17-22909 | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08.pdf | 3 | 1 | Signature_54bdc2c2-8b84-4fb9-b96b-52f659dbc867 | | D:20240430093726-05'00' | /adbe.pkcs7.detached | 412 0 obj | 0 | 415448 | 431834 | 5287 | 420735 | 96.25 | no |
| 4 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 1 | Signature2 | Lamas, Carolina | D:20191008165759-05'00' | /adbe.pkcs7.detached | 11 0 obj | 0 | 72039 | 82095 | 74294 | 146333 | 42.75 | yes |
| 5 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 2 | tyler_sig_ca6b56f8-7911-4654-8afb-55a6516ff18e | | D:20191009110135-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33469 | 190093 | 55.53 | yes |
| 6 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 3 | tyler_sig_ca6b56f8-7911-4654-8afb-55a6516ff18e | | D:20191009110135-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33469 | 190093 | 55.53 | yes |
| 7 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 4 | tyler_sig_ca6b56f8-7911-4654-8afb-55a6516ff18e | | D:20191009110135-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33469 | 190093 | 55.53 | yes |
| 8 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 5 | tyler_sig_ca6b56f8-7911-4654-8afb-55a6516ff18e | | D:20191009110135-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33469 | 190093 | 55.53 | yes |
| 9 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 6 | tyler_sig_ca6b56f8-7911-4654-8afb-55a6516ff18e | | D:20191009110135-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33469 | 190093 | 55.53 | yes |
| 10 | 27-CR-18-18391 | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | 5 | 7 | Signature_cbd6b9f1-a229-4712-9cdc-847d034d5148 | | D:20240430092800-05'00' | /adbe.pkcs7.detached | 293 0 obj | 0 | 320505 | 336891 | 5425 | 325930 | 95.21 | no |
| 11 | 27-CR-18-19274 | 2020-09-04 | Findings of Fact, Conclusions of Law and Order | 27-CR-18-19274_Findings of Fact, Conclusions of Law and Order_2020-09-04.pdf | 3 | 1 | Signature_866a43f1-f8e1-46db-b01b-d9d97b9b34d3 | | D:20240430093054-05'00' | /adbe.pkcs7.detached | 334 0 obj | 0 | 355796 | 372182 | 5159 | 360955 | 95.66 | no |
| 12 | 27-CR-18-19274 | 2022-02-25 | Findings of Fact, Conclusions of Law and Order | 27-CR-18-19274_Findings of Fact, Conclusions of Law and Order_2022-02-25.pdf | 3 | 1 | Signature_90ddc248-b909-48a1-a099-9cd2846229e9 | | D:20240430093042-05'00' | /adbe.pkcs7.detached | 358 0 obj | 0 | 412209 | 428595 | 5591 | 417800 | 96.23 | no |
| 27 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 1 | Signature2 | Lamas, Carolina | D:20191008165759-05'00' | /adbe.pkcs7.detached | 11 0 obj | 0 | 72039 | 82095 | 74294 | 146333 | 42.81 | yes |
| 28 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 2 | tyler_sig_043db8b6-80db-4c33-95e7-5a48ea6f13d7 | | D:20191009110027-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 32981 | 189605 | 55.47 | yes |
| 29 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 3 | tyler_sig_043db8b6-80db-4c33-95e7-5a48ea6f13d7 | | D:20191009110027-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 32981 | 189605 | 55.47 | yes |
| 30 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 4 | tyler_sig_043db8b6-80db-4c33-95e7-5a48ea6f13d7 | | D:20191009110027-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 32981 | 189605 | 55.47 | yes |
| 31 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 5 | tyler_sig_043db8b6-80db-4c33-95e7-5a48ea6f13d7 | | D:20191009110027-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 32981 | 189605 | 55.47 | yes |
| 32 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 6 | tyler_sig_043db8b6-80db-4c33-95e7-5a48ea6f13d7 | | D:20191009110027-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 32981 | 189605 | 55.47 | yes |
| 33 | 27-CR-19-1916 | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | 5 | 7 | Signature_1466b190-6b55-4a9a-84a7-aadba3fe568e | | D:20240430091243-05'00' | /adbe.pkcs7.detached | 293 0 obj | 0 | 320017 | 336403 | 5424 | 325441 | 95.21 | no |
| 35 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 1 | Signature2 | Lamas, Carolina | D:20191008165759-05'00' | /adbe.pkcs7.detached | 11 0 obj | 0 | 72039 | 82095 | 74294 | 146333 | 42.77 | yes |
| 36 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 2 | tyler_sig_b37c37b1-51d2-4944-8b74-00459eef5efa | | D:20191009105950-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33314 | 189938 | 55.51 | yes |
| 37 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 3 | tyler_sig_b37c37b1-51d2-4944-8b74-00459eef5efa | | D:20191009105950-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33314 | 189938 | 55.51 | yes |
| 38 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 4 | tyler_sig_b37c37b1-51d2-4944-8b74-00459eef5efa | | D:20191009105950-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33314 | 189938 | 55.51 | yes |
| 39 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 5 | tyler_sig_b37c37b1-51d2-4944-8b74-00459eef5efa | | D:20191009105950-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33314 | 189938 | 55.51 | yes |
| 40 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 6 | tyler_sig_b37c37b1-51d2-4944-8b74-00459eef5efa | | D:20191009105950-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33314 | 189938 | 55.51 | yes |
| 41 | 27-CR-19-3539 | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | 5 | 7 | Signature_49606362-1d3e-4ccd-93b8-f7d11969fabf | | D:20240430091353-05'00' | /adbe.pkcs7.detached | 293 0 obj | 0 | 320346 | 336732 | 5420 | 325766 | 95.21 | no |
| 13 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 1 | Signature2 | Lamas, Carolina | D:20190731154725-05'00' | /adbe.pkcs7.detached | 12 0 obj | 0 | 71639 | 81695 | 74056 | 145695 | 42.64 | yes |
| 14 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 2 | tyler_sig_b4603740-8e6f-4ddb-b4cd-82823b6c781a | | D:20190801095506-05'00' | /ETSI.CAdES.detached | 254 0 obj | 0 | 155986 | 172372 | 33490 | 189476 | 55.45 | yes |
| 15 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 3 | tyler_sig_b4603740-8e6f-4ddb-b4cd-82823b6c781a | | D:20190801095506-05'00' | /ETSI.CAdES.detached | 254 0 obj | 0 | 155986 | 172372 | 33490 | 189476 | 55.45 | yes |
| 16 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 4 | tyler_sig_b4603740-8e6f-4ddb-b4cd-82823b6c781a | | D:20190801095506-05'00' | /ETSI.CAdES.detached | 254 0 obj | 0 | 155986 | 172372 | 33490 | 189476 | 55.45 | yes |
| 17 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 5 | tyler_sig_b4603740-8e6f-4ddb-b4cd-82823b6c781a | | D:20190801095506-05'00' | /ETSI.CAdES.detached | 254 0 obj | 0 | 155986 | 172372 | 33490 | 189476 | 55.45 | yes |
| 18 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 6 | tyler_sig_b4603740-8e6f-4ddb-b4cd-82823b6c781a | | D:20190801095506-05'00' | /ETSI.CAdES.detached | 254 0 obj | 0 | 155986 | 172372 | 33490 | 189476 | 55.45 | yes |
| 19 | 27-CR-19-12466 | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | 5 | 7 | Signature_0ea3866a-2108-4e2e-8e76-23564657b850 | | D:20240430091856-05'00' | /adbe.pkcs7.detached | 291 0 obj | 0 | 319882 | 336268 | 5419 | 325301 | 95.2 | no |

**File Url 1:** link.storjshare.io/raw/jxfb3woqisonm74phorpajfaj5va/file/EXHIBIT NEH-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/e63051ff-ceb4-4354-bb33-1e6686f5fdc6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/bf86ae87-b052-4374-8784-316f55ad5475.pdf
**File Url 4:** drive.proton.me/urls/454J1K7F50#jZ9rLhkzCKx5

**EXHIBIT NEH-DS | p. 1**

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 1 | Signature2 | Lamas, Carolina | D:20191008165759-05'00' | /adbe.pkcs7.detached | 11 0 obj | 0 | 72039 | 82095 | 74294 | 146333 | 42.77 | yes |
| 21 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 2 | tyler_sig_c1bbdbb7-ec13-4cfb-bbf4-93deec598b55 | | D:20191009110043-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33317 | 189941 | 55.51 | yes |
| 22 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 3 | tyler_sig_c1bbdbb7-ec13-4cfb-bbf4-93deec598b55 | | D:20191009110043-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33317 | 189941 | 55.51 | yes |
| 23 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 4 | tyler_sig_c1bbdbb7-ec13-4cfb-bbf4-93deec598b55 | | D:20191009110043-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33317 | 189941 | 55.51 | yes |
| 24 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 5 | tyler_sig_c1bbdbb7-ec13-4cfb-bbf4-93deec598b55 | | D:20191009110043-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33317 | 189941 | 55.51 | yes |
| 25 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 6 | tyler_sig_c1bbdbb7-ec13-4cfb-bbf4-93deec598b55 | | D:20191009110043-05'00' | /ETSI.CAdES.detached | 256 0 obj | 0 | 156624 | 173010 | 33317 | 189941 | 55.51 | yes |
| 26 | 27-CR-19-17539 | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | 5 | 7 | Signature_7a83deb7-ef24-422b-9c3d-4572db1d3c25 | | D:20240430092000-05'00' | /adbe.pkcs7.detached | 293 0 obj | 0 | 320349 | 336735 | 5422 | 325771 | 95.21 | no |
| 34 | 27-CR-19-28883 | 2022-09-07 | Order-Other | 27-CR-19-28883_Order-Other_2022-09-07.pdf | 3 | 1 | Signature_6ec48654-0ae9-4aaf-9f7e-6a2c10344ec8 | | D:20240430092348-05'00' | /adbe.pkcs7.detached | 302 0 obj | 0 | 222086 | 238472 | 5492 | 227578 | 93.28 | no |
| 45 | 27-CR-20-423 | 2020-09-04 | Findings of Fact, Conclusions of Law and Order | 27-CR-20-423_Findings of Fact, Conclusions of Law and Order_2020-09-04.pdf | 3 | 1 | Signature_c934cead-0d68-4c6b-be0d-5700143e2a32 | | D:20240430084819-05'00' | /adbe.pkcs7.detached | 334 0 obj | 0 | 355783 | 372169 | 5158 | 360941 | 95.66 | no |
| 46 | 27-CR-20-423 | 2022-02-25 | Findings of Fact, Conclusions of Law and Order | 27-CR-20-423_Findings of Fact, Conclusions of Law and Order_2022-02-25.pdf | 3 | 1 | Signature_2b3aaa8e-e737-40e5-a981-c1125e24ee68 | | D:20240430084808-05'00' | /adbe.pkcs7.detached | 358 0 obj | 0 | 412191 | 428577 | 5588 | 417779 | 96.23 | no |
| 42 | 27-CR-20-26577 | 2022-11-08 | Findings and Order | 27-CR-20-26577_Findings and Order_2022-11-08.pdf | 5 | 1 | Signature_3335131c-ce8c-48c7-8d88-a73c6de0e087 | | D:20240430090610-05'00' | /adbe.pkcs7.detached | 279 0 obj | 0 | 244997 | 261383 | 5335 | 250332 | 93.86 | no |
| 43 | 27-CR-20-26577 | 2022-06-15 | Order to Transport | 27-CR-20-26577_Order to Transport_2022-06-15.pdf | 3 | 1 | Signature_67527320-ae21-4398-b351-d50f360ea30d | | D:20240430090620-05'00' | /adbe.pkcs7.detached | 135 0 obj | 0 | 109318 | 125704 | 4848 | 114166 | 87.45 | no |
| 44 | 27-CR-20-26577 | 2022-06-22 | Order to Transport | 27-CR-20-26577_Order to Transport_2022-06-22.pdf | 3 | 1 | Signature_eaf6b6c2-c763-44d1-a45d-2ea8303e5c2b | | D:20240430090618-05'00' | /adbe.pkcs7.detached | 118 0 obj | 0 | 121544 | 137930 | 5134 | 126678 | 88.55 | no |
| 51 | 27-CR-21-6229 | 2021-08-30 | Order-Other | 27-CR-21-6229_Order-Other_2021-08-30.pdf | 3 | 1 | Signature_98df8b0b-23e4-47cf-97fa-d3d5d6b4a98c | | D:20240430080229-05'00' | /adbe.pkcs7.detached | 291 0 obj | 0 | 227935 | 244321 | 5416 | 233351 | 93.44 | no |
| 47 | 27-CR-21-13795 | 2022-09-07 | Order-Other | 27-CR-21-13795_Order-Other_2022-09-07.pdf | 3 | 1 | Signature_a7a3106d-0a60-4d9b-af35-e678d96351b2 | | D:20240430082435-05'00' | /adbe.pkcs7.detached | 302 0 obj | 0 | 222083 | 238469 | 5493 | 227576 | 93.28 | no |
| 48 | 27-CR-21-19723 | 2022-11-04 | Order-Other | 27-CR-21-19723_Order-Other_2022-11-04.pdf | 5 | 1 | Signature_fe4a24c5-39e1-42a8-8c19-d4a142393e44 | | D:20240430082944-05'00' | /adbe.pkcs7.detached | 294 0 obj | 0 | 788870 | 805256 | 5393 | 794263 | 97.98 | no |
| 49 | 27-CR-21-20637 | 2022-02-17 | Order-Other | 27-CR-21-20637_Order-Other_2022-02-17.pdf | 3 | 1 | Signature_04bb4e85-52e2-4f1f-92e5-3afdf1a386f2 | | D:20240430083255-05'00' | /adbe.pkcs7.detached | 301 0 obj | 0 | 221357 | 237743 | 5502 | 226859 | 93.26 | no |
| 50 | 27-CR-21-23456 | 2022-11-04 | Order-Other | 27-CR-21-23456_Order-Other_2022-11-04.pdf | 5 | 1 | Signature_2f3d88ba-d0fe-43b9-9e6f-c04bfef3988a | | D:20240430084320-05'00' | /adbe.pkcs7.detached | 294 0 obj | 0 | 788870 | 805256 | 5396 | 794266 | 97.98 | no |
| 53 | 27-CR-22-7797 | 2022-12-09 | Order-Other | 27-CR-22-7797_Order-Other_2022-12-09.pdf | 3 | 1 | Signature_bc54b13e-cb8e-41b4-99fc-b14072d95471 | | D:20240429040530-05'00' | /adbe.pkcs7.detached | 298 0 obj | 0 | 221666 | 238052 | 5491 | 227157 | 93.27 | no |
| 52 | 27-CR-22-15550 | 2022-11-04 | Order-Other | 27-CR-22-15550_Order-Other_2022-11-04.pdf | 5 | 1 | Signature_ba4b3d4f-8238-4c26-9e1f-1e499b9e5e73 | | D:20240429161923-05'00' | /adbe.pkcs7.detached | 294 0 obj | 0 | 788868 | 805254 | 5393 | 794261 | 97.98 | no |
| 54 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | 27-CR-23-1886_Order for Continuance_2023-06-14.pdf | 5 | 1 | Signature2 | Dayton Klein, Julia | D:20230614142320-05'00' | /adbe.pkcs7.detached | 170 0 obj | 0 | 68297 | 75903 | 68267 | 136564 | 55.88 | yes |
| 55 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | 27-CR-23-1886_Order for Continuance_2023-06-14.pdf | 5 | 2 | tyler_sig_fb63503d-554f-4e4b-a358-34c4a24d5b4f | | D:20230615084810-05'00' | /ETSI.CAdES.detached | 196 0 obj | 0 | 144405 | 160791 | 34106 | 178511 | 73.04 | yes |
| 56 | 27-CR-23-1886 | 2023-06-14 | Order for Continuance | 27-CR-23-1886_Order for Continuance_2023-06-14.pdf | 5 | 3 | Signature_f1454f6c-5d55-4f53-8ccc-6a3e3bc77e7a | | D:20240430072357-05'00' | /adbe.pkcs7.detached | 213 0 obj | 0 | 222232 | 238618 | 5785 | 228017 | 93.3 | no |
| 68 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 1 | Signature1 | Browne, Michael | D:20230512010736-05'00' | /ETSI.CAdES.detached | 406 0 obj | 0 | 216985 | 222985 | 12837 | 229822 | 25.13 | yes |
| 69 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 2 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 70 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 3 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 71 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 4 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 72 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 5 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 73 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 6 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 74 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 7 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 75 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 8 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 76 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 9 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |
| 77 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 10 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | |

**File Url 1:** link.storjshare.io/raw/jxfb3woqisonm74phorpajfaj5va/file/EXHIBIT NEH-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/e63051ff-ceb4-4354-bb33-1e6686f5fdc6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/bf86ae87-b052-4374-8784-316f55ad5475.pdf
**File Url 4:** drive.proton.me/urls/454J1K7F50#jZ9rLhkzCKx5

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 11 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 79 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 12 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 80 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 13 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 81 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 14 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 82 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 15 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 83 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 16 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 84 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 17 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 85 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 18 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 86 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 19 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 87 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 20 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 88 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 21 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 89 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 22 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 90 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 23 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 91 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 24 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 92 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 25 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 93 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 26 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 94 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 27 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 95 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 28 | tyler_sig_a1c48299-43e9-4db3-abb7-75a0ea56be91 | | D:20230512114200-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 43461 | 279713 | 30.59 | yes |
| 96 | 27-CR-23-3459 | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | 6 | 29 | Signature_97e6a243-2ff9-41fd-a2ac-beabba9702fb | | D:20240430072904-05'00' | /adbe.pkcs7.detached | 566 0 obj | 0 | 891559 | 907945 | 6421 | 897980 | 98.21 | no |
| 97 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 1 | Signature1 | Browne, Michael | D:20230512010736-05'00' | /adbe.pkcs7.detached | 406 0 obj | 0 | 216985 | 222985 | 12837 | 229822 | 25.08 | yes |
| 98 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 2 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 99 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 3 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 100 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 4 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 101 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 5 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 102 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 6 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 103 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 7 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 104 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 8 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 105 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 9 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 106 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 10 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 107 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 11 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 108 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 12 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 109 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 13 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 110 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 14 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |

**File Url 1:** link.storjshare.io/raw/jxfb3woqisonm74phorpajfaj5va/file/EXHIBIT NEH-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/e63051ff-ceb4-4354-bb33-1e6686f5fdc6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/bf86ae87-b052-4374-8784-316f55ad5475.pdf
**File Url 4:** drive.proton.me/urls/454J1K7F50#jZ9rLhkzCKx5

**EXHIBIT NEH-DS | p. 3**

| Index | Case Number | Filing Date | Filing Type | PDF File Name | Revisions | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | BR Total | Coverage % | Edit After Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 15 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 112 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 16 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 113 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 17 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 114 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 18 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 115 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 19 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 116 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 20 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 117 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 21 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 118 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 22 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 119 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 23 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 120 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 24 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 121 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 25 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 122 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 26 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 123 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 27 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 124 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 28 | tyler_sig_e46f7af1-dbd5-45c3-8370-0b46952b7475 | | D:20230512114241-05'00' | /ETSI.CAdES.detached | 417 0 obj | 0 | 236252 | 252638 | 45372 | 281624 | 30.74 | yes |
| 125 | 27-CR-23-3460 | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | 6 | 29 | Signature_43aa36b8-f13d-4f08-8a9d-8af8e8e53a71 | | D:20240430072942-05'00' | /adbe.pkcs7.detached | 566 0 obj | 0 | 893465 | 909851 | 6419 | 899884 | 98.21 | no |
| 57 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 1 | Signature1 | Browne, Michael | D:20240425173557-05'00' | /ETSI.CAdES.detached | 248 0 obj | 0 | 145781 | 151781 | 13169 | 158950 | 35.72 | yes |
| 58 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 2 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 59 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 3 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 60 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 4 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 61 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 5 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 62 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 6 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 63 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 7 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 64 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 8 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 65 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 9 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 66 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 10 | tyler_sig_62cc130a-438a-4bfa-ad44-f0f5928a99ed | | D:20240426200147+00'00' | /ETSI.CAdES.detached | 259 0 obj | 0 | 165380 | 181766 | 39038 | 204418 | 45.94 | yes |
| 67 | 27-CR-23-21403 | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | 6 | 11 | Signature_e8947cdb-630d-408a-ad00-442480f65f36 | | D:20240430074933-05'00' | /adbe.pkcs7.detached | 316 0 obj | 0 | 422795 | 439181 | 5768 | 428563 | 96.32 | no |

**File Url 1:** link.storjshare.io/raw/jxfb3woqisonm74phorpajfaj5va/file/EXHIBIT NEH-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/e63051ff-ceb4-4354-bb33-1e6686f5fdc6.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/bf86ae87-b052-4374-8784-316f55ad5475.pdf
**File Url 4:** drive.proton.me/urls/454J1K7F50#jZ9rLhkzCKx5

**EXHIBIT NEH-DS | p. 4**