**EXHIBIT NEH-MD**

| Index | Case Number | Defendant Name | Filing Date | Filing Type | PDF File Name | Digital Sig Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-19-12466 | TERRELL JOHNSON | 2019-07-31 | Order-Other | 27-CR-19-12466_Order-Other_2019-07-31.pdf | Lamas, Carolina | Nehring, Alisha, Nehring, Alisha | 2019:07:31 15:44:55-05:00 | uuid:19682ff7-405d-49a1-a57a-828b626bb779 | uuid:ca58fdae-065c-403f-b963-c9171408dd08 |
| 2 | | | | | | | | | | |
| 3 | 27-CR-18-18391 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | 27-CR-18-18391_Order-Other_2019-10-09.pdf | Lamas, Carolina | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 4 | 27-CR-19-1916 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | 27-CR-19-1916_Order-Other_2019-10-09.pdf | Lamas, Carolina | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 5 | 27-CR-19-3539 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | 27-CR-19-3539_Order-Other_2019-10-09.pdf | Lamas, Carolina | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 6 | 27-CR-19-17539 | AESHA IBRAHIM OSMAN | 2019-10-09 | Order-Other | 27-CR-19-17539_Order-Other_2019-10-09.pdf | Lamas, Carolina | Nehring, Alisha, Nehring, Alisha | 2019:10:08 16:57:40-05:00 | uuid:5e70ea27-ba65-46bb-9442-1548b9e0b748 | uuid:7320c32a-2b8f-4831-a31f-a326450f8d4d |
| 7 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 8 | 27-CR-17-1555 | ADRIAN MICHAEL WESLEY | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 27-CR-17-1555_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:05:08 15:43:00-05:00 | uuid:334a7afa-680e-4938-800b-76e3ebe38366 | uuid:e0001e01-fe68-40ce-b6cf-c63026c64057 |
| 9 | 27-CR-17-8342 | ADRIAN MICHAEL WESLEY | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 27-CR-17-8342_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:05:08 15:43:00-05:00 | uuid:334a7afa-680e-4938-800b-76e3ebe38366 | uuid:882353f7-36f6-476d-a03e-9b08f16b0790 |
| 10 | 27-CR-17-22909 | ADRIAN MICHAEL WESLEY | 2020-05-08 | Find of Fact-Order, Pet Commitment-Dfd Found Incompetent | 27-CR-17-22909_Find of Fact-Order, Pet Commitment-Dfd Found Incompetent_2020-05-08.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:05:08 15:43:00-05:00 | uuid:334a7afa-680e-4938-800b-76e3ebe38366 | uuid:de2e7946-bb0d-41b0-9946-0e8a8aa7777d |
| 11 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 12 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | 2020-09-04 | Findings of Fact, Conclusions of Law and Order | 27-CR-18-19274_Findings of Fact, Conclusions of Law and Order_2020-09-04.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:09:04 13:18:15-05:00 | uuid:ce165915-ce22-4cc4-9ec4-4a75ff612308 | uuid:7805f3a1-7265-4a5c-9edf-79eb6c79859b |
| 13 | 27-CR-20-423 | Ifrah Abdullahi Hassan | 2020-09-04 | Findings of Fact, Conclusions of Law and Order | 27-CR-20-423_Findings of Fact, Conclusions of Law and Order_2020-09-04.pdf | | Nehring, Alisha, Nehring, Alisha | 2020:09:04 13:18:15-05:00 | uuid:ce165915-ce22-4cc4-9ec4-4a75ff612308 | uuid:1b84494b-1027-47c9-98d8-18ce2649c434 |
| 14 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 15 | 27-CR-21-6229 | MARVAL BARNES | 2021-08-30 | Order-Other | 27-CR-21-6229_Order-Other_2021-08-30.pdf | | Nehring, Alisha, Nehring, Alisha | 2021:08:25 14:03:51-05:00 | uuid:978f27fb-c21b-4d77-b875-fd025114d01b | uuid:276e343a-c1a5-408e-8261-9c3076adca41 |
| 16 | 27-CR-21-20637 | Daniel Lamar Ford | 2022-02-17 | Order-Other | 27-CR-21-20637_Order-Other_2022-02-17.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:02:17 10:02:35-06:00 | uuid:22BD092E-D726-4520-B7E6-7D0428D0AB5B | uuid:b82ae2a4-cf30-4b0d-a96a-7cd7498c20c8 |
| 17 | | | | | | | | | | |
| 18 | 27-CR-18-19274 | IFRAH ABDULL HASSAN | 2022-02-25 | Findings of Fact, Conclusions of Law and Order | 27-CR-18-19274_Findings of Fact, Conclusions of Law and Order_2022-02-25.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:02:25 13:10:37-06:00 | uuid:08BD32A3-9135-4509-9023-0B68453EE1FF | uuid:4428e6cd-3a3a-431f-93c0-729f50f0859f |
| 19 | 27-CR-20-423 | Ifrah Abdullahi Hassan | 2022-02-25 | Findings of Fact, Conclusions of Law and Order | 27-CR-20-423_Findings of Fact, Conclusions of Law and Order_2022-02-25.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:02:25 13:10:37-06:00 | uuid:08BD32A3-9135-4509-9023-0B68453EE1FF | uuid:2c4dbc65-4497-44b3-ac2d-e1936bf062aa |
| 20 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 21 | 27-CR-20-26577 | Rasheed Richardson | 2022-06-15 | Order to Transport | 27-CR-20-26577_Order to Transport_2022-06-15.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:06:15 13:44:16-05:00 | uuid:5C7378CE-FA2A-4CD7-A425-6D80D64382DF | uuid:75be593e-d3ff-4b80-89e8-fe2712a32183 |
| 22 | 27-CR-20-26577 | Rasheed Richardson | 2022-06-22 | Order to Transport | 27-CR-20-26577_Order to Transport_2022-06-22.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:06:22 13:01:10-05:00 | uuid:A652072C-7B6F-4292-9BAD-AA680D26DCAD | uuid:2d3aee58-9e14-4399-9267-be5cf6bb7a78 |
| 23 | | | | | | | | | | |
| 24 | 27-CR-19-28883 | JACOB MAMAR JOHNSON | 2022-09-07 | Order-Other | 27-CR-19-28883_Order-Other_2022-09-07.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:09:07 15:07:40-05:00 | uuid:9FBFB0E9-BDEB-4975-93A0-492941BB4151 | uuid:16f2be42-945f-401c-bc57-2eb65c229a93 |
| 25 | 27-CR-21-13795 | JACOB MAMAR JOHNSON | 2022-09-07 | Order-Other | 27-CR-21-13795_Order-Other_2022-09-07.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:09:07 15:07:40-05:00 | uuid:9FBFB0E9-BDEB-4975-93A0-492941BB4151 | uuid:3103727d-a146-43c5-b69e-ae09382c4568 |
| 26 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 27 | 27-CR-21-19723 | BRITTANY LATESHA CRUTCHFIELD | 2022-11-04 | Order-Other | 27-CR-21-19723_Order-Other_2022-11-04.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:11:04 11:46:54-05:00 | uuid:1a7d1fde-5218-4513-8f5e-7c1a1afb8877 | uuid:5a205d1b-bade-4c48-bec8-3478342d305d |
| 28 | 27-CR-21-23456 | BRITTANY LATESHA CRUTCHFIELD | 2022-11-04 | Order-Other | 27-CR-21-23456_Order-Other_2022-11-04.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:11:04 11:46:54-05:00 | uuid:1a7d1fde-5218-4513-8f5e-7c1a1afb8877 | uuid:5a205d1b-bade-4c48-bec8-3478342d305d |
| 29 | 27-CR-22-15550 | BRITTANY LATESHA CRUTCHFIELD | 2022-11-04 | Order-Other | 27-CR-22-15550_Order-Other_2022-11-04.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:11:04 11:46:54-05:00 | uuid:1a7d1fde-5218-4513-8f5e-7c1a1afb8877 | uuid:5a205d1b-bade-4c48-bec8-3478342d305d |
| 30 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 31 | 27-CR-20-26577 | Rasheed Richardson | 2022-11-08 | Findings and Order | 27-CR-20-26577_Findings and Order_2022-11-08.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:11:09 12:50:26-06:00 | uuid:6684a692-60E4-4097-88A4-EB676567ACF2 | uuid:e36e2414-6545-4634-b3a5-cdbd0acfa3ef |
| 32 | 27-CR-22-7797 | Carmen Bendu Greaves | 2022-12-09 | Order-Other | 27-CR-22-7797_Order-Other_2022-12-09.pdf | | Nehring, Alisha, Nehring, Alisha | 2022:12:09 11:06:55-06:00 | uuid:9B0828B2-6594-4BCE-8D0F-722EDF93F3D0 | uuid:ea6ff32a-a6f4-472c-b020-2b095c7bf231 |
| 33 | | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jvlv4mirq3eikxw53mk2lljdjbbq/file/EXHIBIT NEH-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/4cfde5e7-bcd3-47fd-a9b2-a1f6f746ec50.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/d19444ba-17b2-4bff-abba-a2fac9295060.pdf
**File Url 4:** drive.proton.me/urls/WVCMBHS2V0#y8UE1b4rSs0A

**EXHIBIT NEH-MD | p. 1**

| Index | Case Number | Defendant Name | Filing Date | Filing Type | PDF File Name | Digital Sig Signer(s) | Creator (metadata) | Create Date (metadata) | Document ID (metadata) | Instance ID (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 27-CR-23-3459 | MUAD ABDULKADIR | 2023-05-12 | Order-Other | 27-CR-23-3459_Order-Other_2023-05-12.pdf | Browne, Michael | Nehring, Alisha, Nehring, Alisha | 2023:05:12 01:06:02-05:00 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 |
| 35 | 27-CR-23-3460 | MUAD ABDULKADIR | 2023-05-12 | Order-Other | 27-CR-23-3460_Order-Other_2023-05-12.pdf | Browne, Michael | Nehring, Alisha, Nehring, Alisha | 2023:05:12 01:06:02-05:00 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 | uuid:DA8BE7D2-D41F-43DA-9D31-0BE1F22D7489 |
| 36 | | | | | | | | ^ ^ ^ ^ same time ^ ^ ^ ^ | | |
| 37 | 27-CR-23-1886 | MATTHEW DAVID GUERTIN | 2023-06-14 | Order for Continuance | 27-CR-23-1886_Order for Continuance_2023-06-14.pdf | Dayton Klein, Julia | Nehring, Alisha, Nehring, Alisha | 2023:06:14 14:22:45-05:00 | uuid:5605f81b-c13f-4220-b107-889543f1a8de | uuid:c1f06b89-fa17-4a07-97bf-3fc9e2e9f0e8 |
| 38 | 27-CR-23-21403 | PETER JAHAN LEHMEYER | 2024-04-26 | Findings of Fact, Conclusions of Law and Order | 27-CR-23-21403_Findings of Fact, Conclusions of Law and Order_2024-04-26.pdf | Browne, Michael | Nehring, Alisha, Nehring, Alisha | 2024:04:25 17:32:42-05:00 | uuid:710327DF-0E2A-4B3C-BD9E-3222F4165A94 | uuid:710327DF-0E2A-4B3C-BD9E-3222F4165A94 |

**File Url 1:** link.storjshare.io/raw/jvlv4mirq3eikxw53mk2lljdjbbq/file/EXHIBIT NEH-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/4cfde5e7-bcd3-47fd-a9b2-a1f6f746ec50.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/d19444ba-17b2-4bff-abba-a2fac9295060.pdf
**File Url 4:** drive.proton.me/urls/WVCMBHS2V0#y8UE1b4rSs0A

**EXHIBIT NEH-MD | p. 2**