# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF CROSS JURISDICTIONAL, IDENTICAL MSIP METADATA IN MINNESOTA COURTS** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.  INTRODUCTION

Appellant moves under Fed. R. Evid. 201(b) and (f) and Fed. R. App. P. 27 for judicial notice of objective, machine-readable metadata and digital-signature fields contained in Minnesota judicial PDF orders spanning three state judicial jurisdictions (Hennepin County Fourth Judicial District, Minnesota Court of Appeals, and Minnesota Supreme Court). The proffer consists of tabulated

extractions (CSV→PDF) and a short technical primer from Microsoft Learn explaining the meaning of the "MSIP" (Microsoft Information Protection) fields embedded in the files. These are facts "not subject to reasonable dispute" because they are derived from the files themselves and from vendor documentation, and can be independently verified by any party opening the PDFs' properties or re-running the provided extractions.

## II. FACTS FOR JUDICIAL NOTICE

**A. | Cross-Jurisdiction MSIP (Microsoft Entra ID) Identity**

**1.** Multiple orders from the district court, Court of Appeals, and Supreme Court all contain the same MSIP SiteId value `8cf8312b-4c34-4b6f-9dee-c56512a7510f`, reflecting a single Microsoft Entra tenant across those documents. The accompanying matrix summarizes 38 such entries across the three jurisdictions.

**2.** Within that tenant, many orders share the same Label GUID `14543c82-bfb1-4059-96af-7a0a0f468681`, indicating a common labeling policy applied to files across the courts.

**3.** A smaller cluster of Minnesota Supreme Court orders uses a second Label GUID `be79656f-57b9-4d90-9939-25c1fcaa4399`, again under the same SiteId, evidencing templated labeling within the same tenant.

**4.** Examples in the metadata tables show the repeated SiteId across specific files, including district-court and Court-of-Appeals orders.

**B. | Digital-Signature Outcomes and Timing**

**1.** Across 18 unique appellate/supreme orders with extracted signature data, 15 signatures are cryptographically invalid and 3 are valid; the invalids cluster between April–July 2025, while the valids appear in August 2025.

3

**2.** The signature table also documents sets of files signed within seconds of one another, and identifies "Edit After Sig = yes" rows where post-signature modification is recorded.

**C. | Timeline Inconsistencies (creation / label / sign / modify)**

**1.** <u>District-court Order "127__Order-Finding-Guertin-Competent"</u>: created/modified 2025-04-03, but the MSIP label SetDate is 2025-03-17 (nearly three weeks earlier), consistent with use of a pre-labeled template.

**2.** <u>Court-of-Appeals order "Order-Deny_A25-0918__2025-06-25"</u>: MSIP SetDate 2025-06-12; file creation 2025-06-25 12:33:51; signature 14:14:41; file modified after signing at 14:30:01.

**3.** <u>Supreme Court order "Order-PFR-Deny_A24-2042"</u>: MSIP SetDate 2024-08-06; document created/signed 2025-04-23, i.e., label predates the document by ~8 months.

**D. | Technical Meaning of the Noticed MSIP Fields (from Microsoft Learn)**

**1.** MSIP labels are written to files as key–value metadata (`MSIP_Label_<GUID>_Attribute`). A file can carry only one label per tenant; the Label GUID identifies the specific sensitivity label in that organization.

**2.** SiteId is the organization's Microsoft Entra tenant ID (an immutable, globally unique GUID). Identical SiteId values across unrelated organizations imply labeling under the same tenant.

**3.** ActionId, Method ("Standard" vs. "Privileged"), and SetDate reflect how/when the label was applied; misalignment with creation/signature timestamps can indicate templating or post-label edits.

**4.** These definitions are reproduced in the attached Microsoft Learn extracts (hashed/timestamped).

### III.   LEGAL STANDARD

#### A.  |  Federal Rule of Evidence 201

The Court may take judicial notice of a fact that "is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," and may do so at any stage of the proceeding, including on appeal. Fed. R. Evid. 201(b)(2), (f).

#### B.  |  Federal Rules of Appellate Procedure

This request is presented by motion under Fed. R. App. P. 27. The noticed facts are limited to objective properties of files and published vendor documentation, and are tendered to aid the Court's review without enlarging contested factual issues.

### IV.   REQUEST FOR JUDICIAL NOTICE

Appellant respectfully asks the Court to take judicial notice of the following specific, objectively verifiable facts:

#### A.  |  Same MSIP SiteId Across Thee Different Minnesota Judicial Jurisdictions

Minnesota judicial orders from three jurisdictions carry the identical MSIP SiteId 8cf8312b-4c34-4b6f-9dee-c56512a7510f (Microsoft Entra tenant ID), and that many also carry the identical Label GUID 14543c82-bfb1-4059-96af-7a0a0f468681; a smaller Supreme Court cluster carries Label GUID be79656f-57b9-4d90-9939-25c1fcaa4399.

**B. | Invalid Digital Signatures on Minnesota Appellate and Supreme Court Orders**

That the accompanying signature tables reflect 15 invalid vs. 3 valid cryptographic signatures across 18 unique appellate/supreme orders, with noted instances of post-signature modification (Edit After Sig = yes) and files signed within seconds of one another.

**C. | Timeline Contradictions**

That representative orders exhibit timeline contradictions (e.g., labels SetDate preceding file creation by weeks or months; files modified after signing).

**D. | MSIP Metadata Definition and Standards**

That Microsoft's published documentation defines MSIP metadata (including SiteId as the Entra tenant ID and the role of Label GUID, ActionId, Method, and SetDate) and that these definitions are used industry-wide to interpret such fields.

**E. | Three of Appellant's Orders Contain the Same MSIP Metadata**

Appellant's own court orders across two Minnesota judicial jurisdictions, and across three separate orders also all contain this identical MSIP metada. These orders are:

**1.** Appellants July 8, 2025 Minnesota Court of Appeals order for case A25-0882, denying relief for his petition for writ of prohibition. (See Exhibit MN-COA, p. 85-93; Exhibit MN-COA-MD1, p. 1, Index 24)

**2.** Appellant's April 3, 2025 Hennepin County Fourht Judicial District Court order "Regarding Defendant's Competency" (See Exhibit IDX, Index 127, p. 1; Exhibit IDX-MD, p. 1, Index 7)

**3.** Appellant's May 30, 2025 Hennepin County Fourht Judicial District Court order "Regarding Defendant's Pro Se Motions" (See Exhibit IDX, Index 205, p. 1; Exhibit IDX-MD, p. 1, Index 8)

## V. RELIEF REQUESTED

**1.** Grant this Motion and take judicial notice of the file-intrinsic metadata and signature facts identified above;

**2.** Consider these noticed facts in evaluating the provenance, authenticity, and weight of Minnesota judicial orders cited in the appeal; and

**3.** Grant any further relief the Court deems just and appropriate.

## VI. ATTACHED EXHIBITS

**1. EXHIBIT MN-COA**

Minnesota Court of Appeals and Supreme Court Orders With Invalid Digital Signatures and the same MS "Site Id" (Tenant ID) and "MSIP Label" document metadata as two of the orders submitted into Appellant's Case 27-CR-23-1886 (See Exhibits IDX and IDX-MD featuring Appellant's court orders from case 27-CR-23-1886 in the Minnesota Fourth Judicial District Court which includes complete metadata and digitial signature data for each of the orders)

**2. EXHIBIT MN-COA-DS**

CSV to PDF Table | Full digital signature extraction report of the Minnesota Appellate and Supreme Court Orders downloaded, documented, and examined by Appellant of which one of the orders is actully for his Minnesota Court of Appeals Case No. A25-0882, which is a July 8, 2025 order denying relief for Appellant's Petition for Writ of Prohibiton filed pro se on May 29, 2025 by Appellant.

3.  **EXHIBIT MN-COA-MD**

    CSV to PDF Table | Full document metadata extraction report of the Minnesota Appellate and Supreme Court Orders downloaded, documented, and examined by Appellant. Reveals indicators of document forgery via identical metadata as well as a much more profound issue of judicial itegrity being revealed via the idential "MSIP" label and "Site ID" acroff three different Minnesota Judicial Branch Jurisdictions

4.  **EXHIBIT MIP**

    Microsoft Information Protection SDK and Metadata

    An informational and entirely fact based exhibit consisiting of official Microsoft publications which serve to explain and detail the significance of the matching "MSIP" and "Site ID" metadata as contained in the court orders detailed and presented by Appellant.

    <u>EXHIBIT MIP-A:</u>

    Concepts - Label metadata in the MIP SDK | Microsoft Learn

    <u>EXHIBIT MIP-B:</u>

    What is Microsoft Entra ID? Azure Docs | What is Microsoft Entra ID? | Who uses Microsoft Entra ID?

**Dated:  October 4, 2025**                               *Respectfully submitted,*

                                                           */s/ Matthew D. Guertin*

                                                           Matthew David Guertin
                                                           *Appellant Pro Se*
                                                           4385 Trenton Ln. N 202
                                                           Plymouth, MN  55442
                                                           Telephone: 763-221-4540
                                                           MattGuertin@protonmail.com
                                                           www.MattGuertin.com

## VII.  CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF CROSS JURISDICTIONAL, IDENTICAL MSIP METADATA IN MINNESOTA COURTS contains 1,237 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                              *Respectfully submitted,*

                                                          */s/ Matthew D. Guertin*

                                                          Matthew David Guertin
                                                          ***Appellant Pro Se***
                                                          4385 Trenton Ln. N 202
                                                          Plymouth, MN  55442
                                                          Telephone: 763-221-4540
                                                          MattGuertin@protonmail.com
                                                          www.MattGuertin.com

## VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**                    *Respectfully submitted,*

                                              /s/ Matthew D. Guertin

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN 55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com