# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | **EXHIBIT LIST** |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
    Appellees.

# I. EXHIBITS ATTACHED TO THIS FILING

 1. **EXHIBIT MN-COA**

Minnesota Court of Appeals and Supreme Court Orders With Invalid Digital Signatures and the same MS "Site Id" (Tenant ID) and "MSIP Label" document metadata as two of the orders submitted into

Appellant's Case 27-CR-23-1886 (See Exhibits IDX and IDX-MD featuring Appellant's court orders from case 27-CR-23-1886 in the Minnesota Fourth Judicial District Court which includes complete metadata and digitial signature data for each of the orders)

2. **EXHIBIT MN-COA-DS**

    CSV to PDF Table | Full digital signature extraction report of the Minnesota Appellate and Supreme Court Orders downloaded, documented, and examined by Appellant of which one of the orders is actully for his Minnesota Court of Appeals Case No. A25-0882, which is a July 8, 2025 order denying relief for Appellant's Petition for Writ of Prohibiton filed pro se on May 29, 2025 by Appellant.

3. **EXHIBIT MN-COA-MD**

    CSV to PDF Table | Full document metadata extraction report of the Minnesota Appellate and Supreme Court Orders downloaded, documented, and examined by Appellant. Reveals indicators of document forgery via identical metadata as well as a much more profound issue of judicial itegrity being revealed via the idential "MSIP" label and "Site ID" acroff three different Minnesota Judicial Branch Jurisdictions

4. **EXHIBIT MIP**

    Microsoft Information Protection SDK and Metadata

    An informational and entirely fact based exhibit consisiting of official Microsoft publications which serve to explain and detail the significance of the matching "MSIP" and "Site ID" metadata as contained in the court orders detailed and presented by Appellant.

    <u>EXHIBIT MIP-A:</u>

Concepts - Label metadata in the MIP SDK | Microsoft Learn

<u>EXHIBIT MIP-B:</u>

What is Microsoft Entra ID? Azure Docs | What is Microsoft Entra ID? | Who uses Microsoft Entra ID?

**Dated:  Octber 4, 2025**  *Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## II.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                     *Respectfully submitted,*

                                                 /s/ *Matthew D. Guertin*

                                                Matthew David Guertin
                                                ***Appellant Pro Se***
                                                4385 Trenton Ln. N 202
                                                Plymouth, MN  55442
                                                Telephone: 763-221-4540
                                                MattGuertin@protonmail.com
                                                www.MattGuertin.com