**Exhibit MN-COA**

# *Order - Granting or Denying MandamusProhibition*

## 2025-04-07     Minnesota Court of Appeals Case No. A25-0048

**DOCUMENT METADATA**  |  [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0048__2025-04-07.pdf |
| File Size: | 226 KiB |
| Modify Date: | 2025:04:07 14:51:01-05:00 |
| Create Date: | 2025:04:07 12:17:51-05:00 |
| Source Modified: | D:20250407171651 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:04:07 14:51:01-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:1da36f09-7d3b-42d6-b043-ac8ed5f9b555 |
| Instance ID: | uuid:88f079df-46f3-4e35-890c-db82ed1712b3 |
| Subject: | 11 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | | 2a0bd236-b98a-4346-a9c8-f557fb56e5df |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | | 2025-04-07T16:55:06Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

  Signer Certificate Common Name: Frisch, Jennifer

  Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

  Signing Time: Apr 07 2025 14:12:36

  Signing Hash Algorithm: SHA-256

  Signature Type: adbe.pkcs7.detached

  Signed Ranges: [0 - 123935], [135543 - 202278]

  Not total document signed

  Signature Validation:   **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 1**

# C-Track-Public Site A25-0048

Exhibit MN-COA

[C-Track - Public Site_A25-0048.pdf](C-Track - Public Site_A25-0048.pdf)

SHA-256 Hash of Source File:  c745ad8215542a1adee321dc1896532718fdaf8627133616bffd5f5ee572fce8

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 2**

**Order-Granting or Denying MandamusProhibition A25-0048  2025-04-07**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0048__2025-04-07.pdf
SHA-256 Hash of Source File:  36baba951a16bfc4a2561dc3f9b641701d19f4252ae3b5ae4e3b46119c48bcce

Page: 1 of 3        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

April 7, 2025

OFFICE OF
APPELLATE COURTS

---

In re Andrew Stephen Williams, Petitioner,

In the Matter of the Civil Commitment of:
Andrew Stephen Williams, Petitioner.

---

**O R D E R**

#A25-0048

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      Petitioner filed this petition for a writ of mandamus. The underlying proceeding in district court seeks to commit petitioner. A related petition for prohibition is A24-1055. On September 9, 2024, we dismissed A24-1055.

2.      Petitioner took related appeals in A24-0721 and A24-1977. On January 31, 2025, we dismissed A24-1977. The order dismissing A24-1977 notes that the register of actions shows that the district court did not file orders on dates petitioner identified as the dates of the orders he appealed. On March 5, 2025, we held a nonoral dispositional conference in A24-0721.

3.      Petitioner did not pay the filing fee for this petition. *See* Minn. R. Civ. App. P. 120.04. Nor did he provide a copy of an order of the district court waiving that fee. The clerk of the appellate courts, by notice of filing dated January 7, 2025, and this court, by orders filed January 24, 2025 and March 4, 2025, directed petitioner to pay the filing fee for the petition or provide this court with a copy of an order waiving that fee. Petitioner did neither.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0048  2025-04-07**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0048__2025-04-07.pdf
SHA-256 Hash of Source File:  36baba951a16bfc4a2561dc3f9b641701d19f4252ae3b5ae4e3b46119c48bcce

Page: 2 of 3        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

4.      The district court's register of actions shows that the district court, on February 6, 2025, seems to have waived the filing fee for this petition.

5.      The petition neither cites nor applies the standard for obtaining a writ of mandamus. Appellate courts need not address issues that are not adequately briefed. *See State Dep't of Labor & Indus. v. Wintz Parcel Drivers, Inc.*, 558 N.W.2d 480, 480 (Minn. 1997) (declining to address an inadequately briefed question).

6.      With the petition, petitioner filed a document captioned at one place with appellate file number "A24-1977." At another place that document is captioned with "APPELLATE FILE NUMBER(S): A24-0721 & A24-1977." It is unclear whether petitioner intended this document to support the petition.

7.      The petition "demand[s] the Commitment Division of the Ramsey County Commitment Court to provide court orders concerning [petitioner's district court commitment case], due to the necessity of these order involving Petitioner's appeals in the Court of Appeals of the State of Minnesota from denial orders." The petition does not specifically identify the orders sought.

8.      If the petition seeks orders for purposes of A24-1977, our dismissal of A24-1977 rendered the petition moot.

9.      If the petition seeks the orders in question for A24-0721, petitioner filed the petition a month after briefing was complete in that appeal, and about three and a half months after the record for that appeal was transmitted to this court. The record for an appeal is defined by Minn. R. Civ. App. P. 110.01. A party seeking to correct or modify the record for an appeal may move to do so under Minn. R. Civ. App. P.110.05. Because

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0048  2025-04-07**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0048__2025-04-07.pdf
SHA-256 Hash of Source File:  36baba951a16bfc4a2561dc3f9b641701d19f4252ae3b5ae4e3b46119c48bcce

Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

petitioner could have, under rule 110.05, moved to correct or modify the record for A24-0721, a writ of mandamus is not an appropriate vehicle to seek that relief. *See Minn. Voters All. v. Cnty. of Ramsey*, 971 N.W.2d 269, 275 (Minn. 2022) (stating that, to obtain a writ of mandamus, the petitioner must show, among other things, the lack of an adequate remedy in the ordinary course of the law); *see also* Minn. Stat. § 586.01 (2024) (discussing mandamus).

IT IS HEREBY ORDERED:

1.      The petition for a writ of mandamus is denied.

2.      This order is not an expression of opinion on any matter at issue in A24-0721. Nor is this order an expression of opinion on any matter at issue in the commitment matter in district court.

3.      The clerk of the appellate courts shall provide copies of this order to the Honorable Timothy Mulrooney, counsel of record, the self-represented petitioner, and the district court administrator.

**Dated:** April 7, 2025

BY THE COURT

_____
Jennifer L. Frisch
Chief Judge

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

# *Order - Granting or Denying MandamusProhibition*

## 2025-04-08    Minnesota Court of Appeals Case No. A24-2042

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf |
| File Size: | 268 KiB |
| Modify Date: | 2025:04:08 09:44:01-05:00 |
| Create Date: | 2025:04:07 15:55:31-05:00 |
| Subject: | |
| Source Modified: | D:20250407205352 |
| Author: | Solka, Linda |
| Company: | Minnesota Judicial Branch |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:04:08 09:44:01-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:44a7a975-b4cd-4a81-8be9-369d9f6ed80e |
| Instance ID: | uuid:d8760a5e-a548-4d16-b5b4-2c97a7f76838 |
| Title: | |
| Description: | |
| Creator: | Solka, Linda |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Keywords: | |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 906f25a8-cb70-4c91-a873-4a7cd2b9017c |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-04-07T20:49:43Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Apr 08 2025 09:08:35

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 148220], [159828 - 233695]

Not total document signed

Signature Validation:   **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 6**

## C-Track-Public Site A24-2042

Exhibit MN-COA

[C-Track - Public Site_A24-2042.pdf](#)

SHA-256 Hash of Source File:  e94f7de95cb633aef3efb6af17fc494b5883c251d45779234fd546fa0ab4f05e

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                                 https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 7**

**Order-Granting or Denying MandamusProhibition A24-2042  2025-04-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf
SHA-256 Hash of Source File:  0a6c72befdde3b5fa86932f4272e75e36bc56b925fe9e1cc5142d61f9a7b28c2
Page: 1 of 4       [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**FILED**

April 8, 2025

**OFFICE OF APPELLATE COURTS**

## STATE OF MINNESOTA

## IN COURT OF APPEALS

In re Sina Roughani, Petitioner,

State of Minnesota,

        Respondent,

vs.

Sina Roughani,

        Petitioner.

**SPECIAL TERM ORDER[1]**

#A24-2042

Considered and decided by Frisch, Chief Judge; Ede, Judge; and Bond, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE FOLLOWING REASONS:**

Respondent State of Minnesota charged petitioner Sina Roughani on November 9, 2023, with two counts of misdemeanor domestic assault in violation of Minn. Stat. § 609.2242, subd. 1(1), (2) (2022).  On September 24, 2024, the state and petitioner entered into an agreement whereby the state would suspend prosecution for one year and would dismiss the complaint at the end of that period if petitioner had complied with certain conditions, including remaining law abiding, obtaining a mental health evaluation, and

---

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 8**</span>

**Order-Granting or Denying MandamusProhibition A24-2042  2025-04-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf
SHA-256 Hash of Source File:  0a6c72befdde3b5fa86932f4272e75e36bc56b925fe9e1cc5142d61f9a7b28c2

Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

following all recommendations of that evaluation.  On December 24, 2024, petitioner filed a motion to disqualify the prosecutor, asserting that there were "conflicts of interest with employee misconduct."  The district court denied the motion, stating that petitioner had "produced no evidence of harassment, delay or bad faith" by the prosecutor to support a grant of relief.

On December 30, 2024, petitioner filed a petition for a writ of mandamus in this court, requesting an order disqualifying the prosecutor and directing the Minnesota Attorney General to assume representation of the state.  The state did not file a response to the petition.

The authority for obtaining a writ of mandamus is statutory:

> The writ of mandamus may be issued to any inferior tribunal . . . to compel the performance of an act which the law specially enjoins as a duty resulting from an office, trust, or station.  It may require an inferior tribunal to exercise its judgment or proceed to the discharge of any of its functions, but it cannot control judicial discretion.

Minn. Stat. § 586.01 (2024).  Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Davis*, 592 N.W.2d 457, 459 (Minn. 1999); *State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has clear and present official duty to perform certain act).  "But even if the court has such a clear judicial duty, if there is some other plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."  *State v. Hoelzel*, 639 N.W.2d 605, 610 (Minn. 2002); Minn. Stat. § 586.02 (2024).

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A24-2042  2025-04-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf
SHA-256 Hash of Source File:  0a6c72befdde3b5fa86932f4272e75e36bc56b925fe9e1cc5142d61f9a7b28c2
Page: 3 of 4          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

A writ of mandamus "is not a substitute for, and cannot be used as, an appeal or writ of error."  *Davis*, 592 N.W.2d at 459 (quotation omitted).  More specifically, if a criminal defendant is able to raise a claimed error in a direct appeal from a subsequent conviction, mandamus is not available.  *See McIntosh v. Davis*, 441 N.W.2d 115, 120 (Minn. 1989) (reversing writs of mandamus issued by this court because the defendants were able to argue violations of their speedy-trial rights in a direct appeal from any resulting convictions).

Petitioner contends that disqualification is necessary because the charges against him lack merit and because the state is using its office to retaliate against him for testimony he provided in a separate proceeding several years ago.  But prosecutors, like other state officials, are entitled to the presumption that they have acted fairly in the discharge of their official functions and the execution of their duties will not be presumed to be for a discriminatory purpose.  *State v. Andrews*, 165 N.W.2d 528, 533 (Minn. 1969).  And petitioner has not provided a record or any evidence that establishes the prosecutor's misconduct or a conflict of interest so as to require disqualification.  *See State v. Zais*, 790 N.W.2d 853, 864-65 (Minn. App. 2008), *aff'd* 805 N.W.2d 32 (Minn. 2011) (stating that allegations that prosecutor had impermissible conflict of interest were insufficiently specific or legally coherent to establish a violation of prosecutorial power).  In addition, a claimed conflict of interest by the prosecutor is an issue that may be raised and fully remedied in a direct appeal from any adverse final judgment.  *See id.*

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 10

**Order-Granting or Denying MandamusProhibition A24-2042  2025-04-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf
SHA-256 Hash of Source File:  0a6c72befdde3b5fa86932f4272e75e36bc56b925fe9e1cc5142d61f9a7b28c2
Page: 4 of 4          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

Because petitioner has failed to establish that the district court has a clear legal duty to disqualify the prosecutor, and because petitioner has an ordinary and adequate remedy at law by which to obtain redress for his claim, a writ of mandamus may not issue. *Davis*, 592 N.W.2d at 459; *Hoelzel*, 639 N.W.2d at 610.

**IT IS HEREBY ORDERED**:  The petition for a writ of mandamus is denied.

**Dated:**  April 8, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 11**

## *Order - PFR - Deny*

### 2025-04-23        Minnesota Supreme Court Case No. A24-2042

**DOCUMENT METADATA**  |  [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - PFR - Deny_A24-2042__2025-04-23.pdf |
| File Size: | 71 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:04:23 14:20:00-05:00 |
| Create Date: | 2025:04:23 14:19:30-05:00 |
| Subject: | |
| Source Modified: | D:20250423152603 |
| Title: | A24-2042 Order |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | |
| Warning: | XMP format error (no closing tag for �) |
| Page Count: | 1 |

| | |
|---|---|
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Action Id: | 6de5b316-ae0a-4761-a195-9b8ad21b44e6 |
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Content Bits: | 0 |
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Enabled: | true |
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Method: | Standard |
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Name: | Moderate |
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Set Date: | 2024-08-06T15:23:12Z |
| MSIP Label Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## C-Track-Public Site A24-2042
Exhibit MN-COA

[C-Track - Public Site_A24-2042.pdf](#)

SHA-256 Hash of Source File:  e94f7de95cb633aef3efb6af17fc494b5883c251d45779234fd546fa0ab4f05e

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

C-Track - Public Site                                                                 https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 13**</span>

**Order-PFR-Deny A24-2042  2025-04-23**
Exhibit MN-COA

Order - PFR - Deny_A24-2042__2025-04-23.pdf
SHA-256 Hash of Source File:  f19f53540c2f03997b14128d8f0e1c48422f7bc0e1799918e21e1ed6b11550e5
Page: 1 of 1         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

**FILED**

April 23, 2025

**OFFICE OF
APPELLATE COURTS**

STATE OF MINNESOTA

IN SUPREME COURT

A24-2042

In re Sina Roughani, Petitioner,

State of Minnesota,

                    Respondent,

vs.

Sina Roughani,

                    Petitioner.

O R D E R

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.        The petition of Sina Roughani for further review is denied.

2.        The motion of Sina Roughani to suspend rules is denied.

3.        The motion of Sina Roughani to strike reply is denied.

Dated:  April 23, 2025                    BY THE COURT:

*Natalie E. Hudson*

Natalie E. Hudson
Chief Justice

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 14**

## *Order - Granting or Denying MandamusProhibition*

**2025-05-05**   **Minnesota Court of Appeals Case No. A25-0641**

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0641__2025-05-05.pdf |
| File Size: | 226 KiB |
| PDF Version: | 1.6 |
| Modify Date: | 2025:05:05 16:06:01-05:00 |
| Create Date: | 2025:05:05 13:56:16-05:00 |
| Source Modified: | D:20250505185259 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:05:05 16:06:01-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:1055201d-4f3e-46c4-87a4-2c253a9bf674 |
| Instance ID: | uuid:3fb76dab-2a8f-4493-98ba-d477db006c4c |
| Subject: | 15 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | | |
|---|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | c729d813-6c4f-48db-846a-9097082ebfc3 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-05-05T17:55:23Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

    Signer Certificate Common Name: Frisch, Jennifer

    Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

    Signing Time: May 05 2025 15:54:51

    Signing Hash Algorithm: SHA-256

    Signature Type: adbe.pkcs7.detached

    Signed Ranges: [0 - 130086], [141694 - 206851]

    Not total document signed

    Signature Validation: **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 15**

# C-Track-Public Site A25-0641
## Exhibit MN-COA

[C-Track - Public Site_A25-0641.pdf](#)

SHA-256 Hash of Source File:  b8f85ec373b2d7989837efbf7d6c227a0e628ecc9493c6986d5355611e43c348

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                           https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686ed7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 16**

**Order-Granting or Denying MandamusProhibition A25-0641  2025-05-05**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0641__2025-05-05.pdf
SHA-256 Hash of Source File:  ca8b1f336a0adc94da357853353a2b02dbc6437727992cf0d1832dfcbfc301d2
Page: 1 of 3          [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

May 5, 2025

OFFICE OF
APPELLATE COURTS

In re Peter Richard Rickmyer, Petitioner,

Peter Richard Rickmyer,

        Petitioner,

vs.

Xenos Letoi Brooks,

        Respondent,

Marva Wagner in her individual capacity,
and in her official capacity with
Metropolitan Council, et al.,

        Respondents.

**O R D E R**

#A25-0641

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      Petitioner sued respondents.  In the suit, the district court held a hearing.  The district court then filed an order.  The entirety of the order states:

> [Petitioner] shall have no contact with Chambers through email, phone calls, or any other means. All contact with Chambers must be filed into the case so that the record is complete. **Any future email, mail, or phone communication with the [district court's] Chambers from [petitioner] will not be read or considered.**

2.      Petitioner asserts that he was not given adequate notice of what would be addressed at the hearing.  Petitioner also argues that, at the hearing, the district court denied his request for a continuance and refused to let him make a full presentation of his

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 17

**Order-Granting or Denying MandamusProhibition A25-0641  2025-05-05**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-0641__2025-05-05.pdf
SHA-256 Hash of Source File:  ca8b1f336a0adc94da357853353a2b02dbc6437727992cf0d1832dfcbfc301d2
Page: 2 of 3       [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

argument.  Petitioner asks us for a writ of mandamus to compel the district court to (a) vacate "all rulings" made at the hearing; and (b) provide notice and an opportunity for a continuance in future hearings addressing substantive matters.

3.      This court received no response to the petition.

4.      Mandamus is an extraordinary remedy, requiring a petitioner to show he suffered a public wrong injurious to him as the result of the decision-maker not performing a duty clearly imposed by the law, and that petitioner has no other adequate remedy at law. *Minn. Voters All. v. Cnty. of Ramsey*, 971 N.W.2d 269, 275 (Minn. 2022); *see* Minn. Stat. § 586.01 (2024) (discussing mandamus); *N. States Power Co. v. Minn. Metro. Council*, 684 N.W.2d 485, 491 (Minn. 2004) (same); *Latourell v. Dempsey*, 518 N.W.2d 564, 565 (Minn. 1994) (same).  "Ordinarily, where a party has an adequate remedy by appeal, a writ of mandamus should be denied."  *State v. Davis*, 592 N.W.2d 457, 459 (Minn. 1999) (quoting *State ex rel. Gresham v. Delaney*, 6 N.W.2d 97, 98 (Minn. 1942)).  "A court's decision to grant a writ of mandamus is discretionary."  *State v. Hart*, 723 N.W.2d 254, 260 (Minn. 2006).

5.      Petitioner does not explain why it would be an inadequate remedy for him to seek review of the written order or any oral rulings made by the district court at the hearing (or both) on appeal from a final decision, if necessary.  The district court's written order ensures a complete record of the case, and limits the opportunity for inappropriate contact between chambers personnel and a litigant in a case before the district court.  These are not circumstances meriting the exercise of our discretion to grant the extraordinary remedy of a writ of mandamus.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0641  2025-05-05**

Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0641__2025-05-05.pdf

SHA-256 Hash of Source File:  ca8b1f336a0adc94da357853353a2b02dbc6437727992cf0d1832dfcbfc301d2

Page: 3 of 3        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

**IT IS HEREBY ORDERED:**

1.        The petition for a writ of mandamus is denied.

2.        The clerk of the appellate courts shall provide copies of this order to the Honorable Susan Burke, the self-represented petitioner, the self-represented respondent Xenos Brooks, counsel for the represented respondents, and the district court administrator.

**Dated:** May 5, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 19**

## *Order - Granting or Denying MandamusProhibition*

### 2025-05-28     **Minnesota Court of Appeals Case No. A25-0366**

---

**DOCUMENT METADATA**  |  [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf |
| File Size: | 250 KiB |
| Modify Date: | 2025:05:28 12:46:39-05:00 |
| Create Date: | 2025:05:27 14:56:39-05:00 |
| Source Modified: | D:20250527195631 |
| Author: | COA |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:05:28 12:46:30-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:6a75c685-78b7-4739-a262-38f38f9c607a |
| Instance ID: | uuid:553e0e0a-958a-42b2-b98d-bbdbc6cbaf17 |
| Subject: | 98 |
| Creator: | COA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | | | |
|---|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 787ff6e6-c44e-4010-bbb2-62a1520f08ef |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-01-09T17:23:34Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

---

### DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: May 28 2025 09:18:57

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 150230], [161838 - 226639]

Not total document signed

Signature Validation:   **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 20**

# C-Track-Public Site A25-0366

Exhibit MN-COA

[C-Track - Public Site_A25-0366.pdf](#)

SHA-256 Hash of Source File:  c1cd61d51189186ac135ab28a9603417ede86a78209c01517b9b0082a6c57318

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



C-Track - Public Site                                                      https://macsnc.courts.state.mn.us/ctrack/view/publicC...

## Minnesota Appellate Courts

### Case Management System

**Case Management**

Help ?

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | A25-0366 | Filing Date: | 03/06/2025 |
| Jurisdiction: | Both | Status: | Closed |
| ORCA: | Multiple | Hearing Type: | Special Term |
| Classification: | Abbreviated Adversarial - Writs - Prohibition/Mandamus | | |
| Short Title: | In re Rebecca Ann Pera Cole, Petitioner. | | |
| Full Title: | In re Rebecca Ann Pera Cole, Petitioner, In the Matter of Rebecca Ann Pera Cole, Petitioner, vs. Zachary Ayars Cole, Respondent. | | |
| Summary: | A24-0700, A24-1864 | | |
| Citation: | * | | |

### Supreme Court Information

| | | | |
|---|---|---|---|
| Filing Date: | 07/17/2025 | Status: | PFR |
| Short Title: | In re Rebecca Ann Pera Cole, Petitioner. | Hearing Type: | Special Term |

**+ Display Party Information**

### Docketing Filter View

Display: [          ]     Go!

### Docket Information

| Document Description | Jurisdiction | Filing Date | Docket Entry Type | Filing Type | Status | PDF |
|---|---|---|---|---|---|---|
| Order - Grant - Petition for Review accepted for filing. Respondent has 21 days from the date of this order to respond. | Supreme Court | 08/19/2025 | Order | Grant | Final | 📄 |
| Affidavit - Service - Response - Motion - Accept Late PFR | Supreme Court | 07/25/2025 | Affidavit | Service | Final | 📄 |
| Response - Motion - Accept Late PFR | Supreme Court | 07/24/2025 | Response | Motion | Final | 📄 |
| Motion - In Forma Pauperis | Supreme Court | 07/22/2025 | Motion | In Forma Pauperis | Final | 🔒 |
| Affidavit - Service - Motion - Accept Late Filings - Petition for Further Review | Supreme Court | 07/22/2025 | Affidavit | Service | Final | 📄 |
| Petition - Further Review (deemed filed 6/27/25 by order of 8/19/25) | Supreme Court | 07/17/2025 | Petition | Further Review | Final | 📄 |
| Motion - Accept Late Filings - Petition for Further Review | Supreme Court | 07/17/2025 | Motion | Accept Late Filings | Final | 📄 |
| Order - Denying Prohibition | Court of Appeals | 05/28/2025 | Order | Granting or Denying Mandamus/Prohibition | Final | 📄 |
| Transcript - Delivery Certificate - Diane Aho | Court of Appeals | 05/13/2025 | Transcript | Delivery Certificate | Final | 📄 |
| Transcript - Delivery Certificate-Lisa Knisley | Court of Appeals | 04/04/2025 | Transcript | Delivery Certificate | Final | 📄 |
| Transcript - Initial Certificate -Lisa Knisley | Court of Appeals | 03/27/2025 | Transcript | Initial Certificate | Final | 📄 |
| Transcript - Initial Certificate-Diane Aho | Court of Appeals | 03/27/2025 | Transcript | Initial Certificate | Final | 📄 |
| Findings - In Forma Pauperis - Trial Court - Grant | Court of Appeals | 03/13/2025 | Findings | In Forma Pauperis - Trial Court | Final | 📄 |
| Affidavit - Service of Petition on District Court and Respondent | Court of Appeals | 03/13/2025 | Affidavit | Service | Final | 📄 |
| Notice - Case Filing | Court of Appeals | 03/07/2025 | Notice | Case Filing | Final | 📄 |
| Petition - Prohibition | Court of Appeals | 03/06/2025 | Petition | Prohibition | Final | 📄 |

**Case View**
**ORCA Info**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 21**

**Order-Granting or Denying MandamusProhibition A25-0366  2025-05-28**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf
SHA-256 Hash of Source File:  0074828ae8f0ff07cd5ef3df699203b95ba85c39c267e18789a3da4a29c6bcba
Page: 1 of 4        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

**FILED**

May 28, 2025

**OFFICE OF
APPELLATE COURTS**

In re Rebecca Ann Pera Cole, Petitioner,

In the Matter of Rebecca Ann Pera Cole,

Petitioner,

vs.

Zachary Ayars Cole,

Respondent.

**SPECIAL
TERM
ORDER[1]**

#A25-0366

Considered and decided by Frisch, Chief Judge; Larkin, Judge; and Bentley, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE
FOLLOWING REASONS:**

Asserting a district court referee was biased against her, petitioner sought to preclude that referee from hearing the parties' disputes.  Both the referee and the judge presiding in family court denied relief.  *See* Minn. R. Gen. Prac. 106 (addressing removal of a decisionmaker for bias).  Petitioner now asks us for a writ of prohibition to preclude the referee from hearing the parties' disputes.  Petitioner ordered certain transcripts to support her petition.  We received no response to the petition.  Related appellate matters include A23-1601, A23-1603, A24-0700, A24-0701, and A24-1864.

---

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 22**

Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf
SHA-256 Hash of Source File:  0074828ae8f0ff07cd5ef3df699203b95ba85c39c267e18789a3da4a29c6bcba

"A writ of prohibition will issue when the court [1] exercises, or is about to exercise, judicial power, [2] the exercise of such power is unauthorized by law, and [3] the result will be an injury for which there is no other adequate remedy." *Klapmeier v. Cirrus Indus., Inc.*, 900 N.W.2d 386, 392 (Minn. 2017) (citing *In re Leslie*, 889 N.W.2d 13, 14 (Minn. 2017)).  Prohibition may be available under Minn. R. Civ. App. P. 120.01 to challenge the denial of a motion to remove a judge for cause. *See In re Jacobs*, 802 N.W.2d 748, 750 (Minn. 2011) (reviewing our denial of prohibition petition seeking review of order denying removal for cause).

Under the judicial code, "[a] judge shall hear and decide matters assigned to the judge, except when disqualification is required by Rule 2.11 or other law."  Minn. Code Jud. Conduct Rule 2.7.  Under Rule 2.11, a judge must disqualify herself "in any proceeding in which the judge's impartiality might reasonably be questioned."  Minn. Code Jud. Conduct Rule 2.11.  "Whether a judge's impartiality may reasonably be questioned is an objective consideration that evaluates whether a reasonable examiner, with full knowledge of the facts and circumstances, would question the judge's impartiality."  *State v. Malone*, 963 N.W.2d 453, 464 (Minn. 2021).

We reject mother's assertions that adverse rulings by the referee show or suggest that the referee is biased.  Adverse rulings, even if erroneous, are not a basis for imputing bias to a judge.  *See Olson v. Olson*, 392 N.W.2d 338, 341 (Minn. App. 1986).  And "[t]he mere fact that a party declares a judge partial does not in itself generate a reasonable question as to the judge's impartiality." *State v. Burrell*, 743 N.W.2d 596, 601-02 (Minn.

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 23**

**Order-Granting or Denying MandamusProhibition A25-0366 2025-05-28**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf
SHA-256 Hash of Source File:  0074828ae8f0ff07cd5ef3df699203b95ba85c39c267e18789a3da4a29c6bcba
Page: 3 of 4        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

2008).  Also, the parties' child is an elder teenager, and "[t]he choice of an older teenage child is an overwhelming consideration in determining the child's custody."  *Ross v. Ross*, 477 N.W.2d 753, 756 (Minn. App. 1991); *see In re Welfare of Child of J.R.R.*, 943 N.W.2d 661, 669 (Minn. App. 2020) (citing *Ross* to make a similar point).  Thus, the referee's attempts to acquire information about the child's parenting preferences do not suggest the referee is biased.

We reject petitioner's reading of *Cole v. Cole*, No. A23-1603, 2024 WL 3872798, at *9 (Minn. App. Aug. 19, 2024) because petitioner's reading takes the relevant language out of context.  We also reject petitioner's arguments based on the referee's references to an "investigation," and to what petitioner asserts was the referee's "threat" to involve law enforcement to aid in obtaining the child's parenting preferences.  In both instances, petitioner misreads the relevant part of the record.  Nor has petitioner shown that the referee was aware of what she asserts was improper conduct by persons tasked by the referee with providing information to the court.  Thus, even *if* those persons acted improperly—and we express no opinion as to whether those persons did so—petitioner has not shown that their actions can be attributed to the referee.  Finally, we cannot say that petitioner's arguments otherwise persuade us to grant relief.

In short, petitioner has shown neither that the referee acted improperly, nor that an objective observer would question the referee's impartiality in this case.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 24**

**Order-Granting or Denying MandamusProhibition A25-0366  2025-05-28**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf
SHA-256 Hash of Source File:  0074828ae8f0ff07cd5ef3df699203b95ba85c39c267e18789a3da4a29c6bcba
Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of prohibition is denied.

2.      We express no opinion on the parties' substantive disputes.

3.      The clerk of the appellate courts shall provide copies of this order to the Honorable Charlene Hatcher, the Honorable Theresa Couri, Hennepin County District Court Referee Jason Hutchison, the self-represented petitioner, counsel for respondent, and the district court administrator.

**Dated:**  May 28, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 25**

## *Order - Granting or Denying MandamusProhibition*

**2025-06-04**      **Minnesota Court of Appeals Case No. A25-0860**

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf |
| File Size: | 237 KiB |
| Modify Date: | 2025:06:04 13:55:00-05:00 |
| Create Date: | 2025:06:04 09:01:27-05:00 |
| Source Modified: | D:20250604135509 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:04 13:55:00-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:fe49fa9f-13ce-4207-9775-b9405ea36bff |
| Instance ID: | uuid:d6ace60c-5aad-4dd4-8b72-60c32a2e0b4d |
| Subject: | 8 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 06646d9e-044d-4077-9ded-71795391d251 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-06-03T17:24:12Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

**DOCUMENT DIGITAL SIGNATURES**

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 04 2025 12:24:11

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 128272], [139880 - 213324]

Not total document signed

Signature Validation:  **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 26**

## C-Track-Public Site A25-0860
Exhibit MN-COA

[C-Track - Public Site_A25-0860.pdf](#)

SHA-256 Hash of Source File: cada648f110be3b5aef6f3a4d597a0ad6ffd8ce85026bb5425cccfb05a52e75e

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

C-Track - Public Site                                           https://macsnc.courts.state.mn.us/ctrack/view/publicC...



8/24/25, 13:33

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 27**

**Order-Granting or Denying MandamusProhibition A25-0860  2025-06-04**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf
SHA-256 Hash of Source File:  b7ebdbf987fa5c7c6ed8ffb20ceb8a255ae87b000c31b0d231547351963e34df
Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 4, 2025

OFFICE OF
APPELLATE COURTS

---

In re Rajuan Marquice Jones, Petitioner,

State of Minnesota,

       Respondent,

vs.

Rajuan Marquice Jones,

       Petitioner.

---

**O R D E R**

#A25-0860

---

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      On May 20, 2025, petitioner Rajuan Marquice Jones filed a petition for a writ of mandamus by mail.  Petitioner seeks a writ of mandamus directing the district court judge "to cease all proceedings in Case No. 27CR251454, and to immediately dismiss the matter for want of jurisdiction and multiple constitutional violations."

2.      Petitioner did not pay the $550 filing fee required for a petition for a writ of mandamus, *see* Minn. R. Civ. App. P. 120.04, but filed a copy of an application for a waiver of appellate-court filing fees with his petition.  The register of actions shows that petitioner filed an application for waiver of appellate filing fees in district court, but the district court has not entered an order granting the waiver.  *See* Minn. R. Civ. App. 109.02.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 28**

**Order-Granting or Denying MandamusProhibition A25-0860  2025-06-04**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf
SHA-256 Hash of Source File:  b7ebdbf987fa5c7c6ed8ffb20ceb8a255ae87b000c31b0d231547351963e34df
Page: 2 of 3        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

3.      On June 2, 2025, respondent State of Minnesota filed a response opposing a writ of mandamus because petitioner can challenge the pretrial proceedings in an appeal from the final judgment.

4.      The authority for obtaining a writ of mandamus is statutory.  Minn. Stat. § 586.01 (2024).  Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has "clear and present official duty to perform a certain act").  "But even if the court has such a clear judicial duty, if there is some other plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."  *State v. Hoelzel*, 639 N.W.2d 605, 610 (Minn. 2002); Minn. Stat. § 586.02 (2024).  In other words, if a criminal defendant may raise a claimed error in a direct appeal from a subsequent conviction, mandamus is not available.  *See McIntosh v. Davis*, 441 N.W.2d 115, 120 (Minn. 1989) (reversing writs of mandamus issued by this court because defendants were able to raise the issue in a direct appeal from conviction).

5.      The register of actions shows that petitioner was found guilty of unlawful possession of a firearm after a jury trial on May 23, 2025.   A sentencing hearing is scheduled for July 15, 2025.

6.      Petitioner will have an ordinary remedy in an appeal from the final judgment of conviction, *see* Minn. R. Crim. P. 28.02, subd. 2(1), in which he can raise the issues he identifies in his petition, *see State v. Grigsby*, 818 N.W.2d 511, 515-519 (Minn. 2012) (addressing subject-matter jurisdiction and procedural due process issues in appeal from

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 29**

**Order-Granting or Denying MandamusProhibition A25-0860  2025-06-04**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf
SHA-256 Hash of Source File:  b7ebdbf987fa5c7c6ed8ffb20ceb8a255ae87b000c31b0d231547351963e34df
Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

final judgment).  Petitioner has therefore failed to meet his burden to show that he is entitled

to a writ of mandamus.

IT IS HEREBY ORDERED:  The petition for a writ of mandamus is denied.

**Dated:** June 4, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Granting or Denying MandamusProhibition*

### 2025-06-04      **Minnesota Court of Appeals Case No. A25-0820**

**DOCUMENT METADATA**  |  [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf |
| File Size: | 235 KiB |
| Modify Date: | 2025:06:04 13:50:30-05:00 |
| Create Date: | 2025:06:04 08:35:21-05:00 |
| Source Modified: | D:20250604133350 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:04 13:50:30-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:1bd60966-e4e0-48d1-89c9-3522e666f2dd |
| Instance ID: | uuid:7df51c32-5d24-448e-96b1-e62d79e662d9 |
| Subject: | 10 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | e8e20580-a529-4677-a4c7-4582b467a04c |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-05-27T15:09:15Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 04 2025 12:23:33

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 131984], [143592 - 210179]

Not total document signed

Signature Validation:  **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 31**</span>

## C-Track-Public Site A25-0820

Exhibit MN-COA

[C-Track - Public Site_A25-0820.pdf](#)

SHA-256 Hash of Source File: 31479df25cd07a67000952762f47f1d37e40d303ec0f9f22998228f905660d33

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 32**

**Order-Granting or Denying MandamusProhibition A25-0820  2025-06-04**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf
SHA-256 Hash of Source File:  672cc9e586e02790a2cec6e4201ebcb822716f6ce99673bdc511f2ec4178a105

Page: 1 of 3       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

In re Rajuan Marquice Jones, Petitioner,

State of Minnesota,

      Respondent,

vs.

Rajuan Marquice Jones,

      Petitioner.

**O R D E R**

#A25-0820

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      On May 20, 2025, petitioner Rajuan Marquice Jones filed a petition seeking a writ of prohibition "prohibiting further proceedings in the criminal case due to a lack of jurisdiction, fraud upon the court," and violations of his constitutional rights under the Due Process Clause and the Fourth Amendment, among other violations.

2.      Petitioner did not pay the $550 filing fee required for a petition for a writ of prohibition.  *See* Minn. R. Civ. App. P. 120.04.  Instead, he filed a copy of an application for a waiver of appellate filing fees with his petition.  The register of actions shows that petitioner also filed an application for waiver of appellate filing fees in district court on May 20, 2025, but the district court has not entered an order granting the waiver.  *See* Minn. R. Civ. App. 109.02.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 33

**Order-Granting or Denying MandamusProhibition A25-0820  2025-06-04**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf
SHA-256 Hash of Source File:  672cc9e586e02790a2cec6e4201ebcb822716f6ce99673bdc511f2ec4178a105
Page: 2 of 3       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

3.      In a May 20, 2025 notice of case filing, the clerk of the appellate courts notified petitioner of deficiencies and directed him to file proof of service of the petition and accompanying documents on counsel for respondent, the state public defender, and the attorney general. Our records show that petitioner has not remedied the identified deficiencies.

4.      On June 2, 2025, respondent State of Minnesota filed a response opposing the petition because petitioner has an ordinary remedy in an appeal.

5.      A writ of prohibition is an extraordinary remedy that exists only where there is "no other adequate remedy by motion, trial, appeal, certiorari, or otherwise." *See State v. Turner*, 550 N.W.2d 622, 625 (Minn. 1996).

6.      The register of actions shows that petitioner was found guilty of unlawful possession of a firearm after a jury trial on May 23, 2025.  A sentencing hearing is scheduled for July 15, 2025.

7.      Petitioner will have an ordinary remedy in an appeal from the final judgment of conviction, *see* Minn. R. Crim. P. 28.02, subd. 2(1), in which he can raise the issues he identifies in his petition, *see State v. Grigsby*, 818 N.W.2d 511, 515-519 (Minn. 2012) (addressing subject-matter jurisdiction and procedural due process issues in appeal from final judgment).  Petitioner has therefore failed to meet his burden to show that he is entitled to a writ of prohibition.

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 34**

**Order-Granting or Denying MandamusProhibition A25-0820  2025-06-04**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf
SHA-256 Hash of Source File:  672cc9e586e02790a2cec6e4201ebcb822716f6ce99673bdc511f2ec4178a105

Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**IT IS HEREBY ORDERED:**  The petition for a writ of prohibition is denied.

**Dated:**  June 4, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Dismiss - Not Stipulated, Entire Case*

**2025-06-10**      **Minnesota Court of Appeals Case No. A25-0670**

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Dismiss - Not Stipulated, Entire Case_A25-0670__2025-06-10.pdf |
| File Size: | 208 KiB |
| Modify Date: | 2025:06:10 12:00:00-05:00 |
| Create Date: | 2025:06:10 09:32:42-05:00 |
| Source Modified: | D:20250610143147 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:10 12:00:00-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:12e2ccb2-264f-440e-ab13-350052e28545 |
| Instance ID: | uuid:b7a5b26b-4d47-4929-a2ae-faa4cf37e1a0 |
| Subject: | 18 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 2 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | a1285d56-0dea-4122-b6b0-cd8f9aeb211b |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-05-16T17:26:25Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 10 2025 11:15:10

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 106156], [117764 - 184738]

Not total document signed

Signature Validation: **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 36**

# C-Track-Public Site A25-0670

Exhibit MN-COA

---

[C-Track - Public Site_A25-0670.pdf](#)

SHA-256 Hash of Source File:  73ec9227dc9a18650893b285a24cf5dc1a2f4d16ae0fd62bdc3249e910373c53

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

C-Track - Public Site                                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 37**

**Order-Dismiss-Not Stipulated, Entire Case A25-0670  2025-06-10**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0670__2025-06-10.pdf
SHA-256 Hash of Source File:  9e17a3dd61bc32cdd0a93c609e778226715e852a344c71819f96d32dbcc8be06
Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 10, 2025

OFFICE OF
APPELLATE COURTS

In re Joseph Christen Thoresen, Petitioner,

Joseph Christen Thoresen,

        Petitioner,

vs.

State of Minnesota,

        Respondent.

**O R D E R**

#A25-0670

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.     On April 22, 2025, petitioner Joseph Christen Thoresen filed by mail a petition seeking a "writ of mandamus . . . for demurrer with aider and amendment to commercial cause" with respect to a criminal district court file.

2.     By April 28, 2025 notice of case filing, the clerk of the appellate courts notified petitioner of deficiencies and directed him to pay the $550 filing fee required for a petition for mandamus or file a copy of an order from the district court waiving appellate filing fees, and file proof of service of the petition on counsel for respondent, the attorney general, and the state public defender.

3.     In an order filed on May 12, 2025, we directed petitioner to (a) pay the $550 filing fee or file an order from the district court waiving the filing fee and (b) file proof of

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Dismiss-Not Stipulated, Entire Case A25-0670 2025-06-10**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0670__2025-06-10.pdf
SHA-256 Hash of Source File: 9e17a3dd61bc32cdd0a93c609e778226715e852a344c71819f96d32dbcc8be06
Page: 2 of 2          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

service of the petition on the county attorney, the attorney general, and the state public defender on or before May 22, 2025.

4.      Petitioner did not remedy the deficiencies.  Instead, on May 13, 2025, petitioner filed by mail with the clerk of the appellate courts a motion asking this court to waive appellate filing fees.

5.      In an order filed on May 23, 2025, we gave petitioner a final opportunity to remedy the deficiencies and directed petitioner to (a) pay the $550 filing fee or file with the district court an application to proceed in forma pauperis (IFP) in the court of appeals and (b) file proof of service of the petition on counsel for respondent, the attorney general, and the state public defender.

6.      Our records reflect that on May 17, 2025, petitioner filed with the clerk of the appellate courts another motion asking this court to waive appellate filing fees.

7.      The register of actions does not show that petitioner filed the application to proceed IFP in the district court, as our May 23, 2025 order directed.  Our records also do not reflect that petitioner has filed proof of service of the petition on the county attorney, the attorney general, and the state public defender.  We therefore dismiss this petition pursuant to our May 23, 2025 order.

**IT IS HEREBY ORDERED:**  The petition for a writ of mandamus is dismissed.

**Dated:** June 10, 2025               **BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

# *Order - Granting or Denying MandamusProhibition*

## 2025-06-17    Minnesota Court of Appeals Case No. A25-0817

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf |
| File Size: | 239 KiB |
| Modify Date: | 2025:06:17 15:55:01-05:00 |
| Create Date: | 2025:06:17 14:05:23-05:00 |
| Source Modified: | D:20250617190516 |
| Author: | COA |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:17 15:55:01-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:d0a0f301-cf28-4032-b389-dc4f55b30443 |
| Instance ID: | uuid:ce9e60d5-522f-44d1-8609-03db28d845c4 |
| Subject: | 18 |
| Title: | |
| Creator: | COA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 787ff6e6-c44e-4010-bbb2-62a1520f08ef |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-01-09T17:23:34Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 17 2025 14:22:19

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 133497], [145105 - 216474]

Not total document signed

Signature Validation:  **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 40**

# C-Track-Public Site A25-0817

Exhibit MN-COA

[C-Track - Public Site_A25-0817.pdf](#)

SHA-256 Hash of Source File:  8616a681a38ec1f84c668898670201c20d680f2ae89be9ff33b1331c9cfd0d98

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



C-Track - Public Site                                                   https://macsnc.courts.state.mn.us/ctrack/view/publicC...

## Minnesota Appellate Courts
### Case Management System

Help ?

Case Management

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | A25-0817 | Filing Date: | 05/20/2025 |
| Jurisdiction: | Court of Appeals | Status: | Closed |
| ORCA: | Civil Division Hennepin County District Court | Hearing Type: | Special Term |
| Classification: | Abbreviated Adversarial - Writs - Prohibition/Mandamus | | |
| Short Title: | In re Justin Mann, et al., Petitioners. | | |
| Full Title: | In re Justin Mann, et al., Petitioners, Justin Mann, et al., Petitioners, and Larry E. Reed, Plaintiff, vs. The Highlands of Edinburgh Sixth Association, Respondent. | | |
| Summary: | | | |
| Citation: | | | |

+ Display Party Information

### Docketing Filter View

Display: [        ]   Go!

### Docket Information

| Document Description | Jurisdiction | Filing Date | Docket Entry Type | Filing Type | Status | PDF |
|---|---|---|---|---|---|---|
| Order - Denying Mandamus/Prohibition | Court of Appeals | 06/17/2025 | Order | Granting or Denying Mandamus/Prohibition | Final | |
| Affidavit - Service - Petition for Prohibition | Court of Appeals | 05/27/2025 | Affidavit | Service | Final | |
| Affidavit - Service Rejected - Attorneys Not Listed | Court of Appeals | 05/27/2025 | Other | Docket Notation | Final | |
| Rejected Proof of Service-Not Proper | Court of Appeals | 05/22/2025 | Other | Docket Notation | Final | |
| Order - Deny-Petitioner's request for an emergency writ under Minn. R. Civ. App. P. 121 is denied. Deficiencies due 5/30/25. | Court of Appeals | 05/21/2025 | Order | Deny | Final | |
| Notice of Filing of Order in District Court | Court of Appeals | 05/21/2025 | Notice | Other - Incoming | Final | |
| Rejected Correcting Deficiencies-Multiple Document Types Filed | Court of Appeals | 05/21/2025 | Other | Docket Notation | Final | |
| Notice - Case Filing | Court of Appeals | 05/20/2025 | Notice | Case Filing | Final | |
| *Emergency* Petition for Writ of Prohibition | Court of Appeals | 05/20/2025 | Petition | Mandamus | Final | |

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 41

**Order-Granting or Denying MandamusProhibition A25-0817  2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf
SHA-256 Hash of Source File:  ba16b9838c1444c0740e7caf110a99351d43d90b4feef3efa527fd82aa2fba3f
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 17, 2025

OFFICE OF
APPELLATE COURTS

_____

In re Justin Mann, et al., Petitioners,

Justin Mann, et al.,

           Petitioners,

and

Larry E. Reed,

           Plaintiff,

vs.

The Highlands of Edinburgh Sixth
Association,

           Respondent.

_____

**SPECIAL
TERM
ORDER[1]**

**A25-0817**

     Considered and decided by Frisch, Chief Judge; Bjorkman, Judge; and Bratvold,

Judge.

     **BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE**

**FOLLOWING REASONS:**

     Petitioners commenced this action to challenge respondent's ability to levy

assessments against petitioners' properties.  This petition was filed on May 20, 2025.

_____

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except
as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0817  2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf
SHA-256 Hash of Source File:  ba16b9838c1444c0740e7caf110a99351d43d90b4feef3efa527fd82aa2fba3f
Page: 2 of 4        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Petitioners ask us to issue a writ of mandamus and prohibition (1) directing "that Hennepin County District Court Judge Conroy . . . is disqualified in this case."  If we decline to do so, petitioners ask us to issue a writ (2) directing the district court to rule on petitioners' pending "motion for recusal or disqualification," (3) preventing the district court "from conducting a Summary Judgment Hearing scheduled for May 21, 2025 at 1:30 p.m." before ruling on petitioners' motion, (4) directing the district court to complete a memorandum related to an order filed on November 12, 2024, denying petitioners' motion for a temporary restraining order, and (5) ordering "that the case be reopened, reassigned, and that a scheduling order be issued."

On May 20, 2025, the district court filed an order striking the May 21, 2025 summary-judgment hearing.  On May 21, 2025, we filed an order denying petitioners' request for emergency relief under Minn. R. Civ. App. P. 121.  We also directed petitioners to file proof of service of the petition on respondent if they seek relief under Minn. R. Civ. App. P. 120.  On May 27, 2025, petitioners filed proof of service of the petition on respondent.  Respondent has not filed an answer to the petition.

"A writ of prohibition will issue when the court [1] exercises, or is about to exercise, judicial power, [2] the exercise of such power is unauthorized by law, and [3] the result will be an injury for which there is no other adequate remedy."  *Klapmeier v. Cirrus Indus., Inc.*, 900 N.W.2d 386, 392 (Minn. 2017) (citing *In re Leslie*, 889 N.W.2d 13, 14 (Minn. 2017)). "The writ is not one of right but of discretion and issues only in extreme cases where the law affords no other adequate remedy by motion, trial, appeal, certiorari, or

2

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 43**

**Order-Granting or Denying MandamusProhibition A25-0817  2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf
SHA-256 Hash of Source File:  ba16b9838c1444c0740e7caf110a99351d43d90b4feef3efa527fd82aa2fba3f
Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

otherwise." *Wasmund v. Nunamaker*, 151 N.W.2d 577, 579 (Minn. 1967).  Similarly, to obtain a writ of mandamus, petitioners must show (1) a failure to perform an official duty clearly imposed by law; (2) the failure caused petitioners to suffer a public wrong specifically injurious to petitioners; and (3) there is no other adequate legal remedy.  *Spann v. Minneapolis City Council*, 979 N.W.2d 66, 78 (Minn. 2022); *see also* Minn. Stat. § 586.01-.02 (2024).  "A petitioner seeking mandamus bears the burden of proving that the petitioner is entitled to relief."  *Minn. Voters All. v. County of Ramsey*, 962 N.W.2d 667, 672 (Minn. App. 2021), *aff'd*, 971 N.W.2d 269 (Minn. 2022).

Petitioners have not demonstrated that they are entitled to a writ of prohibition or mandamus.  The district court held a hearing on petitioners' "motion to disqualify and recuse" on March 20, 2025, and that motion is still pending.  Pursuant to statute, the district court is to file a decision within 90 days after submission of a motion.  Minn. Stat. § 546.27, subd. 1 (2024).  That 90 day period extends to June 18, 2025.  And, if a district court judge denies a motion to remove that judge on the basis of actual prejudice or bias, the moving party may seek reconsideration by the chief judge of the district.  Minn. Gen. R. Prac. 106.  Petitioners have not demonstrated that they are without an adequate remedy to seek disqualification or that the district court is required to rule on the motion now.

With respect to relief related to the May 21, 2025 summary-judgment hearing, petitioners' request is moot.  In its May 20, 2025 order, the district court struck that hearing.  And, as petitioners acknowledged in their May 20, 2025 filing in this court, the district court's order "partially addresses the issues raised" here.

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 44**

**Order-Granting or Denying MandamusProhibition A25-0817 2025-06-17**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf
SHA-256 Hash of Source File:  ba16b9838c1444c0740e7caf110a99351d43d90b4feef3efa527fd82aa2fba3f
Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Similarly, petitioners have not demonstrated that they are without an adequate remedy to request issuance of a scheduling order, and the relief they seek related to the case being reopened is moot.  The register of actions indicates that petitioners' motion pending in district court alternatively asks the district court to issue "a scheduling order at this time and allow[] the parties to complete discovery" and that the matter is reopened.

Finally, petitioners have not demonstrated that the district court failed to perform a duty clearly imposed by law by not completing a memorandum related to its November 12, 2024 order, or that there is no other adequate remedy.  Petitioners have not provided authority to support this argument, and they have not otherwise requested this relief in the district court or explained why they cannot.  Therefore, they have not carried their burden.

**IT IS HEREBY ORDERED:**  The petition is denied.

**Dated**:  June 17, 2025

BY THE COURT

_____
Jennifer L. Frisch
Chief Judge

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 45**

# *Order - Granting or Denying MandamusProhibition*

## 2025-06-17        Minnesota Court of Appeals Case No. A25-0772

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf |
| File Size: | 245 KiB |
| Modify Date: | 2025:06:17 15:55:30-05:00 |
| Create Date: | 2025:06:17 13:59:13-05:00 |
| Subject: | |
| Source Modified: | D:20250617185703 |
| Author: | Solka, Linda |
| Company: | Minnesota Judicial Branch |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:17 15:55:30-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:d7c299b9-fe9a-43de-9378-d9b8462b2352 |
| Instance ID: | uuid:ea5ae712-79e5-467f-8e58-411c8143cc51 |
| Title: | |
| Description: | |
| Creator: | Solka, Linda |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Keywords: | |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | | 9f095e8e-2339-4427-b221-c354a18e5aab |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | | 2025-06-13T17:30:17Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 17 2025 14:22:41

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 144295], [155903 - 221416]

Not total document signed

Signature Validation:  **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## C-Track-Public Site A25-0772
Exhibit MN-COA

[C-Track - Public Site_A25-0772.pdf](C-Track - Public Site_A25-0772.pdf)

SHA-256 Hash of Source File:  6ced1c5a5aca06148ad8b7d66168e1956f345dbf58e9b58579aa98b6d5a4ba31

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



C-Track - Public Site

https://macsnc.courts.state.mn.us/ctrack/view/publicC...

### Minnesota Appellate Courts
#### Case Management System

Help ?

**Case Management**

**Case Information**

| | | | |
|---|---|---|---|
| Case Number: | A25-0772 | Filing Date: | 05/13/2025 |
| Jurisdiction: | Court of Appeals | Status: | Closed |
| ORCA: | Olmsted County District Court | Hearing Type: | Special Term |
| Classification: | Abbreviated Adversarial - Writs - Prohibition/Mandamus | | |
| Short Title: | In re S. L. J., Petitioner. | | |
| Full Title: | In re S. L. J., Petitioner, In the Matter of the Welfare of the Child of: S. L. J. and T. L. E., Parents. | | |
| Summary: | | | |
| Citation: | | | |

+ Display Party Information

**Docketing Filter View**

Display: [_____ ▾]  [ Go! ]

**Docket Information**

| Document Description | Jurisdiction | Filing Date | Docket Entry Type | Filing Type | Status | PDF |
|---|---|---|---|---|---|---|
| Order - Denying Mandamus | Court of Appeals | 06/17/2025 | Order | Granting or Denying Mandamus/Prohibition | Final | 📄 |
| Affidavit - Service-Proof of Service of Petition on District Court | Court of Appeals | 05/20/2025 | Affidavit | Service | Final | 📄 |
| Correspondence - Incoming - Regarding Proof of Filing with District Court | Court of Appeals | 05/14/2025 | Correspondence | Incoming | Final | 📄 |
| Affidavit - Service - Petition for Writ | Court of Appeals | 05/14/2025 | Affidavit | Service | Final | 📄 |
| Notice - Case Filing | Court of Appeals | 05/13/2025 | Notice | Case Filing | Final | 📄 |
| Petition - Mandamus | Court of Appeals | 05/13/2025 | Petition | Mandamus | Final | 📄 |

1 of 1

8/24/25, 13:31

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 47**

**Order-Granting or Denying MandamusProhibition A25-0772  2025-06-17**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf
SHA-256 Hash of Source File:  f29f4109c7b16337f0caf9cdfd8707e5d55c2faf9c9d55c11b3dd7100b914af4

Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 17, 2025

OFFICE OF
APPELLATE COURTS

---

In re S. L. J., Petitioner,

In the Matter of the Welfare of the Child
of:  S. L. J. and T. L. E., Parents.

---

**SPECIAL**

**TERM**

**ORDER¹**

#A25-0772

Considered and decided by Frisch, Chief Judge; Bjorkman, Judge; and Bratvold,

Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE**

**FOLLOWING REASONS:**

By order filed March 12, 2025, the juvenile court cited Minn. Stat. § 260C.141,

subd. 1(b) (2024), and ruled that, "at this time," it would not proceed on petitioner's private

petition to terminate respondent's parental rights (TPR). The entry on the district court's

register of actions for this order states the order dismisses the case. The register of actions

denotes that the case is "Closed." Petitioner seeks a writ of mandamus to compel the

juvenile court to hold a hearing in the case. We received no response to the petition.

A petition for a writ of mandamus should be filed within the time that an otherwise

appealable order could be appealed, but we have discretion to accept a petition filed beyond

the appeal period if there is no prejudice to the other party. *See Ebenezer Soc'y v. Minnesota*

---

¹ Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except
as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0772  2025-06-17**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf
SHA-256 Hash of Source File:  f29f4109c7b16337f0caf9cdfd8707e5d55c2faf9c9d55c11b3dd7100b914af4

Page: 2 of 4        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

*State Bd. of Health*, 223 N.W.2d 385, 388 (Minn. 1974); *Johnson v. Minn. Farm Bureau*

*Mktg. Corp.*, 232 N.W.2d 200, 203 (Minn. 1975) (applying *Ebenezer Soc'y*). With

exceptions not relevant here, an appeal in a juvenile protection case "shall be taken within

20 days of the service of notice by the court administrator of the filing of the court's order."

Minn. R. Juv. Prot. P. 23.02, subd. 2. The juvenile court's register of actions shows that

the court administrator served notice of filing of the juvenile court's March 12, 2025 order

on March 12, 2025. Petitioner filed her petition with us on May 13, 2025. The petition is

late.

"A court's decision to grant a writ of mandamus is discretionary." *State v. Hart*, 723

N.W.2d 254, 260 (Minn. 2006). A writ of mandamus may be appropriate if a decisionmaker

has a clear duty to perform an act, and its failure to perform that act will cause prejudice in

a manner for which there is no adequate remedy or if the district court abused its discretion

in a manner for which there is no adequate remedy. *Minn. Voters All. v. Cnty. of Ramsey*,

971 N.W.2d 269, 275 (Minn. 2022); *see* Minn. Stat. § 586.01 (2024) (discussing

mandamus); *N. States Power Co. v. Minn. Metro. Council*, 684 N.W.2d 485, 491 (Minn.

2004); *Latourell v. Dempsey*, 518 N.W.2d 564, 565 (Minn. 1994).

"An appeal may be taken by the aggrieved person from a final order of the juvenile

court affecting a substantial right of the aggrieved person." Minn. R. Juv. Prot. P. 23.02,

subd. 1. A final order ends the proceeding as far as the court is concerned or finally

determines some positive legal right of a party relating to the action. *In re Est. of Janecek*,

610 N.W.2d 638, 642 (Minn. 2000). An order dismissing a case does both of these things.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0772 2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf
SHA-256 Hash of Source File:  f29f4109c7b16337f0caf9cdfd8707e5d55c2faf9c9d55c11b3dd7100b914af4
Page: 3 of 4      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Thus, if the March 12, 2025 order dismissed petitioner's case, petitioner had a remedy in the ordinary course of the law—an appeal—and mandamus is neither available nor appropriate.

We cannot say petitioner has shown the juvenile court has a clear duty to hold a hearing.  Generally, "[a]fter a petition has been filed [and with an exception not relevant here], the court shall set a time for a hearing." Minn. Stat. § 260C.151, subd. 1. "'[S]hall' is mandatory." Minn. Stat. § 645.44, subd. 16 (2024). The juvenile court cited Minn. Stat. § 260C.141, subd. 1(b) to refuse to proceed "at this time." The crux of petitioner's argument is that Minn. Stat. § 260C.141, subd. 1(b) does not apply here. That statute allows a juvenile court to not proceed "if it appears that the sole purpose of [a private] petition is to modify custody between the parents." Petitioner argues that, when she filed her TPR petition, she already had sole legal and sole physical custody of the child, and terminating respondent's parental rights would leave her as sole custodian. Thus, petitioner concludes, her petition would not *modify* custody, Minn. Stat. § 260C.141, subd. 1(b) does not apply, and she was entitled to a hearing.

But if the juvenile court dismissed the TPR case, petitioner is asking us to direct the juvenile court to hold a hearing in a closed case. Also, the impact of a hearing in the juvenile protection case on the parents' related family case is unclear. But relitigating matters that may have already been addressed in the family case would be contrary to the idea of promptly resolving custody matters. *See Sefkow v. Sefkow,* 427 N.W.2d 203, 212 (Minn. 1988); *Johnson v. Johnson,* 363 N.W.2d 355, 357 (Minn. App. 1985), *rev. denied* (Minn.

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 50**</span>

**Order-Granting or Denying MandamusProhibition A25-0772  2025-06-17**

Exhibit MN-COA

May  6,  1985).  We  are  not  inclined  to  exercise  our  discretion  under  *Hart*  to  grant  the  extraordinary  remedy  of  writ  of  mandamus  based  on  a  late  petition  that  may  be  seeking  a  hearing  in  a  dismissed  case.

**IT IS HEREBY ORDERED:**

1.　　　The petition for a writ of mandamus is denied.

2.　　　We express no opinion on any aspect of the parties' parenting disputes.

3.　　　The  clerk  of  the  appellate  courts  shall  provide  copies  of  this  order  to  the  Honorable  Jacob  C.  Allen,  counsel  for  the  parties,  and  the  district  court  administrator.

**Dated:**  June 17, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Granting or Denying MandamusProhibition*

**2025-06-17**     **Minnesota Court of Appeals Case No. A25-0895**

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0895__2025-06-17.pdf |
| File Size: | 226 KiB |
| Modify Date: | 2025:06:17 16:05:31-05:00 |
| Create Date: | 2025:06:17 12:25:41-05:00 |
| Source Modified: | D:20250617172359 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:17 16:05:31-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:85de86de-380c-4ca7-ba50-4cc39e154f7e |
| Instance ID: | uuid:4957f8b2-40f6-40d3-a6e4-702ad72ecabc |
| Subject: | 26 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | e2347753-1a36-420c-b1c4-1b41c735a6e7 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-06-16T19:46:12Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

### DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 17 2025 14:26:02

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 125536], [137144 - 202326]

Not total document signed

Signature Validation: **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 52**

# C-Track-Public Site A25-0895

Exhibit MN-COA

[C-Track - Public Site_A25-0895.pdf](#)

SHA-256 Hash of Source File:  330f5b413c808c5afff85176c1f92b233e21e6cca1bfd884a90b306d9a6dd1fe

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



C-Track - Public Site                                                      https://macsnc.courts.state.mn.us/ctrack/view/publicC...

**Minnesota Appellate Courts**

Case Management System

Minnesota Appellate Courts
Supreme Court
Court of Appeals
Clerk of Appellate Courts
Case Management System

Case Management

Help ?

Case View
ORCA Info

### Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | A25-0895 | **Filing Date:** | 05/31/2025 |
| **Jurisdiction:** | Court of Appeals | **Status:** | Closed |
| **ORCA:** | Family Division Hennepin County District Court | **Hearing Type:** | Special Term |
| **Classification:** | Abbreviated Adversarial - Writs - Prohibition/Mandamus | | |
| **Short Title:** | In re Anthony Webster, II. | | |
| **Full Title:** | In re Anthony Webster, II, Petitioner, In re the Marriage of: Kassatihun Gebre-Amlak, petitioner, Respondent, vs. Anthony Webster, II, Petitioner. | | |
| **Summary:** | See also A25-0894 | | |
| **Citation:** | * | | |

**+ Display Party Information**

### Docketing Filter View

Display: [ dropdown ]      **Go!**

### Docket Information

| Document Description | Jurisdiction | Filing Date | Docket Entry Type | Filing Type | Status | PDF |
|---|---|---|---|---|---|---|
| Order - Denying Mandamus/Prohibition | Court of Appeals | 06/17/2025 | Order | Granting or Denying Mandamus/Prohibition | Final | 📄 |
| Correspondence - Incoming - Respondent Will Not File Response to Petition | Court of Appeals | 06/09/2025 | Correspondence | Incoming | Final | 📄 |
| Notice - Attorney Appearance Atty Grembowski o/b/o Respondent | Court of Appeals | 06/09/2025 | Notice | Attorney Appearance | Final | 📄 |
| Other - Correcting Deficiencies - Proof of Service of Petition on District Court | Court of Appeals | 06/02/2025 | Other | Correcting Deficiencies | Final | 📄 |
| Affidavit of Service Rejected - Tylerhost Email Not Conforming Proof of Service | Court of Appeals | 06/02/2025 | Other | Docket Notation | Final | |
| Notice - Case Filing | Court of Appeals | 06/02/2025 | Notice | Case Filing | Final | 📄 |
| Petition - Prohibition | Court of Appeals | 05/31/2025 | Petition | Prohibition | Final | 📄 |

1 of 1                                                                                      8/24/25, 13:44

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0895  2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0895__2025-06-17.pdf
SHA-256 Hash of Source File:  4307d018e79f3ab1225b8dafc98598440812314a9f8e58c2578b9816e767b1b4
Page: 1 of 3          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 17, 2025

OFFICE OF
APPELLATE COURTS

In re Anthony Webster, II, Petitioner,

In re the Marriage of: Kassatihun Gebre-Amlak, petitioner,

        Respondent,

vs.

Anthony Webster, II,

        Petitioner.

**O R D E R**

#A25-0895

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      This is a parenting dispute. Alleging the district court judge hearing the case is biased against him, petitioner sought to disqualify that judge from the case. *See* Minn. R. Civ. P. 63.03. By order, the judge denied relief. The judge also filed other orders addressing other aspects of the case. Later, petitioner asked the judge presiding over the family court to review the order in which the judge refused to disqualify himself. *See* Minn. R. Gen. Prac. 106. The judge presiding over the family court also denied relief.

2.      Petitioner seeks a writ of prohibition from this court to preclude the district court judge for continuing to hear the case, or to preclude enforcement of the orders filed after petitioner tried to disqualify the judge. Respondent filed a letter stating she would not respond to the petition.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 54**

**Order-Granting or Denying MandamusProhibition A25-0895  2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0895__2025-06-17.pdf
SHA-256 Hash of Source File:  4307d018e79f3ab1225b8dafc98598440812314a9f8e58c2578b9816e767b1b4
Page: 2 of 3        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

3.      Prohibition is the proper vehicle to challenge a district court's denial of a notice to disqualify a judge. *See State v. Finch*, 865 N.W.2d 696, 701 (Minn. 2015). "A writ of prohibition will issue when the court [1] exercises, or is about to exercise, judicial power, [2] the exercise of such power is unauthorized by law, and [3] the result will be an injury for which there is no other adequate remedy." *Klapmeier v. Cirrus Indus., Inc.*, 900 N.W.2d 386, 392 (Minn. 2017) (citing *In re Leslie*, 889 N.W.2d 13, 14 (Minn. 2017)). A writ "issues only in extreme cases where the law affords no other adequate remedy by motion, trial, appeal, certiorari, or otherwise." *Wasmund v. Nunamaker*, 151 N.W.2d 577, 579 (Minn. 1967).

4.      To argue that the district court judge acted in a way unauthorized by law, petitioner quotes a part of Minn. R. Civ. P. 63.03 purportedly stating that if a party moves to disqualify a judge for bias, "the judge shall proceed no further." Rule 63.03, however, contains no such statement. Nor does rule 106.

5.      Petitioner asserts that the judge showed bias against petitioner by the judge's filing of orders after petitioner sought to disqualify the judge. But absent a reason for the judge to not address matters before him, doing so does not show bias. Indeed, doing so promptly is consistent with the state's policy favoring prompt decisions in child related matters. *See Sefkow v. Sefkow*, 427 N.W.2d 203, 212 (Minn. 1988); *Johnson v. Johnson*, 363 N.W.2d 355, 357 (Minn. App. 1985); *see also* Minn. Stat. § 518.168(a) (2024).

6.      Alternatively, petitioner seeks a writ of mandamus to compel the judge to satisfy what petitioner asserts is the judge's ministerial duty under rule 63.03 to not proceed with the case. *See* Minn. Stat. § 586.01 (2024); *N. States Power Co. v. Minn. Metro.*

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 55**

**Order-Granting or Denying MandamusProhibition A25-0895  2025-06-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0895__2025-06-17.pdf
SHA-256 Hash of Source File:  4307d018e79f3ab1225b8dafc98598440812314a9f8e58c2578b9816e767b1b4
Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

*Council*, 684 N.W.2d 485, 491 (Minn. 2004); *Latourell v. Dempsey*, 518 N.W.2d 564, 565 (Minn. 1994). Because rule 63.03 lacks the language petitioner purports to quote from that rule, petitioner has not shown the judge has a duty to not proceed with the case.

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of prohibition is denied.

2.      The alternative request for a writ of mandamus is denied.

3.      This order expresses no opinion on any other aspect of this case.

4.      The clerk of the appellate courts shall provide copies of this order to the Honorable John Lucas, the self-represented petitioner, counsel for respondent, and the district court administrator.

**Dated:** June 17, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 56**

## *Order - Granting or Denying MandamusProhibition*

**2025-06-24**      **Minnesota Court of Appeals Case No. A25-0769**

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf |
| File Size: | 235 KiB |
| Modify Date: | 2025:06:24 15:16:00-05:00 |
| Create Date: | 2025:06:24 12:29:26-05:00 |
| Source Modified: | D:20250624172908 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:24 15:16:00-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:367e2369-deb3-4767-9f61-cf4fc592867e |
| Instance ID: | uuid:3b5eab65-e061-4302-a895-37806cd3315f |
| Subject: | 30 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 5 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 4588774d-a8eb-4d48-9a07-3306a8998607 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-06-20T18:01:07Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 24 2025 14:27:12

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 132754], [144362 - 210147]

Not total document signed

Signature Validation:  **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 57**

# C-Track-Public Site A25-0769

Exhibit MN-COA

**[C-Track - Public Site_A25-0769.pdf](#)**

SHA-256 Hash of Source File: 47db5c350980b34e12592de06681a82c3a1b3dcb993a092dadf71ae85d41901b

Page: 1 of 1    [ **source file** ]    [ **.ots timestamp of source file** ]    [ **metadata** ]

C-Track - Public Site      https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 58**

Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf
SHA-256 Hash of Source File:  5383dabc47f7031dc025e09b883f114bbdbefd202f631d7427dcab8a78dd212d
Page: 1 of 5        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 24, 2025

OFFICE OF
APPELLATE COURTS

---

In re Donald Gerard Sauve,

In the Marriage of:

Donald Gerard Sauve, petitioner,

        Petitioner,

vs.

Haley Marie Lindstrom, f/k/a Haley Marie Sauve,

        Respondent,

and

County of Kanabec, Minnesota,

        Intervenor.

**O R D E R**

#A25-0769

---

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      The district court dissolved the parties' marriage in a 2023 judgment. Later, the district court denied petitioner's motion for a new trial. We affirmed the order denying a new trial (A23-1688). Much post-judgment litigation followed.

2.      On February 7, 2025, the district court ruled petitioner a frivolous litigant. The order precludes petitioner from filing documents in district court unless petitioner is represented by counsel or has court permission to file the documents.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf
SHA-256 Hash of Source File:  5383dabc47f7031dc025e09b883f114bbdbefd202f631d7427dcab8a78dd212d

Page: 2 of 5       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

3.      In A25-0637, petitioner challenges the frivolous litigant order. Other related appellate matters include A23-1752, A24-0012, and A24-0706.

4.      On May 12, 2025, petitioner filed this petition for a writ of mandamus (A25-0769). The petition seems to ask us to (a) direct the district court to accept his (proposed) filings; (b) "[n]ullif[y]" what was apparently an oral order of the district court announced from the bench on March 17, 2025; (c) compel production of transcripts; (d) direct law enforcement to "restor[e]" petitioner to his home; (e) "authoriz[e]" petitioner to sign a quit claim deed on respondent's behalf; and (f) address what petitioner asserts are the district court's violations of the Americans with Disabilities Act.

5.      On May 14, 2025, respondent filed a motion. It had appellate file numbers for this file and for A25-0637. We addressed the motion on June 4, 2025 in A25-0637. Given our resolution of the matters addressed below, any aspect of respondent's May 14, 2025 motion particular to this appellate file is denied as unnecessary.

6.      Mandamus is an extraordinary remedy, requiring a petitioner to show he suffered a public wrong injurious to him as the result of the decision-maker not performing a duty clearly imposed by the law, and that petitioner has no other adequate remedy at law. *Minn. Voters All. v. Cnty. of Ramsey*, 971 N.W.2d 269, 275 (Minn. 2022); *see* Minn. Stat. § 586.01 (2024) (discussing mandamus); *N. States Power Co. v. Minn. Metro. Council*, 684 N.W.2d 485, 491 (Minn. 2004) (same); *Latourell v. Dempsey*, 518 N.W.2d 564, 565 (Minn. 1994) (same). "Ordinarily, where a party has an adequate remedy by appeal, a writ of mandamus should be denied." *State v. Davis*, 592 N.W.2d 457, 459 (Minn. 1999) (quoting *State ex rel. Gresham v. Delaney*, 6 N.W.2d 97, 98 (Minn. 1942)). "A court's decision to

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 60**

**Order-Granting or Denying MandamusProhibition A25-0769  2025-06-24**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf
SHA-256 Hash of Source File:  5383dabc47f7031dc025e09b883f114bbdbefd202f631d7427dcab8a78dd212d
Page: 3 of 5        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

grant a writ of mandamus is discretionary." *State v. Hart*, 723 N.W.2d 254, 260 (Minn. 2006).

       7.    Mandamus is not appropriate here. The order ruling petitioner a frivolous litigant limits petitioner's ability to file documents. Thus, the district court administrator lacks a clear duty to accept petitioner's proposed filings unless he complies with that order, or it is reversed. On April 17, 2025, the district court filed a written order confirming oral rulings made at the March 17, 2025 hearing. Discarding the oral rulings would not relieve petitioner of the related written orders. The transcripts petitioner wants produced are not specified in the petition, but the district court's register of actions shows that, after petitioner filed this petition, the court reporter produced transcripts for hearings that occurred on January 31, 2025, and March 17, 2025. Thus, it appears that the part of the petition seeking production of transcripts is stale. The 2023 dissolution judgment required petitioner to vacate the home. The time to appeal that judgment expired. Minn. R. Civ. App. P. 104.01, subd. 1. Once the time to appeal a ruling of the district court expires, that ruling is final, even if it is wrong. *Johnson v. Johnson*, 902 N.W.2d 79 (Minn. App. 2017). Thus, the district court lacked a clear duty to let petitioner re-enter the home. It also lacked a clear duty to recognize the mortgage to which petitioner refers. Further, petitioner cites no ruling by the district court addressing the Americans with Disabilities Act. We address only those questions previously presented to and considered by the district court. *Thiele v. Stich*, 425 N.W.2d 580, 582 (Minn. 1988). Thus, petitioner's arguments asserting the district court violated that act are not properly before us.

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 61**

**Order-Granting or Denying MandamusProhibition A25-0769  2025-06-24**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf
SHA-256 Hash of Source File:  5383dabc47f7031dc025e09b883f114bbdbefd202f631d7427dcab8a78dd212d

Page: 4 of 5          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

8.      On May 22, 2025, petitioner filed what seems to be a motion that we accept an amended petition for a writ of mandamus, and supporting documents. These filings also ask us to recognize "petitioner's status as a vulnerable adult," accept supplemental exhibits, restore petitioner to the home, acknowledge the mortgage, review medical records, and address what he alleges is "judicial misconduct."

9.      The rules do not provide for an amended petition for a writ of mandamus. Minn. R. Civ. App. P. 120.02. And petitioner moved us to accept the amended petition more than a week after respondent responded to the initial petition. Thus, we decline to exercise any discretion we may have to accept an amended petition. A similar analysis addresses petitioner's request to file supplemental exhibits. Petitioner's requests that we restore him to the home and acknowledge the mortgage are addressed above. We cannot find facts. *In re Civ. Commitment of Kenney*, 963 N.W.2d 214, 221-22 (Minn. 2021). Thus, even if we both accepted and reviewed the medical records petitioner mentions, we would not be able to find facts based on those records. Allegations of judicial misconduct— something we do *not* assume happened here—are investigated by the Board on Judicial Standards. Minn. R. Bd. Jud. Standards 2(a)(1)(i). Because the petition, the amended petition, and the requests related to the amended petition lack merit, we need not address petitioner's allegations about vulnerable adult status, and any impact of that status here.

10.      Also on May 22, 2025, petitioner filed a document captioned "EMERGENCY MOTION FOR JUDICIAL PROTECTION." It asks us to recognize petitioner's status as an "vulnerable adult," to reinstate him to the home, to "invalidat[e]"

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 62**

**Order-Granting or Denying MandamusProhibition A25-0769  2025-06-24**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf
SHA-256 Hash of Source File:  5383dabc47f7031dc025e09b883f114bbdbefd202f631d7427dcab8a78dd212d
Page: 5 of 5        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

certain (unspecified) orders, to authorize petitioner to execute a quitclaim deed, and to allow petitioner to supplement the record. Each of these requests is addressed above.

**IT IS HEREBY ORDERED:**

1.　　The motion petition for a writ of mandamus is denied.

2.　　Petitioner's motions filed on May 22, 2025 are denied.

3.　　Respondent's motion filed on May 14, 2025, was addressed by our order filed June 4, 2025 in A25-0637. Any aspect of that motion particular to this appellate file is denied as unnecessary.

4.　　Nothing in this order assumes or otherwise suggests that judicial misconduct occurred in this case.

5　　This order expresses no opinion on the merits of A25-0637. Nor does this order express an opinion on the merits of any matter to be decided by the district court in the parties' disputes.

6.　　The clerk of the appellate courts shall provide copies of this order to the Honorable Stoney L. Hiljus, the self-represented petitioner, counsel for respondent, and the district court administrator.

**Dated:** June 24, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

5

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 63**

# *Order - Granting or Denying MandamusProhibition*

## 2025-06-25  Minnesota Court of Appeals Case No. A25-0940

---

**DOCUMENT METADATA**  |  [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf |
| File Size: | 217 KiB |
| Modify Date: | 2025:06:25 14:30:30-05:00 |
| Create Date: | 2025:06:25 12:39:35-05:00 |
| Source Modified: | D:20250625152444 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:25 14:30:30-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:897034b7-619a-4525-b389-6f872965b792 |
| Instance ID: | uuid:98073047-1e11-453a-beab-f608911c69a6 |
| Subject: | 6 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | | 386cbc83-04ad-4b7b-b960-cf5c8516470b |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | | 2025-06-24T20:49:12Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

---

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jun 25 2025 14:14:08

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 108792], [120400 - 193885]

Not total document signed

Signature Validation: **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 64**

## C-Track-Public Site A25-0940

Exhibit MN-COA

[C-Track - Public Site_A25-0940.pdf](#)

SHA-256 Hash of Source File: 88e189270ff48e81f441102ca823071f84389818572f3f938f21ae658dc870ea

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

C-Track - Public Site            https://macsnc.courts.state.mn.us/ctrack/view/publicC...



### Minnesota Appellate Courts

**Case Management System**

Help ?

Case Management

**Case View**
**ORCA Info**

**Case Information**

| | | | |
|---|---|---|---|
| Case Number: | A25-0940 | Filing Date: | 06/06/2025 |
| Jurisdiction: | Court of Appeals | Status: | Closed |
| ORCA: | Criminal Division Hennepin County District Court | Hearing Type: | Special Term |
| Classification: | Abbreviated Adversarial - Writs - Prohibition/Mandamus | | |
| Short Title: | In re Jeremy Howard Little. | | |
| Full Title: | In re Jeremy Howard Little, Petitioner, State of Minnesota, Respondent, vs. Jeremy Howard Little, Petitioner. | | |
| Summary: | See also A24-1752, A25-0201 | | |
| Citation: | * | | |

**+ Display Party Information**

**Docketing Filter View**

Display: [ ⌄ ]     **Go!**

**Docket Information**

| Document Description | Jurisdiction | Filing Date | Docket Entry Type | Filing Type | Status | PDF |
|---|---|---|---|---|---|---|
| Order - Denying Mandamus/ Prohibition | Court of Appeals | 06/25/2025 | Order | Granting or Denying Mandamus/ Prohibition | Final | 📄 |
| Response - Petition for Writ | Court of Appeals | 06/11/2025 | Response | Petition for Writ | Final | 📄 |
| Notice - Case Filing | Court of Appeals | 06/09/2025 | Notice | Case Filing | Final | 📄 |
| Petition - Mandamus and Prohibition | Court of Appeals | 06/06/2025 | Petition | Mandamus | Final | 📄 |

1 of 1                                          8/24/25, 13:45

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 65**

**Order-Granting or Denying MandamusProhibition A25-0940  2025-06-25**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf
SHA-256 Hash of Source File:  a4f5c95f064c447419d3ec50479469dc4e42faecbc8dcaff4e9a70c8496858ff

Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

**STATE OF MINNESOTA**

**IN COURT OF APPEALS**



June 25, 2025

OFFICE OF
APPELLATE COURTS

---

In re Jeremy Howard Little, Petitioner,

State of Minnesota,

             Respondent,

vs.

Jeremy Howard Little,

             Petitioner.

---

**O R D E R**

#A25-0940

---

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      On June 6, 2025, petitioner Jeremy Howard Little filed a petition for writs of prohibition and mandamus.

2.      In a June 9, 2025 notice of case filing, the clerk of the appellate courts notified petitioner of deficiencies and directed him to (1) pay the $550 filing fee for this petition or provide a copy of a district court order waiving this fee, (2) file proof of service of the petition on counsel for respondent, and (3) file proof of filing a copy of the petition with the district court administrator.  As of the date of this order, petitioner has not remedied the identified deficiencies.

3.      On June 11, 2025, respondent State of Minnesota filed a response opposing the petition because petitioner has failed to provide authority establishing his entitlement to relief.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">Exhibit MN-COA | p. 66</span>

**Order-Granting or Denying MandamusProhibition A25-0940  2025-06-25**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf
SHA-256 Hash of Source File:  a4f5c95f064c447419d3ec50479469dc4e42faecbc8dcaff4e9a70c8496858ff

Page: 2 of 3          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

4.      Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Davis*, 592 N.W.2d 457, 459 (Minn. 1999); *State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has clear and present official duty to perform certain act).  And a writ of prohibition may be issued to prevent the exercise of judicial or quasi-judicial authority that is unauthorized by law.  *State v. Turner*, 550 N.W.2d 622, 625 (Minn. 1996).

5.      In his petition, petitioner requests an order (1) directing the district court to appoint him counsel in proceedings to determine whether he is competent to stand trial, (2) preventing a contested competency hearing from being held without the district court first ruling on numerous outstanding motions petitioner had filed, (3) directing the district court to rule on the outstanding motions.

6.      According to the register of actions, a contested competency hearing was held on June 18, 2025.  In an order filed on June 20, 2025, the district court found petitioner incompetent to stand trial and denied petitioner's outstanding motions.

7.      "An appeal should be dismissed as moot when a decision on the merits is no longer necessary or an award of effective relief is no longer possible."  *Dean v. City of Winona*, 868 N.W.2d 1, 5 (Minn. 2015).  Because the district court has held and concluded a contested hearing on petitioner's competency and has resolved petitioner's outstanding motions, we are unable to grant petitioner effective relief and so the petition for writs of prohibition and mandamus must be denied.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 67**

**Order-Granting or Denying MandamusProhibition A25-0940  2025-06-25**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf
SHA-256 Hash of Source File:  a4f5c95f064c447419d3ec50479469dc4e42faecbc8dcaff4e9a70c8496858ff

Page: 3 of 3        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

**IT IS HEREBY ORDERED:**  The petition for writs of prohibition and mandamus is denied.

**Dated:** June 25, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Deny*

### 2025-06-25    Minnesota Court of Appeals Case No. A25-0918

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Deny_A25-0918__2025-06-25.pdf |
| File Size: | 231 KiB |
| Modify Date: | 2025:06:25 14:30:01-05:00 |
| Create Date: | 2025:06:25 12:33:51-05:00 |
| Source Modified: | D:20250624204549 |
| Author: | Joe Klimowicz |
| Company: | COA |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:06:25 14:30:01-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:6105876a-845b-4248-af3f-a6e6aeda2f83 |
| Instance ID: | uuid:bc474adc-a791-4ed5-bec8-42e897ca80ef |
| Subject: | 12 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 2 |

| | |
|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 64f78e07-9425-42fc-88c2-e02f057e0df9 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-06-12T14:00:07Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

### DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

  Signer Certificate Common Name: Frisch, Jennifer
  Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch
  Signing Time: Jun 25 2025 14:14:41
  Signing Hash Algorithm: SHA-256
  Signature Type: adbe.pkcs7.detached
  Signed Ranges: [0 - 130268], [141876 - 207148]
  Not total document signed
  Signature Validation: **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 69**

# C-Track-Public Site A25-0918
Exhibit MN-COA

[C-Track - Public Site_A25-0918.pdf](#)

SHA-256 Hash of Source File: 3092b28f08ee1d9394b948d3e835a79a3d4e98f2fd9f3cf6650b697ba47ca6db

Page: 1 of 1     [ **source file** ]     [ **.ots timestamp of source file** ]     [ **metadata** ]

C-Track - Public Site                       https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 70**

**Order-Deny A25-0918  2025-06-25**
Exhibit MN-COA

Order - Deny_A25-0918__2025-06-25.pdf
SHA-256 Hash of Source File:  6c6e6030751e10230d38e9c3297a2ad575f9c04345b5ddeb36b62f2e534a04aa
Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



STATE OF MINNESOTA

IN COURT OF APPEALS

FILED

June 25, 2025

OFFICE OF
APPELLATE COURTS

In re Rajuan Marquice Jones,

State of Minnesota,

        Respondent,

vs.

Rajuan Marquice Jones,

        Petitioner.

**O R D E R**

#A25-0918

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      On June 2, 2025, petitioner Rajuan Marquice Jones filed a petition seeking a writ of mandamus

2.      In a June 4, 2025 notice of case filing, the clerk of the appellate courts notified petitioner of deficiencies and directed him to (1) pay the $550 filing fee for this petition, (2) file proof of service of the petition on counsel for respondent, and (3) file proof of filing a copy of the petition with the district court administrator.  As of the date of this order, petitioner has not remedied the identified deficiencies.

3.      On June 11, 2025, respondent State of Minnesota filed a response opposing the petition because petitioner has an ordinary remedy in an appeal.

4.      Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Davis*, 592 N.W.2d 457, 459 (Minn.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 71**

1999); *State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has clear and present official duty to perform certain act).  "But even if the court has such a clear judicial duty, if there is some other plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."

5.      In his petition, petitioner asserts that (1) his legal mail and discovery materials were unlawfully seized by sheriff's deputies at the direction of the district court, and (2) the district court improperly precluded third-party filings on petitioner's behalf and ordered that such filings be removed from the district court docket.  The petition and accompanying materials, however, fail to establish that the district court interfered with petitioner's access to legal materials, and the register of actions does not indicate an order to that effect.  In addition, petitioner has failed to provide authority establishing that the district court is obligated to accept filings by a third-party on behalf of a self-represented defendant.  Accordingly, petitioner has not established that the district court has failed to perform a nondiscretionary duty imposed by law.

**IT IS HEREBY ORDERED:**  The petition for a writ of mandamus is denied.

**Dated:** June 25, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 72**

# *Order - Granting or Denying MandamusProhibition*

## 2025-07-01    Minnesota Court of Appeals Case No. A25-0884

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf |
| File Size: | 237 KiB |
| Author: | Olson, Julie |
| Company: | |
| Create Date: | 2025:07:01 14:28:06-05:00 |
| Modify Date: | 2025:07:01 16:15:00-05:00 |
| Source Modified: | D:20250701173031 |
| Subject: | |
| Has XFA: | No |
| Tagged PDF: | Yes |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:07:01 15:56:31-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:39d17da8-147d-4e34-9a74-92e15229eda5 |
| Instance ID: | uuid:718c7239-e362-4db5-87ce-f4286db081cd |
| Title: | |
| Description: | |
| Creator: | Olson, Julie |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0 |
| Keywords: | |
| Page Count: | 4 |
| PDF Version: | 1.7 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | e048df67-3209-4d37-86c4-749df9248bbf |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-07-01T15:40:52Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer
Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch
Signing Time: Jul 01 2025 14:36:32
Signing Hash Algorithm: SHA-256
Signature Type: adbe.pkcs7.detached
Signed Ranges: [0 - 133659], [145267 - 210398]
Not total document signed
Signature Validation: **SIGNATURE IS INVALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 73**

# C-Track-Public Site A25-0884
Exhibit MN-COA

[C-Track - Public Site_A25-0884.pdf](#)

SHA-256 Hash of Source File: 2035b5286107b22764864d81efda87803b7c01f7fbbe60279e21ee0f62cfd1c3

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

C-Track - Public Site                                        https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 74**

**Order-Granting or Denying MandamusProhibition A25-0884  2025-07-01**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf
SHA-256 Hash of Source File:  d73c75a2ff240129c5f2eec91bb5385afb0b7394ca2bb36909df5a34b02d44f7
Page: 1 of 4     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]



STATE OF MINNESOTA

IN COURT OF APPEALS

FILED

July 1, 2025

OFFICE OF
APPELLATE COURTS

_____

In re Robert Michael Hughes,

Robert Michael Hughes,

      Petitioner,

vs.

In Re: State of Minnesota, et al.,

      Respondents.

_____

SPECIAL
TERM
ORDER[1]

A25-0884

      Considered and decided by Frisch, Chief Judge; Schmidt, Judge; and Harris, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE FOLLOWING REASONS:**

      On May 21, 2025, petitioner Robert Michael Hughes filed a petition for a writ of mandamus, arguing that the Freeborn County District Court should not have transferred venue of this matter to Chisago County without allowing Hughes an opportunity to be heard.  On June 2, 2025, respondents filed a response, asserting that the matter is properly venued in Chisago County because his claims are asserted against public officials and arise from his incarceration at Minnesota Correctional Facility-Rush City, which is located in Chisago County.  *See* Minn. Stat. § 542.03 (2024).

_____

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0884  2025-07-01**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf
SHA-256 Hash of Source File:  d73c75a2ff240129c5f2eec91bb5385afb0b7394ca2bb36909df5a34b02d44f7
Page: 2 of 4        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

Mandamus is an extraordinary equitable remedy, available when a petitioner shows (1) a failure to perform an official duty clearly imposed by law; (2) the failure caused petitioner to suffer a public wrong specifically injurious to petitioner; and (3) there is no other adequate legal remedy. *Spann v. Minneapolis City Council*, 979 N.W.2d 66, 78 (Minn. 2022); *see also* Minn. Stat. § 586.01 (2024).  "Mandamus is the appropriate vehicle to obtain review of a venue decision." *Brown v. State*, 438 N.W.2d 456, 457 (Minn. App. 1989) (citing *Ebenezer Soc'y v. Minn. State Bd. of Health*, 223 N.W.2d 385, 388 (Minn. 1974)).

Under Minn. Stat. § 542.10 (2024), a defendant who believes that a matter is venued in the wrong county may file a demand for a change of venue.  In this case, respondents filed and served by mail a demand for a change of venue on April 18, 2025.  Four days later, on April 22, 2025, the district court filed the order to change venue to Chisago County. On April 28, 2025, Hughes filed and served by mail a motion objecting to the demand for a change of venue.  The district court issued a notice of deficiency on that motion on May 6, 2025, indicating that Hughes had not paid a required filing fee.

Hughes argues that the district court was required to give him eight days to be heard before granting the demand to transfer venue, relying on *Standslast v. Reid*, 231 N.W.2d 98 (Minn. 1975).  Respondents argue that the case is distinguishable.  In *Standslast*, the supreme court held that "if plaintiff promptly challenges [a] demand [for change of venue], its propriety is subject to judicial determination in the county in which the action is begun." *Id.* at 102.  The supreme court further held that "a clerk of court may not respond to a

2

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 76**

**Order-Granting or Denying MandamusProhibition A25-0884  2025-07-01**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf
SHA-256 Hash of Source File:  d73c75a2ff240129c5f2eec91bb5385afb0b7394ca2bb36909df5a34b02d44f7
Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

demand for a change of venue by transferring the file until the plaintiff has received proper notice by service of the affidavit and demand and has had an opportunity to be heard by taking prompt steps to resist the demand." *Id.* at 103.  The court anticipated that a plaintiff should bring a motion to retain venue in the original county within eight days of service of the demand.  *Id.*

Although *Standslast* is distinguishable in some respects, we are persuaded that a district court must afford a plaintiff an opportunity to be heard before transferring venue. And *Standslast* clearly requires the determination of the proper venue to be made by the court in the county where the action was commenced.  *Id.* at 102.  Under *Standslast*, Hughes timely served and filed his motion in opposition to respondents' demand for a change in venue.  *See id.*; Minn. R. Civ. P. 6.01(a).  We therefore issue a writ of mandamus to require the Freeborn County District Court to rule on Hughes' motion for a change of venue upon his payment of the required filing fee.

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of mandamus is granted.

2.      If he has not already done so, Hughes shall pay the filing fee required for his motion in opposition to the demand for a change of venue by July 16, 2025.

3.      Upon receipt of the required filing fee, the Freeborn County District Court shall rule on Hughes' motion.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 77

**Order-Granting or Denying MandamusProhibition A25-0884  2025-07-01**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf
SHA-256 Hash of Source File:  d73c75a2ff240129c5f2eec91bb5385afb0b7394ca2bb36909df5a34b02d44f7
Page: 4 of 4        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

4.      The clerk of the appellate courts shall provide copies of this order to petitioner, counsel for respondents, the Honorable Ross L. Leuning, and the Honorable Jesse Seabrooks II.

**Dated**: July 1, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 78**

## *Order - Dismiss - Not Stipulated, Entire Case*

### 2025-07-07        Minnesota Court of Appeals Case No. A25-0851

---

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Dismiss - Not Stipulated, Entire Case_A25-0851__2025-07-07.pdf |
| File Size: | 240 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:07:07 14:18:30-05:00 |
| Create Date: | 2025:07:07 14:18:00-05:00 |
| Source Modified: | D:20250707155139 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for �) |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | |
|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 7fa59bec-9a68-40e1-be80-b967bbd22e29 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-07-02T22:46:30Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

---

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 79**

## C-Track-Public Site A25-0851
Exhibit MN-COA

[C-Track - Public Site_A25-0851.pdf](C-Track - Public Site_A25-0851.pdf)

SHA-256 Hash of Source File:  523b2e292fe70b3529811c73e12d0762cd5441fbadfca9f3d0266fdd6624d9ca

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 80**

**Order-Dismiss-Not Stipulated, Entire Case A25-0851  2025-07-07**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0851__2025-07-07.pdf
SHA-256 Hash of Source File:  0431159683bd6fee6fdfd86db251f53a11610313851b2fa27be1892688991f77

Page: 1 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

July 7, 2025

OFFICE OF
APPELLATE COURTS

---

In re Russell Jerome Thole, Petitioner,

State of Minnesota,

        Respondent,

vs.

Russell Jerome Thole,

        Petitioner.

**O R D E R**

#A25-0851

---

### BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:

1.      On May 23, 2025, petitioner Russell Jerome Thole, who is self-represented, filed a petition for a writ of mandamus.

2.      Petitioner did not pay the $550 filing fee required for a petition for a writ of mandamus.  *See* Minn. R. Civ. App. P. 120.04.  Petitioner also did not file an order from the district court waiving appellate filing fees.  *See* Minn. R. Civ. App. P. 109.02.

3.      By May 27, 2025 notice of case filing, the clerk of the appellate courts directed petitioner to file proof of service of the petition and associated documents on counsel for respondent, the attorney general, and the state public defender.  *See* Minn. R. Civ. App. P. 120.02.

4.      In an order filed on June 11, 2025, we directed petitioner to pay the $550 filing fee to the clerk of the appellate courts or file with the district court an application to

---

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Dismiss-Not Stipulated, Entire Case A25-0851  2025-07-07**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0851__2025-07-07.pdf
SHA-256 Hash of Source File:  0431159683bd6fee6fdfd86db251f53a11610313851b2fa27be1892688991f77

Page: 2 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

waive appellate filing fees and file a copy of the application with the clerk of the appellate courts by June 18, 2025.  We also directed petitioner to file proof of service of the petition on counsel for respondent, the attorney general, and the state public defender by June 18, 2025.

5.    On June 17, 2025, petitioner filed with the clerk of the appellate courts a copy of a fee-waiver application and proof of service on the "Petitioner/Plaintiff" via the district court's electronic filing system (eFS).

6.    On June 18, 2025, petitioner filed with the clerk of the appellate courts proof of service of the petition on the state public defender.

7.    The register of actions shows that on July 1, 2025, the district court granted petitioner's fee-waiver application.  Because petitioner has remedied the deficiencies, we will consider the merits.

8.    Petitioner seeks a writ of mandamus to direct respondent (a) to "prove the nature and cause of the proceeding in writing," (b) to prove subject-matter and personal jurisdiction over petitioner, and (c) to cease and desist from further actions against petitioner.  Petitioner also seeks a writ to impeach and sanction the district court judge and prosecuting attorney.  The petition appears to concern the district court's April 10, 2025 order denying petitioner's motion to dismiss the misdemeanor citation for violating the building code, and denying his motion to impeach, sanction, and prosecute the city attorney and district court judge because the "court lacks the authority to address the relief requested."  A different district court judge denied petitioner's motion to dismiss the matter for lack of probable cause in an order filed on April 13, 2025.  Petitioner also argues that

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 82**

**Order-Dismiss-Not Stipulated, Entire Case A25-0851  2025-07-07**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0851__2025-07-07.pdf
SHA-256 Hash of Source File:  0431159683bd6fee6fdfd86db251f53a11610313851b2fa27be1892688991f77

Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

the supreme court is the appropriate court to consider his petition for mandamus. Respondent has not filed a response.

9.      Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where "the court had clear and present official duty to perform certain act"); *see also* Minn. Stat. § 586.01 (2024).  "A petitioner seeking mandamus bears the burden of proving that the petitioner is entitled to relief." *Minnesota Voters All. v. County of Ramsey*, 962 N.W.2d 667, 672 (Minn. App. 2021), *aff'd* 971 N.W.2d 269 (Minn. 2022).  "But even if the court has such a clear judicial duty, if there is some other plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."  *State v. Hoelzel*, 639 N.W.2d 605, 610 (Minn. 2002); Minn. Stat. § 586.02 (2024).

10.     Petitioner's claim that the supreme court is the appropriate court to consider his petition fails because the court of appeals has exclusive jurisdiction over a petition for a writ of mandamus directed to the district court.  Minn. Stat. § 586.11 (2024).

11.     Petitioner's other claims fail because petitioner has an adequate, ordinary remedy.  With respect to his claim about the charge not being in writing, petitioner can request a formal complaint, Minn. R. Crim. P. 4.02, subd. 5(3), which includes "a written signed statement of the facts establishing probable cause," specifies "the offense charged, the statute allegedly violated, and the maximum penalty," Minn. R. Crim. P. 2.01, subd. 1. The register of actions does not show that petitioner has requested a formal complaint.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Dismiss-Not Stipulated, Entire Case A25-0851  2025-07-07**
Exhibit MN-COA

12.     Petitioner can challenge the constitutionality of the law he is accused of violating, *see State v. Crawley*, 819 N.W.2d 94, 99-100 (Minn. 2012), subject-matter and personal jurisdiction, *see In re Ivey*, 687 N.W.2d 666, 669-70 (Minn. App. 2004), *rev. denied* (Minn. Dec. 22, 2004), and the order denying the motion to disqualify the judge for cause under Minn. R. Crim. P. 26.03, subd. 14(3), *see State v. Finch*, 865 N.W.2d 696, 701 (Minn. 2015), in an appeal from any final judgment.

13.     Because petitioner has an adequate and ordinary remedy for his claims, petitioner has not satisfied the requirements for a writ of mandamus to issue.

**IT IS HEREBY ORDERED:**  The petition for a writ of mandamus is denied.

**Dated:** July 7, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

4

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Granting or Denying MandamusProhibition*

**2025-07-08          Minnesota Court of Appeals Case No. A25-0882**

---

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf |
| File Size: | 260 KiB |
| Modify Date: | 2025:07:08 11:56:30-05:00 |
| Create Date: | 2025:07:08 10:55:17-05:00 |
| Subject: | |
| Source Modified: | D:20250708155222 |
| Author: | Solka, Linda |
| Company: | Minnesota Judicial Branch |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:07:08 11:56:30-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:d6c958fb-7491-46f9-b040-701c9f6005dc |
| Instance ID: | uuid:15b7f05a-1daf-4a61-a220-2cfd22b773ab |
| Title: | |
| Description: | |
| Creator: | Solka, Linda |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Keywords: | |
| PDF Version: | 1.7 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 7 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 2792bc36-43f0-47ac-b4f1-3dc954144747 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-07-07T13:38:05Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

---

### DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer

Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch

Signing Time: Jul 08 2025 11:17:45

Signing Hash Algorithm: SHA-256

Signature Type: adbe.pkcs7.detached

Signed Ranges: [0 - 149810], [161418 - 235740]

Not total document signed

Signature Validation: **SIGNATURE IS INVALID**   ( *Order Denying Appellant's Relief in State Court* )

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 85**

# C-Track-Public Site A25-0882
## Exhibit MN-COA

[C-Track - Public Site_A25-0882.pdf](C-Track - Public Site_A25-0882.pdf)

SHA-256 Hash of Source File: bbdf89c0337718275880096bad7b3835c06c1168b46487ac27ac545469a1b0aa

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

C-Track - Public Site      https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 86**

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

_____

In re Matthew David Guertin, Petitioner,

State of Minnesota,

      Respondent,

vs.

Matthew David Guertin,

      Petitioner.

_____

FILED

July 8, 2025

OFFICE OF
APPELLATE COURTS

**SPECIAL
TERM
ORDER[1]**

#A25-0882

Considered and decided by Frisch, Chief Judge; Worke, Judge; and Wheelock, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE FOLLOWING REASONS:**

Petitioner Matthew David Guertin seeks a writ of prohibition or mandamus from this court, seeking various forms of relief relating to a pending criminal action.  Petitioner also asks this court (1) to dismiss the charges, (2) to stay the district court proceedings pending this court's consideration of the petition, (3) for immediate action, and (4) to supplement the record relating to this petition with documents from his federal lawsuit.

_____

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 87**

**Order-Granting or Denying MandamusProhibition A25-0882  2025-07-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39
Page: 2 of 7        [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

Respondent State of Minnesota has not filed a response to the petition or to petitioner's motions.

In January 2023, the state charged petitioner with four felony offenses:  one count of reckless discharge of a firearm within a municipality and three counts of receiving or possessing firearms that were not identified by serial numbers (one count for each of the three firearms possessed).  In orders filed on July 13, 2023, and January 17, 2024, the district court found petitioner incompetent.  In an order filed on April 3, 2025, the district court found petitioner competent.  Shortly thereafter, petitioner filed a motion to dismiss the charges and a petition to proceed pro se.  After a hearing on April 29, 2025, the district court concluded that it could not allow petitioner to waive counsel because the court had "significant concerns" regarding his competency related to his defense theory.  The district court further concluded that "things have materially changed" since the April 3, 2025 order finding petitioner competent.  In an order filed on April 29, 2025, the district court appointed a competency navigator and ordered a fifth competency evaluation.  On May 29, 2025, petitioner filed the petition for a writ of prohibition or mandamus related to the April 29, 2025 order.

*Motion to Dismiss*

Petitioner first asks us to dismiss the felony charges with prejudice "on the grounds of egregious government misconduct, fraud on the court, and fundamental due process violations that irreparably prejudice Petitioner's rights."  The district court has not yet ruled on petitioner's motion to dismiss the charges, so there is no district court action or decision

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 88**

**Order-Granting or Denying MandamusProhibition A25-0882  2025-07-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39
Page: 3 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

to address.  *See* Minn. R. Civ. App. P. 120.01 (requiring petition for extraordinary relief to "specify the lower court decision and the name of the judge" and include "[a] copy of any order or written action the application seeks to address").  And we generally will not consider issues that have not first been presented to and decided by the district court.  *See Roby v. State*, 547 N.W.2d 354, 357 (Minn. 1996); *see also Thiele v. Stich*, 425 N.W.2d 580, 582-83 (Minn. 1988).

*Prohibition*

Petitioner seeks a writ of prohibition (a) to prevent the district court from enforcing the April 29, 2025 order for a competency evaluation, (b) to restrain the district court from ordering any further rule 20 competency evaluations, and (c) to "direct that Petitioner be deemed competent for all purposes going forward."  Prohibition is an extraordinary remedy governed by Minn. R. Civ. App. P. 120, "and is only used in extraordinary cases." *Underdahl v. Comm'r of Pub. Safety (In re Comm'r of Pub. Safety)*, 735 N.W.2d 706, 710 (Minn. 2007).  A petitioner must meet three requirements for the writ to issue from this court:  "(1) an inferior court or tribunal must be about to exercise judicial or quasi-judicial power; (2) the exercise of such power must be unauthorized by law; and (3) the exercise of such power must result in injury for which there is no adequate remedy."  *State v. Turner*, 550 N.W.2d 622, 625 (Minn. 1996) (quotation omitted).  The requirements for a writ of prohibition to issue are "essential" and the failure to establish any one of them will result in denial of the petition.  *Smith v. Tuman*, 114 N.W.2d 73, 77 (Minn. 1962).

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 89**

**Order-Granting or Denying MandamusProhibition A25-0882  2025-07-08**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39

Page: 4 of 7      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

An order for a competency evaluation is an exercise of judicial power, so the first requirement for a writ of prohibition to issue has been met.  But because the district court's order for a competency evaluation was not unauthorized, petitioner has failed to establish the second requirement for a writ of prohibition to issue.

At the April 29, 2025 hearing, the district court ordered an updated competency evaluation because the district court identified serious concerns about petitioner's competency to waive counsel.  *See* Minn. R. Crim. P. 20.01, subd. 3(a) (providing that a district court is required to raise issue of competency on its own if there is any doubt as to the defendant's competency to proceed).  "A defendant has a due process right not to be tried or convicted of a criminal charge if he or she is legally incompetent." *Bonga v. State*, 797 N.W.2d 712, 718 (Minn. 2011) (citing *Drope v. Missouri*, 420 U.S. 162, 171 (1975), and *Pate v. Robinson*, 383 U.S. 375, 378 (1966)).  "A defendant's competency also plays a role in the defendant's ability to waive the right to counsel."  *State v. Camacho*, 561 N.W.2d 160, 171 (Minn. 1997).  The standard for determining competency to waive counsel is the same as the standard for competency to stand trial. *Id.* (citing *Godinez v. Moran*, 509 U.S. 389, 397-98 (1993)).  Because the district court identified reasons to doubt petitioner's competency, the district court's order for a competency evaluation complied with Minn. R. Crim. P 20.01, subd. 3, and Minn. Stat. § 611.42, subd. 3 (2024), and was not unauthorized by law.  It is, therefore, unnecessary to consider whether petitioner has an ordinary remedy at law because he has not satisfied the second requirement for a petition for prohibition to issue.  And, because competency is fluid, we will not preclude the district

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 90**

**Order-Granting or Denying MandamusProhibition A25-0882  2025-07-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39
Page: 5 of 7        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

court from ordering a competency evaluation should the district court determine that there

is reason to doubt petitioner's competency in the future.

*Mandamus*

Petitioner seeks a writ of mandamus to compel appointment of a special master to

investigate and audit records in petitioner's case and safeguard the integrity of the judicial

system.  Petitioner also asks us to "consider a writ of mandamus directing the trial court to

set the case on for immediate trial (should the case not be dismissed)," because of the delay

in bringing him to trial.

The authority for obtaining a writ of mandamus is statutory:

> The writ of mandamus may be issued to any inferior tribunal . . . to compel the performance of an act which the law specially enjoins as a duty resulting from an office, trust, or station.  It may require an inferior tribunal to exercise its judgment or proceed to the discharge of any of its functions, but it cannot control judicial discretion.

Minn. Stat. § 586.01 (2024).  Mandamus is an appropriate remedy to compel the district

court to perform an act that is clearly required of it.  *See State v. Pero*, 590 N.W.2d 319,

323 (Minn. 1999) (holding that mandamus will lie where "the court had clear and present

official duty to perform certain act").  "A petitioner seeking mandamus bears the burden

of proving that the petitioner is entitled to relief."  *Minnesota Voters All. v. County of*

*Ramsey*, 962 N.W.2d 667, 672 (Minn. App. 2021), *aff'd* 971 N.W.2d 269 (Minn. 2022).

Petitioner does not identify any authority for appointment of a special master in a

criminal case.  The civil rules provide for the appointment of special masters to serve as

judicial adjuncts in civil cases.  Minn. R. Civ. P. 53.01.  But this rule does not apply to

5

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-0882  2025-07-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39
Page: 6 of 7          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

criminal cases.  Petitioner has not met his burden to show that there is a clear and present duty to appoint a special master in his criminal case.

Petitioner also has not met his burden to show that the district court has a clear and present duty to hold the trial when the district court identified reasons to doubt his competency.  Criminal proceedings must be suspended during competency proceedings. *See* Minn. R. Crim. P. 20.01, subd. 3(b), (e). Delays occasioned by the defendant's incompetency are generally considered justified as necessary to protect the defendant's constitutional right not to be tried and convicted while incompetent.  *See State v. Bauer*, 299 N.W.2d 493, 498 (Minn. 1980).  Petitioner has failed to demonstrate that the district court had a clear and present official duty to hold an immediate trial when the court has reasons to doubt his competency.

*Motions*

Petitioner filed (a) an emergency motion to stay the April 29, 2025 order for a competency evaluation pending our consideration of his petition for extraordinary relief, (b) a motion to supplement the record relating to this petition with copies of a civil action he filed in federal district court, and (c) correspondence requesting that we take "immediate action" on his petition.  The register of actions shows that the examiner has requested a continuance.  The motion to stay the competency evaluation is denied as unnecessary. In the context of this petition for extraordinary relief, we accept the documents submitted by petitioner with the motion to supplement the record, as directed below.  And petitioner's

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 92

**Order-Granting or Denying MandamusProhibition A25-0882  2025-07-08**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf
SHA-256 Hash of Source File:  ba349de114e4e0f77769bc226c9ab38112d6eb6a7a0e66e5006b43fb68ecbd39
Page: 7 of 7       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

request for immediate action, although not properly filed as a motion under Minn. R. Civ. App. P. 127, is also denied as unnecessary now that we have considered the petition.

**IT IS HEREBY ORDERED:**

1.      Petition for a writ of prohibition and mandamus and to dismiss the charges are denied.

2.      Motion to stay the April 29, 2025 order denied as unnecessary.

3.      Motion to supplement the record for this petition is denied as unnecessary. The documents filed with the motion to supplement the record are deemed part of the record for this petition for extraordinary relief.

4.      Request for immediate action denied as unnecessary.

**Dated:**  July 8, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

7

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Granting or Denying MandamusProhibition*

### 2025-07-17     Minnesota Court of Appeals Case No. A25-0643

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-0643__2025-07-17.pdf |
| File Size: | 213 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:07:17 15:31:30-05:00 |
| Create Date: | 2025:07:17 15:31:00-05:00 |
| Source Modified: | D:20250717183651 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for �k��S�m�C�L�r) |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | e37eadbf-6c31-4b9e-bda7-4f282af12f30 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-07-16T20:39:04Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Tag: | 10, 3, 0, 1 |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 94**</span>

## C-Track-Public Site A25-0643

Exhibit MN-COA

---

SHA-256 Hash of Source File:  33e1023e763e7b19d6e16aea90ccaef4e335a21796270f5a8e1eff41fe1e94a4

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

C-Track - Public Site                                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686ad7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 95**</span>

**Order-Granting or Denying MandamusProhibition A25-0643  2025-07-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0643__2025-07-17.pdf
SHA-256 Hash of Source File:  8da40ede2475271304af8159c17c70aeb172eacee68fe85b047131ddd3e5bb24
Page: 1 of 3      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

July 17, 2025

OFFICE OF
APPELLATE COURTS

In re Willie B Brown, Jr., Petitioner,

State of Minnesota,

        Respondent,

vs.

Willie B Brown, Jr.,

        Petitioner.

**O R D E R**

**#A25-0643**

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      Petitioner filed a petition for a writ of mandamus on April 18, 2025, requesting an order directing the Hennepin County District Court to grant him a new trial.

2.      On December 12, 2018, the district court convicted and sentenced petitioner for second-degree intentional murder, drive-by shooting, and second-degree assault. On direct appeal, we reversed petitioner's convictions and remanded to the district court with instructions to provide separate trials for petitioner's murder charge and his drive-by-shooting/second-degree-assault charges. *State v. Brown*, Nos. A19-0409 (Minn. App. Aug. 24, 2020) (*Brown I*).

3.      Following retrial, petitioner was again convicted and sentenced for second-degree intentional murder on February 4, 2022. On direct appeal, petitioner argued that the district court erred in admitting evidence concerning his involvement in the drive-by-

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 96**

**Order-Granting or Denying MandamusProhibition A25-0643  2025-07-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0643__2025-07-17.pdf
SHA-256 Hash of Source File:  8da40ede2475271304af8159c17c70aeb172eacee68fe85b047131ddd3e5bb24
Page: 2 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

shooting/second-degree-assault offenses and that doing so violated our holding in *Brown I* that the admission of such evidence would be error.  We affirmed.  *State v. Brown*, No. A22-0621 (Minn. App. June 5, 2023), *rev. denied* (Minn. Sept. 19, 2023) (*Brown II*).

4.      In his petition for a writ of mandamus, petitioner argues that, pursuant to our opinion in *Brown I*, the district court is obligated "to give petitioner a trial free of inadmissible drive by shooting evidence as directed by the first panel of court of appeals judges."  In response, the state asserts that petitioner advances the same argument that was raised and rejected in *Brown II* and that petitioner has "already availed himself of the opportunity for an adequate legal remedy on this issue" via his direct appeal in *Brown II*.

5.      The authority for obtaining a writ of mandamus is statutory:

> The writ of mandamus may be issued to any inferior tribunal . . . to compel the performance of an act which the law specially enjoins as a duty resulting from an office, trust, or station.  It may require an inferior tribunal to exercise its judgment or proceed to the discharge of any of its functions, but it cannot control judicial discretion.

Minn. Stat. § 586.01 (2024).  Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Davis*, 592 N.W.2d 457, 459 (Minn. 1999); *State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has clear and present official duty to perform certain act).  "But even if the court has such a clear judicial duty, if there is some other plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."  *State v. Hoelzel*, 639 N.W.2d 605, 610 (Minn. 2002); Minn. Stat. § 586.02 (2024).

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 97**

**Order-Granting or Denying MandamusProhibition A25-0643  2025-07-17**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-0643__2025-07-17.pdf
SHA-256 Hash of Source File:  8da40ede2475271304af8159c17c70aeb172eacee68fe85b047131ddd3e5bb24
Page: 3 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

6.      Because petitioner was permitted to—and in fact did—appeal the district court's decision to admit evidence at trial related to the drive-by-shooting and second-degree assault offenses, there existed a "plain, speedy, and adequate remedy in the ordinary course of law" by which to obtain redress from any error.  A writ of mandamus, accordingly, is now unavailable.

**IT IS HEREBY ORDERED:**  The petition for a writ of mandamus is denied.

**Dated:** July 17, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

3

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 98**

# *Order - Deny*

## 2025-07-18    Minnesota Court of Appeals Case No. A25-1060

---

**DOCUMENT METADATA**  |  [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Deny_A25-1060__2025-07-18.pdf |
| File Size: | 201 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:07:18 13:10:00-05:00 |
| Create Date: | 2025:07:18 13:09:30-05:00 |
| Source Modified: | D:20250718143022 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for N��DV) |
| Tagged PDF: | Yes |
| Page Count: | 2 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 023b8d79-36e9-4b24-b123-fa737300c837 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-07-18T14:05:34Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

---

**DOCUMENT DIGITAL SIGNATURES**

None

---

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 99**

# C-Track-Public Site A25-1060

Exhibit MN-COA

[C-Track - Public Site_A25-1060.pdf](C-Track - Public Site_A25-1060.pdf)

SHA-256 Hash of Source File: 567d12ef8d6b98e221b67ac000205ff254d58b52029fc26aa38bace3ae2420d2

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 100**</span>

**Order-Deny A25-1060  2025-07-18**
Exhibit MN-COA

Order - Deny_A25-1060__2025-07-18.pdf
SHA-256 Hash of Source File:  643bcdc9dff8362ac54d765a2c4e2b6a54b45a3a74a46a635098eeeddc68833a

Page: 1 of 2          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

July 18, 2025

OFFICE OF
APPELLATE COURTS

In re Lance Milliman, Petitioner,

Lance Milliman,

        Petitioner,

vs.

Meeker County Attorney,

        Respondent,

Litchfield City Attorney,

        Respondent,

Wood and Rue,

        Respondent.

**O R D E R**

**A25-1060**

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.    Petitioner Lance Milliman filed a petition for a writ of mandamus by mail on June 28, 2025.  In a June 30, 2025 notice of case filing, petitioner was directed to remedy deficiencies within ten days, including either paying the $550 filing fee or filing a copy of an order from the district court waiving the filing fee and allowing petitioner to proceed in forma pauperis (IFP) in this court.

2.    On July 10, 2025, we received petitioner's motion for review of the district court's June 30, 2025 order denying petitioner's motion for a fee waiver, together with a

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Deny A25-1060  2025-07-18**
Exhibit MN-COA

Order - Deny_A25-1060__2025-07-18.pdf
SHA-256 Hash of Source File:  643bcdc9dff8362ac54d765a2c4e2b6a54b45a3a74a46a635098eeeddc68833a

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

certificate of service indicating that the motion was served on respondents on July 3, 2025. When the district court denies a request to proceed IFP in this court, a party may challenge the denial by motion.  Minn. R. Civ. App. P. 109.02.  Our review is limited to the record presented to the district court.  *Id.*

3.      The motion for a fee waiver that petitioner presented to the district court supports a determination that petitioner has not established indigency.  Because petitioner failed to establish indigency, petitioner is not entitled to proceed IFP in this court.

**IT IS HEREBY ORDERED:**

1.      Petitioner's motion to proceed IFP is denied.

2.      On or before August 6, 2025, petitioner shall pay the $550 filing fee to the clerk of the appellate courts.  Failure to pay the filing fee will result in dismissal of the petition without further notice.

**Dated:** July 18, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 102**

## *Order - Granting or Denying MandamusProhibition*

### 2025-07-18        Minnesota Court of Appeals Case No. A25-1078

**DOCUMENT METADATA**  |  [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-1078__2025-07-18.pdf |
| File Size: | 223 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:07:18 14:48:00-05:00 |
| Create Date: | 2025:07:18 14:47:30-05:00 |
| Source Modified: | D:20250718170551 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for M��T�Ho�) |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | |
|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 123e6a08-4234-4e9b-bb39-ba6ef73abf31 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-07-18T15:41:29Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Tag: | 10, 3, 0, 1 |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 103**

# C-Track-Public Site A25-1078
Exhibit MN-COA

___

[C-Track - Public Site_A25-1078.pdf](#)

SHA-256 Hash of Source File:  8707d9b21b736c28d98353b39a296ab83f5207d3107e9860e70e648a67d3cc49

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

___

C-Track - Public Site                                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 104**</span>

Order - Granting or Denying MandamusProhibition_A25-1078__2025-07-18.pdf
SHA-256 Hash of Source File:  291fa2c277b3529471274904a01ad889dd5dd9ba90d60b11d652e2897ee9f3f2
Page: 1 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

July 18, 2025

OFFICE OF
APPELLATE COURTS

---

In re Sara Annette Brisco, Petitioner,

In re the Marriage of Sara Annette Brisco,

> Petitioner,

vs.

Gerry James Brisco,

> Respondent.

---

**O R D E R**

#A25-1078

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.      In district court, the parties are litigating the dissolution of their marriage.

2.      Petitioner seeks a writ of mandamus from us. The petition names the district court judge as the respondent, and seems to ask us to compel the district court judge to remove himself from the case. We received no response to the petition.

3.      A writ of prohibition, rather than a writ of mandamus, "is the appropriate remedy when a party challenges a failure to honor a notice to remove." *In re Hughes*, 934 N.W.2d 99, 100 n.1 (Minn. 2019) (citation and internal quotation marks omitted).

4.      Appellate courts need not address matters that are inadequately briefed. *State, Dep't of Labor & Indus. v. Wintz Parcel Drivers, Inc.*, 558 N.W.2d 480, 480 (Minn. 1997) (declining to address an inadequately briefed issue); *see Brodsky v. Brodsky*, 733 N.W.2d 471, 479 (Minn. App. 2007) (applying *Wintz* in family matter). The petition does

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-1078  2025-07-18**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1078__2025-07-18.pdf
SHA-256 Hash of Source File:  291fa2c277b3529471274904a01ad889dd5dd9ba90d60b11d652e2897ee9f3f2
Page: 2 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

not address a writ of prohibition. And the petition mentions, only once, "Minn. Statute 586 et seq.[,]" which governs mandamus. The petition does not otherwise apply that statute. Nor does the petition apply mandamus-related caselaw. Neither writ is adequately briefed to us.

5.      Further, appellate courts address only those questions previously presented to and considered by the district court. *Thiele v. Stich*, 425 N.W.2d 580, 582 (Minn. 1988). Here, petitioner made no showing that, in district court, she sought to remove the district court judge from the case. *See* Minn. R. Civ. P. 63.03 and Minn. R. Gen. Prac. 106. Thus, the question is not properly before us.

6.      Even if the question was properly before us, neither writ would be appropriate. Both writs are extraordinary remedies, requiring the petitioner to show, among other things, that she has no other adequate remedy at law. *See* Minn. Stat. § 586.01 (2024) (discussing mandamus); *Minn. Voters All. v. Cnty. of Ramsey*, 971 N.W.2d 269, 275 (Minn. 2022) (same); *N. States Power Co. v. Minn. Metro. Council*, 684 N.W.2d 485, 491 (Minn. 2004) (same); *Latourell v. Dempsey*, 518 N.W.2d 564, 565 (Minn. 1994) (same); *Wasmund v. Nunamaker*, 151 N.W.2d 577, 579 (Minn. 1967) (discussing prohibition); *Klapmeier v. Cirrus Indus., Inc.*, 900 N.W.2d 386, 392 & n.4 (Minn. 2017) (same); *State v. Emerson* (*In re Leslie*), 889 N.W.2d 13, 14-15 (Minn. 2017) (same); *Thermorama, Inc. v. Shiller*, 135 N.W.2d 43, 46 (Minn. 1965); *see also In re Comm'r of Pub. Safety*, 735 N.W.2d 706, 711 (Minn. 2007) (discussing *Thermorama*). And a court's decision to grant either writ is discretionary with the court. *State v. Hart*, 723 N.W.2d 254, 260 (Minn. 2006) (mandamus); *Wasmund*, 151 N.W.2d at 579.

2

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-1078  2025-07-18**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1078__2025-07-18.pdf
SHA-256 Hash of Source File:  291fa2c277b3529471274904a01ad889dd5dd9ba90d60b11d652e2897ee9f3f2

Page: 3 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

7.      Here, petitioner can seek to remove the judge under rules 63.03 and 106.

8.      Under these circumstances, it would be improper for us to exercise our discretion to grant an extraordinary writ.

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of mandamus is denied.

2.      This order expresses no opinion on any aspect of the parties' other disputes.

3.      The clerk of the appellate courts shall provide copies of this order to the Honorable Geoffrey W. Tenney, the self-represented petitioner, counsel for respondent, and the district court administrator.

**Dated:** July 18, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

3

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

# *Order - Granting or Denying MandamusProhibition*

## 2025-07-18          Minnesota Court of Appeals Case No. A25-1098

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-1098__2025-07-18.pdf |
| File Size: | 216 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:07:18 13:07:00-05:00 |
| Create Date: | 2025:07:18 13:06:30-05:00 |
| Source Modified: | D:20250718152634 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for ��) |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | | | |
|---|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | f9deb6f2-6935-41db-b69a-55336a2122e8 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-07-18T14:25:14Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Tag: | 10, 3, 0, 1 |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## C-Track-Public Site A25-1098

Exhibit MN-COA

___

[C-Track - Public Site_A25-1098.pdf](#)

SHA-256 Hash of Source File:  3d13473126694b2287e58aacf2aeaa43d325e522caa39c56ab23964fe3ea44d3

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

___

C-Track - Public Site                                            https://macsnc.courts.state.mn.us/ctrack/view/publicC...



Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 109**

**Order-Granting or Denying MandamusProhibition A25-1098  2025-07-18**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1098__2025-07-18.pdf
SHA-256 Hash of Source File:  442a892cba8ce687be44dec53caa5ca7d38a86fbdc62352fc10a7955612802f4
Page: 1 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

July 18, 2025

OFFICE OF
APPELLATE COURTS

---

In re Rebecca Ann Pera Cole, Petitioner,

In the Matter of Rebecca Ann Pera Cole,

      Petitioner,

vs.

Zachary Ayars Cole,

      Respondent.

---

**O R D E R**

#A25-1098

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.    The parties are involved in parenting and domestic-abuse disputes.  Related appellate matters include A25-0366, A24-1864, A24-0701, A24-0700, A23-1603, A23-1601.

2.    The district court's register of actions shows that, in February 2025, petitioner filed an "Affidavit in Support of Order to Show Cause for Contempt" with attachments, various exhibits, and an affidavit of mailing, in domestic abuse file 27-DA-FA-4495.

3.    A related district court file is 27-DA-FA-20-4125.

4.    Between February 2025 and the end of May 2025, petitioner filed other documents in 27-DA-FA-4495. The district court, however, did not address whether to grant relief. By order filed June 3, 2025, the referee acknowledged petitioner's filings and

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 110**

Order - Granting or Denying MandamusProhibition_A25-1098__2025-07-18.pdf
SHA-256 Hash of Source File:  442a892cba8ce687be44dec53caa5ca7d38a86fbdc62352fc10a7955612802f4

that he had not addressed petitioner's request for relief. The order notes that "[i]t does not appear that [petitioner] ever filed (i) an underlying contempt motion; or (ii) an actual Order to Show Cause for the Court's signature." The order also notes that "[b]ecause no Motion has been filed, no proposed Order to Show Cause has been filed, and there has been no request to schedule a motion hearing, there is no action the Court can take at this time." A district court judge countersigned the referee's order.

5.     Petitioner now asks us for a writ of mandamus to compel the district court to address the merits of her request for relief. Respondent declined to respond to the petition.

6.     Mandamus is an extraordinary remedy, requiring the petitioner to show, among other things, that she has no other adequate remedy at law. *Minn. Voters All. v. Cnty. of Ramsey*, 971 N.W.2d 269, 275 (Minn. 2022); *see* Minn. Stat. § 586.01 (2024) (discussing mandamus); *N. States Power Co. v. Minn. Metro. Council*, 684 N.W.2d 485, 491 (Minn. 2004) (same); *Latourell v. Dempsey*, 518 N.W.2d 564, 565 (Minn. 1994) (same). "A court's decision to grant a writ of mandamus is discretionary." *State v. Hart*, 723 N.W.2d 254, 260 (Minn. 2006).

7.     Mandamus is not appropriate here. Petitioner has an adequate remedy at law; she can correct the deficiencies noted in the district court's June 3, 2025 order.

8.     To the extent petitioner asks for an explanation of how the referee will be "held accountable" for not promptly addressing her request for relief, the decision above renders it unnecessary to address the point.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 111**

**Order-Granting or Denying MandamusProhibition A25-1098  2025-07-18**

Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1098__2025-07-18.pdf

SHA-256 Hash of Source File:  442a892cba8ce687be44dec53caa5ca7d38a86fbdc62352fc10a7955612802f4

Page: 3 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of mandamus is denied.

2.      This order expresses no opinion on any aspect of the parties' disputes.

3.      The clerk of the appellate courts shall provide copies of this order to the

Honorable Theresa Couri, Hennepin County District Court Referee Jason T. Hutchison,

the self-represented petitioner, counsel for respondent, and the district court administrator.

**Dated:** July 18, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 112**

## *Order - Dismiss - Not Stipulated, Entire Case*

### 2025-08-04        Minnesota Court of Appeals Case No. A25-1126

---

**DOCUMENT METADATA**  |  [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Dismiss - Not Stipulated, Entire Case_A25-1126__2025-08-04.pdf |
| File Size: | 224 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:08:04 14:19:30-05:00 |
| Create Date: | 2025:08:04 14:19:00-05:00 |
| Source Modified: | D:20250804162100 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for �) |
| Tagged PDF: | Yes |
| Page Count: | 3 |

| | |
|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 3072c872-c4ba-488e-984b-7813a311c213 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-07-22T15:38:38Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Tag: | 10, 3, 0, 1 |

---

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

# C-Track-Public Site A25-1126

Exhibit MN-COA

---

[C-Track - Public Site_A25-1126.pdf](#)

SHA-256 Hash of Source File:  fe6a9030487591518413f09ee62501349e5aab802c2a5ce1f3642c21959fd13c

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

C-Track - Public Site                                    https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 114**

**Order-Dismiss-Not Stipulated, Entire Case A25-1126  2025-08-04**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-1126__2025-08-04.pdf
SHA-256 Hash of Source File:  4bfee7e920bb8539e876c80284115bd3cce889092175a4ea1c2a923c60bb38d2
Page: 1 of 3       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



FILED

August 4, 2025

OFFICE OF
APPELLATE COURTS

**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

In re Jeremy David Oluma, Petitioner,

State of Minnesota,

     Respondent,

vs.

Jeremy David Oluma,

     Petitioner.

**O R D E R**

#A25-1126

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.  On July 10, 2025, petitioner Jeremy David Oluma filed a petition for a writ of mandamus seeking to prevent the district court from holding an omnibus hearing on July 14, 2025.  Petitioner also filed a motion seeking a stay of district court proceedings and requested expedited consideration of the petition.

2.  By July 11, 2025 notice of case filing, the clerk of the appellate courts notified petitioner of deficiencies and directed petitioner to (a) pay the $550 filing fee or a file copy of a district court order waiving appellate filing fees, and (b) file proof of service of the petition on the state public defender's office.

3.  In an order filed on July 11, 2025, we denied petitioner's motion to stay district court proceedings and denied petitioner's request for expedited consideration.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 115**

**Order-Dismiss-Not Stipulated, Entire Case A25-1126  2025-08-04**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-1126__2025-08-04.pdf

SHA-256 Hash of Source File:  4bfee7e920bb8539e876c80284115bd3cce889092175a4ea1c2a923c60bb38d2

Page: 2 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

4.      Our July 11, 2025 order also directed petitioner to, on or before July 21, 2025, pay the $550 filing fee to the clerk of the appellate courts or file an order from the district court waiving appellate filing fees, and file proof of service of the petition on the state public defender.

5.      On July 13, 2025, petitioner filed a document titled "verified notice of cure of deficiencies, proof of indigence, and request to reinstate stay and expedited review." Petitioner contends that the appointment of the public defender in the district court proceedings satisfies the determination of indigency and that no separate motion to proceed in forma pauperis is required, and he includes an order from the supreme court denying his petition for accelerated review that includes an order granting leave to proceed in forma pauperis (IFP) in the supreme court.  Petitioner asks us to reinstate his motion to stay district court proceedings pending resolution of his petition for mandamus and for expedited consideration of the petition.  Petitioner provided proof of service on the district public defender but has not provided proof of service on the state public defender.

6.      A petition for a writ of mandamus is an extraordinary remedy governed by the civil appellate rules.  *See* Minn. R. Civ. App. P. 120.01-.05.  The criminal rules do not apply to this proceeding.  *See* Minn. R. Crim. P. 28.01, subd. 2 (providing that the civil appellate rules govern, unless the criminal rules provide otherwise).  The civil appellate rules provide for payment of a $550 filing fee for a petition for extraordinary relief.  Minn. R. Civ. App. P. 120.04.  And in civil proceedings, Minn. R. Civ. App. P. 109.02 provides the authority for obtaining an order granting leave to proceed IFP in the court of appeals. That a different court has determined indigency in a prior proceeding does not obviate the

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 116**

**Order-Dismiss-Not Stipulated, Entire Case A25-1126  2025-08-04**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-1126__2025-08-04.pdf
SHA-256 Hash of Source File:  4bfee7e920bb8539e876c80284115bd3cce889092175a4ea1c2a923c60bb38d2

Page: 3 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

requirement that petitioner must pay a filing fee or obtain a separate order granting leave

to proceed IFP for the present petition for a writ of mandamus.

7.      Our records reflect that petitioner has not paid the filing fee or filed an order

from the district court granting IFP and has not filed proof of service of the petition on the

state public defender.  And our review of the register of actions shows that petitioner has

not filed a motion and affidavit showing his inability to pay fees and costs with the district

court as required by Minn. R. Civ. App. P. 109.02.

8.      Our July 11, 2025 order warned that petitioner's failure to remedy the

identified deficiencies would result in dismissal of the petition without further notice.  We

therefore dismiss this petition pursuant to our July 11, 2025 order.

**IT IS HEREBY ORDERED:**  The petition for a writ of mandamus is dismissed.

**Dated:** August 4, 2025

BY THE COURT

_____

Jennifer L. Frisch
Chief Judge

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 117**

## *Order - Granting or Denying MandamusProhibition*

**2025-08-05**      **Minnesota Court of Appeals Case No. A25-1077**

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf |
| File Size: | 231 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:08:05 15:42:30-05:00 |
| Create Date: | 2025:08:05 15:42:00-05:00 |
| Source Modified: | D:20250804145555 |
| Author: | COA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | XMP format error (no closing tag for �) |
| Has XFA: | No |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 787ff6e6-c44e-4010-bbb2-62a1520f08ef |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-01-09T17:23:34Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 118**

# C-Track-Public Site A25-1077

## Exhibit MN-COA

[C-Track - Public Site_A25-1077.pdf](C-Track%20-%20Public%20Site_A25-1077.pdf)

SHA-256 Hash of Source File: 37d6cc7b2746e45dca6b4b7a2cdcd8302ea99e56d0550d1acbb13e11a07d6cd0

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

C-Track - Public Site                                        https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 119**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Order-Granting or Denying MandamusProhibition A25-1077  2025-08-05**
Exhibit MN-COA

---

Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf
SHA-256 Hash of Source File:  ec9eef18842d957256010f7f4e17f81ba7160b7620a962cb9a425f46647e1814

Page: 1 of 4       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

August 5, 2025

OFFICE OF
APPELLATE COURTS

---

In re Aaron Olson, Petitioner,

Aaron Olson,

        Petitioner,

vs.

City of Minneapolis,

        Respondent,

Holmes Housing Partners,

        Respondent.

---

**SPECIAL TERM ORDER[1]**

**A25-1077**

Considered and decided by Frisch, Chief Judge; Bjorkman, Judge; and Slieter, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE FOLLOWING REASONS:**

Petitioner Aaron Olson commenced this action seeking relief from respondents Holmes Housing Partners (HHP) and City of Minneapolis.  Olson filed a second amended

---

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf
SHA-256 Hash of Source File:  ec9eef18842d957256010f7f4e17f81ba7160b7620a962cb9a425f46647e1814

Page: 2 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

complaint in which he asserts, as relevant here, that HHP "has not managed its waste properly" and requesting damages and injunctive relief.

On May 22, 2025, HHP filed a motion in district court to designate Olson as a frivolous litigant pursuant to Minn. R. Gen. Prac. 9.01.  The motion was heard on June 12, 2025.  On June 25, 2025, Olson filed a petition for a writ of mandamus in district court.  In the petition, Olson asks the district court to require HHP to take certain actions related to dumpsters on its property.  On June 30, 2025, the district court filed an order staying the matter pursuant to Minn. R. Gen. Prac. 9.04, which provides,

> When a motion pursuant to Rule 9.01 is properly filed before trial, the action or proceeding is stayed and the moving party need not plead or respond to discovery or motions, until 14 days after the motion is denied, or if granted, until 14 days after the required security has been furnished and the moving party given written notice thereof.

The district court indicated it "will not be taking any action on [Olson's] Petition or any other motion" until the stay is lifted.  Pursuant to Minn. Stat. § 546.27, subd. 1 (2024), the district court must file a decision "within 90 days after" submission of a motion.  So, the district court must file a decision on the frivolous-litigant motion by September 10, 2025, after which the stay may be lifted as provided in rule 9.04.

On July 2, 2025, Olson filed a petition for a writ of mandamus in this court.  In the petition, Olson requests that we order "the District Court to consider the Mandamus Petition that was put before it" or, in the alternative, order the relief requested in that petition.  On July 9, 2025, HHP filed a motion to dismiss the petition.

Minn. Stat. § 586.01 (2024) provides:

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 121**

**Order-Granting or Denying MandamusProhibition A25-1077 2025-08-05**

Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf

SHA-256 Hash of Source File: ec9eef18842d957256010f7f4e17f81ba7160b7620a962cb9a425f46647e1814

Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

> The writ of mandamus may be issued to any inferior tribunal, corporation, board, or person to compel the performance of an act which the law specially enjoins as a duty resulting from an office, trust, or station. It may require an inferior tribunal to exercise its judgment or proceed to the discharge of any of its functions, but it cannot control judicial discretion.

Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it. *See Madison Equities, Inc. v. Crockarell*, 889 N.W.2d 568, 571 (Minn. 2017); *State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has clear and present official duty to perform certain act). In order to be entitled to relief, a petitioner must show (1) a failure to perform an official duty clearly imposed by law; (2) the failure caused petitioner to suffer a public wrong specifically injurious to petitioner; and (3) there is no other adequate legal remedy. *Spann v. Minneapolis City Council*, 979 N.W.2d 66, 78 (Minn. 2022). "A petitioner seeking mandamus bears the burden of proving that the petitioner is entitled to relief." *Minnesota Voters All. v. County of Ramsey*, 962 N.W.2d 667, 672 (Minn. App. 2021), *aff'd*, 971 N.W.2d 269 (Minn. 2022). "A court's decision to grant a writ of mandamus is discretionary." *State v. Hart*, 723 N.W.2d 254, 260 (Minn. 2006).

Olson has not demonstrated that a writ of mandamus is appropriate for either of his requests for relief. First, Olson has not demonstrated that he lacks an adequate legal remedy for the relief related to the dumpsters. Olson has, in fact, set forth claims in his second amended complaint seeking similar relief related to the dumpsters. A district court action is an adequate remedy at law. *Northwoods Env't Inst. v. Minnesota Pollution Control Agency*, 370 N.W.2d 449, 451 (Minn. App. 1985). Second, Olson has not

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-1077  2025-08-05**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf
SHA-256 Hash of Source File:  ec9eef18842d957256010f7f4e17f81ba7160b7620a962cb9a425f46647e1814
Page: 4 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

demonstrated that the district court is currently required to consider the petition he filed in district court.  The district court correctly held that the action is stayed pending its decision on HHP's motion pursuant to Minn. R. Gen. Prac. 9.01.  *See* Minn. R. Gen. Prac. 9.04.

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of mandamus is denied.

2.      Respondent's motion to dismiss is denied as moot.

**Dated**:  August 5, 2025

**BY THE COURT**

Jennifer L. Frisch
Chief Judge

4

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 123**

# *Order - Granting or Denying MandamusProhibition*

## 2025-08-05        Minnesota Court of Appeals Case No. A25-1189

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-1189__2025-08-05.pdf |
| File Size: | 244 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:08:05 15:10:31-05:00 |
| Create Date: | 2025:08:05 15:10:00-05:00 |
| Subject: | |
| Source Modified: | D:20250805143414 |
| Author: | Olson, Julie |
| Title: | |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | |
| Warning: | XMP format error (no closing tag for �:�����) |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | |
|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 99a2d92f-76fb-4e11-8172-70604e7e4ef9 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-07-29T21:31:14Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Tag: | 10, 3, 0, 1 |

## DOCUMENT DIGITAL SIGNATURES

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

# C-Track-Public Site A25-1189
Exhibit MN-COA

[C-Track - Public Site_A25-1189.pdf](#)

SHA-256 Hash of Source File:  f03710db440dbcf7fd53ace7942ddadf8cfb7fc2992e63a98be22b6c7538ae47

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                      https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Order-Granting or Denying MandamusProhibition A25-1189  2025-08-05**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1189__2025-08-05.pdf
SHA-256 Hash of Source File:  2621b212a8991ba41e904d0943ddb53940a0f9fa197e967afa4e7057703e0980
Page: 1 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

August 5, 2025

OFFICE OF
APPELLATE COURTS

_____

In re State of Minnesota, Petitioner,

State of Minnesota,

                    Petitioner,

vs.

Eric Shawn Reddinger,

                    Respondent.

_____

**SPECIAL
TERM
ORDER[1]**

#A25-1189

Considered and decided by Frisch, Chief Judge; Bjorkman, Judge; and Slieter, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE FOLLOWING REASONS:**

Petitioner State of Minnesota seeks a writ of prohibition to prevent the assigned judge from presiding over the omnibus hearing.  Respondent Eric Shawn Reddinger takes no position on whether the writ should issue from this court.

Prohibition is the appropriate means of challenging the denial of a notice to peremptorily remove a judge.  *State v. Dahlin*, 753 N.W.2d 300, 303 (Minn. 2008).  A petition for a writ of prohibition is an extraordinary remedy governed by Minn. R. Civ.

_____

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 126**

**Order-Granting or Denying MandamusProhibition A25-1189  2025-08-05**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1189__2025-08-05.pdf
SHA-256 Hash of Source File:  2621b212a8991ba41e904d0943ddb53940a0f9fa197e967afa4e7057703e0980
Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

App. P. 120.  The petitioner must meet three requirements for the writ to issue from this court:  "(1) an inferior court or tribunal must be about to exercise judicial or quasi-judicial power; (2) the exercise of such power must be unauthorized by law; and (3) the exercise of such power must result in injury for which there is no adequate remedy."  *State v. Turner*, 550 N.W.2d 622, 625 (Minn. 1996) (quotation omitted).

According to the criminal rules, a notice to peremptorily remove a judge must be served and filed "within 7 days after the party receives notice of the name of the presiding judge at the trial or hearing."  Minn. R. Crim. P. 26.03, subd. 14(4)(a).  "The notice must be filed before the start of the trial or hearing" and "is not effective against a judge who already presided at the trial, Omnibus Hearing, or evidentiary hearing if the removing party had notice the judge would preside at the hearing."  *Id.*, subd. 14(4)(b), (c).  The reviewing court narrowly construes the rule allowing for peremptory removal of a judge.  *State v. Cheng*, 623 N.W.2d 252, 257 (Minn. 2001).

According to the register of actions, petitioner filed the notice of removal on July 9, 2025, which is within seven days after receiving notice on July 8, 2025, that the district court judge would preside at the July 22, 2025 omnibus hearing, the notice of removal was filed before the start of the hearing, and the district court judge had not presided at the trial, omnibus hearing, or evidentiary hearing.  *See* Minn. R. Crim. P. 26.03, subd. 14(4). Because petitioner complied with these procedural requirements, the district court judge should have honored the removal.  *See State v. Finch*, 865 N.W.2d 696, 700 (Minn. 2015)

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-1189  2025-08-05**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1189__2025-08-05.pdf
SHA-256 Hash of Source File:  2621b212a8991ba41e904d0943ddb53940a0f9fa197e967afa4e7057703e0980
[ source file ]       [ .ots timestamp of source file ]       [ metadata ]

(stating that, so long as the procedural requirements of rule 26.03, subdivision 14(4), are met, "the judge is removed").

The district court judge's stated reasons for denying the removal are that the removal is "[d]isruptive and prejudicial to the timely administration of Justice (speedy Omnibus demanded 7/8/25).  *State v. Erickson*, 589 N.W.2d 481 (Minn. 1999)."  The automatic removal rule does not provide for any reasons to deny a notice of removal other than those expressly stated in the rule.  The district court judge's reasoning that the removal is "disruptive and prejudicial to the timely administration of Justice" is not a valid reason for denying the removal.  And *State v. Erickson*, in which the supreme court suspended the peremptory removal privileges of a county attorney's office for six months based on its policy of blanket removals of a particular judge, is inapposite.  589 N.W.2d at 484-85.  There is no evidence that petitioner has engaged in blanket removals of this particular judge in criminal cases.  In the absence of any record showing a misuse of the privilege of peremptory removal, *Erickson* does not provide a basis to deny the peremptory removal.

Petitioner has demonstrated that we should issue the writ because the district court judge's denial of the notice of removal was unauthorized by the plain language of rule 26.03, subdivision 14(4).

**IT IS HEREBY ORDERED:**

1.      The petition for a writ of prohibition is granted.

2.      The district court administrator shall reassign the underlying matter and provide notice of the assignment to the attorneys of record.

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-1189  2025-08-05**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1189__2025-08-05.pdf
SHA-256 Hash of Source File:  2621b212a8991ba41e904d0943ddb53940a0f9fa197e967afa4e7057703e0980

Page: 4 of 4        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

3.      The clerk of the appellate courts shall provide copies of this order to the attorneys of record and to the Honorable Mark J. Herzing.

**Dated:** August 5, 2025

**BY THE COURT**

Jennifer L. Frisch
Chief Judge

4

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 129

## *Order - Dismiss - Not Stipulated, Entire Case*

**2025-08-14**        **Minnesota Court of Appeals Case No. A25-1314**

---

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Dismiss - Not Stipulated, Entire Case_A25-1314__2025-08-14.pdf |
| File Size: | 287 KiB |
| PDF Version: | 1.6 |
| Author: | Joe Klimowicz |
| Company: | COA |
| Create Date: | 2025:08:14 11:34:30-05:00 |
| Modify Date: | 2025:08:14 15:08:00-05:00 |
| Source Modified: | D:20250814153904 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:08:14 15:05:28-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:b7ef1349-f13b-4bb8-831f-f5ca8e451188 |
| Instance ID: | uuid:3e35a827-87d7-49c9-814b-b385b5233708 |
| Subject: | 5 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0 |
| Page Count: | 2 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | | 36ba6a80-3499-449c-bca5-af8bdb8b18c1 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | | 2025-08-13T22:35:22Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |

---

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

   Signer Certificate Common Name: Rutherford-Block, Christa
   Signer full Distinguished Name: CN="Rutherford-Block, Christa",O=State of MN Judicial Branch
   Signing Time: Aug 14 2025 15:05:28
   Signing Hash Algorithm: SHA-256
   Signature Type: adbe.pkcs7.detached
   Signed Ranges: [0 - 164519], [176163 - 289117]
   Not total document signed
   Signature Validation:  **SIGNATURE IS VALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## C-Track-Public Site A25-1314
Exhibit MN-COA

[C-Track - Public Site_A25-1314.pdf](C-Track - Public Site_A25-1314.pdf)

SHA-256 Hash of Source File: c29228d89586e8f6910e5c8db0ff9c529fdb04ca3d22536a313a09cc033ae41e

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

C-Track - Public Site        https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 131**

**Order-Dismiss-Not Stipulated, Entire Case A25-1314  2025-08-14**
Exhibit MN-COA

### STATE OF MINNESOTA

### IN COURT OF APPEALS

In re David G Dingmann, Petitioner,

David G Dingmann,

              Petitioner,

vs.

Bassford Remele PA,

              Respondent,

Gustafson Gluek PLLC,

              Respondent,

Lockridge Grindal Nauen PLLP,

              Respondent,

Schwebel Goetz & Sieben PA,

              Respondent.

**O R D E R**

**A25-1314**

### BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:

1.      On August 13, 2025, David Dingmann filed an "emergency request for administrative stay pending filing of petition for writ of mandamus." The filing was docketed as a petition for a writ of mandamus.

2.      The filing asks us to "issue an immediate administrative stay" of an August 11, 2025 district court order transferring venue in district court file number 73-CV-25-5356

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 132**

**Order-Dismiss-Not Stipulated, Entire Case A25-1314  2025-08-14**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-1314__2025-08-14.pdf
SHA-256 Hash of Source File:  17599009ff3d494fab92504365dc00908eb3868ae36d7a3cd1ae3b1e2aaf8707
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

from Stearns County District Court to Hennepin County District Court.  The filing also states that Dingmann "will file his full Petition for Writ of Mandamus with supporting appendix by August 19, 2025."

3.      Neither the "emergency request" nor its accompanying declaration identify any legal authority allowing a request for a stay to be filed as an initiating document in an appellate court file. *Cf.* Minn. R. Civ. App. P. 108.02 (authorizing appellate courts to review district court ruling on stay motion by motion filed in a pending appellate file).

4.      The "emergency request" is not properly before this court.

**IT IS HEREBY ORDERED:**

1.      The emergency request in A25-1314 is dismissed.

2.      The clerk of the appellate courts shall provide copies of this order to the Honorable Laura Moehrle, counsel of record, the Stearns County District Court Administrator, and the Hennepin County District Court Administrator.

**Dated:** August 14, 2025

BY THE COURT

Jennifer L. Frisch
Chief Judge

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 133

# *Order - Grant*

## 2025-08-14        Minnesota Court of Appeals Case No. A25-1313

**DOCUMENT METADATA**   |   [timestamped]  8/24/2025 on BTC blockchain  [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Grant_A25-1313__2025-08-14.pdf |
| File Size: | 221 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:08:14 12:47:00-05:00 |
| Create Date: | 2025:08:14 12:46:30-05:00 |
| Source Modified: | D:20250814151128 |
| Author: | Joe Klimowicz |
| Title: | STATE OF MINNESOTA |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | COA |
| Warning: | [minor] Empty XMP |
| Tagged PDF: | Yes |
| Page Count: | 4 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | ec22e8b5-10bd-4573-a293-ee5705d777a9 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-08-13T22:43:16Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Tag: | 10, 3, 0, 1 |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 134**

## C-Track-Public Site A25-1313

Exhibit MN-COA

[C-Track - Public Site_A25-1313.pdf](C-Track - Public Site_A25-1313.pdf)

SHA-256 Hash of Source File: be49724f1edb3d623a418c471addd6ac851c569aa6c67c0bebd4c4da0bdc5fcb

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                         https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Grant A25-1313  2025-08-14**
Exhibit MN-COA

Order - Grant_A25-1313__2025-08-14.pdf
SHA-256 Hash of Source File:  e370133b9c3b5b2e33e62bebb376f291f873e44f6be8070741137ac85055abcb

Page: 1 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

August 14, 2025

OFFICE OF
APPELLATE COURTS

In re Idriss Hassan Ibrahim, Petitioner,

In the Marriage of:

Sahra Ali, petitioner,

        Respondent,

vs.

Idriss Hassan Ibrahim,

        Petitioner,

County of Lyon,

        Intervenor.

**O R D E R**

# A25-1313

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:**

1.     On August 12, 2025, petitioner filed a document captioned "EMERGENCY PETITION FOR WRIT OF PROHIBITION AND WRIT OF MANDAMUS." Petitioner also filed other documents. Petitioner's submissions seem to be an attempt to challenge or limit enforcement of parts of the judgment dissolving the parties' marriage. Petitioner's appeal of the dissolution judgment is pending in A25-1173. That appeal is stayed for Family Law Appellate Mediation. Petitioner asks us to expedite handling of his petition.

2.     We have not received a response to the petition. The time to respond to the petition has not expired. Minn R Civ. App. P. 120.02. We can suspend application of the

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 136**</span>

**Order-Grant A25-1313  2025-08-14**
Exhibit MN-COA

Order - Grant_A25-1313__2025-08-14.pdf
SHA-256 Hash of Source File:  e370133b9c3b5b2e33e62bebb376f291f873e44f6be8070741137ac85055abcb
Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

rules to expedite a decision or for other good cause. Minn. R. Civ. App. P. 102. It is judicially efficient to resolve this petition now.

3.     The petition asks us to "[s]uspend enforcement of Paragraphs 1(b) and (e) of the August 1, 2025 Summary Real Estate Disposition Judgment ('SREDJ') and the August 6, 2025 Amended SREDJ[.]" The SREDJ and the amended SREDJ each lack a paragraph 1(a). Each also lacks a paragraph 1(e).

4.     The petition asks us to "[p]reserve and extend" a stay the district court granted in its order filed July 25, 2025. Petitioner seems to want the stay to remain in effect until we decide A25-1173.

5.     The extraordinary writs of mandamus and of prohibition each require, among other things, that ordinary remedies be unavailable or inadequate. *Minn. Voters All. v. Cnty. of Ramsey*, 971 N.W.2d 269, 275 (Minn. 2022) (mandamus); *State v. Emerson* (*In re Leslie*), 889 N.W.2d 13, 14-15 (Minn. 2017) (prohibition). Generally, stays pending appeal are governed by Minn. R. Civ. App. P. 108. Rule 108 states that, generally, an appeal "does not stay enforcement of the [ruling from which the appeal is taken] in the trial court unless that court orders relief in accordance with Rule 108.02." Minn. R. Civ. App. P. 108.01, subd. 1. Under rule 108.02, the party seeking a stay pending appeal "must" both move the district court for that stay, and obtain that court's approval of the form and amount of any security necessary for that stay. Minn. R. Civ. App. P. 108.02, subd. 1(a), (b).

6.     The district court's register of actions shows that the court set a hearing on petitioner's motion to that court for a stay. Because petitioner has, and is pursuing, stay-

2

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 137

Order - Grant_A25-1313__2025-08-14.pdf
SHA-256 Hash of Source File:  e370133b9c3b5b2e33e62bebb376f291f873e44f6be8070741137ac85055abcb
Page: 3 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

related remedies in district court, neither a writ of prohibition nor a writ of mandamus is appropriate to preserve and extend the stay granted in the July 25, 2025 order.

7.      If, instead of seeking an extraordinary writ to preserve and extend the stay, petitioner is moving us for a stay pending appeal, relief is inappropriate. Any review of a district court's ruling regarding a stay pending appeal in A25-1173 would be addressed in that appellate file. And even if we could address a stay pending A25-1173 in this appellate file, the district court has not yet addressed the question. Thus, it would be premature for us to do so. *See Thiele v. Stich*, 425 N.W.2d 580, 582 (Minn. 1988) (stating that appellate court address only those questions previously presented to and considered by the district court). Relatedly, any question of a temporary stay pending the district court's ruling on the motion petitioner has pending in that court is also for the district court to address.

8.      Petitioner asserts the SREDJ and amended SREDJ are unauthorized because the land was addressed in the dissolution judgment, and the district court entered the SREDJ and amended SREDJ after he took appeal A25-1173, challenging the dissolution judgment. Based on this assertion, petitioner asks us to "[i]ssue a Writ of Prohibition vacating" the SREDJ and amended SREDJ. The SREDJ and amended SREDJ seek to enforce the dissolution judgment. As noted, generally, an appeal "does not stay" a district court's enforcement of the ruling(s) from which an appeal is taken "unless that court orders relief in accordance with Rule 108.02." Minn. R. Civ. App. P. 108.01, subd. 1. Thus, the pendency of A25-1173 did not preclude the district court from entering the SREDJ and amended SREDJ. Further, as noted, the district court is yet to decide petitioner's motion to that court for a stay. Thus, we will not address the point. *Thiele*, 425 N.W.2d at 582.

3

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 138**

Order - Grant_A25-1313__2025-08-14.pdf
SHA-256 Hash of Source File:  e370133b9c3b5b2e33e62bebb376f291f873e44f6be8070741137ac85055abcb
Page: 4 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

9.      Apparently assuming we will vacate the SREDJ and amended SREDJ, petitioner seeks a writ of mandamus to compel the county recorder to remove a lien against the underlying property that the district court awarded to respondent. Because we decline to vacate the SREDJ and amended SREDJ, we also deny relief on this point.

**IT IS HEREBY ORDERED:**

1.      Petitioner's request that we expedite consideration of his submissions is granted.

2.      The petition for a writ of prohibition is denied.

3.      The petition for a writ of mandamus is denied.

4.      All other requests for relief contained in petitioner's submissions filed with the clerk of the appellate courts on August 12, 2025 are denied.

5.      We express no opinion on any matter pending in district court. Nor do we express an opinion on any matter that may be presented to the district court. Nor do we express any opinion on matters to be decided in A25-1173.

6.      The clerk of the appellate court shall provide copies of this order to the Honorable Michelle Dietrich, the self-represented petitioner, counsel for respondent, and the district court administrator.

**Dated:** August 14, 2025

BY THE COURT

_____
Jennifer L. Frisch
Chief Judge

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 139**

## *Order - Grant*

### 2025-08-19 Minnesota Supreme Court Case No. A25-0366

**DOCUMENT METADATA** | [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Grant_A25-0366__2025-08-19.pdf |
| File Size: | 92 KiB |
| PDF Version: | 1.6 |
| Creator: | Acrobat PDFMaker 25 for Word |
| Modify Date: | 2025:08:19 16:11:30-05:00 |
| Create Date: | 2025:08:19 16:11:00-05:00 |
| Subject: | |
| Source Modified: | D:20250819191631 |
| Title: | A25-0366 Order |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified using iText 2.1.7 by 1T3XT |
| Company: | |
| Warning: | XMP format error (no closing tag for e) |
| Page Count: | 2 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 3ccda7be-ec2b-4efc-9804-9e5ac14c7875 | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-08-07T21:07:22Z | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Tag: | 10, 3, 0, 1 | |

**DOCUMENT DIGITAL SIGNATURES**

None

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

# C-Track-Public Site A25-0366

Exhibit MN-COA

[C-Track - Public Site_A25-0366.pdf](C-Track - Public Site_A25-0366.pdf)

SHA-256 Hash of Source File:  c1cd61d51189186ac135ab28a9603417ede86a78209c01517b9b0082a6c57318

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



C-Track - Public Site                                         https://macsnc.courts.state.mn.us/ctrack/view/publicC...

## Minnesota Appellate Courts
### Case Management System

Help ?

**Case Management**

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | A25-0366 | Filing Date: | 03/06/2025 |
| Jurisdiction: | Both | Status: | Closed |
| ORCA: | Multiple | Hearing Type: | Special Term |
| Classification: | Abbreviated Adversarial - Writs - Prohibition/Mandamus | | |
| Short Title: | In re Rebecca Ann Pera Cole, Petitioner. | | |
| Full Title: | In re Rebecca Ann Pera Cole, Petitioner, In the Matter of Rebecca Ann Pera Cole, Petitioner, vs. Zachary Ayars Cole, Respondent. | | |
| Summary: | A24-0700, A24-1864 | | |
| Citation: | * | | |

### Supreme Court Information

| | | | |
|---|---|---|---|
| Filing Date: | 07/17/2025 | Status: | PFR |
| Short Title: | In re Rebecca Ann Pera Cole, Petitioner. | Hearing Type: | Special Term |

**+ Display Party Information**

### Docketing Filter View

Display: [          ]     **Go!**

### Docket Information

| Document Description | Jurisdiction | Filing Date | Docket Entry Type | Filing Type | Status | PDF |
|---|---|---|---|---|---|---|
| Order - Grant - Petition for Review accepted for filing. Respondent has 21 days from the date of this order to respond. | Supreme Court | 08/19/2025 | Order | Grant | Final | |
| Affidavit - Service - Response - Motion - Accept Late PFR | Supreme Court | 07/25/2025 | Affidavit | Service | Final | |
| Response - Motion - Accept Late PFR | Supreme Court | 07/24/2025 | Response | Motion | Final | |
| Motion - In Forma Pauperis | Supreme Court | 07/22/2025 | Motion | In Forma Pauperis | Final | 🔒 |
| Affidavit - Service - Motion - Accept Late Filings - Petition for Further Review | Supreme Court | 07/22/2025 | Affidavit | Service | Final | |
| Petition - Further Review (deemed filed 6/27/25 by order of 8/19/25) | Supreme Court | 07/17/2025 | Petition | Further Review | Final | |
| Motion - Accept Late Filings - Petition for Further Review | Supreme Court | 07/17/2025 | Motion | Accept Late Filings | Final | |
| Order - Denying Prohibition | Court of Appeals | 05/28/2025 | Order | Granting or Denying Mandamus/Prohibition | Final | |
| Transcript - Delivery Certificate - Diane Aho | Court of Appeals | 05/13/2025 | Transcript | Delivery Certificate | Final | |
| Transcript - Delivery Certificate-Lisa Knisley | Court of Appeals | 04/04/2025 | Transcript | Delivery Certificate | Final | |
| Transcript - Initial Certificate -Lisa Knisley | Court of Appeals | 03/27/2025 | Transcript | Initial Certificate | Final | |
| Transcript - Initial Certificate-Diane Aho | Court of Appeals | 03/27/2025 | Transcript | Initial Certificate | Final | |
| Findings - In Forma Pauperis - Trial Court - Grant | Court of Appeals | 03/13/2025 | Findings | In Forma Pauperis - Trial Court | Final | |
| Affidavit - Service of Petition on District Court and Respondent | Court of Appeals | 03/13/2025 | Affidavit | Service | Final | |
| Notice - Case Filing | Court of Appeals | 03/07/2025 | Notice | Case Filing | Final | |
| Petition - Prohibition | Court of Appeals | 03/06/2025 | Petition | Prohibition | Final | |

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 141**

Order - Grant_A25-0366__2025-08-19.pdf
SHA-256 Hash of Source File:  d40d20873d3846b0c126152168030 9302478539ff54052f3ce987008ed6872d1
Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**FILED**

August 19, 2025

**OFFICE OF
APPELLATE COURTS**

STATE OF MINNESOTA

IN SUPREME COURT

A25-0366

In re Rebecca Ann Pera Cole, Petitioner,

In the Matter of Rebecca Ann Pera Cole,

                Petitioner,

vs.

Zachary Ayars Cole,

                Respondent.

O R D E R

       The court of appeals filed an order in this matter on May 28, 2025.  The time to file a petition for review of the decision expired on June 27, 2025.  *See* Minn. R. Civ. App. P. 117, subd. 1(a).  On June 27, 2025, petitioner Rebecca Ann Pera Cole submitted for filing in the supreme court a petition titled "Writ of Prohibition," requesting "a writ or prohibition restraining the Hennepin County District Court" from enforcing certain orders.  On July 11, 2025, the Office of the Clerk of the Appellate Courts returned the documents as unauthorized pursuant to Minn. R. Civ. App. P. 120.01.  On July 17, 2025, petitioner filed a motion requesting the court to accept her originally filed petition submitted on June 27, 2025, stating the petition was filed pursuant to Minn. R. Civ. App. P. 117.  The petition does include a section titled, "A statement of the legal issues sought to be reviewed, and the disposition of

1

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 142**

**Order-Grant A25-0366  2025-08-19**
Exhibit MN-COA

Order - Grant_A25-0366__2025-08-19.pdf
SHA-256 Hash of Source File:  d40d20873d3846b0c126152168030930247853 9ff54052f3ce987008ed6872d1
Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

those issues by the Court of Appeals."  Respondent acknowledged receipt of the motion but did not file a formal response.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the petition of Rebecca Ann Pera Cole that was submitted for filing with her motion on July 17, 2025, will be accepted as a petition for further review pursuant to Minn. R. Civ. App. P. 117, and filed by the Clerk of the Appellate Courts.  Filing of this petition for review will be deemed to have occurred on June 27, 2025.  Petitioner's motion to accept a late filing is thus denied as moot.  Respondent will have 21 days from the date of this order to file and serve a response to the petition for review.

Dated:  August 19, 2025          BY THE COURT:

Natalie E. Hudson
Chief Justice

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

## *Order - Granting or Denying MandamusProhibition*

### 2025-08-19      Minnesota Court of Appeals Case No. A25-1136

___

**DOCUMENT METADATA**   |   [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf |
| File Size: | 248 KiB |
| Author: | Olson, Julie |
| Company: | |
| Create Date: | 2025:08:19 08:55:34-05:00 |
| Modify Date: | 2025:08:19 11:43:00-05:00 |
| Source Modified: | D:20250819135006 |
| Subject: | |
| Has XFA: | No |
| Tagged PDF: | Yes |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:08:19 11:39:48-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:1076d7ef-354d-48fc-af08-f0f4580878ed |
| Instance ID: | uuid:d9c2744b-30f3-4af5-8e7f-3688b5b6579b |
| Title: | |
| Description: | |
| Creator: | Olson, Julie |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0 |
| Page Count: | 3 |
| PDF Version: | 1.7 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Action Id: | 8df3b398-45c5-492f-846c-04ec908349c4 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Set Date: | 2025-08-14T21:24:47Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 Tag: | 10, 3, 0, 1 |

___

### DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer
Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch
Signing Time: Aug 19 2025 11:16:00
Signing Hash Algorithm: SHA-256
Signature Type: adbe.pkcs7.detached
Signed Ranges: [0 - 121971], [133579 - 207237]
Not total document signed
Signature Validation: **SIGNATURE IS VALID**

**Signature #2:**

Signer Certificate Common Name: Lucid, Elizabeth
Signer full Distinguished Name: CN="Lucid, Elizabeth",O=State of MN Judicial Branch
Signing Time: Aug 19 2025 11:39:48
Signing Hash Algorithm: SHA-256
Signature Type: adbe.pkcs7.detached
Signed Ranges: [0 - 229161], [240759 - 249520]
Not total document signed
Signature Validation: **SIGNATURE IS VALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888e18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 144**

## C-Track-Public Site A25-1136
Exhibit MN-COA

[C-Track - Public Site_A25-1136.pdf](C-Track - Public Site_A25-1136.pdf)

SHA-256 Hash of Source File:  e6ad190eed8c9c9f908d4f4d0d397b3d74f50c659d90dd21aadade7f99c8720f

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                                  https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

<span style="color:red">**Exhibit MN-COA | p. 145**</span>

**Order-Granting or Denying MandamusProhibition A25-1136  2025-08-19**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf
SHA-256 Hash of Source File:  449c57d0bbbf2517aa34c8ce92e25c629648467a16e6d8dbceada8eb69471a17

Page: 1 of 3        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

### STATE OF MINNESOTA

### IN COURT OF APPEALS

_____

In re Lovell Nahmor Oates, Petitioner,

State of Minnesota,

          Respondent,

vs.

Lovell Nahmor Oates,

          Petitioner.

_____

**SPECIAL TERM ORDER[1]**

#A25-1136

Considered and decided by Frisch, Chief Judge; Worke, Judge; and Reyes, Judge.

**BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND FOR THE FOLLOWING REASONS:**

Petitioner Lovell Oates was charged in Chisago County District Court on July 23, 2024, with one count of fleeing a police officer in a motor vehicle and one count of driving after revocation.  In December 2024, the self-represented Oates filed multiple documents in district court, collectively challenging the district court's jurisdiction.  The district court held an Omnibus hearing on December 18, 2024, to address Oates's claims.  After hearing argument from the parties and receiving additional documents from Oates, the district court

_____

[1] Pursuant to Minn. R. Civ. App. P. 136.01, subd. 1(c), this order is nonprecedential, except as law of the case, res judicata, or collateral estoppel.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 146

**Order-Granting or Denying MandamusProhibition A25-1136  2025-08-19**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf
SHA-256 Hash of Source File:  449c57d0bbbf2517aa34c8ce92e25c629648467a16e6d8dbceada8eb69471a17
Page: 2 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

found probable cause to support the charges against him and orally denied his request for dismissal on jurisdictional grounds.

On July 8, 2025, Oates filed a petition for a writ of mandamus.  In it, Oates appears to argue that the district court is obligated to dismiss the complaint against him due to its failure to affirmatively establish its jurisdiction in a written order or judgment following his demand.  The state has not filed a response to Oates's petition.

The authority for obtaining a writ of mandamus is statutory:

> The writ of mandamus may be issued to any inferior tribunal . . . to compel the performance of an act which the law specially enjoins as a duty resulting from an office, trust, or station.  It may require an inferior tribunal to exercise its judgment or proceed to the discharge of any of its functions, but it cannot control judicial discretion.

Minn. Stat. § 586.01 (2024).  Mandamus is an appropriate remedy to compel the district court to perform an act that is clearly required of it.  *See State v. Davis*, 592 N.W.2d 457, 459 (Minn. 1999); *State v. Pero*, 590 N.W.2d 319, 323 (Minn. 1999) (holding that mandamus will lie where court has clear and present official duty to perform certain act).  "But even if the court has such a clear judicial duty, if there is some other plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."  *State v. Hoelzel*, 639 N.W.2d 605, 610 (Minn. 2002); Minn. Stat. § 586.02 (2024).

A writ of mandamus "is not a substitute for, and cannot be used as, an appeal or writ of error."  *Davis*, 592 N.W.2d at 459 (quotation omitted).  More specifically, if a criminal defendant is able to raise a claimed error in a direct appeal from a subsequent conviction, mandamus is not available.  *See McIntosh v. Davis*, 441 N.W.2d 115, 120 (Minn. 1989)

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Order-Granting or Denying MandamusProhibition A25-1136  2025-08-19**
Exhibit MN-COA

Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf
SHA-256 Hash of Source File:  449c57d0bbbf2517aa34c8ce92e25c629648467a16e6d8dbceada8eb69471a17
Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

(reversing writs of mandamus issued by this court because the defendants were able to argue violations of their speedy-trial rights in a direct appeal from any resulting convictions).

In his petition, Oates argues that he is entitled to dismissal of the complaint against him due to the district court's failure to demonstrate the court's personal and subject-matter jurisdiction in this case with written findings of fact and conclusions of law as required by Minnesota statute, the United States Constitution, and treaties of the United States.  Oates is not entitled to a writ of mandamus, however, because his jurisdictional claims and related arguments may be raised in a direct appeal from any adverse final judgment that results from the district court proceedings.  *See State v. Famuyiwa*, 15 N.W.3d 372 (Minn. App. 2024), *rev. denied* (Minn. Mar. 18, 2025) (addressing defendant's subject-matter jurisdiction claim on direct appeal).  Accordingly, because there exists a "plain, speedy, and adequate remedy in the ordinary course of law, the writ may not issue."  *Hoelzel*, 639 N.W.2d at 610.

**IT IS HEREBY ORDERED:**  The petition for a writ of mandamus is denied.

**Dated:**  August 19, 2025

**BY THE COURT**

_____

Jennifer L. Frisch
Chief Judge

3

Url 1: link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
Url 4: drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

Exhibit MN-COA | p. 148

## *Order - Dismiss - Not Stipulated, Entire Case*

## 2025-08-22    **Minnesota Court of Appeals Case No. A25-0965**

**DOCUMENT METADATA**  |  [timestamped] 8/24/2025 on BTC blockchain [opentimestamps.org]

| | |
|---|---|
| File Name: | Order - Dismiss - Not Stipulated, Entire Case_A25-0965__2025-08-22.pdf |
| File Size: | 208 KiB |
| Author: | Joe Klimowicz |
| Company: | COA |
| Create Date: | 2025:08:22 13:41:16-05:00 |
| Modify Date: | 2025:08:22 15:15:00-05:00 |
| Source Modified: | D:20250822183759 |
| Has XFA: | No |
| Tagged PDF: | Yes |
| XMP Toolkit: | Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 |
| Metadata Date: | 2025:08:22 15:12:53-05:00 |
| Creator Tool: | Acrobat PDFMaker 25 for Word |
| Document ID: | uuid:4701f12e-5ffe-431c-b8ef-4699d4e6d02f |
| Instance ID: | uuid:5416aa77-980d-4ffb-8ecc-afc960d795da |
| Subject: | 6 |
| Title: | STATE OF MINNESOTA |
| Creator: | Joe Klimowicz |
| Producer: | adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0 |
| Page Count: | 2 |
| PDF Version: | 1.7 |

| | | |
|---|---|---|
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Action Id: | 898f3fed-4263-4da6-82ab-a850a2420090 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Content Bits: | 0 |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Enabled: | true |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Method: | Standard |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Name: | High |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Set Date: | 2025-08-22T18:17:51Z |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Site Id: | 8cf8312b-4c34-4b6f-9dee-c56512a7510f |
| MSIP Label 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | Tag: | 10, 3, 0, 1 |

## DOCUMENT DIGITAL SIGNATURES

**Signature #1:**

Signer Certificate Common Name: Frisch, Jennifer
Signer full Distinguished Name: CN="Frisch, Jennifer",O=State of MN Judicial Branch
Signing Time: Aug 22 2025 14:13:25
Signing Hash Algorithm: SHA-256
Signature Type: adbe.pkcs7.detached
Signed Ranges: [0 - 81983], [93591 - 166986]
Not total document signed
Signature Validation:   **SIGNATURE IS VALID**

**Signature #2:**

Signer Certificate Common Name: Lucid, Elizabeth
Signer full Distinguished Name: CN="Lucid, Elizabeth",O=State of MN Judicial Branch
Signing Time: Aug 22 2025 15:12:53
Signing Hash Algorithm: SHA-256
Signature Type: adbe.pkcs7.detached
Signed Ranges: [0 - 188772], [200370 - 209120]
Not total document signed
Signature Validation:   **SIGNATURE IS VALID**

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 149**

## C-Track-Public Site A25-0965
Exhibit MN-COA

[C-Track - Public Site_A25-0965.pdf](C-Track - Public Site_A25-0965.pdf)

SHA-256 Hash of Source File:  83c332c8056710da1c374e8d695c01c3c4b32dacffd21512ac190a8544699c68

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

C-Track - Public Site                                             https://macsnc.courts.state.mn.us/ctrack/view/publicC...



**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 150**

**Order-Dismiss-Not Stipulated, Entire Case A25-0965  2025-08-22**

Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0965__2025-08-22.pdf

SHA-256 Hash of Source File:  d55f881de137b0951fcda48734e907688fbdb3c3a53610f0bb5d6ae6bba34330

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

### STATE OF MINNESOTA

### IN COURT OF APPEALS

---

In re Adam Peter Flores, Jr., Petitioner,

In the Matter of the Civil Commitment of:

Adam Peter Flores, Jr.,

         Petitioner.

**O R D E R**

#A25-0965

---

### BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:

1.      Petitioner seeks a writ of mandamus. Petitioner did not pay the filing fee for his petition as required by Minn. R. Civ. App. P. 120.04. Nor did petitioner provide us with a copy of an order of the district court waiving that fee.

2.      By notice of case filing dated June 12, 2025, the clerk of the appellate courts directed petitioner, within ten days, to pay the filing fee or provide us with a copy of an order of the district court waiving that fee. Petitioner did neither.

3.      By order filed June 27, 2025, we directed petitioner, by July 25, 2025, to pay the filing fee or provide us with a copy of an order of the district court allowing him to proceed in forma pauperis regarding this petition. Petitioner did neither.

4.      Instead, on July 18, 2025, petitioner filed a document styled as a "Private International Law Affidavit To Petition for Review of Pauper Status MINN. R. CIV. APP. P. 109 (a) and (b) For Common Law Writ of Mandamus." The nature and content of that document were unclear.

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC

**Exhibit MN-COA | p. 151**

**Order-Dismiss-Not Stipulated, Entire Case A25-0965  2025-08-22**
Exhibit MN-COA

Order - Dismiss - Not Stipulated, Entire Case_A25-0965__2025-08-22.pdf
SHA-256 Hash of Source File:  d55f881de137b0951fcda48734e907688fbdb3c3a53610f0bb5d6ae6bba34330

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

5.      By order filed July 21, 2025, we directed petitioner, by August 21, 2025 to pay the filing fee or provide us with a copy of an order of the district court allowing him to proceed in forma pauperis regarding this petition. Our July 27, 2025 order stated that "[f]ailure to comply will result in the dismissal of this petition without further notice."

6.      Petitioner neither paid the filing fee nor provided us with a copy of an order of the district court waiving that fee. Nor have we received any other submissions from petitioner.

**IT IS HEREBY ORDERED:**

1.      This petition for a writ of mandamus is dismissed.

2.      We express no opinion on any aspect of this case to be decided by the district court.

3.      The clerk of the appellate courts shall provide copies of this order to the Honorable Paul Yang, the self-represented petitioner, counsel of record, and the district court administrator.

**Dated:** August 22, 2025

**BY THE COURT**

_____
Jennifer L. Frisch
Chief Judge

2

**Url 1:** link.storjshare.io/raw/jvtbm5jfc3goal7aolcrbpsfwlra/file/EXHIBIT MN-COA_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/14bcd688-a0c1-49d5-8cbf-8888c18cc441.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/686dd7cb-48b2-4620-ac9d-6ea55a80cfbe.pdf
**Url 4:** drive.proton.me/urls/HGNXACCK7G#PyzAkMaGyFMC