# EXHIBIT MN-COA-DS

| Index | Case Number | Filing Date | PDF File Name | Revisions | LTV DSS | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | Signed Total | Coverage % | Edit After Sig | Crypto Valid | Crypto Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A25-0048 | 2025-04-07 | Order - Granting or Denying MandamusProhibition_A25-0048__2025-04-07.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250407141236-05'00' | /adbe.pkcs7.detached | 23 0 obj | 0 | 123935 | 135543 | 66735 | 190670 | 82.46 | no | no | Signature is Invalid. |
| 2 | A24-2042 | 2025-04-08 | Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250408090835-05'00' | /adbe.pkcs7.detached | 29 0 obj | 0 | 148220 | 159828 | 73867 | 222087 | 80.86 | no | no | Signature is Invalid. |
| 3 | A25-0641 | 2025-05-05 | Order - Granting or Denying MandamusProhibition_A25-0641__2025-05-05.pdf | 1 | no | 1 | Signature2 | Frisch, Jennifer | D:20250505155451-05'00' | /adbe.pkcs7.detached | 24 0 obj | 0 | 130086 | 141694 | 65157 | 195243 | 84.19 | no | no | Signature is Invalid. |
| 4 | A25-0366 | 2025-05-28 | Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250528091857-05'00' | /adbe.pkcs7.detached | 24 0 obj | 0 | 150230 | 161838 | 64801 | 215031 | 84 | no | no | Signature is Invalid. |
| 5 | A25-0820 | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250604122333-05'00' | /adbe.pkcs7.detached | 23 0 obj | 0 | 131984 | 143592 | 66587 | 198571 | 82.67 | no | no | Signature is Invalid. |
| 6 | A25-0860 | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250604122411-05'00' | /adbe.pkcs7.detached | 17 0 obj | 0 | 128272 | 139880 | 73444 | 201716 | 82.95 | no | no | Signature is Invalid. |
| 7 | A25-0670 | 2025-06-10 | Order - Dismiss - Not Stipulated, Entire Case_A25-0670__2025-06-10.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250610111510-05'00' | /adbe.pkcs7.detached | 17 0 obj | 0 | 106156 | 117764 | 66974 | 173130 | 81.09 | no | no | Signature is Invalid. |
| 8 | A25-0772 | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142241-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 144295 | 155903 | 65513 | 209808 | 83.74 | no | no | Signature is Invalid. |
| 9 | A25-0817 | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142219-05'00' | /adbe.pkcs7.detached | 26 0 obj | 0 | 133497 | 145105 | 71369 | 204866 | 83.62 | no | no | Signature is Invalid. |
| 10 | A25-0895 | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0895__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142602-05'00' | /adbe.pkcs7.detached | 22 0 obj | 0 | 125536 | 137144 | 65182 | 190718 | 82.34 | no | no | Signature is Invalid. |
| 11 | A25-0769 | 2025-06-24 | Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250624142712-05'00' | /adbe.pkcs7.detached | 26 0 obj | 0 | 132754 | 144362 | 65785 | 198539 | 82.5 | no | no | Signature is Invalid. |
| 12 | A25-0918 | 2025-06-25 | Order - Deny_A25-0918__2025-06-25.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250625141441-05'00' | /adbe.pkcs7.detached | 19 0 obj | 0 | 130268 | 141876 | 65272 | 195540 | 82.66 | no | no | Signature is Invalid. |
| 13 | A25-0940 | 2025-06-25 | Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250625141408-05'00' | /adbe.pkcs7.detached | 18 0 obj | 0 | 108792 | 120400 | 73485 | 182277 | 81.93 | no | no | Signature is Invalid. |
| 14 | A25-0884 | 2025-07-01 | Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf | 2 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250701143632-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 133659 | 145267 | 65131 | 198790 | 81.75 | yes | no | Signature is Invalid. |
| 15 | A25-0882 | 2025-07-08 | Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250708111745-05'00' | /adbe.pkcs7.detached | 30 0 obj | 0 | 149810 | 161418 | 74322 | 224132 | 84.2 | no | no | Signature is Invalid. |
| 16 | A25-1314 | 2025-08-14 | Order - Dismiss - Not Stipulated, Entire Case_A25-1314__2025-08-14.pdf | 3 | no | 1 | Signature2 | Rutherford-Block, Christa | D:20250814150528-05'00' | /adbe.pkcs7.detached | 124 0 obj | 0 | 164519 | 176163 | 112954 | 277473 | 94.58 | no | yes | Signature is Valid. |
| 17 | A25-1136 | 2025-08-19 | Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf | 6 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250819111600-05'00' | /adbe.pkcs7.detached | 10 0 obj | 0 | 121971 | 133579 | 73658 | 195629 | 77.07 | yes | yes | Signature is Valid. |
| 18 | A25-1136 | 2025-08-19 | Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf | 6 | yes | 2 | Signature3 | Lucid, Elizabeth | D:20250819113948-05'00' | /adbe.pkcs7.detached | 118 0 obj | 0 | 229161 | 240759 | 8761 | 237922 | 93.73 | no | yes | Signature is Valid. |
| 19 | A25-0965 | 2025-08-22 | Order - Dismiss - Not Stipulated, Entire Case_A25-0965__2025-08-22.pdf | 6 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250822141325-05'00' | /adbe.pkcs7.detached | 4 0 obj | 0 | 81983 | 93591 | 73395 | 155378 | 72.83 | yes | yes | Signature is Valid. |
| 20 | A25-0965 | 2025-08-22 | Order - Dismiss - Not Stipulated, Entire Case_A25-0965__2025-08-22.pdf | 6 | yes | 2 | Signature3 | Lucid, Elizabeth | D:20250822151253-05'00' | /adbe.pkcs7.detached | 116 0 obj | 0 | 188772 | 200370 | 8750 | 197522 | 92.58 | no | yes | Signature is Valid. |

**File Url 1:** link.storjshare.io/raw/jwu3b354esnxpem3l444egsksicq/file/EXHIBIT MN-COA-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/48885a8a-a7f6-46bd-8528-545ff05fb871.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/085b19e7-1758-4270-8b16-5a531a954544.pdf
**File Url 4:** drive.proton.me/urls/D3NAH36G34#LvkmVx4Udu76

| Index | Case Number | Filing Date | PDF File Name | Revisions | LTV DSS | Field Index | Field Name | Signer Name | Sign Time Raw | Subfilter | V Obj | BR s1 | BR e1 | BR s2 | BR e2 | Signed Total | Coverage % | Edit After Sig | Crypto Valid | Crypto Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A25-0820 | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250604122333-05'00' | /adbe.pkcs7.detached | 23 0 obj | 0 | 131984 | 143592 | 66587 | 198571 | 82.67 | no | no | Signature is Invalid. |
| 2 | A25-0860 | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250604122411-05'00' | /adbe.pkcs7.detached | 17 0 obj | 0 | 128272 | 139880 | 73444 | 201716 | 82.95 | no | no | Signature is Invalid. |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | ^ ^ **38 SECOND DIFF.** ^ ^ | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | |
| 6 | A25-0817 | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142219-05'00' | /adbe.pkcs7.detached | 26 0 obj | 0 | 133497 | 145105 | 71369 | 204866 | 83.62 | no | no | Signature is Invalid. |
| 7 | A25-0772 | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142241-05'00' | /adbe.pkcs7.detached | 25 0 obj | 0 | 144295 | 155903 | 65513 | 209808 | 83.74 | no | no | Signature is Invalid. |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | ^ ^ **22 SECOND DIFF.** ^ ^ | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | A25-0940 | 2025-06-25 | Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250625141408-05'00' | /adbe.pkcs7.detached | 18 0 obj | 0 | 108792 | 120400 | 73485 | 182277 | 81.93 | no | no | Signature is Invalid. |
| 12 | A25-0918 | 2025-06-25 | Order - Deny_A25-0918__2025-06-25.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250625141441-05'00' | /adbe.pkcs7.detached | 19 0 obj | 0 | 130268 | 141876 | 65272 | 195540 | 82.66 | no | no | Signature is Invalid. |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | ^ ^ **33 SECOND DIFF.** ^ ^ | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jwu3b354esnxpem3l444egsksicq/file/EXHIBIT MN-COA-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/48885a8a-a7f6-46bd-8528-545ff05fb871.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/085b19e7-1758-4270-8b16-5a531a954544.pdf
**File Url 4:** drive.proton.me/urls/D3NAH36G34#LvkmVx4Udu76

| Index | Case Number | Jurisdiction | Filing Date | PDF File Name | Revisions | LTV DSS | Field Index | Field Name | Signer Name | Sign Time Raw | Metadata Date | Modify Date | Edit After Sig | Crypto Valid | Crypto Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A25-0820 | Minnesota Court of Appeals | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250604122333-05'00' | 2025:06:04 13:50:30-05:00 | 2025:06:04 13:50:30-05:00 | no | no | Signature is Invalid. |
| 2 | A25-0860 | Minnesota Court of Appeals | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250604122411-05'00' | 2025:06:04 13:55:00-05:00 | 2025:06:04 13:55:00-05:00 | no | no | Signature is Invalid. |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | ^ ^ 38 Sec Difference ^ ^ | ^ ^ 4 Min 30 Sec Difference ^ ^ | ^ ^ 4 Min 30 Sec Difference ^ ^ | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | A25-0817 | Minnesota Court of Appeals | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142219-05'00' | 2025:06:17 15:55:01-05:00 | 2025:06:17 15:55:01-05:00 | no | no | Signature is Invalid. |
| 7 | A25-0772 | Minnesota Court of Appeals | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250617142241-05'00' | 2025:06:17 15:55:30-05:00 | 2025:06:17 15:55:30-05:00 | no | no | Signature is Invalid. |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | ^ ^ 22 Sec Difference ^ ^ | ^ ^ 29 sec Difference ^ ^ | ^ ^ 29 Sec Difference ^ ^ | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | A25-0940 | Minnesota Court of Appeals | 2025-06-25 | Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250625141408-05'00' | 2025:06:25 14:30:30-05:00 | 2025:06:25 14:30:30-05:00 | no | no | Signature is Invalid. |
| 12 | A25-0918 | Minnesota Court of Appeals | 2025-06-25 | Order - Deny_A25-0918__2025-06-25.pdf | 1 | yes | 1 | Signature2 | Frisch, Jennifer | D:20250625141441-05'00' | 2025:06:25 14:30:01-05:00 | 2025:06:25 14:30:01-05:00 | no | no | Signature is Invalid. |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | ^ ^ 33 Sec Difference ^ ^ | ^ ^ 29 sec Difference ^ ^ | ^ ^ 29 Sec Difference ^ ^ | | | |
| 15 | | | | | | | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jwu3b354esnxpem3l444egsksicq/file/EXHIBIT MN-COA-DS_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/48885a8a-a7f6-46bd-8528-545ff05fb871.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/085b19e7-1758-4270-8b16-5a531a954544.pdf
**File Url 4:** drive.proton.me/urls/D3NAH36G34#LvkmVx4Udu76