**EXHIBIT MN-COA-MD**

| Index | Case Number | Jurisdiction | Filing Date | PDF File Name | Digital Signature Signer | Author (metadata) | Company (metadata) | Create Date (metadata) | Modify Date (metadata) | MSIP Label Token (primary) | MSIP Action Id (primary) | MSIP Site Id (primary) | MSIP Set Date (primary) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 27-CR-23-1886 | Minnesota Fourth Judicial District | 2025-04-03 | 127__Order-Finding-Guertin-Competent__2025-04-03.pdf | Koch, William, ESolutions Development, (MCRO) Watermark | Hansen, Isabel | Minnesota Judicial Branch | 2025:04:03 08:48:19-05:00 | 2025:04:03 17:45:44-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | cfcef641-54d1-4554-9a48-0901814ee290 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-03-17T19:18:00Z |
| 2 | | | | | | | | | | | | | |
| 3 | A25-0048 | Minnesota Court of Appeals | 2025-04-07 | Order - Granting or Denying MandamusProhibition_A25-0048__2025-04-07.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:04:07 12:17:51-05:00 | 2025:04:07 14:51:01-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 2a0bd236-b98a-4346-a9c8-f557fb56e5df | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-04-07T16:55:06Z |
| 4 | A24-2042 | Minnesota Court of Appeals | 2025-04-08 | Order - Granting or Denying MandamusProhibition_A24-2042__2025-04-08.pdf | Frisch, Jennifer | Solka, Linda | Minnesota Judicial Branch | 2025:04:07 15:55:31-05:00 | 2025:04:08 09:44:01-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 906f25a8-cb70-4c91-a873-4a7cd2b9017c | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-04-07T20:49:43Z |
| 5 | | | | | | | | | | | | | |
| 6 | A24-2042 | Minnesota Supreme Court | 2025-04-23 | Order - PFR - Deny_A24-2042__2025-04-23.pdf | | | | 2025:04:23 14:19:30-05:00 | 2025:04:23 14:20:00-05:00 | Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 | 6de5b316-ae0a-4761-a195-9b8ad21b44e6 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2024-08-06T15:23:12Z |
| 7 | | | | | | | | | | | | | |
| 8 | A25-0641 | Minnesota Court of Appeals | 2025-05-05 | Order - Granting or Denying MandamusProhibition_A25-0641__2025-05-05.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:05:05 13:56:16-05:00 | 2025:05:05 16:06:01-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | c729d813-6c4f-48db-846a-9097082ebfc3 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-05-05T17:55:23Z |
| 9 | A25-0366 | Minnesota Court of Appeals | 2025-05-28 | Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf | Frisch, Jennifer | COA | COA | 2025:05:27 14:56:39-05:00 | 2025:05:28 12:46:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 787ff6e6-c44e-4010-bbb2-62a1520f08ef | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-01-09T17:23:34Z |
| 10 | | | | | | | | | | | | | |
| 11 | 27-CR-23-1886 | Minnesota Fourth Judicial District | 2025-05-30 | 205__Order-Other__2025-05-30.pdf | (MCRO) Watermark | Hudleston, Sarah | State of Minnesota | 2025:05:30 17:21:57-05:00 | 2025:06:03 10:27:37-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e75702f7-3351-4767-a9d9-1057dfb87600 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-01-09T16:38:02Z |
| 12 | | | | | | | | | | | | | |
| 13 | A25-0860 | Minnesota Court of Appeals | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0860__2025-06-04.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:04 09:01:27-05:00 | 2025:06:04 13:55:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 06646d9e-044d-4077-9ded-71795391d251 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-06-03T17:24:12Z |
| 14 | A25-0820 | Minnesota Court of Appeals | 2025-06-04 | Order - Granting or Denying MandamusProhibition_A25-0820__2025-06-04.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:04 08:35:21-05:00 | 2025:06:04 13:50:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e8e20580-a529-4677-a4c7-4582b467a04c | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-05-27T15:09:15Z |
| 15 | A25-0670 | Minnesota Court of Appeals | 2025-06-10 | Order - Dismiss - Not Stipulated, Entire Case_A25-0670__2025-06-10.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:10 09:32:42-05:00 | 2025:06:10 12:00:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | a1285d56-0dea-4122-b6b0-cd8f9aeb211b | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-05-16T17:26:25Z |
| 16 | A25-0817 | Minnesota Court of Appeals | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf | Frisch, Jennifer | COA | COA | 2025:06:17 14:05:23-05:00 | 2025:06:17 15:55:01-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 787ff6e6-c44e-4010-bbb2-62a1520f08ef | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-01-09T17:23:34Z |
| 17 | A25-0772 | Minnesota Court of Appeals | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0772__2025-06-17.pdf | Frisch, Jennifer | Solka, Linda | Minnesota Judicial Branch | 2025:06:17 13:59:13-05:00 | 2025:06:17 15:55:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 9f095e8e-2339-4427-b221-c354a18e5aab | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-06-13T17:30:17Z |
| 18 | A25-0895 | Minnesota Court of Appeals | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0895__2025-06-17.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:17 12:25:41-05:00 | 2025:06:17 16:05:31-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e2347753-1a36-420c-b1c4-1b41c735a6e7 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-06-16T19:46:12Z |
| 19 | A25-0769 | Minnesota Court of Appeals | 2025-06-24 | Order - Granting or Denying MandamusProhibition_A25-0769__2025-06-24.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:24 12:29:26-05:00 | 2025:06:24 15:16:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 4588774d-a8eb-4d48-9a07-3306a8998607 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-06-20T18:01:07Z |
| 20 | A25-0940 | Minnesota Court of Appeals | 2025-06-25 | Order - Granting or Denying MandamusProhibition_A25-0940__2025-06-25.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:25 12:39:35-05:00 | 2025:06:25 14:30:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 386cbc83-04ad-4b7b-b960-cf5c8516470b | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-06-24T20:49:12Z |
| 21 | A25-0918 | Minnesota Court of Appeals | 2025-06-25 | Order - Deny_A25-0918__2025-06-25.pdf | Frisch, Jennifer | Joe Klimowicz | COA | 2025:06:25 12:33:51-05:00 | 2025:06:25 14:30:01-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 64f78e07-9425-42fc-88c2-e02f057e0df9 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-06-12T14:00:07Z |
| 22 | A25-0884 | Minnesota Court of Appeals | 2025-07-01 | Order - Granting or Denying MandamusProhibition_A25-0884__2025-07-01.pdf | Frisch, Jennifer | Olson, Julie | | 2025:07:01 14:28:06-05:00 | 2025:07:01 16:15:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e048df67-3209-4d37-86c4-749df9248bbf | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-01T15:40:52Z |
| 23 | A25-0851 | Minnesota Court of Appeals | 2025-07-07 | Order - Dismiss - Not Stipulated, Entire Case_A25-0851__2025-07-07.pdf | | Joe Klimowicz | COA | 2025:07:07 14:18:00-05:00 | 2025:07:07 14:18:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 7fa59bec-9a68-40e1-be80-b967bbd22e29 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-02T22:46:30Z |
| 24 | A25-0882 | Minnesota Court of Appeals | 2025-07-08 | Order - Granting or Denying MandamusProhibition_A25-0882__2025-07-08.pdf | Frisch, Jennifer | Solka, Linda | Minnesota Judicial Branch | 2025:07:08 10:55:17-05:00 | 2025:07:08 11:56:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 2792bc36-43f0-47ac-b4f1-3dc954144747 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-07T13:38:05Z |
| 25 | A25-0643 | Minnesota Court of Appeals | 2025-07-17 | Order - Granting or Denying MandamusProhibition_A25-0643__2025-07-17.pdf | | Joe Klimowicz | COA | 2025:07:17 15:31:00-05:00 | 2025:07:17 15:31:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e37eadbf-6c31-4b9e-bda7-4f282af12f30 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-16T20:39:04Z |
| 26 | A25-1060 | Minnesota Court of Appeals | 2025-07-18 | Order - Deny_A25-1060__2025-07-18.pdf | | Joe Klimowicz | COA | 2025:07:18 13:09:30-05:00 | 2025:07:18 13:10:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 023b8d79-36e9-4b24-b123-fa737300c837 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-18T14:05:34Z |
| 27 | A25-1078 | Minnesota Court of Appeals | 2025-07-18 | Order - Granting or Denying MandamusProhibition_A25-1078__2025-07-18.pdf | | Joe Klimowicz | COA | 2025:07:18 14:47:30-05:00 | 2025:07:18 14:48:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 123e6a08-4234-4e9b-bb39-ba6ef73abf31 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-18T15:41:29Z |
| 28 | A25-1098 | Minnesota Court of Appeals | 2025-07-18 | Order - Granting or Denying MandamusProhibition_A25-1098__2025-07-18.pdf | | Joe Klimowicz | COA | 2025:07:18 13:06:30-05:00 | 2025:07:18 13:07:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | f9deb6f2-6935-41db-b69a-55336a2122e8 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-18T14:25:14Z |
| 29 | A25-1126 | Minnesota Court of Appeals | 2025-08-04 | Order - Dismiss - Not Stipulated, Entire Case_A25-1126__2025-08-04.pdf | | Joe Klimowicz | COA | 2025:08:04 14:19:00-05:00 | 2025:08:04 14:19:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 3072c872-c4ba-488e-984b-7813a311c213 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-22T15:38:38Z |
| 30 | A25-1077 | Minnesota Court of Appeals | 2025-08-05 | Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf | | COA | COA | 2025:08:05 15:42:00-05:00 | 2025:08:05 15:42:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 787ff6e6-c44e-4010-bbb2-62a1520f08ef | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-01-09T17:23:34Z |
| 31 | A25-1189 | Minnesota Court of Appeals | 2025-08-05 | Order - Granting or Denying MandamusProhibition_A25-1189__2025-08-05.pdf | | Olson, Julie | | 2025:08:05 15:10:00-05:00 | 2025:08:05 15:10:31-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 99a2d92f-76fb-4e11-8172-70604e7e4ef9 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-07-29T21:31:14Z |
| 32 | | | | | | | | | | | | | |
| 33 | | **^ ^ Three MN Judicial Branches ^ ^** | | | | | | | | | | **^ ^ SAME Microsoft Entra ID for ALL ^ ^** | |

**File Url 1:** link.storjshare.io/raw/jxbylarne5gurzx6ioxmzsfrjpqq/file/EXHIBIT MN-COA-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/7a4ca4a3-48d9-45fe-8852-35909f7cef56.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/35e4a30f-2309-4924-8d47-006f26a1f833.pdf
**File Url 4:** drive.proton.me/urls/0A19JJYN74#KauI7LD78S7e

| Index | Case Number | Jurisdiction | Filing Date | PDF File Name | Digital Signature Signer | Author (metadata) | Company (metadata) | Create Date (metadata) | Modify Date (metadata) | MSIP Label Token (primary) | MSIP Action Id (primary) | MSIP Site Id (primary) | MSIP Set Date (primary) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | A25-1314 | Minnesota Court of Appeals | 2025-08-14 | Order - Dismiss - Not Stipulated, Entire Case_A25-1314__2025-08-14.pdf | Rutherford-Block, Christa | Joe Klimowicz | COA | 2025:08:14 11:34:30-05:00 | 2025:08:14 15:08:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 36ba6a80-3499-449c-bca5-af8bdb8b18c1 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-08-13T22:35:22Z |
| 35 | A25-1313 | Minnesota Court of Appeals | 2025-08-14 | Order - Grant_A25-1313__2025-08-14.pdf | | Joe Klimowicz | COA | 2025:08:14 12:46:30-05:00 | 2025:08:14 12:47:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | ec22e8b5-10bd-4573-a293-ee5705d777a9 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-08-13T22:43:16Z |
| 36 | | | | | | | | | | | | | |
| 37 | A25-0366 | Minnesota Supreme Court | 2025-08-19 | Order - Grant_A25-0366__2025-08-19.pdf | | | | 2025:08:19 16:11:00-05:00 | 2025:08:19 16:11:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 3ccda7be-ec2b-4efc-9804-9e5ac14c7875 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-08-07T21:07:22Z |
| 38 | | | | | | | | | | | | | |
| 39 | A25-1136 | Minnesota Court of Appeals | 2025-08-19 | Order - Granting or Denying MandamusProhibition_A25-1136__2025-08-19.pdf | Frisch, Jennifer; Lucid, Elizabeth | Olson, Julie | | 2025:08:19 08:55:34-05:00 | 2025:08:19 11:43:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 8df3b398-45c5-492f-846c-04ec908349c4 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-08-14T21:24:47Z |
| 40 | A25-0965 | Minnesota Court of Appeals | 2025-08-22 | Order - Dismiss - Not Stipulated, Entire Case_A25-0965__2025-08-22.pdf | Frisch, Jennifer; Lucid, Elizabeth | Joe Klimowicz | COA | 2025:08:22 13:41:16-05:00 | 2025:08:22 15:15:00-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | 898f3fed-4263-4da6-82ab-a850a2420090 | 8cf8312b-4c34-4b6f-9dee-c56512a7510f | 2025-08-22T18:17:51Z |
| 41 | | | | | | | | | | | | | |
| 42 | | ^ ^ Three MN Judicial Branches ^ ^ | | | | | | | | | ^ ^ SAME Microsoft Entra ID for ALL ^ ^ | | |
| 43 | | | | | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jxbylarne5gurzx6ioxmzsfrjpqq/file/EXHIBIT MN-COA-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/7a4ca4a3-48d9-45fe-8852-35909f7cef56.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/35e4a30f-2309-4924-8d47-006f26a1f833.pdf
**File Url 4:** drive.proton.me/urls/0A19JJYN74#KauI7LD78S7e

2

**MN-COA-MD1 | p. 2**

| Index | Case Number | Jurisdiction | Filing Date | PDF File Name | Digital Signature Signer | Author (metadata) | Company (metadata) | Create Date (metadata) | Modify Date (metadata) | MSIP Label Token (primary) | MSIP Action Id (primary) | MSIP Site Id (primary) | MSIP Set Date (primary) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A24-2042 | Minnesota Supreme Court | 2025-04-23 | Order - PFR - Deny_A24-2042__2025-04-23.pdf | | | | 2025:04:23 14:19:30-05:00 | 2025:04:23 14:20:00-05:00 | Be 79656f-57b 9-4d 90-9939-25c 1fcaa 4399 | 6de5b316-ae0a-4761-a195-9b8ad21b44e6 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | **2024-08-06T15:23:12Z** |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | **^ ^ August of 2024 ^ ^** |
| 4 | | | | | | | | | | | | | |
| 5 | 27-CR-23-1886 | Minnesota Fourth Judicial District | 2025-05-30 | 205__Order-Other__2025-05-30.pdf | (MCRO) Watermark | Hudleston, Sarah | State of Minnesota | 2025:05:30 17:21:57-05:00 | 2025:06:03 10:27:37-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | e75702f7-3351-4767-a9d9-1057dfb87600 | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | 2025-01-09T16:38:02Z |
| 6 | | | | | | | | | | | | | |
| 7 | A25-0366 | Minnesota Court of Appeals | 2025-05-28 | Order - Granting or Denying MandamusProhibition_A25-0366__2025-05-28.pdf | Frisch, Jennifer | COA | COA | 2025:05:27 14:56:39-05:00 | 2025:05:28 12:46:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | **787ff6e6-c44e-4010-bbb2-62a1520f08ef** | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | **2025-01-09T17:23:34Z** |
| 8 | A25-0817 | Minnesota Court of Appeals | 2025-06-17 | Order - Granting or Denying MandamusProhibition_A25-0817__2025-06-17.pdf | Frisch, Jennifer | COA | COA | 2025:06:17 14:05:23-05:00 | 2025:06:17 15:55:01-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | **787ff6e6-c44e-4010-bbb2-62a1520f08ef** | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | **2025-01-09T17:23:34Z** |
| 9 | A25-1077 | Minnesota Court of Appeals | 2025-08-05 | Order - Granting or Denying MandamusProhibition_A25-1077__2025-08-05.pdf | | COA | COA | 2025:08:05 15:42:00-05:00 | 2025:08:05 15:42:30-05:00 | 14543c 82-bfb 1-4059-96af-7a 0a 0f 468681 | **787ff6e6-c44e-4010-bbb2-62a1520f08ef** | **8cf8312b-4c34-4b6f-9dee-c56512a7510f** | **2025-01-09T17:23:34Z** |
| 10 | | | | | | | | | | | | | |
| 11 | | **^ ^ Three MN Judicial Branches ^ ^** | | | | | | | | | **^ ^ Same Three Action ID's ^ ^** | **^ ^ Same Microsoft Entra ID for ALL ^ ^** | **^ ^ Same EXACT Time ^ ^** |
| 12 | | | | | | | | | | | | | |

**File Url 1:** link.storjshare.io/raw/jxbylarne5gurzx6ioxmzsfrjpqq/file/EXHIBIT MN-COA-MD_files.pdf
**File Url 2:** MnCourtFraud.Substack.com/api/v1/file/7a4ca4a3-48d9-45fe-8852-35909f7cef56.pdf
**File Url 3:** Matt1Up.Substack.com/api/v1/file/35e4a30f-2309-4924-8d47-006f26a1f833.pdf
**File Url 4:** drive.proton.me/urls/0A19JJYN74#KauI7LD78S7e