**EXHIBIT MIP**

Concepts - Label metadata in the MIP SDK _ Microsoft Learn.pdf
SHA-256 Hash of Source File:  37ba12e6957e6f949edcb13015119d98959c7e9e61897341baa32383ecd2d5a0
Page: 1 of 6         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

Concepts - Label metadata in the MIP SDK | Microsoft Learn    https://learn.microsoft.com/en-us/information-protectio...

# Microsoft Information Protection SDK - Metadata

04/10/2025

The Microsoft Information Protection SDK generates the set of metadata that should be applied to a file. This metadata is a representation of the label. This document describes the metadata the SDK generates to apply to mail, documents, and other records.

## Labels

Labels in the Microsoft Information Protection SDK are applied to information to describe the sensitivity of that information. Label data is persisted to file or record in a set of key-value pairs that describe the label. The metadata name is built on the following structure:

```
DefinedPrefix_ElementType_GlobalIdentifier_AttributeName
```

When applied to data labeled with Microsoft Purview Information Protection, the result is:

```
MSIP_Label_GUID_Enabled = true
```

The GUID is a unique identifier for each label in an organization. An object can only have **one** label from the same organization. Multiple labels from the same organization can't be written to a file or object.

## Microsoft Information Protection SDK Metadata

The MIP SDK applies the following set of metadata.

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d9-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

EXHIBIT MIP | p. 1

# Concepts - Label metadata in the MIP SDK | Microsoft Learn

Exhibit MIP-A

Concepts - Label metadata in the MIP SDK _ Microsoft Learn.pdf

SHA-256 Hash of Source File: 37ba12e6957e6f949edcb13015119d98959c7e9e61897341baa32383ecd2d5a0

Page: 2 of 6    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

Concepts - Label metadata in the MIP SDK | Microsoft Learn    https://learn.microsoft.com/en-us/information-protectio...

Expand table

| Attribute | Type or Value | Description | Mandatory |
|---|---|---|---|
| Enabled | True or False | This attribute indicates whether the classification represented by this set of key-value pairs is enabled for the data item. DLP products typically validate the existence of this key to identify the classification label. | Yes |
| SiteId | GUID | Microsoft Entra tenant ID | Yes |
| ActionId (Removed in MIP SDK 1.8 and later) | GUID | ActionID is changed each time a label is set. Audit logs include both old and new actionID to allow chaining of labeling activity to the data item. | Yes |
| Method | Standard or Privileged | Set via mip::AssignmentMethod . Standard implies that the label is applied by default or automatically. Privileged implies that the label was manually selected. | No |
| SetDate | Extended ISO 8601 Date Format | The timestamp when the label was set. | No |
| Name | string | Label unique name within the tenant. It doesn't necessarily correspond to display name. | No |
| ContentBits | integer | ContentBits is a bitmask that describes the types of content marking that was applied to content based on policy and client capabilities. CONTENT_HEADER = 0X1, CONTENT_FOOTER = 0X2, WATERMARK = 0X4, ENCRYPT = 0x8 | No |

When applied to a file, the result is similar to the table below.

Expand table

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

EXHIBIT MIP | p. 2

# Concepts - Label metadata in the MIP SDK | Microsoft Learn
## Exhibit MIP-A

[Concepts - Label metadata in the MIP SDK _ Microsoft Learn.pdf](#)
SHA-256 Hash of Source File:  37ba12e6957e6f949edcb13015119d98959c7e9e61897341baa32383ecd2d5a0
Page: 3 of 6        [ [source file](#) ]        [ [.ots timestamp of source file](#) ]        [ [metadata](#) ]

Concepts - Label metadata in the MIP SDK | Microsoft Learn     https://learn.microsoft.com/en-us/information-protectio…

| Key | Value |
|---|---|
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_Enabled | true |
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_SetDate | 2018-11-08T21:13:16-0800 |
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_Method | Privileged |
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_Name | Confidential |
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_SiteId | cb46c030-1825-4e81-a295-151c039dbf02 |
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_ContentBits | 2 |
| MSIP_Label_2096f6a2-d2f7-48be-b329-b73aaa526e5d_ActionId | 88124cf5-1340-457d-90e1-0000a9427c99 |

## ContentBits

The `contentBits` metadata property in MIP SDK is used to indicate which content-modifying actions were taken on a file by the labeling application.

`contentBits` can be read by downstream applications to understand which actions were applied to the file. Using this property, an application like Word, Excel, or PowerPoint can compare the value on the file metadata to the value it computes based on the policy. If there's a difference, it may apply the missing information.

Take, for example, the MIP File SDK. It doesn't support applying header, footer, or watermark directly to a file. When a file is labeled with MIP SDK, the only outcomes for contentBits are `0x0` if the file is **unprotected** or `0x8` if the file is **protected**. This is true even if the label policy has header, footer, and watermark configured.

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

EXHIBIT MIP | p. 3

# Concepts - Label metadata in the MIP SDK | Microsoft Learn
Exhibit MIP-A

[Concepts - Label metadata in the MIP SDK _ Microsoft Learn.pdf](#)
SHA-256 Hash of Source File: 37ba12e6957e6f949edcb13015119d98959c7e9e61897341baa32383ecd2d5a0

Page: 4 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

Concepts - Label metadata in the MIP SDK | Microsoft Learn          https://learn.microsoft.com/en-us/information-protectio...

When the file is opened in Microsoft Word, the header, footer, and watermark will be missing. When the user clicks **save** the policy is reevaluated and contentBits on the file is compared to the policy result. If there's a difference, the application applies the missing content marking.

> ⓘ **Note**
>
> This feature requires the Microsoft Purview Information Protection client today, and works only in Word, Excel, or PowerPoint. It does not apply to Outlook.

## Extending Metadata with Custom Attributes

Custom metadata may be appended via File and Policy SDK. Custom attributes must maintain the base `MSIP_Label_GUID` prefix.

For example, an application written by Contoso Corporation must apply metadata indicating which system generated a labeled file. The application can create a new label, prefixed with `MSIP_Label_GUID`. The software vendor name and custom attribute are appended to the prefix to generate the custom metadata.

```C#
LabelingOptions options = new()
{
    AssignmentMethod = AssignmentMethod.Standard
};

options.ExtendedProperties = new List<KeyValuePair<string, string>>();
options.ExtendedProperties.Add(new KeyValuePair<string, string>("GeneratedBy", "HRReportingSystem"));
```

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVl

**EXHIBIT MIP | p. 4**

Concepts - Label metadata in the MIP SDK _ Microsoft Learn.pdf
SHA-256 Hash of Source File: 37ba12e6957e6f949edcb13015119d98959c7e9e61897341baa32383ecd2d5a0

Page: 5 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Concepts - Label metadata in the MIP SDK | Microsoft Learn      https://learn.microsoft.com/en-us/information-protectio...

```
MSIP_Label_f048e7b8-f3aa-4857-bf32-a317f4bc3f29_GeneratedBy = HRReportingSystem
```

> ⓘ Note
>
> To maintain compatibility across common applications, the maximum length for each a key and a value is 255 characters.

> ⓘ Note
>
> When the protected co-authoring experience is enabled, custom metadata properties will be written to the custom.xml component of supported Office file types.

## Versioning

Over time, attributes will be introduced, modified, or retired. It's expected that applications continue to handle these old or retired attributes, as replacing the value across an enterprise may take years.

When replacing an attribute with a newer version, a version suffix should be added to the attribute:

```
MSIP_Label_GUID_EnabledV2 = True | False | Condition
```

## Support for Protected Coauthoring

When co-authoring for files encrypted with sensitivity labels is enabled, the label metadata storage location and format for Word, Excel, and PowerPoint files change.

When the co-authoring feature is enabled, the SDK automatically reads and writes information to and from the updated metadata storage location. If label metadata

5 of 6      8/30/25, 19:46

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

**EXHIBIT MIP | p. 5**

# Concepts - Label metadata in the MIP SDK | Microsoft Learn

Exhibit MIP-A

---

[Concepts - Label metadata in the MIP SDK _ Microsoft Learn.pdf](#)

SHA-256 Hash of Source File: 37ba12e6957e6f949edcb13015119d98959c7e9e61897341baa32383ecd2d5a0

Page: 6 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

Concepts - Label metadata in the MIP SDK | Microsoft Learn      https://learn.microsoft.com/en-us/information-protectio...

doesn't exist in the new location, the SDK will attempt to read the metadata from the legacy storage location. If found, the label is available via get label operations. The next time a set label operation is performed, the metadata is written to the updated LabelInfo locations.

The purpose of the properties as previously described doesn't change.

The following references describe the format and storage locations:

- LabelInfo Stream Schema
- LabelInfo Stream Locations

## Email

Metadata applied to email maintains a key/value pair format similar to that of documents. The primary difference is that all attributes are serialized in to a single email header called **MSIP_Labels**. The key/value pairs are delimited by a semicolon and a whitespace, and placed in the new header.

Using the sample metadata above:

```
MSIP_Labels: MSIP_Label_2096f6a2-d2f7-48be-b329-
b73aaa526e5d_Enabled=true; MSIP_Label_2096f6a2-d2f7-48be-b329-
b73aaa526e5d_SetDate=2018-11-08T21:13:16-0800; MSIP_Label_2096f6a2-
d2f7-48be-b329-b73aaa526e5d_Method=Privileged; MSIP_Label_2096f6a2-
d2f7-48be-b329-b73aaa526e5d_Name=Confidential; MSIP_Label_2096f6a2-
d2f7-48be-b329-b73aaa526e5d_SiteId=cb46c030-1825-4e81-
a295-151c039dbf02; MSIP_Label_2096f6a2-d2f7-48be-b329-
b73aaa526e5d_ContentBits=2; MSIP_Label_2096f6a2-d2f7-48be-b329-
b73aaa526e5d_ActionId=88124cf5-1340-457d-90e1-0000a9427c99
```

---

**Url 1:** link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
**Url 4:** drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

**EXHIBIT MIP | p. 6**

# What is Microsoft Entra ID? Azure Docs
Exhibit MIP-B

[What is Microsoft Entra ID\_\_\_ Azure Docs.pdf](#)
SHA-256 Hash of Source File:  77ab908751425f413123154b3b1b37d5bfb9db2c3f4159ae4330330fe0059b7d
Page: 1 of 5            [ [source file](#) ]         [ [.ots timestamp of source file](#) ]         [ [metadata](#) ]

## What is Microsoft Entra ID?

06/30/2025

Microsoft Entra ID is a cloud-based identity and access management service that your employees can use to access external resources. Example resources include Microsoft 365, the Azure portal, and thousands of other SaaS applications.

Microsoft Entra ID also helps them access internal resources like apps on your corporate intranet, and any cloud apps developed for your own organization. To learn how to create a tenant, see Quickstart: Create a new tenant in Microsoft Entra ID.

To learn the differences between Active Directory and Microsoft Entra ID, see Compare Active Directory to Microsoft Entra ID. You can also refer to Microsoft Cloud for Enterprise Architects Series posters to better understand the core identity services in Azure like Microsoft Entra ID and Microsoft-365.

## Who uses Microsoft Entra ID?

Microsoft Entra ID provides different benefits to members of your organization based on their role:

- **IT admins** use Microsoft Entra ID to control access to apps and app resources, based on business requirements. For example, as an IT admin, you can use Microsoft Entra ID to require multifactor authentication when accessing important organizational resources. You could also use Microsoft Entra ID to automate user provisioning between your existing Windows Server AD and your cloud apps, including Microsoft 365. Finally, Microsoft Entra ID gives you powerful tools to automatically help protect user identities and credentials and to meet your access governance requirements.

- **App developers** can use Microsoft Entra ID as a standards-based authentication provider that helps them add single sign-on (SSO) to apps that works with a user's existing credentials. Developers can also use Microsoft Entra APIs to build personalized experiences using organizational data. To get started, sign up for a free 30-day Microsoft Entra ID P1 or P2 trial. For more information, you can also see Microsoft Entra ID for developers.

- **Microsoft 365, Office 365, Azure, or Dynamics CRM Online subscribers** already use Microsoft Entra ID as every Microsoft 365, Office 365, Azure, and Dynamics CRM Online

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

EXHIBIT MIP | p. 7

**What is Microsoft Entra ID? Azure Docs**
Exhibit MIP-B

What is Microsoft Entra ID __ Azure Docs.pdf
SHA-256 Hash of Source File:  77ab908751425f413123154b3b1b37d5bfb9db2c3f4159ae4330330fe0059b7d
Page: 2 of 5            [ source file ]           [ .ots timestamp of source file ]          [ metadata ]

tenant is automatically a Microsoft Entra tenant. You can immediately start managing access to your integrated cloud apps.

## What are the Microsoft Entra ID licenses?

Microsoft Online business services, such as Microsoft 365 or Azure, use Microsoft Entra ID for sign-in activities and to help protect your identities. If you subscribe to any Microsoft Online business service, you automatically get access to Microsoft Entra ID Free.

To enhance your Microsoft Entra implementation, you can also add paid features by upgrading to Microsoft Entra ID P1 or P2 licenses, or adding on licenses for products such as Microsoft Entra ID Governance. You can also license Microsoft Entra paid licenses are built on top of your existing free directory. The licenses provide self-service, enhanced monitoring, security reporting, and secure access for your mobile users.

> ⓘ Note
>
> For the pricing options of these licenses, see Microsoft Entra pricing.
>
> For more information about Microsoft Entra pricing, contact the Microsoft Entra Forum.

- **Microsoft Entra ID Free.** Provides user and group management, on-premises directory synchronization, basic reports, self-service password change for cloud users, and single sign-on across Azure, Microsoft 365, and many popular SaaS apps.

- **Microsoft Entra ID P1.** In addition to the Free features, P1 also lets your hybrid users access both on-premises and cloud resources. It also supports advanced administration, such as dynamic membership groups, self-service group management, Microsoft Identity Manager, and cloud write-back capabilities, which allow self-service password reset for your on-premises users.

- **Microsoft Entra ID P2.** includes features in addition to the features included in Free and P1. P2 includes Privileged Identity Management to help discover, restrict, monitor administrators, their access to resources and to provide just-in-time access when needed.

In addition to Microsoft Entra ID licenses, you can enable additional identity management capabilities with licenses for other Microsoft Entra products, including:

- **Microsoft Entra ID Governance.** Microsoft Entra ID Governance is an advanced set of

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

**EXHIBIT MIP | p. 8**

# What is Microsoft Entra ID? Azure Docs
Exhibit MIP-B

What is Microsoft Entra ID __ Azure Docs.pdf
SHA-256 Hash of Source File: 77ab908751425f413123154b3b1b37d5bfb9db2c3f4159ae4330330fe0059b7d
Page: 3 of 5          [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

identity governance capabilities for Microsoft Entra ID P1 and P2 customers.

- **"Pay as you go" feature licenses.** You can also get licenses for features such as Microsoft Entra Domain Services, and Microsoft Entra customer identity and access management solution (CIAM). CIAM can help you provide identity and access management solutions for your customer-facing apps. For more information, see our next-generation solution for external identities, Microsoft Entra External ID.

> ⓘ **Important**
>
> Effective May 1, 2025, Azure AD B2C will no longer be available to purchase for new customers. To learn more, please see **Is Azure AD B2C still available to purchase?** in our FAQ.

For more information on the Microsoft Entra product family, see Microsoft Entra ⧉ .

For more information about associating an Azure subscription to Microsoft Entra ID, see Associate or add an Azure subscription to Microsoft Entra ID. For more information about assigning licenses to your users, see How to: Assign or remove Microsoft Entra ID licenses.

## Terminology

To better understand Microsoft Entra ID and its documentation, we recommend reviewing the following terms.

⛶ Expand table

| Term or concept | Description |
|---|---|
| Identity | A thing that can get authenticated. An identity can be a user with a username and password. Identities also include applications or other servers that might require authentication through secret keys or certificates. |
| Account | An identity that has data associated with it. You can't have an account without an identity. |
| Microsoft Entra account | An identity created through Microsoft Entra ID or another Azure cloud service, such as Microsoft 365. Identities are stored in Microsoft Entra ID and accessible to your organization's cloud service subscriptions. This account is also sometimes called a |

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

**EXHIBIT MIP | p. 9**

# What is Microsoft Entra ID? Azure Docs

Exhibit MIP-B

What is Microsoft Entra ID___Azure Docs.pdf

SHA-256 Hash of Source File: 77ab908751425f413123154b3b1b37d5bfb9db2c3f4159ae4330330fe0059b7d

Page: 4 of 5      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Term or concept | Description |
|---|---|
|  | Work or school account. |
| Account Administrator | This classic subscription administrator role is conceptually the billing owner of a subscription. This role enables you to manage all subscriptions in an account. For more information, see Azure roles, Microsoft Entra roles, and classic subscription administrator roles. |
| Service Administrator | This classic subscription administrator role enables you to manage all Azure resources, including access. This role has the equivalent access of a user who is assigned the Owner role at the subscription scope. For more information, see Azure roles, Microsoft Entra roles, and classic subscription administrator roles. |
| Owner | This role helps you manage all Azure resources, including access. This role is built on a newer authorization system called Azure role-based access control (Azure RBAC) that provides fine-grained access management to Azure resources. For more information, see Azure roles, Microsoft Entra roles, and classic subscription administrator roles. |
| Microsoft Entra Global Administrator | By default, the user who creates a Microsoft Entra tenant is automatically assigned the Global Administrator role. You can have multiple accounts with this role, but anyone with at least Privileged Role Administrator can assign administrator roles to users. For more information about the various administrator roles, see Administrator role permissions in Microsoft Entra ID. |
| Azure subscription | Used to pay for Azure cloud services. You can have many subscriptions and they're linked to a credit card. |
| Tenant | A dedicated and trusted instance of Microsoft Entra ID. The tenant is automatically created when your organization signs up for a Azure cloud service subscription. These subscriptions include Azure, Microsoft Intune, or Microsoft 365. This tenant represents a single organization and is intended for managing your employees, business apps, and other internal resources. For this reason, it's considered a workforce tenant configuration. |
| Single tenant | Azure tenants that access other services in a dedicated environment are considered single tenant. |
| Multitenant | Azure tenants that access other services in a shared environment, across multiple organizations, are considered multitenant. |
| Microsoft Entra directory | Each Azure tenant has a dedicated and trusted Microsoft Entra directory. The Microsoft Entra directory includes the tenant's users, groups, and apps and is used to perform identity and access management functions for tenant resources. |

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

EXHIBIT MIP | p. 10

# What is Microsoft Entra ID? Azure Docs
Exhibit MIP-B

[What is Microsoft Entra ID ___ Azure Docs.pdf](#)
SHA-256 Hash of Source File: 77ab908751425f413123154b3b1b37d5bfb9db2c3f4159ae4330330fe0059b7d

Page: 5 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Term or concept | Description |
|---|---|
| Custom domain | Every new Microsoft Entra directory comes with an initial domain name, for example `domainname.partner.onmschina.cn`. In addition to that initial name, you can also add your organization's domain names. Your organization's domain names include the names you use to do business and your users use to access your organization's resources, to the list. Adding custom domain names helps you to create user names that are familiar to your users, such as alain@contoso.com. |

## Next steps

- Sign up for Microsoft Entra ID P1 or P2
- Associate an Azure subscription to your Microsoft Entra ID
- Microsoft Entra ID P2 feature deployment checklist

Url 1: link.storjshare.io/raw/jwr2mvqdenix77sqnvuhbuer5p5q/file/EXHIBIT MIP_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c97975f3-4a9c-4949-b0e9-f5b904d751f6.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/b792eef6-92e3-40d0-9e18-033e821c7fc3.pdf
Url 4: drive.proton.me/urls/T0B3HSZP2M#JiBaZ4KulVIl

**EXHIBIT MIP | p. 11**