# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL OF APPELLANT'S PATENT, TRADEMARK, AND BUSINESS RECORDS (INFINISET)** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

1

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.   INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts concerning Appellant's patent, trademark, and business records, and publicly verifiable USPTO/WIPO/EUIPO filings. The noticed facts are capable of accurate and ready determination from the face of the attached exhibits (patent and trademark file histories, international filing receipts, and dated business records).

Judicial notice is sought to clarify the record without altering it. See Fed. R. App. P. 10(e), 27.

## II.   FACTS FOR JUDICIAL NOTICE

**A.   |   Personal Achievements and Business Activities**

**1.** Appellant maintains records documenting InfiniSet fabrication, testing, and programming work, including dated videos. (EXHIBIT BIZ; EXHIBIT BIZ-A.)

**B.   |   U.S. Patent: InfiniSet™ (U.S. Patent No. 11,577,177)**

**1.** Appellant is the sole inventor named on U.S. Patent No. 11,577,177, granted February 14, 2023.

**2.** The USPTO file history for Patent 11,577,177 spans at least March 19, 2021 through September 22, 2022 (Part 1) and September 26, 2022 through December 5, 2023 (Part 2).

**3.** The Part 2 record includes dated third-party submissions and correspondence referencing "NETFLIX," including: 2023-02-17 third-party submission and receipt; 2023-03-23 certified-mail scans (sending); 2023-04-25 EFS-Web third-party filing; and 2023-06-16 certified-mail scans (returned). (EXHIBIT PAT-A1; EXHIBIT PAT-A2.)

**C.   |   International Patent Filings by InfiniSet, Inc**

**1.** Appellant filed international patent applications in multiple jurisdictions, including Brazil, Canada, Israel, Japan, Malaysia, Mexico, Nigeria, Philippines, and UAE, during Fall 2023. (EXHIBIT PAT-B.)

**2.** These international filings occurred during the same timeframe that state proceedings described Appellant as "incompetent to stand trial," referenced an "unknown schizophrenic or other psychotic disorder," and

included recommendations for involuntary neuroleptic medication—facts noted solely to place the filing activity in temporal context. (EXHIBIT PAT-B.)

**D. | Trademark Filings (USPTO / WIPO / EUIPO)**

**1.** Appellant's trademark records span February 19, 2021 through December 19, 2023 and include USPTO, WIPO, and EUIPO matters.

**2.** Notable dated entries include: 2023-02-13 USPTO POA; 2023-03-29 (Serial No. 90618638) and Notice of Publication; 2023-06-13 (90618638); 2023-07-13 International Registration Certificate; 2023-08-08 EUIPO 17444410; 2023-08-10 WIPO Notification; and 2023-10-04 (Serial No. 97699805). (EXHIBIT TRM.)

## III.  LEGAL STANDARD

**A. | Judicial Notice on Appeal**

The Court may take notice of facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d).

Courts routinely notice publicly available agency records (e.g., USPTO/WIPO/EUIPO file histories), dated business records, and objective timestamps to clarify the record's chronology and provenance without altering it. See Fed. R. App. P. 10(e), 27.

## IV.  REQUEST FOR JUDICIAL NOTICE

**A. | Specific Items for Notice**

**1.** The existence, grant date (Feb. 14, 2023), and inventor attribution (sole inventor: Appellant) for U.S. Patent No. 11,577,177, and the date ranges of its USPTO file history as summarized above.

4

**2.** The dated third-party submissions/correspondence listed in EXHIBIT PAT-A2 (including entries referencing "NETFLIX").

**3.** The existence and dates of Appellant's international patent filings in the enumerated jurisdictions during Fall 2023.

**4.** The existence and dates of Appellant's trademark filings across USPTO/WIPO/EUIPO between Feb. 19, 2021 and Dec. 19, 2023, including the listed notable entries.

**5.** The existence of Appellant's fabrication/testing/programming records and videos relating to InfiniSet.

**6.** Notice is sought solely as to the existence, dates, and objective attributes of the cited records; no merits inferences are requested.

## V. RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice

**2.** Take judicial notice of the discrete facts enumerated in Section IV to clarify the record's provenance and chronology.

**3.** Grant such further relief as is just and appropriate.

## VI. ATTACHED EXHIBITS

**1. EXHIBIT BIZ**
Appellant's personal achievements and business dealings (overview).

**2. EXHIBIT BIZ-A**
InfiniSet fabrication/testing/programming videos (dated records).

**3. EXHIBIT PAT-A1**
USPTO file history for U.S. Patent 11,577,177 (3/19/2021–9/22/2022).

**4. EXHIBIT PAT-A2**

USPTO file history for U.S. Patent 11,577,177 (9/26/2022–12/5/2023), including dated entries referencing "NETFLIX."

**5. EXHIBIT PAT-B**

International patent filings (Brazil, Canada, Israel, Japan, Malaysia, Mexico, Nigeria, Philippines, UAE) filed Fall 2023.

**6. EXHIBIT TRM**

USPTO/WIPO/EUIPO trademark filings (2/19/2021–12/19/2023) with the listed notable dated entries.

**Dated: October 4, 2025**                             *Respectfully submitted,*

   */s/ Matthew D. Guertin*

Matthew David Guertin
*Appellant Pro Se*
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VII.  CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF APPELLANT'S PATENT, TRADEMARK, AND BUSINESS RECORDS (INFINISET) contains 666 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated: October 4, 2025**                                   *Respectfully submitted,*

                                                    */s/ Matthew D. Guertin*

                                                   Matthew David Guertin
                                                   ***Appellant Pro Se***
                                                   4385 Trenton Ln. N 202
                                                   Plymouth, MN  55442
                                                   Telephone: 763-221-4540
                                                   MattGuertin@protonmail.com
                                                   www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**                                   *Respectfully submitted,*

   */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN 55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com