# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | **EXHIBIT LIST** |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.  EXHIBITS ATTACHED TO THIS FILING

    **1.**    **EXHIBIT BIZ**

        Appellant's personal achievements and business dealings (overview).

    **2.**    **EXHIBIT BIZ-A**

        InfiniSet fabrication/testing/programming videos (dated records).

3. **EXHIBIT PAT-A1**

   USPTO file history for U.S. Patent 11,577,177 (3/19/2021–9/22/2022).

4. **EXHIBIT PAT-A2**

   USPTO file history for U.S. Patent 11,577,177 (9/26/2022–12/5/2023), including dated entries referencing "NETFLIX."

5. **EXHIBIT PAT-B**

   International patent filings (Brazil, Canada, Israel, Japan, Malaysia, Mexico, Nigeria, Philippines, UAE) filed Fall 2023.

6. **EXHIBIT TRM**

   USPTO/WIPO/EUIPO trademark filings (2/19/2021–12/19/2023) with the listed notable dated entries.

**Dated: Octber 4, 2025**                     *Respectfully submitted,*

                                              */s/ Matthew D. Guertin*

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com

## II.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                                  *Respectfully submitted,*

                                              */s/ Matthew D. Guertin*

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com