# EXHIBIT BIZ

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT BIZ

28___Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 22 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Matt Guertin's Epic, Never Ending, Oculus Rift, Kinect, TouchDesigner 3D Project | Derivative



(https://derivative.ca/sites/default/files/field/body-images/mattg_1200_09.jpg)

Generated In Real Time By The Kinect.



EXHIBIT
A

## FINGER TRACKING AND DRAWING

The finger tracking is achieved by determining where the center of the hand is and then centering a 3D sphere on that point. Instead of using the Kinect's skeletal hand output which is intermittent I use the wrist points. I then figure out the hands center point by getting the averages for all of the RGB pixel values which make up the hand (RGB = XYZ).

The 3D sphere that I center on that point - and I guess the technique overall could best be described as a basketball, with your hand perfectly in the center. I am searching in the front hemisphere for the five points closest to the inside edge of the ball. I do this by running my hand and the ball into a GLSL shader I wrote which compares the two against each other using the GLSL distance function.

Derivative.ca/community-post/Matt-Guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 1**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28___Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 26 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## LA Phil 100th Anniversary Concert at the Hollywood Bowl - XiteLabs

**Portfolio      Services      Virtual      Production      Team      Press      Clients      Contact**

xitelabs
creative sciences

EXHIBIT
E

An overview of some of the work involved in creating this show at XiteLabs

As part of our discovery process, the XiteLabs team explored the relationship between color and sound. It drew on previous studies conducted around  synesthesia, "the production of a sense impression relating to one sense or part of the body by stimulation of another sense or part of the body."

Using the scheduled music programming as a base, the XiteLabs team began assigning color palettes and visual storytelling that would perfectly match   the orchestra's musical selections for that evening. The planned music selections ranged from popular, well-known pieces such as Stravinsky's *'Firebird Suite'* to the debut performance of a 12-minute atonal modern work *'Guasamacabra'* by Venezuelan composer Paul Desenne under the direction of the LA Philharmonic's famed conductor and music director Gustavo Dudamel. The Youth Orchestra of Los Angeles (YOLA) also made an appearance on Arturo  Marquez's modern classic "Conga Del Fuego Nuevo."

To encourage attendance from a wider demographic, the LA Phil invited guest pop star Katy Perry, Herbie Hancock (the LA Phil Creative Chair for Jazz), and  Kali Uchis to join in and perform some of their popular hits. These performances highlighted the magic of the LA Phil—and with wonderful orchestral  arrangements by David Campbell (*Joy, Brokeback Mountain, Spider Man, and Bob Dylan, The Rolling Stones, Paul McCartney*) brought well known pieces  such as Katy Perry's *'Firework'* to new life in front of the full-capacity audience of 17,500 in attendance. The encore and finale to the evening was the  emotional and iconic Main Theme from *'Star Wars'*, with guest conductor and original composer John Williams wielding his (light saber!) wand.

For the LAPhil 100th Anniversary Concert our production approach integrated real-time visuals, reactive to both audio and the conductor's wand motions,  pre-rendered CG material, and live performance controls via Midi/Osc,  XiteLabs created the most robust real-time visual mapping show ever done at the  Hollywood Bowl, re configurable to any venue or scale of show in the future. With the interactive tracking data of Gustavo Dudamel's performance feeding  into Touch Designer and passed to Notch via OSC, and 8 discrete channels of submixed audio from the orchestra driving our pre-programmed looks for  pieces such as Star Wars, it was evident to attendees that this was no ordinary projection mapping show!

Our chief technical artist Matt Guertin designed our show system using the Luminosity framework created by Keith Lostracco in Touch Designer 099.  Luminosity allowed us to save presets and cue the generative system in a very advanced fashion. We had a 3D 4k previz view of the stage and a complete  UV mapping pipeline with real time tracing and chasing geometries.

For *'Star Wars'* our programming in Notch accounted for any given section of the orchestra, e.g., 'Hi Strings' to illuminate and animate certain areas of the  arch or 'proscenium' of the Hollywood Bowl, which, for the John William's masterpiece theme for *'Star Wars'*, was skinned to look very much like the  interior of the iconic Millennium Falcon ship that Han Solo pilots in the Star Wars films. In this way, XiteLabs fostered a direct relationship between the  musical performance and composition and the audience's visual experience of the music, while incorporating themed elements that spoke to the originality  and beauty of the original IP. We were in awe witnessing The Master John Williams conducting this timeless epic, as our visuals surrounded him and the  LA Phil orchestra in fields of asteroids, and onward through a warp-speed tunnel that bridged the past and future!

https://xitelabs.com/portfolio/LaPhil_100th_Anniversary_Concert/

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 2**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 27 of 271          [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



MattGuertin.com/portfolio/HollywoodBowl

EXHIBIT
**F**

### LA Philharmonic 100yr Anniversary – Hollywood Bowl
Custom Media Server, D3 Media Server, Rhino, Touchdesigner, Notch, Kinect
2018      MattGuertin.com/portfolio/HollywoodBowl

**Client:** LAPhil
**Production Company:** Xitelabs
**Production Design:** Xitelabs
**Creative Direction:** Vello Virkhaus & Greg Russell
**Producer:** Vello Virkhaus
**Lighting Designer:** Robin Gray
**Animator:** Tanner Thompson, Brian Egan, Danil Tabacari, VJ Yarkus, Andrew Williams, Miguel Monteagudo
**Additional Artists:** Matt Guertin – system design
**Equipment Vendors:** LMG, Gear Tech Systems
**Media Server Operation:** XiteLabs



Page 27 of 271

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 3

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

[28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf](#)

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 28 of 271          [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

## Bad Bunny X100 Pre World Tour Visual Experience

**xitelabs** creative sciences    Portfolio    Services    Virtual    Production    Team    Press    Clients    Contact    🔍  ☰

"Bad Bunny Slays Coachella With Mind-Blowing Performance" ET online

"Bad Bunny's First Coachella Performance Was A Site To Behold" Buzz Feed

"Bad Bunny – had one of the most elaborate and dazzling performances of the weekend." Billboard.com

Tour Info:

CMN  Events/Bad-Bunny-Live

Client: Buena Vibra Group

Buena Vibra Executive Producers: Max Perez and Nino

Jimenez Xite Creative Directors: Vello Virkhaus & Greg Russell

Production Manager: Rolando Garbalosa

Producer: Amish Dani

LED Eye Design, Fabrication & Implementation: Matt OneUp Guertin

LED Eye Team : PRG Josh Huffman & Cameron Trosper

Staging & Engineering Team: All Access-  Producer Graham Forrester

Notch: Tanner Thompson, Richard De Souza, Mike Estacio

Lighting: Max McDougall & 4Wall

Illustrator & Animator: Dan Bigelow

Photographer: Vello Virkhaus

Animation Companies: Optical Animal, Volume Tricks

Animators: Ofer Zamora, Danil Tabacari, Grant Davis, Gabriel Hall, Andrew Williams, Fezz Stenton, Kyle Gordon, David Kupferburg, George Berlin, Elad Magdasi, Gerard Gonzalez, Alena Cochran, Caegan Meagher, Talon Nightshade, John Federico

VJ/Resolume Artists: Ivan Ceron, Tanner Thompson, Vello Virkhaus

Big Thanks to everyone who helped make this awesome!

**EXHIBIT G**

[https://xitelabs.com/portfolio/bad-bunny-x100pre-tour/](https://xitelabs.com/portfolio/bad-bunny-x100pre-tour/)

Page 28 of 271

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 29 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

MattGuertin.com/portfolio/BadBunnyEye

Page 29 of 271

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 5**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 30 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

### XiteLabs Taps into Bad Bunny's Mind's Eye for Coachella, and a US Tour – PLSN





EXHIBIT
I

The tour then headed to the United States with a big multi-weekend stop in Coachella featuring a separate, one-off stage.  The team built an entirely new set piece, with technical design and fabrication/supervision by Xitelabs' Matt Guertin, to fit the staging parameters of the Coachella Music Festival. With only hours to build it onsite before each show, and minutes to execute the staging between acts, Xitelabs executed a not-so-mini miracle.



The design — a giant LED and lighted acrylic eye based on Bad Bunny's signature icon — was created for his stage entrance, and for content that was experienced in real time. LED tiles were custom configured by Xitelabs for the outer circles of the eye and played their own content while the center of eye acted as a revolving video portal through which Bad Bunny made his dramatic entrance. In addition, the center was outfitted with custom LED panels which were re-engineered by Xitelabs to fit the shape of the eye.



https://plsn.com/featured/featured-slider/xitelabs-taps-into-bad-bunnys-minds-eye-for-coachella-and-a-us-tour/

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 6**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 31 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



## The 50' Falcon

*Custom Designed Carbon Fiber Skeleton, Fabrication, Infrared Tracking, Puppeing Setup, Live Projection Mapping*

Falconry is a tradition in Saudi Arabia practiced with passion and joy. So much so that UNESCO has declared falconry a living cultural heritage. No portrayal of the Saudi Kingdom could be considered authentic without showcasing its historical significance. The symbolism of the falcon was extremely important, so it had to be represented in a truly imaginative way. To fulfill the vision, a massive carbon-fiber, projection-mapped Falcon was designed and created at XiteLabs. An essential character in the story line, the falcon was controlled by 24 performers, and functioned as a giant puppet (like the Lion King). With a 50 foot wingspan, it made an awe-inspiring impression. Utilizing a Blacktrax system, the falcon system was outfitted with 50+ stringers (Infrared beacons) and 20 IR cameras, allowing it to be tracked and projection-mapped in real time with ultra-precision. Multiple projectors painted the bird with beautiful, real-time content as it soared on a majestic journey across the massive city walls. The falcon's exact position on stage was then relayed back to a Disguise GX2 media server. On the Disguise server, UV mapped, pre-produced animation content played out to multiple projectors on the falcon, in perfect sync with the projection mapping on the walls of Diryah.

The original falcon model was produced by Greg Russell and Miguel Monteagudo, ==and then handed off to XiteLabs' Matt Guertin who masterminded the trellis structure of the bird, the puppet pole functionality, the wing rotation mechanism, BlackTrax stringer installation and more.== All fabrication was completed in the XiteLabs workshop, where costumers wrapped the giant bird in lycra that ultimately acted as the projection surface. The finished design incorporated thousands of interlinks parts, and weighed roughly 420 pounds. Fun Fact: a special perch had to be produced for the bird to provide a nesting place when it was not in rehearsals.

## XiteLabs Credits:

Client: Executive Visions

Executive Creative Director:
Greg Russell

Technical / Creative Director:
Vello Virkhaus

==Falcon Design, Fabrication Direction and Engineering:
Matt Guertin==

BlackTrax System Design & Live Operations / Disguise Programming:
Simon Anaya

Technical Director / CG Lead:
Aaron Kaminar

BlackTrax / Disguise support and operation:
Vincent Steenhoek

Producers:
Jessica Tedder and Jackie Evans

https://XiteLabs.com/portfolio/diriyah-3d-projection-mapping/

Page 32 of 271

---

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 8

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT BIZ

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 33 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 9**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 34 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



EXHIBIT
M

## Tracking a 50ft Falcon with XiteLabs

**PROJECT DESCRIPTION**

For the UNESCO World Heritage Site World Inauguration of Diriyah, XiteLabs took the lead on creating a world record-breaking, largest projection mapping show on an ancient city ever produced. For this historic show, XiteLabs introduced a 50-foot projection mapped falcon puppet supported by 24 dancers and puppet poles. Outfitted with over 50 BTStringers and 20 BTSensors, the falcon gracefully "flew" across the stage with synchronized projection mapping. Read More

**PRODUCERS / COPYRIGHT**

Xite Labs Credits:

Client: Executive Visions

Executive Creative Director:
Greg Russell

Technical / Creative Director:
Vello Virkhaus

Falcon Design, Fabrication Direction and Engineering:
Matt Guertin

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 10**

## 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT BIZ

[28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf](#)

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 35 of 271       [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 11

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28    Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 36 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 12**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



## Search the WHOIS Database

⊘ infiniset.com is taken

We still might be able to get it for you . See   How

Broker Service Fee
$69.99 ⓘ



Add to Cart

### WHOIS search results

**Domain Name: infiniset.com**
Registry Domain ID: 2591251121_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-09-11T08:22:54Z
**Creation Date: 2021-02-13T18:02:07Z**
Registrar Registration Expiration Date: 2028-02-13T18:02:07Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
abuse@godaddy.com Registrar Abuse Contact
Phone: +1.4806242505 Domain Status:
clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From
Registry Registrant Name: Registration Private
Registrant Organization: Domains By Proxy,
LLC Registrant Street:
DomainsByProxy.com Registrant Street:
2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284

### Find your Domain

Find your perfect domain 🔍



## Take a look at these alternate options

infiniset.org    $9.99  $22.99
for the first year ⓘ

infiniset .net    $14.99  $24.99
for the first year ⓘ

infiniset.co    $11.99  $47.99
for the first year ⓘ

infinise t.ai    $59.99  $139.99
for the first year with a 2 year ⓘ registration

https://www.godaddy.com/whois/results.aspx?domainName=infiniset.com

Page 37 of 271

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf
SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e
Page: 38 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



Under Construction | https://infiniset.com



https://infiniset.com

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 14

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
### EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 133 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**EXHIBIT**
**Ua**

## Division of Corporations - Filing

Delaware.gov                                    Governor | General Assembly | Courts | Elected Off

**State of Delaware**
The Official Website of the First State

**Department of State: Division of Corporations**

Allowable    Characters

HOME

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 6917475 | Incorporation Date / Formation Date: | 7/18/2022 (mm/dd/yyyy) |
| Entity Name: | INFINISET, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 3/26/2023 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 251 LITTLE FALLS DRIVE |
| City: | WILMINGTON |
| State: | DE |
| Phone: | 302-636-5401 |

County: New Castle
Postal Code: 19808

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=6917475&d=n

Page 133 of 271

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

---

28   Pro-Se-Defendants-Motion-for-Judicial-Notice   2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 255 of 271     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

EXHIBIT
**Ub**

Approved for use through 05/31/20
U.S. Patent and Trademark Office; U.S. DEPARTMEN
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid O

Docket Number (Optio

## PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)

| Application Number | 18/108,858 | Filed | Feb. 13, 2023 |
|---|---|---|---|

For **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR**

| Art Unit | 3711 | Examiner | KIEN T NGUYEN |
|---|---|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | Fee | Small Entity Fee | Micro Entity Fee | |
|---|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $220 | $88 | $44 | $ _____ |
| ☑ | Two months (37 CFR 1.17(a)(2)) | $640 | $256 | $128 | $ 128 |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1,480 | $592 | $296 | $ _____ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $2,320 | $928 | $464 | $ _____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $3,160 | $1,264 | $632 | $ _____ |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☑ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☑ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☐ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to
Deposit Account Number _____

☐ Payment made via USPTO patent electronic filing system.

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

I am the

☑ applicant.

☐ attorney or agent of record. Registration number _____

☐ attorney or agent acting under 37 CFR 1.34. Registration number _____

_Signature_    CEO - InfiniSet, Inc       _March 4th 2024_
_Date_

**Matthew D Guertin, CEO - InfiniSet, Inc**      ████████
Typed or printed name                Telephone Number

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☑ * Total of **1** _____ forms are submitted.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0031. Public burden for this form is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email

Page 255 of 271

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 16**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Matthew D Guertin**
CEO, InfiniSet, Inc.
5832 Lincoln Dr Suite 222
Edina, MN 55436

███████████████████
███████████

03/04/2023

**Mail Stop AF**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

**Subject: Request for Extension of Time to Respond to Non-Final Office Action**

Dear Commissioner for Patents,

I, Matthew Guertin, CEO of InfiniSet, Inc., hereby request an extension of time to respond to the Non-Final Office Action for the following application:

- **Application Number:** 18/108,858
- **Confirmation Number:** 6872
- **Title of Invention:** MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT
- **NFOA Mailing Date:** 12/05/2023

As the assignee and micro entity, we find it necessary to request additional time to adequately address the issues raised in the office action. Accordingly, we are requesting a two month extension under 37 CFR 1.136(a).

**Micro Entity Status Declaration:** We affirm that InfiniSet, Inc., qualifies for micro entity status under 37 CFR 1.29, and all criteria for this status continue to be met.

**Fee Enclosed:** In accordance with the micro entity status, the fee for the requested extension is enclosed in the form of a money order in the amount of $128.00

Please find attached:

- Form PTO/AIA/22 for the extension request, duly filled.
- A money order in the amount of $128.00 made out to 'Director of the United States Patent and Trademark Office' for the required 'Extension Request Fees'

We appreciate your consideration of our request and look forward to your favorable reply. Should you require any additional information, please do not hesitate to contact me at ████████████ or

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 17

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

[28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf](#)

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 257 of 271      [ [source file](#) ]      [ [.ots timestamp of source file](#) ]      [ [pdf signatures](#) ]      [ [metadata](#) ]



Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 18**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 258 of 271     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]



27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 19**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice   2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 259 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM







Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 20**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 260 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM





**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT BIZ

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 261 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

# USPS Tracking

Tracking Number:
## EI914173116US

### Scheduled Delivery by

## TUESDAY
# 5
March
2024

by
## 6:00pm

Your item was delivered to the front desk, reception area, or mail room at 3:30 pm on March 5, 2024 in ALEXANDRIA, VA 22314. The item was signed for by E BARFIELD.

Get More Out of USPS Tracking:
USPS Tracking Plus

● **Delivered**
Delivered, Front Desk/Reception/Mail Room
ALEXANDRIA, VA 22314
March 5, 2024, 3:30 pm

● Arrived at Post Office
ALEXANDRIA, VA 22314
March 5, 2024, 12:33 pm

● Arrived at USPS Regional Destination Facility
DULLES VA DISTRIBUTION CENTER
March 5, 2024, 7:57 am

● Arrived at USPS Origin Facility
SAINT PAUL, MN 55111
March 4, 2024, 8:00 pm

● Arrived at USPS Regional Origin Facility
MINNEAPOLIS MN DISTRIBUTION CENTER
March 4, 2024, 6:21 pm

● USPS in possession of item
MINNEAPOLIS, MN 55442
March 4, 2024, 4:53 pm

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 22**

# 2022 · 07-18 | InfiniSet, Inc. - Certificate of Incorporation
## EXHIBIT BIZ

2022-07-18__InfiniSet, Inc. - Certificate of Incorporation.pdf
SHA-256 Hash of Source File:  b4059ffcb32404ca49cadbc51141ac2611d1ef547a7ffd388794252213a3d905

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

State of Delaware
Secretary of State
Division of Corporations
Delivered  01:35 PM 07/18/2022
FILED  01:35 PM 07/18/2022
SR 20223015163  - File Number  6917475

**CERTIFICATE OF INCORPORATION**

**OF**

**INFINISET, INC.**

ARTICLE I

The name of the corporation is InfiniSet, Inc. (the "**Corporation**").

ARTICLE II

The address of the Corporation's registered office in the state of Delaware is 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808. The name of its registered agent at such address is Corporation Service Company.

ARTICLE III

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the Delaware General Corporation Law.

ARTICLE IV

The aggregate number of shares which the Corporation shall have authority to issue is 10,000,000 shares of capital stock all of which shall be designated "Common Stock" and have a par value of $0.00001 per share.

ARTICLE V

The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors.  Elections of directors need not be by written ballot unless otherwise provided in the Bylaws of the Corporation.  In furtherance of and not in limitation of the powers conferred by the laws of the state of Delaware, the Board of Directors of the Corporation is expressly authorized to make, amend or repeal Bylaws of the Corporation.

ARTICLE VI

(A)     To the fullest extent permitted by the Delaware General Corporation Law, as the same exists or as may hereafter be amended, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

(B)     The Corporation shall indemnify to the fullest extent permitted by law any person made or threatened to be made a party to an action or proceeding, whether criminal, civil, administrative or investigative, by reason of the fact that he, his testator or intestate is or was a director or officer of the Corporation or any predecessor of the Corporation, or serves or served at any other enterprise as a director or officer at the request of the Corporation or any predecessor to the Corporation.

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2022 · 07-18 | InfiniSet, Inc. - Certificate of Incorporation
## EXHIBIT BIZ

2022-07-18 _ InfiniSet, Inc. - Certificate of Incorporation.pdf

SHA-256 Hash of Source File:  b4059ffcb32404ca49cadbc51141ac2611d1ef547a7ffd388794252213a3d905

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

(C)      Neither any amendment nor repeal of this Article VI, nor the adoption of any provision of the Corporation's Certificate of Incorporation inconsistent with this Article VI, shall eliminate or reduce the effect of this Article VI in respect of any matter occurring, or any action or proceeding accruing or arising or that, but for this Article VI, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

### ARTICLE VII

Unless the Corporation consents in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (A) any derivative action or proceeding asserting a claim on behalf of the Corporation, (B) any action or proceeding asserting a claim of breach of a fiduciary duty owed by any current or former director, officer, employee or agent of the Corporation to the Corporation or the Corporation's stockholders, (C) any action or proceeding asserting a claim against the Corporation arising pursuant to any provision of the Delaware General Corporation Law or the Corporation's Certificate of Incorporation or Bylaws, (D) any action or proceeding asserting a claim as to which the Delaware General Corporation Law confers jurisdiction upon the Court of Chancery of the State of Delaware, or (E) any action or proceeding asserting a claim governed by the internal affairs doctrine, in each case subject to said Court of Chancery having personal jurisdiction over the indispensable parties named as defendants therein.

### ARTICLE VIII

The name and mailing address of the incorporator are as follows:

Matthew D Guertin
10233 West 34th Street 304
Minnetonka, MN 55305

Executed on July 18, 2022.

E-signed using Clarity (9dd3f3eae7d92b87f6f91b50def6b611)

*Matthew D Guertin*

Matthew D Guertin, Incorporator

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 24**

# 2022 · 11-13 | MN InfiniSet Inc. - Business Filing Details
## EXHIBIT BIZ

2022-11-13__MN_InfiniSet_Inc_Business Filing Details.pdf
SHA-256 Hash of Source File:  05b32094faf472dfeb43440e739a00687f41414ea6ed724aab40d95155688093
Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

## Business Record Details »

Minnesota Business Name
### InfiniSet Inc.

**Business Type**
Business Corporation (Foreign)

**MN Statute**
303

**File Number**
1348699500021

**Home Jurisdiction**
Delaware

**Filing Date**
11/13/2022

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2023

**Registered Office Address**
202 N Cedar Ave Suite #1
Owatonna, MN 55060
USA

**Registered Agent(s)**
Minnesota Registered Agent Services LLC

**Home Business Name**
InfiniSet, Inc.

**Mailing Address**
5832 Lincoln Dr
Suite 222
Edina, MN 55436
United States

**Filing History**

## Filing History

**Select the item(s) you would like to order:** | Order Selected Copies |

| | Filing Date | Filing | | Effective Date |
|---|---|---|---|---|
| ☐ | 11/13/2022 | Original Filing - Business Corporation (Foreign) (Business Name: InfiniSet Inc.) | | |

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 25**

# 2022 · 11-13 | MN Secretary of State - Corporation (Foreign)
## EXHIBIT BIZ

2022-11-13  Original Filing - Business Corporation (Foreign).pdf
SHA-256 Hash of Source File:  a3892357971de641145a0c8e5d9ef76ac02d4e78a6f977d4aa61e39407f88ac3

Page: 1 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## Office of the Minnesota Secretary of State
## Certificate of Authority

I, Steve Simon, Secretary of State of Minnesota, do certify that:  The following business entity has duly complied with the relevant provisions of Minnesota Statutes listed below, and is formed or authorized to do business in Minnesota on and after this date with all the powers, rights and privileges, and subject to the limitations, duties and restrictions, set forth in that chapter.

The business entity is now legally registered under the laws of Minnesota.

| | |
|---|---|
| Name in Minnesota: | InfiniSet Inc. |
| Name in Home Jurisdiction: | InfiniSet, Inc. |
| File Number: | 1348699500021 |
| Minnesota Statutes, Chapter: | 303 |
| Home Jurisdiction: | Delaware |
| This certificate has been issued on: | 11/13/2022 |

Steve Simon
Secretary of State
State of Minnesota

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 26

# 2022 · 11-13 | MN Secretary of State - Corporation (Foreign)
EXHIBIT BIZ

2022-11-13__Original Filing - Business Corporation (Foreign).pdf

SHA-256 Hash of Source File:  a3892357971de641145a0c8e5d9ef76ac02d4e78a6f977d4aa61e39407f88ac3

Page: 2 of 3       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

## Office of the Minnesota Secretary of State
### Foreign Corporation/Certificate of Authority to Transact Business in Minnesota
*Minnesota Statutes, Chapter 303*



This Certificate of Authority has been approved pursuant to *Minnesota Statutes*, Chapter 303. By filing this Certificate of Authority, the company certifies that it has complied with the organization laws in the jurisdiction of its organization and that it has not filed previously with this office and been revoked and understands that if a filing was on record and revocation occurred this certificate of authority is null and void.

CORPORATE NAME in HOME JURISDICTION:

    **InfiniSet, Inc.**

CORPORATE NAME in MINNESOTA:

    **InfiniSet Inc.**

If an alternate name is used, the company certifies that its board of directors has adopted and approved the alternate name for use in Minnesota.

HOME JURISDICTION:

    **Delaware**

REGISTERED OFFICE AND AGENT(S):

    Name                Address:

    **Minnesota Registered Agent Services LLC**

                      **202 N Cedar Ave Suite #1  Owatonna MN 55060  USA**

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities.  I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes.  I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:  **Matthew D Guertin**

MAILING ADDRESS: **5832 Lincoln Dr Suite 222 Edina MN 55436**

EMAIL FOR OFFICIAL NOTICES: **agent@minnesotaregisteredagent.com**

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 27

# 2022 · 11-13 | MN Secretary of State - Corporation (Foreign)

## EXHIBIT BIZ

2022-11-13__Original Filing - Business Corporation (Foreign).pdf

SHA-256 Hash of Source File: a3892357971de641145a0c8e5d9ef76ac02d4e78a6f977d4aa61e39407f88ac3

Page: 3 of 3      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Work Item 1348699500021**
**Original File Number 1348699500021**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**11/13/2022 11:59 PM**

Steve Simon
Secretary of State

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 28**

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 1 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**IMAGES SHOWING THE DESIGN, ENGINEERING, AND FABRICATION
PROCESS GUERTIN UNDERTOOK IN ORDER TO BUILD A WORKING
PROTOTYPE OF HIS INFINISET TREADMILL SYSTEM**









Exhibit X | Building | p. 1

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 2 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 4 of 32







Exhibit X | Building | p. 2

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 3 of 30      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

**You will not be able to use TEASi**

**This Page Requires JavaScript.**

TEASi web pages require the enablement of JavaScript in your web browser. To enable JavaScript, please follow the steps provided ▇

PTO-2131
Approved for use through 04/30/2022. OMB 0651-0001
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## APPLICATION FOR INTERNATIONAL REGISTRATION

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| FILING DATE | 06/01/2023 |
| **MARK SECTION** | |
| MARK IMAGE | 97699805.jpg |
| DESCRIPTION OF MARK | The mark consists of the stylized text "INFINISET" with a stylized square shape to the left of the text, the left side of the square being a right-facing triangle. |
| VERBAL ELEMENT(S) | INFINISET |
| **OWNER SECTION** | |
| NAME | Matthew Guertin |
| STREET | ▇ |
| CITY | ▇ |
| STATE | ▇ |
| COUNTRY/REGION/JURISDICTION | ▇ |
| ZIP/POSTAL CODE | ▇ |
| EMAIL | ▇ |
| LEGAL ENTITY TYPE | INDIVIDUAL |
| COUNTRY/REGION/JURISDICTION OF CITIZENSHIP | United States |
| **ENTITLEMENT SECTION** | |
| APPLICANT IS U.S. NATIONAL | YES |
| COUNTRY | United States |
| **REPRESENTATIVE SECTION** | |
| NAME | ▇ |
| FIRM | ▇ |
| STREET | ▇ |
| CITY | ▇ |
| STATE | Minnesota |
| COUNTRY/REGION/JURISDICTION | United States |
| ZIP/POSTAL CODE | ▇ |
| PHONE | ▇ |
| FAX | ▇ |
| EMAIL | ▇ |
| **BASE APPLICATION/REGISTRATION** | |
| APPLICATION NUMBER | 97699805 |

Exhibit X | Building | p. 3

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 4 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]





Exhibit X | Building | p. 4

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 5 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 7 of 32





Exhibit X | Building | p. 5

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 33

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 6 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]





Exhibit X | Building | p. 6

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 7 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]





Exhibit X | Building | p. 7

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 35

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 8 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 8

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 36

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 9 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 9

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 10 of 30       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Exhibit X | Building | p. 10

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 38**

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 13 of 32







Exhibit X | Building | p. 11

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 39

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ







Exhibit X | Building | p. 12

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 13 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 13

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ



Exhibit X | Building | p. 14

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 42

# 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 15 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 17 of 32



Exhibit X | Building | p. 15

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 16 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Exhibit X | Building | p. 16

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 44

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 17 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 17

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 45

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 18 of 30       [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 18

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 46

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 19 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 19

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 20 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 22 of 32



<span style="color:red">Exhibit X | Building | p. 20</span>

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 48**

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 21 of 30     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 23 of 32





Exhibit X | Building | p. 21

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
### EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 22 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





Exhibit X | Building | p. 22

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 23 of 30    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]





Exhibit X | Building | p. 23

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 24 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 26 of 32







Exhibit X | Building | p. 24

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 25 of 30         [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 27 of 32





Exhibit X | Building | p. 25

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 53

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 26 of 30        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]





Exhibit X | Building | p. 26

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 54

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 27 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]







Exhibit X | Building | p. 27

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

## 2024 · 08-07 | Design, Engineering, and Fabrication
EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 28 of 30      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 30 of 32



**ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

**6 Claims, 18 Drawing Sheets**

Exhibit X | Building | p. 28

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication

EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File: 5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 29 of 30     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]





Exhibit X | Building | p. 29

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT BIZ

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 30 of 30        [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 32 of 32



Exhibit X | Building | p. 30

Url 1: link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
Url 4: drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Estimated Patent Value - 01
## EXHIBIT BIZ

47   EXHIBIT-W   ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 46 of 167        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## ESTIMATED VALUE OF GUERTIN'S PATENT OVER 20 YEARS

(12) **United States Patent**
Guertin

(10) Patent No.: **US 11,577,177 B2**
(45) Date of Patent: **Feb. 14, 2023**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(73) Assignee: **INFINISET, INC.**, Edina, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/698,420**

(22) Filed: **Mar. 18, 2022**

(65) **Prior Publication Data**
US 2022/0297024 A1      Sep. 22, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A63G 31/16* | (2006.01) | |
| *A63J 5/02* | (2006.01) | |
| *A63J 1/00* | (2006.01) | |

(52) **U.S. Cl.**
CPC .. *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(58) **Field of Classification Search**
CPC ........... A63G 31/16; H04N 5/262; A61B 6/00
USPC ........................ 472/60, 63, 130; 482/66, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0150522 A1 | 6/2015 | Papaioannou | |
| 2017/0129105 A1 | 5/2017 | Stephens, Jr. | |
| 2018/0053349 A1 * | 2/2018 | Chen ..................... | G06T 19/006 |
| 2019/0086996 A1 | 3/2019 | Bahrami et al. | |
| 2019/0307982 A1 | 10/2019 | Brodsky | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104740829 A | 7/2015 |
| CN | 105396261 A | 3/2016 |
| CN | 206062963 U | 3/2017 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT/US2022/020919, dated Jun. 24, 2022.

(Continued)

*Primary Examiner* — Kien T Nguyen
(74) *Attorney, Agent, or Firm* — Westman, Champlin & Koehler, P.A.; Amanda M. Prose

(57) **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

Guertin's US Patent 11,577,177 describes a motorized, rotatable treadmill designed to create the illusion of user movement while remaining stationary. This technology combines a motorized treadmill belt with a rotatable turntable, allowing users to travel in any direction without physically moving from their location. The system includes precise control mechanisms for both the treadmill speed and turntable rotation, making it suitable for various applications such as military training simulations, gaming, film production, VR/AR environments, and the broader metaverse.

Exhibit W | Index 02 | p. 1

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Estimated Patent Value - 01
EXHIBIT BIZ

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 47 of 167          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

  

## KEY FEATURES AND USE CASES

**Omnidirectional Movement:**

Users can move in any direction while the treadmill and turntable simulate travel, making it ideal for virtual reality environments and gaming.

**Film and Virtual Production:**

The treadmill can be integrated with LED virtual film sets or green screens to create realistic background imagery, enhancing film production and virtual set creation.

**Military and Training Simulations:**

Provides realistic movement simulation for training purposes without needing large physical spaces.

**Entertainment and Metaverse Applications:**

Enables immersive experiences in the metaverse, allowing users to explore virtual worlds more naturally.



FIG. 3



FIG. 2

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Estimated Patent Value - 01
EXHIBIT BIZ

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf
SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d
Page: 48 of 167          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## USER CONTROL MODES

**Fixed Speed Mode:**

The treadmill's speed and rotation are controlled by external signals, matching the user's pace.

**Self-Paced Mode:**

The system responds to the user's movements in real-time, adjusting the treadmill and turntable accordingly.

**Remote User Cuing Mode:**

Users can control the treadmill's functions via remote cues, facilitating a customized experience.

## ECONOMIC VALUATION

To estimate the economic value of this technology over its 20-year patent life, consider its broad applicability across multiple industries:

**<u>Gaming Industry</u>**

With VR gaming growing rapidly, integrating such a treadmill could enhance user experiences, potentially generating significant revenue through hardware sales and software licensing.

The global gaming industry was valued at approximately $200 billion in 2023 and is expected to grow to $300 billion by 2030.

- **VR/AR Gaming Segment:**
    - This segment is projected to grow from $7 billion in 2023 to $50 billion by 2030.
- **Adoption Rate:**
    - Assuming a conservative adoption rate of **2%** of the VR/AR gaming market.
    - <u>Annual Revenue = $50 billion × 0.02 = $1 billion / year</u>

<span style="color:red">Exhibit W | Index 02 | p. 3</span>

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

<span style="color:red">EXHIBIT BIZ | p. 61</span>

# 2024 · 08-07 | Estimated Patent Value - 01
## EXHIBIT BIZ

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 49 of 167          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Film Industry

This technology can streamline virtual production processes, reducing costs and improving the quality of special effects, making it a valuable tool for studios.

The global film and video production market was valued at $275 billion in 2022 and is expected to reach $400 billion by 2030.

- **Virtual Production Segment:**
  - Estimated to grow to $10 billion by 2030.
- **Adoption Rate:**
  - Assuming a conservative adoption rate of **1%** of the virtual production market.
  - Annual Revenue = $10 billion × 0.01 = $100 million / year

## Military and Training Simulations

Governments and defense contractors might invest heavily in such systems for realistic training environments, representing a substantial market segment.

The global military simulation and training market was valued at $12 billion in 2023 and is projected to grow to $20 billion by 2030.

- **Adoption Rate:**
  - Assuming a conservative adoption rate of **5%.**
  - Annual Revenue = $20 billion × 0.05 = $1 billion / year

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2024 · 08-07 | Estimated Patent Value - 01
## EXHIBIT BIZ

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 50 of 167          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### Metaverse and VR/AR

As these technologies expand, the demand for immersive hardware will increase, positioning this treadmill as a critical component.

The global metaverse market is projected to grow from $65 billion in 2022 to $800 billion by 2030.

- **Adoption Rate:**
  - Assuming a conservative adoption rate of **1%** of the metaverse market.
  - Annual Revenue = $800 billion × 0.01 = $8 billion / year

## ANNUAL REVENUE ESTIMATE:

- $1 billion (gaming) + $100 million (film) + $1 billion (military) + $8 billion (metaverse) =  $10.1 billion / year

- Total Revenue Over 20 Years = $10.1 billion / year × 20 years

  =  $202 billion

## CONSERVATIVE BALLPARK FIGURE:

Considering a conservative estimation and potential market fluctuations, we can round this down to provide a conservative ballpark figure:

*Conservative Estimate = $150 billion over 20 years*

The technology covered by US Patent 11,577,177 could potentially generate a conservative revenue of around $150 billion over its 20-year patent life, factoring in its broad application across various high-growth industries.

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2025 · 02-28 | Estimated Patent Value - 02
EXHIBIT BIZ

125__Exhibit-List_M-Q__Netflix-Patent-Theft__2025-02-28.pdf

SHA-256 Hash of Source File:  927fbe182ccd5983fb9c7fab0868a010d3cbb376654c75feba7b4630f1a1fc68

Page: 16 of 23          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:42 PM

# Ballpark Financial Valuation Report:

## US Patent 11,577,177 ("Infinite Movement" Treadmill)
### 20-Year Global Exclusivity Model
*(Hypothetical Worldwide Patent Protection)*

## 1.  Key Assumptions

- **Global Patent Protection**: Exclusive rights to manufacture, license, or sell the technology worldwide for 20 years.

- **Market Penaliation**: Technology adoption grows steadily across industries (film/TV, gaming, fitness, military, healthcare, education, etc.).

  - **Revenue Streams**:
  - **Hardware Sales** (treadmill systems).
  - **Licensing Fees** (royalties for patented tech integrated into third-party products).
  - **Software/Service Subscriptions** (AI environment generation, maintenance, updates).

- **Emerging Tech Synergy**: Growth of AI-generated content, light field displays, and metaverse adoption accelerates demand.

- **Discount Rate**: 8% (accounting for inflation, risk, and capital costs).

## 2.  Market Size & Revenue Projections

*(All figures in USD billions, cumulative over 20 years)*

| Industry | Addressable Market (2030) | Penetration Rate | 20-Year Revenue |
|---|---|---|---|
| **Film/TV Production** | $150B (virtual production) | 40% | $60B |
| **Gaming & Esports** | $500B (VR/AR gaming) | 25% | $125B |
| **Fitness & Wellness** | $300B (smart fitness) | 15% | $45B |
| **Military/Healthcare** | $200B (simulation training) | 20% | $40B |
| **Education/Tourism** | $100B (virtual learning) | 10% | $10B |
| **Licensing & Royalties** | N/A | — | $70B |
| **Software/Subscriptions** | $200B (AI/content tools) | 20% | $40B |
| **Total** | **$1.45T** | — | **$390B** |

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 64

# 2025 · 02-28 | Estimated Patent Value - 02

## EXHIBIT BIZ

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:42 PM

## 3.  Breakdown of Key Drivers

- **Film/TV Production**:
  **$60B**: High-margin sales/leases to studios (e.g., Disney, Netflix).

- **Pricing**:
  **$500K/system** (premium tier) for LED-stage integration; 120,000 units sold.

- **Gaming**:
  **$125B**: *Consumer sales* (2,000–$5,000/home system) + arcade/VR café licensing.

- **Adoption**:
  **50M households** (5% of global gaming market).

- **Licensing & Royalties**:
  **$70B**: 5–10% royalty on third-party hardware (e.g., Meta, Sony) using patented tech.

- **AI/Software**:
  **$40B**: *Subscription fees for AI−generated environments* (20/user/month).

## 4.  Cost Structure

*(20-Year Cumulative)*

| Category | Cost |
|---|---|
| R&D | $20B |
| Manufacturing | $90B |
| Marketing/Sales | $50B |
| Legal/Patent Defense | $10B |
| **Total Costs** | **$170B** |

## 5.  Profitability

- **Gross Revenue**:
  $390B

- **Net Profit (Pre-Tax)**:
  390B–170B = **$220B**

- **Taxes (20% Global Avg)**:
  $44B

- **Net Profit (Post-Tax)**:
  **$176B**

Exhibit P |  p. 2

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 65

# 2025 · 02-28 | Estimated Patent Value - 02
## EXHIBIT BIZ

125__Exhibit-List_M-Q__Netflix-Patent-Theft__2025-02-28.pdf
SHA-256 Hash of Source File:  927fbe182ccd5983fb9c7fab0868a010d3cbb376654c75feba7b4630f1a1fc68
Page: 18 of 23          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:42 PM

## 6.  Net Present Value (NPV)

- **Discount Rate**: 8%
- **NPV of 176B** *over 20 Years*: **68B**
  *(Present value of future profits, accounting for inflation and risk)*

## 7.  Sensitivity Analysis

- **Best Case** (90% adoption in key markets):
  **500B** *gross revenue* (220B NPV).
- **Worst Case** (Delays, competition, 50% adoption):
  **195B** *gross revenue*(85B NPV).

## 8.  Emerging Tech Multipliers

- **AI-Generated Content**:
  Adds **$30B+** in software/subscription revenue if AI tools (e.g., OpenAi, Midjourney) partner to create custom environments.
- **Light Field Displays**:
  **$20B+** from holographic integration (e.g., military training, live concerts).
- **Metaverse Adoption**:
  **$50B+** if the treadmill becomes a default locomotion tool for Meta, Apple, or Roblox.

## 9.  Valuation Range

- **Conservative**:
  **68B–100B** (NPV).
- **Aggressive**:
  **$150B+** (with emerging tech multipliers and market dominance).

## 10.  Conclusion

- Under the hypothetical scenario of **global patent exclusivity**, US Patent 11,577,177 could generate **68B–150B in net present value** over 20 years. This range reflects:
  - Dominance in film/TV and gaming.
  - Licensing leverage over competitors.
  - Synergy with AI, holograms, and metaverse trends.

Exhibit P |  p. 3

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 66

# 2025 · 02-28 | Estimated Patent Value - 02

## EXHIBIT BIZ

125__Exhibit-List_M-Q__Netflix-Patent-Theft__2025-02-28.pdf

SHA-256 Hash of Source File:  927fbe182ccd5983fb9c7fab0868a010d3cbb376654c75feba7b4630f1a1fc68

Page: 19 of 23          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
2/28/2025 4:42 PM

## 11.  Risks:

- Theft by the US and Israeli 'Military Entertainment Industrial Complex'

- Illegal surveillance operations being carried out on the inventor by 'intelligence' agencies

- Inventor being declared incompetent and psychotic by a completely corrupt Hennepin County Court system

- Unjust commitment of the inventor to a mental institution, and/or forcibly medicating the inventor with a cocktail of powerful antipsychotic drugs

- Patent litigation

- Competing locomotion tech (e.g., VR treadmills)

- Slower-than-expected adoption of virtual environments

## 12.  Final Ballpark Estimate:

### 100B–200B total economic impact (revenue + ecosystem growth)

**Note**: *This is a simplified, directional estimate. Actual figures would require granular market analysis, partnership terms, and tech adoption curves.*

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# Timeline of Appellant·s Business and Personal Successes
EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 1 of 16  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]

# Chronological Timeline

## 2016

- **LiteBeats LED Roland V-Drum Set & 'LiteBeats'**

  - Guertin designs, engineers, fabricates, and programs a completely custom, interactive LED Roland V-Drum set and "LiteBeats" is born. (Guertin remains a partner in the business.)
  - **Portfolio:**
    MattGuertin.com/portfolio/litebeats/
    XiteLabs.com/portfolio/lite-beats/
- **BlueMoon Nightclub – Vietnam Visual FX System**

  - Guertin travels to Vietnam for 30 days to install a completely custom visual FX system he programmed for BlueMoon Nightclub in VungTau.
  - **Portfolio:** MattGuertin.com/portfolio/bluemoon2016/
    **Video:** Vimeo.com/992083751
- **Big Grams 2016 Festival Tour**

  - Serves as the touring VJ and systems operator for the festival tour (using 4 Microsoft Kinects). The tour begins at Red Rocks (CO) and ends at Outside Lands Music Festival (San Francisco).
  - **Portfolio:** MattGuertin.com/portfolio/biggrams/
- **Rabbit In The Moon at Ultra Music Festival (Miami)**

  - Travels to Miami to assist with last-minute programming of lighting and visuals for a live performance.
  - **Portfolio:** MattGuertin.com/portfolio/rabbitinthemoon/

## 2017

- **Kinect V2 Interactive Virtual Surface**

  - During downtime, programs "V2" of his personal project using a Microsoft Kinect to create an interactive virtual surface based on its depth sensing.
  - **Portfolio:** MattGuertin.com/portfolio/kinectv2/
- **Ultra Music Festival Miami & Worldwide Shows**

  - Begins programming Vello Virkhaus's custom VJ system for Ultra Music Festival Miami and all Ultra Worldwide International shows.
  - **Portfolio:** MattGuertin.com/portfolio/ultra/

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 68

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf
SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e
Page: 2 of 16     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

- **XS Nightclub – Las Vegas VJ System**
  - Pre-programs a custom VJ system for XS Nightclub at the Wynn Hotel in Las Vegas, then travels with Vello to oversee its installation.
  - **Portfolio:** MattGuertin.com/portfolio/xs/

## 2018

- **Lure Nightclub Projection Mapping (Hollywood)**
  - Programs a custom projection mapping system using 3 projectors on two separate surfaces.
  - **Portfolio:** MattGuertin.com/portfolio/lure/
- **Custom 2-Way Mirror Solution**
  - Designs and engineers a solution that replaces an LED tile with a 2-way mirror so a film camera can view a participant inside a circular LED volume.
  - **Portfolio:** MattGuertin.com/portfolio/twowaymirror/
- **Kinect V3 – Interactive 3D Virtual Reality Touch Surface**
  - During downtime, programs "V3" of his personal project using a Microsoft Kinect and HTC Vive VR Headset.
  - **Portfolio:** MattGuertin.com/portfolio/kinectv3/
- **Qiddiya – 3D Modeling & Projection Mapping for Stage Design**
  - Helps create 3D models of custom stage structures, set pieces, and ramps for accurate on-site fabrication and projection mapping via a D3 Media Server.
  - **Portfolios:**
    MattGuertin.com/portfolio/qiddiya/
    XiteLabs.com/portfolio/qiddiya-ground-breaking-2018/
    ExecutiveVisions.com/event/launch-event-qiddiya-evi-case-study
- **Interactive LED Promotional Experience (NDA Client)**
  - Creates production design for an interactive LED promotional experience for a well-known (unnamed) Minneapolis corporation.
  - **Portfolio:** MattGuertin.com/portfolio/nda2/
- **9/30/2018 – LA Philharmonic 100th Anniversary Concert**
  - Programs a completely custom media server in Touchdesigner for the concert at the Hollywood Bowl, featuring Katy Perry and a surprise performance led by John Williams (performing the "Star Wars" theme).
  - **Link:** xitelabs.com/portfolio/LaPhil_100th_Anniversary_Concert/
  - **Reference:** (Exh. B, Index 28, p. 26)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 69**

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf
SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e
Page: 3 of 16  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]

## 2019

- **April 2019 – Bad Bunny Coachella Recognition**

  - Recognized on the Xite Labs website for contributions to Bad Bunny's 2019 mainstage performance at Coachella. (Close working relationship from May 2014 to April 2020.)
  - **Link:** xitelabs.com/portfolio/bad-bunny-x100pre-tour/
  - **Reference:** (Exh. B, Index 28, p. 28)

- **Bad Bunny 360 Tour Pre-Vis System**

  - Programs a custom pre-visualization system to aid in programming and visual presentation for Bad Bunny's '360 Tour'.
  - **Portfolio:** MattGuertin.com/portfolio/badbunny360/

- **Bad Bunny Mainstage Set Piece at Coachella**

  - Designs, engineers, and oversees fabrication, programming, on-site setup, and tear-down of the mainstage set piece during both weeks of Coachella.
  - **Portfolios/Links:**
    MattGuertin.com/portfolio/badbunnyeye/
    XiteLabs.com/portfolio/bad-bunny-x100pre-tour/
    **Articles:**
    Etonline.com article
    Buzzfeed.com article
    Billboard.com recap

- **50-Foot Wide Falcon for Diriyah Inauguration**

  - Designs, engineers, and oversees fabrication of a 50-foot wide falcon—puppetted by 24 people, tracked via 53 infrared beacons, and projection mapped in real-time using 8×40k laser projectors—for "The UNESCO World Heritage Site World Inauguration of Diriyah" in Riyadh, Saudi Arabia (live-broadcast internationally).
  - **Portfolios/Links:**
    MattGuertin.com/portfolio/falcon/
    XiteLabs.com/portfolio/diriyah-3d-projection-mapping/
    ExecutiveVisions.com/event/diriyah-the-royal-inauguration

- **April 2019 – PLSN Publication Credit**

  - Credited in a PLSN publication for work on the 2019 Bad Bunny Coachella set piece.
  - **Link:** Plsn.com/featured/featured-slider/xitelabs-taps-into-bad-bunnys-minds-eye-for-coachella-and-a-us-tour/
  - **Reference:** (Exh. B, Index 28, p. 30)

- **August–November 2019 – Diriyah Falcon Engineering Credit**

  - Credited on the Xite Labs website for engineering the 50-foot wide falcon for the Diriyah inauguration attended by the Saudi Royal Family (including King Salman bin Abdulaziz and Prince Mohammed bin Salman).

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 70

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 4 of 16          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

- **Link:** XiteLabs.com/portfolio/diriyah-3d-projection-mapping/
  **Reference:** (Exh. B, Index 28, p. 32)

---

## 2020

- **Spring 2020 – 50-Foot Falcon Video Conference**

  - Participates in a video conference discussing the creation of the 50-foot Falcon.
  - **Link:** blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/
  **Reference:** (Exh. B, Index 28, p. 34)

- **Faro S-150 3D Scanner Acquisition & First Scan**

  - Purchases a Faro S-150 3D Scanner to begin site studies for projection mapping and production design.
  - **First Scan:** Old Nestle headquarters in downtown Glendale, CA.
  - **Portfolio:** MattGuertin.com/portfolio/nestle/
  **Video:** Vimeo.com/494026015

- **Additional 3D Scanning Projects (Minneapolis Area)**

  - After moving back to Minneapolis in April (due to COVID-19), continues learning the scanner with projects including:
    - Como Park in St. Paul, MN
    - A private residence in Wayzata, MN for a pool party production design.
  - **Portfolio:** MattGuertin.com/portfolio/3dscan/
  **Videos:**
  Vimeo.com/485263752
  Vimeo.com/486279238

- **Chicago 3D Scan of Grant Park (Lollapalooza)**

  - At the end of June, drives to Chicago with his 3D laser scanner and drone to create a 3D model of Grant Park (regular Lollapalooza venue) after the event is canceled due to COVID-19. The final 4K render garners significant attention—including a job offer from RealityCapture and a "Scan of the Month Award."
  - **Portfolio:** MattGuertin.com/portfolio/chicago/
  **Videos:**
  Vimeo.com/486278234
  YouTube.com/watch?v=PfzdaZbUrFc

- **3D Scan of a Tree (Minnetonka, MN)**

  - Uses the 3D scanner and drone to produce a photorealistic 3D model of a tree near his new apartment. Receives an award from Reality Capture for this scan.
  - **Portfolio:** MattGuertin.com/portfolio/tree/
  **Video:** YouTube.com/watch?v=PfzdaZbUrFc

- **3D Scan of the Historic Wyman Building (Minneapolis)**

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 71

# Timeline of Appellant᛫s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 5 of 16          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

- Creates a photorealistic 3D model of the historic Wyman Building in downtown Minneapolis using his Faro S-150 and a drone.
- **Portfolio:** MattGuertin.com/portfolio/wyman/
  **Video:** Vimeo.com/486298965
- **Remote 3D Scan of Blue Moon Nightclub (VungTau, Vietnam)**

  - Conducts a remote 3D scan by arranging for on-site data acquisition in Ho Chi Minh City, then processes the point cloud data into a final 3D model.
  - **Portfolio:** MattGuertin.com/portfolio/bluemoon3d/
    **Video:** Vimeo.com/494297948
- **November 2020 – Portfolio Website & Vimeo Page**

  - **Custom Vimeo Page:** Sets up a Vimeo page to host videos for his portfolio.
    **Link:** Vimeo.com/MattGuertin
    **Reference:** (Exh. B, Index 28, p. 35)
  - **Personal Website:** Begins creating his personal portfolio website, "MattGuertin.com," taking advantage of extra time during COVID-19.
    **Link:** MattGuertin.Substack.com/p/create-matt-guertin-dot-com
    **Reference:** (Exh. B, Index 28, p. 35–36)

---

## 2021
- **InfiniSet Concept & Domain**

  - **February 3, 2021:** Conjures the idea for the InfiniSet concept.
    **Link:** MattGuertin.Substack.com/p/infiniset-concept-is-conceived
  - **February 13, 2021:** Secures the domain "InfiniSet.com."
    **Link:** GoDaddy Whois Results
    **Reference:** (Exh. B, Index 28, p. 37)
- **Provisional Patent Application**

  - **March 19, 2021:** Files his provisional patent application.
    - **Link:** MattGuertin.Substack.com/p/my-provisional-patent-application-is-filed
      **Reference:** (Exh. B, Index 28, p. 39)
- **Patent-Related Text Message**

  - **March 27, 2021, at 7:21 PM:** Sends Bruce Rivers a text message discussing his first provisional patent filing, its disruptive potential, and the need for proper company/legal structuring. The message includes a link to a 17-page PDF of his filing:
    - **Dropbox Link:** [https://www.dropbox.com/s/xxxxxxxxxxxxxx/Matthew_ Guertin *patent_pending.pdf?dl=1)* *(https://www.dropbox.com/s/xxxxxxxxxxxxxx/Matthew* Guertin _patent_pending.pdf?dl=1)
    - **Reference:** (Exh. C, Index 30, p. 79, [Texts-04-06])

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 72

# Timeline of Appellant᛫s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 6 of 16     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

- **Trademark Application**
  - **April 1, 2021:** Files a US trademark application (#90618638) for "INFINISET."
    - **Link:** uspto.report/TM/90618638
    - **Reference:** (Exh. B, Index 28, p. 41)
- **Website & Content Organization**
  - Throughout late 2020 into 2021, Guertin organizes and compiles his content, learns to build a professional website, and produces the custom videos featured on his new portfolio website.
    - **Website:** MattGuertin.com
    - **Blog/Documentation:** MattGuertin.Substack.com/p/create-matt-guertin-dot-com

---

## 2022

- **Patent Application Updates**
  - **March 14, 2022, at 9:13 AM:** Emails his patent attorney his last-minute system claims just days before his official filing is due.
    - **Reference:** (Exh. S, Index 07, p. 1)
  - **March 18, 2022:**
    - Files US Patent application 17/698,420.
      **Link:** patents.justia.com/patent/11577177#history
      **Reference:** (Exh. B, Index 28, p. 29)
    - Files PCT Patent application US2022/198028.
      **Link:** patents.google.com/patent/WO2022198028A1/en
      **Reference:** (Exh. B, Index 28, p. 71)
- **Corporate Registrations**
  - **July 18, 2022:** Registers InfiniSet Inc. with the Delaware Secretary of State.
    - **Link:** patents.justia.com/assignee/infiniset-inc
    - **Reference:** (Exh. B, Index 28, p. 69–70)
- **Patent Publications**
  - **September 22, 2022:**
    - PCT Patent Application US2022/020919 is published.
      **Link:** patentscope.wipo.int/search/en/detail.jsf?docId=WO2022198028
      **Reference:** (Exh. B, Index 28, p. 71)
    - US Patent application 17/698,420 is published.
      **Link:** patents.google.com/patent/US11577177B2/en
      **Reference:** (Exh. B, Index 28, p. 89)
- **Netflix Patent Correspondence**

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 73**

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

[ source file ]    [ .ots timestamp of source file ]    [ metadata ]

- **November 8, 2022, at 8:58 AM:** Receives an email from his patent attorney discussing options regarding a Netflix patent application (for the same technology, with a 12-day lead in priority).
  - **Reference:** (Exh. D, Index 38, p. 66)
- **November 11, 2022:**
  - At 7:51 AM, sends an email to Bruce Rivers with the subject "Matt Guertin Patent / Netflix Patent" that includes a Dropbox download (288 MB) and background information.
    **Reference:** (Exh. D, Index 38, p. 33)
  - At 7:53 AM, sends a follow-up email stating:
    "My provisional application was filed on March 19th, 2021
    Trojansky/Netflix was filed on March 31st, 2021
    I win"
    **Reference:** (Exh. D, Index 38, p. 74)
  - At 7:57 AM, sends a final email sharing his portfolio website:
    "Here is my portfolio website with all the projects I've worked on spanning 2008 – Current www.MattGuertin.com"
    **Reference:** (Exh. D, Index 38, p. 75)
- **Delaware C-Corp Registration in Minnesota**

  - **November 13, 2022:** Registers his Delaware C-Corp with the Minnesota Secretary of State.
    - **Link:** mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=07fe809a-af63-ed11-906c-00155d32b947
      **Reference:** (Exh. B, Index 28, p. 74)
- **Email to Archive.org**

  - **December 15, 2022, at 12:04 AM:** Sends an email to info@archive.org in which he asks about the criteria for having one's information removed from the Wayback Machine. His inquiry is motivated by concerns that a company is stealthily editing and re-linking content to rewrite history.
    - **Full message included in the email.**
      **Reference:** (Exh. C, Index 30, p. 99)

---

## 2023
- **Patent Fraud Investigation – PhotoRobot.com**

  - **January 5–6, 2023:** Engages in email exchanges with his former patent attorney regarding the PhotoRobot.com patent fraud he is investigating.
    - **Link:** MattGuertin.Substack.com/p/a-closer-look-at-the-photorobot-fraud
      **Reference:** (Exh. C, Index 30, pp. 12–13, 102–107)
- **Local Law Enforcement Report on Patent Fraud**

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 74**

# Timeline of Appellant·s Business and Personal Successes

## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 8 of 16     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

- **January 12, 2023:**
  - Initially attempts to meet with an FBI agent at the Brooklyn Center location (finding it "fortress-like"), then visits the Minnetonka Police Department to file a report about the patent fraud investigation.
  - Meets with Officer Brandon Harris for 45 minutes, during which he explains:
    - He has filed for and acquired a patent for his invention, "Motorized Rotatable Treadmill and System for Creating the Illusion of Movement."
    - The machine is used for filming cinema.
    - He pitched the patent to Mark Roberts Motion Control (mrmoco.com).
    - The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com).
    - He noticed that Photo Robot's website was changing in real time to reflect his design.
    - He has downloaded the website and found discrepancies between current and older versions.
    - He possesses gigabytes of evidence of the fraud.
    - Officer Harris advised him to work with a computer forensicator to parse the data and to provide the FBI with the case number and parsed data when filing a report.
  - **This meeting resulted in Minnetonka Police Report #23-000151.**
    **Reference:** (Exh. B, Index 28, pp. 79–80)

## January 2023

- **January 13, 2023:**

  - Plaintiff sends an email to Bruce Rivers (before retaining him as defense counsel) seeking help regarding the patent fraud he has been actively investigating.
  - **Reference:** (Exh. D, Index 38, p. 76–93)
- **January 15, 2023:**

  - Guertin begins contacting computer forensic specialists and reaches out to the US Secret Service. He speaks with an agent in Chicago for 22 minutes who confirms that his assertion of wire fraud and conspiracy is correct.
  - **Reference:** (Exh. C, Index 30, p. 14–16, 129)
- **January 19, 2023 at 4:57 AM:**

  - A screencaptured image from Guertin's phone shows the text message he sent to his welder concerning the patent fraud he has been investigating.
  - **Reference:** (Exh. E, Index 39, p. 28)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 75

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf
SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

      [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

## February 2023

- **February 7, 2023 at 2:22 AM:**

  - Plaintiff sends an email to Bruce Rivers detailing his welder's military and CIA background—with pictures of "special ops gear" atop his prototype as it's being welded. The email includes statements such as:
    - "This was the other stuff I told the mntka pd investigator Samantha Johnson about which she also chose to ignore… and why she literally doesn't want to talk to me anymore… my welder showed these to me… the one that claimed he was in the CIA as well as the Marines… which might be entirely true…"
    - "...it would almost certainly imply that he is connected to Netflix and that they knew about me and my patent long before my patent was ever published…"
    - "It would also mean he would have a key to my apartment as I left my stuff (backpack with laptop, all of my keys, etc) unattended…"
    - "Could be a completely random coincidence though…"
    - "I also attached the mntka police report I filed on 1/12/23…"
  - **Reference:** (Exh. D, Index 38, p. 99–105)
- **February 12, 2023:**

  - Guertin completes the move from his previous residence in Minnetonka to his mom's. He quickly paints the ceiling black, hangs the black fabric he had acquired, and continues setting up the studio he was constructing.
  - **Link:** MattGuertin.Substack.com/p/move-the-studio-to-moms-and-continue-on
- **February 13, 2023:**

  - **Patent Filing:** Plaintiff files a continuation patent application US 18/108,858.
    - **Reference:** (Exh. B, Index 28, p. 88)
  - **Email to Dr. Jill Rogstad (4:59 PM):**
    - Plaintiff sends his first-ever email to Dr. Jill Rogstad—with Bruce Rivers CC'd—introducing himself, sharing his portfolio website, and providing in-depth details about his current patent troubles. The email includes statements about:
      - Their upcoming meeting on March 1, and follow-up emails.
      - His patent application filed on March 19, 2021, which will soon serve as prior art against the patent filed by Stephan Trojansky (later referred to as "The Netflix patent").
      - His intention to sell his company, InfiniSet, Inc.
      - A question regarding recording the audio of their meeting.
    - **Reference:** (Exh. B, Index 28, p. 105–108)
- **February 14, 2023:**

  - Plaintiff's US Patent 11,577,177 is published—Guertin is officially granted his first ever patent, assigned to InfiniSet, Inc.
  - **Link:** Patents.Google.com/Patent/US11577177B2/en
  - **Reference:** (Exh. B, Index 28, p. 89)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 76

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

- **February 17, 2023 at 9:52 AM:**
  - Plaintiff files a successful third-party prior art submission with the USPTO against Netflix patent application 17/709,126.
  - **Reference:** (Exh. B, Index 28, p. 90–95)
- **February 20, 2023 at 4:07 PM:**
  - A cell phone screen capture shows an email from Guertin's patent attorney containing a forwarded email from `Karl.Tamai@USPTO.gov`. The forwarded excerpt states:
    - "Submitter: The third-party submission under 37 CFR 1.290 for 17709126 filed on February 17, 2023… has been determined to be compliant…"
  - **Reference:** (Exh. E, Index 39, p. 36)
- **February 25, 2023:**
  - Guertin records his first rough demo video of walking on the rotating treadmill prototype, in which he is completely isolated from the background thanks to a green-screen.
  - **Link:** Vimeo.com/992146226
- **February 26, 2023 at 11:48–11:50 AM:**
  - Two screen captures document a text message exchange between Guertin and a friend regarding a demo video he sent the previous night. The exchange includes:
    - **Friend:** "Rad! Nicely done! Do you have the data coming out that you could just print on it by chance? And is the UE integration or FreeD there yet?"
    - **Guertin:** "No. This is simply the green screen test. I'm working on finishing up the actual motion control programming stuff right now… Patience young grasshopper."
    - The friend later replies with an animated emoji.
  - **Reference:** (Exh. E, Index 39, p. 36)
- **February 27, 2023:**
  - **Handwritten Criminal Defense Notes:** Plaintiff prepares handwritten criminal defense notes prior to an in-person meeting with Bruce Rivers at his office.
    - **Reference:** (Exh. C, Index 30, p. 115)
  - **Photo of Bruce Rivers (3:02 PM):**
    - Guertin takes a picture of Bruce Rivers at his office featuring an advertisement showing Rivers sitting on a tight-wire above shark-infested waters with the slogan "Celebrating 20 years hanging with the sharks."
    - **Reference:** (Exh. E, Index 39, p. 36)

## March 2023
- **March 2, 2023 at 9:44 PM:**

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 77

# Timeline of Appellant·s Business and Personal Successes

## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

- Following an in-person meeting, Guertin sends an email to Dr. Jill Rogstad—with Bruce Rivers CC'd—enclosing a language analysis matrix (created using MAXQDA) that supports his early detection of fraud. The email also thanks her for the meeting.
- **Reference:** (Exh. B, Index 28, p. 115; Exh. C, Index 30, p. 64 [Text 14])

- **March 3, 2023:**

  - **At 12:04 AM:**
    - Plaintiff sends an email to Dr. Rogstad (with Bruce Rivers CC'd) providing additional evidence:
      - An email correspondence with his patent attorney discussing the fraud.
      - The police report filed with the Minnetonka PD on January 12, 2023.
      - His automated signup email from the Internet Archive for account "PatentlyFalse."
    - **Attachments:**
      - `Email_correspondence_with_IP_attorney_discussing_fraud.pdf` (10.19 MB)
      - `WaybackMachine_signup_email__12_09_2023__02_45.pdf` (3.26 MB)
      - `Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf` (8.20 MB)
    - **Reference:** (Exh. B, Index 28, p. 126; Exh. C, Index 30, p. 102–107)

  - **At 12:07 AM:**
    - Plaintiff sends another email to Dr. Rogstad (with Bruce Rivers CC'd) that includes a screen capture of the PhotoRobot Internet Archive page.
    - **Message:** "First screen capture of archived page with a 'last modified' date of December 9th, 2022 @ 4:49am – the modification was me adding the wayback URL to the top of each page…"
    - **Attachment** `screencapture-web-archive-org-web-20220811043707-https-www-photorobot-com-blog-2022-12-09-04_…45.pdf` (13.53 MB)
    - **Reference:** (Exh. B, Index 28, p. 127)

  - **At 12:14 AM:**
    - Plaintiff sends a fourth and final follow-up email to Dr. Rogstad (with Bruce Rivers CC'd) that includes a second screen capture of the PhotoRobot Internet Archive page (taken a few minutes later with a "last modified" date of December 9th, 2022 @ 4:51am).
    - **Attachments:**
      - `screencapture-web-archive-org-web-20221209090542-https-www-photorobot-com-blog-2022-12-09-04_…19.pdf` (13.82 MB)
      - `Show_and_tell.pdf` (3.63 MB)
    - **Reference:** (Exh. B, Index 28, p. 128)

- **March 7, 2023 at 10:45 AM:**

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 12 of 16          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

- Dr. Jill Rogstad replies to Guertin with a brief email confirming receipt of the four emails with attachments:
  - "Thank you, Mr. Guertin. I wanted to confirm receipt of four emails with the attachments. Best regards, Jill E. Rogstad, Ph.D., LP, ABPP (Forensic)"
  - **Reference:** (Exh. B, Index 28, p. 129)
- **March 8, 2023:**
  - **At 1:20–1:21 AM:**
    - Seven screencaptured images from Guertin's cell phone capture a Facebook Messenger exchange between him and his business partner regarding programming the custom InfiniSet software controller system.
    - **Reference:** (Exh. E, Index 39, p. 36–37)
  - **At 7:16 AM:**
    - A cell phone screen capture shows a text message exchange between Guertin and a friend (a show producer in California). Guertin had sent a download link for his initial green-screen test video along with the message "Days away from a demo." The friend replies:
      - "Whenever you are ready to sell I am ready to sell it… so get me something to sell. I can have UK, Brazil, Colombia, and USA ready, and France."
    - **Reference:** (Exh. E, Index 39, p. 38)
- **March 16, 2023:**
  - Plaintiff files an Information Disclosure Statement (IDS) for his continuation patent application US 18/108,858, naming Microsoft and Dimension Studios.
  - **Reference:** (Exh. B, Index 28, p. 130–132)
- **March 26, 2023:**
  - Plaintiff obtains a "Notice of Good Standing" for his company, InfiniSet Inc.
  - **Reference:** (Exh. B, Index 28, p. 133)
- **March 27, 2023:**
  - Plaintiff maintains evidence of communication with Netflix executives.
  - **Link:** MattGuertin.Substack.com/p/3rd-party-prior-art-filed-against-netflix
  - **Reference:** (Exh. B, Index 28, p. 134–158)

---

# April 2023
- **April 23, 2023 at 7:32 PM:**
  - A screen-captured image from Dr. Jill Rogstad's Rule 20.01 Exam Report shows that Guertin circled in red the phrase "he spoke of being 'an engineer'" and underlined the word "revolutionary."
  - **Reference:** (Exh. E, Index 39, p. 40)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 79

# Timeline of Appellant·s Business and Personal Successes

## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 13 of 16          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

- **April 23, 2023 at 7:36 PM:**
  - A screen-captured image from Guertin's cell phone displays text listing project credits:
    - **Xite Labs Credits:**
      - Client: Executive Visions
      - Executive Creative Director: Greg Russell
      - Technical/Creative Director: Vello Virkhaus
      - Falcon Design, Fabrication Direction and Engineering: Matt Guertin
      - BlackTrax System Design & Live Operations/Disguise Programming: Simon Anaya
      - Technical Director/CG Lead: Aaron Kaminar
      - BlackTrax/Disguise support and operation: Vincent Steenhoek
  - **Reference:** (Exh. E, Index 39, p. 40)
- **April 26, 2023 at 9:51 AM:**
  - A screen-captured image from Guertin's cell phone shows text describing a set piece design:
    - "Designed in sketch form by Virkhaus, with Notch programming by XiteLabs' Tanner Thompson, and Resolume operation by Ivan Ceron, the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."
  - **Reference:** (Exh. E, Index 39, p. 40)
- **April 26, 2023 at 10:13 AM:**
  - Three screen-captured images from a Facebook Messenger exchange (dating back to March 19, 2022) document the following dialogue after Guertin shared an animated demo video of his invention and patent concept:
    - **Respected Industry Friend:** "FANTASTIC!!! we've come a long way from the coffee table elevator in your living room. Extremely impressive and practical product. It should revolutionize the industry. Will you make and sell them? You did all that machining yourself or you have help/shop?"
    - **Guertin:** "I can still license perhaps but it would be way cooler to get financial backing and then be able to work with legit engineers and a team that's able to take my ideas and polish them and produce a consumer/commercial product that's safe and up to specs. I had it all made. Laser cut DXF's… CNC from step files. All done in Rhino."
    - **Respected Industry Friend:** "Keep me posted please! Amazing stuff!"
  - **Reference:** (Exh. E, Index 39, p. 41)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 80**

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf
SHA-256 Hash of Source File:  bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e
Page: 14 of 16          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## May 2023

- **May 3, 2023:**
    - Plaintiff files an incident report with the FBI via IC3.gov (as advised by both his patent attorney and Officer Brandon Harris from the Minnetonka PD meeting on January 12, 2023, and as documented in police report #23–000151).
    - **Reference:** (Exh. B, Index 28, p. 161–165)
    - **Additionally:**
        - Plaintiff files an incident report with the FTC via ReportFraud.
        - **Reference:** (Exh. B, Index 28, p. 166–167)

## June 2023

- **June 1, 2023 at 3:02 PM:**

    - Guertin receives a reply from his patent attorney detailing:
        - "I spoke with Mark Lanterman at Computer Forensics today. He mentioned they frequently work with clients through their attorneys to preserve work product privilege… He is sending over Computer Forensics' standard engagement letter. I will review it with our firm's Board; if approved, we would schedule a call between you and Mr. Lanterman (I would listen in for privilege)…"
    - **Reference:** (Exh. S, Index 09, p. 6)
- **June 1, 2023:**

    - Plaintiff files an international trademark application (97699805) for **INFINISET** and pays $4,320.33 to the USPTO.
        - **Link:** https://trademarks.justia.com/976/99/infiniset-97699805.html
        - **Reference:** (Exh. B, Index 28, p. 168–170)
    - Additionally, he files an international trademark application '1 739 675' with the WIPO for his stylized **INFINISET** logo.
        - **Link:** https://www.trademarkelite.com/wipo/trademark/trademark-detail/1739675/INFINISET
        - **Reference:** (Exh. B, Index 28, p. 171–172)

## August 2023

- **August 1, 2023 at 10:14 AM:**

    - Plaintiff's 2019 Wages and Income statement is provided to Michael Biglow via email attachments, showing $218,385.00.
    - **Reference:** (Exh. C, Index 30, p. 112)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 81

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

Page: 15 of 16          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

- **August 11, 2023 at 12:53 PM:**
  - LinkedIn sends an automated email to Guertin's inbox with the subject "Matt, you appeared in 18 searches this week." The email body reveals that the US Air Force and US Department of State conducted searches for his LinkedIn profile during the prior week.
  - **Reference:** (Exh. S, Index 08, p. 54)

## September 2023

- **September 7, 2023:**
  - Plaintiff files a second police report for patent fraud with the Plymouth, MN Police Department (Police Report #23–033797).
  - **Reference:** (Exh. B, Index 28, p. 189–190)
- **September 20, 2023:**
  - Using the US Senate website, Plaintiff sends an email to US Senator Amy Klobuchar detailing the challenges he is experiencing due to patent theft and fraudulent activities by Netflix and others. He also discusses his belief that advanced AI technology is being used to produce fraudulent documents and videos.
  - **Reference:** (Exh. B, Index 28, p. 191–197)

## November 2023

- **November 7, 2023:**
  - Netflix Patent US 11,810,254 is published, listing Plaintiff's name and patent number at the very top.
  - **Link:** https://patents.justia.com/patent/11810254#citations
  - **Reference:** (Exh. B, Index 28, p. 224)
  - **InfiniSet vs. Netflix Patent Analysis:**
    - Plaintiff conducts a comparative analysis of US 11,577,177 and US 11,810,254, suggesting that the Netflix patent should not have been granted based on a lack of novelty.
    - **Reference:** (Exh. C, Index 30, p. 94–95)
- **December 5, 2023:**
  - Plaintiff receives a Non-Final Office Action from the USPTO for his continuation patent application US 18/108,858.
  - **Reference:** (Exh. B, Index 28, p. 225–231)

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 82

# Timeline of Appellant·s Business and Personal Successes
## EXHIBIT BIZ

Chronological-Timeline-of-Business-and-Personal-Successes.pdf

SHA-256 Hash of Source File: bac0a63cbe23009b936af7f651e7a8a5905b897aaab816f566903f724634c45e

## 2024

- **February 20, 2024:**

  - Plaintiff verifies the standing of his company, InfiniSet, Inc., via the Minnesota Secretary of State website.
  - **Reference:** (Exh. B, Index 28, p. 254)
- **March 4, 2024:**

  - Plaintiff mails a "PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)" to the USPTO, requesting a two-month extension to respond to the Non-Final Office Action for his continuation patent application US 18/108,858.
  - **Reference:** (Exh. B, Index 28, p. 255–261)

---

## Additional 2023/2024 Technical & Promotional Media

*(These entries provide further context on system demos, studio setups, and promotional material.)*

- **June 18, 2023:**

  - Guertin records two screencapture videos of the custom system he's programmed, demonstrating how the camera, character, and rotating treadmill work together.
  - **Links:**
    - Vimeo.com/994413087/d60c67132e
    - Vimeo.com/994424875/df7bec86dd
- **July 2023:**

  - Guertin and his business partner finalize the programming integration of the custom system with Unreal Engine and the mechanical operation of the treadmill's belt speed and rotation, creating the illusion of infinite movement.
  - **Link:** Vimeo.com/992150237
- **August 3, 2023 at 8:30 PM:**

  - A video documents the completed multi-camera recording and playback system capable of capturing six cameras at 1920 × 1080 (and one at 3840 × 2160) at 60fps, with footage recorded to dedicated NVMe drives.
  - **Link:** Vimeo.com/994413598/cce9683a5f
- **August 3, 2023 at 8:42 PM:**

  - Guertin records a quick video "tour" of the InfiniSet studio he has set up.
  - **Link:** Vimeo.com/994413802/8f1b92eeb2
- **Mid-February 2024:**

  - Guertin produces a professional promotional video for his InfiniSet concept, intended to solicit interest from potential investors.
  - **Link:** Vimeo.com/992111763

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 83

# 2014 | Appellant·s High Profile Accomplishments in Los Angeles
## EXHIBIT BIZ

Substack-VSquared-Labs-Timeline_2014-2021__2025-08-24.pdf
SHA-256 Hash of Source File:  6738b2eba297dce33a8f5fff393fe0232633f23a0930541aa5eb2fbaf052687f
Page: 1 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**Dec 2020 - Feb 2021:**

Create my personal portfolio site MattGuertin.com

---

**September 2020:**

Remote 3D scan of Blue Moon Club in VungTau, Vietnam and 3D model creation

---

**July-Aug 2020:**

Use my Faro S150 3D Scanner and a drone to create a photorealistic 3D model of the Wyman Building located in downtown Minneapolis, MN

---

**July 2020:**

Use my Faro S150 3D Scanner and a drone to create a photo-realistic 3D model of a tree near my new apartment in Minnetonka. The tree just happens to be right next to the entrance where the Minnetonka Police cruisers actually dispatch from located in the rear of the Parks and Rec Center. I meet a lot of the police officers as they are coming and going as many of them stopped to ask what I was doing

---

**June-July 2020:**

At the very end of June, beginning of July I drive to Chicago last minute with my Faro S150 3D Scanner and a drone to to create a 3D model of Grant Park where Lollapalooza is normally held so that a friend can create a virtual DJ performance for an artist at Lollapalooza since the 'real' one is cancelled due to the Covid scam taking place. I stop at an Arby's halfway between Minneapolis and Chicago and learn how to fly and operate a friend's drone drone for the first time in my life.

---

**June 2020:**

While staying with a friend for the first couple months after moving back to Minneapolis I use my new Faro S150 3D Scanner to scan Como Park in St. Paul MN near his house. I later work with him to scan a large private residence located on Lake Minnetonka in Wayzata, MN for a potential private party being pitched by a friend.

---

**April 2020:**

I decide to move back to Minnesota the 3rd week of '2 weeks to flatten the world' after living in Los Angeles since May 1st, 2014. I feel crazy for making this decision but am convinced it is the right one as I know 'covid-19' will not be ending anytime soon and Los Angeles has turned into a scene out of some strange movie overnight.

---

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 84

# 2014 | Appellant·s High Profile Accomplishments in Los Angeles
## EXHIBIT BIZ

Substack-VSquared-Labs-Timeline_2014-2021__2025-08-24.pdf

SHA-256 Hash of Source File:  6738b2eba297dce33a8f5fff393fe0232633f23a0930541aa5eb2fbaf052687f

Page: 2 of 5          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**February 2020:**
I use the new Faro S150 3D Scanner I purchased to scan the old Nestle building near my house in downtown Glendale, CA as I am beginning to learn more about how it works. I bought the scanner originally to learn and use for projection mapping projects in Los Angeles after first seeing one in Saudi Arabia during the 2019 Falcon project.

---

**Second half of 2019:**
I design, engineer, and oversee fabrication of a 50' wide carbon fiber Falcon and then travel to Saudi Arabia for 20+ days in November where I successfully execute the project which was for a UNESCO World Heritage project attended by the King and Royal Family and broadcast to millions on TV.

---

**First half of 2019:**
I design, engineer, and fabricate Bad Bunny's Coachella Mainstage set-piece and then travel to Coachella each weekend to oversee the setup, execution, and tear-down

---

**January 2019:**
I program a custom 3D pre-vis system which accepts an input capture signal in real-time and then uv maps the input content to the 3D geometry of Bad Bunny's 360 Tour arena design. The system also automatically records the real-time visualization with an automated camera movement. The output content is being shared with Bad Bunny's artist management team.

---

**July - September 2018:**
I 3D modeled, designed, UV mapped and programmed a custom media server system along with a Microsoft Kinect interactive demo which helped XiteLabs to land the gig. The show is the 'kick-off' event announcing the formation of XiteLabs which is a partnership between Vello Virkhaus / V Squared Labs and Greg Russell / Tandem Digital

---

**Middle of 2018:**
During some downtime I create V3 of my Microsoft Kinect Touch interactive Touchdesigner setup in which I implement an HTC Vive VR headset and make the interactive touch and movement 3D using an optical flow algorithm. Previously it was only 1D movement along the vertical axis when touched.

**2018:**
Design and program a custom VJ / Media Server system which is controlled with a GrandMA lighting console for my friend Mike Ohsann with NightLight Productions in Los Angles which I then install and implement at Lure Nightclub located in Hollywood, CA

---

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

# 2014 | Appellant·s High Profile Accomplishments in Los Angeles

## EXHIBIT BIZ

Substack-VSquared-Labs-Timeline_2014-2021__2025-08-24.pdf

SHA-256 Hash of Source File: 6738b2eba297dce33a8f5fff393fe0232633f23a0930541aa5eb2fbaf052687f

Page: 3 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**2018:**
I design, engineer, and fabricate a custom glass 2-way mirror system which can perfectly fill in removed LED panels. The 2-way mirror is used to be able to film through from the back side while a person is contained within the LED volume

---

**2018:**
I design and model a custom stage setup for a corporate client using Rhino 3D modeling software. The project did not end up happening and I signed an NDA so I cannot provide any more information.

---

**2018:**
I help to recreate a proper 3D model used for the D3 media server and also help with system programming aspects of the media server which was for the Quiddiya Groundbreaking in Saudi Arabia and was attended by the King and Royal Family

---

**2017:**
During some downtime I create V2 of my Microsoft Kinect Touch interactive Touchdesigner setup

---

**2017:**
I 3D modeled, pixelmapped, and programmed a custom media server and VJ system based on architectural drawings and diagrams. I then traveled to Las Vegas with Vello Virkhaus to help with and oversee installation of the new system at XS Nightclub located inside the Wynn Casino and Hotel

---

**2017-2018:**
I 3D modeled, UV mapped, pixel mapped, and programmed Vello Virkhaus's custom VJ systems he used at Ultra Music Festival shows located around the world.

---

**2016:**
I travel to Vung Tau, Vietnam for a second time to install a custom upgrade FX system for Blue Moon Nightclub. The system I designed and programs combines the projection mapped DJ booth and the LED panels surrounding the club and located on the ceiling in three dimensional space and has a generative pattern system that allows users to create and save custom looks. In addition I work with a translator on-site for a few days to train the staff how to use the new system and operate it. I spend a month there

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 86

# 2014 | Appellant‧s High Profile Accomplishments in Los Angeles
## EXHIBIT BIZ

Substack-VSquared-Labs-Timeline_2014-2021__2025-08-24.pdf

SHA-256 Hash of Source File:  6738b2eba297dce33a8f5fff393fe0232633f23a0930541aa5eb2fbaf052687f

Page: 4 of 5          [ source file ]         [ .ots timestamp of source file ]        [ metadata ]

**2016:**
I help to program and setup the custom VJ and performance system consisting of 3 Microsoft Kinects and then fly to various tour dates across the US to setup and VJ the live performance visuals with Big Grams for their 2015 US tour.

---

**2016:**
I traveled to Miami last minute to help Rabbit In The Moon with their live show. I used Ableton Live, Touchdesigner, and Madrix among other tools to help program various aspects of their performance including the LED body suit Bunny wears during the performance as well as a custom Touchdesigner application which interfaced with Resolume.

---

**2016-2017:**
I partner with Greg Russel at Tandem Digital and design, engineer, fabricate, program and deploy a completely custom interactive electronic midi drum set which is pixel mapped in three dimensional space

---

**2015:**
I travel to Vung Tau, Vietnam for V Squared Labs with 5 large Pelican cases of computers and gear and oversee project management and installation of a newly designed LED and Lighting system for Blue Moon Nightclub. I spend 40 days there.

---

**2015:**
I help with gear logistics, planning, and then travel to ComicCon in Sand Diego, CA as well as Times Square in NYC to help setup and successfully execute two interactive brand activations for NBC 'Heroes Reborn' television show

---

**2014-2015:**
I help design, and then engineer, fabricate, wire and program Steve Aoki's custom LED cube set piece for his 2015 'Neon Future Tour'. I then travel across the US to various locations on one of the tour buses to help with setup, show operation, and tear-down of multiple shows.

---

**2014:**
I oversee installation in addition to implementing and operation of a custom VJ and Lighting system at the opening of Project LA Nightclub located in Hollywood, CA

---

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

EXHIBIT BIZ | p. 87

# 2014 | Appellant·s High Profile Accomplishments in Los Angeles

## EXHIBIT BIZ

Substack-VSquared-Labs-Timeline_2014-2021__2025-08-24.pdf

SHA-256 Hash of Source File:  6738b2eba297dce33a8f5fff393fe0232633f23a0930541aa5eb2fbaf052687f

Page: 5 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**May 1st, 2014:**
I arrive at V Squared Labs office in Panorama City, CA for the first time after driving across the country from Minnesota with a small trailer that contained all of my belongings. This would mark the real beginning of my career in terms of operating on a completely different and previously unknown level in terms of deadlines and high stakes projects with even higher dollar values attached to them.

**Url 1:** link.storjshare.io/raw/jvw5zuny5hu5krrpobzrmoetyeuq/file/EXHIBIT BIZ_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/47ab10dc-fa7f-4f5c-9d52-3771d7780b6a.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4d21b1f-447b-4876-b05b-4cfb12a696ff.pdf
**Url 4:** drive.proton.me/urls/YXZX71EZQM#aqqnIaAtdcam

**EXHIBIT BIZ | p. 88**