**EXHIBIT BIZ-A**

# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 1 of 14         [ source file ]        [ .ots timestamp of source file ]         [ metadata ]

**InfiniSet Concept Demo I Created for my US Patent 11,577,177**

https://odysee.com/@Matt1up:5/Invention_demoV1:3



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

[US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf](US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf)

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 2 of 14         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

## Building InfiniSet Prototype | June 24, 2022

https://odysee.com/@Matt1up:5/Building-InfiniSet-Prototype-June-24-2022:c



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

[US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf](US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf)

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 3 of 14      [ source file ]      [ .ots timestamp of source file ]        [ metadata ]

## Building InfiniSet Prototype | July 2, 2022

https://odysee.com/@Matt1up:5/Building-InfiniSet-Prototype-July-2-2022:c



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File: 49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 4 of 14   [ source file ]   [ .ots timestamp of source file ]   [ metadata ]

### Building InfiniSet Prototype | August 30, 2022

https://odysee.com/@Matt1up:5/Building-InfiniSet-Prototype-August-30-2022:c



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 5 of 14          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### Building InfiniSet Prototype | September 25, 2022

https://odysee.com/@Matt1up:5/Building-InfiniSet-Prototype-September-25-2022:1



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf
SHA-256 Hash of Source File: 49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4
Page: 6 of 14        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## InfiniSet Treadmill Testing in Fall of 2022 | US Patent 11,577,177
https://odysee.com/@Matt1up:5/InfiniSet-Treadmill-Testing-in-Fall-of-2022:b



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

[US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf](US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf)

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 7 of 14      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### Very First Green Screen Test after fabricating InfiniSet prototype
https://odysee.com/@Matt1up:5/GS_Test2:0



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

[US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf](#)

SHA-256 Hash of Source File:   49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 8 of 14    [ [source file](#) ]    [ [.ots timestamp of source file](#) ]    [ [metadata](#) ]

### InfiniSet Initial Unreal Engine Integration Testing | ROUGH DRAFT v1

https://odysee.com/@Matt1up:5/InfiniSet-Initial-Unreal-Engine-Testing-v1:8



InfiniSet Initial Unreal Engine Integration Testing | ROUGH DRAFT v1

# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 9 of 14         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

### InfiniSet Initial Unreal Engine Integration Testing | ROUGH DRAFT v2

https://odysee.com/@Matt1up:5/InfiniSet-Initial-Unreal-Engine-Testing-v2:f



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File:   49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 10 of 14          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### InfiniSet Initial Unreal Engine Integration Testing | ROUGH DRAFT v3

https://odysee.com/@Matt1up:5/InfiniSet-Initial-Unreal-Engine-Testing-v3:7



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf  
SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4  
Page: 11 of 14          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### InfiniSet Demo Clip 01

https://odysee.com/@Matt1up:5/InfiniSet-Demo-Clip-01:c



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf
SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 12 of 14        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**InfiniSet | Quick Studio Tour**

https://odysee.com/@Matt1up:5/InfiniSet-Quick-Studio-Tour:c



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 13 of 14          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### InfiniSet Custom Touchdesigner Software System | Screencap 01

https://odysee.com/@Matt1up:5/InfiniSet-Custom-Touchdesigner-Software-System-01:6



# Appellant·s InfiniSet Fabrication, Testing, and Programming | Videos
EXHIBIT BIZ-A

US-Patent 11-577-177_Fabrication_Testing_Programming-Videos.pdf

SHA-256 Hash of Source File:  49aa8cf87d8eec79e5e942d0f4b67b254143dbe76d736645ca655cce1cfe86a4

Page: 14 of 14         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

## InfiniSet Custom Touchdesigner Software System | Screencap 02

https://odysee.com/@Matt1up:5/InfiniSet-Custom-Touchdesigner-Software-System-02:4

