**EXHIBIT PAT-A1**

# 00 | InfiniSet | Intellectual | Property

## EXHIBIT PAT-A1

00__InfiniSet_Intellectual_Property.pdf

SHA-256 Hash of Source File: 5896c44333d31dc726578d7a3031d28558bee3d3793ca7f10eac7f5ad6b3d0fe

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

## InfiniSet, Inc. Intellectual Property -

### United States Patents and Patent Applications:

Granted Patent - US-11577177-B2
Continuance    - US-20230182034-A1

### International Patents and Patent Applications:

PCT Patent Application - WO-2022198028-A1

### Countries in which patent applications are filed:

filing receipts and paperwork for these countries is in IP folder:

Brazil
Canada
Israel
Japan
Malaysia
Mexico
Nigeria
UAE

I'm still waiting on the return of official application filing documents for these countries but they are filed:

Philippines
Singapore
Chile

### Countries in which patent applications still need to be filed:

ARIPO
Australia
China
Europe
India
New Zealand
South Africa
South Korea
Vietnam
Colombia

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 1**

# 00 | InfiniSet | Intellectual | Property
## EXHIBIT PAT-A1

00__InfiniSet_Intellectual_Property.pdf
SHA-256 Hash of Source File: 5896c44333d31dc726578d7a3031d28558bee3d3793ca7f10eac7f5ad6b3d0fe
Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**United States Trademark Filings:**

Standard Character Mark - 'INFINISET' WORD - 90618638

Design Plus Words    -   INFINISET  LOGO  - 97699805

**International Trademark Filings:**

United States - INFINISET NAME AND LOGO - 1739675

UEIPO - INFINISET NAME AND LOGO - 1739675

Japan - INFINISET NAME AND LOGO - 2023-359363

WIPO MADRID - INFINISET NAME AND LOGO - 1739675

Canada
China
European Uniojn
United Kingdom
South Korea
Vietnam
Japan

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**2021 · 03-19 | ADS**

EXHIBIT PAT-A1

2021-03-19__ADS.pdf

SHA-256 Hash of Source File: 21b868148315b950b13003047fdaf1088ca9e39f30e9b914505332189669a2ac

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

# Please wait...

If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document.

You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting http://www.adobe.com/go/reader_download.

For more assistance with Adobe Reader visit http://www.adobe.com/go/acrreader.

Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 3**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 03-19 | ADS-11577177
### EXHIBIT PAT-A1

2021-03-19__ADS-11577177.pdf

SHA-256 Hash of Source File:  3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d

Page: 1 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | G185.0001US1 |
|---|---|---|
| | Application Number | |

| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | Remove |
|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Matthew | | Guertin | |

| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Minnetonka | **State/Province** | MN | **Country of Residence** i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 10233 W 34th St #304 | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Minnetonka | **State/Province** | MN |
| **Postal Code** | 55305 | **Country** i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.          | Add |

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
**For further information see 37 CFR 1.33(a).**

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 27367 | | |
|---|---|---|---|
| Email Address | aprose@wck.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | Motorized rotatable treadmill and system for creating the illusion of movement | |
|---|---|---|
| Attorney Docket Number | G185.0001US1 | **Small Entity Status Claimed** ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| **Total Number of Drawing Sheets (if any)** | 18 | **Suggested Figure for Publication (if any)** | 1 |

EFS Web 2.2.12

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 4**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 03-19 | ADS-11577177
### EXHIBIT PAT-A1

2021-03-19__ADS-11577177.pdf

SHA-256 Hash of Source File: 3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d

Page: 2 of 8     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | G185.0001US1 |
|---|---|---|
| | Application Number | |
| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 27367 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 63163135 | 2021-03-19 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

EFS Web 2.2.12

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 5**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 03-19 | ADS-11577177
EXHIBIT PAT-A1

2021-03-19__ADS-11577177.pdf
SHA-256 Hash of Source File:  3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d

Page: 3 of 8     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | G185.0001US1 |
|---|---|---|
| | Application Number | |

| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement |
|---|---|

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application.  Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55.  When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2).  Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 6**

Matthew Guertin v. Tim Walz, 8th Appellate Case: 25-2476

# 2021 · 03-19 | ADS-11577177
### EXHIBIT PAT-A1

2021-03-19__ADS-11577177.pdf

SHA-256 Hash of Source File: 3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d

Page: 4 of 8    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | G185.0001US1 |
|---|---|---|
| | Application Number | |
| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

EFS Web 2.2.12

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 7

# 2021 · 03-19 | ADS-11577177

### EXHIBIT PAT-A1

2021-03-19__ADS-11577177.pdf

SHA-256 Hash of Source File:  3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d

Page: 5 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | G185.0001US1 |
| | Application Number | |

| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant   1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

○ Assignee        ○ Legal Representative under  35 U.S.C. 117        ○ Joint Inventor

○ Person to whom the inventor is obligated to assign.        ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| | | | | |

**Mailing Address Information For Applicant:**

| Address 1 | |
| Address 2 | |
| City | | State/Province | |
| Country | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of CFR to have an assignment recorded by the Office.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 8**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 03-19 | ADS-11577177
### EXHIBIT PAT-A1

2021-03-19__ADS-11577177.pdf

SHA-256 Hash of Source File:  3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d

Page: 6 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | G185.0001US1 |
|---|---|---|
| | Application Number | |

| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement |
|---|---|

### Assignee    1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here.    ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Amanda M. Prose/ | | | Date  (YYYY-MM-DD) | 2022-03-18 |
|---|---|---|---|---|---|
| First Name | Amanda M. | Last Name | Prose | Registration Number | 72345 |

Additional Signature may be generated within this form by selecting the Add button.

EFS Web 2.2.12

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2021 · 03-19 | ADS-11577177

## EXHIBIT PAT-A1

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | G185.0001US1 |
| --- | --- | --- |
| | Application Number | |
| Title of Invention | Motorized rotatable treadmill and system for creating the illusion of movement | |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.2.12

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 10**

2021-03-19__ADS-11577177.pdf
SHA-256 Hash of Source File:  3498b296be22ed8194718585c06226f45ad8f3679627387267ec7bb53844158d
Page: 8 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.2.12

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2021 · 03-19 | Micro Entity

## EXHIBIT PAT-A1

Doc Code: MES.GIB
Document Description: Certification of Micro Entity Status (Gross Income Basis)

PTO/SB/15A (07-14)

## CERTIFICATION OF MICRO ENTITY STATUS
### (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
|---|---|
| First Named Inventor:<br>Matthew Guertin | Title of Invention:<br>Motorized rotatable treadmill and system for creating the illusion of movement |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT** – The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT** – Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights, or is obligated to assign all ownership rights, as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS** – Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST"** – Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

| SIGNATURE by an authorized party set forth in 37 CFR 1.33(b) | | | |
|---|---|---|---|
| Signature | *Matthew Guertin* | | |
| Name | Matthew Guertin - Inventor/Applicant | | |
| Date | 3/18/2021 | Telephone | 763-221-4540 | Registration No. | |

☐ There is more than one inventor and I am one of the inventors who are jointly identified as the applicant. The required additional certification form(s) signed by the other joint inventor(s) are included with this form.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 12**

# 2021 · 03-19 | Micro Entity
## EXHIBIT PAT-A1

2021-03-19__Micro Entity.pdf

SHA-256 Hash of Source File: 05e46890307e6b732f9f8436c1eac67f1a25b8bdbcb6280c24faca074b0baab3

Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

### Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 13**

# 2021 · 03-19 | Provisional Cover Sheet
EXHIBIT PAT-A1

2021-03-19 __Provisional Cover Sheet.pdf
SHA-256 Hash of Source File:  340e6e0aa02efa68da0fbe51f6f706cca074c93b3c6708d6648e0c1042a14b53
Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

PTO/SB/16 (10-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Priority Mail Express® Label No. _____

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Additional inventors are being named on the _____ separately numbered sheets attached hereto.

### TITLE OF THE INVENTION (500 characters max):

Direct all correspondence to:      **CORRESPONDENCE ADDRESS**

☐ The address corresponding to Customer Number:

**OR**

☐ Firm or Individual Name

Address

| City | State | Zip |
|---|---|---|
| Country | Telephone | Email |

### ENCLOSED APPLICATION PARTS (check all that apply)

☐ Application Data Sheet. See 37 CFR 1.76.        ☐ CD(s), Number of CDs _____

☐ Drawing(s)  Number of Sheets _____        ☐ Other (specify) _____

☐ Specification (e.g., description of the invention)  Number of Pages _____

**Fees Due:** Filing Fee of $280 ($140 for small entity) ($70 for micro entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

### METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Applicant must attach form PTO/SB/15A or B or equivalent.

☐ A check or money order made payable to the *Director of the United States Patent and Trademark Office* is enclosed to cover the filing fee and application size fee (if applicable).        **TOTAL FEE AMOUNT ($)**

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit Account Number: _____.

*USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT*

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 10 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 14**

# 2021 · 03-19 | Provisional Cover Sheet
## EXHIBIT PAT-A1

2021-03-19__Provisional Cover Sheet.pdf

SHA-256 Hash of Source File:  340e6e0aa02efa68da0fbe51f6f706cca074c93b3c6708d6648e0c1042a14b53

Page: 2 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

PTO/SB/16 (10-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 2 of 2

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government. (NOTE: Providing this information on a provisional cover sheet, such as this Provisional Application for Patent Cover Sheet (Form PTO/SB/16), does not satisfy the requirement of 35 U.S.C. 202(c)(6), which requires that the *specification* contain a statement specifying that the invention was made with Government support and that the Government has certain rights in the invention.)

☐ No.

☐ Yes, the invention was made by an agency of the U.S. Government. The U.S. Government agency name is:

_____

☐ Yes, the invention was made under a contract with an agency of the U.S. Government.

The contract number is: _____

The U.S. Government agency name is: _____

_____

In accordance with 35 U.S.C. 202(c)(6) and 37 CFR 401.14(f)(4), the specifications of any United States patent applications and any patent issuing thereon covering the invention, including the enclosed provisional application, must state the following:

''This invention was made with government support under [IDENTIFY THE CONTRACT] awarded by [IDENTIFY THE FEDERAL AGENCY]. The government has certain rights in the invention.''

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _____ DATE _____

TYPED OR PRINTED NAME _____ REGISTRATION NO. _____
(*if appropriate*)

TELEPHONE _____ DOCKET NUMBER _____

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 15**

# 2021 · 03-19 | Provisional Cover Sheet
## EXHIBIT PAT-A1

2021-03-19__Provisional Cover Sheet.pdf

SHA-256 Hash of Source File: 340e6e0aa02efa68da0fbe51f6f706cca074c93b3c6708d6648e0c1042a14b53

Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 16**

# 2021 · 03-26 | Filing Receipt
## EXHIBIT PAT-A1

2021-03-26__Filing Receipt.pdf
SHA-256 Hash of Source File:  82040588a534dadb7bf7c39aa9dbf3adf65f9815e7894a1371c1452ca4dbce5c
Page: 1 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE RECD | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 63/163,135 | 03/19/2021 | | 75 | G185.0001US0 | | |

**CONFIRMATION NO. 1603**
**FILING RECEIPT**

27367
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402


OC000000724396770

Date Mailed: 03/26/2021

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt identifying the requested changes, preferably by including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.**

**Inventor(s)**
Matthew Guertin, Minnetonka, MN;
**Applicant(s)**
Matthew Guertin, Minnetonka, MN;
**Power of Attorney:**
Amanda Prose--72345

**Permission to Access Application via Priority Document Exchange: Yes**

**Permission to Access Search Results: Yes**

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted: 03/25/2021**
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 63/163,135**
Projected Publication Date:  None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
**\*\* MICRO ENTITY \*\***

page 1 of 3

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 17**

# 2021 · 03-26 | Filing Receipt
## EXHIBIT PAT-A1

---

**Title**

Motorized rotatable treadmill and system for creating the illusion of movement

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 18**

# 2021 · 03-26 | Filing Receipt
## EXHIBIT PAT-A1

2021-03-26 _ Filing Receipt.pdf

SHA-256 Hash of Source File: 82040588a534dadb7bf7c39aa9dbf3adf65f9815e7894a1371c1452ca4dbce5c

Page: 3 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

page 3 of 3

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 19

# 2022 · 03-17 | Micro | Entity-11577177
EXHIBIT PAT-A1

2022-03-17__Micro_Entity-11577177.pdf
SHA-256 Hash of Source File:  7acab39afb3a7d35164a9999f8555324800369499ff065b1ab54085dece2f146
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Doc Code: MES.GIB
Document Description: Certification of Micro Entity Status (Gross Income Basis)

PTO/SB/15A (07-14)

## CERTIFICATION OF MICRO ENTITY STATUS
## (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
|---|---|
| First Named Inventor:<br>Matthew Guertin | Title of Invention:<br>Motorized rotatable treadmill and system for creating the illusion of movement |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT** – The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT** – Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights, or is obligated to assign all ownership rights, as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS** – Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST"** – Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

| SIGNATURE by an authorized party set forth in 37 CFR 1.33(b) | | | |
|---|---|---|---|
| Signature | *(signature)* | | |
| Name | Matthew Guertin - Inventor/Applicant | | |
| Date | 3/17/2022 | Telephone -- 1-763-221-4540 | Registration No.  -- |

☐ There is more than one inventor and I am one of the inventors who are jointly identified as the applicant. The required additional certification form(s) signed by the other joint inventor(s) are included with this form.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-17 | Micro | Entity-11577177
EXHIBIT PAT-A1

2022-03-17__Micro_Entity-11577177.pdf
SHA-256 Hash of Source File:  7acab39afb3a7d35164a9999f8555324800369499ff065b1ab54085dece2f146
Page: 2 of 2       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 21**

2022-03-17__POA-11577177.pdf

SHA-256 Hash of Source File: 6468d8e2cc2ca2395bf59becd030aef207e844716329b53f8b18d99da3098e2d

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

# TRANSMITTAL FOR POWER OF ATTORNEY
# TO ONE OR MORE REGISTERED PRACTITIONERS

Note: This form is to be submitted with a Power of Attorney to identify the application to which the Power of Attorney is directed.

| | |
|---|---|
| Application Number | --- |
| Filing Date | --- |
| First Named Inventor | Matthew Guertin |
| Title | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT |
| Art Unit | --- |
| Examiner Name | --- |
| Attorney Docket Number | G185.0001US1 |

**SIGNATURE of Patent Practitioner**

| Signature | /Amanda M. Prose/ | Date | 2022-03-18 |
|---|---|---|---|
| Name | Amanda M. Prose | Telephone | 612-334-3222 |
| Registration Number | 72,345 | | |

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 22**

**2022 · 03-17 | POA-11577177**

EXHIBIT PAT-A1

2022-03-17__POA-11577177.pdf

SHA-256 Hash of Source File:  6468d8e2cc2ca2395bf59becd030aef207e844716329b53f8b18d99da3098e2d

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

# POWER OF ATTORNEY

Principal's Name: MATTHEW GUERTIN

Principal's Address: 10233 W 34TH ST #304, MINNETONKA, MINNESOTA 55305

Principal hereby revokes all previous powers of attorney given in the application identified in the attached transmittal letter (the APPLICATION).

Principal hereby appoints Practitioner(s) associated with the following Customer Number as its attorney(s) or agent(s) to prosecute the APPLICATION and to transact all business in the United States Patent and Trademark Office connected therewith, and to sign Statements Under 37 C.F.R. §3.73.  Principal hereby ratifies all previous actions taken by the Practitioner(s) in connection with the APPLICATION:

27367

Principal is empowered to act in the APPLICATION because Principal is the sole owner of the entire right, title and interest of the APPLICATION, one owner of a collection of owners of the entire right, title and interest of the APPLICATION, a person to whom at least one inventor is under an obligation to assign the APPLICATION, and/or a person who otherwise has sufficient proprietary interest to act as Applicant for the APPLICATION.

### SIGNATURE of Principal

The undersigned (whose title is supplied below) is authorized to act on behalf of the principal.

| Signature | | Date 3/17/2022 | |
|---|---|---|---|
| Name | MATTHEW GUERTIN | | |
| Title | INVENTOR/APPLICANT | | |

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File: e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 1 of 23       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

**G185.0001US1**

## MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]      This application claims priority to and the benefit of U.S. provisional patent application Serial No. 63/163,135, filed on March 19, 2021, the contents of which are incorporated herein in its entirety.

### BACKGROUND

[0002]      Camera tracking systems are used with green screen backgrounds LED wall backgrounds to allow a person being filmed to appear as though they are in another environment, one that is generally created by CGI artists and is rendered in real-time by a rendering engine along with a media server. While the possibilities are unlimited with respect to the environment in which the person can be inserted, the person is otherwise very limited in how far and in what directions they are able to walk or run within this virtual environment.

[0003]      Most "virtual film sets" currently use a camera tracking system that severely limits the movement of the person being filmed to a very small area in the center of the LED or green screen-based set. The person as well as the camera are always stuck in the same spot of the scene essentially and unable to travel. For a video-based environment to appear realistic in its position, it must remain static relative to that of the person. Even though the tracked film camera is able to move and view the environment from different perspectives, it is essentially static due to the fact that it must always view the person from the same frontal point of view with a very limited ability to orbit around them.

### SUMMARY

[0004]      An aspect of the present disclosure relates to a motorized treadmill that is mounted atop an infinitely rotating, motorized turntable. A speed and direction of the treadmill belt, as well as the turntable, is determined and controlled by a user, a non-user (remote) party, or based on a combination of three-dimensional, virtual, and real-world GPS positional and rotational data.

1

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 24

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 2 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

[0005]        An aspect of the present disclosure relates to a motorized treadmill having a travel deck supporting a belt arranged in an endless loop; a turntable for rotating the travel deck; one or more sources of vibration for providing haptic feedback to one or more locations on the belt; and a floor base for supporting the travel deck, turntable, and one or more vibration sources.

[0006]        The one or more vibration sources comprises adjustable vibration motors.

[0007]        A phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

[0008]        The treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane. For example, the X-Y plane refers to the X-Y ground plane, or the ground plane with respect to a virtual environment.

[0009]        With respect to the X-Y plane, additional movement may occur in a Z direction, via tilting of an orientation of the belt in the Z direction by a mechanism for raising and lowering one end of the belt.

[0010]        The vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill. The vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue or action related to the scene being filmed, or combinations thereof.

[0011]        The turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

[0012]        The floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon. The turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt. The floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

[0013]        The floor base includes a slip ring which supplies power and data to the components contained within the turntable, such as the treadmill belt and/or vibration motors.

2

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 3 of 23         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

The slip ring is configured to allow endless rotation of the turntable by eliminating cords or cables in the device that would otherwise limit turntable rotation.

[0014]        The treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, where the monochrome surface allows for digital isolation of a user on the treadmill.

[0015]        The monochrome surface is green, or any color which provides a background in front of which the moving user is filmed, and which allows a separately filmed background to be added to the final image.

[0016]        The treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set.

[0017]        The treadmill is configured for use in a standard green screen film studio.

[0018]        Another aspect of the present disclosure relates to a system for creating the illusion of movement of a user. The user may be inserted into a virtually rendered setting, a live-action pre-filmed setting, or a combination thereof. The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and a controller configured to synch the movement of the treadmill with a camera in real-time. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

[0019]        Wherein the camera and user rotate inversely to one another to achieve realistic orbital rotation.

[0020]        The camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

[0021]        Yet another aspect of the present disclosure relates to a method of creating the illusion of movement. To create the illusion of movement in a virtual setting, the method includes providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable and/or rotatable about a vertical axis. The speed of the endless track is precisely controllable, and a direction of the endless track is also controllable by rotating the turntable.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 26**

# 2022 · 03-18 | Application-11577177

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 4 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**[0022]**        The movement of the camera is then synched with a real-world speed of the endless track and a distance traveled by the track.

**[0023]**        The synchronized rotation of the user and turntable relative to the present orientation of the camera is solved for using inverse kinematics.

**[0024]**        One or more audio, visual, or tactile cue sources are provided to the endless track, rotatable turntable, user or a combination thereof and actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track to indicate one or more of a position of the user on the track, an initiation or ceasing of movement of the track, an initiation or ceasing of rotation of the turntable, or a cue or action related to the scene being filmed.

**[0025]**        The rotatable turntable is installable in an LED based virtual film set or green screen film set.

**[0026]**        When creating the illusion of movement of the user on the treadmill, the method includes tracking the precise location of the user in real-time and providing physical cues to the user to direct the user's movement to maintain the user on a location of the endless belt. If the user deviates from the location on the endless belt, adjusting a location of the camera to compensate for the deviation.

BRIEF DESCRIPTION OF THE DRAWINGS

**[0027]**        FIG. 1 is a front perspective view of a motorized rotatable treadmill assembly and system for generating the illusion of movement in one environment.

**[0028]**        FIG. 2 is a front perspective view of the assembly with camera movement indicators for illustrating the creation of the illusion of movement in one embodiment.

**[0029]**        FIG. 3 is a top perspective view of the motorized rotatable treadmill assembly.

**[0030]**        FIG.4 is a top perspective exploded view of the assembly according to one or more embodiments herein.

**[0031]**        FIG.5 is a bottom perspective exploded view of the assembly according to one or more embodiments herein.

**[0032]**        FIG. 6 is a perspective view of a travel deck of the motorized rotatable treadmill.

**[0033]**        FIG. 7 is an exploded view of the travel deck.

**[0034]**        FIGS. 8, 9 and 10 illustrate a feedback system for the travel deck.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2022 · 03-18 | Application-11577177

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File: e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 5 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**[0035]**        FIGS. 11-13 illustrate a turntable component of the assembly according to one embodiment.

**[0036]**        FIG. 14 is a perspective view of the turntable component with the travel deck removed therefrom.

**[0037]**        FIG. 15 is a bottom view of the turntable component.

**[0038]**        FIGS. 16 is a top view perspective view of the turntable with cover panels removed for illustrating the internal components of the turntable.

**[0039]**        FIG. 17 is a perspective view of a floor base of the motorized rotatable treadmill according to one or more embodiments and with the travel deck and turntable removed.

**[0040]**        FIG. 18 is a side view of the floor base.

**[0041]**        FIG. 19 is a top perspective view of the floor base with one or more cover panels removed to illustrate interior components of the floor base.

**[0042]**        FIGS. 20, 21, and 22 illustrate power components for turntable and travel deck supported in the floor base.

**[0043]**        FIGS. 23 is a top view of the floor base illustrating the parts of the floor base.

**[0044]**        FIGS. 24 to 26 illustrate the system according to one or more embodiments herein including the motorized rotatable treadmill in various environments.

**[0045]**        FIG. 27-28 are flow charts illustrating a method of communication and control of the assembly and system.

### DETAILED DESCRIPTION

**[0046]**        A motorized rotatable treadmill assembly for providing omnidirectional simulated movement for a user is described herein. The user can travel in any direction while using the motorized rotatable treadmill assembly while remaining stationary in a location. The motorized rotatable treadmill assembly can be used in various environments for entertainment purposes and/or for creating content including the illusion of a user traveling through an environment while never leaving the space in which the motorized rotatable treadmill is located.

**[0047]**        In one or more embodiments, the motorized treadmill and rotating turntable are used in combination with a system for controlling the treadmill and turntable along and optionally with a camera for creating the illusion of movement of a user, for example, a person, inserted into a digital environment is described herein and illustrated in the figures.

5

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 28

# 2022 · 03-18 | Application-11577177
EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf
SHA-256 Hash of Source File: e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188
Page: 6 of 23       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

[0048]       A motorized rotatable treadmill assembly according to one or more embodiments described herein is a motorized treadmill belt on a travel deck that is mounted on an infinitely rotatable, and motorized turntable. In some embodiments, the speed and direction of the treadmill belt as well as the rotational speed and position of the turntable may be determined and controlled by data collected from a 3D/virtual system and/or real world/GPS positional and rotational data from cameras being used for recording and/or rendering a video-based environment in which a user of the treadmill is being virtually inserted into.

[0049]       User control modes for the assembly may include, but are not limited to a fixed speed mode, a self-paced mode, and a remote user cuing mode. In a fixed speed mode, the motorized rotatable treadmill assembly operation is controlled directly by signals received from a media server or controller where the signals control various functions of the assembly such as starting, stopping, speed and rate of the treadmill and the rotation of the turntable, for example. The user then may match the speed of the treadmill.

[0050]       In the self-paced mode, the user may be tracked, and data related to user movement communicated to the media server or controller. The user moves and the assembly responds directly to the user movement with movement of components of the assembly. That is, for example, the movement of the treadmill belt and/or turn turntable may respond and change with each step or change in position of the user. Tracking of the user may be carried out with various sensors integrated into the assembly, worn by the user, and/or surrounding the assembly. As the user moves, data from the sensors is processed and the media server or other controller adjusts operation of the assembly such as treadmill speed and travel deck rotation.

[0051]       In the remote user cuing mode, the user may control one or more triggering cues via remote or wireless connection with the assembly, allowing the user the ability to progress through an ordered list of cues at a pace selected by the user. The cues may be programmed and arranged in a respective order prior to the user being filmed traveling through the environment when on the assembly.

[0052]       In one or more of the embodiments described herein, the user cue system is configured to provide audio, visual, tactile and/or haptic cues to the user for anticipating an assembly start, stop, rotation, speed, speed change or other user and/or assembly action(s) that relate to the user movement, location on the belt, and/or corresponding digital environment.

6

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 7 of 23         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

[0053]        The user may be provided with one or more wearable devices in communication with the media server. These devices comprise sensors for monitoring and recording user movement and for providing feedback relating to the user movements or positioning to the media server or controller. Additional wearable devices may be configured for providing audio, visual, tactile or other signals or cues to the user from the media server or other controller. For example, the wearable devices may comprise one or more inertial measurement sensors, haptic vibration motors for contacting the user's body, insoles, vibratory or LED components worn on various parts of the user's body among other various devices for communicating remotely and discreetly with the user. The user cue system may provide audio cues which may be wirelessly transmitted to an in ear listening device worn by the user.

[0054]        In one or more embodiments, the assembly is configured for use with a digitally rendered environment. An animation timeline may be used with one or more cue modes as a system controller for the assembly. The animation timeline is configured to establish the user(s) travel path and/or a camera path through a virtual or pre-filmed environment that the user(s) is/are inserted into. The combination of the animation timeline and cue sequencing system provides the option for the different user control modes. In one or more embodiments, the user modes may only affect the animation timeline playback functionality and otherwise rely on the same or similar animated parameter values used to determine the travel path and/or camera path.

[0055]        What is meant by "environment" as used in one or more embodiments described herein is a pre-filmed real-world scene that was filmed with a specially equipped camera whose position, orientation, and inertia data (9Dof + GPS) is recorded at the same time as the corresponding video footage was.

[0056]        What is meant by "travel path" as used in one or more embodiments described herein is the calculated or animated path that user(s) will follow as they are filmed travelling through the virtual or real-world environment in which the user(s) has been digitally inserted.

[0057]        What is meant by "camera path" as used in one more embodiments described herein is the calculated or animated path the camera follows through the scene as it films the traveling user(s) and environment. The camera path includes translation and rotation parameters and any additional camera specific parameters (e.g., field of view, look at object), all of which can be animated on the timeline using keyframes.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

## 2022 · 03-18 | Application-11577177
### EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf
SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188
Page: 8 of 23          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

[0058]          By way of non-limiting example, in one or more embodiments, the animation timeline is a custom animation timeline that with a cue sequencing system provides a programmer the ability to add an animated virtual user, or an avatar ("AV") into the environment to help with programming. For example, various styles of generic 3D sketch-style figures may be selected as the AV's identity/appearance. The AV may have static height and stride parameters that can be set to match those of the human user. The stride parameter for example is the average distance that the real-world user averages per each step.

[0059]          Matching AV's height and stride distance to that of the human user will ensure that the real-world film shot appears nearly identical to what is seen when a cue is played back with an AV instead of a human user. In one or more embodiments, the AV is a rigged 3D character whose skeleton is linked as a kinematic chain. The AV may do nothing except an automatic walk, automatic jog, or automatic run along the travel path of the cue being played back. For example, an automatic walk, automatic jog, or automatic run may be selected as the seamless kinematic loop data to play back based on the AV's speed. In one such embodiment, the AV's speed is equal to the treadmill speed and the human user's speed is equal to the treadmill speed. These values are equal as the values are based on real world speed and are synchronized. The AV may be a digital twin of the user by means of a multi-camera photogrammetry rig capturing an image of the user from multiple different points of view/locations at the exact same time, for the purpose of then using photogrammetry software to create the digital twin which can be rigged with a kinematic chain of bones, allowing the digital twin to be placed into the 3D environment and animated.

[0060]          When a cue is played back that changes AV's position the AV will automatically walk along the calculated or animated travel path at a speed/rate that is calculated based on AV's stride parameter whose value was set to match the distance of one average footstep of human user. For example, one seamless loop of kinematic walking data results in one full gait cycle which is exactly two steps.

[0061]          The AV is able to be viewed as 1st person, 3rd person, or a custom view by the system programmer while walking along the travel path.

[0062]          A 3D-AV may be represented in the system as a 3D modeled character that is inserted into the 3D virtual space via the real-time render engine or the media server 3D space. The 3D-AV may then be affected by things like lighting, shadows, and object occlusion that are

8

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 31

# 2022 · 03-18 | Application-11577177
EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf
SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188
Page: 9 of 23       [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

part of the 3D scene. The system may also provide the ability to overlay a 2D rendered composite image of the 3D-AV character which will match orientation, position, and scale.

[0063]        In one or more embodiments, the animation timeline in combination with cue modes, hereinafter referred to as the system controller, may be a source of all control, movement, functionality, and/or operation of the motorized rotatable treadmill assembly as well as one or more cameras for capturing user movement on the assembly. This system allows for isolating user(s) from a background to be digitally inserted into a rendered 3D virtual scene or a pre-filmed real-world environment for the purpose of being filmed as the user is able to travel through the environment along the 2d ground plane an infinite distance in any direction

[0064]        The assemblies and systems described herein enable a user to travel an unlimited amount of distance through a virtual scene, all while the user remains within a perimeter defined by belt surface or essentially while remaining in one place (on top of the motorized treadmill). The user walks on the endless belt, the speed and/or direction of travel, of which is precisely controlled by data received from a media server, a pre-selected speed, or a rendering engine that is controlling the virtual scene. In embodiments where the motorized treadmill is used to render or generate content for a digital scene, a corresponding camera(s) movement through the scene can be precisely synched with the user's real-world speed and distance as they travel on the endless belt. This creates the illusion of movement of the user being filmed and the camera appear to travel through the scene but are in fact static in position or location. This can be combined with the additional element of controlling the direction the user is facing as they are traveling through the scene allows for an infinitely large virtual environment for a user to explore.

[0065]        The devices and systems described herein allow, for example, a small studio to no longer be confined by a limited amount of physical space, or the immense costs associated with creating a larger film set. Benefits further include the ability to rotate the camera responsible for rendering/filming the scene (which acts as the background) precisely in sync with the person being inserted into the scenes to allow the studio or independent content creator the ability to film 360+ degree orbiting scenes around a person, which would otherwise be very expensive and highly technical to carry out using the methods of the prior art. The devices and systems described herein result in the incalculable savings of time by allowing filmmakers to obtain the

9

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 32**

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 10 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

same film footage and final result with fewer takes and allows a studio more opportunities to film shots on location without needing the actor or actress to be present.

[0066]        The device and systems described herein allow a user and film camera to remain static relative to their real-world position while creating the illusion that both are able to move freely through a video-based environment.

[0067]        As described in further detail below, in one embodiment, the illusion of orbiting the film camera around the focal point of the shot, which would be the user, may be created by instead rotating the person being filmed in synch with the orbital rotation speed and angle of the camera responsible for filming or rendering the video environment the user is being inserted into. For example, a camera moves in a circular 270 degree counter clockwise pathway around a vertical axis as the user on the motorized treadmill would also concurrently be rotated 270 degrees in the opposite direction (clockwise) at the exact same rotation speed as the camera.

[0068]        The system may use forward and/or inverse kinematics to solve for speed, position, rotation, velocity and other parameters. The camera may rotate around a vertical axis positioned anywhere along a two-dimensional ground plane on the environment and is not limited to being centered on the assembly or the user. Movement of the camera and its rotation, pitch/yaw/roll may be whatever the camera operator chooses. For example, in one embodiment, I'm pretty sure that the orientation values of both the user and camera relative to one another as they travel through the environment may also use 'forward kinematic' equations to determine their value in certain instances.

[0069]        Further, the illusion of movement of the user through the scene may be created by the user being filmed walking on the treadmill belt at a rate of speed that matches that of the scene camera as the camera moves along a one-dimensional path (vector).

[0070]        In some embodiments, the orbiting movement and vector movement can be combined. Combining the travel of the treadmill belt with the rotational direction (heading) of the turntable the treadmill is mounted to create the illusion of unlimited movement along the two-dimensional ground plane of the video-based environment.

[0071]        The embodiments illustrated herein show a single user on the motorized treadmill for ease of illustration. It is contemplated and within the scope of this disclosure that the motorized treadmill may have larger dimensions of one or more components to allow for creating the illusion of movement of multiple users. For example, the size of the belt and the

10

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 33

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 03-18 | Application-11577177
## EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 11 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

turntable may be increased to accommodate two, three, or more users concurrently or in series. Additional belts may be used to enable supporting and creating the illusion of movement of multiple users concurrently in synch or independently. As such, the embodiments described herein are not limited by sizes or dimensions disclosed in the examples. The embodiments of the system comprising the motorized treadmill are not limited to those described herein. The motorized treadmill has applications outside of the digital environments described herein. It is also contemplated and within the scope of this disclosure that the motorized treadmill may be provided on its own and/or for use in combination with virtual reality systems, headsets, and games/environments accessible via virtual reality systems or within the metaverse.

[0072]        The motorized treadmill is one independent element of the present disclosure. In one or more embodiments described herein, the motorized treadmill is configured to provide both linear movement and rotational movement planes for a user. The motorized treadmill in general comprises a floor base supporting a turntable and travel deck. The floor base houses components for powering the rotational movement of the turntable. The turntable supports the travel deck, which comprises an endless rotating belt or treadmill. Together, the motorized treadmill thus allows for forward and reverse linear movement by way of the rotating belt and the turntable is endlessly rotatable to rotate the travel deck concurrently with rotation of the belt in the forward or reverse directions. Additionally, an angle or incline of the travel deck can be adjusted. These movements and positioning can be carried out concurrently and operated independently. The motorized treadmill thus allows for combinations of movement to support a user thereon.

[0073]        For example, the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable and travel deck. In another example, one or more electric motors may be provided and directly attached to a roller wheel as a single, compact assembly in the floor base for operating the turntable and/or belt. Additional mechanisms for operating the turntable include but are not limited to gear assemblies, thrust bearings or other bearings, or roller wheel(s) attached directly to motor shaft(s). A slip ring is used to rotate the turntable without cords. The cordless rotation of the turntable allows for infinite rotation of the travel deck such that rotation in one direction can exceed 360 degrees without requiring a change in direction or re-set operation.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 34

# 2022 · 03-18 | Application-11577177
EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf
SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188
Page: 12 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

[0074]        A further embodiment may include rollers which drive the rotation of the turntable rotation contained within or on the floor base. Rather than the turntable sitting on top of rollers held within the floor base, the turntable contains the rollers needed to drive and support itself. The floor base then contains the track on which the rollers rest.

[0075]        In one or more embodiments according to the descriptions herein, the turntable may also function with removal of the endless belt of the travel deck, and/or with a cover panel such that a top surface of the turntable is also a user support surface that is selectively rotatable. For example, the turntable of such an embodiment may have dimensions including a diameter in the range of 6-8 feet or more for real-world or virtually enhanced entertainment. A correspondingly large slip ring is included in the turntable, which would allow a real-world entertainer, for example, a DJ act, entertainer, or musician, to utilize power from the turntable and other audio, video, and data connections available to plug such devices into the turntable of this embodiment. As such, the turntable can be used in additional settings and enable DJs, for example, to play a live set where the DJ is rotated in combination with the camera described in one or more embodiments herein. This setup can create the illusion of movement wherein the camera is orbiting around and/or behind the DJ on the turntable and where the DJ and camera are able to view the crowd.

[0076]        The motorized rotatable treadmill floor base and housing is constructed in a manner allowing for easy assembly/disassembly and with various removable cover plates which allow for selected and easy access to the interior components of the turntable and floor base. The travel deck is also separable from the turntable and the turntable can be lifted from the floor base by way of handles which allow for ease of set up/take down but also for service and/or replacement of one or more parts. The handles may be removably secured to the frame of the travel deck for easy assembly and disassembly.

[0077]        The floor base may also be adjustable itself by way of one or more adjustable height feet and wheels which allow for movement of the assembled device.

[0078]        The motorized rotatable treadmill assembly can be incorporated into various environments and can further be used in virtual reality systems to enhance user experience with movement in various virtual environments. Controllers for the system can be operated by various types of software for endless end use of the devices.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 35

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 13 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

[0079]        In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video. Currently available software and technology in the field of photogrammetry is rapidly expanding. Such software and related technology may also be incorporated into a control system for calculating the position of a video camera relative to the physical and real-world environment in an analyzed video clip.

[0080]        In the embodiment illustrated in the figures, for example as shown in FIGS. 1-5, 3, a motorized rotatable treadmill assembly 10 comprises a travel deck 12 and turntable 40 which may be supported on a floor base 60. The travel deck 12 comprises an endless rotating belt system 16 for linear travel in forward and reverse directions. The travel deck is incorporated into and/or supported on the turntable 40, which allows for 360+ degree rotation thereof and thus of the travel deck 12. Together, the turntable 40 and travel deck 12 allow for omnidirectional virtual movement as a user can move in endless directions by combination of the linear and rotational movement provided by the motorized treadmill assembly 10. The travel deck 12 may also be elevated and/or inclined at one or both ends to provide for uphill or downhill movement for example. The linear and rotational movement as well as incline capability may be rendered concurrently and independently such that various directional and terrain style walking or running can be achieved.

[0081]        The travel deck 12 is illustrated in further detail in FIGS. 6-10. In the embodiment illustrated, the travel deck 12 has a frame 18 which supports the rotating belt system 16. The rotating belt system 16 comprises a belt 20 that is operably provided around belt pulley 22 and frame 18 for supporting the user thereon. The belt 20 may be a rubber treadmill belt and the pulley 22 may be toothed belt pulleys for rotating the belt 20 therearound. The frame 18 may be a metal frame, such as an aluminum or steel support frame 18. In further detail, the treadmill belt 20 may be powered by a system of servo motors 27 positioned below or next to the treadmill belt 20. As shown in FIG. 13 for example, four servo motors are provided, and each motor shaft mates with an inline planetary gear. An output shaft of each planetary gear has a tooth keyed belt pully 22 fastened to it as does each side of front and rear belt roller shafts 23. Torque is then

13

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 36**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File: e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 14 of 23         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

transferred through timing belts such that it is possible to drive all four available drive points (both sides of each belt roller) or two drive points in the alternative.

[0082]    The frame 18 may further be provided with one or more handles along one or more sides. The handles may be pivotable and/or removably connectable to the frame 18 to allow for lifting and lowering of the travel deck 12 out of and/or into connection with the turntable 40.

[0083]    In the embodiment illustrated, the travel deck 12 further comprises one or more vibration motors 24 which can be used, for example, to provide haptic feedback 25 to a user or provide cues or warnings to the user as shown in FIG. 10. The vibration motors 24 may be provided in an array where individual motors are spaced apart across an underside of the belt 20 and the motors independently operably to provide targeted vibration to one or more locations on the belt 20. A substrate 26 is provided for supporting the vibration motors 24 and/or transferring the vibration to the belt 20.

[0084]    For example, the substrate 28 may be a phenolic resin sheet that acts as the belt deck that the belt 20 will slide across as it moves and is mounted to a metal substrate 26 such as an aluminum sheet. A tape such as 3M VHB tape may be used to secure the vibration motors between the aluminum sheet 26 and the substrate 28 and may also act as a cushion for the vibration motors 24 as the motors 24 are secured to the underside of the substrate 28.

[0085]    It is further contemplated that the travel deck 12 is removable from the turntable 40 as the travel deck 12 is secured therewith with fasteners such as nuts and bolts. Thus, the travel deck 12 is easily removable for belt 20 changes and servicing.

[0086]    The travel deck 12 provides a user "travel area" 30 that may be defined by the size of the belt 20 of the rotating belt system 16. In one embodiment, the travel area 30 is approximately 39.5" x 19.5", however, the size of the travel area 30 may be increased or decreased without deviating from the scope of this disclosure. The belt 20 may be a treadmill belt which travels approximately 85.4" for each revolution and is 19.7" wide. One revolution of the belt pulley along with the belt roller causes the belt to travel 6.19," a system of motors able to deliver 1500 rpm with sufficient torque to the belt pulleys will allow a user to reach a running speed of 8.79 mph.

[0087]    As noted above, the motorized rotatable treadmill assembly 10 may also include vibration motors 24 such that a system with the treadmill assembly 10 may utilize a haptic feedback system of the travel deck 12 as illustrated in further detail in FIGS. 10-11. For example,

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 37

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File: e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 15 of 23     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

a grid of vibration motors 24 is mounted underneath the treadmill belt 20. This allows a control system in connection with the motorized rotatable treadmill assembly 10 to signal the user thereon with various messages via haptic feedback. Examples of haptic feedback messages include but are not limited to an indication that the belt 20 is going to start or stop moving, an indication that the turntable 40 is going to start or stop rotation, or an indication that the user's feet are nearing edges of the belt 20. Vibratory signals as indicated in FIGS. 10-11 may also be sent to let the user know where they are positioned as the user walks on the belt 20 so the user does not need to look down at the belt 20. The motors 24 may also be pulsed to let the user know to move to another location (e.g., move right or move left to avoid walking off the belt).

[0088] The turntable 40 is illustrated in further detail in FIGS. 12-16. The turntable 40 comprises a space 42 for supporting the travel deck 12 therein. The turntable housing comprising an upper plate 44 that may support a removable cover which may be comprised of one or more cover pieces. The turntable 40 housing also includes a base plate 46. Side supports 48 provide structural framework support to the turntable 40. One or more side supports may be configured to provide handles for lifting the turntable 40. The turntable 40 also comprises a base 50 which, in one embodiment, may sit atop a plurality of roller wheels which retain the turntable 40 centered within the floor base 60. Additional side roller wheels 54 may also be provided for rotation of the turntable 40. Roller wheels are illustrated however, alternative or additional mechanisms can include bearings, or for example, thrust bearings. The turntable 40 rotation may be powered by one or more motors 56, for example, two motors as discussed in further detail below with respect to the base 60.

[0089] As illustrated, the turntable 40 and housing 44 are overall circular in shape which enables the clean and endless rotation of the turntable 40.

[0090] An interior frame 52 of the turntable 40 is configured to receive the travel deck 12 within the space 42 for the travel deck and additionally, the frame 52 supports one or more motors for coupling to the travel deck 12 belt system 16 for rotation of the belt 20. Thus, the power source for the travel deck 12 may be provided within the turntable 40 and the travel deck 12 removably and operably coupled thereto. The turntable 40 frame 52 may be comprised of aluminum or a like material such that when the cover 46 is provided thereon a user's weight can be supported on both the travel deck 12 and on the surfaces provided by the cover 46.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 16 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

[0091]        The turntable 40 is then operably and removably couplable to the floor base 60. The floor base 60 is illustrated in further detail in FIGS. 17-23. As mentioned above, the turntable 40 may be provided in combination with the floor base 60 which further comprises a removable top cover 62, side supports 64 and the base housing 60. The floor base 60 comprises an opening 64 for operably receiving the turntable 40 therein. The removable top cover 62 provides an optional floor 66 for use when the cover 62 is installed over the travel deck 12. The cover 62 may be constructed of a metal such as aluminum.

[0092]        As shown in FIGS. 20-22, the floor base 60 holds assemblies 68 which transfer power from an associated motor, such as a servo motor provided in operable connection with a drive belt to transfer rotational power to a roller or drive wheel 72 which supports the turntable 40 thereon and enables rotation of the turntable 40 with respect to the base 60. In one embodiment, a worm gear may be used for each rotation roller 72 which provides a compact assembly for the 90-degree rotation of an output shaft and allows for a servo motor to be installed in the compact space 86 available in corners of the floor base 60. An additional side roller 74 may also be provided in this assembly to center the turntable 40 in combination with rotation of the turntable 40.

[0093]        The base 60 also operably supports a slip ring 76 and arm 78 for transferring power and data to the turntable 40 for rotation and allowing for infinite and cordless rotation of the turntable 40. The arm 78 couples to the bottom of the turntable 40 and as the turntable rotates the rotation is transferred to the arm and thus rotates the slip ring 76.

[0094]        A main power input and one or more fan controllers are provided in an assembly 94 that may fit in the corner space 86 of the floor base 60. For example, a male and female 24 pin industrial connector with a 20a/480v rating for each of the 24 contacts is provided. The assemblies 94 are placed or positioned in a respective corner space 86 and then may be fastened into place with fastener such as a screw. When the assemblies 94 are pushed down into place the male and female connectors automatically mate with one another connecting all of the circuits. This allows for ease of service for any of the electronic components. For example, if a breaker needs replacement components require re-wiring, or for initial component wiring, the assembly can be pulled out as a single piece and worked on apart from the main unit 10.

16

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 39

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 17 of 23      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

[0095]      The floor base 60 may also be provided with one or more adjustable feet 82 and/or casters or wheels, allowing for height adjustment of the floor base 60 and thus turntable 40 and travel deck 12 and for ease or movement of the floor base 60 as needed.

[0096]      One or more sensors, such as inductive proximity sensors, or hall sensors 80, 81 may be provided such that the control system for the motorized rotating treadmill assembly 10 is capable of setting a homing position for the turntable 40. For example, one side 80 of the hall sensor may be mounted on an outer edge of the turntable 40 and the other side 81 mounted inside of the floor base 60 at the same height and directed towards a center location of the base 60.  One or more sensors 80, 81 may be included the base 60 and turntable 40 for allowing the assembly to home itself and establish an accurate start position for the rotational position of the turntable. The proximity sensor 80 unit itself may be mounted in the floor base 60 and then small neodymium magnets 81 that trigger the proximity sensor 80 are attached to the turntable 40.

[0097]      In one or more embodiments, the motorized rotatable treadmill assembly 10 is constructed with frame work and mounting plates which allow for easy access, component swapping and serviceability without disassembly. For example, mounting plates for the driver boxes, which each control a single motor, allow for easy replacement or swapping of parts. Easy connection mechanisms, such as tabs on a portion of the turntable drive plate inserts can interlock with slots in the frame for easy and secure assembly. The assembly can be assembled, for example and the travel deck, turntable and base securely connected and fastened into place using a single fastener such as a bolt.

[0098] Moreover, the assembly 10 may be self-grounding by way of copper strips 90 provided along the bottom of the floor base 60 which is compressed against a copper strip sitting atop the mounting lip once fastened into place.

[0099] The motorized rotatable treadmill assembly 10 may have a plurality of intake and exhaust fans 92 for cooling of components. Each of the fans may be independently controllable for targeting a motor and/or driver, for example and configured for speed adjusted over a wired or wireless network connection. This allows for the fans to be run as low as possible (and thus as quietly as possible) and even completely turned off during selected times, such as during a film take. Once film take is complete the fans can be turned up very high to quickly cool down all of the components in the assembly 10 between takes.

17

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 40**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 18 of 23          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

[00100]      In one or more embodiments wherein the motorized rotating treadmill assembly 10 is incorporated into an environment for creating the illusion of movement throughout a scene in combination with a virtual or digitally rendered, inserted or displayed background, at least top surfaces of the treadmill 10 including cover plates and the treadmill belt 20 may be painted a bright green color or other color such as bright blue frequently used in film production as a way to digitally isolate a person being filmed for digital insertion into a separate scene.  Edges and vertical surfaces may be similarly painted.

[00101]      As illustrated in FIGS. 24-26, the motorized rotating treadmill 10 is also configured to fit into an existing LED floor tile system, for example, a system that uses 2' x 2' tiles. In such a system, four of the preexisting LED tiles are removed and replaced with the motorized rotating treadmill 10. The feet on the bottom of the floor base 60 are independently adjustable to match the height of the LED floor tile system to provide a smooth and consistent surface and can be adjusted by removal of the top cover panel rather than requiring access to the sides or bottom of the treadmill 10. Thus, adjustment for height can easily be carried out even after the motorized rotatable treadmill 10 is inserted into the existing LED floor tile system or otherwise assembled in an environment.

[00102]      It is also contemplated and within the scope of this disclosure that larger covers for the base 60 and/or turntable 40 can be provided. For example, when the motorized rotatable treadmill 10 is used with an LED floor system or other panel floor construction of larger tiles, for example, half meter tiles, a larger top cover for the floor base 60 is provided and which fills and covers the gaps between the base 60 and adjacent floor panels.

[00103]      The motorized rotatable treadmill assembly according to one or more embodiments herein may be remotely controlled. The electric components in communication with a controller and/or software control system for remote operation and control of the operation of the motorized rotatable treadmill assembly. That is, control of the speed and direction of the treadmill belt, speed and direction of the rotation of the turntable, angle of the travel deck, control of fans, and combinations thereof can be remotely controlled and synched to various equipment and environments.

[00104]      Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail      without      departing      from      the      spirit      and      scope      of      the      disclosure.

18

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 41**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 19 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CLAIMS:

1.     A motorized treadmill comprising:

a travel deck supporting a treadmill belt arranged in an endless loop;

a turntable for rotating the travel deck;

one or more sources of vibration for providing selected vibration to one or more locations on the belt; and

a floor base for supporting the travel deck, turntable, and one or more vibration sources.

2.     The motorized treadmill of claim 1, wherein in the one or more vibration sources comprises adjustable vibration motors.

3.     The motorized treadmill of claim 2, wherein a phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

4.     The motorized treadmill of claim 1, wherein the treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane.

5.     The motorized treadmill of claim 2, wherein the vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill.

6.     The motorized treadmill of claim 5, wherein the vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue related to the scene being filmed, or combinations thereof.

19

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 42

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File: e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 20 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

7.    The motorized treadmill of claim 1, wherein the turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

8.    The motorized treadmill of claim 1, wherein the floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon.

9.    The motorized treadmill of claim 8, wherein the turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt.

10.    The motorized treadmill of claim 8, wherein the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

11.    The motorized treadmill of claim 10, and further comprising a slip ring for powering one or more electrical components housed within the turntable, for powering the treadmill belt, for providing power to a user on the assembly, and combinations thereof.

12.    The motorized treadmill of claim 1, wherein the treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, wherein the monochrome surface allows for digital isolation of a user on the treadmill.

13.    The motorized treadmill of claim 1, wherein the treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set or wherein the treadmill is configured for use in a standard green screen film studio.

14.    A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

2022-03-18__Application-11577177.pdf
SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188
Page: 21 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.    The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.    The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.    A method of creating the illusion of movement comprising:

providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable; and

synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track.

18.    The method of claim 17 and further comprising:

providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof;

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**2022 · 03-18 | Application-11577177**

EXHIBIT PAT-A1

19.     The method of claim 17 and further comprising installing the rotatable turntable in an
LED based virtual film set or green screen film set.

20.     The method of claim 17 and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain the
user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the
camera and environment to compensate for the deviation.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 45**

2022-03-18__Application-11577177.pdf

SHA-256 Hash of Source File:  e6b6ad8d02097e2d272ff98a3bdd3044cc99ece7464283df0dfde432255d7188

Page: 23 of 23        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

### ABSTRACT

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 46**

# 2022 · 03-18 | Declaration-11577177

## EXHIBIT PAT-A1

2022-03-18__Declaration-11577177.pdf

SHA-256 Hash of Source File: 20d6fad00b2e1a7b9b5cd92c450dc5468e02d35c03ce2eb59650c0694505bf16

Page: 1 of 2   [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

-1 of 2-

# DECLARATION

# FOR UTILITY OR DESIGN APPLICATION

Attorney Docket No.

G185.0001US1

### SPECIFICATION AND INVENTORSHIP IDENTIFICATION

This declaration is directed to the subject matter which is claimed in the application entitled <u>MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT</u> the specification of which having the above title and/or attorney docket number G185.0001US1

    __X__     is attached hereto, or as previously filed with the USPTO,

    ____     was filed on _____ as Appln. No. _____,

    ____     was amended on _____, and/or

    ____     was described and claimed in PCT International Application No. _____ filed on

         _____ and as amended with any Preliminary Amendment filed with National

         Stage entry.

### AUTHORIZATION TO PERMIT ACCESS TO APPLICATION BY PARTICIPATING OFFICE

☒    If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified patent application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the above-identified patent application is filed to have access to the above-identified patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the above-identified patent application with respect to: 1) the above-identified patent application-as-filed; 2) any foreign application to which the above-identified patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified patent application; and 3) any U.S. application-as-filed from which benefit is sought in the above-identified patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 47

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 03-18 | Declaration-11577177
### EXHIBIT PAT-A1

2022-03-18__Declaration-11577177.pdf
SHA-256 Hash of Source File: 20d6fad00b2e1a7b9b5cd92c450dc5468e02d35c03ce2eb59650c0694505bf16
Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

-2 of 2-

# DECLARATION

## FOR UTILITY OR DESIGN APPLICATION

Attorney Docket No.
G185.0001US1

### STATEMENTS

I have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose to the United States Patent Office all information known to me to be material to patentability as defined in 37 C.F.R. 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part.

If the above-identified application is to be or was filed on or after September 16, 2012:

I declare that the above-identified application was made or authorized to be made by me.
I believe I am the original inventor or an original joint inventor of a claimed invention in the application.
I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

If the above-identified application was filed before September 16, 2012:

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed, and for which a patent is sought, on the subject matter which is claimed in the above-identified application.

I declare that all statements made herein that are of my own knowledge are true and that all statements that are made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

### DESIGNATION OF CORRESPONDENCE ADDRESS

Please address all correspondence and telephone calls to **Amanda M. Prose** in care of:

Customer Number
27367

Signature of Inventor : _[signature]_                    Date : 3/17/2022

Legal Name of Inventor : Matthew Guertin
(Printed Name)
City/State : Minnetonka, Minnesota                    Country: US

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 1 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



1/18

FIG. 2

FIG. 1

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 2 of 18        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



2/18

FIG. 3

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 50**

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 3 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

3/18



FIG. 5

FIG. 4

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 51**

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 4 of 18       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



FIG. 7

FIG. 6

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 5 of 18     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 6 of 18       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177

## EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 7 of 18     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



7/18

FIG. 13

FIG. 12

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177
EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 8 of 18       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



8/18

FIG. 15

FIG. 14

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 56**

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 9 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

9/18



FIG. 16

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 57**

# 2022 · 03-18 | Drawings-11577177
## EXHIBIT PAT-A1

2022-03-18 _ Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 10 of 18          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



10/18

FIG. 18

FIG. 17

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 58**

**2022 · 03-18 | Drawings-11577177**

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 11 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



11/18

FIG. 19

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6cynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 12 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

12/18



FIG. 20

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 60**

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 13 of 18        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



13/18

FIG. 22

FIG. 21

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-18 | Drawings-11577177
## EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 14 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

14/18



FIG. 23

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 62**

# 2022 · 03-18 | Drawings-11577177
EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 15 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

15/18



**FIG. 25**



**FIG. 24**

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 63**

**2022 · 03-18 | Drawings-11577177**

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File: d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 16 of 18       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

16/18



FIG. 26

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 64**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 03-18 | Drawings-11577177
EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf
SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de
Page: 17 of 18       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



17/18

FIG. 27

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 65**

# 2022 · 03-18 | Drawings-11577177

EXHIBIT PAT-A1

2022-03-18__Drawings-11577177.pdf

SHA-256 Hash of Source File:  d8029d87dd80f8f65c47c9c49016cfd2c912c870d912451a2f0e413b9dca04de

Page: 18 of 18      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



18/18

FIG. 28

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 66

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 03-18 | Fee-11577177
### EXHIBIT PAT-A1

2022-03-18__Fee-11577177.pdf

SHA-256 Hash of Source File:  ffb7a53894d3c76ffcf152aeb8d8555f54a7e9e2406d3129035c22f6e4cc44ac

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew Guertin |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Attorney Docket Number:** | G185.0001US1 |

Filed as Micro Entity

**Filing Fees for   Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| BASIC FILING FEE-UTILITY | 3011 | 1 | 80 | 80 |
| UTILITY SEARCH FEE | 3111 | 1 | 175 | 175 |
| UTILITY EXAMINATION FEE | 3311 | 1 | 200 | 200 |
| REQUEST FOR PRIORITIZED EXAMINATION | 3817 | 1 | 1050 | 1050 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 67**

# 2022 · 03-18 | Fee-11577177

EXHIBIT PAT-A1

2022-03-18__Fee-11577177.pdf

SHA-256 Hash of Source File:  ffb7a53894d3c76ffcf152aeb8d8555f54a7e9e2406d3129035c22f6e4cc44ac

Page: 2 of 2       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| PUBL. FEE- EARLY, VOLUNTARY, OR NORMAL | 1504 | 1 | 0 | 0 |
| PROCESSING FEE,  EXCEPT PROV. APPLS. | 3830 | 1 | 35 | 35 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **1540** |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 68

# 2022 · 03-18 | Receipt-11577177

## EXHIBIT PAT-A1

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45263732 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Filer Authorized By:** | Amanda Morgan Prose |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 18-MAR-2022 |
| **Filing Date:** | |
| **Time Stamp:** | 15:08:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

### Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $ 1540 |
| RAM confirmation Number | E20223HF08332656 |
| Deposit Account | 231123 |
| Authorized User | Megan Neumann |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 69

# 2022 · 03-18 | Receipt-11577177

## EXHIBIT PAT-A1

2022-03-18__Receipt-11577177.pdf

SHA-256 Hash of Source File:  bd4087d80dee1da72c11683b5b7f87bf844f94c126cd03df245cf1ee4e88082b

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | 2022-03-18_Transmittal.pdf | 199403<br>9ba8f18539f0b8e8d8fe5b6c7fb41f7b8a940456 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Application Data Sheet | 2022-03-18_ADS.pdf | 108866<br>6f68d2f9aae9b01b4c58dfef471e2145a7908847 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 3 | | 2022-03-18_Application.pdf | 125939<br>ae2a976e909b00e72b92d20bfccd804eaffdde25 | yes | 23 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 18 |
| Claims | 19 | 22 |
| Abstract | 23 | 23 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Drawings-other than black and white line drawings | 2022-03-18_Drawings.pdf | 9375003<br>dbb682180cd2ae9eb3867ef2c529ac74977475b9 | no | 18 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 70**

# 2022 · 03-18 | Receipt-11577177

## EXHIBIT PAT-A1

2022-03-18__Receipt-11577177.pdf

SHA-256 Hash of Source File: bd4087d80dee1da72c11683b5b7f87bf844f94c126cd03df245cf1ee4e88082b

Page: 3 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| 5 | Power of Attorney | 2022-03-18_POA.pdf | 350052 8a84c136d3f36e3dc31273a298e27008eaffcbe0 | no | 2 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Certification of Micro Entity (Gross Income Basis) | 2022-03-18_Micro_Entity.pdf | 1124441 002ac522114035bf3ef2a00273ad257a1178df | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Track One Request | 2022-03-18_Track_One.pdf | 129928 dffcdef8386259b7e273b8186d94b71ccd6ffd0b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Oath or Declaration filed | 2022-03-18_Declaration.pdf | 612047 a7136fd99147faff9c64a2ff901f4f2aa79f73d | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Fee Worksheet (SB06) | fee-info.pdf | 51011 bada22d8c8d1062266a686ac85d9cc5223977e8a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 12076690 | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 71

# 2022 · 03-18 | Receipt-11577177

EXHIBIT PAT-A1

2022-03-18__Receipt-11577177.pdf

SHA-256 Hash of Source File:  bd4087d80dee1da72c11683b5b7f87bf844f94c126cd03df245cf1ee4e88082b

Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 03-18 | Track | One-11577177
EXHIBIT PAT-A1

2022-03-18___Track_One-11577177.pdf

SHA-256 Hash of Source File:  4364847c27251f8333d9e0fdb9e06ca30a3fa5efaf39f64533442fe5d6a92393

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Matthew Guertin | Nonprovisional Application Number (if known): | G185.0001US1 |
|---|---|---|---|
| Title of Invention: | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1.  The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request.  The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0.  The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid.  I understand that any required excess claims fees or application size fee must be paid for the application.

2.  I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3.  The applicable box is checked below:

   **I.   ☑  Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i.   (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii.  An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   **II.   ☐  Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i.   A request for continued examination has been filed with, or prior to, this form.
   ii.  If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv.  This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v.   No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Amanda M. Prose/ | Date 2022-03-18 |
|---|---|
| Name (Print/Typed) Amanda M. Prose | Practitioner Registration Number 72345 |

*Note:  This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.*

☑  *Total of 1 forms are submitted.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 73**

# 2022 · 03-18 | Track | One-11577177

EXHIBIT PAT-A1

2022-03-18__Track_One-11577177.pdf

SHA-256 Hash of Source File: 4364847c27251f8333d9e0fdb9e06ca30a3fa5efaf39f64533442fe5d6a92393

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 74**

# 2022 · 03-18 | Transmittal-11577177

## EXHIBIT PAT-A1

2022-03-18__Transmittal-11577177.pdf

SHA-256 Hash of Source File: 39135b767f222ad1d525dd6b27d5ffe7e8874291a11fbcea27e69598ec7f1f6e

Page: 1 of 2       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

PTO/AIA/15 (10-17)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL | | |
|---|---|---|
| *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Attorney Docket No. | G185.0001US1 |
| | First Named Inventor | Matthew Guertin |
| | Title | Motorized rotatable treadmill and system for creating the illusion of movement |
| | Priority Mail Express® Label No. | |

| APPLICATION ELEMENTS *See MPEP chapter 600 concerning utility patent application contents.* | ADDRESS TO: | Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 |
|---|---|---|

**APPLICATION ELEMENTS**

1. ✓ **Fee Transmittal Form** (PTO/SB/17 or equivalent)
2. ☐ **Applicant asserts small entity status.** See 37 CFR 1.27
3. ✓ **Applicant certifies micro entity status.** See 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
4. ✓ **Specification** [Total Pages 23] Both the claims and abstract must start on a new page. *(See MPEP § 608.01(a) for information on the preferred arrangement)*
5. ✓ **Drawing(s)** (35 U.S.C. 113) [Total Sheets 18]
6. **Inventor's Oath or Declaration** [Total Pages 3] *(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))*
   a. ✓ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
7. ✓ **Application Data Sheet** * See note below. See 37 CFR 1.76 (PTO/AIA/14 or equivalent)
8. ☐ **CD-ROM or CD-R** in duplicate, large table, or Computer Program (*Appendix*)
   ☐ Landscape Table on CD
9. **Nucleotide and/or Amino Acid Sequence Submission** *(if applicable, items a. – c. are required)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PAPERS**

10. ☐ **Assignment Papers** (cover sheet & document(s)) Name of Assignee _____
11. ☐ **37 CFR 3.73(c) Statement** (*when there is an assignee*)   ✓ **Power of Attorney**
12. ☐ **English Translation Document** (*if applicable*)
13. ☐ **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    ☐ Copies of citations attached
14. ☐ **Preliminary Amendment**
15. ☐ **Return Receipt Postcard** (MPEP § 503) (*Should be specifically itemized*)
16. ☐ **Certified Copy of Priority Document(s)** (*if foreign priority is claimed*)
17. ☐ **Nonpublication Request** Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
18. ✓ **Other:** Micro Entity Certification Statement
    Request for Prioritized Examination
    _____
    _____
    _____
    _____

*Note: (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).*

**19. CORRESPONDENCE ADDRESS**

✓ The address associated with Customer Number: 27367       **OR**   ☐ Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Email |

| Signature | /Amanda M. Prose/ | Date | 2022-03-18 |
|---|---|---|---|
| Name (Print/Type) | Amanda M. Prose | Registration No. (Attorney/Agent) | 72345 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 03-18 | Transmittal-11577177
## EXHIBIT PAT-A1

2022-03-18__Transmittal-11577177.pdf

SHA-256 Hash of Source File: 39135b767f222ad1d525dd6b27d5ffe7e8874291a11fbcea27e69598ec7f1f6e

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 76

# 2022 · 03-24 | Filing Receipt
### EXHIBIT PAT-A1

2022-03-24 _ Filing Receipt.pdf

SHA-256 Hash of Source File: e1911f05b4aa506a9a1d1a7a9e1da9871104ce2db4a45d00a0cc4f4977cfbe6c

Page: 1 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE RECD | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | 3784 | 455 | G185.0001US1 | 20 | 3 |

**CONFIRMATION NO. 6571**

27367
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

**FILING RECEIPT**


OC000000132638619

Date Mailed: 03/24/2022

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
Matthew Guertin, Minnetonka, MN;

**Applicant(s)**
Matthew Guertin, Minnetonka, MN;

**Power of Attorney:** The patent practitioners associated with Customer Number 27367

**Domestic Priority data as claimed by applicant**
This appln claims benefit of 63/163,135 03/19/2021

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange: Yes**

**Permission to Access Search Results: Yes**

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted: 03/23/2022**

page 1 of 3

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-24 | Filing Receipt
## EXHIBIT PAT-A1

2022-03-24__Filing Receipt.pdf

SHA-256 Hash of Source File:  e1911f05b4aa506a9a1d1a7a9e1da9871104ce2db4a45d00a0cc4f4977cfbe6c

Page: 2 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/698,420**

**Projected Publication Date:** 09/22/2022

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* MICRO ENTITY \*\***
**Title**

Motorized rotatable treadmill and system for creating the illusion of movement

**Preliminary Class**

482

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

page 2 of 3

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 78**

# 2022 · 03-24 | Filing Receipt
## EXHIBIT PAT-A1

2022-03-24 __Filing Receipt.pdf
SHA-256 Hash of Source File:  e1911f05b4aa506a9a1d1a7a9e1da9871104ce2db4a45d00a0cc4f4977cfbe6c
Page: 3 of 3       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

**LICENSE FOR FOREIGN FILING UNDER**

**Title 35, United States Code, Section 184**

**Title 37, Code of Federal Regulations, 5.11 & 5.15**

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

*SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

page 3 of 3

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 79

# 2022 · 03-24 | IDS-11577177

### EXHIBIT PAT-A1

2022-03-24__IDS-11577177.pdf

SHA-256 Hash of Source File:  097b92635e8d267f3cc58fb54492742cbd299e930e7dd0fa771cae8f35631ba4

Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3784 |
| Examiner Name | |
| Attorney Docket  Number | G185.0001US1 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190086996 | A1 | 2019-03-21 | Bahrami et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 109876370 | CN | A | 2019-06-14 | SHENZHEN JINGMIN DIGITAL MACHINE CO LTD | English Abstract | ☒ |
| | 2 | 209933935 | CN | U | 2020-01-14 | SHENZHEN JINGMIN DIGITAL MACHINE CO LTD | English Abstract | ☒ |
| | 3 | 206026963 | CN | U | 2017-03-22 | YU MING | English Abstract | ☒ |

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 03-24 | IDS-11577177

EXHIBIT PAT-A1

2022-03-24__IDS-11577177.pdf

SHA-256 Hash of Source File: 097b92635e8d267f3cc58fb54492742cbd299e930e7dd0fa771cae8f35631ba4

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 17698420 |
|---|---|---|
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

| | 4 | 2000516829 | JP | A | 2000-12-19 | David E. E. Carmein | English Abstract | ☒ |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 81

# 2022 · 03-24 | IDS-11577177
## EXHIBIT PAT-A1

2022-03-24__IDS-11577177.pdf

SHA-256 Hash of Source File:  097b92635e8d267f3cc58fb54492742cbd299e930e7dd0fa771cae8f35631ba4

Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket  Number | G185.0001US1 |

### CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE
 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-03-24 |
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 82

# 2022 · 03-24 | IDS-11577177
## EXHIBIT PAT-A1

2022-03-24__IDS-11577177.pdf

SHA-256 Hash of Source File: 097b92635e8d267f3cc58fb54492742cbd299e930e7dd0fa771cae8f35631ba4

Page: 4 of 4    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

---

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 83**

# 2022 · 03-24 | Receipt-11577177
## EXHIBIT PAT-A1

2022-03-24__Receipt-11577177.pdf
SHA-256 Hash of Source File:  30d388956a6f57ad4a7649f482897d494c3c38fb19ac5cbdd9043423ee1e0059
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45308091 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Filer Authorized By:** | Amanda Morgan Prose |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 24-MAR-2022 |
| **Filing Date:** | 18-MAR-2022 |
| **Time Stamp:** | 12:28:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Form (SB08) | 2022-03-24_IDS.pdf | 68212<br>aca3f636b440cd1a59e0beecc8650a697a711207 | no | 4 |

| Warnings: |
|---|

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 84**

# 2022 · 03-24 | Receipt-11577177

### EXHIBIT PAT-A1

[2022-03-24__Receipt-11577177.pdf](2022-03-24__Receipt-11577177.pdf)

SHA-256 Hash of Source File:  30d388956a6f57ad4a7649f482897d494c3c38fb19ac5cbdd9043423ee1e0059

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| This is not an USPTO supplied IDS fillable form | | | | | | |
| 2 | Foreign Reference | CN109876370A_with_English_Abstract.pdf | 498568<br><br>8ea16a67d1e7acf32756822d3aaa991590731077 | no | 7 |  |
| Warnings: | | | | | | |
| Information: | | | | | | |
| 3 | Foreign Reference | CN209933935U_with_English_Abstract.pdf | 1088909<br><br>2d1e8bc60495636d617fc483bfc0a3911f1ad33 | no | 7 |  |
| Warnings: | | | | | | |
| Information: | | | | | | |
| 4 | Foreign Reference | CN206026963U_with_English_Abstract.pdf | 1204685<br><br>68fc905d7c167215ede2516ddc3f063ec5bc095c | no | 10 |  |
| Warnings: | | | | | | |
| Information: | | | | | | |
| 5 | Foreign Reference | JP2000516829A_with_English_Abstract.pdf | 1544320<br><br>22340105b6e17f6bce007661bb1bed04344692e0 | no | 62 |  |
| Warnings: | | | | | | |
| Information: | | | | | | |
| **Total Files Size (in bytes):** | | | | 4404694 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 85

# 2022 · 04-01 | Invitation to Correct Defects

## EXHIBIT PAT-A1

2022-04-01__Invitation to Correct Defects.pdf

SHA-256 Hash of Source File: cdfe48c6926710c09f881d8e79a185be38c70ad72502b7810603d0478ed7aa77

Page: 1 of 4       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

## PATENT COOPERATION TREATY

From the RECEIVING OFFICE

To:
AMANDA PROSE
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 SOUTH EIGHTH STREET, SUITE 1100
MINNEAPOLIS, MINNESOTA 55402

# PCT

### INVITATION TO CORRECT DEFECTS IN THE INTERNATIONAL APPLICATION

(PCT Articles 3(4)(i) and 14(1) and Rule 26)

| | |
|---|---|
| Date of mailing *(day/month/year)* | 01 Apr 2022 |

| Applicant's or agent's file reference | REPLY DUE |
|---|---|
| G185-0001WO1 | within **TWO MONTHS** from the above date of mailing |

| International application No. | International filing date *(day/month/year)* |
|---|---|
| PCT/US2022/020919 | 18 Mar 2022 |

Applicant

GUERTIN, MATTHEW

1.  [X]  The applicant is hereby **invited**, within the time limit indicated above, to correct **in the international application as filed**, the defects specified on the attached:

   [ ]  Annex A

   [ ]  Annex B1 *(text matter of the international application as filed)*

   [X]  Annex C1 *(drawings of the international application as filed)*

2.  [ ]  The applicant is hereby  invited, within the time limit indicated above, to correct,   **in the translation of the international application** furnished under Rule 12.3 or 12.4, the defects specified on the attached:

   [ ]  Annex A

   [ ]  Annex B2 *(text matter of the translation of the international application)*

   [ ]  Annex C2 *(drawings of the translation of the international application)*

**Additional observations (if necessary):**

**HOW TO CORRECT THE DEFECTS?**

Except where the defect is in the request, any correction must be submitted by filing a replacement sheet embodying the correction and a letter accompanying the replacement sheet, which shall draw attention to the difference between the replaced sheet and the replacement sheet. For a defect in the request, a correction may simply be stated in a letter if it is of such a nature that the correction can be transferred clearly onto the request record copy (Rule 26.4).

**ATTENTION**

Failure to correct the defects will result in the international application being considered withdrawn by this receiving Office (see Rule 26.5 for further details).

A copy of this Invitation and any attachments has been sent to the International Bureau

   [X]  and the International Searching Authority.

| Name and mailing address of the receiving Office | Authorized officer |
|---|---|
| Mail Stop PCT, Commissioner for Patents P.O. Box 1450, Alexandria, VA 22313-1450 | Henry Jefferson |
| Facsimile No.  571-273-8300 | Telephone No.  (571)-272-7194 |

Form PCT/RO/106 (16 September 2012)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-01 | Invitation to Correct Defects

## EXHIBIT PAT-A1

[2022-04-01__Invitation to Correct Defects.pdf](#)

SHA-256 Hash of Source File:  cdfe48c6926710c09f881d8e79a185be38c70ad72502b7810603d0478ed7aa77

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

|  ANNEX A TO FORM PCT/RO/106 | International application No.<br>PCT/US2022/020919 |

**The receiving Office has found the following defects in the international application as filed:**

1. As to the **signature** of the international application (Rules 4.15, 26.2*bis*(a) and 90.4), the request:
   a. ☐  is not signed by the applicant or, if there is more than one applicant, by at least one of them*.
   b. ☐  is signed by what appears to be an agent/common representative, but the international application is not accompanied by a power of attorney signed by at least one of the applicants*.
   c. ☐  other (*specify*):

   \*  The applicant's attention is drawn to the fact that the national law applied by each designated Office may require, in connection with the processing of the international application in the national phase, that the applicant furnish the confirmation of the international application by the signature of any applicant for the designated State who has not signed the request (Rule 51*bis*.1(a)(vi)).

2. As to the indications concerning the **applicant*** who is entitled, according to Rule 19.1, to file the international application with the receiving Office, the request  (Rules 4.4, 4.5 and 26.2*bis*(b)):
   a. ☐  does not properly indicate the applicant's name (*specify*):

   b. ☐  does not indicate the applicant's address.
   c. ☐  does not properly indicate the applicant's address (*specify*):

   d. ☐  does not indicate the applicant's nationality.
   e. ☐  does not indicate the applicant's residence.

   ☐  Further observations about indications concerning other applicants (if applicable):

   \*  Although Rules 4.4 and 4.5 require indications concerning the applicant, or if there are several applicants, of each of them for the purposes of Article 14(1)(a)(ii), if there is more than one applicant, it shall be sufficient that the indications required under Rule 4.5(a)(ii) and (iii) be provided in respect of one of them who is entitled according to Rule 19.1 to file the international application with the receiving Office (Rule 26.2*bis*(b)).
   However, the applicant's attention is drawn to the fact that the national law applied by each designated Office may require, in connection with the processing of the international application in the national phase, that the applicant furnish any missing indication required under Rule 4.5(a)(ii) and (iii) in respect of any applicant for the designated State (Rule 51*bis*.1(a)(vii)).

3. As to the  **language** of certain elements of the international application, other than the description and claims (Rules 12.1(c) and 26.3*ter*(a) and (c)):
   a. ☐  the **request** is not in a language of publication accepted by this receiving Office;  (the) language(s) accepted by this receiving Office is/are:

   b. ☐  the **text matter of the drawings** is not in the language in which the international application is to be published, which is:

   c. ☐  the **abstract** is not in the language in which the international application is to be published, which is:

4. The **title** of the invention:
   a. ☐  is not indicated in Box No. I of the request (Rule 4.1(a)).
   b. ☐  is not indicated at the top of the first sheet of the description (Rule 5.1(a)).
   c. ☐  as appearing in Box No. I of the request is not identical with the title heading the description (Rule 5.1(a)).

5. As to the **abstract** (Rules 8 and 26.1):
   ☐  the international application does not contain an abstract.

Form PCT/RO/106 (Annex A) (16 September 2012)

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-01 | Invitation to Correct Defects
## EXHIBIT PAT-A1

2022-04-01__Invitation to Correct Defects.pdf
SHA-256 Hash of Source File:  cdfe48c6926710c09f881d8e79a185be38c70ad72502b7810603d0478ed7aa77

Page: 3 of 4       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

**ANNEX B1 TO FORM PCT/RO/106**

| International application No. |
| --- |
| PCT/US2022/020919 |

This receiving Office has found that, with regard to the presentation of the **text matter of the international application as filed**, the physical requirements are not complied with to the extent that compliance therewith is necessary for:

1. ☐ reasonably uniform international publication (Rules 11 and 26.3(a)(i)) *(defects to be specified)*:

|  |  | Request | Description | Claims | Abstract |
| --- | --- | --- | --- | --- | --- |
| a. | the sheets do not admit of direct reproduction | | ☐ | ☐ | ☐ |
| b. | the element does not commence on a new sheet | | ☐ | ☐ | ☐ |
| c. | sheets are not free from creases, cracks, folds | | ☐ | ☐ | ☐ |
| d. | sheets are not used in the upright position | | ☐ | ☐ | ☐ |
| e. | one side of the sheets is not left unused | | ☐ | ☐ | ☐ |
| f. | the paper of the sheets is not flexible/strong/white/smooth/non-shiny/durable | | ☐ | ☐ | ☐ |
| g. | the sheets are not connected as prescribed (Rule 11.4(b)) | | ☐ | ☐ | ☐ |
| h. | sheets are not A4 size (29.7cm x 21cm) | | ☐ | ☐ | ☐ |
| i. | the minimum margins on the sheets are not as prescribed (top: 2cm; left side: 2.5cm; right side: 2cm; bottom: 2cm) | | ☐ | ☐ | ☐ |
| j. | the file reference number indicated on the sheets does not appear in the left-hand corner of the sheets, within 1.5 cm of the top of the sheets | | ☐ | ☐ | ☐ |
| k. | the file reference number exceeds the maximum of 12 characters | ☐ | | | |
| l. | the sheets of the description, claims and abstract are not numbered in consecutive Arabic numerals | | ☐ | ☐ | ☐ |
| m. | the sheet numbers are not centered at the top or bottom of the sheets | | ☐ | ☐ | ☐ |
| n. | the sheet numbers are in the margin (see i. above for the size of the margins) | | ☐ | ☐ | ☐ |
| o. | the text matter is not typed or printed | | ☐ | ☐ | ☐ |
| p. | the typing on the sheets is not 1½-spaced | | ☐ | ☐ | ☐ |
| q. | the characters in the text matter on the sheets are less than 0.28 cm high in capital letters | | ☐ | ☐ | ☐ |
| r. | the text matter on the sheets is not in dark, indelible color | | ☐ | ☐ | ☐ |
| s. | the element contains drawings | | ☐ | ☐ | ☐ |
| t. | the sheets contain alterations/overwritings/interlineations/too many erasures | | ☐ | ☐ | ☐ |
| u. | the sheets contain photocopy marks | | ☐ | ☐ | ☐ |

2. ☐ satisfactory reproduction (Rules 11 and 26.3(b)(i))

Further observations *(if necessary)*:

Form PCT/RO/106 (Annex B1) (16 September 2012)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-01 | Invitation to Correct Defects

## EXHIBIT PAT-A1

2022-04-01 __ Invitation to Correct Defects.pdf

SHA-256 Hash of Source File:  cdfe48c6926710c09f881d8e79a185be38c70ad72502b7810603d0478ed7aa77

Page: 4 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

|  | International application No. |
|---|---|
| ANNEX C1 TO FORM PCT/RO/106 | PCT/US2022/020919 |

This receiving Office has found that, with regard to the presentation of the **drawings of the international application as filed**, the physical requirements are not complied with to the extent that compliance therewith is necessary for:

1. ☒ reasonably uniform international publication (Rules 11 and 26.3(a)(i)) *(defects to be specified)*:

**Sheets containing drawings:**

|  |  |  |
|---|---|---|
| a. | ☐ | the sheets do not admit of direct reproduction |
| b. | ☐ | the sheets are not free from creases, cracks, folds |
| c. | ☐ | one side of the sheets is not left unused |
| d. | ☐ | the paper of the sheets is not flexible/strong/white/smooth/non-shiny/durable |
| e. | ☐ | the drawings do not commence on a new sheet |
| f. | ☐ | the sheets are not connected as prescribed (Rule 11.4(b)) |
| g. | ☐ | the sheets are not A4 size (29.7cm x 21cm) |
| h. | ☐ | the minimum margins on the sheets are not as prescribed (top: 2.5cm; left side: 2.5cm; right side: 1.5cm, bottom: 1cm) |
| i. | ☐ | the file reference number indicated on the sheets does not appear in the left-hand corner of the sheets, within 1.5cm of the top of the sheets |
| j. | ☐ | the file reference number exceeds the maximum of 12 characters |
| k. | ☐ | the sheets are not free from frames around usable or used surfaces |
| l. | ☐ | the sheets are not numbered in consecutive Arabic numerals (e.g. 1/3, 2/3, 3/3) |
| m. | ☐ | the sheet numbers are not centered at the top or bottom of the sheets |
| n. | ☐ | the sheet numbers are in the margin (see h. above for the size of the margins) |
| o. | ☐ | the sheets contain alterations/overwritings/interlineations/too many erasures |
| p. | ☐ | the sheets contain photocopy marks |

**Drawings (Rule 11.13):**

|  |  |  |
|---|---|---|
| a. | ☒ | do not admit of direct reproduction |
| b. | ☐ | contain unnecessary text matter |
| c. | ☐ | contain words so placed as to prevent translation without interference with lines thereof |
| d. | ☒ | are not executed in durable black color;  the lines are not uniformly thick and well-defined |
| e. | ☐ | contain cross-sections not properly hatched |
| f. | ☒ | would not be properly distinguishable in reduced reproduction |
| g. | ☐ | contain scales not represented graphically |
| h. | ☒ | contain numbers, letters and reference lines lacking simplicity and clarity |
| i. | ☐ | contain lines drafted without the aid of drafting instruments |
| j. | ☐ | contain disproportionate elements of a figure not necessary for clarity |
| k. | ☒ | contain numbers and letters of height less than 0.32 cm |
| l. | ☐ | contain letters not conforming to the Latin, and where customary, Greek alphabets |
| m. | ☐ | contain figures on two or more sheets which form a single complete figure but which are not able to be assembled without concealing parts thereof |
| n. | ☐ | contain figures which are not properly arranged and clearly separated |
| o. | ☐ | contain different figures not numbered in consecutive Arabic numerals |
| p. | ☐ | contain different figures not numbered independently of the numbering of the sheets |
| q. | ☐ | are not restricted to reference signs mentioned in the description |
| r. | ☐ | do not contain reference signs that are mentioned in the description |
| s. | ☐ | contain the same feature denoted by different reference signs |
| t. | ☐ | are not arranged in an upright position, clearly separated from one another |
| u. | ☐ | are not presented sideways with the top of the figures at the left side of the sheets |

2. ☐ satisfactory reproduction (Rules 11 and 26.3(b)(i))

Further observations *(if necessary)*:

Form PCT/RO/106 (Annex C1) (16 September 2012)

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 89**

# 2022 · 04-01 | Notification Concerning Prescribed Fees
## EXHIBIT PAT-A1

2022-04-01__Notification Concerning Prescribed Fees.pdf

SHA-256 Hash of Source File:  a6d8f6aab68d27938c602685448cc1bbd13a97999f844f7d6c92a729e7f6ad9e

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

## PATENT COOPERATION TREATY

From the RECEIVING OFFICE

**PCT**

To:
AMANDA PROSE
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 SOUTH EIGHTH STREET, SUITE 1100
MINNEAPOLIS, MINNESOTA 55402

NOTIFICATION CONCERNING PAYMENT
OF PRESCRIBED FEES

(PCT Rules 12*bis*.1(c), 14, 15 and 16
and Administrative Instructions,
Sections 304, 323(b) and 707)

| | |
|---|---|
| Date of mailing *(day/month/year)* | **01 Apr 2022** |

| Applicant's or agent's file reference | **PAYMENT DUE** |
|---|---|
| G185-0001WO1 | see item 3 for time limits |

| International application No. | International filing date/Date of receipt *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US2022/020919 | 18 Mar 2022 | 19 Mar 2021 |

Applicant
GUERTIN, MATTHEW

1. The applicant is hereby notified that this receiving Office has received:

   ☒ **the payment** of all the prescribed fees, and    ☐ **an overpayment**, which will be refunded in due course.

   ☐ **no or insufficient payment** of the prescribed fees and the applicant is hereby    **invited to pay the balance due**, as summarized under item 2, within the time limit(s) indicated under item 3.

2. **Fees and payment calculation:**

   | 2,521.00 | ... | 2,521.00 | = | 0.00 |
   |---|---|---|---|---|
   | Total fees payable | | Amount paid | | Balance |

   ☐ The details of the calculation are given in the Annex.

3. **Time limit(s) for payment and amount(s) payable (Rules 14.1, 15.3 and 16.1(f)):**

   ☐ within ONE MONTH from the date of receipt of the international application (**for the transmittal fee** (if any), **the search fee** and **the international filing fee**). The amount payable for each fee is the amount applicable on the date of receipt of the international application.

   ☐ within 16 MONTHS from the priority date (only for the fee for priority document). The applicant's attention is drawn to the fact that the request made by the applicant under Rule 17.1(b) will be considered not to have been made unless the fee is paid within that time limit.

4. Additional observations *(if necessary)*:

   ☐ The search copy will not be transmitted to the International Searching Authority until the search fee is paid (therefore the start of the international search will be delayed) (Rule 23.1(a) and (b)).

| Name and mailing address of the receiving Office | Authorized officer |
|---|---|
| Mail Stop PCT, Commissioner for Patents<br>P.O. Box 1450, Alexandria, VA 22313-1450 | Henry Jefferson |
| Facsimile No.  571-273-8300 | Telephone No.  (571)-272-7194 |

Form PCT/RO/102  (July 2015)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 90**

# 2022 · 04-01 | Notification Concerning Prescribed Fees

## EXHIBIT PAT-A1

ANNEX TO FORM PCT/RO/102
CALCULATION OF THE PRESCRIBED FEES
*(If a reduced fee has been applied, the reduced amount is indicated.)*

International application No.
PCT/US2022/020919

**T  Transmittal Fee**

| | | |
|---|---|---|
| Prescribed amount: | 65.00 | T  ☒ correct amount |
| Amount paid: | 65.00 | ☐ overpayment |
| Balance: | 0.00 | ☐ balance due |

**S  Search Fee**

| | | |
|---|---|---|
| Prescribed amount: | 1,011.00 | S  ☒ correct amount |
| Amount paid: | 1,011.00 | ☐ overpayment |
| Balance: | 0.00 | ☐ balance due |

**I  International Filing Fee**

Prescribed amount:

Fixed amount for first 30 sheets: . . . . . . .   1,221.00   i1

14  x   16.00   =   224.00   i2

Number of sheets    Fee per sheet
in excess of 30
*(excluding pages referred
to in Section 707(a-bis))*

Reduction where the international application is filed

*(See PCT Fee tables http://www.wipo.int/pct/en/fees.pdf):*

in electronic form, the request not being in
character coded format . . . . . . . . . .   0.00   r

or

in electronic form, the request being in character
coded format . . . . . . . . . . . . . . .   0.00   r

or

in electronic form, the request, description,
claims and abstract being in character coded
format . . . . . . . . . . . . . . . . . .   0.00   r

Sub-total: . . . . . . . . . . . . . . . =   1,445.00   i1+i2-r

*Applicants from certain States are entitled to a reduction of 90% of the*
*international filing fee. Where the applicant is (or all applicants are) so*
*entitled, the total to be entered at I is 10% of the sub-total entered at*   =   1,445.00   I  ☒ correct amount
*(i1+i2-r); (see Notes to the Fee Calculation Sheet as annexed to the*   —   1,445.00   ☐ overpayment
*Request Form, PCT/RO/101, for details):* . . . . . . . . . . .
Amount paid:   0.00   ☐ balance due

Balance:

**P  Fee for Priority Document**

| | | |
|---|---|---|
| Prescribed amount: | 0.00 | P  ☒ correct amount |
| Amount paid: | 0.00 | ☐ overpayment |
| Balance: | 0.00 | ☐ balance due |

**ES  Fee for Earlier Search Documents**

| | | |
|---|---|---|
| Prescribed amount: | 0.00 | ES  ☐ correct amount |
| Amount paid: | 0.00 | ☐ overpayment |
| Balance: | 0.00 | ☐ balance due |

Form PCT/RO/102 (Annex) (July 2017)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 91

# 2022 · 04-01 | Notification of IA and Filing Date

## EXHIBIT PAT-A1

2022-04-01__Notification of IA and Filing Date.pdf

SHA-256 Hash of Source File: fc2cff2510774d07fe59112e0fdc5d1d41405487678e581e3069208ad454d2ae

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## PATENT COOPERATION TREATY

From the RECEIVING OFFICE

**PCT**

To:
AMANDA PROSE
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 SOUTH EIGHTH STREET, SUITE 1100
MINNEAPOLIS, MINNESOTA 55402

NOTIFICATION OF THE INTERNATIONAL
APPLICATION NUMBER AND OF THE
INTERNATIONAL FILING DATE

(PCT Rule 20.2(c))

Confirmation No: 6222

| | |
|---|---|
| | Date of mailing *(day/month/year)* 01 Apr 2022 |
| Applicant's or agent's file reference G185-0001WO1 | **IMPORTANT NOTIFICATION** |

| International application No. PCT/US2022/020919 | International filing date *(day/month/year)* 18 Mar 2022 | Priority date *(day/month/year)* 19 Mar 2021 |
|---|---|---|

Applicant
GUERTIN, MATTHEW

Title of the invention   MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

1. The applicant is hereby notified that the international application has been accorded the international application number and the international filing date indicated above.

2. The applicant is further notified that the record copy of the international application:

☒ was transmitted to the International Bureau on _____ 01 Apr 2022 _____ .

☐ has not yet been transmitted to the International Bureau for the reason indicated below and a copy of this notification has been sent to the International Bureau*:

☐ because the necessary national security clearance has not yet been obtained.

☐ because *(reasons to be specified)*:

\* The International Bureau monitors the transmittal of the record copy by the receiving Office and will notify the applicant (with Form PCT/IB/301) of its receipt. Should the record copy not have been received by the expiration of 14 months from the priority date, the International Bureau will notify the applicant (Rule 22.1(c)).

3. FOREIGN TRANSMITTAL LICENSE INFORMATION              Completed by: HJ _____

☐ Additional license for foreign transmittal not required. This subject matter is covered by a license already granted or the equivalent U.S. national application. Refer to that license for information concerning its scope.

☐ License for foreign transmittal not required. 37 CFR. 5.11(e)(1) or 37 CFR 5.11(e)(2). However, a license may be required for additional subject matter. See 37 CFR 5.15(b).

☒ Foreign transmittal license granted. 35 U.S.C. 184; 37 CFR 5.11 on ____ 31 Mar 2022 ____ :
         (date)

☐ 37 CFR 5.15(a)              ☒ 37 CFR 5.15(b)

| Name and mailing address of the receiving Office | Authorized officer |
|---|---|
| Mail Stop PCT, Commissioner for Patents P.O. Box 1450, Alexandria, VA 22313-1450 | Henry Jefferson |
| Facsimile No.  571-273-8300 | Telephone No. (571)-272-7194 |

Form PCT/RO/105  (July 2008)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 92**

# 2022 · 04-05 | Notification of Receipt of Record Copy

## EXHIBIT PAT-A1

2022-04-05__Notification of Receipt of Record Copy.pdf

SHA-256 Hash of Source File: 1a22ea0411002479bb0295157b54679a9b12fa80fe086e334d43a2a9b3e784da

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

**PATENT COOPERATION TREATY**          PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION OF RECEIPT OF
RECORD COPY

(PCT Rule 24.2(a))

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)*<br>05 April 2022 (05.04.2022) | **IMPORTANT NOTIFICATION** |
|---|---|
| Applicant's or agent's file reference<br>G185-0001WO1 | International application No.<br>PCT/US2022/020919 |

The applicant is hereby **notified** that the International Bureau has received the record copy of the international application as detailed below.

Name(s) of the applicant(s) and State(s) for which they are applicants:

GUERTIN, Matthew (all designated States)

| | |
|---|---|
| International filing date: | 18 March 2022 (18.03.2022) |
| Priority date(s) claimed: | 19 March 2021 (19.03.2021) |
| Date of receipt of the record copy by the International Bureau: | 02 April 2022 (02.04.2022) |

List of designated Offices:

**AP:** BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW
**EA:** AM, AZ, BY, KG, KZ, RU, TJ, TM
**EP:** AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR
**OA:** BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG
**National:** AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, IT, JM, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW

**ATTENTION:** The applicant should carefully check the data appearing in this Notification. In case of any discrepancy between these data and the indications in the international application, the applicant should immediately inform the International Bureau. **In addition, the applicant's attention is drawn to:**

- time limits for entry into the national phase (see www.wipo.int/pct/en/texts/time_limits.html and *PCT Applicant's Guide*, National Phase, especially Chapters 3 and 4)
- requirements regarding priority documents (if applicable) (see *PCT Applicant's Guide*, International Phase, paragraph 5.070)

A copy of this Notification is being sent to the receiving Office and to the International Searching Authority.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Lee Yun-Joo<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/301 (revised January 2020)          1/TWW3N6E6W7PS90

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 93**

# 2022 · 04-05 | PCT IB 301

## EXHIBIT PAT-A1

2022-04-05__PCT IB 301.pdf

SHA-256 Hash of Source File: 4f590f2417a40a7606c5bdab62473e35c52cc65fa27bcfb586c650e5e3a2ae2c

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

---

**PATENT COOPERATION TREATY**

PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION OF RECEIPT OF
RECORD COPY

(PCT Rule 24.2(a))

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)*<br>05 April 2022 (05.04.2022) | **IMPORTANT NOTIFICATION** |
|---|---|
| Applicant's or agent's file reference<br>G185-0001WO1 | International application No.<br>PCT/US2022/020919 |

The applicant is hereby **notified** that the International Bureau has received the record copy of the international application as detailed below.

Name(s) of the applicant(s) and State(s) for which they are applicants:

GUERTIN, Matthew (all designated States)

| | |
|---|---|
| International filing date: | 18 March 2022 (18.03.2022) |
| Priority date(s) claimed: | 19 March 2021 (19.03.2021) |
| Date of receipt of the record copy by the International Bureau: | 02 April 2022 (02.04.2022) |

List of designated Offices:

**AP:** BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW
**EA:** AM, AZ, BY, KG, KZ, RU, TJ, TM
**EP:** AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR
**OA:** BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG
**National:** AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, IT, JM, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW

**ATTENTION:** The applicant should carefully check the data appearing in this Notification. In case of any discrepancy between these data and the indications in the international application, the applicant should immediately inform the International Bureau. **In addition, the applicant's attention is drawn to:**

- time limits for entry into the national phase (see www.wipo.int/pct/en/texts/time_limits.html and *PCT Applicant's Guide*, National Phase, especially Chapters 3 and 4)
- requirements regarding priority documents (if applicable) (see *PCT Applicant's Guide*, International Phase, paragraph 5.070)

A copy of this Notification is being sent to the receiving Office and to the International Searching Authority.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Lee Yun-Joo<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/301 (revised January 2020)      1/TWW3N6E6W7PS90

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 94**

2022-04-06__Notification Concerning Submission.pdf

SHA-256 Hash of Source File:  6cf905df2159807e1015ea43b228a5e4b8a947d9c2fd61a0b0a5f94c5ca5ce5d

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

### PATENT COOPERATION TREATY

PCT/US2022/020919

From the INTERNATIONAL BUREAU

# PCT

NOTIFICATION CONCERNING SUBMISSION,
OBTENTION OR TRANSMITTAL
OF PRIORITY DOCUMENT

(PCT Administrative Instructions, Section 411)

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>06 April 2022 (06.04.2022) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTIFICATION** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) |
| International publication date *(day/month/year)*<br>**Not yet published** | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |
| Applicant<br>GUERTIN, Matthew | |

The applicant is hereby notified of the date of receipt (or of obtaining by the International Bureau) of the priority document(s) relating to all earlier application(s) whose priority is claimed. Unless otherwise indicated by the letters "NR", in the right-hand column or by an asterisk appearing next to the date of receipt, **the priority document concerned was submitted or transmitted to or obtained by the International Bureau in compliance with Rule 17.1(a), (b) or (b-*bis*)**. This Form replaces any previously issued notification concerning submission, transmittal or obtaining of priority documents.

| Priority date | Priority application No. | Country or regional Office<br>or PCT receiving Office | Date of receipt<br>of priority document |
|---|---|---|---|
| 19 March 2021 (19.03.2021) | 63/163,135 | US | 02 April 2022 (02.04.2022) |

The letters "NR" denote a priority document which, on the date of mailing of this Form, had not yet been received or obtained by the International Bureau in compliance with Rule 17.1(a), (b) or (b-*bis*). Where the applicant has failed to either submit, request to prepare and transmit, or to request the International Bureau to obtain the priority document within the applicable time limit under that Rule, the attention of the applicant is directed to Rule 17.1(c) which provides that no designated Office may disregard the priority claim concerned before giving the applicant an opportunity, upon entry into the national phase, to furnish the priority document within a time limit which is reasonable under the circumstances.

An asterisk "*" next to a date of receipt, denotes a priority document submitted or transmitted to or obtained by the International Bureau but not in compliance with Rule 17.1(a), (b) or (b-*bis*) (the priority document was received after the time limit prescribed in Rule 17.1(a); the request to prepare and transmit the priority document was submitted to the receiving Office after the applicable time limit under Rule 17.1(b) or the request to the International Bureau to obtain the priority document was made after the applicable time limit under Rule 17.1(b-*bis*)). Even though the priority document was not furnished in compliance with Rule 17.1(a), (b) or (b-*bis*), the International Bureau will nevertheless transmit a copy of the document to the designated Offices, for their consideration. In case such a copy is not accepted by the designated Office as the priority document, Rule 17.1(c) provides that no designated Office may disregard the priority claim concerned before giving the applicant an opportunity, upon entry into the national phase, to furnish the priority document within a time limit which is reasonable under the circumstances.

| | |
|---|---|
| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Sun Hwa Lee<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |

Form PCT/IB/304 (revised January 2020)                                                                I/QZS52T34HNCJN0

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-06 | PCT IB 304

## EXHIBIT PAT-A1

2022-04-06__PCT IB 304.pdf

SHA-256 Hash of Source File: 95aeef1db484df6565f36ffc5607d650b07d89417afcd176000dc6a09854285c

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

**PATENT COOPERATION TREATY**    PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION CONCERNING SUBMISSION,
OBTENTION OR TRANSMITTAL
OF PRIORITY DOCUMENT

(PCT Administrative Instructions, Section 411)

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>06 April 2022 (06.04.2022) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTIFICATION** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) |
| International publication date *(day/month/year)*<br>**Not yet published** | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |
| Applicant | GUERTIN, Matthew |

The applicant is hereby notified of the date of receipt (or of obtaining by the International Bureau) of the priority document(s) relating to all earlier application(s) whose priority is claimed. Unless otherwise indicated by the letters "NR", in the right-hand column or by an asterisk appearing next to the date of receipt, **the priority document concerned was submitted or transmitted to or obtained by the International Bureau in compliance with Rule 17.1(a), (b) or (b-*bis*).** This Form replaces any previously issued notification concerning submission, transmittal or obtaining of priority documents.

| Priority date | Priority application No. | Country or regional Office<br>or PCT receiving Office | Date of receipt<br>of priority document |
|---|---|---|---|
| 19 March 2021 (19.03.2021) | 63/163,135 | US | 02 April 2022 (02.04.2022) |

The letters "NR" denote a priority document which, on the date of mailing of this Form, had not yet been received or obtained by the International Bureau in compliance with Rule 17.1(a), (b) or (b-*bis*). Where the applicant has failed to either submit, request to prepare and transmit, or to request the International Bureau to obtain the priority document within the applicable time limit under that Rule, the attention of the applicant is directed to Rule 17.1(c) which provides that no designated Office may disregard the priority claim concerned before giving the applicant an opportunity, upon entry into the national phase, to furnish the priority document within a time limit which is reasonable under the circumstances.

An asterisk "*" next to a date of receipt, denotes a priority document submitted or transmitted to or obtained by the International Bureau but not in compliance with Rule 17.1(a), (b) or (b-*bis*) (the priority document was received after the time limit prescribed in Rule 17.1(a); the request to prepare and transmit the priority document was submitted to the receiving Office after the applicable time limit under Rule 17.1(b) or the request to the International Bureau to obtain the priority document was made after the applicable time limit under Rule 17.1(b-*bis*)). Even though the priority document was not furnished in compliance with Rule 17.1(a), (b) or (b-*bis*), the International Bureau will nevertheless transmit a copy of the document to the designated Offices, for their consideration. In case such a copy is not accepted by the designated Office as the priority document, Rule 17.1(c) provides that no designated Office may disregard the priority claim concerned before giving the applicant an opportunity, upon entry into the national phase, to furnish the priority document within a time limit which is reasonable under the circumstances.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>    Sun Hwa Lee<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/304 (revised January 2020)        I/QZS52T34HNCJN0

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-07 | IDS-11577177

EXHIBIT PAT-A1

2022-04-07__IDS-11577177.pdf

SHA-256 Hash of Source File: 4ff98e86a83d41c84b26da412c54961f137d30138dceb9a4cb266ddf616622e9

Page: 1 of 5    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

## U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

## U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190086996 | A1 | 2019-03-21 | Bahrami et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 110755807 | CN | A | 2020-02-07 | GUANGZHOU ZHUOYUAN VIRTUAL REALITY TECH CO LTD | English Machine Translation | ☒ |
| | 2 | 104740829 | CN | A | 2015-07-01 | SONG LITAO | English Machine Translation | ☒ |
| | 3 | 108211220 | CN | A | 2018-06-29 | WANG YUNXIANG | English Machine Translation | ☒ |

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 97

# 2022 · 04-07 | IDS-11577177

### EXHIBIT PAT-A1

<table>
<tr><td rowspan="2"><b>INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT</b><br>( <b>Not for submission under 37 CFR 1.99</b>)</td><td>Application Number</td><td>17698420</td></tr>
<tr><td>Filing Date</td><td>2022-03-18</td></tr>
<tr><td></td><td>First Named Inventor</td><td>Matthew Guertin</td></tr>
<tr><td></td><td>Art Unit</td><td>3784</td></tr>
<tr><td></td><td>Examiner Name</td><td></td></tr>
<tr><td></td><td>Attorney Docket Number</td><td>G185.0001US1</td></tr>
</table>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 208641720 | CN | U | 2019-03-26 | CHENGDU FANTASY VISUAL ARTS ENTERTAINMENT INC | English Machine Translation | ☒ |
| 5 | 105396261 | CN | A | 2016-03-16 | LIU SHIDONG | English Machine Translation | ☒ |
| 6 | 105879305 | CN | B | 2018-02-02 | HEFEI INST PHYSICAL SCI CAS | English Machine Translation | ☒ |
| 7 | 108114405 | CN | B | 2020-03-17 | HEFEI INST PHYSICAL SCI CAS | English Machine Translation | ☒ |
| 8 | 108379781 | CN | A | 2018-08-10 | QINGDAO YINGPAIKE SMART FITNESS TECH CO LTD | English Machine Translation | ☒ |
| 9 | 110124276 | CN | A | 2019-08-16 | BEIJING 7INVENSUN TECH CO LTD | English Machine Translation | ☒ |
| 10 | 110180128 | CN | A | 2019-08-30 | TIANJIN YUNCHOU TIANXIA TECH CO LTD | English Machine Translation | ☒ |
| 11 | 206209595 | CN | U | 2017-05-31 | WU LONGWEI | English Machine Translation | ☒ |
| 12 | 10-1571361 | KR | B1 | 2015-11-24 | Choeung Sports Co., Ltd. | English Machine Translation | ☒ |
| 13 | 10-2001966 | KR | B1 | 2019-10-01 | UNIV INHA RES & BUSINESS FOUND | English Machine Translation | ☒ |

| If you wish to add additional Foreign Patent Document citation information please click the Add button |
|---|
| **NON-PATENT LITERATURE DOCUMENTS** |

EFS Web 2.1.17

<b>Url 1:</b> link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
<b>Url 2:</b> MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
<b>Url 3:</b> Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
<b>Url 4:</b> drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 98**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 04-07 | IDS-11577177
### EXHIBIT PAT-A1

2022-04-07__IDS-11577177.pdf

SHA-256 Hash of Source File: 4ff98e86a83d41c84b26da412c54961f137d30138dceb9a4cb266ddf616622e9

Page: 3 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 99**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 04-07 | IDS-11577177
### EXHIBIT PAT-A1

2022-04-07__IDS-11577177.pdf

SHA-256 Hash of Source File: 4ff98e86a83d41c84b26da412c54961f137d30138dceb9a4cb266ddf616622e9

Page: 4 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-04-07 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-07 | IDS-11577177
### EXHIBIT PAT-A1

2022-04-07__IDS-11577177.pdf

SHA-256 Hash of Source File: 4ff98e86a83d41c84b26da412c54961f137d30138dceb9a4cb266ddf616622e9

Page: 5 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 04-07 | Receipt-11577177

### EXHIBIT PAT-A1

<u>2022-04-07__Receipt-11577177.pdf</u>

SHA-256 Hash of Source File: e0b645a89a10f658776c02c99d4197baab508323551f86b4905e250464e5458c

Page: 1 of 6     [ <u>source file</u> ]     [ <u>.ots timestamp of source file</u> ]     [ <u>metadata</u> ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45423223 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Filer Authorized By:** | Amanda Morgan Prose |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 07-APR-2022 |
| **Filing Date:** | 18-MAR-2022 |
| **Time Stamp:** | 18:05:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Form (SB08) | 2022-04-07_IDS.pdf | 74127<br>4a5e2107d4d3fca6bca98a7dc16b115fb90c87a9 | no | 5 |

**Warnings:**

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 102**

# 2022 · 04-07 | Receipt-11577177

## EXHIBIT PAT-A1

2022-04-07__Receipt-11577177.pdf

SHA-256 Hash of Source File: e0b645a89a10f658776c02c99d4197baab508323551f86b4905e250464e5458c

Page: 2 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Information: | | | | | |
|---|---|---|---|---|---|
| This is not an USPTO supplied IDS fillable form | | | | | |
| 2 | Foreign Reference | CN110755807A.pdf | 1573465 ee2518cd9502443df9f37084364a0f91e35d865 | no | 11 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Foreign Reference | CN110755807A_English.pdf | 1092640 8db6d6fd39393ff0607634d73aa4565b060df2c0 | no | 11 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Foreign Reference | CN104740829A.pdf | 3144333 1c87c85c32e3c7e42d80882b4cbe7183c87e3909 | no | 15 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Foreign Reference | CN104740829A_English.pdf | 1984378 6859175881a3651bcaa0d4bc92af8a2f61f33dd6 | no | 15 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Foreign Reference | CN108211220A.pdf | 2447312 44920b5c17b208e088505d27c4220c645914ce05 | no | 18 |
| Warnings: | | | | | |
| Information: | | | | | |
| 7 | Foreign Reference | CN108211220A_English.pdf | 7068078 04716b0c9ac38203397715621604d19dfc4e82fc | no | 18 |
| Warnings: | | | | | |
| Information: | | | | | |
| 8 | Foreign Reference | CN208641720U.pdf | 1066460 b0365c6416ccf42d811a8a2d8e2cacd7bbcd6177 | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 103**

# 2022 · 04-07 | Receipt-11577177
## EXHIBIT PAT-A1

2022-04-07__Receipt-11577177.pdf

SHA-256 Hash of Source File:  e0b645a89a10f658776c02c99d4197baab508323551f86b4905e250464e5458c

Page: 3 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| 9 | Foreign Reference | CN208641720U_English.pdf | 2169059 45122bd46883aa84d1d79f7308b1f25a3a95120e | no | 9 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Foreign Reference | CN105396261A.pdf | 1221137 8478ea1c4284860c828bad4b0f9456a77d540005 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Foreign Reference | CN105396261A_English.pdf | 1045397 f05e954274d376b0fc22ae32beca123a597d50a5 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Foreign Reference | CN105879305B.pdf | 1028757 e31b1696aa0cc69876457588ed7b0468e6956e15 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Foreign Reference | CN105879305B_English.pdf | 1505578 27daa2a88764a5e33dc28a00c766f86214d32375 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | Foreign Reference | CN108114405B.pdf | 916798 be08b71b777c323da4f10038323f0950fa7d57d0 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Foreign Reference | CN108114405B_English.pdf | 616957 6361f945ccf4365b5153dd81e359b0038cf3cee6 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 104**

# 2022 · 04-07 | Receipt-11577177
## EXHIBIT PAT-A1

2022-04-07__Receipt-11577177.pdf

SHA-256 Hash of Source File:  e0b645a89a10f658776c02c99d4197baab508323551f86b4905e250464e5458c

Page: 4 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| | | | | | |
|---|---|---|---|---|---|
| 16 | Foreign Reference | CN108379781A.pdf | 1002689 <br><br> 156d4490a055864aa861dfa41f21d3fad14c3eae | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 17 | Foreign Reference | CN108379781A_English.pdf | 737939 <br><br> 94b70120289751901efc79d19b67328c05ee4ce1 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 18 | Foreign Reference | CN110124276A.pdf | 1702354 <br><br> 224cd6884f046c2ac8e35bc3b1c45791cdd6805b | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 19 | Foreign Reference | CN110124276A_English.pdf | 1259886 <br><br> 921103c9a2149376a25a06e560462767b9b81665 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 20 | Foreign Reference | CN110180128A.pdf | 1051561 <br><br> f325dc9f439bb907dc6a7df5f20847591ef6a96f | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 21 | Foreign Reference | CN110180128A_English.pdf | 834471 <br><br> df2a1741e11a6c28c636c7189027f070d3525fab | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 22 | Foreign Reference | CN206209595U.pdf | 2911218 <br><br> 3ce0801f736e01ef58f425392bbade8aafc9e2b6 | no | 20 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 105

# 2022 · 04-07 | Receipt-11577177
## EXHIBIT PAT-A1

2022-04-07__Receipt-11577177.pdf

SHA-256 Hash of Source File:  e0b645a89a10f658776c02c99d4197baab508323551f86b4905e250464e5458c

Page: 5 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| 23 | Foreign Reference | CN206209595U_English.pdf | 6434460 a41be740af471248807c1ab64a4825f7f9b3a5af | no | 20 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 24 | Foreign Reference | KR10-1571361B1.pdf | 1365409 6f47edd0d1c0a38c75df10ebaf16ada90a40d929 | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 25 | Foreign Reference | KR10-1571361B1_English.pdf | 2615178 8ee3c6ae0eba654398af4678d52cf17a26bd02af | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 26 | Foreign Reference | KR10-2001966B1.pdf | 1358293 6fc5df50f55a396da3b593ce1dee8c6c6dcaafad | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 27 | Foreign Reference | KR10-2001966B1_English.pdf | 1217923 5b5ae38f59caf74610cdc937e984e6662693f18 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 49445857 | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 106

# 2022 · 04-07 | Receipt-11577177

EXHIBIT PAT-A1

2022-04-07__Receipt-11577177.pdf

SHA-256 Hash of Source File:  e0b645a89a10f658776c02c99d4197baab508323551f86b4905e250464e5458c

Page: 6 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 107**

# 2022 · 04-08 | Notification of Receipt of Search Copy

## EXHIBIT PAT-A1

2022-04-08__Notification of Receipt of Search Copy.pdf

SHA-256 Hash of Source File: 3c6508a65c3d538e60b4f031f3affa4561963bff916831808b94fae57787276f

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

PCT/US2022/020919

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To:
PROSE, Amanda

WESTMAN, CHAMPLIN & KOEHLER, P.A. 121 South
Eighth Street, Suite 1100 Minneapolis, Minnesota 55402
USA

## PCT

**NOTIFICATION OF RECEIPT
OF SEARCH COPY**

**(PCT Rule 25.1)**

| | |
|---|---|
| Date of mailing *(day/month/year)* | 08 April 2022 (08.04.2022) |

| Applicant's or agent's file reference G185-0001WO1 | **IMPORTANT NOTIFICATION** |
|---|---|

| International application No. **PCT/US2022/020919** | International filing date *(day/month/year)* 18 March 2022 (18.03.2022) | Priority date *(day/month/year)* 19 March 2021 (19.03.2021) |
|---|---|---|

Applicant
**GUERTIN, Matthew**

1. **Where the International Searching Authority and the receiving Office are not the same Office:**
The applicant is hereby notified that the search copy of the international application was received by this International Searching Authority on the date indicated below.

   **Where the International Searching Authority and the receiving Office are the same Office:**
   The applicant is hereby notified that the search copy of the international application was received on the date indicated below.

   **08 April 2022 (08.04.2022)**      *(date of receipt)*

2. ☐ The search copy was accompanied by a nucleotide and/or amino acid sequence listing in the form of an Annex C/ST.25 text file under PCT Rule 13ter.1(a) for the purposes of international search only.

3. ☐ The search copy contained a nucleotide and/or amino acid sequence listing in the form of an Annex C/ST.25 text file forming part of the ternational application as filed.

4. **Time limit for establishment of international search report and written opinion of the International Searching Authority**
The applicant is informed that the time limit for establishing the international search report and the written opinion of the International Searching Authority  is three months from the date of receipt indicated above or nine months from the priority date, whichever time limit expires later (Rules 42.1 and 43bis.1(a)).

   A copy of this Notification has been sent to the International Bureau and, where the first sentence of paragraph 1 applies, to the receiving Office.

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| International Application Division Korean Intellectual Property Office 189 Cheongsa-ro, Seo-gu, Daejeon, 35208, Republic of Korea | COMMISSIONER |
| Facsimile No.  82-42-481-8578 | Telephone No.  82-42-481-5571  |

Form PCT/ISA/202  (January 2015 )      **44F4L384^**

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 108**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 04-08 | PCT ISA 202
## EXHIBIT PAT-A1

2022-04-08__PCT ISA 202.pdf

SHA-256 Hash of Source File:  3ade8aac663398c48bfbe881237bf5bc46c30785a7eae03af247e6e32db86b28

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

PCT/US2022/020919

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

**PCT**

| To:<br>PROSE, Amanda<br><br>WESTMAN, CHAMPLIN & KOEHLER, P.A. 121 South Eighth Street, Suite 1100 Minneapolis, Minnesota 55402 USA | **NOTIFICATION OF RECEIPT**<br>**OF SEARCH COPY**<br><br>**(PCT Rule 25.1)** |
|---|---|
| | Date of mailing *(day/month/year)*  08 April 2022 (08.04.2022) |

| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTIFICATION** | |
|---|---|---|
| International application No.<br>**PCT/US2022/020919** | International filing date *(day/month/year)*<br>**18 March 2022 (18.03.2022)** | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |

Applicant
**GUERTIN, Matthew**

1.  **Where the International Searching Authority and the receiving Office are not the same Office:**
    The applicant is hereby notified that the search copy of the international application was received by this International Searching Authority on the date indicated below.

    **Where the International Searching Authority and the receiving Office are the same Office:**
    The applicant is hereby notified that the search copy of the international application was received on the date indicated below.

    **08 April 2022 (08.04.2022)** _____     *(date of receipt)*

2.  ☐  The search copy was accompanied by a nucleotide and/or amino acid sequence listing in the form of an Annex C/ST.25 text file under PCT Rule 13ter.1(a) for the purposes of international search only.

3.  ☐  The search copy contained a nucleotide and/or amino acid sequence listing in the form of an Annex C/ST.25 text file forming part of the ternational application as filed.

4.  **Time limit for establishment of international search report and written opinion of the International Searching Authority**
    The applicant is informed that the time limit for establishing the international search report and the written opinion of the International Searching Authority  is three months from the date of receipt indicated above or nine months from the priority date, whichever time limit expires later (Rules 42.1 and 43bis.1(a)).

    A copy of this Notification has been sent to the International Bureau and, where the first sentence of paragraph 1 applies, to the receiving Office.

| Name and mailing address of the ISA/KR<br>International Application Division<br>Korean Intellectual Property Office<br>189 Cheongsa-ro, Seo-gu, Daejeon, 35208, Republic of Korea<br><br>Facsimile No.  82-42-481-8578 | Authorized officer<br><br>COMMISSIONER<br><br>Telephone No.  82-42-481-5571 |
|---|---|

Form PCT/ISA/202  (January 2015 )

44F4L384^

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 109

# 2022 · 04-08 | PCT ISA 202

## EXHIBIT PAT-A1

2022-04-08 __ PCT ISA 202.pdf

SHA-256 Hash of Source File:  3ade8aac663398c48bfbe881237bf5bc46c30785a7eae03af247e6e32db86b28

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

* Attention

The current status of PCT international search can be searched in the following Korean Intellectual Property Office English website.

http://www.kipo.go.kr/en/ => PCT ISA Portal => PCT Status

ID   : PCT international application number
PW : 9-digit password in the lower right corner of the first page.

Inquires related to PCT international search current status can be answered not only KIPO but also through IPKC (Intellectual Property Korea Center), located in Vienna, VA, which functions as a PCT Help Desk for PCT applicants.

Homepage : http://www.ipkcenter.com
Email : ipkc@ipkcenter.com

Notes to Form PCT/ISA/202  (January 2015)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 110

# 2022 · 05-18 | Track One Request Granted
## EXHIBIT PAT-A1

2022-05-18__Track One Request Granted.pdf

SHA-256 Hash of Source File: 6bf98a683d950042a8395c7f5b712dc71f35c7c49d54996434d5e15f565da718

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

27367     7590     05/18/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
|---|
| CENTRAL, DOCKET |

| ART UNIT | PAPER NUMBER |
|---|---|
| OPAP | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/18/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docketing@wck.com
tsorbel@wck.com

PTOL-90A (Rev. 04/07)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 05-18 | Track One Request Granted
## EXHIBIT PAT-A1

2022-05-18   Track One Request Granted.pdf

SHA-256 Hash of Source File:  6bf98a683d950042a8395c7f5b712dc71f35c7c49d54996434d5e15f565da718

Page: 2 of 2       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

| *Decision Granting Request for Prioritized Examination (Track I)* | Application No.<br>17/698,420 | Applicant(s)<br>Guertin, Matthew | |
|---|---|---|---|
| | Examiner<br>APRIL M WISE | Art Unit<br>OPET | AIA (FITF) Status<br>Yes |

1. THE REQUEST FILED <u>18 March 2022</u> IS <u>**GRANTED**</u> .

   The above-identified application has met the requirements for prioritized examination
   A.    ☑ for an original nonprovisional application (Track I).
   B.    ☐ for an application undergoing continued examination (RCE).

2. **The above-identified application will undergo prioritized examination**. The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

   A.    filing a **petition for extension of time** to extend the time period for filing a reply;

   B.    filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims** , or a multiple dependent claim;

   C.    filing a **request for continued examination** ;

   D.    filing a notice of appeal;

   E.    filing a request for suspension of action;

   F.    mailing of a notice of allowance;

   G.    mailing of a final Office action;

   H.    completion of examination as defined in 37 CFR 41.102; or

   I.    abandonment of the application.

   Telephone inquiries with regard to this decision should be directed to undersigned at (571)272-1642.

   In his/her absence, calls may be directed to Petition Help Desk at (571) 272-3282.

| /APRIL M WISE/<br>Paralegal Specialist, Office of Petitions | |
|---|---|

U.S. Patent and Trademark Office
PTO-2298 (Rev. 02-2012)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 112**

# 2022 · 06-24 | Notification of Transmittal of Reports
## EXHIBIT PAT-A1

PCT/US2022/020919

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To:
PROSE, Amanda

WESTMAN, CHAMPLIN & KOEHLER, P.A. 121 South
Eighth Street, Suite 1100 Minneapolis, Minnesota 55402
USA

# PCT

**NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION**

**(PCT Rule 44.1)**

| Date of mailing *(day/month/year)* | 24 June 2022 (24.06.2022) |
|---|---|

| Applicant's or agent's file reference | **FOR FURTHER ACTION**   See paragraphs 1 and 4 below |
|---|---|
| G185-0001WO1 | |

| International application No. | International filing date *(day/month/year)* |
|---|---|
| **PCT/US2022/020919** | **18 March 2022 (18.03.2022)** |

Applicant
**GUERTIN, Matthew**

---

1. ☒   The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):
   **When?**  The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.
   **How?**  Directly to the International Bureau of WIPO preferably through ePCT or on paper to, 34 chemin des Colombettes 1211 Geneva 20, Switzerland, Facsimile No.: +41 22 338 82 70
   **For more detailed instructions,** see *PCT Applicant's Guide*, International Phase, paragraphs 9.004 . 9-011.

2. ☐   The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐   **With regard to any protest** against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:
   ☐   the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.

   ☐   no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. These comments will be made available to the public after international publication. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices. In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months. For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide*, National Chapters.

   Within **22 months** from the priority date, the applicant may request that a supplementary international search be carried out by a different International Searching Authority, that offers this service (Rule 45*bis*.1). The procedure for requesting supplementary international search is described in the *PCT Applicant's Guide*, International Phase, paragraphs 8.006-8.032.

---

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| International Application Division | COMMISSIONER |
| Korean Intellectual Property Office | |
| 189 Cheongsa-ro, Seo-gu, Daejeon, 35208, Republic of Korea | |
| Facsimile No. 82-42-481-8578 | Telephone No. 82-42-481-5571 |

Form PCT/ISA/220  (July 2017)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 113**

# 2022 · 06-24 | Notification of Transmittal of Reports

## EXHIBIT PAT-A1

2022-06-24__Notification of Transmittal of Reports.pdf

SHA-256 Hash of Source File:  904f320ffcb08ed87490d2a244e49c0546881a339abc42ab49551f663ae80b0b

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

\* Attention

Copies of the documents cited in the international search report can be searched in the following Korean Intellectual Property Office English website for six months(expire date : **2022.12.24**   ) from the date of mailing of the international search report.

http://www.kipo.go.kr/en/ => PCT ISA Portal => PCT Status

ID   : PCT international application number

PW :  **44F4L384^**

Inquiries related to PCT International Search Report or Written Opinion prepared by KIPO as an International Searching Authority can be answered not only by KIPO but also through IPKC (Intellectual Property Korea Center), located in Vienna, VA, which functions as a PCT Help Desk for PCT applicants.

Homepage: http://www.ipkcenter.com

Email: ipkc@ipkcenter.com

Notes to Form PCT/ISA/220  (July 2014)

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 114

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 06-24 | Search Report
### EXHIBIT PAT-A1

2022-06-24 __Search Report.pdf

SHA-256 Hash of Source File:  f14b06a5688b301995e91659246d2cd679e26d20ad0a678351993ce33508d11d

Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## PATENT COOPERATION TREATY

# PCT

### INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference **G185-0001WO1** | **FOR FURTHER ACTION** see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|

| International application No. **PCT/US2022/020919** | International filing date (day/month/year) **18 March 2022** | (Earliest) Priority Date (day/month/year) **19 March 2021** |
|---|---|---|

| Applicant | **GUERTIN, Matthew** |
|---|---|

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of __4__ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**
   a. With regard to the **language**, the international search was carried out on the basis of:
   - ☑ the international application in the language in which it was filed.
   - ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).
   b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).
   c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☐ **Certain claims were found unsearchable** (See Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,
   - ☑ the text is approved as submitted by the applicant.
   - ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,
   - ☑ the text is approved as submitted by the applicant.
   - ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,
   a. the figure of the drawings to be published with the abstract is Figure No. __1__
   - ☑ as suggested by the applicant.
   - ☐ as selected by this Authority, because the applicant failed to suggest a figure.
   - ☐ as selected by this Authority, because this figure better characterizes the invention.
   b. ☐ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 06-24 | Search Report
## EXHIBIT PAT-A1

2022-06-24   Search Report.pdf

SHA-256 Hash of Source File:  f14b06a5688b301995e91659246d2cd679e26d20ad0a678351993ce33508d11d

Page: 2 of 4       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

**INTERNATIONAL SEARCH REPORT**

| | |
|---|---|
| | International application No. |
| | **PCT/US2022/020919** |

| | |
|---|---|
| **A.** | **CLASSIFICATION OF SUBJECT MATTER** |

**H04N 5/262**(2006.01)i; **H04N 9/75**(2006.01)i; **H04N 5/06**(2006.01)i; **G03B 15/05**(2006.01)i; **G03B 17/56**(2006.01)i; **A63B 22/02**(2006.01)i; **A63B 22/00**(2006.01)i

According to International Patent Classification (IPC) or to both national classification and IPC

| | |
|---|---|
| **B.** | **FIELDS SEARCHED** |

Minimum documentation searched (classification system followed by classification symbols)

H04N 5/262(2006.01); A61B 6/00(2006.01); A61B 6/04(2006.01); A61M 21/00(2006.01); A63B 22/00(2006.01); A63B 22/02(2006.01); B25J 3/04(2006.01); B25J 9/16(2006.01); G06F 15/16(2006.01)

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Korean utility models and applications for utility models
Japanese utility models and applications for utility models

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

eKOMPASS(KIPO internal) & Keywords: treadmill, turntable, vibration, control, film

| | |
|---|---|
| **C.** | **DOCUMENTS CONSIDERED TO BE RELEVANT** |

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2019-0307982 A1 (NEWTON VR LTD.) 10 October 2019 (2019-10-10) | 17,19,20 |
| Y | paragraphs [0055]-[0271] and figure 14A | 1-13 |
| A | | 14-16,18 |
| Y | KR 10-2020-0091594 A (LEANTECH CMS CO., LTD.) 31 July 2020 (2020-07-31) paragraphs [0016]-[0041] | 1-13 |
| A | US 2017-0129105 A1 (KENNETH DEAN STEPHENS, JR.) 11 May 2017 (2017-05-11) claims 1-10 | 1-20 |
| A | US 2015-0150522 A1 (GEORGE PAPAIOANNOU) 04 June 2015 (2015-06-04) claims 1-10 | 1-20 |

| | |
|---|---|
| ☑ Further documents are listed in the continuation of Box C. | ☑ See patent family annex. |

| | |
|---|---|
| * Special categories of cited documents: | "T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "A" document defining the general state of the art which is not considered to be of particular relevance | |
| "D" document cited by the applicant in the international application | "X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "E" earlier application or patent but published on or after the international filing date | |
| "L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" document referring to an oral disclosure, use, exhibition or other means | |
| "P" document published prior to the international filing date but later than the priority date claimed | "&" document member of the same patent family |

| | |
|---|---|
| Date of the actual completion of the international search | Date of mailing of the international search report |
| **24 June 2022** | **24 June 2022** |
| Name and mailing address of the ISA/KR | Authorized officer |
| **Korean Intellectual Property Office** **189 Cheongsa-ro, Seo-gu, Daejeon** **35208, Republic of Korea** | **YANG, JEONG ROK** |
| Facsimile No. **+82-42-481-8578** | Telephone No. **+82-42-481-5709** |

Form PCT/ISA/210 (second sheet) (July 2019)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 116**

# 2022 · 06-24 | Search Report

## EXHIBIT PAT-A1

2022-06-24    Search Report.pdf

SHA-256 Hash of Source File:  f14b06a5688b301995e91659246d2cd679e26d20ad0a678351993ce33508d11d

Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

**INTERNATIONAL SEARCH REPORT**

| International application No. |
| --- |
| **PCT/US2022/020919** |

**C.    DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| A | KR 10-2021-0023190 A (SO, HO SUNG et al.) 04 March 2021 (2021-03-04) <br> claims 1-10 | 1-20 |

Form PCT/ISA/210 (second sheet) (July 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 06-24 | Search Report

## EXHIBIT PAT-A1

2022-06-24__Search Report.pdf

SHA-256 Hash of Source File:  f14b06a5688b301995e91659246d2cd679e26d20ad0a678351993ce33508d11d

Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

<table>
<tr><td colspan="4"><strong>INTERNATIONAL SEARCH REPORT</strong><br>Information on patent family members</td><td colspan="2">International application No.<br><strong>PCT/US2022/020919</strong></td></tr>
<tr><td colspan="2">Patent document<br>cited in search report</td><td>Publication date<br>(day/month/year)</td><td colspan="2">Patent family member(s)</td><td>Publication date<br>(day/month/year)</td></tr>
<tr><td>US</td><td>2019-0307982  A1</td><td>10 October 2019</td><td>IL</td><td>265092      A</td><td>30 April 2019</td></tr>
<tr><td></td><td></td><td></td><td>WO</td><td>2018-042442  A1</td><td>08 March 2018</td></tr>
<tr><td>KR</td><td>10-2020-0091594  A</td><td>31 July 2020</td><td>KR</td><td>10-2191218  B1</td><td>15 December 2020</td></tr>
<tr><td>US</td><td>2017-0129105  A1</td><td>11 May 2017</td><td>US</td><td>2013-0211587  A1</td><td>15 August 2013</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>2013-0211594  A1</td><td>15 August 2013</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>9573276      B2</td><td>21 February 2017</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>9975248      B2</td><td>22 May 2018</td></tr>
<tr><td>US</td><td>2015-0150522  A1</td><td>04 June 2015</td><td>EP</td><td>2348980      A1</td><td>03 August 2011</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>2010-0098316  A1</td><td>22 April 2010</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>2010-0110075  A1</td><td>06 May 2010</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>2013-0294575  A1</td><td>07 November 2013</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>2017-0049411  A1</td><td>23 February 2017</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>8147139      B2</td><td>03 April 2012</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>8525833      B2</td><td>03 September 2013</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>8770838      B2</td><td>08 July 2014</td></tr>
<tr><td></td><td></td><td></td><td>US</td><td>9289180      B2</td><td>22 March 2016</td></tr>
<tr><td></td><td></td><td></td><td>WO</td><td>2010-044844  A1</td><td>22 April 2010</td></tr>
<tr><td>KR</td><td>10-2021-0023190  A</td><td>04 March 2021</td><td>KR</td><td>10-2300669  B1</td><td>09 September 2021</td></tr>
</table>

Form PCT/ISA/210 (patent family annex) (July 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 118**

# 2022 · 06-24 | Written Opinion
## EXHIBIT PAT-A1

2022-06-24___Written Opinion.pdf

SHA-256 Hash of Source File:  82822bb5f2b3296c5547d680e97279b33df327d2b78747601487ff11a2cfc4ee

Page: 1 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To:
**PROSE, Amanda**

**WESTMAN, CHAMPLIN & KOEHLER, P.A.**
**121 South Eighth Street, Suite 1100**
**Minneapolis, Minnesota 55402**
**USA**

**PCT**

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| | |
|---|---|
| Date of mailing *(day/month/year)* | **24 June 2022** |
| Applicant's or agent's file reference **G185-0001WO1** | **FOR FURTHER ACTION** See paragraph 2 below |
| International application No. **PCT/US2022/020919** | International filing date *(day/month/year)* **18 March 2022** | Priority date *(day/month/year)* **19 March 2021** |

International Patent Classification (IPC) or both national classification and IPC
**H04N 5/262**(2006.01)i; **H04N 9/75**(2006.01)i; **H04N 5/06**(2006.01)i; **G03B 15/05**(2006.01)i;
**G03B 17/56**(2006.01)i; **A63B 22/02**(2006.01)i; **A63B 22/00**(2006.01)i

Applicant
**GUERTIN, Matthew**

1. This opinion contains indications relating to the following items:

   - [✓] Box No. I  Basis of the opinion
   - [ ] Box No. II  Priority
   - [ ] Box No. III  Non-establishment of opinion with regard to novelty, inventive step and industrial applicability
   - [ ] Box No. IV  Lack of unity of invention
   - [✓] Box No. V  Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement
   - [ ] Box No. VI  Certain documents cited
   - [ ] Box No. VII  Certain defects in the international application
   - [✓] Box No. VIII  Certain observations on the international application

2. **FURTHER ACTION**

   If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

   If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

   For further options, see Form PCT/ISA/220.

| Name and mailing address of the ISA/KR | Date of completion of this opinion | Authorized officer |
|---|---|---|
| **Korean Intellectual Property Office** **189 Cheongsa-ro, Seo-gu, Daejeon, 35208** Facsimile No. **+82-42-481-8578** | **24 June 2022** | **YANG, JEONG ROK** Telephone No. **+82-42-481-5709** |

Form PCT/ISA/237 (Cover sheet) (revised January 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 119**

# 2022 · 06-24 | Written Opinion

## EXHIBIT PAT-A1

<table>
<tr><td colspan="2"><b>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY</b></td><td>International application No.<br><b>PCT/US2022/020919</b></td></tr>
</table>

| Box No. I | Basis of the opinion |
| --- | --- |

1. With regard to the **language**, this opinion has been established on the basis of:

   [✓] the international application in the language in which it was filed.

   [ ] a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. [ ] This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(b)).

3. [ ] With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing:

   a. [ ] forming part of the international application as filed:

      [ ] in the form of an Annex C/ST.25 text file.

      [ ] on paper or in the form of an image file.

   b. [ ] furnished together with the international application under PCT Rule 13*ter*.1(a) for the purposes of international search only in the form of an Annex C/ST.25 text file.

   c. [ ] furnished subsequent to the international filing date for the purposes of international search only:

      [ ] in the form of an Annex C/ST.25 text file (Rule 13*ter*.1(a)).

      [ ] on paper or in the form of an image file (Rule 13*ter*.1(b) and Administrative Instructions, Section 713).

4. [ ] In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that forming part of the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (revised January 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 120**

# 2022 · 06-24 | Written Opinion

## EXHIBIT PAT-A1

[2022-06-24__Written Opinion.pdf](#)

SHA-256 Hash of Source File: 82822bb5f2b3296c5547d680e97279b33df327d2b78747601487ff11a2cfc4ee

Page: 3 of 5　　[ source file ]　　[ .ots timestamp of source file ]　　[ metadata ]

<table>
<tr><td colspan="4" align="center"><b>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY</b></td><td colspan="2">International application No.<br><br><b>PCT/US2022/020919</b></td></tr>
</table>

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement |
|---|---|

1. Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Claims | 1-20 | YES |
| | Claims | NONE | NO |
| Inventive step (IS) | Claims | 14-16,18 | YES |
| | Claims | 1-13,17,19-20 | NO |
| Industrial applicability (IA) | Claims | 1-20 | YES |
| | Claims | NONE | NO |

2. Citations and explanations :

Reference is made to the following documents:

D1: US 2019-0307982 A1 (NEWTON VR LTD.) 10 October 2019
D2: KR 10-2020-0091594 A (LEANTECH CMS CO., LTD.) 31 July 2020
D3: US 2017-0129105 A1 (KENNETH DEAN STEPHENS, JR.) 11 May 2017
D4: US 2015-0150522 A1 (GEORGE PAPAIOANNOU) 04 June 2015
D5: KR 10-2021-0023190 A (SO, HO SUNG et al.) 04 March 2021

I. Novelty and Inventive Step (PCT Article 33(2) and (3))

1. Claims 1-13

1.1. Claim 1

D1, which is considered to be the closest prior art to the subject matter of claim 1, discloses a motorized treadmill comprising: a linear treadmill belt located on a rotatable surface; and a base upon which a user may walk in all directions with the user's motion uninhibited, wherein the base includes a surface, on which the user contacts the base, with an underlying support (see paragraphs [0180], [0201], [0218] and figure 14A).

Claim 1 differs from D1 in one or more sources of vibration for providing selected vibration to one or more locations on a belt. However, the different feature can be easily derived from the feature of D2 considering a plurality of vertically driven cylinders that allow vibration to be transmitted to specific positions of the treadmill (see paragraphs [0018]-[0019]).

Therefore, claim 1 is considered to lack an inventive step over a combination of D1, D2.

1.2. Claims 2-13

The additional feature of claim 2 can be easily derived from the feature of D2 considering that a control unit controls the operation of the vibrating treadmill (see paragraph [0018]).

The additional feature of claim 3 can be easily derived from the feature of D2 considering that the vertical motion part for generating vibration of the treadmill includes a vertical drive cylinder, an elastic body, and a support plate (see paragraph [0041]).

The additional feature of claim 4 can be easily derived from the feature of D1 considering a controller in communication with the force applying unit, the controller for controlling the amount of positive or negative force to simulate a predetermined force (see paragraph [0055]).

The additional feature of claim 5 can be easily derived from the feature of D2 considering a plurality of vertically driven cylinders that allow vibration to be transmitted to specific positions of the treadmill (see paragraphs [0018]-[0019]).

The additional feature of claim 6 can be easily derived from the feature of D2 considering that the vibration of the earthquake output through the VR device is transmitted to the vibrating treadmill through wired/wireless communication between the vibrating treadmill and the VR device (see paragraph [0016]).

The additional feature of claim 7 can be easily derived from the feature of D1 considering that the omnidirectional treadmill surface is removable (see paragraph [0198]).

Form PCT/ISA/237 (Box No. V) (revised January 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 06-24 | Written Opinion
EXHIBIT PAT-A1

2022-06-24   Written Opinion.pdf

SHA-256 Hash of Source File:  82822bb5f2b3296c5547d680e97279b33df327d2b78747601487ff11a2cfc4ee

Page: 4 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

<table>
<tr><td colspan="2" align="center"><b>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY</b></td><td>International application No.<br><br><b>PCT/US2022/020919</b></td></tr>
<tr><td><b>Box No. V</b></td><td colspan="2"><b>Reasoned statement under Rule 43<i>bis</i>.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement</b></td></tr>
</table>

The additional features of claims 8-9 can be easily derived from the feature of D1 considering that the linear treadmill is located on the rotatable surface which is rotated by one or more actuators (see paragraph [0218]).

The additional feature of claim 10 can be easily derived from the feature of D1 considering within the base are actuators or other lift and/or retraction members, placed at various locations beneath the surface, to raise and depress the surface, resulting in changes, e.g., elevations, in the surface (see paragraph [0192]).

The additional feature of claim 11 can be easily derived from the feature of D1 considering that a batter provides power to all of the electrical components of the omnidirectional treadmill (see paragraph [0210]).

The additional feature of claim 12 can be easily derived from the feature of D1 considering a user wearing a virtual reality headset (see paragraph [0228]).

The additional feature of claim 13 can be easily derived from the feature of D1 considering that one of the advantages of such a harness design is that it can conform to a very wide range of user shapes and sizes with minimal adjustment (see paragraph [0271]).

Therefore, claims 2-13 are considered to lack an inventive step over a combination of D1, D2.

2. Claims 14-16

None of the cited documents disclose the features of claim 14: "wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created". And claim 14 is not obvious to a person skilled in the art from the documents individually or in any combination.

Claims 15-16 are dependent on claim 14.

Therefore, claims 14-16 are novel and involve an inventive step.

3. Claims 17-20

3.1. Claim 17

D1, which is considered to be the closest prior art to the subject matter of claim 17, discloses a method of creating the illusion of movement comprising: providing a linear treadmill belt located on a rotatable surface (see paragraphs [0201], [0218] and figure 14A).

Claim 17 differs from D1 in controlling a speed of an endless track; controlling a direction of the endless track by rotating a turntable; and synching movement of a camera with a real-world speed of the endless track and a distance pulled by a track. However, the different feature can be easily derived from the feature of D1 considering that cameras and sensors are used for tracking the user's motion and physiological parameters, wherein the parameters include position, distance, speed, acceleration, force, energy (see paragraphs [0212], [0245]).

Therefore, claim 17 is considered to lack an inventive step over D1.

3.2. Claims 18-20

The additional feature of claim 18 is not disclosed in any of the documents, nor is it obvious to a person skilled in the art over the documents individually or in combination.

The additional feature of claim 19 can be easily derived from the feature of D1 considering a user wearing a virtual reality headset (see paragraph [0228]).

The additional feature of claim 20 can be easily derived from the feature of D1 considering that cameras and sensors are used for tracking the user's motion and physiological parameters, wherein the parameters include position, distance, speed, acceleration, force, energy (see paragraphs [0212], [0245]).

Therefore, claims 19-20 are considered to lack an inventive step over D1, and claim 18 is novel and involves an inventive step.

II. Industrial Applicability (PCT Article 33(4))

Claims 1-20 are industrially applicable.

Form PCT/ISA/237 (Box No. V) (revised January 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 122

# 2022 · 06-24 | Written Opinion
## EXHIBIT PAT-A1

2022-06-24___Written Opinion.pdf

SHA-256 Hash of Source File: 82822bb5f2b3296c5547d680e97279b33df327d2b78747601487ff11a2cfc4ee

Page: 5 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US2022/020919 |
|---|---|

| Box No. VIII        Certain observations on the international application |
|---|

The following observations on the clarity of the claims, description, and drawings or on the question whether the claims are fully supported by the description, are made:

The term "the scene" in claims 6, 18 has not been previously defined. Therefore, claims 6, 18 are not clear, contrary to the requirements of PCT Article 6.

The term "the user" in claim 20 has not been previously defined. Therefore, claim 20 is not clear, contrary to the requirements of PCT Article 6.

Form PCT/ISA/237 (Box No. VIII) (revised January 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 123**

# 2022 · 06-28 | IDS-11577177

## EXHIBIT PAT-A1

2022-06-28__IDS-11577177.pdf

SHA-256 Hash of Source File:  32bc5fb407745027b2983e6fac0fb096cc68e689474b2d19a51123a78c8842c9

Page: 1 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket  Number | G185.0001US1 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190307982 | A1 | 2019-10-10 | Brodsky | |
| | 2 | 20170129105 | A1 | 2017-05-11 | Stephens, Jr. | |
| | 3 | 20150150522 | A1 | 2015-06-04 | Papaioannou | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 10-2020-0091594 | KR | A | 2020-07-31 | LEANTECH CMS CO., LTD. | English Machine Translation | ☒ |

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 124**

# 2022 · 06-28 | IDS-11577177
## EXHIBIT PAT-A1

2022-06-28__IDS-11577177.pdf

SHA-256 Hash of Source File:  32bc5fb407745027b2983e6fac0fb096cc68e689474b2d19a51123a78c8842c9

Page: 2 of 4    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | | Application Number | | 17698420 | | | | |
| | | Filing Date | | 2022-03-18 | | | | |
| | | First Named Inventor | | Matthew Guertin | | | | |
| | | Art Unit | | 3784 | | | | |
| | | Examiner Name | | | | | | |
| | | Attorney Docket  Number | | G185.0001US1 | | | | |

| | 2 | 10-2021-0023190 | KR | A | 2021-03-04 | SO, HO SUNG et al. | English Machine Translation | ☒ |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | International Search Report and Written Opinion issued for PCT/US2022/020919, dated 2022-06-24 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 125

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 06-28 | IDS-11577177
## EXHIBIT PAT-A1

2022-06-28__IDS-11577177.pdf
SHA-256 Hash of Source File: 32bc5fb407745027b2983e6fac0fb096cc68e689474b2d19a51123a78c8842c9
Page: 3 of 4   [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-06-28 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 06-28 | IDS-11577177
EXHIBIT PAT-A1

2022-06-28__IDS-11577177.pdf

SHA-256 Hash of Source File: 32bc5fb407745027b2983e6fac0fb096cc68e689474b2d19a51123a78c8842c9

Page: 4 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 127**

# 2022 · 06-28 | Receipt-11577177
## EXHIBIT PAT-A1

2022-06-28__Receipt-11577177.pdf

SHA-256 Hash of Source File:  4629c8418842f987ae10f7ccf5c6b0f61846c44b1cf9891e912c31bcf7242f77

Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46063191 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Filer Authorized By:** | Amanda Morgan Prose |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 28-JUN-2022 |
| **Filing Date:** | 18-MAR-2022 |
| **Time Stamp:** | 13:46:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Form (SB08) | 2022-06-28_IDS.pdf | 67834 <br><br> 90ef42ca968388 9c693208d7075024c546b 40736 | no | 4 |

**Warnings:**

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 128**

# 2022 · 06-28 | Receipt-11577177
## EXHIBIT PAT-A1

2022-06-28__Receipt-11577177.pdf
SHA-256 Hash of Source File: 4629c8418842f987ae10f7ccf5c6b0f61846c44b1cf9891e912c31bcf7242f77

Page: 2 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 2 | Foreign Reference | KR20200091594A.pdf | 3049002<br><br>aebe8f596d89cf32a2cecc31fe342e1fd66d9dfc | no | 26 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Foreign Reference | KR20200091594A_English_Machine_Translation.pdf | 360222<br><br>2901668766933866cf8b27add15284d3c89c64f9 | no | 34 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Foreign Reference | KR20210023190A.pdf | 2471870<br><br>67caff46777e2a867a81843a6e6987c1ce8811b | no | 21 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Foreign Reference | KR20210023190A_English_Machine_Translation.pdf | 310720<br><br>a2d9b253e223f01575d670fd3a529964db8b55a0 | no | 28 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Other reference-Patent/Application/Search Documents | ISR_WO.pdf | 297997<br><br>5cb297cafcf346fa4c462f2af98b3b1ae77232e4 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 6557645 | | |

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 129

# 2022 · 06-28 | Receipt-11577177

EXHIBIT PAT-A1

2022-06-28__Receipt-11577177.pdf

SHA-256 Hash of Source File:  4629c8418842f987ae10f7ccf5c6b0f61846c44b1cf9891e912c31bcf7242f77

Page: 3 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 130**

# 2022 · 08-17 | Office Action

## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf

SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590

Page: 1 of 10     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

27367    7590    08/17/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
|---|
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/17/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docketing@wck.com
tsorbel@wck.com

PTOL-90A (Rev. 04/07)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 131

# 2022 · 08-17 | Office Action

## EXHIBIT PAT-A1

2022-08-17___Office Action.pdf

SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590

Page: 2 of 10     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

| _Office Action Summary_ | Application No. 17/698,420 | Applicant(s) Guertin, Matthew | |
|---|---|---|---|
| | Examiner KIEN T NGUYEN | Art Unit 3711 | AIA (FITF) Status Yes |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

**Period for Reply**

    A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL.**      2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under _Ex parte Quayle_, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5) ☑ Claim(s) <u>1-20</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☑ Claim(s) <u>14-16</u> is/are allowed.
7) ☑ Claim(s) <u>1-13,17 and 19-20</u> is/are rejected.
8) ☑ Claim(s) <u>18</u> is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement
\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All    b) ☐ Some**    c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    ** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>3/24/22, 4/07/22, 6/28/22</u>
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)      **Office Action Summary**      Part of Paper No./Mail Date 20220728

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 08-17 | Office Action
## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf
SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590
Page: 3 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Application/Control Number: 17/698,420                                     Page 2
Art Unit: 3711

### Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Claim Rejections - 35 USC § 102

1.      In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

2.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

3.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention.

4.      Claim(s) 17 and 19-20 is/are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Brodsky US 2019/0307982.

### Claim Rejections - 35 USC § 103

5.      In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 133

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 08-17 | Office Action
EXHIBIT PAT-A1

2022-08-17___Office Action.pdf

SHA-256 Hash of Source File:  167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590

Page: 4 of 10       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Application/Control Number: 17/698,420                                    Page 3
Art Unit: 3711

rejection if the prior art relied upon, and the rationale supporting the rejection, would be
the same under either status.

6.        The following is a quotation of 35 U.S.C. 103 which forms the basis for all
obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102, if the differences between the
> claimed invention and the prior art are such that the claimed invention as a whole would have
> been obvious before the effective filing date of the claimed invention to a person having
> ordinary skill in the art to which the claimed invention pertains. Patentability shall not be
> negated by the manner in which the invention was made.

7.        The following is a quotation of 35 U.S.C. 103 which forms the basis for all
obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102, if the differences between the
> claimed invention and the prior art are such that the claimed invention as a whole would have
> been obvious before the effective filing date of the claimed invention to a person having
> ordinary skill in the art to which the claimed invention pertains. Patentability shall not be
> negated by the manner in which the invention was made.

8.        Claim(s) 1-13 is/are rejected under 35 U.S.C. 103 as being unpatentable over
Brodsky US 2019/0307982 in view of KR 10-2020-0091594 ('594).

Brodsky discloses an immersive multisensory simulation system comprising a
motorized treadmill having a travel deck (102) supporting a treadmill belt (111)
arranged in an endless loop (Fig. 14A); a turntable (113) for rotating the travel
deck; and a floor base (ground surface) for supporting the travel deck and
turntable [180], [0201], [0218].  It is noted that Brodsky fails to teach the use of
one or more sources of vibration as claimed.  However, KR ('594) teaches it is
known in the art an earthquake evacuation training system using virtual reality,
and a treadmill with one or more sources of vibration (11) for providing selected
vibration to one of more locations on the belt as shown in Fig. 3, [0018]-[0019].

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 08-17 | Office Action
## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf
SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590
Page: 5 of 10       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Application/Control Number: 17/698,420                                           Page 4
Art Unit: 3711

Therefore, it would have been obvious to one of ordinary skill in the art to provide

the treadmill of Brodsky with the one or sources of vibration as taught by KR

('594) for the purpose of providing an additional simulated vibrating motion.

Claim 2, KR ('594) discloses a control unit for controlling the operation of the

vibrating treadmill such as providing adjustable motors for adjusting the vibration.

[0018].

Claim 3, KR ('594) also discloses a vertical drive cylinder (111), an elastic body

(112) which is equivalent to a phenolic resin sheet, and a support plate (113)

[0041].

Claim 4, Brodsky discloses a controller in communication with the force applying

unit for controlling the amount of positive or negative force [0055] to provide

movement in forward and reverse directions via the belt; and wherein the angular

direction of the forward and reverse movement is selectively adjustable via

rotation of the turntable for directionally unlimited movement in an X-Y plane

[0218]-[0219].

Claim 5, KR ('594) discloses a plurality of vertically driven cylinders that allow

vibration to be transmitted to specific positions of the treadmill which means the

cylinders can certainly be positioned in a grid formation to provide any specific

haptic feedback to a user on the treadmill.

Claim 6, KR ('594) discloses that the vibration of the earthquake output through

the virtual reality device is transmitted to the vibrating treadmill through

wire/wireless communication between the vibrating treadmill and the virtual

reality device [0016] for controlling the operation of the vibrating treadmill.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 08-17 | Office Action**
EXHIBIT PAT-A1

2022-08-17__Office Action.pdf
SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590
Page: 6 of 10        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Application/Control Number: 17/698,420                                             Page 5
Art Unit: 3711

Claim 7, Brodsky discloses the omnidirectional treadmill surface is removable

which provides a floor space to a user [0198]; and one or more edges of the

surface can be considered a handle for removing the surface from the floor base.

Claims 8 and 9, Brodsky discloses in Fig. 14a the floor base operably supports

the turntable thereon and the base comprises roller wheels for centering and

supporting the turntable thereon, wherein the turntable operably supports the

travel deck and the turntable supports a motor or actuator for controlling

operation of the belt [0218].

Claim 10, Brodsky discloses the floor base houses a motor/actuator or other lift

and/or retraction members at various locations beneath the surface, to raise and

depress the surface.

Claim 11, Brodsky discloses a battery, which is equivalent to a slip ring, provides

power to all of the electrical components of the omnidirectional treadmill [0192].

Claim 12, Brodsky discloses the user wearing a VR headset which is equivalent

to one or more monochrome surfaces [0228] which allowing digital isolation of a

user on the treadmill.

Claim 13, Brodsky discloses the harness design conforms to a very wide range

of user shapes and sizes with minimal adjustment [0271] such disclosure is

equivalent to dimensions sufficient to allow the treadmill to replace a section LED

flooring from a pre-existing LED floor tile system of an LED virtual film set which

does not pertain any specific dimension.

9.       Claim(s) 17 and 19-20 is/are rejected under 35 U.S.C. 103 as being unpatentable

over Brodsky.

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 136

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 08-17 | Office Action
## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf

SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590

Page: 7 of 10     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Application/Control Number: 17/698,420           Page 6
Art Unit: 3711

Brodsky, as explained above, discloses a step of providing an endless track on a rotatable turntable [0201], [0218] and Fig. 14a. It is noted that Brodsky fails to specifically teach controlling a speed of an endless track, controlling a direction of the endless track by rotating a turntable; and synching movement of a camera with a real-work speed of the endless track and a distance traveled by the track. However, Brodsky discloses cameras and sensors are used for tracking the user's motion and physiological parameters, wherein the parameters include position, distance, speed, acceleration, force, energy [0212], [0245]. Thus Brodsky can perform the functions as listed above using cameras and sensors tracking the above listed features and communicating with the controller for controlling various aspects of the system.

Claim 19, Brodsky discloses that installing the rotatable turntable with a virtual reality headset which includes LED based virtual film set or green screen film set.

Claim 20, in light of the above explanation in claim 17, the cameras and sensors of Brodsky can track the precise location of the user; providing physical cues to the user to direct the user's movement to maintain the user on a location of the endless belt; and if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

### *Allowable Subject Matter*

10.     Claims 14-16 are allowed.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 137**

# 2022 · 08-17 | Office Action
## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf
SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590
Page: 8 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Application/Control Number: 17/698,420                                    Page 7
Art Unit: 3711

11.     Claim 18 is objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

12.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to KIEN T NGUYEN whose telephone number is (571)272-4428. The examiner can normally be reached M-F 7:00 AM- 3:00 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Melba Bumgarner can be reached on 571-272-4709. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 138

# 2022 · 08-17 | Office Action

## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf

SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590

Page: 9 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

Application/Control Number: 17/698,420                                    Page 8
Art Unit: 3711

/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

---

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 139**

# 2022 · 08-17 | Office Action
## EXHIBIT PAT-A1

2022-08-17__Office Action.pdf

SHA-256 Hash of Source File: 167351300209cd66b67b6dfb1166797a27f4a1b69a7dc8a345dd156ecbc8f590

Page: 10 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| *Notice of References Cited* | Application/Control No. 17/698,420 | Applicant(s)/Patent Under Reexamination Guertin, Matthew | |
|---|---|---|---|
| | Examiner KIEN T NGUYEN | Art Unit 3711 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20180053349-A1 | 02-2018 | CHEN; Danian | G06T19/006 | 1/1 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20220728

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 140**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf

SHA-256 Hash of Source File:  2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0

Page: 1 of 13        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

Receipt date: 03/24/2022           17/698,420 − GAU: 3711

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

|  |  |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99** ) | |
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3784 |
| Examiner Name | |
| Attorney Docket Number | G185.0001US1 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190086996 | A1 | 2019-03-21 | Bahrami et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]ⁱ | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 109876370 | CN | A | 2019-06-14 | SHENZHEN JINGMIN DIGITAL MACHINE CO LTD | English Abstract | ☒ |
| | 2 | 209933935 | CN | U | 2020-01-14 | SHENZHEN JINGMIN DIGITAL MACHINE CO LTD | English Abstract | ☒ |
| | 3 | 206026963 | CN | U | 2017-03-22 | YU MING | English Abstract | ☒ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf

SHA-256 Hash of Source File: 2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0

Page: 2 of 13     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Receipt date: 03/24/2022                  17/698,420 – GAU: 3711

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | Application Number | | 17698420 | | | | |
| | | Filing Date | | 2022-03-18 | | | | |
| | | First Named Inventor | | Matthew Guertin | | | | |
| | | Art Unit | | 3784 | | | | |
| | | Examiner Name | | | | | | |
| | | Attorney Docket Number | | G185.0001US1 | | | | |

| | 4 | 2000516829 | JP | A | 2000-12-19 | David E. E. Carmein | English Abstract | ☒ |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 08/12/2022 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. ² Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). ³ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁴ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁵ Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 142**

# 2022 · 08-17 | References cited and considered by examiner

## EXHIBIT PAT-A1

---

Receipt date: 03/24/2022      17/698,420 – GAU: 3711

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

---

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-03-24 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 143**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

---

Receipt date: 03/24/2022                                                          17/698,420 - GAU: 3711

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 144**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf

SHA-256 Hash of Source File:  2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0

Page: 5 of 13        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Receipt date: 06/28/2022                                                17/698,420 – GAU: 3711

Doc code: IDS                                                           PTO/SB/08a (01-10)
Doc description: Information Disclosure Statement (IDS) Filed             Approved for use through 07/31/2012. OMB 0651-0031
                                                                        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190307982 | A1 | 2019-10-10 | Brodsky | |
| | 2 | 20170129105 | A1 | 2017-05-11 | Stephens, Jr. | |
| | 3 | 20150150522 | A1 | 2015-06-04 | Papaioannou | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 10-2020-0091594 | KR | A | 2020-07-31 | LEANTECH CMS CO., LTD. | English Machine Translation | ☒ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 145**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf
SHA-256 Hash of Source File: 2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0
Page: 6 of 13      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

Receipt date: 06/28/2022                                          17/698,420 – GAU: 3711

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | Application Number | 17698420 |
|---|---|---|---|---|---|
| | | | | Filing Date | 2022-03-18 |
| | | | | First Named Inventor | Matthew Guertin |
| | | | | Art Unit | 3784 |
| | | | | Examiner Name | |
| | | | | Attorney Docket Number | G185.0001US1 |

| | 2 | 10-2021-0023190 | KR | A | 2021-03-04 | SO, HO SUNG et al. | English Machine Translation | ☒ |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | International Search Report and Written Opinion issued for PCT/US2022/020919, dated 2022-06-24 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 08/12/2022 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 146**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf
SHA-256 Hash of Source File: 2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0
Page: 7 of 13        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

Receipt date: 06/28/2022 | 17/698,420 – GAU: 3711

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| | |
|---|---|
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3784 |
| Examiner Name | |
| Attorney Docket Number | G185.0001US1 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-06-28 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 147**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

Receipt date: 06/28/2022                                                      17/698,420 - GAU: 3711

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 148**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf
SHA-256 Hash of Source File: 2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0
Page: 9 of 13       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

| Receipt date: 04/07/2022 | 17/698,420 – GAU: 3711 |
|---|---|

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 17698420 |
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3784 |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US1 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190086996 | A1 | 2019-03-21 | Bahrami et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 110755807 | CN | A | 2020-02-07 | GUANGZHOU ZHUOYUAN VIRTUAL REALITY TECH CO LTD | English Machine Translation | ☒ |
| | 2 | 104740829 | CN | A | 2015-07-01 | SONG LITAO | English Machine Translation | ☒ |
| | 3 | 108211220 | CN | A | 2018-06-29 | WANG YUNXIANG | English Machine Translation | ☒ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 149**

# 2022 · 08-17 | References cited and considered by examiner

## EXHIBIT PAT-A1

---

Receipt date: 04/07/2022          17/698,420 – GAU: 3711

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 17698420 | |
| Filing Date | 2022-03-18 | |
| First Named Inventor | Matthew Guertin | |
| Art Unit | 3784 | |
| Examiner Name | | |
| Attorney Docket  Number | G185.0001US1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 208641720 | CN | U | 2019-03-26 | CHENGDU FANTASY VISUAL ARTS ENTERTAINMENT INC | English Machine Translation | ☒ |
| 5 | 105396261 | CN | A | 2016-03-16 | LIU SHIDONG | English Machine Translation | ☒ |
| 6 | 105879305 | CN | B | 2018-02-02 | HEFEI INST PHYSICAL SCI CAS | English Machine Translation | ☒ |
| 7 | 108114405 | CN | B | 2020-03-17 | HEFEI INST PHYSICAL SCI CAS | English Machine Translation | ☒ |
| 8 | 108379781 | CN | A | 2018-08-10 | QINGDAO YINGPAIKE SMART FITNESS TECH CO LTD | English Machine Translation | ☒ |
| 9 | 110124276 | CN | A | 2019-08-16 | BEIJING 7INVENSUN TECH CO LTD | English Machine Translation | ☒ |
| 10 | 110180128 | CN | A | 2019-08-30 | TIANJIN YUNCHOU TIANXIA TECH CO LTD | English Machine Translation | ☒ |
| 11 | 206209595 | CN | U | 2017-05-31 | WU LONGWEI | English Machine Translation | ☒ |
| 12 | 10-1571361 | KR | B1 | 2015-11-24 | Choeung Sports Co., Ltd. | English Machine Translation | ☒ |
| 13 | 10-2001966 | KR | B1 | 2019-10-01 | UNIV INHA RES & BUSINESS FOUND | English Machine Translation | ☒ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17 _ References cited and considered by examiner.pdf

SHA-256 Hash of Source File: 2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0

Page: 11 of 13      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Receipt date: 04/07/2022                                              17/698,420 - GAU: 3711

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| Application Number | 17698420 | |
| Filing Date | 2022-03-18 | |
| First Named Inventor | Matthew Guertin | |
| Art Unit | 3784 | |
| Examiner Name | | |
| Attorney Docket Number | G185.0001US1 | |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 08/12/2022 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 151**

# 2022 · 08-17 | References cited and considered by examiner
EXHIBIT PAT-A1

2022-08-17___References cited and considered by examiner.pdf

SHA-256 Hash of Source File: 2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0

Page: 12 of 13      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

```
Receipt date: 04/07/2022                                17/698,420 - GAU: 3711
```

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number — 17698420 |
| | Filing Date — 2022-03-18 |
| | First Named Inventor — Matthew Guertin |
| | Art Unit — 3784 |
| | Examiner Name — |
| | Attorney Docket Number — G185.0001US1 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-04-07 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

```
ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/
```

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 152**

# 2022 · 08-17 | References cited and considered by examiner
## EXHIBIT PAT-A1

2022-08-17__References cited and considered by examiner.pdf

SHA-256 Hash of Source File:  2519ee69cd1b2bc307bc07fe51c6ec38419ffd7423693ed37895de5080c8dae0

Page: 13 of 13       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Receipt date: 04/07/2022                                    17/698,420 – GAU: 3711

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 153**

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 1 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
22 September 2022 (22.09.2022)





(10) International Publication Number
**WO 2022/198028 A1**

(51) International Patent Classification:
*H04N 5/262* (2006.01)   *G03B 17/56* (2006.01)
*H04N 9/75* (2006.01)   *A63B 22/02* (2006.01)
*H04N 5/06* (2006.01)   *A63B 22/00* (2006.01)
*G03B 15/05* (2006.01)

(21) International Application Number:
PCT/US2022/020919

(22) International Filing Date:
18 March 2022 (18.03.2022)

(25) Filing Language:   English

(26) Publication Language:   English

(30) Priority Data:
63/163,135   19 March 2021 (19.03.2021)   US

(72) Inventor; and
(71) Applicant: GUERTIN, Matthew [US/US]; 10233 W 34th St, #304, Minnetonka, Minnesota 55305 (US).

(74) Agent: PROSE, Amanda; WESTMAN, CHAMPLIN & KOEHLER, P.A., 121 South Eighth Street, Suite 1100, Minneapolis, Minnesota 55402 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, IT, JM, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

Published:
— with international search report (Art. 21(3))

(54) Title: MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT



FIG. 1

(57) Abstract: A motorized, rotatable treadmill assembly (10) and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track (20) of the treadmill (12). The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill (12) is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the track (20) to create the illusion of movement of the person being filmed. When the treadmill assembly (10) is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

WO 2022/198028 A1

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 2 of 43    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

WO 2022/198028            PCT/US2022/020919

## MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]      This application claims priority to and the benefit of U.S. provisional patent application Serial No. 63/163,135, filed on March 19, 2021, the contents of which are incorporated herein in its entirety.

### BACKGROUND

[0002]      Camera tracking systems are used with green screen backgrounds LED wall backgrounds to allow a person being filmed to appear as though they are in another environment, one that is generally created by CGI artists and is rendered in real-time by a rendering engine along with a media server. While the possibilities are unlimited with respect to the environment in which the person can be inserted, the person is otherwise very limited in how far and in what directions they are able to walk or run within this virtual environment.

[0003]      Most "virtual film sets" currently use a camera tracking system that severely limits the movement of the person being filmed to a very small area in the center of the LED or green screen-based set. The person as well as the camera are always stuck in the same spot of the scene essentially and unable to travel. For a video-based environment to appear realistic in its position, it must remain static relative to that of the person. Even though the tracked film camera is able to move and view the environment from different perspectives, it is essentially static due to the fact that it must always view the person from the same frontal point of view with a very limited ability to orbit around them.

### SUMMARY

[0004]      An aspect of the present disclosure relates to a motorized treadmill that is mounted atop an infinitely rotating, motorized turntable. A speed and direction of the treadmill belt, as well as the turntable, is determined and controlled by a user, a non-user (remote) party, or based on a combination of three-dimensional, virtual, and real-world GPS positional and rotational data.

[0005]      An aspect of the present disclosure relates to a motorized treadmill having a travel deck supporting a belt arranged in an endless loop; a turntable for rotating the travel deck; one or more sources of vibration for providing haptic feedback to one or more locations

1

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 155

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 3 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

on the belt; and a floor base for supporting the travel deck, turntable, and one or more vibration sources.

[0006]      The one or more vibration sources comprises adjustable vibration motors.

[0007]      A phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

[0008]      The treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane. For example, the X-Y plane refers to the X-Y ground plane, or the ground plane with respect to a virtual environment.

[0009]      With respect to the X-Y plane, additional movement may occur in a Z direction, via tilting of an orientation of the belt in the Z direction by a mechanism for raising and lowering one end of the belt.

[0010]      The vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill. The vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue or action related to the scene being filmed, or combinations thereof.

[0011]      The turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

[0012]      The floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon. The turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt. The floor base houses a motor, drive belt and roller drive wheel assembly for operation of the turntable.

[0013]      The floor base includes a slip ring which supplies power and data to the components contained within the turntable, such as the treadmill belt and/or vibration motors. The slip ring is configured to allow endless rotation of the turntable by eliminating cords or cables in the device that would otherwise limit turntable rotation.

2

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

[2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf](#)
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 4 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028                                      PCT/US2022/020919

[0014]      The treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, where the monochrome surface allows for digital isolation of a user on the treadmill.

[0015]      The monochrome surface is green, or any color which provides a background in front of which the moving user is filmed, and which allows a separately filmed background to be added to the final image.

[0016]      The treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set.

[0017]      The treadmill is configured for use in a standard green screen film studio.

[0018]      Another aspect of the present disclosure relates to a system for creating the illusion of movement of a user. The user may be inserted into a virtually rendered setting, a live-action pre-filmed setting, or a combination thereof. The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and a controller configured to synch the movement of the treadmill with a camera in real-time. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

[0019]      Wherein the camera and user rotate inversely to one another to achieve realistic orbital rotation.

[0020]      The camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

[0021]      Yet another aspect of the present disclosure relates to a method of creating the illusion of movement. To create the illusion of movement in a virtual setting, the method includes providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable and/or rotatable about a vertical axis. The speed of the endless track is precisely controllable, and a direction of the endless track is also controllable by rotating the turntable.

[0022]      The movement of the camera is then synched with a real-world speed of the endless track and a distance traveled by the track.

[0023]      The synchronized rotation of the user and turntable relative to the present orientation of the camera is solved for using inverse kinematics.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

[2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf](#)

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 5 of 43          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

WO 2022/198028                                          PCT/US2022/020919

[0024]     One or more audio, visual, or tactile cue sources are provided to the endless track, rotatable turntable, user or a combination thereof and actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track to indicate one or more of a position of the user on the track, an initiation or ceasing of movement of the track, an initiation or ceasing of rotation of the turntable, or a cue or action related to the scene being filmed.

[0025]     The rotatable turntable is installable in an LED based virtual film set or green screen film set.

[0026]     When creating the illusion of movement of the user on the treadmill, the method includes tracking the precise location of the user in real-time and providing physical cues to the user to direct the user's movement to maintain the user on a location of the endless belt. If the user deviates from the location on the endless belt, adjusting a location of the camera to compensate for the deviation.

BRIEF DESCRIPTION OF THE DRAWINGS

[0027]     FIG. 1 is a front perspective view of a motorized rotatable treadmill assembly and system for generating the illusion of movement in one environment.

[0028]     FIG. 2 is a front perspective view of the assembly with camera movement indicators for illustrating the creation of the illusion of movement in one embodiment.

[0029]     FIG. 3 is a top perspective view of the motorized rotatable treadmill assembly.

[0030]     FIG.4 is a top perspective exploded view of the assembly according to one or more embodiments herein.

[0031]     FIG.5 is a bottom perspective exploded view of the assembly according to one or more embodiments herein.

[0032]     FIG. 6 is a perspective view of a travel deck of the motorized rotatable treadmill.

[0033]     FIG. 7 is an exploded view of the travel deck.

[0034]     FIGS. 8, 9 and 10 illustrate a feedback system for the travel deck.

[0035]     FIGS. 11-13 illustrate a turntable component of the assembly according to one embodiment.

[0036]     FIG. 14 is a perspective view of the turntable component with the travel deck removed therefrom.

[0037]     FIG. 15 is a bottom view of the turntable component.

4

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 6 of 43          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

WO 2022/198028                                                           PCT/US2022/020919

**[0038]**     FIGS. 16 is a top view perspective view of the turntable with cover panels removed for illustrating the internal components of the turntable.

**[0039]**     FIG. 17 is a perspective view of a floor base of the motorized rotatable treadmill according to one or more embodiments and with the travel deck and turntable removed.

**[0040]**     FIG. 18 is a side view of the floor base.

**[0041]**     FIG. 19 is a top perspective view of the floor base with one or more cover panels removed to illustrate interior components of the floor base.

**[0042]**     FIGS. 20, 21, and 22 illustrate power components for turntable and travel deck supported in the floor base.

**[0043]**     FIGS. 23 is a top view of the floor base illustrating the parts of the floor base.

**[0044]**     FIGS. 24 to 26 illustrate the system according to one or more embodiments herein including the motorized rotatable treadmill in various environments.

**[0045]**     FIG. 27-28 are flow charts illustrating a method of communication and control of the assembly and system.

DETAILED DESCRIPTION

**[0046]**     A motorized rotatable treadmill assembly for providing omnidirectional simulated movement for a user is described herein. The user can travel in any direction while using the motorized rotatable treadmill assembly while remaining stationary in a location. The motorized rotatable treadmill assembly can be used in various environments for entertainment purposes and/or for creating content including the illusion of a user traveling through an environment while never leaving the space in which the motorized rotatable treadmill is located.

**[0047]**     In one or more embodiments, the motorized treadmill and rotating turntable are used in combination with a system for controlling the treadmill and turntable along and optionally with a camera for creating the illusion of movement of a user, for example, a person, inserted into a digital environment is described herein and illustrated in the figures.

**[0048]**     A motorized rotatable treadmill assembly according to one or more embodiments described herein is a motorized treadmill belt on a travel deck that is mounted on an infinitely rotatable, and motorized turntable. In some embodiments, the speed and direction of the treadmill belt as well as the rotational speed and position of the turntable may be determined and controlled by data collected from a 3D/virtual system and/or real world/GPS positional and rotational data from cameras being used for recording and/or

5

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 7 of 43       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

WO 2022/198028                                                           PCT/US2022/020919

rendering a video-based environment in which a user of the treadmill is being virtually inserted into.

[0049]        User control modes for the assembly may include, but are not limited to a fixed speed mode, a self-paced mode, and a remote user cuing mode. In a fixed speed mode, the motorized rotatable treadmill assembly operation is controlled directly by signals received from a media server or controller where the signals control various functions of the assembly such as starting, stopping, speed and rate of the treadmill and the rotation of the turntable, for example. The user then may match the speed of the treadmill.

[0050]        In the self-paced mode, the user may be tracked, and data related to user movement communicated to the media server or controller. The user moves and the assembly responds directly to the user movement with movement of components of the assembly. That is, for example, the movement of the treadmill belt and/or turn turntable may respond and change with each step or change in position of the user. Tracking of the user may be carried out with various sensors integrated into the assembly, worn by the user, and/or surrounding the assembly. As the user moves, data from the sensors is processed and the media server or other controller adjusts operation of the assembly such as treadmill speed and travel deck rotation.

[0051]        In the remote user cuing mode, the user may control one or more triggering cues via remote or wireless connection with the assembly, allowing the user the ability to progress through an ordered list of cues at a pace selected by the user. The cues may be programmed and arranged in a respective order prior to the user being filmed traveling through the environment when on the assembly.

[0052]        In one or more of the embodiments described herein, the user cue system is configured to provide audio, visual, tactile and/or haptic cues to the user for anticipating an assembly start, stop, rotation, speed, speed change or other user and/or assembly action(s) that relate to the user movement, location on the belt, and/or corresponding digital environment.

[0053]        The user may be provided with one or more wearable devices in communication with the media server. These devices comprise sensors for monitoring and recording user movement and for providing feedback relating to the user movements or positioning to the media server or controller. Additional wearable devices may be configured for providing audio, visual, tactile or other signals or cues to the user from the media server or other controller. For example, the wearable devices may comprise one or more inertial

6

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 8 of 43       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

measurement sensors, haptic vibration motors for contacting the user's body, insoles, vibratory or LED components worn on various parts of the user's body among other various devices for communicating remotely and discreetly with the user. The user cue system may provide audio cues which may be wirelessly transmitted to an in ear listening device worn by the user.

**[0054]**        In one or more embodiments, the assembly is configured for use with a digitally rendered environment. An animation timeline may be used with one or more cue modes as a system controller for the assembly. The animation timeline is configured to establish the user(s) travel path and/or a camera path through a virtual or pre-filmed environment that the user(s) is/are inserted into. The combination of the animation timeline and cue sequencing system provides the option for the different user control modes. In one or more embodiments, the user modes may only affect the animation timeline playback functionality and otherwise rely on the same or similar animated parameter values used to determine the travel path and/or camera path.

**[0055]**        What is meant by "environment" as used in one or more embodiments described herein is a pre-filmed real-world scene that was filmed with a specially equipped camera whose position, orientation, and inertia data (9Dof + GPS) was recorded at the same time as the corresponding video footage was.

**[0056]**        What is meant by "travel path" as used in one or more embodiments described herein is the calculated or animated path that user(s) will follow as they are filmed travelling through the virtual or real-world environment in which the user(s) has been digitally inserted.

**[0057]**        What is meant by "camera path" as used in one more embodiments described herein is the calculated or animated path the camera follows through the scene as it films the traveling user(s) and environment. The camera path includes translation and rotation parameters and any additional camera specific parameters (e.g., field of view, look at object), all of which can be animated on the timeline using keyframes.

**[0058]**        By way of non-limiting example, in one or more embodiments, the animation timeline is a custom animation timeline that with a cue sequencing system provides a programmer the ability to add an animated virtual user, or an avatar ("AV") into the environment to help with programming. For example, various styles of generic 3D sketch-style figures may be selected as the AV's identity/appearance. The AV may have static height and stride parameters that can be set to match those of the human user. The stride parameter for example is the average distance that the real-world user averages per each step.

7

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 161**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 9 of 43     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

WO 2022/198028                                    PCT/US2022/020919

[0059]     Matching AV's height and stride distance to that of the human user will ensure that the real-world film shot appears nearly identical to what is seen when a cue is played back with an AV instead of a human user. In one or more embodiments, the AV is a rigged 3D character whose skeleton is linked as a kinematic chain. The AV may do nothing except an automatic walk, automatic jog, or automatic run along the travel path of the cue being played back. For example, an automatic walk, automatic jog, or automatic run may be selected as the seamless kinematic loop data to play back based on the AV's speed. In one such embodiment, the AV's speed is equal to the treadmill speed and the human user's speed is equal to the treadmill speed. These values are equal as the values are based on real world speed and are synchronized. The AV may be a digital twin of the user by means of a multi-camera photogrammetry rig capturing an image of the user from multiple different points of view/locations at the exact same time, for the purpose of then using photogrammetry software to create the digital twin which can be rigged with a kinematic chain of bones, allowing the digital twin to be placed into the 3D environment and animated.

[0060]     When a cue is played back that changes AV's position the AV will automatically walk along the calculated or animated travel path at a speed/rate that is calculated based on AV's stride parameter whose value was set to match the distance of one average footstep of human user. For example, one seamless loop of kinematic walking data results in one full gait cycle which is exactly two steps.

[0061]     The AV is able to be viewed as 1st person, 3rd person, or a custom view by the system programmer while walking along the travel path.

[0062]     A 3D-AV may be represented in the system as a 3D modeled character that is inserted into the 3D virtual space via the real-time render engine or the media server 3D space. The 3D-AV may then be affected by things like lighting, shadows, and object occlusion that are part of the 3D scene. The system may also provide the ability to overlay a 2D rendered composite image of the 3D-AV character which will match orientation, position, and scale.

[0063]     In one or more embodiments, the animation timeline in combination with cue modes, hereinafter referred to as the system controller, may be a source of all control, movement, functionality, and/or operation of the motorized rotatable treadmill assembly as well as one or more cameras for capturing user movement on the assembly. This system allows for isolating user(s) from a background to be digitally inserted into a rendered 3D virtual scene or a pre-filmed real-world environment for the purpose of being filmed as the

8

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 10 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028                                      PCT/US2022/020919

user is able to travel through the environment along the 2d ground plane an infinite distance in any direction

[0064]      The assemblies and systems described herein enable a user to travel an unlimited amount of distance through a virtual scene, all while the user remains within a perimeter defined by belt surface or essentially while remaining in one place (on top of the motorized treadmill). The user walks on the endless belt, the speed and/or direction of travel, of which is precisely controlled by data received from a media server, a pre-selected speed, or a rendering engine that is controlling the virtual scene. In embodiments where the motorized treadmill is used to render or generate content for a digital scene, a corresponding camera(s) movement through the scene can be precisely synched with the user's real-world speed and distance as they travel on the endless belt. This creates the illusion of movement of the user being filmed and the camera appear to travel through the scene but are in fact static in position or location. This can be combined with the additional element of controlling the direction the user is facing as they are traveling through the scene allows for an infinitely large virtual environment for a user to explore.

[0065]      The devices and systems described herein allow, for example, a small studio to no longer be confined by a limited amount of physical space, or the immense costs associated with creating a larger film set. Benefits further include the ability to rotate the camera responsible for rendering/filming the scene (which acts as the background) precisely in sync with the person being inserted into the scenes to allow the studio or independent content creator the ability to film 360+ degree orbiting scenes around a person, which would otherwise be very expensive and highly technical to carry out using the methods of the prior art. The devices and systems described herein result in the incalculable savings of time by allowing filmmakers to obtain the same film footage and final result with fewer takes and allows a studio more opportunities to film shots on location without needing the actor or actress to be present.

[0066]      The device and systems described herein allow a user and film camera to remain static relative to their real-world position while creating the illusion that both are able to move freely through a video-based environment.

[0067]      As described in further detail below, in one embodiment, the illusion of orbiting the film camera around the focal point of the shot, which would be the user, may be created by instead rotating the person being filmed in synch with the orbital rotation speed and angle of the camera responsible for filming or rendering the video environment the user

9

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 11 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

WO 2022/198028                                      PCT/US2022/020919

is being inserted into. For example, a camera moves in a circular 270 degree counter clockwise pathway around a vertical axis as the user on the motorized treadmill would also concurrently be rotated 270 degrees in the opposite direction (clockwise) at the exact same rotation speed as the camera.

[0068]        The system may use forward and/or inverse kinematics to solve for speed, position, rotation, velocity and other parameters. The camera may rotate around a vertical axis positioned anywhere along a two-dimensional ground plane on the environment and is not limited to being centered on the assembly or the user. Movement of the camera and its rotation, pitch/yaw/roll may be whatever the camera operator chooses. For example, in one embodiment, I'm pretty sure that the orientation values of both the user and camera relative to one another as they travel through the environment may also use 'forward kinematic' equations to determine their value in certain instances.

[0069]        Further, the illusion of movement of the user through the scene may be created by the user being filmed walking on the treadmill belt at a rate of speed that matches that of the scene camera as the camera moves along a one-dimensional path (vector).

[0070]        In some embodiments, the orbiting movement and vector movement can be combined. Combining the travel of the treadmill belt with the rotational direction (heading) of the turntable the treadmill is mounted to create the illusion of unlimited movement along the two-dimensional ground plane of the video-based environment.

[0071]        The embodiments illustrated herein show a single user on the motorized treadmill for ease of illustration. It is contemplated and within the scope of this disclosure that the motorized treadmill may have larger dimensions of one or more components to allow for creating the illusion of movement of multiple users. For example, the size of the belt and the turntable may be increased to accommodate two, three, or more users concurrently or in series. Additional belts may be used to enable supporting and creating the illusion of movement of multiple users concurrently in synch or independently. As such, the embodiments described herein are not limited by sizes or dimensions disclosed in the examples. The embodiments of the system comprising the motorized treadmill are not limited to those described herein. The motorized treadmill has applications outside of the digital environments described herein. It is also contemplated and within the scope of this disclosure that the motorized treadmill may be provided on its own and/or for use in combination with virtual reality systems, headsets, and games/environments accessible via virtual reality systems or within the metaverse.

10

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 164**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 12 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

[0072]        The motorized treadmill is one independent element of the present disclosure. In one or more embodiments described herein, the motorized treadmill is configured to provide both linear movement and rotational movement planes for a user. The motorized treadmill in general comprises a floor base supporting a turntable and travel deck. The floor base houses components for powering the rotational movement of the turntable. The turntable supports the travel deck, which comprises an endless rotating belt or treadmill. Together, the motorized treadmill thus allows for forward and reverse linear movement by way of the rotating belt and the turntable is endlessly rotatable to rotate the travel deck concurrently with rotation of the belt in the forward or reverse directions. Additionally, an angle or incline of the travel deck can be adjusted. These movements and positioning can be carried out concurrently and operated independently. The motorized treadmill thus allows for combinations of movement to support a user thereon.

[0073]        For example, the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable and travel deck. In another example, one or more electric motors may be provided and directly attached to a roller wheel as a single, compact assembly in the floor base for operating the turntable and/or belt. Additional mechanisms for operating the turntable include but are not limited to gear assemblies, thrust bearings or other bearings, or roller wheel(s) attached directly to motor shaft(s). A slip ring is used to rotate the turntable without cords. The cordless rotation of the turntable allows for infinite rotation of the travel deck such that rotation in one direction can exceed 360 degrees without requiring a change in direction or re-set operation.

[0074]        A further embodiment may include rollers which drive the rotation of the turntable rotation contained within or on the floor base. Rather than the turntable sitting on top of rollers held within the floor base, the turntable contains the rollers needed to drive and support itself. The floor base then contains the track on which the rollers rest.

[0075]        In one or more embodiments according to the descriptions herein, the turntable may also function with removal of the endless belt of the travel deck, and/or with a cover panel such that a top surface of the turntable is also a user support surface that is selectively rotatable. For example, the turntable of such an embodiment may have dimensions including a diameter in the range of 6-8 feet or more for real-world or virtually enhanced entertainment. A correspondingly large slip ring is included in the turntable, which would allow a real-world entertainer, for example, a DJ act, entertainer, or musician, to utilize power from the turntable and other audio, video, and data connections available to plug such devices into the turntable

11

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 13 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028                                                          PCT/US2022/020919

of this embodiment. As such, the turntable can be used in additional settings and enable DJs, for example, to play a live set where the DJ is rotated in combination with the camera described in one or more embodiments herein. This setup can create the illusion of movement wherein the camera is orbiting around and/or behind the DJ on the turntable and where the DJ and camera are able to view the crowd.

[0076]    The motorized rotatable treadmill floor base and housing is constructed in a manner allowing for easy assembly/disassembly and with various removable cover plates which allow for selected and easy access to the interior components of the turntable and floor base. The travel deck is also separable from the turntable and the turntable can be lifted from the floor base by way of handles which allow for ease of set up/take down but also for service and/or replacement of one or more parts. The handles may be removably secured to the frame of the travel deck for easy assembly and disassembly.

[0077]    The floor base may also be adjustable itself by way of one or more adjustable height feet and wheels which allow for movement of the assembled device.

[0078]    The motorized rotatable treadmill assembly can be incorporated into various environments and can further be used in virtual reality systems to enhance user experience with movement in various virtual environments. Controllers for the system can be operated by various types of software for endless end use of the devices.

[0079]    In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video. Currently available software and technology in the field of photogrammetry is rapidly expanding. Such software and related technology may also be incorporated into a control system for calculating the position of a video camera relative to the physical and real-world environment in an analyzed video clip.

[0080]    In the embodiment illustrated in the figures, for example as shown in FIGS. 1-5, 3, a motorized rotatable treadmill assembly 10 comprises a travel deck 12 and turntable 40 which may be supported on a floor base 60. The travel deck 12 comprises an endless rotating belt system 16 for linear travel in forward and reverse directions. The travel deck is incorporated into and/or supported on the turntable 40, which allows for 360+ degree rotation

12

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 14 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

thereof and thus of the travel deck 12. Together, the turntable 40 and travel deck 12 allow for omnidirectional virtual movement as a user can move in endless directions by combination of the linear and rotational movement provided by the motorized treadmill assembly 10. The travel deck 12 may also be elevated and/or inclined at one or both ends to provide for uphill or downhill movement for example. The linear and rotational movement as well as incline capability may be rendered concurrently and independently such that various directional and terrain style walking or running can be achieved.

[0081]     The travel deck 12 is illustrated in further detail in FIGS. 6-10. In the embodiment illustrated, the travel deck 12 has a frame 18 which supports the rotating belt system 16. The rotating belt system 16 comprises a belt 20 that is operably provided around belt pulley 22 and frame 18 for supporting the user thereon. The belt 20 may be a rubber treadmill belt and the pulley 22 may be toothed belt pulleys for rotating the belt 20 therearound. The frame 18 may be a metal frame, such as an aluminum or steel support frame 18. In further detail, the treadmill belt 20 may be powered by a system of servo motors 27 positioned below or next to the treadmill belt 20. As shown in FIG. 13 for example, four servo motors are provided, and each motor shaft mates with an inline planetary gear. An output shaft of each planetary gear has a tooth keyed belt pully 22 fastened to it as does each side of front and rear belt roller shafts 23. Torque is then transferred through timing belts such that it is possible to drive all four available drive points (both sides of each belt roller) or two drive points in the alternative.

[0082]     The frame 18 may further be provided with one or more handles along one or more sides. The handles may be pivotable and/or removably connectable to the frame 18 to allow for lifting and lowering of the travel deck 12 out of and/or into connection with the turntable 40.

[0083]     In the embodiment illustrated, the travel deck 12 further comprises one or more vibration motors 24 which can be used, for example, to provide haptic feedback 25 to a user or provide cues or warnings to the user as shown in FIG. 10. The vibration motors 24 may be provided in an array where individual motors are spaced apart across an underside of the belt 20 and the motors independently operably to provide targeted vibration to one or more locations on the belt 20. A substrate 26 is provided for supporting the vibration motors 24 and/or transferring the vibration to the belt 20.

[0084]     For example, the substrate 28 may be a phenolic resin sheet that acts as the belt deck that the belt 20 will slide across as it moves and is mounted to a metal substrate 26

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 15 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028                                        PCT/US2022/020919

such as an aluminum sheet. A tape such as 3M VHB tape may be used to secure the vibration motors between the aluminum sheet 26 and the substrate 28 and may also act as a cushion for the vibration motors 24 as the motors 24 are secured to the underside of the substrate 28.

[0085]        It is further contemplated that the travel deck 12 is removable from the turntable 40 as the travel deck 12 is secured therewith with fasteners such as nuts and bolts. Thus, the travel deck 12 is easily removable for belt 20 changes and servicing.

[0086]        The travel deck 12 provides a user "travel area" 30 that may be defined by the size of the belt 20 of the rotating belt system 16. In one embodiment, the travel area 30 is approximately 39.5" x 19.5", however, the size of the travel area 30 may be increased or decreased without deviating from the scope of this disclosure. The belt 20 may be a treadmill belt which travels approximately 85.4" for each revolution and is 19.7" wide. One revolution of the belt pulley along with the belt roller causes the belt to travel 6.19," a system of motors able to deliver 1500 rpm with sufficient torque to the belt pulleys will allow a user to reach a running speed of 8.79 mph.

[0087]        As noted above, the motorized rotatable treadmill assembly 10 may also include vibration motors 24 such that a system with the treadmill assembly 10 may utilize a haptic feedback system of the travel deck 12 as illustrated in further detail in FIGS. 10-11. For example, a grid of vibration motors 24 is mounted underneath the treadmill belt 20. This allows a control system in connection with the motorized rotatable treadmill assembly 10 to signal the user thereon with various messages via haptic feedback. Examples of haptic feedback messages include but are not limited to an indication that the belt 20 is going to start or stop moving, an indication that the turntable 40 is going to start or stop rotation, or an indication that the user's feet are nearing edges of the belt 20. Vibratory signals as indicated in FIGS. 10-11 may also be sent to let the user know where they are positioned as the user walks on the belt 20 so the user does not need to look down at the belt 20. The motors 24 may also be pulsed to let the user know to move to another location (e.g., move right or move left to avoid walking off the belt).

[0088]        The turntable 40 is illustrated in further detail in FIGS. 12-16. The turntable 40 comprises a space 42 for supporting the travel deck 12 therein. The turntable housing comprising an upper plate 44 that may support a removable cover which may be comprised of one or more cover pieces. The turntable 40 housing also includes a base plate 46. Side supports 48 provide structural framework support to the turntable 40. One or more side supports may be configured to provide handles for lifting the turntable 40. The turntable 40

14

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 16 of 43          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

WO 2022/198028                                                  PCT/US2022/020919

also comprises a base 50 which, in one embodiment, may sit atop a plurality of roller wheels which retain the turntable 40 centered within the floor base 60. Additional side roller wheels 54 may also be provided for rotation of the turntable 40. Roller wheels are illustrated however, alternative or additional mechanisms can include bearings, or for example, thrust bearings. The turntable 40 rotation may be powered by one or more motors 56, for example, two motors as discussed in further detail below with respect to the base 60.

[0089]    As illustrated, the turntable 40 and housing 44 are overall circular in shape which enables the clean and endless rotation of the turntable 40.

[0090]    An interior frame 52 of the turntable 40 is configured to receive the travel deck 12 within the space 42 for the travel deck and additionally, the frame 52 supports one or more motors for coupling to the travel deck 12 belt system 16 for rotation of the belt 20. Thus, the power source for the travel deck 12 may be provided within the turntable 40 and the travel deck 12 removably and operably coupled thereto. The turntable 40 frame 52 may be comprised of aluminum or a like material such that when the cover 46 is provided thereon a user's weight can be supported on both the travel deck 12 and on the surfaces provided by the cover 46.

[0091]    The turntable 40 is then operably and removably couplable to the floor base 60. The floor base 60 is illustrated in further detail in FIGS. 17-23. As mentioned above, the turntable 40 may be provided in combination with the floor base 60 which further comprises a removable top cover 62, side supports 64 and the base housing 60. The floor base 60 comprises an opening 64 for operably receiving the turntable 40 therein. The removable top cover 62 provides an optional floor 66 for use when the cover 62 is installed over the travel deck 12. The cover 62 may be constructed of a metal such as aluminum.

[0092]    As shown in FIGS. 20-22, the floor base 60 holds assemblies 68 which transfer power from an associated motor, such as a servo motor provided in operable connection with a drive belt to transfer rotational power to a roller or drive wheel 72 which supports the turntable 40 thereon and enables rotation of the turntable 40 with respect to the base 60. In one embodiment, a worm gear may be used for each rotation roller 72 which provides a compact assembly for the 90-degree rotation of an output shaft and allows for a servo motor to be installed in the compact space 86 available in corners of the floor base 60. An additional side roller 74 may also be provided in this assembly to center the turntable 40 in combination with rotation of the turntable 40.

15

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 17 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028                                              PCT/US2022/020919

[0093]      The base 60 also operably supports a slip ring 76 and arm 78 for transferring power and data to the turntable 40 for rotation and allowing for infinite and cordless rotation of the turntable 40. The arm 78 couples to the bottom of the turntable 40 and as the turntable rotates the rotation is transferred to the arm and thus rotates the slip ring 76.

[0094]      A main power input and one or more fan controllers are provided in an assembly 94 that may fit in the corner space 86 of the floor base 60. For example, a male and female 24 pin industrial connector with a 20a/480v rating for each of the 24 contacts is provided. The assemblies 94 are placed or positioned in a respective corner space 86 and then may be fastened into place with fastener such as a screw. When the assemblies 94 are pushed down into place the male and female connectors automatically mate with one another connecting all of the circuits. This allows for ease of service for any of the electronic components. For example, if a breaker needs replacement components require re-wiring, or for initial component wiring, the assembly can be pulled out as a single piece and worked on apart from the main unit 10.

[0095]      The floor base 60 may also be provided with one or more adjustable feet 82 and/or casters or wheels, allowing for height adjustment of the floor base 60 and thus turntable 40 and travel deck 12 and for ease or movement of the floor base 60 as needed.

[0096]      One or more sensors, such as inductive proximity sensors, or hall sensors 80, 81 may be provided such that the control system for the motorized rotating treadmill assembly 10 is capable of setting a homing position for the turntable 40. For example, one side 80 of the hall sensor may be mounted on an outer edge of the turntable 40 and the other side 81 mounted inside of the floor base 60 at the same height and directed towards a center location of the base 60.  One or more sensors 80, 81 may be included the base 60 and turntable 40 for allowing the assembly to home itself and establish an accurate start position for the rotational position of the turntable. The proximity sensor 80 unit itself may be mounted in the floor base 60 and then small neodymium magnets 81 that trigger the proximity sensor 80 are attached to the turntable 40.

[0097]      In one or more embodiments, the motorized rotatable treadmill assembly 10 is constructed with frame work and mounting plates which allow for easy access, component swapping and serviceability without disassembly. For example, mounting plates for the driver boxes, which each control a single motor, allow for easy replacement or swapping of parts. Easy connection mechanisms, such as tabs on a portion of the turntable drive plate inserts can interlock with slots in the frame for easy and secure assembly. The assembly can be

16

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 18 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

WO 2022/198028                                                PCT/US2022/020919

assembled, for example and the travel deck, turntable and base securely connected and fastened into place using a single fastener such as a bolt.

[0098] Moreover, the assembly 10 may be self-grounding by way of copper strips 90 provided along the bottom of the floor base 60 which is compressed against a copper strip sitting atop the mounting lip once fastened into place.

[0099] The motorized rotatable treadmill assembly 10 may have a plurality of intake and exhaust fans 92 for cooling of components. Each of the fans may be independently controllable for targeting a motor and/or driver, for example and configured for speed adjusted over a wired or wireless network connection. This allows for the fans to be run as low as possible (and thus as quietly as possible) and even completely turned off during selected times, such as during a film take. Once film take is complete the fans can be turned up very high to quickly cool down all of the components in the assembly 10 between takes.

[00100]       In one or more embodiments wherein the motorized rotating treadmill assembly 10 is incorporated into an environment for creating the illusion of movement throughout a scene in combination with a virtual or digitally rendered, inserted or displayed background, at least top surfaces of the treadmill 10 including cover plates and the treadmill belt 20 may be painted a bright green color or other color such as bright blue frequently used in film production as a way to digitally isolate a person being filmed for digital insertion into a separate scene.  Edges and vertical surfaces may be similarly painted.

[00101]       As illustrated in FIGS. 24-26, the motorized rotating treadmill 10 is also configured to fit into an existing LED floor tile system, for example, a system that uses 2' x 2' tiles. In such a system, four of the preexisting LED tiles are removed and replaced with the motorized rotating treadmill 10. The feet on the bottom of the floor base 60 are independently adjustable to match the height of the LED floor tile system to provide a smooth and consistent surface and can be adjusted by removal of the top cover panel rather than requiring access to the sides or bottom of the treadmill 10. Thus, adjustment for height can easily be carried out even after the motorized rotatable treadmill 10 is inserted into the existing LED floor tile system or otherwise assembled in an environment.

[00102]       It is also contemplated and within the scope of this disclosure that larger covers for the base 60 and/or turntable 40 can be provided. For example, when the motorized rotatable treadmill 10 is used with an LED floor system or other panel floor construction of larger tiles, for example, half meter tiles, a larger top cover for the floor base 60 is provided and which fills and covers the gaps between the base 60 and adjacent floor panels.

17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 171**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 19 of 43       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

WO 2022/198028                                          PCT/US2022/020919

[00103]        The motorized rotatable treadmill assembly according to one or more embodiments herein may be remotely controlled. The electric components in communication with a controller and/or software control system for remote operation and control of the operation of the motorized rotatable treadmill assembly. That is, control of the speed and direction of the treadmill belt, speed and direction of the rotation of the turntable, angle of the travel deck, control of fans, and combinations thereof can be remotely controlled and synched to various equipment and environments.

[00104]        Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail     without     departing     from     the     spirit     and     scope     of     the     disclosure.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 172**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 20 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

WO 2022/198028                                         PCT/US2022/020919

CLAIMS:

1.      A motorized treadmill comprising:

a travel deck supporting a treadmill belt arranged in an endless loop;

a turntable for rotating the travel deck;

one or more sources of vibration for providing selected vibration to one or more
locations on the belt; and

a floor base for supporting the travel deck, turntable, and one or more vibration
sources.

2.      The motorized treadmill of claim 1, wherein in the one or more vibration sources comprises adjustable vibration motors.

3.      The motorized treadmill of claim 2, wherein a phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

4.      The motorized treadmill of claim 1, wherein the treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane.

5.      The motorized treadmill of claim 2, wherein the vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill.

6.      The motorized treadmill of claim 5, wherein the vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue related to the scene being filmed, or combinations thereof.

7.      The motorized treadmill of claim 1, wherein the turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

8.      The motorized treadmill of claim 1, wherein the floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon.

9.      The motorized treadmill of claim 8, wherein the turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt.

19

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 173

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
### EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 21 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028                                        PCT/US2022/020919

10.      The motorized treadmill of claim 8, wherein the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

11.      The motorized treadmill of claim 10, and further comprising a slip ring for powering one or more electrical components housed within the turntable, for powering the treadmill belt, for providing power to a user on the assembly, and combinations thereof.

12.      The motorized treadmill of claim 1, wherein the treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, wherein the monochrome surface allows for digital isolation of a user on the treadmill.

13.      The motorized treadmill of claim 1, wherein the treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set or wherein the treadmill is configured for use in a standard green screen film studio.

14.      A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.      The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.      The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.      A method of creating the illusion of movement comprising:

providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable; and

20

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 22 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

synching movement of the camera with a real-world speed of the endless track and a
distance traveled by the track.

18.    The method of claim 17 and further comprising:

providing one or more audio, visual, or tactile cue sources to the endless track,
rotatable turntable, user or a combination thereof;

actuating one or more audio, visual, or tactile cue sources to provide a physical signal
to the user on the endless track indicating one or more of a position of the user
on the track, an initiation or ceasing of movement of the track, and an
initiation or ceasing of rotation of the turntable, or a cue related to the scene
being filmed.

19.    The method of claim 17 and further comprising installing the rotatable turntable in an
LED based virtual film set or green screen film set.

20.    The method of claim 17 and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain
the user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the
camera and environment to compensate for the deviation.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 23 of 43          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

WO 2022/198028                                    PCT/US2022/020919

1/18



FIG. 2

FIG. 1

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 176

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 24 of 43        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



WO 2022/198028          2/18          PCT/US2022/020919

FIG. 3

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 25 of 43       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



WO 2022/198028

PCT/US2022/020919

3/18

FIG. 5

FIG. 4

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 26 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



WO 2022/198028

PCT/US2022/020919

4/18

FIG. 7

FIG. 6

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 27 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



WO 2022/198028        5/18        PCT/US2022/020919

FIG. 9

FIG. 8

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 180**

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 28 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 29 of 43          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



WO 2022/198028                    7/18                    PCT/US2022/020919

FIG. 13

FIG. 12

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 182**

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 30 of 43       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



FIG. 15

FIG. 14

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 31 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

WO 2022/198028

9/18

PCT/US2022/020919



FIG. 16

SUBSTITUTE SHEET (RULE 26)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

## 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 32 of 43 [ source file ] [ .ots timestamp of source file ] [ metadata ]



FIG. 18

FIG. 17

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 33 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



WO 2022/198028

11/18

PCT/US2022/020919

FIG. 19

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 34 of 43     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



WO 2022/198028     12/18     PCT/US2022/020919

FIG. 20

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 187**

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 35 of 43 [ source file ] [ .ots timestamp of source file ] [ metadata ]



WO 2022/198028

PCT/US2022/020919

13/18

FIG. 22

FIG. 21

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 36 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 37 of 43    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



WO 2022/198028                          PCT/US2022/020919

15/18

FIG. 25

FIG. 24

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**2022 · 09-22 | InfiniSet | PCT | WO2022198028A1**

EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 38 of 43     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

WO 2022/198028                    16/18                    PCT/US2022/020919



FIG. 26

10

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 191**

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf
SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7
Page: 39 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



WO 2022/198028

17/18

PCT/US2022/020919

FIG. 27

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 40 of 43     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



FIG. 28

SUBSTITUTE SHEET (RULE 26)

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1
## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File:  55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 41 of 43      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | **PCT/US2022/020919** |

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|

**H04N 5/262**(2006.01)i; **H04N 9/75**(2006.01)i; **H04N 5/06**(2006.01)i; **G03B 15/05**(2006.01)i; **G03B 17/56**(2006.01)i; **A63B 22/02**(2006.01)i; **A63B 22/00**(2006.01)i

According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)

H04N 5/262(2006.01); A61B 6/00(2006.01); A61B 6/04(2006.01); A61M 21/00(2006.01); A63B 22/00(2006.01); A63B 22/02(2006.01); B25J 3/04(2006.01); B25J 9/16(2006.01); G06F 15/16(2006.01)

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Korean utility models and applications for utility models
Japanese utility models and applications for utility models

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

eKOMPASS(KIPO internal) & Keywords: treadmill, turntable, vibration, control, film

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2019-0307982 A1 (NEWTON VR LTD.) 10 October 2019 (2019-10-10) | 17,19,20 |
| Y | paragraphs [0055]-[0271] and figure 14A | 1-13 |
| A | | 14-16,18 |
| Y | KR 10-2020-0091594 A (LEANTECH CMS CO., LTD.) 31 July 2020 (2020-07-31) paragraphs [0016]-[0041] | 1-13 |
| A | US 2017-0129105 A1 (KENNETH DEAN STEPHENS, JR.) 11 May 2017 (2017-05-11) claims 1-10 | 1-20 |
| A | US 2015-0150522 A1 (GEORGE PAPAIOANNOU) 04 June 2015 (2015-06-04) claims 1-10 | 1-20 |

☑ Further documents are listed in the continuation of Box C.    ☑ See patent family annex.

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "D" | document cited by the applicant in the international application | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "E" | earlier application or patent but published on or after the international filing date | | |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| **24 June 2022** | **24 June 2022** |

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| **Korean Intellectual Property Office** **189 Cheongsa-ro, Seo-gu, Daejeon** **35208, Republic of Korea** | **YANG, JEONG ROK** |
| Facsimile No. **+82-42-481-8578** | Telephone No. **+82-42-481-5709** |

Form PCT/ISA/210 (second sheet) (July 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 194**

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 42 of 43        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**INTERNATIONAL SEARCH REPORT**

| | International application No. |
|---|---|
| | **PCT/US2022/020919** |

**C.    DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | KR 10-2021-0023190 A (SO, HO SUNG et al.) 04 March 2021 (2021-03-04)<br>  claims 1-10 | 1-20 |

Form PCT/ISA/210 (second sheet) (July 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

EXHIBIT PAT-A1 | p. 195

# 2022 · 09-22 | InfiniSet | PCT | WO2022198028A1

## EXHIBIT PAT-A1

2022-09-22__InfiniSet_PCT_WO2022198028A1.pdf

SHA-256 Hash of Source File: 55342a021f7d43beb7d121b3989a68599a712e6e7dda5debba56682f9325c5e7

Page: 43 of 43　　　[ source file ]　　　[ .ots timestamp of source file ]　　　[ metadata ]

---

**INTERNATIONAL SEARCH REPORT**
**Information on patent family members**

| International application No. |
|---|
| **PCT/US2022/020919** |

| Patent document cited in search report | | | Publication date (day/month/year) | Patent family member(s) | | | Publication date (day/month/year) |
|---|---|---|---|---|---|---|---|
| US | 2019-0307982 | A1 | 10 October 2019 | IL | 265092 | A | 30 April 2019 |
| | | | | WO | 2018-042442 | A1 | 08 March 2018 |
| KR | 10-2020-0091594 | A | 31 July 2020 | KR | 10-2191218 | B1 | 15 December 2020 |
| US | 2017-0129105 | A1 | 11 May 2017 | US | 2013-0211587 | A1 | 15 August 2013 |
| | | | | US | 2013-0211594 | A1 | 15 August 2013 |
| | | | | US | 9573276 | B2 | 21 February 2017 |
| | | | | US | 9975248 | B2 | 22 May 2018 |
| US | 2015-0150522 | A1 | 04 June 2015 | EP | 2348980 | A1 | 03 August 2011 |
| | | | | US | 2010-0098316 | A1 | 22 April 2010 |
| | | | | US | 2010-0110075 | A1 | 06 May 2010 |
| | | | | US | 2013-0294575 | A1 | 07 November 2013 |
| | | | | US | 2017-0049411 | A1 | 23 February 2017 |
| | | | | US | 8147139 | B2 | 03 April 2012 |
| | | | | US | 8525833 | B2 | 03 September 2013 |
| | | | | US | 8770838 | B2 | 08 July 2014 |
| | | | | US | 9289180 | B2 | 22 March 2016 |
| | | | | WO | 2010-044844 | A1 | 22 April 2010 |
| KR | 10-2021-0023190 | A | 04 March 2021 | KR | 10-2300669 | B1 | 09 September 2021 |

Form PCT/ISA/210 (patent family annex) (July 2019)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 09-22 | Notice of Publication
## EXHIBIT PAT-A1

2022-09-22 __ Notice of Publication.pdf

SHA-256 Hash of Source File: 48db5c6d6cf449579fbbe1e43c2eb8ffab795044a5e6188531587738814687dc

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 |

**CONFIRMATION NO. 6571**

27367
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

**PUBLICATION NOTICE**



*OC000000136365972*

**Title:** Motorized rotatable treadmill and system for creating the illusion of movement
**Publication No.** US-2022-0297024-A1
**Publication Date:** 09/22/2022

### NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 09-22 | Notice of Publication-PCT

## EXHIBIT PAT-A1

2022-09-22__Notice of Publication-PCT.pdf

SHA-256 Hash of Source File:  1eb67b48b7760ba48a70a57c98b4edf266f91a0df84fb606c34858cd9c05dc8a

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### PATENT COOPERATION TREATY

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION CONCERNING
AVAILABILITY OF THE PUBLICATION
OF THE INTERNATIONAL APPLICATION

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)* 22 September 2022 (22.09.2022) | | |
|---|---|---|
| Applicant's or agent's file reference G185-0001WO1 | | **IMPORTANT NOTICE** |
| International application No. PCT/US2022/020919 | International filing date *(day/month/year)* 18 March 2022 (18.03.2022) | Priority date *(day/month/year)* 19 March 2021 (19.03.2021) |
| Applicant | GUERTIN, Matthew | |

The applicant is hereby *notified* that the International Bureau:

☒ has **published** the above-indicated international application on 22 September 2022 (22.09.2022) under No. WO 2022/198028

☐ has **republished** the above-indicated international application on _____
under No. WO _____
For an explanation as to the reason for this republication of the international application, reference is made to INID codes (15), (48) or (88) *(as the case may be)* on the front page of the published international application.

- A copy of the international application is available for viewing and downloading on WIPO's website at the following address: https://patentscope.wipo.int/ (in the appropriate field of the structured search, enter the PCT or WO number).

- The applicant may also obtain a paper copy of the published international application from the International Bureau by sending an e-mail to patentscope@wipo.int or by submitting a written request to the contact details provided below.

**Warning:** Following publication of the international application, applicants, agents and inventors may receive misleading requests for payment of fees that appear to come from the International Bureau of WIPO or other patent Offices which are unrelated to the processing of international applications under the PCT.

Agents are particularly encouraged to be vigilant and alert their clients about this practice. Examples of such requests for payment which have been received by the International Bureau can be found at: http://www.wipo.int/pct/en/warning/pct_warning.html.

Please forward copies of any such requests to pct.legal@wipo.int.

| The International Bureau of WIPO 34, chemin des Colombettes 1211 Geneva 20, Switzerland | Authorized officer **Sun Hwa Lee** e-mail pct.team1@wipo.int Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/311 (revised January 2020)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 198**

2022-09-22__PCT IB 311.pdf

SHA-256 Hash of Source File: 0654c22274cc9aa0a4d91fc8c15e2279c1b5ba55304d7a2189763d5eb6901b82

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## PATENT COOPERATION TREATY

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION CONCERNING
AVAILABILITY OF THE PUBLICATION
OF THE INTERNATIONAL APPLICATION

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>22 September 2022 (22.09.2022) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTICE** |

| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |
|---|---|---|

| Applicant | |
|---|---|
| | GUERTIN, Matthew |

The applicant is hereby *notified* that the International Bureau:

☒ has **published** the above-indicated international application on 22 September 2022 (22.09.2022) under No. WO 2022/198028

☐ has **republished** the above-indicated international application on _____
under No. WO _____
For an explanation as to the reason for this republication of the international application, reference is made to INID codes (15), (48) or (88) *(as the case may be)* on the front page of the published international application.

- A copy of the international application is available for viewing and downloading on WIPO's website at the following address: https://patentscope.wipo.int/ (in the appropriate field of the structured search, enter the PCT or WO number).

- The applicant may also obtain a paper copy of the published international application from the International Bureau by sending an e-mail to patentscope@wipo.int or by submitting a written request to the contact details provided below.

**Warning:** Following publication of the international application, applicants, agents and inventors may receive misleading requests for payment of fees that appear to come from the International Bureau of WIPO or other patent Offices which are unrelated to the processing of international applications under the PCT.

Agents are particularly encouraged to be vigilant and alert their clients about this practice. Examples of such requests for payment which have been received by the International Bureau can be found at: http://www.wipo.int/pct/en/warning/pct_warning.html.

Please forward copies of any such requests to pct.legal@wipo.int.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>**Sun Hwa Lee**<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/311 (revised January 2020)

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 1 of 27    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



US 20220297024A1

(19) **United States**

(12) **Patent Application Publication**    (10) Pub. No.: **US 2022/0297024 A1**

Guertin      (43) **Pub. Date:**    **Sep. 22, 2022**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(21) Appl. No.: **17/698,420**

(22) Filed: **Mar. 18, 2022**

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

**Publication Classification**

(51) **Int. Cl.**

| | |
|---|---|
| *A63J 5/02* | (2006.01) |
| *A63B 22/02* | (2006.01) |
| *A63J 1/00* | (2006.01) |

(52) **U.S. Cl.**

CPC .................. *A63J 5/02* (2013.01); *A63B 22/02* (2013.01); *A63J 1/00* (2013.01); *A63B 2022/0271* (2013.01)

(57)      **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.



Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 2 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Patent Application Publication        Sep. 22, 2022  Sheet 1 of 18        US 2022/0297024 A1



FIG. 2

FIG. 1

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 201**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 3 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Patent Application Publication      Sep. 22, 2022   Sheet 2 of 18      US 2022/0297024 A1



FIG. 3

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 202**

# 2022 · 09-22 | US20220297024A1

## EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 4 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication     Sep. 22, 2022  Sheet 3 of 18      US 2022/0297024 A1

FIG. 5

FIG. 4

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 5 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Patent Application Publication       Sep. 22, 2022   Sheet 4 of 18        US 2022/0297024 A1



FIG. 7

FIG. 6

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 6 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Patent Application Publication    Sep. 22, 2022  Sheet 5 of 18      US 2022/0297024 A1

FIG. 9

FIG. 8

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 205**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 7 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Patent Application Publication     Sep. 22, 2022  Sheet 6 of 18      US 2022/0297024 A1

FIG. 11

FIG. 10

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 206**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 8 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Patent Application Publication     Sep. 22, 2022   Sheet 7 of 18     US 2022/0297024 A1

FIG. 13

FIG. 12

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 207**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 9 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Patent Application Publication     Sep. 22, 2022   Sheet 8 of 18     US 2022/0297024 A1

FIG. 15

FIG. 14

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 208**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | US20220297024A1
## EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf
SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39
Page: 10 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Patent Application Publication     Sep. 22, 2022  Sheet 9 of 18      US 2022/0297024 A1



FIG. 16

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 11 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Patent Application Publication      Sep. 22, 2022   Sheet 10 of 18      US 2022/0297024 A1



FIG. 18

FIG. 17

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

# 2022 · 09-22 | US20220297024A1
## EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 12 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication      Sep. 22, 2022  Sheet 11 of 18      US 2022/0297024 A1

FIG. 19

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 13 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Patent Application Publication    Sep. 22, 2022   Sheet 12 of 18    US 2022/0297024 A1

FIG. 20

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 212**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 14 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication      Sep. 22, 2022   Sheet 13 of 18      US 2022/0297024 A1

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 213**

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 15 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**FIG. 23**

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 16 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Patent Application Publication       Sep. 22, 2022  Sheet 15 of 18       US 2022/0297024 A1



FIG. 25

10



FIG. 24

10

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 215**

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 17 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Patent Application Publication       Sep. 22, 2022   Sheet 16 of 18       US 2022/0297024 A1



FIG. 26

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 18 of 27          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Patent Application Publication     Sep. 22, 2022  Sheet 17 of 18      US 2022/0297024 A1

FIG. 27

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 217**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 19 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Patent Application Publication     Sep. 22, 2022  Sheet 18 of 18     US 2022/0297024 A1

FIG. 28

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 218**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | US20220297024A1
## EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 20 of 27    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

US 2022/0297024 A1        Sep. 22, 2022

1

## MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application claims priority to and the benefit of U.S. provisional patent application Ser. No. 63/163,135, filed on Mar. 19, 2021, the contents of which are incorporated herein in its entirety.

### BACKGROUND

[0002] Camera tracking systems are used with green screen backgrounds LED wall backgrounds to allow a person being filmed to appear as though they are in another environment, one that is generally created by CGI artists and is rendered in real-time by a rendering engine along with a media server. While the possibilities are unlimited with respect to the environment in which the person can be inserted, the person is otherwise very limited in how far and in what directions they are able to walk or run within this virtual environment.

[0003] Most "virtual film sets" currently use a camera tracking system that severely limits the movement of the person being filmed to a very small area in the center of the LED or green screen-based set. The person as well as the camera are always stuck in the same spot of the scene essentially and unable to travel. For a video-based environment to appear realistic in its position, it must remain static relative to that of the person. Even though the tracked film camera is able to move and view the environment from different perspectives, it is essentially static due to the fact that it must always view the person from the same frontal point of view with a very limited ability to orbit around them.

### SUMMARY

[0004] An aspect of the present disclosure relates to a motorized treadmill that is mounted atop an infinitely rotating, motorized turntable. A speed and direction of the treadmill belt, as well as the turntable, is determined and controlled by a user, a non-user (remote) party, or based on a combination of three-dimensional, virtual, and real-world GPS positional and rotational data.

[0005] An aspect of the present disclosure relates to a motorized treadmill having a travel deck supporting a belt arranged in an endless loop; a turntable for rotating the travel deck; one or more sources of vibration for providing haptic feedback to one or more locations on the belt; and a floor base for supporting the travel deck, turntable, and one or more vibration sources.

[0006] The one or more vibration sources comprises adjustable vibration motors.

[0007] A phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

[0008] The treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane. For example, the X-Y plane refers to the X-Y ground plane, or the ground plane with respect to a virtual environment.

[0009] With respect to the X-Y plane, additional movement may occur in a Z direction, via tilting of an orientation of the belt in the Z direction by a mechanism for raising and lowering one end of the belt.

[0010] The vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill. The vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue or action related to the scene being filmed, or combinations thereof.

[0011] The turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

[0012] The floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon. The turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt. The floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

[0013] The floor base includes a slip ring which supplies power and data to the components contained within the turntable, such as the treadmill belt and/or vibration motors. The slip ring is configured to allow endless rotation of the turntable by eliminating cords or cables in the device that would otherwise limit turntable rotation.

[0014] The treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, where the monochrome surface allows for digital isolation of a user on the treadmill.

[0015] The monochrome surface is green, or any color which provides a background in front of which the moving user is filmed, and which allows a separately filmed background to be added to the final image.

[0016] The treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set.

[0017] The treadmill is configured for use in a standard green screen film studio.

[0018] Another aspect of the present disclosure relates to a system for creating the illusion of movement of a user. The user may be inserted into a virtually rendered setting, a live-action pre-filmed setting, or a combination thereof. The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and a controller configured to synch the movement of the treadmill with a camera in real-time. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

[0019] Wherein the camera and user rotate inversely to one another to achieve realistic orbital rotation.

[0020] The camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-ad163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 21 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2022/0297024 A1

Sep. 22, 2022

2

[0021] Yet another aspect of the present disclosure relates to a method of creating the illusion of movement. To create the illusion of movement in a virtual setting, the method includes providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable and/or rotatable about a vertical axis. The speed of the endless track is precisely controllable, and a direction of the endless track is also controllable by rotating the turntable.

[0022] The movement of the camera is then synched with a real-world speed of the endless track and a distance traveled by the track.

[0023] The synchronized rotation of the user and turntable relative to the present orientation of the camera is solved for using inverse kinematics.

[0024] One or more audio, visual, or tactile cue sources are provided to the endless track, rotatable turntable, user or a combination thereof and actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track to indicate one or more of a position of the user on the track, an initiation or ceasing of movement of the track, an initiation or ceasing of rotation of the turntable, or a cue or action related to the scene being filmed.

[0025] The rotatable turntable is installable in an LED based virtual film set or green screen film set.

[0026] When creating the illusion of movement of the user on the treadmill, the method includes tracking the precise location of the user in real-time and providing physical cues to the user to direct the user's movement to maintain the user on a location of the endless belt. If the user deviates from the location on the endless belt, adjusting a location of the camera to compensate for the deviation.

BRIEF DESCRIPTION OF THE DRAWINGS

[0027] FIG. 1 is a front perspective view of a motorized rotatable treadmill assembly and system for generating the illusion of movement in one environment.

[0028] FIG. 2 is a front perspective view of the assembly with camera movement indicators for illustrating the creation of the illusion of movement in one embodiment.

[0029] FIG. 3 is a top perspective view of the motorized rotatable treadmill assembly.

[0030] FIG. 4 is a top perspective exploded view of the assembly according to one or more embodiments herein.

[0031] FIG. 5 is a bottom perspective exploded view of the assembly according to one or more embodiments herein.

[0032] FIG. 6 is a perspective view of a travel deck of the motorized rotatable treadmill.

[0033] FIG. 7 is an exploded view of the travel deck.

[0034] FIGS. 8, 9 and 10 illustrate a feedback system for the travel deck.

[0035] FIGS. 11-13 illustrate a turntable component of the assembly according to one embodiment.

[0036] FIG. 14 is a perspective view of the turntable component with the travel deck removed therefrom.

[0037] FIG. 15 is a bottom view of the turntable component.

[0038] FIG. 16 is a top view perspective view of the turntable with cover panels removed for illustrating the internal components of the turntable.

[0039] FIG. 17 is a perspective view of a floor base of the motorized rotatable treadmill according to one or more embodiments and with the travel deck and turntable removed.

[0040] FIG. 18 is a side view of the floor base.

[0041] FIG. 19 is a top perspective view of the floor base with one or more cover panels removed to illustrate interior components of the floor base.

[0042] FIGS. 20, 21, and 22 illustrate power components for turntable and travel deck supported in the floor base.

[0043] FIG. 23 is a top view of the floor base illustrating the parts of the floor base.

[0044] FIGS. 24 to 26 illustrate the system according to one or more embodiments herein including the motorized rotatable treadmill in various environments.

[0045] FIG. 27-28 are flow charts illustrating a method of communication and control of the assembly and system.

DETAILED DESCRIPTION

[0046] A motorized rotatable treadmill assembly for providing omnidirectional simulated movement for a user is described herein. The user can travel in any direction while using the motorized rotatable treadmill assembly while remaining stationary in a location. The motorized rotatable treadmill assembly can be used in various environments for entertainment purposes and/or for creating content including the illusion of a user traveling through an environment while never leaving the space in which the motorized rotatable treadmill is located.

[0047] In one or more embodiments, the motorized treadmill and rotating turntable are used in combination with a system for controlling the treadmill and turntable along and optionally with a camera for creating the illusion of movement of a user, for example, a person, inserted into a digital environment is described herein and illustrated in the figures.

[0048] A motorized rotatable treadmill assembly according to one or more embodiments described herein is a motorized treadmill belt on a travel deck that is mounted on an infinitely rotatable, and motorized turntable. In some embodiments, the speed and direction of the treadmill belt as well as the rotational speed and position of the turntable may be determined and controlled by data collected from a 3D/virtual system and/or real world/GPS positional and rotational data from cameras being used for recording and/or rendering a video-based environment in which a user of the treadmill is being virtually inserted into.

[0049] User control modes for the assembly may include, but are not limited to a fixed speed mode, a self-paced mode, and a remote user cuing mode. In a fixed speed mode, the motorized rotatable treadmill assembly operation is controlled directly by signals received from a media server or controller where the signals control various functions of the assembly such as starting, stopping, speed and rate of the treadmill and the rotation of the turntable, for example. The user then may match the speed of the treadmill.

[0050] In the self-paced mode, the user may be tracked, and data related to user movement communicated to the media server or controller. The user moves and the assembly responds directly to the user movement with movement of components of the assembly. That is, for example, the movement of the treadmill belt and/or turn table may respond and change with each step or change in position of the user. Tracking of the user may be carried out with various

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 220**

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 22 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

US 2022/0297024 A1

Sep. 22, 2022

3

sensors integrated into the assembly, worn by the user, and/or surrounding the assembly. As the user moves, data from the sensors is processed and the media server or other controller adjusts operation of the assembly such as treadmill speed and travel deck rotation.

[0051] In the remote user cuing mode, the user may control one or more triggering cues via remote or wireless connection with the assembly, allowing the user the ability to progress through an ordered list of cues at a pace selected by the user. The cues may be programmed and arranged in a respective order prior to the user being filmed traveling through the environment when on the assembly.

[0052] In one or more of the embodiments described herein, the user cue system is configured to provide audio, visual, tactile and/or haptic cues to the user for anticipating an assembly start, stop, rotation, speed, speed change or other user and/or assembly action(s) that relate to the user movement, location on the belt, and/or corresponding digital environment.

[0053] The user may be provided with one or more wearable devices in communication with the media server. These devices comprise sensors for monitoring and recording user movement and for providing feedback relating to the user movements or positioning to the media server or controller. Additional wearable devices may be configured for providing audio, visual, tactile or other signals or cues to the user from the media server or other controller. For example, the wearable devices may comprise one or more inertial measurement sensors, haptic vibration motors for contacting the user's body, insoles, vibratory or LED components worn on various parts of the user's body among other various devices for communicating remotely and discreetly with the user. The user cue system may provide audio cues which may be wirelessly transmitted to an in ear listening device worn by the user.

[0054] In one or more embodiments, the assembly is configured for use with a digitally rendered environment. An animation timeline may be used with one or more cue modes as a system controller for the assembly. The animation timeline is configured to establish the user(s) travel path and/or a camera path through a virtual or pre-filmed environment that the user(s) is/are instructed into. The combination of the animation timeline and cue sequencing system provides the option for the different user control modes. In one or more embodiments, the user modes may only affect the animation timeline playback functionality and otherwise rely on the same or similar animated parameter values used to determine the travel path and/or camera path.

[0055] What is meant by "environment" as used in one or more embodiments described herein is a pre-filmed real-world scene that was filmed with a specially equipped camera whose position, orientation, and inertia data (9Dof+GPS) is recorded at the same time as the corresponding video footage was.

[0056] What is meant by "travel path" as used in one or more embodiments described herein is the calculated or animated path that user(s) will follow as they are filmed travelling through the virtual or real-world environment in which the user(s) has been digitally inserted.

[0057] What is meant by "camera path" as used in one or more embodiments described herein is the calculated or animated path the camera follows through the scene as it films the traveling user(s) and environment. The camera path includes translation and rotation parameters and any addi-

tional camera specific parameters (e.g., field of view, look at object), all of which can be animated on the timeline using keyframes.

[0058] By way of non-limiting example, in one or more embodiments, the animation timeline is a custom animation timeline that with a cue sequencing system provides a programmer the ability to add an animated virtual user, or an avatar ("AV") into the environment to help with programming. For example, various styles of generic 3D sketch-style figures may be selected as the AV's identity/appearance. The AV may have static height and stride parameters that can be set to match those of the human user. The stride parameter for example is the average distance that the real-world user averages per each step.

[0059] Matching AV's height and stride distance to that of the human user will ensure that the real-world film shot appears nearly identical to what is seen when a cue is played back with an AV instead of a human user. In one or more embodiments, the AV is a rigged 3D character whose skeleton is linked as a kinematic chain. The AV may do nothing except an automatic walk, automatic jog, or automatic run along the travel path of the cue being played back. For example, an automatic walk, automatic jog, or automatic run may be selected as the seamless kinematic loop data to play back based on the AV's speed. In one such embodiment, the AV's speed is equal to the treadmill speed and the human user's speed is equal to the treadmill speed. These values are equal as the values are based on real world speed and are synchronized. The AV may be a digital twin of the user by means of a multi-camera photogrammetry rig capturing an image of the user from multiple different points of view/locations at the exact same time, for the purpose of then using photogrammetry software to create the digital twin which can be rigged with a kinematic chain of bones, allowing the digital twin to be placed into the 3D environment and animated.

[0060] When a cue is played back that changes AV's position the AV will automatically walk along the calculated or animated travel path at a speed/rate that is calculated based on AV's stride parameter whose value was set to match the distance of one average footstep of human user. For example, one seamless loop of kinematic walking data results in one full gait cycle which is exactly two steps.

[0061] The AV is able to be viewed as 1st person, 3rd person, or a custom view by the system programmer while walking along the travel path.

[0062] A 3D-AV may be represented in the system as a 3D modeled character that is inserted into the 3D virtual space via the real-time render engine or the media server 3D space. The 3D-AV may then be affected by things like lighting, shadows, and object occlusion that are part of the 3D scene. The system may also provide the ability to overlay a 2D rendered composite image of the 3D-AV character which will match orientation, position, and scale.

[0063] In one or more embodiments, the animation timeline in combination with cue modes, hereinafter referred to as the system controller, may be a source of all control, movement, functionality, and/or operation of the motorized rotatable treadmill assembly as well as one or more cameras for capturing user movement on the assembly. This system allows for isolating user(s) from a background to be digitally inserted into a rendered 3D virtual scene or a pre-filmed real-world environment for the purpose of being filmed as

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 221**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 23 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2022/0297024 A1

Sep. 22, 2022

4

the user is able to travel through the environment along the 2d ground plane an infinite distance in any direction

[0064] The assemblies and systems described herein enable a user to travel an unlimited amount of distance through a virtual scene, all while the user remains within a perimeter defined by belt surface or essentially while remaining in one place (on top of the motorized treadmill). The user walks on the endless belt, the speed and/or direction of travel, of which is precisely controlled by data received from a media server, a pre-selected speed, or a rendering engine that is controlling the virtual scene. In embodiments where the motorized treadmill is used to render or generate content for a digital scene, a corresponding camera(s) movement through the scene can be precisely synched with the user's real-world speed and distance as they travel on the endless belt. This creates the illusion of movement of the user being filmed and the camera appear to travel through the scene but are in fact static in position or location. This can be combined with the additional element of controlling the direction the user is facing as they are traveling through the scene allows for an infinitely large virtual environment for a user to explore.

[0065] The devices and systems described herein allow, for example, a small studio to no longer be confined by a limited amount of physical space, or the immense costs associated with creating a larger film set. Benefits further include the ability to rotate the camera responsible for rendering/filming the scene (which acts as the background) precisely in sync with the person being inserted into the scenes to allow the studio or independent content creator the ability to film 360+ degree orbiting scenes around a person, which would otherwise be very expensive and highly technical to carry out using the methods of the prior art. The devices and systems described herein result in the incalculable savings of time by allowing filmmakers to obtain the same film footage and final result with fewer takes and allows a studio more opportunities to film shots on location without needing the actor or actress to be present.

[0066] The device and systems described herein allow a user and film camera to remain static relative to their real-world position while creating the illusion that both are able to move freely through a virtual-based environment.

[0067] As described in further detail below, in one embodiment, the illusion of orbiting the film camera around the focal point of the shot, which would be the user, may be created by instead rotating the person being filmed in synch with the orbital rotation speed and angle of the camera responsible for filming or rendering the video environment the user is being inserted into. For example, a camera moves in a circular 270 degree counter clockwise pathway around a vertical axis as the user on the motorized treadmill would also concurrently be rotated 270 degrees in the opposite direction (clockwise) at the exact same rotation speed as the camera.

[0068] The system may use forward and/or inverse kinematics to solve for speed, position, rotation, velocity and other parameters. The camera may rotate around a vertical axis positioned anywhere along a two-dimensional ground plane on the environment and is not limited to being centered on the assembly or the user. Movement of the camera and its rotation, pitch/yaw/roll may be whatever the camera operator chooses. For example, in one embodiment, I'm pretty sure that the orientation values of both the user and camera relative to one another as they travel through the

environment may also use 'forward kinematic' equations to determine their value in certain instances.

[0069] Further, the illusion of movement of the user through the scene may be created by the user being filmed walking on the treadmill belt at a rate of speed that matches that of the scene camera as the camera moves along a one-dimensional path (vector).

[0070] In some embodiments, the orbiting movement and vector movement can be combined. Combining the travel of the treadmill belt with the rotational direction (heading) of the turntable the treadmill is mounted on create the illusion of unlimited movement along the two-dimensional ground plane of the video-based environment.

[0071] The embodiments illustrated herein show a single user on the motorized treadmill for ease of illustration. It is contemplated and within the scope of this disclosure that the motorized treadmill may have larger dimensions of one or more components to allow for creating the illusion of movement of multiple users. For example, the size of the belt and the turntable may be increased to accommodate two, three, or more users concurrently or in series. Additional belts may be used to enable supporting and creating the illusion of movement of multiple users concurrently in synch or independently. As such, the embodiments described herein are not limited by sizes or dimensions disclosed in the examples. The embodiments of the system comprising the motorized treadmill are not limited to those described herein. The motorized treadmill has applications outside of the digital environments described herein. It is also contemplated and within the scope of this disclosure that the motorized treadmill may be provided on its own and/or for use in combination with virtual reality systems, headsets, and games/environments accessible via virtual reality systems or within the metaverse.

[0072] The motorized treadmill is one independent element of the present disclosure. In one or more embodiments described herein, the motorized treadmill is configured to provide both linear movement and rotational movement planes for a user. The motorized treadmill in general comprises a floor base supporting a turntable and travel deck. The floor base houses components for powering the rotational movement of the turntable. The turntable supports the travel deck, which comprises an endless rotating belt or treadmill. Together, the motorized treadmill thus allows for forward and reverse linear movement by way of the rotating belt and the turntable is endlessly rotatable to rotate the travel deck concurrently with rotation of the belt in the forward or reverse directions. Additionally, an angle or incline of the travel deck can be adjusted. These movements and positioning can be carried out concurrently and operated independently. The motorized treadmill thus allows for combinations of movement to support a user thereon.

[0073] For example, the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable and travel deck. In another example, one or more electric motors may be provided and directly attached to a roller wheel as a single, compact assembly in the floor base for operating the turntable and/or belt. Additional mechanisms for operating the turntable include but are not limited to gear assemblies, thrust bearings or other bearings, or roller wheel(s) attached directly to motor shaft(s). A slip ring is used to rotate the turntable without cords. The cordless rotation of the turntable allows for infinite rotation of the

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1382bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 24 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2022/0297024 A1

Sep. 22, 2022

5

travel deck such that rotation in one direction can exceed 360 degrees without requiring a change in direction or re-set operation.

[0074] A further embodiment may include rollers which drive the rotation of the turntable rotation contained within or on the floor base. Rather than the turntable sitting on top of rollers held within the floor base, the turntable contains the rollers needed to drive and support itself. The floor base then contains the track on which the rollers rest.

[0075] In one or more embodiments according to the descriptions herein, the turntable may also function with removal of the endless belt of the travel deck, and/or with a cover panel such that a top surface of the turntable is also a user support surface that is selectively rotatable. For example, the turntable of such an embodiment may have dimensions including a diameter in the range of 6-8 feet or more for real-world or virtually enhanced entertainment. A correspondingly large slip ring is included in the turntable, which would allow a real-world entertainer, for example, a DJ act, entertainer, or musician, to utilize power from the turntable and other audio, video, and data connections available to plug such devices into the turntable of this embodiment. As such, the turntable can be used in additional settings and enable DJs, for example, to play a live set where the DJ is rotated in combination with the camera described in one or more embodiments herein. This setup can create the illusion of movement wherein the camera is orbiting around and/or behind the DJ on the turntable and where the DJ and camera are able to view the crowd.

[0076] The motorized rotatable treadmill floor base and housing is constructed in a manner allowing for easy assembly/disassembly and with various removable cover plates which allow for selected and easy access to the interior components of the turntable and floor base. The travel deck is also separable from the turntable and the turntable can be lifted from the floor base by way of handles which allow for ease of set up/take down but also for service and/or replacement of one or more parts. The handles may be removably secured to the frame of the travel deck for easy assembly and disassembly.

[0077] The floor base may also be adjustable itself by way of one or more adjustable height feet and wheels that allow for movement of the assembled device.

[0078] The motorized rotatable treadmill assembly can be incorporated into various environments and can further be used in virtual reality systems to enhance user experience with movement in various virtual environments. Controllers for the system can be operated by various types of software for endless use of the devices.

[0079] In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video. Currently available software and technology in the field of photogrammetry is rapidly expanding. Such software and related technology may also be incorporated into a control system for calculating the position of a video camera relative to the physical and real-world environment in an analyzed video clip.

[0080] In the embodiment illustrated in the figures, for example as shown in FIGS. 1-5, 3, a motorized rotatable treadmill assembly 10 comprises a travel deck 12 and turntable 40 which may be supported on a floor base 60. The travel deck 12 comprises an endless rotating belt system 16 for linear travel in forward and reverse directions. The travel deck is incorporated into and/or supported on the turntable 40, which allows for 360+ degree rotation thereof and thus of the travel deck 12. Together, the turntable 40 and travel deck 12 allow for omnidirectional virtual movement as a user can move in endless directions by combination of the linear and rotational movement provided by the motorized treadmill assembly 10. The travel deck 12 may also be elevated and/or inclined at one or both ends to provide for uphill or downhill movement for example. The linear and rotational movement as well as incline capability may be rendered concurrently and independently such that various directional and terrain style walking or running can be achieved.

[0081] The travel deck 12 is illustrated in further detail in FIGS. 6-10. In the embodiment illustrated, the travel deck 12 has a frame 18 which supports the rotating belt system 16. The rotating belt system 16 comprises a belt 20 that is operably provided around belt pulley 22 and frame 18 for supporting the user thereon. The belt 20 may be a rubber treadmill belt and the pulley 22 may be toothed belt pulleys for rotating the belt 20 therearound. The frame 18 may be a metal frame, such as an aluminum or steel support frame 18. In further detail, the treadmill belt 20 may be powered by a system of servo motors 27 positioned below or next to the treadmill belt 20. As shown in FIG. 13 for example, four servo motors are provided, and each motor shaft mates with an inline planetary gear. An output shaft of each planetary gear has a tooth keyed belt pulley 22 fastened to it as does each side of front and rear belt roller shafts 23. Torque is then transferred through timing belts such that it is possible to drive all four available drive points (both sides of each belt roller) or two drive points in the alternative.

[0082] The frame 18 may further be provided with one or more handles along one or more sides. The handles may be pivotable and/or removably connectable to the frame 18 to allow for lifting and lowering of the travel deck 12 out of and/or into connection with the turntable 40.

[0083] In the embodiment illustrated, the travel deck 12 further comprises one or more vibration motors 24 which can be used, for example, to provide haptic feedback 25 to a user or provide cues or warnings to the user as shown in FIG. 10. The vibration motors 24 may be provided in an array where individual motors are spaced apart across an underside of the belt 20 and the motors independently operably to provide targeted vibration to one or more locations on the belt 20. A substrate 26 is provided for supporting the vibration motors 24 and/or transferring the vibration to the belt 20.

[0084] For example, the substrate 28 may be a phenolic resin sheet that acts as the belt deck that the belt 20 will slide across as it moves and is mounted to a metal substrate 26 such as an aluminum sheet. A tape such as 3M VHB tape may be used to secure the vibration motors between the aluminum sheet 26 and the substrate 28 and may also act as a cushion for the vibration motors 24 as the motors 24 are secured to the underside of the substrate 28.

[0085] It is further contemplated that the travel deck 12 is removable from the turntable 40 as the travel deck 12 is

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 09-22 | US20220297024A1
## EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File: 9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 25 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

US 2022/0297024 A1                                                            Sep. 22, 2022

6

secured therewith with fasteners such as nuts and bolts. Thus, the travel deck 12 is easily removable for belt 20 changes and servicing.

[0086] The travel deck 12 provides a user "travel area" 30 that may be defined by the size of the belt 20 of the rotating belt system 16. In one embodiment, the travel area 30 is approximately 39.5"×19.5", however, the size of the travel area 30 may be increased or decreased without deviating from the scope of this disclosure. The belt 20 may be a treadmill belt which travels approximately 85.4" for each revolution and is 19.7" wide. One revolution of the belt pulley along with the belt roller causes the belt to travel 6.19", a system of motors able to deliver 1500 rpm with sufficient torque to the belt pulleys will allow a user to run a running speed of 8.79 mph.

[0087] As noted above, the motorized rotatable treadmill assembly 10 may also include vibration motors 24 such that a system with the treadmill assembly 10 may utilize a haptic feedback system of the travel deck 12 as illustrated in further detail in FIGS. 10-11. For example, a grid of vibration motors 24 is mounted underneath the treadmill belt 20. This allows a control system in connection with the motorized rotatable treadmill assembly 10 to signal the user thereon with various messages via haptic feedback. Examples of haptic feedback messages include but are not limited to an indication that the belt 20 is going to start or stop moving, an indication that the turntable 40 is going to start or stop rotation, or an indication that the user's feet are nearing edges of the belt 20. Vibratory signals as indicated in FIGS. 10-11 may also be sent to let the user know where they are positioned as the user walks on the belt 20 so the user does not need to look down at the belt 20. The motors 24 may also be pulsed to let the user know to move to another location (e.g., move right or move left to avoid walking off the belt).

[0088] The turntable 40 is illustrated in further detail in FIGS. 12-16. The turntable 40 comprises a space 42 for supporting the travel deck 12 therein. The turntable housing comprising an upper plate 44 that may support a removable cover which may be comprised of one or more cover pieces. The turntable 40 housing also includes a base plate 46. Side supports 48 provide structural framework support to the turntable 40. One or more side supports may be configured to provide handles for lifting the turntable 40. The turntable 40 also comprises a base 50 which, in one embodiment, may sit atop a plurality of roller wheels which retain the turntable 40 centered within the floor base 60. Additional side roller wheels 54 may also be provided for rotation of the turntable 40. Roller wheels are illustrated however, alternative or additional mechanisms can include bearings, or for example, thrust bearings. The turntable 40 rotation may be powered by one or more motors 56, for example, two motors as discussed in further detail below with respect to the base 60.

[0089] As illustrated, the turntable 40 and housing 44 are overall circular in shape which enables the clean and endless rotation of the turntable 40.

[0090] An interior frame 52 of the turntable 40 is configured to receive the travel deck 12 within the space 42 for the travel deck and additionally, the frame 52 supports one or more motors for coupling to the travel deck 12 belt system 16 for rotation of the belt 20. Thus, the power source for the travel deck 12 may be provided within the turntable 40 and the travel deck 12 removably and operably coupled thereto. The turntable 40 frame 52 may be comprised of aluminum or a like material such that when the cover 46 is provided

thereon a user's weight can be supported on both the travel deck 12 and on the surfaces provided by the cover 46.

[0091] The turntable 40 is then operably and removably couplable to the floor base 60 which is illustrated in further detail in FIGS. 17-23. As mentioned above, the turntable 40 may be provided in combination with the floor base 60 which further comprises a removable top cover 62, side supports 64 and the base housing 60. The floor base 60 comprises an opening 64 for operably receiving the turntable 40 therein. The removable top cover 62 provides an optional floor 66 for use when the cover 62 is installed over the travel deck 12. The cover 62 may be constructed of a metal such as aluminum.

[0092] As shown in FIGS. 20-22, the floor base 60 holds assemblies 68 which transfer power from an associated motor, such as a servo motor provided in operable connection with a drive belt to transfer rotational power to a roller or drive wheel 72 which supports the turntable 40 thereon and enables rotation of the turntable 40 with respect to the base 60. In one embodiment, a worm gear may be used for each rotation roller 72 which provides a compact assembly for the 90-degree rotation of an output shaft and allows for a servo motor to be installed in the compact space 86 available in corners of the floor base 60. An additional side roller 74 may also be provided in this assembly to center the turntable 40 in combination with rotation of the turntable 40.

[0093] The base 60 also operably supports a slip ring 76 and arm 78 for transferring power and data to the turntable 40 for rotation and allowing for infinite and cordless rotation of the turntable 40. The arm 78 couples to the bottom of the turntable 40 and as the turntable rotates the rotation is transferred to the arm and thus rotates the slip ring 76.

[0094] A main power input and one or more fan controllers are provided in an assembly 94 that may fit in the corner space 86 of the floor base 60. For example, a male and female 24 pin industrial connector with a 20a/480v rating for each of the 24 contacts is provided. The assemblies 94 are placed or positioned in a respective corner space 86 and then may be fastened into place with fastener such as a screw. When the assemblies 94 are pushed down into place the male and female connectors automatically mate with one another connecting all of the circuits. This allows for ease of service for any of the electronic components. For example, if a breaker needs replacement components require re-wiring, or for initial component wiring, the assembly can be pulled out as a single piece and worked on apart from the main unit 10.

[0095] The floor base 60 may also be provided with one or more adjustable feet 82 and/or casters or wheels, allowing for height adjustment of the floor base 60 and thus turntable 40 and travel deck 12 and for ease of movement of the floor base 60 as needed.

[0096] One or more sensors, such as inductive proximity sensors, or hall sensors 80, 81 may be provided such that the control system for the motorized rotating treadmill assembly 10 is capable of setting a homing position for the turntable 40. For example, one side 80 of the hall sensor may be mounted on an outer edge of the turntable 40 and the other side 81 mounted inside of the floor base 60 at the same height and directed towards a center location of the base 60. One or more sensors 80, 81 may be included the base 60 and turntable 40 for allowing the assembly to home itself and establish an accurate start position for the rotational position of the turntable. The proximity sensor 80 unit itself may be

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 224**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 26 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2022/0297024 A1

7

Sep. 22, 2022

mounted in the floor base **60** and then small neodymium magnets **81** that trigger the proximity sensor **80** are attached to the turntable **40**.

[0097]   In one or more embodiments, the motorized rotatable treadmill assembly **10** is constructed with frame work and mounting plates which allow for easy access, component swapping and serviceability without disassembly. For example, mounting plates for the driver boxes, which each control a single motor, allow for easy replacement or swapping of parts. Easy connection mechanisms, such as tabs on a portion of the turntable drive plate inserts can interlock with slots in the frame for easy and secure assembly. The assembly can be assembled, for example and the travel deck, turntable and base securely connected and fastened into place using a single fastener such as a bolt.

[0098]   Moreover, the assembly **10** may be self-grounding by way of copper strips **90** provided along the bottom of the floor base **60** which is compressed against a copper strip sitting atop the mounting lip once fastened into place.

[0099]   The motorized rotatable treadmill assembly **10** may have a plurality of intake and exhaust fans **92** for cooling of components. Each of the fans may be independently controllable for targeting a motor and/or driver, for example and configured for speed adjusted over a wired or wireless network connection. This allows for the fans to be run as low as possible (and thus as quietly as possible) and even completely turned off during selected times, such as during a film take. Once film take is complete the fans can be turned up very high to quickly cool down all of the components in the assembly **10** between takes.

[0100]   In one or more embodiments wherein the motorized rotating treadmill assembly **10** is incorporated into an environment for creating the illusion of movement throughout a scene in combination with a virtual or digitally rendered, inserted or displayed background, at least top surfaces of the treadmill **10** including cover plates and the treadmill belt **20** may be painted a bright green color or other color such as bright blue frequently used in film production as a way to digitally isolate a person being filmed for digital insertion into a separate scene. Edges and vertical surfaces may be similarly painted.

[0101]   As illustrated in FIGS. **24-26**, the motorized rotating treadmill **10** is also configured to fit into an existing LED floor tile system, for example, a system that uses 2'×2' tiles. In such a system, four of the preexisting LED tiles are removed and replaced with the motorized rotating treadmill **10**. The feet on the bottom of the floor base **60** are independently adjustable to match the height of the LED floor tile system to provide a smooth and consistent surface and can be adjusted by removal of the top cover panel rather than requiring access to the sides or bottom of the treadmill **10**. Thus, adjustment for height can easily be carried out even after the motorized rotatable treadmill **10** is inserted into the existing LED floor tile system or otherwise assembled in an environment.

[0102]   It is also contemplated and within the scope of this disclosure that larger covers for the base **60** and/or turntable **40** can be provided. For example, when the motorized rotatable treadmill **10** is used with an LED floor system or other panel floor construction of larger tiles, for example, half meter tiles, a larger top cover for the floor base **60** is provided and which fills and covers the gaps between the base **60** and adjacent floor panels.

[0103]   The motorized rotatable treadmill assembly according to one or more embodiments herein may be remotely controlled. The electric components in communication with a controller and/or software control system for remote operation and control of the operation of the motorized rotatable treadmill assembly. That is, control of the speed and direction of the treadmill belt, speed and direction of the rotation of the turntable, angle of the travel deck, control of fans, and combinations thereof can be remotely controlled and synched to various equipment and environments.

[0104]   Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the disclosure.

**1.** A motorized treadmill comprising:
a travel deck supporting a treadmill belt arranged in an endless loop;
a turntable for rotating the travel deck;
one or more sources of vibration for providing selected vibration to one or more locations on the belt; and
a floor base for supporting the travel deck, turntable, and one or more vibration sources.

**2.** The motorized treadmill of claim **1**, wherein in the one or more vibration sources comprises adjustable vibration motors.

**3.** The motorized treadmill of claim **2**, wherein a phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

**4.** The motorized treadmill of claim **1**, wherein the treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane.

**5.** The motorized treadmill of claim **2**, wherein the vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill.

**6.** The motorized treadmill of claim **5**, wherein the vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue related to the scene being filmed, or combinations thereof.

**7.** The motorized treadmill of claim **1**, wherein the turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

**8.** The motorized treadmill of claim **1**, wherein the floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon.

**9.** The motorized treadmill of claim **8**, wherein the turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt.

**10.** The motorized treadmill of claim **8**, wherein the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

Url 1: link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
Url 4: drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2022 · 09-22 | US20220297024A1**

EXHIBIT PAT-A1

2022-09-22__US20220297024A1.pdf

SHA-256 Hash of Source File:  9a28b4e61f255f0489818f7a16ec2a13b22cf0fdd348ccbf07bbde8636142d39

Page: 27 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2022/0297024 A1

8

Sep. 22, 2022

**11**. The motorized treadmill of claim **10**, and further comprising a slip ring for powering one or more electrical components housed within the turntable, for powering the treadmill belt, for providing power to a user on the assembly, and combinations thereof.

**12**. The motorized treadmill of claim **1**, wherein the treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, wherein the monochrome surface allows for digital isolation of a user on the treadmill.

**13**. The motorized treadmill of claim **1**, wherein the treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set or wherein the treadmill is configured for use in a standard green screen film studio.

**14**. A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

a controller configured to synch the movement of the treadmill with a camera in real-time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

**15**. The system of claim **14**, wherein the camera and the user rotate inversely to one another.

**16**. The system of claim **15**, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

**17**. A method of creating the illusion of movement comprising:

providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

controlling the speed of the endless track;

controlling the direction of the endless track by rotating the turntable; and

synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track.

**18**. The method of claim **17** and further comprising:

providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof;

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

**19**. The method of claim **17** and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

**20**. The method of claim **17** and further comprising:

tracking the precise location of the user;

providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and

if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

\* \* \* \* \*

**Url 1:** link.storjshare.io/raw/jwles4wlxu5ophgp6ycynrlwqz6a/file/EXHIBIT PAT-A1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/80bb110a-d163-4a73-b2bc-02d8590a9428.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/fee9c52b-e22f-401e-9f55-6af4c1332bd5.pdf
**Url 4:** drive.proton.me/urls/H63JH8R338#ac9vjbynkAfQ

**EXHIBIT PAT-A1 | p. 226**