# EXHIBIT PAT-A2

# 2022 · 09-26 | OUT Pub

## EXHIBIT PAT-A2

[2022-09-26__OUT Pub.pdf](#)

SHA-256 Hash of Source File: 743d70a89c9c2f73a934817923b0d2ba9a6560183a7199af6c7f59d213943abb

Page: 1 of 1   [ source file ]   [ .ots timestamp of source file ]   [ metadata ]

---



Megan Neumann <mneumann@wck.com>

### TRACK ONE Non-Provisional Patent Application: Motorized rotatable treadmill and system for creating the illusion of movement (Our File: G185.0001US1)

1 message

**Megan Neumann** <mneumann@wck.com>                                      Mon, Sep 26, 2022 at 5:22 PM
To: Matt Guertin <MattGuertin@protonmail.com>
Cc: Amanda Prose <aprose@wck.com>

TRACK ONE U.S. Non-Provisional Patent Application
Applicant: Matthew Guertin
Serial No.: 17/698,420
Filed: March 18, 2022
For: Motorized rotatable treadmill and system for creating the illusion of movement
Our File: G185.0001US1

Dear Matt:

The above-identified application was published on September 22, 2022 under Patent Publication No. US 2022/0297024 A1. A copy of the Notice of Publication and a copy of the published application are enclosed.

Best regards,

Amanda

Amanda M. Prose
Intellectual Property Attorney
Westman, Champlin & Koehler, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, MN 55402
Tel: 612-334-3222
Direct: 612-852-0619
Fax: 612-334-3312

www.wck.com

AMP:man



WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

**2 attachments**

 **2022-09-22 Notice of Publication.pdf**
57K

 **US-20220297024-A1.pdf**
1740K

---

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 1**

# 2022 · 10-20 | Communication Intl App Designated Offices

## EXHIBIT PAT-A2

2022-10-20   Communication Intl App Designated Offices.pdf

SHA-256 Hash of Source File:  e378e9ddff2c3dc580ad8dcafccbf09957fb1c199b8f72c7dd2650179bd83da9

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

**PATENT COOPERATION TREATY**

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

FIRST NOTICE INFORMING THE APPLICANT OF
THE COMMUNICATION OF THE INTERNATIONAL
APPLICATION (TO DESIGNATED OFFICES WHICH
DO NOT APPLY THE 30 MONTH TIME LIMIT
UNDER ARTICLE 22(1))

(PCT Rule 47.1(c))

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)*<br>20 October 2022 (20.10.2022) | |
|---|---|
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTICE** |

| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |
|---|---|---|

Applicant

GUERTIN, Matthew

1. **ATTENTION:** For any designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002 (30 months from the priority date), **does apply,** please see Form PCT/IB/308(Second and Supplementary Notice) (to be issued promptly after the expiration of 28 months from the priority date).

2. Notice is hereby given that the following designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002, **does not apply,** has/have requested that the communication of the international application, as provided for in Article 20, be effected under Rule 93*bis*.1. The International Bureau has effected that communication on the date indicated below:
   22 September 2022 (22.09.2022)

   None

   In accordance with Rule 47.1(c-*bis*)(i), those Offices will accept the present notice as conclusive evidence that the communication of the international application has duly taken place on the date of mailing indicated above and no copy of the international application is required to be furnished by the applicant to the designated Office(s).

3. The following designated Offices, for which the time limit under Article 22(1), as in force from 1 April 2002, **does not apply,** have not requested, as at the time of mailing of the present notice, that the communication of the international application be effected under Rule 93*bis*.1 :

   LU, TZ

   In accordance with Rule 47.1(c-*bis*)(ii), those Offices accept the present notice as conclusive evidence that the Contracting State for which that Office acts as a designated Office does not require the furnishing, under Article 22, by the applicant of a copy of the international application.

4. **TIME LIMITS for entry into the national phase.**

   For the designated Office(s) listed above, and unless a demand for international preliminary examination has been filed before the expiration of **19 months** from the priority date (see Article 39(1)), the applicable time limit for entering the national phase will, **subject to what is said in the following paragraph,** be **20 MONTHS** from the priority date.

   In practice, **time limits other than the 20-month time limit** will continue to apply, for various periods of time, in respect of certain of the designated Offices listed above. For regular updates on the applicable time limits (20 or 21 months, or other time limit), Office by Office, refer to the *PCT Gazette*, the *PCT Newsletter* and the *PCT Applicant's Guide*, National Chapters, all available from WIPO's Internet site, at http://www.wipo.int/pct/en/guide/index.html.

   It is the applicant's sole responsibility to monitor all these time limits.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Sun Hwa Lee<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/308(First Notice) (revised January 2020)

---

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 10-20 | PCT IB 308
## EXHIBIT PAT-A2

[2022-10-20__PCT IB 308.pdf](#)

SHA-256 Hash of Source File: 41b7af951648e26e349594f7dbe515d9644e910c2fa1b99c05ff6c09e70fcdc6

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

**PATENT COOPERATION TREATY**

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

# PCT

FIRST NOTICE INFORMING THE APPLICANT OF
THE COMMUNICATION OF THE INTERNATIONAL
APPLICATION (TO DESIGNATED OFFICES WHICH
DO NOT APPLY THE 30 MONTH TIME LIMIT
UNDER ARTICLE 22(1))

(PCT Rule 47.1(c))

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>20 October 2022 (20.10.2022) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTICE** |

| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |
|---|---|---|

| Applicant |
|---|
| GUERTIN, Matthew |

1. **ATTENTION:** For any designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002 (30 months from the priority date), **does apply,** please see Form PCT/IB/308(Second and Supplementary Notice) (to be issued promptly after the expiration of 28 months from the priority date).

2. Notice is hereby given that the following designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002, **does not apply,** has/have requested that the communication of the international application, as provided for in Article 20, be effected under Rule 93*bis*.1. The International Bureau has effected that communication on the date indicated below:
22 September 2022 (22.09.2022)

    None

    In accordance with Rule 47.1(c-*bis*)(i), those Offices will accept the present notice as conclusive evidence that the communication of the international application has duly taken place on the date of mailing indicated above and no copy of the international application is required to be furnished by the applicant to the designated Office(s).

3. The following designated Offices, for which the time limit under Article 22(1), as in force from 1 April 2002, **does not apply,** have not requested, as at the time of mailing of the present notice, that the communication of the international application be effected under Rule 93*bis*.1 :

    LU, TZ

    In accordance with Rule 47.1(c-*bis*)(ii), those Offices accept the present notice as conclusive evidence that the Contracting State for which that Office acts as a designated Office does not require the furnishing, under Article 22, by the applicant of a copy of the international application.

4. **TIME LIMITS for entry into the national phase**

    For the designated Office(s) listed above, and unless a demand for international preliminary examination has been filed before the expiration of **19 months** from the priority date (see Article 39(1)), the applicable time limit for entering the national phase will, **subject to what is said in the following paragraph,** be **20 MONTHS** from the priority date.

    In practice, **time limits other than the 20-month time limit** will continue to apply, for various periods of time, in respect of certain of the designated Offices listed above. For **regular updates on the applicable time limits** (20 or 21 months, or other time limit), Office by Office, refer to the *PCT Gazette,* the *PCT Newsletter* and the *PCT Applicant's Guide,* National Chapters, all available from WIPO's Internet site, at http://www.wipo.int/pct/en/guide/index.html.

    It is the applicant's **sole responsibility** to monitor all these time limits.

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>**Sun Hwa Lee**<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/308(First Notice) (revised January 2020)

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 3**

# 2022 · 10-26 | Amendment | G1850001US1-11577177

## EXHIBIT PAT-A2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| First Named Inventor | : | Matthew Guertin | Confirmation No.: 6571 |
| Appln. No. | : | 17/698,420 | Group Art Unit: 3711 |
| Filed | : | March 18, 2022 | Examiner: Nguyen, Kien T |
| For | : | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT | |
| Docket No. | : | G185.0001US1 | |

## AMENDMENT

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

I hereby certify that this correspondence is being facsimile transmitted to the USPTO, EFS-Web transmitted to the USPTO, or deposited with the United States Postal Service with sufficient postage in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on October 26, 2022

Signature / Amanda M. Prose/

Printed Name: Amanda M. Prose.

Sir:

    This is in response to the Office Action dated August 17, 2022. Please amend the above-identified application as follows:

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1440-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv9gsZq

EXHIBIT PAT-A2 | p. 4

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 10-26 | Amendment | G1850001US1-11577177
## EXHIBIT PAT-A2

2022-10-26__Amendment_G1850001US1-11577177.pdf

SHA-256 Hash of Source File: 385efa41ea9b6b49def65c16adaf76925351638bde0292e8bad667948377c0b8

Page: 2 of 5　　　[ source file ]　　　[ .ots timestamp of source file ]　　　[ metadata ]

-2-

<u>AMENDMENT TO THE CLAIMS</u>

1-13. (Cancelled)

14.　　(Original)　　A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

　　　　a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and

　　　　a controller configured to synch the movement of the treadmill with a camera in real-time, and

　　wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.　　(Original)　　The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.　　(Original)　　The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.　　(Currently Amended) A method of creating the illusion of movement comprising:

　　　　providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;

　　　　controlling the speed of the endless track;

　　　　controlling the direction of the endless track by rotating the turntable by ~~and~~

　　　　synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track~~;~~

　　　　providing one or more audio, visual, or tactile cue sources to the endless track, rotatable

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 5

# 2022 · 10-26 | Amendment | G1850001US1-11577177

EXHIBIT PAT-A2

---

2022-10-26__Amendment_G1850001US1-11577177.pdf

SHA-256 Hash of Source File:  385efa41ea9b6b49def65c16adaf76925351638bde0292e8bad667948377c0b8

-3-

turntable, user or a combination thereof; and

actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

18.    (Cancelled)

19.    (Original)    The method of claim 17 and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

20.    (Original)    The method of claim 17 and further comprising:
tracking the precise location of the user;
providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and
if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 10-26 | Amendment | G1850001US1-11577177
## EXHIBIT PAT-A2

2022-10-26__Amendment_G1850001US1-11577177.pdf

SHA-256 Hash of Source File:  385efa41ea9b6b49def65c16adaf76925351638bde0292e8bad667948377c0b8

Page: 4 of 5　　　[ source file ]　　[ .ots timestamp of source file ]　　[ metadata ]

-4-

<u>REMARKS</u>

This is responsive to the outstanding Office Action. With this response, claims 1, 3 and 17 are amended and claims 1-13 and 18 are cancelled. This application continues with claims 14-17 and 19-20.

The Applicant thanks the Examiner for the indication of allowance of claims 14-16 and the indication of allowable subject matter in claim 18. Claim 17 has been amended to include the subject matter of claim 18 and claim 18 is cancelled herewith. Claims 1-13 have been cancelled.

It is believed that all of the claims are presently in condition for allowance. Reconsideration and allowance of all of the claims is respectfully requested.

I.　<u>Claim Rejections – 35 USC §102</u>

The Office Action rejected claims 17 and 19-20 under 35 USC 102(a)(1) as being anticipated by Brodsky (US 2019/0307982). Applicant respectfully disagrees with this contention. However, claim 17 has been amended for clarification.

The subject matter of claim 18 has been included in claims 17 via the amendment made herein. It is respectfully submitted that Brodsky fails to teach each and every element recited in amended claims 17 and 19-20.

It is believed that claims 17 and 19-20 are in condition for allowance. It is respectfully requested this rejection be withdrawn and the claims allowed.

II.　<u>Claim Rejections – 35 USC §103</u>

The Office Action rejected claims 1-13 under 35 USC 103 as being unpatentable over Brodsky (US 2019/0307982) in view of KR 10-2020-0091594. Applicant respectfully disagrees with this contention. However, claims 1-13 have been cancelled. It is respectfully requested this rejection be withdrawn and the remaining claims allowed.

Reconsideration and allowance of all of the claims is respectfully requested.

The Director is authorized to charge any fee deficiency required by this paper or credit any overpayment to Deposit Account No. 23-1123.

Respectfully submitted,

WESTMAN, CHAMPLIN & KOEHLER, P.A.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 7

# 2022 · 10-26 | Amendment | G1850001US1-11577177

EXHIBIT PAT-A2

2022-10-26__Amendment_G1850001US1-11577177.pdf

SHA-256 Hash of Source File:  385efa41ea9b6b49def65c16adaf76925351638bde0292e8bad667948377c0b8

Page: 5 of 5        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

-5-

By: / Amanda M. Prose/

Amanda M. Prose, Reg. No. 72,345
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
Phone:  (612) 334-3222
Fax:  (612) 334-3312

AMP:man

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2022 · 10-26 | Receipt-11577177
## EXHIBIT PAT-A2

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46895823 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 26-OCT-2022 |
| **Filing Date:** | 18-MAR-2022 |
| **Time Stamp:** | 12:40:07 |
| **Application Type:** | Utility under 35 USC 111(a) |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 2022-10-25_Amendment_G185 0001US1.pdf | 40721<br>35a28dc5a8dbdd120e74ee3082cf445b90252a0b | yes | 5 |

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2022 · 10-26 | Receipt-11577177

EXHIBIT PAT-A2

2022-10-26__Receipt-11577177.pdf

SHA-256 Hash of Source File: 1c09f654c7d2ed1fda420a72bf48760124a47b574d2e89c60de7a6733cc7b550

Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment/Request for Reconsideration-After Non-Final Rejection | 1 | 1 |
| Claims | 2 | 3 |
| Applicant Arguments/Remarks Made in an Amendment | 4 | 5 |

| Warnings: |
|---|
| Information: |

| **Total Files Size (in bytes):** | 40721 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 10

# 2022 · 11-08 | IDS-11577177

### EXHIBIT PAT-A2

2022-11-08__IDS-11577177.pdf

SHA-256 Hash of Source File: 475ae931ce71ed5a87f55630964b2af21ea4f6857fd3524d992e4f1c9368c33f

Page: 1 of 4    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( **Not for submission under 37 CFR 1.99** )

| | |
|---|---|
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3711 |
| Examiner Name | NGUYEN, KIEN T |
| Attorney Docket Number | G185.0001US1 |

### U.S. PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S. PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2022 · 11-08 | IDS-11577177

### EXHIBIT PAT-A2

2022-11-08__IDS-11577177.pdf

SHA-256 Hash of Source File:  475ae931ce71ed5a87f55630964b2af21ea4f6857fd3524d992e4f1c9368c33f

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 17698420 |
|---|---|---|
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3711 |
| | Examiner Name | NGUYEN, KIEN T |
| | Attorney Docket  Number | G185.0001US1 |

| | | | |
|---|---|---|---|
| | 1 | PhotoRobot "PhotoRobot's Virtual_Catwalk - Introduction (short version)" YouTube <https://www.youtube.com/watch?v=4fcAN-GCmdc> 1:04, Uploaded 2012-12-30, Accessed 2022-11-08 | ☐ |
| | 2 | PhotoRobot "Walking belt video shooting - behind the scenes timelaps" YouTube <https://www.youtube.com/watch?v=6NaPPGVqx-I> 0:53, Uploaded 2012-10-23, Accessed 2022-11-08 | ☐ |
| | 3 | PhotoRobot "Digital Fashion Shows on the Virtual Catwalk from https://www.photorobot.com" YouTube <https://www.youtube.com/watch?v=_XXayIlb_0o> 1:02, Uploaded 2016-01-28, Accessed 2022-11-08 | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
|---|

| **EXAMINER SIGNATURE** | | |
|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 12**

# 2022 · 11-08 | IDS-11577177

### EXHIBIT PAT-A2

2022-11-08__IDS-11577177.pdf

SHA-256 Hash of Source File: 475ae931ce71ed5a87f55630964b2af21ea4f6857fd3524d992e4f1c9368c33f

Page: 3 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 17698420 |
|---|---|---|
| | Filing Date | 2022-03-18 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | 3711 |
| | Examiner Name | NGUYEN, KIEN T |
| | Attorney Docket Number | G185.0001US1 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐  See attached certification statement.

☐  The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐  A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-11-08 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 13**

# 2022 · 11-08 | IDS-11577177
## EXHIBIT PAT-A2

2022-11-08__IDS-11577177.pdf

SHA-256 Hash of Source File: 475ae931ce71ed5a87f55630964b2af21ea4f6857fd3524d992e4f1c9368c33f

Page: 4 of 4   [ source file ]   [ .ots timestamp of source file ]   [ metadata ]

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 14

# 2022 · 11-08 | Receipt-11577177
### EXHIBIT PAT-A2

2022-11-08__Receipt-11577177.pdf
SHA-256 Hash of Source File: 82b9ccb857fadf757d31ce6be0ef53bec24b3cae9485b189278ed439aa2e4e39
Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46981487 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Filer Authorized By:** | Amanda Morgan Prose |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 08-NOV-2022 |
| **Filing Date:** | 18-MAR-2022 |
| **Time Stamp:** | 12:37:34 |
| **Application Type:** | Utility under 35 USC 111(a) |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Non Patent Literature | NPL1.pdf | 579498<br>4ef171e7!f0cc14520435527bb3e80392cd08f3f | no | 3 |

| Warnings: |
|---|

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 15

# 2022 · 11-08 | Receipt-11577177

### EXHIBIT PAT-A2

2022-11-08__Receipt-11577177.pdf

SHA-256 Hash of Source File: 82b9ccb857fadf757d31ce6be0ef53bec24b3cae9485b189278ed439aa2e4e39

Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Non Patent Literature | NPL2.pdf | 316231 <br><br> 5f31be8db0fc4e2f4e95e57e5ca669cf7b39a5b8 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | NPL3.pdf | 398286 <br><br> 6147c889d9cfb9b7e2729d488cd8c420b381e466 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Information Disclosure Statement (IDS) Form (SB08) | 2022-11-08_IDS.pdf | 67901 <br><br> ecca11811dcaebb27ea903331104ade743681481 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| | | | **Total Files Size (in bytes):** | 1361916 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 16**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 11-09 | Notice of Allowance
## EXHIBIT PAT-A2

2022-11-09___Notice of Allowance.pdf
SHA-256 Hash of Source File:  2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 1 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

27367        7590        11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
| --- |
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3711 | |

DATE MAILED: 11/09/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

TITLE OF INVENTION: Motorized rotatable treadmill and system for creating the illusion of movement

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | MICRO | $300 | $0.00 | $0.00 | $300 | 02/09/2023 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 17**

# 2022 · 11-09 | Notice of Allowance

## EXHIBIT PAT-A2

2022-11-09__Notice of Allowance.pdf

SHA-256 Hash of Source File:  2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 2 of 7       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to:    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

27367        7590        11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

TITLE OF INVENTION: Motorized rotatable treadmill and system for creating the illusion of movement

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $300 | $0.00 | $0.00 | $300 | 02/09/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, KIEN T | 3711 | 472-075000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1_____
2_____
3_____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐Issue Fee ☐Publication Fee (if required) ☐Advance Order - # of Copies _____
4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☐ Electronic Payment via EFS-Web        ☐ Enclosed check        ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

Page 2 of 3
PTOL-85 Part B (08-18) Approved for use through 01/31/2020        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 18

# 2022 · 11-09 | Notice of Allowance
## EXHIBIT PAT-A2

2022-11-09 __ Notice of Allowance.pdf
SHA-256 Hash of Source File: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 3 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

27367      7590      11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
|---|
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

DATE MAILED: 11/09/2022

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 19**

# 2022 · 11-09 | Notice of Allowance
## EXHIBIT PAT-A2

2022-11-09   Notice of Allowance.pdf

SHA-256 Hash of Source File:  2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 4 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 20**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2022 · 11-09 | Notice of Allowance
## EXHIBIT PAT-A2

2022-11-09___Notice of Allowance.pdf
SHA-256 Hash of Source File: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 5 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| *Notice of Allowability* | Application No. 17/698,420 | Applicant(s) Guertin, Matthew |
|---|---|---|
| | Examiner KIEN T NGUYEN | Art Unit 3711 / AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the amendment filed on 10/26/2022.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 14-17 and 19-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All      b) ☐ Some*      c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 21

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2022 · 11-09 | Notice of Allowance
### EXHIBIT PAT-A2

2022-11-09__Notice of Allowance.pdf
SHA-256 Hash of Source File:  2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 6 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Application/Control Number: 17/698,420                                        Page 2
Art Unit: 3711

### Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Reasons for Allowance

2.      The following is an examiner's statement of reasons for allowance: no prior art of record, alone or in combination, teaches or fairly suggests an illusion system comprising a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; a controller configured to sync the movement of the treadmill with a camera in real time; and wherein the treadmill base is configured to support a user thereon and wherein the treadmill remains stationary, the user movement is confined to a surface area of the belt.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to KIEN T NGUYEN whose telephone number is (571)272-4428. The examiner can normally be reached M-F 7:00 AM- 3:00 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 22

# 2022 · 11-09 | Notice of Allowance
## EXHIBIT PAT-A2

2022-11-09 __Notice of Allowance.pdf
SHA-256 Hash of Source File: 2fc35b7175fbe482f4a61a1236c3238f9e77e65fea985becc3cd386e99be0c02

Page: 7 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Application/Control Number: 17/698,420                                             Page 3
Art Unit: 3711

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Melba Bumgarner can be reached on 571-272-4709. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

    Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 23

# 2023 · 01-05 | Assignment-11577177
## EXHIBIT PAT-A2

---

| **ASSIGNMENT** | Attorney Docket No. |
| --- | --- |
| | G185.0001US1 |

WHEREAS, yyI, Matthew Guertin of Minnetonka, Minnesota, USA, (hereinafter referred to as ASSIGNOR), has invented certain new and useful improvements as described in an application entitled __ MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT for Letters Patent of the United States, the application having been executed on even date herewith, and/or being identifiable in the United States Patent and Trademark Office by Application No. 17/698,420, filed March 18, 2022; and

WHEREAS, InfiniSet, Inc., a corporation, organized and existing under the laws of the state of Delaware, and having offices at 5832 Lincoln Dr, Suite 222, Edina, MN 55436, USA ("Assignee") is desirous of acquiring the entire right, title and interest in and to the invention, the application, and any and all Letters Patent or similar legal protection, foreign or domestic, to be obtained therefor;

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, I transfer to Assignee, its successors and assigns, my entire right, title and interest in and to the invention, the above-identified application, Provisional Application No. 63/163,135, filed March 19, 2021, corresponding domestic and foreign applications including continuations applications, continuing applications, divisional applications and continuation-in-part applications, all Letters Patent or similar legal protection issuing thereon, and all rights and benefits under any applicable treaty or convention; and I authorize the Director of the United States Patent and Trademark Office or foreign equivalent thereof to issue the Letters Patent or similar legal protection to the Assignee.

I authorize the Assignee, its successors and assigns, to insert in this instrument the filing date and application number when ascertained.

I authorize the Assignee, its successors and assigns, or anyone it may properly designate, to apply for Letters Patent or similar legal protection, in its own name if desired, in any and all foreign countries.

I represent to the Assignee, its successors and assigns, that I have not and shall not execute any writing or do any act whatsoever conflicting with this Assignment. I, my executors or administrators, will at any time upon request, without additional consideration, but at the expense of the Assignee, its successors and assigns, execute such additional writings and do such additional acts as the Assignee, its successors and assigns, may deem desirable to perfect its enjoyment of this grant, and render all assistance in making application for and obtaining, maintaining, and enforcing the Letters Patent or similar legal protection on the invention in any and all countries.

Matthew Guertin

STATE OF MINNESOTA )
                    ) ss.
COUNTY OF HENNEPIN )

Subscribed and sworn to before me, a Notary Public, this 19 day of December, 2022

Notary Public

ANDREA LYNN JOHNSON
Notary Public
State of Minnesota
My Commission Expires
January 31, 2025

(SEAL)

-1 of 1-

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 01-05 | Assignment Receipt-11577177

### EXHIBIT PAT-A2

2023-01-05__Assignment Receipt-11577177.pdf

SHA-256 Hash of Source File:  f41f1f61aad27a3680402ea2525b882e9cb205b4e9b61a8f7fe9d2cfd13b1584

Page: 1 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

*Electronic Patent Assignment System*

## Confirmation Receipt

Your assignment has been received by the USPTO.
The coversheet of the assignment is displayed below:

| PATENT ASSIGNMENT COVER SHEET |
|---|

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| MATTHEW GUERTIN | 12/19/2022 |

**RECEIVING PARTY DATA**

| Name: | INFINISET, INC. |
|---|---|
| Street Address: | 5832 LINCOLN DR, SUITE 222 |
| City: | EDINA |
| State/Country: | MINNESOTA |
| Postal Code: | 55436 |

**PROPERTY NUMBERS  Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 17698420 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (612)334-3312 |
| Phone: | 6123343222 |
| Email: | mneumann@wck.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 25**

# 2023 · 01-05 | Assignment Receipt-11577177

## EXHIBIT PAT-A2

2023-01-05__Assignment Receipt-11577177.pdf

SHA-256 Hash of Source File:  f41f1f61aad27a3680402ea2525b882e9cb205b4e9b61a8f7fe9d2cfd13b1584

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Correspondent Name: | AMANDA M. PROSE |
| --- | --- |
| Address Line 1: | 121 SOUTH EIGHTH STREET, SUITE 1100 |
| Address Line 2: | WESTMAN, CHAMPLIN & KOEHLER, P.A. |
| Address Line 4: | MINNEAPOLIS,  MINNESOTA  55402 |

| ATTORNEY DOCKET NUMBER: | G185.0001US1 |
| --- | --- |
| NAME OF SUBMITTER: | AMANDA M. PROSE |
| Signature: | /Amanda M Prose/ |
| Date: | 01/05/2023 |

**Total Attachments: 1**
source=2023-01-05_Assignment#page1.tif

**RECEIPT INFORMATION**

| EPAS ID: | PAT7727207 |
| --- | --- |
| Receipt Date: | 01/05/2023 |

## Return to home page

| HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 26**

# 2023 · 01-09 | Assignment Recordation
## EXHIBIT PAT-A2

2023-01-09__Assignment Recordation.pdf
SHA-256 Hash of Source File:  0df50a202cefa90a4e445c2e0cb71e20daa9247a719f9bd98eec8d29dcf278e6

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE
UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JANUARY 9, 2023                                PTAS

AMANDA M. PROSE                                              **507680066**
121 SOUTH EIGHTH STREET, SUITE 1100
WESTMAN, CHAMPLIN & KOEHLER, P.A.
MINNEAPOLIS, MN 55402

                    UNITED STATES PATENT AND TRADEMARK OFFICE
                    NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 01/05/2023          REEL/FRAME: 062288/0013
                                      NUMBER OF PAGES: 2

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

DOCKET NUMBER:   G185.0001US1

ASSIGNOR:
  GUERTIN, MATTHEW                     DOC DATE: 12/19/2022

ASSIGNEE:
  INFINISET, INC.
  5832 LINCOLN DR, SUITE 222
  EDINA, MINNESOTA 55436

APPLICATION NUMBER: 17698420          FILING DATE: 03/18/2022
PATENT NUMBER:                        ISSUE DATE:
TITLE:  MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE
        ILLUSION OF MOVEMENT

ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION

P.O. Box 1450, Alexandria, Virginia 22313-1450 - WWW.USPTO.GOV

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

## 2023 · 01-09 | Comments-11577177

### EXHIBIT PAT-A2

2023-01-09__Comments-11577177.pdf

SHA-256 Hash of Source File:  69056ced98413121cfec1bfe57b5ebbc5b0d9bc211b5af7b029e21ce216dd14c

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| First Named Inventor : Matthew Guertin | Confirmation No.: 6571 |
| Appln. No. : 17/698,420 | Group Art Unit: 3711 |
| Filed : March 18, 2022 | Examiner: Nguyen, Kien T |
| For : MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT | |
| Docket No. : G185.0001US1 | |

### COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

I hereby certify that this correspondence is being facsimile transmitted to the USPTO, EFS-Web transmitted to the USPTO, or deposited with the United States Postal Service with sufficient postage in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on JANUARY 9, 2023.

Signature /Amanda M. Prose/ .

Printed Name    Amanda M. Prose.

Sir:

The Applicant agrees with the Examiner's Statement of Reasons for Allowance to the extent that the claims of the present invention are patentable over the references in the record. The Applicant expressly traverses the Examiner's Statement of Reasons for Allowance to the extent that any comment is intended or has the effect of limiting a claim scope, explicitly or implicitly, by not reciting verbatim and/or in complete context, the respective claim language, or is intended or has the effect of limiting a claim scope by stating or implying that all the reasons of patentability are in any way fully enumerated.

The Director is authorized to charge any fee deficiency required by this paper to Deposit Account No. 23-1123.

Respectfully submitted,
WESTMAN, CHAMPLIN & KOEHLER, P.A.

By: /Amanda M. Prose/
Amanda M. Prose, Reg. No. 72,345
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402-2328
Phone: (612) 334-3222
Fax: (612) 334-3312

AMP:man

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 28

# 2023 · 01-09 | Fee-11577177

EXHIBIT PAT-A2

2023-01-09__Fee-11577177.pdf

SHA-256 Hash of Source File: ba6b3bb53ede5a3a2e7fc92752ef8c9752a965056363eb562160846c3d4be999

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | 17698420 |
| **Filing Date:** | 18-Mar-2022 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew Guertin |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Attorney Docket Number:** | G185.0001US1 |
| Filed as Micro Entity | |

Filing Fees for   Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY ISSUE FEE | 3501 | 1 | 300 | 300 |

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 01-09 | Fee-11577177

EXHIBIT PAT-A2

[2023-01-09__Fee-11577177.pdf](#)

SHA-256 Hash of Source File:  ba6b3bb53ede5a3a2e7fc92752ef8c9752a965056363eb562160846c3d4be999

Page: 2 of 2         [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **300** |

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 01-09 | Issue | Fee-11577177

## EXHIBIT PAT-A2

2023-01-09__Issue_Fee-11577177.pdf

SHA-256 Hash of Source File:  c7dcb722c305f477aa32fc341dd707bee75b715be21d149d4d3e5ba97d4e472a

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to:   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

27367          7590          11/09/2022
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| Amanda M. Prose | (Typed or printed name) |
| /Amanda M. Prose/ | (Signature) |
| 2023-01-09 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

TITLE OF INVENTION: Motorized rotatable treadmill and system for creating the illusion of movement

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $300 | $0.00 | $0.00 | $300 | 02/09/2023 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, KIEN T | 3711 | 472-075000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Westman, Champlin & Koehler, P.A.

2 Amanda M. Prose

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

INFINISET, INC.                    EDINA, MINNESOTA

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee   ☐ Publication Fee (if required)   ☐ Advance Order - # of Copies _____

4b. Method of Payment: (Please first reapply any previously paid fee shown above)

☒ Electronic Payment via EFS-Web   ☐ Enclosed check   ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 23-1123

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature   /Amanda M. Prose/_____   Date   2023-01-09

Typed or printed name   Amanda M. Prose_____   Registration No.   72,345

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 31**

# 2023 · 01-09 | Receipt-11577177
### EXHIBIT PAT-A2

2023-01-09__Receipt-11577177.pdf

SHA-256 Hash of Source File: 449ccaf206ef973d0f51b14bc2fa3dc4b6617a883dd451c12bb4fc1471d4d5a1

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47339271 |
| **Application Number:** | 17698420 |
| **International Application Number:** | |
| **Confirmation Number:** | 6571 |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement |
| **First Named Inventor/Applicant Name:** | Matthew Guertin |
| **Customer Number:** | 27367 |
| **Filer:** | Amanda Morgan Prose/Megan Neumann |
| **Filer Authorized By:** | Amanda Morgan Prose |
| **Attorney Docket Number:** | G185.0001US1 |
| **Receipt Date:** | 09-JAN-2023 |
| **Filing Date:** | 18-MAR-2022 |
| **Time Stamp:** | 14:14:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

### Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $ 300 |
| RAM confirmation Number | E202319E14381713 |
| Deposit Account | 231123 |
| Authorized User | Megan Neumann |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     37 CFR 1.16 (National application filing, search, and examination fees) | |
|     37 CFR 1.17 (Patent application and reexamination processing fees) | |

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 32**

# 2023 · 01-09 | Receipt-11577177
EXHIBIT PAT-A2

2023-01-09__Receipt-11577177.pdf

SHA-256 Hash of Source File: 449ccaf206ef973d0f51b14bc2fa3dc4b6617a883dd451c12bb4fc1471d4d5a1

Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Post Allowance Communication - Incoming | 2023-01-09_Comments.pdf | 24886 <br> bf0d2da2ee11c155be7d5d446bbd79cfbcd3075c | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Issue Fee Payment (PTO-85B) | 2023-01-09_Issue_Fee.pdf | 219266 <br> 03ba34ebd58e5cd33525bb30d197efde3f43ed22 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 37859 <br> 33cd4b7f56dd1d9d64b4023c11199a385085ab63 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 282011 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 33

# 2023 · 01-09 | References cited and considered by examiner
## EXHIBIT PAT-A2

2023-01-09 __References cited and considered by examiner.pdf

SHA-256 Hash of Source File: 1b017296ef8ae677c0d10badb89297aa956a05fa206109036c0b58f78ae612f5

Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Receipt date: 11/08/2022

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3711 |
| Examiner Name | NGUYEN, KIEN T |
| Attorney Docket Number | G185.0001US1 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 34**

# 2023 · 01-09 | References cited and considered by examiner

## EXHIBIT PAT-A2

2023-01-09___References cited and considered by examiner.pdf

SHA-256 Hash of Source File:  1b017296ef8ae677c0d10badb89297aa956a05fa206109036c0b58f78ae612f5

Page: 2 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

```
Receipt date: 11/08/2022
```

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| | |
|---|---|
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3711 |
| Examiner Name | NGUYEN, KIEN T |
| Attorney Docket  Number | G185.0001US1 |

| | | |
|---|---|---|
| 1 | PhotoRobot "PhotoRobot's Virtual_Catwalk - Introduction (short version)" YouTube <https://www.youtube.com/watch?v=4fcAN-GCmdc> 1:04, Uploaded 2012-12-30, Accessed 2022-11-08 | ☐ |
| 2 | PhotoRobot "Walking belt video shooting - behind the scenes timelaps" YouTube <https://www.youtube.com/watch?v=6NaPPGVqx-I> 0:53, Uploaded 2012-10-23, Accessed 2022-11-08 | ☐ |
| 3 | PhotoRobot "Digital Fashion Shows on the Virtual Catwalk from https://www.photorobot.com" YouTube <https://www.youtube.com/watch?v=_XXayIlb_0o> 1:02, Uploaded 2016-01-28, Accessed 2022-11-08 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 01/05/2023 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 35**

# 2023 · 01-09 | References cited and considered by examiner
## EXHIBIT PAT-A2

Receipt date: 11/08/2022

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| | |
|---|---|
| Application Number | 17698420 |
| Filing Date | 2022-03-18 |
| First Named Inventor | Matthew Guertin |
| Art Unit | 3711 |
| Examiner Name | NGUYEN, KIEN T |
| Attorney Docket Number | G185.0001US1 |

### CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2022-11-08 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 36**

# 2023 · 01-09 | References cited and considered by examiner
## EXHIBIT PAT-A2

2023-01-09__References cited and considered by examiner.pdf

SHA-256 Hash of Source File:   1b017296ef8ae677c0d10badb89297aa956a05fa206109036c0b58f78ae612f5

Page: 4 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

Receipt date: 11/08/2022

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 37**

# 2023 · 01-09 | Supplemental Notice of Allowability

## EXHIBIT PAT-A2



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 03/18/2022 | Matthew Guertin | G185.0001US1 | 6571 |

27367    7590    01/09/2023
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

| EXAMINER |
|---|
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/09/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docketing@wck.com
tsorbel@wck.com

PTOL-90A (Rev. 04/07)

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 38

# 2023 · 01-09 | Supplemental Notice of Allowability
## EXHIBIT PAT-A2

2023-01-09   Supplemental Notice of Allowability.pdf

SHA-256 Hash of Source File:  8c07a4942ce15daf7ae60642046aac1eba893cef7019a2e0d38bc5908d2c178e

Page: 2 of 2      [ source file ]       [ .ots timestamp of source file ]      [ metadata ]

| **Supplemental** **Notice of Allowability** | Application No. 17/698,420 | Applicant(s) Guertin, Matthew | |
|---|---|---|---|
| | Examiner KIEN T NGUYEN | Art Unit 3711 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the Information Disclosure Statement on 11/08/2022.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 14-17 and 19-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   - **Certified copies:**
     - a) ☐ All      b) ☐ Some*    c) ☐ None of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
     - * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | |
|---|---|
| 1. ☐ Notice of References Cited (PTO-892) | 5. ☐ Examiner's Amendment/Comment |
| 2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 11/08/22. | 6. ☐ Examiner's Statement of Reasons for Allowance |
| 3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ . | 7. ☐ Other _____ . |
| 4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ . | |

/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-13)                                 **Notice of Allowability**              Part of Paper No./Mail Date 20230105

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1441-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 39

# 2023 · 01-25 | Issue Notification
## EXHIBIT PAT-A2

[2023-01-25___Issue Notification.pdf](#)

SHA-256 Hash of Source File:  b5b5b7b080e5dc2a9081901a45ff9a891f73c4f20e4a9d18083a51541aaba250

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/698,420 | 02/14/2023 | 11577177 | G185.0001US1 | 6571 |

27367          7590          01/25/2023
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Matthew Guertin, Minnetonka, MN;

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 40**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2023 · 02-14 | US11577177B2
### EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 1 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



US011577177B2

---

(12) **United States Patent**
Guertin

(10) Patent No.: **US 11,577,177 B2**
(45) Date of Patent: **Feb. 14, 2023**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(73) Assignee: **INFINISET, INC.**, Edina, MN (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/698,420**

(22) Filed: **Mar. 18, 2022**

(65) **Prior Publication Data**

US 2022/0297024 A1      Sep. 22, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A63G 31/16* | (2006.01) | |
| *A63J 5/02* | (2006.01) | |
| *A63J 1/00* | (2006.01) | |

(52) **U.S. Cl.**
CPC .. *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(58) **Field of Classification Search**
CPC .......... A63G 31/16; H04N 5/262; A61B 6/04
USPC .................... 472/60, 61, 130; 482/66, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0150522 A1 | 6/2015 | Papaioannou | |
| 2017/0129105 A1 | 5/2017 | Stephens, Jr. | |
| 2018/0053349 A1 * | 2/2018 | Chen | G06T 19/006 |
| 2019/0086996 A1 | 3/2019 | Bahrami et al. | |
| 2019/0307982 A1 | 10/2019 | Brodsky | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104740829 A | 7/2015 |
| CN | 105396261 A | 3/2016 |
| CN | 206026963 U | 3/2017 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT/US2022/020919, dated Jun. 24, 2022.

(Continued)

*Primary Examiner* — Kien T Nguyen
(74) *Attorney, Agent, or Firm* — Westman, Champlin & Koehler, P.A.; Amanda M. Prose

(57) **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

**6 Claims, 18 Drawing Sheets**



---

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

<u>2023-02-14__US11577177B2.pdf</u>

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 2 of 27       [ <u>source file</u> ]       [ <u>.ots timestamp of source file</u> ]       [ <u>metadata</u> ]

**US 11,577,177 B2**

Page 2

(56)          **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 206209595 U | 5/2017 |
| CN | 105879305 B | 2/2018 |
| CN | 108211220 A | 6/2018 |
| CN | 108379781 A | 8/2018 |
| CN | 208641720 U | 3/2019 |
| CN | 109876370 A | 6/2019 |
| CN | 110124276 A | 8/2019 |
| CN | 110180128 A | 8/2019 |
| CN | 209933935 U | 1/2020 |
| CN | 110755807 A | 2/2020 |
| CN | 108114405 B | 3/2020 |
| JP | 2000516829 A | 12/2000 |
| KR | 10-1571361 B1 | 11/2015 |
| KR | 10-2001966 B1 | 10/2019 |
| KR | 10-2020-0091594 A | 7/2020 |
| KR | 10-2021-0023190 A | 3/2021 |

OTHER PUBLICATIONS

PhotoRobot "PhotoRobot's Virtual_Catwalk—Introduction (short version)" YouTube <https://www.youtube.com/watch?v=4fcAN-GCmdc> 1:04, Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022.

PhotoRobot "Walking belt video shooting—behind the scenes timelaps" YouTube <https://www.youtube.com/watch?v=6NaPPGVqx-I> 0:53, Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022.

PhotoRobot "Digital Fashion Shows on the Virtual Catwalk from https://www.photorobot.com" YouTube <https://www.youtube.com/watch?v=_XXayllb_0o> 1:02, Uploaded Jan. 28, 2016, Accessed Nov. 8, 2022.

* cited by examiner

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 42**

# 2023 · 02-14 | US11577177B2

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 3 of 27        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent     Feb. 14, 2023     Sheet 1 of 18     US 11,577,177 B2

FIG. 2

FIG. 1

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 4 of 27    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

U.S. Patent       Feb. 14, 2023       Sheet 2 of 18       US 11,577,177 B2



FIG. 3

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 44**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 5 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent       Feb. 14, 2023       Sheet 3 of 18       US 11,577,177 B2

FIG. 5

FIG. 4

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 45**

# 2023 · 02-14 | US11577177B2

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 6 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



U.S. Patent          Feb. 14, 2023          Sheet 4 of 18          US 11,577,177 B2

FIG. 7

FIG. 6

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 46

# 2023 · 02-14 | US11577177B2

## EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 7 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



U.S. Patent        Feb. 14, 2023        Sheet 5 of 18        US 11,577,177 B2

FIG. 9

FIG. 8

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 02-14 | US11577177B2

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 8 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



U.S. Patent     Feb. 14, 2023     Sheet 6 of 18     US 11,577,177 B2

FIG. 11

FIG. 10

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a1a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 48**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2023 · 02-14 | US11577177B2

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 9 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



U.S. Patent          Feb. 14, 2023          Sheet 7 of 18          US 11,577,177 B2

FIG. 13

FIG. 12

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 49

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 10 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



U.S. Patent          Feb. 14, 2023          Sheet 8 of 18          US 11,577,177 B2

FIG. 15

FIG. 14

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 50**

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 11 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

U.S. Patent          Feb. 14, 2023          Sheet 9 of 18          US 11,577,177 B2



FIG. 16

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004950db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 02-14 | US11577177B2

## EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 12 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent      Feb. 14, 2023      Sheet 10 of 18      US 11,577,177 B2

FIG. 18

FIG. 17

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 52

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 13 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent       Feb. 14, 2023       Sheet 11 of 18       US 11,577,177 B2

FIG. 19

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 53**

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 14 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent    Feb. 14, 2023    Sheet 12 of 18    US 11,577,177 B2

FIG. 20

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 54**

# 2023 · 02-14 | US11577177B2

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 15 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent          Feb. 14, 2023          Sheet 13 of 18          US 11,577,177 B2

FIG. 22

FIG. 21

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 55**

## 2023 · 02-14 | US11577177B2
EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 16 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent     Feb. 14, 2023     Sheet 14 of 18     US 11,577,177 B2

FIG. 23

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 56

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 17 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

U.S. Patent        Feb. 14, 2023        Sheet 15 of 18        US 11,577,177 B2



FIG. 25



FIG. 24

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 18 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

U.S. Patent      Feb. 14, 2023      Sheet 16 of 18      US 11,577,177 B2



10

FIG. 26

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 02-14 | US11577177B2
## EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf
SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0
Page: 19 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

U.S. Patent          Feb. 14, 2023          Sheet 17 of 18          US 11,577,177 B2



FIG. 27

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 59

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 20 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



U.S. Patent      Feb. 14, 2023      Sheet 18 of 18      US 11,577,177 B2

FIG. 28

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 60

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 02-14 | US11577177B2
## EXHIBIT PAT-A2

[2023-02-14___US11577177B2.pdf](#)

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 21 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

US 11,577,177 B2

**1**

MOTORIZED ROTATABLE TREADMILL
AND SYSTEM FOR CREATING THE
ILLUSION OF MOVEMENT

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application claims priority to and the benefit of U.S. provisional patent application Ser. No. 63/163,135, filed on Mar. 19, 2021, the contents of which are incorporated herein in its entirety.

BACKGROUND

Camera tracking systems are used with green screen backgrounds LED wall backgrounds to allow a person being filmed to appear as though they are in another environment, one that is generally created by CGI artists and is rendered in real-time by a rendering engine along with a media server. While the possibilities are unlimited with respect to the environment in which the person can be inserted, the person is otherwise very limited in how far and in what directions they are able to walk or run within this virtual environment.

Most "virtual film sets" currently use a camera tracking system that severely limits the movement of the person being filmed to a very small area in the center of the LED or green screen-based set. The person as well as the camera are always stuck in the same spot of the scene essentially and unable to travel. For a video-based environment to appear realistic in its position, it must remain static relative to that of the person. Even though the tracked film camera is able to move and view the environment from different perspectives, it is essentially static due to the fact that it must always view the person from the same frontal point of view with a very limited ability to orbit around them.

SUMMARY

An aspect of the present disclosure relates to a motorized treadmill that is mounted atop an infinitely rotating, motorized turntable. A speed and direction of the treadmill belt, as well as the turntable, is determined and controlled by a user, a non-user (remote) party, or based on a combination of three-dimensional, virtual, and real-world GPS positional and rotational data.

An aspect of the present disclosure relates to a motorized treadmill having a travel deck supporting a belt arranged in an endless loop; a turntable for rotating the travel deck; one or more sources of vibration for providing haptic feedback to one or more locations on the belt; and a floor base for supporting the travel deck, turntable, and one or more vibration sources.

The one or more vibration sources comprises adjustable vibration motors.

A phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

The treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane. For example, the X-Y plane refers to the X-Y ground plane, or the ground plane with respect to a virtual environment.

**2**

With respect to the X-Y plane, additional movement may occur in a Z direction, via tilting of an orientation of the belt in the Z direction by a mechanism for raising and lowering one end of the belt.

The vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill. The vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue or action related to the scene being filmed, or combinations thereof.

The turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

The floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon. The turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt. The floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

The floor base includes a slip ring which supplies power and data to the components contained within the turntable, such as the treadmill belt and/or vibration motors. The slip ring is configured to allow endless rotation of the turntable by eliminating cords or cables in the device that would otherwise limit turntable rotation.

The treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, where the monochrome surface allows for digital isolation of a user on the treadmill.

The monochrome surface is green, or any color which provides a background in front of which the moving user is filmed, and which allows a separately filmed background to be added to the final image.

The treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set.

The treadmill is configured for use in a standard green screen film studio.

Another aspect of the present disclosure relates to a system for creating the illusion of movement of a user. The user may be inserted into a virtually rendered setting, a live-action pre-filmed setting, or a combination thereof. The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and a controller configured to synch the movement of the treadmill with a camera in real-time. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

Wherein the camera and user rotate inversely to one another to achieve realistic orbital rotation.

The camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

Yet another aspect of the present disclosure relates to a method of creating the illusion of movement in a virtual setting. To create the illusion of movement in a virtual setting, the method includes providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable and/or rotatable

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv9gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 22 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 11,577,177 B2

3

about a vertical axis. The speed of the endless track is precisely controllable, and a direction of the endless track is also controllable by rotating the turntable.

The movement of the camera is then synched with a real-world speed of the endless track and a distance traveled by the track.

The synchronized rotation of the user and turntable relative to the present orientation of the camera is solved for using inverse kinematics.

One or more audio, visual, or tactile cue sources are provided to the endless track, rotatable turntable, user or a combination thereof and actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track to indicate one or more of a position of the user on the track, an initiation or ceasing of movement of the track, an initiation or ceasing of rotation of the turntable, or a cue or action related to the scene being filmed.

The rotatable turntable is installable in an LED based virtual film set or green screen film set.

When creating the illusion of movement of the user on the treadmill, the method includes tracking the precise location of the user in real-time and providing physical cues to the user to direct the user's movement to maintain the user on a location of the endless belt. If the user deviates from the location on the endless belt, adjusting a location of the camera to compensate for the deviation.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front perspective view of a motorized rotatable treadmill assembly and system for generating the illusion of movement in one environment.

FIG. 2 is a front perspective view of the assembly with camera movement indicators for illustrating the creation of the illusion of movement in one embodiment.

FIG. 3 is a top perspective view of the motorized rotatable treadmill assembly.

FIG. 4 is a top perspective exploded view of the assembly according to one or more embodiments herein.

FIG. 5 is a bottom perspective exploded view of the assembly according to one or more embodiments herein.

FIG. 6 is a perspective view of a travel deck of the motorized rotatable treadmill.

FIG. 7 is an exploded view of the travel deck.

FIGS. 8, 9 and 10 illustrate a feedback system for the travel deck.

FIGS. 11-13 illustrate a turntable component of the assembly according to one embodiment.

FIG. 14 is a perspective view of the turntable component with the travel deck removed therefrom.

FIG. 15 is a bottom view of the turntable component.

FIG. 16 is a top view perspective view of the turntable with cover panels removed for illustrating the internal components of the turntable.

FIG. 17 is a perspective view of a floor base of the motorized rotatable treadmill according to one or more embodiments and with the travel deck and turntable removed.

FIG. 18 is a side view of the floor base.

FIG. 19 is a top perspective view of the floor base with one or more cover panels removed to illustrate interior components of the floor base.

FIGS. 20, 21, and 22 illustrate power components for turntable and travel deck supported in the floor base.

FIG. 23 is a top view of the floor base illustrating the parts of the floor base.

4

FIGS. 24 to 26 illustrate the system according to one or more embodiments herein including the motorized rotatable treadmill in various environments.

FIG. 27-28 are flow charts illustrating a method of communication and control of the assembly and system.

DETAILED DESCRIPTION

A motorized rotatable treadmill assembly for providing omnidirectional simulated movement for a user is described herein. The user can travel in any direction while using the motorized rotatable treadmill assembly while remaining stationary in a location. The motorized rotatable treadmill assembly can be used in various environments for entertainment purposes and/or for creating content including the illusion of a user traveling through an environment while never leaving the space in which the motorized rotatable treadmill is located.

In one or more embodiments, the motorized treadmill and rotating turntable are used in combination with a system for controlling the treadmill and turntable along and optionally with a camera for creating the illusion of movement of a user, for example, a person, inserted into a digital environment is described herein and illustrated in the figures.

A motorized rotatable treadmill assembly according to one or more embodiments described herein is a motorized treadmill belt on a travel deck that is mounted on an infinitely rotatable, and motorized turntable. In some embodiments, the speed and direction of the treadmill belt as well as the rotational speed and position of the turntable may be determined and controlled by data collected from a 3D/virtual system and/or real world/GPS positional and rotational data from cameras being used for recording and/or rendering a video-based environment in which a user of the treadmill is being virtually inserted into.

User control modes for the assembly may include, but are not limited to a fixed speed mode, a self-paced mode, and a remote user cuing mode. In a fixed speed mode, the motorized rotatable treadmill assembly operation is controlled directly by signals received from a media server or controller where the signals control various functions of the assembly such as starting, stopping, speed and rate of the treadmill and the rotation of the turntable, for example. The user then may match the speed of the treadmill.

In the self-paced mode, the user may be tracked, and data related to user movement communicated to the media server or controller. The user moves and the assembly responds directly to the user movement with movement of components of the assembly. That is, for example, the movement of the treadmill belt and/or turn turntable may respond and change with each step or change in position of the user. Tracking of the user may be carried out with various sensors integrated into the assembly, worn by the user, and/or surrounding the assembly. As the user moves, data from the sensors is processed and the media server or other controller adjusts operation of the assembly such as treadmill speed and travel deck rotation.

In the remote user cuing mode, the user may control one or more triggering cues via remote or wireless connection with the assembly, allowing the user the ability to progress through an ordered list of cues at a pace selected by the user. The cues may be programmed and arranged in a respective order prior to the user being filmed traveling through the environment when on the assembly.

In one or more of the embodiments described herein, the user cue system is configured to provide audio, visual, tactile and/or haptic cues to the user for anticipating an assembly

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 62

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14___US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 23 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 11,577,177 B2

**5**

start, stop, rotation, speed, speed change or other user and/or assembly action(s) that relate to the user movement, location on the belt, and/or corresponding digital environment.

The user may be provided with one or more wearable devices in communication with the media server. These devices comprise sensors for monitoring and recording user movement and for providing feedback relating to the user movements or positioning to the media server or controller. Additional wearable devices may be configured for providing audio, visual, tactile or other signals or cues to the user from the media server or other controller. For example, the wearable devices may comprise one or more inertial measurement sensors, haptic vibration motors for contacting the user's body, insoles, vibratory or LED components worn on various parts of the user's body among other various devices for communicating remotely and discreetly with the user. The user cue system may provide audio cues which may be wirelessly transmitted to an in ear listening device worn by the user.

In one or more embodiments, the assembly is configured for use with a digitally rendered environment. An animation timeline may be used with one or more cue modes as a system controller for the assembly. The animation timeline is configured to establish the user(s) travel path and/or a camera path through a virtual or pre-filmed environment that the user(s) is/are inserted into. The combination of the animation timeline and cue sequencing system provides the option for the different user control modes. In one or more embodiments, the user modes may only affect the animation timeline playback functionality and otherwise rely on the same or similar animated parameter values used to determine the travel path and/or camera path.

What is meant by "environment" as used in one or more embodiments described herein is a pre-filmed real-world scene that was filmed with a specially equipped camera whose position, orientation, and inertia data (9Dof+GPS) is recorded at the same time as the corresponding video footage was.

What is meant by "travel path" as used in one or more embodiments described herein is the calculated or animated path that user(s) will follow as they are filmed travelling through the virtual or real-world environment in which the user(s) has been digitally inserted.

What is meant by "camera path" as used in one or more embodiments described herein is the calculated or animated path the camera follows through the scene as it films the traveling user(s) and environment. The camera path includes translation and rotation parameters and any additional camera specific parameters (e.g., field of view, look at object), all of which can be animated on the timeline using keyframes.

By way of non-limiting example, in one or more embodiments, the animation timeline is a custom animation timeline that with a cue sequencing system provides a programmer the ability to add an animated virtual user, or an avatar ("AV") into the environment to help with programming. For example, various styles of generic 3D sketch-style figures may be selected as the AV's identity/appearance. The AV may have static height and stride parameters that can be set to match those of the human user. The stride parameter for example is the average distance that the real-world user averages per each step.

Matching AV's height and stride distance to that of the human user will ensure that the real-world film shot appears nearly identical to what is seen when a cue is played back with an AV instead of a human user. In one or more embodiments, the AV is a rigged 3D character whose skeleton is linked as a kinematic chain. The AV may do nothing

**6**

except an automatic walk, automatic jog, or automatic run along the travel path of the cue being played back. For example, an automatic walk, automatic jog, or automatic run may be selected as the seamless kinematic loop data to play back based on the AV's speed. In one such embodiment, the AV's speed is equal to the treadmill speed and the human user's speed is equal to the treadmill speed. These values are equal as the values are based on real world speed and are synchronized. The AV may be a digital twin of the user by means of a multi-camera photogrammetry rig capturing an image of the user from multiple different points of view/ locations at the exact same time, for the purpose of then using photogrammetry software to create the digital twin which can be rigged with a kinematic chain of bones, allowing the digital twin to be placed into the 3D environment and animated.

When a cue is played back that changes AV's position the AV will automatically walk along the calculated or animated travel path at a speed/rate that is calculated based on AV's stride parameter whose value was set to match the distance of one average footstep of human user. For example, one seamless loop of kinematic walking data results in one full gait cycle which is exactly two steps.

The AV is able to be viewed as 1st person, 3rd person, or a custom view by the system programmer while walking along the travel path.

A 3D-AV may be represented in the system as a 3D modeled character that is inserted into the 3D virtual space via the real-time render engine or the media server 3D space. The 3D-AV may then be affected by things like lighting, shadows, and object occlusion that are part of the 3D scene. The system may also provide the ability to overlay a 2D rendered composite image of the 3D-AV character which will match orientation, position, and scale.

In one or more embodiments, the animation timeline in combination with cue modes, hereinafter referred to as the system controller, may be a source of all control, movement, functionality, and/or operation of the motorized rotatable treadmill assembly as well as one or more cameras for capturing user movement on the assembly. This system allows for isolating user(s) from a background to be digitally inserted into a rendered 3D virtual scene or a pre-filmed real-world environment for the purpose of being filmed as the user is able to travel through the environment along the 2d ground plane an infinite distance in any direction

The assemblies and systems described herein enable a user to travel an unlimited amount of distance through a virtual scene, all while the user remains within a perimeter defined by belt surface or essentially while remaining in one place (on top of the motorized treadmill). The user walks on the endless belt, the speed and/or direction of travel, of which is precisely controlled by data received from a media server, a pre-selected speed, or a rendering engine that is controlling the virtual scene. In embodiments where the motorized treadmill is used to render or generate content for a digital scene, a corresponding camera(s) movement through the scene can be precisely synched with the user's real-world speed and distance as they travel on the endless belt. This creates the illusion of movement of the user being filmed and the camera appear to travel through the scene but are in fact static in position or location. This can be combined with the additional element of controlling the direction the user is facing as they are traveling through the scene allows for an infinitely large virtual environment for a user to explore.

The devices and systems described herein allow, for example, a small studio to no longer be confined by a limited

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 63**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14___US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 24 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 11,577,177 B2

**7**

amount of physical space, or the immense costs associated with creating a larger film set. Benefits further include the ability to rotate the camera responsible for rendering/filming the scene (which acts as the background) precisely in sync with the person being inserted into the scenes to allow the studio or independent content creator the ability to film 360+ degree orbiting scenes around a person, which would otherwise be very expensive and highly technical to carry out using the methods of the prior art. The devices and systems described herein result in the incalculable savings of time by allowing filmmakers to obtain the same film footage and final result with fewer takes and allows a studio more opportunities to film shots on location without needing the actor or actress to be present.

The device and systems described herein allow a user and film camera to remain static relative to their real-world position while creating the illusion that both are able to move freely through a video-based environment.

As described in further detail below, in one embodiment, the illusion of orbiting the film camera around the focal point of the shot, which would be the user, may be created by instead rotating the person being filmed in synch with the orbital rotation speed and angle of the camera responsible for filming or rendering the video environment the user is being inserted into. For example, a camera moves in a circular 270 degree counter clockwise pathway around a vertical axis as the user on the motorized treadmill would also concurrently be rotated 270 degrees in the opposite direction (clockwise) at the exact same rotation speed as the camera.

The system may use forward and/or inverse kinematics to solve for speed, position, rotation, velocity and other parameters. The camera may rotate around a vertical axis positioned anywhere along a two-dimensional ground plane on the environment and is not limited to being centered on the assembly or the user. Movement of the camera and its rotation, pitch/yaw/roll may be whatever the camera operator chooses. For example, in one embodiment, I'm pretty sure that the orientation values of both the user and camera relative to one another as they travel through the environment may also use 'forward kinematic' equations to determine their value in certain instances.

Further, the illusion of movement of the user through the scene may be created by the user being filmed walking on the treadmill belt at a rate of speed that matches that of the scene camera as the camera moves along a one-dimensional path (vector).

In some embodiments, the orbiting movement and vector movement can be combined. Combining the travel of the treadmill belt with the rotational direction (heading) of the turntable the treadmill is mounted to create the illusion of unlimited movement along the two-dimensional ground plane of the video-based environment.

The embodiments illustrated herein show a single user on the motorized treadmill for ease of illustration. It is contemplated within the scope of this disclosure that the motorized treadmill may have larger dimensions or one or more components to allow for creating the illusion of movement of multiple users. For example, the size of the belt and the turntable may be increased to accommodate two, three, or more users concurrently or in series. Additional belts may be used to enable supporting and creating the illusion of movement of multiple users concurrently in synch or independently. As such, the embodiments described herein are not limited by sizes or dimensions disclosed in the examples. The embodiments of the system comprising the motorized treadmill are not limited to those described

**8**

herein. The motorized treadmill has applications outside of the digital environments described herein. It is also contemplated and within the scope of this disclosure that the motorized treadmill may be provided on its own and/or for use in combination with virtual reality systems, headsets, and games/environments accessible via virtual reality systems or within the metaverse.

The motorized treadmill is one independent element of the present disclosure. In one or more embodiments described herein, the motorized treadmill is configured to provide both linear movement and rotational movement planes for a user. The motorized treadmill in general comprises a floor base supporting a turntable and travel deck. The floor base houses components for powering the rotational movement of the travel deck. The turntable supports the travel deck, which comprises an endless rotating belt or treadmill. Together, the motorized treadmill thus allows for forward and reverse linear movement by way of the rotating belt and the turntable is endlessly rotatable to rotate the travel deck concurrently with rotation of the belt in the forward or reverse directions. Additionally, an angle or incline of the travel deck can be adjusted. These movements and positioning can be carried out concurrently and operated independently. The motorized treadmill thus allows for combinations of movement to support a user thereon.

For example, the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable and travel deck. In another example, one or more electric motors may be provided and directly attached to a roller wheel as a single, compact assembly in the floor base for operating the turntable and/or belt. Additional mechanisms for operating the turntable include but are not limited to gear assemblies, thrust bearings or other bearings, or roller wheel(s) attached directly to motor shaft(s). A slip ring is used to rotate the turntable without cords. The cordless rotation of the turntable allows for infinite rotation of the travel deck such that rotation in one direction can exceed 360 degrees without requiring a change in direction or re-set operation.

A further embodiment may include rollers which drive the rotation of the turntable rotation contained within or on the floor base. Rather than the turntable sitting on top of rollers held within the floor base, the turntable contains the rollers needed to drive and support itself. The floor base then contains the track on which the rollers rest.

In one or more embodiments according to the descriptions herein, the turntable may also function with removal of the endless belt of the travel deck, and/or with a cover panel such that a top surface of the turntable is also a user support surface that is selectively rotatable. For example, the turntable of such an embodiment may have dimensions including a diameter in the range of 6-8 feet or more for real-world or virtually enhanced entertainment. A correspondingly large slip ring is included in the turntable, which would allow a real-world entertainer, for example, a DJ act, entertainer, or musician, to utilize power from the turntable and other audio, video, and data connections available to plug such devices into the turntable of this embodiment. As such, the turntable can be used in additional settings and enable DJs, for example, to play a live set where the DJ is rotated in combination with the camera creating the illusion of movement wherein the camera is orbiting around and/or behind the DJ on the turntable and where the DJ and camera are able to view the crowd.

The motorized rotatable treadmill floor base and housing is constructed in a manner allowing for easy assembly/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 64**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14___US11577177B2.pdf

SHA-256 Hash of Source File:  e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 25 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 11,577,177 B2

9

disassembly and with various removable cover plates which allow for selected and easy access to the interior components of the turntable and floor base. The travel deck is also separable from the turntable and the turntable can be lifted from the floor base by way of handles which allow for ease of set up/take down but also for service and/or replacement of one or more parts. The handles may be removably secured to the frame of the travel deck for easy assembly and disassembly.

The floor base may also be adjustable itself by way of one or more adjustable height feet and wheels which allow for movement of the assembled device.

The motorized rotatable treadmill assembly can be incorporated into various environments and can further be used in virtual reality systems to enhance user experience with movement in various virtual environments. Controllers for the system can be operated by various types of software for endless end use of the devices.

In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video. Currently available software and technology in the field of photogrammetry is rapidly expanding. Such software and related technology may also be incorporated into a control system for calculating the position of a video camera relative to the physical and real-world environment in an analyzed video clip.

In the embodiment illustrated in the figures, for example as shown in FIGS. 1-5, 3, a motorized rotatable treadmill assembly 10 comprises a travel deck 12 and turntable 40 which may be supported on a floor base 60. The travel deck 12 comprises an endless rotating belt system 16 for linear travel in forward and reverse directions. The travel deck is incorporated into and/or supported on the turntable 40, which allows for 360+ degree rotation thereof and thus of the travel deck 12. Together, the turntable 40 and travel deck 12 allow for omnidirectional virtual movement as a user can move in endless directions by combination of the linear and rotational movement provided by the motorized treadmill assembly 10. The travel deck 12 may also be elevated and/or inclined at one or both ends to provide for uphill or downhill movement for example. The linear and rotational movement as well as incline capability may be rendered concurrently and independently such that various directional and terrain style walking or running can be achieved.

The travel deck 12 is illustrated in further detail in FIGS. 6-10. In the embodiment illustrated, the travel deck 12 has a frame 18 which supports the rotating belt system 16. The rotating belt system 16 comprises a belt 20 that is operably provided around belt pulley 22 and frame 18 for supporting the user thereon. The belt 20 may be a rubber treadmill belt and the pulley 22 may be toothed belt pulleys for rotating the belt 20 therearound. The frame 18 may be a metal frame, such as an aluminum or steel support frame 18. In further detail, the treadmill belt 20 may be powered by a system of servo motors 27 positioned below or next to the treadmill belt 20. As shown in FIG. 13 for example, four servo motors are provided, and each motor shaft mates with an inline planetary gear. An output shaft of each planetary gear has a tooth keyed belt pulley 22 fastened to it as does each side of front and rear belt roller shafts 23. Torque is then transferred

10

through timing belts such that it is possible to drive all four available drive points (both sides of each belt roller) or two drive points in the alternative.

The frame 18 may further be provided with one or more handles along one or more sides. The handles may be pivotable and/or removably connectable to the frame 18 to allow for lifting and lowering of the travel deck 12 out of and/or into connection with the turntable 40.

In the embodiment illustrated, the travel deck 12 further comprises one or more vibration motors 24 which can be used, for example, to provide haptic feedback 25 to a user or provide cues or warnings to the user as shown in FIG. 10. The vibration motors 24 may be provided in an array where individual motors are spaced apart across an underside of the belt 20 and the motors independently operably to provide targeted vibration to one or more locations on the belt 20. A substrate 26 is provided for supporting the vibration motors 24 and/or transferring the vibration to the belt 20.

For example, the substrate 28 may be a phenolic resin sheet that acts as the belt deck that the belt 20 will slide across as it moves and is mounted to a metal substrate 26 such as an aluminum sheet. A tape such as 3M VHB tape may be used to secure the vibration motors between the aluminum sheet 26 and the substrate 28 and may also act as a cushion for the vibration motors 24 as the motors 24 are secured to the underside of the substrate 28.

It is further contemplated that the travel deck 12 is removable from the turntable 40 as the travel deck 12 is secured therewith with fasteners such as nuts and bolts. Thus, the travel deck 12 is easily removable for belt 20 changes and servicing.

The travel deck 12 provides a user "travel area" 30 that may be defined by the size of the rotating belt system 16. In one embodiment, the travel area 30 is approximately 39.5"×19.5", however, the size of the travel area 30 may be increased or decreased without deviating from the scope of this disclosure. The belt 20 may be a treadmill belt which travels approximately 85.4" for each revolution and is 19.7" wide. One revolution of the belt pulley along with the belt roller causes the belt to travel 6.19", a system of motors able to deliver 1500 rpm with sufficient torque to the belt pulleys will allow a user to reach a running speed of 8.79 mph.

As noted above, the motorized rotatable treadmill assembly 10 may also include vibration motors 24 such that a system with the treadmill assembly 10 may utilize a haptic feedback system of the travel deck 12 as illustrated in further detail in FIGS. 10-11. For example, a grid of vibration motors 24 is mounted underneath the treadmill belt 20. This allows a control system in connection with the motorized rotatable treadmill assembly 10 to signal the user thereon with various messages via haptic feedback. Examples of haptic feedback messages include but are not limited to an indication that the belt 20 is going to start or stop moving, an indication that the turntable 40 is going to start or stop rotation, or an indication that the user's feet are nearing edges of the belt 20. Vibratory signals as indicated in FIGS. 10-11 may also be sent to let the user know where they are positioned as the user walks on the belt 20 so that user does not need to look down at the belt 20. The motors 24 may also be pulsed to let the user know to move to another location (e.g., move right or move left to avoid walking off the belt).

The turntable 40 is illustrated in further detail in FIGS. 12-16. The turntable 40 comprises a space 42 for supporting the travel deck 12 therein. The turntable housing comprising an upper plate 44 that may support a removable cover which may be comprised of one or more cover pieces. The turn-

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 65**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 02-14 | US11577177B2**

EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 26 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 11,577,177 B2

11

table 40 housing also includes a base plate 46. Side supports
48 provide structural framework support to the turntable 40.
One or more side supports may be configured to provide
handles for lifting the turntable 40. The turntable 40 also
comprises a base 50 which, in one embodiment, may sit atop
a plurality of roller wheels which retain the turntable 40
centered within the floor base 60. Additional side roller
wheels 54 may also be provided for rotation of the turntable
40. Roller wheels are illustrated however, alternative or
additional mechanisms can include bearings, or for example,
thrust bearings. The turntable 40 rotation may be powered
by one or more motors 56, for example, two motors as
discussed in further detail below with respect to the base 60.

As illustrated, the turntable 40 and housing 44 are overall
circular in shape which enables the clean and endless
rotation of the turntable 40.

An interior frame 52 of the turntable 40 is configured to
receive the travel deck 12 within the space 42 for the travel
deck and additionally, the frame 52 supports one or more
motors for coupling to the travel deck 12 belt system 16 for
rotation of the belt 20. Thus, the power source for the travel
deck 12 may be provided within the turntable 40 and the
travel deck 12 removably and operably coupled thereto. The
turntable 40 frame 52 may be comprised of aluminum or a
like material such that when the cover 46 is provided thereon
a user's weight can be supported on both the travel deck 12
and on the surfaces provided by the cover 46.

The turntable 40 is then operably and removably cou-
plable to the floor base 60. The floor base 60 is illustrated in
further detail in FIGS. 17-23. As mentioned above, the
turntable 40 may be provided in combination with the floor
base 60 which further comprises a removable top cover 62,
side supports 64 and the base housing 60. The floor base 60
comprises an opening 64 for operably receiving the turntable
40 therein. The removable top cover 62 provides an optional
floor 66 for use when the cover 62 is installed over the travel
deck 12. The cover 62 may be constructed of a metal such
as aluminum.

As shown in FIGS. 20-22, the floor base 60 holds assem-
blies 68 which transfer power from an associated motor,
such as a servo motor provided in operable connection with
a drive belt to transfer rotational power to a roller or drive
wheel 72 which supports the turntable 40 thereon and
enables rotation of the turntable 40 with respect to the base
60. In one embodiment, a worm gear may be used for each
rotation roller 72 which provides a compact assembly for the
90-degree rotation of an output shaft and allows for a servo
motor to be installed in the compact space 86 available in
corners of the floor base 60. An additional side roller 74 may
also be provided in this assembly to center the turntable 40
in combination with rotation of the turntable 40.

The base 60 also operably supports a slip ring 76 and arm
78 for transferring power and data to the turntable 40 for
rotation and allowing for infinite and cordless rotation of the
turntable 40. The arm 78 couples to the bottom of the
turntable 40 and as the turntable rotates the rotation is
transferred to the arm and thus rotates the slip ring 76.

A main power input and one or more fan controllers are
provided in an assembly 94 that may fit in the corner space
86 of the floor base 60. For example, a male and female 24
pin industrial connector with a 20a/480v rating for each of
the 24 contacts is provided. The assemblies 94 are placed or
positioned in a respective corner space 86 and then may be
fastened into place with fastener such as a screw. When the
assemblies 94 are pushed down into place the male and
female connectors automatically mate with one another
connecting all of the circuits. This allows for ease of service

12

for any of the electronic components. For example, if a
breaker needs replacement components require re-wiring, or
for initial component wiring, the assembly can be pulled out
as a single piece and worked on apart from the main unit 10.

The floor base 60 may also be provided with one or more
adjustable feet 82 and/or casters or wheels, allowing for
height adjustment of the floor base 60 and thus turntable 40
and travel deck 12 and for ease or movement of the floor
base 60 as needed.

One or more sensors, such as inductive proximity sensors,
or hall sensors 80, 81 may be provided such that the control
system for the motorized rotating treadmill assembly 10 is
capable of setting a homing position for the turntable 40. For
example, one side 80 of the hall sensor may be mounted on
an outer edge of the turntable 40 and the other side 81
mounted inside of the floor base 60 at the same height and
directed towards a center location of the base 60. One or
more sensors 80, 81 may be included the base 60 and
turntable 40 for allowing the assembly to home itself and
establish an accurate start position for the rotational position
of the turntable. The proximity sensor 80 unit itself may be
mounted in the floor base 60 and then small neodymium
magnets 81 that trigger the proximity sensor 80 are attached
to the turntable 40.

In one or more embodiments, the motorized rotatable
treadmill assembly 10 is constructed with frame work and
mounting plates which allow for easy access, component
swapping and serviceability without disassembly. For
example, mounting plates for the driver boxes, which each
control a single motor, allow for easy replacement or swap-
ping of parts. Easy connection mechanisms, such as tabs on
a portion of the turntable drive plate inserts can interlock
with slots in the frame for easy and secure assembly. The
assembly can be assembled, for example and the travel deck,
turntable and base securely connected and fastened into
place using a single fastener such as a bolt.

Moreover, the assembly 10 may be self-grounding by way
of copper strips 90 provided along the bottom of the floor
base 60 which is compressed against a copper strip sitting
atop the mounting lip once fastened into place.

The motorized rotatable treadmill assembly 10 may have
a plurality of intake and exhaust fans 92 for cooling of
components. Each of the fans may be independently con-
trollable for targeting a motor and/or driver, for example and
configured for speed adjusted over a wired or wireless
network connection. This allows for the fans to be run as low
as possible (and thus as quietly as possible) and even
completely turned off during selected times, such as during
a film take. Once film take is complete the fans can be turned
up very high to quickly cool down all of the components in
the assembly 10 between takes.

In one or more embodiments wherein the motorized
rotating treadmill assembly 10 is incorporated into an envi-
ronment for creating the illusion of movement throughout a
scene in combination with a virtual or digitally rendered,
inserted or displayed background, at least top surfaces of the
treadmill 10 including cover plates and the treadmill belt 20
may be painted a bright green color or other color such as
bright blue frequently used in film production as a way to
digitally isolate a person being filmed for digital insertion
into a separate scene. Edges and vertical surfaces may be
similarly painted.

As illustrated in FIGS. 24-26, the motorized rotating
treadmill 10 is also configured to fit into an existing LED
floor tile system, for example, a system that uses 2×2' tiles.
In such a system, four of the preexisting LED tiles are
removed and replaced with the motorized rotating treadmill

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 66**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 02-14 | US11577177B2
## EXHIBIT PAT-A2

2023-02-14__US11577177B2.pdf

SHA-256 Hash of Source File: e0b38946061f8bb85597756147311bcaea0ab4308e892c058c3abff649fe65c0

Page: 27 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 11,577,177 B2

**13**

10. The feet on the bottom of the floor base 60 are independently adjustable to match the height of the LED floor tile system to provide a smooth and consistent surface and can be adjusted by removal of the top cover panel rather than requiring access to the sides or bottom of the treadmill 10. Thus, adjustment for height can easily be carried out even after the motorized rotatable treadmill 10 is inserted into the existing LED floor tile system or otherwise assembled in an environment.

It is also contemplated and within the scope of this disclosure that larger covers for the base 60 and/or turntable 40 can be provided. For example, when the motorized rotatable treadmill 10 is used with an LED floor system or other panel floor construction of larger tiles, for example, half meter tiles, a larger top cover for the floor base 60 is provided and which fills and covers the gaps between the base 60 and adjacent floor panels.

The motorized rotatable treadmill assembly according to one or more embodiments herein may be remotely controlled. The electric components in communication with a controller and/or software control system for remote operation and control of the operation of the motorized rotatable treadmill assembly. That is, control of the speed and direction of the treadmill belt, speed and direction of the rotation of the turntable, angle of the travel deck, control of fans, and combinations thereof can be remotely controlled and synched to various equipment and environments.

Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the disclosure.

The invention claimed is:

1. A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:
   a motorized treadmill base having an endless belt operably supported on a rotatable turntable such that the treadmill allows for unlimited directional movement of the belt; and
   a controller configured to synch the movement of the treadmill with a camera in real-time, and
   wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains

**14**

stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

2. The system of claim 1, wherein the camera and the user rotate inversely to one another.

3. The system of claim 2, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

4. A method of creating the illusion of movement comprising:
   providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable about an axis centered on the endless track;
   controlling the speed of the endless track;
   controlling the direction of the endless track by rotating the turntable;
   synching movement of the camera with a real-world speed of the endless track and a distance traveled by the track;
   providing one or more audio, visual, or tactile cue sources to the endless track, rotatable turntable, user or a combination thereof; and
   actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track indicating one or more of a position of the user on the track, an initiation or ceasing of movement of the track, and an initiation or ceasing of rotation of the turntable, or a cue related to the scene being filmed.

5. The method of claim 4 and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

6. The method of claim 4 and further comprising:
   tracking the precise location of the user;
   providing physical cues to the user through to direct the user's movement to maintain the user on a location of the endless belt; and
   if the user deviates from the location on the endless belt, adjusting a location of the camera and environment to compensate for the deviation.

\* \* \* \* \*

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 67

# 2023 · 02-17 | 3rd Pty Submission | NETFLIX

## EXHIBIT PAT-A2

2023-02-17__3rd Pty Submission_NETFLIX.pdf

SHA-256 Hash of Source File: 4cc56398e79cf81d857a48e9480286237f3e5e5305a0eb96204e80427ca4dd1f

Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**Doc Code: 3P.RELEVANCE**
**Document Description: Concise Description of Relevance**

**U.S. Patent and Trademark Office**
**Department of Commerce**

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 CONCISE DESCRIPTION OF RELEVANCE |
|---|

| Application Number | 17709126 |
|---|---|

### U.S. PATENTS

| Cite No | Patent Number | Concise Description of Relevance |
|---|---|---|
| 1 | 11577177 | The prior art teaches a subject positioned within an array of panels on an omnidirectional treadmill, the repositioning systems, the sensors and controller as claimed. The prior art also teaches See at least paragraphs [0018], [0021]-[0024], [0050], [0053], [0058] and [0101]. See also at least FIGS. 1, 2, 25-28. |

### U.S. PATENT APPLICATION PUBLICATION

| Cite No | Publication Number | Concise Description of Relevance |
|---|---|---|
| | | |

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 02-17 | 3rd Pty Submission | NETFLIX

EXHIBIT PAT-A2

2023-02-17__3rd Pty Submission_NETFLIX.pdf

SHA-256 Hash of Source File:  4cc56398e79cf81d857a48e9480286237f3e5e5305a0eb96204e80427ca4dd1f

Page: 2 of 4       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

| FOREIGN PATENT DOCUMENTS | | |
|---|---|---|
| CiteNo | Foreign Document Number | Concise Description of Relevance |
| | | |

| NON-PATENT PUBLICATIONS | | |
|---|---|---|
| Cite No | Reference | Concise Description of Relevance |
| | | |

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 02-17 | 3rd Pty Submission | NETFLIX

## EXHIBIT PAT-A2

2023-02-17__3rd Pty Submission_NETFLIX.pdf

SHA-256 Hash of Source File:  4cc56398e79cf81d857a48e9480286237f3e5e5305a0eb96204e80427ca4dd1f

Page: 3 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Doc Code:IDS.3P
Document Description: Third-Party Submission Under 37 CFR 1.290

PTO/SB/429(08-12)
Approved for use through 07/31/2015. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|
| | | |

### U.S. PATENTS

| Cite No | Patent Number | Kind Code[1] | Issue Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 11577177 | | 2023-02-14 | Matthew Guertin |

### U.S. PATENT APPLICATION PUBLICATIONS

| Cite No | Publication Number | Kind Code[1] | Publication Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| | | | | |

### FOREIGN PATENTS AND PUBLISHED FOREIGN PATENT APPLICATIONS

| Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[1] | Publication Date (YYYY-MM-DD) | Applicant, Patentee or First Named Inventor | T[5] |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |

### NON-PATENT PUBLICATIONS (e.g., journal article, Office action)

| Cite No | Author (if any), title of the publication, page(s) being submitted, publication date, publisher (where available), place of publication (where available). | T[5] | E[6] |
|---|---|---|---|
| | | | |

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 02-17 | 3rd Pty Submission | NETFLIX
## EXHIBIT PAT-A2

2023-02-17__3rd Pty Submission_NETFLIX.pdf

SHA-256 Hash of Source File: 4cc56398e79cf81d857a48e9480286237f3e5e5305a0eb96204e80427ca4dd1f

Page: 4 of 4      [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|

| | | | | ☐ | ☐ |
|---|---|---|---|---|---|

### STATEMENTS

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

| ☐ | The fee set forth in 37 CFR 1.290(f) has been submitted herewith. |
|---|---|
| ☒ | The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party. |
| ☐ | This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance. As such, the party making this resubmission: (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g). |

| Signature | /Amanda M. Prose/ | | |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number (if applicable) | 72345 |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Signature indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant. 1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MEPP 901.04(a). 2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851. 3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.

EFS Web 2.1.17

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 71

# 2023 · 02-17 | 3rd Pty Submission Receipt | NETFLIX
## EXHIBIT PAT-A2

2023-02-17__3rd Pty Submission Receipt_NETFLIX.pdf

SHA-256 Hash of Source File: 4c44362fc99c72cc0d2ce4a4346f32d772d1d5f74b860870e9c3bf58e7d985f4

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47550239 |
| **Application Number:** | 17709126 |
| **International Application Number:** | |
| **Confirmation Number:** | 3367 |
| **Title of Invention:** | DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS |
| **First Named Inventor/Applicant Name:** | Stephan  Trojansky |
| **Customer Number:** | 176294 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 36651-51638/US |
| **Receipt Date:** | 17-FEB-2023 |
| **Filing Date:** | 30-MAR-2022 |
| **Time Stamp:** | 10:29:07 |
| **Application Type:** | |

### Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32956 bcae66ea240f43b184bf9bf1867d6fcdd0bcb366 | no | 2 |
| **Warnings:** | | | | | |

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 72**

# 2023 · 02-17 | 3rd Pty Submission Receipt | NETFLIX
## EXHIBIT PAT-A2

2023-02-17___3rd Pty Submission Receipt_NETFLIX.pdf

SHA-256 Hash of Source File:  4c44362fc99c72cc0d2ce4a4346f32d772d1d5f74b860870e9c3bf58e7d985f4

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 52705<br><br>89673609686d287b5581ef0320e8186238e62359 | | no | 2 |
| Warnings: | | | | | | |
| Information: | | | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 23667<br><br>b7d8a2740537c5b22beabcbff564d16acb796123 | | no | 1 |
| Warnings: | | | | | | |
| Information: | | | | | | |
| | | | **Total Files Size (in bytes):** | | 109328 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 73

# 2023 · 03-09 | Letters Patent

## EXHIBIT PAT-A2

2023-03-09__Letters Patent.pdf

SHA-256 Hash of Source File: 7b6020dd820a060cca3c011db7436ced741c7b35b08a93d2cd4f34ec295e3558

Page: 1 of 3    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

March 9, 2023

Matt Guertin
4385 Trenton Ln N 202
Plymouth, MN 55442

Re:    U.S. Patent No. 11,577,177

Assignee    :    INFINISET, INC.
Issued    :    February 14, 2023
Title    :    Motorized rotatable treadmill and system for creating the illusion of movement
Our File    :    G185.0001US1

Dear Matt:

We are pleased to advise you that we have now secured the grant of United States Letters Patent entitled "Motorized rotatable treadmill and system for creating the illusion of movement," which issued February 14, 2023, under Patent No. 11,577,177. The original Certificate of Letters Patent is enclosed. We have not proofed the patent or claims for printer and other errors, but we can do so at your request for an additional service charge.

In order to charge others with adequate patent notice to forestall unintentional infringement as required under the United States patent laws, from now on all commercial specimens embodying the patent should bear the proper patent notice - "U.S. Patent Number 11,577,177": "U.S. Pat. No. 11,577,177", or "PATENT" together with an address of a posting on the Internet, accessible to the public without charge for accessing the address that associates the patented article with the number of the patent.

This patent will extend for a duration of 20 years from the earliest effective filing date (or March 18, 2042) and is effective within the United States, its territories and possessions.

DIRECT DIAL: 612-852-0619
INTERNET: aprost@wck.com

**Intellectual Property Attorneys**

121 South Eighth Street, Suite 1100  |  Minneapolis, MN 55402

P: (612) 334-3222    F: (612) 334-3312    www.wck.com

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 03-09 | Letters Patent

## EXHIBIT PAT-A2

2023-03-09__Letters Patent.pdf

SHA-256 Hash of Source File: 7b6020dd820a060cca3c011db7436ced741c7b35b08a93d2cd4f34ec295e3558

Page: 2 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

when due is necessary to keep the patent in force.

We are enclosing a copy of this letter which we would like you to sign and return to us so we know that you received the original patent document.

Best regards,

Amanda M. Prose

AMP/man

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 75**

# 2023 · 03-09 | Letters Patent

## EXHIBIT PAT-A2

[2023-03-09 __ Letters Patent.pdf](#)

SHA-256 Hash of Source File:  7b6020dd820a060cca3c011db7436ced741c7b35b08a93d2cd4f34ec295e3558

Page: 3 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

The new patent marking statute requires the word "patent" or the abbreviation "pat." together with an address of a posting on the internet accessible to the public without charge to be placed on the product. It may also be placed on a label secured to the package in which the product is sold if the product, due to its character, cannot be marked.

For example, the product or the product packaging could be marked as:

**"Patent: www.companyname.com/patents"**

The above is all that is needed to "mark" the product. IF the patent situation changes, i.e. more patents are granted, the product marking does not need to be updated – only the webpage needs to be updated, reducing time and costs (and mismarking, which is discussed below). This is very helpful when the product is made via molds or other processes which a change in product marking involves costs.

The next step involves the web page(s) which must associate each patent with the patented products. This is done by either listing each patent number and then the product covered by that patent or by listing each product and the patent numbers of patents covering that product. The products may be identified by model name or number, SKU, or other relevant indicia.

In addition to granted patents, I would also advise listing U.S. published patent applications and non-US patents/published patent applications. For patent applications published in the US and in some other countries, damages may start from the date of publication of the patent application if the claims do not materially change during prosecution. I must emphasize this is far from a universal rule. In addition, marking statutes vary greatly from country to country. So please ask us if you are concerned about a certain region or country.

Virtual patent marking may also help avoid "mismarking" which in some countries could be detrimental. Mismarking or false marking occurs when the product is marked with a wrong patent number or a patent number is left on the product after expiration of the patent. Virtual marking aids in better monitoring these changes.

Virtual patent marking will comply with UK patent marking statutes. For European granted patents, you should list the countries in which the granted patent is validated. The countries may be identified by their country codes which are found at: www.wipo.int/pct/guide/en/gdvol1/annexes/annexk/ax_k.pdf

Another recommendation, if it is possible, is to collect the IP addresses from visitors that visit the patent marking web pages. This information may prove to be useful in the future if there is infringement. Visiting the webpage may help in proving the third party was aware of your company's patents which could help in proving that the infringement was willful.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 76**

# 2023 · 03-10 | Filing Receipt

## EXHIBIT PAT-A2

2023-03-10__Filing Receipt.pdf

SHA-256 Hash of Source File:  e130d2f39287de35577ea15a74ffec86b5dd8eddab7fb595ad8d0796f751af37

Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 18/108,858 | 02/13/2023 | | 364 | G185.0001US2 | 16 | 2 |

**CONFIRMATION NO. 6872**

27367
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

**FILING RECEIPT**

|||||||||||
OC000000054602868

Date Mailed: 03/10/2023

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
Matthew Guertin, Minnetonka, MN;
**Applicant(s)**
InfiniSet, Inc., Edina, MN;
**Power of Attorney:** The patent practitioners associated with Customer Number 27367
**Domestic Priority data as claimed by applicant**
This application is a CON of 17/698,420 03/18/2022 PAT 11,577,177
which claims benefit of 63/163,135 03/19/2021

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

page 1 of 3

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAQ#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 77**

# 2023 · 03-10 | Filing Receipt
## EXHIBIT PAT-A2

2023-03-10__Filing Receipt.pdf

SHA-256 Hash of Source File:  e130d2f39287de35577ea15a74ffec86b5dd8eddab7fb595ad8d0796f751af37

Page: 2 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**If Required, Foreign Filing License Granted:** 03/09/2023

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 18/108,858**

**Projected Publication Date:** 06/15/2023

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* MICRO ENTITY \*\***
**Title**

         Motorized rotatable treadmill and system for creating the illusion of movement

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

### PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-84de-b1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 78**

# 2023 · 03-10 | Filing Receipt
## EXHIBIT PAT-A2

2023-03-10__Filing Receipt.pdf
SHA-256 Hash of Source File:  e130d2f39287de35577ea15a74ffec86b5dd8eddab7fb595ad8d0796f751af37
Page: 3 of 3          [ source file ]        [ .ots timestamp of source file ]      [ metadata ]

### LICENSE FOR FOREIGN FILING UNDER
### Title 35, United States Code, Section 184
### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

*SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

page 3 of 3

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 79

# 2023 · 03-16 | Assignment Recordation
## EXHIBIT PAT-A2

[2023-03-16__Assignment Recordation.pdf](#)

SHA-256 Hash of Source File:  2cdb8aeda74699110d8b507be9eacde5a21353c518d3b984f8981cb87a60dcc8

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE
UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARCH 16, 2023

PTAS

AMANDA M. PROSE
121 SOUTH EIGHTH STREET, SUITE 1100
WESTMAN, CHAMPLIN & KOEHLER, P.A.
MINNEAPOLIS, MN 55402

**507798148**

```
           UNITED STATES PATENT AND TRADEMARK OFFICE
           NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 03/14/2023          REEL/FRAME: 062979/0798
                                      NUMBER OF PAGES: 2

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

DOCKET NUMBER:   G185.0001US2

ASSIGNOR:
  GUERTIN, MATTHEW                    DOC DATE: 12/19/2022

ASSIGNEE:
  INFINISET, INC.
  5832 LINCOLN DR, SUITE 222
  EDINA, MINNESOTA 55436

APPLICATION NUMBER: 18108858          FILING DATE: 02/13/2023
PATENT NUMBER:                        ISSUE DATE:
TITLE:  MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE
        ILLUSION OF MOVEMENT


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```

P.O. Box 1450, Alexandria, Virginia 22313-1450 - WWW.USPTO.GOV

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 1 of 15        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 81

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 2 of 15          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 82**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 3 of 15      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 83**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 4 of 15     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 84

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 5 of 15      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 85

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 6 of 15      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 86

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 7 of 15     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 87**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf
SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 8 of 15       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 88**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
**EXHIBIT PAT-A2**

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf
SHA-256 Hash of Source File: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c
Page: 9 of 15     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 89**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 10 of 15       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 90

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 11 of 15      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 91**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File: ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 12 of 15        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 92**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23 __NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 13 of 15       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 14 of 15      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 94**

# 2023 · 03-23 | NETFLIX Certified Mail Scans | SENDING OUT
## EXHIBIT PAT-A2

2023-03-23__NETFLIX Certified Mail Scans_SENDING OUT.pdf

SHA-256 Hash of Source File:  ea8052c3e51fde092ea2a352badce831b13ecc661594f7b5785343fca041c11c

Page: 15 of 15      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 95

# 2023 · 04-23 | Notification Recording of a Change - Applicant
## EXHIBIT PAT-A2

2023-04-23__Notification Recording of a Change - Applicant.pdf

SHA-256 Hash of Source File: 79142f5355ce6e1458f0a65f70b38cb404c548cc0b588d269c163fa867432222

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

---

### PATENT COOPERATION TREATY

PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION OF THE RECORDING
OF A CHANGE

(PCT Rule 92*bis*.1 and
Administrative Instructions, Section 422)

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>24 April 2023 (24.04.2023) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTIFICATION** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) |

1. The following indications appeared on record concerning:

☒ the applicant    ☐ the inventor    ☐ the agent    ☐ the common representative

| Name and Address | State of Nationality | State of Residence |
|---|---|---|
| | | |
| | Telephone No. | |
| | Facsimile No. | |
| | E-mail address | |

2. The International Bureau hereby notifies the applicant that the following change has been recorded concerning:

☒ the person    ☐ the name    ☐ the address    ☐ the nationality    ☐ the residence

| Name and Address | State of Nationality | State of Residence |
|---|---|---|
| INFINISET, INC.<br>5832 Lincoln Dr, Suite 222<br>Edina, MN 55436<br>UNITED STATES OF AMERICA | US | US |
| | Telephone No. | |
| | Facsimile No. | |
| | E-mail address<br>☐ Notifications by e-mail authorized | |

3. Further observations, if necessary:
The person identified in Box 2 has been added as applicant for all designated States.

4. A copy of this notification has been sent to:

☒ the receiving Office      ☐ the International Preliminary Examining Authority
☐ the International Searching Authority      ☒ the designated Offices concerned
☐ the Authority(ies) specified for supplementary search      ☐ the elected Offices concerned
       ☐ other:

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Gaspais Stephane<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/306 (revised January 2020)                          1/HT4XRK9GVYMXE0

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 96

# 2023 · 04-23 | Notification Recording of a Change - Inventor
## EXHIBIT PAT-A2

2023-04-23 __ Notification Recording of a Change - Inventor.pdf
SHA-256 Hash of Source File: 06c1b1280a3ca6a2ca450ea8b493630c7a756e08a0c0fb7a3ee16dcc35b6ed51
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

### PATENT COOPERATION TREATY

PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION OF THE RECORDING
OF A CHANGE

(PCT Rule 92*bis*.1 and
Administrative Instructions, Section 422)

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>24 April 2023 (24.04.2023) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTIFICATION** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) |

1. The following indications appeared on record concerning:

☒ the applicant    ☒ the inventor    ☐ the agent    ☐ the common representative

| Name and Address<br>GUERTIN, Matthew<br>10233 W 34th St, #304<br>Minnetonka, Minnesota 55305<br>UNITED STATES OF AMERICA | State of Nationality<br>US | State of Residence<br>US |
|---|---|---|
| | Telephone No. | |
| | Facsimile No. | |
| | E-mail address | |

2. The International Bureau hereby notifies the applicant that the following change has been recorded concerning:

☐ the person    ☐ the name    ☒ the address    ☐ the nationality    ☐ the residence

| Name and Address<br>GUERTIN, Matthew<br>5832 Lincoln Dr, Suite 222<br>Edina, Minnesota 55436<br>UNITED STATES OF AMERICA | State of Nationality | State of Residence |
|---|---|---|
| | Telephone No. | |
| | Facsimile No. | |
| | E-mail address<br>☐ Notifications by e-mail authorized | |

3. Further observations, if necessary:
The person identified in Box 2 has been recorded with a new adress and is now inventor only.

4. A copy of this notification has been sent to:

☒ the receiving Office      ☐ the International Preliminary Examining Authority
☐ the International Searching Authority      ☒ the designated Offices concerned
☐ the Authority(ies) specified for supplementary search      ☐ the elected Offices concerned
                                                 ☐ other:

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Gaspais Stephane<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/306 (revised January 2020)                                    I/FUU9XYAWJK4WU0

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 97**

# 2023 · 04-24 | InfiniSet | PCT | Assignment
## EXHIBIT PAT-A2

2023-04-24__InfiniSet_PCT_Assignment.pdf

SHA-256 Hash of Source File: 79142f5355ce6e1458f0a65f70b38cb404c548cc0b588d269c163fa867432222

Page: 1 of 1　　[ source file ]　　[ .ots timestamp of source file ]　　[ metadata ]

---

### PATENT COOPERATION TREATY

PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

NOTIFICATION OF THE RECORDING
OF A CHANGE

(PCT Rule 92*bis*.1 and
Administrative Instructions, Section 422)

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

| | |
|---|---|
| Date of mailing *(day/month/year)*<br>24 April 2023 (24.04.2023) | |
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTIFICATION** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) |

1.　The following indications appeared on record concerning:

☒ the applicant　　☐ the inventor　　☐ the agent　　☐ the common representative

| Name and Address | State of Nationality | State of Residence |
|---|---|---|
| | Telephone No. | |
| | Facsimile No. | |
| | E-mail address | |

2.　The International Bureau hereby notifies the applicant that the following change has been recorded concerning:

☒ the person　　☐ the name　　☐ the address　　☐ the nationality　　☐ the residence

| Name and Address | State of Nationality | State of Residence |
|---|---|---|
| INFINISET, INC.<br>5832 Lincoln Dr, Suite 222<br>Edina, MN 55436<br>UNITED STATES OF AMERICA | US | US |
| | Telephone No. | |
| | Facsimile No. | |
| | E-mail address<br>☐ Notifications by e-mail authorized | |

3.　Further observations, if necessary:
The person identified in Box 2 has been added as applicant for all designated States.

4.　A copy of this notification has been sent to:

☒ the receiving Office　　　　　　　　　　　　　☐ the International Preliminary Examining Authority
☐ the International Searching Authority　　　　　☒ the designated Offices concerned
☐ the Authority(ies) specified for supplementary search　　☐ the elected Offices concerned
☐ other:

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Gaspais Stephane<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Form PCT/IB/306 (revised January 2020)　　　　　　　　　　　　　　　　　　I/HT4XRK9GVYMXE0

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 98**

# 2023 · 04-25 | EFS-Web 3rd Party | NETFLIX

## EXHIBIT PAT-A2

[2023-04-25__EFS-Web 3rd Party_NETFLIX.pdf](#)

SHA-256 Hash of Source File: 056e2feec8f02e5987afd087ff55b14d07adbb27c789f5e6210a47871de10c4d

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 99**

# 2023 · 04-25 | Receipt
## EXHIBIT PAT-A2

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 47896758 |
| **Application Number:** | 17712347 |
| **International Application Number:** | |
| **Confirmation Number:** | 4875 |
| **Title of Invention:** | VIRTUAL ENVIRONMENT WORKOUT CONTROLS |
| **First Named Inventor/Applicant Name:** | Eric  Watterson |
| **Customer Number:** | 98114 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 130719-0330 21-009.03.US |
| **Receipt Date:** | 25-APR-2023 |
| **Filing Date:** | 04-APR-2022 |
| **Time Stamp:** | 10:42:28 |
| **Application Type:** | |

## Payment information:

| Submitted with Payment | no |
|---|---|

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32480 <br> 4b61244e443efdb1fb55eefa362ea3b22d5 77bbc | no | 2 |

**Warnings:**

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 04-25 | Receipt

## EXHIBIT PAT-A2

2023-04-25__Receipt.pdf

SHA-256 Hash of Source File:  68ddf0de8d14bb88d30aef4dca6bc08a003c76e7f6e98eb4c1409a19b0ded919

Page: 2 of 2      [ source file ]       [ .ots timestamp of source file ]      [ metadata ]

| | | | | | | |
|---|---|---|---|---|---|---|
| **Information:** | | | | | | |
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 52718 a697a9432bc80b136e85f62875b7491b3e37e037 | | no | 2 |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 23667 9f14a31308c7f4704b70171534989286c2b91a5 | | no | 1 |
| **Warnings:** | | | | | | |
| **Information:** | | | | | | |
| | | | **Total Files Size (in bytes):** | | 108865 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1446-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 101

# 2023 · 06-15 | Notice of Publication
EXHIBIT PAT-A2

2023-06-15___Notice of Publication.pdf
SHA-256 Hash of Source File:  b760b971b711a121215c0fb7e26f5e56a566907a7c5f37037dfae7af379f3a7b
Page: 1 of 1        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 18/108,858 | 02/13/2023 | Matthew Guertin | G185.0001US2 |

**CONFIRMATION NO. 6872**

27367
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

**PUBLICATION NOTICE**

*OC000000138072403*

Date Mailed: 06/15/2023

**Title:** Motorized rotatable treadmill and system for creating the illusion of movement
**Publication No.** US-2023-0182034-A1
**Publication Date:** 06/15/2023

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth below.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to the applicant. A copy of the publication may be obtained from the Office upon payment of the application fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571)272-3150 or (800)972-6382, by facsimile at (571)273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic business center at www.upsto.gov using the public side of the Patent Application Information and Retrieval(PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Furhter assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Management, Application Assistance Unit (571) 272-4000 or (571) 272-4200 or 1-888-786-0101

page 1 of 1

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-b9d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 102**

# 2023 · 06-15 | US-20230182034-A1

## EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 1 of 27        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



US 20230182034A1

(19) **United States**

(12) **Patent Application Publication**   (10) Pub. No.: **US 2023/0182034 A1**
    Guertin                                (43) Pub. Date:            **Jun. 15, 2023**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **InfiniSet, Inc.**, Edina, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(21) Appl. No.: **18/108,858**

(22) Filed:    **Feb. 13, 2023**

### Related U.S. Application Data

(63) Continuation of application No. 17/698,420, filed on Mar. 18, 2022, now Pat. No. 11,577,177.

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

### Publication Classification

(51) **Int. Cl.**
    *A63J 5/02*        (2006.01)
    *A63J 1/00*        (2006.01)
(52) **U.S. Cl.**
    CPC ..  *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(57)            **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 2 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 1 of 18     US 2023/0182034 A1

FIG. 2

FIG. 1

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 3 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Patent Application Publication      Jun. 15, 2023  Sheet 2 of 18      US 2023/0182034 A1



FIG. 3

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 4 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication      Jun. 15, 2023  Sheet 3 of 18      US 2023/0182034 A1

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 106**

# 2023 · 06-15 | US-20230182034-A1

## EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 5 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication      Jun. 15, 2023  Sheet 4 of 18      US 2023/0182034 A1

FIG. 7

FIG. 6

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-15 | US-20230182034-A1
## EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 6 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Patent Application Publication    Jun. 15, 2023  Sheet 5 of 18      US 2023/0182034 A1

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 108

## 2023 · 06-15 | US-20230182034-A1
EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 7 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 6 of 18     US 2023/0182034 A1

FIG. 11

FIG. 10

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 109

## 2023 · 06-15 | US-20230182034-A1
EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 8 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication      Jun. 15, 2023  Sheet 7 of 18      US 2023/0182034 A1

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 110**

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 9 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 8 of 18     US 2023/0182034 A1

FIG. 15

FIG. 14

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 111**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 10 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Patent Application Publication    Jun. 15, 2023  Sheet 9 of 18      US 2023/0182034 A1



FIG. 16

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 11 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 10 of 18     US 2023/0182034 A1

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 113**

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 12 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 11 of 18     US 2023/0182034 A1

FIG. 19

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 114**

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 13 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication      Jun. 15, 2023  Sheet 12 of 18      US 2023/0182034 A1

FIG. 20

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 14 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 13 of 18     US 2023/0182034 A1

FIG. 22

FIG. 21

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 116**

# 2023 · 06-15 | US-20230182034-A1
## EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 15 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 14 of 18     US 2023/0182034 A1

FIG. 23

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-15 | US-20230182034-A1
## EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 16 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Patent Application Publication     Jun. 15, 2023  Sheet 15 of 18     US 2023/0182034 A1



FIG. 25



FIG. 24

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 17 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Patent Application Publication      Jun. 15, 2023  Sheet 16 of 18      US 2023/0182034 A1



10

FIG. 26

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 18 of 27       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Patent Application Publication     Jun. 15, 2023  Sheet 17 of 18     US 2023/0182034 A1

FIG. 27

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf
SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48
Page: 19 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Patent Application Publication    Jun. 15, 2023  Sheet 18 of 18    US 2023/0182034 A1

FIG. 28

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 20 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2023/0182034 A1          Jun. 15, 2023

1

## MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation of and claims priority to and the benefit of U.S. non-provisional patent application Ser. No. 17/698,420, filed Mar. 18, 2022, which claims priority to and the benefit of U.S. provisional patent application Ser. No. 63/163,135, filed on Mar. 19, 2021, the contents of which are incorporated herein in its entirety.

### BACKGROUND

[0002] Camera tracking systems are used with green screen backgrounds LED wall backgrounds to allow a person being filmed to appear as though they are in another environment, one that is generally created by CGI artists and is rendered in real-time by a rendering engine along with a media server. While the possibilities are unlimited with respect to the environment in which the person can be inserted, the person is otherwise very limited in how far and in what directions they are able to walk or run within this virtual environment.

[0003] Most "virtual film sets" currently use a camera tracking system that severely limits the movement of the person being filmed to a very small area in the center of the LED or green screen-based set. The person as well as the camera are always stuck in the same spot of the scene essentially and unable to travel. For a video-based environment to appear realistic in its position, it must remain static relative to that of the person. Even though the tracked film camera is able to move and view the environment from different perspectives, it is essentially static due to the fact that it must always view the person from the same frontal point of view with a very limited ability to orbit around them.

### SUMMARY

[0004] An aspect of the present disclosure relates to a motorized treadmill that is mounted atop an infinitely rotating, motorized turntable. A speed and direction of the treadmill belt, as well as the turntable, is determined and controlled by a user, a non-user (remote) party, or based on a combination of three-dimensional, virtual, and real-world GPS positional and rotational data.

[0005] An aspect of the present disclosure relates to a motorized treadmill having a travel deck supporting a belt arranged in an endless loop; a turntable for rotating the travel deck; one or more sources of vibration for providing haptic feedback to one or more locations on the belt; and a floor base for supporting the travel deck, turntable, and one or more vibration sources.

[0006] The one or more vibration sources comprises adjustable vibration motors.

[0007] A phenolic resin sheet is provided below the belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the sheet.

[0008] The treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane. For example, the X-Y plane refers to the X-Y ground plane, or the ground plane with respect to a virtual environment.

[0009] With respect to the X-Y plane, additional movement may occur in a Z direction, via tilting of an orientation of the belt in the Z direction by a mechanism for raising and lowering one end of the belt.

[0010] The vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill. The vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue or action related to the scene being filmed, or combinations thereof.

[0011] The turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

[0012] The floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon. The turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt. The floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

[0013] The floor base includes a slip ring which supplies power and data to the components contained within the turntable, such as the treadmill belt and/or vibration motors. The slip ring is configured to allow endless rotation of the turntable by eliminating cords or cables in the device that would otherwise limit turntable rotation.

[0014] The treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, where the monochrome surface allows for digital isolation of a user on the treadmill.

[0015] The monochrome surface is green, or any color which provides a background in front of which the moving user is filmed, and which allows a separately filmed background to be added to the final image.

[0016] The treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set.

[0017] The treadmill is configured for use in a standard green screen film studio.

[0018] Another aspect of the present disclosure relates to a system for creating the illusion of movement of a user. The user may be inserted into a virtually rendered setting, a live-action pre-filmed setting, or a combination thereof. The system includes a motorized treadmill assembly having an endless belt operably supported on a rotatable turntable such that the treadmill assembly allows for unlimited directional movement of the belt and a controller configured to synch the movement of the treadmill with a camera in real-time. The treadmill assembly is configured to support the user thereon and wherein the treadmill assembly remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

[0019] Wherein the camera and user rotate inversely to one another to achieve realistic orbital rotation.

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

US 2023/0182034 A1          Jun. 15, 2023

2

[0020] The camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

[0021] Yet another aspect of the present disclosure relates to a method of creating the illusion of movement. To create the illusion of movement in a virtual setting, the method includes providing an endless track on a rotatable turntable and a camera spaced apart from the turntable and wherein the camera is moveable around the turntable and/or rotatable about a vertical axis. The speed of the endless track is precisely controllable, and a direction of the endless track is also controllable by rotating the turntable.

[0022] The movement of the camera is then synched with a real-world speed of the endless track and a distance traveled by the track.

[0023] The synchronized rotation of the user and turntable relative to the present orientation of the camera is solved for using inverse kinematics.

[0024] One or more audio, visual, or tactile cue sources are provided to the endless track, rotatable turntable, user or a combination thereof and actuating one or more audio, visual, or tactile cue sources to provide a physical signal to the user on the endless track to indicate one or more of a position of the user on the track, an initiation or ceasing of movement of the track, an initiation or ceasing of rotation of the turntable, or a cue or action related to the scene being filmed.

[0025] The rotatable turntable is installable in an LED based virtual film set or green screen film set.

[0026] When creating the illusion of movement of the user on the treadmill, the method includes tracking the precise location of the user in real-time and providing physical cues to the user to direct the user's movement to maintain the user on a location on the endless belt. If the user deviates from the location on the endless belt, adjusting a location of the camera to compensate for the deviation.

BRIEF DESCRIPTION OF THE DRAWINGS

[0027] FIG. 1 is a front perspective view of a motorized rotatable treadmill assembly and system for generating the illusion of movement in one environment.

[0028] FIG. 2 is a front perspective view of the assembly with camera movement indicators for illustrating the creation of the illusion of movement in one embodiment.

[0029] FIG. 3 is a top perspective view of the motorized rotatable treadmill assembly.

[0030] FIG. 4 is a top perspective exploded view of the assembly according to one or more embodiments herein.

[0031] FIG. 5 is a bottom perspective exploded view of the assembly according to one or more embodiments herein.

[0032] FIG. 6 is a perspective view of a travel deck of the motorized rotatable treadmill.

[0033] FIG. 7 is an exploded view of the travel deck.

[0034] FIGS. 8, 9 and 10 illustrate a feedback system for the travel deck.

[0035] FIGS. 11-13 illustrate a turntable component of the assembly according to one embodiment.

[0036] FIG. 14 is a perspective view of the turntable component with the travel deck removed therefrom.

[0037] FIG. 15 is a bottom view of the turntable component.

[0038] FIG. 16 is a top view perspective view of the turntable with cover panels removed for illustrating the internal components of the turntable.

[0039] FIG. 17 is a perspective view of a floor base of the motorized rotatable treadmill according to one or more embodiments and with the travel deck and turntable removed.

[0040] FIG. 18 is a side view of the floor base.

[0041] FIG. 19 is a top perspective view of the floor base with one or more cover panels removed to illustrate interior components of the floor base.

[0042] FIGS. 20, 21, and 22 illustrate power components for turntable and travel deck supported in the floor base.

[0043] FIG. 23 is a top view of the floor base illustrating the parts of the floor base.

[0044] FIGS. 24 to 26 illustrate the system according to one or more embodiments herein including the motorized rotatable treadmill in various environments.

[0045] FIG. 27-28 are flow charts illustrating a method of communication and control of the assembly and system.

DETAILED DESCRIPTION

[0046] A motorized rotatable treadmill assembly for providing omnidirectional simulated movement for a user is described herein. The user can travel in any direction while using the motorized rotatable treadmill assembly while remaining stationary in a location. The motorized rotatable treadmill assembly can be used in various environments for entertainment purposes and/or for creating content including the illusion of a user traveling through an environment while never leaving the space in which the motorized rotatable treadmill is located.

[0047] In one or more embodiments, the motorized treadmill and rotating turntable are used in combination with a system for controlling the treadmill and turntable along and optionally with a camera for creating the illusion of movement of a user, for example, a person, inserted into a digital environment is described herein and illustrated in the figures.

[0048] A motorized rotatable treadmill assembly according to one or more embodiments described herein is a motorized treadmill belt on a travel deck that is mounted on an infinitely rotatable, and motorized turntable. In some embodiments, the speed and direction of the treadmill belt as well as the rotational speed and position of the treadmill may be determined and controlled by data collected from a 3D/virtual system and/or real world/GPS positional and rotational data from cameras being used for recording and/or rendering a video-based environment in which a user of the treadmill is being virtually inserted into.

[0049] User control modes for the assembly may include, but are not limited to a fixed speed mode, a self-paced mode, and a remote user cuing mode. In a fixed speed mode, the motorized rotatable treadmill assembly operation is controlled directly by signals received from a media server or controller where the signals control various functions of the assembly such as starting, stopping, speed and rate of the treadmill and the rotation of the turntable, for example. The user then may match the speed of the treadmill.

[0050] In the self-paced mode, the user may be tracked, and data related to user movement communicated to the media server or controller. The user moves and the assembly responds directly to the user movement with movement of components of the assembly. That is, for example, the movement of the treadmill belt and/or turn turntable may respond and change with each step or change in position of the user. Tracking of the user may be carried out with various

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 123**

# 2023 · 06-15 | US-20230182034-A1

## EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 22 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2023/0182034 A1

Jun. 15, 2023

3

sensors integrated into the assembly, worn by the user, and/or surrounding the assembly. As the user moves, data from the sensors is processed and the media server or other controller adjusts operation of the assembly such as tread-mill speed and travel deck rotation.

[0051] In the remote user cuing mode, the user may control one or more triggering cues via remote or wireless connection with the assembly, allowing the user the ability to progress through an ordered list of cues at a pace selected by the user. The cues may be programmed and arranged in a respective order prior to the user being filmed traveling through the environment when on the assembly.

[0052] In one or more of the embodiments described herein, the user cue system is configured to provide audio, visual, tactile and/or haptic cues to the user for anticipating an assembly start, stop, rotation, speed, speed change or other user and/or assembly action(s) that relate to the user movement, location on the belt, and/or corresponding digital environment.

[0053] The user may be provided with one or more wearable devices in communication with the media server. These devices comprise sensors for monitoring and record-ing user movement and for providing feedback relating to the user movements or positioning to the media server or controller. Additional wearable devices may be configured for providing audio, visual, tactile or other signals or cues to the user from the media server or other controller. For example, the wearable devices may comprise one or more inertial measurement sensors, haptic vibration motors for contacting the user's body, insoles, vibratory or LED com-ponents worn on various parts of the user's body among other various devices for communicating remotely and dis-creetly with the user. The user cue system may provide audio cues which may be wirelessly transmitted to an in ear listening device worn by the user.

[0054] In one or more embodiments, the assembly is configured for use with a digitally rendered environment. An animation timeline may be used with one or more cue modes as a system controller for the assembly. The animation timeline is configured to establish the user(s) travel path and/or a camera path through a virtual or pre-filmed envi-ronment that the user(s) is/are inserted into. The combina-tion of the animation timeline and cue sequencing system provides the option for the different user control modes. In one or more embodiments, the user modes may only affect the animation timeline playback functionality and otherwise rely on the same or similar animated parameter values used to determine the travel path and/or camera path.

[0055] What is meant by "environment" as used in one or more embodiments described herein is a pre-filmed real-world scene that was filmed with a specially equipped camera whose position, orientation, and inertia data (9Dof+GPS) is recorded at the same time as the corresponding video footage was.

[0056] What is meant by "travel path" as used in one or more embodiments described herein is the calculated or animated path that user(s) will follow as they are filmed travelling through the virtual or real-world environment in which the user(s) has been digitally inserted.

[0057] What is meant by "camera path" as used in one or more embodiments described herein is the calculated or animated path the camera follows through the scene as it films the traveling user(s) and environment. The camera path includes translation and rotation parameters and any addi-

tional camera specific parameters (e.g., field of view, look at object), all of which can be animated on the timeline using keyframes.

[0058] By way of non-limiting example, in one or more embodiments, the animation timeline is a custom animation timeline that with a cue sequencing system provides a programmer the ability to add an animated virtual user, or an avatar ("AV") into the environment to help with program-ming. For example, various styles of generic 3D sketch-style figures may be selected as the AV's identity/appearance. The AV may have static height and stride parameters that can be set to match those of the human user. The stride parameter for example is the average distance that the real-world user averages per each step.

[0059] Matching AV's height and stride distance to that of the human user will ensure that the real-world film shot appears nearly identical to what is seen when a cue is played back with an AV instead of a human user. In one or more embodiments, the AV is a rigged 3D character whose skel-eton is linked as a kinematic chain. The AV may do nothing except an automatic walk, automatic jog, or automatic run along the travel path of the cue being played back. For example, an automatic walk, automatic jog, or automatic run may be selected as the seamless kinematic loop data to play back based on the AV's speed. In one such embodiment, the AV's speed is equal to the treadmill speed and the human user's speed is equal to the treadmill speed. These values are equal as the values are based on real world speed and are synchronized. The AV may be a digital twin of the user by means of a multi-camera photogrammetry rig capturing an image of the user from multiple different points of view/locations at the exact same time, for the purpose of then using photogrammetry software to create the digital twin which can be rigged with a kinematic chain of bones, allowing the digital twin to be placed into the 3D environ-ment and animated.

[0060] When a cue is played back that changes AV's position the AV will automatically walk along the calculated or animated travel path at a speed/rate that is calculated based on AV's stride parameter whose value was set to match the distance of one average footstep of human user. For example, one seamless loop of kinematic walking data results in one full gait cycle which is exactly two steps.

[0061] The AV is able to be viewed as 1st person, 3rd person, or a custom view by the system programmer while walking along the travel path.

[0062] A 3D-AV may be represented in the system as a 3D modeled character that is inserted into the 3D virtual space via the real-time render engine or the media server 3D space. The 3D-AV may then be affected by things like lighting, shadows, and object occlusion that are part of the 3D scene. The system may also provide the ability to overlay a 2D rendered composite image of the 3D-AV character which will match orientation, position, and scale.

[0063] In one or more embodiments, the animation time-line in combination with cue modes, hereinafter referred to as the system controller, may be a source of all control, movement, functionality, and/or operation of the motorized rotatable treadmill assembly as well as one or more cameras for capturing user movement on the assembly. This system allows for isolating user(s) from a background to be digitally inserted into a rendered 3D virtual scene or a pre-filmed real-world environment for the purpose of being filmed as

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/00459ffdb-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 23 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2023/0182034 A1

Jun. 15, 2023

4

the user is able to travel through the environment along the 2d ground plane an infinite distance in any direction

[0064]  The assemblies and systems described herein enable a user to travel an unlimited amount of distance through a virtual scene, all while the user remains within a perimeter defined by belt surface or essentially while remaining in one place (on top of the motorized treadmill). The user walks on the endless belt, the speed and the direction of travel, of which is precisely controlled by data received from a media server, a pre-selected speed, or a rendering engine that is controlling the virtual scene. In embodiments where the motorized treadmill is used to render or generate content for a digital scene, a corresponding camera(s) movement through the scene can be precisely synched with the user's real-world speed and distance as they travel on the endless belt. This creates the illusion of movement of the user being filmed and the camera appear to travel through the scene but are in fact static in position or location. This can be combined with the additional element of controlling the direction the user is facing as they are traveling through the scene allows for an infinitely large virtual environment for a user to explore.

[0065]  The devices and systems described herein allow, for example, a small studio to no longer be confined by a limited amount of physical space, or the immense costs associated with creating a larger film set. Benefits further include the ability to rotate the camera responsible for rendering/filming the scene (which acts as the background) precisely in sync with the person being inserted into the scenes to allow the studio or independent content creator the ability to film 360+ degree orbiting scenes around a person, which would otherwise be very expensive and highly technical to carry out using the methods of the prior art. The devices and systems described herein result in the incalculable savings of time by allowing filmmakers to obtain the same film footage and final result with fewer takes and allows a studio more opportunities to film shots on location without needing the actor or actress to be present.

[0066]  The device and systems described herein allow a user and film camera to remain static relative to their real-world position while creating the illusion that both are able to move freely through a video-based environment.

[0067]  As described in further detail below, in one embodiment, the illusion of orbiting the film camera around the focal point of the shot, which would be the user, may be created by instead rotating the person being filmed in synch with the orbital rotation speed and angle of the camera responsible for filming or rendering the video environment the user is being inserted into. For example, a camera moves in a circular 270 degree counter clockwise pathway around a vertical axis as the user on the motorized treadmill would also concurrently be rotated 270 degrees in the opposite direction (clockwise) at the exact same rotation speed as the camera.

[0068]  The system may use forward and/or inverse kinematics to solve for speed, position, rotation, velocity and other parameters. The camera may rotate around a vertical axis positioned anywhere along a two-dimensional ground plane on the environment and is not limited to being centered on the assembly or the user. Movement of the camera and its rotation, pitch/yaw/roll may be whatever the camera operator chooses. For example, in one embodiment, I'm pretty sure that the orientation values of both the user and camera relative to one another as they travel through the

environment may also use 'forward kinematic' equations to determine their value in certain instances.

[0069]  Further, the illusion of movement of the user through the scene may be created by the user being filmed walking on the treadmill belt at a rate of speed that matches that of the scene camera as the camera moves along a one-dimensional path (vector).

[0070]  In some embodiments, the orbiting movement and vector movement can be combined. Combining the travel of the treadmill belt with the rotational direction (heading) of the turntable the treadmill is mounted to create the illusion of unlimited movement along the two-dimensional ground plane of the video-based environment.

[0071]  The embodiments illustrated herein show a single user on the motorized treadmill for ease of illustration. It is contemplated and within the scope of this disclosure that the motorized treadmill may have larger dimensions of one or more components to allow for creating the illusion of movement of multiple users. For example, the size of the belt and the turntable may be increased to accommodate two, three, or more users concurrently or in series. Additional belts may be used to enable supporting and creating the illusion of movement of multiple users concurrently in synch or independently. As such, the embodiments described herein are not limited by sizes or dimensions disclosed in the examples. The embodiments of the system comprising the motorized treadmill are not limited to those described herein. The motorized treadmill has applications outside of the digital environments described herein. It is also contemplated and within the scope of this disclosure that the motorized treadmill may be provided on its own and/or for use in combination with virtual reality systems, headsets, and games/environments accessible via virtual reality systems or within the metaverse.

[0072]  The motorized treadmill is one independent element of the present disclosure. In one or more embodiments described herein, the motorized treadmill is configured to provide both linear movement and rotational movement planes for a user. The motorized treadmill in general comprises a floor base supporting a turntable and travel deck. The floor base houses components for powering the rotational movement of the turntable. The turntable supports the travel deck, which comprises an endless rotating belt or treadmill. Together, the motorized treadmill thus allows for forward and reverse linear movement by way of the rotating belt and the turntable is endlessly rotatable to rotate the travel deck concurrently with rotation of the belt in the forward or reverse directions. Additionally, an angle or incline of the travel deck can be adjusted. These movements and positioning can be carried out concurrently and operated independently. The motorized treadmill thus allows for combinations of movement to support a user thereon.

[0073]  For example, the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable and travel deck. In another example, one or more electric motors may be provided and directly attached to a roller wheel as a single, compact assembly in the floor base for operating the turntable and/or belt. Additional mechanisms for operating the turntable include but are not limited to gear assemblies, thrust bearings or other bearings, or roller wheel(s) attached directly to motor shaft(s). A slip ring is used to rotate the turntable without cords. The cordless rotation of the turntable allows for infinite rotation of the

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 125**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 24 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2023/0182034 A1

Jun. 15, 2023

5

travel deck such that rotation in one direction can exceed 360 degrees without requiring a change in direction or re-set operation.

[0074] A further embodiment may include rollers which drive the rotation of the turntable rotation contained within or on the floor base. Rather than the turntable sitting on top of rollers held within the floor base, the turntable contains the rollers needed to drive and support itself. The floor base then contains the track on which the rollers rest.

[0075] In one or more embodiments according to the descriptions herein, the turntable may also function with removal of the endless belt of the travel deck, and/or with a cover panel such that a top surface of the turntable is also a user support surface that is selectively rotatable. For example, the turntable of such an embodiment may have dimensions including a diameter in the range of 6-8 feet or more for real-world or virtually enhanced entertainment. A correspondingly large slip ring is included in the turntable, which would allow a real-world entertainer, for example, a DJ act, entertainer, or musician, to utilize power from the turntable and other audio, video, and data connections available to plug such devices into the turntable of this embodiment. As such, the turntable can be used in additional settings and enable DJs, for example, to play a live set where the DJ is rotated in combination with the camera described in one or more embodiments herein. This setup can create the illusion of movement wherein the camera is orbiting around and/or behind the DJ on the turntable and where the DJ and camera are able to view the crowd.

[0076] The motorized rotatable treadmill floor base and housing is constructed in a manner allowing for easy assembly/disassembly and with various removable cover plates which allow for selected and easy access to the interior components of the turntable and floor base. The travel deck is also separable from the turntable and the turntable can be lifted from the floor base by way of handles which allow for ease of set up/take down but also for service and/or replacement of one or more parts. The handles may be removably secured to the frame of the travel deck for easy assembly and disassembly.

[0077] The floor base may also be adjustable itself by way of one or more adjustable height feet and wheels which allow for movement of the assembled device.

[0078] The motorized rotatable treadmill assembly can be incorporated into various environments and can further be used in virtual reality systems to enhance user experience with movement in various virtual environments. Controllers for the system can be operated by various types of software for endless end use of the devices.

[0079] In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video. Currently available software and technology in the field of photogrammetry is rapidly expanding. Such software and related technology may also be incorporated into a control system for calculating the position of a video camera relative to the physical and real-world environment in an analyzed video clip.

[0080] In the embodiment illustrated in the figures, for example as shown in FIGS. 1-5, 3, a motorized rotatable treadmill assembly 10 comprises a travel deck 12 and turntable 40 which may be supported on a floor base 60. The travel deck 12 comprises an endless rotating belt system 16 for linear travel in forward and reverse directions. The travel deck is incorporated into and/or supported on the turntable 40, which allows for 360+ degree rotation thereof and thus of the travel deck 12. Together, the turntable 40 and travel deck 12 allow for omnidirectional virtual movement as a user can move in endless directions by combination of the linear and rotational movement provided by the motorized treadmill assembly 10. The travel deck 12 may also be elevated and/or inclined at one or both ends to provide for uphill or downhill movement for example. The linear and rotational movement as well as incline capability may be rendered concurrently and independently such that various directional and terrain style walking or running can be achieved.

[0081] The travel deck 12 is illustrated in further detail in FIGS. 6-10. In the embodiment illustrated, the travel deck 12 has a frame 18 which supports the rotating belt system 16. The rotating belt system 16 comprises a belt 20 that is operably provided around belt pulley 22 and frame 18 for supporting the user thereon. The belt 20 may be a rubber treadmill belt and the pulley 22 may be toothed belt pulleys for rotating the belt 20 thereabround. The frame 18 may be a metal frame, such as an aluminum or steel support frame 18. In further detail, the treadmill belt 20 may be powered by a system of servo motors 27 positioned below or next to the treadmill belt 20. As shown in FIG. 13 for example, four servo motors are provided, and each motor shaft mates with an inline planetary gear. An output shaft of each planetary gear has a tooth keyed belt pully 22 fastened to it as does each side of front and rear belt roller shafts 23. Torque is then transferred through timing belts such that it is possible to drive all four available drive points (both sides of each belt roller) or two drive points in the alternative.

[0082] The frame 18 may further be provided with one or more handles along one or more sides. The handles may be pivotable and/or removably connectable to the frame 18 to allow for lifting and lowering of the travel deck 12 out of and/or into connection with the turntable 40.

[0083] In the embodiment illustrated, the travel deck 12 further comprises one or more vibration motors 24 which can be used, for example, to provide haptic feedback 25 to a user or provide cues or warnings to the user as shown in FIG. 10. The vibration motors 24 may be provided in an array where individual motors are spaced apart across an underside of the belt 20 and the motors independently operably to provide targeted vibration to one or more locations on the belt 20. A substrate 26 is provided for supporting the vibration motors 24 and/or transferring the vibration to the belt 20.

[0084] For example, the substrate 28 may be a phenolic resin sheet that acts as the belt deck that the belt 20 will slide across as it moves and is mounted to a metal substrate 26 such as an aluminum sheet. A tape such as 3M VHB tape may be used to secure the vibration motors between the aluminum sheet 26 and the substrate 28 and may also act as a cushion for the vibration motors 24 as the motors 24 are secured to the underside of the substrate 28.

[0085] It is further contemplated that the travel deck 12 is removable from the turntable 40 as the travel deck 12 is

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File: a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 25 of 27     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

US 2023/0182034 A1                    Jun. 15, 2023

6

secured therewith with fasteners such as nuts and bolts. Thus, the travel deck **12** is easily removable for belt **20** changes and servicing.

[0086] The travel deck **12** provides a user "travel area" **30** that may be defined by the size of the belt **20** of the rotating belt system **16**. In one embodiment, the travel area **30** is approximately 39.5" x 19.5", however, the size of the travel area **30** may be increased or decreased without deviating from the scope of this disclosure. The belt **20** may be a treadmill belt which travels approximately 85.4" for each revolution and is 19.7" wide. One revolution of the belt pulley along with the belt roller causes the belt to travel 6.19," a system of motors able to deliver 1500 rpm with sufficient torque to the belt pulleys will allow a user to reach a running speed of 8.79 mph.

[0087] As noted above, the motorized rotatable treadmill assembly **10** may also include vibration motors **24** such that a system with the treadmill assembly **10** may utilize a haptic feedback system of the travel deck **12** as illustrated in further detail in FIGS. **10-11**. For example, a grid of vibration motors **24** is mounted underneath the treadmill belt **20**. This allows a control system in connection with the motorized rotatable treadmill assembly **10** to signal the user thereon with various messages via haptic feedback. Examples of haptic feedback messages include but are not limited to an indication that the belt **20** is going to start or stop moving, an indication that the turntable **40** is going to start or stop rotation, or an indication that the user's feet are nearing edges of the belt **20**. Vibratory signals as indicated in FIGS. **10-11** may also be sent to let the user know where they are positioned as the user walks on the belt **20** so the user does not need to look down at the belt **20**. The motors **24** may also be pulsed to let the user know to move to another location (e.g., move right or move left to avoid walking off the belt).

[0088] The turntable **40** is illustrated in further detail in FIGS. **12-16**. The turntable **40** comprises a space **42** for supporting the travel deck **12** therein. The turntable housing comprising an upper plate **44** that may support a removable cover which may be comprised of one or more cover pieces. The turntable **40** housing also includes a base plate **46**. Side supports **48** provide structural framework support to the turntable **40**. One or more side supports may be configured to provide handles for lifting the turntable **40**. The turntable **40** also comprises a base **50** which, in one embodiment, may sit atop a plurality of roller wheels which retain the turntable **40** centered within the floor base **60**. Additional side roller wheels **54** may also be provided for rotation of the turntable **40**. Roller wheels are illustrated however, alternative or additional mechanisms can include bearings, or for example, thrust bearings. The turntable **40** rotation may be powered by one or more motors **56**, for example, two motors as discussed in further detail below with respect to the base **60**.

[0089] As illustrated, the turntable **40** and housing **44** are overall circular in shape which enables the clean and endless rotation of the turntable **40**.

[0090] An interior frame **52** of the turntable **40** is configured to receive the travel deck **12** within the space **42** for the travel deck and additionally, the frame **52** supports one or more motors for coupling to the travel deck **12** belt system **16** for rotation of the belt **20**. Thus, the power source for the travel deck **12** may be provided within the turntable **40** and the travel deck **12** removably and operably coupled thereto. The turntable **40** frame **52** may be comprised of aluminum or a like material such that when the cover **46** is provided

thereon a user's weight can be supported on both the travel deck **12** and on the surfaces provided by the cover **46**.

[0091] The turntable **40** is then operably and removably couplable to the floor base **60** as illustrated in further detail in FIGS. **17-23**. As mentioned above, the turntable **40** may be provided in combination with the floor base **60** which further comprises a removable top cover **62**, side supports **64** and the base housing **60**. The floor base **60** comprises an opening **64** for operably receiving the turntable **40** therein. The removable top cover **62** provides an optional floor **66** for use when the cover **62** is installed over the travel deck **12**. The cover **62** may be constructed of a metal such as aluminum.

[0092] As shown in FIGS. **20-22**, the floor base **60** holds assemblies **68** which transfer power from an associated motor, such as a servo motor provided in operable connection with a drive belt to transfer rotational power to a roller or drive wheel **72** which supports the turntable **40** thereon and enables rotation of the turntable **40** with respect to the base **60**. In one embodiment, a worm gear may be used for each rotation roller **72** which provides a compact assembly for the 90-degree rotation of an output shaft and allows for a servo motor to be installed in the compact space **86** available in corners of the floor base **60**. An additional side roller **74** may also be provided in this assembly to center the turntable **40** in combination with rotation of the turntable **40**.

[0093] The base **60** also operably supports a slip ring **76** and arm **78** for transferring power and data to the turntable **40** for rotation and allowing for infinite and cordless rotation of the turntable **40**. The arm **78** couples to the bottom of the turntable **40** and as the turntable rotates the rotation is transferred to the arm and thus rotates the slip ring **76**.

[0094] A main power input and one or more fan controllers are provided in an assembly **94** that may fit in the corner space **86** of the floor base **60**. For example, a male and female **24** pin industrial connector with a 20 a/480 v rating for each of the 24 contacts is provided. The assemblies **94** are placed or positioned in a respective corner space **86** and then may be fastened into place with fastener such as a screw. When the assemblies **94** are pushed down into place the male and female connectors automatically mate with one another connecting all of the circuits. This allows for ease of service for any of the electronic components. For example, if a breaker needs replacement components require re-wiring, or for initial component wiring, the assembly can be pulled out as a single piece and worked on apart from the main unit **10**.

[0095] The floor base **60** may also be provided with one or more adjustable feet **82** and/or casters or wheels, allowing for height adjustment of the floor base **60** and thus turntable **40** and travel deck **12** and for ease or movement of the floor base **60** as needed.

[0096] One or more sensors, such as inductive proximity sensors, or hall sensors **80**, **81** may be provided such that the control system for the motorized rotating treadmill assembly **10** is capable of setting a homing position for the turntable **40**. For example, one side **80** of the hall sensor may be mounted on an outer edge of the turntable **40** and the other side **81** mounted inside of the floor base **60** at the same height and directed towards a center location of the base **60**. One or more sensors **80**, **81** may be included the base **60** and turntable **40** for allowing the assembly to home itself and establish an accurate start position for the rotational position of the turntable. The proximity sensor **80** unit itself may be

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File: a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 26 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2023/0182034 A1

Jun. 15, 2023

7

mounted in the floor base **60** and then small neodymium magnets **81** that trigger the proximity sensor **80** are attached to the turntable **40**.

[0097] In one or more embodiments, the motorized rotatable treadmill assembly **10** is constructed with frame work and mounting plates which allow for easy access, component swapping and serviceability without disassembly. For example, mounting plates for the driver boxes, which each control a single motor, allow for easy replacement or swapping of parts. Easy connection mechanisms, such as tabs on a portion of the turntable drive plate inserts can interlock with slots in the frame for easy and secure assembly. The assembly can be assembled, for example and the travel deck, turntable and base securely connected and fastened into place using a single fastener such as a bolt.

[0098] Moreover, the assembly **10** may be self-grounding by way of copper strips **90** provided along the bottom of the floor base **60** which is compressed against a copper strip sitting atop the mounting lip once fastened into place.

[0099] The motorized rotatable treadmill assembly **10** may have a plurality of intake and exhaust fans **92** for cooling of components. Each of the fans may be independently controllable for targeting a motor and/or driver, for example and configured for speed adjusted over a wired or wireless network connection. This allows for the fans to be run as low as possible (and thus as quietly as possible) and even completely turned off during selected times, such as during a film take. Once film take is complete the fans can be turned up very high to quickly cool down all of the components in the assembly **10** between takes.

[0100] In one or more embodiments wherein the motorized rotating treadmill assembly **10** is incorporated into an environment for creating the illusion of movement throughout a scene in combination with a virtual or digitally rendered, inserted or displayed background, at least top surfaces of the treadmill **10** including cover plates and the treadmill belt **20** may be painted a bright green color or other color such as bright blue frequently used in film production as a way to digitally isolate a person being filmed for digital insertion into a separate scene. Edges and vertical surfaces may be similarly painted.

[0101] As illustrated in FIGS. 24-26, the motorized rotating treadmill **10** is also configured to fit into an existing LED floor tile system, for example, a system that uses 2'×2' tiles. In such a system, four of the preexisting LED tiles are removed and replaced with the motorized rotating treadmill **10**. The feet on the bottom of the floor base **60** are independently adjustable to match the height of the LED floor tile system to provide a smooth and consistent surface and can be adjusted by removal of the top cover panel rather than requiring access to the sides or bottom of the treadmill **10**. Thus, adjustment for height can easily be carried out even after the motorized rotatable treadmill **10** is inserted into the existing LED floor tile system or otherwise assembled in an environment.

[0102] It is also contemplated and within the scope of this disclosure that larger covers for the base **60** and/or turntable **40** can be provided. For example, when the motorized rotatable treadmill **10** is used with an LED floor system or other panel floor construction of larger tiles, for example, half meter tiles, a larger top cover for the floor base **60** is provided and which fills and covers the gaps between the base **60** and adjacent floor panels.

[0103] The motorized rotatable treadmill assembly according to one or more embodiments herein may be remotely controlled. The electric components in communication with a controller and/or software control system for remote operation and control of the operation of the motorized rotatable treadmill assembly. That is, control of the speed and direction of the treadmill belt, speed and direction of the rotation of the turntable, angle of the travel deck, control of fans, and combinations thereof can be remotely controlled and synched to various equipment and environments.

[0104] Although the present disclosure has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the disclosure.

1. A motorized treadmill comprising:
a travel deck supporting a treadmill belt arranged in an endless loop wherein the treadmill belt is configured for linear movement in forward and reverse directions and wherein the travel deck is configured for angular movement in forward and reverse directions;
a turntable for rotating the travel deck, wherein the turntable is rotatable 360 degrees or more in both a forward and reverse direction;
a cordless rotating mechanism for operation of the turntable and allowing for infinite rotation of the turntable and travel deck;
one or more sources of vibration provided below the belt and for providing selected localized vibration to one or more locations on the belt; and
a floor base for supporting the travel deck, turntable, and one or more vibration sources.

2. The motorized treadmill of claim 1, wherein in the one or more vibration sources comprises adjustable vibration motors.

3. The motorized treadmill of claim 2, wherein a rigid phenolic resin sheet is provided below the treadmill belt, allowing the belt to slide thereacross as the belt is moved and wherein the vibration sources are secured to an underside of the phenolic resin sheet.

4. The motorized treadmill of claim 1, wherein the treadmill is configured to provide a user a surface for movement in forward and reverse directions via the belt, and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane.

5. The motorized treadmill of claim 2, wherein the vibration sources are provided in a grid formation below the belt and in vibrational contact with the belt such that the vibration sources provide haptic feedback to a user on the treadmill.

6. The motorized treadmill of claim 5, wherein the vibration sources are in communication with a controller and wherein one or more vibration sources can be actuated to indicate initiation or ceasing of movement of the belt, initiation or ceasing of rotation of the turntable, a user's position on the belt, a cue related to the scene being filmed, or combinations thereof.

7. The motorized treadmill of claim 1, wherein the turntable comprises a removable cover which provides a floor space to a user and one or more handles for removing the turntable from the floor base.

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 128

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**2023 · 06-15 | US-20230182034-A1**

EXHIBIT PAT-A2

2023-06-15__US-20230182034-A1.pdf

SHA-256 Hash of Source File:  a5c28ecea4e72e239acc879f74a095596e9cff6fd5b353b04c066edbc85e0c48

Page: 27 of 27      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

US 2023/0182034 A1

Jun. 15, 2023

8

**8**. The motorized treadmill of claim **1**, wherein the floor base operably supports the turntable thereon and wherein the base comprises a plurality of roller wheels for centering and supporting the turntable thereon.

**9**. The motorized treadmill of claim **8**, wherein the turntable operably supports the travel deck and wherein the turntable supports a motor for controlling operation of the belt.

**10**. The motorized treadmill of claim **8**, wherein the floor base houses a motor, drive belt and roller and drive wheel assembly for operation of the turntable.

**11**. The motorized treadmill of claim **10**, wherein the cordless rotating mechanism comprises a slip ring for powering one or more electrical components housed within the turntable, for powering the treadmill belt, for providing power to a user on the assembly, and combinations thereof.

**12**. The motorized treadmill of claim **1**, wherein the treadmill comprises one or more monochrome surfaces for use of the treadmill in a digital environment, wherein the monochrome surface allows for digital isolation of a user on the treadmill.

**13**. The motorized treadmill of claim **1**, wherein the treadmill has dimensions sufficient to allow the treadmill to replace a section of LED flooring from a pre-existing LED floor tile system of an LED virtual film set or wherein the treadmill is configured for use in a standard green screen film studio.

**14**. A system for use in connection with virtually rendered settings, the system comprising:

an endless track operably supported on a rotatable turntable;

at least one camera spaced apart from the turntable;

a controller configured for controlling at least one of the speed of the endless track, the direction of travel of the endless track, an angle of incline of the endless track, a speed of rotation of the turntable, a direction of rotation of the turn table and combinations thereof; and

one or more sensors integrated into the endless track, turntable, worn by a user, or a combination thereof for tracking user movement on the endless track.

**15**. The system of claim **14** wherein the controller is configured to receive data from the one or more sensors and adjust at least one of the speed of the endless track, the direction of travel of the endless track, an angle of incline of the endless track, a speed of rotation of the turntable, a direction of rotation of the turn table and combinations thereof in response thereto.

**16**. The system of claim **14** wherein the camera is mounted for movement around the turntable about an axis located on the endless track, turntable, or user thereon.

\* \* \* \* \*

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
## EXHIBIT PAT-A2

2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf

SHA-256 Hash of Source File: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 1 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6cee657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
## EXHIBIT PAT-A2

[2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf](#)

SHA-256 Hash of Source File:  ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 2 of 8       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
EXHIBIT PAT-A2

2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf
SHA-256 Hash of Source File: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 3 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
## EXHIBIT PAT-A2

2023-06-16 __NETFLIX Certified Mail Scans_RETURNED.pdf

SHA-256 Hash of Source File:  ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 4 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 133

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
EXHIBIT PAT-A2

2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf
SHA-256 Hash of Source File:  ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045
Page: 5 of 8       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
## EXHIBIT PAT-A2

2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf
SHA-256 Hash of Source File: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045
Page: 6 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 135**

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED
## EXHIBIT PAT-A2

2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf

SHA-256 Hash of Source File:  ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 7 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 136**

# 2023 · 06-16 | NETFLIX Certified Mail Scans | RETURNED

EXHIBIT PAT-A2

2023-06-16__NETFLIX Certified Mail Scans_RETURNED.pdf

SHA-256 Hash of Source File: ef5b052a5f5c3e6b12327cde5dfde07b4de5309b540ede511d618b8446e0a045

Page: 8 of 8     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

# 2023 · 07-21 | Second Notice

## EXHIBIT PAT-A2

2023-07-21__Second Notice.pdf

SHA-256 Hash of Source File:  7e51702514d3ae3aaa1e5ae7ba7fa4b8d17dcf1004d08b211f729b41d29cff40

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

**PATENT COOPERATION TREATY**

WO 2022/198028
PCT/US2022/020919

From the INTERNATIONAL BUREAU

## PCT

SECOND AND SUPPLEMENTARY NOTICE
INFORMING THE APPLICANT OF THE
COMMUNICATION OF THE INTERNATIONAL
APPLICATION (TO DESIGNATED OFFICES
WHICH APPLY THE 30 MONTH TIME
LIMIT UNDER ARTICLE 22(1))
(PCT Rule 47.1(c))

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
ÉTATS-UNIS D'AMÉRIQUE

Date of mailing *(day/month/year)*
20 July 2023 (20.07.2023)

Applicant's or agent's file reference
G185-0001WO1

**IMPORTANT NOTICE**

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US2022/020919 | 18 March 2022 (18.03.2022) | 19 March 2021 (19.03.2021) |

Applicant

INFINISET, INC.

1.  **ATTENTION:** For any designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002 (30 months from the priority date), **does not apply**, please see Form PCT/IB/308(First Notice) issued previously.

2.  Notice is hereby given that the following designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002, **does apply**, has/have requested that the communication of the international application, as provided for in Article 20, be effected under Rule 93*bis*.1. The International Bureau has effected that communication on the date indicated below:
    22 September 2022 (22.09.2022)

    EP

    In accordance with Rule 47.1(c-*bis*)(i), those Offices will accept the present notice as conclusive evidence that the communication of the international application has duly taken place on the date of mailing indicated above and no copy of the international application is required to be furnished by the applicant to the designated Office(s).

3.  The following designated Offices, for which the time limit under Article 22(1), as in force from 1 April 2002, **does apply**, have not requested, as at the time of mailing of the present notice, that the communication of the international application be effected under Rule 93*bis*.1 :

    AE, AG, AL, AM, AO, AP, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EA, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, IT, JM, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OA, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TM, TN, TR, TT, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW

    In accordance with Rule 47.1(c-*bis*)(ii), those Offices accept the present notice as conclusive evidence that the Contracting State for which that Office acts as a designated Office does not require the furnishing, under Article 22, by the applicant of a copy of the international application.

4.  **TIME LIMITS for entry into the national phase**

    For the designated or elected Office(s) listed above, the applicable time limit for entering the national phase will,  **subject to what is said in the following paragraph, be 30 MONTHS** from the priority date.

    In practice, **time limits other than the 30-month time limit** will continue to apply, for various periods of time, in respect of certain of the designated or elected Office(s) listed above. For **regular updates on the applicable time limits** (30 or 31 months, or other time limit), Office by Office, refer to the *PCT Gazette*, the *PCT Newsletter* and the *PCT Applicant's Guide*, National Chapters, all available from WIPO's Internet site, at http://www.wipo.int/pct/en/guide/index.html.

    It is the applicant's **sole responsibility** to monitor all these time limits.

| | |
|---|---|
| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Sun Hwa Lee<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |

Form PCT/IB/308(Second and Supplementary Notice) (revised January 2020)

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 138**

# 2023 · 12-05 | Examiners-Search-Strategy-And-Results

## EXHIBIT PAT-A2

2023-12-05__Examiners-Search-Strategy-And-Results.pdf

SHA-256 Hash of Source File:  0efc699de6f79e4304c67d8ad22f1a2c94fb0dfa52c26fc79b0e87934b6d0c78

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

### PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|-------|------|--------------|-----|------------------|---------|---------------------|------------|
| L2290 | 1155 | A63G31/00.cpc. | (US-PGPUB; USPAT; EPO; JPO) | OR | ON | ON | 2023/11/17 10:35 AM |
| L2380 | 1077 | A63G31/16.cpc. | (US-PGPUB; USPAT) | OR | ON | ON | 2023/12/02 01:50 PM |
| L2401 | 49 | L2346 AND treadmill | (US-PGPUB; USPAT; EPO; JPO) | OR | ON | ON | 2023/12/02 05:34 PM |
| L2402 | 25 | L2401 AND camera | (US-PGPUB; USPAT; EPO; JPO) | OR | ON | ON | 2023/12/02 05:36 PM |
| L2403 | 2692 | H04N5/262.cpc. | (US-PGPUB; USPAT; EPO; JPO) | OR | ON | ON | 2023/12/02 05:37 PM |
| L2405 | 2125 | A61B6/04.cpc. | (US-PGPUB; USPAT; EPO; JPO) | OR | ON | ON | 2023/12/02 05:45 PM |

### PE2E SEARCH - Search History (Interference)

| There are no Interference searches to show. |
|---|

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 139**

# 2023 · 12-05 | List-Of-References-Cited-And-Considered-By-Examiner
EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-And-Considered-By-Examiner.pdf
SHA-256 Hash of Source File: 424d2de89f04c2b01bb61d837d03e517447fdd03f25ff5fb2713e5515b0c87e6

Page: 1 of 6   [ source file ]   [ .ots timestamp of source file ]   [ metadata ]

| Receipt date: 02/13/2023 | | 18/108,858 – GAU: 3711 |
|---|---|---|

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( **Not for submission under 37 CFR 1.99** )

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Matthew Guertin |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | G185.0001US2 |

## U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

## U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20190086996 | A1 | 2019-03-21 | Bahrami et al. | |
| | 2 | 20190307982 | A1 | 2019-10-10 | Brodsky | |
| | 3 | 20170129105 | A1 | 2017-05-11 | Stephens, Jr. | |
| | 4 | 20150150522 | A1 | 2015-06-04 | Papaioannou | |
| | 5 | 20180053349 | A1 | 2018-02-22 | Chen | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 140**

# 2023 · 12-05 | List-Of-References-Cited-And-Considered-By-Examiner
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-And-Considered-By-Examiner.pdf
SHA-256 Hash of Source File:  424d2de89f04c2b01bb61d837d03e517447fdd03f25ff5fb2713e5515b0c87e6

Page: 2 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Receipt date: 02/13/2023 | | | | | | 18/108,858 – GAU: 3711 | | |
|---|---|---|---|---|---|---|---|---|

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | Application Number | |
|---|---|---|---|
| | | Filing Date | |
| | | First Named Inventor | Matthew Guertin |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket  Number | G185.0001US2 |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2][i] | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 110755807 | CN | A | 2020-02-07 | GUANGZHOU ZHUOYUAN VIRTUAL REALITY TECH CO LTD | English Machine Translation | ☒ |
| | 2 | 104740829 | CN | A | 2015-07-01 | SONG LITAO | English Machine Translation | ☒ |
| | 3 | 108211220 | CN | A | 2018-06-29 | WANG YUNXIANG | English Machine Translation | ☒ |
| | 4 | 208641720 | CN | U | 2019-03-26 | CHENGDU FANTASY VISUAL ARTS ENTERTAINMENT INC | English Machine Translation | ☒ |
| | 5 | 105396261 | CN | A | 2016-03-16 | LIU SHIDONG | English Machine Translation | ☒ |
| | 6 | 105879305 | CN | B | 2018-02-02 | HEFEI INST PHYSICAL SCI CAS | English Machine Translation | ☒ |
| | 7 | 108114405 | CN | B | 2020-03-17 | HEFEI INST PHYSICAL SCI CAS | English Machine Translation | ☒ |
| | 8 | 108379781 | CN | A | 2018-08-10 | QINGDAO YINGPAIKE SMART FITNESS TECH CO LTD | English Machine Translation | ☒ |
| | 9 | 110124276 | CN | A | 2019-08-16 | BEIJING 7INVENSUN TECH CO LTD | English Machine Translation | ☒ |
| | 10 | 110180128 | CN | A | 2019-08-30 | TIANJIN YUNCHOU TIANXIA TECH CO LTD | English Machine Translation | ☒ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 141

# 2023 · 12-05 | List-Of-References-Cited-And-Considered-By-Examiner
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-And-Considered-By-Examiner.pdf
SHA-256 Hash of Source File: 424d2de89f04c2b01bb61d837d03e517447fdd03f25ff5fb2713e5515b0c87e6

Page: 3 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Receipt date: 02/13/2023 | | | | | | 18/108,858 – GAU: 3711 | |
|---|---|---|---|---|---|---|---|

| | Application Number | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Filing Date | |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 206209595 | CN | U | 2017-05-31 | WU LONGWEI | English Machine Translation | ☒ |
| 12 | 10-1571361 | KR | B1 | 2015-11-24 | Choeung Sports Co., Ltd. | English Machine Translation | ☒ |
| 13 | 10-2001966 | KR | B1 | 2019-10-01 | UNIV INHA RES & BUSINESS FOUND | English Machine Translation | ☒ |
| 14 | 109876370 | CN | A | 2019-06-14 | SHENZHEN JINGMIN DIGITAL MACHINE CO LTD | English Abstract | ☒ |
| 15 | 209933935 | CN | U | 2020-01-14 | SHENZHEN JINGMIN DIGITAL MACHINE CO LTD | English Abstract | ☒ |
| 16 | 206026963 | CN | U | 2017-03-22 | YU MING | English Abstract | ☒ |
| 17 | 2000516829 | JP | A | 2000-12-19 | David E. E. Carmein | English Abstract | ☒ |
| 18 | 10-2020-0091594 | KR | A | 2020-07-31 | LEANTECH CMS CO., LTD. | English Machine Translation | ☒ |
| 19 | 10-2021-0023190 | KR | A | 2021-03-04 | SO, HO SUNG et al. | English Machine Translation | ☒ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

| **NON-PATENT LITERATURE DOCUMENTS** | | |
|---|---|---|
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 142**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | List-Of-References-Cited-And-Considered-By-Examiner
### EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-And-Considered-By-Examiner.pdf
SHA-256 Hash of Source File: 424d2de89f04c2b01bb61d837d03e517447fdd03f25ff5fb2713e5515b0c87e6

Page: 4 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Receipt date: 02/13/2023          18/108,858 – GAU: 3711

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Matthew Guertin |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | G185.0001US2 |

| | | |
|---|---|---|
| 1 | International Search Report and Written Opinion issued for PCT/US2022/020919, dated 2022-06-24 | ☐ |
| 2 | PhotoRobot "PhotoRobot's Virtual_Catwalk - Introduction (short version)" YouTube <https://www.youtube.com/watch?v=4fcAN-GCmdc> 1:04, Uploaded 2012-12-30, Accessed 2022-11-08 | ☐ |
| 3 | PhotoRobot "Walking belt video shooting - behind the scenes timelaps" YouTube <https://www.youtube.com/watch?v=6NaPPGVqx-I> 0:53, Uploaded 2012-10-23, Accessed 2022-11-08 | ☐ |
| 4 | PhotoRobot "Digital Fashion Shows on the Virtual Catwalk from https://www.photorobot.com" YouTube <https://www.youtube.com/watch?v=_XXayIlb_0o> 1:02, Uploaded 2016-01-28, Accessed 2022-11-08 | ☐ |
| 5 | Tancik, M. "NeRF: Neural Radiance Fields" YouTube <https://www.youtube.com/watch?v=JuH79E8rdKc>, Uploaded 2020-03-19, Accessed 2023-02-13 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 12/02/2023 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 143

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | List-Of-References-Cited-And-Considered-By-Examiner
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-And-Considered-By-Examiner.pdf

SHA-256 Hash of Source File:  424d2de89f04c2b01bb61d837d03e517447fdd03f25ff5fb2713e5515b0c87e6

Page: 5 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| | | |
|---|---|---|
| Receipt date: 02/13/2023 | | 18/108,858 – GAU: 3711 |

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | G185.0001US2 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☒  See attached certification statement.

☐  The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐  A certification statement is not submitted herewith.

**SIGNATURE**

 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2023-02-13 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 144**

# 2023 · 12-05 | List-Of-References-Cited-And-Considered-By-Examiner
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-And-Considered-By-Examiner.pdf

SHA-256 Hash of Source File: 424d2de89f04c2b01bb61d837d03e517447fdd03f25ff5fb2713e5515b0c87e6

Page: 6 of 6    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

---

Receipt date: 02/13/2023                                                     18/108,858 – GAU: 3711

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

---

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 145**

# 2023 · 12-05 | List-Of-References-Cited-By-Applicant
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-By-Applicant.pdf

SHA-256 Hash of Source File:  c85be63dd3935e704be6b31d9ac9c791616fd311a76682db1792c7759bfbc139

Page: 1 of 4     [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Receipt date: 03/16/2023

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

18/108,858 – GAU: 3711

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 18108858 |
| Filing Date | 2023-02-13 |
| First Named Inventor | Matthew Guertin |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | G185.0001US2 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 146

# 2023 · 12-05 | List-Of-References-Cited-By-Applicant
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-By-Applicant.pdf

SHA-256 Hash of Source File: c85be63dd3935e704be6b31d9ac9c791616fd311a76682db1792c7759bfbc139

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

```
Receipt date: 03/16/2023                              18/108,858 – GAU: 3711
```

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 18108858 |
| | Filing Date | 2023-02-13 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US2 |

| | | |
|---|---|---|
| 1 | "Dimension named Microsoft Mixed Reality Partner to help others create cutting-edge digital experiences" Microsoft (2020) <https://news.microsoft.com/en-gb/2020/06/01/dimension-named-microsoft-mixed-reality-partner-to-help-others-create-cutting-edge-digital-experiences/#:~:text=No%20results-,Dimension%20named%20Microsoft%20Mixed%20Reality%20Partner%20to,create%20cutting%2Dedge%20digital%20experiences&text=A%20UK%20company%20that%20has,a%20Microsoft%20Mixed%20Reality%20Partner> | ☐ |
| 2 | "Microsoft Stories podcast: episode 8 – Dimension Studio" (2020) <https://news.microsoft.com/en-gb/2020/12/17/microsoft-stories-podcast-episode-8-dimension-studio/> | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
|---|
| **EXAMINER SIGNATURE** |

| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 12/02/2023 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 147

# 2023 · 12-05 | List-Of-References-Cited-By-Applicant
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-By-Applicant.pdf

SHA-256 Hash of Source File:  c85be63dd3935e704be6b31d9ac9c791616fd311a76682db1792c7759bfbc139

Page: 3 of 4        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Receipt date: 03/16/2023                                                         18/108,858 − GAU: 3711

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 18108858 |
| | Filing Date | 2023-02-13 |
| | First Named Inventor | Matthew Guertin |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | G185.0001US2 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**
 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amanda M. Prose/ | Date (YYYY-MM-DD) | 2023-03-16 |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number | 72345 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 148**

# 2023 · 12-05 | List-Of-References-Cited-By-Applicant

## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-By-Applicant.pdf

SHA-256 Hash of Source File:  c85be63dd3935e704be6b31d9ac9c791616fd311a76682db1792c7759bfbc139

Page: 4 of 4       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Receipt date: 03/16/2023                                          18/108,858 – GAU: 3711

### Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 149**

# 2023 · 12-05 | List-Of-References-Cited-By-Examiner
## EXHIBIT PAT-A2

2023-12-05__List-Of-References-Cited-By-Examiner.pdf
SHA-256 Hash of Source File:  5f096b7562509fd4f70afcf55f827b93e2dca72ae7691be268bc4f78e37e9e03

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| *Notice of References Cited* | Application/Control No.<br>18/108,858 | Applicant(s)/Patent Under<br>Reexamination<br>Guertin, Matthew | |
|---|---|---|---|
| | Examiner<br>KIEN T NGUYEN | Art Unit<br>3711 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-6152854-A | 2000-11-28 | Carmein; David E. E. | A63G31/16 | 198/779 |
| * | B | US-7164441-B1 | 2007-01-16 | Miyazaki; Takao | A63G31/16 | 348/E5.022 |
| * | C | US-20070270285-A1 | 2007-11-22 | Gill; James G. | A63B22/02 | 482/54 |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20231202

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | Non Final Rejection
### EXHIBIT PAT-A2

2023-12-05__Non Final Rejection.pdf
SHA-256 Hash of Source File: 1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3

Page: 1 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/108,858 | 02/13/2023 | Matthew Guertin | G185.0001US2 | 6872 |

7590     12/05/2023

InfiniSet, Inc.
4385 Trenton Ln. N, 202
Plymouth, MN 55442

| EXAMINER |
|---|
| NGUYEN, KIEN T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3711 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/05/2023 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | Non Final Rejection
### EXHIBIT PAT-A2

2023-12-05__Non Final Rejection.pdf

SHA-256 Hash of Source File: 1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3

Page: 2 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| *Office Action Summary* | Application No. 18/108,858 | Applicant(s) Guertin, Matthew |
|---|---|---|
| | Examiner KIEN T NGUYEN | Art Unit 3711    AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

  A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
   Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**      2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-16</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☑ Claim(s) <u>14-16</u> is/are allowed.

7) ☑ Claim(s) <u>1-13</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
    a) ☐ All    b) ☐ Some**    c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
   ** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>02/13/23, 03/16/23</u>

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)        **Office Action Summary**        Part of Paper No./Mail Date 20231202

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 152**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | Non Final Rejection
## EXHIBIT PAT-A2

2023-12-05__Non Final Rejection.pdf

SHA-256 Hash of Source File: 1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3

Page: 3 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Application/Control Number: 18/108,858                                    Page 2
Art Unit: 3711

### *Notice of Pre-AIA or AIA Status*

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Claim Rejections - 35 USC § 103*

1.      In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

2.      The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

3.      The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

4.      Claim(s) 1-13 is/are rejected under 35 U.S.C. 103 as being unpatentable over Brodsky US 2019/0307982 in view of KR 10-2020-0091594 ('594).

Brodsky discloses an immersive multisensory simulation system comprising a travel deck (102) supporting a treadmill belt (111) arranged in an endless loop

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 153

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | Non Final Rejection
EXHIBIT PAT-A2

2023-12-05__Non Final Rejection.pdf
SHA-256 Hash of Source File: 1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3
Page: 4 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Application/Control Number: 18/108,858                                                Page 3
Art Unit: 3711

(Fig. 14A) wherein the treadmill belt is configured for linear movement in forward and reverse directions and wherein the travel deck is configured for angular movement in forward and reverse directions; a turntable for rotating the travel deck, wherein the turntable is rotatable 360 degrees or more in both or a forward and reverse direction [0180]; a motor or cordless rotating mechanism for operation of the turntable and allowing for infinite rotation of the turntable and travel deck (Fig. 14A); ; and a floor base (ground surface) for supporting the travel deck and turntable [180], [0201], [0218]. It is noted that Brodsky fails to teach the use of one or more sources of vibration as claimed. However, KR ('594) teaches it is known in the art an earthquake evacuation training system using virtual reality, and a treadmill with one or more sources of vibration (11) for providing selected vibration to one of more locations on the belt as shown in Fig. 3, [0018]-[0019]. Therefore, it would have been obvious to one of ordinary skill in the art to provide the treadmill of Brodsky with the one or sources of vibration as taught by KR ('594) for the purpose of providing an additional simulated vibrating motion.

Claim 2, KR ('594) discloses a control unit for controlling the operation of the vibrating treadmill such as providing adjustable motors for adjusting the vibration. [0018].

Claim 3, KR ('594) also discloses a vertical drive cylinder (111), an elastic body (112) which is equivalent to a phenolic resin sheet, and a support plate (113) [0041].

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 154

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | Non Final Rejection
### EXHIBIT PAT-A2

<u>2023-12-05__Non Final Rejection.pdf</u>
SHA-256 Hash of Source File:  1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3
Page: 5 of 7          [ <u>source file</u> ]          [ <u>.ots timestamp of source file</u> ]          [ <u>metadata</u> ]

Application/Control Number: 18/108,858                                    Page 4
Art Unit: 3711

Claim 4, Brodsky discloses a controller in communication with the force applying unit for controlling the amount of positive or negative force [0055] to provide movement in forward and reverse directions via the belt; and wherein the angular direction of the forward and reverse movement is selectively adjustable via rotation of the turntable for directionally unlimited movement in an X-Y plane [0218]-[0219].

Claim 5, KR ('594) discloses a plurality of vertically driven cylinders that allow vibration to be transmitted to specific positions of the treadmill which means the cylinders can certainly be positioned in a grid formation to provide any specific haptic feedback to a user on the treadmill.

Claim 6, KR ('594) discloses that the vibration of the earthquake output through the virtual reality device is transmitted to the vibrating treadmill through wire/wireless communication between the vibrating treadmill and the virtual reality device [0016] for controlling the operation of the vibrating treadmill.

Claim 7, Brodsky discloses the omnidirectional treadmill surface is removable which provides a floor space to a user [0198]; and one or more edges of the surface can be considered a handle for removing the surface from the floor base.

Claims 8 and 9, Brodsky discloses in Fig. 14a the floor base operably supports the turntable thereon and the base comprises roller wheels for centering and supporting the turntable thereon, wherein the turntable operably supports the travel deck and the turntable supports a motor or actuator for controlling operation of the belt [0218].

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 155

# 2023 · 12-05 | Non Final Rejection
## EXHIBIT PAT-A2

2023-12-05__Non Final Rejection.pdf

SHA-256 Hash of Source File:  1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3

Page: 6 of 7          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Application/Control Number: 18/108,858                     Page 5
Art Unit: 3711

Claim 10, Brodsky discloses the floor base houses a motor/actuator or other lift and/or retraction members at various locations beneath the surface, to raise and depress the surface.

Claim 11, Brodsky discloses a battery, which is equivalent to a slip ring, provides power to all of the electrical components of the omnidirectional treadmill [0192].

Claim 12, Brodsky discloses the user wearing a VR headset which is equivalent to one or more monochrome surfaces [0228] which allowing digital isolation of a user on the treadmill.

Claim 13, Brodsky discloses the harness design conforms to a very wide range of user shapes and sizes with minimal adjustment [0271] such disclosure is equivalent to dimensions sufficient to allow the treadmill to replace a section LED flooring from a pre-existing LED floor tile system of an LED virtual film set which does not pertain any specific dimension.

### *Allowable Subject Matter*

Claims 14-16 are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to KIEN T NGUYEN whose telephone number is (571)272-4428. The examiner can normally be reached M-F 7:00 AM- 3:00 PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 156

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 12-05 | Non Final Rejection
EXHIBIT PAT-A2

2023-12-05 __ Non Final Rejection.pdf
SHA-256 Hash of Source File:  1400f78b486a19c0e6670ed27d35f17bda94e81c05378163a4f8719abd3f08e3
Page: 7 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Application/Control Number: 18/108,858                                      Page 6
Art Unit: 3711

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Melba Bumgarner can be reached on 571-272-4709. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/KIEN T NGUYEN/
Primary Examiner, Art Unit 3711

Url 1: link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
Url 4: drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

EXHIBIT PAT-A2 | p. 157

# 2023 · 12-05 | Search-Information-Classification
## EXHIBIT PAT-A2

2023-12-05__Search-Information-Classification.pdf

SHA-256 Hash of Source File: f22e787566b567184b39a82ebf3491721b3b33fe4e2168dc8a2a73a2297db31b

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/108,858 | Guertin, Matthew |
| | Examiner | Art Unit |
| | KIEN T NGUYEN | 3711 |

### CPC - Searched*

| Symbol | Date | Examiner |
|---|---|---|
| A63G 31/00, 21/16 | 12/02/2023 | KN |
| H04N 5/262 | 12/02/2023 | KN |
| A61B 6/00, 6/04 | 12/02/2023 | KN |

### CPC Combination Sets - Searched*

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US Classification - Searched*

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 472 | 60. 61, 130 | 12/02/2023 | KN |
| 482 | 66, 68 | 12/02/2023 | KN |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

### Search Notes

| Search Notes | Date | Examiner |
|---|---|---|
| CPC, USPC, and text search in combination | 12/02/2023 | KN |

### Interference Search

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office      Page 1 of 1      Part of Paper No.: 20231202

**Url 1:** link.storjshare.io/raw/jx2rewvwj4sxvzdlohkpqtiwyxda/file/EXHIBIT PAT-A2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/004590db-1444-40b6-89d6-1c5dbae78b0b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/bc6ce657-cb0b-4139-b4bc-fb8a10a02bf0.pdf
**Url 4:** drive.proton.me/urls/3M8W5GNXAG#aw5Prkv8gsZq

**EXHIBIT PAT-A2 | p. 158**