# EXHIBIT PAT-B

# Brazil | Assignment - INF01BR.pdf

## EXHIBIT PAT-B

Brazil_Assignment - INF01BR.pdf

SHA-256 Hash of Source File: b2e91dfd606c33a4f5aa43102317bc4b360b826f2356b8bbb20b1210a051a91a

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| ASSIGNMENT OF RIGHTS | CESSÃO DE DIREITOS |
|---|---|
| WHEREAS, I | CONSIDERANDO, que eu |
| **Matthew Guertin** | **Matthew Guertin** |
| Nationality: North American | Nacionalidade: North American |
| Address: 5832 Lincoln Dr, Suite 222 Edina, Minnesota 55436, US | Endereço: 5832 Lincoln Dr, Suite 222 Edina, Minnesota 55436, US |
| am the inventors of the patent application entitled: "**Motorized rotatable treadmill and system for creating the illusion of movement**". | sou o inventor do pedido de patente intitulado: "**ESTEIRA ROTATIVA MOTORIZADA, SISTEMA E MÉTODO PARA CRIAR A ILUSÃO DE MOVIMENTO**". |
| in respect of which I filed patent application in the WIPO under nº **PCT/US2022/020919 PRIORITY NO. US63/163,135 of March 19, 2021.** | para a qual depositei o pedido de patente na OMPI sob o nº **PCT/US2022/020919. Prioridade no. US63/163,135 de 19 de março de 2021.** |
| WHEREAS, with my full consent and authorization: | CONSIDERANDO que, com minha plena concordância e autorização: |
| **Infiniset, Inc** | **Infiniset, Inc** |
| Address: 5832 Lincoln Dr, Suite 222, Edina, MN55436. | Endereço: 5832 Lincoln Dr, Suite 222, Edina, MN55436. |
| NOW, THEREFORE, I do hereby confirm that I have given our full consent and authorization to the filing of the said application in Brazil, or otherwise, which consent and authorization I do hereby ratify. | AGORA, PORTANTO, pelo presente confirmo que dou minha plena concordância e autorização para que fosse depositado o aludido pedido no Brasil, concordância e autorização essas que pelo presente ratifico. |

Place and date:  September 15, 2023

Signatures/Assinaturas

_____

**Matthew Guertin**

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

Brazil_INF01BR - National Entry Receipt.pdf
SHA-256 Hash of Source File: 50340b7c3e724bc729b5e0373fdec6bca710b43307df8df9eb5f45def0242e06
Page: 1 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]




18/09/2023     870230082242
10:57

29409162309639636

## Pedido nacional de Invenção, Modelo de Utilidade, Certificado de Adição de Invenção e entrada na fase nacional do PCT

**Número do Processo:** BR 11 2023 018873 3

### Dados do Depositante (71)

**Depositante 1 de 1**

**Nome ou Razão Social:** INFINISET, INC.

**Tipo de Pessoa:** Pessoa Jurídica

**CPF/CNPJ:** US0033076623

**Nacionalidade:** Norte Americana

**Qualificação Jurídica** Pessoa Jurídica

**Endereço:** 5832 Lincoln Dr, Suite 222 Edina, MN 55436

**Cidade:**

**Estado:**

**CEP:**

**País:** Estados Unidos da América

**Telefone:**

**Fax:**

**Email:** info@mt4ip.com.br

*PETICIONAMENTO ELETRÔNICO*     Esta solicitação foi enviada pelo sistema Peticionamento Eletrônico em 18/09/2023 às 10:57, Petição 870230082242

Petição 870230082242, de 18/09/2023, pág. 1/158

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 2**

# Brazil | INF01BR - National Entry Receipt.pdf

## EXHIBIT PAT-B

Brazil_INF01BR - National Entry Receipt.pdf

SHA-256 Hash of Source File: 50340b7c3e724bc729b5e0373fdec6bca710b43307df8df9eb5f45def0242e06

Page: 2 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

**Dados do Pedido**

---

**Natureza Patente:** 11 - Patente de Invenção (PI) via PCT

**Título da Invenção ou Modelo de Utilidade (54):** ESTEIRA ROTATIVA MOTORIZADA, SISTEMA E MÉTODO PARA CRIAR A ILUSÃO DE MOVIMENTO

**Resumo:** Descreve-se um conjunto de esteira giratório motorizado (10) e um sistema para criar a ilusão de movimento do usuário enquanto o usuário está parado em relação a um ambiente enquanto o usuário caminha ou se move de outra forma em uma pista sem fim (20) da esteira (12). O usuário pode então viajar uma distância ilimitada em direções ilimitadas enquanto permanece parado em um local físico. A velocidade da esteira (12) é controlada com precisão e/ou combinada com precisão com o movimento de uma câmera e uma velocidade de movimento do usuário no mundo real e a distância que o usuário percorre na pista (20) para criar a ilusão de movimento da pessoa que está sendo filmada. Quando o conjunto de esteira (10) é fornecido dentro de um cenário de filme virtual de LED ou conjunto de tela verde, imagens de fundo são adicionadas para complementar ainda mais o movimento em um ambiente selecionado.

**Número do Depósito PCT:** US2022 020919

**Data do Depósito PCT:** 18/03/2022

**Dados da Prioridade do Depósito**

---

☑ Declaro que os dados identificadores fornecidos no presente formulário são idênticos ao da certidão de depósito ou documento equivalente do pedido cuja prioridade está sendo reivindicada.

| Tipo da Prioridade: | Data Prioridade: | Número Prioridade: | País Prioridade: | Código DAS: |
|---|---|---|---|---|
| Prioridade Unionista (30) | 19/03/2021 | 63/163,135 | ESTADOS UNIDOS DA AMÉRICA | US |

**PETICIONAMENTO ELETRÔNICO**    Esta solicitação foi enviada pelo sistema Peticionamento Eletrônico em 18/09/2023 às 10:57, Petição 870230082242

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 3**

# Brazil | INF01BR - National Entry Receipt.pdf
## EXHIBIT PAT-B

Brazil_INF01BR - National Entry Receipt.pdf

SHA-256 Hash of Source File: 50340b7c3e724bc729b5e0373fdec6bca710b43307df8df9eb5f45def0242e06

Page: 3 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

## Dados do Procurador

**Procurador:**

**Nome ou Razão Social:** Maurício de Souza Tavares

**Numero OAB:** 141308RJ

**Numero API:** 716

**CPF/CNPJ:** 12958203824

**Endereço:** Av. Paulista, 2421, 1º andar, CXPST 156, Bela Vista

**Cidade:** São Paulo

**Estado:** SP

**CEP:** 01311-300

**Telefone:**

**Fax:**

**Email:** info@mt4ip.com.br

## Dados do Inventor (72)

**Inventor 1 de 1**

**Nome:** MATTHEW GUERTIN

**CPF:**

**Nacionalidade:** Norte Americana

**Qualificação Física:** Outras ocupações não especificadas anteriormente

**Endereço:** 5832 Lincoln Dr, Suite 222, Edina, Minnesota 55436

**Cidade:** Edina

**Estado:**

**CEP:**

**País:** ESTADOS UNIDOS DA AMÉRICA

**Telefone:**

**Fax:**

**Email:**

**PETICIONAMENTO ELETRÔNICO**    Esta solicitação foi enviada pelo sistema Peticionamento Eletrônico em 18/09/2023 às 10:57, Petição 870230082242

Petição 870230082242, de 18/09/2023, pág. 3/158

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 4**

# Brazil | PoA - INF01BR.pdf

EXHIBIT PAT-B

Brazil_PoA - INF01BR.pdf

SHA-256 Hash of Source File:  f8056b7430794a346687e18b81cc5e6640a581c9b27c267673b1721151b1956d

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## PROCURAÇÃO/POWER OF ATTORNEY

| | |
|---|---|
| Pelo presente instrumento particular de procuração e na melhor forma de Direito, a empresa **INFINISET, INC.** com domicílio legal em 5832 LINCOLN DR, SUITE 222 EDINA, MN 55436, US ("Outorgante"), neste ato representada por | By the present private instrument, and in accordance with the law, the company **INFINISET, INC** located at 5832 LINCOLN DR, SUITE 222 EDINA, MN 55436, US ("Grantor"), in this instrument represented by |

que se declara legitimado e autorizado, de acordo com o disposto no Contrato Social/Estatuto Social da Outorgante, a outorgar o presente mandato para os efeitos do Artigos 128 § 1º e 216 da Lei 9.279/96, nomeia e constitui seus procuradores:

**MT4 PROPRIEDADE INTELECTUAL LTDA**, pessoa jurídica inscrita no CNPJ sob o no. 39.777.808/0001-15, **MAURICIO DE SOUZA TAVARES**, brasileiro, advogado inscrito na OAB/RJ sob o No. 141.308 e no CPF/MF sob o no 129.582.038-24, **ALBA ROSA LOPEZ PARADA**, brasileira, casada, Agente da Propriedade Industrial No. 00765 (INPI), inscrita no CPF/MF 096.768.618-04, **ANTENOR BARBOSA DOS SANTOS JÚNIOR**, brasileiro, casado, advogado inscrito na OAB/RJ e na OAB/SP sob os Nos. 54.283 e 102.747, respectivamente e portador do CPF/MF sob o No. 701.703.637-91, ambos com endereço à Avenida Paulista, 2421, 1º andar, CXPST 156, Bela Vista, CEP 01311-300, São Paulo, SP,

who declare authorized and legitimate to act in accordance with the Articles of Incorporation/Company Bylaws of the Grantor, to grant the present Instrument for the effects of Sections 128 §1 and 216 of Law 9279/96, to appoint and constitute as his/her/their attorneys in fact:

**MT4 PROPRIEDADE INTELECTUAL LTDA**, legal entity registered under the Brazilian Tax Office under no. 39.777.808/0001-15, **MAURICIO DE SOUZA TAVARES**, Brazilian, attorney, OAB/RJ No. 141.308 CPF/MF no 129.582.038-24, **ALBA ROSA LOPEZ PARADA**, Brazilian, Intellectual Property Agent No. 00765 (INPI), CPF/MF 096.768.618-04, **ANTENOR BARBOSA DOS SANTOS JÚNIOR**, Brazilian, Attorney, OAB/RJ and OAB/SP under Nos. 54.283 and 102.747, CPF/MF sob o No. 701.703.637-91, all them with registered address at Avenida Paulista, 2421, 1º andar, CXPST 156, Bela Vista, CEP 01311-300, São Paulo, SP, Brazil.

outorgando-lhes poderes bastantes para, agindo em conjunto ou separadamente e independentemente da ordem de nomeação, representarem a Outorgante perante a União, os Estados, o Distrito Federal e seus órgãos de administração direta ou indireta, em especial perante o Instituto Nacional de Propriedade Industrial (INPI), o Departamento Nacional de Registro de Comércio, as Juntas Comerciais dos Estados, o Ministério do Desenvolvimento, Indústria e Comércio Exterior, o Comitê Gestor Internet do Brasil, Fundação Biblioteca Nacional e demais órgãos de registro de direitos autorais, para o fim de obter a proteção de direitos relativos à Propriedade Industrial e Intelectual e agir na defesa ativa e passiva dos interesses da Outorgante, podendo, para tais efeitos, requerer e obter registros de marcas de produto e/ou serviço, de marcas coletivas, de certificação e tridimensionais, de indicações geográficas, de desenhos industriais, de nomes de domínio (incluindo disputa, requerimento, negociação e cancelamento de registro de nome de domínio), de direitos autorais, inclusive de programas de computador, requerer e obter privilégio de invenção e de modelos de utilidade, bem como certificados de adição de invenção; promover a prova de uso de marcas, de patentes e de nomes de domínio; pagar as retribuições e anuidades devidas; pedir restituições de taxas oficiais; destituir procuradores; requerer prorrogações ou renovações; apresentar protestos, oposições, recursos e petições, réplicas e defesas, escritas ou orais; instaurar processos administrativos de nulidade; requerer e contestar pedido de caducidade; cumprir exigências; requerer anotações de transferência e/ou cessão, alterações de nome e/ou endereço; requerer renúncia parcial ou total do pedido/registro; requerer a averbação e registro de contratos de licença para exploração de quaisquer dos direitos acima mencionados, contratos de prestação de assistência técnica, de fornecimento de tecnologia, de participação em custo de pesquisa e desenvolvimento, contratos de franquia e outros atos ou contratos que impliquem em transferência de tecnologia; pedir vistas de processos, enviar notificações extrajudiciais e contra notificar aquelas recebidas de terceiros; solicitar a limitação parcial de proteção, desistência de pedido de registro ou renúncia de registro de marca;; desistir, dar quitação e substabelecer e revogar, no todo ou em parte, os poderes aqui conferidos, incluindo-se nos presentes poderes aqueles da cláusula extra-judicia, bem como os de receber citações e intimações judiciais em ações relativas a assuntos atinentes à Propriedade Industrial e Intelectual, desde a data de depósito dos pedidos processados com base na presente procuração ou em relação aos quais a presente procuração for apresentada e durante a vigência dos respectivos privilégios ou registros; ficando, pela presente, ratificados os atos já praticados por qualquer dos outorgados até a presente data.

giving them ample powers to act together or individually, and irrespective of the order of appointment, to represent the Grantor before the Union, States, Federal District and their administrative bodies, directly or indirectly, especially before the Patent and Trademark Office (INPI), the National Commercial Registry Department, the Commercial Registries of the States, the Ministry of Industry, Development and Foreign Trade, the Domain Name Registry in Brazil, the National Library and other agencies for registering Copyright, so as to obtain protection of Intellectual and Industrial Property rights and to act in the active and passive defense of the interests for the Grantor, being able, for these purposes, to apply for and secure trademark registrations for product and/or service, collective, certification and three-dimensional trademarks; geographical indications, industrial designs, domain names (including dispute, application, negotiation and cancellation of domain name registration), copyright, including computer programs; to apply for and secure privileges of invention and utility models, as well as certificates of addition to an invention; to secure evidence of use of trademarks, patents and domain names; to pay due retributions and annuities; to claim refunds of official fees; to dismiss attorneys; to request extensions or renewals; to submit objections, oppositions, appeals and petitions, replies and defenses, written or oral; to institute administrative nullity proceedings; to request and contests cancellation actions; to answer official actions; to apply for the assignment and/or, alteration of the name and/or address; request partial or total renouncement of application/registration; to apply for the recordal and registration of contracts licensing the exploration of any of the rights mentioned above, contracts rendering technical assistance, supplying technology, participating in the expenditure of research and development, franchising contracts and other agreements or contacts that imply in the transfer of technology; to request the inspection of case, to send extrajudicial notifications and answer notifications received from third parties; request partial protection limitation, withdrawal of application or renounce of registration; to withdraw, discharge, substitute and revoke, all or in part, powers herein granted including those in the present powers of the extrajudicial clause, as well as receiving subpoenas and summons in lawsuits in matters relating to Industrial Property, from the date of filing applications for cases based on this Power of Attorney, or in relation to those which the present Power of Attorney was presented and during the lifetime of the respective privilege of registration; being, by the present, ratified all the acts practiced by any of the grantees up to the present day.

Local e data/ Place and date _____

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Brazil | PoA - INF01BR.pdf

EXHIBIT PAT-B

Brazil_PoA - INF01BR.pdf

SHA-256 Hash of Source File:  f8056b7430794a346687e18b81cc5e6640a581c9b27c267673b1721151b1956d

Page: 2 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## PROCURAÇÃO/POWER OF ATTORNEY

Assinatura/ Signature  _____

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 6**

# Canada | INF01CA - National Entry Receipt.pdf

EXHIBIT PAT-B

Canada_INF01CA - National Entry Receipt.pdf

SHA-256 Hash of Source File: ef03680d1dd535b0a47a16810a7b40e60da5a0bc2f382f62a4d78d97256dc8e9

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

## Courtoisie – Lettre confirmant l'entrée en phase nationale en vertu du PCT
## Courtesy – Letter Acknowledging PCT National Phase Entry

| Détails de la lettre Letter Details | |
|---|---|
| Date de la lettre: Letter Date: | 2023/09/18 |
| No de la demande: Application No.: | 3212553 |
| Votre no de référence: Your Reference No.: | 4543-193-13u |
| Date de dépôt: Filing Date: | 2022/03/18 |

| | |
|---|---|
| Date d'entrée en phase nationale: National Phase Entry Date: | 2023/09/18 |
| No de la demande PCT: PCT Application No.: | US2022020919 |
| Demandeur(s)/Applicant(s): | INFINISET, INC. |
| Inventeur(s)/Inventor(s): | GUERTIN, Matthew |
| Titre de l'invention: | TAPIS ROULANT ROTATIF MOTORISÉ ET SYSTÈME POUR CRÉER L'ILLUSION DE MOUVEMENT |
| Title of invention: | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT |
| Données de priorité/Priority Data: | US (63/163,135) 2021/03/19 |

Vous devez payer une taxe annuelle pour maintenir en état votre demande de brevet pour chaque période d'une année à compter du deuxième anniversaire de la date de dépôt de votre demande.

Annual fees to maintain your patent application are required for each one-year period from the second anniversary of the filing date of the application.

Une demande de brevet ne sera examinée que sur demande.

A patent application will only be examined on request.

CITM_AppAckLetterPdf   26May2022

50, rue Victoria   •   Place du Portage 1   •   Gatineau (Québec) K1A 0C9   •   www.opic.ic.gc.ca
50 Victoria Street   •   Place du Portage 1   •   Gatineau, Québec   K1A 0C9   •   www.opic.ic.gc.ca

Canadä

Url 1: link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
Url 4: drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 7

# Canada | INF01CA - National Entry Reporting Letter.pdf

EXHIBIT PAT-B

Canada_INF01CA - National Entry Reporting Letter.pdf

SHA-256 Hash of Source File: 2b30705cc4205b6f0e020e26eb02936dc09b89899c5e6406e17bd044262422e1

Page: 1 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

**Re: Canadian National Entry Application based on US2022/020919**

| | |
|---|---|
| Title: | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT |
| Owner: | INFINISET, INC. |
| Your Ref: | INF01CA |
| Our File no.: | P5151CA00 / 4543-193-13u |
| Canadian Application No. | 3212553 |

Thank you very much for your recent correspondence in connection with the above-referenced application.

This will confirm that we filed a Request for Entry into the National Phase in Canada on **September 18, 2023**. The effective date of filing will be the International Filing Date, specifically, **March 18, 2022**. A copy of our submission is enclosed for your records, including the Acknowledgement of National Entry with the application number.

**Maintenance Fees:**

Under Canadian law annual maintenance fees are to be paid in respect of the above patent application, commencing on the second anniversary of the international filing date, and then annually thereafter. Accordingly, the next maintenance fee will be due for payment by **March 18, 2024**. We will send you a reminder concerning this matter closer to the deadline.

**Examination:**

The application has been automatically placed on deferred status until **March 18, 2026**. To prevent the lapse of this application, we must request examination and pay the examination fee by that date. If you wish to request examination now in order to advance the case, **please let us know at your convenience**. It is also possible to accelerate examination in Canada by requesting accelerated examination or via the PPH (Patent Prosecution Highway). Please let us know if any

---

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 8

# Canada | INF01CA - National Entry Reporting Letter.pdf

EXHIBIT PAT-B

Canada_INF01CA - National Entry Reporting Letter.pdf

SHA-256 Hash of Source File:  2b30705cc4205b6f0e020e26eb02936dc09b89899c5e6406e17bd044262422e1

corresponding applications are under examination or have been deemed allowed in any of other jurisdiction and we will assess whether or not you qualify for PPH.

**Statement of Entitlement**

In order to complete formal filing requirements, we have also filed the Statement of Entitlement.

It is a pleasure to have been of assistance to you and we take this opportunity to thank you very much for entrusting us with your intellectual property matters in Canada.

Should you have any questions in connection with this matter, please do not hesitate to contact us.

Our invoice is enclosed.

Yours very truly,

Kelly

Kelly Miranda

Lawyer, Patent & Trademark Agent

**Miltons IP/p.i.**

**15 Fitzgerald Rd, Suite 200**

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 9

# Canada | INF01CA - National Entry Reporting Letter.pdf

EXHIBIT PAT-B

Canada_INF01CA - National Entry Reporting Letter.pdf

SHA-256 Hash of Source File:  2b30705cc4205b6f0e020e26eb02936dc09b89899c5e6406e17bd044262422e1

Page: 3 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**Ottawa, ON  K2H 9G1**

Tel: 613.699.6713

Toll Free: 866.297.1179

Fax: 866.397.9227

E-mail: kmiranda@miltonsip.com

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 10

# Canada | SED - INF01CA.pdf

EXHIBIT PAT-B

Canada_SED - INF01CA.pdf

SHA-256 Hash of Source File:  59b253201ccb9dbd17217f5c7287495738acadd427b05b7d9230cabf5f5c683d

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

BEFORE THE CANADIAN INTELLECTUAL PROPERTY OFFICE

Canadian National Phase Entry of PCT No. US2022/020919

| | |
|---|---|
| Title: | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT |
| Applicant: | INFINISET, INC. |
| Inventor: | Matthew GUERTIN |
| Our File: | 4543-193-13u |

**Small Entity Declaration**

Dated at_____this _____day of _____, 2023.
              (City/State/Province/Country)

INFINISET, INC.

Signature: _____
                 (Authorized Signatory of the Applicant)

Name: _____

Title: _____

---

**The Definition of a Small Entity.**

Rule 44(2) of the *Patent Rules* provides:

The small entity status condition is that

(a) in respect of an application for a patent — other than a PCT national phase application or a divisional application — the applicant of the application on the filing date is, on that date, an entity that has 50 employees or less or is a university, other than

(i) an entity that is controlled directly or indirectly by an entity, other than a university, that has more than 50 employees, or

(ii) an entity that has transferred or licensed, or has an obligation other than a contingent obligation to transfer or license, any right or interest in a claimed invention to an entity, other than a university, that has more than 50 employees;

(b) in respect of an international application, the applicant of the application on the national phase entry date is, on that date, an entity that has 50 employees or less or is a university, other than an entity referred to in subparagraph (a)(i) or (ii); and

(c) in respect of a divisional application, the applicable requirements of this subsection are met in respect of the original application.

---

, i

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 11

# Canada | SOE - INF01CA.pdf

EXHIBIT PAT-B

Canada_SOE - INF01CA.pdf

SHA-256 Hash of Source File:  b531f5a57e61d6a0d3e9b2e594f65657e370644d194ef34129989e0f128983bf

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

BEFORE THE CANADIAN INTELLECTUAL PROPERTY OFFICE

| | |
|---|---|
| Applicant: | INFINISET, INC. |
| Inventor: | Matthew GUERTIN |
| Title: | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT |
| PCT No: | US2022/020919 |
| PCT Filing Date: | March 18, 2022 |
| Priority: | US Application No.: 63163135 filed March 19, 2021 |
| Our File: | 4543-193-13u |

**Statement of Entitlement**

The applicant is INFINISET, INC. whose full post office address is 5832 Lincoln Dr, Suite 222, Edina, MN 55436, United States, and the applicant is entitled to apply for a patent for the subject invention.

Dated at _____, this
                  (place of execution; city/state/country)

_____ day of _____, 2023.

INFINISET, INC.

Signature:_____
              (Authorized signatory of the Applicant)

Name:_____

Title:_____

**Witness:**
Signature:_____

Name:_____

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 12

# Israel | INF01IL - National Entry Receipt.pdf

## EXHIBIT PAT-B

Israel_INF01IL - National Entry Receipt.pdf

SHA-256 Hash of Source File:  53a5c078660e717cb59f9ea0cc4066bbdcb1b2766f0943d6bb06c47c816d2771

Page: 1 of 2       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

| State of Israel Patent Office |  | מדינת ישראל רשות הפטנטים |
|---|---|---|

<div align="center">

## אישור הגשת בקשה
## Filing Receipt

</div>

| The data will be published according to law | | המידע עומד להתפרסם לפי החוק |
|---|---|---|
| **Application No** | **305988** | **מספר בקשה** |
| **Title of invention** | | **שם אמצאה** |
| MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT | | הליכון מסתובב ממונע ומערכת ליצירת אשליה של תנועה |

| **Filing Date** | 18/03/2022 | **תאריך הבקשה** |
|---|---|---|
| **Application Date** | 15/09/2023 | **תאריך הגשה** |
| **National Phase Entry** | 15/09/2023 | **תאריך כניסה לשלב הלאומי** |
| **International Application No** | PCT/US2022/020919 | **בקשת פטנט בינלאומית מס'** |
| **International Publication No** | WO/2022/198028 | **פרסום בינלאומי מס'** |

| **Priority Right** | US 63/163,135 19/03/2021 | **דין קדימה** |
|---|---|---|

| **Right Owners** | | **בעלי זכויות** |
|---|---|---|
| **Applicants** | | **מבקשים** |
| INFINISET, INC. | | |
| Customer No: 987296 | | קוד לקוח: 987296 |
| 5832 Lincoln Dr, Suite 222 Edina, MN 55436 | | |
| U.S.A. | | ארה"ב |
| Invention Owner by: Assignment | | בעל אמצאה מכח: העברה |
| **Inventors** | | **ממציאים** |
| GUERTIN, Matthew | | |
| Customer No: 987297 | | קוד לקוח: 987297 |
| 5832 Lincoln Dr, Suite 222 Edina, Minnesota 55436 | | |
| U.S.A. | | ארה"ב |
| **Address for Service** | | **מען להתכתבות** |
| AVI TURIEL | | אבי טוריאל |
| PO Box 4025, | | ת.ד. 4025 |
| TEL MOND, Zip 4063178, | | תל מונד, מיקוד 4063178 |
| Israel | | ישראל |
| avi@avituriel.com | | avi@avituriel.com |
| **Reference** | 4933 | **סימוכין** |

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Israel | INF01IL - National Entry Receipt.pdf

EXHIBIT PAT-B

Israel_INF01IL - National Entry Receipt.pdf
SHA-256 Hash of Source File: 53a5c078660e717cb59f9ea0cc4066bbdcb1b2766f0943d6bb06c47c816d2771

Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

אישור זה כשהוא חתום בחותמת רשות הפטנטים מהווה אישור הגשת בקשה בלבד ואינו מהווה תעודה המעידה על רישום הפטנט. במידה ונמצא שיבוש
בקליטת הנתונים כפי שהם מופיעים באישור זה הינכם מתבקשים להעיר את הערותיכם תוך עשרה ימים מהיום.



| | |
|---|---|
| **Register of Patents** | רשם הפטנטים |
| **As of**              15/09/2023 | מצב ליום |

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 14**

# Japan | INF01JP - National Entry Receipt.pdf

EXHIBIT PAT-B

Japan_INF01JP - National Entry Receipt.pdf

SHA-256 Hash of Source File:  2a84da34b8f56b27bf3bfd1cdce3f920d0f26e73745b2c0277a324c3ea23c0ce

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

1/E

受 領 書

令 和 　５年　９月１４日
特 許 庁 長 官

識別番号　　　　　１００１１４７７５
氏名（名称）　　　高岡　亮一　　　　　　　　　様

以下の書類を受領しました。

| 項番 | 書類名 | 整理番号 | 受付番号 | 提出日 | 出願番号通知（事件の表示） | アクセスコード |
|---|---|---|---|---|---|---|
| 1 | 国内書面 | Q231112US1 | 52301980878 | 令 5. 9.14 | PCT/US2022/ 20919 | |

以　上

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 15

# Japan | INF01JP - National Entry Receipt.pdf

EXHIBIT PAT-B

Japan_INF01JP - National Entry Receipt.pdf

SHA-256 Hash of Source File:  2a84da34b8f56b27bf3bfd1cdce3f920d0f26e73745b2c0277a324c3ea23c0ce

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

整理番号：Q231112US1_PCT/US2022/020919（Proof） 提出日：令和 5年 9月14日　　　1/E

| | |
|---|---|
| 【書類名】 | 国内書面 |
| 【整理番号】 | Q231112US1 |
| 【提出日】 | 令和 5年 9月14日 |
| 【あて先】 | 特許庁長官　殿 |
| 【出願の表示】 | |
| 　【国際出願番号】 | PCT/US2022/020919 |
| 　【出願の区分】 | 特許 |
| 【発明者】 | |
| 　【住所又は居所】 | アメリカ合衆国，ミネソタ州　５５４３６，イーダイナ，スイート　２２２，５８３２　リンカーン　ドライブ |
| 　【氏名】 | ゲルタン，マシュー |
| 【特許出願人】 | |
| 　【住所又は居所】 | アメリカ合衆国，ミネソタ州　５５４３６，イーダイナ，スイート　２２２，５８３２　リンカーン　ドライブ |
| 　【氏名又は名称】 | インフィニセット，インコーポレイテッド |
| 【代理人】 | |
| 　【識別番号】 | 100114775 |
| 　【弁理士】 | |
| 　【氏名又は名称】 | 高岡　亮一 |
| 【選任した代理人】 | |
| 　【識別番号】 | 100121511 |
| 　【弁理士】 | |
| 　【氏名又は名称】 | 小田　直 |
| 【選任した代理人】 | |
| 　【識別番号】 | 100202751 |
| 　【弁理士】 | |
| 　【氏名又は名称】 | 岩堀　明代 |
| 【選任した代理人】 | |
| 　【識別番号】 | 100208580 |
| 　【弁理士】 | |
| 　【氏名又は名称】 | 三好　玲奈 |
| 【選任した代理人】 | |
| 　【識別番号】 | 100191086 |
| 　【弁理士】 | |
| 　【氏名又は名称】 | 高橋　香元 |
| 【手数料の表示】 | |
| 　【指定立替納付】 | |
| 　【納付金額】 | 14,000円 |

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 16

# Japan | INF01JP - National Entry Reporting Letter.pdf
## EXHIBIT PAT-B

Japan_INF01JP - National Entry Reporting Letter.pdf
SHA-256 Hash of Source File: 820a28d562dd65011639ef1aa3f885c765c6ff0ec2c5d4e1259a3442bf4ceabb
Page: 1 of 1     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



Takaoka IP
Ikebukuro Tosei Building, 5th Floor
5-4-7 Nishi-Ikebukuro,
Toshima-ku, Tokyo 171-0021 Japan
Tel +81-3-5953-5290 Fax +81-3-5953-5293
ip@takaokalaw.com www.takaokalaw.com

September 14, 2023

Patent International
1270 Ave of the Americas
7th Fl, New York
NY 10020
U.S.A.

<u>VIA EMAIL ONLY</u>

Re:    Entry into National Phase in Japan
       Based on PCT/US2022/020919 filed on March 18, 2022
       Applicant: INFINISET, INC.
       Your Ref.: INF01JP
       Our Ref.: Q231112US1

Dear Colleagues:

We submitted the Form for Entry into the National Phase in Japan on September 14, 2023 for the above-mentioned application. Please find a copy of the submitted document enclosed.

We will submit the Japanese translation of the original application within two months from the date of submitting the Form, that is, by November 14, 2023.

Please note that a Request for Examination must be filed within 3 years from the international filing date, that is, by <u>March 18, 2025.</u> This due date cannot be extended.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

Ryoichi TAKAOKA

RT/mk

Encl.:   1. Form for Entry into the National Phase in Japan and Official Receipt

Url 1: link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
Url 4: drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 17

# Malaysia | INF01MY - National Entry Receipt.pdf

EXHIBIT PAT-B

Malaysia_INF01MY - National Entry Receipt.pdf

SHA-256 Hash of Source File: 496fd58db3bb6881c5345fce327dad6e09036b1d459c1bf07287612f4b4aa327

Page: 1 of 3     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| | |
|---|---|
| **Patents Form No. 2A**<br>PATENTS ACT 1983 AND PATENTS REGULATIONS 1986<br><br>ENTERING NATIONAL PHASE FOR INTERNATIONAL APPLICATION<br>[Sections 17A, 78O(1) and 78OA(1)]<br>[Regulation 25A(1)]<br><br>To : The Registrar of Patents<br>    Patents Registration Office<br>    Kuala Lumpur, Malaysia | For Official Use<br><br>APPLICATION NO. : PI2023005571<br>Filing Date: 18 March 2022<br>Application received on: 18 September 2023<br>Fee received on : 18 September 2023<br>Amount : RM 290<br>*Cheque / Postal Order / Bank Draft/Local Order / Credit Card/ Debit Card No. :<br>IPOL2023000000050555 |
| Please submit this Form in duplicate together with the prescribed fee and/or reinstatement fee for international application. | Applicant's or Agent's file reference : NATL/L/1869-23/PTT/PA/MY |

I.   APPLICANT(S):

| | | |
|---|---|---|
| Name | : | INFINISET, INC. |
| I.C./Passport No. | : | |
| Address | : | 5832 Lincoln Dr, Suite 222Edina, MN 55436 55436<br>United States Of America (US) |
| Address for service in Malaysia | : | NG, ARLENE TAN & LEONG , 38-2, JALAN BANGSAR UTAMA 1,, 59000 Wilayah Persekutuan Kuala Lumpur, Malaysia |
| Nationality | : | United States Of America (US) |
| *Permanent residence or principal place of business | : | NG, ARLENE TAN & LEONG , 38-2, JALAN BANGSAR UTAMA 1,, 59000 Wilayah Persekutuan Kuala Lumpur, Malaysia |
| Telephone Number *(field required)* | : | |
| Email address *(field required)* | : | |

II.   THE APPLICANT(S) REQUEST(S) ENTRY INTO THE NATIONAL PHASE IN ACCORDANCE WITH:

           *SECTION  78O      ☒

           *SECTION  78OA   ☐

    INTERNATIONAL APPLICATION NO. : PCT/US2022/020919

III.   TYPE OF PROTECTION:
       ☒  PATENT
       ☐  UTILITY INNOVATION

IV.   AGENT:

    Applicant has appointed a patent agent in the accompanying Patents Form No. 17
        Yes  ☒         No  ☐

    Agent's Registration No. : PA/2011/0227

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 18**

# Malaysia | INF01MY - National Entry Receipt.pdf

EXHIBIT PAT-B

Malaysia_INF01MY - National Entry Receipt.pdf

SHA-256 Hash of Source File:  496fd58db3bb6881c5345fce327dad6e09036b1d459c1bf07287612f4b4aa327

Page: 2 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

V.  DEPOSIT OF MICRO-ORGANISM:  ☐Yes  ☒No

Information of the deposit of micro-organism are as follows:

1.  Name of the Depositary Authority**:

2.  Address of the Depositary Authority**:

3.  Date of deposit:

4.  Accession number of the deposit:

5.  Micro-organism deposited by applicant:     ☐                    ☐

                                               Yes                    No (please fill below)

If the depositor is not the applicant:

Name of depositor:

Address of depositor:

6.  Declaration by the depositor under Regulation 7(1A)(d):

                ☐ Yes            ☒ No

VI.  CHECK LIST :

A.  This application contains the following:
Request

| | | | | |
|---|---|---|---|---|
| 1. | Description (exclude any sequence listing part of the description), see no.6 below | 18 | Sheets | |
| 2. | Claim | 4 | Sheets | |
| | No. Of claim(s) | 20 | | |
| 3. | Abstract | 1 | Sheets | |
| 4. | Drawings | 18 | Sheets | |
| 5. | Sequence listing part of the description (if any) | 0 | | |
| | Total no. of sheets | 41 | Sheets | |

B.  This Form, as filed, is accompanied by the items checked below:

| | | |
|---|---|---|
| 1. | duly signed form for appointment or change of patent agent | ☒ |
| 2. | declaration that inventor does not wish to be named in the patent | ☐ |
| 3. | statement justifying application's right to the patent | ☒ |
| 4. | sequence listing submitted in physical storage computer device | ☐ |
| 5. | statement that certain disclosure be disregarded | ☐ |
| 6. | priority document (certified copy of earlier application) | ☐ |
| 7. | information relating to biological resource or traditional knowledge associated with a biological resource (pursuant to regulation 12(2) Access to Biological Resources and Benefit Sharing Regulations 2020) | ☐ |
| 8. | cheque/postal order/bank draft/local order/credit card/debit card for the payment of application fee | ☒ |
| | | ☐ |
| 9. | Other document (specify) | ☒ |

VII.  ADDITIONAL INFORMATION accompanies this Form:
☒Yes  ☐ No

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 19

# Malaysia | INF01MY - National Entry Receipt.pdf
EXHIBIT PAT-B

Malaysia_INF01MY - National Entry Receipt.pdf

SHA-256 Hash of Source File:  496fd58db3bb6881c5345fce327dad6e09036b1d459c1bf07287612f4b4aa327

Page: 3 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

VIII.   DECLARATION AND SIGNATURE

☐   **By Person Filing the Form**
I, the undersigned, do hereby declare that the information furnished above is true to the best of my knowledge.

☒   **By Agent** (An agent signing this Form on behalf of the applicant shall satisfy himself as to the truth of the declaration)
I, the undersigned, do hereby declare that:

    i.    I have been duly appointed and authorized to act as an agent on behalf of the person(s) filing this form.

    ii.    the information furnished above on behalf of the person(s) filing this form is true to the best of the applicant(s)' knowledge.

| Signature: | LEONG JIN HOONG<br>(*Agent*) |
|---|---|
| Name of signatory: | LEONG JIN HOONG |
| Official capacity of signatory: | Agent |
| **Notes for Official capacity of signatory:**<br>**Applicant(s) or common representative as specified in regulation 11/Authorized person of Applicant(s) as specified in regulation 50/Agent** | |
| If Agent, indicate Agent's Registration No.: | PA/2011/0227 |
| Date: | 18 September 2023 |

**Attention:**
**It is an offence under section 63 of the Patent Act 1983 to make or cause to be made a false entry in any Register and that person may be liable to a fine not exceeding RM15,000.00 (Fifteen Thousand Ringgit) or to imprisonment for a term not exceeding two years or to both.**

\* Delete whichever does not apply
\*\* Depositary Authority refers to International Depositary Authority or National Depositary Authority



**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 20

# Malaysia | PoA - INF01MY.pdf

## EXHIBIT PAT-B

Malaysia_PoA - INF01MY.pdf

SHA-256 Hash of Source File:  e38142df00b7604da304ad150a32c25363408bedde7a10753cf777bcbbf3ed51

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Patents Form No. 17<br>PATENTS ACT 1983 AND PATENTS REGULATION 1986<br><br>APPOINTMENT OR CHANGE OF PATENT AGENT<br>[Section 86(4)]<br>[Regulations 10(3) and 45B(2)]<br><br>To:   The Registrar of Patents<br>        Patent Registration Office<br>        Malaysia | **For Official Use**<br><br>APPLICATION NO.: …………………………………...<br><br>Filing Date: ………………………………………….<br><br>Request received on: ……………………………..……..<br><br>Fee received on: ...…………...……………………………..<br><br>Amount: …………………………………….………………<br><br>*Cheque/Postal Order/Bank Draft/Local Order/Credit Card/ Debit Card No.: …………………………………………… |
|---|---|
| Please submit this Form  together with the prescribed fee. | Applicant's or Agent's file reference:<br>NATL/L/1869-23/PTT/PA/MY……………………………………… |

*I/We the undersigned,

| Name | : | INFINISET, INC. |
|---|---|---|
| Address | : | 5832 Lincoln Dr, Suite 222 Edina, MN 55436, US |

appoint(s)

| Name | : | LEONG JIN HOONG |
|---|---|---|
| Address for service | : | NG, ARLENE TAN & LEONG<br>38-2, JALAN BANGSAR UTAMA 1,<br>59000 KUALA LUMPUR, MALAYSIA |
| Telephone Number (*required*) | : | 012-2393060/03-2283 3990 |
| Email address (*required*) | : | jhleong@natl.com.my/jinhoong@gmail.com |

to act as *my/our agent in connection with the following matter:

☒   *patent application/patent no.: PCT/US2022/020919 ……………….
      Title: …………………………………………………………………
      MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

☐   *certificate application/certificate no.: …………………………..
      Title: …………………………………………………………………

☐   application for a grant of written authority:
      Title: …………………………………………………………………

☐   third party observation patent/certificate application no.:
      …………………………………………………………...

☐   compulsory licence patent no.: ………………………………….

ratify all acts done by the agent on *my/our behalf and request that all notices, requisitions and communications relating thereto be sent to the agent at the above-mentioned said address for service.

Any previous appointment in respect of the same matter is revoked.

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Malaysia | PoA - INF01MY.pdf

EXHIBIT PAT-B

Malaysia_PoA - INF01MY.pdf

SHA-256 Hash of Source File:  e38142df00b7604da304ad150a32c25363408bedde7a10753cf777bcbbf3ed51

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| | |
|---|---|
| Signature: | |
| Name of signatory: | |
| Official capacity of signatory: | |
| **Notes for Official capacity of signatory:** | |
| **Applicant(s)/Owner(s) or common representative as specified in regulation 11/Authorized person of Applicant(s)/Owner(s) as specified in regulation 50** | |
| If Agent, indicate Agent's Registration No.: | PA/2011/0227 |
| Date: | 14.9.2023 |

**Attention:**
**It is an offence under section 63 of the Patent Act 1983 to make or cause to be made a false entry in any Register and that person may be liable to a fine not exceeding RM15,000.00 (Fifteen Thousand Ringgit) or to imprisonment for a term not exceeding two years or to both.**

\* Delete whichever does not apply

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 22

# Malaysia | PoA - INF01MY signed.pdf

## EXHIBIT PAT-B

Malaysia_PoA - INF01MY_signed.pdf

SHA-256 Hash of Source File:  a426d69e7b6a6b2e5703f0ea4c381df551560a2156bbb5ebd747a5584c0dd2b8

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| | |
|---|---|
| **Patents Form No. 17**<br>PATENTS ACT 1983 AND PATENTS REGULATION 1986<br><br>APPOINTMENT OR CHANGE OF PATENT AGENT<br>[Section 86(4)]<br>[Regulations 10(3) and 45B(2)]<br><br>To:   The Registrar of Patents<br>        Patent Registration Office<br>        Malaysia | **For Official Use**<br><br>APPLICATION NO.: ………………………………....<br>Filing Date: …………………………………………<br>Request received on: ……………………………………<br>Fee received on: ...…………………………………<br>Amount: ………………………………………<br>*Cheque/Postal Order/Bank Draft/Local Order/Credit Card/ Debit Card No.: ………………………………… |
| Please submit this Form  together with the prescribed fee. | Applicant's or Agent's file reference:<br>NATL/L/1869-23/PTT/PA/MY ……………………… |

*I/We the undersigned,

| Name | : | INFINISET, INC. |
|---|---|---|
| Address | : | 5832 Lincoln Dr, Suite 222 Edina, MN 55436, US |

appoint(s)

| Name | : | LEONG JIN HOONG |
|---|---|---|
| Address for service | : | NG, ARLENE TAN & LEONG<br>38-2, JALAN BANGSAR UTAMA 1,<br>59000 KUALA LUMPUR, MALAYSIA |
| Telephone Number (required) | : | 012-2393060/03-2283 3990 |
| Email address (required) | : | jhleong@natl.com.my/jinhoong@gmail.com |

to act as *my/our agent in connection with the following matter:

☒   *patent application/patent no.: PCT/US2022/020919
      Title: ...MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT

☐   *certificate application/certificate no.: …………………………...

      Title: ……………………………………………………

☐   application for a grant of written authority:

      Title: ……………………………………………………

☐   third party observation patent/certificate application no.:

      ………………………………………………………...

☐   compulsory licence patent no.: …………………………………

ratify all acts done by the agent on *my/our behalf and request that all notices, requisitions and communications

relating thereto be sent to the agent at the above-mentioned said address for service.

Any previous appointment in respect of the same matter is revoked.

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Malaysia | PoA - INF01MY signed.pdf

EXHIBIT PAT-B

Malaysia_PoA - INF01MY_signed.pdf

SHA-256 Hash of Source File:  a426d69e7b6a6b2e5703f0ea4c381df551560a2156bbb5ebd747a5584c0dd2b8

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| | |
|---|---|
| Signature: | |
| Name of signatory: | *Matthew D. Guertin* |
| Official capacity of signatory: | *President* |
| **Notes for Official capacity of signatory:** | |
| **Applicant(s)/Owner(s) or common representative as specified in regulation 11/Authorized person of Applicant(s)/Owner(s) as specified in regulation 50** | |
| If Agent, indicate Agent's Registration No.: | PA/2011/0227 |
| Date: | 14.9.2023 |

**Attention:**
**It is an offence under section 63 of the Patent Act 1983 to make or cause to be made a false entry in any Register and that person may be liable to a fine not exceeding RM15,000.00 (Fifteen Thousand Ringgit) or to imprisonment for a term not exceeding two years or to both.**

\* Delete whichever does not apply

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 24**

# Mexico | INF01MX - National Entry Receipt.pdf

## EXHIBIT PAT-B

Mexico_INF01MX - National Entry Receipt.pdf

SHA-256 Hash of Source File: dbffd4c36803b1239e82050531a4226967cf09e94e39f15bd3be9f215f367041

Page: 1 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



MX/E/2023/066114




**MX/a/2023/011029**

---

**DIRECCIÓN DIVISIONAL DE PATENTES.**

**SUBDIRECCIÓN DIVISIONAL DE PROCESAMIENTO ADMINISTRATIVO DE PATENTES.**

**COORDINACIÓN DEPARTAMENTAL DE RECEPCIÓN Y CONTROL DE DOCUMENTOS.**

---

**EXPEDIENTE:** MX/a/2023/011029

**FOLIO DE RECEPCIÓN:** MX/E/2023/066114

**IDENTIFICADOR DE LA SOLICITUD:** 155839

**LUGAR, FECHA Y HORA DE RECEPCIÓN DE LA SOLICITUD:**
CIUDAD DE MÉXICO 19/09/2023 10:30:08

---

**ACUSE DE RECIBO DE LA SOLICITUD DE:**

Patente

**SOLICITANTE(S)**

INFINISET, INC.

**REPRESENTANTE LEGAL:**

Hector Mauricio DE HOYOS KOLOFFON

**DOCUMENTOS DE LA SOLICITUD:**

| DOCUMENTO | NOMBRE ARCHIVO | TAMAÑO | HOJA(S) |
|---|---|---|---|
| SOLICITUD | Solicitud_000155839_19_09_2023.pdf | 299.68 KB | 4 |
| COMPROBANTE DE PAGO | Pago.pdf | 22.77 KB | 1 |
| CARTA PODER SIMPLE | 0323_230919092854_001.pdf | 512.17 KB | 1 |
| MEMORIA_TECNICA | Memoria Técnica.pdf | 282.75 KB | 26 |
| DIBUJOS | DIBUJOS.pdf | 3329.16 KB | 18 |
| DOCUMENTO DE PRIORIDAD | PRIORIDAD.pdf | 2807.59 KB | 44 |

TOTAL DE HOJAS: 94 (No se incluyen hoja(s) del acuse)

Los documentos adjuntos están sujetos al estudio correspondiente que el Instituto Mexicano de la Propiedad Industrial realice de conformidad con la Ley Federal de Protección a la Propiedad Industrial o la Ley de la Propiedad Industrial, según sea el caso, considerando la fecha de recepción de su solicitud; así como de conformidad al Reglamento de la Ley de la Propiedad Industrial, aplicable a ambas legislaciones en términos de lo dispuesto por los artículos Transitorios Cuarto y Noveno del Decreto por el que se expide la Ley Federal de Protección a la Propiedad Industrial, publicado el día 01 de julio de 2020 en el diario oficial de la federación

La presente solicitud se recibe en términos del Acuerdo por el que se establecen lineamientos en materia de servicios electrónicos del Instituto Mexicano de la Propiedad Industrial; por lo tanto, previo a su presentación, el usuario aceptó lo siguiente:

I.- Que el trámite se efectúe, desde su inicio hasta su conclusión, a través de medios de comunicación electrónica;

II.- Bajo protesta de decir verdad, que revisó en la vista previa la información capturada y los anexos a la solicitud y que éstos son correctos; así mismo que, una vez concluido el proceso, no podría editar o variar la información o sus anexos;

III.- Bajo protesta de decir verdad, indicó que la información capturada es cierta;

IV.- Consultar su tablero, al menos, los días quince y último de cada mes, o bien, el día hábil siguiente si alguno de éstos fuere inhábil y que, en caso de no hacerlo, la notificación se tendría por hecha el día hábil siguiente a los días quince y último de cada mes, y

V.- Dar aviso por escrito, a través del correo electrónico buzon@impi.gob.mx, a la Dirección Divisional de Patentes, dentro de los tres días hábiles siguientes a aquel en que se vea imposibilitado, por causas imputables al Instituto, a consultar el tablero o abrir los archivos depositados en el mismo, en los días señalados en la fracción IV anterior.

A efecto de que los documentos presentados a través del Sistema de Patentes en Línea, produzcan los mismos efectos que los

Url 1: link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
Url 4: drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Mexico | INF01MX - National Entry Receipt.pdf

## EXHIBIT PAT-B

Mexico_INF01MX - National Entry Receipt.pdf

SHA-256 Hash of Source File: dbffd4c36803b1239e82050531a4226967cf09e94e39f15bd3be9f215f367041

Page: 2 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]





MX/a/2023/011029

MX/E/2023/066114

Asimismo, desde su registro en el Portal de Acceso a Servicios Electrónicos, manifestó reconocer como propia la CURP, la cual no podrá ser sustituida con posterioridad; reconoció como propia y válida la dirección de correo electrónico proporcionada y aceptó que en ella se le envíe cualquier comunicación relacionada con la cuenta; aceptó que el uso de la contraseña queda bajo su exclusiva responsabilidad y que deberá notificar oportunamente al Instituto, cualquier situación que pudiera implicar un uso indebido; reconoció como propia, veraz y auténtica la información que envíe a través del PASE o de los servicios electrónicos del Instituto, ya sea haciendo uso de su CURP y contraseña o, en su caso, su e-firma; aceptó que el uso de su CURP y contraseña o, en su caso, e-firma, por persona distinta quedará bajo su exclusiva responsabilidad y acepta como propia la información que ésta envíe o descargue a través del PASE o de los servicios electrónicos del Instituto; asumió cualquier tipo de responsabilidad derivada del mal uso que hagan de su CURP y contraseña o, en su caso, su e-firma; y reconoció que el simple uso de los servicios electrónicos del Instituto constituye la aceptación más amplia de las condiciones señaladas en el artículo 11 del Acuerdo por el que se establecen lineamientos en materia de servicios electrónicos del Instituto Mexicano de la Propiedad Industrial.

El presente documento electrónico ha sido firmado mediante el uso de la firma electrónica avanzada por el servidor público com amparada por un certificado digital vigente a la fecha de su elaboración, y es válido de conformidad con lo dispuesto en los artí fracción I de la Ley de Firma Electrónica Avanzada y artículo 12 de su Reglamento.
El presente documento electrónico, su integridad y autoría, se podrá comprobar en www.gob.mx/impi.
Asimismo, se emitió conforme lo previsto por los artículos 1° fracción III; 2° fracción VI; 37, 38 y 39 del Acuerdo por el que se est lineamientos en materia de Servicios Electrónicos del Instituto Mexicano de la Propiedad Industrial.



**Cadena Original**

JAVIER ARIZMENDI SHO|00001000000514523498|SERVICIO DE ADMINISTRACION TRIBUTARIA|155839| MX/a/2023/011029|MX/E/2023/066114|19/09/2023 10:30:08|Documento_Firma_Electronica.pdf|1|14196.75 KB| YTSX48EC2Du1YbPQSHUu8aLYXII=

**Sello Digital**

h4XMmYch0b8xZ7G9iNuvGpEnGKjtTiYRzTNyymxMUt6Sgewomb0fl5jZuTl4n16VQThkRLZ65lMV1u/RolDTATBnwmTsH6sjKw FlF2t7dgJTGbH1KLQkdex0UM
+sE4wNR31dOqARHtuNxjxJU/rBox6OUOeQl0i/6qCFMBqgeqaf4f2TkzC2Gk3kLdyt5ciNcvkpUgxW2x
+awK6f6PxjnXxs7OzbcyfII/cHxy4dtYB6bDmEsmCZnXk5IPEvDG/c52xadgSBil3Sauq
+QPVdy6VOlmFhdX8VXIAPswnM4uE5NvJl5ExpNWTT3k6UXwExiKB6MYFaSKEGaOuylIBSOg==

Para verificar la autenticidad del presente documento, podrá ingresar a la página electrónica https://validadocumento.impi.gob.mx/, escaneando el código bidimensional QR que aparece a un costado de la e-firma del Servidor Público que signó el mismo, indicando, en su caso, el tipo de documento que pretende validar (solicitud, acuse, oficio o promoción); lo anterior, con fundamento en lo dispuesto por los artículos 1° fracción III; 2° fracción VI; 37, 38 y 39 del Acuerdo por el que se establecen lineamientos en materia de Servicios Electrónicos del Instituto Mexicano de la Propiedad Industrial; en caso de no contar con lector QR o en su defecto no pueda ser leído por su dispositivo, digitar en la página antes referida el siguiente código: Emvot66vJRDBIHMlkF4hStStVN0=

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 26**

# Mexico | INF01MX - National Entry Receipt.pdf

## EXHIBIT PAT-B

Mexico_INF01MX - National Entry Receipt.pdf

SHA-256 Hash of Source File: dbffd4c36803b1239e82050531a4226967cf09e94e39f15bd3be9f215f367041

Page: 3 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

MX/a/2023/011029

**gob mx**

## Instituto Mexicano de la Propiedad Industrial

**REPRESENTACIÓN DE LA SOLICITUD DE REGISTRO DE PATENTE ENVIADA A TRAVÉS DEL PORTAL DE ACCESO A SERVICIOS ELECTRÓNICOS (PASE).**

| Homoclave del formato | Folio |
|---|---|
| IMPI-00-009 | Folio: MX/E/2023/066114 |

| Fecha de solicitud del trámite |
|---|
| 19  \|  09  \|  2023 |

### Datos generales de la solicitud

| | |
|---|---|
| ◉ Solicitud de Patente     **PCT**<br>◉ Solicitud de Registro de Modelo de Utilidad<br>◉ Solicitud de Registro de Diseño Industrial<br>   Especifique cual:<br>     ◉ Modelo Industrial   ◉ Dibujo Industrial | Expediente: MX/a/2023/011029<br>ID Solicitud: 155839<br>Fecha: 19/09/2023 10:30:08 |

### Datos del (de los) solicitante(s)

| Personas físicas | Personas morales |
|---|---|
| CURP: | RFC: |
| Nombre(s): | Denominación o razón social:<br>INFINISET, INC. |
| Primer apellido: | |
| Segundo apellido: | |
| Nacionalidad: | Nacionalidad: ESTADOS UNIDOS DE NORTEAMÉRICA |
| Teléfono (Lada, Número, Extensión): | Teléfono (Lada, Número, Extensión): |
| Correo electrónico: | Correo electrónico: |

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Mexico | INF01MX - National Entry Receipt.pdf

## EXHIBIT PAT-B

Mexico_INF01MX - National Entry Receipt.pdf

SHA-256 Hash of Source File: dbffd4c36803b1239e82050531a4226967cf09e94e39f15bd3be9f215f367041

Page: 4 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

**MX/a/2023/011029**

**gob mx**

### Instituto Mexicano de la Propiedad Industrial

### Domicilio del (de los) solicitante(s)

Código postal: 55436

Calle: LINCOLN DR.

| Número exterior: 5832 | Número interior: SUITE 222 |
|---|---|
| Colonia: | |
| Municipio o delegación: EDINA | Localidad: |
| Estado o entidad federativa: MINNESOTA | Entre calles: |
| País: ESTADOS UNIDOS DE NORTEAMÉRICA | |

### Datos del (de los) inventor(es) /diseñador(es)

CURP:

Nombre(s): Matthew

Primer apellido: GUERTIN

Segundo apellido:

Nacionalidad: ESTADOS UNIDOS DE NORTEAMÉRICA

Teléfono (Lada, Número, Extensión):

Correo electrónico:          ◉ Continúa en anexo

### Domicilio del (de los) inventor(es)/diseñador(es)

Código postal: 55436

Calle: LINCOLN DR.

| Número exterior: 5832 | Número interior: SUITE 222 |
|---|---|
| Colonia: | |
| Municipio o delegación: EDINA | Localidad: |
| Estado o entidad federativa: MINNESOTA | Entre calles: |

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 28**

# Mexico | INF01MX - National Entry Receipt.pdf

## EXHIBIT PAT-B

Mexico_INF01MX - National Entry Receipt.pdf

SHA-256 Hash of Source File: dbffd4c36803b1239e82050531a4226967cf09e94e39f15bd3be9f215f367041

Page: 5 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

MX/a/2023/011029

**gob mx**

### Instituto Mexicano de la Propiedad Industrial

#### Datos del (de los) apoderado(s)

| | |
|---|---|
| CURP: HOKH790625HDFYLC06 | RGP: |
| Nombre(s): Hector Mauricio | Personas autorizadas para oír/recibir notificaciones: Paloma GOMEZ ROEL, Miguel Angel VELA ARELLANO, Alejandr Mayela GARZA DOMINGUEZ, Miriam Anett GARCIA LOPEZ |
| Primer apellido: DE HOYOS | |
| Segundo apellido: KOLOFFON | |
| Nacionalidad: MÉXICO | |

Teléfono (Lada, Número, Extensión): 8182526013

Correo electrónico: info@dhklaw.mx     ◉ Continúa en anexo

#### Domicilio del (de los) apoderado(s)

Código postal: 64060

Calle: PADRE MIER

| | |
|---|---|
| Número exterior: 1557 PTE. | Número interior: |

Colonia: OBISPADO

| | |
|---|---|
| Municipio o delegación: MONTERREY | Localidad: |
| Estado o entidad federativa: NUEVO LEÓN | Entre calles: |

País: MÉXICO

#### Datos de la Solicitud

Denominación o título de la invención: CAMINADORA ROTATORIA MOTORIZADA Y SISTEMA PARA CREAR LA ILUSIÓN DE MOVIMIENTO

Fecha divulgación previa:

#### Divisional de la solicitud

Fecha presentación:

Número:

Figura jurídica:

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Mexico | PoA - INF01MX.pdf

## EXHIBIT PAT-B

Mexico_PoA - INF01MX.pdf

SHA-256 Hash of Source File: a5cd1771495d226d21f94ba5fb70ba6d1fdcf1d9cd56cb8393c5771b2dfc11ba

Page: 1 of 2    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

---

**M E X I C O**
**KOLOFFON & ASOCIADOS**

**De Hoyos**

PADRE MIER No. 1557, PTE., COL. OBISPADO
MONTERREY, N.L., C.P. 64060, MEXICO
TEL. +52 (81) 83 40 25 25
FAX + 52 (81) 83 40 25 55

| POWER OF ATTORNEY | CARTA PODER |
|---|---|

**Messrs. HÉCTOR MAURICIO DE HOYOS KOLOFFON, ALEJANDRA MAYELA GARZA DOMINGUEZ, MIRIAM ANETT GARCÍA LÓPEZ, PALOMA GOMEZ ROEL, MIGUEL ÁNGEL VELA ARELLANO, and/or MARIA TERESA KOLOFFON Y LOPEZ.**

To duly perform and carry into effect the power of attorney herein conferred, you are hereby given all the general powers as well as those particular powers which require special authorization, therefore you may file all kind of applications and writs before authorities and individuals; pay taxes and official fees as well as any other necessary expenditure; give consents to third parties with respect to their Intellectual property rights; limit goods and services and make clarifications; cancel trademark registrations, patents, utility models, industrial designs and any other type of registrations; hear, receive, and reply to official notifications, resolutions, and decisions, and to contest them before the corresponding authority; renew trademark applications; to file and prosecute declarations of nullity or caducity of trademark registrations, patents, utility models, industrial designs, and any other type of registrations of third parties; to take any and all legal actions against those infringing the rights of my represented; to file applications, specifications, amendments, oppositions, declarations, appeals and claims; record assignments, prove working, obtain certified copies, file renewals, receive documents, titles and grants; to file domain name complaints; to file criminal complaints; to appear as the offended party in federal and local criminal proceedings; to submit controversies to arbitration; to intervene in the conciliation proceedings established in the related Laws; to file and withdraw "Amparo" suits and to intervene as prejudiced third party; to substitute this power of attorney in favor of the person or persons that you deem convenient, and in general, to perform all necessary acts that you consider necessary to exercise the power of attorney herein conferred

This power of attorney has been granted in accordance with all the applicable laws.

**Sres. HÉCTOR MAURICIO DE HOYOS KOLOFFON, ALEJANDRA MAYELA GARZA DOMINGUEZ, MIRIAM ANETT GARCÍA LÓPEZ, PALOMA GOMEZ ROEL, MIGUEL ÁNGEL VELA ARELLANO, y/o MARIA TERESA KOLOFFON Y LOPEZ.**

Para el debido desempeño y ejecución del Poder aquí conferido, se les otorgan las más amplias facultades, tanto generales como especiales que requieran de cláusula especial, por lo que podrán presentar toda clase de solicitudes y ocursos ante autoridades y particulares; pagar impuestos, derechos y aprovechamientos, así como cualquier otro gasto que sea necesario; otorgar consentimientos a terceros en relación con los derechos de Propiedad Intelectual de mi representada; limitar productos o servicios y hacer aclaraciones; cancelar registros marcarios, patentes, modelos de utilidad, diseños industriales y cualquier otro tipo de registros; oír notificaciones, proveídos y resoluciones, contestarlas y recurrirlas, en su caso, ante la autoridad competente; renovar derechos marcarios; solicitar y tramitar declaraciones de nulidad, infracción o de caducidad de registros marcarios, patentes, modelos de utilidad, diseños industriales y cualquier otro tipo de registros de terceros, ejercitar cualquier tipo de acción legal en contra de aquellos que infrinjan los derechos de mi representada; elevar solicitudes, formular descripciones, enmiendas, oposiciones, declaraciones, apelaciones y reclamaciones, registrar cesiones, justificar explotaciones, solicitar testimonios y renovaciones, recibir documentos, títulos; presentar denuncias sobre nombres de dominio; presentar denuncias penales y/o comparecer como parte ofendida en dichos procedimientos (federal y local); someter controversias al Arbitraje, intervenir en los procedimientos conciliatorios establecidos en las leyes relativas; promover y desistirse de juicios de Amparo e intervenir como Tercero Perjudicado; desistirse de cualquier trámite iniciado por Ustedes; sustituir este Poder a favor de la persona o personas que considere conveniente, y en general, realizar todos los actos que estimen necesarios para ejercer el Poder aquí conferido.

Este Poder ha sido otorgado en concordancia con las leyes aplicables.

Date and place [city and country] of execution: Edina, Minnesota, USA.

Fecha y lugar [ciudad y país] en que se otorgó: Edina, Minnesota, Estados Unidos de América

| Signature/*firma* > | |
|---|---|
| < Company name/*Nombre de la sociedad* | **INFINISET, INC.** |
| By/*Por*: | |
| < Position/*Puesto* | |

Witness/*Testigo*:          Witness/*Testigo*:

&lt;
Signature/*firma*
&lt;
Name/*Nombre*>
< Full address >
< *domicilio completo* >

The capacity of the legal representative signing this power of attorney is evidenced in _____ (type of corporate document, e.g. Meeting of the board, articles of incorporation, by-laws, special resolution): Number _____, dated _____, in the City of _____, country _____.

Las facultades del representante legal que firma esta carta poder constan en (tipo de documento corporativo, e.g. junta de consejo, artículos de incorporación, estatutos, resolución especial): Número _____, de fecha _____, en la ciudad de _____, país _____.

---

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

# Mexico | PoA - INF01MX.pdf

EXHIBIT PAT-B

Mexico_PoA - INF01MX.pdf

SHA-256 Hash of Source File: a5cd1771495d226d21f94ba5fb70ba6d1fdcf1d9cd56cb8393c5771b2dfc11ba

Page: 2 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

MEXICO
KOLOFFON & ASOCIADOS

De Hoyos

PADRE MIER No. 1557, PTE., COL. OBISPADO
MONTERREY, N.L., C.P. 64060, MEXICO
TEL. +52 (81) 83 40 25 25
FAX + 52 (81) 83 40 25 55

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 31

# Nigeria | INF01NG - National Entry Receipt.pdf

EXHIBIT PAT-B

[Nigeria_INF01NG - National Entry Receipt.pdf](#)

SHA-256 Hash of Source File:  a3169dd2c7e5338c8e9a7922df739a4ac17c3220b8698d38bd13b82f39321978

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

14/09/2023, 19:42　　　　Federal Ministry of Industry,Trade & Investment



FEDERAL REPUBLIC OF NIGERIA
FEDERAL MINISTRY OF INDUSTRY, TRADE AND INVESTMENT
COMMERCIAL LAW DEPARTMENT
PATENTS AND DESIGNS ACT CAP 344, LFN 1990
**PATENT ACKNOWLEDGMENT FORM**

| | | | |
|---|---|---|---|
| RRR | 250899158483 | OAI | IPONMW638303169615881950 |
| FILING DATE | **Sep 14, 2023** | FILE NO | **F/PT/PCT/2023/9119** |
| TRANSACTION AMOUNT | **27900.00** | FILING TIME | |

| PATENT INFORMATION | | | |
|---|---|---|---|
| APPLICATION TYPE | **Patent** | PATENT TYPE | **PCT** |

| TITLE OF PATENT | | | |
|---|---|---|---|
| MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT | | | |

| APPLICANT INFORMATION | | | |
|---|---|---|---|
| APPLICANT 1 | | | |
| NAME | **INFINISET, INC.** | ADDRESS | **5832 Lincoln Dr, Suite 222 Edina, MN 55436, US** |
| PHONE NUMBER | **014540666** | EMAIL | **info@bocsolicitors.com** |
| NATIONALITY | **United States of America** | | |

| INVENTOR INFORMATION | | | |
|---|---|---|---|
| INVENTOR 1 | | | |
| NAME | **GUERTIN, Matthew** | ADDRESS | ███ |
| PHONE NUMBER | **014540666** | EMAIL | **info@bocsolicitors.com** |
| NATIONALITY | **United States of America** | | |

| ASSIGNMENT INFORMATION | | | |
|---|---|---|---|
| **DATE OF ASSIGNMENT** | | | |
| ASSIGNEE NAME | **null** | ASSIGNMENT ADDRESS | **null** |
| ASSIGNEE NATIONALITY | **NOT APPLICABLE** | | |
| ASSIGNOR NAME | **null** | ASSIGNOR ADDRESS | **null** |
| ASSIGNOR NATIONALITY | **NOT APPLICABLE** | | |

| PRIORITY INFORMATION | | | |
|---|---|---|---|

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 32**

# Nigeria | INF01NG - National Entry Receipt.pdf

EXHIBIT PAT-B

Nigeria_INF01NG - National Entry Receipt.pdf

SHA-256 Hash of Source File:  a3169dd2c7e5338c8e9a7922df739a4ac17c3220b8698d38bd13b82f39321978

Page: 2 of 2    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

14/09/2023, 19:42                                    Federal Ministry of Industry,Trade & Investment

| S/N | COUNTRY | APPLICATION NO | DATE |
|---|---|---|---|
| 1 | (Not Specified) | PCT/US2022/020919 | Mar 18, 2022 |
| 2 | United States of America | 63/163,135 | Mar 19, 2021 |

| ADDRESS FOR SERVICE | | | |
|---|---|---|---|
| ATTORNEY NAME | **Bolaji Olowofoyeku & Co** | ATTORNEY ADDRESS | **Suite K-135, Road 5, Ikota Complex, Ajah. Lagos** |
| COUNTRY | **Suite K-135, Road 5, Ikota Complex, Ajah. Lagos** | PHONE NUMBER | **014540666** |
| STATE | **LAGOS** | EMAIL | **info@bocsolicitors.com** |

| --- ADDRESS OF SERVICE IN NIGERIA --- | |
|---|---|
| ATTORNEY CODE : | CLD/RA/0108 |
| ATTORNEY NAME : | Bolaji Olowofoyeku & Co |
| STATE : | LAGOS |
| ADDRESS : | Suite K-135, Road 5, Ikota Complex, Ajah. Lagos |
| PHONE NUMBER : | 014540666 |
| E-MAIL : | info@bocsolicitors.com |

| --- DOCUMENTS ATTACHED DURING APPLICATION FILING--- | |
|---|---|
| Claims | ATTACHED |
| Letter Of Authorization | ATTACHED |
| PCT Document | ATTACHED |
| Complete Specification Form | ATTACHED |

**YOUR APPLICATION HAS BEEN RECEIVED AND IS RECEIVING DUE ATTENTION**
**TRADEMARKS, PATENTS AND DESIGNS REGISTRY**
**COMMERCIAL LAW DEPARTMENT**
**FEDERAL MINISTRY OF INDUSTRY, TRADE AND INVESTMENT**



**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 33**

# Philippines | PoA - INF01PH.pdf

EXHIBIT PAT-B

Philippines_PoA - INF01PH.pdf

SHA-256 Hash of Source File: 3d390700b677a320c2bda0f0ef1e6df06905a46d48dc908e1ea073b9e1249d55

Page: 1 of 1      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

**POWER OF ATTORNEY**
**AND APPOINTMENT OF RESIDENT AGENT**
(Patent)
(By Applicant)

**KNOW ALL MEN BY THESE PRESENTS:**

The undersigned/s, officer/authorized representative of

**INFINISET, INC.**

with principal business address at 5832 Lincoln Dr, Suite 222, Edina, MN 55436, U.S.A.,

owner/assignee of the following invention:

**MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT (PCT/US2022/020919)**

hereby appoints **OPTMARKS Brand Protection & Intellectual Property Consultancy Philippines**, and/or its Director Atty. Arjel P. de Guzman or any of its lawyers, patent/trademark agents, or consultants, with office at UB, 111 Paseo de Roxas Building, Legaspi Village, Makati City 1229, Metro Manila, Philippines, to file and prosecute the above-identified application/patent/registration, to maintain said patent/registration by executing appropriate maintenance documents for Annual Fee, with full power of substitution, and revocation, make alterations and amendments therein, to receive the Letters Patent Certificate, and to transact all business in connection therewith, including submitting and recording of the assignment at the Patent Registry, if there be any.

Signed at _____ on this _____ day of September 2023.

**INFINISET, INC.**
Applicant

By:

_____
Name and title/position of
authorized representative

(Notarization/Authentication not required)

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

**EXHIBIT PAT-B | p. 34**

# UAE | INF01AE - National Entry Receipt.pdf

EXHIBIT PAT-B

UAE_INF01AE - National Entry Receipt.pdf

SHA-256 Hash of Source File: 83eb51dbde55e2307f7c5674c1329c49837fe6b672c6f6132133603c06ca202e

Page: 1 of 1  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]



## Patents and Industrial Designs

| | |
|---|---|
| **Reference Number :** | MOE-DIP-92-4241846-20230916 |
| **Payment Date :** | 16/09/2023 11:59:07 |
| **Step Number :** | 9595026 |
| **Filing Number :** | P6002345/2023 |

| Payment Method | Payment Result | Receipt Number |
|---|---|---|
| Pay Web | 0000 : Transaction was processed successfully. | 169185523727223359 |

| Service Name | Service Code | Quantity | Amount |
|---|---|---|---|
| Application registration of protecting industrial property rights for patents ( for corporate persons) | 1134100307 | 1 | 2000 AED |

| Fees | Total Amount |
|---|---|
| 14.28 AED | 2014.28 AED |

**Url 1:** link.storjshare.io/raw/jwxz42cx7dwzvrpqzese2t6tbglq/file/EXHIBIT PAT-B_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/5e1a7b69-848a-44a8-bbf9-69d2a24cbeb4.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/7c0c7877-171d-4d6a-98be-0f5d76fe0feb.pdf
**Url 4:** drive.proton.me/urls/K2QXY09ANR#1P0j0RB4ZihF

EXHIBIT PAT-B | p. 35