# EXHIBIT TRM

# 2021 · 02-19 | Engagement Letter - Matt Guertin

## EXHIBIT TRM

2021-02-19__Engagement Letter - Matt Guertin.pdf

SHA-256 Hash of Source File:  81e7e88ef3182a00007317aeccd2e6fe3149a151514a8108c2437635a76763f7

Page: 1 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



AMANDA M. PROSE
DIRECT DIAL: 612-852-0619
INTERNET: aprose@wck.com

February 19, 2021

Matt Guertin
**MattGuertin@protonmail.com**                    *VIA E-MAIL ONLY*

<u>**ENGAGEMENT LETTER**</u>

Dear Mr. Guertin:

     This letter will confirm our understanding that you wish to retain Westman, Champlin and Koehler, P.A.  The purpose of this letter is to confirm the scope and terms of our representation. At the outset, I would like to emphasize the importance the firm places on clearly understanding what your expectations are in this matter. I invite and encourage you to communicate directly with me whenever you believe your expectations have changed or whenever you believe the firm can more effectively or efficiently meet your expectations.

     **1.   Who We Will Represent**. For purposes of this engagement, our client will be Matt Guertin. We are not representing any other party or entity.

     **2.   Scope of Our Engagement**. We will represent you in connection with certain intellectual property matters, including patent and trademark matters and such other legal matters as you may refer to us from time to time.

     **3.  Westman, Champlin & Koehler Personnel Assisting You.** I will be the lawyer primarily responsible for assisting you in this transaction. Where appropriate, I will use the services of other attorneys, paralegals and other Westman, Champlin & Koehler personnel to represent your interests efficiently and effectively.

     **4.  Attorney/Client Privilege**. Our communications and discussions are protected by what is known as attorney/client privilege. This means that you cannot be required to reveal to others what you have discussed with members of my firm or me. This protection will not apply, however, unless you keep our discussions confidential. Therefore, you should never discuss information relating to this representation with anyone else without first checking with one of the lawyers involved in the

**Intellectual Property Attorneys**

121 South Eighth Street, Suite 1100  |  Minneapolis, MN 55402
P: (612) 334-3222        F: (612) 334-3312        www.wck.com

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 1**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 02-19 | Engagement Letter - Matt Guertin
## EXHIBIT TRM

2021-02-19___Engagement Letter - Matt Guertin.pdf
SHA-256 Hash of Source File:  81e7e88ef3182a00007317aeccd2e6fe3149a151514a8108c2437635a76763f7
Page: 2 of 5  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]

representation. Please refer any inquiries about the representation to me.

**5.   Retaining Documents.** If your situation involves a dispute with a third party, and either is or may be headed toward litigation, in many circumstances you have a legal obligation to retain all documents that may be relevant to the dispute. This includes documents kept on computers, in e-mail and in paper form. If you discard or destroy documents that may have something to do with the case, the court may hold this against you. Thus, you should take steps to make sure that documents of all forms that may have anything to do with the situation are retained in a safe place. If you have any questions in this regard as to any particular documents being retained, retain the documents and discuss them with me.

**6.   Firm Policies.** Our firm requires me to provide you with our standard firm billing and fee policy. It is attached. Please review it carefully.

As described in the attached billing and fee policy, the relationship set forth in this letter regarding our representation of you will remain effective until it is changed by mutual written agreement of Westman, Champlin & Koehler, P.A. and you. You may withdraw from this agreement at any time. If you withdraw, you agree to pay to Westman, Champlin & Koehler in full all outstanding fees and expenses.

We may withdraw from this agreement in the unlikely event that our invoices are not paid when due, or for any reason as required or permitted under the Minnesota Rules of Professional Conduct or rules of court. However, we shall not discontinue service without giving notice of our intention to do so. Mailing a certified letter to your last address will be considered giving proper notice.

We appreciate the confidence you have shown in our firm by selecting us as legal counsel. We look forward to a long and mutually satisfactory client-attorney relationship.

**Please sign, date and return a copy of the signature page to us.**

In the meantime, if you have any questions regarding this retainer agreement, or the issues that we have discussed, please do not hesitate to contact me.  My direct dial line is (612) 852-0619.

Best regards,

Amanda M. Prose

AMP/azr

**Intellectual Property Attorneys**
121 South Eighth Street, Suite 1100  |  Minneapolis, MN 55402
P: (612) 334-3222      F: (612) 334-3312      www.wck.com

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 2**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 02-19 | Engagement Letter - Matt Guertin

## EXHIBIT TRM

2021-02-19__Engagement Letter - Matt Guertin.pdf

SHA-256 Hash of Source File:  81e7e88ef3182a00007317aeccd2e6fe3149a151514a8108c2437635a76763f7

Page: 3 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

To:  Westman, Champlin & Koehler, P.A.

### AGREEMENT AND ACCEPTANCE

Matt Guertin agrees to the above terms and conditions.

Address:

_____

_____

_____

Signature:  _____

Date:  _____

**Intellectual Property Attorneys**

121 South Eighth Street, Suite 1100   |   Minneapolis, MN 55402
P: (612) 334-3222          F: (612) 334-3312          www.wck.com

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 3

# 2021 · 02-19 | Engagement Letter - Matt Guertin

## EXHIBIT TRM

### *BILLING AND FEE POLICY*

UNDERSTANDING. We are pleased to have the opportunity to represent you. Our goal is to provide the quality and efficient legal services. Experience has shown that our relationship will be stronger if we begin it with a clear understanding about our fees and their payment. There may also be a specific engagement letter that sets forth the terms of our engagement; otherwise this memorandum will apply to all matters on which we are asked to represent you.

CREDIT CHECK. Normally it is our policy to conduct a credit check before beginning work on client matters. If the credit check returns unsatisfactory results, we reserve the right to terminate our representation.

FEES. Our fees will be based primarily on the amount of time spent by lawyers and legal assistants. Each lawyer and legal assistant in our Firm has an hourly billing rate, and the rate multiplied by the number of hours spent on a project is the basis for determining our fee. Our hourly rates for lawyers currently range from $100 to $500 per hour, depending primarily on the particular lawyer's experience and expertise. We review and adjust our general schedule of rates on a periodic basis.

FEE ESTIMATES. Our attorneys do their best to estimate fees and expenses for particular matters where asked to do so. However, an estimate is just that, and the fees and expenses required are ultimately a function of many conditions over which we sometimes have little or no control. Also, after a patent or trademark application is filed, additional charges will be made for maintaining your files, such as client correspondence, reporting and responding to official PTO correspondence, reminders of due dates, and payment of additional fees on your behalf, such as assignment recording fees, continuation fees, issue fees, publication fees and maintenance fees.

WORK ASSIGNMENTS. The lawyer with whom you deal primarily may assign responsibility for completing some of your work to other lawyers or other personnel in the office under his or her supervision, and may use other Firm lawyers where specialized help is needed. The supervising lawyer will continue to be responsible for your entire assignment, however, and will be available to discuss the use of other personnel with you. It is our goal to assign tasks among lawyers, legal assistants and law clerks in a way that produces the highest quality of work at a fair price.

COMMUNICATION BY E-MAIL AND FAX. We often use Internet e-mail and faxes to communicate with you. We cannot guarantee the total security or reliability of this form of communication. Particularly sensitive communications should not be sent to us by e-mail.

DISBURSEMENTS ON YOUR ACCOUNT. Invoices will normally be rendered monthly for work done in the previous month covering and identifying services rendered as well as disbursements and other charges. These disbursements and charges include items incurred and paid by us on your behalf, such as long distance telephone charges, special postage, delivery charges, travel, photocopying, secretarial overtime, if necessary, and use of other service providers such as printers or experts, if needed. In litigated matters, we include payments made by us for process servers, court reporters, witness fees, expert witness expenses, and so on. We may also make separate charges for the use of "Lexis" or "Westlaw" which are computerized

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BIFg2ywE9SS

**EXHIBIT TRM | p. 4**

# 2021 · 02-19 | Engagement Letter - Matt Guertin

## EXHIBIT TRM

legal research systems that often significantly reduce lawyer research time. At times, we may ask you to pay certain disbursements and charges directly to the vendor, or we may request that we receive payment for costs that will be incurred. If we do, such payments must be made on a timely basis.

INVOICES AND STATEMENTS. It is our Firm policy to invoice clients monthly for fees and out-of-pocket expenses. Each lawyer and legal assistant records the time required to perform services and sends out invoices describing services rendered and expenses incurred for the client. The invoice may not necessarily include all of the fees and expenses incurred during the month and may be billed at a later date. Separate invoices are normally produced for each legal matter being handled.

PAYMENT. Payment is due upon your receipt of our invoice, unless special arrangements have been made in advance. Failure to pay invoices promptly will normally result in our withdrawal of representation of you in accordance with rules regarding withdrawal, if any apply. Invoices not paid within thirty (30) days will bear interest at the rate of eight percent (8%), and you must pay all costs associated with the collection of our fees if they are not paid in a timely manner.

ARBITRATION. Any controversy or claim arising out of or relating to our fees, costs, billing practices or this engagement shall be arbitrated before a single arbitrator in Minneapolis, Minnesota, in an arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

RETAINERS. If we have received a retainer from you, this retainer is held in the Firm's trust account. This retainer will be either (1) applied to the final invoice or (2) used to pay current invoices, with the amount in trust to be replenished, depending on the specific terms of the engagement letter. We may apply the retainer to any unpaid invoice for work on your behalf, where direct payment is not made. If a retainer is required, we may choose not to commence work on your behalf until the retainer is paid.

ENDING THE RELATIONSHIP. You may terminate our representation at any time by notifying us, preferably in writing. Your termination of our services will not affect your responsibility for payment of outstanding invoices and accrued fees and costs incurred before termination or incurred thereafter in connection with an orderly transition of the matter. If such termination occurs, your papers and property will be returned promptly or forwarded per your instructions. Our own files and papers pertaining to the matter will be retained. These firm files and papers include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; and internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers.

QUESTIONS. It is very important that we proceed on a clear and satisfactory basis in our work for you. If you have questions about any aspect of our arrangements or our invoices, please feel free to raise those questions by calling Noreen Terry at 612-334-3222.

**Intellectual Property Attorneys**

121 South Eighth Street, Suite 1100  |  Minneapolis, MN 55402

P: (612) 334-3222          F: (612) 334-3312          www.wck.com

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 5**

# 2021 · 03-30 | CHAIN re Business Matters

## EXHIBIT TRM

2021-03-30__CHAIN re Business Matters.pdf

SHA-256 Hash of Source File:  f7d56dee6bd6320a1041f0e2b79104ae14ff1a543666ab10675d67fa1c5d807c

Page: 1 of 2          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

Westman Champlin and Koehler, PA Mail - Re: Trademark                                              3/30/21, 9:52 AM



                                                                      Alysha Rameshk <arameshk@wck.com>

---

### Re: Trademark
1 message

**Amanda Prose** <aprose@wck.com>                                              Tue, Mar 30, 2021 at 8:43 AM
To: Matt Guertin <MattGuertin@protonmail.com>
Cc: Alysha Rameshk <arameshk@wck.com>, Megan Neumann <mneumann@wck.com>

Hi Matt,

Sorry I missed your call from yesterday afternoon. I can talk today if you are free and have questions.

As for the trademark - the filing of the application can be put on the back burner while you tackle more pressing matters. As for "class 9", the Trademark Office classifies like goods or like services into "international classes" (which align with the same classifications in other countries). The government filing fees are charged per class, so while the listing I provided covered multiple goods, they all fall into the same class and thus the government filing fees accrue for only one class. The U.S. fling fees are $350 per class and our fees are generally about $600-700 for filing. Preparing and filing a trademark application thus runs about $1,000.

As for working with a business attorney to set up your company and work out the contracts with investors etc., that is a great idea. That is a common set up with our client and usually there are no problems with working with different attorneys for your different needs. We assist in the intellectual property matters, and do not generally tackle the business administration side etc. However, we do have a lot of experience working on licensing agreements for your intellectual property so if you end up licensing your patents/trademarks, we can certainly help there.

Let me know if you have additional questions!

Best regards,

Amanda



INTELLECTUAL PROPERTY ATTORNEYS

---

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

On Tue, Mar 30, 2021 at 3:17 AM Matt Guertin <MattGuertin@protonmail.com> wrote:
I probably should research it.

I'm just overwhelmed and want to cross the finish line with my 3d design file so I can begin fabrication.

I talked to my friend Bruce Rivers and told him my current situation. He is a bigshot lawyer now apparently but I have known him for almost twenty years. I told him I need someone that can advise me in setting up the business properly, contracts, etc. He connected me with Richard Kelber at Moss & Barnett who is connecting me with Garrett Weber who will be getting in contact with me.

They want to look at my patent filing and talk to me to see what exactly I have going on and will possibly work with me to start handling business negotiations/contracts/structure and basic guidance in how I should proceed forward on the business side of

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 6**

# 2021 · 03-30 | CHAIN re Business Matters

## EXHIBIT TRM

2021-03-30 __ CHAIN re Business Matters.pdf

SHA-256 Hash of Source File:  f7d56dee6bd6320a1041f0e2b79104ae14ff1a543666ab10675d67fa1c5d807c

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

Westman Champlin and Koehler, PA Mail - Re: Trademark                                    3/30/21, 9:52 AM

things.

Let me know about how being involved with other lawyers works or if you guys are required to do some sort of conflict of interest search as well? Any issues?

Thanks,
~Matt


Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, March 30, 2021 2:38 AM, Matt Guertin <MattGuertin@protonmail.com> wrote:

> Amanda,
>
> I think it looks good although I don't fully understand trademarks. I haven't researched it yet anyways
>
> I also do not understand the part about International Class 9 / class of goods
>
> If you think this is what is best as far as generally protecting the name I want to use then I will trust that it is and would say to move forward with filing.
>
> Also wondering how much a trademark costs? Or what am I at for current billing with Trademark and Provisional filing as separate line items?
>
> I would like to take care of you with a payment of some sort
>
> Thanks,
> ~Matt
>
>
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Monday, March 29, 2021 8:53 AM, Amanda Prose <aprose@wck.com> wrote:
>
>> Hi Matt,
>>
>> I have given this some thought and came up with the description below for the trademark application. Please note that I am using terms that should be acceptable to the trademark office (so the description might not be very straight forward), also, I want to recite your goods as broadly as possible so that we can create a wider bubble around your trademark. This will also allow us to include more elements under this trademark application if you expand what is in the system. Also, because a trademark needs to be used on/in connection with the goods, I tried to direct your identification to the treadmill and the software (for use with cameras and green screen environments) so that you will not be required to sell cameras and green screens with your rotatable treadmill and the software system.
>>
>> The first identification of goods relates very broadly to the recording, transmission or reproduction of sound, video, or images and refers to your system in the context of video content and cinematographic or live event staging to cover most bases. I also include the apparatus, the rotatable treadmill on its own too.
>>
>> "System for creating or producing video content, namely and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging; green screen and imaging software for digital compositing; Computer software for use in video and photo editing and sharing; Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes; Apparatus for recording, transmission or reproduction of

https://mail.google.com/mail/u/2?ik=a6e63fd06b&view=pt&search…%3A1695664623078590751&simpl=msg-f%3A1695664623078590751&mb=1        Page 2 of 5

---

Url 1: link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
Url 4: drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 7**

# 2021 · 04-01 | Application

## EXHIBIT TRM

2021-04-01__Application.pdf

SHA-256 Hash of Source File:  dc8d4c3b123fafc40470e5b60f4a6b447c854b3c8f6c7d53d36fad4f15beb8c2

Page: 1 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** INFINISET (Standard Characters, mark.jpg)
The literal element of the mark consists of INFINISET. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '90618638'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 8**

# 2021 · 04-01 | Application

## EXHIBIT TRM

2021-04-01__Application.pdf

SHA-256 Hash of Source File:  dc8d4c3b123fafc40470e5b60f4a6b447c854b3c8f6c7d53d36fad4f15beb8c2

**8. Application data.**  If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** How can we improve your filing experience?  Let us know in this brief survey.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90618638 |
| **MARK INFORMATION** | |
| *MARK | mark.jpg |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | INFINISET |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Guertin, Matthew |
| INTERNAL ADDRESS | #304 |
| *MAILING ADDRESS | 10233 W 34th St |
| *CITY | Minnetonka |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 55305 |
| *EMAIL ADDRESS | ustrademarks@wck.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2021 · 04-01 | Application
## EXHIBIT TRM

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| --- | --- |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | System for creating or producing video content, namely and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging; green screen and imaging software for digital compositing; Computer software for use in video and photo editing and sharing; Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes; Apparatus for recording, transmission or reproduction of sound, video, or images; rotatable treadmill, namely a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill. |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Amanda M. Prose |
| ATTORNEY DOCKET NUMBER | G185.6000US1 |
| ATTORNEY BAR MEMBERSHIP NUMBER | 0392688 |
| YEAR OF ADMISSION | 2012 |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | Minnesota |
| FIRM NAME | WESTMAN, CHAMPLIN & KOEHLER, P.A. |
| STREET | 121 South Eighth Street, Suite 1100 |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 55402 |
| PHONE | 612-334-3222 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 10

# 2021 · 04-01 | Application

## EXHIBIT TRM

[2021-04-01__Application.pdf](#)

SHA-256 Hash of Source File:  dc8d4c3b123fafc40470e5b60f4a6b447c854b3c8f6c7d53d36fad4f15beb8c2

Page: 4 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| | |
|---|---|
| **FAX** | 612-334-3312 |
| **EMAIL ADDRESS** | aprose@wck.com |
| **OTHER APPOINTED ATTORNEY** | Alan G. Rego; Brian D. Kaul; David D. Brush; Hallie A. Finucane; James L. Young; John D. Veldhuis-Kroeze; Judson K. Champlin; Leanne T. Farrell; Mai-Tram D. Lauer; Z. Peter Sawicki; Peter J. Ims; Steven M. Koehler; Theodore M. Magee; Daniel J. Polglaze; Austen P. Zuege; Pamela J. Jeppson |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Amanda M. Prose |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | aprose@wck.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mneumann@wck.com; arameshk@wck.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 350 |
| **\*TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Matthew D Guertin/ |
| **SIGNATORY'S NAME** | Matthew Guertin |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 612-334-3222 |
| **DATE SIGNED** | 04/01/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 11

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2021 · 04-01 | Application
### EXHIBIT TRM

2021-04-01__Application.pdf

SHA-256 Hash of Source File:  dc8d4c3b123fafc40470e5b60f4a6b447c854b3c8f6c7d53d36fad4f15beb8c2

Page: 5 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90618638**
**Filing Date: 04/01/2021**

## To the Commissioner for Trademarks:

The applicant, Matthew Guertin, a citizen of United States, having an address of
   #304
   10233 W 34th St
   Minnetonka, Minnesota 55305
   United States
   ustrademarks@wck.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  System for creating or producing video content, namely and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging; green screen and imaging software for digital compositing; Computer software for use in video and photo editing and sharing; Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes; Apparatus for recording, transmission or reproduction of sound, video, or images; rotatable treadmill, namely a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Amanda M. Prose. Other appointed attorneys are Alan G. Rego; Brian D. Kaul; David D. Brush; Hallie A. Finucane; James L. Young; John D. Veldhuis-Kroeze; Judson K. Champlin; Leanne T. Farrell; Mai-Tram D. Lauer; Z. Peter Sawicki; Peter J. Ims; Steven M. Koehler; Theodore M. Magee; Daniel J. Polglaze; Austen P. Zuege; Pamela J. Jeppson. Amanda M. Prose of WESTMAN, CHAMPLIN & KOEHLER, P.A., is a member of the Minnesota bar, admitted to the bar in 2012, bar membership no. 0392688, and the attorney(s) is located at
   121 South Eighth Street, Suite 1100
   Minneapolis, Minnesota 55402
   United States

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 12**

# 2021 · 04-01 | Application
## EXHIBIT TRM

2021-04-01__Application.pdf

SHA-256 Hash of Source File:  dc8d4c3b123fafc40470e5b60f4a6b447c854b3c8f6c7d53d36fad4f15beb8c2

Page: 6 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

612-334-3222(phone)
612-334-3312(fax)
aprose@wck.com

The docket/reference number is G185.6000US1.

Amanda M. Prose submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Amanda M. Prose

PRIMARY EMAIL FOR CORRESPONDENCE: aprose@wck.com

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mneumann@wck.com; arameshk@wck.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 13**

## 2021 · 04-01 | Application
### EXHIBIT TRM

are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Matthew D Guertin/   Date: 04/01/2021
Signatory's Name: Matthew Guertin
Signatory's Position: Owner
Signatory's Phone Number: 612-334-3222
Signature method: Sent to third party for signature

---

Thank you,

The TEAS support team
Thu Apr 01 15:33:46 ET 2021
STAMP: USPTO/BAS-38.104.197.154-20210401153346391902-90618638-
770114ce421df5b1b948faa94d3e88dded4bcf35ae5b690dec0ff4cb4481ab9fbe-CC-33441418-
20210330180428211612

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 14**

# 2021 · 12-02 | Office Action

## EXHIBIT TRM

[2021-12-02__Office Action.pdf](2021-12-02__Office Action.pdf)

SHA-256 Hash of Source File:  8917d5c182a64fa201284449a741759756147d6c04ba2dade55e3f670c10be0d

Page: 1 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| | |
|---|---|
| **To:** | Guertin, Matthew (aprose@wck.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90618638 - INFINISET - G185.6000US1 |
| **Sent:** | December 02, 2021 11:02:18 PM |
| **Sent As:** | ecom125@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application**
**Serial No.**
90618638

**Mark:**
INFINISET

**Correspondence**
**Address:**
AMANDA M.
PROSE
WESTMAN,
CHAMPLIN &
KOEHLER, P.A.
121 SOUTH
EIGHTH
STREET, SUITE
1100
MINNEAPOLIS,
MN 55402

**Applicant:**
Guertin, Matthew

**Reference/Docket**
**No.**
G185.6000US1

**Correspondence**
**Email Address:**

aprose@wck.com

### NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:**  **December 02, 2021**

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 15**

# 2021 · 12-02 | Office Action

## EXHIBIT TRM

### Search

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d).  15 U.S.C. §1052(d); TMEP §704.02.

### Summary of Issues:

- Requirement:  Classification and Identification of Goods
- Multiple-class Application Requirements

### Classification and Identification of Goods

The identification for "System  for creating or producing video content, namely and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging"  in International Class 9 is indefinite and too broad and must be clarified because the wording does not make clear the nature of the specific systems and could identify goods in more than one international class.  *See* 37 C.F.R. §2.32(a)(6); TMEP §1401.05(d).  For example, "lawn-care  systems comprised of herbicides, pesticides, and lawn sprinklers" are in International Class 5, and "lawn-care systems comprised of lawn mowers and herbicides" are in International Class 7.

Applicant must clarify the goods by (1) describing the nature, purpose, or use of the system; and (2) listing the system's  parts or components, using common generic terms and referencing the primary parts or components of the system first.  *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.  The system will be classified in the same international class as the primary parts or components of the system.  TMEP §1401.05(d).

The primary parts or components of the system must include only goods, not services.  TMEP §1401.05(d).  For example, if computer software is listed as a component of a system, the identification must indicate that the computer software is recorded or downloadable in International Class 9 and does not include the services of providing temporary use of online non-downloadable software in International Class 41 or 42.  TMEP §§1401.05(d), 1402.03(d), 1402.11(a)(xii).  An identification for a system including software must also specify the function and any field of use of the software.  TMEP §1401.05(d).

The identification for software in International Class 9 is indefinite and too broad and must be clarified to specify whether the format is downloadable, recorded, or online non-downloadable.  *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.03(d), 1402.11(a).  Downloadable and recorded goods are in International Class 9, whereas providing their temporary, online non-downloadable use is a service in International Class 42.  *See* TMEP §1402.03(d).

The wording "Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes"  in the identification of goods in International Class 9 is indefinite and must be clarified to further specify the photographic and cinematographic nature of the goods.  *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The wording "rotatable treadmill, namely a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill" in the identification of goods for International Class 9 must be clarified because it is too broad and could include goods in other international classes.  *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03.  In particular, this wording could encompass cinematographic machines and apparatus in International Class 9 and exercise treadmills in International Class 28.

Applicant may adopt the following wording, if accurate:

International Class 9:  **Cinematographic** system for creating or producing video content **comprised of cinematographic machines and apparatus in the nature of a** rotatable endless track enabling movement along two axes **and recorded** computer software **for** syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, **namely, cinematographic system comprised of {specify the components of the system, e.g., cinematographic cameras, cinematic machines and apparatus, etc.};** **downloadable** green screen and imaging software for digital compositing; **downloadable** computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a **camera** user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; **cinematographic machines and apparatus in the nature of** rotatable treadmills, namely, a treadmill rotatable about an axis different than that axis of travel of the endless track of the treadmill **for purposes of moving a camera**

**International Class 11:**  System for use in cinematographic or live event staging, **namely, cinematographic system comprised of {specify the components of the system, e.g., filters for photographic, cinematographic, video and performing arts lighting, etc.}**

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2021 · 12-02 | Office Action
## EXHIBIT TRM

**International Class 28:**  Rotatable **exercise** treadmill, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill

**International Class 42:  Providing online non-downloadable** green screen and imaging software for digital compositing; **providing online non-downloadable** computer software for use in video and photo editing and sharing

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended.  *See* 37 C.F.R. §2.71(a); TMEP §1402.06.  Generally, any deleted goods and/or services may not later be reinserted.  *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*.  *See* TMEP §1402.04.

Multiple-class Application Requirements

The application identifies goods and/or services in more than one international class; therefore, applicant must satisfy all the requirements below for each international class based on Trademark Act Section 1(b):

    (1)    **List the goods and/or services by their international class number** in consecutive numerical order, starting with the lowest numbered class.

    (2)    **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule).  The application identifies goods and/or services that are classified in at least 4 classes; however, applicant submitted a fee(s) sufficient for only 1 class.  Applicant must either submit the filing fees for the classes not covered by the submitted fees or restrict the application to the number of classes covered by the fees already paid.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(b) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the Multiple-class Application webpage.

**Response Options**

Please call or email the assigned trademark examining attorney with questions about this Office action.  Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action.  *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.  Click to file a response to this nonfinal Office action.**

/Shelby Niemann/
Shelby Niemann
Trademark Examining Attorney
Law Office 125
(571) 270-7330
shelby.niemann@uspto.gov

**RESPONSE GUIDANCE**
- **Missing the response deadline to this letter will cause the application to** abandon**.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to** abandon**.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 17**

# 2021 · 12-02 | Office Action

## EXHIBIT TRM

2021-12-02__Office Action.pdf

SHA-256 Hash of Source File:  8917d5c182a64fa201284449a741759756147d6c04ba2dade55e3f670c10be0d

Page: 4 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2021 · 12-02 | Office Action

## EXHIBIT TRM

2021-12-02__Office Action.pdf

SHA-256 Hash of Source File:  8917d5c182a64fa201284449a741759756147d6c04ba2dade55e3f670c10be0d

Page: 5 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| | |
|---|---|
| **To:** | Guertin, Matthew (aprose@wck.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90618638 - INFINISET - G185.6000US1 |
| **Sent:** | December 02, 2021 11:02:22 PM |
| **Sent As:** | ecom125@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

### USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **December 02, 2021** for
**U.S. Trademark Application Serial No. 90618638**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action in order to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action HERE.**  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

· **Check the status** of your application periodically  in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO may mail or email you trademark-related offers and notices – most of which require fees.  The USPTO will only email **official USPTO correspondence from the domain "@uspto.gov."**

· **Hiring a U.S.-licensed attorney**.  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney identified above is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 19**

# 2022 · 06-01 | Response

## EXHIBIT TRM

[2022-06-01__Response.pdf](2022-06-01__Response.pdf)

SHA-256 Hash of Source File:  f87451ab8fae85a8d9e5defa999782da581940635eef4c341b22b344f6ccefcc

Page: 1 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**Filing Receipt for Response to Office Action Form
and Next Steps in the Application Process**

**Application serial no.** 90618638.
**Mark.** INFINISET(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90618638/large).

Thank you for submitting your form to the U.S. Patent and Trademark Office (USPTO). Please read this filing receipt carefully and keep a copy for your records. If you find an error, the After You File page gives information about correcting errors.

**Next steps**

1. **In four to five days, please confirm that we received the documents submitted with this form** by checking Trademark Status and Document Retrieval (TSDR). If your documents do not appear in TSDR after four to five days, please email us.

2. **Within one to two months, the examining attorney will review your submission.**

   **If your submission is accepted,** you will receive a notice that your mark will be published in the Trademark Official Gazette. For more information on publication, click on Box 5a, USPTO Publishes Mark, in the application timeline.

   **If your submission is not accepted,** you will receive an Office action explaining why it was not accepted and listing your options for responding.

3. **Continue to check TSDR every three to four months for any updates to your application status.**

4. **Keep your addresses current in USPTO records using the address forms on our website.**

5. **Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

6. **Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**The information submitted in the form appears below:**

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

---

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 90618638 |
| LAW OFFICE ASSIGNED | LAW OFFICE 125 |
| MARK SECTION | |
| MARK | mark |
| LITERAL ELEMENT | INFINISET |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2022 · 06-01 | Response

## EXHIBIT TRM

| GOODS AND/OR SERVICES SECTION (009) (current) | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **DESCRIPTION** | |
| System for creating or producing video content, namely, and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging; green screen and imaging software for digital compositing; Computer software for use in video and photo editing and sharing; Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes; Apparatus for recording, transmission or reproduction of sound, video, or images; rotatable treadmill, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill | |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (009) (proposed)** | |
| **INTERNATIONAL CLASS** | 009 |
| **TRACKED TEXT DESCRIPTION** | |
| ~~System for creating or producing video content, namely, and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement~~; Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; ~~system for use in cinematographic or live event staging~~; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; ~~green screen and imaging software for digital compositing~~; downloadable green screen and imaging software for digital compositing; ~~Computer software for use in video and photo editing and sharing~~; downloadable computer software for use in video and photo editing and sharing; ~~Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes~~; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; ~~rotatable treadmill, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill~~; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track. | |
| **FINAL DESCRIPTION** | |
| Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track. | |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (042)** (class added) | |
| **INTERNATIONAL CLASS** | 042 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 21**

# 2022 · 06-01 | Response
### EXHIBIT TRM

2022-06-01__Response.pdf

SHA-256 Hash of Source File:  f87451ab8fae85a8d9e5defa999782da581940635eef4c341b22b344f6ccefcc

Page: 3 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| DESCRIPTION | |
|---|---|
| Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing | |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| CORRESPONDENCE INFORMATION (current) | |
| **NAME** | AMANDA M. PROSE |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | aprose@wck.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mneumann@wck.com; arameshk@wck.com |
| **DOCKET/REFERENCE NUMBER** | G185.6000US1 |
| CORRESPONDENCE INFORMATION (proposed) | |
| **NAME** | Amanda M. Prose |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | aprose@wck.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mneumann@wck.com |
| **DOCKET/REFERENCE NUMBER** | G185.6000US1 |
| PAYMENT SECTION | |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **NUMBER OF CLASSES** | 1 |
| **TOTAL FEES DUE** | 350 |
| SIGNATURE SECTION | |
| **DECLARATION SIGNATURE** | /Amanda M. Prose/ |
| **SIGNATORY'S NAME** | Amanda M. Prose |
| **SIGNATORY'S POSITION** | Attorney of Record; MN Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 6123343222 |
| **DATE SIGNED** | 06/01/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **RESPONSE SIGNATURE** | /Amanda M. Prose/ |
| **SIGNATORY'S NAME** | Amanda M. Prose |
| **SIGNATORY'S POSITION** | Attorney of Record; MN Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 6123343222 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 22**

# 2022 · 06-01 | Response

## EXHIBIT TRM

2022-06-01__Response.pdf

SHA-256 Hash of Source File:  f87451ab8fae85a8d9e5defa999782da581940635eef4c341b22b344f6ccefcc

Page: 4 of 7       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

| DATE SIGNED | 06/01/2022 |
|---|---|
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Jun 01 12:08:35 ET 2022 |
| TEAS STAMP | USPTO/ROA-97.116.18.194-2 0220601120835913924-90618 638-800982bcb73c83aa5b373 b96365a6ce74f0b72d417a9f2 f287029d13a921a22b32-CC-0 8320646-20220601115018943 306 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Response to Office Action**

**To the Commissioner for Trademarks:**

Application serial no. **90618638** INFINISET(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90618638/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**

Class 009 for System for creating or producing video content, namely, and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging; green screen and imaging software for digital compositing; Computer software for use in video and photo editing and sharing; Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes; Apparatus for recording, transmission or reproduction of sound, video, or images; rotatable treadmill, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill **Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** ~~System for creating or producing video content, namely, and a rotatable endless track enabling movement along two axes, the system configured for use with computer software to sync the movement of the endless track and video capture with one or more cameras for creating the illusion of movement~~; Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; ~~system for use in cinematographic or live event staging~~; system for use in cinematographic or live event staging, namely, cinematographic system comprised of

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 23**

# 2022 · 06-01 | Response

## EXHIBIT TRM

2022-06-01__Response.pdf

SHA-256 Hash of Source File:  f87451ab8fae85a8d9e5defa999782da581940635eef4c341b22b344f6ccefcc

Page: 5 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

rotatable endless track enabling movement along two axes, video screens; ~~green screen and imaging software for digital compositing~~; downloadable green screen and imaging software for digital compositing; ~~Computer software for use in video and photo editing and sharing~~; downloadable computer software for use in video and photo editing and sharing; ~~Photographic, cinematographic apparatus and instruments, namely, an endless track enabling movement of a user along two different axes~~; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; ~~rotatable treadmill, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill~~; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track.

Class 009 for Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track.

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Applicant hereby adds the following class of goods/services to the application:**
**New:** Class 042 for Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Correspondence Information (current):**
    AMANDA M. PROSE
    PRIMARY EMAIL FOR CORRESPONDENCE: aprose@wck.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mneumann@wck.com; arameshk@wck.com

The docket/reference number is G185.6000US1.

**Correspondence Information (proposed):**
    Amanda M. Prose
    PRIMARY EMAIL FOR CORRESPONDENCE: aprose@wck.com

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BIFg2ywE9SS

EXHIBIT TRM | p. 24

# 2022 · 06-01 | Response

## EXHIBIT TRM

2022-06-01__Response.pdf

SHA-256 Hash of Source File:  f87451ab8fae85a8d9e5defa999782da581940635eef4c341b22b344f6ccefcc

Page: 6 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mneumann@wck.com

The docket/reference number is G185.6000US1.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $350 is being submitted.

**Declaration Signature**

**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU:** If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Amanda M. Prose/    Date: 06/01/2022
Signatory's Name: Amanda M. Prose
Signatory's Position: Attorney of Record; MN Bar Member
Signatory's Phone Number: 6123343222
Signature method: Sent to third party for signature

**Response Signature**

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2022 · 06-01 | Response

## EXHIBIT TRM

[2022-06-01__Response.pdf](2022-06-01__Response.pdf)

SHA-256 Hash of Source File:  f87451ab8fae85a8d9e5defa999782da581940635eef4c341b22b344f6ccefcc

Page: 7 of 7       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

Signature: /Amanda M. Prose/    Date: 06/01/2022
Signatory's Name: Amanda M. Prose
Signatory's Position: Attorney of Record; MN Bar Member
Signatory's Phone Number: 6123343222
Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

---

Thank you,

The TEAS support team
Wed Jun 01 12:08:35 ET 2022
STAMP: USPTO/ROA-97.116.18.194-20220601120835913924-90618638-
800982bcb73c83aa5b373b96365a6ce74f0b72d417a9f2f287029d13a921a22b32-CC-08320646-20220601115018943306

Url 1: link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
Url 4: drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 26**

# 2022 · 07-22 | Final Office Action

## EXHIBIT TRM

| | |
|---|---|
| **To:** | Amanda M. Prose(aprose@wck.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90618638 - INFINISET - G185.6000US1 |
| **Sent:** | July 22, 2022 04:07:32 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

---

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 90618638

**Mark:** INFINISET

**Correspondence Address:**
Amanda M. Prose
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 SOUTH EIGHTH STREET, SUITE 1100
MINNEAPOLIS MN 55402 UNITED STATES

**Applicant:** Guertin, Matthew

**Reference/Docket No.** G185.6000US1

**Correspondence Email Address:** aprose@wck.com

### FINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within <u>six months</u> of the issue date below or the application will be <u>abandoned</u>.** Respond using the Trademark Electronic Application System (TEAS) and/or Electronic System for Trademark Trials and Appeals (ESTTA). A link to the appropriate TEAS response form and/or to ESTTA for an appeal appears at the end of this Office action.

**Issue date:** July 22, 2022

#### Introduction

This Office action is in response to applicant's communication filed on 06/01/2022.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 27**

# 2022 · 07-22 | Final Office Action

## EXHIBIT TRM

In a previous Office action(s) dated 12/02/2021, applicant was required to satisfy the following requirement(s): amend the identification of goods.

The trademark examining attorney maintains and now makes FINAL the requirement(s) in the summary of issues below. *See* 37 C.F.R. §2.63(b); TMEP §714.04.

**SUMMARY OF ISSUES MADE FINAL that applicant must address:**

- Requirement: Identification of Goods - International Class 9 - FINAL

**Identification of Goods - International Class 9 - FINAL**

THIS REQUIREMENT ONLY APPLIES TO THE FOLLOWING GOODS INTERNATIONAL CLASS 9: "system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens".

The wording "system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens" in the identification of goods is indefinite and must be clarified to further specify the cinematographic nature of the rotatable endless track. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

Applicant may substitute the following wording, if accurate:

International Class 9: Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of **a cinematographic apparatus being a** rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

International Class 42: Acceptable as written.

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 28**

# 2022 · 07-22 | Final Office Action
## EXHIBIT TRM

**Response Options**

If applicant does not timely respond within six months of the issue date of this final Office action, the following goods to which the final requirement applies will be **deleted** from the application by Examiner's Amendment: "system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens" in International Class 9. 37 C.F.R. §2.65(a); *see* 15 U.S.C. §1062(b).

In such case, the application will proceed for the following goods and services only:

International Class 9: Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable cinematographic treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

International Class 42: Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing

Applicant may respond to this final Office action by providing one or both of the following:

> (1)     A request for reconsideration that fully resolves all outstanding requirements and refusals; and/or

> (2)     An appeal to the Trademark Trial and Appeal Board with the required filing fees.

TMEP §715.01; *see* 37 C.F.R. §2.63(b)(1)-(2).

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond. Click to file a response to this final Office action and/or appeal it to the Trademark Trial and Appeal Board (TTAB).**

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

2022-07-22__Final Office Action.pdf

SHA-256 Hash of Source File:  7353dc9036e171e55275c833adf355430e913ddf36eda6d71bd1ae8e67f16274

/Shelby Niemann/
Shelby Niemann

Trademark Examining Attorney
Law Office 125
(571) 270-7330
shelby.niemann@uspto.gov

**RESPONSE GUIDANCE**

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**.  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 30**

# 2022 · 07-22 | Final Office Action
## EXHIBIT TRM

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on July 22, 2022 for
**U.S. Trademark Application Serial No. 90618638**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action in order to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**. This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 31**

## 2022 · 07-22 | Final Office Action
### EXHIBIT TRM

2022-07-22 __ Final Office Action.pdf

SHA-256 Hash of Source File: 7353dc9036e171e55275c833adf355430e913ddf36eda6d71bd1ae8e67f16274

Page: 6 of 6      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 32**

# 2022 · 12-01 | Application

## EXHIBIT TRM

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** INFINISET (stylized and/or with design, MRK38104197154-121104576_._Logo.jpg)
The literal element of the mark consists of INFINISET. The mark consists of the stylized text "INFINISET" with a stylized square shape to the left of the text, the left side of the square being a right-facing triangle.

**2. Your serial number.** Your application was assigned serial number '97699805'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.**  We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.**  To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.**  Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?**  Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.**  If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.**  You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Stay current with Trademarks**

Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**

On our subscription center webpage, select the Subscribe button, enter your email address, and select the **Submit** button. Consent to the privacy policy and select the **Submit** button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the **Submit** button.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 33**

# 2022 · 12-01 | Application
## EXHIBIT TRM

2022-12-01__Application.pdf

SHA-256 Hash of Source File:  b430cf87710ea320eed64800bd7fce6ebde1d5fcfa7d40cdda063f9a0aa3d1db

Page: 2 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**Stay current with Trademarks**
Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the Submit button.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97699805 |
| MARK INFORMATION | |
| *MARK | MRK38104197154-121104576_ ._Logo.jpg |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | INFINISET |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the stylized text "INFINISET" with a stylized square shape to the left of the text, the left side of the square being a right-facing triangle. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1485 x 339 |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Matthew Guertin |
| *MAILING ADDRESS | #304, 10233 W 34th St |
| *CITY | Minnetonka |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 55305 |
| *EMAIL ADDRESS | ustrademarks@wck.com |

Url 1: link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
Url 4: drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2022 · 12-01 | Application
## EXHIBIT TRM

[2022-12-01__Application.pdf](2022-12-01__Application.pdf)

SHA-256 Hash of Source File:  b430cf87710ea320eed64800bd7fce6ebde1d5fcfa7d40cdda063f9a0aa3d1db

Page: 3 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| LEGAL ENTITY INFORMATION | |
|---|---|
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing |
| FILING BASIS | SECTION 1(b) |
| ATTORNEY INFORMATION | |
| NAME | Amanda M. Prose |
| ATTORNEY DOCKET NUMBER | G185.6001US1 |
| ATTORNEY BAR MEMBERSHIP NUMBER | 0392688 |
| YEAR OF ADMISSION | 2012 |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | Minnesota |
| FIRM NAME | WESTMAN, CHAMPLIN & KOEHLER, P.A. |
| STREET | 121 South Eighth Street, Suite 1100 |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 35**

# 2022 · 12-01 | Application

## EXHIBIT TRM

2022-12-01__Application.pdf

SHA-256 Hash of Source File:  b430cf87710ea320eed64800bd7fce6ebde1d5fcfa7d40cdda063f9a0aa3d1db

Page: 4 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| ZIP/POSTAL CODE | 55402 |
|---|---|
| PHONE | 612-334-3222 |
| FAX | 612-334-3312 |
| EMAIL ADDRESS | aprose@wck.com |
| OTHER APPOINTED ATTORNEY | Alan G. Rego; Brian D. Kaul; David D. Brush; Hallie A. Finucane; James L. Young; John D. Veldhuis-Kroeze; Judson K. Champlin; Leanne T. Farrell; Mai-Tram D. Lauer; Z. Peter Sawicki; Peter J. Ims; Steven M. Koehler; Theodore M. Magee; Daniel J. Polglaze; Austen P. Zuege |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Amanda M. Prose |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | aprose@wck.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | mneumann@wck.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 700 |
| *TOTAL FEES PAID | 700 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /matthew david guertin/ |
| SIGNATORY'S NAME | Matthew Guertin |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 612-334-3222 |
| DATE SIGNED | 11/30/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 36

# 2022 · 12-01 | Application
## EXHIBIT TRM

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**Serial Number: 97699805**
**Filing Date: 12/01/2022**

**To the Commissioner for Trademarks:**

The applicant, Matthew Guertin, a citizen of United States, having an address of
   #304, 10233 W 34th St
   Minnetonka, Minnesota 55305
   United States
   ustrademarks@wck.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Amanda M. Prose. Other appointed attorneys are Alan G. Rego; Brian D. Kaul; David D. Brush; Hallie A. Finucane; James L. Young; John D. Veldhuis-Kroeze; Judson K. Champlin; Leanne T. Farrell; Mai-Tram D. Lauer; Z. Peter Sawicki; Peter J. Ims; Steven M. Koehler; Theodore M. Magee; Daniel J. Polglaze; Austen P. Zuege. Amanda M. Prose of WESTMAN, CHAMPLIN & KOEHLER, P.A., is a member of the Minnesota bar, admitted to the bar in 2012, bar membership no. 0392688, and the attorney(s) is located at
   121 South Eighth Street, Suite 1100
   Minneapolis, Minnesota 55402
   United States
   612-334-3222(phone)
   612-334-3312(fax)
   aprose@wck.com
The docket/reference number is G185.6001US1.
Amanda M. Prose submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
   Amanda M. Prose
    PRIMARY EMAIL FOR CORRESPONDENCE: aprose@wck.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mneumann@wck.com

Url 1: link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
Url 4: drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 37**

# 2022 · 12-01 | Application
## EXHIBIT TRM

2022-12-01__Application.pdf

SHA-256 Hash of Source File:  b430cf87710ea320eed64800bd7fce6ebde1d5fcfa7d40cdda063f9a0aa3d1db

Page: 6 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /matthew david guertin/   Date: 11/30/2022
Signatory's Name: Matthew Guertin
Signatory's Position: Owner
Signatory's Phone Number: 612-334-3222
Signature method: Sent to third party for signature

---

Thank you,

The TEAS support team
Thu Dec 01 14:02:23 ET 2022
STAMP: USPTO/BAS-38.104.197.154-20221201140223006074-97699805-82072215cc3dd1713bffc29b54356c5bfb1db557245156786d8c1f92ec5c5ee244-CC-02213298-20221128121104576777

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 38**

# 2022 · 12-28 | Design Search Codes

## EXHIBIT TRM

[2022-12-28__Design Search Codes.pdf](#)

SHA-256 Hash of Source File:  9f244a2ee42cffbc50b1de60a3296c1c61fe9d358ef46afcc9e7b34f61504403

Page: 1 of 1      [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

| **From:** | TMDesignCodeComments |
|---|---|
| **Sent:** | Wednesday, December 28, 2022 00:33 AM |
| **To:** | aprose@wck.com |
| **Cc:** | mneumann@wck.com |
| **Subject:** | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 97699805: INFINISET (Stylized/Design): Docket/Reference No. G185.6001US1 |

**Docket/Reference Number:**      G185.6001US1

The USPTO has assigned design search codes to your application (U.S. serial number: 97699805).

**Design search codes assigned to your application:**

26.05.21 - Triangles that are completely or partially shaded
26.09.03 - Incomplete squares
26.09.03 - Squares, incomplete

If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 39**

# 2023 · 01-10 | Response to Final Office Action
## EXHIBIT TRM

---

**Filing Receipt for Request for Reconsideration After Final Action Form
and Next Steps in the Application Process**

**Application serial no.** 90618638.
**Mark.** INFINISET(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90618638/large).

Thank you for submitting your form to the U.S. Patent and Trademark Office (USPTO). Please read this filing receipt carefully and keep a copy for your records. If you find errors in your submission, the  After You File page gives information about correcting errors.

**Next steps**

1. **If you plan to file an appeal with the Trademark Trial and Appeal Board (TTAB),** you must file it within six months of the date the Final Office action was issued.

2. **In four to five days, please confirm that we received the documents submitted with this form** by checking Trademark Status and Document Retrieval (TSDR). If your documents do not appear in TSDR after four to five days, please email us.

3. **Within one to two months, the examining attorney will review your submission.**

   **If your submission is accepted,** you will receive a notice that your mark will be published in the Trademark Official Gazette. For more information on publication, click on Box 5a, USPTO Publishes Mark, in the application timeline.

   **If your submission is not accepted,** you will receive a letter denying the request for reconsideration and explaining what's next in the application process.

4. **Continue to check TSDR** every three to four months for any updates to your application status.

5. **Keep your addresses current in USPTO records using the address forms** on our website.

6. **Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

7. **Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Stay current with Trademarks**
Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the Submit button.

**The information submitted in the form appears below:**

PTO- 1960
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Request for Reconsideration after Final Action

---

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| | |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 01-10 | Response to Final Office Action
## EXHIBIT TRM

[2023-01-10__Response to Final Office Action.pdf](#)

SHA-256 Hash of Source File:  5d7b9260d2235283275055441e85be6cc96bba4950dc0a2894af1b2ab182e0a2

Page: 2 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| SERIAL NUMBER | 90618638 |
|---|---|
| LAW OFFICE ASSIGNED | LAW OFFICE 125 |
| MARK SECTION | |
| MARK | mark |
| LITERAL ELEMENT | INFINISET |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| GOODS AND/OR SERVICES SECTION (009) (current) | |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | |

Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

| FILING BASIS | Section 1(b) |
|---|---|
| GOODS AND/OR SERVICES SECTION (009) (proposed) | |
| INTERNATIONAL CLASS | 009 |
| TRACKED TEXT DESCRIPTION | |

Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; ~~system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens;~~ system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

| FINAL DESCRIPTION | |
|---|---|

Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 01-10 | Response to Final Office Action
## EXHIBIT TRM

[2023-01-10__Response to Final Office Action.pdf](#)

SHA-256 Hash of Source File:  5d7b9260d2235283275055441e85be6cc96bba4950dc0a2894af1b2ab182e0a2

Page: 3 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (042) (no change)** | |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Amanda M. Prose |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | aprose@wck.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mneumann@wck.com |
| **DOCKET/REFERENCE NUMBER** | G185.6000US1 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Amanda M. Prose |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | aprose@wck.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mneumann@wck.com |
| **DOCKET/REFERENCE NUMBER** | G185.6000US1 |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Amanda M Prose/ |
| **SIGNATORY'S NAME** | Amanda M. Prose |
| **SIGNATORY'S POSITION** | Attorney of Record; MN bar member |
| **SIGNATORY'S PHONE NUMBER** | 6123343222 |
| **DATE SIGNED** | 01/10/2023 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **CONCURRENT APPEAL NOTICE FILED** | NO |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Jan 10 12:56:13 ET 2023 |
| **TEAS STAMP** | USPTO/RFR-38.104.197.154-20230110125613170224-9061 8638-8507baefe8b99295fd8f 5f5ec99533b90ec28945b7c57 93befe99a443c4fce4d76-N/A-N/A-20230110115446146093 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 42**

# 2023 · 01-10 | Response to Final Office Action

## EXHIBIT TRM

PTO- 1960
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Request for Reconsideration after Final Action
### To the Commissioner for Trademarks:

Application serial no. **90618638** INFINISET(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90618638/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**

Class 009 for Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track **Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; ~~system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens~~; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

Class 009 for Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 43

# 2023 · 01-10 | Response to Final Office Action
## EXHIBIT TRM

2023-01-10   Response to Final Office Action.pdf

SHA-256 Hash of Source File:  5d7b9260d2235283275055441e85be6cc96bba4950dc0a2894af1b2ab182e0a2

Page: 5 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Correspondence Information (current):**
    Amanda M. Prose
    PRIMARY EMAIL FOR CORRESPONDENCE: aprose@wck.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mneumann@wck.com

The docket/reference number is G185.6000US1.

**Correspondence Information (proposed):**
    Amanda M. Prose
    PRIMARY EMAIL FOR CORRESPONDENCE: aprose@wck.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mneumann@wck.com

The docket/reference number is G185.6000US1.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**Request for Reconsideration Signature**
Signature: /Amanda M Prose/   Date: 01/10/2023
Signatory's Name: Amanda M. Prose
Signatory's Position: Attorney of Record; MN bar member
Signatory's Phone Number: 6123343222
Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

The applicant is not filing a Notice of Appeal in conjunction with this Request for Reconsideration.

---

Thank you,

The TEAS support team
Tue Jan 10 12:56:13 ET 2023
STAMP: USPTO/RFR-38.104.197.154-20230110125613170224-90618638-
8507baefe8b99295fd8f5f5ec99533b90ec28945b7c5793befe9a443c4fce4d76-N-A-N/A-20230110115446146093

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 44**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2023 · 02-13 | USPTO Trademark Office POA
## EXHIBIT TRM

[2023-02-13__USPTO_Trademark_Office_POA.pdf](#)
SHA-256 Hash of Source File: 63251ac3b802b590579d941ddf6cbe867a5d8e99a9d8526860c90836c51a973e
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 18/108,858 | 02/13/2023 | Matthew Guertin | G185.0001US2 |

InfiniSet, Inc.
4385 Trenton Ln. N, 202
Plymouth, MN 55442

**CONFIRMATION NO. 6872**
**POA ACCEPTANCE LETTER**

*OC000000061350804*

Date Mailed: 09/01/2023

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/21/2023.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/ckhlok/

page 1 of 1

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 45**

# 2023 · 03-29 | 90618638
## EXHIBIT TRM

[2023-03-29__90618638.pdf](#)

SHA-256 Hash of Source File: cabbe6d1ee5aff730bbc93b886260b5eb6475862d50fd8460070c5650e2249ff

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---



**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 90618638
**Mark:** INFINISET
**International Class(es):** 009, 042
**Owner:** Guertin, Matthew
**Docket/Reference No.** G185.6000US1

**Issue Date:** March 29, 2023

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on April 18, 2023.**

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a Notice of allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

aprose@wck.com
mneumann@wck.com

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 46**

# 2023 · 03-29 | Notice of Publication
EXHIBIT TRM

[2023-03-29__Notice of Publication.pdf](#)

SHA-256 Hash of Source File: dcebf021e865e4e35b157432b85082bc2844c2fba1afbd1c2d77c3959cab2a7b

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 90618638
**Mark:** INFINISET
**International Class(es):** 009, 042
**Owner:** Guertin, Matthew
**Docket/Reference No.** G185.6000US1

**Issue Date:** March 29, 2023

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on April 18, 2023.**

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a Notice of allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

aprose@wck.com
mneumann@wck.com

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 47**

# 2023 · 04-18 | Publication

## EXHIBIT TRM

[2023-04-18__Publication.pdf](#)

SHA-256 Hash of Source File:  924138627c70be919237c675ae082818df45068d864980aa46dc70ea0eee75cd

Page: 1 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

| TM 652 | **TRADEMARK OFFICIAL GAZETTE** | APR. 18, 2023 |
|---|---|---|

This page was generated by the eOG system on Apr. 18, 2023 15:42:24

**REASON FOR PUBLICATION**
Published for Opposition

**Mark Literal(s)** INFINISET

# INFINISET

**CASE IDENTIFIERS**
**Serial Number**  90618638 **Application Filing Date**  Apr. 01, 2021 **Register**  Principal **Mark Type**  Service Mark Trademark **Publication Date**  Apr. 18, 2023

**MARK INFORMATION**
**Standard Character Claim**  Yes. The mark consists of standard characters without claim to any particular font style, size, or color. **Mark Drawing Type**  4 - STANDARD CHARACTER MARK

**GOODS AND SERVICES INFORMATION**
**For**  Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

**International Classes**  9 - Primary Classes **US Classes**  21, 23, 26, 36, 38 **International Class Title**  Electrical and Scientific Apparatus

**For**  Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing

**International Classes**  42 - Primary Classes **US Classes**  100, 101 **International Class Title**  Scientific and computer services

**BASIS INFORMATION**
**Currently ITU**  Yes

TM 652.1

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**2023 · 04-18 | Publication**

EXHIBIT TRM

2023-04-18__Publication.pdf

SHA-256 Hash of Source File: 924138627c70be919237c675ae082818df45068d864980aa46dc70ea0eee75cd

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

OWNER INFORMATION

**Owner Name**  Guertin, Matthew  **Address**  Guertin, Matthew  #304  10233 W 34th St  Minnetonka  MINNESOTA  55305  **Legal Entity**  INDIVIDUAL  **Citizenship**  UNITED STATES

ATTORNEY/CORRESPONDENCE INFORMATION

**Docket Number**  G185.6000US1

EXAMINING ATTORNEY

**Examining Attorney**  MCNAMARA, SHANA MARIE

TM 652.2

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 49

# 2023 · 06-01 | Application

## EXHIBIT TRM

2023-06-01__Application.pdf
SHA-256 Hash of Source File:  2d7c455e0773d5f28b250b776862a37a606a3bc99e7d62d204092250ce0ec144
Page: 1 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

About Us  Jobs  Contact Us  Logout
Trademark Electronic Application System

**You will not be able to use TEASi**

**This Page Requires JavaScript.**

**TEASi web pages require the enablement of JavaScript in your web browser. To enable JavaScript, please follow the steps provided here.**

PTO-2131
Approved for use through 04/30/2022. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## APPLICATION FOR INTERNATIONAL REGISTRATION

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **FILING DATE** | 06/01/2023 |
| **MARK SECTION** | |
| **MARK IMAGE** | 97699805.jpg |
| **DESCRIPTION OF MARK** | The mark consists of the stylized text "INFINISET" with a stylized square shape to the left of the text, the left side of the square being a right-facing triangle. |
| **VERBAL ELEMENT(S)** | INFINISET |
| **OWNER SECTION** | |
| **NAME** | Matthew Guertin |
| **STREET** | 4385 Trenton Ln N 202 |
| **CITY** | Plymouth |
| **STATE** | Minnesota |
| **COUNTRY/REGION/JURISDICTION** | United States |
| **ZIP/POSTAL CODE** | 55442 |
| **EMAIL** | ustrademarks@wck.com |
| **LEGAL ENTITY TYPE** | INDIVIDUAL |
| **COUNTRY/REGION/JURISDICTION OF CITIZENSHIP** | United States |
| **ENTITLEMENT SECTION** | |
| **APPLICANT IS U.S. NATIONAL** | YES |
| **COUNTRY** | United States |
| **REPRESENTATIVE SECTION** | |
| **NAME** | Amanda M. Prose |
| **FIRM** | WESTMAN, CHAMPLIN & KOEHLER, P.A. |
| **STREET** | 121 South Eighth Street, Suite 1100 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **COUNTRY/REGION/JURISDICTION** | United States |
| **ZIP/POSTAL CODE** | 55402 |
| **PHONE** | 6123343222 |
| **FAX** | 6123343312 |
| **EMAIL** | aprose@wck.com |
| **BASE APPLICATION/REGISTRATION** | |
| **APPLICATION NUMBER** | 97699805 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 50

# 2023 · 06-01 | Application

## EXHIBIT TRM

[2023-06-01__Application.pdf](#)

SHA-256 Hash of Source File: 2d7c455e0773d5f28b250b776862a37a606a3bc99e7d62d204092250ce0ec144

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Input Field | Entered |
|---|---|
| **APPLICATION FILING DATE** | 12/01/2022 |
| **PRIORITY APPLICATION** | |
| **COUNTRY/REGION/JURISDICTION** | United States |
| **APPLICATION NUMBER** | 97699805 |
| **APPLICATION FILING DATE** | 12/01/2022 |
| **CLASS CODE** | 009 |
| **CLASS DESCRIPTION** | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| **CLASS CODE** | 042 |
| **CLASS DESCRIPTION** | Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing |
| **GOODS AND/OR SERVICES SECTION** | |
| Note: If no limitation exists for a designated contracting party, then the extension for that party is for all listed goods and/or services. If a class has been excluded, no information relating to that class will exist. | |
| **CLASS** | 009 |
| **OVERALL DESCRIPTION** | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| **CLASS** | 042 |
| **OVERALL DESCRIPTION** | Providing online non-downloadable green screen and imaging software for digital compositing; providing online |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 51**

# 2023 · 06-01 | Application

## EXHIBIT TRM

---

[2023-06-01__Application.pdf](2023-06-01__Application.pdf)

SHA-256 Hash of Source File: 2d7c455e0773d5f28b250b776862a37a606a3bc99e7d62d204092250ce0ec144

Page: 3 of 4    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

| Input Field | Entered |
|---|---|
| | non-downloadable computer software for use in video and photo editing and sharing |
| **DESIGNATED CONTRACTING PARTY(IES)** | |
| 1ST COUNTRY/JURISDICTION | Canada |
| 2ND COUNTRY/JURISDICTION | China |
| 3RD COUNTRY/JURISDICTION | European Union |
| SECOND LANGUAGE | French |
| 4TH COUNTRY/JURISDICTION | Japan |
| 5TH COUNTRY/JURISDICTION | Korea, Republic of |
| 6TH COUNTRY/JURISDICTION | United Kingdom |
| INTENT TO USE | YES |
| 7TH COUNTRY/JURISDICTION | Vietnam |
| TOTAL DESIGNATED CONTRACTING PARTY(IES) | 7 |
| FEE AMOUNT | 3922.00 Swiss Francs 4320.33 US Dollars |
| **PAYMENT INFORMATION** | |
| PAYER'S NAME | Matthew Guertin |
| PAYMENT DATE | 06/01/2023 |

Skip footer and go to main content

United States Patent and Trademark Office
United States Patent and Trademark Office
Browse By Topic

## Browse By Topic

- Patents
- Trademarks
- Learning & Resources
- About the USPTO
- Glossary
- Jobs
- Contact Us

About This Site

## About This Site

- Accessibility
- Privacy Policy
- Terms of Use
- Security
- Systems Status
- Site Map

USPTO Background

## USPTO Background

- Federal Activity Inventory Reform Act (FAIR)
- Performance and Planning
- Freedom of Information Act
- Information Quality Guidelines

Federal Government

## Federal Government

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 52**

# 2023 · 06-01 | Application

## EXHIBIT TRM

2023-06-01__Application.pdf

SHA-256 Hash of Source File:  2d7c455e0773d5f28b250b776862a37a606a3bc99e7d62d204092250ce0ec144

Page: 4 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

- Regulations.gov
- StopFakes.gov
- USA.gov
- Department of Commerce
- Strategy Targeting Organized Piracy

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 53**

# 2023 · 06-13 | 90618638

### EXHIBIT TRM

[2023-06-13__90618638.pdf](2023-06-13__90618638.pdf)

SHA-256 Hash of Source File: 2878ea373de07e24fa8052032bb9454e8cf111f38e3f082b34224925eabbc72c

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, June 13, 2023 00:07 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 90618638: INFINISET: Docket/Reference No. G185.6000US1 |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Jun 13, 2023

**U.S. Serial Number:** 90618638
**Mark:** INFINISET
**Docket/Reference Number:** G185.6000US1

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS** from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

**Serial Number:** 90618638
**Mark:** INFINISET
**Docket/Reference Number:** G185.6000US1
**Owner:** Guertin, Matthew
    #304
    10233 W 34th St
    Minnetonka , MINNESOTA  55305
**Correspondence Address:** Amanda M. Prose
    WESTMAN, CHAMPLIN & KOEHLER, P.A.
    121 SOUTH EIGHTH STREET, SUITE 1100
    MINNEAPOLIS MN 55402

**This application has the following bases, but not necessarily for all listed goods/services:**

| Section 1(a): NO | Section 1(b): YES | Section 44(e): NO |
|---|---|---|

**GOODS/SERVICES BY INTERNATIONAL CLASS**

009 - Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

042 - Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 54**

2023-06-13__90618638.pdf

SHA-256 Hash of Source File:  2878ea373de07e24fa8052032bb9454e8cf111f38e3f082b34224925eabbc72c

Page: 2 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

---

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=90618638&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90618638&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 55**

# 2023 · 06-13 | Notice of Allowance
## EXHIBIT TRM

2023-06-13__Notice of Allowance.pdf

SHA-256 Hash of Source File:  b108d5768214c381e5cc59916424b09757ebda8b1db9df8da372c3a57da09519

Page: 1 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, June 13, 2023 00:07 AM |
| **To:** | aprose@wck.com |
| **Cc:** | mneumann@wck.com |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 90618638: INFINISET: Docket/Reference No. G185.6000US1 |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Jun 13, 2023

**U.S. Serial Number:** 90618638
**Mark:**  INFINISET
**Docket/Reference Number:** G185.6000US1

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally).  **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa.  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.

**Serial Number:** 90618638
**Mark:** INFINISET
**Docket/Reference Number:** G185.6000US1
**Owner:** Guertin, Matthew
#304
10233 W 34th St
Minnetonka , MINNESOTA   55305
**Correspondence Address:** Amanda M. Prose
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 SOUTH EIGHTH STREET, SUITE 1100
MINNEAPOLIS MN 55402

**This application has the following bases, but not necessarily for all listed goods/services:**

| | | |
|---|---|---|
| Section 1(a): NO | Section 1(b): YES | Section 44(e): NO |

**GOODS/SERVICES BY INTERNATIONAL CLASS**

009 -   Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

042 -   Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 06-13 | Notice of Allowance
## EXHIBIT TRM

[2023-06-13__Notice of Allowance.pdf](#)

SHA-256 Hash of Source File:  b108d5768214c381e5cc59916424b09757ebda8b1db9df8da372c3a57da09519

Page: 2 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=90618638&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90618638&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 57**

# 2023 · 07-13 | International Reg Certificate

## EXHIBIT TRM

[2023-07-13__International Reg Certificate.pdf](#)

SHA-256 Hash of Source File: 843efaf924931266bc5ef8cc5df201497d1d8e3efa99f798f2ebd72f5aec94e1

Page: 1 of 2  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]



**WIPO | MADRID**
The International
Trademark System

---

### CERTIFICATE OF REGISTRATION

The International Bureau of the World Intellectual Property Organization (WIPO) certifies that the indications appearing in the present certificate conform to the recording made in the International Register of Marks maintained under the Madrid Agreement and Protocol.

---

| | |
|---|---|
| *Reproduction of the mark* |  |
| *Registration number* | **1 739 675** |
| *Registration date* | **June 1, 2023** |
| *Date next payment due* | **June 1, 2033** |
| *Name and address of holder* | Matthew Guertin<br>4385 Trenton Ln N 202, Plymouth MN 55442 (United States of America) |
| *Legal nature of the holder (legal entity) and place of organization* | INDIVIDUAL, United States |
| *Name and address of the representative* | Amanda M. Prose, WESTMAN, CHAMPLIN & KOEHLER, P.A., 121 South Eighth Street, Suite 1100, Minneapolis MN 55402 (United States of America) |
| *Classification of figurative elements* | 26.3; 26.4; 27.5 |
| *Certified description of the mark* | The mark consists of the stylized text "INFINISET" with a stylized square shape to the left of the text, the left side of the square being a right-facing triangle. |
| *List of goods and services NCL(12-2023)* | 9 Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track.<br>42 Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing. |
| *Basic application* | United States of America, December 1, 2022, 97699805 |

---

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 07-13 | International Reg Certificate
## EXHIBIT TRM

[2023-07-13__International Reg Certificate.pdf](#)

SHA-256 Hash of Source File: 843efaf924931266bc5ef8cc5df201497d1d8e3efa99f798f2ebd72f5aec94e1

Page: 2 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

**CERTIFICATE OF REGISTRATION**      (continued) **1 739 675**

| | |
|---|---|
| *Data relating to priority under the Paris Convention* | United States of America, December 1, 2022, 97699805 |
| *Designations under the Madrid Protocol* | Canada, China, European Union, Japan, Republic of Korea, United Kingdom, Viet Nam |
| *Declaration of intention to use the mark* | United Kingdom |
| *Date of notification* | July 13, 2023 |
| *Language of the international application* | English |

Hongbing Chen
Director, Madrid Operations Division
Madrid Registry
Brands and Designs Sector

Geneva, July 13, 2023

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 07-13 | IR Transmittal

## EXHIBIT TRM

2023-07-13 __ IR Transmittal.pdf

SHA-256 Hash of Source File:  f8c81ec13b9835e0515377e9d5dfc1239e3b9219efb33d1ca809e834e5840414

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]





**WIPO | MADRID**
The International
Trademark System

Amanda M. Prose,
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis MN 55402
United States of America

Geneva, July 13, 2023

Our ref.: 806/1721161601
Your ref.:

International Registration No. 1 739 675 (INFINISET)

In accordance with Rule 14(1) of the Regulations, please find herewith the certificate for the above-mentioned international registration. This certificate is issued only in the language in which the international application was filed.

This international registration will be published in the *WIPO Gazette of International Marks* No.: 26/2023.

**International Bureau of the
World Intellectual
Property Organization**

WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 60**

# 2023 · 07-13 | IR Transmittal

## EXHIBIT TRM

2023-07-13 _ IR Transmittal.pdf
SHA-256 Hash of Source File:  f8c81ec13b9835e0515377e9d5dfc1239e3b9219efb33d1ca809e834e5840414

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**WIPO | MADRID**
The International
Trademark System

**MADRID AGREEMENT AND PROTOCOL CONCERNING
THE INTERNATIONAL REGISTRATION OF MARKS**

# WARNING

The mark to which the attached international registration certificate relates will be published in the *WIPO Gazette of International Marks* by the International Bureau of WIPO. It is recalled that no fee is payable for such publication over and above those already paid for the international registration itself.

**We warn the owners of international registrations against the activities of certain private bodies** which, for a charge, offer to publish their marks, doing so in a manner and in terms that suggest that such publication is a necessary part of the procedure provided for in the Madrid Agreement and Protocol. It is however entirely unnecessary, and without any legal effect for the purposes of these two international treaties.

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 07-26 | OUT re Appoint Rep

## EXHIBIT TRM

2023-07-26__OUT re Appoint Rep.pdf

SHA-256 Hash of Source File:  08e2f7d96138712c4446c44722a342829201b1543b59f3e21934bb3f3fef67d3

Page: 1 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---



Megan Neumann <mneumann@wck.com>

### IR No. 1,739,675 in the name of Matthew Guertin for INFINISET Logo (Our File: G185.6001WP1)

1 message

---

**Megan Neumann** <mneumann@wck.com>                         Wed, Jul 26, 2023 at 2:42 PM
To: Elliott Gold <EGold@ridoutmaybee.com>
Cc: Amanda Prose <aprose@wck.com>, Melissa Rodrigues <mrodrigues@ridoutmaybee.com>

Madrid Protocol (International) Trademark Registration
Applicant: Matthew Guertin
Reg No.: 1,739,675
Filing Date: June 1, 2023
For : INFINISET Logo



Our File: G185.6001WP1

Dear Elliott:

We received the attached Madrid Protocol (International) Trademark Registration for INFINISET Logo, designating Canada.

Please appoint yourself as the address of service in Canada.

Thank you for your assistance.


Best regards,

Amanda

Amanda M. Prose
Intellectual Property Attorney
Westman, Champlin & Koehler, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, MN 55402
Tel: 612-334-3222
Direct: 612-852-0619
Fax: 612-334-3312

www.wck.com

AMP:man

westman
champlin
koehler

WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 07-26 | OUT re Appoint Rep

## EXHIBIT TRM

2023-07-26 __ OUT re Appoint Rep.pdf

SHA-256 Hash of Source File: 08e2f7d96138712c4446c44722a342829201b1543b59f3e21934bb3f3fef67d3

Page: 2 of 2     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 63**

# 2023 · 07-27 | IN Ref No

## EXHIBIT TRM

[2023-07-27__IN Ref No.pdf](#)

SHA-256 Hash of Source File:  8f95b2f115169faf5da2428cc7d20494a2912d9fd3c909f9fc221835ed6d9848

Page: 1 of 3          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---



Megan Neumann <mneumann@wck.com>

### ACKNOWLEDGEMENT** IR No. 1,739,675 in the name of Matthew Guertin for INFINISET Logo (Our File: G185.6001WP1)

1 message

---

**ridbee** <ridbee@ridoutmaybee.com>                                    Thu, Jul 27, 2023 at 3:04 PM
To: "mneumann@wck.com" <mneumann@wck.com>
Cc: "aprose@wck.com" <aprose@wck.com>, Elliott Gold <egold@ridoutmaybee.com>

Thank you for your instructions; we will contact you if any further information is required.

Our reference for this matter is **42490-3199.**

Best Regards,

Ridout & Maybee LLP

**ridbee** | General E-mail
RIDOUT & MAYBEE LLP

T:416.868.1482  ridbee@ridoutmaybee.com  www.ridoutmaybee.com

TORONTO | OTTAWA | BURLINGTON

---

This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

**If you do not wish to continue to receive email communications from us, please reply with the word unsubscribe in the subject line.**

**From:** Megan Neumann <mneumann@wck.com>
**Sent:** Wednesday, July 26, 2023 3:43 PM
**To:** Elliott Gold <egold@ridoutmaybee.com>
**Cc:** Amanda Prose <aprose@wck.com>; Melissa Rodrigues <mrodrigues@ridoutmaybee.com>
**Subject:** **EXTERNAL** IR No. 1,739,675 in the name of Matthew Guertin for INFINISET Logo (Our File: G185.6001WP1)

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**2023 · 07-27 | IN Ref No**

EXHIBIT TRM

2023-07-27__IN Ref No.pdf

SHA-256 Hash of Source File:  8f95b2f115169faf5da2428cc7d20494a2912d9fd3c909f9fc221835ed6d9848

Page: 2 of 3        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Madrid Protocol (International) Trademark Registration

Applicant: Matthew Guertin

Reg No.: 1,739,675
Filing Date: June 1, 2023

For : INFINISET Logo



Our File: G185.6001WP1

Dear Elliott:

We received the attached Madrid Protocol (International) Trademark Registration for INFINISET Logo, designating Canada.

Please appoint yourself as the address of service in Canada.

Thank you for your assistance.

Best regards,

Amanda

Amanda M. Prose

Intellectual Property Attorney

Westman, Champlin & Koehler, P.A.

121 South Eighth Street, Suite 1100

Minneapolis, MN 55402

Tel: 612-334-3222

Direct: 612-852-0619

Fax: 612-334-3312

www.wck.com

AMP:man

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 07-27 | IN Ref No

### EXHIBIT TRM

2023-07-27__IN Ref No.pdf
SHA-256 Hash of Source File:  8f95b2f115169faf5da2428cc7d20494a2912d9fd3c909f9fc221835ed6d9848

Page: 3 of 3  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]



WARNING: The information contained in this transmission may be privileged or confidential. It is intended only for the above identified recipient. If you are not the intended recipient, please forward this transmission to the author. Please delete this transmission and all copies. Thank you.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 66**

# 2023 · 08-08 | 17444410 - EUIPO

## EXHIBIT TRM

2023-08-08__17444410 - EUIPO.pdf

SHA-256 Hash of Source File:  9c81a8fe087f4c71fa1fa2f876472a56824da2023e3404c01a37f85c02e75614

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

OPERATIONS DEPARTMENT

W124

**Interim status of the file pursuant to Rule 18*bis*(1)(a) and (b) of the Regulations
under the Protocol relating to the Madrid Agreement**

Alicante, 08/08/2023

| | |
|---|---|
| *International registration number:* | **1739675** |
| *Date of notification to the EUIPO:* | **13/07/2023** |
| *Name of the Holder:* | **Matthew Guertin** |
| *Trade Mark:* | **INFINISET** |

The *ex officio* examination of the abovementioned mark has been completed.

However, the mark is still open to opposition until **17/11/2023** or to observations by third parties.



**Fabián GÁRCÍA QUINTO**

Avenida de Europa, 4 • E - 03008 • Alicante, Spain
Tel. +34 965139100 • www.euipo.europa.eu

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 67

# 2023 · 08-10 | Notification - WIPO

EXHIBIT TRM

2023-08-10__Notification - WIPO.pdf

SHA-256 Hash of Source File: 333845b69cd58df4763fdf592983cfd69dfafbcf1d9cd1585caa880e0ed62092

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**WIPO | MADRID**
The International
Trademark System

Amanda M. Prose,
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite
 1100
Minneapolis MN 55402
United States of America

Our reference: 979/1744441001
Your reference:

Geneva, 10/08/2023

**Re: Statement under Rule 18bis(1)(a)**

International registration No. 1739675 (INFINISET)

Madam,
Sir,

Please find enclosed a statement to the effect that the
ex-officio examination has been completed and that the
Office of European Union has found no grounds for refusal
but that the protection of the mark is still subject to
opposition or observations by third parties.

International Bureau of the World Intellectual
Property Organization (WIPO)

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 68**

# 2023 · 10-04 01 | 97699805

## EXHIBIT TRM

[2023-10-04_01__97699805.pdf](#)

SHA-256 Hash of Source File:  5ce1a2f4e1a8d610ffe48bb66bf9becf1eec602a53b1c81a0385367c5326bf22

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---



**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 97699805
**Mark:** INFINISET
**International Class(es):** 009, 042
**Owner:** Matthew Guertin
**Docket/Reference No.**

**Issue Date:** October 4, 2023

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on October 24, 2023**.

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a Notice of allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

ustrademarks@wck.com
MattGuertin@protonmail.com

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 69

# 2023 · 10-04 02 | 97699805

EXHIBIT TRM

[2023-10-04_02__97699805.pdf](2023-10-04_02__97699805.pdf)

SHA-256 Hash of Source File:  b56b424357c64dac6e036b500f0b306725739d285264f2cab1f390b6c29ec071

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, October 4, 2023 03:36 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 97699805: INFINISET (Stylized/Design) |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 97699805) is scheduled to publish in the *Official Gazette* on Oct 24, 2023.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=97699805.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has been published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 70**

# 2023 · 10-24 | 97699805
## EXHIBIT TRM

[2023-10-24__97699805.pdf](#)

SHA-256 Hash of Source File:  36c5b7ca0522f87c00c4888893fed8c2e2354933fccda33f835c84f589fee057

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, October 24, 2023 00:42 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 97699805: INFINISET (Stylized/Design) |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 97699805
**Mark:** INFINISET (Stylized/Design)
**International Class(es):** 009, 042
**Owner:** Matthew Guertin
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Oct 24, 2023.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2023-10-24&serialNumber=97699805

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=97699805&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to
https://tsdr.uspto.gov/#caseNumber=97699805&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 71**

# 2023 · 12-12 | 90618638

### EXHIBIT TRM

[2023-12-12__90618638.pdf](2023-12-12__90618638.pdf)

SHA-256 Hash of Source File: 9cca1d408f386072f1e7f558c799cc405b0bc95dc70332dacc24567ea158e9c3

Page: 1 of 5      [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

PTO- 1581
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Request for Extension of Time to File a Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90618638 |
| **MARK SECTION** | |
| **MARK** | INFINISET (see, https://tmng-al.uspto.gov/resting2/api/img/90618638/large) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | INFINISET |
| **OWNER SECTION (current)** | |
| **NAME** | Guertin, Matthew |
| **INTERNAL ADDRESS** | #304 |
| **MAILING ADDRESS** | 10233 W 34th St |
| **CITY** | Minnetonka |
| **STATE** | Minnesota |
| **ZIP/POSTAL CODE** | 55305 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Guertin, Matthew |
| **INTERNAL ADDRESS** | #202 |
| **MAILING ADDRESS** | 4385 Trenton Ln N |
| **CITY** | Plymouth |
| **STATE** | Minnesota |
| **ZIP/POSTAL CODE** | 55442 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Guertin, Matthew |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ustrademarks@wck.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY** | MattGuertin@protonmail.com |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 72**

# 2023 · 12-12 | 90618638

## EXHIBIT TRM

2023-12-12__90618638.pdf

SHA-256 Hash of Source File:  9cca1d408f386072f1e7f558c799cc405b0bc95dc70332dacc24567ea158e9c3

Page: 2 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| COPIES) | |
|---|---|
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Guertin, Matthew |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | MattGuertin@ProtonMail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | MattGuertin@protonmail.com |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 042 |
| **CURRENT IDENTIFICATION** | Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| **EXTENSION NUMBER** | 1 |
| **ALLOWANCE MAIL DATE** | 06/13/2023 |
| **STATEMENT OF USE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 2 |
| **SUBTOTAL AMOUNT [EXTENSION FEE]** | 250 |
| **TOTAL AMOUNT** | 250 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Matthew Guertin/ |
| **SIGNATORY'S NAME** | Matthew David Guertin |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 12/12/2023 |
| **SIGNATORY'S PHONE NUMBER** | 7632214540 |

Url 1: link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
Url 4: drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 73

# 2023 · 12-12 | 90618638

## EXHIBIT TRM

[2023-12-12__90618638.pdf](2023-12-12__90618638.pdf)

SHA-256 Hash of Source File:  9cca1d408f386072f1e7f558c799cc405b0bc95dc70332dacc24567ea158e9c3

Page: 3 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| SIGNATURE METHOD | Signed directly within the form |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Dec 12 07:37:57 ET 2023 |
| **TEAS STAMP** | USPTO/ESU-XXX.XX.XXX.XX-2 023121207375840217-90618 638-85035854d62179e33d437 e76ebd54d3f2c27d896d2cf59 466dbe44d441e5fc46de-CC-3 7575305-20231212071619291 362 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 74**

# 2023 · 12-12 | 90618638
## EXHIBIT TRM

2023-12-12__90618638.pdf

SHA-256 Hash of Source File: 9cca1d408f386072f1e7f558c799cc405b0bc95dc70332dacc24567ea158e9c3

Page: 4 of 5          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

PTO- 1581
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### SOU Extension Request
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** INFINISET (see, https://tmng-al.uspto.gov/resting2/api/img/90618638/large)
**SERIAL NUMBER:** 90618638

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Guertin, Matthew, having an address of
    #304
    10233 W 34th St
    Minnetonka, Minnesota 55305
    United States
    Email: XXXX
**Proposed:** Guertin, Matthew, having an address of
    #202
    4385 Trenton Ln N
    Plymouth, Minnesota 55442
    United States
    Phone:
    Fax:
    Email: XXXX

The owner requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 06/13/2023.

For International Class 009:
Current identification: Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 042:
Current identification: Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 75

# 2023 · 12-12 | 90618638

## EXHIBIT TRM

[2023-12-12__90618638.pdf](#)

SHA-256 Hash of Source File: 9cca1d408f386072f1e7f558c799cc405b0bc95dc70332dacc24567ea158e9c3

Page: 5 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

This is the first extension request.

**Correspondence Information (current)**
Guertin, Matthew
PRIMARY EMAIL FOR CORRESPONDENCE: ustrademarks@wck.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): MattGuertin@protonmail.com

**Correspondence Information (proposed)**
Guertin, Matthew
PRIMARY EMAIL FOR CORRESPONDENCE: MattGuertin@ProtonMail.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): MattGuertin@protonmail.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 will be submitted with the form, representing payment for 2 classes.

### Declaration

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Matthew Guertin/     Date Signed: 12/12/2023
Signatory's Name: Matthew David Guertin
Signatory's Position: Owner
Signatory's Phone: 7632214540
Signature method: Signed directly within the form

PAYMENT: 90618638
PAYMENT DATE: 12/12/2023

Serial Number: 90618638
Internet Transmission Date: Tue Dec 12 07:37:57 ET 2023
TEAS Stamp: USPTO/ESU-XXX.XX.XXX.XX-2023121207375840
0217-90618638-85035854d62179e33d437e76eb
d54d3f2c27d896d2cf59466dbe44d441e5fc46de
-CC-37575305-20231212071619291362

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 76**

# 2023 · 12-14 01 | 90618638

## EXHIBIT TRM

[2023-12-14_01__90618638.pdf](2023-12-14_01__90618638.pdf)

SHA-256 Hash of Source File: ff8c86fc08d3d3dd4f4ca4dbdb0def508ea1e6bf765fa55b9e4d1c2c549b9bc6

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 14, 2023 00:17 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Approval of Extension Request: U.S. Trademark SN 90618638: INFINISET |

NOTICE OF APPROVAL OF EXTENSION REQUEST

**U.S. Serial Number:** 90618638
**Mark:** INFINISET
**Owner:** Guertin, Matthew
**Extension Request Number:** 1
**Docket/Reference Number:**
**Notice of Allowance Date:** Jun 13, 2023

The USPTO issued a Notice of Allowance on **Jun 13, 2023** for the trademark application identified above. Applicant's **FIRST** request for Extension of Time to File a Statement of Use has been **GRANTED**. If you are currently using the mark in commerce, please visit https://www.uspto.gov/trademarks/apply/intent-use-itu-forms and select form number 1 ("Statement of Use/Amendment to Allege Use for Intent-to-Use Application") to file your statement of use and complete the registration process.

**PLEASE NOTE:**

1. Applicant must continue to file extension requests every six (6) months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed, or the USPTO will abandon the application.
2. Applicant may only request a total of five (5) extensions of time.
3. Applicant may **NOT** file a Statement of Use more than thirty-six (36) months from the date the Notice of Allowance was issued.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=90618638&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90618638&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information on filing a Statement of Use or an additional extension request, if applicable, please consult the USPTO website at https://www.uspto.gov/trademarks or contact the Trademark Assistance Center at 1-800-786-9199.

---

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 77**

# 2023 · 12-14 02 | 90618638
## EXHIBIT TRM

2023-12-14_02__90618638.pdf

SHA-256 Hash of Source File: d9eea3fb53e6eb54564f143c7842f218abb61872c1a376929d6ec50b292cff33

Page: 1 of 4     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| Trademark Snap Shot ITU Unit Action | | | |
|---|---|---|---|
| (Table presents the data on ITU Unit Action) | | | |

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90618638 | FILING DATE | 04/01/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | MCNAMARA, SHANA MARIE | L.O. ASSIGNED | N70-NOT FOUND |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/14/2023 |
| PUB DATE | 04/18/2023 |
| STATUS | 730-FIRST EXTENSION - GRANTED |
| STATUS DATE | 12/12/2023 |
| LITERAL MARK ELEMENT | INFINISET |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | INFINISET |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

# 2023 · 12-14 02 | 90618638

## EXHIBIT TRM

[2023-12-14_02__90618638.pdf](2023-12-14_02__90618638.pdf)

SHA-256 Hash of Source File:  d9eea3fb53e6eb54564f143c7842f218abb61872c1a376929d6ec50b292cff33

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| NAME | Guertin, Matthew |
|---|---|
| ADDRESS | 4385 Trenton Ln N<br>#202<br>Plymouth, MN 55442 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of a cinematographic apparatus being a rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| INTERNATIONAL CLASS | 042 |
| DESCRIPTION TEXT | Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | INFINI SET |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/14/2023 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 030 |
| 12/12/2023 | EX1G | S | SOU EXTENSION 1 GRANTED | 029 |
| 12/12/2023 | EXT1 | S | SOU EXTENSION 1 FILED | 028 |
| 12/12/2023 | EEXT | I | SOU TEAS EXTENSION RECEIVED | 027 |
| 08/22/2023 | WOAG | I | WITHDRAWAL OF ATTORNEY GRANTED | 026 |
| 08/22/2023 | WOAR | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | 025 |
| 08/22/2023 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 024 |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 79**

# 2023 · 12-14 02 | 90618638

EXHIBIT TRM

[2023-12-14_02__90618638.pdf](2023-12-14_02__90618638.pdf)

SHA-256 Hash of Source File:  d9eea3fb53e6eb54564f143c7842f218abb61872c1a376929d6ec50b292cff33

Page: 3 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| 08/22/2023 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 023 |
| 08/22/2023 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 022 |
| 06/13/2023 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 021 |
| 04/18/2023 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 020 |
| 04/18/2023 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |
| 03/29/2023 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 018 |
| 03/14/2023 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 017 |
| 02/16/2023 | DOCK | D | ASSIGNED TO EXAMINER | 016 |
| 01/10/2023 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 01/10/2023 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 01/10/2023 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 013 |
| 07/22/2022 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 012 |
| 07/22/2022 | GNFR | O | FINAL REFUSAL E-MAILED | 011 |
| 07/22/2022 | CNFR | R | FINAL REFUSAL WRITTEN | 010 |
| 06/01/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 06/01/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 06/01/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 12/02/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 12/02/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 12/02/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/15/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 07/09/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 04/05/2021 | NWAP | I | NEW APPLICATION ENTERED | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | Guertin, Matthew<br>4385 Trenton Ln N<br>#202<br>Plymouth,MN 55442 |
| DOMESTIC REPRESENTATIVE | NONE |

### PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Guertin, Matthew |
| ADDRESS | #304<br>10233 W 34th St<br>Minnetonka, MN 55305 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

EXHIBIT TRM | p. 80

**2023 · 12-14 02 | 90618638**

EXHIBIT TRM

2023-12-14_02__90618638.pdf

SHA-256 Hash of Source File:  d9eea3fb53e6eb54564f143c7842f218abb61872c1a376929d6ec50b292cff33

Page: 4 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# INFINISET

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 81**

# 2023 · 12-19 | 97699805

## EXHIBIT TRM

2023-12-19__97699805.pdf

SHA-256 Hash of Source File: 445e65493f937a1ade2aa2a52b05384e8e7d6c78615ba131a82ffc4534b4cf77

Page: 1 of 2     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 19, 2023 00:11 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 97699805: INFINISET (Stylized/Design) |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Dec 19, 2023

**U.S. Serial Number:** 97699805
**Mark:** INFINISET (Stylized/Design)
**Docket/Reference Number:**

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.</u>**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.

**Serial Number:** 97699805
**Mark:** INFINISET (Stylized/Design)
**Docket/Reference Number:**
**Owner:** Matthew Guertin
10233 W 34th St
#304
Minnetonka , MINNESOTA 55305
**Correspondence Address:** Matthew Guertin
#304, 10233 W 34th St
Minnetonka,MN 55305

**This application has the following bases, but not necessarily for all listed goods/services:**
Section 1(a): NO      Section 1(b): YES      Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

009 - Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

042 - Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**2023 · 12-19 | 97699805**

EXHIBIT TRM

2023-12-19__97699805.pdf

SHA-256 Hash of Source File:  445e65493f937a1ade2aa2a52b05384e8e7d6c78615ba131a82ffc4534b4cf77

Page: 2 of 2      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=97699805&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=97699805&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**Url 1:** link.storjshare.io/raw/jv3roznpgkjv6spbf4lb6p22yutq/file/EXHIBIT TRM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/b64370b0-51e8-44df-ba92-b1c99eb9a379.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e4775828-51a3-4ba2-95da-1ad06d4f0d3b.pdf
**Url 4:** drive.proton.me/urls/A9KFVRHKTW#7BlFg2ywE9SS

**EXHIBIT TRM | p. 83**