## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**MATTHEW D. GUERTIN**

                               Appellant,

    v.

**TIM WALZ,**
Governor of Minnesota;

**KEITH ELLISON,**
Minnesota Attorney General;

**HENNEPIN COUNTY,**
a municipal entity;

**MARY MORIARTY,**
Hennepin County Attorney;

**JUDITH COLE,**
Sr. Assistant Hennepin County Attorney;

**MICHAEL BERGER,**
Chief Public Defender, Hennepin County;

**KERRY W. MEYER,**
Chief Judge, 4th District;

**BRUCE M. RIVERS,**
Private Defense Counsel;

**CHELA GUZMAN-WIEGERT,**
Assistant County Administrator;

**ALISHA NEHRING,**
MN Department of Health Attorney;

**HILARY CALIGIURI,**
Presiding Criminal Judge, 4th District;

**TODD FELLMAN,**
Presiding Juvenile Judge, 4th District;

**SARAH HUDLESTON,**
Judge, 4th District;

**WILLIAM H. KOCH,**
Judge, 4th District;

**JULIA DAYTON-KLEIN,**
Judge, 4th District;

**DANIELLE C. MERCURIO,**
Judge, 4th District;

**GEORGE F. BORER,**
Referee, 4th District;

Case No: 25-2476

**MOTION FOR JUDICIAL
OF PATENT-FRAUD TIMELINE
AND PUBLIC RECORDS
(U.S. PATENT NO. 11,577,177)**

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                                   Appellees.

---

## I.   INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts concerning publicly verifiable patent/trademark records and Appellant's documented investigations into patent fraud relating to U.S. Patent No. 11,577,177 (InfiniSet). The noticed facts are limited to dates, titles, and existence

of filings, reports, and media described below and are offered to clarify chronology and provenance without altering the record. See <u>Fed. R. App. P. 10(e), 27.</u>

## II.   FACTS FOR JUDICIAL NOTICE

**A.  |  Core Timeline Highlights (PTF-1)**

**1.**     03/31/2021: An application bearing the same serial number "63/168,558" is filed twelve days after Appellant's filing.

**2.**     01/20/2022: Google publicly uses the name "Infiniset" for an AI dataset, while Appellant had an InfiniSet trademark application pending.

**3.**     11/07/2023: Netflix U.S. Patent No. 11,810,254 publishes; the front matter references Appellant by name and U.S. Patent 11,577,177.

**4.**     01/12/2023 and 09/07/2023: Appellant files police reports detailing alleged patent theft/fraud (Minnetonka PD Report 23-000151; Plymouth PD Report 23033797).

**5.**     Spring/Summer 2023: Certified USPS mailings and receipts document Appellant's communications with Netflix, Eyeline Studios, and Scanline VFX.

**B.  |  Netflix-Related Patent Materials and Comparative Analyses (PTF-2)**

**1.**     11/07/2023: Publication of Netflix U.S. Patent 11,810,254.

**2.**     02/28/2025: Appellant files comparative analyses of InfiniSet vs. Netflix patent (Exhibits M/N/O/Q), including a "Disruptive Technology" report and national defense/industry context.

**3.**     04/14/2025: Appellant files forensic analyses addressing alleged backdated/invalid prior art aimed at U.S. Patent 11,577,177 (Exhibits D/E/F/G).

**C.  |  Video Presentations Documenting Appellant's Analyses (PTF-3)**

**1.**     Appellant has produced and posted video content purporting to analyze patent fraud and related media artifacts (including "Netflix Patent Fraud Analysis," "Exact Same Technology Since 2006," Light Stage/Relighting materials, and color-curve forensic demonstrations).

**2.**     The fact of these postings and their titles/dates is objectively verifiable; notice is sought only as to their existence and timing.

**D.  |  Brodsky Patent File Analyses Filed in State Record (PTF-4)**

**1.**     04/14/2025: Appellant's filings in Hennepin County case (Index #129) include a high-level presentation and a forensic analysis of U.S. Patent 11,383,062 (Brodsky), documenting image-grid irregularities, grayscale banding, and file-history anomalies.

**E.  |  State-of-the-Art Declarations and Industry Records (MOV)**

**1.**     Court filings and declarations in Rearden LLC v. The Walt Disney Company, et al., reflect industry participants, credits, and technology provenance relevant to facial/relighting pipelines (e.g., Tinwell declaration; Hendler employment notation; Gentle Giant/MOVA credits; historical coverage of Benjamin Button VFX).

**2.**     Judicial notice is sought only as to the existence and dates/titles of these materials.

### III.  LEGAL STANDARD

**A.  |  Judicial Notice on Appeal**

The Court may notice facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b), (d).

Appellate courts routinely notice public agency records (USPTO), court filings, dated police reports/receipts, and the existence of publicly available publications or videos for the limited purpose of chronology and provenance. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

**A. | Specific Items for Notice**

**1.**     The dates and existence of the timeline entries in Section II.A (including the identical "63/168,558" reference, the Google "Infiniset" dataset naming, Netflix patent publication referencing Appellant and 11,577,177, police reports, and certified-mail records).

**2.**     The publication of Netflix U.S. Patent 11,810,254 and Appellant's dated comparative/forensic submissions (Section II.B).

**3.**     The existence and dates/titles of Appellant's posted video analyses (Section II.C).

**4.**     The existence of Appellant's state-court filings analyzing U.S. Patent 11,383,062 (Brodsky) (Section II.D).

**5.**     The existence and dates/titles of the cited declarations/industry records in Rearden v. Disney (Section II.E).

**6.**     Notice is sought solely as to existence, dates, and titles/descriptions evident on the face of the referenced materials—without requesting findings on causation, validity, or liability.

## V.   RELIEF REQUESTED

**1.**     Grant this Motion for Judicial Notice

**2.**     Take judicial notice of the discrete facts enumerated in Section IV to clarify the record's chronology and provenance.

**3.**     Grant such further relief as is just and appropriate.

## VI.   ATTACHED EXHIBITS

**1.**     **EXHIBIT PTF-1**

Chronological timeline of publicly accessible records/events relating to U.S. Patent 11,577,177 (selected highlights in §II.A).

**2.**     **EXHIBIT PTF-2**

Netflix patent materials and Appellant's comparative/forensic reports (highlights in §II.B).

**3.**     **EXHIBIT PTF-3**

Video presentations and documentation of Appellant's analyses (existence/titles/dates noted in §II.C).

**4.**     **EXHIBIT PTF-4**

Brodsky patent file analyses filed in Hennepin County record (highlights in §II.D).

**5.**     **EXHIBIT MOV**

Declarations/industry records from Rearden v. Disney reflecting state-of-the-art context (noted in §II.E).

**Dated:  October 4, 2025**

*Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF PATENT-FRAUD TIMELINE AND PUBLIC RECORDS (U.S. PATENT NO. 11,577,177) contains 726 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                          *Respectfully submitted,*

                                                                             */s/ Matthew D. Guertin*

                                                                            Matthew David Guertin
                                                                            *Appellant Pro Se*
                                                                            4385 Trenton Ln. N 202
                                                                            Plymouth, MN  55442
                                                                            Telephone: 763-221-4540
                                                                            MattGuertin@protonmail.com
                                                                            www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

Benjamin W. Harringa
*Assistant Attorney General*
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2134
benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

Margaret E. Jacot
*Assistant Attorney General*
Suite 1100
445 Minnesota Street
Saint Paul, MN 55101
margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**                                    ***Respectfully submitted,***

                                                             */s/ Matthew D. Guertin*

                                                             Matthew David Guertin
                                                             ***Appellant Pro Se***
                                                             4385 Trenton Ln. N 202
                                                             Plymouth, MN  55442
                                                             Telephone: 763-221-4540
                                                             MattGuertin@protonmail.com
                                                             www.MattGuertin.com