# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | |
| **BRUCE M. RIVERS,** Private Defense Counsel; | **EXHIBIT LIST** |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I. EXHIBITS ATTACHED TO THIS FILING

1. **EXHIBIT PTF-1**

    Chronological timeline of publicly accessible records/events relating to U.S. Patent 11,577,177 (selected highlights in §II.A).

2. **EXHIBIT PTF-2**

Netflix patent materials and Appellant's comparative/forensic reports (highlights in §II.B).

**3.     EXHIBIT PTF-3**

Video presentations and documentation of Appellant's analyses (existence/titles/dates noted in §II.C).

**4.     EXHIBIT PTF-4**

Brodsky patent file analyses filed in Hennepin County record (highlights in §II.D).

**5.     EXHIBIT MOV**

Declarations/industry records from Rearden v. Disney reflecting state-of-the-art context (noted in §II.E).

**Dated:  Octber 4, 2025**                                   *Respectfully submitted,*

                                                              */s/ Matthew D. Guertin*

                                                             Matthew David Guertin
                                                             ***Appellant Pro Se***
                                                             4385 Trenton Ln. N 202
                                                             Plymouth, MN  55442
                                                             Telephone: 763-221-4540
                                                             MattGuertin@protonmail.com
                                                             www.MattGuertin.com

## II.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                                     *Respectfully submitted,*

                                                 */s/ Matthew D. Guertin*

                                                 Matthew David Guertin
                                                 ***Appellant Pro Se***
                                                 4385 Trenton Ln. N 202
                                                 Plymouth, MN  55442
                                                 Telephone: 763-221-4540
                                                 MattGuertin@protonmail.com
                                                 www.MattGuertin.com