# EXHIBIT PTF-1

## 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 23 of 271          [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Digital Domain MOVA Tech Banned by Federal Judge



**SUBSCRIBE**

HOME > NEWS > **GENERAL NEWS**

# Digital Domain's New Legal Setback Freezes VFX Tech Used by Major Studios

The vaunted motion capture technology known as MOVA can no longer be used by its exclusive licensee, prominent Hollywood visual effects company Digital Domain, according to a recent preliminary injunction issued by a federal judge in San Francisco.

**BY SCOTT JOHNSON**  JUNE 28, 2016 12:28PM



COURTESY OF TWENTIETH CENTURY FOX FILM CORPORATION

Prominent Hollywood visual effects company Digital Domain 3.0 has lost the right to use one of its most powerful tools, a facial motion capture technology known as MOVA that has been featured in such top-grossing hits as *Deadpool, Guardians of the Galaxy* and *The Curious Case of Benjamin Button.*

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 1**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 24 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

# Digital Domain's New Legal Setback Freezes VFX Tech Used by Major Studios

Hollywood Reporter

Scott Johnson

June 28th, 2016

EXHIBIT
**C**

## DIRECT QUOTES FROM ARTICLE -

"If DD3 is prohibited from using MOVA, DD3 cannot complete pending MOVA projects, develop new MOVA work, and is hindered in developing non-MOVA business of which MOVA is a component. After selling clients on MOVA for almost three years, Digital Domain would be required to tell its clients that MOVA is not available at Digital Domain — or anywhere. This information inevitably, indeed necessarily, will cause clients to seek alternatives to MOVA, which will permanently injure MOVA's brand and advance competitor interests."

"DD3/Digital Domain already has captured data of an Academy Award-winning actress for a $120 million motion picture," Digital Domain's lawyers wrote. "The movie release date is December 2016. Although the capture is complete, the data from this project has not been processed and must be. In addition, DD3/Digital Domain also has captured another well-known actress for a character that is integral to the story of a sequel of a well-known science fiction film."

It also has put Digital Domain in the awkward position of being obliged to put several of Hollywood's most prominent studios — including 20th Century Fox and Marvel, both of whom are listed as production companies for Deadpool — on notice that some of their biggest and most successful movie franchises could be dragged into further lawsuits and other legal entanglements.

Perlman then left open the possibility that the technology itself might have uses other than purely for entertainment value. "The parties that have been involved with this technology were not working for me," he said, without specifying who the parties were working for.

There was someone else who had gotten an inkling that the MOVA tech might be interesting beyond just the entertainment field: one of Digital Domain's founders, Dr. Scott Ross.

Ross and Perlman had spoken once and the topic had come up briefly. "The ability to be able to read lips, do lip sync, do digital avatars, I'm not quite sure what one would do with it," Ross tells THR, "But Perlman seemed to feel there was [Department of Defense] interest into what MOVA was and what he was doing and couldn't talk about it when I asked him."

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 2**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 25 of 271          [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:55 AM

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 1 of 307

1   Rio S. Pierce, CBA No. 298297
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone:  (510) 725-3000
    Facsimile:   (510) 725-3001
4   riop@hbsslaw.com

5   Steve W. Berman (*pro hac vice* pending)
    Mark S. Carlson (*pro hac vice* pending)
6   HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
7   Seattle, WA  98101
    Telephone:  (206) 623-7292
8   Facsimile:   (206) 623-0594
    steve@hbsslaw.com
9   markc@hbsslaw.com

10  *Attorneys for Plaintiff*
    Rearden LLC and Rearden Mova LLC

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15  REARDEN LLC, REARDEN MOVA LLC,        No. _____
    California limited liability companies,
16
                                           **COMPLAINT FOR COPYRIGHT,**
17                          Plaintiffs,    **PATENT, AND TRADEMARK**
                                           **INFRINGEMENT**
18          v.

19  THE WALT DISNEY COMPANY, a Delaware
    corporation, WALT DISNEY MOTION
20  PICTURES GROUP, INC., a California
    corporation, BUENA VISTA HOME
21  ENTERTAINMENT, INC. a California        **DEMAND FOR JURY TRIAL**
    corporation, MARVEL STUDIOS, LLC, a
22  Delaware limited liability company,
    MANDEVILLE FILMS, INC., a California
23  corporation,

24                          Defendants.

25
          http://www.hbsscreative.com/complaints/07-17-17-Complaint-Rearden-v.-Disney.pdf
26

27

28  COMPLAINT
    Case No.:

Page 25 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 3**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 40 of 271          [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

(19) **United States**

(12) **Patent Application Publication**       (10) Pub. No.: **US 2022/0319115 A1**
   Trojansky                                   (43) Pub. Date:       **Oct. 6, 2022**

EXHIBIT
**S**

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Eyeline Studios GmbH,** Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky,** Los Angeles, CA (US)

(21) Appl. No.: **17/709,126**

(22) Filed:       **Mar. 30, 2022**

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

**Publication Classification**

(51) Int. Cl.
   *G06T 17/20*       (2006.01)
   *G06T 1/00*        (2006.01)
   *G06T 7/73*        (2006.01)

   *G06T 15/04*       (2006.01)
   *B25J 19/02*       (2006.01)
(52) **U.S. Cl.**
   CPC................*G06T 17/20* (2013.01); *G06T 1/0014*
   (2013.01); *G06T 7/74* (2017.01); *G06T 15/04*
   (2013.01); *B25J 19/021* (2013.01)

(57)                 **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller communicates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.



https://patents.google.com/patent/US11810254B2/en

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 4**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 42 of 271     [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

**EXHIBIT U**

**FILED**
Secretary of State
State of California

4761111
Filing Number

06/30/2021
Filing Date

IMPORTANT — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

**Filing Fee** – $100.00 (for a foreign stock corporation) or $30.00 (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to ftb.ca.gov.

This Space For Office Use Only

**1. Corporate Name** (Go to www.sos.ca.gov/business/be/name-reservations for general corporate name requirements and restrictions.)

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

EYELINE STUDIOS, INC

NEVADA

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box<br>2505 ANTHEM VILLAGE DR., SUITE E-191 | HENDERSON | NV | 89052 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box<br>12910 CULVER BLVD STE C | LOS ANGELES | CA | 90066 |
| c. Mailing Address of Principal Executive Office, if different than item 3a<br>12910 CULVER BLVD STE C | LOS ANGELES | C A | 90066 |

**4. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SCOTT | | MILLER | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 12910 CULVER BLVD STE C | LOS ANGELES | CA | 90066 |

**CORPORATION** – Complete Item 4c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5. Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

John Gosch
Type or Print Name

S&DC-S/N (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

Page 42 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 5**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
### EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 43 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



EXHIBIT
V

CONTACT - Eyeline Studios - Powered by Netflix



## INQUIRIES

contact(at)eyelinestudios.com

## STEPHAN TROJANSKY

### PRESIDENT
stephan.trojansky(at)eyelinestudios.com

## PERRY KAIN

### EXECUTIVE PRODUCER
perry.kain(at)eyelinestudios.com

## SCOTT MILLER

### CHIEF OPERATING OFFICER
scott.miller(at)eyelinestudios.com

https://www.eyelinestudios.com/eyelinestudios/contact/

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 6**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 44 of 271          [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



**NETFLIX**

→ **Back to All News**

## Bringing More VFX Magic to Our Members With the Acquisition of Scanline VFX



**Amy Reinhard**
VP of Studio Operations

**Business** · 22 November 2021

[ Global ]  [ Canada ]  [ United Kingdom (Great Britain) ]  [ South Korea (Republic of Korea) ]  [ Germany ]

From the interstellar landscape of *Cowboy Bebop* and the ravenous vampires of *Blood Red Sky* to the exploding underground reactor in *Stranger Things 3*, we want to surprise and delight our members by pushing the boundaries of visual effects. So we're pleased to announce today our plans to acquire  Scanline VFX, one of the most creative and innovative VFX studios in the world."

Scanline was founded in 1989 and is now led by Stephan Trojansky, a trailblazing VFX Supervisor whose proprietary fluid rendering system Flowline won an Academy Award for Technical Achievement in 2008. The company has offices in Vancouver, Montreal, Los Angeles, London, Munich, Stuttgart, and  Seoul.

Scanline is known for its complex, photorealistic effects and expertise in virtual production. It's also done an extraordinary job of supporting our creators on everything from the above-mentioned VFX achievements to those in upcoming titles like *Don't Look Up*, *The Gray Man*, *Slumberland*, *The Adam Project* and *Stranger Things 4*.

Netflix will invest in Scanline's pipeline, infrastructure and workforce and continue to support the pioneering work that Scanline's Eyeline Studios is doing in virtual production to push the boundaries of what is visibly possible.

https://web.archive.org/web/20211122213954/https://about.netflix.com/en/news/bringing-more-vfx-magic-to-our-members-with-scanline-vfx

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 7**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 45 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



## D   Model hyper-parameters

Table 27: Hyper-parameters for pre-training 2B, 8B and 137B models. All models were trained with 256K tokens per batch.

| Parameters | Layers | Units | Heads | pre-train steps | pre-train chips | pre-train time (days) | fine-tune chips | fine-tune time (hours) |
|---|---|---|---|---|---|---|---|---|
| 2B | 10 | 2560 | 40 | 501k | 64 | 1.5 | 16 | 3 |
| 8B | 16 | 4096 | 64 | 521k | 64 | 23 | 16 | 6 |
| 137B | 64 | 8192 | 128 | 3M | 1024 | 57.7 | 64 | 36 |

## E   Pre-training data composition

The pre-training data, called Infiniset, is a combination of dialog data from public dialog data and other public web documents. It consists of 2.97B documents and 1.12B dialogs with 13.39B utterances. The composition of the data is as follows: 50% dialogs data from public forums; 12.5% C4 data [ 11 ]; 12.5% code documents from sites related to programming like Q&A sites, tutorials, etc; 12.5% Wikipedia (English); 6.25% English web documents; and 6.25% Non-English web documents. The total number of words in the dataset is 1.56T. Note that this composition was chosen to achieve a more robust performance on dialog tasks (Section 4) while still keeping its ability to perform other tasks like code generation. As future work, we can study how the choice of this composition may affect the quality of some of the other NLP tasks performed by the model.

## F   Pre-training and fine-tuning results

Table 28: Results for Foundation Metrics

| Treatment | Sensibleness | Specificity | Interestingness | Safety | Groundedness | Informativeness |
|---|---|---|---|---|---|---|
| PT (2B) | 76.6 | 46.5 | 10.8 | 84.8 | 45 | 29.2 |
| PT (8B) | 79.1 | 46.5 | 11.3 | 87.5 | 47.1 | 29.5 |
| PT (137B) | 80.2 | 49.8 | 15.8 | 88 | 57.9 | 41.3 |
| FT quality-safety (137B) | 92.8 | 77.1 | 23.2 | 94.6 | 67.9 | 50.5 |
| LaMDA (2B) | 81.8 | 74.8 | 23.4 | 93.8 | 53 | 41.8 |
| LaMDA (8B) | 88 | 77.4 | 22.2 | 93.5 | 64.6 | 50.2 |
| LaMDA (137B) | 92.3 | 79 | 25.7 | 95.2 | 73.2 | 62.3 |

https://arxiv.org/pdf/2201.08239v1.pdf

January 20th, 2022

47

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 8**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 46 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



EXHIBIT
Y

## D  Model hyper-parameters

Table 27: Hyper-parameters for pre-training 2B, 8B and 137B models. All models were trained with 256K tokens per batch.

| Parameters | Layers | Units | Heads | pre-train steps | pre-train chips | pre-train time (days) | fine-tune chips | fine-tune time (hours) |
|---|---|---|---|---|---|---|---|---|
| 2B | 10 | 2560 | 40 | 501k | 64 | 1.5 | 16 | 3 |
| 8B | 16 | 4096 | 64 | 521k | 64 | 23 | 16 | 6 |
| 137B | 64 | 8192 | 128 | 3M | 1024 | 57.7 | 64 | 36 |

## E   Pre-training data composition

The pre-training data, called Infiniset, is a combination of dialog data from public dialog data and other public web documents. It consists of 2.97B documents and 1.12B dialogs with 13.39B utterances. The composition of the data is as follows: 50% dialogs data from public forums; 12.5% C4 data [ 11 ]; 12.5% code documents from sites related to programming like Q&A sites, tutorials, etc; 12.5% Wikipedia (English); 6.25% English web documents; and 6.25% Non-English web documents. The total number of words in the dataset is 1.56T. Note that this composition was chosen to achieve a more robust performance on dialog tasks (Section 4) while still keeping its ability to perform other tasks like code generation. As future work, we can study how the choice of this composition may affect the quality of some of the other NLP tasks performed by the model.

## F   Pre-training and fine-tuning results

Table 28: Results for Foundation Metrics

| Treatment | Sensibleness | Specificity | Interestingness | Safety | Groundedness | Informativeness |
|---|---|---|---|---|---|---|
| PT (2B) | 76.6 | 46.5 | 10.8 | 84.8 | 45 | 29.2 |
| PT (8B) | 79.1 | 46.5 | 11.3 | 87.5 | 47.1 | 29.5 |
| PT (137B) | 80.2 | 49.8 | 15.8 | 88 | 57.9 | 41.3 |
| FT quality-safety (137B) | 92.8 | 77.1 | 23.2 | 94.6 | 67.9 | 50.5 |
| LaMDA (2B) | 81.8 | 74.8 | 23.4 | 93.8 | 53 | 41.8 |
| LaMDA (8B) | 88 | 77.4 | 22.2 | 93.5 | 64.6 | 50.2 |
| LaMDA (137B) | 92.3 | 79 | 25.7 | 95.2 | 73.2 | 62.3 |

https://arxiv.org/pdf/2201.08239v2.pdf

January 21st, 2022

47

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 9**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 47 of 271          [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]



arXiv:2201.08239v3 [cs.CL] 10 Feb 2022

# LaMDA: Language Models for Dialog Applications

Romal Thoppilan     Daniel De Freitas     Jamie Hall     Noam Shazeer     Apoorv Kulshreshtha

Heng-Tze Cheng     Alicia Jin     Taylor Bos     Leslie Baker     Yu Du     YaGuang Li     Hongrae Lee

Huaixiu Steven Zheng     Amin Ghafouri     Marcelo Menegali     Yanping Huang     Maxim Krikun

Dmitry Lepikhin     James Qin     Dehao Chen     Yuanzhong Xu     Zhifeng Chen     Adam Roberts

Maarten Bosma     Vincent Zhao     Yanqi Zhou     Chung-Ching Chang     Igor Krivokon     Will Rusch

Marc Pickett     Pranesh Srinivasan     Laichee Man     Kathleen Meier-Hellstern

Meredith Ringel Morris     Tulsee Doshi     Renelito Delos Santos     Toju Duke     Johnny Soraker

Ben Zevenbergen     Vinodkumar Prabhakaran     Mark Diaz     Ben Hutchinson     Kristen Olson

Alejandra Molina     Erin Hoffman-John     Josh Lee     Lora Aroyo     Ravi Rajakumar

Alena Butryna     Matthew Lamm     Viktoriya Kuzmina     Joe Fenton     Aaron Cohen

Rachel Bernstein     Ray Kurzweil     Blaise Aguera-Arcas     Claire Cui     Marian Croak     Ed Chi

Quoc Le

Google

## Abstract

We present LaMDA: Language Models for Dialog Applications. LaMDA is a family of Transformer-based neural language models specialized for dialog, which have up to 137B parameters and are pre-trained on 1.56T words of public dialog data and web text.While model scaling alone can improve quality, it shows less improvements on safety and factual grounding. We demonstrate that fine-tuning with annotated data and enabling the model to consult external knowledge sources can lead to significant improvements towards the two key challenges of safety and factual grounding. The first challenge, safety, involves ensuring that the model's responses are consistent with a set of human values, such as preventing harmful suggestions and unfair bias.We quantify safety using a metric based on an illustrative set of human values, and we find that filtering candidate responses using a LaMDA classifier fine-tuned with a small amount of crowdworker-annotated data offers a promising approach to improving model safety. The second challenge, factual grounding, involves enabling the model to consult external knowledge sources, such as an information retrieval system, a language translator, and a calculator. We quantify factuality using a groundedness metric, and we find that our approach enables the model to generate responses grounded in known sources, rather than responses that merely sound plausible. Finally, we explore the use of LaMDA in the domains of education and content recommendations, and analyze their helpfulness and role consistency.

https://arxiv.org/pdf/2201.08239.pdf
February 10th, 2022

*Work done while at Google.

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 10**

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 48 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## D   Model hyper-parameters

Table 27: Hyper-parameters for pre-training 2B, 8B and 137B models. All models were trained with 256K tokens per batch.

| Parameters | Layers | Units | Heads | pre-train steps | pre-train chips | pre-train time (days) | fine-tune chips | fine-tune time (hours) |
|---|---|---|---|---|---|---|---|---|
| 2B | 10 | 2560 | 40 | 501k | 64 | 1.5 | 16 | 3 |
| 8B | 16 | 4096 | 64 | 521k | 64 | 23 | 16 | 6 |
| 137B | 64 | 8192 | 128 | 3M | 1024 | 57.7 | 64 | 36 |

## E   Pre-training data composition

The pre-training data, called Infiniset, is a combination of dialog data from public dialog data and other public web documents. It consists of 2.97B documents and 1.12B dialogs with 13.39B utterances. The composition of the data is as follows: 50% dialogs data from public forums; 12.5% C4 data ; [11] 12.5% code documents from sites related to programming like Q&A sites, tutorials, etc; 12.5% Wikipedia (English); 6.25% English web documents; and 6.25% Non-English web documents. The total number of words in the dataset is 1.56T. Note that this composition was chosen to achieve a more robust performance on dialog tasks (Section 4) while still keeping its ability to perform other tasks like code generation. As future work, we can study how the choice of this composition may affect the quality of some of the other NLP tasks performed by the model.

## F   Pre-training and fine-tuning results

Table 28: Results for Foundation Metrics

| Treatment | Sensibleness | Specificity | Interestingness | Safety | Groundedness | Informativeness |
|---|---|---|---|---|---|---|
| PT (2B) | 76.6 | 46.5 | 10.8 | 84.8 | 45 | 29.2 |
| PT (8B) | 79.1 | 46.5 | 11.3 | 87.5 | 47.1 | 29.5 |
| PT (137B) | 80.2 | 49.8 | 15.8 | 88 | 57.9 | 41.3 |
| FT quality-safety (137B) | 92.8 | 77.1 | 23.2 | 94.6 | 67.9 | 50.5 |
| LaMDA (2B) | 81.8 | 74.8 | 23.4 | 93.8 | 53 | 41.8 |
| LaMDA (8B) | 88 | 77.4 | 22.2 | 93.5 | 64.6 | 50.2 |
| LaMDA (137B) | 92.3 | 79 | 25.7 | 95.2 | 73.2 | 62.3 |

https://arxiv.org/pdf/2201.08239.pdf

February 10th, 2022

47

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 49 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

EXHIBIT
# Aa

(19) **United States**
(12) **Patent Application Publication**    (10) Pub. No.: **US 2022/0319115 A1**
Trojansky                                                      (43) Pub. Date:        **Oct. 6, 2022**

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Eyeline Studios GmbH,** Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky,** Los Angeles, CA (US)

(21) Appl. No.: **17/709,126**

(22) Filed: **Mar. 30, 2022**

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

**Publication Classification**

(51) Int. Cl.
| $G06T$ 17/20 | (2006.01) |
| $G06T$ 1/00 | (2006.01) |
| $G06T$ 7/73 | (2006.01) |
| $G06T$ 15/04 | (2006.01) |
| $B25J$ 19/02 | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *G06T* 17/20 (2013.01); *G06T* 1/0014 (2013.01); *G06T* 7/74 (2017.01); *G06T* 15/04 (2013.01); *B25J* 19/021 (2013.01)

(57)                    **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area.

A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller communicates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.





https://patents.google.com/patent/US11810254B2/en



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 12**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 50 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



(43) International Publication Date
06 October 2022 (06.10.2022)

**WIPO | PCT**

**WO 2022/212761 A1**

(51) **International Patent Classification:**
*G06T 7/11* (2017.01)    *H04N 5/232* (2006.01)
*G06V 20/40* (2022.01)   *G06T 15/04* (2011.01)
*H04N 13/243* (2018.01)

(21) **International Application Number:**
PCT/US2022/022914

(22) **International Filing Date:**
31 March 2022 (31.03.2022)

(25) **Filing Language:** English

(26) **Publication Language:** English

(30) **Priority Data:**
63/168,558     31 March 2021 (31.03.2021)     US
17/709,126     30 March 2022 (30.03.2022)     US

(71) **Applicant: EYELINE STUDIOS GMBH** [US/US]; 100 Winchester Circle, Los Gatos, CA 95032 (US).

(72) **Inventor: TROJANSKY, Stephan;** 100 Winchester Circle, Los Gatos, CA 95032 (US).

(74) **Agent: HULSE, Robert, A.** et al.; Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, CA 94041 (US).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available):* AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, IT, JM, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SY, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW.

**WO 2022/212761 A1**

(54) **Title:** DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS



(57) **Abstract:** A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller communicates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.

*[Continued on next page]*

https://patents.google.com/patent/US11810254B2/en

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 13**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28 _ Pro-Se-Defendants-Motion-for-Judicial-Notice _ 2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 51 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



increase in ARM on a F/X neutral basis. We still target a 19%-20% operating margin for the full 2022, assuming no material swings in F/X rates from when we set this goal in January of 2022

## Cash Flow and Capital Structure

Net cash generated by operating activities in Q1 was $923 million vs. $777 million in the prior year period. Free cash flow[3] amounted to $802 million vs. $692 million. We continue to expect to be free cash flow positive for the full year 2022 and beyond.

During the quarter, we completed two acquisitions (leading visual effects company Scanline and gaming studio Boss Fight Entertainment), which had a -$125 million impact on cash. We also announced our purchase of Helsinki-based gaming company Next Games We've completed the tender offer and expect to complete the transaction in the second half of 2022.

We finished Q1 with gross debt of $14.6 billion after repaying $700 million of our senior notes. We're now within the top end of our gross debt target range of $10-$15 billion. With cash of $6.0 billion, net debt was $8.6 billion at the end of the quarter, equating to a 1.3x LTM leverage ratio[4]. Given those uses of cash and our minimum cash target, we didn't engage in share repurchase activity during the quarter.

## Environmental, Social, and Governance (ESG)

We recently published our 2021 _ ESG Report (March 30, 2022). We've made good progress on our climate commitments announced last year - reducing or avoiding more than 14,000 metric tons of emissions in 2021. This enabled us to reduce our Scope 1 and 2 footprint by more than 10% from what it otherwise would have been and puts us on track to cut 45% of these emissions by 2030.

We continue to develop our inclusion lens. In 2021, women made up 51.7% of our global workforce[5], up from 48.7% in 2020. Half of our US workforce (50.5%) is made up of people from one or more historically excluded ethnic and/or racial backgrounds, including Asian, Black, Hispanic or Latino, Middle Eastern, Native American, and Pacific Islander[6]. That's up from 46.8% in the previous year. The number of US Black employees increased from 8.6% to 10.7% and Black leadership increased from 10.9% to 13.3%. The number of US Hispanic or Latino employees increased from 7.9% to 8.6%, and US Hispanic or Latino leadership grew slightly from 4.3% to 4.4%.

As noted in our last investor letter and our 2022 _ preliminary proxy the board has decided to recommend to shareholders that Netflix evolve to a more standard large cap company governance structure. At this year's annual meeting in June, we'll present proposals to declassify our board, remove supermajority

---

[3] For a reconciliation of free cash flow to net cash provided by (used in) operating activities, please refer to the reconciliation in tabular form on the attached unaudited financial statements and the footnotes thereto.
[4] Defined as net debt divided by last twelve months (LTM) adjusted EBITDA (Net income before interest expense and other income/expense, income taxes, depreciation and amortization of property, plant and equipment and further adjusted to exclude other non-cash charges).
[5] 2020 numbers as of December 2020, and 2021 numbers as of December 2021.
[6] Categories based on US reporting requirements.

**NETFLIX**

**5**

https://s22.q4cdn.com/959853165/files/doc_financials/2022/q1/FINAL-Q1-22-Shareholder-Letter.pdf

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS



**EXHIBIT PTF-1 | p. 14**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28 __ Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 57 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

PCT/US2022/020919

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To:
PROSE, Amanda

WESTMAN, CHAMPLIN & KOEHLER, P.A. 121 South
Eighth Street, Suite 1100 Minneapolis, Minnesota 55402
USA

## PCT

**NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION**

**(PCT Rule 44.1)**

EXHIBIT
**Ea**

| | |
|---|---|
| | Date of mailing *(day/month/year)* 24 June 2022 (24.06.2022) |
| Applicant's or agent's file reference G185-0001WO1 | **FOR FURTHER ACTION** See paragraphs 1 and 4 below |
| International application No. **PCT/US2022/020919** | International filing date *(day/month/year)* 18 March 2022 (18.03.2022) |
| Applicant **GUERTIN, Matthew** | |

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.
   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):
   **When?** The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.
   **How?** Directly to the International Bureau of WIPO preferably through ePCT or on paper to, 34 chemin des Colombettes 1211 Geneva 20, Switzerland, Facsimile No.: +41 22 338 82 70
   For more detailed instructions, see *PCT Applicant's Guide*, International Phase, paragraphs 9.004 - 9-011.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ **With regard to any protest** against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:
   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.
   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**
   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. These comments will be made available to the public after international publication. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices. In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months. For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide*, National Chapters.

   Within **22 months** from the priority date, the applicant may request that a supplementary international search be carried out by a different International Searching Authority, that offers this service (Rule 45*bis*.1). The procedure for requesting supplementary international search is described in the *PCT Applicant's Guide*, International Phase, paragraphs 8.006-8.032.

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| International Application Division Korean Intellectual Property Office 189 Cheongsa-ro, Seo-gu, Daejeon, 35208, Republic of Korea | COMMISSIONER |
| Facsimile No. 82-42-481-8578 | Telephone No. 82-42-481-5571 |

Form PCT/ISA/220 (July 2017)

Page 57 of 271

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 15**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 58 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

* Attention

Copies of the documents cited in the international search report can be searched in the following Korean Intellectual Property Office English website for six months(expire date : 2022.12.24    ) from the date of mailing of the international search report.

http://www.kipo.go.kr/en/ => PCT ISA Portal => PCT Status

ID   : PCT international application number

PW : 44F4L384^

Inquiries related to PCT International Search Report or Written Opinion prepared by KIPO as an International Searching Authority can be answered not only by KIPO but also through IPKC (Intellectual Property Korea Center), located in Vienna, VA, which functions as a PCT Help Desk for PCT applicants.

Homepage: http://www.ipkcenter.com

Email: ipkc@ipkcenter.com

Notes to Form PCT/ISA/220  (July 2014)

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 16**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 59 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## PATENT COOPERATION TREATY

# PCT

### INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference **G185-0001WO1** | **FOR FURTHER ACTION** see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|
| International application No. **PCT/US2022/020919** | International filing date *(day/month/year)* **18 March 2022** | (Earliest) Priority Date *(day/month/year)* **19 March 2021** |

| Applicant | **GUERTIN, Matthew** |
|---|---|

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of __4__ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

   a. With regard to the **language**, the international search was carried out on the basis of:

   ☑ the international application in the language in which it was filed.

   ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

   b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6bis(a)).

   c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☐ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,

   ☑ the text is approved as submitted by the applicant.

   ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

   ☑ the text is approved as submitted by the applicant.

   ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

   a. the figure of the **drawings** to be published with the abstract is Figure No. __1__

   ☑ as suggested by the applicant.

   ☐ as selected by this Authority, because the applicant failed to suggest a figure.

   ☐ as selected by this Authority, because this figure better characterizes the invention.

   b. ☐ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2019)

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 17**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28 __ Pro-Se-Defendants-Motion-for-Judicial-Notice __2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 60 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | **PCT/US2022/020919** |

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|

**H04N 5/262**(2006.01)i; **H04N 9/75**(2006.01)i; **H04N 5/06**(2006.01)i; **G03B 15/05**(2006.01)i; **G03B 17/56**(2006.01)i; **A63B 22/02**(2006.01)i; **A63B 22/00**(2006.01)i

According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)

H04N 5/262(2006.01); A61B 6/00(2006.01); A61B 6/04(2006.01); A61M 21/00(2006.01); A63B 22/00(2006.01);
A63B 22/02(2006.01); B25J 3/04(2006.01); B25J 9/16(2006.01); G06F 15/16(2006.01)

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Korean utility models and applications for utility models
Japanese utility models and applications for utility models

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

eKOMPASS(KIPO internal) & Keywords: treadmill, turntable, vibration, control, film

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2019-0307982 A1 (NEWTON VR LTD.) 10 October 2019 (2019-10-10) | 17,19,20 |
| Y | paragraphs [0055]-[0271] and figure 14A | 1-13 |
| A | | 14-16,18 |
| Y | KR 10-2020-0091594 A (LEANTECH CMS CO., LTD.) 31 July 2020 (2020-07-31) | 1-13 |
| | paragraphs [0016]-[0041] | |
| A | US 2017-0129105 A1 (KENNETH DEAN STEPHENS, JR.) 11 May 2017 (2017-05-11) | 1-20 |
| | claims 1-10 | |
| A | US 2015-0150522 A1 (GEORGE PAPAIOANNOU) 04 June 2015 (2015-06-04) | 1-20 |
| | claims 1-10 | |

| ☑ Further documents are listed in the continuation of Box C. | ☑ See patent family annex. |
|---|---|

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "D" | document cited by the applicant in the international application | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "E" | earlier application or patent but published on or after the international filing date | | |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 24 June 2022 | 24 June 2022 |

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| **Korean Intellectual Property Office**<br>**189 Cheongsa-ro, Seo-gu, Daejeon**<br>**35208, Republic of Korea** | **YANG, JEONG ROK** |
| Facsimile No. **+82-42-481-8578** | Telephone No. **+82-42-481-5709** |

Form PCT/ISA/210 (second sheet) (July 2019)

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 18**

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 61 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## INTERNATIONAL SEARCH REPORT

International application No.

PCT/US2022/020919

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| A | KR 10-2021-0023190 A (SO, HO SUNG et al.) 04 March 2021 (2021-03-04)<br>claims 1-10 | 1-20 |

Form PCT/ISA/210 (second sheet) (July 2019)

Page 61 of 271

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 19

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28 Pro-Se-Defendants-Motion-for-Judicial-Notice 2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 62 of 271 [ source file ] [ .ots timestamp of source file ] [ pdf signatures ] [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

### INTERNATIONAL SEARCH REPORT
Information on patent family members

International application No.

**PCT/US2022/020919**

| Patent document cited in search report | | | Publication date (day/month/year) | Patent family member(s) | | | Publication date (day/month/year) |
|---|---|---|---|---|---|---|---|
| US | 2019-0307982 | A1 | 10 October 2019 | IL | 265092 | A | 30 April 2019 |
| | | | | WO | 2018-042442 | A1 | 08 March 2018 |
| KR | 10-2020-0091594 | A | 31 July 2020 | KR | 10-2191218 | B1 | 15 December 2020 |
| US | 2017-0129105 | A1 | 11 May 2017 | US | 2013-0211587 | A1 | 15 August 2013 |
| | | | | US | 2013-0211594 | A1 | 15 August 2013 |
| | | | | US | 9573276 | B2 | 21 February 2017 |
| | | | | US | 9975248 | B2 | 22 May 2018 |
| US | 2015-0150522 | A1 | 04 June 2015 | EP | 2348980 | A1 | 03 August 2011 |
| | | | | US | 2010-0098316 | A1 | 22 April 2010 |
| | | | | US | 2010-0110075 | A1 | 06 May 2010 |
| | | | | US | 2013-0294575 | A1 | 07 November 2013 |
| | | | | US | 2017-0049411 | A1 | 23 February 2017 |
| | | | | US | 8147139 | B2 | 03 April 2012 |
| | | | | US | 8525833 | B2 | 03 September 2013 |
| | | | | US | 8770838 | B2 | 08 July 2014 |
| | | | | US | 9289180 | B2 | 22 March 2016 |
| | | | | WO | 2010-044844 | A1 | 22 April 2010 |
| KR | 10-2021-0023190 | A | 04 March 2021 | KR | 10-2300669 | B1 | 09 September 2021 |

Form PCT/ISA/210 (patent family annex) (July 2019)

Page 62 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 20**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28 __ Pro-Se-Defendants-Motion-for-Judicial-Notice __ 2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 63 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

<div align="right">
Filed in District Court
State of Minnesota
4/3/2024 7:56 AM
</div>

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

**PCT**

| To:<br>**PROSE, Amanda**<br><br>**WESTMAN, CHAMPLIN & KOEHLER, P.A.**<br>**121 South Eighth Street, Suite 1100**<br>**Minneapolis, Minnesota 55402**<br>**USA** | WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |
|---|---|

| | Date of mailing<br>*(day/month/year)*        **24 June 2022** |
|---|---|

| Applicant's or agent's file reference<br>**G185-0001WO1** | FOR FURTHER ACTION<br>See paragraph 2 below |
|---|---|

| International application No.<br>**PCT/US2022/020919** | International filing date *(day/month/year)*<br>**18 March 2022** | Priority date *(day/month/year)*<br>**19 March 2021** |
|---|---|---|

International Patent Classification (IPC) or both national classification and IPC
**H04N 5/262**(2006.01)i; **H04N 9/75**(2006.01)i; **H04N 5/06**(2006.01)i; **G03B 15/05**(2006.01)i;
**G03B 17/56**(2006.01)i; **A63B 22/02**(2006.01)i; **A63B 22/00**(2006.01)i

| Applicant<br><br>**GUERTIN, Matthew** |
|---|

1. This opinion contains indications relating to the following items:

| | | |
|---|---|---|
| ☑ | Box No. I | Basis of the opinion |
| ☐ | Box No. II | Priority |
| ☐ | Box No. III | Non-establishment of opinion with regard to novelty, inventive step and industrial applicability |
| ☐ | Box No. IV | Lack of unity of invention |
| ☑ | Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability;<br>citations and explanations supporting such statement |
| ☐ | Box No. VI | Certain documents cited |
| ☐ | Box No. VII | Certain defects in the international application |
| ☑ | Box No. VIII | Certain observations on the international application |

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

| Name and mailing address of the ISA/KR<br><br>**Korean Intellectual Property Office**<br>**189 Cheongsa-ro, Seo-gu, Daejeon,**<br>**35208**<br><br>Facsimile No. **+82-42-481-8578** | Date of completion of this opinion<br><br>24 June 2022 | Authorized officer<br><br><br>YANG, JEONG ROK<br><br><br>Telephone No. **+82-42-481-5709** |
|---|---|---|

Form PCT/ISA/237 (Cover sheet) (revised January 2019)

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 21**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 64 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.

**PCT/US2022/020919**

| Box No. I | Basis of the opinion |
|---|---|

1. With regard to the **language**, this opinion has been established on the basis of:

☑ the international application in the language in which it was filed.

☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43bis.1(b)).

3. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing:

a. ☐ forming part of the international application as filed:

☐ in the form of an Annex C/ST.25 text file.

☐ on paper or in the form of an image file.

b. ☐ furnished together with the international application under PCT Rule 13ter.1(a) for the purposes of international search only in the form of an Annex C/ST.25 text file.

c. ☐ furnished subsequent to the international filing date for the purposes of international search only:

☐ in the form of an Annex C/ST.25 text file (Rule 13ter.1(a)).

☐ on paper or in the form of an image file (Rule 13ter.1(b) and Administrative Instructions, Section 713).

4. ☐ In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that forming part of the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (revised January 2019)

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 22**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28    Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 65 of 271          [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.

**PCT/US2022/020919**

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement |
|---|---|

1. Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Claims | 1-20 | YES |
| | Claims | NONE | NO |
| Inventive step (IS) | Claims | 14-16,18 | YES |
| | Claims | 1-13,17,19-20 | NO |
| Industrial applicability (IA) | Claims | 1-20 | YES |
| | Claims | NONE | NO |

2. Citations and explanations :

Reference is made to the following documents:

D1: US 2019-0307982 A1 (NEWTON VR LTD.) 10 October 2019
D2: KR 10-2020-0091594 A (LEANTECH CMS CO., LTD.) 31 July 2020
D3: US 2017-0129105 A1 (KENNETH DEAN STEPHENS, JR.) 11 May 2017
D4: US 2015-0150522 A1 (GEORGE PAPAIOANNOU) 04 June 2015
D5: KR 10-2021-0023190 A (SO, HO SUNG et al.) 04 March 2021

I. Novelty and Inventive Step (PCT Article 33(2) and (3))

1. Claims 1-13

1.1. Claim 1

D1, which is considered to be the closest prior art to the subject matter of claim 1, discloses a motorized treadmill comprising: a linear treadmill belt located on a rotatable surface; and a base upon which a user may walk in all directions with the user's motion uninhibited, wherein the base includes a surface, on which the user contacts the base, with an underlying support (see paragraphs [0180], [0201], [0218] and figure 14A).

Claim 1 differs from D1 in one or more sources of vibration for providing selected vibration to one or more locations on a belt. However, the different feature can be easily derived from the feature of D2 considering a plurality of vertically driven cylinders that allow vibration to be transmitted to specific positions of the treadmill (see paragraphs [0018]-[0019]).

Therefore, claim 1 is considered to lack an inventive step over a combination of D1, D2.

1.2. Claims 2-13

The additional feature of claim 2 can be easily derived from the feature of D2 considering that a control unit controls the operation of the vibrating treadmill (see paragraph [0018]).

The additional feature of claim 3 can be easily derived from the feature of D2 considering that the vertical motion part for generating vibration of the treadmill includes a vertical drive cylinder, an elastic body, and a support plate (see paragraph [0041]).

The additional feature of claim 4 can be easily derived from the feature of D1 considering a controller in communication with the force applying unit, the controller for controlling the amount of positive or negative force to simulate a predetermined force (see paragraph [0055]).

The additional feature of claim 5 can be easily derived from the feature of D2 considering a plurality of vertically driven cylinders that allow vibration to be transmitted to specific positions of the treadmill (see paragraphs [0018]-[0019]).

The additional feature of claim 6 can be easily derived from the feature of D2 considering that the vibration of the earthquake output through the VR device is transmitted to the vibrating treadmill through wired/wireless communication between the vibrating treadmill and the VR device (see paragraph [0016]).

The additional feature of claim 7 can be easily derived from the feature of D1 considering that the omnidirectional treadmill surface is removable (see paragraph [0198]).

Form PCT/ISA/237 (Box No. V) (revised January 2019)

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 23**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.

**PCT/US2022/020919**

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement |
|---|---|

The additional features of claims 8-9 can be easily derived from the feature of D1 considering that the linear treadmill is located on the rotatable surface which is rotated by one or more actuators (see paragraph [0218]).

The additional feature of claim 10 can be easily derived from the feature of D1 considering within the base are actuators or other lift and/or retraction members, placed at various locations beneath the surface, to raise and depress the surface, resulting in changes, e.g., elevations, in the surface (see paragraph [0192]).

The additional feature of claim 11 can be easily derived from the feature of D1 considering that a batter provides power to all of the electrical components of the omnidirectional treadmill (see paragraph [0210]).

The additional feature of claim 12 can be easily derived from the feature of D1 considering a user wearing a virtual reality headset (see paragraph [0228]).

The additional feature of claim 13 can be easily derived from the feature of D1 considering that one of the advantages of such a harness design is that it can conform to a very wide range of user shapes and sizes with minimal adjustment (see paragraph [0271]).

Therefore, claims 2-13 are considered to lack an inventive step over a combination of D1, D2.

2. Claims 14-16

None of the cited documents disclose the features of claim 14: "wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created". And claim 14 is not obvious to a person skilled in the art from the documents individually or in any combination.

Claims 15-16 are dependent on claim 14.

Therefore, claims 14-16 are novel and involve an inventive step.

3. Claims 17-20

3.1. Claim 17

D1, which is considered to be the closest prior art to the subject matter of claim 17, discloses a method of creating the illusion of movement comprising: providing a linear treadmill belt located on a rotatable surface (see paragraphs [0201], [0218] and figure 14A).

Claim 17 differs from D1 in controlling a speed of an endless track; controlling a direction of the endless track by rotating a turntable; and synching movement of a camera with a real-world speed of the endless track and a distance traveled by a track. However, the different feature can be easily derived from the feature of D1 considering that cameras and sensors are used for tracking the user's motion and physiological parameters, wherein the parameters include position, distance, speed, acceleration, force, energy (see paragraphs [0212], [0245]).

Therefore, claim 17 is considered to lack an inventive step over D1.

3.2. Claims 18-20

The additional feature of claim 18 is not disclosed in any of the documents, nor is it obvious to a person skilled in the art over the documents individually or in combination.

The additional feature of claim 19 can be easily derived from the feature of D1 considering a user wearing a virtual reality headset (see paragraph [0228]).

The additional feature of claim 20 can be easily derived from the feature of D1 considering that cameras and sensors are used for tracking the user's motion and physiological parameters, wherein the parameters include position, distance, speed, acceleration, force, energy (see paragraphs [0212], [0245]).

Therefore, claims 19-20 are considered to lack an inventive step over D1, and claim 18 is novel and involves an inventive step.

II. Industrial Applicability (PCT Article 33(4))

Claims 1-20 are industrially applicable.

Form PCT/ISA/237 (Box No. V) (revised January 2019)

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 24**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 67 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.

PCT/US2022/020919

| Box No. VIII | Certain observations on the international application |
|---|---|

The following observations on the clarity of the claims, description, and drawings or on the question whether the claims are fully supported by the description, are made:

The term "the scene" in claims 6, 18 has not been previously defined. Therefore, claims 6, 18 are not clear, contrary to the requirements of PCT Article 6.

The term "the user" in claim 20 has not been previously defined. Therefore, claim 20 is not clear, contrary to the requirements of PCT Article 6.

Form PCT/ISA/237 (Box No. VIII) (revised January 2019)

Page 67 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 25**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 68 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

(12) **United States Patent**
Brodsky

(10) Patent No.:     US 11,383,062 B2
(45) Date of Patent:         Jul. 12, 2022

EXHIBIT
**Fa**

(54) **IMMERSIVE MULTISENSORY SIMULATION SYSTEM**

(71) Applicant: **NEWTON VR LTD.**, Tel Aviv-Jaffa (IL)

(72) Inventor: **Yuval Brodsky**, Tel Aviv (IL)

(73) Assignee: **NEWTON VR LTD.**, Tel Aviv-Jaffa (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 32 days.

(21) Appl. No.: **16/329,231**

(22) PCT Filed: **Sep. 3, 2017**

(86) PCT No.: **PCT/IL2017/050983**
§ 371 (c)(1),
(2) Date: **Feb. 28, 2019**

(87) PCT Pub. No.: **WO2018/042442**
PCT Pub. Date: **Mar. 8, 2018**

(65) **Prior Publication Data**
US 2019/0307982 A1      Oct. 10, 2019

**Related U.S. Application Data**

(60) Provisional application No. 62/382,279, filed on Sep. 1, 2016.

(51) **Int. Cl.**
*A61M 21/00*          (2006.01)
*A63B 22/02*          (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............. *A61M 21/00* (2013.01); *A61H 3/008* (2013.01); *A63B 22/02* (2013.01); *G05B 13/042* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ... A63B 22/00; A63B 22/00181; A63B 22/02; A63B 22/0207; A63B 22/0228;
(Continued)

(56) **References Cited**
U.S. PATENT DOCUMENTS

2,812,010 A * 11/1957 Abdallah ............... A61H 3/008
482/69
4,907,571 A *  3/1990 Futakami ............... A61H 3/008
482/901
(Continued)

*Primary Examiner* — Nyca T Nguyen
*Assistant Examiner* — Zachary T Moore
(74) *Attorney, Agent, or Firm* — Mark M. Friedman

(57) **ABSTRACT**

A Multisensory Simulation System comprises systems including: an Omni-Directional Treadmill (ODT), a Gravity Modification System (GMS), a Motion and gesture Tracking System (MTS), a Data Analytics System (DAS), a Visual Stimulation System (VSS), an Auditory Stimulation System (AUSS), an Operator Interface System (OIS), a User Harness System (UHS), a Tactile Stimulation System (TSS), an Atmospheric Simulation System (ATSS), a Neurological Stimulation System (NSS), an Olfactory Stimulation System (OSS), a Gustatory System Stimulation System (GSS), a User Monitoring System (UMS), a Controller, a Game Engine System (GES), database, a Communication Unit (CU), a User Safety System (USS), and a communication bus.

**20 Claims, 39 Drawing Sheets**



https://patents.google.com/patent/US11383062B2/en

Page 68 of 271

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 26**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 71 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**PATENT COOPERATION TREATY**

WO 2022/198028
PCT/US2022/020919



**EXHIBIT Ha**

**PCT**

NOTIFICATION  CONCERNING
AVAILABILITY OF THE PUBLICATION
OF THE INTERNATIONAL  APPLICATION

From the INTERNATIONAL BUREAU

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
**ETATS-UNIS D'AMERIQUE**

| Date of mailing *(day/month/year)* 22 September 2022 (22.09.2022) | |
|---|---|
| Applicant's or agent's file reference G185-0001WO1 | **IMPORTANT NOTICE** |
| International application No. PCT/US2022/020919 | International filing date *(day/month/year)* 18 March 2022 (18.03.2022) | Priority date *(day/month/year)* 19 March 2021 (19.03.2021) |

| Applicant |
|---|
| GUERTIN,  Matthew |

The applicant is hereby **notified**  that the International Bureau:

[X]  has **published** the above-indicated international application on 22 September 2022 (22.09.2022)
under No. WO 2022/198028

[   ]  has **republished**  the above-indicated international application on_____
under No. WO
For an explanation as to the reason for this republication  of the international application, reference is made to INJD codes (15),
(48) or (88) *(as the case may be)* on the front page of the published  international  application.

- A copy of the international application is available for viewing and downloading on WIPO's website at the
following  address: https://patentscope.wipo.int/ (in the appropriate field of the structured search, enter the PCT or
WO number).

- The applicant may also obtain a paper copy of the published international application from the International Bureau
by  sending an e-mail to patentscope@wipo.int or by submitting a written request to the contact details provided
below.

**Warning:** Following  publication of  the  international  application, applicants, agents  and inventors may  receive  misleading  requests for
payment of fees that appear to come from the International Bureau of WIPO or other patent Offices which are unrelated to the processing of
international applications under the PCT.

Agents are particularly  encouraged  to  be vigilant and alert their clients about this practice. Examples of such requests for payment which have
been received by the Intenmtio1ml Bureau can be found at: http://www.wipo.int/pct/en/wanting/pct_warning.html.

Please forward copies of any such requests to pct.legal@wipo.int.

| The Intenmtional Bureau ofWIPO 34, chemin des Colombettes 1211 Geneva 20, Switzerland | Autllo1ized officer<br><br>Sun Hwa Lee<br><br>e-mail pct.team1@wipo.int Telephone No. +41 22 338 74 01 |
|---|---|

Fonn PCT/IB/311 (revised January 2020)

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 27**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 72 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2022/0296848 A1**
  **BRODSKY** (43) **Pub. Date:** **Sep. 22, 2022**

EXHIBIT
**1a**

(54) **IMMERSIVE MULTISENSORY SIMULATION SYSTEM**

(71) Applicant: **NEWTON VR LTD.**, Tel Aviv-Yafo (IL)

(72) Inventor: **Yuval BRODSKY**, Tel Aviv (IL)

(21) Appl. No.: **17/834,960**

(22) Filed: **Jun. 8, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 16/329,231, filed on Feb. 28, 2019, now Pat. No. 11,383,062, filed as application No. PCT/IL2017/050983 on Sep. 3, 2017.

(60) Provisional application No. 62/382,279, filed on Sep. 1, 2016.

**Publication Classification**

(51) **Int. Cl.**
  *A61M 21/00* (2006.01)
  *A61H 3/00* (2006.01)
  *A63B 22/02* (2006.01)
  *G05B 13/04* (2006.01)

(52) **U.S. Cl.**
  CPC ............. *A61M 21/00* (2013.01); *A61H 3/008* (2013.01); *A63B 22/02* (2013.01); *G05B 13/042* (2013.01); *A61M 2021/0022* (2013.01); *A61M 2021/0027* (2013.01); *A61M 2021/005* (2013.01); *A61M 2205/056* (2013.01); *A63B 2022/0271* (2013.01)

(57) **ABSTRACT**

A Multisensory Simulation System comprises systems including: an Omni-Directional Treadmill (ODT), a Gravity Modification System (GMS), a Motion and gesture Tracking System (MTS), a Data Analytics System (DAS), a Visual Stimulation System (VSS), an Auditory Stimulation System (AUSS), an Operator Interface System (OIS), a User Harness System (UHS), a Tactile Stimulation System (TSS), an Atmospheric Simulation System (ATSS), a Neurological Stimulation System (NSS), an Olfactory Stimulation System (OSS), a Gustatory System Stimulation System (GSS), a User Monitoring System (UMS), a Controller, a Game Engine System (GES), database, a Communication Unit (CU), a User Safety System (USS), and a communication bus.



https://patents.google.com/patent/US20220296848A1/en

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 28**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28    Pro-Se-Defendants-Motion-for-Judicial-Notice    2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 73 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/834,960 | 06/08/2022 | Yuval BRODSKY | 6378/8 |

**CONFIRMATION NO. 8731**

44696
Dr. Mark M. Friedman
Moshe Aviv Tower, 54th floor
7 Jabotinsky St.
Ramat Gan, 5252007
ISRAEL

**PUBLICATION NOTICE**

*OC000000136365797*

**Title:** IMMERSIVE MULTISENSORY SIMULATION SYSTEM
**Publication No.** US-2022-0296848-A1
**Publication Date:** 09/22/2022

### NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 29**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice   2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 78 of 271      [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345

(952) 939-8510



Case #:MP23000151                Incident #: MP23000151

| Event |
|---|

**14600 MINNETONKA BLVD Apt #1 MINNETONKA, MINNESOTA 55345**

| | |
|---|---|
| Description of Incident: | INFORMATION |
| Reported Date/Time: | 01/12/2023 14:02:34 |
| Occurred Start Date: | 01/12/2023 14:02:34 |
| Occurred End Date: | |
| Latitude: | 44.940109 |
| Longitude: | -93.465489 |
| Brief synopsis of incident: | RP reporting a company is attempting to steal his patent. Information report. |
| Disposition: | INACTIVE |
| Exceptional Clearance (For Office Use Only): | NOT APPLICABLE |
| Exceptional Clearance Date (For Office Use Only): | |
| Case Status: | ASSISTED/ADVISED |
| MPtest? | No |
| Confidential?: | No |
| Request Formal Complaint: | No |
| State Accident Report Completed: | No |
| Photos Taken: | No |
| MHU Report: | No |
| Case Status Date: | 01/13/2023 |



EXHIBIT
La

| Person Reporting Incident Data (1) |
|---|

**GUERTIN, MATTHEW DAVID**

| | |
|---|---|
| DOB: | 07/17/1981 |
| Age: | 41 |
| Driver's License Number: | ▇▇▇▇▇ |
| Driver's License State: | Minnesota |
| Home Phone: | |
| Cell Phone: | (763)-221-4540 |
| Address: | 10233 34TH ST W |
| Apartment: | 304 |
| City: | MINNETONKA |
| State: | Minnesota |
| Zip Code: | 55305 |
| Latitude: | 44.942249587379074 |
| Longitude: | -93.40873527526688 |
| Height: | 510 |
| Weight: | 180 |
| Eye Color: | Brown |

---

Printed On02/06/2023           Page 1 of 3           Printed By THOMAS, MARY

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 30**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 79 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510



Case #:MP23000151                                          Incident #: MP23000151

| Offenses (1) |
| --- |

**MISINFO MISC OFCR INFORMATION**

| | |
| --- | --- |
| Offense Status: | ASSISTED/ADVISED |
| UCR/NIBRS Code: | 999 NIBRS Non-Reportable |
| Severity Level: | |
| State Code: | |
| Location Type: | Residence/Home |
| Bias Motivation: | NONE |
| Attempted/Completed: | Completed |
| Offender Suspected of Using: | Not Applicable |
| MHU Report: | No |
| Cargo Theft: | |
| Number of Premises Entered: | |
| Criminal Activity or Gang Info: | |

| Vehicle (0) |
| --- |

Involvement Type:

| Property (0) |
| --- |

Date of Theft:

Property Status:

| Narrative (1) |
| --- |

**MAIN REPORT. BHARRIS, 166**
**HARRIS, BRANDON 62166**                                                          01/12/2023

On 01/12/2023 I responded to the Minnetonka Police Department lobby for a report of fraud. I made
contact with reporting party MATTHEW DAVID GUERTIN DOB 07/17/1981 in the department lobby.

GUERTIN STATEMENT:

- He has filed for and acquired a patent for his invention, "Motorized Rotatable Treadmill and
  System for Creating the Illusion of Movement."
- The machine is used for filming cinema.
- He pitched the patent to Mark Roberts Motion Control (mrmoco.com).
- The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot
  (photorobot.com).
- He looked at the Photo Robot website and observed the technology used to be similar but
  different from his.
- While reviewing the website over a number of days he realized the website was changing to reflect
  his patent.
- The website is being updated in real time with information from his design.

---

Printed On02/06/2023                          Page 2  of  3                          Printed By THOMAS, MARY

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 31**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 80 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510



Case #:MP23000151                     Incident #: MP23000151

- Photo Robot is effectively stealing his patent by making it look like they have already had the technology.
- He has proof of the fraud.
- He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initially discussed the patent with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his local police agency.
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format.
- I agreed with Guertin that this issue is beyond the scope of the local police department.
- I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them.

DISPOSITION:

- Information Report.

| Officer (2) | | |
|---|---|---|
| Approving Officer: | THOELE, KAREN  (621040) | 01/12/2023 17:43:11 |
| Reporting Officer: | HARRIS, BRANDON  (62166) | 01/12/2023 15:17:00 |

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 32**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 81 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

<div align="right">
Filed in District Court<br>
State of Minnesota<br>
4/3/2024 7:56 AM
</div>

# State of Minnesota
# County of Hennepin



# District Court
# 4th Judicial District

Prosecutor File No.            23A00785
Court File No.            27-CR-23-1886

---

**State of Minnesota,**

                    Plaintiff,

        vs.

**MATTHEW DAVID GUERTIN      DOB: 07/17/1981**

10233 34th St W
#304
Minnetonka, MN 55305

                    Defendant.

**COMPLAINT**

Order of Detention

*27-CR-23-1886*
*Filed in District Court*
*State of Minnesota*
*1/24/2023*

---

The Complainant  submits this complaint  to the Court and states that there is probable cause to believe
Defendant committed the following offense(s):

### COUNT I

**Charge: Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality**
Minnesota Statute: 609.66.1a(a)(3), with reference to:  609.66.1a(b)(2)
Maximum Sentence: 2 YEARS AND/OR $5,000
Offense Level: Felony

Offense Date (on or about): 01/21/2023

Control #(ICR#): 23000258

Charge Description: That on or about January 21, 2023, in Hennepin County, Minnesota, MATTHEW
DAVID GUERTIN recklessly discharged a firearm within a municipality.

### COUNT II

**Charge: Firearm-Serial Number-Receive/Possess With No Serial Number**
Minnesota Statute: 609.667(3), with reference to:  609.667
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense     Date     (on     or     about):

01/21/2023 Control #(ICR#): 23000258

Charge Description: That on or about January 21, 2023, in Hennepin County, Minnesota, MATTHEW
DAVID GUERTIN received or possessed a firearm that was not identified by a serial number: an
automatic rifle.

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 33**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 82 of 271      [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

### COUNT III

**Charge: Firearm-Serial Number-Receive/Possess With No Serial Number**
Minnesota Statute: 609.667(3), with reference to: 609.667
Maximum Sentence: 5 YEARS AND/OR $10,000 Offense Level: Felony

Offense Date (on or about): 01/21/2023

Control #(ICR#): 23000258
Charge Description: That on or about January 21, 2023, in Hennepin County, Minnesota, MATTHEW DAVID GUERTIN received or possessed a firearm that was not identified by a serial number: a full-size pistol.

### COUNT IV

**Charge: Firearm-Serial Number-Receive/Possess With No Serial Number**
Minnesota Statute: 609.667(3), with reference to: 609.667
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about):01/21/2023

*Filed in District Court*
*State of Minnesota*
*1/24/2023*

Control #(ICR#): 23000258

Charge Description: That on or about January 21, 2023, in Hennepin County, Minnesota, MATTHEW DAVID GUERTIN received or possessed a firearm that was not identified by a serial number: a compact pistol.

2

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 34**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

---

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 83 of 271         [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

### STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On January 21, 2023, officers with the Minnetonka Police Department were dispatched to a report of shots being fired from an apartment at 102XX 34th St. W., Minnetonka, Hennepin County, Minnesota.

Upon arriving in the area officers heard shots and were able to confirm where the apartment shots were coming from, and that the occupant of the apartment was MATTHEW DAVID GUERTIN, dob 7/17/1981, "Defendant" herein. Defendant was yelling "I'm going to die because they stole my patent" and repeatedly yelled a Minnetonka Police Department case number. Defendant spoke with a negotiator and after some time threw two firearms out of the window: an automatic rifle and a pistol in a case. Defendant eventually came out of the apartment and was placed under arrest. In a post-Miranda statement Defendant reported that he had fired multiple rounds to get the police to respond to his location, and that he had shot into the sky and trees. Defendant estimated he had fired approximately twenty rounds. Defendant said that he could not communicate via his computer or phone because other people had gained control of his computer and other devices. Defendant also said that he had bought the parts and put together the firearms that he had used.

Officers recovered three firearms from the incident: an automatic rifle, a full-size pistol, and a compact pistol. None of the firearms had serial numbers on them. Officers also recovered additional ammunition and body armor inside Defendant's apartment.

Defendant is currently in custody.

*State of Minnesota*
*1/24/2023*

27-CR-23-1886   *Filed in District Court*
*State of Minnesota*
*1/24/2023*

**3**

---

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 35**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 134 of 271     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 36**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 135 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 37**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 136 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 38**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 137 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 39**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 138 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 40**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 139 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 41**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1



27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 142 of 271       [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 43**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

OFFICIAL USE

**Netflix Inc** - Ted Sarandos
100 Winchester Circle
Los Gatos, CA 95032

7020 0090 0000 0890 3927

**SENDER: COMPLETE THIS SECTION**

Netflix, Inc.
Ted Sarandos
100 Winchester Circle
Los Gatos, CA 95032

9590 9402 7521 2098 9625 31

7020 0090 0000 0890 3927

PS Form 3811, July 2020 PSN 7530-02-000-9053

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

OFFICIAL USE

**Eyeline Studios** - Stephan Trojansky
5808 W Sunset Blvd - 12th Floor
Los Angeles, CA 90028

**SENDER: COMPLETE THIS SECTION**

Eyeline Studios
Stephan Trojansky
5808 W Sunset Blvd - 12th Floor
Los Angeles, CA 90028

9590 9402 7521 2098 9736 36

7020 0090 0000 0890 3910

PS Form 3811, July 2020 PSN 7530-02-000-9053

Page 143 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 44**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28 Pro-Se-Defendants-Motion-for-Judicial-Notice 2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 144 of 271    [ source file ]    [ .ots timestamp of source file ]    [ pdf signatures ]    [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 45**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

---

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 145 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

### U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Scanline VFX - Stephan Trojansky**
6087 W Sunset Blvd - 4th Floor
Los Angeles, CA  90028

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**Scanline VFX**
Stephan Trojansky
6087 W Sunset Blvd - 4th Floor
Los Angeles, CA  90028

9590 9402 7521 2098 9640 30

2. Article Number (Transfer from service label)
7020  0090  0000  0890  3680

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

### U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**Netflix Inc - David Hyman**
100 Winchester Circle
Los Gatos, CA  95032

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**Netflix, Inc.**
David Hyman
100 Winchester Circle
Los Gatos, CA  95032

9590 9402 7521 2098 9736 50

2. Article Number (Transfer from service label)
7020  0090  0000  0890  3873

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

Page 145 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 46**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 146 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Netflix Inc - Amy Reinhard
100 Winchester Circle
Los Gatos, CA 95032

Netflix, Inc.
Amy Reinhard
100 Winchester Circle
Los Gatos, CA  95032

9590 9402 7521 2098 9742 37

7020 0090 0000 0890 3965

InfiniSet, Inc.
5832 Lincoln Dr - 222
Edina, MN  55436

9590 9402 7521 2098 9742 37

InfiniSet, Inc.
5832 Lincoln Dr - 222
Edina, MN  55436

9590 9402 7521 2098 9736 50

Page 146 of 271

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 47

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28 Pro-Se-Defendants-Motion-for-Judicial-Notice 2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 48**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 49**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 150 of 271     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**UNITED STATES POSTAL SERVICE.**

LOST LAKE
9705 45TH AVE N
MINNEAPOLIS, MN 55442-2566
(800)275-8777

03/27/2023                    12:58 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®          1                    $9.65
Flat Rate Env
    Minneapolis, MN 55402
    Flat Rate
    Expected Delivery Date
        Tue 03/28/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008904177
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9736 74
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Angeles, CA 90028
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903880
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9640 30
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Angeles, CA 90028
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903910
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9736 36
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903873
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9736 50
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903873
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9736 31
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903958
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9625 62
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903965
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9742 37
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903903
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9736 43
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903927
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9625 31
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate

Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903927
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9625 31
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903873
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9625 31
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Gatos, CA 95032
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008903941
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9625 55
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Glendale, CA 91203
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008618
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9742 13
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Mountain View, CA 94041
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008897
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9736 67
Total                                       $17.15

Priority Mail®          1                    $9.65
Flat Rate Env
    Los Angeles, CA 90028
    Flat Rate
    Expected Delivery Date
        Thu 03/30/2023
Insurance                                    $0.00
    Up to $100.00 included
Certified Mail®                              $4.15
    Tracking #:
        70200090000008625
Return Receipt                               $3.35
    Tracking #:
        9590 9402 7521 2098 9625 86
Total                                       $17.15

Grand Total:                               $205.80

Credit Card Remit                          $205.80
    Card Name: VISA
    Account #: XXXXXXXXXX5090
    Approval #: 394165
    Transaction #: 193

                                9590 9402 7521 2098 9625 86
Total                                       $17.15

Grand Total:                               $205.80

Credit Card Remit                          $205.80
    Card Name: VISA
    Account #: XXXXXXXXXX5090
    Approval #: 394165
    Transaction #: 193

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 266323-0442
Clerk: 840-55530395-1-4365707-2
Clerk: 38

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 50**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

[28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf](#)

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 151 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

<div style="text-align:right">

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM
</div>

**USPS Tracking**®

FAQs ›

Tracking Number:                                                                                          Remove ✕

**70200090000008908625**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered and is available at a PO Box at 8:11 am on March 31, 2023 in LOS ANGELES, CA 90028.

**Get More Out of USPS Tracking:**
        USPS Tracking Plus®

**Delivered**
**Delivered, PO Box**
LOS ANGELES, CA 90028
March 31, 2023, 8:11 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                          Remove ✕

**9590940275212098962586**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

The U.S. Postal Service has received electronic notification on March 27, 2023 at 12:57 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**
        USPS Tracking Plus®

**Pre-Shipment**
**Return Receipt Associated**
March 27, 2023, 12:57 pm

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                          Remove ✕

**70200090000008903910**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered and is available at a PO Box at 8:11 am on March 31, 2023 in LOS ANGELES, CA 90028.

**Get More Out of USPS Tracking:**
        USPS Tracking Plus®

Page 151 of 271

---

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

<div style="text-align:right; color:red">

**EXHIBIT PTF-1 | p. 51**
</div>

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28_Pro-Se-Defendants-Motion-for-Judicial-Notice_2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 152 of 271     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Delivered**
**Delivered, PO Box**
LOS ANGELES, CA 90028
March 31, 2023, 8:11 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                    Remove ✕

## 9590940275212098973636

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

The U.S. Postal Service has received electronic notification on March 27, 2023 at 12:49 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

● **Pre-Shipment**
**Return Receipt Associated**
March 27, 2023, 12:49 pm

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                    Remove ✕

## 70200090000008908618

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 7:54 am on March 31, 2023 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
GLENDALE, CA 91209
March 31, 2023, 7:54 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                    Remove ✕

## 9590940275212098974213

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 11:13 am on April 5, 2023 in MINNEAPOLIS, MN 55436.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 52**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 153 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 5, 2023, 11:13 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Tracking Number:**                                                                                          Remove ✕

**70200090000008903880**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to an agent for final delivery in LOS ANGELES, CA 90028 on April 5, 2023 at 4:02 pm.

**Get More Out of USPS Tracking:**
        USPS Tracking Plus®

**Delivered to Agent**
**Delivered to Agent for Final Delivery**
LOS ANGELES, CA 90028
April 5, 2023, 4:02 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Tracking Number:**                                                                                          Remove ✕

**9590940275212098964030**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 5:33 pm on April 10, 2023 in MINNEAPOLIS, MN 55436.

**Get More Out of USPS Tracking:**
        USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 10, 2023, 5:33 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Tracking Number:**                                                                                          Remove ✕

**70200090000008903897**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 8:34 am on March 30, 2023 in MOUNTAIN VIEW, CA 94041.

**Get More Out of USPS Tracking:**

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 53**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

[ 28  Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf ]

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 154 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**USPS Tracking Plus®**

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
MOUNTAIN VIEW, CA 94041
March 30, 2023, 8:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Tracking Number:                                                    Remove ✕

## 9590940275212098973667

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

---

**Get More Out of USPS Tracking:**
    **USPS Tracking Plus®**

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Tracking Number:                                                    Remove ✕

## 70200090000008903958

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 8:14 am on March 30, 2023 in LOS GATOS, CA 95032.

---

**Get More Out of USPS Tracking:**
    **USPS Tracking Plus®**

**Delivered**
**Delivered, Individual Picked Up at Post Office**
LOS GATOS, CA 95032
March 30, 2023, 8:14 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Tracking Number:                                                    Remove ✕

## 9590940275212098962562

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

---

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 54**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

[28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf](#)

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 155 of 271        [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                                      Remove ✕

**70200090000008903941**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 8:14 am on March 30, 2023 in LOS GATOS, CA 95032.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
LOS GATOS, CA 95032
March 30, 2023, 8:14 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                                      Remove ✕

**9590940275212098962555**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                                      Remove ✕

**70200090000008903927**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 8:14 am on March 30, 2023 in LOS GATOS, CA 95032.

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 55**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 156 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
LOS GATOS, CA 95032
March 30, 2023, 8:14 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                          Remove ✕

**9590940275212098962531**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                          Remove ✕

**70200090000008903903**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 8:14 am on March 30, 2023 in LOS GATOS, CA 95032.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
LOS GATOS, CA 95032
March 30, 2023, 8:14 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                          Remove ✕

**9590940275212098973643**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 56**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

[28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf](#)

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 157 of 271          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

---

27-CR-23-1886

<div align="right">
Filed in District Court<br>
State of Minnesota<br>
4/3/2024 7:56 AM
</div>

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                  Remove ✕

**70200090000008903873**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 8:14 am on March 30, 2023 in LOS GATOS, CA 95032.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
LOS GATOS, CA 95032
March 30, 2023, 8:14 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                  Remove ✕

**9590940275212098973650**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:                                                                                  Remove ✕

**70200090000008903965**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 57**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 158 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Latest Update**

Your item was picked up at the post office at 8:14 am on March 30, 2023 in LOS GATOS, CA 95032.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
LOS GATOS, CA 95032
March 30, 2023, 8:14 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:

Remove ✕

**9590940275212098974237**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 10:02 am on April 4, 2023 in MINNEAPOLIS, MN 55436.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MINNEAPOLIS, MN 55436
April 4, 2023, 10:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

Enter tracking or barcode numbers

### Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 58**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

[28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf](#)

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 161 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

 FEDERAL   BUREAU OFINVESTIGATION

## Victim Information

EXHIBIT
Xa

| | |
|---|---|
| Name: | Matthew Guertin |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40-49 |
| Address: | 5832 Lincoln Dr Suite 222 |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Edina |
| County: | Hennepin |
| Country: | United States of America |
| State: | Minnesota |
| Zip Code/Route: | 55436 |
| Phone Number: | ███████ |
| Email Address: | ███████ |
| Business IT POC, if applicable: Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Hello,

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177

There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent.

Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted - but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time' capture of the fraudulent activity which consists of two pdf

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 59**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 162 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history)

This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately.

==Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios.== I would guess all of the AI generated images and videos are Microsoft's handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims.

One other thing worth mentioning is that they forgot to flatten and simplify all of their AI generated PDF catalogs and brochures - meaning all of the layers are exposed and editable if you open it up in Adobe Illustrator. Simply zooming in though to pretty much any of the products or images in their PDF's will make it very obvious that all of it was generated by AI.

My reason for finally deciding to report this stuff 'officially' after some months is that I just established the 'color curve' method which I was able to use to process all of their website images as well as their YouTube videos (I have thousands of full html webpage saves downloaded from the internet archive spanning 201a-current and multiple websites...ALL AI GENERATED FRAUD). The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know-how and resources to make them appear real from the outside. None of that should matter though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos listed on my patent still on their youtube page a couple days ago and can confirm all of the artifacts you see in the PDF's and videos I analyzed were still present.

Here is a link which proves all of my claims (there is plenty more supporting documents) -

██████████████████████████████████████████████████

Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day -

██████████████████████████████████████████████████

What I want is simple -

I do not want my first ever patent stolen by a giant corporation (or anyone for that matter..) by way of fraud.

I have dedicated the last two years+ solely to my patent, as well as engineering, designing, and fabricating a working prototype which I am about to release my first demo video for and which will also serve as the 'official' launch of my company InfiniSet, Inc.

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 60**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

In addition to the last two  years I have also dedicated a huge portion of  my life learning and gaining as much knowledge as possible which is the reason I am able to  not only come up with a very valuable idea but also able to design, engineer, and fabricate the exact design you see in my patent all on my own without any college degrees or formal education. I learned everything by busting my ass and I REFUSE TO LET ANYONE STEAL WHAT I HAVE WORKED SO HARD TO BRING TO FRUITION - this would include a giant corporation like Microsoft running rampant with their new AI toys (while apparently being given free reign by YouTube, Vimeo, Internet Archive, etc to post whatever backdated and fraudulent internet history they feel like having their AI generate)

Here is my personal portfolio website which very clearly shows how much hard work I have put fourth prior to arriving at this current point in time
www.MattGuertin.com

I want all of these fraudulent, AI generated websites/ companies/ products to be 'officially' recognized as the fraud they are so that I can continue forward with my venture without having to worry about Microsoft/ Mark Roberts Motion Control or any other giant corporation coming after me and trying to invalidate my patent using their fraudulently produced internet history.

If they want that which I have patented so badly they can pay me for it. I'm pretty sure that's how it's supposed to work....I'm also pretty sure they have plenty of financial resources to be able to do so which just makes their attempted theft of my intellectual property that much more pathetic.

That is all.

Thank you for your time,

Matthew Guertin
InfiniSet, Inc.

## Information  About The Subject(s)  Who Victimized You

| | |
|---|---|
| Name: | Assaff  Rawner |
| Business Name: | Mark Roberts Motion Control |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | United  Kingdom |
| State: | |
| Zip Code/Route: | |
| Phone Number: | 1441342838007 |
| Email Address: | Assaff@MrMoCo.com |
| Website: | https://www.MrMoCo.com |
| IP Address: | |

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 61**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

| | |
|---|---|
| Name: | Bill Gates |
| Business Name: | Microsoft |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail   Stop: | |
| City: | Seattle |
| Country: | United States of America |
| State: | Washington |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |
| Website: | https://www.microsoft.com |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

All emails and headers are included in the files I shared which are here -

████████████████████████████████████████████

Are there any other witnesses or victims to this incident?

Yes.
I have been documenting all of this since the original email with various attorneys and there is a very long digital 'paper trail' which includes emails, digital files, etc.    I have thousands of full html pages downloaded directly from the Internet Archive spanning multiple websites - All of which are being used as supporting references to one another for the purpose of establishing a false history.

All digital evidence I collected has been distributed to multiple third parties for safe keeping including disks which have remained untouched since December of 2022

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Minnetonka, MN Police Department
Case # 23-000151

Prior to filing the police report I approached the FBI at their building located in Brooklyn Center, MN but was hung up on after telling the person who answered the phone that it involved wire fraud to which he replied "Do you have proof of someone wiring money" to which I replied I did not. Apparently the person who answered doesn't know the definition of wire fraud.

I also spoke to a Secret Service Agent in Chicago for 24 minutes the Sunday before Martin Luther King Jr Day after calling the Minneapolis field office and being bounced to Chicago. He agreed that I was 100% correct in my assertions about Wire Fraud and Conspiracy based on what I told him. I also gave him the Minnetonka PD case# but never heard anything back or had any follow up.

There is a possibility however that I wasn't even talking to an actual Secret Service agent as I started having all sorts of weird things happen with my phone as well as computers as the culprits

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 62**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 165 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

pulling off  the fraud were very aware that I was downloading and collecting tons of stuff and so
they started hacking into my devices and very well couldv'e been spoofing / intercepting my calls
by way of a Stingray or other similar advanced cellular interception devices.

Fun times

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the
best of my knowledge. I understand that providing false information could make me subject to fine,
imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Matthew D Guertin
Thank you. Your  complaint  was  submitted  to  the IC3. Please save or print  a copy  of  your  complaint
before closing this window.      *This is the only time you will have to make a copy of your complaint.*

FAQs        Disclaimer        Privacy Notice        About IC3

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 63

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



**FEDERAL TRADE COMMISSION**
ReportFraud.ftc.gov

FTC Report Number

## Consumer Report To The FTC

159606444

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement   partners.  Your report might   be used to investigate cases in a legal     proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

### About you

**Name:** Matthew Guertin

**Email:** ▆▆▆▆▆▆

**Address:** 5832 Lincoln Dr Suite 222

**Phone:** ▆▆▆▆▆

**City:** Edina   **State:** Minnesota   **Zip Code:** 55436

**Country:** USA

EXHIBIT
**Ya**

### What happened

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177 There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent. Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time'capture of the fraudulent activity which consists of two pdf screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history) This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately. Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsofts handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims My reason for finally deciding to report this stuff 'officially' though is that I just established the color curve method which I was able to use to process all of their website images as well as their YouTube videos . The results make it 100% clear that ALL of it is AI generated and it is all fraud. The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know how and resources to make them appear real from the outside. None of that matters though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos still on their youtube page a couple days ago and can confirm all of the artifacts confirming AI still exist. Here is a link which proves everything I am saying - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

### How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 10/31/2022 | | |
| **Payment Used:** | | **How I was contacted:** |
| | | Email |

Page 166 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 64**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf
SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e
Page: 167 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Details about the company, business, or individual

| Company/Person | | |
| --- | --- | --- |
| **Name:**<br>Mark Roberts Motion Control | | |
| **Address Line 1:** | **Address Line 2:** | **City:** |
| **State:** | **Zip Code:** | **Country:**<br>GBR |
| **Email Address:**<br>Assaff@MrMoCo.com | | |
| **Phone:**<br>441342838007 | | |
| **Website:**<br>www.MrMoCo.com | | |
| **Name of Person You Dealt With:**<br>Assaff Rawner | | |

## Your Next Steps

If you think you clicked a link or opened an attachment that downloaded harmful software:

- Update your computer's security software.
- Then run a scan and delete anything it identifies as a problem.
- Learn more about how to get fewer spam emails at ftc.gov/spam.

General Advice:

- You can find tips and learn more about bad business practices and scams at consumer.ftc.gov.
- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to identitytheft.gov for specific steps you can take.

## What Happens Next

- Your report will  help us in our efforts to protect   all consumers. Thank You!
- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We use reports to spot trends, educate the public, and provide data about       what is happening in your community. You can check out what is going on in your state and metro area by visiting   ftc.gov/exploredata.
- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out ftc.gov/refunds to see recent FTC cases that resulted in refunds.

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 65**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf
SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e
Page: 189 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM





## PLYMOUTH POLICE DEPARTMENT
### INCIDENT REPORT

| ICR# 23033797 | AGENCY ORI# MN0271700 | JUVENILE: |
|---|---|---|

**Reported:** 09-07-2023 1715    **First Assigned:**1719  **First Arrived:**1727  **Last Cleared:**1944
**Committed Start:** 09-07-2023 1715 **Committed End:**
**Title:** Information
**Summary:**
 Informational report regarding possible patent fraud.
**Location(s)**
Sagamore Condos  **Address:** 4385 Trenton Ln  APT  202    **City:** Plymouth  **State: MN**  **Zip:** 55442  **Country:** US

| **Officer Assigned:** Beauchane, Krystal | **Badge No:** 147 | **Primary:** Yes |
|---|---|---|

| **MOC:** MISINF | **Literal:** MISCELLANEOUS INFO | **Statute:** | **UCR:** |
|---|---|---|---|

**Involvement:** Victim                    **Name:** Guertin, Matthew David      **DOB:** 07-17-1981
**Age:42**
**Address:** (Residence) 10233  34th St  W  APT  304      **City:** Minnetonka  **State:** MN  **Zip:**55305  **Country:** US
**Phone:** (Home)          **Email:** (Home) xxxxxxxxxxxxxxxxxxxxxxxxxxx

**Involvement:** Mentioned                    **Name:** Guertin, Shelly          **DOB:**
**Age:** 61
**Address:** (Residence) 4385  Trenton Ln  202      **City:** Plymouth  **State:  MN Zip:** 55442  **Country:** US
**Phone:** (Cell)

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 66**

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 190 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Supplemental Report**

**ICR:** 23033797

**Title:** Main - Beauchane #147

On 9/7/23 I responded to 4385 Trenton Ln #202 for a report of patent fraud.

I spoke to Matthew Guertin. He showed me several things on his computer and a set up for the patent he procured that was in the Livingroom of his residence. Due to the amount of information he was providing me and the complexity of the report, I asked that Guertin send me a synopsis of the information he was wishing to report. See media title: "Email - report information". I received several, more in depth, emails explaining the fraud from Guertin. Those emails are attached.

This report is intended to document that Guertin has reported the patent fraud to local law enforcement.

Guertin does wish to press charges but stated he knows it's a process and that he wanted to start by making a report to local law enforcement so he could continue to report the patent fraud to other entities.

Beauchane #147

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 67**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 191 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



## Replying to your message

From Senator Amy Klobuchar <senator@klobuchar.senate.gov>

To      Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

Date    Wednesday, September 20th, 2023 at 2:03 PM

---

Thank you for taking the time to contact me. I appreciate hearing from you on this important matter, and I will keep your views in mind as relevant legislation and other decisions related to this issue come before the Senate.

I continue to be humbled to be your Senator, and one of the most important parts of my job is listening to the people of Minnesota. I am here in our nation's capital to do the public's business. I hope you will contact me again about matters of concern to you.


- Amy

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 68**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Amy,

Good afternoon,

  My friend XXXXXX - Founder of XXXXXX and XXXXXXXX, whom I've known for almost 20 years suggested I reach out to you regarding all of the crazy stuff going on in my life as a result of an extremely valuable patent I have been granted - that being US11577177B2 of which I alone am listed as the sole inventor on and which was officially granted to my company InfiniSet, Inc. on Valentines day of this year.

  Before I dive into the craziness that has become my life as a result of this patent I'll start off with an introduction of who I am - that being a 42 year old born and raised Minnesotan who grew up in Plymouth, MN on the east side of Medicine Lake at the top of the hill on 32nd Ave and who has remained in the general vicinity my entire life except for the period of 2014 - 2020 when I moved to Los Angeles to work at what essentially was my dream job at the company formerly known as V Squared Labs and which is now www.XiteLabs.com where I had the opportunity to travel the world for the first time in my life while being paid to essentially 'play with computers' doing what I loved while also attending some of the biggest concerts and festivals that a lot of people dream of being able to go to. I worked my way up to this after being a DJ and club promoter in downtown Minneapolis (which is how I met XXXXX as well as XXXXXXX of XXXXXXX Studios) where I eventually found my calling working as a lighting designer at many of the downtown nightclubs - Mainly Epic Nightclub from 2008-2013 as well as many others which is where I 'cut my teeth' so to speak. I have contributed and been involved in many different local events and businesses which then turned into me getting worldwide recognition in various publications, etc. after moving to LA where I was involved in such things as putting on a show for the King and Royal Family of Saudi Arabia in 2019 for a UNESCO World Heritage Event as well as designing, engineering, and fabricating Bad Bunny's mainstage Coachella set piece in 2019 among many other impressive feats - many of which I can hardly believe I successfully completed when looking back at all of it.

All of this work I speak of including both the local as well as international projects can be viewed on my personal portfolio site www.MattGuertin.com

Fast forward to now -

  I moved back to Minnesota from Los Angeles in April of 2020 due to Covid and ended up moving into a one bedroom apartment in Minnetonka where I sat aimlessly for a while wondering what I was going to do with my life as I was essentially without any direction or purpose due to Covid and so late 2020/early 2021 is when I actually put together my personal website due to finally having the time to compile everything I had been diligently documenting along the way, with the ultimate goal being to find new employment opportunities - that was until February 3rd, 2021 when I thought up the idea which I have now officially been granted a patent for, along with an 'InfiniSet' word trademark, logo trademark, and which I have been working on nonstop ever since - all made possible by the investment, help, and support of family members that believed in me - mainly my aunt and mom. In addition I just filed my PCT application in Brazil, Canada, Chile, Israel, Japan, Malaysia, Mexico, Nigeria, Philippines, Singapore, and the UAE and will be filing additional international patents in the 31 month countries before the October 19th deadline as I am in the process of securing major investment from my friends in XXXXXXX - whom I met as part of my wordly travels when I was in Los Angeles

---------------------------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------------------------------------------------

  So now that you have a better idea about who I am and what I've been up to I will get to the main reason for contacting you which is in regards to all of the completely surreal and insane things I have been dealing with in terms of being targeted by major corporations due to my patent - which is a VERY big deal due to what it makes possible. As an example I have been directly contacted by XXXXXX who is the XXXXXXX at XXXX XXXX Corporate locally with heavy interest, multiple virtual film studios which all want to talk to me and use my technology, and I have had many people I know in the entertainment industry who are well versed in 'virtual production' tell me that it is "going to revolutionize the industry", etc. - all of which is true as it is essentially a rotating treadmill whose rotation and speed is precisely controlled by the media server / render engine - that mainly being Unreal Engine - with the end result being the ability for a person to travel anywhere they want along the ground plane through a virtual environment/real world pre-filmed environment all while staying in the same, small physical 'real-world' location.

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 69**

28    Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 193 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

What I invented is essentially the 'holy grail' of VR/AR and virtual production - with the technical term for it being 'Free viewpoint rendering' - Keep in mind that I have not had any formal college education yet I was able to single handedly think up this idea and then design, engineer, fabricate, and program a working prototype of the exact design shown in my patent filing in addition to setting up the company, designing the logo, dealing with all of the patent stuff, etc, etc. It is not an exaggeration to say that I have dedicated my entire life solely to this for nearly the last three years which includes all of my time, money, focus, etc. It's become my whole life - and I currently have two very well known companies in the process of essentially stealing it from me - those being Microsoft as well as Netflix. Both of them are carrying out this fraud using Ai generated content, videos, and websites which are then being fraudulently posted into the past with the help of other major companies including the Xxx archive, XxxTube, Gxxgle, 'official' academic publishing websites, etc, etc. all for the purpose of creating fraudulent prior art and essentially creating a completely fabricated, false history with the end goal being to steal my patent by invalidating it.

It sounds crazy and it is.....it is surreal...even still. I have proof of all of the claims I am making though as I have been collecting and analyzing a massive amount of digital forensic evidence and have also filed two different police reports as well as a report with the FBI through IC3 dot gov, an FTC report, and a report with the SFO in the UK. In regards to Netflix it is very relevant to mention that I ended up in the extremely unlikely 'fluke' of filing my provisional patent application only 12 days before Stephan Trojansky filed a patent for the exact same thing - I filed on March 19th, 2021 and he filed on March 31st, 2021. His company 'Scanline VFX' was acquired by Netflix for at least 100 million dollars 8 months later based on Netflix Q12022 investors report with the official acquisition being announced in a Netflix press release on November 22nd, 2021.  All of this can be verified by searching their website. As a result of his provisional patent and the subsequent acquisition Netflix and Trojansky formed the company 'Eyeline Studios' for the sole purpose of focusing on that which is contained within the Trojansky application (which is currently assigned to Netflix, Inc.)

The other thing which is very relevant is the fact that I expedited my patent filing via USPTO TrackOne which is the reason I was already granted a patent on Feb 14th of this year and the Netflix application is still just an application. Once my patent was granted on the 14th me and my patent attorney filed a 3rd party prior art submission with the USPTO which was officially reviewed, determined as relevant, and entered into the record officially on Feb 20th of this year. I essentially 'destroyed' the Netflix patent as I covered every single one of their claims all the way down to using the exact same language regarding a user cue system, digital twin, etc. It's pretty crazy actually...just as everything else is and has been since discovering the Netflix patent which I only came across randomly due to the Microsoft/Mark Roberts Motion Control fraud which was being carried out by creating a fake website/company called PhotoRobot which is all entirely fake I ended up figuring out but which is officially listed as unpublished prior art on my patent - it is all fraud. The ironic part is that the only reason I even know about PhotoRobot (and in turn the only reason I inadvertently stumbled upon the Netflix patent..) is because the CEO of Mark Roberts Motion Control responded to me 3 weeks later after I had contacted his company to get help with a 3d model of their 'Bolt Cinecam' after attending a local workshop at Cinemechanics in Golden Valley July of 2022 in which he directly pointed me to PhotoRobot in his email due to being so overly confident and excited about the fraud he was involved in carrying out even though it obviously wasn't anywhere near being 'complete' as I ended up not even looking into it at all on the Internet Archive until over a month later. He apparently thought I would never figure any of it out - the same goes for Netflix who is now involved in trying to fraudulently invalidate my patent in one of the most obvious and in my opinion stupid 'plans' ever as opposed to simply approaching me and offering to pay me which I would've been happy to outright sell for a solid offer - but instead they are now choosing to carry out a massive fraud which is very obvious and which should (if there is such thing as any type of actual 'justice' for these mega corporations...) result in their entire company Eyeline Studios being dissolved.

The way all of this criminal fraud is being carried out is that these companies are essentially utilizing Ai to create any type of fake content/images/videos/academic papers/websites they want and then XxxTube, The Xxx Archive (a 501c3), Gxxgle, Xxxxxxx, XxxxxxIn, official academic publishing websites, and a huge consortium of other tech companies are conspiring with them in the fraud by allowing them free reign to fraudulently post back dated content for the purpose of creating whatever false history they want to establish with the end goal being to defraud people/companies (me) of intellectual property or whatever other end goals they want to achieve. I mention not only me and my intellectual property because it is very apparent that this is not only being used to defraud me and is in fact an established system it would seem - this is especially true based on all of the evidence and research I did involving the web archive - which I now

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 70

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28 __ Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 194 of 271     [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

see has been listed on the USPTO website as a credible source that can be used as court admissible prior art for the purpose of establishing the validity of patents and therefore used to invalidate patents - like mine.

In the case of the Netflix fraud currently being carried out against me they now have Paul Debevec working for them which I discovered after viewing a SIGGRAPH 2023 video in which he gives a 1 hour presentation openly representing Eyeline Studios in which he presents a rotating treadmill at the 59 minute mark which he claims that he invented in 2006 as part of his 'Light Stage' which is in fact 'real' as he has been granted 3 patents for it - granted in 2006, 2008, and 2015. The thing is that the treadmill he is claiming to have already created in 2006 is essentially the exact same technology as well as achieves the exact same end result as that which is contained in both my patent as well as the Trojansky/Netflix application - meaning it would not only invalidate my already granted patent if it were in fact authentic but also the still pending patent application which was the entire reason for the company he is working for being formed in the first place and which the CEO, Stephan Trojansky is listed as the sole inventor of. So this is apparently their brilliant plan to deal with the fact that my already granted patent has been filed and accepted as 3rd party prior art against their patent application. Just on its face they have an obvious and very clear issue related to their duty of candor as they have a person now working for them who supposedly already invented the same exact thing they have a pending patent application for but which is not included as prior art. Even if it was though it makes no sense. I am not sure if their plan is to try and invalidate my patent and then have all of the fraudulent content and academic papers taken down and then they still try to obtain a patent for their pending patent application - but even this doesn't make any sense.

Regardless - besides the already very obvious and clear issue that exists in my opinion (as well as others I have conferred with..) I have been able to collect a very large amount of academic papers spanning early 2000's to current (3.5gb...around 248 total articles – I say 'around' because there are some duplicates mixed in as well) as well as a large amount of content from the Russian search engine Yandex (which I collected from Yandex because much of the results remained authentic as opposed to the USA/Google search results). What the 'authentic/original' search results clearly show is that Paul Debevec's 'Light Stage' is in fact real but that it is was specifically focused on capturing the human face as opposed to a moving person on a treadmill, and in addition I have also spent my own time analyzing and making sense of all of this data I collected using MAXQDA as my main tool which allowed me to conduct language analysis and search for various words and analyze the use of words and language. One of the things I was able to figure out is that even though Paul Debevec clearly states in one of his fraudulent 2006 papers that "at the center of the setup is a rotating treadmill" the word treadmill is never mentioned once in any of the 3 patents he was granted for his 'Light Stage' - in fact I actually downloaded every single one of the patents which Paul Debevec is listed as an inventor on and the word 'treadmill' is not ever mentioned in any of them at all even though it is obviously the 'key' element that makes the entire subject matter of his claimed paper possible. Besides this obvious red flag I have a whole bunch of other evidence and proof I've established in addition such as being able to very clearly prove that his claimed 2006 papers contain images that are 100% Ai generated which is an obvious problem if they were really from 2006 as is being claimed. I figured out that the images (as well as the video being presented as authentic from 2006 as part of the research and academic papers) by adjusting color curves in Adobe After Effects and Photoshop - I essentially devised my own Ai detection method which I have yet to see anyone else cover but regardless it very clearly highlights a well known artifact of Ai generated images and video content - those being 'checkerboard artifacts' (which I also have all of the documentation and research compiled for the purpose of substantiating that it is in fact all fake, ai created content)

I also have proof in the form of emails from LinkedIn that USCCinema - the school where Paul Debevec is a professor at searched for my LinkedIn profile two separate times, etc, etc. It's a lot of stuff to cover which is why I will simply provide you with some links which in fact proves every single claim I am making without any doubt whatsoever.

In addition to all of the digital evidence I have collected I also have a large amount of email communication between me and my patent attorney, the web archive, the CEO of Mark Roberts Motion Control on October 31st (which is what kicked this whole thing off - MrMoCo is partnered with Microsoft)

It is a very long story and a lot to try to explain which is why I will try to wrap this up in the interest of time and instead provide you with some links to the various reports I filed as well as to solid proof that all of the stuff being presented as authentic is in fact generated by Ai - mainly CNN and GAN being used to generate completely fake images and videos.

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 71**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28 | Pro-Se-Defendants-Motion-for-Judicial-Notice | 2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 195 of 271      [ source file ]     [ .ots timestamp of source file ]     [ pdf signatures ]     [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Long story short I am currently in fear for my life insofar as not wanting to go outside at all until I am at least able to secure my investment and get some additional shareholders assigned to my company so that I am not the main 'problem' standing between Netflix and the 500 million + dollars plus they have invested so far into their endeavor - the one which is technically infringing on my patent - WHICH THEY KNOW THEY ARE. I have no idea why the hell they would rather risk everything by attempting to carry out a large criminal conspiracy as opposed to paying me a large sum of money which in turn would make them 'whole' as far as still being able to continue forward with their business while also retaining all of the intellectual property rights they thought they originally owned for the next 20 years and both of us would be happy.

The main problem and my reason for refusing to back down no matter what happens is because they are trying to steal everything from me. I have dedicated a massive amount of time and effort throughout my life in order to be able to have all of the knowledge and skills required to arrive at this point where I thought up this insanely valuable idea along with all of the skills needed to design, engineer, and build all of it without any college education at all. I am now at a point where I have spent the last three years straight working on this and used up all of the money my family is able to afford and they are trying to outright steal all of it from me instead of simply compensating me a very large, yet fair sum of money so that I can have all of my hard work pay off and retire and relax and enjoy my life. Instead I am essentially being forced into being a whistleblower due to the fact that I am being forced into exposing not just Netflix but an entire massive criminal conspiracy involving some of the largest companies in the world which is not exactly my idea of a good time or any part of what I intended when I simply thought up a good idea and worked hard to make it a reality.

I am reaching out to you in the hopes that you can 'shine some light' on all of this and help me in resolving this rather large problem. It should also be noted that the US Government helped with initial funding and holds an interest in Paul Debevecs Light Stage research and the resulting patents which may explain why there is an Army dot mil site hosting Paul Debevecs fraudulent 2006 papers for the purpose of helping to carry out and aid in this fraud. This may also explain why I have had government agencies like DARPA, Defense Intelligence Agency, US Army Reserves, US Air Force, INFOPACOM, etc all directly search for me on LinkedIn (which I have proof of) yet none of them have felt the need to message me and say hi at all. I feel like I am up against a rather large machine and it is complete bullshit as they have access to unlimited money essentially and I would be more than happy to sell them my company along with the intellectual property.

My ultimate goal is simply to be able to retire and live the rest of my life not having to worry about money any longer. I say this as someone who grew up having never met my father who grew up in foster homes, and shelters, etc and inbetween was raised by my single mom who was on goverment assistance. I've busted my ass and fought hard to earn everything I've achieved in my life which includes the current point I am at where I have single handedly interrupted business dealings involving hundreds of millions of dollars and am currently sitting on a patent that is worth billions of dollars and all I really want is to be paid and left alone to live my life. I just want all of my hard work to pay off - not stand by and let it be stolen from me.

Regardless of what happens I am not going to simply give up. Not at all.

I am going to continue forward no matter what and turn this into a valuable business and then Netflix can end up bidding against Disney and Universal Studios to buy back what they could've had for 5% of the price had they simply been honest instead of being thieves and criminals. I am worried about my safety currently because I am smart and understand the high stakes game I have inadvertently ended up having to play - but at the same time I am pissed off because this is such bullshit that I am even having to deal with this to begin with. Pardon the language but just having to even spend the time writing this along with all of the other stuff I have had to deal with is pissing me off because I don't deserve this and it's shady af that all these companies are essentially nothing more than a bunch of criminals. They picked the wrong person and severely underestimated my abilities as I am guessing they are doing this to many other people but I bet I am the only one who has figured it all out.

Here is a video edit I just recently made which does a good job showing where I am at with my actual invention and what I have been able to design, engineer, fabricate, program, etc while also simultaneously dealing with all of the other crap that has now become 'my life' due to simply filing a patent for a really good idea -https://link.storjshare.io/jwpcita3o7lj2i5gu55ahelusudq/docs2%2FSample_cut.mp4

PhotoRobot Ai generated youtube videos 1 - https://link.storjshare.io/jx6bicxngzh6cshf4hkxelnn64la/micro-sd-shared-with-police%2FMicrosoft%20Fraud%2FAi%20YouTube%20Videos

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 72**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

PhotoRobot Ai generated youtube videos 2 - https://link.storjshare.io/jwllntordwjbs34rooankqlnykfa/micro-sd-shared-with-police%2FMicrosoft%20Fraud%2FAi%20YouTube%20Videos%201

PhotoRobot Ai generated youtube videos 3 - https://link.storjshare.io/juhetavggjwuzqfyaauzruvnos2q/micro-sd-shared-with-police%2FMicrosoft%20Fraud%2FAi%20YouTube%20Videos%202

Proof of 3rd party art filing against Netflix Patent - https://link.storjshare.io/jwzzvqikszb77z6ldxab74pvew3q/docs2%2F3rd-part-art-filed

Here is the FTC Report I Filed - https://link.storjshare.io/jw4i3t3z3r2uqtj4pdfpj3yceqmq/micro-sd-shared-with-police%2FOther%20Reports%2FMay_3rd_2023__FTC_Report.pdf

SFO Report # I filed in the UK - https://link.storjshare.io/jx3cqpfl5yjk3tvqtxnojl5xdhfa/micro-sd-shared-with-police%2FOther%20Reports%2FSFO%20Report.pdf

Here are both of Paul Debevec's claimed 2006 papers along with my color curve Ai analysis and MAXQDA word analysis proving he is a liar and involved in crimanl fraud with Netflix - https://link.storjshare.io/jxfirnh2ooduzxgexsshkjvjr4qq/docs2%2Fpaul-debevecs-fraudulent-papers

March 19th, 2021 - Matthew Guertin Patent Application US20220297024A1 - https://tinyurl.com/2p96bn8c   https://patents.google.com/patent/US20220297024A1/en

March 31st, 2021 - Stephan Trojansky Patent Application US20220319115A1 - https://tinyurl.com/ypnfuybf https://patents.google.com/patent/US20220319115A1/en

June 30th, 2021 - Eyeline Studios is registered with CA Secretary Of State - https://tinyurl.com/4axw745d   https://link.storjshare.io/s/jvttjep2g3blhmsmgoak6gcoheiq/document-list/California%20Secretary%20of%20State_Eyeline_Studios.pdf

Nov 22nd, 2021 - Netflix Press Release announcing Scanline VFX Acquisition - https://tinyurl.com/5dpcchuh   https://about.netflix.com/en/news/bringing-more-vfx-magic-to-our-members-with-scanline-vfx

April 19th, 2022 - Netflix Q1-2022 Shareholders Letter - https://tinyurl.com/4k3auzw3   https://s22.q4cdn.com/959853165/files/doc_financials/2022/q1/FINAL-Q1-22-Shareholder-Letter.pdf

Oct 31st, 2022 - Email Response from CEO of Mark Roberts Motion Control - https://tinyurl.com/43sm945x   https://link.storjshare.io/s/jvyso2r57dfmcw5r2twarrytktsa/document-list/Oct_31st_2022__The_Email_That_Started_All_Of_This.pdf

Jan 12th, 2023 - Minnetonka, MN Police Report - Case # 23000151 - https://tinyurl.com/y8yvmc2c   https://link.storjshare.io/s/jwds7ien6sa3jzyo65vztq4if5yq/document-list/Minnetonka%20MN%20Police%20Report%2023000151.pdf

USPS Certified Mail Receipt # 70200090000008908625 - Mailed To: Eyeline Studios - Chief Operating Officer - Scott Miller - 5808 W Sunset Blvd - 12th Floor - Los Angles, CA 90028
USPS Certified Return Receipt # 959094027521209896258 - for Certified Mail # 70200090000008908625 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/5cwvstbf   https://tinyurl.com/sx9dvuea

USPS Certified Mail Receipt # 70200090000008903910 - Mailed To: Eyeline Studios - CEO - Stephan Trojansky - 5808 W Sunset Blvd - 12th Floor - Los Angles, CA 90028
USPS Certified Return Receipt # 959094027521209897363 6 for Certified Mail # 70200090000008903910 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/3ts8sk3c   https://tinyurl.com/5dk77md2

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 73

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

---

28    Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 197 of 271        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

USPS Certified Mail Receipt # 70200090000008908618 - Mailed To: Eyeline Studios Registered Agent / Stephan Trojansky - 330 N Brand Blvd - Ste 700 - Glendale, CA 91203
USPS Certified Return Receipt # 9590940275212098974213 - for Certified Mail # 70200090000008908618 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/4psr5m4k  https://tinyurl.com/yc67fpw4  https://tinyurl.com/yy8vsmzb

USPS Certified Mail Receipt # 70200090000008903880 - Mailed To: Scanline VFX - Stephan Trojansky - 6807 W Sunset Blvd - 4th Floor - Los Angeles, CA 90028
USPS Certified Return Receipt # 9590940275212098964030 - for Certified Mail # 70200090000008903880 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/3875s6cw  https://tinyurl.com/89dva8rj  https://tinyurl.com/yjbyaw8d

USPS Certified Mail Receipt # 70200090000008903897 - Mailed To: Fenwick & West LLP - Robert Hulse - 801 California Street - Mountain View, CA 94041
USPS Certified Return Receipt # 9590940275212098973667 - for Certified Mail # 70200090000008903897 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/bddph88t  https://tinyurl.com/yxc2cmvv  https://tinyurl.com/bdd6zwzk

USPS Certified Mail Receipt # 70200090000008903958 - Mailed To: Netflix, Inc. - Bryony Gagan - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098962562 - for Certified Mail # 70200090000008903958 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/mwyy4b32  https://tinyurl.com/y7dtmvda  https://tinyurl.com/52z2wd3n

USPS Certified Mail Receipt # 70200090000008903941 - Mailed To: Netflix, Inc. - Greg Peters - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098962555 - for Certified Mail # 70200090000008903941 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/mtybfpv5  https://tinyurl.com/wtr3j2sk  https://tinyurl.com/2p95dnsh

USPS Certified Mail Receipt # 70200090000008903927 - Mailed To: Netflix, Inc. - Ted Sarandos - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098962531 - for Certified Mail # 70200090000008903927 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/55ewzwtm  https://tinyurl.com/yruc8mm3  https://tinyurl.com/49kf65jw

USPS Certified Mail Receipt # 70200090000008903903 - Mailed To: Netflix, Inc. - Spencer Wang - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098973643 - for Certified Mail # 70200090000008903903 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/yc4ue67v  https://tinyurl.com/2hd53stk  https://tinyurl.com/2p8ffsbh

USPS Certified Mail Receipt # 70200090000008903873 - Mailed To: Netflix, Inc. - David Hyman - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098973650 - for Certified Mail # 70200090000008903873 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/yckhs4cy  https://tinyurl.com/283schum  https://tinyurl.com/yuzmfps3

USPS Certified Mail Receipt # 70200090000008903965 - Mailed To: Netflix, Inc. - Amy Reinhard - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098974237 - for Certified Mail # 70200090000008903965 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/r9rd3rhc  https://tinyurl.com/mun6u63y  https://tinyurl.com/uvrsj8ta

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 74

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 198 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



## Privacy Act Release Form

From Welch, Hanna (Klobuchar) <Hanna_Welch@klobuchar.senate.gov>

To     Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >, xxxxxxx@xxxxxx

Date   Tuesday, October 3rd, 2023 at 2:32 PM

Hello,

Thank you for contacting the office of U.S. Senator Amy Klobuchar. Before we are able to take any action, the person in need of assistance will need to complete and sign the enclosed Privacy Act Release Form. This form grants our office permission to act on your behalf, and gives the relevant federal agency or agencies permission to discuss your situation with our staff and release any pertinent information to our office.

Please complete the enclosed form and return it to our office by fax at (202)-XXX-XXXX or by postal mail at 1200 Washington Avenue South, Suite 250, Minneapolis, MN 55415.  Feel free to include copies of documents which are particularly relevant to your case.  If you have any questions please contact our office at (612) XXX-XXXX and we will be happy to assist you.

Sincerely,

Hanna Welch

Constituent Advocate & Intern Coordinator

Office of U.S. Senator Amy Klobuchar

1200 Washington Avenue South, Suite 250

Minneapolis, MN 55415

Office: 612-XXX-XXXX

Fax: 202-XXX-XXXX

---

490.49 KB 1 file attached

Klobuchar PAR.pdf 490.49 KB

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 75**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 199 of 271        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## U.S. SENATOR AMY KLOBUCHAR
1200 Washington Avenue South #250
Minneapolis, MN 55415
Phone: (612) 727-5220 Fax: (202) 224-1792

### PRIVACY ACT RELEASE

The Privacy Act requires your written consent before a government agency will release information to our office regarding your records.  To better serve you, please complete this form and return it to my Minnesota office.  Please be aware that the person requesting assistance must sign this form.

Mr. _X_    Mrs.___    Ms.___    Dr._____

Name: _Matthew David Guertin_    Date of Birth: _07/17/1981_
mm/dd/yyyy

Mailing Address: ███████████████

City: _Plymouth_    State: _MN_    Zip: _55442_

Phone (H): _Me-_███████ (W): _Mom-_███████  Cell:_____

Email Address: ████████████████    ████████████

Federal Agencies involved: _F.B.I., F.T.C., US Secret Service, USPTO, US Army_

Social Security Number*: ████████████

*Do not provide SSN for immigration or housing issues

### Military or Veteran's Issues:

Branch of Service: _US Army_    Are you currently serving?  Yes ___  No _X_

What agency does your issue concern? If other, please specify: _US Army_

Veterans Benefits Administration ___    Veterans Health Administration ___    Other _X_

Type of Claim Filed _Fraud —_

### Social Security Issues:

Type of Claim Filed:_____

| | Pending: | Approved: | Denied: |
|---|---|---|---|
| Initial Claim: | _____ | _____ | _____ |
| Reconsideration: | _____ | _____ | _____ |
| ALJ Hearing: | _____ | _____ | _____ |
| Appeals Council: | _____ | _____ | _____ |

l

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 76**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28  Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 200 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Immigration Issues:**

Petitioner:

Country of Birth:_____ Alien Number (if any):_____

Beneficiary Name (if applicable):_____

Date of Birth:_____ ___ Country of Birth:_____

Alien Number (if any):_____ __ Date of Filing:_____

Application type:_____ **Receipt Number:**_____

**Please provide a detailed account of your situation and state how you would like Senator Klobuchar to assist you.** Use a separate sheet if necessary and provide copies of any relevant correspondence regarding this issue.

Have you contacted another Congressional office?          Yes _____   No ✕

If yes, which office have you contacted?  _____

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release submitted with it; and 3) all of this information is complete, true, and correct. I hereby authorize the office of U.S. Senator Amy Klobuchar to access my records and act on my behalf with any and all agencies necessary to resolve the matters listed above.

Signature: _____   Date: 10/5/23

2

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 77**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28_ _Pro-Se-Defendants-Motion-for-Judicial-Notice_ _2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 201 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Everything regarding my situation can be found at the following web link -

mattguertin.substack.com/?sort=top

All one has to do is start out by reading through the 'InfiniSet CEO Uses chatGPT for first time' and it's highly likely you will keep on reading everything else I have been able to figure out and decided to simply make public. The post and my page has over two thousand views and if it were candle sticks on a market chart it gives me the vibes of wanting to break-out pretty soon in terms of the past few days of activity.

If you would like to get a much clearer picture more quickly below is another link where I show how my granted patent could be used in terms of military training simulations - if you read through the other stuff however and then arrive at the information below (which is essentially the 'end' output of everything currently in terms of flow) you will also realize that the whole military aspect and Netflix, once clearer, actually serves to almost self-substantiate what I believe to be the very obvious and clear (100% certainty in my opinion) images and video content generated by a CNN ai model in all of the papers - which they could come up for an actual excuse for if it wasn't all claimed to be from 2006 due to ai not existing at the time that was capable of generating the imagess and video) Even just the content itself though is ridiculous just at first glance to many I have shown it to based simply on what they are trying to pass off as 'authentic' while claiming such a far ago date as far as what technology actually existsted back then - long story short it is way too overproduced and perfect and also in my opinion too high resolution for some of the elements if they were actually from 2006 - this doesn't even take into account the obvious CNN artifacts I uncovered very clearly using digital forensic detection methods involving color curve analysis. It would be laughable if I wasn't the one it was directed at...

mattguertin.substack.com/p/potential-military-and-ai-applications

Simply providing you with these web links is the easiest way for me to convey the information in terms of 'big picture' to you otherwise I would spend too much time focused on this as I need to 'move on' and refocus my attention back to the actual business itself and what I need to accomplish.

I would be happy to provide any additional information required in terms of any and all digital forensic evidence if something actually ends up being done regarding what I believe is very clear, obvious, and blatant fraud taking place. Regardless I only mention all of this for the purpose of letting you know that I have all of the 'proof' to back up everything I am claiming 100x over. It's just that I am not going to be able to meet the next deadline of October 19th which is my deadline to come up with enough money to file the remainder of my interneational PCT 31 month country filings - which includes Europe. I cannot fail. Plus I am really just getting sick of all of this stuff. It is exhausting.

No one has done anything. Attorneys don't want to even touch it. I have reached out to so many people and it seems pointless as it appears they are either intimidated or being intimidated by outside forces and pressures. Something I believe is likely due to the obvious military involvement in what is all taking place regarding my patent - which has literally turned my life into kind of a surreal nightmare at this point even though I still always try to stay positive and focused.

I don't deserve any of what I have gone through for nearly the past year straight at this point and the fact that it also appears to very clearly involve at least elements of the US Military / Army who I am supposed to believe are my fellow citizens, whom job definition involves serving and protecting the country in which I live isn't only 'worrisome' for me in terms of concerns for my personal safety but also just kind of sad in a way to realize that I literally feel like one of my 'enemies' in all of this are people I believed were there to actually help and protect me at one point in time...not that long ago actually.

https://MattGuertin.substack.com/p/potential-military-and-ai-applications

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 78**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28  Pro-Se-Defendants-Motion-for-Judicial-Notice_2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 202 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Amy Klobuchars assistance -**

I would like for Amy Klobuchar to assist me in demonstrating the belief that our society upholds equitable principles for all, regardless of status or resources.

I would like for Amy Klobuchar to assist me in addressing the perception that powerful corporations, agencies, legal entities, and individuals are seemingly invincible and unconcerned with the law due to their vast financial resources and teams of attorneys. This situation presents significant challenges for an independent inventor, US Patent holder, and CEO of a small startup like myself when defending intellectual property rights in proceedings involving small businesses, large corporations, and the USPTO.

I would like Amy Klobuchar to assist me in addressing, and possibly reducing, some of the prevalent stereotypes in the realm of small businesses and intellectual property rights. These stereotypes are not indicative of a judicial process that genuinely upholds impartiality and the principle of justice being 'blind'. Yet, for some reason, many people readily accept and even perpetuate them without giving them much critical thought.

I would like for Amy Klobuchar to assist small businesses, not only in Minnesota but also across the country, as they seek redress and defend themselves against corporate fraud, criminal fraud, and other forms of fraud tied to the misuse of rapidly evolving large language models and various AI image/video generation tools that are being employed for AI-assisted white-collar crime and deceptive business practices.

I would like for Amy Klobuchar to assist me in being able to trust that the digital information which all of us as a fair, functional and collective 'society' rely on as a whole in order for 'society' to even exist in the first place is in fact truthful, authentic, and without deception for everyone equally even though much of it is ultimately actually controlled by only the few.

Sincerely,

Matthew David Guertin
Inventor/Founder/CEO
InfiniSet, Inc.

US11577177B2

10/5/23

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 203 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Re: Privacy Act Release Form

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

Date    Friday, October 6th, 2023 at 4:55 PM

Hanna,

Form is signed and attached.

Thank you very much.

~Matt

---

19.67 MB    1 file attached

> KlobucharRelease.pdf  19.67 MB

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 80**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Congressional Response:

From Welch, Hanna (Klobuchar) <Hanna_Welch@klobuchar.senate.gov>

To      Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

CC      xxxxxxxxx@msn.com

Date    Tuesday, October 10th, 2023 at 1:02 PM

Good afternoon Mr. Guertin,

Thank you for contacting the office of U.S. Senator Amy Klobuchar. We have received your privacy release form and your written letter regarding your concerns. I am sorry to hear of the difficult issues you are experiencing with numerous agencies. Our office is limited to contacting federal agencies on behalf of Minnesota constituents. With that being said, we may contact the U.S. Patent and Trademark Office regarding the product. At your earliest convenience, please provide any supporting documents that would be helpful in sending to the USPTO along with the congressional inquiry. This may be an application submitted to the USPTO or how the product/service has suffered loss/revenue. If you have additional questions or concerns, please feel free to contact me directly by email or by our office's main line at (612) XXX-XXXX.

Sincerely,

Hanna Welch

Constituent Advocate & Intern Coordinator

Office of U.S. Senator Amy Klobuchar

1200 Washington Avenue South, Suite 250

Minneapolis, MN 55415

Office: 612-XXX-XXXX

Fax: 202-XXX-XXXX

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 205 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

27-CR-23-1886

<div align="right">
Filed in District Court<br>
State of Minnesota<br>
4/3/2024 7:56 AM
</div>

## Re: Congressional Response:

---

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

CC      xxxxxxxxxx@msn.com

Date    Tuesday, October 10th, 2023 at 3:36 PM

---

Hanna,

https://mattguertin.substack.com/p/none-of-them-ever-say-hello
These are only the ones that show up in my email inbox as I do not pay extra on LinkedIn
So if we go off that alone the other agencies involved in all of this are DARPA, Army, State Department, Defense Intelligence Agency, INDOPACOM. Just the fact that Paul Debevec searched for me twice should be a huge red flag as he is the 'face' of the fraud as he has legitimate accomplishments and worked at Google, etc.

https://mattguertin.substack.com/p/dr-paul-debevec-fruad
this right here should serve to instantly discredit the entire validity of their operation as well as their patent as they are 100% all involved in a massive criminal conspiracy as well as wirefraud if you want to get technical - but they simply do not care because no does anything. Is someone at Netflix or Paul Debevec really ever going to be worried about 'truly' getting into trouble for what ultimately is blatant fraud being carried out ?

I am not sure if I was emailed this on purpose and perhaps if the authors saw what was happening to me and put this story up to help me or if it is a complete fluke. Regardless this discredits everything while also lining up perfectly with the patents Paul Debevec does in fact have for his Light Stage (which is what they are trying to say his fraudulent research was based on)

So if there is anything to specifcally 'hone in on' it is the link above as they have gotten rid of everything else in terms of the 'true and authentic' history they were able to completely wipe off the internet.

https://mattguertin.substack.com/p/the-internet-archive-fraud
This is me proving that the InternetArchive were the ones carrying out the first round of fraud I experienced near the beginning of this year. This is mathematically sound insofar as the odds that the pattern you see would ever happen to all of the different page groups. I actually made a custom program to be able to parse all of the data you see and put it into spreadsheets. I

https://mattguertin.substack.com/p/ai-generated-youtube-videos-from
I have these completely synthetic, ai generated references on my official patent in the form of ai generated youtube videos which ultimately serves to add credibility to the fake 'PhotoRobot' entity should they somehow appear to legitimize it through various methods I could imagine they have the resources to accomplish/work out. This stuff almost certainly had to have been created by Microsoft as they are partnered with Mark Roberts Motion

Page 205 of 271

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 82**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Control in addition to the fact that they were able to produce almost all of this in three weeks - those 3 weeks being the time inbetween me firsy contacting the CEO of Mark Roberts Motion Control and him finally responding - which was on October 31st of 2022. I believe these videos are still currently much more advanced than what your average person even thinks is possible at all as I never would've even thought to look more closely at them had I not first been dealing with images.

https://mattguertin.substack.com/p/a-closer-look-at-the-photorobot-fraud

Speaking of here are those images. This is from their fake product brochures. The method I am using to bring all of this stuff to the surface is basic color curve analysis which anyone remotely capable of using a computer could do pretty easy. In addition there iis some of my additional very early captures as well as I witnessing everything keep changing. Just so you realize the woman you see where it says 'Page 5 from 'Virtual Catwalk' is the same 100% synthetic/not real woman that you see in the videos - with the same artifacts if you look more closely at it.

https://mattguertin.substack.com/p/dr-jill-rogstads-official-diagnosis

Here is the blatantly deceptive forensic psychologist I had to go see after being messed with so much and then stumbling across a video of completely fake people which I had never encountered before that I was literally frozen in fear and thought there may very well be people waiting to kill me outside my apartment if I left at all. They knew I was downloading all of the evidence because why would anyone else care? It was literally only me that they were trying to steal from. My life has literally never been the same since that email from the CEO. It's not just related to business...I am currently afraid of going outside at all or going anywhere and the people I am afraid of all appear to be in positions of power or have access to plenty of it. What other explanation would there possibly be for all of those government/military agencies searching for me on LinkedIn? They never send me a message. Everything I have been going through directly relates to the insane value of my patent and the fact that I was unlucky enough to end up filing it 12 days before Netflix. It is safe to assume they have probably invested billions of dollars into the whole military aspect of it by now. That just makes it that much more insane though that they would be willing to just steal from me as opposed to paying me. The entire USPTO may as well be pointless now - especially in the new age of ai. They don't even send out hard copies of patents anymore.

So to be clear about what was carried out just in relation to the Netflix stuff (round 2) they were essentially able to scrub the entire internet of conflicting content and then they distributed a very large amount of completely fake/ai generate images  and videos, flooded YouTube with it, accredited academic publishers,etc. YouTube even let them upload edits of original / authentic content which contained the fraudulent stuff edited in the middle of the video. It is insane. It means that IP is essentially pointless because if you end up like me and come up with an idea that is actually hard to calculate in value due to 100% being a 'breakthrough' 'disruptive' revolutionary concept that there is nothing at all one can do if the people with all the power, money, and digital control of the 'gates' so to speak are able to literally do anything at all they want in terms of very easily just creating fake prior art with a date that's earlier than your and it is game over. That is what they were trying to do to me now two different times and I caught them both times - which is crazy in itself as both times were kind of 'luck' or some type of 'devine' aspect I believe.

This is just exhausting. It has sucked so much of my time and focus away but I would've been foolish not act once I realized what was taking place. I was literally all lined up, opened up my bank account, was happy again and getting outside, etc and then literally all that happened was me seeing the fake video, knowing it was fraud, and

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 83**

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 207 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

then my whole life has literally been uprooted again suddenly as I am thrown onto a completely different trajectory. When I speak of being worried about my safety I mention that because there have been very clear signs I am/was being surveiled. As an example of all the questionable and strange shit that has now become my 'life' due to this patent just take a look at this - https://link.storjshare.io/XxxXxxxxxXxxxXxXxxXxxxxXXx/round-1-photo-robot-2FspecialOpsGearInvention-2FspecialOpsGear

Somehow I end up with a welder that is also in the CIA...or said he was...but even though he was cool I always got sketchy vibes for some reason...theres a whole lot more 'stuff' in regards to the welder but I will spare you. There is also Google taking my trademarked name 'InfiniSet' and then naming their dataset 'InfiniSet' for their new ai after the fact for the purpose I believe of flooding the internet so that I can't get any traction or hits as they literally have a massive amount of ai generated fake news stories constantly being posted where some of them will use the word 'InfiniSet' 8 times in one pointless article. Just go on Google and type in 'InfiniSet' and you will see exactly what I mean. I am 100% being targeted and messed with. The biggest tell in the case of Google is that they are purposefully and intentionally constantly pumping out new pages / stories so that the search results always stay flooded with the name of my company! It is so crazy. Just go on Google and use a search filter for the last week or month and search for InfiniSet and you will see a bunch of pointless stories. Try clicking on the author. You will realize there is no actual author and the little twitter logo and LinkedIn logo aren't even clickable.

I could literally go on and on and on. I am literally swimming in digital forensic evidence along with all sorts of crazy stuff that was or is going on.

https://mattguertin.substack.com/p/images-from-2006 <~~these are actual images from their fake papers. The little squares prove it is 100% ai generated yet they claim it is all from 2006 when ai wasn't capable of this

They have went to such extreme yet obvious lengths that why wouldn't they also be intentionally making sure certain calls don't get connected as it relates to being able to successfully move my business forward?

**The US Army was/is hosting one of these completely fabricated academic papers which was even a completely customized version geared specifically towards simulation training even though it had the exact same authors.**

If I had a magic wand and Amy Klobuchar had unlimited powers in terms of reach and ability to affect an outcome she would be calling up the USPTO and making them explain who/what/why etc was involved with the netflix patent suddenly being raced through the USPTO somehow even though they all knew about my 3rd party prior art which was entered into the official record, signed off on, but subsequently ignored, just as my patent attorney firm in Minneapolis had decided to drop me as a client without reason as a direct response to an email I sent clearly showing the fraud taking place and then after that Ms. Klobuchar would drive over to DARPA or the Defense Intelligence Agency and drag whoever is running it out by their ear and not let them leave until they provide some sort of valid reason as to why they are all searching for a private citizen that has absolutely no ties / affiliations / reason to be interacting with them. It would be a different story if they were searching for me and then sending me a message saying hello or something. I am of the opinion that the whole linkedIn search thing should be a cause for concern or something that should be looked into. They are paying attention to me for some reason obviously...?  And then you even have the US State Department searching for me? Ummmmmm......I don't even know what I am supposed to think any more..

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 84**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 208 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Regardless my substack page is getting a lot of attention and hits now and so at some point it is going to have to be addressed in a meaningful way because there are a whole lot of people who understand what is all taking place as well as can clearly see that for all intents and purposes I have in fact 'proven my case' in the court of public opinion beyond any reasonable doubt. Netflix knows it. I know it. And a whole lot of other people also know it or will soon. I am essentially discrediting the entire system. It sounds like I am being hyperbolic perhaps but I am openly showing everyone all of the evidence and it would be fair to say that it is all rather compelling. If nothing is done or nothing becomes of it somehow in a way where people know that some sort of justice has been carried out or there actually were some ramifications it will cause an inherent distrust in a variety of ways and things in my opinion.

I am just clacking away on this keyboard and I could keep going and going but I have to try and stop and get focused now. Plus I gave you more than enough to read I'm guessing. :-)

I hope it comes across as somewhat organized when read. I will follow up shortly with some additional docs related to USPTO, etc. within a half hour.

Thank you,

Matthew Guertin

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 85**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 209 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Re: Congressional Response:

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

CC      xxxxxxxx@msn.com

Date    Wednesday, October 11th, 2023 at 11:18 AM

---

Hanna,

I am just finishing up the documents right now and will have over before noon.

I wanted to make sure to include my notes as well in regards to making it as easy and obvious as possible for anyone to see that the patents are the exact same thing as far as the core elements are concerned - that being the rotating treadmill.

I wasn't sure how quickly you needed so just wanted to update you

Thanks,

Matthew Guertin

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 86**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 210 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Re: Congressional Response:

| | |
|---|---|
| From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx > | |
| To | Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov> |
| CC | xxxxxxxxxx@msn.com |
| Date | Wednesday, October 11th, 2023 at 11:39 AM |

Hanna,

Here is a link with everything I believe you would want or need in regards to what I have going on as it relates to the USPTO aspect of all of this including an overview of the fraud in addition to various official documents including patents, certified mailers, etc.

https://link.storjshare.io/xXxXxxXxXxXxXxXxXxXxXxXxXxXxXxXx/amy%2FInfiniSet_Inc_USPTO_share

If you can confirm receipt and no issues downloading it would be much appreciated.

Thank you for your time and please tell Amy I said thank you as well when you have the chance.

Sincerely,

Matthew Guertin
Inventor/Founder/CEO
InfiniSet, Inc.
Minneapolis, MN 55436
763-XXX-XXXX

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 87**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 211 of 271        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Re: Congressional Response:

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

CC      xxxxxxxxx@msn.com

Date    Wednesday, October 11th, 2023 at 12:07 PM

---

Hanna,

One final thing.

I actually happened to inadvertently stumble upon exactly what I had mentioned to you in the other email regarding YouTube allowing them free reign to upload edits of existing videos.

The absurdity involved in what they are attempting to pull off doesn't get any clearer than this in my opinion. Here is the ONE remaining source article which is authentic as far as accurately portraying Paul Debevec's true and authentic history -

https://www.motionpictures.org/2013/10/uscs-paul-debevecs-role-in-the-matrix-avatar-gravity-more/

If you look at that article and click on the video YouTube video embedded which is titled 'Animating a Photo-Real Human Face' I would suggest you sit and watch the whole thing to arrive at the ending for the purpose of context - but regardless the ending has the fraudulent, ai generated content added in at the end.

- The video has a claimed uploading date to YouTube of July 17th, 2013

- The actual date/year of the claimed TedTalk with Paul Debevec is sometime in 2009 which is apparent due to the year being written in the titles on the screen

- The publishing date of the article I linked above is Oct 29th, 2013 - approximately 3 months AFTER the supposed upload date, 3+ years after the supposed TedTalk occurred, and 6+ years after Paul Debevec's claimed 2006 academic papers, videos, and research.

- If you notice the way Paul speaks about what he is presenting to his supposed audience it seems he is referring to them having just created this marvelous new idea as far as his mention of continuing further work on it, etc

- None of this at all lines up with the contents of the 2013 MotionPictures dot org article linked above.

- AND - I think it is highly relevant to point out the fact that even though Paul is supposedly presenting to an audience in 2009 (all unequivocal facts based on what they are representing as authentic and want us to

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 88**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

believe is 'real') for some reason the video that is shown is the exact same one being used in the fraudulent 2006 papers as well as videos - this includes both the video of 'Bruce' on the treadmill as well as the video of a bunch of 'Bruce's' running through the scene.

• This means that even though there would've had to have been at least 3 years approximately between Debevec's claimed 2006 accomplishments - which would in fact have been very large and noteworthy accomplishments if they were in fact authentic, especially for the year 2006 - that for some reason the only content Paul Debevec now has available to share with his make believe audience in 2009 is THE SAME EXACT CONTENT- IDENTICAL - to that which was supposedly created and produced for the original research.

• This is ridiculous on its face in my opinion just as the the inclusion of that video at the end of a short video titled 'Animating a Photo-Real Digital Face' is ridiculous insofar as how completely out of place and unrelated it is to the entire substance as well as the title itself of the video it is included with.

I believe this is something that is obvious to anyone using basic logic and reasoning skills without any need for a technical background - as in blatantly obvious. Hence my reasoning for following up and making mention of it. It is an excellent 'introduction' if you will to the fraud that is being carried out against me which involves a massive amount of resources, people, and companies.

I also attached the document to this email (included in the files I provided as well ) which I believe is the entire reason WHY they are so focused on the whole 'rotating treadmill' aspect which will help to make everything more clear regarding what I have shared above.

Thanks again,

Matthew Guertin
Inventor/Founder/CEO
InfiniSet, Inc.
Minneapolis, MN 55436
763-XXX-XXXX

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 89**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 213 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## Re: Congressional Response:

---

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

CC      xxxxxxxxx@msn.com

Date    Monday, October 16th, 2023 at 3:43 PM

---

Hanna,

Just checking in to see if anything ever became of this as I have not heard back at all. I also sent a large amount of the various posts from my Substack page outlining the fraud and what is all going on via certified mail as well to make sure you also obtained an 'analog' version as well.

I am very aware of the fact that things don't happen overnight so not trying to bother you about it but I figured it wouldn't hurt to at least see if there are any updates or things actually taking place? (as opposed to also considering the possibility that my email reply - in which I suddenly throw the US State Department, DARPA, Defense Intelligence Agency, US Army, INDOPACOM, etc. into the mix may have quickly halted any of the things which may in fact have been in the process of taking place in regards to my situation..)

Besides the US State Department looking me up on LinkedIn 'sticking out' for obvious reasons, especially relative to the timing relative to the entire 'patent situation' - I think the other HUGE red flag would be the fact that both Paul Debevec and the US Army both looked me up during the same week which was right after I had signed up for the Internet Archive on December 9th, 2022 to take a snapshot of the entire PhotoRobot.com website and really began my whole 'investigation mission' upon the realization of the fraud that was taking place surrounding all of that ('Round 1')

Besides the obvious 'craziness' in general surrounding all of this the other thing I still cannot wrap my head around at all is why I was able to figure any of this stuff out in the first place? Meaning if Paul Debevec, Netflix, and elements of various US Federal Government agencies  (many apparently..) all colluded to carry out this fraud why would they all be so stupid in terms of making it so openly visible to me in the first place? It is absolutely mind boggling in terms of still being completely surreal just in terms of how many people and agencies are obviously focused solely on me, my company, and my patent - but also because I can't help being completely confused as to why they would be making such 'amateur hour' mistakes such as choosing to look me up on LinkedIn from logged in and 'official' government LinkedIn accounts for example? When you consider just the names and purpose for some of these government agencies that are so interested in me it's completely absurd.

If they were going to carry out such a large 'operation' against me why didn't they at least execute it successfully so that I at least never knew it existed in the first place instead of being so careless that I have instead been essentially forced into either having to call it out - regardless of the massive implications involved - or simply stand by and allow the theft of my intellectual property to take place because I'm too scared and fearful to act due to the implications involved?

Page 213 of 271

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 90**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

All of this is still completely unbelievable for obvious reasons...as in I literally have a hard time accepting that this really is in fact all actually happening and is actually 'my life' right now due to how insane all of this is. It is surreal....like I am living in a real life movie script now.

I just hope this movie has a good ending or at the very least there are some sort of actions being taken (which perhaps maybe I am unaware of or not privy to..) to try and ensure that ends up being the case anyways.


Thanks for your time,

Matthew Guertin
Inventor/Founder/CEO
InfiniSet, Inc.
Minneapolis, MN 55436
763-XXX-XXXX

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 215 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

## RE: Congressional Response:

From Welch, Hanna (Klobuchar) <Hanna_Welch@klobuchar.senate.gov>

To      Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

CC      xxxxxxxx@msn.com

Date    Monday, October 23rd, 2023 at 12:51 PM

Good afternoon Matthew,

Thank you for your messages and my apologies for the delayed response. Are you able to clarify further how our office can of assistance in this matter? As I mentioned previously, we are limited to contacting federal agencies on behalf of Minnesotans. If this is something you would like our office to address with the USPTO, please let me know.

Sincerely,

Hanna Welch

Constituent Advocate & Intern Coordinator

Office of U.S. Senator Amy Klobuchar

1200 Washington Avenue South, Suite 250

Minneapolis, MN 55415

Office: 612-XXX-XXXX

Fax: 202-XXX-XXXX

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 92**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 216 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]



Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 217 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM



**UNITED STATES POSTAL SERVICE.**

GOLDEN VALLEY
7701 GOLDEN VALLEY RD
MINNEAPOLIS, MN 55427-9998
(800)275-8777

10/12/2023                    12:48 PM
--------------------------------------
Product            Qty   Unit    Price
                         Price
--------------------------------------
Priority Mail®      1            $9.65
Flat Rate Env
  Minneapolis, MN 55415
  Flat Rate
  Expected Delivery Date
    Fri 10/13/2023
Insurance                        $0.00
  Up to $100.00 included
Certified Mail®                  $4.35
  Tracking #:
    70221670000302716105
Total                           $14.00
--------------------------------------

Grand Total:                    $14.00
--------------------------------------
Cash                            $14.00

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

--------------------------------------
UFN: 266318-0427
Receipt #: 840-55530389-2-5515306-2
Clerk: 20



**UNITED STATES POSTAL SERVICE.**

LOST LAKE
9705 45TH AVE N
MINNEAPOLIS, MN 55442-2566
(800)275-8777

10/12/2023                    12:25 PM
--------------------------------------
Product            Qty   Unit    Price
                         Price
--------------------------------------
First-Class Mail®   1            $4.23
Large Envelope
  Minneapolis, MN 55415
  Weight: 0 lb 12.10 oz
  Estimated Delivery Date
    Sat 10/14/2023
Certified Mail®                  $4.35
  Tracking #:
    70223330000065065050
Total                            $8.58
--------------------------------------

Grand Total:                     $8.58
--------------------------------------
Cash                            $20.00
Change                         -$11.42
--------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

--------------------------------------
UFN: 266323-0442
Receipt #: 840-55530395-4-4944022-2
Clerk: 20

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 94**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:   a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 218 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]



27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 95**

## 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28  Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 219 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

10/13/23, 6:26 PM

27-CR-23-1886
USPS.com® - USPS Tracking® Results

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 70223330000065385050

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:24 pm on October 13, 2023 in MINNEAPOLIS, MN 55415.

Get More Out of USPS Tracking:

   USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
MINNEAPOLIS, MN 55415
October 13, 2023, 1:24 pm

**Out for Delivery**
MINNEAPOLIS, MN 55415
October 13, 2023, 6:10 am

**Arrived at Post Office**
MINNEAPOLIS, MN 55401
October 13, 2023, 4:38 am

**Departed USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 2:51 am

**Arrived at USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 1:21 am

**Departed USPS Facility**

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70223330000065385050

1/3

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 96**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

EXHIBIT PTF-1

28 __Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 220 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

10/13/23, 6:26 PM                          USPS.com® - USPS Tracking® Results

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

SAINT PAUL, MN 55131
October 12, 2023, 10:40 pm

**Arrived at USPS Facility**
SAINT PAUL, MN 55131
October 12, 2023, 10:07 pm

**Departed Post Office**
MINNEAPOLIS, MN 55442
October 12, 2023, 5:06 pm

**USPS in possession of item**
MINNEAPOLIS, MN 55442
October 12, 2023, 12:23 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

> Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7023330000657
85050

2/3

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 97**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 221 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

# USPS Tracking®

**FAQs >**

**Tracking Number:**                                                    **Remove ✕**

# 70223330000065385050

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:24 pm on October 13, 2023 in MINNEAPOLIS, MN 55415.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
MINNEAPOLIS, MN 55415
October 13, 2023, 1:24 pm

**Out for Delivery**
MINNEAPOLIS, MN 55415
October 13, 2023, 6:10 am

**Arrived at Post Office**
MINNEAPOLIS, MN 55401
October 13, 2023, 4:38 am

**Departed USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 2:51 am

**Arrived at USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 1:21 am

**Departed USPS Facility**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70223330000065385050%2C                    1/2

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 98**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice

## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 222 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

10/13/23, 6:21 PM

27-CR-23-1886
USPS.com® - USPS Tracking® Results

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

SAINT PAUL, MN 55131
October 12, 2023, 10:40 pm

**Arrived at USPS Facility**

SAINT PAUL, MN 55131
October 12, 2023, 10:07 pm

**Departed Post Office**

MINNEAPOLIS, MN 55442
October 12, 2023, 5:06 pm

**USPS in possession of item**

MINNEAPOLIS, MN 55442
October 12, 2023, 12:23 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

    Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

    FAQs

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 99**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 223 of 271        [ source file ]        [ .ots timestamp of source file ]        [ pdf signatures ]        [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

 **MINNESOTA JUDICIAL BRANCH**

EXHIBIT **Ib**

Back to Previous Page

## Referee Danielle C. Mercurio

**Hennepin County Courthouse »**
Fourth Judicial District
(612) 348-2040

**Fourth Judicial District Judicial Officers »**



**Appointed:**

April 19, 2021

**Education:**

- B.A., 2006, University of Minnesota-Morris
- J.D., 2010, William Mitchell College of Law
- J.A. Cert, 2014, University of Virginia, The Judge Advocate General Legal Center and School

**Employment:**

- Mercurio Law LLC, Owner/Attorney, 2014-2021
- City of Minneapolis, Administrative Hearing Officer, 2016-2021
- United States Army-National Guard, Judge Advocate, 2011-2020

  - Recipient of the Army Commendation Medal for excellence in trial defense as trial defense counsel for the 474 field trial defense team.
  - Recipient of the Meritorious Service Medal for excellence as Brigade Judge Advocate for the 84th Troop Command and Trial Defense Counsel for the 474 Field Trial Defense Team.

**Professional Memberships:**

Admitted to practice 2011
Minnesota State Bar Association
Hennepin County Bar Association

https://www.mncourts.gov/About-The-Courts/Overview/JudicialDirectory/Bio.aspx?jid=1896

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 100**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28___Pro-Se-Defendants-Motion-for-Judicial-Notice___2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 224 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

(12) **United States Patent**

    **Trojansky**

(IO) Patent No.: **US 11,810,254 B2**

(45) Date of Patent: **Nov. 7, 2023**

**EXHIBIT Jb**

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Netflix, Inc.,** Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky,** Los Angeles, CA (US)

(73) Assignee: **Netflix, Inc.,** Los Gatos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/709,126**

(22) Filed: **Mar. 30, 2022**

(65) **Prior Publication Data**

US 2022/0319115 Al    Oct. 6, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

(51) **Int. Cl.**
| | |
|---|---|
| *G06T 17/20* | (2006.01) |
| *G06T 7/73* | (2017.01) |
| *G06T 1/00* | (2006.01) |
| *B25J 19/02* | (2006.01) |
| *G06T 15/04* | (2011.01) |

(52) **U.S. Cl.**
    CPC................ *G06T 17/20* (2013.01); *B25J 19/021* (2013.01); *G06T 1/0014* (2013.01); *G06T 7/74* (2017.01); *G06T 15/04* (2013.01)

(58) **Field of Classification Search**
    CPC............ G06T 17/20; G06T 7/74; G06T 1/0014; G06T 15/04; B25l 19/021
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 11,577,177 B2 † | 2/2023 | Guertin | |
| 2013/0181901 Al* | 7/2013 | West | H04N 9/3147 345/1.3 |
| 2015/0055101 Al* | 2/2015 | Kim. | H04N 9/3147 353/94 |
| 2018/0059528 Al* | 3/2018 | Gocke. | H04N 9/3147 |
| 2022/0319115 Al* | 10/2022 | Trojansky................. | B25J 19/021 |

OTHER PUBLICATIONS

Enrico Calabreset, DHP19: Dynamic Vision Sensor 3D Human Pose Dataset, 2019, pp. 1-10.*

PCT/US2022/035002 International Search Report and Written Opinion dated Oct. 10, 2022.

* cited by examiner
† cited by third party

*Primary Examiner -* Abderrahim Merouan

(74) *Attorney, Agent, or Firm -* Greenberg Traurig, LLP

(57) **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller com municates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when dis played. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.

**19 Claims, 8 Drawing Sheets**



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 101**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
EXHIBIT PTF-1

28__Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File: a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 262 of 271      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]

---

27-CR-23-1886

Filed in District Court
State of Minnesota
4/3/2024 7:56 AM

Committee Members | Hennepin County Criminal Justice Coordinating Committee

## Committee Members



EXHIBIT
**Vb**

## Committee members

### Chair
Jeffrey Lunde, Commissioner, Hennepin County

### Vice Chair
Eric Werner, Chief, Maple Grove Police Department

### Hennepin County
Jeffrey Lunde, Commissioner
Mary Moriarty, County Attorney
Marion Greene, Commissioner
Dawanna Witt, Sheriff
**Chela Guzman-Wiegert, Assistant County Administrator**
Michael Berger, Chief Public Defender
Leah Kaiser, Director Behavioral Health & Justice Strategies
Catherine Johnson, Director Community Corrections & Rehabilitation

### City of Minneapolis
**Jacob Frey, Mayor**
Brian O'Hara, Police Chief
Michael Rainville, Council Member
Robin Wonsley, Council Member
Kristyn Anderson, City Attorney

### Fourth Judicial District Court
**Kerry Meyer, Chief Judge**
Todd Fellman, Juvenile Court Presiding Judge
Hilary Caligiuri, Criminal Court Presiding Judge
**Sara Gonsalves, Judicial District Administrator**

### Hennepin County Suburbs and Specialty Law Enforcement
Nikki Appelbaum, Suburban Prosecutors Association
Jason Nelson, Hennepin Police Chiefs Association
Tim Busse, Mayor, City of Bloomington
Eric Werner, Chief, Maple Grove Police Department
Julie Maas-Kusske, Mayor, City of Maple Plain
Specialty Law Enforcement

https://www.hennepin.us/cjcc/members

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 102**

# 2024 · 04-03 | Pro Se Motion for Judicial Notice
## EXHIBIT PTF-1

28   Pro-Se-Defendants-Motion-for-Judicial-Notice__2024-04-03.pdf

SHA-256 Hash of Source File:  a292a96c69abdf83df018a5c25e341a53e10cba17cc5d750c9d133115c09464e

Page: 263 of 271       [ source file ]       [ .ots timestamp of source file ]       [ pdf signatures ]       [ metadata ]

---

### Office of the county administrator | Hennepin County

**EXHIBIT Wb**

## Chela Guzman-Wiegert
## Assistant County Administrator – Law, Safety, and Justice

Email: chela.guzman@hennepin.us
Phone: 612-348-4249
Fax: 612-348-9777

The assistant county administrator of Law, Safety and Justice is responsible for advising the county board and county administrator on policies and issues related to and involving the Hennepin County justice partners. This position oversees the strategic and fiscal management of the Adult Representation Services, Community Corrections, and Law, Safety and Justice Information Technology areas. The assistant county administrator also serves as county administration's liaison to the Fourth Judicial District Court, the County Attorney's Office, the Public Defender's Office, and the Sheriff's Office.

## Lisa Cerney
## Assistant County Administrator – Public Works

Email: lisa.cerney@hennepin.us
Phone: 612-348-3054
Fax: 612-348-9777

The assistant county administrator for Public Works is responsible for advising the county board and county administrator on policies and issues and ensuring coordination among Public Works departments, public and private agencies, community organizations and partnerships. The assistant county administrator also serves as deputy executive director of the Hennepin County Regional Railroad Authority and the Hennepin County Housing and Redevelopment Authority.

### Appointed offcials

State law requires the county to appoint qualifed individuals to fill certain roles.

- Assessor: Joshua R. Hoogland
- Auditor: Daniel Rogan
- Chief Medical Examiner: Andrew M. Baker, M.D.
- Highway Engineer: Carla Stueve
- Chief Public Defender: Vacant
- Examiner of Titles: Susan Ledray

https://www.hennepin.us/your-government/leadership/county-administrator



**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 103

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 55 of 167

### GUERTIN'S TEXT MESSAGE EXCHANGES WITH HIS SELF PROFFESSED FORMER CIA AND MILITARY AFFILIATED WELDER

**December 5, 2022:**

11:49am – Welder:

Have they got to you yet?

(Exh. C, Index 30, p. 62, [welder-01])

9:10pm – Me:

Nope.

But when they do all they need to bring along is a fat check.

My analysis of the situation is as follows:

Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number of choices available to them to resolve it. I currently hold all the leverage short of them killing me which still isn't a guaranteed successful outcome for them as far as obtaining the IP for a variety of reasons. If they cared so much that they were actually considering killing me as one of their viable options that would infer that they would almost certainly at the very least be gathering Intel on me in a variety of ways...most of those digital in nature...correct?

If that was the case then they would be well aware that my ultimate goal is to profit on my intellectual property and call it a day.

If they know this fact then killing me is a really poor choice when they could instead be ensured almost 100% success in obtaining that which they are after in its entirety by simply paying for it.

The whole thing is that because my application is prior art now they are already

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 104**

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 56 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 56 of 167

somewhat fucked no matter what they do. That part is automatic. So technically it is in their benefit for me to receive as many patent rights as possible so that they can still end up with the same exact rights and protections they planned on initially getting... So let's say that they have their people and strings that they can pull in the patent office (which I'm sure exists in some form) instead of pulling hypothetical strings to interfere with my patent they should instead be pulling strings to ensure it goes through smoothly and without issue as once my patent is 100% official it simply becomes a matter of them acquiring InfiniSet, Inc in a clean and easy process.

Money is always the preferable method of obtaining what one wants in the world of the controllers

Money = Control

As long as they know selling the ip and profiting is my ultimate intention and that they will have an opportunity to purchase it from me it means they have every incentive to do nothing at all but be patient.

That doesn't mean they aren't going to pay me lot though. Haha.

(Exh. C, Index 30, p. 62, [welder-01-05])

9:11pm – Me:

How's my analysis? Would you consider my logical conclusions to be generally correct?

(Exh. C, Index 30, p. 62, [welder-05])

9:14pm – Welder:

Pretty spot on

(Exh. C, Index 30, p. 62, [welder-05])

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**2024 · 08-07 | EXHIBIT W**

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File: 8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 57 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 57 of 167

<u>9:14pm – Me:</u>

It's all a game XXXXXXX. The people who understand that aspect of reality and the world in which we live have a huge advantage. For example – not having myocarditis or dying suddenly

(Exh. C, Index 30, p. 62, [welder-05])

<u>9:15pm – Welder:</u>

It is a game, and I like smoking weed and skirting the rules a bit!

Crazy, you think they know you beat them already?

(Exh. C, Index 30, p. 62, [welder-05-06])

<u>9:17pm – Me:</u>

I don't look at it as beating them per say. If you mean do I think they know my patent is a problem they need to address I'm guessing the answer is yes

(Exh. C, Index 30, p. 62, [welder-06])

<u>9:17pm – Welder:</u>

Sweet

(Exh. C, Index 30, p. 62, [welder-06])

<u>9:17pm – Me:</u>

I could've just as easily been the one 12 days late to the party

(Exh. C, Index 30, p. 62, [welder-06])

<u>9:18pm – Welder:</u>

Let me know when you wanna come over to the shop

True, buy your not!

(Exh. C, Index 30, p. 62, [welder-06])

Exhibit W | Index 04 | p. 3

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 106

# 2024 · 08-07 | EXHIBIT W

## EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 58 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

9:18pm – Me:

> But in my case I'd be fucked. They have unlimited money though... so they aren't
>
> fucked. Such is life
>
> (Exh. C, Index 30, p. 62-63, [welder-06-07])

9:19pm – Me:

> I played the game well enough to get a little bit of that money is all
>
> Hopefully
>
> (Exh. C, Index 30, p. 63, [welder-07])

9:19pm – Welder:

> Yup, you will
>
> (Exh. C, Index 30, p. 63, [welder-07])

9:20pm – Welder:

> If not, we can start making a new billion dollar or bitcoin idea!
>
> (Exh. C, Index 30, p. 63, [welder-07])

9:22pm – Me:

> My patent attorney has hardly charged me anything because I prepare my own
>
> stuff...including my responses and completely picking apart and dismantling what
>
> the examiners put forth. I'm currently preparing all of the defenses and
>
> documentation for a few different strategies depending on what happens next. I'm
>
> learning all about patent law and including case law in my responses
>
> (Exh. C, Index 30, p. 63, [welder-07-09])

9:23pm – Me:

> It's literally like playing a game
>
> (Exh. C, Index 30, p. 63, [welder-09])

Exhibit W | Index 04 | p. 4

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 107

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 59 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 59 of 167

9:24pm – Me:

(Image of prototype with LED light bars turned on)

(Exh. C, Index 30, p. 63, [welder-09])

9:24pm – Welder:

Lol! Crazy and more power to yea

(Exh. C, Index 30, p. 63, [welder-09-10])

9:24pm – Me:

(Image of prototype with LED light bars turned off)

(Exh. C, Index 30, p. 63, [welder-10])

9:25pm – Me:

My programmers are busting ass now to finish that part and I'm about to paint my

ceiling black and turn my living room into a straight up studio

(Exh. C, Index 30, p. 63, [welder-10])

9:25pm – Welder:

Amazing!

Noice

(Exh. C, Index 30, p. 63, [welder-10-11])

9:26pm – Me:

But I still haven't finished... so I still haven't left... no parties. .. haven't even seen my

cousins new baby or my other friends new kid. … not until I cross the finish line

(Exh. C, Index 30, p. 63, [welder-11])

9:27pm – Me:

It's unhealthy. But I'll make up for it later

(Exh. C, Index 30, p. 63, [welder-11])

Exhibit W | Index 04 | p. 5

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 108

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 60 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

9:28pm – Welder:

> True, let me know if you need some help

> (Exh. C, Index 30, p. 63, [welder-11])

9:29pm – Me:

> I might need to build travel cases soon

> (Exh. C, Index 30, p. 63, [welder-11])

9:31pm – Welder:

> We can do

> (Exh. C, Index 30, p. 63, [welder-11])

9:32pm – Me:

> I need to research specs for flying cargo

> (Exh. C, Index 30, p. 63, [welder-11-12])

**December 23, 2022:**

10:32am – Me:

> I need my heater. Still

> Like today

> (Exh. C, Index 30, p. 63, [welder-12])

10:33am – Welder:

> Lol!

> It's in my shop, you coming out this way?

> (provides address to shop)

> (Exh. C, Index 30, p. 63, [welder-12])

Exhibit W | Index 04 | p. 6

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 109

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 61 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 61 of 167

10:33am – Me:

    Are you driving by my area anytime today?

    (Exh. C, Index 30, p. 63, [welder-12])

10:34am – Welder:

    Maybe

    I'll know around noon

    (Exh. C, Index 30, p. 64, [welder-13])

10:35am – Welder:

    What are you doing?

    (Exh. C, Index 30, p. 64, [welder-13])

10:36am – Me:

    I'm compiling information. Long story but it will pay off very soon I'm guessing.

    I'm investigating...data analysis…

    Using a program called MAXQDA

    (Exh. C, Index 30, p. 64, [welder-13])

10:37am – Me:

    Qualitative and quantitative analytics

    (Exh. C, Index 30, p. 64, [welder-13])

10:37am – Welder:

    Oh, I see. I can bring it out after I drop my big kids at 3pm

    (Exh. C, Index 30, p. 64, [welder-13])

10:37am – Me:

    Of someone scheming and scamming…

    (Exh. C, Index 30, p. 64, [welder-13-14])

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File: 8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 62 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 62 of 167

11:06am – Me:

The words used are on the left.... the blog articles are on the top with the most

recent ones being on the left side and oldest being on the right side

https://www.dropbox.com/s/XXXXXXX/Matrix.png?dl=1

(Exh. C, Index 30, p. 64, [welder-14])

11:07am – Me:

It downloads so you can on at it by zooming on your phone. It's a really big image

(Exh. C, Index 30, p. 64, [welder-14])

11:12am – Me:

They'll be shook. Especially if I just told them and didn't tell them how or what I actually

know. I might even email the guy and play dumb and ask if he's going to be available to

help me with programming and questions around mid March "when my programmer gets

back in town, etc, etc" to make him think I'm not advancing at all so they think they have

not more time if they're trying to put something together

(Exh. C, Index 30, p. 64, [welder-14-15])

11:13am – Welder:

I like that option

(Exh. C, Index 30, p. 64, [welder-14, 16])

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

## 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File: 8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 63 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

**January 14, 2023:**

<u>11:43am – Me:</u>

Here - if you have a trusted contact at FBI or wherever that will look into this and considers it a serious matter just send them this as the introduction - https://www.dropbox.com/s/XXXXXXX/ /Data_Analysis_Fraud.zip?dl=1

I have all supporting documents/ files as well along with a massive cache of additional data

(Exh. C, Index 30, p. 64, [welder-17-18])

<u>11:46am – Me:</u>

It involves someone at the internet archive conspiring with the ceo of a company in the UK named Assaff Rawner (who I believe is the mastermind behind the whole thing as that is who I emailed and was trying to get help from for the robotic cameras his company makes) along with the photorobot company which is located in the Czech Republic. (Exh. C, Index 30, p. 64-65, [welder-17, 13-14])

<u>11:47am – Welder:</u>

https://openai.com

(Exh. C, Index 30, p. 65, [welder-13])

<u>11:47am – Me:</u>

What is that?

Yeah. I've heard about this

(Exh. C, Index 30, p. 65, [welder-13])

<u>11:48am – Welder:</u>

What you think?

(Exh. C, Index 30, p. 65, [welder-13])

<span style="color:red">Exhibit W | Index 04 | p. 9</span>

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

<span style="color:red">**EXHIBIT PTF-1 | p. 112**</span>

# 2024 · 08-07 | EXHIBIT W

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 64 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 64 of 167

11:48am – Me:

But what is that going to do? Solve the case?

I never used it because it requires you to enter your phone number so it's sketchy

(Exh. C, Index 30, p. 65, [welder-13, 15])

**January 19, 2023:**

5:33pm – Me:

Your text made much more sense a couple days later.

What's the purpose of all of it though?

None of it makes any sense

(Exh. C, Index 30, p. 66, [welder-28-29])

**February 2, 2023:**

5:50pm – Welder:

Call me beo

Bro

(Exh. C, Index 30, p. 66, [welder-29])

**February 13, 2023:**

8:35am – Welder:

You alive?

(Exh. C, Index 30, p. 66, [welder-29])

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 65 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

**February 26, 2023:**

9:37am – Welder:

> Call me if you're free
>
> (Exh. C, Index 30, p. 66, [welder-29])

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**2024 · 08-07 | EXHIBIT W**

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 77 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 77 of 167

### GUERTINS ACTIONS CONCERNING CLAIMS OF HIS DEVICES BEING HACKED AND HIS ATTEMPTS TO HAVE A DIGITAL FORENSIC ANALYSIS OF HIS HARD DRIVES CONDUCTED TO PROVE HIS CLAIMS

January 6th, 2023 at 12:12 PM:

An email sent to Guertin by his patent attorney following previous email axchanges regarding the patent fraud Guertin has been actively investigating in which she states the following:

" Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually. "

(Exh. C, Index 30, p. 107)

January 12, 2023:

Statements Made By Officer Brandon Harris in Minnetonka Police Report #23-000151 which was filed in person at the Minnetonka Police Station:

- "He has filed for and acquired a patent for his invention, 'Motorized Rotatable Treadmill and System for Creating the Illusion of Movement.' "
- "The machine is used for filming cinema."
- "He pitched the patent to Mark Roberts Motion Control (mrmoco.com)."
- "The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com)."
- "While reviewing the website over a number of days he realized the website was changing to reflect his patent."
- "The website is being updated in real-time with information from his design."
- "He has proof of the fraud."
- "Photo Robot is effectively stealing his patent by making it look like they have already had the technology."
- "He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website"
- "Guertin advised that he has many gigabytes of evidence to show the fraud"
- "I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format"

Exhibit W | Index 06 | p. 1

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 115**

**2024 · 08-07 | EXHIBIT W**

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File: 8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 78 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

---

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 78 of 167

- ○ "He originally called the FBI who advised he needed to file a report with his local police agency."
- ○ "I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them."

(Exh. B, Index 28, p. 79-80)

Late February of 2023:

Prior to an in person meeting with Bruce Rivers at his office Guertin scribbles down some last minute notes to address in the meeting with Rivers which contain a total of ten separately numbered items.

- ○ Number three: " Computer forensic analysis completed before April 4th –THOUGHTS- "
- ○ Number ten: " If I have solid, expertly analyzed computer forensic data that validates every single thing I've claime(d) – The proof of fraud as well as being able to establish that all of my machines were hacked into by April 4th Can that not be used as Leverage or a 'bluff' that it will be presented in trial? "

(Exh. C, Index 30, p. 115)

May 24th, 2023 at 2:47 PM:

Guertin receives an email reply from his then patent attorney, Amanda Prose which contains the following statement:

- ○ " I received the materials you dropped off today, thanks. Thank you also for remitting payment! We will apply the payment to any outstanding balance and reserve the rest for the forensic analysis of the hard drive. "

(Exh. S, Index 09, p. 1)

May 27th, 2023 at 5:42 AM:

Guertin sends an email to his patent attorney which contains the following statement:

- ○ " If the forensic analysis services were to hypothetically not work out or be ideal for some reason (meaning that I would no longer be incurring any financial obligations related to such...) then I would like to move forward as originally planned with the trademark filings I selected in my v3 version of the Madrid pdf I sent."

(Exh. S, Index 09, p. 2)

Exhibit W | Index 06 | p. 2

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

**EXHIBIT PTF-1 | p. 116**

**2024 · 08-07 | EXHIBIT W**

EXHIBIT PTF-1

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File:  8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 79 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

---

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 79 of 167

May 31st, 2023 at 7:34 AM:

Guertin sends an email to his patent attorney which contains the following statement within it:

- ○ " The money I gave you was specifically for filling of my trademark via the Madrid protocol and I was of the belief that there would be enough leftover to conduct the forensic analysis.

   I think it's clear from our email correspondence that this was what I at least believed to be the case.

   So I'm not saying that you are or aren't correct in whatever outstanding balance was paid via the check I gave you. Rather all I am saying is that I had to do a lot to get that money and to not have it go towards anything I thought it was going towards is what you'd call a shock."

This particular interaction regarding Guertin's determination to have a professional digital forensic analysis conducted of data that directly pertained to the issues and events directly intertwined with the origination of his criminal charges highlights serves as rather compelling due to the fact that Guertin is obviously willing to great lengths to obtain the necessary money necessary to have the analysis conducted, which highlights his obvious belief that having said analysis performed will result in evidence that would be beneficial to both his business endeavor as well as serving as compelling defense evidence in his criminal case.

(Exh. S, Index 09, p. 4)

June 1st, 2023 at 3:02 PM:

Guertin receives a reply from his patent attorney which contains the following statements within it:

- ○ " I spoke with Mark Lanterman at Computer Forensics today. He mentioned they frequently work with clients through their attorneys in order to preserve any work product privilege that could arise. He is sending over Computer Forensics' standard engagement letter. "

- ○ " I am going to review their engagement letter and I will have to pass by our firm's Board for review since the engagement letter retains our firm as a client. "

- ○ " After that, if our firm approves working with Computer Forensics, we would then schedule a call between you and Mr. Lanterman (I would listen in for purposes of

<div align="right">

**Exhibit W | Index 06 | p. 3**

</div>

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

<div align="right">

**EXHIBIT PTF-1 | p. 117**

</div>

47__EXHIBIT-W__ESTIMATED-VALUE-OF-GUERTINS-US-11-577-177-OVER-20-YEARS.pdf

SHA-256 Hash of Source File: 8a1b94d6a0c3ee506efd91ffe3cf93bd873e4a4bba3c46262e06e8699041699d

Page: 80 of 167          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 47   Filed 08/07/24   Page 80 of 167

privilege), to discuss what you need him to do with the harddrive and provide him background. "

(Exh. S, Index 09, p. 6)

Exhibit W | Index 06 | p. 4

**Url 1:** link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
**Url 4:** drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT PTF-1

48   EXHIBIT-X   42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 23 of 32      [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]





Exhibit X | Building | p. 21

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 119

## 2024 · 08-07 | Design, Engineering, and Fabrication
### EXHIBIT PTF-1

48   EXHIBIT-X   42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf
SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547
Page: 24 of 32        [ source file ]      [ .ots timestamp of source file ]      [ pdf signatures ]      [ metadata ]





Exhibit X | Building | p. 22

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

# 2024 · 08-07 | Design, Engineering, and Fabrication
## EXHIBIT PTF-1

48__EXHIBIT-X__42-GUERTINS-DESIGN-ENGINEERING-FABRICATION-OF-INFINISET-TREADMILL-SYSTEM.pdf

SHA-256 Hash of Source File:  5828ddf344854e7b26800085ca03b35530ac6cddcf6c65e78ab4c8ad3f517547

Page: 25 of 32          [ source file ]          [ .ots timestamp of source file ]          [ pdf signatures ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 48   Filed 08/07/24   Page 25 of 32





Exhibit X | Building | p. 23

Url 1: link.storjshare.io/raw/jx5t7bu4arbh2tww45pzpbpsglja/file/EXHIBIT PTF-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/503ce1a0-6b2a-4bd6-89ba-41ca2db1a12d.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ed80eba8-1e4a-4c6e-9b5f-ff3a48c8a80e.pdf
Url 4: drive.proton.me/urls/V2706PTX1M#Xk4sh1rDiyCS

EXHIBIT PTF-1 | p. 121