# EXHIBIT PTF-3

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## EXACT Same Technology Since 2006

https://odysee.com/@Matt1up:5/EXACT-Same-Technology-Since-2006:d



EXACT Same Technology Since 2006

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 1**

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 2 of 12     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

### 2023 SIGGRAPH YouTube Video | Rotating Treadmill

https://odysee.com/@Matt1up:5/2023-SIGGRAPH-YouTube-Video-Rotating-Treadmill:4



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 2

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 3 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## 2023 SIGGRAPH YouTube Video | Frame Scrubbing

https://odysee.com/@Matt1up:5/2023-SIGGRAPH-YouTube-Video-Frame-Scrubbing:1



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 3**

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 4 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## 2023 SIGGRAPH YouTube Video | Paul Debevec Uses chatGPT to Write Academic Paper

https://odysee.com/@Matt1up:5/2023-SIGGRAPH-YouTube-Video-Debevec-Uses-chatGPT-to-Write-Academic-Paper:b



2023 SIGGRAPH YouTube Video | Paul Debevec Uses chatGPT to Write Academic Paper

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 4

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 5 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### LS6_EGSR_062006

https://odysee.com/@Matt1up:5/LS6-EGSR-062006:2



LS6_EGSR_062006

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 6 of 12        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### Light Stage 6 Relighting Human Locomotion480p

https://odysee.com/@Matt1up:5/Light-Stage-6-Relighting-Human-Locomotion480p:1



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 6**

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 7 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Light Stage 6 Relighting Human Locomotion | Frame Scrubbing 1

https://odysee.com/@Matt1up:5/LS6RHL-Frame-Scrubbing-1:6



Light Stage 6 Relighting Human Locomotion | Frame Scrubbing 1

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 7

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 8 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Light Stage 6 Relighting Human Locomotion | Frame Scrubbing 2

https://odysee.com/@Matt1up:5/LS6RHL-Frame-Scrubbing-2:4



Light Stage 6 Relighting Human Locomotion | Frame Scrubbing 2

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 8

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

### Holocaust_10_26_2023

https://odysee.com/@Matt1up:5/Holocaust-10-26-2023:7



Holocaust_10_26_2023

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 9**

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 10 of 12        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### Pinchas Gutter Ai Fraud Color Curve Scrub Analysis

https://odysee.com/@Matt1up:5/Pinchas-Gutter-Ai-Fraud-Color-Curve-Scrub-Analysis:d



Pinchas Gutter Ai Fraud Color Curve Scrub Analysis

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 10

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 11 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Fraudulent Pinchas Gutter Audio Analysis

https://odysee.com/@Matt1up:5/Fraudulent-Pinchas-Gutter-Audio-Analysis:b



Fraudulent Pinchas Gutter Audio Analysis

Url 1: link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
Url 4: drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 11

# Netflix Patent Fraud Analysis | Videos

EXHIBIT PTF-3

Netflix-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File: 872c78717e85cc8aadbd63a0fd9026994fdd3f2ced64ba5bdd33a43130cf5d2d

Page: 12 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### Egsr2006_Rhl.pdf | Image Color Banding

https://odysee.com/@Matt1up:5/Egsr2006-Rhl-pdf-Image-Color-Banding:6



Egsr2006_Rhl.pdf | Image Color Banding

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 12

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 1 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## PhotoRobots Virtual Catwalk - Introduction short version | Color Curve 1

https://rumble.com/v5gjibp-photorobots-virtual-catwalk-introduction-short-version-color-curve-1.html

https://odysee.com/@Matt1up:5/photorobots-virtual-catwalk-introduction-short-version-curve1:7



PhotoRobots Virtual Catwalk - Introduction short version | Color Curve 1

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 2 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### PhotoRobots Virtual Catwalk - Introduction short version | Color Curve 2

https://rumble.com/v5gjix9-photorobots-virtual-catwalk-introduction-short-version-color-curve-2.html

https://odysee.com/@Matt1up:5/photorobots-virtual-catwalk-introduction-short-version-color-curve-2:5



PhotoRobots Virtual Catwalk - Introduction short version | Color Curve 2

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 3 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## PhotoRobots Virtual Catwalk - Introduction short version | Color Curve 2-1

https://rumble.com/v5gjj8r-photorobots-virtual-catwalk-introduction-short-version-color-curve-2-1.html

https://odysee.com/@Matt1up:5/photorobots-virtual-catwalk-introduction-short-version-color-curve-2-1:c



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 15**

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 4 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Digital Fashion Shows on the Virtual Catwalk

https://rumble.com/v5gjk1h-digital-fashion-shows-on-the-virtual-catwalk.html

https://odysee.com/@Matt1up:5/Digital-Fashion-Shows-on-the-Virtual-Catwalk:5



Digital Fashion Shows on the Virtual Catwalk

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 16

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 5 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Walking belt video shooting - behind the scenes timelapse

https://rumble.com/v5gjk8h-walking-belt-video-shooting-behind-the-scenes-timelapse.html

https://odysee.com/@Matt1up:5/Walking-belt-video-shooting-behind-the-scenes-timelapse:3



Walking belt video shooting - behind the scenes timelapse

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 17**

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 6 of 8         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

## PhotoRobots Virtual Catwalk - Introduction short version | Color Curve 6

https://rumble.com/v5gjjsd-photorobots-virtual-catwalk-introduction-short-version-color-curve-6.html

https://odysee.com/@Matt1up:5/photorobots-virtual-catwalk-introduction-short-version-color-curve-6:e



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 18

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

## Simply Adjusting Color Curves Proves Ai Generated Video Content

https://rumble.com/v5gjez6-simply-adjusting-color-curves-proves-ai-generated-video-content.html

https://odysee.com/@Matt1up:5/Ai-video-analysis-using-color-curves:e

Backdated YouTube video content that has a claimed upload date of 2012 but is produced using Ai models. This is being carried out to create false prior art history for a rotating treadmill - just like the one I actually invented in my US Patent 11,577,177 for InfiniSet, Inc.



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 19

# PhotoRobot Patent Fraud Analysis | Videos

EXHIBIT PTF-3

PhotoRobot-Patent-Fraud-Analysis-Videos.pdf

SHA-256 Hash of Source File:  f2de32b790c0a2ed2899ace5ae067d668c6650b2a47d10525376d7083d78151d

Page: 8 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## PhotoRobots Virtual Catwalk - Introduction short version | Original

https://rumble.com/v5gjhnh-photorobots-virtual-catwalk-introduction-short-version-original.html

https://odysee.com/@Matt1up:5/PhotoRobots-Virtual-Catwalk--Introduction-short-version--Original:2



**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 20**

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 1 of 17     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## VIDEO 1 - PART 1 OF 4

https://rumble.com/v449oyx-video-1-part-1-of-1.html



**VIDEO 1 - PART 1 OF 4**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 21**

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]

## VIDEO 1 - PART 2 OF 4

https://rumble.com/v449ufe-video-1-part-2-of-4.html



**VIDEO 1 - PART 2 OF 4**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 22**

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 3 of 17          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### VIDEO 1 - PART 3 OF 4

https://rumble.com/v44ak6x-video-1-part-3-of-4.html



**VIDEO 1 - PART 3 OF 4**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 23**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 4 of 17     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

### VIDEO 1 - PART 4 OF 4

https://rumble.com/v44amyu-video-1-part-4-of-4.html



**VIDEO 1 - PART 4 OF 4**

      This video is the only one with the audio issue which resulted from me plugging my USB microphone into the same USB bus as my external nvme drive was plugged into which was receiving the video stream. Being that I recorded the audio from two different microphone sources and split them into separate chasnnels all you need to do if it is bothering you is simply drop the right audio channel and then turn up the volume for the Left one

      This video is recorded 4k@60 and consists of 2 x 1920x1080 video camera sources for the bottom quarters of the frame and 1 x 3840x1080 screen capture for the top half. I'm using dual audio sources consisting of a Yeti Blue Microphone assigned to the right audio channel that is sitting on my desk to the right hand, rear side of my very audible mechanical keyboard with the Logitech StreamCam Pro microphone assigned to the Left audio channel which is positioned to my left at chin level or so.

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 24**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 5 of 17         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

I had to break these up into 20 minute clips in order for Rumble to play them at 4k. To preserve the authenticity factor - which is the entire reason for recording these in the first place I've made sure to include 30 second overlaps between each of the different parts - meaning 'Part 1' is exactly 20 minutes in length (72,000 frames) and then 'Part 2' begins at 19:30 (70,200) and is 20m30s in length (73,800)...repeat...repeat. It is rendered 4k@60fps and everything is frame accurate as you've probably guessed - meaning if you downloaded all of the parts you could splice them together very easily to verify authenticity using just the 20min length and 30sec overlap formula for all of them (VIDEO-1, VIDEO-2, and VIDEO-4....VIDEO-3 is natively under 20min in length)

The purpose of these videos titled 'VIDEO 1 - 4' is to document the fraud taking place in an IRREFUTABLE way due to the fact that what I am presenting here is impossible to fraudulently create - This is especially true due to the time frame of when I recorded this and when it is being released - Meaning it would be IMPOSSIBLE for me to edit this together somehow due to the fact that it is made up of multiple video and audio sources. These multiple sources of video and audio contain absolutely zero adjustments at all in terms of any audio delay compensations or frame caching meaning that all of the associated delays and slight timing inconsistencies are all present in the content which was all recorded simultaneously in 'one shot'

These videos serves as solid documentation of the fraud taking place which is being assisted by the likes of Google, YouTube, and the Internet Archive (among many others) while also serving as a form of permanently archiving all the currently distributed YouTube videos in their current state so that they are unable to start deleting or changing any of them without it becoming an easily established fact. I've essentially 'locked them in' to their current BS narrative. In VIDEOS 1-3 I very clearly go through live downloads of various YouTube videos in which I process the exif metadata and show you the many discrepancies in these FRAUDULENT - BACKDATED YouTube videos being posted to support the CRIMINAL FRAUD being carried out by Netflix, Inc. all because they would rather destroy my life than simply approach me and make an offer / pay me for the patent I was granted on February 14th, 2023 which is for the EXACT SAME THING as the patent which they were granted on November 7th, 2023 - Which in fact has my name listed at the very top of it (right above 'Kanye Omari West'...I shit you not..) due to the fact that I successfully filed a 3rd Party Prior Art Submission against Netflix on Febrauary 17th, 2023 - 3 days after my patent was officially granted.

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 6 of 17        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### VIDEO 2 - PART 1 OF 3

https://rumble.com/v44arf9-video-2-part-1-of-3.html



**VIDEO 2 - PART 1 OF 3**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 26**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 7 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### VIDEO 2 - PART 2 OF 3

https://rumble.com/v44azir-video-2-part-2-of-3.html



**VIDEO 2 - PART 2 OF 3**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d73-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 27**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 8 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### VIDEO 2 - PART 3 OF 3

https://rumble.com/v44b1g6-video-2-part-3-of-3.html



**VIDEO 2 - PART 3 OF 3**

    This video is recorded 4k@60 and consists of 2 x 1920x1080 video camera sources for the bottom quarters of the frame and 1 x 3840x1080 screen capture for the top half. I'm using dual audio sources consisting of a Yeti Blue Microphone assigned to the right audio channel that is sitting on my desk to the right hand, rear side of my very audible mechanical keyboard with the Logitech StreamCam Pro microphone assigned to the Left audio channel which is positioned to my left at chin level or so.

    I had to break these up into 20 minute clips in order for Rumble to play them at 4k. To preserve the authenticity factor - which is the entire reason for recording these in the first place I've made sure to include 30 second overlaps between each of the different parts - meaning 'Part 1' is exactly 20 minutes in length (72,000 frames) and then 'Part 2' begins at 19:30 (70,200) and is 20m30s in length (73,800)...repeat...repeat. It is rendered 4k@60fps and everything is frame accurate as you've probably guessed - meaning if you

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 28

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

downloaded all of the parts you could splice them together very easily to verify authenticity using just the 20min length and 30sec overlap formula for all of them (VIDEO-1, VIDEO-2, and VIDEO-4....VIDEO-3 is natively under 20min in length)

The purpose of these videos titled 'VIDEO 1 - 4' is to document the fraud taking place in an IRREFUTABLE way due to the fact that what I am presenting here is impossible to fraudulently create - This is especially true due to the time frame of when I recorded this and when it is being released - Meaning it would be IMPOSSIBLE for me to edit this together somehow due to the fact that it is made up of multiple video and audio sources. These multiple sources of video and audio contain absolutely zero adjustments at all in terms of any audio delay compensations or frame caching meaning that all of the associated delays and slight timing inconsistencies are all present in the content which was all recorded simultaneously in 'one shot'

These videos serves as solid documentation of the fraud taking place which is being assisted by the likes of Google, YouTube, and the Internet Archive (among many others) while also serving as a form of permanently archiving all the currently distributed YouTube videos in their current state so that they are unable to start deleting or changing any of them without it becoming an easily established fact. I've essentially 'locked them in' to their current BS narrative. In VIDEOS 1-3 I very clearly go through live downloads of various YouTube videos in which I process the exif metadata and show you the many discrepancies in these FRAUDULENT - BACKDATED YouTube videos being posted to support the CRIMINAL FRAUD being carried out by Netflix, Inc. all because they would rather destroy my life than simply approach me and make an offer / pay me for the patent I was granted on February 14th, 2023 which is for the EXACT SAME THING as the patent which they were granted on November 7th, 2023 - Which in fact has my name listed at the very top of it (right above 'Kanye Omari West'...I shit you not..) due to the fact that I successfully filed a 3rd Party Prior Art Submission against Netflix on Febrauary 17th, 2023 - 3 days after my patent was officially granted.

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 29

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 10 of 17          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### VIDEO 3 - Recorded on 12/19/2023

https://rumble.com/v43s8j4-video-3-recorded-on-12192023.html



**VIDEO 3 - Recorded on 12/19/2023**

    This video is recorded 4k@60 and consists of 2 x 1920x1080 video camera sources for the bottom quarters of the frame and 1 x 3840x1080 screen capture for the top half. I'm using dual audio sources consisting of a Yeti Blue Microphone assigned to the right audio channel that is sitting on my desk to the right hand, rear side of my very audible mechanical keyboard with the Logitech StreamCam Pro microphone assigned to the Left audio channel which is positioned to my left at chin level or so.

    The purpose of these videos titled 'VIDEO 1 - 4' is to document the fraud taking place in an IRREFUTABLE way due to the fact that what I am presenting here is impossible to fraudulently create - This is especially true due to the time frame of when I recorded this and when it is being released - Meaning it would be IMPOSSIBLE for me to edit this together somehow due to the fact that it is made up of multiple video and audio sources. These multiple sources of video and audio contain absolutely zero adjustments at all

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 30**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

in terms of any audio delay compensations or frame caching meaning that all of the associated delays and slight timing inconsistencies are all present in the content which was all recorded simultaneously in 'one shot'

These videos serves as solid documentation of the fraud taking place which is being assisted by the likes of Google, YouTube, and the Internet Archive (among many others) while also serving as a form of permanently archiving all the currently distributed YouTube videos in their current state so that they are unable to start deleting or changing any of them without it becoming very obvious. I've essentially 'locked them in' to their current BS narrative. In VIDEOS 1-3 I very clearly go through live downloads of various YouTube videos in which I process the exif metadata and show you the many discrepancies in these FRAUDULENT - BACKDATED YouTube videos being posted to support the CRIMINAL FRAUD being carried out by Netflix, Inc. all because they would rather destroy my life than simply approach me and make an offer / pay me for the patent I was granted on February 14th, 2023 which is for the EXACT SAME THING as the patent which they were granted on November 7th, 2023 - Which in fact has my name listed at the very top of it (right above 'Kanye Omari West'...I shit you not..) due to the fact that I successfully filed a 3rd Party Prior Art Submission against Netflix on Febrauary 17th, 2023 - 3 days after my patent was officially granted.

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 31

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 12 of 17    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

## VIDEO 4 - PART 1 OF 4

https://rumble.com/v445nrf-video-4-part-1-of-4.html



**VIDEO 4 - PART 1 OF 4**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 32**

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

### VIDEO 4 - PART 2 OF 4

https://rumble.com/v446hqr-video-4-part-2-of-4.html



**VIDEO 4 - PART 2 OF 4**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 33**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File:  3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 14 of 17        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### VIDEO 4 - PART 3 OF 4

https://rumble.com/v447ral-video-4-part-3-of-4.html



**VIDEO 4 - PART 3 OF 4**

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 34**

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

---

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

## VIDEO 4 - PART 4 OF 4

https://rumble.com/v448qhu-video-4-part-4-of-4.html



**VIDEO 4 - PART 4 OF 4**

Out of the 4 videos this one is by far the most revealing in terms of multiple realizations and discoveries

This video is recorded 4k@60 and consists of 2 x 1920x1080 video camera sources for the bottom quarters of the frame and 1 x 3840x1080 screen capture for the top half. I'm using dual audio sources consisting of a Yeti Blue Microphone assigned to the right audio channel that is sitting on my desk to the right hand, rear side of my very audible mechanical keyboard with the Logitech StreamCam Pro microphone assigned to the Left audio channel which is positioned to my left at chin level or so.

I had to break these up into 20 minute clips in order for Rumble to play them at 4k. To preserve the authenticity factor - which is the entire reason for recording these in the first place I've made sure to include 30 second overlaps between each of the 4 different parts - meaning 'Part 1' is exactly 20 minutes in length

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

**EXHIBIT PTF-3 | p. 35**

# Patent Fraud Backdated YouTube Video Analysis | Videos

## EXHIBIT PTF-3

YouTube-Backdated-Video-Documentation.pdf

SHA-256 Hash of Source File: 3ea03cf868e14b00dbc8fff3b61a9814154b49f89bd2e77e95d840dae77fd34c

Page: 16 of 17        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

(72,000 frames) and then 'Part 2' begins at 19:30 (70,200) and is 20m30s in length (73,800)...repeat...repeat. It is rendered 4k@60fps and everything is frame accurate as you've probably guessed - meaning if you downloaded all of the parts you could splice splice them together to verify authenticity using just the 20min length and 30sec overlap formula for all of them (VIDEO-1, VIDEO-2, and VIDEO-4....VIDEO-3 is natively under 20min in length)

Not only do I bust out Morgan Spurlock and CNN while we discover Paul Debevec's blatant age discrepancies together due to his BIG FAT FACE, along with a mismatched version of his old and new face scanning 'Light Stage' between two different YouTube video upload dates (supposed upload dates...) PROVING FRAUD but we also realize that the CNN video I cover in this video which was supposedly uploaded in 2014 is 'No Longer Available' now on YouTube for some strange reason which I end up discovering during this video when I attempt to download it for the second time while recording so that I can process the exif / metadata 'live' as I am recording. Oh well...I already have the video along with PDF screen captures, image screencaptures, etc. TOO LATE.

The purpose of these videos titled 'VIDEO 1 - 4' is to document the fraud taking place in an IRREFUTABLE way due to the fact that what I am presenting here is impossible to fraudulently create - This is especially true due to the time frame of when I recorded this and when it is being released - Meaning it would be IMPOSSIBLE for me to edit this together somehow due to the fact that it is made up of multiple video and audio sources. These multiple sources of video and audio contain absolutely zero adjustments at all in terms of any audio delay compensations or frame caching meaning that all of the associated delays and slight timing inconsistencies are all present in the content which was all recorded simultaneously in 'one shot'

These videos serves as solid documentation of the fraud taking place which is being assisted by the likes of Google, YouTube, and the Internet Archive (among many others) while also serving as a form of permanently archiving all the currently distributed YouTube videos in their current state so that they are unable to start deleting or changing any of them without it becoming an easily established fact. I've essentially 'locked them in' to their current BS narrative. In VIDEOS 1-3 I very clearly go through live downloads of various YouTube videos in which I process the exif metadata and show you the many discrepancies in these FRAUDULENT - BACKDATED YouTube videos being posted to support the CRIMINAL FRAUD being carried out by Netflix, Inc. all because they would rather destroy my life than simply approach me and make an offer / pay me for the patent I was granted on February 14th, 2023 which is for the EXACT SAME THING as the patent which they were granted on November 7th, 2023 - Which in fact has my name listed at the very

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 36

# Patent Fraud Backdated YouTube Video Analysis | Videos

EXHIBIT PTF-3

top of it (right above 'Kanye Omari West'...I shit you not..) due to the fact that I successfully filed a 3rd Party Prior Art Submission against Netflix on Febrauary 17th, 2023 - 3 days after my patent was officially granted.

**Url 1:** link.storjshare.io/raw/juzzamoj657qavb7uacwaylsovyq/file/EXHIBIT PTF-3_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/2c0588f3-1f96-47bc-8264-e47c7bf2c663.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c17e4501-7671-4d78-b70c-dc20a41983bb.pdf
**Url 4:** drive.proton.me/urls/6JQ248Q07W#fKtBGv1vGjGR

EXHIBIT PTF-3 | p. 37