# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF OBJECTIVE WORD/PHRASE FREQUENCY COUNTS IN CASE RECORDS (EXHIBIT TTC)** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I.   INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts derived from a script-based word-frequency and phrase analysis of case filings and transcripts. The noticed facts are limited to the existence of the tabulated counts, the document titles/dates analyzed, and representative tallies

shown on the face of the exhibit. Judicial notice is sought to clarify the record's language usage without altering it. See Fed. R. App. P. 10(e), 27.

## II.   FACTS FOR JUDICIAL NOTICE

### A.   |   Scope and Method

EXHIBIT TTC compiles term/phrase counts for specific filings in 27-CR-23-1886 (e.g., Rule 20.01 examinations; competency findings; hearing transcripts; selected orders) and for grouped document sets (e.g., all three Rule 20.01 reports; AMW 2017 case files). The tables list each document's title/date and the counted terms.

### B.   |   Representative Document-Level Results

**1.** First Rule 20 report (Mar. 10, 2023): high frequencies for "DELUSION," "DISORDER," "PSYCHOTIC," "SYMPTOM," and technology/patent terms; "opine" appears in the count table.

**2.** Finding of Incompetency (July 13, 2023): repeated use of "COMPETENT / INCOMPETENT," "DELUSION / PSYCHOTIC DISORDER," and "EVIDENCE;" "opine" appears in the count table.

**3.** Order Regarding Competency (Apr. 3, 2025): frequencies listed for "COMPETENT," "COMPETENCY," "MENTAL ILLNESS," "Due Process," and "opine."

### C.   |   Cross-Document Aggregations (Selected)

**1.** Aggregated across Rule 20.01 reports, findings, witness statement, competency order, and pro se order: "DELUSION" (71), "DISORDER" (47), "PSYCHOTIC" (41), "COMPETENCY" (55), "COMPETENT" (56), and "opine" (12).

**2.** AMW 2017 case-file set (70 files): the tables reflect repeated terms associated with confinement and duration, including "INDEFINITE / INDEFINITELY," "NON-RESTORABLE," "WILL NOT BE RESTORED," "PERSISTING AND PERMANENT," "PERMANENT AND ONGOING," and related phrases; "opine" appears with counted instances.

## III.   LEGAL STANDARD

### A.   |   Judicial Notice on Appeal

A court may notice facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned—such as the face of compiled tabulations and the cited underlying records. Fed. R. Evid. 201(b), (d).

Appellate courts may take notice to clarify the record's provenance and chronology without altering content. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

### A.   |   Specific Items for Notice

**1.** The existence of Appellant's compiled term/phrase count tables for the listed documents and grouped datasets, as shown in EXHIBIT TTC.

**2.** That the tables display the document titles/dates analyzed and the objective counts of key terms (e.g., "DELUSION," "DISORDER," "PSYCHOTIC," "COMPETENT/INCOMPETENT," and "opine") for each item and in aggregate.

**3.** That the AMW and "Nehring, Alisha" subsets include repeated duration-and-finality terms (e.g., "INDEFINITE / INDEFINITELY," "NON-RESTORABLE," "WILL NOT BE RESTORED," "PERSISTING AND PERMANENT").

4

**4.** Notice is sought solely as to the existence of the tabulated counts, document identities/dates, and the words/phrases as counted—without asking the Court to draw merits inferences from the language.

## V.   RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice.

**2.** Take judicial notice of the discrete facts identified in Section IV to clarify the record's language usage.

**3.** Grant such further relief as is just and appropriate.

## VI.   ATTACHED EXHIBITS

**1.** **EXHIBIT TTC**
Case-File Terminology Trends: script-based word/phrase count tables for specified filings and grouped datasets (including Rule 20.01 reports, competency orders, hearing transcripts, AMW 2017 files), with representative high-frequency terms and aggregate counts displayed.

**Dated:  October 4, 2025**                    *Respectfully submitted,*

                                                  */s/ Matthew D. Guertin*

                                                 Matthew David Guertin
                                                 ***Appellant Pro Se***
                                                 4385 Trenton Ln. N 202
                                                 Plymouth, MN  55442
                                                 Telephone: 763-221-4540
                                                 MattGuertin@protonmail.com
                                                 www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF OBJECTIVE WORD/PHRASE FREQUENCY COUNTS IN CASE RECORDS (EXHIBIT TTC) contains 541 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                      *Respectfully submitted,*

                                                                                    /s/ Matthew D. Guertin

                                                                                    Matthew David Guertin
                                                                                    ***Appellant Pro Se***
                                                                                    4385 Trenton Ln. N 202
                                                                                    Plymouth, MN  55442
                                                                                    Telephone: 763-221-4540
                                                                                    MattGuertin@protonmail.com
                                                                                    www.MattGuertin.com

# VIII.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.


**Dated:  October 4, 2025**                                *Respectfully submitted,*

                                 /s/ *Matthew D. Guertin*

                                Matthew David Guertin
                                ***Appellant Pro Se***
                                4385 Trenton Ln. N 202
                                Plymouth, MN  55442
                                Telephone: 763-221-4540
                                MattGuertin@protonmail.com
                                www.MattGuertin.com