# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** | Case No: 25-2476 |
| Appellant, | |
| v. | |
| **TIM WALZ,** Governor of Minnesota; | |
| **KEITH ELLISON,** Minnesota Attorney General; | |
| **HENNEPIN COUNTY,** a municipal entity; | |
| **MARY MORIARTY,** Hennepin County Attorney; | |
| **JUDITH COLE,** Sr. Assistant Hennepin County Attorney; | |
| **MICHAEL BERGER,** Chief Public Defender, Hennepin County; | |
| **KERRY W. MEYER,** Chief Judge, 4th District; | **MOTION FOR JUDICIAL NOTICE OF MEDIACLOUD TERM-TREND DATA (EXHIBIT TTM)** |
| **BRUCE M. RIVERS,** Private Defense Counsel; | |
| **CHELA GUZMAN-WIEGERT,** Assistant County Administrator; | |
| **ALISHA NEHRING,** MN Department of Health Attorney; | |
| **HILARY CALIGIURI,** Presiding Criminal Judge, 4th District; | |
| **TODD FELLMAN,** Presiding Juvenile Judge, 4th District; | |
| **SARAH HUDLESTON,** Judge, 4th District; | |
| **WILLIAM H. KOCH,** Judge, 4th District; | |
| **JULIA DAYTON-KLEIN,** Judge, 4th District; | |
| **DANIELLE C. MERCURIO,** Judge, 4th District; | |
| **GEORGE F. BORER,** Referee, 4th District; | |

| | |
|---|---|
| **LEE CUELLAR,**<br>Judicial Clerk, 4th District;<br>**MAWERDI HAMID,**<br>Assistant Hennepin County Attorney;<br>**JACQUELINE PEREZ,**<br>Assistant Hennepin County Attorney;<br>**EMMETT M. DONNELLY,**<br>Hennepin County Public Defender;<br>**RAISSA CARPENTER,**<br>Hennepin County Public Defender;<br>**SHEREEN ASKALANI,**<br>Judge, 4th District;<br>**DR. JILL ROGSTAD,**<br>Senior Clinical Forensic Psychologist;<br>**DR. ADAM MILZ,**<br>Hennepin County Psychological Services;<br>**DR. KATHERYN CRANBROOK,**<br>Hennepin County Psychological Services;<br>**DR. KRISTEN A. OTTE,**<br>Hennepin County Psychological Services;<br>**MICHAEL K. BROWNE,**<br>Judge, 4th District;<br>**LISA K. JANZEN,**<br>Judge, 4th District;<br>**CAROLINA A. LAMAS,**<br>Judge, 4th District;<br>**JOHN DOES 1–50;**<br>**JANE DOES 1–50,**<br>      Appellees. | |

## I. INTRODUCTION

  Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts derived from a media-term trending analysis Appellant compiled from MediaCloud.org, with contemporaneous PDF prints, CSV tables, and Wayback mirrors, each timestamped and hash-authenticated (including OpenTimestamps proofs with Bitcoin-block verification windows). Judicial notice

is sought to clarify the record's chronology of media usage around specified terms without altering it. See Fed. R. App. P. 10(e), 27.

## II. FACTS FOR JUDICIAL NOTICE

**A. | Data Sources and Authentication**

The exhibit (TTM) consists of MediaCloud U.S.-source term graphs and tabulated counts, accompanied by PDF/CSV outputs and Wayback mirrors; each artifact is hash-stamped and linked to OpenTimestamps proofs that map to a Bitcoin block time window.

The embedded file version includes redundant mirror URLs per page and an automated OTS report used to narrow the timestamp window.

**B. | Representative Terms and Visual Trends**

**1.** "8th circuit court of appeals" (and "eighth circuit court of appeals"): charted ratios and date-stamped tables are provided for the relevant period.

**2.** "civil commitment" and "mental health" + "competency" + "court": graphs and daily percent-of-coverage tables are included.

**3.** "CM/ECF": the exhibit displays a marked rise in coverage during the period shown, with side-by-side MediaCloud and Wayback series.

**4.** Additional series include "frivolous," and "mental health" combined with "gun," "gun violence," "Minnesota," and "shooting," each with graphs and CSV tables.

## III.   LEGAL STANDARD

### A.   |   Judicial Notice on Appeal

A court may notice facts "not subject to reasonable dispute" that are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned, including published datasets and their date-stamped exports. Fed. R. Evid. 201(b), (d).

Appellate courts may notice the existence, dates, and contents apparent on the face of publicly accessible records and compilations to clarify chronology without modifying the record. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

### A.   |   Specific Items for Notice

**1.** That EXHIBIT TTM contains MediaCloud-generated graphs and CSV tables for the listed terms, with matched Wayback captures, each accompanied by hash values and OpenTimestamps proofs linking to a Bitcoin block time window.

**2.** That the exhibit includes, inter alia, series for "8th circuit court of appeals," "civil commitment," "CM/ECF," "frivolous," and combinations of "mental health" with "competency," "court," "gun," "gun violence," "Minnesota," and "shooting," presented as dated ratios of U.S. media coverage.

**3.** That the "CM/ECF" series in EXHIBIT TTM shows a pronounced increase within the displayed timeframe, as reflected in the plotted ratios and tables.

**4.** Notice is sought solely as to the existence, dates, and face-of-record values/plots in the exhibit; no inference of causation is requested.

## V.   RELIEF REQUESTED

**1.**     Grant this Motion for Judicial Notice.

**2.**     Take judicial notice of the discrete facts identified in Section IV to clarify the record's media-usage chronology.

**3.**     Grant such further relief as is just and appropriate.

## VI.   ATTACHED EXHIBITS

**1.     EXHIBIT TTM**

United States Media Trending Terms Analysis (MediaCloud graphs and CSV tables with PDF/Wayback prints; per-page mirror links; hash/OTS proofs showing Bitcoin-block verification windows), including representative terms such as "8th circuit court of appeals," "civil commitment," "CM/ECF," "frivolous," and "mental health" composites.

**Dated:  October 4, 2025**                                        *Respectfully submitted,*

                                                                                     */s/ Matthew D. Guertin*

                                                                                    Matthew David Guertin
                                                                                    ***Appellant Pro Se***
                                                                                    4385 Trenton Ln. N 202
                                                                                    Plymouth, MN  55442
                                                                                    Telephone: 763-221-4540
                                                                                    MattGuertin@protonmail.com
                                                                                    www.MattGuertin.com

## VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF MEDIACLOUD TERM-TREND DATA (EXHIBIT TTM) contains 523 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                                   *Respectfully submitted,*

                                                                           */s/ Matthew D. Guertin*

                                                                          Matthew David Guertin
                                                                          ***Appellant Pro Se***
                                                                          4385 Trenton Ln. N 202
                                                                          Plymouth, MN  55442
                                                                          Telephone: 763-221-4540
                                                                          MattGuertin@protonmail.com
                                                                          www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**                    *Respectfully submitted,*

                                               /s/ Matthew D. Guertin

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com