# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br><br> Appellant, <br><br> v. <br><br> **TIM WALZ,** <br> Governor of Minnesota; <br><br> **KEITH ELLISON,** <br> Minnesota Attorney General; <br><br> **HENNEPIN COUNTY,** <br> a municipal entity; <br><br> **MARY MORIARTY,** <br> Hennepin County Attorney; <br><br> **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; <br><br> **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; <br><br> **KERRY W. MEYER,** <br> Chief Judge, 4th District; <br><br> **BRUCE M. RIVERS,** <br> Private Defense Counsel; <br><br> **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; <br><br> **ALISHA NEHRING,** <br> MN Department of Health Attorney; <br><br> **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; <br><br> **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; <br><br> **SARAH HUDLESTON,** <br> Judge, 4th District; <br><br> **WILLIAM H. KOCH,** <br> Judge, 4th District; <br><br> **JULIA DAYTON-KLEIN,** <br> Judge, 4th District; <br><br> **DANIELLE C. MERCURIO,** <br> Judge, 4th District; <br><br> **GEORGE F. BORER,** <br> Referee, 4th District; | Case No: 25-2476 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **MOTION FOR JUDICIAL NOTICE OF PUBLIC RECORD COMPILATIONS AND OPEN-SOURCE MEDIA MATERIALS (ELEVEN EXHIBITS)** |

| | |
|---|---|
| **LEE CUELLAR,**<br>Judicial Clerk, 4th District;<br>**MAWERDI HAMID,**<br>Assistant Hennepin County Attorney;<br>**JACQUELINE PEREZ,**<br>Assistant Hennepin County Attorney;<br>**EMMETT M. DONNELLY,**<br>Hennepin County Public Defender;<br>**RAISSA CARPENTER,**<br>Hennepin County Public Defender;<br>**SHEREEN ASKALANI,**<br>Judge, 4th District;<br>**DR. JILL ROGSTAD,**<br>Senior Clinical Forensic Psychologist;<br>**DR. ADAM MILZ,**<br>Hennepin County Psychological Services;<br>**DR. KATHERYN CRANBROOK,**<br>Hennepin County Psychological Services;<br>**DR. KRISTEN A. OTTE,**<br>Hennepin County Psychological Services;<br>**MICHAEL K. BROWNE,**<br>Judge, 4th District;<br>**LISA K. JANZEN,**<br>Judge, 4th District;<br>**CAROLINA A. LAMAS,**<br>Judge, 4th District;<br>**JOHN DOES 1–50;**<br>**JANE DOES 1–50,**<br>　　　　　Appellees. | |

## I.   INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts reflected in eleven exhibits comprising public records, dated agency/court materials, published videos and articles, and Appellant's authenticated compilations (hashes, OpenTimestamps proofs, and mirrored sources) concerning technology, media, and third-party interest in Appellant's

work. The facts noticed are limited to the existence, dates, titles, and face-of-record contents described below; they are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Judicial notice is sought solely to clarify chronology and provenance without altering the record. See Fed. R. App. P. 10(e), 27.

## II.   FACTS FOR JUDICIAL NOTICE

### A.  |  LINKEDIN INTEREST LOGS (EXHIBIT LNK)

Appellant compiled date-stamped LinkedIn "who viewed your profile" notices for a dormant, non-promoted profile; native .eml source files were converted to PDFs by script and hash-timestamped (self-authentication under Fed. R. Evid. 902(13)–(14)).

**Representative high-profile lookups include:**

**1.**  04/16/2022 — Inhance Digital (site markets work for U.S. Air Force, Boeing, Microsoft, Booz Allen).

**2.**  04/23/2022 — Gentle Giant Studios (clients include Netflix/Warner/Marvel; Light Stage tech featured).

**3.**  05/21/2022 — UPtv; accompanying background notes describe direct Netflix-adjacent corporate connections.

**4.**  01/21/2023 — Forcepoint, FOX, and 3Gimbals (same calendar day Appellant's criminal charges originated).

**5.**  09/28/2023 — DARPA and Henry Street Settlement; notes reflect public bios tying to U.S. State Department/Obama-era advisory roles.

The exhibit cross-references a previously filed email bundle (Exhibit EML-C) containing the native .eml notices and hash reports.

**B. | LIGHT STAGE 6: TECHNICAL ANALYSES (EXHIBIT LS6-1)**

**1.** Two digital-forensic reports outline objectives, feasibility, and positioning analysis for "Light Stage 6" media, with sections titled "Improbability of Exact Positioning," "Evidence of Deception," and "Support for Fraud Claims."

**2.** The reports present side-by-side frames and narrative headings summarizing findings; notice is sought only as to the reports' existence, dates, and labeled sections.

**C. | PRIOR ATTRIBUTION MATERIALS (EXHIBIT LS6-2)**

**1.** A compilation asserts that facial-capture capabilities credited to Paul Debevec were invented as "MOVA Contour" (Steve Perlman), citing pleadings and media in Rearden LLC v. The Walt Disney Company, 3:17-cv-04006 (N.D. Cal.).

**2.** Representative client lists (Digital Domain, ILM, Marvel, EA, Twentieth Century Fox, Warner Bros.) and press clippings are reproduced; the exhibit notes connections between those entities and separate LinkedIn lookups in Appellant's logs.

**3.** Judicial notice is sought only as to the existence and contents apparent on the face of the compilation (titles, dates, attributions).

**D. | 2006 PAPER COMPILATION (EXHIBIT LS6-3)**

**1.** A packet labeled "Virtual Cinematography: Relighting through Computation" reproduces a 2006 research-paper record with bibliographic details and excerpts.

**E.  |  INVESTIGATION SOURCE INDEX (EXHIBIT LS6-4)**

**1.** A link-rich index of public documents (complaints, trade-press, technical videos, patent listings) related to facial capture/"Light Stage" ecosystems, including: Rearden v. Disney filings; VentureBeat articles; Courthouse News; WSJ/Fox Business segments; SIGGRAPH materials.

**2.** URLs and titles are presented for direct verification; notice is sought only as to existence and dates/titles.

**F.  |  2023 SIGGRAPH VIDEO ANALYSIS (EXHIBIT NFX-1)**

**1.** A May 17, 2023 SF-ACM SIGGRAPH video features Paul Debevec; the analysis packet flags (by timestamp) a "rotating treadmill" depiction and notes undisclosed affiliations in the video description.

**2.** The exhibit includes frame-grabs and headings asserting the video shows AI-generated elements; notice is requested only as to the existence of the analysis, timestamps, and labeled findings.

**G.  |  DIGITAL-FORENSIC REPORT—"NETFLIX FRAUD, ROUND 2" (EXHIBIT NFX-2)**

**1.** A forensic report catalogs sequential-frame grids, pixel striping/artifacts, and creation-date metadata for named MP4s (e.g., LS6RHL FrameScrubbing clips) and YouTube items, with section headings "Technological Discrepancies," "AI/ML in 2006," and "Anomalies in Context."

**2.** The appendix lists contemporaneous evidence folders (e.g., "micro-sd-shared-with-police"), word-clouds, and correspondence (including outreach to a U.S. Senator).

**3.** Notice is sought only as to dates, file names, and labeled observations as they appear on the face of the exhibit.

**H. | OBAMA-RELATED OPEN-SOURCE COMPILATION (EXHIBIT OBM)**

**1.** A media scrapbook aggregates publicly available items: Higher Ground/Netflix announcements; Debevec's 2015 Munich SIGGRAPH talk with "Presidential scanning" references; USC-ICT pages showing U.S. Army/USC Viterbi affiliations; USC Shoah Foundation press; Emmy coverage for Netflix narration; photographs of Debevec with Barack Obama; and additional Light-Stage/Netflix mentions.

**2.** The packet cites YouTube links and article screenshots with dates; judicial notice sought for existence/dates of the materials only.

**I. | USC SHOAH FOUNDATION ARTICLES (EXHIBIT SFI)**

**1.** A dated index of Shoah Foundation articles (2013–2013 ranges shown in the summary) concerning education initiatives, screenings, honors, and organizational announcements, with titles and months.

**J. | USC-ICT / LIGHT STAGE ARTICLES (EXHIBIT USC)**

**1.** A curated list of articles and notices referencing "New Dimensions in Testimony," museum deployments, DHS hosting, World Economic Forum (Davos) showcases, and VR/AR awards and credits, each with date/title lines and notes (e.g., "Vimeo Vid Missing").

**2.** Notice sought for the existence and dates/titles reflected in the index.

**K. | YOUTUBE BACK-DATED ACCOUNT CLAIMS—COMPILATION (EXHIBIT YTB AND SUB-EXHIBITS YTB-1 TO YTB-4)**

**1.** **YTB (overview)**

The compilation asserts that certain channels/videos present recently created files with earlier "upload date" displays; notice is sought as to the existence of the compilation and its tabulated metadata comparisons.

2. **YTB-1**

   Multi-source screen recordings of live downloads (12/18/2023, 12/19/2023, 12/23/2023), corresponding metadata PDFs, and a later note that one CNN/Morgan Spurlock video became unavailable; includes a mirror (Rumble) pointer and video-ID tables.

3. **YTB-2**

   Analysis of Visual Effects Society (four-part 2015 conference) and OTOY videos, listing "YouTube Upload Date" versus "Google Inc. Creation Date" (e.g., 11/24/2015 vs. 11/13/2023; 5/18/2013 vs. 07/07/2023; claimed July 2016 vs. 07/23/2023).

4. **YTB-3**

   USC-ICT/U.S. Army-related videos with displayed "Upload Date" and a later "Creation Date" line (e.g., 08/14/2014 vs. 07/18/2023; 04/18/2013 vs. 04/11/2022; 02/15/2013 vs. 01/10/2023).

5. **YTB-4**

   PhotoRobot.com media analysis packet with police report references (Minnetonka PD #23-000151), folders shared with FBI/FTC (May 3, 2023), and catalogs/brochures; tables list titles, dates, and sources.

### III. LEGAL STANDARD

**A. | Judicial Notice on Appeal**

The Court may take notice of facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned—e.g., publicly available agency/court records, dated media records, and face-of-record metadata tables. Fed. R. Evid. 201(b), (d).

On appeal, judicial notice may be used to clarify chronology and provenance of materials without altering the underlying content. See Fed. R. App. P. 10(e), 27.

## IV.   REQUEST FOR JUDICIAL NOTICE

**A.   |   Specific Items for Notice**

**1.**   The existence, dates, and face-of-record contents of Appellant's LinkedIn view logs and the representative entities listed in EXHIBIT LNK, as derived from native .eml notices converted to PDF and hash-timestamped.

**2.**   The existence and labeled sections of technical/forensic packets regarding "Light Stage 6" media (EXHIBITS LS6-1 through LS6-4), including the bibliographic details and link indices.

**3.**   The existence and timestamps/frame-grabs described in the 2023 SIGGRAPH video analysis and the "Netflix Fraud, Round 2" forensic report (EXHIBITS NFX-1, NFX-2), including the named media files and tabulated metadata.

**4.**   The existence, dates, and titles of publicly available materials compiled in EXHIBIT OBM, EXHIBIT SFI, and EXHIBIT USC.

**5.**   The existence of the YouTube metadata compilations and comparative tables in EXHIBIT YTB and sub-exhibits YTB-1 to YTB-4 (including the paired "Upload Date" and "Creation Date" fields and live-capture logs).

**6.**   Notice is sought solely as to existence, dates, titles, and face-of-record values/labels; no merits determinations, causation findings, or credibility assessments are requested.

## V. RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice.

**2.** Take judicial notice of the discrete facts identified in Section IV to clarify chronology and provenance in the appellate record.

**3.** Grant such further relief as is just and appropriate.

## VI. ATTACHED EXHIBITS

**1.** **EXHIBIT LNK**

LinkedIn view logs and background notes; native .eml notices converted by script; hash/OTS proofs.

**2.** **EXHIBIT LS6-1**

"Light Stage 6" digital-forensic analyses (Reports 1–2: objectives, feasibility, positioning; labeled findings).

**3.** **EXHIBIT LS6-2**

Attribution compilation (MOVA/Perlman; Rearden v. Disney excerpts; client lists; press clippings).

**4.** **EXHIBIT LS6-3**

2006 paper packet ("Virtual Cinematography: Relighting through Computation") with bibliographic details.

**5.** **EXHIBIT LS6-4**

Appellant's investigation source index with URLs to pleadings, trade press, and technical media.

**6.** **EXHIBIT NFX-1**

Analysis of May 17, 2023 SIGGRAPH video (timestamps; "rotating treadmill" references; frame-grabs).

**7. EXHIBIT NFX-2**

Digital-forensic report (sequential-frame grids; pixel/striping artifacts; file/creation metadata; correspondence logs).

**8. EXHIBIT OBM**

Open-source compilation (Higher Ground/Netflix items; USC-ICT/Army materials; Shoah Foundation press; photographs).

**9. EXHIBIT SFI**

USC Shoah Foundation article index (titles/dates).

**10. EXHIBIT USC**

USC-ICT/"New Dimensions in Testimony" article index (deployments/hosts/awards; Davos references).

**11. EXHIBIT YTB (and YTB-1 to YTB-4)**

YouTube metadata/live-capture compilations showing paired "Upload Date" vs. "Creation Date," channel/account notes, and mirrors.

**Dated: October 4, 2025**   *Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

## VII.  CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF PUBLIC RECORD COMPILATIONS AND OPEN-SOURCE MEDIA MATERIALS (ELEVEN EXHIBITS) contains 1,417 words, excluding the parts of the motion exempted by Fed. R. App. P.  32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**                               *Respectfully submitted,*

                                                 */s/ Matthew D. Guertin*

                                                 Matthew David Guertin
                                                 ***Appellant Pro Se***
                                                 4385 Trenton Ln. N 202
                                                 Plymouth, MN  55442
                                                 Telephone: 763-221-4540
                                                 MattGuertin@protonmail.com
                                                 www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**                    *Respectfully submitted,*

                                               */s/ Matthew D. Guertin*

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com