# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br><br>          Appellant, <br><br>   v. <br><br> **TIM WALZ,** <br>Governor of Minnesota; <br><br> **KEITH ELLISON,** <br>Minnesota Attorney General; <br><br> **HENNEPIN COUNTY,** <br>a municipal entity; <br><br> **MARY MORIARTY,** <br>Hennepin County Attorney; <br><br> **JUDITH COLE,** <br>Sr. Assistant Hennepin County Attorney; <br><br> **MICHAEL BERGER,** <br>Chief Public Defender, Hennepin County; <br><br> **KERRY W. MEYER,** <br>Chief Judge, 4th District; <br><br> **BRUCE M. RIVERS,** <br>Private Defense Counsel; <br><br> **CHELA GUZMAN-WIEGERT,** <br>Assistant County Administrator; <br><br> **ALISHA NEHRING,** <br>MN Department of Health Attorney; <br><br> **HILARY CALIGIURI,** <br>Presiding Criminal Judge, 4th District; <br><br> **TODD FELLMAN,** <br>Presiding Juvenile Judge, 4th District; <br><br> **SARAH HUDLESTON,** <br>Judge, 4th District; <br><br> **WILLIAM H. KOCH,** <br>Judge, 4th District; <br><br> **JULIA DAYTON-KLEIN,** <br>Judge, 4th District; <br><br> **DANIELLE C. MERCURIO,** <br>Judge, 4th District; <br><br> **GEORGE F. BORER,** <br>Referee, 4th District; | Case No: 25-2476 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **EXHIBIT LIST** |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
           Appellees.

## I.  EXHIBITS ATTACHED TO THIS FILING

   **1.**    **EXHIBIT LNK**

       LinkedIn view logs and background notes; native .eml notices converted by script; hash/OTS proofs.

2.  **EXHIBIT LS6-1**

    "Light Stage 6" digital-forensic analyses (Reports 1–2: objectives, feasibility, positioning; labeled findings).

3.  **EXHIBIT LS6-2**

    Attribution compilation (MOVA/Perlman; Rearden v. Disney excerpts; client lists; press clippings).

4.  **EXHIBIT LS6-3**

    2006 paper packet ("Virtual Cinematography: Relighting through Computation") with bibliographic details.

5.  **EXHIBIT LS6-4**

    Appellant's investigation source index with URLs to pleadings, trade press, and technical media.

6.  **EXHIBIT NFX-1**

    Analysis of May 17, 2023 SIGGRAPH video (timestamps; "rotating treadmill" references; frame-grabs).

7.  **EXHIBIT NFX-2**

    Digital-forensic report (sequential-frame grids; pixel/striping artifacts; file/creation metadata; correspondence logs).

8.  **EXHIBIT OBM**

    Open-source compilation (Higher Ground/Netflix items; USC-ICT/Army materials; Shoah Foundation press; photographs).

9.  **EXHIBIT SFI**

    USC Shoah Foundation article index (titles/dates).

10. **EXHIBIT USC**

    USC-ICT/"New Dimensions in Testimony" article index (deployments/hosts/awards; Davos references).

11. **EXHIBIT YTB (and YTB-1 to YTB-4)**

    YouTube metadata/live-capture compilations showing paired "Upload Date" vs. "Creation Date," channel/account notes, and mirrors.

**Dated: Octber 4, 2025**                                   *Respectfully submitted,*

                                                                        */s/ Matthew D. Guertin*

                                                                          Matthew David Guertin
                                                                          ***Appellant Pro Se***
                                                                          4385 Trenton Ln. N 202
                                                                          Plymouth, MN  55442
                                                                          Telephone: 763-221-4540
                                                                          MattGuertin@protonmail.com
                                                                          www.MattGuertin.com

## II.   CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                                    *Respectfully submitted,*

                                          */s/ Matthew D. Guertin*

                                        Matthew David Guertin
                                        ***Appellant Pro Se***
                                        4385 Trenton Ln. N 202
                                        Plymouth, MN  55442
                                        Telephone: 763-221-4540
                                        MattGuertin@protonmail.com
                                        www.MattGuertin.com