# EXHIBIT LNK

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 69 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# 4/16/22 - 'Inhance Digital' conducts a search for Guertin's LinkedIn page

## Clients include the US Air Force, Boeing, Microsoft, and Booze Allen

———————————————————————————————

*"In collaboration with the U.S. Air Force Research Labs (ARFL), Booz Allen, Microsoft and Inhance designed and programmed an MRO AR application running on HoloLens AR headset. A maintainer is trained via step-by-step instructions on repairing an aileron actuator on the F-15C aircraft. Augmented holographic instructions are overlaid on real (and virtual 3D) parts."*



https://www.inhance.com/case-studies/air-force-research-labs-aircraft-mro-ar-usaf-pnh2g

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 70 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



[MattGuertin.Substack.com/p/inhance-digital-search-me](MattGuertin.Substack.com/p/inhance-digital-search-me)

Exhibit N | Index 02 | p. 2

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 2**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 71 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# 4/23/22 – 'Gentle Giant Studios' conducts a search for Guertin's LinkedIn page

Clients include Netflix, Warner Brothers, and Marvel. Paul Debevec's claimed Light Stage technology is prominently featured on the site, and there are indirect connection to Stephan Trohansky through film projects



https://www.gentlegiantstudios.com/about-us/our-ethos/

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 72 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

# Virtual Production -





https://www.gentlegiantstudios.com/blog/

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 73 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Shows Stepahn Trojansky and Paul Debevec (claims to..)* have worked on -



*Paul Debevec is now a proven liar so we can't really be sure of anything he 'claims' to have done anymore - hence the asterisk *

https://www.gentlegiantstudios.com/about-us/our-history/

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 74 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



'Gravity' with Sandra Bullock and George Clooney - (Debevec) and Netflix client logo

https://www.gentlegiantstudios.com/services/3d-scanning-services/vfx-costume-capture/

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 6**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf

SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7

Page: 75 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



CASE 0:24-cv-02646-JRT-DLM    Doc. 21    Filed 07/12/24    Page 75 of 199

MattGuertin.Substack.com/p/gentle-giant-studios-search-me

Exhibit N | Index 02 | p. 7

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 76 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# 5/21/22 – 'UPtv' conducts a search for Guertin's LinkedIn page

## Alan J. Sokol, Tom Daschle, Leo Hindery, InterMedia Partners, Hemisphere Media Group, Pantaya, Netflix, Obama, etc...

### Alan J. Sokol-

Currently, Alan J. Sokol is President, Chief Executive Officer & Director at
Hemisphere Media Group, Inc. and Senior Partner at InterMedia Advisors LLC.
He is also on the board of 8 other companies.



Alan J Sokol Schwab Video – has a Netflix Mention

https://schwabnetwork.com/video/hemisphere-media-ceo-alan-sokol-on-buying
-pantaya-record-4q21-ad-revenue

**Url 1:** link.storjshare.io/raw/julgupaxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 77 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Headquarters:

48th floor on the Chrysler Building
New York, New York
United States

## Key people:

Tom Daschle,
Alan Sokol

## Website:

www.intermediaadvisors.com

https://en.wikipedia.org/wiki/InterMedia_Partners

# Tom Daschle-

is an American politician and lobbyist who represented South Dakota in the United States Senate from 1987 to 2005. A member of the Democratic Party, he led the Senate Democratic Caucus during the final ten years of his tenure, during which time he served as Senate Minority Leader and Majority Leader.

After leaving the *United States Air Force*, he was elected to the United States House of Representatives in 1978 and served four terms. In 1986, he was elected to the U.S. Senate, becoming Minority Leader in 1995 and Majority Leader in 2001, becoming the highest-ranking elected official in South Dakota history.

**During the 2008 presidential campaign, Daschle served as a key advisor to Obama and one of the national co-chairs for Obama's campaign.**[52] On June 3, 2008, Obama lost to Hillary Clinton in the Democratic primary in Daschle's home state of South Dakota, although that night Obama clinched his party's nomination anyway.

## Obama administration nomination

On November 19, 2008, the press reported that Daschle had accepted Obama's offer to be nominated for Health and Human Services Secretary. His selection was announced at a news conference with Obama on December 11, 2008.[2]

Exhibit N | Index 02 | p. 9

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

EXHIBIT LNK | p. 9

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 78 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## Personal life

*Daschle has been married to Linda Hall*, who was <u>Miss Kansas</u> in 1976, since 1984, one year after his marriage to his first wife, <u>Laurie</u>, later <u>U.S. Ambassador to Denmark</u>, ended in divorce.[76]

Hall was acting administrator of the <u>Federal Aviation Administration</u> in the Clinton administration; *she is now a Washington <u>lobbyist</u>. Her lobbying clients have included American Airlines, Lockheed Martin, and Boeing*. Senate lobbying records show.[32][33]

**https://en.wikipedia.org/wiki/Tom_Daschle**

## Early life and education-

Daschle was born in <u>Aberdeen</u>, South Dakota, the son of Elizabeth B. (née Meier) and Sebastian C. Daschle, both of German descent. His paternal grandparents were <u>Volga Germans</u>.[5] He grew up in a working-class Roman Catholic family, the eldest of four brothers.[Note 1][7]

He attended <u>Central High School</u> in Aberdeen before becoming the first person in his family to graduate from college when he earned a <u>B.A.</u> from the <u>Department of Political Science</u> at <u>South Dakota State University</u> in 1969.[8] While attending South Dakota State University, Daschle became a brother of <u>Alpha Phi Omega</u>. From 1969 to 1972, *Daschle served in the United States Air Force as an intelligence officer with the Strategic Air Command*.[9]

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 79 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



MattGuertin.Substack.com/p/up-tv-search-me

Exhibit N | Index 02 | p. 11

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 11**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 80 of 199      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

# 6/4/22 – 'Ottawa Hospital, University, and Realize Medical' conduct a search for Guertin's LinkedIn page

University of Ottawa, The Ottawa Hospital, Realize Medical Inc.



Elucis is a powerful FDA cleared XR platform that lets you easily segment images, collaborate with multiple remote colleagues, and plan procedures all within virtual reality.

Try it now

https://www.realizemed.com/

Exhibit N | Index 02 | p. 12

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 12**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 81 of 199      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

### Do it all with Elucis

Not only do people tell us that Elucis is the most advanced mixed reality product out there, it'... also a complete and comprehensive 3D image processing and modeling platform. Fulfill all of your end-to-end 3D planning needs in our powerful and easy to use platform.


Unlimited image import


Virtual reality


Desktop interaction


Image processing


Segmentation and planning


4D Modeling


Import / Export


Multi-user collaboration



What people are saying about Elucis

*"Elucis addresses the key roadblock in easy use of 3D datasets for congenital heart disease: image segmentation. By using intuitive, 3D tools to generate 3D anatomy, it will be far simpler and easier to plan personalized approaches for each patient. Elucis also opens the door to further data analysis in 3D!"*

Dr. Aashoo Tandon
*Pediatric Cardiologist, Director of Cardiovascular Innovation, and Associate Staff at Cleveland Clinic Children's*

https://www.realizemed.com/about/

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf

SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7

Page: 82 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 21   Filed 07/12/24   Page 82 of 199

```
content%2B__latest__/f/%2Femail-assets-
frontend%2Fimages%2Femail%2Fmercado%2Ficons%2Fghost_phoenix_company_blue_144x144_v1.png"
style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td
style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;padding-right:4px;"> <img alt="University of Ottawa" border="0" height="48" width="48"
src="https://media-exp1.licdn.com/dms/image/C4D0BAQFSLFXkFWUVDQ/company-logo_200_200/0/1643647478678?
e=1662595200&amp;v=beta&amp;t=FhaqKN-EcpZHiYozIeSBFKaDj3Nfq0cit20iasT38o4" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;">
<img alt="The Ottawa Hospital" border="0" height="48" width="48" src="https://media-
exp1.licdn.com/dms/image/C560BAQExhNDFbbw0Hw/company-logo_200_200/0/1630676649217?
e=1662595200&amp;v=beta&amp;t=1WppOvorDHBy5ZI_HyNHlSDuH_KpKOr6aZJGzXCNNHo" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;">
```

```
src="https://media-exp1.licdn.com/dms/image/C4D0BAQGjl21bW_Uf1Q/company-logo_200_200/0/1519894042704?
e=1662595200&amp;v=beta&amp;t=ltOpucWDdX4s4CxsAE1Kg8Kxu4zBK4up20SjsGxsyO4" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;">
<img alt="Realize Medical Inc." border="0" height="48" width="48" src="https://media-
exp1.licdn.com/dms/image/C4E0BAQEisodDcLhdFQ/company-logo_200_200/0/1651777446969?
e=1662595200&amp;v=beta&amp;t=jJiqcVrhWI6Og5wk9G-hxmznXC4mmd-pLtMTk5zvOkk" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </tbody> </table></td>
</tr> </tbody> </table></td> </tr> <tr> <td align="center" style="padding-
top:16px;color:rgba(0,0,0,0.9);-webkit-text-size-adjust:100%;mso-table-rspace:0pt;font-weight:400;mso-
table-lspace:0pt;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-align:center;">
<span>You were found by people from these companies</span></td> </tr> <tr> <td align="center"
```

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 83 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**You appeared in 7 searches this week**

| From | LinkedIn <notifications-noreply@linkedin.com> |
| To | matt███████████████████████████ |
| Date | Saturday, June 4th, 2022 at 12:52 PM |

You appeared in 7 searches this week

You were found by people from these companies

See all **searches**

People are reacting to Antoine Martel's post featuring the hashtag #diversityandinclusion
26 Reactions · 4 Comments

Never miss an update with LinkedIn app

**Download the app**

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

MattGuertin.Substack.com/p/ottawa-hospital-university-realize-search-me

**Exhibit N | Index 02 | p. 15**

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 84 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# 1/21/23 – 'Forcepoint, FOX, and 3Gimbals' conduct a search for Guertin's LinkedIn page

"We provide intelligence, investigations, and information solutions for statecraft, national security, and law enforcement missions."

---



https://www.forcepoint.com/

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf

SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7

Page: 85 of 199         [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

```
48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td
class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-
text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display:
inline-block; width: 48px; padding-left: 8px;" width="48"> <a
href="https://www.linkedin.com/comm/company/forcepoint?
lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%
3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-
organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-
0-organization_logo-null-5kegzu-ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img
class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block"
src="https://media.licdn.com/dms/image/C4E0BAQF5cblwopViuQ/company-logo_100_100/0/1578841978415?
e=2147483647&amp;v=beta&amp;t=jDbvPFjkTrpy0VSYpBINPOYryUGX1AsZi_NNQ6OrckI" alt="Forcepoint"
style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height:
48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a>
</td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;
```

# Guided by recognized experts

The Executive Advisory Board (EAB) of
Forcepoint Global Governments and
Critical Infrastructure (G2CI) provides our
leadership with objective guidance.
Advisors' expertise spans all facets of the
United States government relating to
civilian, defense and intelligence
agencies.


**Marianne Bailey**
NSA, DoD


**Robert Bigman**
CIA


**Major General Joseph Brendler (Retired)**
USCYBERCOM


**Deborah Diaz**
NASA, DHS, U.S. PTO, GSA


**Rear Admiral William Leigher (Retired)**
DoD, U.S. Navy


**Richard Schaeffer**
NSA, DoD


**Barry West**
DHS, FDIC, PBGC, DOC, FEMA, NWS, GSA


**Chris Williams**
DoD

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 86 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# A proven leader in defense-grade security

Forcepoint experts consistently pioneer new standards, develop distinct products and adapt to rapidly changing threats and advances.

Our human-centric approach is ideally suited to the complexities of government objectives and culture, helping us earn the trust of national security professionals at every level.

Forcepoint technology is built from the ground up to meet four essential needs:

**BROCHURE**
**Forcepoint Global Governments**

## Access anywhere

Securely access mission critical data and business processes in the office, in the field or in the cloud

## End-to-end visibility and control

Protect data everywhere it resides and moves across the enterprise, wherever your people work

## Advanced analytics

Rapidly transform information from across the network into accurate insights to inform the right actions

## Adaptive security

Stay ahead of evolving threats and prevent data loss in high-risk instances with behavioral-driven risk identification and real-time enforcement

## 3GIMBALS

**accelerates innovation to solve the most formidable challenges for a safer future.**

We provide intelligence, investigations, and information solutions for statecraft, national security, and law enforcement missions. Our team transforms the latest data, tools, and technology into operational capability faster than anyone else. 3GIMBALS is delivering the future, today.

"Asking better questions and adopting new technologies to support intelligence gathering and operations"

https://3gimbals.com/

Exhibit N | Index 02 | p. 18

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

EXHIBIT LNK | p. 18

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 87 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

```
10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration:
none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-
size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6
!block" src="https://media.licdn.com/dms/image/C4D0BAQHVY9bC1pkzRg/company-
logo_100_100/0/1635715256264?e=2147483647&amp;v=beta&amp;t=23S28f35upNMGGWtjo-
zwJtQbVMs5dnRxtUOUfvcFF0" alt="3GIMBALS" style="outline: none; text-decoration: none; -ms-
interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df;
display: block !important;" width="48" height="48"> </a></td> </tr> </tbody> </table> </td> </tr>
<tr> <td class="pt-2 text-md leading-regular text-center" style="-webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt;
mso-table-rspace: 0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;">
You were found by people from these companies </td> </tr> <tr> <td class="pt-2 text-center" style="-
```

Leaders need to turn new tools, data and research into operational capability, quickly.

3GIMBALS is home to the leading technologists, analysts, data scientists, change management experts, and communicators who bring transformational insights to the mission every day.

Our team transforms the latest data, tools, and technology into operational capability faster than anyone else.

## How We Serve Our Clients

3GIMBALS is a leading analytic services firm serving Federal government and the military. We have led our partners through the commercial geospatial revolution, and continue to accelerate innovation adoption to create disruptive capabilities for real-world missions. Our method is simple: collaborate, assess, integrate, communicate.

3GIMBALS helps leaders unlock the potential of the commercial marketplace, creating one-of-a-kind solutions to the world's hardest challenges. Our work includes: assessing the commercial marketplace to identify the best technology for today's national security missions; testing new approaches to fusing information resulting in practical application for government partners; engineering data science solutions and building disruptive capabilities; accelerating technology adoption through change management; and providing national security partners immersive training experiences to revolutionize national security.

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 88 of 199      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## What Makes Us Unique

3GIMBALS has deep experience and expertise within defense, intelligence and law enforcement missions. Our analysts partner directly with you to tailor solutions using the best mix of tools and data for the mission. We acquire and build open-source tools and datasets to quickly and flexibly deploy to public or private cloud environments. Our expertise in big data cannot be replicated using traditional analytics and data tech because our method of flexibly deploying commercially available open-source tools allows us to customize to a mission every time. We are driven by real-time requirements and urgent mission sets. 3GIMBALS employees are TS-SCI-cleared military veterans, civil servants and PhDs who are obsessed with the mission.

https://3gimbals.com/about

**"This is one of the best unclassified products I have seen in years. This product could not have been received any better by the SC Military Deputy Commander and General Officers who took the briefing today."**

Our solutions not only promise technological leaps to ensure overmatch, we promise large-scale transformation to ensure that those better, disruptive technologies make it to the field. Our team knows what it takes to implement innovation and guarantee its adoption.

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 20**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 89 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

# Missions That Matter

OMEN™ illuminates a multitude of high-stakes missions.

- Global Chinese and Russian Influence
- Combat Operations
- Sanctions Evasion
- Illicit and Corrupt Networks
- Narcotics Trafficking and Opioids
- Illegal, Unreported, and Unregulated (IUU) Fishing
- Space and Satellite Ground Activities
- Force Protection
- Cartel Activity
- Natural Resources
- Critical Infrastructure
- Public Affairs Operations
- Maritime Domain Awareness
- Influence Operations
- Mass Migration
- Facilities and Entities of Interest
- Human Assistance and Disaster Response (HA/DR)
- Nuclear Threats
- Space/Satellite Ground Activities
- Force Protection
- Foreign and Extremist Manipulation
- Social Unrest & Resilience
- Non-State Actors and State Actors
- National Fragility Monitoring

https://3gimbals.com/omen

Exhibit N | Index 02 | p. 21

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 21**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 90 of 199     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

**You appeared in 6 searches this week**

| | |
|---|---|
| From | LinkedIn <notifications-noreply@linkedin.com> |
| To | matt█████████████████████ |
| Date | Saturday, January 21st, 2023 at 3:52 PM |



**You appeared in 6 searches this week**

  

You were found by people from these companies

See all **searches**

**Never miss an update with the LinkedIn app**

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

MattGuertin.Substack.com/p/forcepoint-fox-3gimbals-search-me

**Exhibit N | Index 02 | p. 22**

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 22**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 91 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# 9/28/23 – 'DARPA and Henry Street Settlement' conduct a search for Guertin's LinkedIn page

DARPA searches a 2nd time and a direct connection to the US State Department through Henry Street Settlement

---

## Jeremy Reiss, Executive Vice President Partnerships and Innovation

A Henry Street team member for more than a decade, Jeremy drives program innovation and start-up, institutional fundraising, *government relations* and advocacy, and agency partnerships. Throughout his 25+ year career, he has worked as a *community organizer*, program evaluator, *legislative* and policy director, labor and climate advocate, public opinion pollster, and program practitioner.

**Jeremy served on the Urban Policy and Labor/Employment Advisory Committees for *President Obama's* 2008 election campaign.**

A graduate of Wesleyan University, he also has an MSc in social policy and planning from the London School of Economics. Jeremy serves on the board of the Lester Fund and the Consortium for Worker Education.

**He is serving a three-year term as a Fulbright Specialist with the *U.S. Department of State***

[ State Department Searches Me ]

and is a member of the Robert Sterling Clark Foundation's Sterling Network. Jeremy chairs Henry Street's Health & Wellness and Disability Inclusion Committees. He is a competitive marathon runner and pace team leader who resides in Brooklyn with his husband of 20 years and their two rescue dogs.

https://www.henrystreet.org/about/staff-leadership

Exhibit N | Index 02 | p. 23

**Url 1:** link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
**Url 4:** drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

EXHIBIT LNK | p. 24

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf

SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7

Page: 92 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

*DARPA is independent of other military research and development and reports directly to senior Department of Defense management.*

DARPA comprises approximately 220 government employees in six technical offices, including nearly 100 program managers, who together oversee about 250 research and development programs.[7]

The name of the organization first changed from its founding name, ARPA, to DARPA, in March 1972, changing back to ARPA in February 1993, then reverted to DARPA in March 1996.[8]

The agency's current director, appointed in March 2021, is Stefanie Tompkins.[9]

## Mission

**As of 2021, their mission statement is "to make pivotal investments in breakthrough technologies for national security".[10]**

```
text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:
48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/henry-street-
settlement?
lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BGa7skNtNTwCDMvXKCOOP8Q%3
D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37AOnpZqX1iGY1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-
organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo-null-5kegzu~ln38jtpa~hx-null-null&amp;eid=5kegzu-ln38jtpa-
hx&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxYmVlYjQ4NmNjZDA0MTlmYWY4ZTYxNzljNjAyNjY0YjUyNWRmNW
Y1ZDVkZmI0NjNiNmNhZDc3MGZlZjVhODM2MzJmM2Q5MGJlZDQ1NDM1NjA1YTE1MmNjMWVlZiwxLDE%3D" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-
ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQFcryfMfcLwAw/company-
logo_100_100/0/1670345721499?
e=2147483647&amp;v=beta&amp;t=eJGJtgx5oPEEB_ms4RZF06Feh2T44ZvgtIMif9RllIc" alt="Henry Street
Settlement" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position:
relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48"
height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:
48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/darpa?
lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BGa7skNtNTwCDMvXKCOOP8Q%3
D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37AOnpZqX1iGY1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-
organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo-null-5kegzu~ln38jtpa~hx-null-null&amp;eid=5kegzu-ln38jtpa-
hx&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxYmVlYjQ4NmNjZDA0MTlmYWY4ZTYxNzljNjAyNjY0YjUyNWRmNW
Y1ZDVkZmI0NjNiNmNhZDc3MGZlZjVhODM2MzJmM2Q5MGJlZDQ1NDM1NjA1YTE1MmNjMWVlZiwxLDE%3D" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-
ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C510BAQEMj6rQTBUU9Q/company-
logo_100_100/0/1519856978407?
e=2147483647&amp;v=beta&amp;t=E3JACP2yC7EmcMmBpfHa4Jy79cgK8m1VIgb7MH66ac4" alt="Defense Advanced
Research Projects Agency (DARPA)" style="outline: none; text-decoration: none; -ms-interpolation-mode:
bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block
```

Exhibit N | Index 02 | p. 24

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe

**EXHIBIT LNK | p. 24**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

---

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 93 of 199      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

## You appeared in 6 searches

| From | LinkedIn <notifications-noreply@linkedin.com> |
|------|----------------------------------------------|
| To | matt█████████████████████ |
| Date | Thursday, September 28th, 2023 at 8:53 AM |

 

## You appeared in 6 searches this week

  

You were found by people from these companies

( See all searches )

## Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

**Linkedin**

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

---

MattGuertin.Substack.com/p/2nd-darpa-and-henry-street-search-me

Url 1: link.storjshare.io/raw/julguapxhqv5quc67ef36kfjhfwa/file/EXHIBIT LNK_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/86f17f37-f748-4821-86fd-8b60620f2251.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/963cd76c-2e21-43cf-bc02-468898c92fe7.pdf
Url 4: drive.proton.me/urls/BBH264EBG0#IgxPRlDliGSe