# EXHIBIT LS6-2

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin's Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 16 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# Paul Debevec's Claimed Facial Scanning Technology Was Actually Invented By Steve Perlman
## It is actually called 'MOVA Contour'

Paul Debevec isn't actually the inventor of the the 3D face scanning technology he is portraying himself as having created.

Just browse over to this page and check out how many of the links arrive at dead ends and see if it helps you to understand what is currently taking place….

https://www.mova.com/press.php



https://vimeo.com/424337703

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 17 of 89          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### Pressing the 'Benjamin Button'

When making Benjamin Button, director David Fincher wanted to create a realistic version of lead star Brad Pitt both old and young. While makeup and prosthetics would traditionally be used, the director thought this approach would not give the character the qualities he wanted.

He turned to Digital Domain, which in turn looked to computer effects work from Paul Debevec, a research adjunct professor at the University of Southern California's (USC) Institute for Creative Technologies (ICT), who today also works as a chief researcher at Netflix's Eyeline Studios.

https://venturebeat.com/ai/hollywoods-strike-battle-over-ai-and-3d-scanning-has-been-decades-in-the-making/



"Contour is a breakthrough technology for digital effects production."
—Ed Ulbrich, Senior Vice President and Executive Producer, Digital Domain

"I thought we should try a more advanced light stage approach where we're actually going to give you post production control of the viewpoint it was shot from, and the lighting that was on the actor. You shoot high speed cameras and rapidly change the light from one lighting condition to the next, and the next, and the next, then you have enough information from all these different lighting conditions, at every twenty fourth of a second, that you can compute an image of the face lit by completely different light after the fact. You can actually render out a different view of the face from a novel position."

~ Paul Debevec

https://www.motionpictures.org/2013/10/uscs-paul-debevecs-role-in-the-matrix-avatar-gravity-more/



"Contour...opens up so many possibilities for both two- and three-dimensional image makers and storytellers."
—David Fincher, Director of Panic Room, Fight Club, The Game, Se7en, Alien³ and Zodiac

Exhibit M | Index 02 | p. 2

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 2**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 18 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# Some of Mova's past clients:

- Digital Domain

- Electronic Arts

- Industrial Light & Magic

- Marvel Studios

- Twentieth Century Fox

- Warner Brothers



<span style="color:red">Exhibit M | Index 02 | p. 3</span>

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

<span style="color:red">**EXHIBIT LS6-2 | p. 3**</span>

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 19 of 89        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



https://www.mova.com/pdf/Hollywood_Rep_advances_sigg.pdf
https://matt1up.substack.com/api/v1/file/40eb3592-775e-4f14-89f3-cc3335e7f44f.pdf

**Exhibit M | Index 02 | p. 4**

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 4**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 20 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





\*\*\*FOR IMMEDIATE RELEASE\*\*\*

\*\*\*IMAGES AVAILABLE\*\*\*

### Mova® And Gentle Giant Studios
### Show First-Ever Moving 3-D Sculpture
### Of Live-Action Performance

*3-D Zoetrope on Display at SIGGRAPH 2007 Brings to Life*
*Physical Sculpture of Speaking Face*

(Aug. 6, 2007 – SAN DIEGO -- SIGGRAPH)  Performance capture studio Mova and Gentle Giant Studios are unveiling a unique 3-D Zoetrope that uses persistence of motion to bring to life a series of 3-D models of an actor's face captured live by Mova's Contour Reality Capture System in booth 1229 at SIGGRAPH in San Diego this week.

Two-dimensional Zoetropes, a precursor to motion picture technology, have been around since the 1800's, and recently 3-D Zoetropes have shown animated characters in motion, but this 3-D Zoetrope is the first to show a live-action, natural 3-D surface in motion. The resulting effect is a physical sculpture of a speaking human face that comes to life with perfect motion, faithful to the original actor's performance down to a fraction of a millimeter.

"Just as the 2-D Zoetrope offered a glimpse of the coming future of full-length 2-D movies, in our lifetimes we'll be seeing not only 3-D live-action movies, but 3-D interactive experiences that look as physically real as this 3-D Zoetrope," said Steve Perlman, founder and president of San Francisco-based Mova. "Contour Reality Capture will eliminate the restriction of a single camera viewpoint, allowing us to freely move around and into a live action scene, while still maintaining complete photorealism."

"The 3-D Zoetrope is an example of capturing a live performance, digitizing it and then returning it to the physical form to create a type of real-time, stop motion animation," said Brian Sunderlin, vice president of operations of Gentle Giant Studios in Burbank, California. "Gentle Giant Studios provides an integral component to visual effects creation for feature film via 3-D scanning of actors. Combined with the revolutionary

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 21 of 89          [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 21 of 89

3-D ZOETROPE DEBUTS AT SIGGRAPH/Page 2.

process that is the Mova Contour Reality Capture System, we envision a seamless integration of true, motivated performances that will wow audiences worldwide."

The Zoetrope on display at SIGGRAPH consists of thirty 3-D models of a face in motion. The models spin on a wheel and a strobe light illuminates each as it passed by a viewing window, much as still frames projected intermittently are perceived as a moving image. To the viewer, it looks like one 3-D face in continuous motion.

Mova used the Contour Reality Capture System to capture the live performance of an actor using an array of cameras with shutters synchronized to lights flashing over 90 times per second, beyond the threshold of human perception.

The glow from phosphorescent ("glow in the dark") makeup sponged onto the actor is captured by the camera array. Triangulation and frame-by-frame tracking of the 3-D geometry is then used to produce over 100,000 polygons to create a 3-D face, to an accuracy of a fraction of a millimeter.

Gentle Giant Studios used the captured 3-D surface geometry and formed 30 individual models with the help of a 3-D stereolithography printer, which creates the models layer-by-layer using a plastic resin. Gentle Giant designed and fabricated the actual Zoetrope mechanism.

The apparatus is presented in an enclosure at SIGGRAPH to keep out extraneous light with a window to look in to see the 3-D sculpture in motion.

With Contour, every subtle detail of a human performance—from an arching eyebrow to widening eyes to a sly smile—is recorded in real time, offering directors and producers a level of creative control that has never existed before. In essence, Contour ties together the traditional world of cinematography with digital computer animation, expanding the possibilities for both motion picture and video game makers.

Contour's high-definition, 3-D volumetric capture of the action can be imported, modified, manipulated or retargeted to other characters using off-the-shelf CGI animation software. Contour can quickly and easily import true human behavior in all its distinct complexity into the virtual realm and works well with both marker-based motion capture and key frame animation systems.

Traditional marker-based motion capture is used to create incredibly realistic performances for skeletal captures, but was never designed to capture the intricacies of soft tissue motion, like pursing lips or billowing fabric. Contour captures the motion of any 3-D surface, deformable or not, with sub-millimeter precision at up to 120 frames second, at a resolution of over 100,000 polygons per frame. The result is a totally real, digitized performance that requires minimal manual clean up.

Due to the enormous costs involved, most attempts to create photorealistic Computer-Generated (CG) humans have been limited to big-budget films with long production

https://www.mova.com/pdf/070806-SIGGRAPH-Zoetrope_FINAL.pdf
https://Matt1Up.Substack.com/api/v1/file/850eab50-9dd3-4107-808d-12afbc835178.pdf
https://MattGuertin.Substack.com/p/gentle-giant-studios-search-me

Exhibit M | Index 02 | p. 6

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 6

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 22 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### MOVA Motion Capture Technology Delivers New Levels of Realism to Highly Anticipated *John Carter* Movie
*MOVA Contour scans provide highly detailed foundation for Double Negative visual effects*

**San Francisco, CA – March 9, 2012 –** MOVA, pioneers of world-class facial motion capture services and technology, has upped the ante for motion capture yet again through its collaboration with UK visual effects studio Double Negative on the highly anticipated IMAX® 3D Disney film *John Carter,* which releases in theaters today. Employing the MOVA Contour® Reality Capture system, which MOVA designed from the ground up to capture the detailed performance of the human face with unprecedented realism, Double Negative scanned actors Lynn Collins, Thomas Haden Church, Willem Dafoe, Samantha Morton, Mark Strong and Polly Walker performing a carefully choreographed set of "facial gymnastics" designed to exercise their full range of movement. These scans formed the basis of the morphable face model used to match their on-set performance using Double Negative's proprietary facial motion capture system.

First introduced in 2006, MOVA® Contour's groundbreaking technology reinvented the way facial motion capture was done, delivering breathtakingly accurate performances from which computer animators could work. For the movie *John Carter,* MOVA Contour captured 50 to 60 Facial Action Coding System (FACS) shapes in real-time, with each containing approximately 2,500 data points. This highly-detailed motion performance data served as the basis for Double Negative's facial animation system, helping to deliver a level of realism that is nearly indistinguishable from live action.

A sweeping action-adventure set on the exotic planet of Barsoom (Mars), the movie *John Carter* is based on a classic novel by Edgar Rice Burroughs, whose highly imaginative adventures served as inspiration for many filmmakers, both past and present. Created in IMAX 3D, the Disney film tells the story of a war-weary captain John Carter, who is inexplicably transported to Mars, where he becomes embroiled in a conflict of epic proportions.

MOVA Contour technology has also been used in *The Curious Case of Benjamin Button* by Digital Domain for Brad Pitt's aging facial effects, resulting in an Academy Award® for visual effects, *Harry Potter and the Deathly Hallows, Pirates of the Caribbean: On Stranger Tides* and *Transformers: Dark Of The Moon,* among others. In addition to MOVA's continuing work on major motion picture projects, the company is working on video game projects to improve the level of visual realism possible in console- or PC-based video games, while reducing production costs and shortening schedules.

To find out more about MOVA, visit www.mova.com
To find out more about Double Negative, visit www.dneg.com

**About MOVA**
MOVA is an Academy Award-nominated company based in San Francisco, CA. A wholly-owned subsidiary of cloud gaming pioneer OnLive, the company provides high-resolution facial capture for film, commercials and video games. Notable clients include Disney, Lucas Arts, Marvel Studios, Sony Pictures, Digital Domain, Blur Studios, The Moving Picture Company, Electronic Arts, THQ, Twentieth Century Fox, Vivendi Universal and Warner Brothers to name a few.  MOVA developed Contour, a proprietary markerless, high fidelity facial capture system.
*MOVA and Contour are registered trademarks of MOVA, LLC or its subsidiaries. All other trademarks are the property of their respective owners.*

Jane Anderson
Jane.anderson@onlive.com
650 440-0450

https://www.mova.com/pdf/120309JohnCarterRelease.pdf
https://Matt1Up.Substack.com/api/v1/file/5eb295bf-62be-4ad5-b029-4b642aaf1205.pdf

Exhibit M | Index 02 | p. 7

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 7

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 23 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 8

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 24 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Bay Area inventor is the face behind the face behind 'Button' - San Fra...          https://www.bizjournals.com/sanfrancisco/stories/2009/03/02/tidbits1.html

Please Sign In and use this article's on page print button to print this article.

**Education  ·  Talk of the town**

# Bay Area inventor is the face behind the face behind 'Button'

By Jim Gardner  –  San Francisco Business Times

Mar 1, 2009 **Updated** Feb 27, 2009, 5:00am PST

**IN THIS ARTICLE**

**Brad Pitt**
Person

**F. Scott Fitzgerald**
Person

**Steve Perlman**
Person

**Ed Ulbrich**
Person

**David Fincher**
Person

Bay Area superinventor and digital entrepreneur Steve Perlman wasn't on the red carpet on Oscar night, but his motion capture technology played a starring role in the special visual effects that won an Academy Award for "The Curious Case of Benjamin Button."

THIS ARTICLE IS FOR

1 of 3                                                                                                                                3/17/24, 21:53

https://www.bizjournals.com/sanfrancisco/stories/2009/03/02/tidbits1.html
https://Matt1Up.Substack.com/api/v1/file/30c2bd66-781c-4284-aec6-b7104f172fc9.pdf

**Exhibit M | Index 02 | p. 9**

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 9**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 25 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 25 of 89



https://patents.google.com/scholar/14136414323180727173?oq=7548272
https://Matt1Up.Substack.com/api/v1/file/c5a64d2e-77c0-49d2-bf67-1f84fc76e43c.pdf

Exhibit M | Index 02 | p. 10

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 10**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 26 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

3/17/24, 10:12 PM        Beowulf F/X Masters Put a New Spin on 3-D | WIRED

**JAMES LEE**   CULTURE   OCT 23, 2007 12:00 PM

### *Beowulf* F/X Masters Put a New Spin on 3-D

Photo: Sian Kennedy The next big breakthrough in 3-D entertainment may come from the Victorian era. At least that's the thinking at Gentle Giant Studios, the f/x house behind many of the 3-D effects in the new Beowulf movie starring Angelina Jolie (click here for more on the film). The company partnered with Mova, a pioneer [...]

🔖 SAVE



* Photo: Sian Kennedy * **The next big breakthrough** in 3-D entertainment may come from the Victorian era. At least that's the thinking at Gentle Giant Studios, the f/x house behind many of the 3-D effects in the new *Beowulf* movie starring Angelina Jolie (click here for more on the film). The company partnered with Mova, a pioneer in motion-capture tech, to update the zoetrope — a children's toy invented in 1834 that creates the illusion of motion with a series of images on a revolving carousel (a kind of early flip book). The new twist: Replace 2-D pics with casts modeled on live actors. Mount the casts on a wheel, blast them with a precisely timed strobe, and you get a 3-D head that moves. Steve Perlman, president and founder of Mova, points out that just as the 2-D zoetrope was a precursor to motion pictures, the new system could lead to an entirely new medium. Uh-huh — and you're making a full-body version of Angelina, right?

https://www.wired.com/2007/10/st-3d/      1/7

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 27 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

3/17/24, 10:12 PM                    Beowulf F/X Masters Put a New Spin on 3-D | WIRED



*Photo: Thomas Heinser* **How a zoetrope leaps into the third dimension**

**Capture** Mova uses a unique procedure to record facial movements: Apply glow-in-the-dark makeup, then use a camera array to shoot the subject in motion under lights flashing at up to 120 times a second.



*Photo: Sian Kennedy* **Model** Next. Mova passes the gigavoxels of camera data (voxels are three-dimensional pixels) to Gentle Giant, which uses a 3-D stereolithography printer to make 30 sequential plastic-resin models.

*Photo: Mova* **Spin** The heads are placed on a wheel. As the wheel spins, a strobe flashes 30 times a second, creating the illusion of motion, even when viewed from the side. Add an audio track and it talks!

Start Previous: Candidates Pander to Geeks in the Webbiest Campaign Ever next: Psst. Wanna Be a GPS Prankster? Here's How.

TOPICS   ENTERTAINMENT   HOLLYWOOD   MAGAZINE-15.11   START-ARCHIVE   START-MAGAZINE-15.11

MORE FROM WIRED

https://www.wired.com/2007/10/st-3d/                                                            2/7

https://www.wired.com/2007/10/st-3d/
https://Matt1Up.Substack.com/api/v1/file/9f5a8b69-d778-4a3f-84c2-df1da4924ac7.pdf

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 28 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**emotion motion**

Contour shapes a new level of digital performance

are digital actors ready for their close-up? Some in the computer-generated-imagery community believe a tipping point has been reached in terms of both cost and performance for synthetic thesps. The prime mover of the moment is San Francisco-based Mova, which unveiled its Contour reality-capture system earlier this year.

Until now, the high points in computer-generated acting — think the latest iterations of "Star Wars" Yoda, the eponymous 2005 "KingKong" and Gollum of the 2001-03 "The Lord of the Rings" trilogy — have been achieved using motion-capture systems that rely on reflective markers placed on an actor's body and face. Contour takes the technology one step further, painting the actor with a Food and Drug Administration-approved phosphorescent makeup. A powder-based version of the potion is used to mark clothing.

Steve Perlman, CEO and founder of Mova parent organization Rearden Co., notes that as CG characters have become more sophisticated, they've elicited higher levels of empathy from audiences. But even the best of them — while often brilliant — still have moments where something is a bit off.

Perlman calls this "Uncanny Valley," a perceptual zone where a CG face approaches photorealism just enough to be eerie. The Contour system, he says, is designed to capture data so precisely as to overcome this occurrence.

It works like this: The actor is lighted with customized Kino Floflashing fluorescent lights. Twin sets of high-definition cameras simultaneously capture the information — one while the lights are on, and the other when the lights are off (recording the glow of the makeup). The data sets are then combined to create a high-resolution 3-D digital image. Perlman says that the Contour data is precise enough to eliminate the post-photography "cleanup" phase required with tradi-tional mo-cap — a huge time (and money) saver.

The goal, Perlman adds, is to allow directors and actors to concentrate on performance rather than technology. Removing the markers, which resemble Velcro'd-on ping-pong balls, and allowing the actors to perform in costume will help to make that goal a reality.

Word on the street is that director David Fincher intends to use Contour to capture Brad Pitt aging in reverse in "The Curious Case of Benjamin Button," Paramount's "The Picture of Dorian Gray"-like feature film that is slated for a 2007 release. Last year, Digital Domain produced some amazing tests (sans Pitt, who hadn't yet been cast) that had even experts guessing: actor or avatar? Only the makeup artist will know for sure.

-Carolyn Giardina

Posted with permission from The Hollywood Reporter. Copyright © 2006. All rights reserved.
#1-24146701 Managed by The YGS Group, 717.399.1900. For more information visit www.theYGSgroup.com/reprints.

https://www.mova.com/pdf/Hollywood_Rep_emotionmotion.pdf
https://Matt1Up.Substack.com/api/v1/file/1c9ee8c7-21ce-44af-86e2-9fa56c8f765d.pdf

Exhibit M | Index 02 | p. 13

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 13

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 29 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 14**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 30 of 89     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Building The Curious Faces Of 'Benjamin Button' : NPR     https://www.npr.org/2009/02/17/100668766/building-the-curious-faces-...

In nearly a third of his scenes, Pitt's expressions were digitally mapped, then recreated and imposed over the faces of other actors.

Light Stage Six at the University of Southern California's Institute for Creative Technologies helps FX wizards create realistic lighting effects.

*USC Institute for Creative Technologies*

2 of 8     3/17/24, 21:49

Exhibit M | Index 02 | p. 15

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 15**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 31 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Building The Curious Faces Of 'Benjamin Button' : NPR          https://www.npr.org/2009/02/17/100668766/building-the-curious-faces-...

Paul Debevec — who worked on the digital technology used in *Benjamin Button* — lit his head shot using one of the institute's lighting stages.

**Clips from 'Simone'**          *The Curious Case of Benjamin Button*, a film

3 of 8                                    3/17/24, 21:49

Exhibit M | Index 02 | p. 16

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 16**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 32 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| Building The Curious Faces Of 'Benjamin Button' : NPR | https://www.npr.org/2009/02/17/100668766/building-the-curious-faces-... |

just thrilled," says Ulbrich. "I don't think that it's something that any of us would have thought of had Brad not done that."

**Crossing The 'Uncanny Valley'**

The challenge in creating *Benjamin Button* was to cross what Japanese roboticist Masahiro Mori called the "uncanny valley" — the creepy nether-region that's home to robots and computer-generated characters who get really close to looking human, but don't go all the way.

Digital Domain's Preeg says the uncanny valley explains why zombies wig people out: "Even though they are a lot closer to humans than a primitive robot, people react better to the primitive robot and would rather have that around than a zombie in the house."

Hence, it's easier for Pixar to make a cuddly robot named Wall-E than it is for Digital Domain to make a believably human reproduction of Brad Pitt.

Preeg says the studio knew they couldn't get anything wrong — not a dimple, not a wry smile, not a crease in the forehead — or they were in zombie land.

"We had a hard time hiring people for this show, because everyone thought we were going to fail," says Preeg. "No one wanted to be associated with a project where we made Brad Pitt look creepy and a $150 million movie goes down the toilet because we made a zombie Brad."

**Making Hollywood Stars Obsolete?**

But now that Digital Domain has crossed to the other side of the uncanny valley, much more may be possible: "The genie is out of the bottle," says University of Southern California Graphics Lab associate director Paul Debevec.

Debevec helped develop some of the technology that made Benjamin Button possible and, he says, he already knows of projects in the works that will move the technology forward.

"It's just a matter of a couple more film projects coming through that really refine the technologies," he says.

The movements of animated characters are already derived from those of non-

5 of 8                                                                 3/17/24, 21:49

https://www.npr.org/2009/02/17/100668766/building-the-curious-faces-of-benjamin-button-npr/
https://Matt1Up.Substack.com/api/v1/file/bbb00478-b785-4c4a-8778-b3cf9aa85121.pdf

<p style="text-align:center; color:red">Exhibit M | Index 02 | p. 17</p>

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

<p style="text-align:right; color:red">EXHIBIT LS6-2 | p. 17</p>

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 33 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Exhibit M | Index 02 | p. 18

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 18**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 34 of 89     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 34 of 89

*"So while current methods struggle to approach photorealism at all, Contour allows you to start at photoreal, and then decide how much to dial it down, and with full creative control," adds Perlman. "Contour allows games to leap over the Uncanny Valley and bring to life CG characters that people can finally empathies with. This will also push the convergence of film and games, allowing games to move toward a more narrative experience with more complex dialogues and character interactions."*

*"Since Contour captures start out with photographic-resolution captures, at full resolution the faces are indistinguishable from live action, putting them beyond the Uncanny Valley"*

*"Contour consistently delivers photoreal results"*

https://web.archive.org/web/20081118003312/https://www.edge-online.com/magazine/codeshop-the-faceplanters

https://Matt1Up.Substack.com/api/v1/file/b834314e-72df-4b16-974d-72b84b963b38.pdf

Exhibit M | Index 02 | p. 19

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 19**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 35 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 35 of 89

# THE Hollywood REPORTER®

76th year

MONDAY, JULY 31, 2006                                                                 a VNU publication

## convergence
where entertainment meets technology

# Contour mapping intricate detail
*Mova revolutionizing motion-capture process with new system*

By Chris Marlowe

Contour, a new cinematography process from the Mova motion-capture studio, claims to capture and depict full-motion, photorealistic, computer-generated characters and other imagery more accurately and at lower costs than before possible. This will be put to the test in October, when director David Fincher and Digital Domain will begin using Contour on "The Curious Case of Benjamin Button."

The Contour Reality Capture System eliminates the need for motion-capture's typical body suits and shiny dots. Instead, it uses two separate but carefully synchronized camera systems to simultaneously record visual and geometric information. Impressive mathematics merges the two sets of data together to create a high-resolution 3-D digital image.

"Contour's promise is enormous," Fincher said. "The notion that the human face in all its subtleties could be mapped in real time and with such density of surface information opens up so many possibilities for both two- and three-dimensional image makers and storytellers."

Mova founder and president Steve Perlman demonstrated how phosphorescent makeup is applied before cosmetic or other makeup. One camera sees only this base, while the other films what humans see. The resulting data captures even the tiny movements around mouths and eyes, tricky areas that must be approximated in existing motion-capture techniques, at up to 120 frames per second and a resolution of more than 100,000 polygons per frame. Fabrics also can be treated to be phosphorescent.

"Contour lets us move from conventional point-of-view cinematography to true volumetric cinematography, where scenes are captured in the round," Perlman said. "Instead of capturing viewpoints and making something realistic out of them by hand, we can capture the reality."

The application allows actors to give a more natural and authentic performance than marker systems do, he said. Perlman added that the digital representation also can be imported, modified, manipulated or retargeted to other characters using standard CGI animation software.

Ed Ulbrich, senior vp and executive producer at Digital Domain, described Contour as a genuine breakthrough in digital effects production.

"I live in this environment, and I see stuff every day, so I get a little jaded," said Ulbrich, whose credits include visual effects Academy Award winner "Titanic." "Other developments have been gradual, more evolutionary than revolutionary. Contour separates the performance from the photography. It's a substantial turning point in the business, and I think it will change how pictures are made."

Digital Domain has not yet used it on a production, and Ulbrich said it still has some kinks to be worked out before it can be a standard tool.



## Photo finish
Contour captures a live performance (1) and a simultaneous record of the event using phosphorescence (2), from which this technology calculates the surface geometry (3) and textured geometry (4). Retrospective vertex tracking (5) can be done from the result.

"This could change everything and open up a whole new world of creative possibilities for directors," Ulbrich said.

Through collaboration between the two companies, Contour's markerless capture system was designed to be used simultaneously with the Vicon MX-series marker-based capture system. This makes it possible for Contour's cameras to capture high-resolution surface motion, such as facial, skin and cloth motion, while the Vicon MX40 cameras capture high-precision marker motion, such as skeletal and prop motion.

"We've seen brilliance like in the character of Gollum, and we've all used certain levels of mo-cap for what I call digital stunts — putting the head of the star on the stunt actor — but what we haven't seen in a photo-real way is a noneffect," Ulbrich said. "A person having a dialogue scene and no one's aware that it's CG, for instance. There are many practical applications for Contour. This is not science fiction, this is real."

Contour also collaborated with graphics processing specialist nVidia. NVidia general manager of professional products Jeff Brown said that the technology was used to accelerate the capture rather than its usual function of accelerating rendering and display.

"Impossible shots become viable," Perlman said. "It's also dramatically less expensive and requires very little digital cleanup."

San Francisco-based Mova was founded in 2004 by Rearden Inc., which Perlman also founded. He was involved with the development of multimedia while at Apple Computer and later founded WebTV Networks, which was acquired by Microsoft in 1997 for about $500 million. ∎

Reprinted with permission from *The Hollywood Reporter*, July 31, 2006.

https://www.mova.com/pdf/Contour-HollywoodReporter-060731-2.pdf
https://Matt1Up.Substack.com/api/v1/file/2c34f0fe-0824-452e-b54a-de9594652ce4.pdf

Exhibit M | Index 02 | p. 20

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 20

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 36 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 36 of 89

https://web.archive.org/web/20080725111400/http://www.boston.com/business/blog/onsite/2006/07/crossing_the_un.html
https://Matt1Up.Substack.com/api/v1/file/a41d5494-dcca-4238-a8ee-31f183b20bb2.pdf

Exhibit M | Index 02 | p. 21

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 21**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 37 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

| Heavy-Handed | Computer Graphics World | https://www.cgw.com/Publications/CGW/2008/Volume-31-Issue-7-July... |



**Actor Edward Norton fights against the inevitable transformation into Hulk. His eyes and his veins turn green, his bones lengthen and stretch his skin, and his muscles expand beneath.**

Because the riggers built this movement into the rig, rather than creating the skin sliding through a simulation, animators could control the entire process. Working with the director, the animators set key poses and determined the bind for those poses—that is, the amount of striation we see across Hulk's chest, for example, and the amount of muscle volume preserved.

For animating Hulk and Abomination, the studio started with motion captured from stunt actors by Giant Studios (see "Maximum Motion," pg. 25). But in addition, animators could control every muscle in the creatures' bodies by hand and see them take shape.

"Usually, we set up a fast bind for the animators to see in real time while they work," Derksen says, "but the final bind is fast enough that they could see in their file exactly what shape the muscle made, which is beneficial."

A similar approach using layers of volume-preserving muscles and sliding skin worked for Hulk's facial animation as well. "We slid the tight skin over his skull," Derksen explains. "The most important parts of his face were his giant Neanderthal eyebrows and cheeks, so we needed to get the skin to slide over those bones without making it feel as if the bones moved."

For reference, the riggers and animators used data captured from Edward Norton during motion-capture sessions using Mova's facial-capture system. "It was like having a cyber scan for every frame," says Roberts. "We had 24 incredibly detailed models per second. We could see subtleties—micro-movements in the cheeks and under the eye—because we could study his face in detail. That was a great thing that Mova gave us."

The animators, however, ended up hand-keying Hulk's face to give him comic-book expressions, using the Mova data primarily to help with timing. "Hulk doesn't have Edward Norton's expressions, but the two are eerily similar in facial timing," Roberts says.

The Mova data also helped Derksen design the skin deformations. "We could see how Edward Norton's face moved in 3D," Derksen says. "We could see how his skin slides over his face, so we interpreted that and put it into Hulk. It helped us determine what controls we needed."

The animators moved individual muscles to make final expressions using a master control, but they could also exert a finer level of control for any part of Hulk's face, down to 10 vertices. A new user interface allowed them to pick any part of the face, click on that part, and drag it to move it. "We wanted to give them more of a sculptural approach," Derksen says. "They could pick a part and scrub it."

**Becoming Hulk**
The ability for the animators to control Hulk's muscles and skin was especially important for the transformations, the most obvious of which happens during a scene in which Banner is on an operating table in a laboratory, taking what he hopes is a cure.

"The idea [of the transformation] is that the gamma radiation that turns Banner into Hulk is stored in the back of his brain, and when he transforms, everything radiates out from there," Paterson says. "You see it first in his eyes. Then as the green blood moves through his veins, the skin changes color, his muscles striate, the bones enlarge, and the muscles catch up to the bones. It happens in a non-symmetrical way, so it feels organic." The rig made it possible for animators to achieve an art-directed transformation, even in close-ups.

One rig handled both the bipedal performance and the transformation. To accomplish this, the team created models for Hulk and Banner that precisely matched, vertex for vertex. "We procedurally generated the Bruce Banner model based on Hulk's geometry by relaxing the geometry in the Hulk model and then sucking it up against a 3D scan of Edward Norton," Derksen explains. "Once we had that, we took Hulk's binding and re-proportioned it into Bruce Banner. And, once we did that, we could morph locally around a given joint."

3 of 13                                                                                                    3/17/24, 22:29

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 38 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Heavy-Handed | Computer Graphics World                    https://www.cgw.com/Publications/CGW/2008/Volume-31-Issue-7-July...

The animators had two sets of controls for the rig: one for the bipedal performance and one for the transformation. With these controls, the animators could transform any part of Bruce Banner's body—even one finger—into the Hulk at any time. Because they could control selected body parts, they could offset and propagate the transformation through his body and limbs.

Some controls affected bone length; the animators could elongate a bone they were animating. When they did, the skin around the bone tightened and created an emaciated look around the bone because, for a short time, the character had Bruce Banner muscles and Hulk bones.

Using a separate control, animators determined when the muscles grew and filled in under the tight skin. "That was an aesthetic choice," Derksen says. "The director wanted the transformation to feel painful."

Point attributes in the rig drove animated color maps and vein displacements. As the animators caused an area to flex and transform, the rig sent information, in effect, to lighters who could animate the color change for that area and the vein displacement.

**Rhythm & Hues used Hulk's muscle and skin tools and techniques to create a more grotesque body for Abomination.**

"The animators knew if they were transforming a hand into a Hulk hand, it would turn green and the displacement maps would change the detail and striation in the render," Derksen says, "But, they didn't see that detail until we rendered it." Though when Banner's bone pops out of joint in a close-up, the crew used the studio's proprietary cloth engine to simulate the skin shrink-wrapping over the shoulder and muscles crawling over the clavicle.

**Abomination**
Once the rigging team had developed Hulk, they moved his muscle and skin tools and techniques to Abomination for that creature's scenes. Abomination represents the result when an overachieving fighter forces a scientist to quickly turn him into a Hulk-like human weapon. The experiment goes horribly wrong.

"The concept is that he grew so fast, he exploded out of his human skin and has remnants still on him," Derksen says. "So he has an outer layer of skin." Also, his bones protrude—he has a lizard-like spine. To snug his skin up against the protrusions, the team used areas of influence that caused the skin to compress as it moved up against the bone.

For facial animation, the team returned to Mova for a facial-capture session with Tim Roth. "Roth had acted with a mask for Planet of the Apes," Derksen says, "so he was great at exaggerating facial motion that translated well into Abomination. We used a lot of that data to develop Abomination's facial structure and poses."

**Action**

4 of 13                                                                                                          3/17/24, 22:29

http://www.cgw.com/Publications/CGW/2008/Volume-31-Issue-7-July-2008-/Heavy-Handed.aspx
https://Matt1Up.Substack.com/api/v1/file/932fa4ab-f6ea-4d16-b882-e2a6d9ca7537.pdf

Exhibit M | Index 02 | p. 23

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 23

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 39 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



https://patents.google.com/patent/US7548272B2/en
https://Matt1Up.Substack.com/api/v1/file/d869f3a8-2b55-409a-8bc6-40913dee82db.pdf

Exhibit M | Index 02 | p. 24

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 24

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 40 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



US007548272B2

## (12) United States Patent
Perlman et al.

(10) Patent No.: US 7,548,272 B2
(45) Date of Patent: Jun. 16, 2009

(54) SYSTEM AND METHOD FOR PERFORMING MOTION CAPTURE USING PHOSPHOR APPLICATION TECHNIQUES

(75) Inventors: **Stephen G. Perlman**, Palo Alto, CA (US); **John Speck**, Sunnyvale, CA (US); **Roger Van der Laan**, Menlo Park, CA (US); **Kenneth A. Pearce**, San Francisco, CA (US); **Lisa Jo Cohen**, Sunnyvale, CA (US); **Kelly Leigh Tunstall**, San Francisco, CA (US)

(73) Assignee: **OnLive, Inc.**, Palo Alto, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 449 days.

(21) Appl. No.: 11/449,127

(22) Filed: **Jun. 7, 2006**

(65) **Prior Publication Data**
US 2007/0285514 A1   Dec. 13, 2007

(51) Int. Cl.
$H04N\ 7/18$ (2006.01)
$H04N\ 5/225$ (2006.01)
$H04N\ 5/228$ (2006.01)
$H04N\ 5/222$ (2006.01)

(52) U.S. Cl. ........................ 348/371; 348/77; 348/169; 348/208.14; 348/370

(58) Field of Classification Search .............. 348/370, 348/371, 218.1, 77, 157
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,335,716 A | * | 8/1967 | Alt et al. ..................... 600/476 |
| 3,699,856 A | | 10/1972 | Chabot et al. |
| 4,389,670 A | | 6/1983 | Davidson et al. |
| 4,417,791 A | | 11/1983 | Erland et al. |
| 5,235,416 A | | 8/1993 | Stanhope |

| | | | |
|---|---|---|---|
| 5,304,809 A | * | 4/1994 | Wickersheim ........... 250/458.1 |
| 5,480,341 A | | 1/1996 | Plakos et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO-9955220    11/1999

OTHER PUBLICATIONS

Guenter et al., "Making Faces", International Conference on Computer Graphics and Interactive Techniques, Proceedings of the 25th annual conference on Computer graphics and interactive techniques, pp. 55-66, 1998.*

(Continued)

*Primary Examiner*—David L Ometz
*Assistant Examiner*—Richard M Bemben
(74) *Attorney, Agent, or Firm*—Blakely Sokoloff Taylor & Zafman LLP

(57) **ABSTRACT**

A system and method are described for performing motion capture on a subject. For example, a method according to one embodiment of the invention comprises: mixing phosphorescent makeup with a makeup base; applying the mixture of phosphorescent makeup and makeup base to surface regions of a motion capture subject; strobing a light source on and off, the light source charging phosphor within the phosphorescent makeup when on; and strobing the shutters of a first plurality of cameras synchronously with the strobing of the light source to capture images of the phosphorescent makeup, wherein the shutters are open when the light source is off and the shutters are closed when the light source is on.

24 Claims, 27 Drawing Sheets
(6 of 27 Drawing Sheet(s) Filed in Color)

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 25

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 41 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

# Federal Court Case  3:17-cv-04006  Filed 07/17/17

http://www.hbsscreative.com/complaints/07-17-17-Complaint-Rearden-v.-Disney.pdf

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 1 of 307

| | |
|---|---|
| 1 | Rio S. Pierce, CBA No. 298297 |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202 |
| 3 | Berkeley, CA 94710<br>Telephone:  (510) 725-3000 |
| 4 | Facsimile:  (510) 725-3001<br>riop@hbsslaw.com |
| 5 | Steve W. Berman (*pro hac vice* pending) |
| 6 | Mark S. Carlson (*pro hac vice* pending)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101 |
| 8 | Telephone:  (206) 623-7292<br>Facsimile:  (206) 623-0594 |
| 9 | steve@hbsslaw.com<br>markc@hbsslaw.com |
| 10 | *Attorneys for Plaintiff* |
| 11 | Rearden LLC and Rearden Mova LLC |
| 12 | UNITED STATES DISTRICT COURT |
| 13 | NORTHERN DISTRICT OF CALIFORNIA |
| 14 | SAN FRANCISCO DIVISION |
| 15 | REARDEN LLC, REARDEN MOVA LLC,  No. ____ |
| 16 | California limited liability companies, |
| 17 | Plaintiffs,  **COMPLAINT FOR COPYRIGHT, PATENT, AND TRADEMARK** |
| 18 | v.  **INFRINGEMENT** |
| 19 | THE WALT DISNEY COMPANY, a Delaware |
| 20 | corporation, WALT DISNEY MOTION<br>PICTURES GROUP, INC., a California |
| 21 | corporation, BUENA VISTA HOME<br>ENTERTAINMENT, INC. a California |
| 22 | corporation, MARVEL STUDIOS, LLC, a<br>Delaware limited liability company,  **DEMAND FOR JURY TRIAL** |
| 23 | MANDEVILLE FILMS, INC., a California<br>corporation, |
| 24 | Defendants. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

COMPLAINT
Case No.:

Exhibit M | Index 03 | p. 1

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 26

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 42 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 42 of 89

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 11 of 307

photography. It's a substantial turning point in the business, and I think it will change how picture are made."[9]

23.   ==MOVA Contour's technical breakthrough was introduced at the Special Interest Group on Computer Graphics and Interactive Techniques ("SIGGRAPH") Conference on July 31, 2006 to wide acclaim, including photographs of Contour's systems and methods on the front page of the== *New York Times*[10], ==page B1 of the== *Wall Street Journal*[11], ==and== *The Hollywood Reporter,* ==among other publications.== Mr. Perlman was invited to present MOVA Contour technologies and their practical applications in movie production to the Directors Guild of America[12]. And he was invited on many occasions to give public presentations on MOVA Contour and the development process that led to its invention, for example in a speech at Columbia University[13].

24.   ==The following photograph[14] from an article in== *The Hollywood Reporter* ==on the day MOVA Contour was unveiled—July 31, 2006—==was directed to movie and video game industry professionals and illustrates several Contour Program output files, which are described in further detail later in this complaint:

---

[9] Marlowe, Chris, "Contour mapping intricate detail: Mova revolutionizing motion-capture process with new system," The Hollywood Reporter, July 31, 2006, http://www.rearden.com/press/2006/Contour-HollywoodReporter-060731-2.pdf.

[10] Markoff, John, "Camera System Creates Sophisticated 3-D Effects", New York Times, July 31, 2006. https://nyti.ms/2uAfwGF.

[11] Wingfield, Nick, "Digital Replicas May Change Face of Films", July 31, 2006. http://on.wsj.com/2teIRbO.

[12] "'Facial Performance Capture for Photoreal Digital Characters' Presented by Steve Perlman, Founder & President, Mova", Digital Day 2007: The Future of the Future, Directors Guild of America, July 28, 2007. http://ishindler.com/articles/DGA_Digital_Day_flyer07.pdf.

[13] https://youtu.be/1QxrQnJCXKo.

[14] Marlowe, op. cit.

COMPLAINT
Case No.:

8

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 43 of 89        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 28**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 44 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Why Everyone Is Fighting To Get This VFX Tool | MOVA**
https://www.youtube.com/watch?v=ryL-G9lbanY



**Oscar SciTech Award 2015 for Mova Contour**
https://www.youtube.com/watch?v=Av9bPvUyjkE

<span style="color:red">Exhibit M | Index 03 | p. 4</span>

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

<span style="color:red">**EXHIBIT LS6-2 | p. 29**</span>

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin's Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 45 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 24 of 307

1  further backwards to a younger age, was widely lauded as a visual effects ("VFX") milestone, the

2  first ever photorealistic CG face, winning an Academy Award for Best Visual Effects for the team at

3  the VFX production company, Digital Domain, which had hired Rearden to operate the MOVA

4  Contour system to capture Brad Pitt's face and generate Contour Program output files for the film.

5      44.   In a widely-viewed TED (Technology, Entertainment, Design) Talk entitled, "How

6  Benjamin Button Got His Face," Ed Ulbrich, Digital Domain's Senior VP and Executive Producer

7  (subsequently the CEO of successor Digital Domain 3.0, Inc.), confirmed that *The Curious Case of*

8  *Benjamin Button* would have been "impossible" to make but for MOVA Contour's system and

9  methods and the unprecedented facial capture precision and subtlety of the MOVA Contour

10  Program's output files. Ulbrich stated in the talk:

11        "We first got involved in *The* [*Curious Case of Benjamin Button*]
12  project in the early 90s.... We took a lot of meetings and we seriously
    considered it. But at the time, we had to throw in the towel. **It was
13  deemed impossible. It was beyond the technology of the day to
    depict a man aging backward**... The project came back to us a decade
14  later.... **we came across a remarkable technology called Contour**…
    creating a surface capture as opposed to a marker capture…**This was
15  when we had our 'Aha!' This was the breakthrough**…we could put
    Brad [Pitt] in this [Contour] device, and use this Contour process, and
16  we could stipple on this phosphorescent makeup and put him under the
    black lights, and we could, in fact, scan him in real time… effectively,
17  we ended up with a [Contour Program output file] 3D database of
    everything Brad Pitt's face is capable of doing…we could transpose
18  the [Contour Program output file] data of Brad at [then-aged] 44 onto
    [a 3D model of] Brad at 87. So now, we had a 3D database of
19  everything Brad Pitt's face can do at age 87, in his 70s and in his
    60s."[17]

20

21

22

23

24

25

26

27

28
      —————————
[17] Ulbrich, op. cit. (emphasis added).

COMPLAINT
Case No.:
    21

Exhibit M | Index 03 | p. 5

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 30**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 46 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



OTOY | GTC 2013 - The Convergence of Cinema and Games: From Performance Capture to Final Render

https://www.youtube.com/watch?v=etoS6daj20c

This is a YouTube video which very clearly shows Steve Perlmans 'MOVA Contour' technology being 're-assigned' to Paul Debevec and his supposed 'Light Stage 6' at USC.

Paul Debevec and his supposed 'Light Stage 6' is now taking credit for all of the same movies, as well as the facial scanning technology that was used to make them possible.

Notice the 4 images of Brad Pitt shown in the video thumbnail and then compare those to the images of Brad Pitt contained in the Federal complaint

Custom clip edit of the YouTube video is available to view at:
MattGuertin.Substack.com/p/you-will-own-nothing-and-be-happy

Exhibit M | Index 03 | p. 6

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 31**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 47 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 48 of 89        [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 48 of 89



Exhibit M | Index 03 | p. 8

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 49 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

1    51.    **10:49:** Contour Program **Makeup Pattern** output files, showing how many Contour

2    output files were used. Each of the Contour facial captures was a separate motion facial performance

3    of Mr. Pitt used for a different facial expressions of Benjamin Button. The Contour Program created

4    high-resolution **Captured Surface** and **Tracking Mesh** output files from each of these, creating a

5    database of Capture Surface and Tracking Mesh Contour output files:



17    52.    **12:33:** Contour Program **Makeup Pattern** output file (left), **Captured Surface**

18    output file (middle), retargeted **Captured Surface** and **Tracking Mesh** output files to a derivative

19    fictional aged head (right), are shown below. The 3D points of the Contour **Tracking Mesh** output

20    file of Mr. Pitt's actual face were retargeted to corresponding 3D points on the fictional "maquette"

21    (i.e. hand-made 3D bust) of Mr. Pitt at age 87. As a simple example, the 3D point on the right corner

22    of Mr. Pitt's actual mouth could correspond to the 3D point on the right corner of the 3D maquette's

23    mouth. As Mr. Pitt's smile widens during the Contour capture session, moving the tracked 3D point

24    on the corner of his mouth outward, the retargeted 3D point on the maquette's mouth would move

25    proportionally outward causing the 87-year-old smile to widen. As described by Mr. Ulbrich:

26    "[Left:] This is Brad doing one of the [character expression] poses. [Middle:] And here's the resulting

27    [**Captured Surface** output file] data that comes from that, the model that comes from that. [Right:]

28

COMPLAINT
Case No.:

25

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin's Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 50 of 89         [ source file ]      [ .ots timestamp of source file ]      [ metadata ]











Exhibit M | Index 03 | p. 10

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 35

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 51 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 52 of 89       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 52 of 89

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 30 of 307

54.   The photorealistic reverse-aging derived from the MOVA Contour system, methods and output files received wide acclaim when *The Curious Case of Benjamin Button* was released in December of 2008. But even before the movie's release, word of the unprecedented CG face realism achieved by MOVA Contour was spreading through the VFX industry. In July of 2008, defendant Disney hired MOVA for another reverse-aging movie, *TRON: Legacy*, the sequel to Disney's 1982 *TRON*. MOVA Contour was used in a similar manner as in *Benjamin Button* to reverse-age the face of Jeff Bridges, the star of *TRON* and *TRON: Legacy*, to look as he did in 1982. Mr. Bridges published his experience of using MOVA Contour through wide-angle black-and-white photography and hand-written notations, below:[18]

---

[18] http://www.jeffbridges.com/tron_book/tron_book_08.html.

COMPLAINT
Case No.:

27

Exhibit M | Index 03 | p. 12

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 37**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 53 of 89         [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

57.    ==And the following photograph released by Digital Domain shows the stolen MOVA Contour rig that was operated by the thieves and used unlawfully by defendants in at least *Guardians of the Galaxy* and *Beauty and the Beast*.== Close inspection of the photo shown in the left inset, shows ==the thieves neglected to remove a Rearden, Inc. Asset Tag on one of the stolen cameras== (Rearden, Inc. is Rearden LLC's predecessor in interest). Rearden Asset #10393 is a Basler 102f Camera, Serial # 20606024, purchased on October 1, 2006 and stolen in 2013. Also, numerous tell-tale details specific to Contour's operation are visible in the stolen Contour rig photograph (e.g. the right inset shows black tape is wrapped around the end of a fluorescent lamp tube to prevent light spillage from the glowing electrode, a Contour-specific technique taught in Rearden's US Patent 7,567,293 at 19:66-20:15), confirming that the thieves used the identical Rearden system and methods:



COMPLAINT
Case No.:

32

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 54 of 89         [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

1    Company"), for example, are representative of those in all other Rearden employment and contractor

2    agreements:

3    ▪ "At all times, both during my employment by the Company and after its termination, I will

4    keep in confidence and trust and will not use or disclose any Proprietary Information or

5    anything relating to it without the prior written consent of an officer of the Company..."

6    ▪ "I agree that during my employment by the Company I will not remove any Company

7    Documents and Materials from the business premises of the Company or deliver any

8    Company Documents and Materials to any person or entity outside the Company, except as I

9    am required to do in connection with performing the duties of my employment. I further

10   agree that, immediately upon the termination of my employment by me or by the Company

11   for any reason ... I will return all Company Documents and Materials, apparatus, equipment

12   and other physical property, or any reproduction of such property ..."

13   64.    The MOVA Contour confidential information constitutes trade secrets as that term is

14   defined in the California Uniform Trade Secrets Act ("CUTSA") at sections 3426 to 3426.11 of the

15   California Civil Code, and the Defense of Trade Secrets Act at 18 U.S.C. § 1832(b), *et seq.*

16   65.    The "MOVA Assets" at issue herein include the MOVA Contour technology, and

17   related hardware and software, source code, domestic and international patents and patent

18   applications, domestic and international trademarks, copyrights, trade secrets, domain names,

19   business records, and various related physical goods (the "MOVA Assets").

20   **C.    Rearden's use of the MOVA Contour system and methods in fifteen major motion**
        **pictures and industry acclaim**

21

22   66.    Rearden and/or its controlled affiliates operated the MOVA Contour system for, and

23   authorized used of its system, methods and Contour Program output files by Paramount Pictures for

24   "*The Curious Case of Benjamin Button*" (2008) and *Transformers: Dark of the Moon* (2011).

25   67.    Rearden and/or its controlled affiliates operated the MOVA Contour system for, and

26   authorized used of its system, methods and Contour Program output files by Universal Studios in *The*

27   *Incredible Hulk* (2008) and *Snow White and the Huntsman* (2012).

28

COMPLAINT
Case No.:

35

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 55 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 39 of 307

1      68.     Rearden and/or its controlled affiliates operated the MOVA Contour system for, and

2    authorized used of its system, methods and Contour Program output files by 20th Century Fox in

3    *Percy Jackson and the Olympians: The Lightning Thief* (2010).

4      69.     Rearden and/or its controlled affiliates operated the MOVA Contour system for, and

5    authorized used of its system, methods and Contour Program output files by Sony Pictures in *The*

6    *Amazing Spider-Man* (2012).

7      70.     Rearden and/or its controlled affiliates operated the MOVA Contour system for, and

8    authorized used of its system, methods and Contour Program output files by Warner Brothers

9    Studios in *Harry Potter and the Deathly Hallows*, Part 1 (2010) and Part 2 (2011), *Green Lantern*

10   (2011), *Jack the Giant Slayer* (2013), and *Gravity* (2013).

11     71.     And Rearden and/or its controlled affiliates operated the MOVA Contour system for,

12   and authorized used of its system, methods and Contour Program output files by defendants Disney

13   Company and Disney MPG in *TRON: Legacy* (2010), *Pirates of the Caribbean: On Stranger Tides*

14   (2011), *John Carter* (2012), and *The Avengers* (2012) (including defendant Marvel).

15     72.     In each of the above fifteen films, the motion picture studios performed a routine

16   intellectual property due diligence prior to contracting with Rearden for use of the MOVA Contour

17   systems and methods, in part to verify that Rearden and/or Rearden-controlled affiliates owned the

18   MOVA Contour Assets and technology and had the right to use them for the benefit of the studios.

19     73.     Rearden and/or Rearden-controlled affiliates have built considerable good will in the

20   MOVA Contour Assets and technology.   Rearden and/or Rearden-controlled affiliates used the

21   MOVA Contour systems and methods in the fifteen major motion pictures identified above, which

22   collectively grossed roughly $9.5 billion in global box office. Five of these movies are in the top-25

23   highest-grossing movies since 2008 (when the first Contour movie was released), including the

24   number one highest grossing movie in each of 2011 and 2012[19]. The MOVA Contour system and

25   methods and the Contour Program output files have been the subject of numerous motion picture

26

27   ───────────────

28      [19] www.boxofficemojo.com.

COMPLAINT
Case No.:
                                36

Exhibit M | Index 03 | p. 15

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 40**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 56 of 89     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 40 of 307

1   industry press articles in which movie industry luminaries like director David Fincher have lauded

2   the MOVA Contour technology:

3          "Contour's promise is enormous," Fincher said. "The notion that the
           human face in all its subtleties could be mapped in real time and with
4          such density of surface information opens up so many possibilities for
           both two- and three-dimensional image makers and storytellers."[20]

5   The MOVA Contour system and methods and the Contour Program output files have been the

6   subject of an invited presentation by Steve Perlman to the Director's Guild of America[21], and they

7   were identified as a "breakthrough" in the aforementioned TED talk[22]. MOVA Contour facial

8   capture's improvements over prior facial performance capture technologies have been acclaimed by

9   major motion picture actors, producers, directors, and top VFX professionals, including Ed Ulbrich

10  in his TED Talk description of MOVA Contour and how it was essential in the creation of *The*

11  *Curious Case of Benjamin Button*.[23]  And on February 9, 2015, the Academy of Motion Picture Arts

12  and Sciences awarded the Scientific and Technical Award to the MOVA [Contour] facial

13  performance capture system.[24]

14  **D.     Transfer of the MOVA Assets to OnLive, Inc., OL2, Inc., and Rearden Mova**

15         74.    The MOVA Contour systems and methods, along with video game streaming

16  technology, was spun out of Rearden in 2007 into OnLive, Inc., a corporation controlled by Rearden.

17  OnLive, Inc. thereafter owned all of the MOVA Assets, both Contour and other motion capture

18  technology.

19         75.    On August 17, 2012, OnLive, Inc. assigned all of its assets, including the MOVA

20  Assets, to OL2, Inc. as part of an assignment for the benefit of creditors ("ABC").  On information

21  and belief, OL2, Inc. was primarily focused on the video gaming unit of OnLive, Inc., and was not

22  interested in offering any MOVA Contour movie production services.

23

24

25  _____
    [20]Marlowe, July 31, 2006, op. cit.

26  [21] Directors Guild of America, July 28, 2007, op. cit.

27  [22] Op. cit.

    [23] Ulbrich, Op. cit.

28  [24] http://oscar.go.com/news/oscar-news/150209-ampas-sci-tech-awards-2015-winners

    COMPLAINT
    Case No.:
                          37

Exhibit M | Index 03 | p. 16

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 41

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 57 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 57 of 89

Case 3:17-cv-04006   Document 1   Filed 07/17/17   Page 46 of 307

1  ▪ Disney MPG had previously contracted with Rearden and/or its controlled entities to provide

2  authorized facial performance capture services and Contour Program output files for use in

3  *TRON: Legacy* (2010), *Pirates of the Caribbean: On Stranger Tides* (2011), *John Carter*

4  (2012), and *The Avengers* (2012) (including defendant Marvel), all high-value movies.

5  95.     Neither Rearden nor Rearden Mova were aware or authorized use of the patented

6  MOVA Contour systems and methods and copyrighted Contour Program and output files by DD3,

7  defendant Marvel, defendant Disney MPG, or any other party in *Guardians of the Galaxy*.  Nor, were

8  Rearden or Rearden Mova aware of—let alone authorize—any reproduction, distribution,

9  performance, or display of the copyrighted Contour Program's output files or the creation of

10  derivative works based upon those output files, by DD3, defendant Marvel, defendant Disney MPG,

11  or any other party in *Guardians of the Galaxy*. At no time did DD3, defendant Marvel, defendant

12  Disney MPG, or any other party, negotiate or come to an agreement on financial terms in which

13  Rearden would authorize MOVA Contour services to be used in *Guardians of the Galaxy*.

14  96.     Defendant Disney MPG released *Guardians of the Galaxy* in domestic theaters on

15  July 21, 2014.  To date, the film has grossed over $333 million at the box office in the United States

16  and $773 million globally.[31] It was the third highest-grossing film released in 2014, both

17  domestically and worldwide.[32]

18  97.     Defendant Buena Vista released *Guardians of the Galaxy* on DVD and Blu-ray, and

19  via digital distribution such as download and streaming services in the United States on or about

20  December 9, 2014.  DVD and Blu-ray sales in the United States exceeded $131 million.  Buena Vista

21  also authorized distribution of *Guardians of the Galaxy* across a wide range of other distribution

22  means, such as on airplanes, in hotels, through cable and satellite television services, *etc.*

23

24

25

26

27

28

---

[31] http://www.boxofficemojo.com/movies/?id=marvel2014a.htm.

[32] http://www.boxofficemojo.com/yearly/chart/?yr=2014,
http://www.boxofficemojo.com/alltime/world/.

COMPLAINT
Case No.:

43

Exhibit M | Index 03 | p. 17

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 42**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 58 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



# Digital Domain's New Legal Setback Freezes VFX Tech Used by Major Studios

Scott Johnson

Skip to main content

site categories

Home

News

General News

### Digital Domain's New Legal Setback Freezes VFX Tech Used by Major Studios

The vaunted motion capture technology known as MOVA can no longer be used by its exclusive licensee, prominent Hollywood visual effects company Digital Domain, according to a recent preliminary injunction issued by a federal judge in San Francisco.

Courtesy of Twentieth Century Fox Film Corporation

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

**Exhibit M | Index 03 | p. 18**

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 43**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 59 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 59 of 89

Prominent Hollywood visual effects company Digital Domain 3.0 has lost the right to use one of its most powerful tools, a facial motion capture technology known as MOVA that has been featured in such top-grossing hits as Deadpool, Guardians of the Galaxy and The Curious Case of Benjamin Button.

On June 17, a federal judge in San Francisco issued a preliminary injunction targeting the two Chinese firms that purchased and now own MOVA, which is licensed by Digital Domain.

In a remarkable 16-page ruling, District Court Judge John S. Tigar found that Virtual Global Holdings and Shenzhen Haiticheng Science and Technology had behaved "fraudulently" with regards to how the MOVA technology was transferred between various Chinese firms after its 2013 acquisition from Greg LaSalle, who sold it to SHST for $25,000 in May 2013.

The surprising ruling is just the latest twist in a years-long saga that involves a set of characters straight out of central casting, including shady Chinese investors, economic espionage investigators from the FBI, an eccentric Silicon Valley inventor and some of Hollywood's most creative visual artists.

The preliminary injunction, which is explained in publicly available legal documents, effectively freezes the technology and forces all of its licensees, including Digital Domain and major Hollywood studios, to stop using it until further notice, or until a trial resolves the issue.

"Shenzhenshi Haiticheng Science and Technology Co., Ltd. ("SHST") and Virtue Global Holdings Limited ("VGH") are hereby restrained and enjoined, pending trial, from selling, using, moving, concealing, transferring or otherwise disposing of any MOVA Asset in its possession, custody or control," the ruling says.

"For Hollywood, the technology is temporarily out of play," says Nancy Mertzel, head of the Intellectual Property Group at Herrick, Feinstein in New York, an attorney who reviewed the legal documents for The Hollywood Reporter. "Movie studios who licensed MOVA from Shenzhenshi, VGH or Digital Domain 3.0 must stop using it. A studio that is currently using MOVA, or planned to, will have to wait for the injunction to be lifted, or find an alternative."

A spokesperson for Digital Domain declined to respond to several email and telephone requests for comment.

In an immediate appeal to have the injunction modified, Digital Domain conceded that the effects of the ban could be disastrous:

"If DD3 is prohibited from using MOVA, DD3 cannot complete pending MOVA projects, develop new MOVAwork, and is hindered in developing non-MOVA business of which MOVA is a component. After selling clients on MOVA for almost three years, Digital Domain would be required to tell its clients that MOVA is not available at Digital Domain — or anywhere. This information inevitably, indeed necessarily, will cause clients to seek alternatives to MOVA, which will permanently injure MOVA's brand and advance competitor interests."

Notably, the injunction does not extend to finished movies created with MOVA before the injunction was issued.

But the ruling could have ripple effects across the industry.

"DD3/Digital Domain already has captured data of an Academy Award-winning actress for a $120 million motion

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

Exhibit M | Index 03 | p. 19

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 60 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 60 of 89

picture," Digital Domain's lawyers wrote. "The movie release date is December 2016. Although the capture is complete, the data from this project has not been processed and must be. In addition, DD3/Digital Domain also has captured another well-known actress for a character that is integral to the story of a sequel of a well-known science fiction film."

The court also ordered the MOVA hardware to be physically transferred within 10 days to a place chosen by the defendant, in this case Rearden Inc., LaSalle's former employer.

In practical terms, the ruling, which Tigar himself described as an "extraordinary remedy," has essentially opened the door to what could become a massive and potentially very damaging copyright infringement case, or series of cases.

It also has put Digital Domain in the awkward position of being obliged to put several of Hollywood's most prominent studios — including 20th Century Fox and Marvel, both of whom are listed as production companies for Deadpool — on notice that some of their biggest and most successful movie franchises could be dragged into further lawsuits and other legal entanglements.

The ownership dispute pits LaSalle, one of Digital Domain's senior employees, against his former mentor and boss, Silicon Valley serial inventor Steve Perlman, whose company, Rearden Inc., is a party to the lawsuit.

Their fight erupted publicly in 2014 at the SciTech Academy Awards when LaSalle and three other visual artists received the award for the "design, development and integration" of the MOVA technology.

Perlman, who was excluded from the awards, fired back immediately, writing a protest letter to the Academy laying out the reasons why he, and not LaSalle, should have won that year.

Silicon Valley inventor Steve Perlman.

Related Stories



In a letter to the Sci Tech judges obtained by THR in 2014, Perlman wrote that Lasalle was "not even on the R&D team … made no essential inventions or major contributions to its development." He added: "It is horrifying to see a decade of my life's work credited to someone who was no more than a trainee of the end result."

At the time of the dispute, a Digital Domain spokesperson reaffirmed LaSalle's contributions: "We are confident we have the proper license to operate this technology."

The dispute has grown more complicated since that 2014 incident. SHST preemptively sued Rearden, accusing Perlman of having a "severe bout of seller's remorse." Thus began a legal drama involving dozens of attorneys that is still unfolding.

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

Exhibit M | Index 03 | p. 20

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 45

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 61 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 61 of 89

According to documents unsealed last week, Perlman's most immediate concern may have had little to do with Hollywood. The MOVA technology, specifically the source code, was apparently prohibited from export.

According to a deposition that was made public last week, Perlman called a contact in Washington, a member of the powerful House Permanent Committee on Intelligence. That organization  is "charged with the oversight of the United States Intelligence Community, which includes the intelligence and intelligence related activities of 17 elements of the U.S. Government, and the Military Intelligence Program."

"Do you recall … reporting to any U.S investigative or criminal authority a concern that Mr. LaSalle had stolen property and was transmitting that property to people in the People's Republic of China?" an attorney asked Perlman in a 2015 deposition, some of whose contents were recently made available.

Perlman replied that he had, and that the Intelligence Committee had then forwarded the information to the FBI "as soon as it became apparent that — it became — it seemed likely that the actual software had been disclosed to a non-U.S. entity."

He continued: "I was left with the impression at that point that they were now in possession of the actual source code."

Perlman then left open the possibility that the technology itself might have uses other than purely for entertainment value. "The parties that have been involved with this technology were not working for me," he said, without specifying who the parties were working for.

There was someone else who had gotten an inkling that the MOVA tech might be interesting beyond just the entertainment field: one of Digital Domain's founders, Dr. Scott Ross.

Ross and Perlman had spoken once and the topic had come up briefly. "The ability to be able to read lips, do lip sync, do digital avatars, I'm not quite sure what one would do with it," Ross tells THR, "But Perlman seemed to feel there was [Department of Defense] interest into what MOVA was and what he was doing and couldn't talk about it when I asked him."

Soon the FBI got involved, looking for signs of economic espionage. Investigators from the San Francisco office with expertise in that particular area of intelligence gathering began poking around, trying to suss out what, if anything, was going on.

The FBI "looked into it and considered it," says a senior government official with knowledge of the lawsuit and the FBI's interest who declined to be named because of the sensitive nature of the case.

A recent filing by lawyers for the Chinese firm SHST confirms the involvement of at least two U.S intelligence bodies: "This is not the first time Defendants have let xenophobia get the best of them. Long before this action commenced, their CEO Perlman raised the issue of purported disclosure of MOVA software to a non-U.S. entity with the House of Representatives Permanent Subcommittee on Intelligence. Then the FBI apparently became involved. Not surprisingly, the U.S. government took no action."

A senior government official familiar with the case confirmed that there was "not enough there for us to take it further," though he declined to discuss exactly what had or had not been done.

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

**Exhibit M | Index 03 | p. 21**

Url 1: link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
Url 4: drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

EXHIBIT LS6-2 | p. 46

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 62 of 89          [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 62 of 89

The FBI also declined to discuss whether the case remained open. But a spokesperson said investigators remained interested in the topic more broadly. "We are willing to hear any compelling evidence that is relevant," said Prentice Danner III, an FBI spokesperson. "Investigations into economic espionage is a priority of the FBI, and we will continue pursue cases relating to this matter."

For now, it's unclear whether there is any link between the potentially fraudulent activity by the Chinese firms as described by the federal judge and the suspicions raised by U.S intelligence bodies.

China watchers say this kind of financial and industrial upheaval is both common and disturbing. Andrew Wedeman, who directs the China Studies Initiative at Georgia State University and who reviewed some of the legal documentation available for this story, concluded that something was amiss.

Several corporate shuffles in Hong Kong, Los Angeles and Beijing had blurred the lines about ownership of the MOVA tech.

"It looked like they were setting up this complicated series of structures," says Wedeman. "Maybe it was a plan. But it also looked like something of a scam, just buying and selling companies and trying to make a fast buck."

The seemingly incessant shuffling of companies that purportedly owned it didn't sit well with the judge, who came to the conclusion last week that "badges of fraud exist in this case."

Tigar found that SHST had acted "suspiciously" and found other indications of "fraudulent intent" when it came to transferring ownership and chain of title of the MOVA tech.

The judge also found that SHST had "absconded" from its legal duties. "The confluence of these several badges of fraud constitutes substantial evidence of VGH and SHST's actual intent to defraud," Tigar wrote.

Mertzel says the ruling was "significant" in terms of how it could affect companies that license the MOVA tech.

"The situation that led to the ruling is unusual for an intellectual property case because the preliminary injunction is not based on a finding of infringement. Here, the injunction was based on a California statute that voids fraudulent transfers," she says. "The judge found that Shenzhenshi's transfer of ownership rights in the MOVA assets to Virtue Global Holdings Limited was fraudulent, and done to avoid liability."

After the injunction ruling, Digital Domain 3.0 also filed a proposed ruling to modify the injunction that it hopes Judge Tigar will review on Aug. 4. Citing Digital Domain president O.D. Welch, the motion states: "The removal of MOVA from the market needlessly interferes with a huge current feature film project, two pending major feature film projects and a video game project, and an ongoing business segment for DD3/Digital Domain that is employing people, generating revenues and contributing to the completion of major creative projects for significant companies."

Welch's statement continues: "The removal of MOVA from the market will send all the wrong signals and damage MOVA, its brand and its value. No legitimate asset protection or "anti-dissipation" goal is achieved by taking MOVA off the market and risking that it will become obsolete. The sudden, court-mandated removal of MOVA from the market does not protect anyone. The removal of MOVA from the market is purely destructive of MOVA's value for everyone involved — including media industry clients who count on MOVA for their projects."

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/

https://www.hollywoodreporter.com/news/general-news/digital-domain-mova-tech-banned-906902/
https://MattGuertin.Substack.com/api/v1/file/fa95ce12-8a6b-4445-b560-cc958c9764c3.pdf

Exhibit M | Index 03 | p. 22

**Url 1:** link.storjshare.io/raw/jvoce4tdzfi7jfgvnw26kmqr3whq/file/EXHIBIT LS6-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/95535108-8b7e-4121-ae0e-b42cef8fc02f.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/abb26431-99cf-4702-b05a-ee835edaffe6.pdf
**Url 4:** drive.proton.me/urls/CCDG08J3AC#7h29ugrhgtyK

**EXHIBIT LS6-2 | p. 47**