**EXHIBIT LS6-4**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

---

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 63 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 63 of 89

## A large amount of links to relevant source documents

07 17 17 Complaint Rearden V Disney

https://MattGuertin.Substack.com/api/v1/file/62908ec2-c57a-4b61-b7ce-77925ee9b1a6.pdf

http://www.hbsscreative.com/complaints/07-17-17-Complaint-Rearden-v.-Disney.pdf

Innovative Motion Capture Mova Contour Paul Conigliaro

https://MattGuertin.Substack.com/api/v1/file/9a07d02f-5703-4830-a3eb-a80fdc458e26.pdf

Mova Reveals Its Work Capturing Faces For The Incredible Hulk Film Venturebeat

https://MattGuertin.Substack.com/api/v1/file/2ebed6bc-a60b-49d8-b343-3056962b7ba5.pdf

An Interview With Rearden's Steve Perlman On Investing In R&d Venturebeat

https://MattGuertin.Substack.com/api/v1/file/05fd6057-d146-4522-befb-6b6b06bd7840.pdf

An Interview With Rearden's Steve Perlman On Investing In R&d Venturebeat

https://MattGuertin.Substack.com/api/v1/file/886a6d3e-4395-4ee4-906e-986aaaa809a4.pdf

Digital Domain Mova Tech Banned By Federal Judge

https://MattGuertin.Substack.com/api/v1/file/fa95ce12-8a6b-4445-b560-cc958c9764c3.pdf

Digital Domain Mova Tech Banned By Federal Judge

https://MattGuertin.Substack.com/api/v1/file/4a9bc2eb-c336-41cd-be82-86fca0acacfe.pdf

Deadpool Studio 'used Stolen Technology For Cgi Effects' Daily Mail Online

https://MattGuertin.Substack.com/api/v1/file/9da86238-301a-458f-8e8e-fe52e66ca799.pdf

Disney Slapped With Lawsuit Over 'guardians Of The Galaxy,' 'avengers Age Of Ultron' Effects Thewrap

https://MattGuertin.Substack.com/api/v1/file/82ad7379-24bb-41f3-8371-a2160549f857.pdf

Disney Loses Battle Over Lawsuit And Owes Money

https://MattGuertin.Substack.com/api/v1/file/558b443e-60cc-44ef-af88-dda6dcbfa4e7.pdf

Exhibit M | Index 03 | p. 23

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 1**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 64 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 64 of 89

Judge Rules That Latest Disney Films Did Not Use Stolen Animation Technology Disney Dining

https://MattGuertin.Substack.com/api/v1/file/55ac29c0-28ac-4fcf-8270-db99c8d5f879.pdf

Disney Loses 'beauty And The Beast' Case Over Vfx Technology

https://MattGuertin.Substack.com/api/v1/file/2b049b93-668a-4efb-9fb5-d3961e7be7b0.pdf

Disney Facing Lawsuit Over Use Of Stolen Motion Capture Equipment Used On 3 Films Chip And Company

https://MattGuertin.Substack.com/api/v1/file/3ae5b506-db0c-4dcc-9bb7-08ba01137766.pdf

Disney Hit With Guardians Of The Galaxy & Avengers Lawsuit

https://MattGuertin.Substack.com/api/v1/file/8e8cde56-6029-4fef-b288-73b7cd39f28e.pdf

https://MattGuertin.Substack.com/api/v1/file/8ae7f974-2e44-4c76-80eb-e1a1a2bc6fe3.pdf

Rearden V

https://MattGuertin.Substack.com/api/v1/file/c7bdb535-28a4-48ef-af9b-107039b3c6b0.pdf

https://MattGuertin.Substack.com/api/v1/file/11b7b986-d121-4a6b-8360-14743cd4496f.pdf

Disney Sued Over Films' Visual Effects Wsj Fox Business

https://MattGuertin.Substack.com/api/v1/file/e710b7f4-bed3-4042-a8ec-a5164e4da1f7.pdf

Mova Inventors File Infringement Suit Against Disney, Marvel

https://MattGuertin.Substack.com/api/v1/file/6b66a2fb-dcc7-4d9b-a0be-26b39aa6a74e.pdf

404 Page Not Found Bloomberg

https://MattGuertin.Substack.com/api/v1/file/e76e0856-9aa8-4912-b651-5be5eb666830.pdf

Studios Must Face Trimmed Lawsuit Over Cg Characters In Blockbuster Movies

https://MattGuertin.Substack.com/api/v1/file/741354c4-420f-4390-a4b6-117be62b7849.pdf

Rearden Llc Et Al V The Walt Disney Company Et Al Candce 17 04006 0060

https://MattGuertin.Substack.com/api/v1/file/29b4149f-6449-4a28-9ad7-5855090c3962.pdf

Exhibit M | Index 03 | p. 24

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 2**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

---

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 65 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 65 of 89

Disney, Fox, Paramount Targeted As Mova Facial Capture Legal Fight Shifts Focus

https://MattGuertin.Substack.com/api/v1/file/3d51711e-b819-414d-96a7-646051f2d26e.pdf

Disney & Studios Can't Dodge Claims Over Stolen Technology Courthouse News Service

https://www.courthousenews.com/disney-studios-cant-dodge-claims-over-stolen-technology/

Disney Rearden Ruling

https://MattGuertin.Substack.com/api/v1/file/c71ebca2-7ddd-4e64-9f8f-a5fa929f43a2.pdf

Ippro The Internet Hollywood Juggernauts Face Motion Capture Lawsuit Ipprotheinternet

https://MattGuertin.Substack.com/api/v1/file/ffbf9d91-6e8f-4036-b24f-a60f0978f91c.pdf

https://MattGuertin.Substack.com/api/v1/file/3f7c1375-46a9-4c45-b94f-328878974248.pdf

Mova (camera System) Wikipedia

https://MattGuertin.Substack.com/api/v1/file/f2eb442c-2f3c-4cbc-9786-40a30ef9f169.pdf

3 17 Cv 04006 Jst

https://MattGuertin.Substack.com/api/v1/file/3f7c1375-46a9-4c45-b94f-328878974248.pdf

https://MattGuertin.Substack.com/api/v1/file/db1edf9e-11e0-4aa7-8d02-a6ccdf0a3d83.pdf

070806 Siggraph Zoetrope Final

https://MattGuertin.Substack.com/api/v1/file/1f1511ee-acee-451c-af72-86f9c5b7047e.pdf

120309johncarterrelease

https://MattGuertin.Substack.com/api/v1/file/1f1511ee-acee-451c-af72-86f9c5b7047e.pdf

Bay Area Inventor Is The Face Behind The Face Behind 'button' San Francisco Business Times

https://MattGuertin.Substack.com/api/v1/file/f2eb442c-2f3c-4cbc-9786-40a30ef9f169.pdf

Arming 'percy Jackson' With Mythological Vfx Animation World Network

https://MattGuertin.Substack.com/api/v1/file/8280b12a-c71d-4ea9-a022-2b304b56c719.pdf

Exhibit M | Index 03 | p. 25

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 3**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

---

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 66 of 89     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 66 of 89

Bebevec 2002 Google Patents

https://MattGuertin.Substack.com/api/v1/file/3c8f952c-647f-48b4-a76a-2a141d8134c2.pdf

Beowulf F X Masters Put A New Spin On 3 D Wired

https://MattGuertin.Substack.com/api/v1/file/e19965b0-a955-4854-8736-d90c6c2e6e1b.pdf

Building The Curious Faces Of 'benjamin Button' Npr

https://MattGuertin.Substack.com/api/v1/file/f828aad3-92f4-4fea-8df8-558051cd1b38.pdf

Codeshop The Faceplanters Edge Online

https://MattGuertin.Substack.com/api/v1/file/82a23b15-d207-4dec-8dfc-5473c560117a.pdf

Contour Hollywoodreporter 060731 2

https://MattGuertin.Substack.com/api/v1/file/9e4c700a-1afc-4e00-981b-9230844aae2e.pdf

Crossing The Uncanny Valley Onsite The Boston Globe

https://MattGuertin.Substack.com/api/v1/file/afdd5edc-a35a-4d7d-acf6-54166c6cc1a6.pdf

Contour Press Release Final 060731 1

https://MattGuertin.Substack.com/api/v1/file/5a506e9f-5e95-4358-bfb4-f56ff25b38a0.pdf

Google Bebevec Keynotes

https://MattGuertin.Substack.com/api/v1/file/9e4c700a-1afc-4e00-981b-9230844aae2e.pdf

Heavy Handed Computer Graphics World

https://MattGuertin.Substack.com/api/v1/file/2a0721bb-fe8a-45a0-ab80-214a4a675f9f.pdf

Hollywood Rep Advances Sigg

https://MattGuertin.Substack.com/api/v1/file/bb1c6833-1b28-441b-aa68-3d5f79beeae3.pdf

Hollywood Rep Emotionmotion

https://MattGuertin.Substack.com/api/v1/file/ec978745-10d9-43fd-8ed2-033f423a3819.pdf

Exhibit M | Index 03 | p. 26

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 4**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 67 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 67 of 89

Hollywood Reporter Disneys Profits From Deadpool Guardians Of The Galaxy At Risk At Upcoming Trial

https://MattGuertin.Substack.com/api/v1/file/e3afc3dd-b168-4087-9ca4-fb6a7e9b908d.pdf

Hulks Rage In The Machine 01

https://MattGuertin.Substack.com/api/v1/file/a726e8b1-387c-4df3-86d6-53af545e9b0d.pdf

Ieee Computer Graphics Uncanny Valley

https://MattGuertin.Substack.com/api/v1/file/1126b6b7-a165-4bcf-b150-b6d71641f1a2.pdf

Judge Sides With Inventors In Massive Intellectual Property Case Against Disney, Fox, Paramount And Others, Allowing Cases To Continue Hagens Berman

https://MattGuertin.Substack.com/api/v1/file/c4534000-be17-4ff9-a375-2a3ba53b82bb.pdf

Louis Leterrier On Incredible Hulk F X And That Cameo Story At Comics2film

https://MattGuertin.Substack.com/api/v1/file/127f28ae-5f61-4418-a2f6-bb5d03678147.pdf

Mova About Us Clients

https://MattGuertin.Substack.com/api/v1/file/55745c9a-059b-497c-8a9a-59d5ed43d845.pdf

Mova About Us Overview

https://MattGuertin.Substack.com/api/v1/file/75b0e6d8-ddf1-4add-a94c-452bdede4b6e.pdf

Mova About Us Overview Roger

https://MattGuertin.Substack.com/api/v1/file/88a7ed49-a437-4cd6-b0ec-167150b1d8b8.pdf

Mova About Us Philosophy

https://MattGuertin.Substack.com/api/v1/file/7c7acec8-fd76-4e88-a286-5a0ad940aa40.pdf

Mova About Us Team

https://MattGuertin.Substack.com/api/v1/file/864e90af-32cb-4e48-b6e1-d459f00cf7de.pdf

Mova Contour A Mo Cap Revolution Studio Daily

https://MattGuertin.Substack.com/api/v1/file/a2eb7084-6925-4998-b16d-8508dcff498c.pdf

Exhibit M | Index 03 | p. 27

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 5**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 68 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 68 of 89

Mova Contour Reality Capture On Vimeo

https://MattGuertin.Substack.com/api/v1/file/9e45b79f-27f2-460d-a3b3-5b2837364618.pdf

Mova® Contour® Reality Capture Overview On Vimeo

https://MattGuertin.Substack.com/api/v1/file/afca382a-f395-4bb8-a0a1-d8fa369fb11a.pdf

Mova Gallery Contour Reality Capture Examples

https://MattGuertin.Substack.com/api/v1/file/f46cd7d0-d254-4ac5-8d95-846eb22f14a9.pdf

Mova Press In The News

https://MattGuertin.Substack.com/api/v1/file/9bbf22ed-8a66-455d-91ee-dbb7c76e4642.pdf

Mova Press Photos

https://MattGuertin.Substack.com/api/v1/file/2547996a-7e32-4149-8ce3-4013c5663db4.pdf

Mova Technology Contour Reality Capture

https://MattGuertin.Substack.com/api/v1/file/05cbdd53-1519-40ec-8375-51491945c432.pdf

Mova Reveals Its Work Capturing Faces For The Incredible Hulk Film Venturebeat

https://MattGuertin.Substack.com/api/v1/file/f2a40576-2fa6-48ac-bd97-e76f9ad20f4b.pdf

Quicktime Developer Is In Motion To Capture Hollywood

https://MattGuertin.Substack.com/api/v1/file/b521dbc8-d225-4b6d-b33c-03a8e6b2775b.pdf

Rearden Llc Et Al V

https://MattGuertin.Substack.com/api/v1/file/7ed9b019-211e-415b-867b-491fabaa95df.pdf

Steve Perlman Gravity (2013) At Duckduckgo

https://MattGuertin.Substack.com/api/v1/file/659539e8-8d55-4cf7-9a42-b6886a7c8f3c.pdf

Spectrum Editor Turned Into Virtual Star 404 Not Found

https://MattGuertin.Substack.com/api/v1/file/257d02ce-26f2-480e-99ef-c6c422a6ac8c.pdf

Us7548272

https://MattGuertin.Substack.com/api/v1/file/ddffa6cf-3b2f-431d-967b-1e130715631e.pdf

Exhibit M | Index 03 | p. 28

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 6**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 69 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 69 of 89

Us7548272b2 System And Method For Performing Motion Capture Using Phosphor Application Techniques Google Patents

https://MattGuertin.Substack.com/api/v1/file/7f766a77-0c7b-420e-9e15-5102fe6e5066.pdf

Vimeo Rearden Companies

https://MattGuertin.Substack.com/api/v1/file/cc135dc5-607e-4096-8bfd-b686feb16ed4.pdf

Exhibit M | Index 03 | p. 29

**Url 1:** link.storjshare.io/raw/ju2wv773a5czrgkxdntngdqoxxjq/file/EXHIBIT LS6-4_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/e8f21ed6-0389-4873-b3cc-09355dca077c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e36a1d2e-d0b6-4daa-8f0c-763c158da7ed.pdf
**Url 4:** drive.proton.me/urls/XSNZXGCQJR#DadCyBORhLwk

**EXHIBIT LS6-4 | p. 7**