**EXHIBIT NFX-1**

# Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 5 of 89     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

CASE 0:24-cv-02646-JRT-DLM    Doc. 20    Filed 07/12/24    Page 5 of 89





Exhibit M | Index 01 | p. 3

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

EXHIBIT NFX-1 | p. 1

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page:  6 of 89         [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 6 of 89

### A rotating treadmill from 2006 supposedly

Also notice his use of language - he specifically uses the word 'volumetric' when referring to his claimed 2006 research that involves the rotating treadmill even though that was never the subject of any of the 2006 papers at all…



Custom video edits available for viewing at:

MattGuertin.Substack.com/p/netflix-fraud-is-discovered

### 2019 - Researching at Google with regular treadmill

I have no idea why he would choose to directly follow up a video of his supposed rotating treadmill from 2006 with a video from 2019 which is focused on using his same Light Stage technology but instead is using a standard treadmill…but then again I also have no clue why they would feel the need to make such a public display of this fraud if they already have the capability and 'connections' to be able to distribute completely fraudulent academic papers, video content, webpages, etc across the entire internet essentially for the purpose of creating a completely false history.

Exhibit M | Index 01 | p. 4

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

**EXHIBIT NFX-1 | p. 2**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 7 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 7 of 89

Had I not come across this video I almost certainly never would've been alerted to the fraud in the first place as I definitely wouldn't have been searching through academic papers from 2006 randomly. I don't think Paul Debevec is a very smart man at all.



Custom video edits available for viewing at:

MattGuertin.Substack.com/p/netflix-fraud-is-discovered

Exhibit M | Index 01 | p. 5

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

EXHIBIT NFX-1 | p. 3

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 8 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 8 of 89

### SIGGRAPH affiliations not disclosed at all…



### This video analysis **PROVES** that the video was generated using Ai



MattGuertin.Substack.com/p/netflix-fraud-is-discovered

Exhibit M | Index 01 | p. 6

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

**EXHIBIT NFX-1 | p. 4**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf

SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96

Page: 9 of 89       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 9 of 89

**Candidly admits to writing a research paper with chatGPT…**



**He even thanks Stephan Trojansky in the credits**



MattGuertin.Substack.com/p/netflix-fraud-is-discovered

Exhibit M | Index 01 | p. 7

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

EXHIBIT NFX-1 | p. 5

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 10 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 10 of 89

**They seem to be encoding some sort of structured information in the pixel data as extreme color curve analysis reveals structured patterns.**





Exhibit M | Index 01 | p. 8

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

**EXHIBIT NFX-1 | p. 6**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

---

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 11 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 11 of 89

**The multi-colored pixel groupings that appear around the outside edge of Debevec's PIP window are always the same insofar as one row being one pixel in height, another one pixel in height, the next row being two pixels in height, etc.**





Exhibit M | Index 01 | p. 9

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 12 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 12 of 89

**Some kind of timing / frame / content identification system I am guessing but I have not investigated it any further. It is definitely structured though and not simple glitches or compression as you can clearly see for yourself.**





Exhibit M | Index 01 | p. 10

Url 1: link.storjshare.io/raw/jud4beupdp4xyo3owtocrargdc2q/file/EXHIBIT NFX-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/9db75572-a62b-4923-9355-e5bd1fae9cdc.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/ea14de96-7051-49c6-b5b7-1bd3ac37d81b.pdf
Url 4: drive.proton.me/urls/WNGJVH18A0#3sZhisKUeOKo

**EXHIBIT NFX-1 | p. 8**