**EXHIBIT OBM**

**Higher Ground Productions Announces New Slate of Netflix Projects | Pdf**
EXHIBIT NFX

Higher-Ground-Productions-Announces-New-Slate-of-Netflix-Projects.pdf
SHA-256 Hash of Source File:  b6791c2edb6b516bc79eaa5ba96e013388e513bf70582fb86c799896c6fe5969
Page: 1 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 1**

**Higher Ground Productions Announces New Slate of Netflix Projects | Pdf**
EXHIBIT NFX

Higher-Ground-Productions-Announces-New-Slate-of-Netflix-Projects.pdf
SHA-256 Hash of Source File:  b6791c2edb6b516bc79eaa5ba96e013388e513bf70582fb86c799896c6fe5969
Page: 2 of 5       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

---

12/12/23, 10:14 PM                    Higher Ground Productions Announces New Slate of Netflix Projects - About Netflix



and Michelle Obama's production company, in partnership with Netflix, today announced a new slate of upcoming projects. The content encompasses a range of fiction, non-fiction and kids & family across both series and feature films. This announcement builds on their existing slate of projects which includes Academy Award winning documentary *American Factory*, the Emmy Award nominated *Becoming*, as well as the acclaimed *Crip Camp*, winner of the 2021 International Documentary Association award for Best Feature.

Higher Ground Productions, which is co-led by Priya Swaminathan and Tonia Davis, along with Ada Chiaghana and Alex Pitz, focuses on telling stories that embody the values the Obamas have championed throughout their lives. The projects selected are a reflection of these values and a commitment to quality storytelling. Higher Ground expects to make additional project announcements in the coming months.

"We created Higher Ground to tell great stories," said President Barack Obama and Michelle Obama. "This group of projects builds upon that goal and the incredible path forged by films like *Crip Camp*, *Becoming*, and the Oscar-winning *American Factory*. From science fiction to the beauty of our natural world to the relationships that define us, Higher Ground continues to strive for fresh perspectives, compelling characters, and a healthy dose of inspiration. We couldn't be more proud to team up with the brilliant artists behind each of these stories. Each of them has something important to say."

"It has been thrilling to watch President Barack Obama, Michelle Obama and the Higher Ground team dive into original programming and produce incredible stories," said Ted Sarandos, Co-CEO and Chief Content Officer, Netflix. "*American Factory*, *Crip Camp* and *Becoming* have captivated audiences all around the world, and their new slate highlights the variety and depth of programming on the horizon as well as new and exciting storytellers."

Projects currently in different stages of development, to be released over the next several years (all titles are working titles) include the following:

**Films**

- ***Exit West*** is a feature film based on Mohsin Hamid's critically-acclaimed novel. A love story set against an epic global migration enabled by a supernatural phenomenon, *Exit West* is the story of two people as they seek a better life together, all the while yearning for a home to which they may never return. *The New York Times* named the novel one of the 10 Best Books of 2017, it was selected for the Booker Prize longlist, and former U.S. President Barack Obama named it one of the best books he read in 2017. The film stars Riz Ahmed (*Sound of*

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 2**

**Higher Ground Productions Announces New Slate of Netflix Projects | Pdf**
EXHIBIT NFX

Higher-Ground-Productions-Announces-New-Slate-of-Netflix-Projects.pdf
SHA-256 Hash of Source File:  b6791c2edb6b516bc79eaa5ba96e013388e513bf70582fb86c799896c6fe5969
Page: 3 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

12/12/23, 10:14 PM                    Higher Ground Productions Announces New Slate of Netflix Projects - About Netflix



- **Satellite** is a science fiction feature film written by Ola Shokunbi, and produced by Kiri Hart and Stephen Feder for Rian Johnson and Ram Bergman's T Street.
- **Tenzing** is a feature film based on the true story of Tenzing Norgay, the man who first reached the summit of Everest, the highest mountain in the world, along with Sir Edmund Hillary.  This is the story of an unsung hero and the unique bond he formed with another outsider that enabled them to make history together.  BAFTA nominee Jennifer Peedom (*Sherpa*), who has spent years on Everest herself, will direct. Tenzing marks her first foray into narrative film. Academy Award nominee and BAFTA winner Luke Davies (*Lion*) wrote the spec script based on the book "Tenzing: Hero of Everest" by Ed Douglas. Peedom and Davies are producing alongside HGP.  David Michôd (*The King*) and Norbu Tenzing Norgay will executive produce.
- **The Young Wife** is a feature film from writer and director Tayarisha Poe (*Selah and the Spades*). It follows Celestina, 29, on the day of her first wedding. Or not a wedding, exactly, but a party. A party where there's movement, and Celestina is out of sync. The guests flood in; a storm approaches.

**Series**

- **Firekeeper's Daughter** is a series based on the debut novel by Angeline Boulley, set to publish in Spring 2021 by Henry Holt & Co. The novel is a YA thriller that follows an 18-year-old Native girl as she reluctantly goes undercover in a police investigation on her Ojibwe reservation. Mickey Fisher (*Reverie*, *Extant*) will serve as showrunner, and will co-write with Wenonah Wilms (*Horsehead Girls*) who will also serve as an executive producer.  Like author Boulley, Wilms is from the Ojibwe tribe (Sault Ste. Marie and Red Cliff bands, respectively) and will bring her lived experiences to this series.
- **Great National Parks** is a natural history docuseries that will explore some of the most wondrous national parks and wild spaces on Earth. Highlighting extraordinary species and habitats, the series will illustrate the importance of protecting the world's remaining wildernesses and making them accessible for all. Higher Ground is producing the series with Wild Space Productions and wildlife filmmaker James Honeyborne of the award-winning series *Blue Planet II*.

**Recently Announced:**

- **Ada Twist, Scientist** is an animated preschool series based on the best-selling book series by author Andrea Beaty and illustrator David Roberts featuring a young Black scientist who will

https://about.netflix.com/en/news/higher-ground-productions-announces-new-slate-of-netflix-projects                    3/5

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 3**

**Higher Ground Productions Announces New Slate of Netflix Projects | Pdf**
EXHIBIT NFX

Higher-Ground-Productions-Announces-New-Slate-of-Netflix-Projects.pdf
SHA-256 Hash of Source File:  b6791c2edb6b516bc79eaa5ba96e013388e513bf70582fb86c799896c6fe5969
Page: 4 of 5    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



12/12/23, 10:14 PM                    Higher Ground Productions Announces New Slate of Netflix Projects - About Netflix

*Ruins Everything*) based on *The Fifth Risk: Undoing Democracy* by bestselling author Michael Lewis (The Big Short, Moneyball). Higher Ground is producing alongside  Adam Conover, Jon Cohen, and Jon Wolf of Fair Point.

**About Higher Ground Productions**

Higher Ground, founded by President Barack Obama and Michelle Obama, is focused on telling the stories that embody the values the Obamas have championed throughout their lives. Higher Ground produces scripted films, TV series, children's programs and documentaries exclusively with Netflix, and podcasts exclusively with Spotify.  Its first release American Factory won the 2019 Academy Award for Best Documentary Feature, and its first podcast, The Michelle Obama Podcast, was the biggest Spotify Original in history.

**About Netflix**

Netflix is the world's leading streaming entertainment service with 204 million paid memberships in over 190 countries enjoying TV series, documentaries and feature films across a wide variety of genres and languages. Members can watch as much as they want, anytime, anywhere, on any internet-connected screen. Members can play, pause and resume watching, all without commercials or commitments.

https://about.netflix.com/en/news/higher-ground-productions-announces-new-slate-of-netflix-projects                    4/5

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 4**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 45 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



# Paul Debevec Talk at Munich SIGGRAPH Chapter: Light Fields & Presidential Scanning 2015

## Paul Debevec's Personal YouTube

https://PaulDebevec.com

https://www.youtube.com/@pedebevec

https://www.youtube.com/watch?v=A2HEMNpTwQ0

**Claimed Video Upload Date - 2015**

**YouTube Upload Date – 4/14/2020**

**20:47 -**
- We see 'Activision' and 'NVIDIA' appear on the screen

***33:00 -***
- Whitehouse.gov appears on the screen

<span style="color:red">Exhibit N | Index 01 | p. 43</span>

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

<span style="color:red">**EXHIBIT OBM | p. 5**</span>

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 51 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



# Overview: USC ICT Graphics Lab

## Skip Rizzo Clinical VR

https://www.youtube.com/@SkipRizzoClinicalVR

https://www.youtube.com/watch?v=k_6LL0DUdFI

**YouTube Upload Date – 8/14/2014**

**Metadata - Google Inc Creation Date - 2023:07:18 01:52:26**

**\* This video has two different Paul Debevec's shown in it – One which appears much younger, and one which appears to be much older, with a much larger face and neck due to weight gain. \***

**YET THEY ARE BOTH WEARING THE SAME EXACT OUTFIT...**

Exhibit N | Index 01 | p. 49

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 6**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf

SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7

Page: 52 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Exhibit N | Index 01 | p. 50

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 7**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 53 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 8**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 54 of 199     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 21   Filed 07/12/24   Page 54 of 199



Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**10 · 29/2023 | ICT USC EDU Academics Faculty Paul Debevec | Png**

screencapture-ict-usc-edu-academics-faculty-paul-debevec-2023-10-29-11_17_53.png
SHA-256 Hash of Source File:  2bc103fc4c8e017cad3ce2c6ebc1a479322bc797546f7308623cc9f63788de90
Page: 1 of 1         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 10

**Debevec US Army 01**

Debevec_US_Army-01.png
SHA-256 Hash of Source File: 7cd6651a110d7c7fff13c26e792ed35812d3a3ef168d2d784260e2b8d004957c
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

 

MENU          ⭐ U.S. ARMY          SEARCH 🔍

Paul Debevec continues as an Adjunct Research Professor at USC Viterbi and at the USC ICT Vision & Graphics Lab. Wan-Chun "Alex" Ma was Paul Debevec's first Ph.D student at USC ICT and Xueming Yu joined the USC ICT Graphics Lab in 2008 as a USC Viterbi Master's student. Tim Hawkins now runs a commercial light stage scanning service in Burbank for OTOY, who licensed the light stage technology through USC Stevens in 2008.

This is the second Academy Sci-Tech award being given to the Light Stage technology developed at the USC Institute for Creative Technologies. The first, given nine years ago, was for the earliest light stage capture devices and the "image-based facial rendering system developed for character relighting in motion pictures" and was awarded to Paul Debevec, Tim Hawkins, John Monos, and Mark Sagar.

Established in 1999, the Army's ICT is a DOD-sponsored University Affiliated Research Center working in collaboration with the Army Research, Development and Engineering Command Research Laboratory's UARCs are aligned with prestigious institutions conducting research at the forefront of science and innovation.

The RDECOM Research Laboratory is part of the U.S. Army Research, Development and Engineering Command, which has the mission to ensure decisive overmatch for unified land operations to empower the Army, the joint warfighter and our nation. RDECOM is a major subordinate command of the U.S. Army Materiel Command.

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 11**

**ICT EDU Research Projects New Dimensions in Testimony**

ict-usc-edu-research-projects-new-dimensions-in-testimony.pdf
SHA-256 Hash of Source File: 13e37c8f171537df9b709375a98c4c04a4d352df0f8fef6e555d7d8c97f43eab
Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]







**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 12**

**VGL One Sheet Design V1**

VGL-One-Sheet-Design-V1.pdf
SHA-256 Hash of Source File:  b93c4160d598488b546ecd85e3e02df7827d04503306eab197b41e002b82947d
Page: 1 of 2          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



## Background

Virtual characters — digitally generated humans that can speak, move and interact — are essential for entertainment, training and education systems. The central goal of the ICT Vision & Graphics Lab (VGL) is to make these characters look realistic, including lighting them convincingly. To achieve this level of fidelity, VGL uses our Academy Award-winning Light Stage, which was originally developed in-house at ICT, to capture and process production-quality assets. VGL collaborates with film industry companies, such as Sony Pictures Imageworks and WETA Digital.

## Objectives

VGL is a research lab that is dedicated to advancing human digitalization. With a focus on avatar creation, we are constantly striving to improve the quality and fidelity of our work. To achieve this, we are always exploring new technologies and updating our processing pipeline.

In addition, we have made significant contributions to the field of production-quality digital human creation by incorporating AI into our workflow. Our lab has collected an extensive database and contributed an ICT-face morphable face model to the community. Using these tools, we have developed AI solutions that enable rapid data capturing and processing, personalized avatar creation, and physically-based avatar rendering.

Our mission is to make movie-quality avatars accessible to all communities through a digital human platform that enables low-cost creation, editing, and rendering. In addition to our work in avatar creation, we are also developing new representations and approaches for dynamic human capture. This will allow real-time performance capture for VR/AR applications, opening up a whole new world of possibilities for digital human interaction.

## Results

The VGL Light Stage has been recognized with two Scientific and Technical Awards from the Academy of Motion Pictures, and its technology has been used in 49 movies. It partners with industry leaders such as Nvidia, Meta, and Digital Domain to advance the development of avatar technologies. Moreover, the publication of over 160 top-tier academic papers has played a pioneering role and had a significant impact in this field.

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 13

**VGL One Sheet Design V1**

VGL-One-Sheet-Design-V1.pdf
SHA-256 Hash of Source File: b93c4160d598488b546ecd85e3e02df7827d04503306eab197b41e002b82947d

Page: 2 of 2        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**Next Steps**

We are expanding our research scope to include scene/terrain understanding, reconstruction, and interaction. Ultimately, digital humans should be able to play and interact with the world we live in.

Published academic research papers are available from https://ict.usc.edu/research/publications
(Search engine keyword: USC ICT Publications)

Project Leader: Yajie Zhao, PhD

Established in 1999, the USC Institute for Creative Technologies (ICT) is a Department of Defense (DoD) University Affiliated Research Center (UARC), sponsored by the US Army. Harnessing Hollywood-derived creativity with academic innovation and military-domain expertise, ICT conducts award-winning R&D in Artificial Intelligence (AI), Computer Graphics, Geospatial Sciences, Human Performance, Learning Sciences, Modeling, Simulation & Gaming, Mixed Reality (MxR), Medical VR, Narrative, and Virtual Humans.

12015 Waterfront Drive, Playa Vista, CA 90094-2536 | ictcontact@ict.usc.edu | 310.574.5700 | ict.usc.edu

The project or effort depicted was or is sponsored by the U.S. Government and that the content of the information does not necessarily reflect the position or the policy of the Government, and no official endorsement should be inferred.

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 14**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin's US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf

SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7

Page: 76 of 199       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

# 5/21/22 – 'UPtv' conducts a search for Guertin's LinkedIn page

## Alan J. Sokol, Tom Daschle, Leo Hindery, InterMedia Partners, Hemisphere Media Group, Pantaya, Netflix, Obama, etc...

### Alan J. Sokol-

Currently, Alan J. Sokol is President, Chief Executive Officer & Director at Hemisphere Media Group, Inc. and Senior Partner at InterMedia Advisors LLC. He is also on the board of 8 other companies.



Alan J Sokol Schwab Video – has a Netflix Mention

https://schwabnetwork.com/video/hemisphere-media-ceo-alan-sokol-on-buying
-pantaya-record-4q21-ad-revenue

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 77 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Headquarters:

48th floor on the Chrysler Building
New York, New York
United States

## Key people:

Tom Daschle,
Alan Sokol

## Website:

www.intermediaadvisors.com

https://en.wikipedia.org/wiki/InterMedia_Partners

# Tom Daschle-

is an American politician and lobbyist who represented South Dakota in the United States Senate from 1987 to 2005. A member of the Democratic Party, he led the Senate Democratic Caucus during the final ten years of his tenure, during which time he served as Senate Minority Leader and Majority Leader.

After leaving the *United States Air Force*, he was elected to the United States House of Representatives in 1978 and served four terms. In 1986, he was elected to the U.S. Senate, becoming Minority Leader in 1995 and Majority Leader in 2001, becoming the highest-ranking elected official in South Dakota history.

**During the 2008 presidential campaign, Daschle served as a key advisor to Obama and one of the national co-chairs for Obama's campaign.**[52] On June 3, 2008, Obama lost to Hillary Clinton in the Democratic primary in Daschle's home state of South Dakota, although that night Obama clinched his party's nomination anyway.

## Obama administration nomination

On November 19, 2008, the press reported that Daschle had accepted Obama's offer to be nominated for Health and Human Services Secretary. His selection was announced at a news conference with Obama on December 11, 2008.[2]

Exhibit N | Index 02 | p. 9

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 16

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 78 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## Personal life

*Daschle has been married to Linda Hall*, who was Miss Kansas in 1976, since 1984, one year after his marriage to his first wife, Laurie, later-U.S. Ambassador to Denmark, ended in divorce.[76]

Hall was acting administrator of the Federal Aviation Administration in the Clinton administration; *she is now a Washington lobbyist. Her lobbying clients have included American Airlines, Lockheed Martin, and Boeing.* Senate lobbying records show.[32][33]

**https://en.wikipedia.org/wiki/Tom_Daschle**

## Early life and education-

Daschle was born in Aberdeen, South Dakota, the son of Elizabeth B. (née Meier) and Sebastian C. Daschle, both of German descent. His paternal grandparents were Volga Germans.[5] He grew up in a working-class Roman Catholic family, the eldest of four brothers.[Note 1][7]

He attended Central High School in Aberdeen before becoming the first person in his family to graduate from college when he earned a B.A. from the Department of Political Science at South Dakota State University in 1969.[8] While attending South Dakota State University, Daschle became a brother of Alpha Phi Omega. From 1969 to 1972, *Daschle served in the United States Air Force as an intelligence officer with the Strategic Air Command.*[9]

Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin's US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 79 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



MattGuertin.Substack.com/p/up-tv-search-me

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

## 10 · 29/2023 | Army Mil Article | Army Funded Technology Wins Oscar | Png

screencapture-army-mil-article-215265-army-funded-technology-wins-oscar-2023-10-29-11_15_50.png

SHA-256 Hash of Source File: 4727e2b194417e2d5787e41d768b297cb6c9bbe96b26df67afd27ecb67d48964

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 19**

**New Dimensions in Testimony Overview**

New-Dimensions-in-Testimony_Overview.pdf
SHA-256 Hash of Source File:  f860c90c8f792cc7ff8203ac26d37c00145b4eab5c9a0c7d814b68e293e10035
Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

 USC Institute for Creative Technologies          ARL

### *New Dimensions in Testimony*
2012–present

New Dimensions in Testimony is an initiative to record and display testimony in a way that will continue the dialogue between Holocaust survivors and learners far into the future.

A collaboration between the USC Shoah Foundation and the USC Institute for Creative Technologies, in partnership with Conscience Display, New Dimensions in Testimony will yield insights into the experiences of survivors through a new set of interview questions, some that survivors are asked on a regular basis, plus many of which have not been asked before.



The project uses ICT's Light Stage technology and records interviews with seven cameras for high-fidelity playback; as well as natural language technology, which will allow people to engage with the testimonies conversationally by asking questions that trigger relevant, spoken responses.  ICT is also pioneering display technology that will enable the testimonies to be projected in 3D.


Subject in Light Stage

The goal is to develop interactive 3-D exhibits in which learners can have simulated, educational conversations with survivors though the fourth dimension of time.  Years from now, long after the last survivor has passed on, the New Dimensions in Testimony project can provide a path to enable young people to listen to a survivor and ask their own questions directly, encouraging them, each in their own way, to reflect on the deep and meaningful consequences of the Holocaust.



The project also advances the age-old tradition of passing down lessons through oral storytelling, but with the latest technologies available.

The technologies in New Dimensions in Testimony are built upon ICT basic research in graphics and natural language. These efforts are funded by the UARC contract.


Left   Top
Full on   Right   Bottom

USC Shoah Foundation
The Institute for Visual History and Education

At the University of Southern California Institute for Creative Technologies leaders in artificial intelligence, graphics, virtual reality and narrative advance low-cost immersive techniques and technologies to solve problems facing service members, students and society.

12015 Waterfront Drive  // Playa Vista, CA 90094-2536  //  310.574.5700 tel  //  310.574.5725 fax  //  info@ict.usc.edu
ict.usc.edu  //  facebook.com/USCICT  //  Twitter: @USC_ICT  //  youtube.com/USCICT

3/2013

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 20

# USC Shoah Foundation | Obama

USC-SHOAH-Foundation___OBAMA.pdf
SHA-256 Hash of Source File:  5b7f873fa8b4702d02ea30cf89a5de2677ea9c3a17873cdfd225b1919c399f59
Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 21

## Barack Obama Wins Emmy for Narrating Netflix National Parks Series | CBS News
EXHIBIT NFX

Barack-Obama-wins-Emmy-for-narrating-Netflix-national-parks series-CBS-News.pdf

SHA-256 Hash of Source File:  2cc7083f7da2288085ffeb38dcf1267d82e773cdf0815e701588505312a5b4a7

Page: 1 of 3      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 22**

## Barack Obama Wins Emmy for Narrating Netflix National Parks Series | CBS News
EXHIBIT NFX

Barack-Obama-wins-Emmy-for-narrating-Netflix-national-parks series-CBS-News.pdf

SHA-256 Hash of Source File:  2cc7083f7da2288085ffeb38dcf1267d82e773cdf0815e701588505312a5b4a7

Page: 2 of 3          [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

12/12/23, 10:40 PM          Barack Obama wins Emmy for narrating Netflix national parks series - CBS News



Obama is the second president to have an Emmy. Dwight D. Eisenhower was given a special Emmy Award in 1956.

Obama previously won Grammy Awards for his audiobook reading of two of his memoirs, "The Audacity of Hope" and "A Promised Land." Michelle Obama won her own Grammy for reading her audiobook in 2020.

EGOT refers to a special category of entertainers who have won an Emmy, a Grammy, an Oscar and a Tony. To date, 17 people have done it.

The late Chadwick Boseman also won an Emmy for his voice work on Saturday. The "Black Panther" actor won for outstanding character voiceover for the Disney+ and Marvel Studios animated show "What If...?"

On the show, Boseman voiced his "Black Panther" character T'Challa in an alternate universe where he becomes Star-Lord from "Guardians of the Galaxy."

It was one of the last projects for Boseman, who died in 2020 of colon cancer at age 43.

---

### TV & Streaming

**Andre Braugher, "Brooklyn Nine-Nine" actor, dies at age 61**


**Golden Globes announce 2024 nominations. See the full list here.**


**Remembering Norman Lear: "The soundtrack of my life has been laughter"**


 **Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.


More ›

---

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 23**

**President Barack Obama Attends Netflix Descendant Documentary Premiere**
EXHIBIT NFX

President-Barack-Obama-Attends-Netflix-Descendant-Documentary-Premiere-Netflix-Tudum.pdf
SHA-256 Hash of Source File: 8fbbea7073879f844e60b965c1af1733398d79ac7d5f00d3cb3c71e4a5d7cb98
Page: 1 of 4     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



12/12/23, 10:39 PM     President Barack Obama Attends Netflix 'Descendant' Documentary Premiere - Netflix Tudum

Images: Arturo Holmes/Getty Images for Netflix

**NEWS**

## Is That Emmy-Nominated Star Barack Obama at the 'Descendant' Premiere?

The former President trades the White House for the red carpet.

BY PHILLIPE THAO    AUG. 5, 2022

Is that…Obama? Why yes, yes it is.

First-time Emmy-nominee Barack Obama attended the premiere of *Descendant* on Aug. 5 at Martha's Vineyard African American Film Festival — just one day after his 61st birthday. Also in attendance were Michelle Obama, the film's executive producer Ahmir "Questlove" Thompson and director Margaret Brown.



*Descendant* follows members of Africatown, a small community in Alabama, who are descendants of the humans transported illegally on the last-known slave ship from Africa to the U.S.. The feature documentary, which is backed by the Obamas' Higher Ground Productions, won the Special Jury Award for Creative Vision at Sundance in January, and opened the weeklong film festival at Martha's Vineyard in Dukes County, Massachusetts. The festival lineup also includes *Netflix's A Jazzman's Blues*, produced and directed by Tyler Perry, and *From Scratch*, a new series starring Zoe Saldaña.

https://www.netflix.com/tudum/articles/barack-obama-descendant-premiere-photos     1/4

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 24**

## President Barack Obama Attends Netflix Descendant Documentary Premiere
EXHIBIT NFX

President-Barack-Obama-Attends-Netflix-Descendant-Documentary-Premiere-Netflix-Tudum.pdf

SHA-256 Hash of Source File:  8fbbea7073879f844e60b965c1af1733398d79ac7d5f00d3cb3c71e4a5d7cb98

Page: 2 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





With an Outstanding Narrator nomination for his role in the docuseries *Our Great National Parks*, Obama has also lent his voice to other projects such as podcasts and audiobooks — not to mention, of course, countless memorable speeches he gave during his eight-year term as the 44th President of the United States. He may be retired from delivering any more State of the Union addresses, but who knows, we just might see him behind the podium again for an Emmy acceptance speech come Sept. 12.



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 25**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 91 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# 9/28/23 – 'DARPA and Henry Street Settlement' conduct a search for Guertin's LinkedIn page

## DARPA searches a 2nd time and a direct connection to the US State Department through Henry Street Settlement

---

### Jeremy Reiss, Executive Vice President Partnerships and Innovation

A Henry Street team member for more than a decade, Jeremy drives program innovation and start-up, institutional fundraising, *government relations* and advocacy, and agency partnerships. Throughout his 25+ year career, he has worked as a *community organizer*, program evaluator, *legislative* and policy director, labor and climate advocate, public opinion pollster, and program practitioner.

### Jeremy served on the Urban Policy and Labor/Employment Advisory Committees for *President Obama's* 2008 election campaign.

A graduate of Wesleyan University, he also has an MSc in social policy and planning from the London School of Economics. Jeremy serves on the board of the Lester Fund and the Consortium for Worker Education.

### He is serving a three-year term as a Fulbright Specialist with the *U.S. Department of State*

> **State Department Searches Me**

and is a member of the Robert Sterling Clark Foundation's Sterling Network. Jeremy chairs Henry Street's Health & Wellness and Disability Inclusion Committees. He is a competitive marathon runner and pace team leader who resides in Brooklyn with his husband of 20 years and their two rescue dogs.

https://www.henrystreet.org/about/staff-leadership

Exhibit N | Index 02 | p. 23

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 26**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 92 of 199       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

*DARPA is independent of other military research and development and reports directly to senior Department of Defense management.*

DARPA comprises approximately 220 government employees in six technical offices, including nearly 100 program managers, who together oversee about 250 research and development programs.[7]

The name of the organization first changed from its founding name, ARPA, to DARPA, in March 1972, changing back to ARPA in February 1993, then reverted to DARPA in March 1996.[8]

The agency's current director, appointed in March 2021, is Stefanie Tompkins.[9]

## Mission

## As of 2021, their mission statement is "to make pivotal investments in breakthrough technologies for national security".[10]

text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:
48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/henry-street-
settlement?
lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BGa7skNtNTwCDMvXKCOOP8Q%3
D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37AOnpZqX1iGY1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-
organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo-null-5kegzu~ln38jtpa~hx-null-null&amp;eid=5kegzu-ln38jtpa-
hx&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxYmVlYjQ4NmNjZDA0MTlmYWY4ZTYxNzljNjAyNjY0YjUyNWRmNW
Y1ZDVkZmI0NjNiNmNhZDc3MGZlZjVhODM2MzJmM2Q5MGJlZDQ1NDM1NjA1YTE1MmNjMWVlZiwxLDE%3D" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-
ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQFcryfMfcLwAw/company-
logo_100_100/0/1670345721499?
e=2147483647&amp;v=beta&amp;t=eJGJtgx5oPEEB_ms4RZF06Feh2T44ZvgtIMif9RllIc" alt="Henry Street
Settlement" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position:
relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48"
height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:
48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/darpa?
lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BGa7skNtNTwCDMvXKCOOP8Q%3
D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37AOnpZqX1iGY1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-
organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo-null-5kegzu~ln38jtpa~hx-null-null&amp;eid=5kegzu-ln38jtpa-
hx&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxYmVlYjQ4NmNjZDA0MTlmYWY4ZTYxNzljNjAyNjY0YjUyNWRmNW
Y1ZDVkZmI0NjNiNmNhZDc3MGZlZjVhODM2MzJmM2Q5MGJlZDQ1NDM1NjA1YTE1MmNjMWVlZiwxLDE%3D" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-
ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C510BAQEMj6rQTBUU9Q/company-
logo_100_100/0/1519856978407?
e=2147483647&amp;v=beta&amp;t=E3JACP2yC7EmcMmBpfHa4Jy79cgK8m1VIgb7MH66ac4" alt="Defense Advanced
Research Projects Agency (DARPA)" style="outline: none; text-decoration: none; -ms-interpolation-mode:
bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block

<span style="color:red">Exhibit N | Index 02 | p. 24</span>

Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-42a6-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

<span style="color:red">**EXHIBIT OBM | p. 27**</span>

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 93 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

## You appeared in 6 searches

| | |
|---|---|
| From | LinkedIn <notifications-noreply@linkedin.com> |
| To | matt█████████████████████ |
| Date | Thursday, September 28th, 2023 at 8:53 AM |

 

### You appeared in 6 searches this week

  

You were found by people from these companies

( See all searches )

### Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linked**in**

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

MattGuertin.Substack.com/p/2nd-darpa-and-henry-street-search-me

Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Higher Ground Productions | Wikipedia**
EXHIBIT NFX

Higher Ground Productions - Wikipedia.pdf
SHA-256 Hash of Source File:  ef752529850f6bfc51ffae114db14703be7b8274134c277d8362df6189729406
Page: 2 of 9          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**Higher Ground Productions**, also known simply as **Higher Ground**, is an American production company founded in 2018 by former United States President Barack Obama and former First Lady Michelle Obama.

## History

In May 2018, the Obamas launched Higher Ground Productions by signing a multi-year deal with Netflix to produce scripted and unscripted film and television projects, with the goal of the company to lift up diverse voices in the entertainment industry.[1] Michelle Obama stated "I have always believed in the power of storytelling to inspire us, to make us think differently about the world around us, and to help us open our minds and hearts to others."[1] In February 2019, Priya Swaminathan, Tonia Davis, and Qadriyyah "Q" Shamsid-Deen joined the company, with Swaminathan and Davis serving as co-heads and Shamsid-Deen serving as a creative executive.[2]

On June 6, 2019, Spotify announced a partnership with Higher Ground to produce Spotify-exclusive podcasts.[3] The first podcast under the partnership, *The Michelle Obama Podcast*, premiered on July 29, 2020.[4]

The company's first film was *American Factory*, released in 2019. Netflix released *Becoming* a documentary following Michelle Obama on her book tour promoting her memoir of the same name.[5]

Higher Ground has multiple projects in development, including a feature film adaptation of Frederick Douglass's biography, a drama series set in the fashion scene of post-WWII New York City, and a scripted anthology series of the *New York Times* obituary column highlighting deaths of remarkable people not reported.[6]

In June 2022, it was announced that Higher Ground would be ending its partnership with Spotify, as it signed a multi-year, multi-million-dollar deal with Audible.[7]

## Awards

In 2020, the company won an Academy Award for Best Documentary Feature and a Primetime Emmy Award for Outstanding Directing for a Documentary/Nonfiction Program for *American Factory*.[8][9][10]

## Productions

### Feature films

| Release date | Title | Notes | Ref. |
|---|---|---|---|
| June 18, 2021 | *Fatherhood* | | |
| September 3, 2021 | *Worth* | | |
| November 3, 2023 | *Rustin* | | |
| December 8, 2023 | *Leave the World Behind* | | |

### Television

| Release date | Title | Notes | Ref. |
|---|---|---|---|
| March 16, 2021 | *Waffles + Mochi* | An educational Netflix original series for kids; centered on healthy eating.<br>Nominated—Children's and Family Emmy Award for Outstanding Preschool Series<br>Nominated—Children's and Family Emmy Award for Outstanding Writing for a Live Action Preschool or Children's Program<br>Nominated—Children's and Family Emmy Award for Outstanding Cinematography for a Live Action Single-Camera Program<br>Nominated—Children's and Family Emmy Award for Outstanding | [11]<br>[12]<br>[13]<br>[14]<br>[15]<br>[16] |

**Higher Ground**



| Type | Private |
|---|---|
| Industry | Entertainment |
| Founded | 2018 |
| Founder | Barack Obama<br>Michelle Obama |
| Headquarters | United States |
| Services | Film and TV production<br>Podcasting |

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 29**

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 11 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# Some Rather Obvious Age Discrepancies...

**Light Stage: Amazing avatars worthy of the Army, and Hollywood**
https://youtube.com/watch?v=sHVq4toVSVg



**Munich SIGGRAPH Chapter: Light Fields & Presidential Scanning 2015**
https://youtube.com/watch?v=A2HEMNpTwQ0

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 12 of 199          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# Some Rather Obvious Age Discrepancies...

**Light Stage: Amazing avatars worthy of the Army, and Hollywood**
https://youtube.com/watch?v=sHVq4toVSVg



**Digitizing Photorealistic Humans Inside USC's Light Stage**
https://youtube.com/watch?v=c6QJT5CXl3o

Exhibit N | Index 01 | p. 10

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 31**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File:  c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 13 of 199        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

# Some Rather Obvious Age Discrepancies...

**Light Stage: Amazing avatars worthy of the Army, and Hollywood**
https://youtube.com/watch?v=sHVq4toVSVg



**Light Field Imaging: The Future of VR-AR-MR-Part 1: Paul Debevec**
https://youtube.com/watch?v=Raw-VVmaXbg

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 21, Exhibit N | 24-cv-2646 | Criminal Conspiracy Targeting Guertin·s US Patent 11,577,177**

21__Exhibit-N__CRIMINAL-CONSPIRACY-TARGETING-GUERTINS-US-PATENT-11-577-177.pdf
SHA-256 Hash of Source File: c89a9c48f7fb1c30234a553935832e34b0c03902c569a0ca2dcf3fc7084354a7
Page: 14 of 199     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

# Some Rather Obvious Age Discrepancies...

**OTOY | GTC – The Convergence of Cinema and Games**
https://youtube.com/watch?v=etoS6daj20c



**How USC's Automultiscopic 3D Display Works**
https://youtube.com/watch?v=CIo-epgTjCs

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**8 · 14/2023 | Cartoonbrew Interviews Paul Debevec | Cg Vfx Animation Vr**

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1...

SHA-256 Hash of Source File:  f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a8c779

Page: 1 of 9       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]





**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**8 · 14/2023 | Cartoonbrew Interviews Paul Debevec | Cg Vfx Animation Vr**

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1...

SHA-256 Hash of Source File: f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a8c779

Page: 2 of 9        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



For *The Campanile Movie*, we used the Façade system I presented at SIGGRAPH 96 to create a textured model of the Berkeley campus and also to matchmove our rendered footage to the live-action campus and the cardboard model I was walking around with. When the vfx supervisor for *The Matrix* movies John Gaeta saw our film at the SIGGRAPH 1997 Electronic Theater, he realized this technique could solve how to render matchmoved virtual backgrounds in the 'bullet-time' shots, and hired a few of the students from our Berkeley team to make it happen. It was completely amazing to see the effect woven into such a great visual effects movie.

**How did image-based lighting become one of your passions? What were some of the first things you were able to demonstrate with your research in this area?**

**Paul Debevec:** I was amazed how visual effects companies like ILM were able to make digital characters like the dinosaurs in *Jurassic Park* look like they were really there with the actors in the live-action photography, since this is a key element of movie magic. From my computer vision classes it was conceivable how you could match the virtual camera motion to the real cameras, but getting the lighting to match was a mystery. When I asked some industry contacts how it was done, they said sometimes they'd try to write down where the lights were in the scene and replicate them in cg, and then iterate the lighting manually through artistic skill until things looked like they matched. I didn't like this answer, since it couldn't produce the 'correct' answer and the process didn't seem like something that I would be able to make happen in my own animated films.

As I worked on the SIGGRAPH 97 paper on high dynamic range (HDR) photography, I realized that the pixel values of an HDR image are actually proper measurements of the amount of red, green, and blue coming from every direction in the scene in the photograph.



Light probe image of Grace Cathedral, San Francisco. Image courtesy Paul Debevec.

And from learning about global illumination (GI) techniques for my qualifying exam at UC Berkeley, I understood that light comes from all directions and thus should be photographed panoramically, and I'd been experimenting with 360 photography for a few years at that point. So I captured omnidirectional HDR 'light probe' images in my kitchen at Berkeley, in the breezeway outside Soda Hall, and in the Eucalyptus Grove nearby, and eventually in Grace Cathedral across the Bay and the Galleria della Uffizi in Florence.

I considered writing my own IBL renderer, but Greg Ward showed me how to import the light probe images into his 'Radiance' GI renderer. I made the first renderings lit by HDR images for my SIGGRAPH 98 IBL paper using the kitchen, eucalyptus, and grace light probes, often using the nice candlestick model Radiance had from Greg's SIGGRAPH 93 cover image. The scene in the paper with a circle of candlesticks on a pedestal transformed into

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 35**

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1

SHA-256 Hash of Source File: f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a6c779

Page: 3 of 9        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

the spheres on the stands for the animation Rendering with Natural Light, and the Uffizi Gallery light probe would eventually illuminate the middle scene of SIGGRAPH 99's Fiat Lux.

**When you and your co-researchers produced the first light stage, what were you setting out to do? How did this progress and change with different light stage iterations?**

**Paul Debevec:** The original goal for a light stage was to illuminate a real human face with image-based lighting, making them appear as if they were in some other location, so that you could realistically composite them into a background plate or a virtual set. My first thought was to put the person into a modestly-sized inward-pointing spherical screen and project a spherical image of the environmental lighting onto the screen all around them. But I couldn't find a way to affordably cover a full sphere with imagery and still get enough contrast ratio and brightness for the effect to be worthwhile.



This 1-minute exposure shows how Light Stage 1 moved a small spotlight around a person's head during the capture process. Image courtesy Paul Debevec.

So the Light Stage from our SIGGRAPH 2000 paper used an image-based relighting process instead: we built a gantry to rotate a single spotlight all around the subject, recording how they appear lit from every lighting direction, and then multiplied the color channels of each image by the intensity of that color of the light coming from the corresponding direction in the environment, and added all of these scaled image channels together. In effect, that relights the actor's face with the light of any light probe image you can imagine.

Light Stage 2, which was used to create digital actors for *Spider-Man 2* and *Superman Returns*, did the same thing faster with a 3 meter arc of strobe lights. But in 2001, as soon as Color Kinetics iColor MR lights became available, we built Light Stage 3 as a sphere of 156 inward-pointing RGB-controllable light sources, and this finally realized the vision of physically performing image-based lighting on an actor in the stage.



Actor Alfred Molina, who played Doctor Octopus in Spider-Man 2, sits in Light Stage 3.



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 36**

## 8 · 14/2023 | Cartoonbrew Interviews Paul Debevec | Cg Vfx Animation Vr

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1

SHA-256 Hash of Source File:  f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a6c779

Page: 4 of 9       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Real and synthetic versions of Alfred Molina by Imageworks. Image courtesy Paul Debevec.

In 2004, when LED display panels became available a few years later, I designed an inward-pointing stage out of them to perform a test for Digital Domain for *The Curious Case of Benjamin Button*, and this technique is essentially what illuminated Sandra Bullock and George Clooney for the movie *Gravity*, where we worked closely with Framestore and Lightstage, LLC for the R&D phase of the project.

By far, the most commonly used light stage process we have developed is called polarized gradient illumination facial scanning, which we developed in 2005 as a way of deriving sub-millimeter 3D facial scans with high-resolution texture and displacement maps. When bright white LEDs became available, we added a second set of lights and new control circuitry to Light Stage 3, calling the new device Light Stage 5 (since we had proposed building large version of Light Stage 3 called Light Stage 4).

For our SIGGRAPH 2005 paper, we programmed the lights to rapidly illuminate the actor from different directions as they were recorded at thousands of frames per second by a high-speed camera, allowing us to change the lighting on them as a post-production process. But I wondered if this programmable lighting system could be able to generate lighting patterns which would help us derive high-resolution 3D geometry of the face. I had two good ideas for this: one was to light the face with a succession of gradient lighting conditions based on the first four spherical harmonics, which allowed us to derive per-pixel surface normal maps of the face from any camera positioned around the sphere.



The second idea was to polarize the entire sphere of incident light in a special pattern that allowed us to tune the specular reflections in and out based on flipping a polarizer in front of the camera. Cross-polarized allowed us to capture a flat-lit, shadow-free, and shine-free texture map for the face. Subtracting this from the parallel-polarized condition allowed us to isolate the specular map for the face, which even more importantly gave us a way to calculate surface normals based on only specular reflections, yielding the sharp, sub-millimeter detail I wanted free from the effects of subsurface scattering. We first applied this technology for the movie *Avatar*, starting in 2006, scanning the principal cast for Weta Digital to help them craft the Na'vi versions of the characters as well as human digi-doubles, and to well over a hundred actors since.

**Can you talk about some of the most memorable characters that have come to life with light stage captures, from your point of view? Any surprises in terms of where or how the light stage has been used?**

**Paul Debevec:** Two of my favorite projects are Digital Emily, from 2008, which used high-resolution light stage scans to achieve one of the first photoreal digitally rendered animated faces, and Digital Ira from 2013, which did the same for a face that was rendered interactively in real time. In both cases, the most rewarding part of the work was collaborating with world experts working on

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 37**

## 8 · 14/2023 | Cartoonbrew Interviews Paul Debevec | Cg Vfx Animation Vr

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1

SHA-256 Hash of Source File:  f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a8c779

Page: 5 of 9     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

complementary groundbreaking technologies: Image Metrics (now Faceware) provided the facial animation technology for Digital Emily, and Activision provided amazing real-time rendering techniques for Digital Ira.



And, in both cases, we did our absolute best with the scanning technology, but the final renderings came from our collaborators, and at some point the level of realism achieved completely surprised us and changed what we thought was possible. Activision has now purchased its own Light Stage X system from USC ICT and is using it to scan actors for many of its video games.

For movies, it was very exciting to work with Sony Imageworks adapting the Light Stage 2 system into movie production for *Spider-Man 2*, which ended up being a really good movie too, and working hard to bring our high-res scanning techniques into production use for *Avatar* (and we got film credits on both!). *The Curious Case of Benjamin Button* working with Digital Domain used a variety of light stage captures and both image-based lighting and relighting in achieving the first photoreal digital main character in a film, which was amazing to be a part of. [Vfx supervisor] John Dykstra surprised us by asking to use a particularly ambitious version of image-based relighting capture for *Hancock*, having us record Will Smith and Charlize Theron in Light Stage 5 from 100 viewpoints in 156 lighting conditions in an extensive set of expressions with an array of high-speed cameras.



Digital Domain utilized the Light Stage 5 to help build a CG model of an aged Brad Pitt for The Curious Case of Benjamin Button. Image courtesy Paul Debevec.

And probably the most emotional project we helped with was *Furious 7*, where we helped Weta Digital create a completely believable digital version of Paul Walker to allow the movie to be completed after his tragic accident. For this, we scanned Caleb and Cody Walker at the highest resolution possible, even recording their subtle facial movements as they read through lines originally said by their brother Paul. Because of the family resemblance, this data helped Weta Digital create Paul's digital double, which appears in about half of his character's scenes, most of which no one even guessed were rendered.

**How has the digital human and light stage research moved forward with developments in rendering, and in real-time rendering in gaming and vr? What do you see digital faces and humans actually being used for in vr?**

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

## 8 · 14/2023 | Cartoonbrew Interviews Paul Debevec | Cg Vfx Animation Vr

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1

SHA-256 Hash of Source File:  f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a8c779

Page: 6 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**Paul Debevec:** That's a very interesting question. Our first light stage paper came out a year before Stanford's landmark paper on practical sub-surface scattering [a way of representing the way light scatters as it hits skin or a similar object], and one of the advantages it offered was that it could render a realistic human face without having to perform any light transport computation, subsurface or otherwise. Instead, the light transport of light falling on the face from every direction was captured through photography and simulated from the image data, allowing *Spider-Man 2* and *Superman Returns* before it was possible to have human-quality implementations of subsurface scattering algorithms.



Digital Ira is a real-time rendering project and collaboration between USC ICT and Activision. Image courtesy Paul Debevec.

This image-based relighting process from one-light-at-a-time data is still used in visual effects for lighting visualization and shader validation, but now that global illumination light transport can be done so efficiently with Arnold, Octane, V-Ray, and the like, it's the high-resolution light stage scan geometry which gets used for building and rendering the characters. Our Digital Ira collaboration with Activision was an amazing chance to work with some of the world's best real-time shader writers, including the masters screen-space subsurface scattering and environmental lighting techniques. This showed that you can render a full-screen entire realistic head at 60 fps on what is now a 5-year-old gaming laptop. Based on that, I have no doubt that the vr hardware we'll see in 2017 and 2018—even mobile systems—will be capable of rendering photoreal digital human characters.

**You've also been researching light fields [light field cameras, for example, rely on both the intensity of light in a scene and also the direction that light rays are traveling in space to make imagery]. Where does that fit in with your digital humans and vr research?**

**Paul Debevec:** I stumbled into light fields back in the Façade photogrammetry work, where I often had shot many images of the front of a building and needed to decide which one to use as the texture to map onto the 3D model. The simple answer was to choose the photo that was shot the most from straight on, but I realized that if the viewer is going to be seeing the building from off to the side a bit, then the best photo to use would be one taken from around the same angle. This way, unmodeled geometric detail like window sills sticking out would still look approximately right, and the different shines and glints the building makes would be reproduced somewhat as well. So the SIGGRAPH 96 Façade paper proposed 'view dependent texture mapping' as a way of blending between different images based on viewing angle, effectively rendering each model polygon as a surface light field.



*Above: Debevec recently consulted with cloud graphics company OTOY on the capturing of light fields, seen demonstrated in this video.*

Our first light stage paper proposed the 'reflectance field' as a representation of

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 39**

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1?

SHA-256 Hash of Source File:  f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a6c779

Page: 7 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

how each incident light field is transformed by a face or object into a radiant light field. Since a light field is four dimensional—a collection of 2D images shot from two dimensions of different angles—a reflectance field is actually eight dimensional, which is a massive amount of data when high-resolution imagery is involved. In practice, the first light stage recorded 4D slices of the reflectance field from each camera: sequences of 2D images lit from a 2D set of lighting angles. It's been awesome to see other researchers build systems to record and simulate 6D and 8D reflectance fields since then.

We first combined light stage capture with light fields in earnest in 2006 for our first project using our full-body 8-meter Light Stage 6 system. We couldn't afford (or deal with the data from) a hundred high-speed cameras, so we used a vertical array of just three high speed cameras looking into the light stage and recorded the subject on a rotating treadmill as they made 36 walk or run cycles. As a result, we effectively could get 108-view 360-degrees around light fields for these repetitive motions, and by interleaving 33 lighting conditions at 990 frames per second, we could relight the person to any lighting environment as well as rendering them seen from any angle.



In 2012, our lab at USC ICT began working with USC's Shoah Foundation to use the light stage to record testimony of survivors of the World War II Holocaust. For this, we used Light Stage 6 to create flat symmetrical lighting from above and placed over 100 video cameras around the stage to record each survivor's stories from all the way around and some latitude of up and down as well. When shown on the 216 video projectors of our lab's 3D projector array display, the survivor appears life-sized, as a hologram-like, automultiscopic, glasses-free 3D image. By far the most interesting dimension recorded was their responses to over 1,000 questions asked to each survivor, allowing query recognition techniques from the ICT's Natural Language Group to play back appropriate responses to questions asked from anyone wishes to learn more about the survivors and their experiences. The lab is currently working on bringing this experience into virtual reality.

**Finally, one of the skills you've mastered over the years is communicating complex concepts. Can you talk about what it takes to make a compelling SIGGRAPH presentation, and to deliver this research in papers and talks in digestible and interesting ways?**

**Paul Debevec:** Thanks so much for that. I think giving a good talk or making a successful video is mostly a matter of storytelling. Everything you say and show needs to be done in consideration of how it will be perceived by the audience. How do you make them realize they care about the problem? Can you make them frustrated that it can't be solved in a straightforward way? Can you give them the vicarious enjoyment of figuring out a new way? Can you put results on the screen that make it clear that the technique really works, without even having to tell them that it really works? Can you mentally model what you're sure they already know, and only build from that? Can you say each sentence in as simple a way as possible, with as simple words as possible? Can you successively set up expectations and pay them off?



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

## 8 · 14/2023 | Cartoonbrew Interviews Paul Debevec | Cg Vfx Animation Vr

Screencapture_Cartoonbrew_Interviews_Paul_Debevec_Name_Absolutely_Need_Know_Cg_Vfx_Animation_Vr_145389_Html_2023_08_1

SHA-256 Hash of Source File:  f1a7d88e5b8f14c1ea8913c001b5b44b27b987631c08caca31cc094276a8c779

Page: 8 of 9       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Paul Debevec (left) observes President Obama being scanned by a Light Stage at the White House for a Smithsonian 3D-portrait project. Image courtesy Paul Debevec.

The resulting scans. Image courtesy Paul Debevec.

I think the most important part of a talk is how you transition between your slides. I always make sure I know what my next slide will be, either through a written list of slide titles or using 'presenter view,' so that I can say a sentence or two to trigger some expectations and then switch to it so that the audience is in a good frame of mind to process all of that new visual information you're throwing at them. It's so much better than switching to a slide, giving the audience an initial bout of confusion as to what everything means, and then helping them recover from it. I also always go through my slides the night before a talk, or earlier in the day, to pre-load all the stories I'll need to tell.

I almost never have equations on my slides, and once I had written an entire SIGGRAPH paper without an equation and ended up scrambling to find a way to include one just so the reviewers wouldn't get worried. I think the best presentation is pictures with captions and the occasional video clip, and not even a complete sentence written down. But the most important part of speaking is to get a good night's sleep! I've never given a great talk without a fully rested brain.

*Paul Debevec's SIGGRAPH Asia keynote is entitled 'Achieving Photoreal Virtual Humans In Movies, Games, And Virtual Reality' and will take place on December 6th at The Venetian Macao.*

[f SHARE]  [🐦 TWEET]  [✉ SEND]

**Read More:**    #Avatar  #Digital Domain  #Framestore  #Furious 7  #Google Daydream  #Gravity  #Industrial Light & Magic  #Paul Debevec  #photogrammetry  #SIGGRAPH  #SIGGRAPH Asia  #Sony Pictures Imageworks  #Spider-Man 2  #The Curious Case of Benjamin Button  #The Matrix  #Weta Digital

**Ian Failes** More Articles
Ian Failes is a writer covering visual effects and tech for *Cartoon Brew*.



Comments for this thread are now closed                                          ✕

1 Comment                                                                    1 Login ▾

♡    ↪ Share                                                    Best   Newest   Oldest

**GW**
7 years ago
Glad to hear about his work. What do you know of how current modeling methods work? I don't work in animation but I'd like to stay up to date with the times. OSU has a website but it's over a decade out of date. I'd like to know about the recent advances in modeling, particle physics, flocking, and so on but I cant find a resource to explain it all.
👍 0    👎 0    ↪ Share ›

□ Subscribe    🔒 Privacy    ⊘ Do Not Sell My Data                          **DISQUS**

**MORE IN CGI:**

• Pixar, Adobe, Apple, Autodesk, And Nvidia Ally On OpenUSD

• Christopher Nolan Forgot To Credit Over 80% Of VFX Crew On 'Oppenheimer'

• SIGGRAPH 2023 Offers Feast Of Talks On New Animation, Including 'Spider-Verse,' 'Nimona,' And 'Elemental'

• Epic Games Unveils Metahuman Animator, A Potential Game Changer For Automated Facial Animation And Lip Sync

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 41**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 5 of 89       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]












Exhibit M | Index 01 | p. 3

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 6 of 89    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

## A rotating treadmill from 2006 supposedly

Also notice his use of language - he specifically uses the word 'volumetric' when referring to his claimed 2006 research that involves the rotating treadmill even though that was never the subject of any of the 2006 papers at all…



Custom video edits available for viewing at:

MattGuertin.Substack.com/p/netflix-fraud-is-discovered

## 2019 - Researching at Google with regular treadmill

I have no idea why he would choose to directly follow up a video of his supposed rotating treadmill from 2006 with a video from 2019 which is focused on using his same Light Stage technology but instead is using a standard treadmill…but then again I also have no clue why they would feel the need to make such a public display of this fraud if they already have the capability and 'connections' to be able to distribute completely fraudulent academic papers, video content, webpages, etc across the entire internet essentially for the purpose of creating a completely false history.

Exhibit M | Index 01 | p. 4

Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 43

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 7 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Had I not come across this video I almost certainly never would've been alerted to the fraud in the first place as I definitely wouldn't have been searching through academic papers from 2006 randomly. I don't think Paul Debevec is a very smart man at all.



Custom video edits available for viewing at:

MattGuertin.Substack.com/p/netflix-fraud-is-discovered

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 8 of 89        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**SIGGRAPH affiliations not disclosed at all…**



**This video analysis PROVES that the video was generated using Ai**



MattGuertin.Substack.com/p/netflix-fraud-is-discovered

Exhibit M | Index 01 | p. 6

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 46**

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 9 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

### Candidly admits to writing a research paper with chatGPT…



Paul Debevec

### He even thanks Stephan Trojansky in the credits



MattGuertin.Substack.com/p/netflix-fraud-is-discovered

Exhibit M | Index 01 | p. 7

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 46

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin's Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File: 59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 10 of 89      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**They seem to be encoding some sort of structured information in the pixel data as extreme color curve analysis reveals structured patterns.**





Exhibit M | Index 01 | p. 8

Url 1: link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
Url 4: drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 11 of 89          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**The multi-colored pixel groupings that appear around the outside edge of Debevec's PIP window are always the same insofar as one row being one pixel in height, another one pixel in height, the next row being two pixels in height, etc.**





Exhibit M | Index 01 | p. 9

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**Doc. 20, Exhibit M | 24-cv-2646 | Guertin·s Patent Theft Investigation**

20__Exhibit-M__GUERTINS-PATENT-THEFT-INVESTIGATION.pdf
SHA-256 Hash of Source File:  59326d584f0e3641e158ccc6f1330f9a396fa8f29987c53f6d470c7cca6e7c96
Page: 12 of 89          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

CASE 0:24-cv-02646-JRT-DLM   Doc. 20   Filed 07/12/24   Page 12 of 89

**Some kind of timing / frame / content identification system I am guessing but I have not investigated it any further. It is definitely structured though and not simple glitches or compression as you can clearly see for yourself.**





Exhibit M | Index 01 | p. 10

**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

**EXHIBIT OBM | p. 49**

## 2013 · 6 | president promotes usc shoah foundation partner increasing internet access | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-president-promotes-usc-shoah-foundation-partner-increasing-internet-access-2023-11-05-13_44_21.

SHA-256 Hash of Source File:  5a8665d5c5e533bcc17dcb1658779e36b254c7f765c37ba6d20c98c084208df5

Page: 1 of 1          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jvp45v42e4csgykelsqlusc4tzoq/file/EXHIBIT OBM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/eca4c00e-eaca-49b1-8c2f-8c7d4c2b18d3.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/4c28c9cc-aa6a-4a26-8539-de510827296c.pdf
**Url 4:** drive.proton.me/urls/27HYEZZKRR#aXn14yxkWD8E

EXHIBIT OBM | p. 50