# EXHIBIT SFI

**2013 · 2 | les hologrammes une revolution technologique au service du devoir de memoire | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-02-les-hologrammes-une-revolution-technologique-au-service-du-devoir-de-memoire-2023-11-05-10_1

SHA-256 Hash of Source File: d9ff6d77f24220bb4680afd0bf5e6a8847244114e68e58908b1bf12feeebb981

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 1**

## 2013 · 5 | commemorative events held warsaw honor 70th anniversary warsaw ghetto uprising | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-commemorative-events-held-warsaw-honor-70th-anniversary-warsaw-ghetto-uprising-2023-11-05-1

SHA-256 Hash of Source File: 787b653e1a2192d193c8b9c674720b8b3349e3c9215df9651b1b6e4566fe7ce1

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 2**

## 2013 · 5 | holocaust regionalni historie | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-holocaust-regionalni-historie-2023-11-05-13_50_42.png
SHA-256 Hash of Source File:  7f56cf0105e52efff84976b93636206aa19532c02a6a044ade9ace2316d94e23
Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 3

**2013 · 5 | novy material na portalu moderni dejiny vola londyn | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-novy-material-na-portalu-moderni-dejiny-vola-londyn-2023-11-05-13_50_12.png

SHA-256 Hash of Source File:  d4ec8c0efeb170be2aa82da4dded8d3ee3027b24e15c9b01066e346b4ca2f4b8

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 4**

## 2013 · 5 | praha vzpominky pametniku svedly dohromady vedce i pedagogy | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-05-praha-vzpominky-pametniku-svedly-dohromady-vedce-i-pedagogy-2023-11-05-13_50_26.png](#)

SHA-256 Hash of Source File:  da8aaf7519e5c6e8fe0ec4e9f4fd9840a8295f42dc53e709f1d60a727f485857

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 5**

## 2013 · 6 | street addresses holocaust teacher institute | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-street-addresses-holocaust-teacher-institute-2023-11-05-13_44_36.png

SHA-256 Hash of Source File: 882a75c15c87106cefa0aecc688701ad3f02905ac9763be24e065e1e812ac42e

Page: 1 of 1      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw


**2013 · 7 | jewish federation executives visit usc shoah foundation | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-jewish-federation-executives-visit-usc-shoah-foundation-2023-11-05-13_43_06.png
SHA-256 Hash of Source File: 3d632734226d42ef9700e9a880f6ee91ae41bfa12d69d71582cb03a46018dfac
Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ metadata ]

REQUEST FAMILY TESTIMONY COPY DONATE

OUR SITES

USC Shoah Foundation
The Institute for Visual History and Education

On the 30th Anniversary, New York Panel to Examine Impacts and Legacy of Schindler's List

Israel Under Attack

A statement from Joel Citron, Board Chair

President Folt's statement regarding the situation in Israel and Gaza

Call for Applications

Katz Fellow in Genocide Studies Explores Jewish, Roma Experiences in French Internment Camps

USC Special Panel Discusses Challenges to Holocaust Memory Amidst Rising Antisemitism

USC Shoah Foundation Launches Lecture Series on Understanding and Responding to Antisemitism

Nimrod "Zigi" Ariav, 96, Took Up Arms Against the Nazis

Call for Applications: USC Shoah Foundation Non-residential Scholar Program

Home » News » 2013 » 07 » Jewish Federation Executives Visit USC Shoah Foundation

# Jewish Federation Executives Visit USC Shoah Foundation

Mon, 07/01/2013 - 2:20pm

USC Shoah Foundation recently hosted a number of eminent guests from the Jewish Federation of Greater Los Angeles. They included: Jerry Coben, a member of the federation's board of directors in addition to being an emeritus member of the USC Shoah Foundation Board of Councilors; Jay Sanderson, president and chief executive officer; Andrew Cushnir, executive vice president and chief programming officer; and Shira Rosenblatt, vice president of Jewish education and engagement.

The Jewish Federation of Greater Los Angeles works to assure the continuity of the Jewish people, support a secure Israel, care for Jews in need here and abroad, and address issues of concern to the local community. The Shoah Foundation is currently partnering with the organization on an IWitness pilot program about informal Jewish education.

## Like this article? Get our e-newsletter.

Be the first to learn about new articles and personal stories like the one you've just read.

SIGN UP TODAY!

TAGS:

Jewish Federation | Visit | Iwitness | Education

MULTIMEDIA: Video, Photo Galleries
WHAT WE DO: Collections, Education
INITIATIVES: Stronger Than Hate, At USC, Focal Points
MEDIA CENTER: News, Press Kit, Press Coverage
ABOUT US: Our Story, Staff, Access Sites, Contact Us, Career Opportunities
GET INVOLVED: Ways To Give, Funding Opportunities, Impact of Giving, Annual Fund, Our Supporters
SIGN UP TO OUR NEWSLETTER: Sign Up

ACCESSIBILITY GUIDELINES

© 2023 ALL RIGHTS RESERVED

# 2013 · 9 | visual history archive restoration project 32 complete | Png
## EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-09-visual-history-archive-restoration-project-32-complete-2023-11-05-13_35_58.png

SHA-256 Hash of Source File: 847e109e0a526c70de5587ef081c223ef5285d884a4d6278e5aad11058b3a523

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 11-2086 | introducing our blog | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-2086-introducing-our-blog-2023-11-05-13_24_29.png

SHA-256 Hash of Source File: 0bcf71d731a5342183f2390bcd810985fb65d0148b73bb4c405a2a46b16bf55a

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 9

## 2013 · 11 | first quarter 2013 shows increases usc shoah foundation s academic media and | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-first-quarter-2013-shows-increases-usc-shoah-foundation-s-academic-media-and-2023-11-05-13_27

SHA-256 Hash of Source File: ffea039a7187138d9bffb17615669bd3463f66e18595fa29dbfb1b2d71e4d3c7

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 10**

## 2013 · 11 | iwitness evaluated chicago classroom | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-iwitness-evaluated-chicago-classroom-2023-11-05-13_26_45.png
SHA-256 Hash of Source File: 725b393c8fe593a1456f06584a0329cb9c1eefd1bee0be848364ce9d1d28b266
Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 11

## 2013 · 11 | kigali genocide memorial center researching potential rwandan genocide archive center | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-kigali-genocide-memorial-center-researching-potential-rwandan-genocide-archive-center-2023-11-0

SHA-256 Hash of Source File:  b02344da63f51a6f3277dbdc29ccdd8e31c912ae238201b5ef940a7573edc7bb

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**2013 · 12-2322 | 2023 11 5 | Png**
EXHIBIT SFI

---

screencapture-sfi-usc-edu-news-2013-12-2322-2023-11-05-13_14_29.png

SHA-256 Hash of Source File: befa534260b5d8a89e1dfacd2d73875a10e3a378a77c029fe87bda829f32e552

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 12 | iwitness will go live ipads and tablets january 6 | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-iwitness-will-go-live-ipads-and-tablets-january-6-2023-11-05-13_13_37.png

SHA-256 Hash of Source File:  d7214d382e464bbe3949905064d5cf99419e3e62136649d1e03efeb230bf56b2

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 14

## 2013 · 12 | teaching testimony 21st century workshop france dec 9 and 10 | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-teaching-testimony-21st-century-workshop-france-dec-9-and-10-2023-11-05-13_18_39.png

SHA-256 Hash of Source File:  404c4d6ae0ca84d03b7dd86bc52f9fb30b8ce4398700d725b47d64d99f2c72cf

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 15**

**Web-archive | 2013-02-les-hologrammes-une-revolution-technologique | 2023-11-05 13-10 | Png**
EXHIBIT SFI

screencapture-web-archive-org-web-20200928095832-https-sfi-usc-edu-news-2013-02-les-hologrammes-une-revolution-technologique-au-ser

SHA-256 Hash of Source File:  8b109fcf27c4bc7769c59ed91163a59b0a710ecc366b3a8435813bc41576b6ef

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 16**

## 2013 · 2 | video series teachers now online | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-02-video-series-teachers-now-online-2023-11-05-13_53_32.png

SHA-256 Hash of Source File:  a67953c0da0130f5752907c192d530f668a7394384d3c447dc804eac88b7f47f

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 3 | iwitness statewide day learning california students and teachers | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-03-iwitness-statewide-day-learning-california-students-and-teachers-2023-11-05-13_52_46.png
SHA-256 Hash of Source File:  c0284b262ffef936c3fe805fca1405f2db4f2759ac77d161421c1b99232b98ed

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 18

## 2013 · 3 | teaching about holocaust united states holocaust memorial museums forum holocaust | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-03-teaching-about-holocaust-united-states-holocaust-memorial-museums-forum-holocaust-2023-11-05-

SHA-256 Hash of Source File: 7c44428ca8becaf06f4bdf7477a5a4e7faac91a461872b043f8ee985b936c0d8

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 3 | visiting scholar goes against grain rutgers professor dr jeffrey shandler lectures | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-03-visiting-scholar-goes-against-grain-rutgers-professor-dr-jeffrey-shandler-lectures-2023-11-05-13_53

SHA-256 Hash of Source File: d53a5d848494de4a53ca710cc4f42eb39601cf4be7aba58f283a8929f1577a27

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 20**

## 2013 · 4 | conversation stephen feinberg leading holocaust educator | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-04-conversation-stephen-feinberg-leading-holocaust-educator-2023-11-05-13_51_44.png

SHA-256 Hash of Source File:  b42843862d11e71f73bac442492be313e4476c694b55fc2e687dcfaac17d6f7a

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 5-364 | restoring memories holocaust | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-364-restoring-memories-holocaust-2023-11-05-13_51_12.png

SHA-256 Hash of Source File: b898aaa9937172b1fd3747de82802d1fdf6b47b131c832f3cc55ff13b7a28227

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 22

## 2013 · 5 | iwitness adds eyewitnesses | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-iwitness-adds-eyewitnesses-2023-11-05-13_50_58.png

SHA-256 Hash of Source File:  f94e26af6dffe94f276e27ccff6e5db4142fc51785be32b6307a460b30cc5c37

Page: 1 of 1 　　　[ source file ]　　[ .ots timestamp of source file ]　　[ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 5 | saving every testimony | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-05-saving-every-testimony-2023-11-05-13_48_44.png](screencapture-sfi-usc-edu-news-2013-05-saving-every-testimony-2023-11-05-13_48_44.png)

SHA-256 Hash of Source File: 31479b644e3bb9ca366ec9c3e9df1fe9a387589a9acb92e69cd1001f71932608

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 24**

## 2013 · 5 | usc soa alapitvany del kaliforniai egyetem nemzetkozi oktatasi programja magyarorszagon | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-usc-soa-alapitvany-del-kaliforniai-egyetem-nemzetkozi-oktatasi-programja-magyarorszagon-2023-1

SHA-256 Hash of Source File:  eb0d926f8d318f1e931df87f8c3fa3e00612971272368d7fb0c3eebfa7b0bfea

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 25**

## 2013 · 6 | armenian genocide testimonies be incorporated usc shoah foundation visual history | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-armenian-genocide-testimonies-be-incorporated-usc-shoah-foundation-visual-history-2023-11-05-13

SHA-256 Hash of Source File: bf24998873cbdd479f54a0090c9df05838988cd308f99027f955e401e99ee5a4

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 26**

## 2013 · 6 | bay area holocaust survivors honored | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-bay-area-holocaust-survivors-honored-2023-11-05-13_47_41.png

SHA-256 Hash of Source File:  e732aca13f3d70e4b3f9ba0dae09fb3471e542f9cb48b41aa8b2e8712dbee2f7

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 27

## 2013 · 6 | high school students pilot new iwitness activity | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-high-school-students-pilot-new-iwitness-activity-2023-11-05-13_48_11.png

SHA-256 Hash of Source File: 4e0745ce9bbaf46d981abdc504bd3bdec1953441e5aeabbacd3b4d26c944f184

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 28**

## 2013 · 6 | italian institute joins visual history archive access sites | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-italian-institute-joins-visual-history-archive-access-sites-2023-11-05-13_47_57.png

SHA-256 Hash of Source File:  5b420ac62e0cbca56063ad50549934d323bb4723cd323c3986c4562e3d6eeb8c

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 29**

## 2013 · 6 | june schindler s list screenings benefit usc shoah foundation | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-06-june-schindler-s-list-screenings-benefit-usc-shoah-foundation-2023-11-05-13_47_27.png](#)

SHA-256 Hash of Source File: 594558762e2a6b66b89e25bc37c416c3c7a6e56aa75eecece0d963fa37a862c7

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 30**

# 2013 · 6 | president promotes usc shoah foundation partner increasing internet access | Png
## EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-president-promotes-usc-shoah-foundation-partner-increasing-internet-access-2023-11-05-13_44_21.

SHA-256 Hash of Source File: 5a8665d5c5e533bcc17dcb1658779e36b254c7f765c37ba6d20c98c084208df5

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 31**

## 2013 · 6 | usc shoah foundation introduces next generation council | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-06-usc-shoah-foundation-introduces-next-generation-council-2023-11-05-13_43_36.png

SHA-256 Hash of Source File:  2f3585144db93a8a54ac2b5ccc0e13195bd9a0e40267e17c6249b898f4fd1a40

Page: 1 of 1         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 32**

**2013 · 7-1359 | videointerjuk 21 szazad oktatasaban tanarkepzesi program magyarorszagon | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-1359-videointerjuk-21-szazad-oktatasaban-tanarkepzesi-program-magyarorszagon-2023-11-05-13_4

SHA-256 Hash of Source File: 2501d5bbfd5b9a807a8166335610dbf575745297f4e658e885e3cb1213039024

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 33**

## 2013 · 7 | claudia ramirez wiedeman joins educational program designer | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-claudia-ramirez-wiedeman-joins-educational-program-designer-2023-11-05-13_42_08.png

SHA-256 Hash of Source File: ddf40698e923caa1a90f71e7f5fba35feb2c09e3cda7cc3be2e973cfbf43c44e

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 34**

## 2013 · 7 | director international school holocaust studies yad vashem visits usc shoah foundation | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-director-international-school-holocaust-studies-yad-vashem-visits-usc-shoah-foundation-2023-11-05

SHA-256 Hash of Source File:  1340ed717a15d7017a16a63da8f5a5d4486d0c643e2ac385db8926bd80b1caaa

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 35**

## 2013 · 7 | echoes and reflections training goes alaska | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-echoes-and-reflections-training-goes-alaska-2023-11-05-13_42_36.png

SHA-256 Hash of Source File:  4d720490ae50d4d266440338b476019adfabe06b7cd260d737d8fea545d9a66a

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 36**

## 2013 · 7 | jungblut joins netherlands conference digital testimonies | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-jungblut-joins-netherlands-conference-digital-testimonies-2023-11-05-13_42_52.png

SHA-256 Hash of Source File:  b9e9d164c0ff2e5de3d7c40429011e5101881eb905308a5384c5b821a668ed6f

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 37**

## 2013 · 7 | teacher trainings rise | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-teacher-trainings-rise-2023-11-05-13_43_19.png

SHA-256 Hash of Source File: fb08611ac945e399bff21c4a8e3a127fe1d0d43a5c62a6d33139598becdcb429

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 38**

**2013 · 8-1418 | 2023 11 5 | Png**
EXHIBIT SFI

---

screencapture-sfi-usc-edu-news-2013-08-1418-2023-11-05-13_41_11.png

SHA-256 Hash of Source File: b281c0b9ba692d7ab02989d0290bb1643242ddf4710b78e60d0a66d403a4e684

Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 8 | holocaust survivor speak nicky s family film screening la | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-08-holocaust-survivor-speak-nicky-s-family-film-screening-la-2023-11-05-13_40_57.png

SHA-256 Hash of Source File: 044298de7a9d9b268c72e42e670528dba22275b1e72a143435dd5c5aa4402a20

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**2013 · 8 | mission hungary and poland will commemorate usc shoah foundation s 20th anniversary | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-08-mission-hungary-and-poland-will-commemorate-usc-shoah-foundation-s-20th-anniversary-2023-11-

SHA-256 Hash of Source File: 73121606546b426fa45980cb3d9d5214ba8c5c7f9ab65d6cd279733eb17b406b

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 41**

## 2013 · 8 | scholastic partners iwitness | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-08-scholastic-partners-iwitness-2023-11-05-13_40_43.png](#)

SHA-256 Hash of Source File:  7bb543a5398a5ad0c0d60fb3c594a6118e0fc4266846c576431609c808cea00b

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 42**

## 2013 · 8 | yehuda bauer visit usc shoah foundation november | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-08-yehuda-bauer-visit-usc-shoah-foundation-november-2023-11-05-13_40_11.png

SHA-256 Hash of Source File:  81a0706d07f40d8162657fa9eb09b79fb0eca57380fc67a1148d49fa7023d847

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 43**

## 2013 · 9 | drexel university newest visual history archive access site | Png
### EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-09-drexel-university-newest-visual-history-archive-access-site-2023-11-05-13_34_36.png](screencapture-sfi-usc-edu-news-2013-09-drexel-university-newest-visual-history-archive-access-site-2023-11-05-13_34_36.png)

SHA-256 Hash of Source File: 7f330316950302f83886d5fe0e38a7f3030eef7dbc54aa05e3ccef2b0116fb67

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 9 | genocide resistance usc dornsife 2020 research cluster host third annual workshop | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-09-genocide-resistance-usc-dornsife-2020-research-cluster-host-third-annual-workshop-2013-11-05-13_

SHA-256 Hash of Source File: 5d59638c566d143c9acffa0055c4be259bd8a7c8ce8804361f8e1c96ce7a0be1

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 45

## 2013 · 9 | rwandan testimonies added iwitness | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-09-rwandan-testimonies-added-iwitness-2023-11-05-13_39_02.png

SHA-256 Hash of Source File:  f54e014e898ae9aee100eef20f1e4cd9080a5dc487b152b70ce2337326aaf3a5

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 46

## 2013 · 9 | usc shoah foundation receive humanitarian award peace over violence | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-09-usc-shoah-foundation-receive-humanitarian-award-peace-over-violence-2023-11-05-13_35_22.png

SHA-256 Hash of Source File:  e0a1e9d1bc9698adc0111634a4fb20242cd341e76f0ddc0aa9f19308485b8b82

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 47

## 2013 · 10-1735 | del kaliforniai egyetem usc soa alapitvany vizualis tortenelmi archivumanak | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-1735-del-kaliforniai-egyetem-usc-soa-alapitvany-vizualis-tortenelmi-archivumanak-2023-11-05-13_

SHA-256 Hash of Source File:  d0857638c7d9a16bda99929212fc5ec06ef4d2dc6dfa45cbf59112034a99967b

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 48**

## 2013 · 10 | back school echoes and reflections part 7 | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-back-school-echoes-and-reflections-part-7-2023-11-05-13_31_19.png

SHA-256 Hash of Source File:  3005f2ef52cd93b3dfe008370cdb5c0f355ac23f45a5b9bf0dfe01aa6a61756c

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 10 | holocaust education institute be held friday usc | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-holocaust-education-institute-be-held-friday-usc-2023-11-05-13_30_48.png

SHA-256 Hash of Source File:  f72505710161c0457f55745c3203ff1756d4a29450eb78594ba6d680e0d033b9

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 50**

## 2013 · 10 | inanimate alice partners usc shoah foundation | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-inanimate-alice-partners-usc-shoah-foundation-2023-11-05-13_33_16.png

SHA-256 Hash of Source File: 3ac4099293b6188e5b0a7ab3825b151cf43d5bcfc3e435a5cdaec4c3e3bdd5aa

Page: 1 of 1      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 51**

**2013 · 10 | sir nicholas winton and ben helfgott give testimony visual history archive | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-sir-nicholas-winton-and-ben-helfgott-give-testimony-visual-history-archive-2023-11-05-13_34_21.p

SHA-256 Hash of Source File:  e48ce4f7dada5cab6b986f19de7ad241c4c4e41d63d198534b7d19aad1e44306

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 10 | steven spielberg and usc shoah foundation honor george clooney ambassadors humanity | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-steven-spielberg-and-usc-shoah-foundation-honor-george-clooney-ambassadors-humanity-2023-11-(

SHA-256 Hash of Source File:  2d4e41b7852a42413e6e49af460833e34503fa4ad232492ba1a8bf5e200d6964

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 53**

# 2013 · 10 | students unite usc shoah foundation | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-students-unite-usc-shoah-foundation-2023-11-05-13_32_30.png

SHA-256 Hash of Source File:  8902fe353cac290dd2f8f87a712792176ee1ca1fdd7c351df7a817d3de8cf1c4

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 54

## 2013 · 10 | testimonys effect local students showcased ambassadors humanity gala | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-testimonys-effect-local-students-showcased-ambassadors-humanity-gala-2023-11-05-13_32_59.png

SHA-256 Hash of Source File:  ace5c80e77214fcd3dde6ce1ebc5b5b88aecc76392a4aabb244bcdd4af8855ba

Page: 1 of 1         [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 10 | trojan family weekend exhibit introduces students and families usc shoah foundation | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-trojan-family-weekend-exhibit-introduces-students-and-families-usc-shoah-foundation-2023-11-05-

SHA-256 Hash of Source File: 02643fa9c0096c0827c5ede67fa2e1b19a1690bf963ccdfdf48df2470a56c0d5

Page: 1 of 1  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 56**

## 2013 · 10 | usc shoah foundation executive director stephen smith named unesco chair genocide | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-usc-shoah-foundation-executive-director-stephen-smith-named-unesco-chair-genocide-2023-11-05-1

SHA-256 Hash of Source File: 4c8fb1b076e5371f0547eef022890efb7f737c20ec964ba959854d4453ec0f3c

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 57**

## 2013 · 10 | viral video demonstrates need mandatory holocaust education | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-viral-video-demonstrates-need-mandatory-holocaust-education-2023-11-05-13_31_04.png

SHA-256 Hash of Source File: 2e6dd2c06796ce84c18de6ca3998f6ce6f1719ae2a074fc152633b890055bcf3

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 58**

## 2013 · 11-2108 | you cannot teach holocaust palestinians | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-2108-you-cannot-teach-holocaust-palestinians-2023-11-05-13_23_38.png

SHA-256 Hash of Source File:  6ea6fb0222704eca30936dd6cc13a71295bfe502671d1b6ea60309982d5345c1

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 59**

## 2013 · 11 | claude lanzmann screen new film last unjust usc dec 10 | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-claude-lanzmann-screen-new-film-last-unjust-usc-dec-10-2023-11-05-13_22_48.png

SHA-256 Hash of Source File:  85b7a9d72d2eb9bd5d2b6dadb5c7eb4502838461c32e7a3b45349be54985f8ba

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 11 | leading chinese and israeli holocaust scholars meet first time live streamed discussion | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-leading-chinese-and-israeli-holocaust-scholars-meet-first-time-live-streamed-discussion-2023-11-05

SHA-256 Hash of Source File: ac29419f68f6c7dc41af3677fbf396697dcad9fbd3913af5ceb47db67c85880a

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 61**

## 2013 · 11 | much work be done holocaust studies say yehuda bauer and xu xin | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-much-work-be-done-holocaust-studies-say-yehuda-bauer-and-xu-xin-2023-11-05-13_26_12.png

SHA-256 Hash of Source File:  004f89dba3b6f7c63faffa127cd0ea73e50835e18cde2ca8eb858b2eca7793cd

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 62**

## 2013 · 11 | new ukrainian teachers resource guide and seminar offers multimedia approach teaching | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-new-ukrainian-teachers-resource-guide-and-seminar-offers-multimedia-approach-teaching-2023-11-

SHA-256 Hash of Source File:  3e2df4ed619a52326d2de0d7a110c4f5e94213765fcb637b3faa1744ec5c163c

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 63**

## 2013 · 11 | pennsylvania students and parents learning power testimony | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-pennsylvania-students-and-parents-learning-power-testimony-2023-11-05-13_24_45.png

SHA-256 Hash of Source File: 312e8fc8039d65284c415eaa12e795da14f4c6c04851081f148062f97a3310c6

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 64

## 2013 · 11 | rwanda hosts its first ever iwitness teacher training | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-rwanda-hosts-its-first-ever-iwitness-teacher-training-2023-11-05-13_26_29.png

SHA-256 Hash of Source File:  f41b97a841cc80ec306d34c55281384d07b50e9d095de38fde2fa47d35a1de4f

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 65**

## 2013 · 11 | sidney shachnow records testimony visual history archive | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-sidney-shachnow-records-testimony-visual-history-archive-2023-11-05-13_23_03.png

SHA-256 Hash of Source File:  bb400e27caad7337eaa446a5aaab9d556d9da8bd54f6783bf4c0a5e1829055d4

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 11 | student voices film contest jurors include filmmakers eric kabera and sam kadi | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-student-voices-film-contest-jurors-include-filmmakers-eric-kabera-and-sam-kadi-2023-11-05-13_24

SHA-256 Hash of Source File:  bac2595964ca114238197d04b2bf9485c0ed0f1d2def7259ae0d113b9dbce8bb

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

# 2013 · 11 | three workshops offered saturday student voices participants | Png
## EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-three-workshops-offered-saturday-student-voices-participants-2023-11-05-13_27_33.png

SHA-256 Hash of Source File:  b3359537e45d2f6aaaf80b3f3d514934f0f61902ce9a72a020b4c42b72044225

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 11 | visual history archive launches museum history polish jews education department | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-visual-history-archive-launches-museum-history-polish-jews-education-department-2023-11-05-13_

SHA-256 Hash of Source File:  904a5c6e06668e562782aa739458bb9829e0ecb974695f75d8350a7480180aa1

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 69**

## 2013 · 11 | visual history archive now accessible university toronto libraries | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-visual-history-archive-now-accessible-university-toronto-libraries-2023-11-05-13_25_22.png

SHA-256 Hash of Source File:  98d159d9cea553683bc80a02feb735cba358ee740f7fffe187c27a780e0d1883

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 12-2013 | year review message executive director | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-2013-year-review-message-executive-director-2023-11-05-13_13_19.png

SHA-256 Hash of Source File:  4f07df80c70e617afd5dc3d852656229e922b8cc47576b8c22ab253c9aaf978a

Page: 1 of 1　　　　[ source file ]　　　[ .ots timestamp of source file ]　　　[ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 71**

**2013 · 12-2023 | 11 5 | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-2023-11-05-13_12_59.png

SHA-256 Hash of Source File:  1b3f6f4bda368dc9aab139c8198698aad2286bd9cad5b84d5cead81e11fb39b9

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 72**

## 2013 · 12-2216 | warrior s battle god | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-2216-warrior-s-battle-god-2023-11-05-13_17_59.png

SHA-256 Hash of Source File:  d9fbfddb4f481c661908bd8def3e6e46ba2b607544f8be92c5847d35bb65d8a9

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 12-2229 | reconnecting my past | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-2229-reconnecting-my-past-2023-11-05-13_18_55.png

SHA-256 Hash of Source File:  ea08c28cc601f0abffc3269388be100f27191680785c3681660951f8d8c2b386

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 12-2259 | 76th anniversary nanjing massacre | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-2259-76th-anniversary-nanjing-massacre-2023-11-05-13_16_45.png
SHA-256 Hash of Source File:  c5101554ada50f4bd31b086aff04d8bc4e79b512724d6b423fa4119679eca795
Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Url 1: link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
Url 4: drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 75

## 2013 · 12-2325 | usc shoah foundation students take action | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-2325-usc-shoah-foundation-students-take-action-2023-11-05-13_13_54.png

SHA-256 Hash of Source File:  c67db97c64edc51f902c79ce784c6398b856fb136f0c9e42efca8ef09770917d

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 76**

## 2013 · 12 | claude lanzmann discusses 37 year journey make last unjust | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-claude-lanzmann-discusses-37-year-journey-make-last-unjust-2023-11-05-13_19_48.png

SHA-256 Hash of Source File:  4a73f649e67102c31cb36f76866ffe6b0dcc2026d461cf65fbd3f78354f9cabc

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 77

**2013 · 12 | dan leshem and jeffrey shandler lead seminar association jewish scholars conference | Png**
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-dan-leshem-and-jeffrey-shandler-lead-seminar-association-jewish-scholars-conference-2023-11-05-[

SHA-256 Hash of Source File: 86cf5d2bb9c80e9d54422cfa321bf8daf45ee2b5c502f9db734006a276f714a8

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 78**

## 2013 · 12 | national french contest uses testimony visual history archive | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-12-national-french-contest-uses-testimony-visual-history-archive-2023-11-05-13_18_16.png](#)

SHA-256 Hash of Source File:  bee7add02abfdd27a36377d2f61f3e308ce57e899399d2a63c279e12bc08740f

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 79

## 2013 · 12 | new nanjing massacre testimonies included facing history and ourselves resources | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-new-nanjing-massacre-testimonies-included-facing-history-and-ourselves-resources-2023-11-05-13_

SHA-256 Hash of Source File:  d19a92bd9b1db933053535784e8b5cd7136750b3677b9475ae809e41914baa8e

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 80**

## 2013 · 12 | ours or foreign jews czech 20th century conference prague today | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-12-ours-or-foreign-jews-czech-20th-century-conference-prague-today-2023-11-05-13_17_20.png](#)

SHA-256 Hash of Source File:  47f074acf601a26ea81cfacf5435dff8a293f6dfb42364cece170b6222997d5d

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 81**

## 2013 · 12 | rwanda peace education program launches | Png
EXHIBIT SFI

[screencapture-sfi-usc-edu-news-2013-12-rwanda-peace-education-program-launches-2023-11-05-13_19_12.png](#)

SHA-256 Hash of Source File: 527775c821600ad76c6394d6db232a0524b5ae7b56dc35930344bff10da641b7

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 82

## 4571 · | 2023-11-05 13-43 | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-4571-2023-11-05-13_43_52.png

SHA-256 Hash of Source File:  3f62fb9bc591a4be6fa3d0504ae024b74bc20e4b588f8d84ff31cc91a25d6082

Page: 1 of 1　　　[ source file ]　　[ .ots timestamp of source file ]　　[ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## sfi-usc-edu-video-restoration | 2023-11-05 13-14 | Png
EXHIBIT SFI

___

screencapture-sfi-usc-edu-video-restoration-2023-11-05-13_14_46.png

SHA-256 Hash of Source File:  f176182bd0bcecea31a563dc5d758820d6ed9a3a08160d4eb85234750a6b9e96

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 84

## 2013 · 4-362 | every genocide leaves legacy rwandan tutsi genocide testimonies integrated usc | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-04-362-every-genocide-leaves-legacy-rwandan-tutsi-genocide-testimonies-integrated-usc-2023-11-05-1

SHA-256 Hash of Source File: 7914d0d966177a697c545cde287ace9bafbfff65099055c194eaa973bcd1cf92

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 5 | announcing our new fellows | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-05-announcing-our-new-fellows-20132014-2023-11-05-13_48_27.png

SHA-256 Hash of Source File: 43729fe9042668188f7d068b664a4feaefc37ebf08d7eee9aff0253450b0f397

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 86

## 2013 · 7 | schindler s list will mark 20th anniversary special screenings benefit usc shoah | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-07-schindler-s-list-will-mark-20th-anniversary-special-screenings-benefit-usc-shoah-2023-11-05-13_41

SHA-256 Hash of Source File: 4f630c10478978869e0dd9e0da41e4be5ad84f9df9eddaaa7e6c4bbe771a1c4c

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 87**

## 2013 · 8 | approaching tipping point technology education | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-08-approaching-tipping-point-technology-education-2023-11-05-13_39_51.png

SHA-256 Hash of Source File:  a74d2898add0d849efe53b11638fca7e01d20764901680a77db964193c0eff2d

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 88**

## 2013 · 9 | need speed your school fast enough digital learning | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-09-need-speed-your-school-fast-enough-digital-learning-2023-11-05-13_35_39.png

SHA-256 Hash of Source File: 97aec4285792eb38155298a951e48a84a7541de2ba9b4d196651e3ab485cff13

Page: 1 of 1    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 9 | view inside classroom teacher reviews iwitness | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-09-view-inside-classroom-teacher-reviews-iwitness-2023-11-05-13_39_32.png

SHA-256 Hash of Source File: c1f513a55cf3c8bdb5949d1931a6418f42bd14c2a2a1a359f684881a89e8dbb9

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 90

# 2013 · 9 | viral video ethical editing | Png

EXHIBIT SFI

---

screencapture-sfi-usc-edu-news-2013-09-viral-video-ethical-editing-2023-11-05-13_34_49.png

SHA-256 Hash of Source File: 4db96a787870680bbcc7539298e8542bc4a73c6a1dac262b314f463bba9d7f6d

Page: 1 of 1 [ source file ] [ .ots timestamp of source file ] [ metadata ]

REQUEST FAMILY TESTIMONY COPY DONATE
OUR SITES
USC Shoah Foundation
The Institute for Visual History and Education

On the 30th Anniversary, New York Panel to Examine Impacts and Legacy of Schindler's List
Israel Under Attack
A statement from Joel Citron, Board Chair
President Folt's statement regarding the situation in Israel and Gaza
Call for Applications
Katz Fellow in Genocide Studies Explores Jewish, Roma Experiences in French Internment Camps
USC Special Panel Discusses Challenges to Holocaust Memory Amidst Rising Antisemitism
USC Shoah Foundation Launches Lecture Series on Understanding and Responding to Antisemitism
Nimrod "Zigi" Ariav, 96, Took Up Arms Against the Nazis
Call for Applications: USC Shoah Foundation Non-residential Scholar Program

Home » News » 2013 » 09 » From Viral Video to Ethical Editing

## From Viral Video to Ethical Editing

Mon, 09/23/2013 - 3:01pm

### What students need to know about working with testimony

*By Holly Willis*

Three years ago, the Institute for Multimedia Literacy, a research unit within the University of Southern California's School of Cinematic Arts and that is designed to study new forms of literacy in a digital culture, embarked on a collaboration with USC Shoah Foundation—The Institute for Visual History and Education. The goal of the collaboration was to develop best practices for teaching students how to work with clips of testimony from the Institute's Visual History Archive. As the Institute continued to expand its outreach to high school students, undergraduates, and graduate students, and as students began to watch, edit, combine, and reconfigure these clips, what did they need to know?

Our attention to this topic stemmed from the simple fact that our students come to us now with a tremendous amount of experience viewing, sharing, creating, and uploading online video. Indeed, the ability to take images, manipulate them, and recirculate them is shared by anyone with access to a computer and the internet. However, much of the material that our students engage with in this context is viral video, which tends to spark laughter or shock more often than contemplation; it moves quickly from source to source as short-lived memes, and it may be valued more for its spreadability than for its intellectual complexity. The result is a kind of "video vernacular" and a correspondingly cavalier attitude toward visual material viewed online.

This attitude isn't appropriate when students are invited to engage with sensitive materials. As students began to work with clips of testimony, we needed a method that teachers could adopt and which would inspire careful attention to notions of truth, care, and respect. We knew that this attention could only come through the development of an understanding specifically of editing and what it means to excerpt a clip, place it in juxtaposition with another clip, and even to compile a sequence of excerpted clips that, in their placement, create meaning. With this in mind, together we developed the notion of ethical editing: the act of selecting, combining, and presenting clips of testimony in a manner that honors and respects the truth, considers interviewees' possible vulnerability, and acknowledges the viewers' trust.

We reasoned that if students could apply this definition to their work with clips of testimony, not only would their own thinking about the material grow more nuanced, but it would also result in more careful video projects. To help students consider the ethics of editing in more detail, we also introduced basic concepts from documentary filmmaking.

First, documentary films endeavor to represent the truth. They make a *"truth claim."* Viewers accept this claim as a kind of contractual obligation on the part of the filmmaker, and the filmmaker in turn struggles constantly with a commitment to convey the truth. This applies to working with clips of testimony and creating sequences that use this material.

Second, documentary filmmakers must establish a *point of view* toward the material presented. There are many ways to frame documentary material: Do you simply present a series of clips, without any overt perspective, and leave interpretation to your viewers? Or do you make your perspective clear, either through text or voice-over, so that your viewers will make no mistake with regard to your intentions? Do you use music to help produce an interpretation, or suggest your own perspective? What about slow fades, or a zoom to highlight a particular aspect of a shot? Each of these activities contributes to the creation of point of view.

Third, documentary filmmakers establish a particular *stance*, or attitude, toward their material. This is far more subtle than point of view, and reflects the maker's opinions, emotions, and ideological positioning. For this concept, we invited students to consider their own stance, and to think about how they *feel* about the material they are presenting, not simply what they think. Clips of testimony can incite an array of complex and often conflicting emotions, which in turn will affect a student's stance, and the decisions regarding what is presented and how. These require some reflection.

As participants in a visual culture, we approach the act of editing with a great deal of skill already, even if we have never once made an editorial decision. We know almost intuitively how to combine images to tell a story, and how to use basic editing techniques—such as dissolves, fades, and fast cutting—to convey meaning using our culture's visual vernacular. However, we believe that is important to take the opportunity presented by the special circumstances of clips of testimony in the Visual History Archive to slow down, to analyze, to question, and possibly to invent a new visual language appropriate to the kinds of meaning-making particular to the testimonials. With this in mind, we concluded our various working sessions with teachers by pointing to a key challenge: how can we mobilize the excitement and enthusiasm of our students as they engage with video in an entirely new context to imagine a visual language specific and appropriate to their projects? With this in mind, we look forward to the emergence of a new genre of video essay built on clips of testimony and informed by ethical editing.

**Holly Willis** is a faculty member in the School of Cinematic Arts at the University of Southern California, where she also serves as director of Academic Programs for the Institute for Multimedia Literacy and Director of the Media Arts + Practice PhD program. As part of her work Willis teaches, organizes workshops, and oversees academic programs designed to introduce new media literacy skills across USC's campus and curriculum. She is the editor of *The New Ecology of Things* (Art Center College of Design, 2007) and the author of *New Digital Cinema: Reinventing the Moving Image* (Wallflower Press, 2005).

This article first appeared in the Summer 2013 issue of PastForward, the Institute's digest.

**Like this article? Get our e-newsletter.**

Be the first to learn about new articles and personal stories like the one you've just read.

SIGN UP TODAY!

TAGS:

Visual History Archive | Editing | Testimony | Education | High School

MULTIMEDIA: Video, Photo Galleries
WHAT WE DO: Collections, Education
INITIATIVES: Stronger Than Hate At USC, Focal Points
MEDIA CENTER: News, Press Kit, Press Coverage
ABOUT US: Our Story, Staff, Access Sites, Contact Us, Career Opportunities
GET INVOLVED: Ways To Give, Funding Opportunities, Impact Of Giving, Annual Fund, Our Supporters
SIGN UP TO OUR NEWSLETTER: Sign Up
ACCESSIBILITY GUIDELINES
© 2023 ALL RIGHTS RESERVED

## 2013 · 10 | ambassadors humanity gala honors george clooney and importance testimony | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-ambassadors-humanity-gala-honors-george-clooney-and-importance-testimony-2023-11-05-13_33_

SHA-256 Hash of Source File:  efe1bcce4b9655da44022d1da37415c271e4154c8e25d1a4f003c530376a0f81

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 92**

## 2013 · 10 | iwitness evaluation report | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-10-iwitness-evaluation-report-2023-11-05-13_31_54.png

SHA-256 Hash of Source File:  d8e00206e4edb10d7f3e47682a2168f8b2ee860f67fa67c3db3aace38812784d

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 93

## 2013 · 11-2140 | history making | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-2140-history-making-2023-11-05-13_20_06.png

SHA-256 Hash of Source File: 6422e78157b07d4f648b633631392ec971c0648a172f9a6f4637ca9966ca4290

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

EXHIBIT SFI | p. 94

## 2013 · 11 | back school echoes and reflections part 8 | Png
### EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-back-school-echoes-and-reflections-part-8-2023-11-05-13_27_50.png

SHA-256 Hash of Source File: bb31ba36c84355b20b437921aa44562cf3ed95d115e9d4b623466e41818befef

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

## 2013 · 11 | back school echoes and reflections part 9 | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-back-school-echoes-and-reflections-part-9-2023-11-05-13_25_02.png

SHA-256 Hash of Source File:  5f8dfb92a7036eeea8bbd57e4ae66c32193ea6b420bad3ead9658edf5939716d

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 96**

## 2013 · 11 | back school echoes and reflections part 10 | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-11-back-school-echoes-and-reflections-part-10-2023-11-05-13_23_19.png

SHA-256 Hash of Source File:  2b5fe6e558ae925fa91ced05631a39be12e0b52e970b3fad70161b7aa7b5807e

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 97**

## 2013 · 12 | usc shoah foundation and nanjing massacre memorial hall collaborate expand visual | Png
EXHIBIT SFI

screencapture-sfi-usc-edu-news-2013-12-usc-shoah-foundation-and-nanjing-massacre-memorial-hall-collaborate-expand-visual-2023-11-05-1

SHA-256 Hash of Source File:  85ee069daf6f67bc7171059dbdb64afe28b1d35ae2f2c55d97796d6840c6c30a

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jwfnd4c74gbwvoat3lxdzherbaiq/file/EXHIBIT SFI_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8daba507-82c9-4320-a522-9648f96dc44c.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/060f30bf-38a5-4f19-a3d0-530b10d3e386.pdf
**Url 4:** drive.proton.me/urls/K9F59834DR#FUecfcSQI6Qw

**EXHIBIT SFI | p. 98**