# EXHIBIT USC

# prnewswire news releases first mandarin language | Png
EXHIBIT USC

prnewswire-news-releases-first-mandarin-language.png

SHA-256 Hash of Source File:  c0161d6dbffbee8afa41ffcb4c9c6413912071562464c62401f34165aeba6afb

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Url 1: link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4ja/file/EXHIBIT USC_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
Url 4: drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

EXHIBIT USC | p. 1

## 2013 · 7 | new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2013-07-new-dimensions-testimony-2023-10-28-08_49_21.png

SHA-256 Hash of Source File:  d0b70158317098f396afeeef87a73815deb923f7407accfd2a9b1bc8ba87254e

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

EXHIBIT USC | p. 2

## 2015 · 12-10549 | new dimensions testimony wins best paper digital storytelling conference | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2015-12-10549-new-dimensions-testimony-wins-best-paper-digital-storytelling-conference-2023-10-28-08_5

SHA-256 Hash of Source File:  3e963974764889d8b3c77dd7bbb8d1ea3eedd7527a015bb90c610834d8ae326b

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 3**

## 2016 · 1-10601 | eva schloss records interview new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-01-10601-eva-schloss-records-interview-new-dimensions-testimony-2023-10-28-08_52_35.png

SHA-256 Hash of Source File:  722900cf50e659d66645e18c975094f9a3232a2d43a1286ee718f4f4cb15c9ca

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

EXHIBIT USC | p. 4

## 2019 · 3-24491 | voice america features dimensions testimony | Png
### EXHIBIT USC

[screencapture-sfi-usc-edu-news-2019-03-24491-voice-america-features-dimensions-testimony-2023-10-28-02_44_07.png](screencapture-sfi-usc-edu-news-2019-03-24491-voice-america-features-dimensions-testimony-2023-10-28-02_44_07.png)

SHA-256 Hash of Source File:  652c7f3b2b9114f406c7cc52fe875943ed2df7318cb1604152dd663d4caad9a0

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 5**

## 2019 · 3-24491 | voice america features dimensions testimony | Png
### EXHIBIT USC

screencapture-sfi-usc-edu-news-2019-03-24491-voice-america-features-dimensions-testimony-2023-10-28-08_42_40.png

SHA-256 Hash of Source File:  49da0160ce3f81cce41fd3d4344059632f143fc6550db9f484ec57dc57253669

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

## 2019 · 3-24491 | voice america features dimensions testimony | Png
### EXHIBIT USC

screencapture-sfi-usc-edu-news-2019-03-24491-voice-america-features-dimensions-testimony-2023-10-28-21_51_38.png

SHA-256 Hash of Source File:  2d4b837ca9e7d8541de3a2ca9b6240253b08406ce1edcc870c1142ee3b04fe17

Page: 1 of 1      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 7**

## 2019 · 10-26291 | dimensions testimony theater established new dallas holocaust and human rights | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2019-10-26291-dimensions-testimony-theater-established-new-dallas-holocaust-and-human-rights-2023-10-2

SHA-256 Hash of Source File:  3a3bd56a60c7adce3c105fa9cfe3a511c3ae43efdb710a0dcce1d6ab61182cc4

Page: 1 of 1      [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 8**

**Hadassah Magazine | Png**
EXHIBIT USC

Hadassah-Magazine.png

SHA-256 Hash of Source File:  073f61cfd0bbdc0d6d78988eb39a0faaa33a133685de69e99bddf408a241e1e9

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b8787021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 9**

## 2012 · 2-3090 | new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2012-02-3090-new-dimensions-testimony-2023-10-28-21_56_14.png

SHA-256 Hash of Source File:  941a4fe06017f2a4b7fc51fbb118a28b5eb8fe88397f8eec3b6c1a482cb57a02

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

EXHIBIT USC | p. 10

# 2013 · 11 | stephen smith and pinchas gutter discuss new dimensions testimony college saint | Png
## EXHIBIT USC

screencapture-sfi-usc-edu-news-2013-11-stephen-smith-and-pinchas-gutter-discuss-new-dimensions-testimony-college-saint-2023-10-28-08_

SHA-256 Hash of Source File:  85936eab27b01ff8d55bba0f10b01cb3241cdad04fdb4f8cf116c30131a51d25

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 11**

## 2014 · 6 | new dimensions testimony cbs morning | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2014-06-new-dimensions-testimony-cbs-morning-2023-10-28-08_50_20.png

SHA-256 Hash of Source File: 16dfec22a7cf49db4b920dfba37f530516773dfd91bbc571e9371c01d31b7e5c

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 12**

## 2015 · 5-9360 | department homeland security hosts usc shoah foundation presentation | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2015-05-9360-department-homeland-security-hosts-usc-shoah-foundation-presentation-2023-10-28-08_51_2?

SHA-256 Hash of Source File:  224e5e37d8ae547e4aa824571f3ca86e1ba2e62f3b60890d59e04cd9a326837e

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

## 2015 · 9-10073 | anita lasker wallfisch records interview new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2015-09-10073-anita-lasker-wallfisch-records-interview-new-dimensions-testimony-2023-10-28-08_50_40.p

SHA-256 Hash of Source File:  2da7c4679209eb58b62188d239e988603464b04d84b13a12f64e1be8d922174b

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 14**

## 2015 · 12-10485 | renee firestone records interview new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2015-12-10485-renee-firestone-records-interview-new-dimensions-testimony-2023-10-28-08_51_59.png

SHA-256 Hash of Source File:  15a3290ca20430167dc6078bd16885b668a503341bac2d11b2d276caea8bc852

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 15**

## 2016 · 4-11271 | sheffield docfest showcase new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-04-11271-sheffield-docfest-showcase-new-dimensions-testimony-2023-10-28-08_52_53.png

SHA-256 Hash of Source File: 9e01d737a2668e90cffa2ec6e8baf8a35b4f1c08f0c22577055804ba71db856b

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 16**

## 2016 · 5-11444 | new dimensions testimony display ushmm | Png
### EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-05-11444-new-dimensions-testimony-display-ushmm-2023-10-28-08_53_26.png

SHA-256 Hash of Source File:  9ab4d88fc28e6c972213298e0200cdbd2bf3cf9569b69384d59544025dcac3c3

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 17**

## 2016 · 6-11553 | stephen smith and new dimensions testimony sheffield doc fest | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-06-11553-stephen-smith-and-new-dimensions-testimony-sheffield-doc-fest-june-10-15-2023-10-28-08_

SHA-256 Hash of Source File:  4be01b5a1872cc2d0adb2e821874cbb6c6e0ed3308eff397fb466548b4a5af0d

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

EXHIBIT USC | p. 18

## 2016 · 6-11553 | stephen smith and new dimensions testimony sheffield doc fest | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-06-11553-stephen-smith-and-new-dimensions-testimony-sheffield-doc-fest-june-10-15-2023-10-28-08_

SHA-256 Hash of Source File:  ef5875cf9a361324945ccfd9704740f3e6449d5fb5441c1c3839f9c04baa2ea2

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 19**

## 2016 · 6-11627 | new dimensions testimony wins two awards sheffield doc fest | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-06-11627-new-dimensions-testimony-wins-two-awards-sheffield-doc-fest-2023-10-28-08_54_00.png

SHA-256 Hash of Source File: b6abbcf479d8bce3956e0edd5fd7dd900ed11cbd40a8fc218105010ab2555d7c

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 20**

## 2016 · 9-12158 | stephen smith talks new dimensions testimony johannesburg south africa | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-09-12158-stephen-smith-talks-new-dimensions-testimony-johannesburg-south-africa-2023-10-28-08_54

SHA-256 Hash of Source File:  bfd8d5cec7c8f247e24454568b6414956067ffa02a70f77385aa205b3556bc24

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 21**

## 2016 · 10-12432 | new dimensions testimony stands out future storytelling festival | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-10-12432-new-dimensions-testimony-stands-out-future-storytelling-festival-2023-10-28-08_54_36.png

SHA-256 Hash of Source File:  bb74b26a441d77c729627024dced54c27fe8253a3345334571d92b28ce9be95b

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 22**

## 2016 · 11-12531 | new dimensions testimony films first hebrew interview | Png
EXHIBIT USC

[screencapture-sfi-usc-edu-news-2016-11-12531-new-dimensions-testimony-films-first-hebrew-interview-2023-10-28-08_54_54.png](screencapture-sfi-usc-edu-news-2016-11-12531-new-dimensions-testimony-films-first-hebrew-interview-2023-10-28-08_54_54.png)

SHA-256 Hash of Source File:  3cae6995b14b0aa835da59874ea0636558744ba1831810ca51fc8268a2ec9dea

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 23**

## 2016 · 11-12637 | new dimensions testimony begins three month installation candles museum indiana | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-11-12637-new-dimensions-testimony-begins-three-month-installation-candles-museum-indiana-2023-10

SHA-256 Hash of Source File:  9ec69a278e4a8edbf1bfa8623ea0ae6fb88576a750e4afaf0779c7f8fb0100b6

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Eva Kor "talks" with Pinchas Gutter at CANDLES Museum

**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 24**

## 2017 · 1-12948 | holocaust museum houston begins four month exhibit new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-01-12948-holocaust-museum-houston-begins-four-month-exhibit-new-dimensions-testimony-2023-10-2

SHA-256 Hash of Source File:  4e8f295a3f1b07f3a9a0f8134b8b8980ed404d7919258ae3e88f2845b60f7243

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 25**

## 2017 · 3-13206 | stephen smith gives multimedia presentation ceos ypo edge conference | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-03-13206-stephen-smith-gives-multimedia-presentation-ceos-ypo-edge-conference-2023-10-28-09_06_
SHA-256 Hash of Source File:  db513bd47f9fc7b4518182f6ec9902596073ffc7d7ed7685cd4a5f1c46193104
Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 26**

## 2017 · 3-13766 | new dimensions testimony presented jewish funders network international | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-03-13766-new-dimensions-testimony-presented-jewish-funders-network-international-2023-10-28-08_5

SHA-256 Hash of Source File:  e33aadd1224b0dfc3705e023240b42e418fc062fd8df2b69cb02a9248106651c

Page: 1 of 1          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 27**

## 2017 · 6-16481 | progress nanjing testimonies and mandarin language new dimensions testimony | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-06-16481-progress-nanjing-testimonies-and-mandarin-language-new-dimensions-testimony-2023-10-28

SHA-256 Hash of Source File: 7384ed19e26b03fd6451f91a3474590a7fb956b2f87abd2b9e05e0ed7b20dac2

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b8787021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 28**

**2017 · 9-17901 | new dimensions testimony now installed museum jewish heritage living memorial | Png**
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-09-17901-new-dimensions-testimony-now-installed-museum-jewish-heritage-living-memorial-2023-10

SHA-256 Hash of Source File:  f04cdcc3082a6678aa9677229f0dc52f44578e738d89ab6721461556704a5144

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

## 2017 · 9-18056 | staff visit nanjing university and nanjing massacre memorial hall present | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-09-18056-staff-visit-nanjing-university-and-nanjing-massacre-memorial-hall-present-2023-10-28-08_58

SHA-256 Hash of Source File:  e62a6a2f64c1dcdff7d63efea23d5b720c6949101935853b4f247a27a96efd9f

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

---

## 2017 · 10-19006 | first permanent new dimensions testimony exhibit opens illinois holocaust museum | Png

EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-10-19006-first-permanent-new-dimensions-testimony-exhibit-opens-illinois-holocaust-museum-2023-1(

SHA-256 Hash of Source File:  baacd95a7a26a8941162f8b7b815ed89f1ba944a992a17fd1d179a069f4b08cd

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

## 2017 · 12-20656 | new dimensions testimony npr | Png
EXHIBIT USC

[screencapture-sfi-usc-edu-news-2017-12-20656-new-dimensions-testimony-npr-2023-10-28-08_44_10.png](#)

SHA-256 Hash of Source File:  92b9b98146445606a325b213c39f8552c2d4d97c3bbe6ed209912c057c02fbbd

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

## 2017 · 12-20656 | new dimensions testimony npr | Png
EXHIBIT USC

[screencapture-sfi-usc-edu-news-2017-12-20656-new-dimensions-testimony-npr-2023-10-28-08_44_10 (1).png](#)

SHA-256 Hash of Source File:  92b9b98146445606a325b213c39f8552c2d4d97c3bbe6ed209912c057c02fbbd

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 33**

## 2018 · 1-20876 | new dimensions testimony showcased world economic forum davos switzerland | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2018-01-20876-new-dimensions-testimony-showcased-world-economic-forum-davos-switzerland-2023-10-2?

SHA-256 Hash of Source File:  f4076e74d4a807e855e758b53b2b00ac2f02383ff9846ee2975d8eff3735f070

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 34**

## 2018 · 2-21141 | last goodbye wins top virtual reality prize 2018 lumiere awards | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2018-02-21141-last-goodbye-wins-top-virtual-reality-prize-2018-lumiere-awards-2023-10-28-09_03_43.png

SHA-256 Hash of Source File:  859f2d302f91d85eb3ba52bc888df59c75e6d261165cbbe03ed17c4e3deb2de0

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 35**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

## 2021 · 2-30221 | national world war ii museum and cincinnati holocaust center open dimensions | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2021-02-30221-national-world-war-ii-museum-and-cincinnati-holocaust-center-open-dimensions-2023-10-28

SHA-256 Hash of Source File:  e7daacca2ebbeda04578d75376b2aca1aedf694aa82e2a154752ac80a249339f

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711de1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 36**

# PBS Frontline Article 2019 EDITED | Png
EXHIBIT USC

PBS-Frontline-Article-2019_EDITED.png

SHA-256 Hash of Source File:  adb6fafb508121ace44197f9781776ac67a4929c730df60e86ca0dd881924834

Page: 1 of 1     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 37**

## 2016 · 12-12689 | lesson technology and humanity | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2016-12-12689-lesson-technology-and-humanity-2023-10-28-08_55_33.png

SHA-256 Hash of Source File:  c0b8d86d3f643fa3b1864f4009f9ad240fda9a70351bae9d395035c2bc6b6b3f

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 38**

## 2017 · 4-15191 | audiences captivated usc shoah foundation virtual reality projects | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2017-04-15191-audiences-captivated-usc-shoah-foundation-virtual-reality-projects-2023-10-28-08_56_24.png

SHA-256 Hash of Source File: 4408085ea56e606116a7931a5833b2b6370a5e0dec4be49e04f7595e6e5b9f85

Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 39**

## 2017 · 12-20506 | first mandarin language new dimensions testimony exhibit premieres nanjing | Png
EXHIBIT USC

[screencapture-sfi-usc-edu-news-2017-12-20506-first-mandarin-language-new-dimensions-testimony-exhibit-premieres-nanjing-2023-10-28-0](#)

SHA-256 Hash of Source File:  90b3955e5a4194c75ce12b7160f321d9a2ee5cb05669824a440a57c4d8578f42

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 40**

## 2018 · 4-21826 | pioneering dimensions testimony interviewee passes away 85 | Png
EXHIBIT USC

[screencapture-sfi-usc-edu-news-2018-04-21826-pioneering-dimensions-testimony-interviewee-passes-away-85-2023-10-28-09_03_57.png](#)

SHA-256 Hash of Source File:  fbe0a6ee7742f1b4548fc480439c28df29c02bfb2de9bc2cf06ea9f6f53cbed1

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 41**

## 2018 · 7-22526 | production begins new 360 testimony featuring holocaust survivor site | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2018-07-22526-production-begins-new-360-testimony-featuring-holocaust-survivor-site-2023-10-28-09_04_1

SHA-256 Hash of Source File: b56798eaecb8ed5f5837c1e270b27b502e626b3f40bc19f8745e5fa4f237f5c9

Page: 1 of 1      [ source file ]        [ .ots timestamp of source file ]       [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 42**

## 2018 · 12-23621 | survivors and soldiers revolutionary technology preserves living testimony soviet | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2018-12-23621-survivors-and-soldiers-revolutionary-technology-preserves-living-testimony-soviet-2023-10-

SHA-256 Hash of Source File:  efa52a9dbc846e4cf57116550bbb6ac1337948a0e6d74608fa88c871b1302ed0

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b88787021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

## 2019 · 7-24661 | memory auschwitz birkenau survivor and holocaust educator eva kor | Png
EXHIBIT USC

screencapture-sfi-usc-edu-news-2019-07-24661-memory-auschwitz-birkenau-survivor-and-holocaust-educator-eva-kor-2023-10-28-09_10_52

SHA-256 Hash of Source File:  fbc6347acc8b441e71a882bd15fecc7e33202f75812522c21c3f135e301a1dd0

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 44**

**2021 · 4-31101 | usc shoah foundation launches web based interactive biography holocaust survivor | Png**
EXHIBIT USC

screencapture-sfi-usc-edu-news-2021-04-31101-usc-shoah-foundation-launches-web-based-interactive-biography-holocaust-survivor-2023-10

SHA-256 Hash of Source File:  0ca60fef0d13c8ce64cf162b715f7cba913a552f25aedd3cbed2047be9b93d35

Page: 1 of 1          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

**EXHIBIT USC | p. 45**

## World Economic Forum DAVOS 2018 | Vimeo Vid Missing | Png
EXHIBIT USC

World-Economic-Forum__DAVOS__2018__VimeoVidMissing.png

SHA-256 Hash of Source File:  c5b215e263455ee12d35edf0ef24202a270ff28db168bb2aa1591ee714d29112

Page: 1 of 1      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jx3ldac6hnxi2hzyncrstxbp4jra/file/EXHIBIT USC_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/8c84e0f0-9991-4e8b-bf82-e04b87872021.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/3ecc42d7-c8c0-45c6-8cf0-617a4711dc1c.pdf
**Url 4:** drive.proton.me/urls/RFXPXVZBMG#n4Bslt346Ur5

EXHIBIT USC | p. 46