# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN**<br><br>                      Appellant,<br>   v.<br><br>**TIM WALZ,**<br>Governor of Minnesota;<br><br>**KEITH ELLISON,**<br>Minnesota Attorney General;<br><br>**HENNEPIN COUNTY,**<br>a municipal entity;<br><br>**MARY MORIARTY,**<br>Hennepin County Attorney;<br><br>**JUDITH COLE,**<br>Sr. Assistant Hennepin County Attorney;<br><br>**MICHAEL BERGER,**<br>Chief Public Defender, Hennepin County;<br><br>**KERRY W. MEYER,**<br>Chief Judge, 4th District;<br><br>**BRUCE M. RIVERS,**<br>Private Defense Counsel;<br><br>**CHELA GUZMAN-WIEGERT,**<br>Assistant County Administrator;<br><br>**ALISHA NEHRING,**<br>MN Department of Health Attorney;<br><br>**HILARY CALIGIURI,**<br>Presiding Criminal Judge, 4th District;<br><br>**TODD FELLMAN,**<br>Presiding Juvenile Judge, 4th District;<br><br>**SARAH HUDLESTON,**<br>Judge, 4th District;<br><br>**WILLIAM H. KOCH,**<br>Judge, 4th District;<br><br>**JULIA DAYTON-KLEIN,**<br>Judge, 4th District;<br><br>**DANIELLE C. MERCURIO,**<br>Judge, 4th District;<br><br>**GEORGE F. BORER,**<br>Referee, 4th District; | Case No: 25-2476<br><br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR JUDICIAL NOTICE OF OTOY / LIGHT FIELD LAB / IMMERSIVE MEDIA ALLIANCE MATERIALS** |

**LEE CUELLAR,**
Judicial Clerk, 4th District;

**MAWERDI HAMID,**
Assistant Hennepin County Attorney;

**JACQUELINE PEREZ,**
Assistant Hennepin County Attorney;

**EMMETT M. DONNELLY,**
Hennepin County Public Defender;

**RAISSA CARPENTER,**
Hennepin County Public Defender;

**SHEREEN ASKALANI,**
Judge, 4th District;

**DR. JILL ROGSTAD,**
Senior Clinical Forensic Psychologist;

**DR. ADAM MILZ,**
Hennepin County Psychological Services;

**DR. KATHERYN CRANBROOK,**
Hennepin County Psychological Services;

**DR. KRISTEN A. OTTE,**
Hennepin County Psychological Services;

**MICHAEL K. BROWNE,**
Judge, 4th District;

**LISA K. JANZEN,**
Judge, 4th District;

**CAROLINA A. LAMAS,**
Judge, 4th District;

**JOHN DOES 1–50;**

**JANE DOES 1–50,**
                Appellees.

## I. INTRODUCTION

Appellant moves under Fed. R. Evid. 201 for judicial notice of discrete, objective facts reflected in four compilations concerning the immersive-media ecosystem—Immersive Media Alliance (IMM), Light Field Labs (LFL-1/2), and OTOY (OTY). The noticed facts are limited to the existence, dates/titles, and face-of-record contents shown in these exhibits (leadership rosters,

partnerships/alliances, public statements about technology, and industry use cases). Judicial notice is sought to clarify chronology and provenance without altering the record. See Fed. R. App. P. 10(e), 27; Fed. R. Evid. 201(b), (d).

## II.  FACTS FOR JUDICIAL NOTICE

### A.  |  IMMERSIVE MEDIA ALLIANCE (EXHIBIT IMM)

**1.** The compilation identifies Jules Urbach and Ari Emanuel among named figures associated with the Immersive Media Alliance.

**2.** Public materials describe coordination among Stability AI, OTOY, Endeavor, and the Render Network for "next-gen AI models."

**3.** IMM materials state Endeavor "will work with Stability AI, the Render Network, and OTOY to develop transparent IP tracking tools for emerging ML models, publishing their research for peer review through IDEA."

**4.** The same materials state that this "will include usage of OTOY's LightStage technology—the industry's leading reflectance-field facial scanning and digital double platform."

**5.** Press materials reference OTOY's "Star Trek Spatial Experience for Apple Vision Pro," including work with William Shatner and the Nimoy estate on "765874 Unification."

### B.  |  LIGHT FIELD LABS — PART 1 (EXHIBIT LFL-1)

**1.** "HoloWire" features and long-form pieces (e.g., "Cinema & the Third Dimension," "History of the Holodeck") summarize market positioning of light-field display tech.

**2.** "Behind the Scenes: 765874 Unification with Jules Urbach" links light-field displays to the Star Trek property.

**3.** Coverage notes a "$1B market" figure and Series A funding references for Light Field Lab.

**C. | LIGHT FIELD LABS — PART 2 (EXHIBIT LFL-2)**

**1.** Articles enumerate applications in defense ("Military Holographic Displays"), live events ("MSG Sphere"), sports analytics ("Volumetric Dash for the End Zone"), marketing, health ("Healing PTSD with VR Immersion"), and virtual production.

**2.** Pieces titled "Large-Scale Light Fields," "Light Field Displays Meet Virtual Production," "Technology: Capturing Light Fields," and "Haptics" outline claimed device/format advances.

**3.** Items such as "Idea: Building Immersive Media Standards," "Who Uses Holographic Displays?" and "What Is a Light Field?" provide definitions and ecosystem participants.

**D. | OTOY/RENDER/ENDEAVOR ALIGNMENTS (EXHIBIT OTY)**

**1.** The "OTOY Advisory Board" listing includes prominent names (e.g., Ari Emanuel of Endeavor; Eric Schmidt, former Google CEO).

**2.** Materials titled "Stability AI, OTOY, Endeavor and the Render Network Join Forces" appear in short-form and long-form versions.

**3.** Cross-references connect OTOY and Light Field Lab ("making the 'Star Trek' Holodeck a reality").

**4.** Public releases describe a "groundbreaking multi-hour Star Trek spatial experience," and associated branding assets.

# III.   LEGAL STANDARD

## A.  |  Judicial Notice on Appeal

**1.**   The Court may notice facts "not subject to reasonable dispute" because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, including published corporate/industry materials with dates/titles evident on their face. Fed. R. Evid. 201(b), (d).

**2.**   On appeal, judicial notice may be used to clarify the record's chronology and provenance without modifying underlying content. See Fed. R. App. P. 10(e), 27.

**3.**   Where exhibits include stable URLs, dated publications, and/or hash/timestamp wrappers, they are capable of ready verification and self-authentication as data copied from electronic sources. See Fed. R. Evid. 902(11), 902(13)–(14).

# IV.   REQUEST FOR JUDICIAL NOTICE

## A.  |  Specific Items for Notice

**1.**   The existence and face-of-record contents of EXHIBIT IMM, including leadership/participant identifications, statements about IP-tracking tools for ML models, and stated reliance on "OTOY's LightStage" for reflectance-field facial scanning/digital doubles.

**2.**   The existence and face-of-record contents of EXHIBIT LFL-1 and LFL-2, including articles showing light-field use cases (defense, live events, sports, medical/therapy, virtual production), technical headings ("Large-Scale Light Fields," "Capturing Light Fields," "Haptics"), and financing/market references.

**3.** The existence and face-of-record contents of EXHIBIT OTY, including advisory-board listings, partnership announcements (Stability AI/OToy/Endeavor/Render Network), and public product/launch descriptions (Star Trek spatial experience; holodeck-style work).

**4.** Notice is sought solely as to existence, dates/titles, and the objective text appearing on the face of the exhibits; no merits inferences or causation findings are requested.

## V. RELIEF REQUESTED

**1.** Grant this Motion for Judicial Notice.

**2.** Take judicial notice of the discrete facts identified in Section IV to clarify the record's technology-ecosystem context.

**3.** Grant such further relief as is just and appropriate.

## VI. ATTACHED EXHIBITS

**1. EXHIBIT IMM**

Immersive Media Alliance materials (leadership; statements on IP-tracking for ML; LightStage usage; Star Trek "Unification" references).

**2. EXHIBIT LFL-1**

Light Field Lab Part 1 (HoloWire features; Holodeck/"Cinema & the Third Dimension"; "Behind the Scenes: 765874 Unification"; Series A/$1B-market references).

**3. EXHIBIT LFL-2**

Light Field Lab Part 2 (defense/medical/marketing/sports/virtual-production use cases; "Large-Scale Light Fields"; "Capturing Light Fields"; "Haptics"; "Who Uses Holographic Displays?").

4. **EXHIBIT OTY**

   OTOY compilation (advisory board; Stability AI/Endeavor/Render partnerships; "Holodeck" collaborations with Light Field Lab; Star Trek spatial experience materials).

| | |
|---|---|
| **Dated:  October 4, 2025** | *Respectfully submitted,* |
| |  /s/ Matthew D. Guertin |
| | Matthew David Guertin |
| | ***Appellant Pro Se*** |
| | 4385 Trenton Ln. N 202 |
| | Plymouth, MN  55442 |
| | Telephone: 763-221-4540 |
| | MattGuertin@protonmail.com |
| | www.MattGuertin.com |

# VII.   CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)

I certify that this MOTION FOR JUDICIAL NOTICE OF OTOY / LIGHT FIELD LAB / IMMERSIVE MEDIA ALLIANCE MATERIALS contains 809 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice Writer in 14-point Liberation Serif font.

**Dated:  October 4, 2025**  *Respectfully submitted,*

 */s/ Matthew D. Guertin*

Matthew David Guertin
***Appellant Pro Se***
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

# VIII. CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us
>
> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Counsel for Appellees Walz, Ellison, and State Defendants.

**Dated: October 4, 2025**　　　　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Matthew D. Guertin*

　　　　　　　　　　　　　　　　　　　　　　　Matthew David Guertin
　　　　　　　　　　　　　　　　　　　　　　　***Appellant Pro Se***
　　　　　　　　　　　　　　　　　　　　　　　4385 Trenton Ln. N 202
　　　　　　　　　　　　　　　　　　　　　　　Plymouth, MN 55442
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 763-221-4540
　　　　　　　　　　　　　　　　　　　　　　　MattGuertin@protonmail.com
　　　　　　　　　　　　　　　　　　　　　　　www.MattGuertin.com