# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **MATTHEW D. GUERTIN** <br> Appellant, <br> v. <br> **TIM WALZ,** <br> Governor of Minnesota; <br> **KEITH ELLISON,** <br> Minnesota Attorney General; <br> **HENNEPIN COUNTY,** <br> a municipal entity; <br> **MARY MORIARTY,** <br> Hennepin County Attorney; <br> **JUDITH COLE,** <br> Sr. Assistant Hennepin County Attorney; <br> **MICHAEL BERGER,** <br> Chief Public Defender, Hennepin County; <br> **KERRY W. MEYER,** <br> Chief Judge, 4th District; <br> **BRUCE M. RIVERS,** <br> Private Defense Counsel; <br> **CHELA GUZMAN-WIEGERT,** <br> Assistant County Administrator; <br> **ALISHA NEHRING,** <br> MN Department of Health Attorney; <br> **HILARY CALIGIURI,** <br> Presiding Criminal Judge, 4th District; <br> **TODD FELLMAN,** <br> Presiding Juvenile Judge, 4th District; <br> **SARAH HUDLESTON,** <br> Judge, 4th District; <br> **WILLIAM H. KOCH,** <br> Judge, 4th District; <br> **JULIA DAYTON-KLEIN,** <br> Judge, 4th District; <br> **DANIELLE C. MERCURIO,** <br> Judge, 4th District; <br> **GEORGE F. BORER,** <br> Referee, 4th District; | Case No: 25-2476 <br><br><br><br><br><br><br><br><br><br><br> **EXHIBIT LIST** |

| | |
|---|---|
| **LEE CUELLAR,**<br>Judicial Clerk, 4th District;<br>**MAWERDI HAMID,**<br>Assistant Hennepin County Attorney;<br>**JACQUELINE PEREZ,**<br>Assistant Hennepin County Attorney;<br>**EMMETT M. DONNELLY,**<br>Hennepin County Public Defender;<br>**RAISSA CARPENTER,**<br>Hennepin County Public Defender;<br>**SHEREEN ASKALANI,**<br>Judge, 4th District;<br>**DR. JILL ROGSTAD,**<br>Senior Clinical Forensic Psychologist;<br>**DR. ADAM MILZ,**<br>Hennepin County Psychological Services;<br>**DR. KATHERYN CRANBROOK,**<br>Hennepin County Psychological Services;<br>**DR. KRISTEN A. OTTE,**<br>Hennepin County Psychological Services;<br>**MICHAEL K. BROWNE,**<br>Judge, 4th District;<br>**LISA K. JANZEN,**<br>Judge, 4th District;<br>**CAROLINA A. LAMAS,**<br>Judge, 4th District;<br>**JOHN DOES 1–50;**<br>**JANE DOES 1–50,**<br>                Appellees. | |

## I.   EXHIBITS ATTACHED TO THIS FILING

    **1.**    **EXHIBIT IMM**

           Immersive Media Alliance materials (leadership; statements on IP-tracking for ML; LightStage usage; Star Trek "Unification" references).

2.   **EXHIBIT LFL-1**

   Light Field Lab Part 1 (HoloWire features; Holodeck/"Cinema & the Third Dimension"; "Behind the Scenes: 765874 Unification"; Series A/$1B-market references).

   3.   **EXHIBIT LFL-2**

   Light Field Lab Part 2 (defense/medical/marketing/sports/virtual-production use cases; "Large-Scale Light Fields"; "Capturing Light Fields"; "Haptics"; "Who Uses Holographic Displays?").

   4.   **EXHIBIT OTY**

   OTOY compilation (advisory board; Stability AI/Endeavor/Render partnerships; "Holodeck" collaborations with Light Field Lab; Star Trek spatial experience materials).

|  |  |
|---|---|
| **Dated:  Octber 4, 2025** | *Respectfully submitted,* |
|  | _/s/ Matthew D. Guertin_ |
|  | Matthew David Guertin<br>***Appellant Pro Se***<br>4385 Trenton Ln. N 202<br>Plymouth, MN  55442<br>Telephone: 763-221-4540<br>MattGuertin@protonmail.com<br>www.MattGuertin.com |

## II.  CERTIFICATE OF SERVICE

I hereby certify that on Octber 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

All case participants who are registered CM/ECF users, and notwithstanding the disruptive 'St. Paul Cyberattack' that coincided with docketing of this appeal, shall be served by this Court's electronic filing system, including:

> Benjamin W. Harringa
> *Assistant Attorney General*
> Suite 600
> 445 Minnesota Street
> Saint Paul, MN 55101-2134
> benjamin.harringa@ag.state.mn.us, sophie.hayek@ag.state.mn.us

> Margaret E. Jacot
> *Assistant Attorney General*
> Suite 1100
> 445 Minnesota Street
> Saint Paul, MN 55101
> margaret.jacot@ag.state.mn.us

Legal counsel for Appellees Walz, Ellison, and the 21 other named Defendants.

**Dated:  October 4, 2025**                                  *Respectfully submitted,*

                                              */s/ Matthew D. Guertin*

                                              Matthew David Guertin
                                              ***Appellant Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com