# EXHIBIT IMM

**Leadership**
EXHIBIT IMM

Leadership.pdf
SHA-256 Hash of Source File: d384c05761200c22c1e9a6475f8252066293beb2d8499265154d0eb97b35fecd
Page: 1 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



(https://www.immersivealliance.org/)

HOME (https://www.immersivealliance.org/)     ABOUT

JOIN (https://www.immersivealliance.org/join/)

NEWS (https://www.immersivealliance.org/news/)     RESOURCES     ITMF

BLOG (https://www.immersivealliance.org/blog/)

CONTACT (https://www.immersivealliance.org/contact/)

# Leadership

## IDEA LEADERSHIP

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**Leadership**
EXHIBIT IMM

Leadership.pdf
SHA-256 Hash of Source File: d384c05761200c22c1e9a6475f8252066293beb2d8499265154d0eb97b35fecd
Page: 2 of 5    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

## Board of Directors



### Jules Urbach, Chairman
CEO, OTOY

As Co-Founder and CEO, Jules sets the strategic vision for OTOY, and is the chief architect of the company's te
streaming and 3D rendering with over 25 years of industry experience, his life's work has been to revolutioni

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 2**

## Leadership
### EXHIBIT IMM

Leadership.pdf

SHA-256 Hash of Source File: d384c05761200c22c1e9a6475f8252066293beb2d8499265154d0eb97b35fecd

Page: 3 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



## Jon Karafin, Chief Financial Officer
CEO, Light Field Lab

Jon Karafin has dedicated his career to innovation in live action cinema, VFX post-production and light field te
to the development of a next-generation holographic technology. Karafin having previously held executive rc
graduate degrees from the Rochester Institute of Technology (RIT), as well as BFAs in multiple fields from Itha

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 3**

**Leadership**
EXHIBIT IMM

Leadership.pdf

SHA-256 Hash of Source File: d384c05761200c22c1e9a6475f8252066293beb2d8499265154d0eb97b35fecd

Page: 4 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



## Kristina Wallace, Secretary
OTOY

Kristina is the Director of Operations at OTOY. She works closely with executive management in developing l
objectives such as overseeing daily company operations, implementing product roadmaps, interfacing with t
industry partners. Kristina also manages the company's presence at major industry events.

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 4**

**Leadership**
EXHIBIT IMM

Leadership.pdf

SHA-256 Hash of Source File: d384c05761200c22c1e9a6475f8252066293beb2d8499265154d0eb97b35fecd

Page: 5 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## JOIN THE ALLIANCE

The Immersive Digital Experiences Alliance (IDEA) is a non-profit trade alliance working towards developing a family of royalty-free technical specifications that define interoperable interfaces and exchange formats to support the end-to-end conveyance of immersive volumetric and/or light field media.

## ADMINISTRATOR

Jessy George
TJL Consulting, Inc.
PO BOX 1925
Bothell, WA 98041 US
+1 425 492 1763

Home (https://www.immersivealliance.org/)  |  About (https://www.immersivealliance.org/overview/)  |
Join (https://www.immersivealliance.org/join/)  |  News (https://www.immersivealliance.org/news/)  |
Contact (https://www.immersivealliance.org/contact/)

⬚ (https://twitter.com/@ImmersiveDigit1/) ⬚ (https://www.linkedin.com/company/19092181/)

copyright 2019 Immersive Digital Experiences Alliance

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 5

**Stability AI, OTOY, Endeavor & Render Network · Next-Gen AI Models**
EXHIBIT IMM

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces-to-Develop-Next-Generation-AI-Models-IP-Rights-Systems-and-Open-
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 1 of 5       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

# Stability AI, OTOY, Endeavor, and The Render Network Join Forces to Develop Next Generation AI Models, IP Rights Systems, and Open Standards Powered by Decentralized GPU Computing

NEWS PROVIDED BY
**OTOY Inc. →**
Mar 18, 2024, 13:53 ET

*Emad Mostaque, Founder and CEO of Stability AI, joins Ariel Emanuel and Beeple on the **Render Network**'s advisory board, to standardize, develop, and deploy new Gen AI workflows and provenance systems on Render - the industry's first and largest decentralized GPU computing platform.*

LOS ANGELES, March 18, 2024 /PRNewswire/ -- OTOY, Stability AI, Endeavor and the **Render Network** are thrilled to announce a partnership between the industry leaders in open-source Generative AI models, media and entertainment and GPU computing to develop and standardize IP rights, production workflows and infrastructure around emerging AI technologies.

⌒⊰

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 6**

**Stability AI, OTOY, Endeavor & Render Network · Next-Gen AI Models**
EXHIBIT IMM

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces-to-Develop-Next-Generation-AI-Models-IP-Rights-Systems-and-Open-
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 2 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Stability AI, OTOY, Endeavor, and The Render Network Join Forces to Develop Next Generation AI Models, IP Rights
Systems, and Open Standards Powered by Decentralized GPU Computing



The partnership leverages Render's decentralized GPU network, massively scaling AI training and
inference power at cost to help democratize open source, transparent, generative AI technology and
provenance systems that will soon impact 3D, VFX and Media production workflows.

**Stability AI** will join OTOY as member of the **Immersive Digital Experiences Alliance (IDEA)** to help evolve
open standards and protocols for ingesting Gen AI models into 3D workflows - including product design,
motion graphics, VFX, composition, spatial and holographic endpoints - that can be adapted by standards
organizations across the media and entertainment ecosystem.

As part of the collaboration, **Endeavor** will work with Stability AI, the Render Network, and OTOY to
develop transparent IP tracking tools for emerging ML models, publishing their research for peer review
through IDEA. This work will include usage of OTOY's LightStage technology - the industry's leading
reflectance-field facial scanning and digital double platform - to produce licensing tools that enable artists
to control their likeness and receive royalties for their IP when used in generative AI models.

OTOY and Stability AI will work together to optimize Stability AI's models to run on the Render Network's
peer-to-peer pool of consumer GPUs, with the ability to feed results back into over 26+ widely used

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 7

**Stability AI, OTOY, Endeavor & Render Network · Next-Gen AI Models**
EXHIBIT IMM

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces-to-Develop-Next-Generation-AI-Models-IP-Rights-Systems-and-Open-

SHA-256 Hash of Source File: e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47

mainstream 3D software tools supported on the network. Native integration of Stability AI models on the Render Network provides a seamless integration of large AI models and 3D content workflows, access to web APIs for third party applications, and the ability to scale to a waitlist of over a million consumer GPUs for building next generation media models.

This includes today's launch of **Stable Video 3D**, a state-of-the-art novel view synthesis and 3D generation model. Leveraging the power of the Render Network's world class decentralized GPU platform, 3D and other media models will both build on compute and community participation. Upcoming models include the hotly anticipated **Stable Diffusion 3**, the leading image model across **a range of tests**, and new language, code, and audio models.

As part of the integration, Stability AI models will leverage provenance systems already established on Render Network - known as ***Proof-of Render*** - providing immutable receipts and tracking of all individual components ingested and used for output of computing work on-chain. Through transparent on-chain data, royalty flows for IP and assets used in AI models, as well as their outputs, can be managed using public auditable smart contracts.

Additional details about the partnership will be discussed by Stability AI Founder and CEO Emad Mostaque during Abundance 360 on Monday March 18th, and on March 20th during a keynote talk for the USC VanEck Southern California Blockchain Conference. OTOY Founder and CEO Jules Urbach will speak to the partnership on March 20th at **NVIDIA's GPU Technology Conference (GTC)**, at NAB on April 16th and in a keynote talk at **Beeple Studios Digital Art Death Match** on May 4th.

According to Founder and CEO of Stability AI, Emad Mostaque, "I joined the Render Network advisory board to shape the future of decentralized computing and AI. My vision is to build next generation transparent, non-closed source AI models and leveraging the Render Network's compute infrastructure to help ensure this doesn't become the domain and provenance of a few centralized players." Mostaque added, "We must democratize access to this powerful technology to enhance and enable creativity for all while innovating with integrity."

"AI is profoundly changing the media and entertainment landscape, on par with the Internet and the advent of television," said Ariel Emanuel, CEO of Endeavor. "Jules and his team have been pushing the boundaries of this kind of technology for more than two decades, before anyone was seriously thinking about GPUs for rendering, data centers, or AI. This partnership is an important step toward helping artists, creators, and

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**Stability AI, OTOY, Endeavor & Render Network · Next-Gen AI Models**
EXHIBIT IMM

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces-to-Develop-Next-Generation-AI-Models-IP-Rights-Systems-and-Open-

SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47

Page: 4 of 5       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

rights holders control and manage their work and IP in the age of AI," added Emanuel.

"Today's partnership with Stability AI and Endeavor is a milestone that will shape the future of transparent, artist driven AI workflows and tools, powered at scale by decentralized computing, and allow creators and publishers to leverage their work and IP across training, inference, and rendering," said CEO of OTOY and founder of the Render Network, Jules Urbach. "Our mission has always been to democratize emerging technology for artists and creators. To that end, our ongoing collaborative R&D work with Stability AI aims to bring production ready neural rendering to Octane and other 3D renderers in the coming year. And with SV3D, jointly announced between us today, the deep integration of Stability AI's latest cutting edge 3D and multi-modal models designed and optimized for The Render Network, will also help accelerate the development of next generation AI with 3D production tools for creators," added Urbach.

"When Octane introduced fast GPU Rendering for artists like me a decade ago, it changed everything. It allowed me to create my 3D everydays in near real time, giving me even greater control over the final image," said digital artist Beeple. "I am excited for this partnership as I believe image to image AI filters will become an integral part of 3D workflows in the future, unleashing even more creativity and eventually giving artists even greater control over what's possible. I see so much potential for further improvements to this process and am excited to be working towards this goal in collaboration with Ari, Emad, and Jules," added Beeple.

**About Stability AI**
Stability AI is the world's leading open source generative AI company. We deliver breakthrough, open-access AI models with minimal resource requirements in imaging, language, code and audio.

**About The Render Network Foundation**

**The Render Network Foundation** is the governance organization for the world's leading decentralized compute network, the **Render Network**. The network connects node operators looking to monetize their idle GPU compute power with artists looking to scale intensive 3D-rendering work and with machine learning developers looking to train and tune AI models. Through a decentralized peer-to-peer network, the Render Network achieves unprecedented levels of scale, speed, and economic efficiency. For more information on Render Network Foundation, please visit **https://renderfoundation.com**.

**About OTOY Inc.**

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 9**

**Stability AI, OTOY, Endeavor & Render Network · Next-Gen AI Models**
EXHIBIT IMM

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces-to-Develop-Next-Generation-AI-Models-IP-Rights-Systems-and-Open-
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 5 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

OTOY Inc. is the definitive cloud graphics company, pioneering technology that is redefining content creation and delivery for media and entertainment organizations around the world. OTOY's Academy Award®-winning technology is used by leading visual effects studios, artists, animators, designers, architects, and engineers, providing unprecedented creative freedom, new levels of realism, and new economics in content creation and distribution powered by the cloud. For more information, visit **www.otoy.com**.

Additional Resources:

- Read more about The Render Network here.
- Follow OTOY on Facebook and Twitter.

SOURCE OTOY Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED



**440k+**
Newsrooms &
Influencers



**9k+**
Digital Media
Outlets



**270k+**
Journalists
Opted In

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 10**

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience-for-Apple-Vision-Pro-in-Partnership-with-Paramount-Game-Stu

SHA-256 Hash of Source File:  596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d

# OTOY Launches Groundbreaking Multi-Hour Star Trek Spatial Experience for Apple Vision Pro, in Partnership with Paramount Game Studios and Roddenberry Entertainment

NEWS PROVIDED BY
**OTOY Inc. ➞**
Feb 02, 2024, 13:22 ET

*OTOY, Paramount Game Studios and Roddenberry Entertainment follow up with Roddenberry Archive experience produced at the highest levels of fidelity and historical accuracy for Apple Vision Pro*

LOS ANGELES, Feb. 2, 2024 /PRNewswire/ -- In partnership with Paramount Game Studios and The Gene Roddenberry Estate, OTOY is thrilled to unveil the 'The Archive' exclusively for Apple Vision Pro. 'The Archive' **launches on the App Store today** in tandem with the release of Apple's new spatial computing platform. The app marks a major evolution of the **Roddenberry Archive project**, which had over 4-million visitors during a limited 3-week preview on the web in April 2023.

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 11**

**OTOY Launches Star Trek Spatial Experience for Apple Vision Pro**
EXHIBIT IMM

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience-for-Apple-Vision-Pro-in-Partnership-with-Paramount-Game-Stu

SHA-256 Hash of Source File: 596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d

Page: 2 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



OTOY, Paramount Game Studios and Roddenberry Entertainment follow up with Roddenberry Archive experience produced at the highest levels of fidelity and historical accuracy for Apple Vision Pro



The new Archive app immerses fans in nearly **2-hours of groundbreaking _Star Trek_ spatial experiences** built exclusively for Apple Vision Pro, allowing them to explore hundreds of fully realized locations, artifacts and unique items - spanning every _Star Trek_ TV show and film across the franchise's nearly 60-year history. With only gaze and touch, Apple Vision Pro users can transport themselves instantly through gorgeous immersive 3D environments traversing between different eras of _Star Trek_ from The Cage pilot to _Star Trek: Lower Decks_. They can inspect each item on Captain Kirk's shelf, take a seat at Quark's bar on the Deep Space Nine Promenade, or launch a shuttle from the _U.S.S. Enterprise-D_'s hangar bay. With Apple SharePlay, a visit through the world of _Star Trek_ can also become a shared social experience that can be live streamed with friends and family over FaceTime.

Created exclusively for Apple Vision Pro app, a select number of _Star Trek_ assets are available as downloadable holographic objects which can be placed in the user's home environment. These models and sets can be shrunk or expanded from life size to dollhouse scales while rendering at a fidelity and quiescence never before possible on consumer hardware.

Audiences can play with the size and scale of the legendary _U.S.S Enterprise_ - enabling them to experience what it is like to walk around the original 11-foot physical _U.S.S Enterprise_ model on display at the

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 12

**OTOY Launches Star Trek Spatial Experience for Apple Vision Pro**
EXHIBIT IMM

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience-for-Apple-Vision-Pro-in-Partnership-with-Paramount-Game-Stu
SHA-256 Hash of Source File: 596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d
Page: 3 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Smithsonian, or have the in-universe 1:1 life size 1000-foot ship fly overhead.

**OTOY concept videos** and documentary films from recent Roddenberry Archive **releases** have been remastered specifically for Apple Vision Pro and are featured in the app along with newly restored footage from the Roddenberry Archive - including previews of the unabridged interviews with George Lucas and Stan Lee exploring Gene Roddenberry's influence on *Star Wars* and *Marvel.*

Samples of OTOY's many years of collaboration with legendary creators are also included in the archive, including content **done by OTOY in collaboration** with Bruce Timm in 2014 for *Batman: The Animated Series*.

The app's spatial content and streams were created by artists and studios using the **Render Network** and OTOY's cutting-edge GPU rendering tools, bringing the highest levels of unbiased path-traced realism at unprecedented resolutions, powered by thousands of decentralized GPUs in the cloud. The app allows artists using OTOY's tools to load their own immersive media creations on Apple Vision Pro and share it with others.

Featured in The Archive's native spatial content for Apple Vision Pro are 1-meter by 1-meter light field cubes that are displayed at 90-frames-per-second in 4K resolution per eye, pushing the boundary on visual fidelity. Unbiased rendering and light field baking enable audiences to experience *Star Trek* worlds with fully path traced real time lighting, including dynamic glossy reflections and shadows, bringing revolutionary levels of photorealism to immersive content.

The Archive was developed using the Universal Scene Description (USD) format as part of OTOY's membership in The Alliance for OpenUSD – a group formed by Pixar and Apple, among others – that is working to standardize the USD format across the industry to help artists and developers create and deploy complex real-time 3D experiences at scale.

"Through our multi-decade collaboration with OTOY, we have been working to push the frontiers of immersive technology to fulfill my father's legacy, creative intent, and ideas in ways that can be experienced today and by generations yet to come." said Rod Roddenberry, President of Roddenberry Entertainment. "The Roddenberry Archive, as an immersive experience on Apple Vision Pro, is a remarkable milestone in realizing my father's vision for the Holodeck. This release also fulfills one of my mother's greatest wishes. She recorded her phenoms in 2008 before her passing, to have her voice live

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 13**

**OTOY Launches Star Trek Spatial Experience for Apple Vision Pro**
EXHIBIT IMM

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience-for-Apple-Vision-Pro-in-Partnership-with-Paramount-Game-Stu

SHA-256 Hash of Source File: 596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d

Page: 4 of 5        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

on in posterity. It is deeply moving for me to be able to have her voice now narrate portions of the archive" added Roddenberry. "I am also pleased that the archive can bring to life both published and unrealized influential narrative works from *Star Trek's* rich literary history, covering my father's one and only *Star Trek* novel for the Star Trek: The Motion Picture in 1979 through the decades of books and comics that subsequently followed."

"Today's release of the Archive app for Apple Vision Pro marks a major step towards realizing Gene Roddenberry's Holodeck" said CEO of OTOY, Jules Urbach. "Through Apple's breakthrough Vision Pro spatial computing platform, we can bring audiences back in time as if they were there on set during the making of *Star Trek* for the first time, with full visual immersion and historical accuracy" added Urbach.

The Archive's latest release of navigable spatial content can be viewed as a live 2D stream on the web at **https://roddenberry.x.io**. For a limited time, the complete experience is available for free on both the web and Apple Vision Pro. Later this year, OTOY and Paramount will offer users unlimited viewing time and a-la-carte access to all current and future immersive *Star Trek* 3D experiences released through The Archive.

**About OTOY Inc.**

OTOY Inc. is the definitive cloud graphics company, pioneering technology that is redefining content creation and delivery for media and entertainment organizations around the world. OTOY's Academy Award®-winning technology is used by leading visual effects studios, artists, animators, designers, architects, and engineers, providing unprecedented creative freedom, new levels of realism, and new economics in content creation and distribution powered by the cloud. For more information, visit **www.otoy.com**.

**Additional Resources:**

- Read more about The Render Network here.
- Follow OTOY on Facebook and Twitter.

**About Paramount Consumer Products**

Paramount Consumer Products oversees all licensing and merchandising for Paramount (Nasdaq: **PARA**;

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 14

**OTOY Launches Star Trek Spatial Experience for Apple Vision Pro**
EXHIBIT IMM

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience-for-Apple-Vision-Pro-in-Partnership-with-Paramount-Game-Stu

SHA-256 Hash of Source File: 596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d

Page: 5 of 5    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

PARAA), a leading global media and entertainment company that creates premium content and experiences for audiences worldwide. Driven by iconic consumer brands, Paramount Consumer Products' portfolio includes a diverse slate of brands and content from BET, CBS (including CBS Television Studios and CBS Television Distribution), Comedy Central, MTV, Nickelodeon, Paramount Pictures and SHOWTIME®. With properties spanning animation, live-action, preschool, youth and adult, Paramount Consumer Products is committed to creating the highest quality product for some of the world's most beloved, iconic franchises. To view our range of consumer products and Paramount branded apparel, visit **ParamountShop.com**.

SOURCE OTOY Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED



**440k+**
**Newsrooms &**
**Influencers**



**9k+**
**Digital Media**
**Outlets**



**270k+**
**Journalists**
**Opted In**

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 15

**OTOY with William Shatner & Nimoy Estate · 765874 Unification**
EXHIBIT IMM

OTOY-in-association-with-William-Shatner-and-the-Nimoy-Estate-releases-765874-Unification-commemorating-30th-anniversary-of-Star-Tre
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 1 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

# OTOY, in association with William Shatner and the Nimoy Estate, releases '765874 Unification,' commemorating 30th anniversary of "Star Trek: Generations" with an immersive media experience for The Archive

NEWS PROVIDED BY
**OTOY Inc. ➙**
Nov 18, 2024, 18:52 ET

*On the 30th anniversary of "Star Trek: Generations", The Archive and William Shatner revisit Captain Kirk's final appearance on screen in a new 8-minute video produced for The Archive app on Apple Vision Pro: "765874: Unification", launched in tandem with new interactive sets and documentary interviews and behind the scenes content celebrating the legacy of the 1994 film.*

LOS ANGELES, Nov. 18, 2024 /PRNewswire/ -- OTOY, Inc is proud to release the next major update to **The Archive**, with *'765874: Unification'*, a mind-bending Star Trek experience celebrating the 30th anniversary of *Star Trek: Generations* – William Shatner's last appearance as Captain Kirk on screen.

⌔

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**OTOY with William Shatner & Nimoy Estate · 765874 Unification**
EXHIBIT IMM
___

OTOY-in-association-with-William-Shatner-and-the-Nimoy-Estate-releases-765874-Unification-commemorating-30th-anniversary-of-Star-Tr
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 2 of 6       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]




OTOY, in association with William Shatner and the Nimoy Estate, releases '765874 Unification,' commemorating 30th anniversary of "Star Trek: Generations"

    

*'765874: Unification'* **launches today** on The Archive web portal and native app, an **immersive experiential app** designed for Apple Vision Pro. The release is accompanied by new interactive sets, props, and worlds from the 1994 film as well as a 20-minute retrospective by William Shatner himself, looking back over the last 30-years since he played the legendary character, and his aspirations for the future of Captain Kirk as the franchise approaches the 60-year mark. The full experience with all related extra content is available in its entirety in Digital Cinema 4k HDR and spatial video, exclusively mastered at peak fidelity for viewing on Apple Vision Pro.

Iconic characters from classic *Star Trek* history were brought to life through the live action performances of a talented cast, led by veteran TV and film star Sam Witwer as James T. Kirk, with Lawrence Selleck as Spock. Witwer and Selleck were filmed in costume, performing as Kirk and Spock on set, aided by both physical and digital prosthetics resulting in period-accurate portrayals matching the appearance of the characters as they originally appeared in TV and Film at the time.

William Shatner and Susan Bay Nimoy, widow of the late Leonard Nimoy, served as executive producers on the production.

Mr. Shatner worked with the OTOY team to fine tune the technical and creative direction required to bring

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 17

**OTOY with William Shatner & Nimoy Estate · 765874 Unification**
EXHIBIT IMM

OTOY-in-association-with-William-Shatner-and-the-Nimoy-Estate-releases-765874-Unification-commemorating-30th-anniversary-of-Star-T...
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 3 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

his interpretation of Kirk back to live action for the first time in 30 years, including the addition of his voice to narrate a key moment in the experience.

**Describing** *'765874: Unification'* and OTOY's digital prosthetic technology used to revisit *Star Trek* history, William Shatner said it "takes years off of your face, so that in a film you can look 10, 20, 30, 50 years younger than you are." Mr. Shatner surprised fans yesterday when he shared the first private screening of the video at the *Star Trek* tour in Ticonderoga, New York.

*'765874: Unification'* was directed by Award Winning Spanish filmmaker Carlos Baena, from a story by Jules Urbach, and features original music by Academy-award winning *Star Trek* composer Michael Giacchino.

The 8-minute video connects multiple decades of Star Trek lore, with nods to Robin Curtis' portrayal of Saavik (1984's *Star Trek III: The Search for Spock*), J.M. Colt (from the 1964 Cage pilot) played by actress Mahé Thaissa and Gary Mitchell, Kirk's friend from the second *Star Trek pilot* episode, "Where No Man Has Gone Before" performed by original actor Gary Lockwood.

For post-production and special effects work, skilled artists from OTOY and partner VFX studios combined digital and physical prosthetics with live action location photography, virtual production, and beautiful CG set extensions to deliver feature-film quality visuals. Major scenes in "Unification" were filmed twice, ensuring coverage to create video and spatial content mastered for Apple Vision Pro. All outdoor filming locations were scanned in and merged with CG set extensions, becoming part of The Archive's growing library of 3D worlds and locations.

Emmy-award winning visual effects supervisor Mark Spatny led OTOY's international team of artists and animators, including visual effects artists Neil Smith, JJ Palomo, and Aaron Westwood.

Visual effects in *'Unification'* were created using OTOY's **Octane**® rendering software and the **Render Network**® decentralized GPU rendering platform. Characters and props were digitized using OTOY's Academy-Award winning **LightStage**™ scanning system.

**About The Archive**

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 18

**OTOY with William Shatner & Nimoy Estate · 765874 Unification**
EXHIBIT IMM

OTOY-in-association-with-William-Shatner-and-the-Nimoy-Estate-releases-765874-Unification-commemorating-30th-anniversary-of-Star-Tr
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 4 of 6       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

**The Archive** is a multi-decade endeavor between OTOY and The Roddenberry Estate, in collaboration with Paramount Game Studios, to catalog key texts and documents from Gene Roddenberry's life and career using immersive technologies. With a mission to canonically memorialize reference 3D models of the *Starship Enterprise* – including studio models as filmed on set and life-size 1:1 scale 'in Universe' versions – The Archive aims to preserve iconic worlds from the Gene Roddenberry era of *Star Trek* for future generations to experience in new immersive spatial formats like **Apple Vision Pro**.

As part of The Archive, OTOY has leveraged advancements in virtual production technology and frontier digital workflows pioneered by OTOY to recreate key pieces in *Star Trek* history in 1:1 life-sized virtual sets.

The Archive's virtual production and digital makeup technology are used to create documentary shorts and immersive spatial experiences for the Apple Vision Pro. The documentary videos are overseen by Roger Lay, Mike and Denise Okuda, and feature *Star Trek* luminaries such as William Shatner, George Takei, Walter Koenig, director Robert Butler, Terry Matalas, Robin Curtis, Gary Lockwood, writer David Gerrold, production designer Dave Blass, and stunt performer Sandra Lee Gimpel.

The Archive can be explored as a native immersive spatial experience for Apple Vision Pro, available on the **App Store**. A limited version of The Archive is currently available in two-dimensional format on the web.

Recent short documentary videos produced for The Archive app experience include:

- The Roddenberry Archive: Behind the Scenes
- The Roddenberry Archive: The Cage
- The Roddenberry Archive: The Next Generation (Returns)
- The Roddenberry Archive: William Shatner
- The Roddenberry Archive: Walter Koenig
- The Roddenberry Archive: Return to Tomorrow (with "Q")
- The Roddenberry Archive: Deep Space Nine
- The Roddenberry Archive: David Gerrold (Part 1) | (Part 2)
- The Roddenberry Archive: All the Enterprises - A to Z

*Star Trek* intellectual property is used under a license with Paramount.

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

**EXHIBIT IMM | p. 19**

**OTOY with William Shatner & Nimoy Estate · 765874 Unification**
EXHIBIT IMM

OTOY-in-association-with-William-Shatner-and-the-Nimoy-Estate-releases-765874-Unification-commemorating-30th-anniversary-of-Star-Tr

SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358

Page: 5 of 6       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

**About OTOY Inc.**

OTOY Inc. is the definitive cloud graphics company, pioneering technology that is redefining content creation and delivery for media and entertainment organizations around the world. OTOY's Academy Award®-winning technology is used by leading visual effects studios, artists, animators, designers, architects, and engineers, providing unprecedented creative freedom, new levels of realism, and new economics in content creation and distribution powered by the cloud. For more information, visit **www.otoy.com**.

**Additional Resources:**

- Follow The Roddenberry Archive on X.
- Follow OTOY on Facebook and X.
- Read more about The Render Network here.

**About Paramount Consumer Products**

Paramount Consumer Products oversees all licensing and merchandising for Paramount (Nasdaq: **PARA**, PARAA), a leading global media and entertainment company that creates premium content and experiences for audiences worldwide. Driven by iconic consumer brands, Paramount Consumer Products' portfolio includes a diverse slate of brands and content from BET, CBS (including CBS Studios and CBS Television Distribution), Comedy Central, MTV, Nickelodeon, Paramount Pictures and SHOWTIME®. With properties spanning animation, live-action, preschool, youth and adult, Paramount Consumer Products is committed to creating the highest quality product for some of the world's most beloved, iconic franchises. To view our range of consumer products and Paramount branded apparel, visit **ParamountShop.com**.

SOURCE OTOY Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

**Url 1:** link.storjshare.io/raw/jvnfwbeaxlxjfaoxmsdwzaxihv7a/file/EXHIBIT IMM_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/f3b409b3-362f-4de9-aa88-2d66028cd50b.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/e200f723-737c-4565-b4b5-9aec84cc2fef.pdf
**Url 4:** drive.proton.me/urls/G7J30AAXER#lJnU5MMll64U

EXHIBIT IMM | p. 20