# EXHIBIT LFL-1

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf
SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434
Page: 1 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



# LIGHT FIELD LAB.

Home    The Tech    Press    Contact    Jobs    HoloWire

SIGN UP

# HoloWire
®

HoloWire® is Light Field Lab's quarterly digital publication that covers the latest innovations in SolidLight, holographic and immersive technologies.

**ALL**  **CEO CORNER**  **FINANCE AND INDUSTRY**  **TECHNOLOGY**  **CONTENT**  **HOLOGRAPHIC HISTORY**







**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 1

**HoloWire Articles**

EXHIBIT LFL-1

---

HoloWire-Articles.pdf

SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 2 of 17     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

## LIGHT FIELD LAB LAUNCHES NEW SOLIDLIGHT HOLOGRAPHIC



Reading Time : 2 Minutes

## CEO CORNER: PERCEPTUAL RESOLUTION REQUIREMENT FOR A HOLOGRAPHIC



Reading Time : 11 Minutes

## HOLOCENTER PRESERVES ARTISTIC HOLOGRAPHY COMPLEX HISTORY



## WHO IS THE SETI INSTITUTE?

By Debra Kaufman

Reading Time : 10 minutes

## JONATHAN ROSS' HOLOGRAPHY LEGACY

By Debra Kaufman

Reading Time : 8 minutes

## HOLOGRAPHY ROLE IN FINDING EXTRATERRESTRIAL LIFE

By Debra Kaufman

Reading Time : 7 Minutes







**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 2

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 3 of 17    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

# HOW HOLOGRAPHIC TECHNOLOGY WILL ELEVATE MARKETING IN THE METAVERSE AND BEYOND

By Jeff Barnes

Reading Time :  4 Minutes

# JON KARAFIN - AUTHORITY MAGAZINE INTERVIEW

## An interview with David Liu

Reading Time :  10 Minutes

# DESIGNING CONTENT FOR LARGE SCREEN DISPLAYS

By Debra Kaufman

Reading Time :  4 Minutes



# ILM IMMERSIVE MOVES STORYTELLING INTO STORYLIVING

By Barbara Robertson

Reading Time :  8 Minutes



# THE BUSINESS OF LICENSING DEEPFAKES

By Debra Kaufman

Reading Time :  5 Minutes



# BUILDING THE RODDENBERRY ARCHIVE

By Trevor Hogg

Reading Time :  5 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 3**

**HoloWire Articles**

EXHIBIT LFL-1

[HoloWire-Articles.pdf](#)

SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 4 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



## PORTRAIT OF A HOLOGRAPHE - ANAIT (1922 - 1998)

By Brian Gaffney

Reading Time :  6 Minutes



## DISPLAY SUMMARY FROM CES 2023

By Chris Chinnock

Reading Time :  8 Minutes



## LIGHT FIELD LAB | $50 MILLION IN SERIES B FUNDING | DEFY™ EXPERIENCE DEBUTED

Reading Time :  2 Minutes





## WHAT IS A LIGHT FIELD?

By Pete Ludé

Reading Time :  6 Minutes



**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 4**

**HoloWire Articles**
EXHIBIT LFL-1

[HoloWire-Articles.pdf](HoloWire-Articles.pdf)

SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 5 of 17        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

## CEO CORNER: ARE HOLOGRAMS BETTER FOR YOUR BRAIN?

By Jon Karafin

Reading Time : 7 Minutes

## IDEA: BUILDING IMMERSIVE MEDIA STANDARDS

By Debra Kaufman

Reading Time : 5 Minutes





## CINEMA AND THE THIRD DIMENSION

By Trevor Hogg

Reading Time : 9 Minutes

## WOMEN HOLOGRAPHIC ARTISTS WHO LED THE WAY

By Debra Kaufman

Reading Time : 8 Minutes

## THE WORLD'S LARGEST HOLOGRAM COLLECTION

By Dan Daley

Reading Time : 8 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 5**

**HoloWire Articles**

EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 6 of 17     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



## CEO CORNER: INTRODUCING THE CONTRAST SENSITIVITY FUNCTION

By Jon Karafin, Edited by Steve Wright

Reading Time :  8 Minutes



## HISTORY OF THE HOLODECK

By Debra Kaufman

Reading Time :  4 Minutes



## LIGHT FIELD DISPLAYS MEET VIRTUAL PRODUCTION

By Barbara Robertson

Reading Time :  7 Minutes



## HAPTICS: TOUCHING THE HUMAN CONNECTION

By Debra Kaufman

Reading Time :  4 Minutes



## THE PROMISE OF LIGHT FIELD CINEMATOGRA

By Bryant Frazer

Reading Time :  6 Minutes



## PIONEERS IN HOLOGRAPHY

By Debra Kaufman

Reading Time :  7 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 6

**HoloWire Articles**

EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 7 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]







### CEO CORNER: MEASURING VISUAL ACUITY: WTF is MTF?

By Jon Karafin, Edited by Steve Wright

Reading Time :  7 Minutes

### CEO CORNER: HOW THE ATF AFFECTS THE MTF

By Jon Karafin, Edited by Steve Wright

Reading Time :  10 Minutes

### THE EVOLUTION OF IMMERSIVE ENTERTAINME

By Debra Kaufman

Reading Time :  6 Minutes







**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 7**

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 8 of 17    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

# THE UNIVERSE AS A HOLOGRAM
By Barbara Robertson

Reading Time : 8 Minutes

# INSIDE TORONTO'S PHASE LAB
By Debra Kaufman

Reading Time : 6 Minutes

# SPHERE COMPLETES THE CIRCLE OF SOUND
By Dan Daley

Reading Time : 6 Minutes



# CAPTURING LIGHT FIELDS
By Ryan Damm

Reading Time : 5 Minutes



# MSG's SPHERE LIGHTS UP LAS VEGAS
By Debra Kaufman

Reading Time : 5 Minutes



# SCENTS AND SENSIBILITIES
By Dan Daley

Reading Time : 6 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 9 of 17       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



# WITHIN SIGHT OF THE DIGITAL GRAIL

## By Chris Slaughter

Reading Time : 4 Miuntes



# MEOW WOLF BUILDS ARTFUL MEGA-EXPERIENCES

## By Barbara Robertson

Reading Time : 11 Minutes



# HOLONOMIC$ : WHAT LITTLE CAESARS PIZZA TELLS US ABOUT THE FUTURE OF HOLOGRAPHIC DISPLAY

## By Jon Karafin

Reading Time : 13 Minutes



# WHO USES HOLOGRAPHIC DISPLAYS?

## By Debra Kaufman

Reading Time : 7 Minutes



# LARGE-SCALE LIGHT FIELDS

## By Bryant Frazer

Reading Time : 7 Minutes



# CEO CORNER: SOME STAGGERING STATISTICS

## By Jon Karafin

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 9**

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf
SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434
Page: 10 of 17        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Reading Time :  7 Minutes






## CEO CORNER: FAMOUS FIRSTS IN PHOTOGRAPH

By Jon Karafin

Reading Time :  9 Minutes

## CEO CORNER: THE EVOLUTION OF VISUAL PERCEPTION

By Jon Karafin

Reading Time :  10 Minutes

## WHAT IS STUDIO DRIFT?

By Chris Slaughter

Reading Time :  4 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 11 of 17          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]







# THE BILLION DOLLAR MARKET
By John Dohm

Reading Time :  3

# DEFINING IMAGE QUALITY
By Debra Kaufman

Reading Time :  4 Minutes

# WHAT IS LBE?
By Debra Kaufman

Reading Time :  4 Minutes







# HOLOGRAPHIC ART
By Debra Kaufman

Reading Time :  6 Minutes

# THE FUTURE OF LARGE SCREEN DISPLAYS
By Tanya Combrinck

# CEO CORNER: HOLOGRAPHIC RESOLUTION - THE EYE AS A CAMERA
By Jon Karafin,

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 11**

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf
SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434
Page: 12 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Reading Time :  8 Minutes

Edited by Steve Wright

Reading Time :  7 Minutes







## DOCTOR LASER
By Dan Daley

Reading Time :  8 Minutes

## ALL THE WORLD'S A STAGE
By Barbara Robertson

Reading Time :  18 Minutes

## "HOLOGRAPH" AT CES 2024
By Debra Kaufman

Reading Time :  6 Minutes







**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**HoloWire Articles**

EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 13 of 17        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

### THE 1920's - CINEMA'S GILDED ERA

By Dan Daley

Reading Time : 6 Minutes

### THE HISTORY OF PEPPERS GHOST

By Trevor Hogg

Reading Time : 8 Minutes

### MILITARY'S HOLOGRAPHIC DISPLAYS

By Chris Chinnock

Reading Time : 8 Minute







### SPATIAL AUDIO, MEET MULTIDIMENS IMAGERY

By Dan Daley

Reading Time : 7 Minutes

### MUSEUMS GO HIGH TECH

By Dan Daley

Reading Time : 5 Minutes

### METAMATERIA AND HOLOGRAPHY

By Steve Wright

Reading Time : 5 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 13**

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf
SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434
Page: 14 of 17     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]







# WHERE IS THE OUTERNET?
By Debra Kaufman

Reading Time : 6 Minutes

# HOLOGRAMS IN ARCHITECTUR
By Barbara Robertson

Reading Time : 9 Minutes

# NEXT GENERATION SOUND MEETS AI
By Dan Daley

Reading Time : 7 Minutes





# HOLOGRAMS AND ADULT ENTERTAINME
By Debra Kaufman

Reading Time : 8 Minutes

# THE ILLUSION OF COLOR
By John Carey

Reading Time : 7 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 14**

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf
SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434
Page: 15 of 17      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

# DANIEL SMALLEY'S QUEST: RECREATE THE HOLODECK AND...







Reading Time : 5 Minutes

## HOLOGRAMS IN LITERATURE

By Trevor Hogg

Reading Time : 5 Minutes

## SPORTS' VOLUMETRIC DASH FOR THE HOLOGRAPHIC END ZONE

By Beth Marchant

Reading Time : 8 Minutes

## ARTIST PROFILE: LINDA LAW

By Bryant Frazer

Reading Time : 9 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 15

**HoloWire Articles**

EXHIBIT LFL-1

HoloWire-Articles.pdf

SHA-256 Hash of Source File:  d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434

Page: 16 of 17          [ source file ]      [ .ots timestamp of source file ]        [ metadata ]







## HOLLYWOOD'S FAVORITE HOLOGRAMS

By Trevor Hogg

Reading Time :  7 Minutes

## ALL ABOUT NFTS

By Bryant Frazer

Reading Time :  12 Minutes

## AUTOMOTIVE'S HOLOGRAPHIC FUTURE

By Bryant Frazer

Reading Time :  8 Minutes







## CEO CORNER: THE PROLIFERATION OF COGNITIVE OUTSOURCING

## HEALING PTSD WITH VR IMMERSION

By Debra Kaufman

Reading Time :  8 Minutes

## CEO CORNER: THE HOLOGRAPHIC DREAM

By Jon Karafin

Reading Time :  5 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 16

**HoloWire Articles**
EXHIBIT LFL-1

HoloWire-Articles.pdf
SHA-256 Hash of Source File: d5d8563c7c4aa55f5dddabe42990be044ac69f217cc1a09d2245b27c8b87d434
Page: 17 of 17     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

## By Jon Karafin

Reading Time : 15 Minutes

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

No items found.

No items found.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 17**

**Behind the Scenes: 765874 Unification with Jules Urbach**

EXHIBIT LFL-1

Behind-the-Scenes-of-765874-Unification-with-Jules-Urbach_-How-Render-Network-Is-Redefining-Digital-Creation-_-by-Edgar-Irizarry-_-R

SHA-256 Hash of Source File:  a4b73aeca47b27ca60b347f5ebaa3c2c5efda5d010e6c06fe8670a25b90ef002

Page: 1 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# Behind the Scenes of "765874 Unification" with Jules Urbach: How Render Network Is Redefining Digital Creation

*Edgar Irizarry*







In a recent Render Foundation Spaces on X, Jules Urbach, CEO of OTOY and founder of Render Network, shared an inside look at the major achievements made possible through the collaborative technology and tools of OTOY and Render Network during the making of "765874 Unification," a celebratory piece marking the 30th anniversary of Star Trek.

During the discussion, Jules detailed the innovative processes behind the creation of the viral short film. The conversation revealed how Render Network is transforming digital content creation and enabling creators to push the boundaries of what's possible in film, art, and storytelling.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Behind the Scenes: 765874 Unification with Jules Urbach**

EXHIBIT LFL-1

Behind-the-Scenes-of-765874-Unification-with-Jules-Urbach_-How-Render-Network-Is-Redefining-Digital-Creation-_-by-Edgar-Irizarry-_-R

SHA-256 Hash of Source File:  a4b73aeca47b27ca60b347f5ebaa3c2c5efda5d010e6c06fe8670a25b90ef002

Page: 2 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Behind the Scenes of "765874 Unification" with Jules U...          https://medium.com/render-token/behind-the-scenes-of...

Here are some high level takeaways from the chat that highlight the innovation and vision driving Render Network…

## Redefining Production with Render

One of the standout moments from the interview was the exploration of how Render Network allowed for Unification to come to life, a technically ambitious short film featuring groundbreaking achievements in rendering and digital artistry.

> *"This was not a super expensive production, but we did stuff that I think, you know, we were showing it to other people in the industry… and they were shocked. Like, 'Did that CG? You guys did that?'" — Jules*



The ability to achieve this level of quality and realism with streamlined resources is a testament to Render Network's potential to democratize high-end content creation.

## Leveraging Machine Learning for Artistry

The conversation also highlighted the innovative use of ML to simplify traditional processes like digital prosthetics and 3D modeling. While the OTOY team has been leveraging digital prosthetics with digital doubles for over 15 years, and even won Academy Awards for their work on Benjamin Button and Avatar, what set this project apart was the ability to save hours of labor — remolding 3D models of actors' faces because of improvements in technology..

> *"We didn't have to put dots on the actors' faces or spend hours remolding 3D models of*

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Behind the Scenes: 765874 Unification with Jules Urbach**
EXHIBIT LFL-1

Behind-the-Scenes-of-765874-Unification-with-Jules-Urbach_-How-Render-Network-Is-Redefining-Digital-Creation-_-by-Edgar-Irizarry-_-R
SHA-256 Hash of Source File:  a4b73aeca47b27ca60b347f5ebaa3c2c5efda5d010e6c06fe8670a25b90ef002
Page: 3 of 6         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]

Behind the Scenes of "765874 Unification" with Jules U...          https://medium.com/render-token/behind-the-scenes-of...

*their faces. Machine learning helped streamline that process, and the ability to render as quickly as we did — thanks to Render Network — was transformative."*



This integration of AI and GPU rendering creates new opportunities for artists to focus on storytelling and creativity rather than technical hurdles.

## Empowering Artists through Tools and Resources…

Render Network isn't just a tool — it's empowering creators with cutting-edge resources. Urbach's vision still remains the same after years of building…

> *"We've always aimed to build tools and infrastructure at Render Network that enable creators to tell amazing stories, and this project was a testament to that vision."*

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Behind the Scenes: 765874 Unification with Jules Urbach**
EXHIBIT LFL-1

Behind-the-Scenes-of-765874-Unification-with-Jules-Urbach_-How-Render-Network-Is-Redefining-Digital-Creation-_-by-Edgar-Irizarry-_-R

SHA-256 Hash of Source File:  a4b73aeca47b27ca60b347f5ebaa3c2c5efda5d010e6c06fe8670a25b90ef002

Page: 4 of 6        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Behind the Scenes of "765874 Unification" with Jules U...          https://medium.com/render-token/behind-the-scenes-of...



From digital prosthetics to set extensions, the tools developed for Unification are being refined and made accessible for the next wave of creators.

## Making the Impossible — Possible

The "Unification" short was not only "technically incredibly ambitious" but also an emotional narrative that deeply resonated with audiences and industry leaders alike.

> *"So many of the things we were doing had never been done, as far as I know, in any sort of production. There are scenes rendered in CG, obviously on Render Network, that we were then matching to the plates."*

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Behind the Scenes: 765874 Unification with Jules Urbach**

EXHIBIT LFL-1

Behind-the-Scenes-of-765874-Unification-with-Jules-Urbach_-How-Render-Network-Is-Redefining-Digital-Creation-_-by-Edgar-Irizarry-_-F

SHA-256 Hash of Source File:  a4b73aeca47b27ca60b347f5ebaa3c2c5efda5d010e6c06fe8670a25b90ef002

Page: 5 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Behind the Scenes of "765874 Unification" with Jules U...          https://medium.com/render-token/behind-the-scenes-of...



This ability to innovate while maintaining the emotional aspect of storytelling shows how technology and artistry can seamlessly come together.

## Pioneering a New Era of Digital Creation

The Render Network is more than just a rendering platform — it's a catalyst for creativity, innovation, and storytelling. Through projects like "Unification," the team is not only showcasing the power of the network but also paving the way for future creators to dream bigger and achieve more.

> *"Whatever we pioneered while creating this short —digital prosthetics, digital doubles, set extensions — it's all about distilling that innovation into tools that empower artists through Render Network."*

Social media is taking note of Unification and its seamless blend of tech and storytelling — see The Archive's Dave Blass discuss the inner workings of the remarkable combination of tech with traditional acting and filmmaking used in Unification.

## Building the Future of Rendering

The space concluded looking ahead as Black Friday approaches, Render Network is preparing to release new tools and integrations that will make these technologies even more accessible. OTOY's Phil Gara highlighted upcoming plans to:

- Integrate AI tools directly into 3D creation pipelines to create a unified platform for all forms of synthetic media creation.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Behind the Scenes: 765874 Unification with Jules Urbach**

EXHIBIT LFL-1

Behind-the-Scenes-of-765874-Unification-with-Jules-Urbach_-How-Render-Network-Is-Redefining-Digital-Creation-_-by-Edgar-Irizarry-_-F

SHA-256 Hash of Source File:  a4b73aeca47b27ca60b347f5ebaa3c2c5efda5d010e6c06fe8670a25b90ef002

Page: 6 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Behind the Scenes of "765874 Unification" with Jules U...          https://medium.com/render-token/behind-the-scenes-of...

- Create a seamless bridge between creation software like Octane and AI image generators and the unlimited compute on the Render Network.
- Expand support for holographic rendering and immersive content creation, accelerated by GPU rendering and AI imaging.

The ultimate goal is to create a "next-generation rendering pipeline" where 3D artists can harness unlimited compute power for any creative need.

Stay tuned for a huge Black Friday deal — with more details about the upcoming plans for Octane and new Render Network integrations!

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f
Page: 1 of 12    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]





*Image courtesy Light Field Lab, Inc.*

# JON KARAFIN - AUTHORITY MAGAZINE INTERVIEW

## An interview with David Liu

August 16, 2022

**Reading Time:** 10 Minutes

### How Light Field Lab's Technological

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 24

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf

SHA-256 Hash of Source File:  5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 2 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

# Innovation Will Shake Up How We Connect and Communicate With Each Other.

***First published in Authority Magazine on May 12th 2022***

**Thank you so much for joining us in this interview series! Before we dive in, our readers would love to "get to know you" a bit better. Can you tell us a bit about your 'backstory' and how you got started?**



*Jon Karafin, CEO Light Field Lab.*

My "backstory" is rooted in photonics and visual effects technology, having previously held executive roles at Lytro, RealD, and Digital Domain. During my tenure at Lytro, we helped usher in a new era of cinematic capture through the launch of Lytro Cinema, the highest resolution holographic light field capture system. During this time, I also helped produce technology and content for many of the highest-grossing feature films of all time, including Peter Jackson's *The Hobbit*, Michael Bay's *Transformers*, and Tim Burton's *Alice in Wonderland*.

These technological achievements were transformational for visual effects and content creation. With this said, enabling next-generation light field capture systems are analogous to showcasing the world's first digital color video

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f
Page: 3 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

camera as a series of black and white photographs. While content creation is critical, holographic display is the holy grail of visual communication, with promise to literally impact every industry across all facets of our lives. Fast forward to the inception of Light Field Lab and the introduction of SolidLight® technology, combining unprecedented size, resolution, and density to form SolidLight Objects that accurately move, refract and reflect in physical space.

**Can you share the most interesting story that happened to you since you began your career?**

My "origin story" dates way back to my grad school days. As a continuation of my thesis, I spent over two years living and manufacturing out of a 250 square foot studio where I laboriously hand-fabricated tens-of-thousands of microbial fuel cell parts capable of transforming chemical into electrical energy through the action of living yeast cultures. The effort powered a 25-foot-tall, two-ton, biomechanical living sculpture exhibiting the seven prerequisites for life, including self-illumination, reproduction and growth. Unexpectedly, the culmination of this work was featured in "Ripley's — Believe It or Not!"

**Can you please give us your favorite "Life Lesson Quote"? Can you share how that was relevant to you in your life?**

***"Do or do not. There is no try."*** –Yoda

After seeing *Star Wars* for the first time, who among us hasn't tried to use the Force to levitate things? If you just focus all your energy on that one tiny object, why couldn't you be the first to demonstrate telekinesis? Well, of course

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 26**

## CEO Corner: Authority Interview
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf

SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 4 of 12    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

your intellectual side already knows it's just movie magic, but... who invented these laws of physics? And maybe just this once you can use your mind to move that thing you've been intently staring at... and if you're going to do something that you've already been told is impossible — there is no try. Do or do not.



*Image courtesy Ripley's Entertainment.*

When founding Light Field Lab®, we knew we were taking on a seemingly insurmountable task to realize real digital holograms. Reflecting on the last five years, we've done some transformational things that will redefine the way the world communicates, already amassing over 300 filed patents and $35 million invested from the likes of Samsung, Verizon, Comcast/Universal, Bosch, Vinod Khosla, and numerous others, with the best yet to come.

Hard things are worth doing. In Yoda we trust.

**None of us are able to achieve success without some help along the way. Is there a particular person who you are**

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 27**

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 5 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**grateful towards who helped get you to where you are? Can you share a story about that?**

I am deeply grateful for my co-founders Brendan Bevensee and Ed Ibe, and my executive team John Dohm and Jeff Barnes. Without all of them, Light Field Lab would simply not exist.

I am grateful for every single employee at Light Field Lab. Without all of them, SolidLight would not be possible.

I am grateful for all of our investors that believed in our vision. Without all of them, the holographic future would — in fact — be impossible.

**How have you used your success to bring goodness to the world?**

You see with your brain — not your eyes.

Humans have a deeply rooted psychological need to experience, understand, and recreate the world around us. Physical objects and the holographic counterparts provide for better memory and cognition as the brain's visual cortex evolved in the real world over millions of years, whereas 2D images and flat displays only trigger a subset of neural pathways involved in visual processing. Although the 2D medium represents an infinitesimally small percentage of our collective evolutionary timeline, we spend more time today on flat 2D displays than we do anything else in our entire waking lifetime.

From paintings to photographs, black and white to color, analogue to digital, and now flat panel to immersive display — literally every technological innovation in visual communication strives to recreate reality. SolidLight

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 28**

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File:  5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 6 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

enables software and photons to create physical objects. As implementations are available in future installations, SolidLight will help bring people closer together by enabling better quality communications and entertainment for all.

**Ok wonderful. Let's now shift to the main focus of our interview. Can you tell us about the cutting edge communication tech that you are working on?**

Light Field Lab is reinventing visual communication. We recently unveiled SolidLight™, the highest resolution holographic display platform ever designed, to reshape communications across entertainment, advertising, public venues, and corporate installations. Untethered to headgear, SolidLight enables viewers to interact with digital objects in the physical world that escape the screen and merge with reality.

Light Field Lab's technologies combine unprecedented size, resolution, and density to project SolidLight Objects. The directly emissive modular SolidLight Surfaces form dense converging wavefronts with billions of pixels of photonic resolution. These SolidLight surfaces scale to accommodate a wide range of next-generation entertainment, advertising, and commercial applications with an eye towards mass-production in the future to support consumer markets.

**How do you think that will help people?**

There is no doubt that the evolution of the metaverse (virtualization of the real word) will shift how we interact with technology, merging the physical and digital worlds in ways we've only seen in sci-fi movies until now. As today's

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 29**

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf

SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 7 of 12     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



*Jon Karafin being interviewed on IBC show set in Amsterdam.*

2D flat panel manufacturers reach a ceiling for scaling display size, resolution, and density, Light Field Lab's technologies already exceed these barriers enabling true holographic experiences today.

Holographic technology will create an entirely new ecosystem dedicated to delivering content that leverages a closer relationship with the physical and digital world. We look forward to bringing people together through these shared virtual experiences, from concerts and tradeshows to in-world gaming, movies, and interactive e-commerce — all without headgear or other experience-inhibiting accessories.

**How do you think this might change the world?**

SolidLight provides content creators with existing tools and workflows, as well as an entirely new creative medium bound only by the limits of their imagination. The ability to replace physical things with SolidLight Objects will allow consumers and professionals alike to reinvent communications as we know it today.

**Keeping "Black Mirror" in mind, can you see any potential drawbacks about this technology that people should think more deeply about?**

As the future of the metaverse continues to unfold, skeptics

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 30**

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf

SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 8 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

fear the virtualization of the real world will cause people to lose touch with reality. However, the merging of the physical and virtual world is a natural progression of technology and has been happening for decades (from the onset of the internet and cell phones to virtual meetings and in-world activations). We believe the advent of true holograms will have a dramatic impact on how we communicate and connect to people in the future without the confines of headgear, fostering the growth of truly immersive and positive shared virtual experiences.


*Light Field Lab founders Ed Ibe, Brendan Bevensee and Jon Karafin.*

**Was there a "tipping point" that led you to this breakthrough? Can you tell us that story?**

Like many other legendary Silicon Valley startup stories, my co-founders (Brendan Bevensee and Ed Ibe) and I left the cushy security of our prestigious full-time jobs and founded Light Field Lab in a garage.

But this wasn't like any other garage. No — this garage featured luxurious amenities like museum-worthy knob and tube wiring that, when not self-igniting, powered our ergonomic hybrid desk/1970's combo washer/dryer. The garage also offered the convenience of in-room, overnight automotive parking and showcased a nearly carbon-neutral footprint through the distinct lack of anything resembling insulation, air conditioning, or heat.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 9 of 12   [ source file ]   [ .ots timestamp of source file ]   [ metadata ]

But through it all, we never really thought about the working conditions or facilities because of our photonic obsession to enable the holographic future. In the beginning, we had proverbial napkin sketches of the never-before-seen physics as the premise of our company - which continued not to be demonstrated for many months of hard-labor and sweat-equity (with the sweat partially contributed to by way of our carbon-neutral facilities). However, the tipping point occurred after many months of "successful failures," where I accidentally started a small fire (unbeknownst to Brendan) during a nanoparticle process trial. After the smoke settled and when looking past the soot-covered charred remains, I saw something extremely interesting — something that we had not yet seen before. I saw the realization of our company.

I proudly called Brendan and Ed over to see. They gathered around, intently looked at the achievement, and then said without hesitation — "we invented fire, congrats." But then I quickly redirected their attention to a nearby microscope to help pinpoint the almost invisible region that demonstrated that our conceptual physics were real.

### What do you need to lead this technology to widespread adoption?

Initially, Light Field Lab plans to integrate SolidLight into corporate and entertainment applications. In addition, SolidLight WaveTracers™ content in real-time to ensure future consumer product readiness across next generation networks. To facilitate widespread adoption, Light Field Lab co-founded the standards body **IDEA**, the Immersive Digital Experience Alliance for Advanced Holographic Display Distribution Standards, and has recently published a draft

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File:  5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f
Page: 10 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

of the open source holographic media format standards to further enable the future consumer adoption of holographic technologies across all devices.

**The pandemic has changed so many things about the way we behave. One of them, of course, is how we work and how we communicate in our work. How do you think your innovation might be able to address the new needs that have arisen as a result of the pandemic?**

The shift in the workplace from in-person exchanges to interactions through a virtual space accelerated throughout the pandemic. Shelter-in-place orders pushed companies toward remote collaboration and communication tools for onboarding, training, and meetings. While some of these platforms go beyond traditional 2D screens, there are limitations inhibiting successful engagement during these interactions.

This signals an opportunity for new technological innovations to enhance remote environments, ultimately leading towards fully



*Light Field Lab - Future Vision Art of SolidLight™ Telepresence.*

immersive virtual telepresence. By enabling digital objects to exist in the physical world, SolidLight holograms will play a crucial role in fostering the growth of shared virtual experiences and make us feel more connected to others. As consumer technologies continue to evolve the metaverse, virtual communications will step out of the workplace and into our everyday lives.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 33**

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf
SHA-256 Hash of Source File: 5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f
Page: 11 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

**What are your "5 Things I Wish Someone Told Me Before I Started" and why?**

I'm always on the lookout for a book called:

"The Official Silicon Valley CEO's Guide to:

1. Running a deep tech start-up during your first world-crippling pandemic.
2. What to do upon the threat of international war and world-wide instability.
3. Financial advice in case of a pending global economic crisis.
4. Sourcing materials from a non-existent supply chain.
5. Most importantly, what to do in the impossibly unlikely event that all the above occur simultaneously? I mean, it can't actually all happen within a few years just after founding a company, right?"

If you come across this book or can accurately predict the future, let me know. We're hiring!

I am looking forward to the second edition of the Official CEO's Guide updated to include "How You Built Your Very Own Time Machine Yesterday in 10 Easy Steps."

**You are a person of great influence. If you could inspire a movement that would bring the most amount of good to the most amount of people, what would that be? You never know what your idea can trigger. :-)**

I hope to inspire people to join the holographic revolution.

**How can our readers further follow your work online?**

Readers can stay updated on Light Field Lab and the latest SolidLight news by following the company's work online via LinkedIn, Twitter or visiting https://www.lightfieldlab.com/.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 34**

**CEO Corner: Authority Interview**
EXHIBIT LFL-1

ceo-corner-authority-interview.pdf

SHA-256 Hash of Source File:  5766c1e2a828277e36739d834de266c759498996c14b5e9849cba56d3db4cb9f

Page: 12 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

In addition, you can sign up for "HoloWire," Light Field Lab's quarterly digital publication that covers state-of-the-art holographic trends and holographic and immersive technologies.

**Go Back**

| The Tech | Location | Phone | Email |
| --- | --- | --- | --- |
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 35

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf

SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]





# CEO CORNER: THE HOLOGRAPHIC DREAM

## By Jon Karafin

August 12, 2019

**Reading Time:** 5 Minutes

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 36**

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf
SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d
Page: 2 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



*Illustrated by Ivan Romero*

We all think we know what a hologram is. After all, most of us have seen—or at least heard about—virtual objects floating in mid-air, whether it's Tupac at Coachella or Princess Leia being projected by R2D2 in *Star Wars*. In fact, neither of these were holograms. They are just two examples of numerous technologies incorrectly described that way.

"Real images" as defined by optical physics can be recreated by a holographic display with a massive number of viewing angles of the scene that change with point of view and location. When a holographic display allows you to see around objects when you move your head in any direction, motion parallax is maintained—the ability to view objects closer to us as moving faster than objects that are further away. When reflections and refractions behave correctly, your brain tells you, "this is real." But to achieve holographic realism, a holographic display must provide high-resolution scene information that changes depending

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf
SHA-256 Hash of Source File:  91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d
Page: 3 of 9        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

on the viewing angle and location in ways that mimic the real world.



*The eyeline rule states that true holographic objects can only be seen between the viewers eyes and a light-emitting source. Another way of putting it: everyone's beloved Princess Leia could not have been seen via R2D2's magical flashlight (from an optical physics standpoint that is). However, if the floor were a holographic display, the green areas show what the actors may have seen from their points of view. Image Source: The Hollywood Reporter*

The dream of a real hologram has given rise to a plethora of "nice try but no cigar" technologies claiming to be holographic. Most of the things you see represented as holographic are actually just variations of flat 2D display technologies.

Holograms obey what's known as the eyeline rule: a real holographic object can only be seen between the viewer's eyes and a holographic light source. Science fiction can do the impossible but, unfortunately, physics cannot. All true holographic technologies require a display surface to project holographic light. Otherwise, the eyeline rule is violated. Anything that suggests otherwise is just movie magic.

Now to be clear, this is not a judgment against these technologies. Many 2D displays produce great images, as

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 38**

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf
SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d
Page: 4 of 9          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

do the derivatives that come from them. However, they are not holographic. So, how do you tell a fake hologram from the real deal? If you think you see light magically freezing in mid-air—spoiler alert—it's a forgery! The following are well-known examples of technologies that, although they may be interesting to watch, are not truly holographic.



*Image source: Kevin Winter/Billboard Awards 2014/ Getty Images for DCP*

**Pepper's Ghost** is an illusion that has been popular in carnivals, museums, concerts and theater since the mid-1800s, when British scientist John Henry Pepper popularized it. Pepper's Ghost is still going strong. It was used to "resurrect" Tupac at Coachella in 2012 and Michael Jackson at the Billboard Music Awards in 2014, as well as dozens of other posthumous celebrities.

In the above examples, Pepper's Ghost works by reflecting a 2D image off of a piece of semi-transparent film or surface. It's one of the roots of the term "smoke and mirrors." But don't get taken in. It's cool, but only as cool as looking at any 2D display in a mirror. And if you reach out to grab it, you'll break it.

*Examples: Vntana, Hologram USA, Musion*

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 39**

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf
SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d

Page: 5 of 9       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Stereoscopic 3D Displays** are another illusion. 3D movies and 3D TVs rely on glasses to present two different flat images, one for each eye, with slightly different viewpoints. Motion parallax is not supported, and your eyes focus incorrectly on the screen because every pixel in the left- and right-eye images remains the same, regardless of viewing angle. In other words, as you move around a stereoscopic display, the perceived geometry literally follows you, resulting in distortions and painful disparities. As human beings, our bodies and our eyes are in constant motion, even when sitting still, and any lack of micro-parallax change tells the brain that what we are seeing is not real.

*Examples: RealD, IMAX 3D, many consumer 3D televisions*



*Image source: Mashable*

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf

SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d

Page: 6 of 9    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

**Glasses-Free 3D Displays** are also known as horizontal multi-view, parallax-only, or autostereoscopic. These are often dubbed holograms but, at best, they are one-dimensional limited light fields with two or more viewpoints that deliver an illusion of parallax. But this technique doesn't produce a true object in space nor allow the eye to focus on an image like it would in the real world. This "vergence-accommodation conflict" is a leading cause of headaches and nausea.

*Examples: RED's Hydrogen One phone, Looking Glass, Leia (as included within the Hydrogen One)*



*Volumetric Spinny Fan*

**Volumetric Displays** are similar to traditional 2D displays but have the ability to show 2D pixels within a volume. The concept is similar to a point cloud. The effect can be achieved in numerous ways, including time-sequential volumetric slices, laser ionization, or high-speed rotating elements. The latter are often called "spinny things." We encourage you not to grab the spinny thing or—seriously—you will lose your hand.

*Examples: Hypervsn, LightSpace, Pacific Light & Hologram\**

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 41**

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf

SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d

Page: 7 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



*Source image: The Verge*

**Augmented Reality and Virtual Reality** are terms describing head-mounted displays that can be quite immersive. But they don't create holograms. AR/VR typically couple two flat images of a scene with motion tracking that allows some range of motion parallax to be rendered. However, the limited resolution, narrow field of view, poor optical quality, lack of opacity handling (for AR), problematic motion latency, and inability for the eye to truly focus freely about the volume (regardless of marketing claims) all detract from a realistic viewing experience. Bottom line: head-mounted displays do not project real objects into space.

Further, the separation of content source from display technology is extremely important. While both AR and VR may sample from a holographic dataset coupled with motion tracking, the technology does not visually present a hologram to users, who are still only seeing images on flat 2D displays.

*Examples: Magic Leap\*, HoloLens\*, Oculus*

**The Future**

After CES 2019, *Fortune* magazine declared, "Holograms

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 42**

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf
SHA-256 Hash of Source File: 91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d
Page: 8 of 9     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

May Finally Be Coming of Age." Today, scientists, manufacturers and entertainment companies are already engaged in developing ways to use real holograms.

The future is here, and Light Field Lab is beyond excited to help build this holographic future together.

In the series of articles that follows, I will share my own thoughts and research into the fields of human vision and cognition, image recognition, photographic (and holographic) history, our fraught relationship with modern technology, and more.

You may agree or disagree with my findings. You may take issue with my conclusions. I don't think you'll be bored!

But you may also learn something about the history of images, our increasing dependence on portable devices, and why the tools that are meant to help us get more out of life may instead be closing down important parts of our minds and bodies. And I will explain why I am committed to a holographic future that will help us reclaim our time, our memories, and our lived experiences.

Intrigued? Let's get started.

*Note: *Some displays leverage technologies called holographic optical elements (HOEs). Even though HOEs are produced through holographic means, these are not true holographic displays for all of the reasons stated throughout this article.*

**Go Back**

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 43

**CEO Corner: The Holographic Dream**
EXHIBIT LFL-1

ceo-corner-the-holographic-dream.pdf

SHA-256 Hash of Source File:  91f2daad031b13cf582d25254eb82430fc6de0c4d87090d9db38060a875ca85d

Page: 9 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 44**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf

SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8

Page: 1 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



*Avatar: The Way of Water, 2022. Courtesy Disney.*

# CINEMA AND THE THIRD DIMENSION

## By Trevor Hogg

July 30, 2024

**Reading Time:** 9 Minutes

Originally introduced by English physicist Charles Wheatstone in 1832, stereography is a photographic technique that combines two images taken at slightly

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 45**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8

different angles of the same scene to create the illusion of a third dimension. Streamlining the process was the introduction of a twin lens camera in 1856 which took into account that in order for the



*The Power of Love, 1922*

brain to process the stereo picture, the intraocular distance between the eyes had to be two and a half inches apart which meant that the two photographs were simultaneously captured only a few inches apart from each other. The expansion into feature films began in 1922 when Harry K. Fairall co-directed and shot *The Power of Love* using a red and green anaglyph system developed with business partner Robert F. Elder which superimposed the red and green images and produced a stereo effect when they were viewed through their corresponding color filters.



*Dial M for Murder, 1954. Courtesy Warner Home Video.*

However, it was not until 30 years later that the studios truly embraced the format, commencing with *Bwana Devil (1952)*; the adventure thriller took advantage of the Natural Vision 3D camera system which created a variable parallax that eliminated eye strain. A box office sensation was born with 57 3D features being released between 1952

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 46**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8
Page: 3 of 11    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

and 1954, among them were *Kiss Me Kate*, *Dial M for Murder*, *Creature from the Black Lagoon*, *House of Wax* and *The French Line*. To enhance the single apartment setting for *Dial M for Murder*, Alfred Hitchcock had the Natural Vision cameras placed in a pit and shot upwards so to increase the depth and sense of claustrophobia. Afterwards Hitchcock famously observed, "It's a nine-day wonder, and I came in on the ninth day." Hitchcock was proven wrong as stereography has never disappeared and had a second wave in the early 1980s with a heavy reliance on dual 70mm projection. The technique was seen as means to refresh franchises resulting in *Jaws 3D*, *Amityville 3D*, and *Friday the 13th: Part III* getting the extra dimension to add to the scares. Even Francis Ford Coppola, George Lucas and Michael Jackson got together for the Disney EPCOT presentation of *Caption EO* (1986) which took advantage of 3D to heighten the experience of laser impacts, smoke, asteroids and star fields.

When *Superman Returns* (2006) had a couple of key action sections converted to 3D, stereographic conversion began to take hold in Hollywood. The third wave occurred three years later, in 2009, when audience members got to visit Pandora. "*Avatar* was like, 'Oh, my god. I haven't seen this before. This is amazing,'" recalls Sebastian Cramer, Director, Cinematographer and Founder, Screen Plane. "It had a perfection that only James Cameron could do because he has this freedom to say, 'No. I'm not ready. We have to wait.'" Unfortunately, there were studio executives who could not afford to wait, meaning that 3D releases of *Clash of the Titans* and *The Last Airbender* were rushed and not given enough time, budget and resources to be converted

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1mgJ

**EXHIBIT LFL-1 | p. 47**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8
Page: 4 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

properly, and were heavily panned by the critics.



*Avatar: The Way of Water. Courtesy Disney.*

Cameron's understanding of the format is on full display in the sequel released 14 years later with, *Avatar: The Way of Water* (2022). "...it is quite interesting because there are



*Director and Cinematographer Sebastian Cramer. Photo courtesy Sebastian Cramer*

these fully CG aerial shots that you would imagine have a lot of 3D potential," remarks Cramer. "However, they are two identical flat images. This is because there is a tendency when you see a wide shot, especially an aerial when you're looking down, it looks like a miniature world. That was a smart decision. A stereographer would say, 'I have this amazing shot. Let's do it in 3D.' And everybody is blown away but they look at a miniature world which is

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 48**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File:  90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8
Page: 5 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

taking away from the story. This is what went wrong with the last boom of 3D.  It had no time to develop as its own cinematic language and there were only a few people who took it seriously, like Cameron, Wim Wenders, and Ang Lee." Ang Lee is responsible for *Life of Pi* (2012), *Billy Lynn's Long Halftime Walk* (2016), and *Gemini Man* (2019), and wrote to Cramer saying, "There is nothing that touches me as much if I can see a close-up on a face in 3D."  Cramer explains, "That's something different from saying, 'We want to have all of these stones explode and fly into the audience's face.'"

Native stereo is one way to add the extra dimension, with Walt Disney Animation Studios and others relying upon 3D conversion. "We're able to add cameras in Maya [a 3D software program] like a stereographer who is shooting it native and create planes in space," explains Katie Tucker-Fico, Stereographic Supervisor, Walt Disney Animation Studios. "With those planes we are able to have our eye fixed or convergence point at the same depth from shot to shot because we want it to be comfortable for their viewer, so the eyes aren't jumping back and forth. Whereas if shot natively, they might have to do a post process to put the camera position where they wanted the depth to be, like a continuity pass. We're all doing the same thing but in a different way."

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 49**

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File:  90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8
Page: 6 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



*Wish, 2023. Courtesy Disney*

The stereographic conversion process is mapped out before the start of every show. "It could be that we convert the 2D versus the 3D. "Sometimes an image asset will be projected on a card in space and we might do a depth map to round out the image to add dimensionality if it's something in 2D," explains Tucker-Fico. "On *Wish (2023)*, some of the effects were 2D and we had to put them into the space with the 3D element so we'll paint depth maps to make it fit in the space." The bubbles were fun to create for *Wish*. "In 2D, the bubbles are flat to each other. But in the 3D version we brought them out really far, and with the song and music it made the moment more magical. And you can see in the bubbles. It was one of the first sequences where we had a lot of people in the building come and ask me, 'Can you show it again?'"



**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 50**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf

SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8

Page: 7 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

*Ant-Man and the Wasp: Quantumania, 2023. Courtesy Marvel Studios.*

The steps for stereo conversion have remained the same. "It's roto, depth and in paint," explains Emma Webb, Stereoscopic Supervisor, Marvel Studios. "We have added a visual effects augmentation team and utilize them when we can't get elements from the visual effects vendors. Let's say that we have smoke and can't get that in time to utilize it. Our in-house team will find ways to remove that smoke, rebuild it, and place it back in, essentially making a visual effects element of that plate." The studio also uses 3D to elevate subject matter. Webb shares, "For our *Ant-Man* movies we had a fun time enhancing what [the filmmakers] were trying to tell. They had a difficult time in 2D with Ant-Man trying to make him look as tiny or big as he was meant to be. We were able to take it, enhance that, and make it feel even better in 3D."

Over the years, the style of stereography has changed. "We remastered a bunch of our films for the Apple Vision Pro in HDR and watched *The Avengers* again which used a stereo style called 'Party in the front,'" explains Webb "It's basically tons of volume in the characters but then the background is close-up to their heads The problem with that approach is the convergence was all over the place. In one shot, a character was all the way behind the screen far back and your eyes are having a hard time to adjust, and the next shot they are far forward and out into your face. We have a mechanism here in our theatre where we can do a hit which is a horizontal image translation that basically shifts the entire scene or shot backwards or forwards. We redid a hit pass for that movie specifically to make sure that everything that you're supposed to be looking at is at

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf

SHA-256 Hash of Source File:  90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8

Page: 8 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

screen plane and makes it a lot more comfortable for your eyes."



*The Avengers. Courtesy Marvel Studios.*

Cinema screens have been improved to produce a better theatrical presentation. "Over the last several years screen manufacturers have made significant improvements in the materials used in making 3D cinema screens to maximize brightness and maintain contrast levels for 3D presentations," remarks Scott Hildebrandt, Director of Exhibition Technology Operations, Cineplex. "In addition, with laser projection now becoming more common, 3D has been given a much-needed boost in brightness." The workflow for stereographic projection is minimal. "Theatre teams will build up their 3D movies in digital workstations using the content provided. The 3D movie 'playlists' contain cues that communicate with the projection equipment to automate the 3D filter to slide in front of the lens for a 3D presentation and away from the lens for a 2D presentation. The 3D filter will stereographically separate the images to the right and left eye, and the 3D glasses worn by our

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 52**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8
Page: 9 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

guests bring those images together."

Hildebrandt singles out *Avatar: The Way of Water* as a premium 3D experience. "James Cameron raised the bar on how 3D imagery can create a realistic sense of depth and space versus simply placing objects into your field of vision. I was impressed with how he was able to bring Pandora to life with the use of light and environment right down to the small details in 3D.



*Director James Cameron and actor Sam Worthington on set of Avatar: The Way of Water. Courtesy Disney.*

Stereography has moved closer to emulating 2D filmmaking with Sebastian Cramer's development of a macro rig that shoots 3D through a single lens. "It requires a lens with a large aperture," Cramer explains. "In such an optical path you can separate a section for the left eye and one for the right eye. The maximum stereo base can only be about the half of the aperture diameter of this single lens. It's only for macro shots. This rig can do a maximum of 10mm stereo base, but it's incredible for shots of insects

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 53**

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf
SHA-256 Hash of Source File:  90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8
Page: 10 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

and other little buggers as they can be right up to the front lens, so you have all the freedom for lighting, which is not possible on a mirror rig."

As for home entertainment 3D, it still has a long way to go. "The problem right now is successful 3D TVs that look great without glasses have an eye tracking



*Macro rig that shoots 3D through a single lens. Courtesy Sebastian Cramer.*

software that can only track one pair of eyes, which is completely pointless when you're trying to bring it into your home unless you live alone," observes Webb. "You have to get it to a place where even if it's a limit of four, then people will start to want it again." The biggest consumer innovation is the Apple Vision Pro but there is a monetary hitch. "It's cool but really expensive!" states Tucker-Fico. "One day the price will go down so that people can buy it. It's maybe the start of the future."

Hildebrandt contemplates the future of theatrical presentation. "Holographic content is very impressive, but I feel that filmmakers and technology providers would need to work closely together in that space before exhibitors could take full advantage. Stereographic 3D can be used very well to convey a sense of depth and space to a film without being too 'gimmicky.' If filmmakers leaned on that we could see very immersive experiences in 3D films."

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 54

**Cinema & the Third Dimension**
EXHIBIT LFL-1

cinema-and-the-third-dimension.pdf

SHA-256 Hash of Source File: 90f0c11307deb0ea2c149865b281cc2bb8fbd2f17c995665ffc7e681818ee2e8

Page: 11 of 11  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]

**Go Back**

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 55**

**Feature: History of the Holodeck**
EXHIBIT LFL-1

feature-history-of-the-holodeck.pdf

SHA-256 Hash of Source File:  58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 1 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



*Image courtesy Light Field Lab, Inc.*

# HISTORY OF THE HOLODECK

## By Debra Kaufman

August 12, 2019

**Reading Time:**  4 Minutes

If you dream of your own holodeck — a room in which you can be transported to anywhere you desire via a realistic holographic computer-simulated environment — chances

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 56

**Feature: History of the Holodeck**
EXHIBIT LFL-1

feature-history-of-the-holodeck.pdf
SHA-256 Hash of Source File: 58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 2 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

are you first made your acquaintance with it in a 1988 *Star Trek: Next Generation* episode, "The Big Goodbye," where Captain Picard, Lieutenant Data and Dr. Beverly Crusher enter the 1940s San Francisco home of detective Dixon Hill. But the history of the holodeck predates that episode and has its roots in myth and science.

Imagine turning a room in your house into a portal to any place and any time. Visit a primeval jungle where the T-Rex roams. Fly into space and walk on the moon with Neil Armstrong or play tennis with Bjorn Borg in the 1980 Wimbledon final. If you can imagine it, the holodeck can make it happen.

The magic carpet appears in folk tales from around the world, making it arguably a staple of global human culture. No surprise when, in 1950, noted sci-fi/fantasy author Ray Bradbury wrote "The Veldt," a short story in which children could turn their nursery into any environment they wanted.

The science of holography, the technology enabling the holodeck, has a history as tantalizing as a fairy tale. The real science of holography began in 1960, when University of Michigan professors Emmet Leith, with Juris Upatnieks, created the first 3D hologram.

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 57**

**Feature: History of the Holodeck**
EXHIBIT LFL-1

feature-history-of-the-holodeck.pdf

SHA-256 Hash of Source File: 58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 3 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



*Gene Dolgoff at TEDx Fulton Street 2018 (Source Photo: Aaron Sylvan -Flickr).*

That caught the attention of City College of New York professor Gene Dolgoff, who contacted Leith; the two developed a friendship. By 1964, Dolgoff, a self-described innovator in electronics, optics, holography and 3D imaging, with 65 patents to his name, had set up his own holography lab in New York. Computer pioneer Ivan Sutherland also imagined the display of the future, writing in 1965 that it "should serve as many senses as possible." "The ultimate display would, of course, be a room within which the computer can control the existence of matter," he said. "A chair displayed in such a room would be good enough to sit in. Handcuffs displayed in such a room would be confining, and a bullet displayed in such a room would be fatal. With appropriate programming such a display could literally be the 'Wonderland into which Alice walked'."

The intersection of scientific and sci-fi holograms took place when Dolgoff delivered a paper on holography at a conference in Czechoslovakia. In the audience was Melanie Toyofuku, who was fascinated by the paper and reached

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 58**

**Feature: History of the Holodeck**
EXHIBIT LFL-1

feature-history-of-the-holodeck.pdf
SHA-256 Hash of Source File:  58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 4 of 7  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]

out to Dolgoff. She visited his lab in 1973 and then related what she'd learned about holography to her good friend Gene Roddenberry.

As recounted in this *Star Trek* fan site, Dolgoff said that Toyofuku brought Roddenberry to a meeting at a New York hotel where he had set up "a bunch of holograms and a laser." "We spent the day looking at the holograms and going through the theory," recalls Dolgoff. "I explained that you could not only use this as the basis to teleportation in the future, but you could make a holographic environment in which people could interact with the objects and the scenes. [Gene] was totally into it."



*Jules Urbach, CEO OTOY*

With the idea of holograms in the air, the sci-fi world was appropriately prepped for *Star Trek*'s holodeck when it first appeared in "The Practical Joker," a 1974 episode of *Star Trek: The Animated Series*. It was reborn in 1988 for *Star Trek: Next Generation*, where it periodically fulfilled plot

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 59

**Feature: History of the Holodeck**
EXHIBIT LFL-1

feature-history-of-the-holodeck.pdf
SHA-256 Hash of Source File: 58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 5 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

points in numerous episodes. *Star Trek* fans have assembled a list of episodes in which the holodeck appears, and highlight Jean-Luc Picard's quote that, "the holodeck has given us woodlands and ski slopes … figures that fight … and fictional characters with whom we can interact."

OTOY Co-Founder/CEO Jules Urbach grew up watching *Star Trek: The Next Generation* and dreaming about the holodeck. "It's four walls, a ceiling and floor filled with holographic panels," he says. "No matter what you create, you're truly there. That's a dream that many people in the visual effects world are really hoping for, and it's come to fruition faster than [*Star Trek* creator] Gene Roddenberry could have imagined." Urbach has a personal connection to the holodeck as well: his best friend growing up was Roddenberry's son Rod. His passion for *Star Trek* and the holodeck was also a guiding inspiration behind the founding of his company OTOY, pioneers of Academy Award-winning cloud graphics technology used by visual effects studios, artists, animators, designers, architects and engineers.

Last year, OTOY and Light Field Lab, manufacturers of holographic display panels, launched a partnership to pursue a shared vision: to create the holodeck. "When [Light Field Lab founder/chief executive] Jon [Karafin] founded Light Field Lab, he explained how holographic displays work, and I said, I'm in," says Urbach. "I've been waiting for decades for someone to come up with a viable holographic panel."

Urbach explained the path to the holodeck: "We have the technologies to perfectly scan these environments." His

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Feature: History of the Holodeck**
EXHIBIT LFL-1

feature-history-of-the-holodeck.pdf

SHA-256 Hash of Source File: 58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 6 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

company has expertise in not just rendering but CG capture. With holography, he continues, "we'll get two-way communication, a true volumetric experience, with no glasses or headset to add friction to the experience." He envisions the addition of kinesthetic cues with touch capabilities somewhere down the road.



*Light Field Lab future concept image of the holodeck-jungle.*

The holographic experience is not off in the distant future of *Star Trek*, Urbach believes. "I've experienced the Light Field Lab panels and it's real," he says. When LFL's manufacture of holographic panels reaches scale, he adds, the cost will come down enough to bring real-world adoption. He predicts that theme parks and concerts will be the first to use holography. Although the ability to touch and feel holograms is further off in the future, says Urbach, "90 percent of the mind-blowing stuff is already achievable as the next step." He knows where he wants to go on one of his first holographic trips: it is a mix of memory, childhood wonder, and awe-inspiring technology that evokes Roddenberry's humanistic vision of the future. "There will be incredible experiences," he says. "Going up in the Mars Rover is on my wish list. But I want to visit the village in

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 61**

**Feature: History of the Holodeck**
EXHIBIT LFL-1

[feature-history-of-the-holodeck.pdf](feature-history-of-the-holodeck.pdf)

SHA-256 Hash of Source File:  58cdfe7a01afb0c9e6cf8db4ddc73777608acc5b73b5907464e28a40a886768c

Page: 7 of 7       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

France where I grew up in the 1980s, which has been greatly changed. To be able to revisit deep childhood memories would be incredible. It's something that, passionately, I would love to do."

© 2019 Light Field Lab, Inc.  All Rights Reserved

Go Back

**The Tech**
**Press**
**Contact**
**Jobs**
**Blog**
**Privacy**

**Location**
San Jose, CA

**Phone**
1 (833) LIGHT 4D

**Email**
info@lightfieldlab

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**Finance: $1B Market · Light Field Lab Series A Funding**
EXHIBIT LFL-1

finance-the-billion-dollar-marketbreaking-news-light-field-lab-closes-series-a-funding.pdf

SHA-256 Hash of Source File:  50e578ad442610823be6f1bd10c9af2be122f0874559ad20f9e32948624f1a10

Page: 1 of 6         [ source file ]         [ .ots timestamp of source file ]         [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



# THE BILLION DOLLAR MARKET

By John Dohm

August 12, 2019

**Reading Time:** 3

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 63

**Finance: $1B Market · Light Field Lab Series A Funding**
EXHIBIT LFL-1

finance-the-billion-dollar-marketbreaking-news-light-field-lab-closes-series-a-funding.pdf
SHA-256 Hash of Source File:  50e578ad442610823be6f1bd10c9af2be122f0874559ad20f9e32948624f1a10
Page: 2 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Video walls are large video displays typically comprising a number of panels. They can be seen in places such as museums, corporate lobbies, theme parks, sporting events and entertainment venues. According to research firm MarketsandMarkets, it's a sector that's growing rapidly — rising to $18 billion in 2020 and projected to reach $24 billion in 2025, up from just $4 billion a few years ago.

Three technologies are used to create video walls — rear projection video wall cubes (RPC), LCD narrow-bezel flat panel (SNB), and narrow pixel pitch LED (NPP). Here, we'll consider only NPP technology because NPP offers the highest resolution, is bezel-less, and is poised to dominate the video wall market.

Market research firm Futuresource Consulting identified five key markets for NPP solutions. We detail them below, in order of greatest revenue opportunity. Note that each of these markets is evolving at a different rate since NPP technology prices are becoming increasingly competitive

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 64

**Finance: $1B Market · Light Field Lab Series A Funding**
EXHIBIT LFL-1

finance-the-billion-dollar-marketbreaking-news-light-field-lab-closes-series-a-funding.pdf
SHA-256 Hash of Source File: 50e578ad442610823be6f1bd10c9af2be122f0874559ad20f9e32948624f1a10
Page: 3 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

with RPC and SNB offerings.



Corporate/exhibition is the most promising market segment and is expected to be $1 billion in hardware alone by 2025, not including several billion projected in content, installation, maintenance, and support fees.

Control rooms, which include situation rooms, network operation centers, traffic management centers, broadcasting or distribution monitoring systems, command and control centers, and utilities and process control centers, are the second largest market, representing about $500 million in hardware. There is a good chance that the control room sector will grow to be a bigger portion of overall NPP installations due to expected price reductions. Futuresource states, "It is expected that NPP LED will develop into key verticals, like control room, which may

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 65**

**Finance: $1B Market · Light Field Lab Series A Funding**
EXHIBIT LFL-1

finance-the-billion-dollar-marketbreaking-news-light-field-lab-closes-series-a-funding.pdf
SHA-256 Hash of Source File:  50e578ad442610823be6f1bd10c9af2be122f0874559ad20f9e32948624f1a10
Page: 4 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

push volumes and values onto the next level."

Broadcast and retail sectors are roughly the same size as control room, with equally strong potential for growth, especially with luxury retail.  Retail spends upwards of $40 billion on in-store displays to drive point-of-purchase decisions, and over $100 billion is spent on digital advertisements to drive purchases across industries in the U.S. alone.  As noted, NPP is already successful in retail, especially in luxury stores; this sector will grow as more price-sensitive implementations become available over time.

The fifth and final segment, public display, is similar to broadcast and retail in its price sensitivity combined with a desire for high quality technology. Public displays can be found in education, healthcare, hospitality, leisure/pleasure and transport settings, each of which has been geared toward cheaper, lower resolution, and long lifetime solutions because of frequent 24/7 operation.

Casinos are another exciting market. The industry spends about $18 billion each year on gaming supplies, and video gaming technology has already grossed over $1 billion in just one U.S. state. Most of these gaming environments include a display setup that could easily be replaced by a holographic system for a much more engaging experience.

Major display manufacturers in the space include industry giants such as, Sony, Samsung and Planar. However, there is a new company that has industry insiders buzzing. Enter Light Field Lab.

Light Field Lab, in San Jose, California, is developing a groundbreaking holographic display technology. Although

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 66

**Finance: $1B Market · Light Field Lab Series A Funding**
EXHIBIT LFL-1

finance-the-billion-dollar-marketbreaking-news-light-field-lab-closes-series-a-funding.pdf
SHA-256 Hash of Source File: 50e578ad442610823be6f1bd10c9af2be122f0874559ad20f9e32948624f1a10
Page: 5 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

still in development, the Lab's first prototype has garnered high levels of interest from some of the world's most respected experts in the space.



The LFL team is targeting video walls as its initial launch market. EVP of Creative Development Jeff Barnes states, "We see the video wall market as an ideal platform to leverage our unique technology. Our displays are optimized for experiencing larger socially immersive experiences without the need for headsets or glasses."

Beyond obvious implementations such as cinema, museums and retail spaces, holographic displays are suited to a multitude of ancillary use cases. For instance, theme parks could replace their animatronic robots with holographic displays, which would reduce costs and offer dynamic programming of content — an option not available

**Url 1:** link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
**Url 4:** drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

**EXHIBIT LFL-1 | p. 67**

**Finance: $1B Market · Light Field Lab Series A Funding**
EXHIBIT LFL-1

finance-the-billion-dollar-marketbreaking-news-light-field-lab-closes-series-a-funding.pdf
SHA-256 Hash of Source File:  50e578ad442610823be6f1bd10c9af2be122f0874559ad20f9e32948624f1a10
Page: 6 of 6     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

with current technologies. That's just a hint of the powerful solutions that holography can offer the video wall industry — and it's just around the corner.

The overall market for large scale display technology is massive. NPP technology is on the path to dominate the 2D market, but LFL holographic displays aren't far behind. Light Field Lab believes its holographic displays will help video walls evolve into an even bigger market.

**Go Back**

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

Url 1: link.storjshare.io/raw/ju75b2gzxyvazbxnz74pe7aalonq/file/EXHIBIT LFL-1_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/a2b69d5b-8bc4-44d7-9863-73d68ee5b5a1.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/52864d82-4a55-486d-be02-e37967be902b.pdf
Url 4: drive.proton.me/urls/D3CHGW4WB8#iJJyBUJb1ngJ

EXHIBIT LFL-1 | p. 68