**EXHIBIT LFL-2**

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf

SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7

Page: 1 of 10    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



LIGHT FIELD LAB

Home    The Tech    Press    Contact    Jobs    HoloWire



# HEALING PTSD WITH VR IMMERSION

## By Debra Kaufman

April 19, 2021

**Reading Time:** 8 Minutes

In the U.S. today, soldiers who have returned from Iraq and Afghanistan and suffer from post-traumatic stress have a

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File:  34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 2 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

chance to heal at one of more than 100 centers where they relive their traumas in a 3D virtual reality. Realistic immersion, it turns out, has a power to heal as well as—and sometimes better than—other, more traditional forms of therapy. That discovery and the centers themselves are the brainchild of Albert "Skip" Rizzo, who is also the director of medical virtual reality at the University of Southern California's Institute for Creative Technologies.



*Skip Rizzo*

For 30 years, Rizzo has both relied on and pioneered the science of rehabilitation using technology that has enabled greater and greater levels of immersion. Rizzo's work started in 1990, when he was a clinician in brain injury rehabilitation, specializing in helping people who lost cognitive abilities due to an accident, stroke or other mishap. That year, he had his first epiphany on the road to

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a0b35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 2**

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 3 of 10 [ source file ] [ .ots timestamp of source file ] [ metadata ]

rethinking rehabilitation modalities. "I had a 22-year-old client with a frontal lobe injury," recalls Rizzo. "It was really hard to keep him motivated to stay on task with the activities we were using." One day the client came to Rizzo's office with a Nintendo Game Boy and showed off *Tetris* for a solid 15 minutes without losing concentration. "That was my first lightbulb," says Rizzo. "I thought that, as a start, we could use *Tetris* to train attention."

In 1993, Rizzo came across the city-building game *SimCity* and realized that games could be even more powerful than he first realized when working with clients with brain injuries. "This was a simulation game where the user could build cities and make judgements," says Rizzo. "It was the ultimate executive function game, ideal for frontal lobe injuries, and a lot of my clients enjoyed it." But nothing could have prepared Rizzo for the third flash of inspiration: hearing the early VR pioneer Jaron Lanier on NPR, describing a VR experience where users could "design" the location of kitchen objects and select a color palette. Rizzo listened in his car until the interview ended. It made him realize that a combination of functional environments and videogame mechanics could make rehab more effective.

He immediately read whatever he could find on VR which, in 1993, was at the height of its first iteration. He next relayed his insights to the head of the rehab center where he worked. She handed him a flier promoting a conference on the use of VR for persons with disabilities. Rizzo went to that conference and met a kindred spirit: Oregon Research Institute Senior Scientist Dean Inman, who was teaching very young children with motor disabilities how to use a motorized wheelchair with a VR headset. "It was

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9494-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 3

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File:  34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 4 of 10        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

inspirational," says Rizzo. "At the time, you couldn't build a VR solution with a Compaq Deskpro," he says. "You needed a very expensive Silicon Graphics computer, and forget about the software programming. But I kept dwelling on the idea." Rizzo pursued the concept with a 1994 academic paper on rehabilitation in VR environments.



*An ImmersaDesk installation at Tokyo's NTT InterCommunication Center media art gallery in 1997. Source: Davepape, public domain, via **Wikimedia Commons***

Next, he took a big leap of faith and left his career as a professional psychologist to enter academia as a USC postdoc in the Alzheimer's Disease Research Center, hoping it would help bring his vision to reality. He started knocking on doors at USC's computer science department,

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 5 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

describing his ideas about visual/spatial training. USC Information Sciences Institute professor Carl Kesselman and USC computer scientist Ulrich Neumann were intrigued. They had already built the ImmersaDesk system, which projected holographic-like stereo images that the user could see in 3D with shutter glasses, and Rizzo created a mental rotation training application with Kesselman to learn more.

Around the same time, Rizzo researched gender differences in cognitive functions, proving that immersion had the power to change how the mind works. "Women outperform men on fine motor control, landmark recognition [and] naming, and men outperform women in visual spatial skills," explains Rizzo. He was interested in the impact of hormonal factors on cognitive functions—in this case, the ability to rotate 3D cubes in space—and built a task to test it. "In pencil-and-paper tests, men typically did better than women," he says. "But when we replicated the task in VR, women did as well as the men." After 140 training trials in 3D VR space, Rizzo and his team gave the paper-pencil tests again and found women's performance was no longer significantly lower. "You weren't predestined to be a bad mental rotator if you're a woman. With a little hands-on interaction [in 3D space], immersion had an impact on this cognitive interaction."

The research jump-started Rizzo's career. "It was groundbreaking," he says. "We were building pretty primitive computer-graphic worlds, but it was a match between what we could do effectively with the technology, measuring performance and showing the effects of training and measurement." Galvanized by the results, Rizzo and his

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 5**

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 6 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

team built a series of visual tests to measure such things as hand-eye coordination in 3D space. When a National Science Foundation research project at USC needed a human factors psychologist, Rizzo had the luck of getting a faculty appointment in the Electrical Engineering Department that enabled him to continue his work.



*A consumer version of Full Spectrum Warrior with less realistic physics than the U.S. Army's version was commercially released. Source: Wikipedia*

By the early 2000s, however, VR was regarded as a failed technology. "The hype was in the 1990s," he explains. "I was getting some recognition for the work when there weren't really a lot of people doing it. But I was doing it all for clinical purposes." Rizzo continued making inroads until he came across *Full Spectrum Warrior*, a real-time training

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 7 of 10     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

game for soldiers built by Pandemic Studio in conjunction with the U.S. Army University-affiliated research facility, USC's Institute for Creative Technologies. This discovery coincided with the U.S. attack on Iraq in 2003. For Rizzo, who had already worked at the Veterans Administration to help Vietnam veterans deal with PTSD, it suggested another project — a VR simulation that could be used for exposure therapy in treatment for PTSD.

He presented his idea to ICT's now-executive director, Randall Hill, and CTO William Swartout, who greenlit the project, then took it to Jarrell Pair, who in 1997/1998 was project manager for *Virtual Vietnam*, a VR simulation of Vietnam War combat to treat veterans suffering from PTSD. "Jarrell loved the idea," says Rizzo. The two built a prototype scenario on the Gamebryo graphics platform, which ran on a laptop plugged in to a low-cost headset. Rizzo applied for multiple grants and got turned down and laughed at until the sheer numbers of returning veterans with PTSD made new treatments a pressing reality. Moving to USC's ICT in 2004, he continued his work in rehab and the funding finally landed. Since the investment by ONR in 2005, the team has built out four different Middle East-themed war scenarios and has begun the process of running clinical tests.

By the mid 2000s, Rizzo and his team had the data they needed to prove that the Virtual Iraq/Afghanistan system produced positive results. In their first open clinical trial, they analyzed 20 active-duty soldiers who completed the treatment with the system and found "statistical and clinically meaningful" results—a more-than-50 percent decrease in PTSD symptoms. At the end, 16 of the 20

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 7

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7
Page: 8 of 10     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

soldiers taking part in the VR experience no longer met the official criteria for PTSD. Later, 80 percent of those who completed treatment exhibited meaningful reductions in PTSD, anxiety and depression, and anecdotal evidence from patient reports suggested improvements in their everyday lives. Later studies reinforced the findings and proved that the VR training led to "improvement in psychobiological measures of startle and cortisol reactivity to a trauma-relevant scene."



*A soldier in the immersive environment of Bravemind. Photo courtesy Skip Rizzo.*

In 2011, based on the early promising outcomes of the initial Virtual Iraq/Afghanistan application, the U.S. Army funded the development of an updated and expanded version. Rebuilt from the ground up using the state-of-the-art Unity game engine, the system is now referred to as

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 8**

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf
SHA-256 Hash of Source File: 34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7

*Bravemind*. It offers 14 VR scenarios that put the subject in different Iraqi and Afghani villages, an industrial zone, a roadway checkpoint, slums and high-end residential areas, a mountainous forward operating base and a hospital receiving area modeled after one at Bagram Airbase. In addition to these selectable virtual scenarios, *Bravemind* also features directional 3D audio in addition to vibrotactile and olfactory stimuli. The updates were informed by feedback from clients and clinicians who used the previous (2007) Virtual Iraq/Afghanistan system. Currently, 100 *Bravemind* systems are installed in Veterans Administrations, U.S. Army medical centers and university-based clinics.



*Photo courtesy Skip Rizzo.*

Go Back

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Healing PTSD with VR Immersion**
EXHIBIT LFL-2

healing-ptsd-with-vr-immersion.pdf

SHA-256 Hash of Source File:  34905afab73a59b50bd15e5186d7bf14f3a8308a3122f4353fb6e87f9d664dd7

[ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 10**

how-holograph-technology-will-elevate-marketing.pdf
SHA-256 Hash of Source File: 66bacba34268faf82b3a0d1106f46cd6ef84b7442cb0b13ee959373e7483de30
Page: 1 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





# HOW HOLOGRAPHIC TECHNOLOGY WILL ELEVATE MARKETING IN THE METAVERSE AND BEYOND

## By Jeff Barnes

August 16, 2022

**Reading Time:** 4 Minutes

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 11**

**How Holograph Tech Elevates Marketing**
EXHIBIT LFL-2

*First published in Spiceworks April 28, 2022*

As the metaverse continues to unfold, the following are three ways that the next generation of object-based holographic display technology will enhance marketing and allow consumers to enjoy content without the confines of headgear.

- **Eye-Popping Digital Signage that Immerses Customers:** Digital signage has proven to be a great way to capture customer interest. However, as our society becomes increasingly more digital, advertisers have entered a new era of innovation where recreating real objects and experiences is at the root of content creation. In the race to win consumers' attention, integrating dramatic 3D holographic displays will help brands stand out from the crowd, providing a new level of immersion to make people stop, stare and retain. Implementing new and interactive technology into a business' marketing model is critical. People are consumed by 2D digital displays like tablets and mobile devices that distract us from the real world, compelling our attention even when we aren't using them. Imagine looking up at a billboard where a larger-than-life sneaker comes alive in mid-air, showing every angle and side of the shoe while escaping the screen and merging with reality. Holographic displays will transform traditional billboards into visual playgrounds for brands to not only sell goods and services but attract and retain new customers.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 12

**How Holograph Tech Elevates Marketing**
EXHIBIT LFL-2

how-holograph-technology-will-elevate-marketing.pdf

SHA-256 Hash of Source File:  66bacba34268faf82b3a0d1106f46cd6ef84b7442cb0b13ee959373e7483de30

Page: 3 of 6          [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



*Solidlight® Future Vision Art: Retail Floating Sneaker Display.*

- **Transforming the Shopping Experience with Interactive Retail:** There's no doubt that the onset of the pandemic rewrote the rules of retail. In particular, physical stores witnessed the most disruption due to the sudden shifts in the past couple of years, causing businesses to look at new and different ways to enhance in-store shopping experiences. Beyond 3D digital signage of sales and promotions, retailers can use holograms to display their products, perhaps even removing the need for shelving space, mannequins and racks. To ensure a frictionless shopping experience, retailers will be able to integrate self-service kiosks where customers can interact with a holographic product, adding a whole new level of engagement that could ultimately lead to increased sales. Studies show that consumers are willing to pay as much as 60 percent more for products displayed as real objects compared to flat, 2D representations. Customer shopping habits will continue to change,

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 13

**How Holograph Tech Elevates Marketing**
EXHIBIT LFL-2

how-holograph-technology-will-elevate-marketing.pdf
SHA-256 Hash of Source File: 66bacba34268faf82b3a0d1106f46cd6ef84b7442cb0b13ee959373e7483de30
Page: 4 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

and eCommerce will continue to boom. To stay ahead of the curve, retailers and brick-and-mortar stores must consider integrating advanced display technologies to provide a more personalized and memorable experience that continues to drive foot traffic into stores.



*SolidLight® Future Vision Art: Lipstick Model.*

- **Transforming Retail Signage into "Retail-tainment":** Store-front advertisements and the latest SKUs are no longer enough for many retailers. "Retail-tainment" such as pop-up experiences and brand activations in the form of events or installations have taken the lead in turning retail environments into content opportunities. Advertising has become the product, and the evolution of 3D technology holds untapped potential in creating immersive, non-invasive retail activations. With holographic display technology and interactive sensory technology, store spaces will be transformed into a visual feast of immersive experiences for customers to interact with mascots,

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 14**

**How Holograph Tech Elevates Marketing**
EXHIBIT LFL-2

how-holograph-technology-will-elevate-marketing.pdf
SHA-256 Hash of Source File: 66bacba34268faf82b3a0d1106f46cd6ef84b7442cb0b13ee959373e7483de30
Page: 5 of 6       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

ambassadors, themed environments, and more in real-time. This interactive, 3D object-based advertising will further engage the consumer for an entirely new customer experience.



*SolidLight® Future Vision Art: Subway Enhancement.*

## Future Projections

The future of digital signage and marketing activations will leave 2D displays and flat screens behind in favor of interactive screenless 3D experiences. It's an exciting time for brands and advertising with the evolution of the metaverse and the advent of holographic technologies that elevate the OOH ecosystem to a state of true immersion. Enabling viewers to experience digital objects within a physical space using true holographic technology such as Light Field Lab's SolidLight®, essentially merging the physical and digital realms, allows for a truly immersive customer experience limited to science fiction until now.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 15**

**How Holograph Tech Elevates Marketing**
EXHIBIT LFL-2

how-holograph-technology-will-elevate-marketing.pdf

SHA-256 Hash of Source File:  66bacba34268faf82b3a0d1106f46cd6ef84b7442cb0b13ee959373e7483de30

Page: 6 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**Go Back**

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 16**

**Idea: Building Immersive Media Standards**
EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf
SHA-256 Hash of Source File: 7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c
Page: 1 of 7       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



# IDEA: BUILDING IMMERSIVE MEDIA STANDARDS

## By Debra Kaufman

June 28, 2023

**Reading Time:** 5 Minutes

Since its inception, the media and entertainment industries have cycled through innumerable standards, formats and media. Highly flammable nitrate film gave way to safety film, Ampex 2-inch "quad" videotape of the 1950s gave way

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Idea: Building Immersive Media Standards**
EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf
SHA-256 Hash of Source File:  7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c

Page: 2 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

to ¾-inch U-matic and then 1-inch Type C, and digital and file-based formats gave birth to a plethora of other standards. Throughout it all, standards-setting bodies and their members representing all aspects of the industry ensured adoption of uniform technical parameters.



*IDEA presentation at CableLabs. Image courtesy IDEA.*

Hence IDEA, the Immersive Digital Experiences Alliance, a non-profit trade alliance formed in 2019 to create specifications and tools to enable the interchange of the burgeoning immersive media sector. IDEA's proposed suite of tools are also royalty-free and open source as well as extensible to allow for constant improvements. IDEA chairman Jules Urbach, who is also founder and chief executive of OTOY, says that IDEA's mission is to solve problems by working as an alliance in cooperation with many interested parties, including the Metaverse Standards Forum, MPEG (the Moving Picture Experts Group), ASWF (the Academy Software Foundation) and the Khronos

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 18**

**Idea: Building Immersive Media Standards**
EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf
SHA-256 Hash of Source File:  7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c

Page: 3 of 7  [ source file ]  [ .ots timestamp of source file ]  [ metadata ]

Group, an open, nonprofit, member-driven consortium of over 150 industry-leading companies creating advanced, royalty-free interoperability standards for 3D graphics, augmented and virtual reality, parallel programming, vision acceleration and machine learning.

Shortly after its inception, in October 2019, IDEA released its first version of the Immersive Technologies Media Format (ITMF) — designated as version 0.9 — as a baseline for handling the immersive media ecosystem, built on already-accepted technologies for representing immersive images and environments. The concepts baked into ITMF leverage 3D schemas used across the 3D industry and support plugins for all major tool sets including game engines Unity and Unreal.

In February 2023, IDEA released ITMF Version 2.0 with three new specification documents: the ITMF Scene Graph Specification, ITMF Data Encoding Specification and ITMF Container Specification. "It's available for a free download," says Urbach. "It's a major refresh of three standards in the suite that will be useful for other standards groups and leading-edge users." Urbach reveals that ITMF embodies a paradigm shift that replaces the typical raster, used to transmit images from 720 to 4K, with a full 3D environment that is reconstructed during playback by a renderer. "The high-density holographic images — which might have 50 billion light rays — exceed the capabilities of the raster," he notes. "This is a fascinating way to resolve the underlying problem."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 19

**Idea: Building Immersive Media Standards**
EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf

SHA-256 Hash of Source File: 7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c

Page: 4 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



*ITMF Scene Graph. Graphic courtesy IDEA.*

In Version 2.0, the image characteristics of the very dense 3D environments are described in terms of computer graphics primitives in a way the renderer can understand. "The data is a very light, compressed file that describes a very dense image," Urbach explains. "The renderer rebuilds the images as described and sends it to the holographic display, avoiding the raster portion completely." He adds that the technique was "perfected in the computer graphics industry," and ITMF Version 2.0 simply uses it as the basis for image transmission. "It's not a proprietary format," he says. "We might use the term, 'a confident interchange.' Once you have your holographic content, you can compress it and send it to hundreds of holographic displays and headsets. The same image format can be represented on all of these different heterogeneous devices."

Urbach points out that the solution is an analog of the MPEG decoder chip used in digital TV. "In the future it will be possible to replace a simple decoder chip with a

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 20

**Idea: Building Immersive Media Standards**
EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf
SHA-256 Hash of Source File: 7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c

Page: 5 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

sophisticated physics-based renderer," he says. "It's an important part of the device ecosystem that reconstructs the ITMF format." IDEA is working closely with display manufacturers including co-founding IDEA member Light Field Lab.



*Jules Urbach, Chairman IDEA .*

IDEA's development takes place in working groups, two of which have been particularly active. "The Media Format Working Group is looking at descriptors of image environments," says Urbach. "The group is looking for the best ways to reconstruct image parameters and build that into the ITMF format." The working groups are staffed by representation from IDEA members, "with four or five selected engineers from each company," he adds.

The second priority is the Network Architecture Working Group, which includes the cable industry and other transmission enterprises. "They're interested in optimizing carriage networks to work best for immersive media," says Urbach. "The goal is to be compatible with legacy networks as opposed to making them obsolete. There are many things we can do to enhance the network and this group is considering what kinds of features —parsing, split-

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 21**

**Idea: Building Immersive Media Standards**
EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf
SHA-256 Hash of Source File: 7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c

rendering and content caching — might work for ITMF performance." He notes that a portion of the rendering could also be done at the headend, with the rest completed at the end-user's device. "Very interesting considerations are being taken into account," he says.



*IDEA demonstration, Image courtesy IDEA.*

Also of interest are NeRFs (neural radiance field), a way to generate novel views of complex 3D scenes based on 2D image capture. "A lot of progress has been made to reconstruct these photogrammetric 2D images into 3D images using neural networks," Urbach says. "There will likely be some very good applications although it might be too early to integrate this technology into ITMF." On its website, IDEA gives a tip of the hat to burger chain McDonald's and artist Karen X Cheng, who created a 30-second ad for Lunar New Year that used NeRF technology to create a 3D scene.

IDEA is also looking at the issue of provenance, related to the origins of 3D objects and the associated intellectual property considerations. "Emerging in the last couple of years are ways to track where all these 3D objects came from and to reconstruct that path into an asset database with the contractual and copyright information," says Urbach. "ITMF might be able to offer solutions for this, because ITMF's scene graph tracks all the objects, we have a framework in place we could leverage to provide

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a835c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 22**

**Idea: Building Immersive Media Standards**

EXHIBIT LFL-2

idea-building-immersive-media-standards.pdf

SHA-256 Hash of Source File: 7accfdc5dd0980e43f2ab24f3d4b929e275d0b40f421a7dbdcec1348e866707c

Page: 7 of 7    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

provenance as well. The combination of scene graph provenance and blockchain cryptography can expand to provide important tool sets for media authentication and verification in an age of synthetic artificial intelligence (AI) imagery."

**Go Back**

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 23**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf

SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 1 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



# ILM IMMERSIVE MOVES STORYTELLING INTO STORYLIVING

## By Barbara Robertson

February 21, 2023

**Reading Time:**  8 Minutes

*UPDATED: July, 2024.*

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf

SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 2 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

ILM Immersive, formerly known as ILMxLAB, has celebrated nearly a decade producing award-winning immersive entertainment. Since its founding as ILMxLAB, the company has created multi-part episodic experiences, innovation experiments and location-based adventures incorporating top-tier narrative content into emerging interactive display mediums.

Its updated VR experience, *Star Wars: Tales from the Galaxy's Edge — Enhanced Edition,* is one of the latest projects from the innovative studio.

First introduced as a two-part experience on Meta Quest in 2020 and 2021 as *Star Wars: Tales from the Galaxy's Edge,* the *Enhanced Edition* has been rebuilt to take advantage of the PS VR2 hardware. Eye tracking cameras built into the headset follow a player's line of sight, foveated rendering keeps the 4K HDR environment richly detailed from a player's viewpoint, and haptic feedback adds to the sense of immersion.



*Star Wars: Tales from the Galaxy's Edge — Enhanced Edition. Image courtesy ILM Immersive.*

Players start the experience as a Droid Repair Technician in

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 25**

## ILM Immersive · Storytelling into Story-Living
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf

SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 3 of 12         [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

the Batuu wilds. There, they can infiltrate a First Order facility and face off against the Guavian Death Gang. As they progress through the game, they can travel to other places and eras within the *Star Wars* galaxy and become other characters, even a Jedi. The state-of-the-art VR experience expands the world of *Star Wars*: *Galaxy's Edge* at Disneyland Resort and Walt Disney World Resort. Vicki Dobbs Beck, vice president, immersive content, Lucasfilm and ILM Immersive, calls it "storyliving."

Dobbs Beck led the teams in San Francisco, Singapore and virtually, who created this project. For her, storyliving is a logical extension of a 30-year journey at ILM into interactive storytelling. In the early 90's, she was in charge of the now defunct Lucasfilm Learning.



"We were at the intersection of interactive storytelling and high-fidelity media with a lens on project-based learning," she says. "I became passionate about the intersection, but we were probably decades ahead of the time."

*Vicki Dobbs Beck, VP of Immersive Content, Lucasfilm and ILM Immersive. Image courtesy of ILM Immersive.*

In 2013/2014, when Dobbs Beck saw the convergence begin to become viable, she supported the idea in a strategic planning role across the Lucasfilm divisions. And then in 2015, she co-founded ILMxLAB, now known as ILM Immersive..

"I saw an incredible opportunity to invite people to step inside technology in ways that hadn't been done before," she says. "We started by inviting people to step into our

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 26**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File: 8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9
Page: 4 of 12     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

story. That has now evolved further — from storytelling to storyliving."

And to award-winning content. *Vader Immortal: A Star Wars VR Series* created with Oculus Studios received an Emmy nomination. Episode I of *Vader Immortal* won the VR Experience of the Year from London VR Awards in 2019 and in 2020, the inaugural PGA Innovation Award and GDC's Best VR/AR game. The collaboration with director Alejandro G. Iñárritu, CARNE y ARENA, a location-based experience that immerses people in an immigrant's journey, received a Special Achievement Award — an Oscar — in 2018.


*Image courtesy ILM Immersive.*

Creating a "storyliving" experience incorporates four major elements, Dobbs Beck explains: a holistic approach, discovery, connection, and an unfolding narrative. A rich *Star Wars* empire that has evolved and expanded over four decades of film, television series, and game content, helps make it possible.

### A Holistic Approach

Most of ILM Immersive's projects, including Marvel Studios' *Avengers: Damage Control,* a location-based adventure created in collaboration with The Void, are tied to Disney IP. Many projects involve *Star Wars* characters and places, and Dobbs Beck provides an example of a holistic approach based on two: The multisensory *Star Wars: Secrets of the Empire*, created in collaboration with The Void that opened in Disney Springs at Walt Disney World Resort in Orlando

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 27**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File: 8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9
Page: 5 of 12     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

and Downtown Disney at Disneyland Resort in Anaheim in 2017, and the *Vader Immortal: A Star Wars VR Series* experience released on Meta Quest and PlayStation VR.



*Vader Immortal: A Star Wars VR Series. Image courtesy ILM Immersive.*

"Sometimes I talk about a holistic approach as a mosaic of experiences where, as in a mosaic made of tiles, each tile, each experience, can stand on its own, but seen together becomes a rich design," Dobbs Beck says. "*Star Wars: Secrets of the Empire* can invoke all the senses in a 100% controlled environment. It is a prequel to *Vader Immortal*. Each is great on its own, but when you do both, you see a bigger picture. In *Empire,* for example, you know you're supposed to recover a crate that becomes relevant for *Vader Immortal*."

### Discovery

The second element in creating a storyliving experience is what Dobbs Beck calls "discovery," that is, offering rich, well-detailed worlds that people discover while participating in a story and want to be in.

"It's super important that when people are exposed to a new device, their first experience with VR headsets is

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9
Page: 6 of 12      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

premium," Dobbs Beck says. "It's important to us to deliver high-fidelity VR."

### Connection

Third, is connection. The challenge inherent in having a rich world of content to draw from is the necessity to preserve the integrity of that intellectual property. That's true especially when a player connects and interacts with a character.

"*Vader Immortal* hinged on whether you could have a meaningful relationship with a compelling character, "Dobbs Beck says. "The test was in the final product. There's a scene where you're in a cell. Now remember we know where your eyes are. The door opens and Darth Vader walks toward you. You hear his classic deep breathing. He comes right up to you and looks you directly in the eyes. He delivers a line that many people don't even hear because his presence is so overwhelming, so all-consuming. It proved people can have a meaningful relationship with a character in VR, not just observe other people's relationships."

### An Unfolding Narrative

The fourth storyliving element is creating an unfolding narrative.


*Vadar Immortal: A Star Wars VR Series. Image courtesy of ILM Immersive.*

"We have focused on curated stories told by master storytellers," Dobbs Beck says. "Your choices make your journey, your personal experience. But you don't change

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 29**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf

SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 7 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

the outcome. We're starting to consider what a branching narrative looks like. You would choose where to go and where you don't go isn't part of your experience. We're also looking at community storytelling where the story unfolds as a result of your and other people's presence in the world. We're always moving on to the next bleeding-edge project."

**Connecting to VFX**

ILM's advanced technology group supports both ILM Immersive and visual effects with core technology that can be applied to various purposes. The visual effects side takes advantage of VR and AR as production tools, and uses Stagecraft, the LED-based volume with real-time graphics. ILM Immersive can use assets from visual effects production, and visual effects can use real-time assets as starting points for films.

"We have a concept of a digital backlot, and it's a real, meaningful objective," Dobbs Beck says. "We keep assets in a central repository and do whatever we need to make them useful. The movie assets aren't a straight port in, but they can get us a long way there. And we can build games on worlds created for the location-based immersive experiences."

ILM Immersive is also testing ideas that push beyond existing location-based installations and games to, as Dobbs Beck puts it, "transcend the physical, digital and virtual worlds." For example, they implemented an AR experiment called *Project Jigsaw* on Lucasfilm's campus at Letterman Digital Arts Center in San Francisco.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 30**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 8 of 12        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



*Project Jigsaw. Concept Art Courtesy ILM Immersive.*

"We had camera phone viewing vignettes in four places on campus and since they were always on, if you went to the right place, you could see them," she says. "Because our emphasis is on trying to deliver the most cinematic quality experience we can, we pieced together a lot of technology that hadn't been done before. We did off-device rendering for this AR-based storytelling. The phone became a thin client — the computation in the cloud was re-composited on the phone. So, because we knew where the sun was, our AR characters' shadows made sense in the real world. And, they could pick up reflections. It's astonishing how real the vignettes looked and felt."

### Future Possibilities

Experiments such as *Project Jigsaw* offer glimpses into how immersive experiences could evolve. Along those lines, Dobbs Beck offers a set of intriguing possibilities for the future of storyliving.

"I'm excited about connected storytelling," she says. "If you

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 31**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 9 of 12    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

have filmmakers or storytellers that think multi-dimensionally, you can design an ecosystem of immersive experiences that are compelling beyond anything we've seen to date. You can have persistent and evolving worlds that fundamentally change in some way, big or small, based on how people who visit them engage with them. Once anything in your world is available in the virtual world, it can be all around you. Screens are everywhere. Phone, iPad, contact lenses, VR glasses, AR glasses. We'll see virtual screens with AR glasses. And wherever there's a screen, there's an opportunity for a story."

In 2018, then ILMxLAB partnered with designer Steven Tai and the Fashion Innovation Agency in the London College of Fashion on a project called Live CGX. The studio created digital versions of two garments designed by Tai. Then, during London Fashion week, the audience watched on a massive screen without the need for glasses or another device as ILM Immersive realized garments in digital form on a live model in real time.

"Our relationship to reality is fundamentally changing as digital and real become layered on top of each other," Dobbs Beck says, and



*Marvel Studios' Avengers Damage Control. Image courtesy of Marvel Studios and ILM Immersive.*

provides a personal example.

"One of the *Project Jigsaw* vignettes had stormtroopers," she says. "I remember the place where I experienced that. I remember that moment with stormtroopers. It's a very real

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 32**

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9
Page: 10 of 12        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

memory, and it's a blend of digital and physical."

Those AR characters were gripping because they looked like they belonged in the environment. The next step would be to have a conversation with an AR character.

"What I think is important for the future is compelling AI characters that can engage in conversation in a way that's believable," Dobbs Beck says. "We've been talking about it for years, but the latest advancements in AI are extraordinary. We may be closer than we thought. And, these characters may manifest as holograms."

In fact, holograms are iconic *Star Wars* elements that date back to the original films, and you see them in the streaming series *Andor* and *The Mandalorian*.

"Holographic messages are in most, if not all, of our *Star Wars* immersive stories from *Vador Immortal* to *Tales from the Galaxy's Edge,*" Dobbs Beck says. "While we've played with this element frequently in VR, there's a real opportunity to bring holograms to life in AR, and we've already started. In *Project Jigsaw,* the story starts with a holographic message from Hondo Ohnaka, a fan-favorite character from *Star Wars: Galaxy's Edge.* Seeing his character brought to life in AR as a hologram brings the experience to life in such a delightful way. Beyond *Star Wars,* the possibilities for applications of AR holograms feel endless, and it's something ILMxLAB will continue to explore."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf
SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9
Page: 11 of 12          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



*Marvel Studios' Avengers: Damage Control. Image courtesy of Marvel Studios and ILM Immersive.*

The way we interact with characters might change in interesting ways, as well. "I'm imagining how biometrics, our bodies, will impact virtual experiences," Dobbs Beck says. "Boundaries are disappearing. Right now, you might unlock something in *Vader Immortal* with a controller. But what if you unlocked it by reducing your heart rate to a meditative state on your smart watch."

Moore's Law has technology advancing by an order of magnitude every five years. Given that, and what the studio has accomplished in the past eight years, the story we'll all be living in the next eight years seems within the possibilities Dobbs Beck has imagined.

**Go Back**

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 34

**ILM Immersive · Storytelling into Story-Living**
EXHIBIT LFL-2

ilm-immersive-moves-storytelling-into-story-living.pdf

SHA-256 Hash of Source File:  8d2a785066e2e69c725cb86ce29e805339eb218479f46ad92f0561b57b7a9ab9

Page: 12 of 12        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 35**

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf

SHA-256 Hash of Source File: 00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127



Home    The Tech    Press    Contact    Jobs    HoloWire



# LARGE-SCALE LIGHT FIELDS

## By Bryant Frazer

April 19, 2021

**Reading Time:** 7 Minutes

**AV Specialist Josh Weisberg on the Beauty of LEDs, the Problem with Pepper's Ghost, and the Promise of Light Field Displays**

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File: 00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 2 of 10     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



*Josh Weisberg*

Over the last 40 years, staging and projection industry veteran Josh Weisberg has helped create some of the most innovative, immersive and artistic examples of large-screen display installations in the world. Having served as president and co-founder of his namesake Scharff Weisberg as well as its successor, WorldStage, Weisberg has led the way to innovative deployments for clients including Prada's retail store in lower Manhattan, the Museum of the Moving Image in Queens, NY, and the 40th anniversary special broadcast of *Saturday Night Live*. Among other envelope-expanding projects, Weisberg helped develop innovative ways to exhibit video art in outdoor environments including Pittsburgh's Carnegie Museum of Art, the cylindrical façade of the Smithsonian's Hirshhorn Museum and Sculpture Garden, and the Museum of Modern Art (MoMA) and surrounding buildings. For MoMA, Weisberg engineered a multi-screen arthouse in midtown Manhattan, projecting elements of artist Doug Aitken's *sleepwalkers* video installation on eight different walls at sizes ranging from 40 to 65 feet wide. Weisberg says that kind of scale can be important to artists. "The freedom of working electronically means you can reach a much larger audience on site," he

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 37

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File:  00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 3 of 10        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

explains. "You could reach a similar size if you painted a big mural or did the kind of large-scale photography that JR does — but not in an animated visual medium."

Weisberg has retired from his position at the helm of WorldStage but continues to work with some of his longstanding clients in the arts, events, broadcast and industry as a business and technology consultant through his new company, Navolo Audio+Video. Over the years, LED displays and video walls have largely replaced video projections for big-screen video productions, though Weisberg says he still appreciates the "cinematic qualities" of video projection. But he acknowledges that LED screens are the more practical technology — largely because they have a much smaller footprint than projector-and-screen systems. "One of the other advantages [of LED] is not so much the video quality, but the quality of the environment you can create with other things like lighting," he explains. "It can be indoors, it can be outdoors, you can have 100 theatrical lights surrounding it, and it doesn't matter because you can still see the screen."

## Shoot It on the Virtual Backlot

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 38

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File:  00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 4 of 10    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



*Shooting on xRStage-SF, a space for virtual production with two LED video walls and an LED floor operated by WorldStage and Intrepid Studios in San Rafael, CA. Image courtesy of WorldStage Inc.*

Weisberg points to film production as one of the markets for state-of-the-art LED screen installations, where they are used to create digital backdrops that look like photoreal environments for productions like the Disney+ series *The Mandalorian*. The effect is targeted at viewers watching the finished show at home, but Weisberg says LEDs can create a convincing illusion of space in person, as well. "You can create an entire room — floors, ceiling and walls — with LEDs," he says. "In the more sophisticated VR studios, that's what they are doing. It's a tremendous aid for performers, allowing them to have a much more natural and less rehearsed filming process than a typical green-screen set."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 39**

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File:  00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 5 of 10       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



*Finished still from "Vesica Pisces," an XR film made with xRStage-SF by Alex Czetwertynski and Jessica Mitrani. Image courtesy of WorldStage Inc.*

During the pandemic, immersive, LED-driven environments have found new applications in the corporate world, where firms observing social distancing measures have looked to 3D environments to replace in-person meetings with journalists. Weisberg describes a recent product launch for a "Fortune 100 tech company" that used background LED walls and an LED floor to create a 3D environment that resembled one of their laboratories. Real pieces of furniture holding examples of the new products were placed onto the LED floor, giving the live presenters physical objects to interact with.

"It's one way to create spontaneity," Weisberg explains. "They don't like to film these things in advance, because of the danger of a security lapse. They like to do them live and in a controlled environment, and a  virtual set allows that to happen."

The production becomes more complicated if the company wants to have two people who are geographically separate

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 40

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File: 00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 6 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

appear as though they are together in the same place. Weisberg suggests that the recent Golden Globes could have been an excellent test case for such a scenario, though it would be difficult to pull off. "Think about the camera capturing the images — two cameras [in two different locations] would have to work in absolutely synchronous fashion," he says. "You'd have to build two identical environments with two identical backgrounds and have two identical cameras moving in an identical fashion so you could join those two images live, in real time. Theoretically, it's possible, but I'm not aware of anyone who's actually done it."

But what if you could use a "hologram" to make someone seem to appear on a faraway stage in three dimensions? That's how a life-size, fully animated Tupac Shakur is said to have made a surprise appearance at the 2012 Coachella Valley Music and Arts festival, apparently dancing and rapping on stage with Dr. Dre and Snoop Dogg. The performance saturated the entertainment media and put the words "Tupac hologram" on everyone's lips.

## Haunted by Pepper's Ghost

The biggest problem with the Tupac "hologram" is that, well, it's not a hologram. Tupac's appearance on stage relies on a creaky theatrical illusion originally popularized in the 1860s called "Pepper's ghost." It uses the reflection of an image hidden below or beside the stage — say, a brightly lit actor or actress — onto a glass screen installed at the appropriate angle and position to give the impression that the figure has appeared in front of an audience. In the 19th

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 41

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File:  00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 7 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

century, Victorian scientist John Henry Pepper used engraved silvered glass to reflect ghostly figures back to the audience; Coachella's Tupac, a CG figure created at Digital Domain, was projected onto Mylar foil, which made the image seem somewhat brighter and more solid. (Read Holowire's previous coverage of Digital Domain's work with digital humans.)

"My son was actually at the Coachella performance where they brought out virtual Tupac. There was obviously a huge groundswell of interest after that. My son said, 'Dad, you have to remember that it's an audience of 55,000 people and most of them are standing really far from the stage. Plus, everybody's on drugs.'"

Weisberg lets that observation hang in the air for a second before continuing, "If I could do a corporate product reveal where the entire audience was on drugs, I could do a better job with Pepper's ghost," he says. "I always try and temper the client's expectations. It never looks as good as they think it's going to."

## Looking Forward to Light Fields

What are the alternatives? If a truly holographic display panel, such as a light field display, could be incorporated into a stage set or consumer space, the live appearance of a celebrity or corporate executive could be made more complete and more convincing. "People have tried to do live telepresence with holograms — really Pepper's ghost," Weisberg says. "If large-scale light field displays become a reality, that desire is still there, and it can be supported by something that does it more effectively."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 42**

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File:  00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 8 of 10      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Weisberg remembers his own trials with Pepper's ghost. Worldstage created an installation at the U.S. Open Tennis Championships for a corporate client that involved a constructed locker room where people could "meet" a tennis star who appeared before them thanks to a modified Pepper's ghost effect. "I think we got away with it," he says. "But if it were a larger-scale light field display, cleverly built into the scenic environment? Think how effective that might be."

Another benefit of light field technology is that a camera can focus on the image itself rather than the display surface; photographically, the light field image looks and behaves just like a real object, meaning depth-of-field, perspective and other characteristics should mesh seamlessly with the real environment surrounding the light field display. "What if there were real-time light field displays that allowed a presenter to interact with a 3D-seeming object that could be captured in camera in a realistic fashion?" Weisberg asks. "They could manipulate the object, orbit the object, zoom in and zoom out, maybe pull it apart. And if there is a live audience, they'll see it as well."

## New Markets, New Challenges

With the COVID pandemic presumably on the wane, Weisberg sees new applications for virtual environments. He cites museum exhibits as a possible fit, pointing to the slew of immersive Vincent van Gogh experiences that are launching this year in a number of cities across the U.S. (*The New York Times* reports that a half-dozen different

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 43

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File: 00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 9 of 10     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

companies are producing their own immersive van Gogh shows, calling the artist "the rock star of this genre.") He also notes the burgeoning market for NFTs, collectible pieces of digital art recorded as assets on a blockchain. "The idea of having a light field on your wall in your living room with some kind of pointing device that allows the viewer to manipulate and explore the artist's 3D creation in real time has some power," Weisberg speculates. (Learn more about NFTs in our coverage of the new market for digital artwork.)



*Image courtesy of WorldStage Inc.*

Though he's not sure where light field displays will find their most natural fit, Weisberg is convinced VR or AR headsets won't be the ultimate solution for immersive environments, especially where group experiences are concerned. "I've been involved with some events where we've used it," he says. "It kind of worked — if you were sitting down. How does light field technology help solve some of those problems? That's something we have to look at carefully

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a835c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 44**

**Large-Scale Light Fields**
EXHIBIT LFL-2

large-scale-light-fields.pdf
SHA-256 Hash of Source File:  00939e584dad5507eaf4494a971bcc7ae04bf05bdfe84da26c2b22603e17f127
Page: 10 of 10          [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

once the technology becomes available in large display sizes."

And Weisberg notes some important caveats when it comes to how holographic screens can be deployed, including the amount of computing power required to drive them and the issue of uniformity. "One of the things they found early on with LED screens in virtual environments is that they have a tendency to drift a bit," he says. "Your eye can't see it but the camera can and the colorist can."

Weisberg says the key to future innovation will require artists, designers and system integrators to be wary of new and unproven systems and processes while still remaining open to and interested in new ways of accomplishing goals. "After a career that spans close to 40 years, I still find new things to discover and new ways of doing things," he says. "It's a matter of keeping your mind open and being respectful of legacy but not letting it rule your practical life — your real life."

Go Back

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 1 of 13     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



LIGHT FIELD LAB

Home   The Tech   Press   Contact   Jobs   HoloWire



Image courtesy: ©2021 Lucasfilm Ltd. & TM

# LIGHT FIELD DISPLAYS MEET VIRTUAL PRODUCTION

## By Barbara Robertson

April 19, 2021

**Reading Time:** 7 Minutes

Film directors, cinematographers and visual effects artists all share the same goal: immersing audiences so deeply

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File:  240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291

Page: 2 of 13          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

into the world of a film they're watching that they believe everything is real. As long as the movie is running, dinosaurs really walk through the jungles of Kauai, apes run across the Golden Gate Bridge, animals can talk, and strange humanoid creatures live on other planets reached by spaceships traveling with warp speed.

For many years, adding creatures, explosions, spaceships, buildings, and anything else a director dreams up to a live-action film meant doing so in post-production — after the film was shot and edited. Visual effects artists became adept at matching the live-action lighting and, over time, rendering technology became sophisticated and computers fast enough to help them by mimicking the physics of light.

Soon, post-production visual effects began moving upstream. Previs, a roadmap that helped directors and vfx studios visualize (before production) the effects studios would create in post-production, became ubiquitous. Then, previs moved into "postvis" to help directors, cinematographers, and VFX studios visualize visual effects during the filming process. At the same time, filmmakers discovered virtual cinematography, VR, and AR. Cinematographers and directors could see visual effects roughly composited in real time through the camera lens during production. On location, they could visualize CG creatures superimposed into an environment on cell phones and iPads as they scouted a location. Filmmakers began looking through virtual reality headsets to view digital environments and characters. This virtual cinematography became so sophisticated that the digital environments and characters in *The Lion King* were shot in

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 47**

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 3 of 13    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

VR, and then refined in post-production. With each stage of evolution, the possibility of filming visual effects in camera, rather than adding visual effects later, had come closer to reality.



*On the set of The Mandalorian 2020 © & TM Lucasfilm Ltd.  All Rights Reserved.*

Filming visual effects displayed on LED walls, tested sparingly for a few productions, showed promise. And then Disney/Lucasfilm's *The Mandalorian* episodic television production proved the technique could work on a much larger scale. By blending state-of-the-art LED and game-engine technology, Industrial Light & Magic, Epic, and other partners created a stunning, magnificent production stage. They call it a volume. LEDs on 20-feet high walls encircle a 75-foot diameter performance stage and cover the ceiling, leaving only a small opening for the crew to move props in and out and for the director, cinematographer, camera

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 48**

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 4 of 13     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

operators, and actors to enter. Practical set pieces designed to blend seamlessly with the displayed graphics blurred any distinction between real and digital. ILM calls the system, which works with Epic's Unreal platform, "StageCraft."



*Rob Legato*

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File:  240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 5 of 13        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Three-time Oscar-winning visual effects supervisor Rob Legato, who supervised the Oscar-nominated visual effects for *The Lion King* (but did not work on *The Mandalorian*) describes the advantages of LED walls.

"It's a wall, but what you feed it is a 3D environment," he says. "The environment is based on the camera's point of view; Unreal feeds the background as the foreground camera is tracked. So, if I pan right, it pans right. If I do a dolly move, it looks like a typical move in a 3D environment. It's like the screen has disappeared and you're doing a live composite. It's a clever use of technology. The pandemic hastened its acceptance because you can build any set any time. Once [the LED stage] is built and working, it becomes inexpensive because you can shoot many things in a day. You can shoot in Grand Central Station and, 10 minutes later, be in Paris."

Epic Games' Miles Perkins, who is helping bring real-time workflows into the film and television industry, believes that the LED walls represent a fundamental shift in filmmaking as powerful as was *Jurassic Park,* which convinced filmmakers they could and should create digital characters.

"There's a convergence happening," he says. "The gaming community knows how to use the game engine for rendering in real time and for creating rules of engagement. People in visualization know the picture part. So all of a sudden there's a creative sandbox, not just relegated to visual effects. Set designers and costume designers can bring things to the set that will be in the physical space next to something in the virtual world.  The director of photography can capture both in the camera and they'll feel like they're in the same space.  The DP can

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 50**

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf

SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291

Page: 6 of 13     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

light a CG environment on set. Previs, techvis, postvis all led up to this. The difference is that hardware caught up."

When filmmakers work in an LED volume, they capture the digital environment in camera. They see those digital environments, which can include landscapes or set extensions, displayed on the wall and film them. Light from the wall illuminates the actors, and images on the wall are reflected in surfaces on set. The director knows immediately if the visual effects will work because they see them right there.

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 51

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 7 of 13     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



*Miles Perkins*

But there are gotchas. One limiting factor is that the LED walls display two-dimensional images, meaning the system must track the camera to render an image so that they don't *look* flat, even though they are flat. The DP can't focus on the LEDs themselves without breaking the illusion. To avoid moiré patterns, the digital environments are often rendered with a soft focus. And there can be chromatic

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 8 of 13      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

aberrations when shooting from the side.

So where might the next order of magnitude in compute processing and streaming take virtual production? The answer could be true 3D. That is, light fields — three-dimensional images created digitally or captured with light field cameras and displayed with light field displays. If light field display (LFD) walls were to replace LED walls, they could solve some problems with the LED walls, offer all the advantages of the LED volumes, actually immerse filmmakers in a virtual world, and open the door to the future of entertainment.



*Scot Barbour*

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 53

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 9 of 13     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

"Light fields are the inevitable ultimate result of our effort to virtualize reality," says Scot Barbour, an independent filmmaker and former VP of production technology at Sony Pictures Entertainment who has been working with virtual production stages for more than a decade. "Where we are with LED walls is kind of like where video games were with *Pong*. That difference between *Pong* and triple-A games is where light fields can take us. If you're wearing a headset and interacting in VR, that's maybe halfway to what you could do in a light field volume, and you could do it without any apparatus. You would have full six degrees of freedom, a full holographic image. It would feel real because to your eyes it is real. The game engines with real-time ray tracing will allow interaction with light fields, and light field displays will be the visualization mechanism. If you can synthesize light, there's no greater realism, period."

As for the problem-solving? A DP could shoot without concern about moiré or chromatic aberrations, and without focusing on an LED screen. "When you're no longer focusing on the display but on the light, there would be a fundamental shift," Perkins says. Rather than a visual effects artist compositing a dinosaur into a film in post-production, an actor could stand on stage in front of a T. Rex — a digital T. Rex created some time earlier by an artist.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 54**

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File:  240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291

Page: 10 of 13      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



*Ben Grossman*

"On an LED stage, we try to hack our way around the problem that you still have a flat screen," says Magnopus co-founder Ben Grossman, who also received an Oscar nomination for visual effects and virtual production in *The*

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf
SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291
Page: 11 of 13        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

*Lion King.* "In theory you wouldn't have to do that with a light field display because each person in the room would see the content in their perspective. For every point on the screen, you'd see what's appropriate from that angle, whether taller or shorter. In theory, we wouldn't be able to perceive a screen at all. It would more closely emulate the photons of light in the real world."

"Imagine if there were no disbelief," Grossman continues. "In theory, that's what light field displays can do. You'd have no reason to believe what you're seeing isn't real."

The question is when.

"There are a lot of things that need to come into play," Perkins says. "Image fidelity, color accuracy, the ability for a DP to light in specific ways. But with that said, I think we're on the precipice of a revolution."

Data is a gating factor. "A light field is kind of like all the available possible viewpoints for a particular location," Grossman says. "If you think about rendering and streaming all those things to all the possible views that exist, it's a lot of data. And to do that for an area in motion would be an insane amount of data. But we could do small areas sooner, say everything outside the windows on a set."

Barbour imagines some of the first uses for light-field display walls would be for blocking — to put digital characters into the set with actors, even if the characters would be recreated later.

Perkins imagines using light field displays as elements in an LED volume. "You could have LFD things in the foreground where you don't want to worry about the focal point," he says.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 56**

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf

SHA-256 Hash of Source File: 240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291

Page: 12 of 13      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

For all these people, the promise of light field displays goes far beyond its potential use in virtual production.

"Entertainment is not static," Perkins says. "I think we're going through another revolution, and display technology is part of that."

Says Grossman, "The real value of light field displays is that if you're going to make a film, once you have built up the light field content, why not put LFD screens in people's homes so they can experience the content in the same way as the way it was produced? To me, the idea of giving someone a 3D world at home is more interesting than giving someone a 2D facsimile of an amazing 3D world. Just giving the consumer a flat thing doesn't realize the full potential of light field displays."

Someday the light emitted from your display will put dinosaurs, full-sized apes, talking animals, strange humanoid creatures from another planet, and perhaps even the deck of a spaceship, all filmed on an LFD stage, right in your living room. And you will believe they are real.

Go Back

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 57

**Light Field Displays Meet Virtual Production**
EXHIBIT LFL-2

light-field-displays-meet-virtual-production.pdf

SHA-256 Hash of Source File:  240f313487190104a43c88c207952235da65fe4c0e8924fad95d885e60d51291

Page: 13 of 13        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 58**

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf

SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86

Page: 1 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]





# MILITARY'S HOLOGRAPHIC DISPLAYS

## By Chris Chinnock

April 7, 2022

**Reading Time:**  8 Minute

What is the key phase that military end users and their
holographic display development partners point to as the

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf
SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86
Page: 2 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

key application? That phase is battlespace visualization. Situational awareness (SA) and establishing a common operating picture (COP) are some of the most critical operational objectives for warfighters today — especially those responsible for making strategic and tactical decisions. Holographic or light field displays represent next generation 3D displays that these military users want. Given the 2022 Russian invasion of Ukraine, such visualizations may have taken on new urgency.



*Avatar. Image courtesy 20th Century Fox.*

In many ways the desires of military planners have been shaped by Hollywood movies that show a display volume where those viewers can visualize and interact with various assets and each other. While some of these movie depictions cannot be physically realized, the vision remains a driving force for development.

Battlespaces for any branch of the military are by definition three-dimensional space. Whether it is Navy Seals raiding a compound, an air-to-ground engagement, surface and underwater naval operations or even space-based threat assessment, multiple assets and targets need to be tracked and analyzed in this 3D volume.

In addition, multiple sensors are used in the battlefield such as radar, sonar and visible and infrared cameras. Each of these sensors can provide information that can be valuable in making a decision. Plus, multiple branches of the military can be involved in this battlespace. The challenge is to

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 60**

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf

SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86

Page: 3 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

visualize all this sensor data in a rapidly changing 3D battlespace in such a way as to allow decision-makers to make rapid and accurate decisions. These can literally be life-changing decisions, which is why military planners are so interested in such capabilities.

The Ukraine situation presents another interesting scenario — tracking Russian and Ukrainian forces and providing intelligence as appropriate. Advanced 3D display systems would offer a clear advantage in conflicts like this.



*Image courtesy Aljazeera.*

Holographic displays should enable a more intuitive visualization of the battlespace, say industry officials. The most obvious scenario is visualizing all of the assets and personnel in the battlespace, by their 3D positions and motion vectors. But there are many other data problems that better visuals can help solve. For example, it is often necessary to model the coverage area of military radios to understand when signals will be blocked and/or reflected off of surfaces. With a holographic display, a field operator can quickly see if he can communicate with another person or asset.

For naval operations, it takes years of training to understand sonar signals and learn how to mentally map underwater objects in 3D space. Turning such signals into a visual 3D volume representation reduces the cognitive load and allows less-trained operators to have the same skill sets as experienced ones.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 61

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf
SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86

Page: 4 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

In air operations, telemetry data may show the altitude and directional vector of an asset, but it can be hard to visualize if it is ascending or descending, and at what rate. Again, a 3D holographic display makes such information more intuitively obvious.

Post engagement reviews of Special Forces operations often found that a poor spatial understanding of the situation led to failures or compromises in the mission. As a result, decision-makers need better spatial visualization tools.

## Development Activities

Research into advanced 3D display has been going on for over 20 years. One of the leading organizations that directed this research was the Air Force Research Lab out of Wright Patterson Air Force Base in Ohio. This group, led by Darryl Hopper, has offered Small Business Innovation Research awards to fund many types of display development.

Some of these developments have gone to Phase 2 awards which produced working prototypes that were then subsequently evaluated by various government or military agencies. But this is very difficult technology to develop, so no systems have been rolled out to date.

While AR and VR headsets are being evaluated as well to address some of these needs, there is a clear preference to not have to wear a headset of any kind, as this interferes with external communication with other decision-makers.

Advanced holographic display can come in multiple form

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 62**

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf
SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86

Page: 5 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

factors. The "sand table" implementation is most often desired for multi-person collaboration, ideally with viewers able to see and interact with images all the way around the sand table.


*AFRL Aircraft MRO in HoloLens USAFImage courtesy Inhance*

Another popular implementation is a monitor for one to three people. In September 2021, Kongsberg Geospatial said they are working to develop a monitor-type display solution to combine passive sonar data with three-dimensional bathymetric data to create an accurate sensor picture that can be used to locate and identify possible undersea threats.

But there are many challenges to improving the fidelity of their light field/holographic displays. Some technical approaches rely on conventional microdisplay technologies coupled to lens arrays to create directional rays. Developers here see a need for pixel density to increase considerably, for the light emitting angles to narrow and better interconnection methods to drive these panels. The compute power is also significant, so new purpose-built, multi-view rendering architectures should be developed.

Others acknowledge that high fidelity holographic displays can be created using current technology, but these existing photonic technologies will always face cost and form factor challenges.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf
SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86
Page: 6 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

## Where will we be in 10 Years?

While holographic display developers are optimistic about the development of display technology, they likewise think the fledgling industry will need support to succeed.

Developers that have relied on SBIRs (Small Business Innovation Research) funding don't think this will be enough to really move the industry forward. Larger government and industry-led efforts may be needed to focus on the specific challenges of holographic and light field displays if we want to accelerate development.



*Urban Photonic Sandtable Display or UPSD, that creates realtime, color, 360-degree, headset free, 3D holographic displays. Image courtesy DARPA.*

Other developers believe it will be vital to leverage developments in the consumer electronics space to make these displays perform better and cost less. As an example, they point to mobile phones and VR as models for development. Over time, each has added more and more features and functionality while bring down prices.

What will military holographic displays look like in 10 years? Some think we will see deployed battlespace sand tables with a field of view of 100-to 120-degrees, HD resolution and several feet of depth volume by generating 10 billion plus rays.

Others think these sand tables will be here as well, but not yet operational with the military still doing human factors

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 64**

**Military Holographic Displays**
EXHIBIT LFL-2

military-holographic-diplays.pdf

SHA-256 Hash of Source File:  a7a526ec382f88eba50516e7de8ba120f7787f588c306e50a67d8d2ac0f1bc86

Page: 7 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

testing to better determine how best to visualize the battlespace and to quantify the collaborative and cognitive benefits it delivers. This is a necessary step before actual deployment in live military activities.

It seems clear that there is wide interest in advanced 3D displays in the military and government agencies. But there are also many other uses for these holographic and light-field displays, so consumer and commercial activities may be enough to help with the military advancements. If not, government agencies and the armed services may have to step up to further fund or speed up development for their more urgent use cases.

**Go Back**

| **The Tech** | **Location** | **Phone** | **Email** |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 65

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf

SHA-256 Hash of Source File: cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 1 of 8     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



LIGHT FIELD LAB

Home    The Tech    Press    Contact    Jobs    HoloWire



*MSG Sphere. Image courtesy MSG Sphere.*

# MSG's SPHERE LIGHTS UP LAS VEGAS

## By Debra Kaufman

September 7, 2023

**Reading Time:** 5 Minutes

*UPDATED: July, 2024.*

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf

SHA-256 Hash of Source File:  cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 2 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

On Fourth of July 2023, Sphere, owned by Sphere Entertainment and located at Las Vegas' Venetian, illuminated the 580,000-square-foot Exosphere with a jaunty super-sized "Hello World" greeting, followed by an array of spectacular imagery, including fireworks, Stars & Stripes and vibrant visual scenes from underwater to the lunar surface. Sphere, which also features a 160,000-square foot interior LED 360-degree screen, is, according to the company, the largest LED screen in the world – large enough to be seen from space.

The Exosphere is also, as MSG Sports president/chief operating officer David Hopkinson noted, "a 360-degree canvas for brand storytelling...offering our partners an unparalleled opportunity to become part of the greatest show on earth." The Exosphere is made up of approximately 1.2 million LED pucks, each of which contains 48 individual LED diodes, with each diode capable of displaying 256 colors. Each puck is spaced eight inches apart. The LED imagery is totally programmable, leading Guy Barnett, Sphere Entertainment senior vice president of brand strategy and creative development, to comment that, "the Exosphere is more than a screen or a billboard – it is living architecture."


*MSG Sphere. Image courtesy MSG Sphere.*

Audiences had the first chance to experience Sphere's interior, which can accommodate almost 20,000 attendees, on September 29, 2023, via a partnership of

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf

SHA-256 Hash of Source File:  cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 3 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Sphere Entertainment and Live Nation, with Irish rock band U2 presentation of "U2: UV Achtung Baby Live at Sphere."

The immersive, sci-fi "Postcard from Earth," from Academy Award winner director Darren Aronofsky, debuted October 6 2023, the first of many planned 60-minute Sphere Experiences. "At its best, cinema is an immersive medium that transports the audience out of their regular life, whether that's into fantasy and escapism, another place and time or another person's subjective experience," Aronofsky explains. "Sphere is an attempt to dial up that immersion." Sphere's immersive LED display offers a 19,000 x 13,500-pixel resolution (about 16K).

One of Sphere's unique features is its sound system — dubbed Sphere Immersive Sound. Sphere Studios partnered with German-based advanced audio company Holoplot, to take advantage of the latter's spatial audio tools and proprietary algorithms including its Holoplot X1 Matrix array loudspeaker module and its 3D Audio-Beamforming and Wave Field Synthesis technologies. These technologies compensate for audio transmission losses in such an immense interior space.

The patented Audio-Beamforming also provides an algorithm for sending unique audio content to specific locations, creating the possibility of transmitting different languages, music, or sound effects to specific areas of the venue. Sphere's audio system is comprised of 1,586 permanently installed speakers and 300 mobile loudspeaker modules, for a total of 167,000 speaker drivers weighing 395,120 pounds. Almost the entire system is hidden behind the interior LED display. Sphere Immersive Sound was first installed at New York City's Beacon Theater

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf

SHA-256 Hash of Source File:  cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 4 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

and then customized and scaled up for Sphere. In addition to advanced visual and audio systems, Sphere offers audiences multi-sensory features including scent and breezes as well as haptic technologies — the rumble of an earthquake or launch of a rocket ship — in 10,000 of the seats.



*Helicopter Camera from Darren Aronofsky's "Postcard from the Earth." Image courtesy MSG Sphere.*

Sphere was designed by Kansas City, Missouri-based architectural design firm Populous, which has spearheaded dozens of design/ builds of Olympic Games and Super Bowls, as well as World Cup venues, stadiums, and performance and e-sports spaces. The design and construction of Sphere – which began in 2018 but was sidelined by the COVID-19 pandemic – offers a model for developing large-scale immersive entertainment spaces, especially given its specialized audio capabilities for concerts and musicians. Sphere reportedly cost $2.3 billion to design and construct.

But what makes Sphere come alive is content, and that's the purview of Sphere Studios, which is dedicated to "developing the next generation of original immersive entertainment" exclusively for Sphere. Located in Burbank, California, Sphere Studios is a 68,000-square-foot lot offering facilities for production, editing, post-production, audio mixing sound stages and 3D printing labs. The production stage isn't the typical Hollywood sound stage. This one is a 28,000-square-foot, 100-foot-high geodesic

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 69

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf
SHA-256 Hash of Source File:  cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 5 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

dome, dubbed Big Dome, which will enable creatives, producers, and executives to experience an analog of Big Sky, its big brother Sphere. Unlike Sphere's 20,000-person capacity, Big Dome has only a few rows of seating, atop a two-story platform.

Sphere Studios also built the ultra-high resolution Big Sky camera as a content creation tool for Sphere Experiences. According to Big Sky lead architect Deanan DaSilva, the new camera took 18 months to develop in-house from conception to completion. DaSilva told the *Las Vegas Review-Journal*, which toured the facility and saw a demonstration, that Big Sky "was built from scratch with no off-the-shelf components." Big Sky is paired with SphereLab processing system, which captures images via a single unit tethered to a recorder. The image-processing software was custom built as were "custom lenses," which DaSilva dubs "the sharpest cinema lenses ever created." The result, he says, "a giant leap forward for imaging." "Big Sky allows us to capture cinematic content at a level of detail never before possible, opening up extraordinary possibilities and pushing immersive imaging technology forward in a way that will resonate throughout the entertainment industry."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf
SHA-256 Hash of Source File:  cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 6 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



*MSG Sphere Cross Sectional Render. Image courtesy MSG Sphere.*

Before Big Sky was created, Sphere Studio used the Array — 11 off-the-shelf high-resolution cameras whose lenses were pointed in multiple directions. With the Array, however, the content needed to be processed and digitally stitched, making it a less-than-ideal capture medium for Sphere's 360-degree LED screen. The size, bulk and awkwardness of using the Array led to the realization that the team would have to build its own image capture system.

According to the *Review-Journal*, Big Sky can capture up to 120 frames-per-second in an 18K square format; at full-resolution, the recorder handles "60 fps uncompressed footage at 30 gigabytes-per-second, or 120 fps at 50 gigabytes-per-second," recorded to a "custom 32-terabyte media magazine," capable of handling 600 gigabits per second of network connectivity, as well as "built-in media duplication, to accelerate and simplify on-set and post-production workflows." Crews have reportedly used cabling up to 1-kilometer long and "because the camera can be controlled from either end, with proper planning, a camera could be suspended from the top of a crane or submerged

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 71**

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf

SHA-256 Hash of Source File: cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 7 of 8    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

underwater from a boat."

To get a better idea during production of how footage will look once it's in Sphere, "Sphere technicians also have devised headset goggles to preview" content. DaSilva says that creatives can see what they are shooting in real-time to "get a sense for how to frame, what things look like and visualize what you're shooting."

Going forward, one thing that both The Venetian president Lucas Watson and MSG's Hopkinson mentioned is how the Exosphere can generate revenue via



*MSG Sphere. Image MSG Sphere.*

brand/advertising content. According to Watson, the company is pitching prototype ads to national brands. One of the selling points to potential advertisers is that Las Vegas visitors — 40+ million each year — can share Exosphere content via social media platforms such as Instagram, TikTok and YouTube.

Regarding content for the interior, the U2 opening live concert was just the beginning. Watson reveals that MSG Entertainment has "a lengthy list" of performers, promising "between four and six residency headliners playing every year at Sphere," each playing 10 to 14 performances.

Story Reference:

Review Journal, Spheres Little Cousin

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 72**

**MSG Sphere Lights Up Las Vegas**
EXHIBIT LFL-2

msg-s-sphere-lights-up-las-vegas.pdf

SHA-256 Hash of Source File:  cab192b37e0f4a4ada787310299c60b69c5e3ed0df1a515c6424b1b84a72a628

Page: 8 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

Review Journal, MSG Spheres

Go Back

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 73**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf

SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423

Page: 1 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



# SPORTS' VOLUMETRIC DASH FOR THE HOLOGRAPHIC END ZONE

## By Beth Marchant

September 20, 2021

**Reading Time:**  8 Minutes

Sports broadcasters, leagues and rights holders have long

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 74**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf

SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423

increased fan immersion through ever-greater camera and display resolutions. The fidelity is striking, but flat 2D broadcasts never quite replicate the feeling of being in a stadium with thousands of other fans. Now, thanks to rapid advances driven by the recent adoption of real-time gaming engines and 3D volumetric video capture in sports broadcast, that's about to change. Game on, volcap.

Rich in life-like detail because it captures moving images of the real world in three dimensions, volumetric capture, or free viewpoint video, adds depth to virtual applications that 360-degree video never could. It is captured with legions of cameras, both on green-screen stages and out on the field, creating more realistic digital human avatars than earlier 2D and 3D graphics techniques. For sports, that means infinitely extended views of real athletes, shot by real cameras, doing what they do best during game play. It also means anyone or everyone at once can view these avatars from any angle. Today, these digital twins can be examined in freeze-frame on the field or transported from the broadcast studio to a stage, or to fans in the stadium and at home.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 75**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf
SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423
Page: 3 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]



Augmented and mixed reality applications on current display devices are giving fans a sense of the holographic future, but it's only a taste of what will be possible when volumetric video capture and light field-based rendering devices like the displays being developed by Light Field Lab combine to recreate the action in front of groups of fans — no headsets required. Being able to move autonomously in a truly holographic 3D space and choose our view will make us a part of the action, whether in a stadium or in our homes. We'll see sports that take place far from stadiums, like sailing or cycling, and we'll experience them from exhilarating perspectives, like a player's-eye view on the field or the court. None of it is possible without volumetric video capture.

"You know when you feel it in your gut, and you know this is going to be the future — that's how I feel about volcap," says Simon Thompson, head of enterprise partnerships at Verizon Media's Yahoo Ryot. Thompson isn't just passionate about volcap; he's also a long-time rugby fan who wants more access to his favorite games and players. He knows

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 76**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf
SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423
Page: 4 of 11       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

he's getting closer as volumetric enters the workflow. "Some of the barriers are starting to fall away, so you can start to see where, in a few years, it's going to be."

Volumetric video capture, especially in gaming, is already an explosive market, one that analysts expect to grow from the $578.3 million business it was in 2018 to a $2.78 billion industry by 2023. Most trace its earliest days to the set of 2007's *Beowulf*, where actors, dotted with motion-capture sensors inside an infrared cube, were virtually filmed from every angle in three-dimensional space. But the potential gold mine of volumetric video captured by multiple high-resolution cameras in a live sports environment is what drove Intel Sports, Sony, Canon, sports leagues and sports broadcasters to invest heavily in the technology. By 2019, a critical mass of tangible visions of what volumetric capture could mean to the sports viewing experience began to appear.



Sky Sports and its creative partners at London's Dimension

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf

SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423

Page: 5 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Studio presented the world's first volumetrically captured golfer during the Open Championship that July at Northern Ireland's legendary Royal Portrush Golf Club on the North Atlantic coast. That same year, Intel Sports teamed with English Premier League Champions Manchester City to introduce True View, its volumetric camera system, eventually teaming with the NFL to roll it out in the U.S. NTT Docomo, the Japanese Telco giant, created a volumetrically captured digital twin of the competing cyclists and the entire course of the 2019 Tour de France. Canon may have gotten there first when it introduced its Volumetric Free Viewpoint Video System in 2016 during Japan's premier soccer J1 League Cup Final. The company bowed an updated version of the system at the 2019 Rugby World Cup, hosted that year in Japan. Segments of those volumetrically captured rugby matches grabbed Thompson's attention and became the centerpiece of a buzz-worthy demo Verizon presented at this year's Cannes Lions.

To create the digital golf avatars shown during live broadcast coverage of The Open, Sky Sports teamed with the London-based content studio Dimension. The studio captured the golfers on location inside its mobile Polymotion Stage, then rendered and cleaned up the files. An expanded version of Dimension's stage, which began in 2019 as a compact green-screen dome outfitted with 120 calibrated Nikon cameras, is now housed inside a massive semi-trailer the studio takes on the road with its broadcast partners to film athletes from every angle, wherever they are.

Beyond the cool factor, this kind of site-specific volcap still

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 78**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf

SHA-256 Hash of Source File: dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423

Page: 6 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

tends to be very expensive. Some are trying to solve these production and cost challenges with software and make it easier for content creators to work with volumetric data inside tools they already use. That's what motivated software maker The Foundry to add volumetric compositing technology to an upcoming version of its industry-standard Nuke 3D compositing platform. To get there, the UK-based company launched an 18-month, government-funded research project, dubbed VoluMagic, that concluded last year.

Working with volumetric data in post-production is one thing. But live-streaming volumetrically captured data is another. Condense Reality, a startup based in Bristol, England, announced last year that its software technology, when paired with a robust game engine, lets broadcasters stream volcap-recorded live events to viewers instantly. Quintar, founded by former Intel Sports executives, has created a platform for AR app developers with almost no latency or delay, letting fans in the stands visualize statistics and game data through AR apps and giving fans at home a 3D tabletop version in near-sync with the live game.

But a broader shift in consumer behavior must come before volumetric goes mainstream. That's what Verizon and its content partners sought to illustrate with its fantasia on Canon's Free Viewpoint capture of the Rugby World Cup Semi-Final. In a keynote presentation this June at Cannes Lions, the advertising industry's premier awards event, Verizon CEO Guru Gowrappan showed an amazing set of volumetrically captured examples created with assets that included Formula 1 racing cars and the rugby match, composited in wildly unique ways by different studios. One

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 79**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf

SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423

Page: 7 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

transported the players to a forest, a city and onto a battlefield, the other turned the players into spectral particle effects. All of it streamed over 5G. (Start watching the "Mainstage session" video on Verizon Media's website at about 12:20 to see the presentation.)



"There's this interesting thing of changing user behavior from the passive way of taking in a game on a huge TV screen where you just sit back, eat your chips and watch your sport." says Thompson, who worked closely with Gowrappan on the presentation. "If we are trying to get people to pick the camera angles themselves, then that's the kind of change we want."

VR wearables and, eventually, light field-based holograms, he says, will drive that change. "Once they can walk around and see it all from every angle, of course more users will want their sport in 3D."

Defining a standard volumetric format is key to pushing

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 80**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf

SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423

Page: 8 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

content forward. Thompson works closely with Denny Breitenfeld, director of volumetric technology at Verizon and the president of the newly launched Volumetric Format Association (VFA). The group wants to demystify the volcap process through education and outreach but also map out a standard set of specs content creators across entertainment, live events and sports can use as the volumetric ecosystem evolves.

Thompson has also been working with VFA members Canon and Unity. Market-leading game-engine developers Epic and Unity are turning to sports for proof-of-concept projects. Unity is investing heavily in volcap and is poised to ramp up its involvement in live sports with the recent hire of former Liverpool Football Club CEO Peter Moore, an Electronic Arts, Microsoft Xbox and Sega alum. At Super Bowl LV, Epic's Unreal Engine sent a fiery particle effect logo and football avatar in augmented reality across the field during the CBS Sports broadcast.

For the Cannes example, Ryot gave each agency, including its own studio, two weeks to create projects that would show fellow creatives how easy volumetric data was to work with. The results were impressive given the short development window. "But, honestly, it's not super-easy at all," admits Thompson. "It was a massive amount of data that we had to play around with. Right now, the data comes through like a big soup, and the players aren't individually tagged up." Once players can be more easily isolated, he says, a creative team could work with players individually or group them as needed. And, as volumetric rendering quality improves, close-ups on the athletes will become more common — a development that will come with new

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf
SHA-256 Hash of Source File: dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423
Page: 9 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

rights issues.

Beyond rights, other barriers like bandwidth and data processing have several laps to go before we get to the finish line. "The tipping point for this will be broadcast quality, real time and people having devices that will let them really see in 3D," he adds. "Light-field devices would let them move around unencumbered, but I think that will come later. Once we've got that real-time content at broadcast quality, then the implications are so big. It'll no longer just be about the broadcast, which will benefit, but about all brands."

For Matthew O'Connor, Innovation Leader at NTT Distribution in London, new capture formats will always create new opportunities that inch closer to a truly holographic ideal. He says NTT Docomo's R&D Center has been experimenting with images that look similar to holograms for some time, showcasing proofs of concept as early as the mid-2000s. "One video they released in Japan showed where these concepts are all being pointed during live events," he said. "You have a stadium of people who are watching a gigantic sumo wrestler fight but they see them as two giant entities being projected in front of them. These guys are not any bigger than the average sumo wrestler and they are fighting somewhere else, but they're being projected as two superhuman, almost *Ghostbuster-type* characters, like the Stay-Puft Marshmallow Man. It's created this unique experience above and beyond an ordinary sumo fight, where the immersiveness is more important than the actual event. You're creating new formats and viewing experiences."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 82**

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf
SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423
Page: 10 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

O'Connor works with a team helping to bring ultra-reality viewing to Major League Baseball and to transmit 12K composite images of the ball game across giant screens to fans in other viewing locations. NTT's "Tokyo 2020 5G Project" deployed a similar example at the Olympic Games, bringing the typically remote sailing competition closer to spectators on shore. In both NTT projects, the action is captured by a fleet of 4K cameras and sent in real time over 5G. Images are then stitched into an ultra-wide 12K image by NTT's Kirari! using volumetric compression and rendering technology and then shown on a giant screen close to spectators. Referring to continued pandemic-based restrictions on live events, NTT calls it a "new way to watch sports events in the age of the new normal."

To predict where all this is headed, O'Connor cites the analysis of Matthew Ball, a venture capitalist and the former head of Global Strategy for Amazon Studios. A prolific and much-quoted essayist on the interconnected past and future of technology, Ball describes a pattern of innovation in sports coverage in television and other media. "Basically, he says that while a live sports experience may never change, new formats will continually emerge to enhance that experience," creating new billion-dollar businesses along with them, O'Connor says. "Take, for example, esports, or the fact that the Olympics is now full of sporting events that didn't exist 10 years ago. The concept of esports wouldn't exist without gaming engines or global concurrency. Holographic technology will do the same thing. It will create new formats, and they will be tested in sports and entertainment before they will be anywhere else, because those are the places that will always draw the

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/a35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 83

**Sports: Volumetric Dash for the End Zone**
EXHIBIT LFL-2

sports-volumetric-dash-for-the-holographic-end-zone.pdf
SHA-256 Hash of Source File:  dee3142e257f8b932480eb2f7adac7b6908470cd895c6c0ce14b98d2fdac7423
Page: 11 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

biggest audiences."

Go Back

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 84**

technology-capturing-light-fields.pdf
SHA-256 Hash of Source File:  a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37



LIGHT FIELD LAB.

Home    The Tech    Press    Contact    Jobs    HoloWire



# CAPTURING LIGHT FIELDS

## By Ryan Damm

January 28, 2020

**Reading Time:**  5 Minutes

Okay, let's imagine it's the future and you've got your fancy light field display. What are you going to watch? Right now, some of the best content available is built using computer-generated techniques, but if you want to see live action or just something that's not a video game, you need

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf

SHA-256 Hash of Source File:  a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37

Page: 2 of 8          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

something different. Since there are currently no native light field camera systems, there are computer-vision enabled technologies that help to facilitate light field captures. Usually, those systems start with big arrays of cameras or sensors, and the techniques diverge from there.

But first, we need to understand the process of creating content for a light field display. What makes light field displays especially cool is also what makes them especially challenging: you're creating an image so dense it's virtually indistinguishable from the real world. That's a lot of discrete light rays you have to recreate: every possible object point from every possible angle, given certain viewing conditions. It's not "infinite" because it can be quantized or constrained, but for high fidelity light field displays you're going to need tens of billions of rays of light. That's a lot of rays!



*76 Camera Array with Side Panels*

Now, you practically can't capture that many pixels. Even if you wanted to assemble a ten-gigapixel camera array — maybe a couple thousand high-end cameras — you simply couldn't pack them tightly enough together to get every

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf
SHA-256 Hash of Source File: a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37
Page: 3 of 8 [ source file ] [ .ots timestamp of source file ] [ metadata ]

single light ray you care about. There would be gaps between cameras, because a lot of the lens isn't actually collecting light; it's blocking out non-image-forming light. Even packing cameras side-to-side throws away more than 99% of the light you care about. How you recover those 99 rays out of 100 — or more likely, the 999,999,999 rays out of a billion — determines the strengths and weaknesses of the approach.

For my money, you first face a philosophical choice: are you trying to capture and recreate the light rays from reality (e.g. lots of cameras), or are you trying to synthesize realistic looking light rays (e.g. ray tracing)? Both choices are valid, and both lead to wildly different technical options. If you're willing to simulate reality, you can take a lot of shortcuts: the images coming off your cameras are raw material for a sophisticated simulation of reality, and you can employ tools from the animation industry to simulate everything from hair to subsurface light scattering in skin. To be fair, this is more or less what high-end, visual effects-heavy movies already do today: the output of the camera is material for digital artists and cutting-edge software to create the images the storytellers want. Let's call these synthetic light fields for now.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 87

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf

SHA-256 Hash of Source File:  a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37

Page: 4 of 8    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



*Light Field capture of Julia*

The second option is to try to recreate each light ray as faithfully as possible, even the ones you didn't manage to sample directly. Light field capture then becomes a signal-processing problem: what do we know about light fields as a signal, and how can we recreate the signal itself as photographically as possible? This means that the light field has the lighting conditions baked into the recreated rays just like other photographic capture. [Full disclosure: this is how Visby approaches the problem; while both approaches are valid, I'm very biased toward the "capture-and-playback" approach instead of "simulate reality."] In contrast to the first synthetic option, let's call these interpolated light fields for now.

The leading candidate on the synthetic side of the fence is often referred to as "volumetric video." In this approach, you use a huge array of cameras (typically 50 to 100+) to capture desired surfaces of a performer and use a variety of computer vision techniques to understand the "shape" of

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 88**

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf
SHA-256 Hash of Source File: a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37

the scene. The resulting shape is encoded as either polygons or point clouds and mapped with color (an RGB texture), which can then be played back and manipulated in a 3D engine. In this case, the native light field is lost as the light field is mapped into a single texture, and every 2D-sampled light ray is simulated from that resulting shape + color construct. In other words, any light ray you want to play back is cast against the shape, and whatever 2D color value is there is the color and intensity of your light ray. At the low end, this can employ fewer cameras, and may appear less accurate—but high-end operators can produce very realistic imagery.

This approach can be further augmented with dynamic lighting, more complex materials, or a variety of more sophisticated approaches that can improve the fidelity. In the extreme case, you capture not just a series of images, but you attempt to separate the reflectance of the object (reflections, refractions, specular highlights from the diffuse lighting, etc.). This allows you to infer certain material properties and better simulate images, because you understand how the light rays move across the surfaces of the object. This is the approach taken by the researchers behind the various light stages from ICT at USC and OTOY. Note that this is the pinnacle of the "simulate reality" approach, as it gives you high quality raw material for the imaging engine to use to synthesize light rays.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 89

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf
SHA-256 Hash of Source File:  a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37

Page: 6 of 8      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



*100 Camera Array for Light Field Capture*

This methodology contrasts with photographic light field capture, which uses a similar or potentially greater number of cameras but takes a different path in processing. For native light field capture, the goal is to capture enough light rays that you can interpolate the missing rays effectively. This approach was demonstrated by Lytro as well as other companies that built VR camera systems dense enough that the interpolation was relatively constrained: when you've got cameras a few centimeters apart you have a pretty strong idea of what those in-between rays probably looked like. (That's not to say it's an easy problem! Just not impossible.) This is also the approach taken by Visby today, though our camera arrays are much more widely spaced than the arrays used by Lytro and some others. After capture, a light field system typically retains most or all of the light ray samples as part

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 90**

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf
SHA-256 Hash of Source File: a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37

of the data set and conveys those light rays down to the client device. Rather than using an integrated shape + color to infer light rays, a light field codec uses the original light rays (or some data proxy for them) to build up each novel view. In theory, this means higher data rates, but in the service of more photographically sampled images.

In practice, the two approaches have a lot in common, and are often not clearly differentiated. Much of the research in the domain blends techniques from both sides, and the work to compress and deliver these images borrows from many of the same technologies. In the future, we're going to need both: we'll have VFX-heavy Hollywood-style productions, and we'll have more natively photographed light fields for recording and playback. There is still a lot of research and development required on both sides of the process, but with recent innovations, including Light Field Lab's work on holographic displays, there are a lot of exciting things heading your way in the future. So stay tuned!

Go Back

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 91

**Technology: Capturing Light Fields**
EXHIBIT LFL-2

technology-capturing-light-fields.pdf
SHA-256 Hash of Source File:  a9cfac7ade74b79bbc6dca7efa346d919d5f8c2e2470b540db0662267144da37
Page: 8 of 8        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf
SHA-256 Hash of Source File: f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



# HAPTICS: TOUCHING THE HUMAN CONNECTION

## By Debra Kaufman

August 12, 2019

**Reading Time:** 4 Minutes

Haptics — defined as the use of tactile sensations as a
method of interacting with computers and electronic

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf
SHA-256 Hash of Source File:  f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a

Page: 2 of 7      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

devices — has been part of our lives since pagers buzzed in our pockets, cell phones vibrated and Nintendo's Rumble Pak immersed our gameplay. In today's world, haptics has become infinitely more sophisticated, having evolved from force-feedback technology to electrosonic and ultrasonic audio waves and concepts of brain-computer interaction. Today's haptics are being built into industries as diverse as fitness, medical wearables, entertainment, cars and shopping.



*PHANToM Stylus - Photo source: ResearchGate.*

To understand how haptics has developed, you'd have to go back to 1998, when MIT's Artificial Intelligence Lab debuted the PHANToM stylus, a force-feedback device that conveyed the shape, texture, temperature, weight and rigidity of a virtual object. "You could deform a box's shape by poking it with your finger, and actually feel the side of the box give way," MIT enthused when it announced the technology. "Or you could throw a virtual ball against a virtual wall and feel the impact when you catch the rebound." The PHANToM, first described in a 1994 paper, was developed by MIT undergraduate Thomas Massie and Dr. J. Kenneth Salisbury, a principal research scientist in MIT's Department of Mechanical Engineering and the head of haptics research. The inspiration for the device came out of collaboration between Salisbury and Dr. Mandayam

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 94**

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf
SHA-256 Hash of Source File:  f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a
Page: 3 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Srinivasan of the Research Lab for Electronics.

This PHANToM was the first important landmark research in haptics, says USC Viterbi School of Engineering WiSE Gabilan professor Heather Culbertson, who also directs the Haptics Robotics and Virtual Interaction Laboratory. "Their's was a seminal paper about providing kinesthetic information to a person with force feedback," she says. PHANToM offered six degrees of freedom and three electrical actuators. Culbertson notes that force feedback got better as researchers added more degrees of freedom, used better motors and expanded the workspace.



*Dr. Heather Culbertson (middle maroon shirt) and team at the haptics lab at USC's Viterbi School of Engineering.*

In 1995, another MIT research paper added textures to the mix; in this case, the team used a force-feedback display to convey the texture of sandpaper. Brigham Young University Associate Professor of Electrical and Computer Engineering Daniel Smalley notes that "it was a significant step to move to tactile interfaces." It was also an encouraging development for Light Field Lab CTO Brendan Bevensee, whose company is working on projecting holograms. "The interesting thing about haptics is that they can be used in

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 95

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf
SHA-256 Hash of Source File:  f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a
Page: 4 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

an array to create a volumetric tactile surface," he says. "We could add another sensory dimension by including a tactile interface, so you could reach out and have the sensation of touching the hologram."

Haptics can be divided into three areas: force-feedback, wearable/surface and mid-air. Force-feedback devices, which rely on real-world mechanics and physics, were the first haptic devices to be developed. Culbertson specializes in textures for wearable/surface haptics, which can allow the user to feel virtual textures via the surface of a tablet computer or a wearable glove. Whereas physics-based models are simulations, she explains, her team relies on computational data. "With data, you record the vibration signals directly, and you don't have to create a model to generate those signals," she says. "You're actually recording data of how wood or carpet feels." The data behaves "a lot like audio data," but much lower than typical audio waves. Machine learning, neural networks and other types of data modeling are used to create these kinds of haptics textures. This work is still being tested rigorously and is not yet embedded into actual products. The chief challenge here is the lack of small enough actuators for wearables. "There's a lot of research in miniaturizing actuators but not many are commercially available," she says.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 96

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf
SHA-256 Hash of Source File:  f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a

Page: 5 of 7        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



*Daniel Smalley, Associate Professor,*
*Brigham Young University.*

Surface haptics can be achieved via electrostatic or ultrasonic technology. Apple just filed a patent application for electrostatic haptic output through a conducive coating on a device, which will be able to target the feedback more narrowly, to a fingertip rather than the hand. Ultrasonics, which applies sound waves with a frequency higher than the upper limit of human audibility, can also be used for mid-air haptics, which refers to touch at a distance, without actuators. "Depending on how the air is modulated, this can give you the feeling of pinpricks or raindrops or a gauzy feeling," says Smalley. "It's a range of sensations, and not just on your fingers but other places on your body. It's relative low profile and versatile." Smalley says that ultrasonic haptics, which has arisen in the haptics field in the last five years, has been demonstrated to augment 3D and 2D displays. "You can project an image on a scrim and then, through that, an acoustic wave, so the user can, in a way, feel the objects on the scrim," he says. "3D objects can

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 97**

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf
SHA-256 Hash of Source File:  f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a

Page: 6 of 7          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

---

be more compelling with a kinesthetic cue."

The challenge to reaching that Holy Grail — virtual objects in mid-air that users can touch, feeling textures — needs more and smaller transducers, says Smalley. "That way, we could more finely address air in the space and more tightly focus energy," he says. "As we move towards the ultimate holographic display, we can improve on the strategies we're already taking."

Bevensee points out that some of the earliest use cases for sophisticated haptics are in automotive sensing, for such tasks as parking assistance. Culbertson is examining how textures can be used for virtual shopping, and she reports the automotive industry is also experimenting with mid-air haptics to create virtual knobs. Such haptics can also be used in gaming, where force feedback had its early start, as well as other entertainment, training, medicine and design, among many other fields.

As the technology to produce viable holographic panels continues at Light Field Lab, the techniques to add convincing mid-air haptics is also maturing. The imagery of the not-so-distant future will be virtual, ultra-realistic and sensory.

Go Back

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 98

**Technology: Haptics**
EXHIBIT LFL-2

technology-haptics.pdf

SHA-256 Hash of Source File: f45051023d7bee8b0e7a5c279f895b32b9e95a84aa7b6594598b4216a2af720a

Page: 7 of 7     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

| **The Tech** | **Location** | **Phone** | **Email** |
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

the-evolution-of-immersive-entertainment.pdf

SHA-256 Hash of Source File:  05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Home     The Tech     Press     Contact     Jobs     HoloWire



*Image courtesy Light Field Lab, Inc.*

# THE EVOLUTION OF IMMERSIVE ENTERTAINMENT

## By Debra Kaufman

December 18, 2023

**Reading Time:** 6 Minutes

Immersive media is a broad term applied to any experience that intensifies the experience of presence and participation, using a range of analog and digital

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf
SHA-256 Hash of Source File:  05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba
Page: 2 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

technologies to create an "extended reality." Entertainment, branding, commercials, experimental films, training and education, defense and other industry sectors are increasingly using immersive media technologies and techniques.

In this article, we'll look at the larger context of immersive entertainment and some of today's most significant trends.

### Dark Rides and IRL Immersive Experiences

At Kent State University in Ohio, professor and digital artist Joel Zika specializes in experience design, immersive media in public spaces, themed entertainment and virtual production. He's also knowledgeable about the history of immersive experiences. Zika notes that each of today's immersive experiences "can be plotted back in history, to something done in an analog form." "People really desire experiences — something novel and marvelous in a small amount of time," he says. "This is as true as it was during the Industrial Revolution."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf
SHA-256 Hash of Source File:  05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba

Page: 3 of 11       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



*The Ghost Train in Luna Park, Melbourne 1938. Image courtesy Luna Park.*

Noting the relevance of the 17th century's Magic Lanterns, Zika turns his focus to the so-called dark rides of amusement parks that opened in the late 1800s. At places from Coney Island to Blackpool, England, entrepreneurs used trolley lines to bring city folks out to massive amusement parks where they could enjoy immersive "dark rides," such as the Tunnel of Love or the 1901 Pan American Exposition's Trip to the Moon. In time, these dark rides became increasingly sophisticated, using disorienting turns and twists to control the rider's point of view, forced perspective and an array of special effects to engage and spook the participant.

The apotheosis was the dark rides created by the Pretzel Ride company, established in 1928 in New Jersey. Among their rides (a few of which are still active) were Ghost Train

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf

SHA-256 Hash of Source File:  05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba

Page: 4 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

(1934, Australia), Spook-a-Rama (1955, Coney Island), and Devil's Den (1968, Conneaut Lake Park, Pennsylvania). Zika explains the additions to dark rides as they evolved.


*Joel Zika. Image courtesy Greg Zika.*

"It can have moving images or a trompe l'oeil wall or day glo paint, haptics such as an undulating track rattling the car, hanging string to brush against the face, giving the feel of a spider's web," he says. "Dark rides use a can of bolts to create sonic surprises as well as wind and rain machines, horns and whistles." The dark ride, he says, is a communal public experience, at the same time it's dark and private. "It's not just about being scared but to be frightened in front of other people and experiencing the emotions as cathartic," says Zika.

Dark rides, directly or indirectly, inspired cinema experiences like Smell-o-Vision and film directors such as William Castle ("Macabre," "House on Haunted Hill," "Tingler") as well as today's "in real life" immersive experiences. In 1981, for example, the play "Tamara" debuted, in which audiences took an active role, making decisions as to which actors they would follow — sometimes becoming participants in the action. "Tamara" played for nine years in Los Angeles, starting in 1984. In 1990, I participated in an interactive retelling of "The Brothers Karamazov," in New York, following actors as they winded in and out of the streets and empty buildings of the city's meat-packing district.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf

SHA-256 Hash of Source File:  05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba

Page: 5 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Today's Meow Wolf, an artist and entertainment company that got started in Santa Fe, New Mexico in 2008, is the most salient example of interactive, immersive entertainment in real-life environments. (See Holowire article - "Meow Wolf Builds Artful Experiences.") "Meow Wolf is a location-based entertainment," explains Phil Lelyveld, Entertainment Technology Center's media initiative program lead. In its locations, which now include Denver, Las Vegas and Grapevine, Texas, local artists collaborate to build these "unique immersive" entertainments. "It's about the experience, not about the technology," Lelyveld says.



*Meow Wolf's Kaleidoscope ride in Denver. Photo by Kate Russell. Image courtesy Meow Wolf.*

To that end, Meow Wolf judicially integrates technology including augmented reality, virtual reality, and other video, photography, and sound. Among its creations was a dark ride — the 2019 "Kaleidoscope — which debuted in its Denver location. "What's interesting about Meow Wolf is

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 104

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf
SHA-256 Hash of Source File: 05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba
Page: 6 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

that they have great flexibility," says Lelyveld. "It's a very personalized experience as opposed to dark rides, where everyone has the same experience, and it's very immersive without using a lot of technology."

In London, Layered Reality offers another interesting combination of real physical theater with virtual reality and other digital technologies in "Jeff Wayne's The War of the Worlds: The Immersive Experience," which tells the story of a Martian invasion in 1898. Actors lead participants into a physical set that also features movie-scale sets and special effects, combined with virtual reality, projection mapping and "volumetric holograms." Audiences are also immersed in physical sensations including temperature, smell, touch and taste.

### Location-Based Entertainment/Virtual Reality

The idea behind location-based virtual reality experiences, in an arcade or amusement park, is that it would allow curious people to try out VR without purchasing expensive gear. But a combination of unsuccessful financial models and COVID doomed some of the pioneers. The Void and IMAX were two companies that entered the space early. The Void opened its first LBE VR attraction in Utah in 2015. Its founders Ken Bretschneider, James Jensen and Curtis Hickman had an ambitious plan to open multiple locations that would allow patrons to explore VR environments with positional tracking, haptics and multi-sensory feedback. It opened a Ghostbusters-themed attraction at Madame Tussaud's in New York, and then partnered with the Disney Accelerator program to develop location-based VR

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 105**

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf
SHA-256 Hash of Source File:  05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba
Page: 7 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

attractions based on Disney franchises. By 2018, the company had locations in a dozen U.S. cities as well as London, Dubai and Toronto. In 2019, it announced 25 new locations. But, behind the scenes, the company was losing money; all its locations shut down in 2020.

Likewise, large screen company IMAX opened its first IMAX VR location in early 2017, which consisted of individual pods set up with a D-BOX cinema chair and a haptic vest with vibrating sensors. But the financial model didn't work out and, by the end of 2018, IMAX decided to close the unit, and shut down its last few locations in Q1 2019.



*HOLOGATE Advertisement. Image courtesy Gregg Katano.*

Location-based VR entertainment persists, however. Cosmo Collab chief executive and founder Gregg Katano describes his path to Munich-based VR company Hologate, which currently has between 450 and 500 installations across 44 countries and just passed the 20 million player milestone. Before he brought the Hologate demo to the location-based entertainment community via the global trade organization IAAPA (International Association of

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 106**

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf
SHA-256 Hash of Source File: 05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba
Page: 8 of 11    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

Amusement Parks and Attractions), Katano and his partner Christopher Crescitelli were known for bringing Oculus headsets and computers to events like NAB, CES, SXSW, Sundance Film Festival and Coachella to introduce people to VR via the creations of pioneering VR/AR developers.



*U2 perform during opening night of U2:UV Achtung Baby Live at Sphere in Las Vegas. Image from Kevin Mazure, Getty Images. Screen visuals by Marco Brambilla.*



When Katano discovered Hologate at Dreamland XR's event during CES 2016, he said it "was the best VR I had experienced." At its first showing at the IAAPA trade show, he and the Hologate team sold 73 systems in just four days. Its Arena VR system includes haptic vests with 40 haptic nodes and four tethered headsets for users to play and explore, and its Hologate X is a free roam system featuring "high-fidelity streaming VR, full-body tracking, and 4D effects including wind, heat and scents" as well as "eye-catching

*Gregg Katano. Image courtesy Greg Katano.*

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 107**

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf
SHA-256 Hash of Source File: 05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba
Page: 9 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

lighting effects" and THX 5.1 surround sound. Its Blitz system is a motion simulator platform for "flying, racing and underwater experiences."

According to Gibby's Guide in the publication *Road to VR*, "location-based VR has bounced back since the pandemic." He surveyed several LBE VR companies, most of which have limited extra immersive factors. Sandbox VR, which now has over 40 locations in the U.S., Europe and Asia, adds haptic vests and physical objects (weapons) into its immersive mix. Czech-based DIVR, which lists three locations on its site (London, Prague and Stockholm), also provides a haptic suit, with fans and heaters providing wind and heat at appropriate moments. London-based VR arcade DNA VR has four U.K. locations, and Meetspace VR, which also has several locations in the U.K., provides a heavy plastic weapon but no haptic suit or environmental cues.

### Domes

The biggest immersive media news of the year was the debut of the Las Vegas-based Sphere, which is touted as "the world's largest dome." (For more details, read the September, 2023 HoloWire article, "MSG's Sphere Lights up Las Vegas"). Madison Square Gardens spent $2.3 billion to create and integrate the latest technology for this structure that features 16K resolution, wrap-around interior LED screens, and speakers with beamforming and wave field synthesis audio technologies. In addition, 10,000 seats also offer haptics, cold, heat, wind and scents.

But Sphere is not the only immersive dome in town. Ed Lantz is chief executive of Vortex Immersion Media, which

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 108**

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf

SHA-256 Hash of Source File: 05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba

Page: 10 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

creates immersive media experiences including large-scale immersive 360-degree theaters and mobile projection domes. "We specialize in creating live interactive programming including immersive media experiences for Fortune 500 companies and top talent," says Lantz. His enthusiasm for dome content started in 1990 when he left aerospace engineering to work at the Astronaut Memorial Planetarium in Cocoa, Florida. "I was impressed with the power of the dome because it fills your peripheral vision," he says.

After eight years of designing dome theaters around the world for a planetarium manufacturer (now COSM), he founded Vortex in 2007, building immersive entertainment centers, including domes with dance floors and tilted dome cinema theaters. Vortex produced numerous pop-up dome experiences including Super Bowl activations, EDM parties, a Childish Gambino concert as well as events at ComiCon and SXSW, he says. Vortex is now raising capital to build permanent immersive entertainment centers. "Sphere has brought a lot more attention to this space," he adds.

Content for domes face challenges, as creators debate the merits of storytelling versus experiences. Lantz points out that, "the cinematic language used for film relies heavily on the frame…[whereas] the language for storytelling with domes is the wild, wild West." Experiential content, however, is a promising direction. "The best place to see future possibilities for immersive experiences is at the dome film festivals," he says, adding that the next one is Dome Fest West, to be held in Boulder, Colorado. "These are largely indie filmmakers with fairly low-budget films, but you will see a lot of interesting experimentation. The

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 109

**The Evolution of Immersive Entertainment**
EXHIBIT LFL-2

the-evolution-of-immersive-entertainment.pdf

SHA-256 Hash of Source File: 05613b8495b62ec2e5aab6b4f440cab24787c9ca5a7d7da2eefaf77dcab813ba

Page: 11 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

language [for dome content] is being developed in those circles."

**Go Back**

| The Tech | Location | Phone | Email |
|---|---|---|---|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 110**

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf

SHA-256 Hash of Source File: 569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a

Page: 1 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



Home    The Tech    Press    Contact    Jobs    HoloWire



# THE PROMISE OF LIGHT FIELD CINEMATOGRAPHY

## By Bryant Frazer

September 15, 2021

**Reading Time:** 6 Minutes

In 2016, cinematographer David Stump, ASC did his best to change the way movies are made.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File:  569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 2 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

That was the year he shot a short film using a prototype from Lytro Cinema, then the leading developer of light field capture technology. Lytro's movie camera was like no other. A light field camera captures more than just a picture of a scene from a single fixed perspective. It doesn't just record the intensity of light hitting the sensor; it captures information about the direction light is traveling.

In fact, it captures enough information about the way light is being reflected off objects in the scene to allow the actual 3D space in front of the camera to be partially reconstructed. The camera can't see through walls or all the way around objects in the frame. But it captures enough information to completely change the nature of production and post.

## A Boon for VFX

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf

SHA-256 Hash of Source File:  569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a

Page: 3 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



*David Stump, ASC.*

For example, it allows image characteristics like plane of focus and depth of field, which are normally baked into the image based on the optical characteristics of the camera and lens, to be manipulated after the fact. And it can dramatically ease the burden on VFX teams by eliminating the tedious roto work or imprecise green-screen keying that usually goes into isolating people or objects in a scene.

"I had read innumerable white papers, theses and historical

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File: 569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 4 of 11    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]

documents about light field capture, and I had one of Lytro's consumer cameras, so it wasn't foreign to me," Stump says. He knew that, in addition to capturing a photographic image, the camera would track the position of each visible pixel in space. "Inside the 3D space, I could do VFX work effortlessly."

At the time, Stump was chief imaging scientist at The Virtual Reality Company (VRC), whose founders included Chris Edwards, CEO of previs studio The Third Floor, and Robert Stromberg, a director, VFX artist and Oscar-winning production designer. "I was brainstorming stuff with them," Stump says. "I was, and still am, the chairman of the ASC's camera committee, and I have that reputation: 'Let him try it out. If he can make it work, then we'll stick our toes into the water.'"

As it happens, Stump, who was at the time VFX supervisor on the Starz series, *American Gods*, already had a scene in mind that he and VFX designer Kevin Tod Haug knew could be transformed by light field techniques. "What I was really thinking was, 'I'm going to use this on the second season of *American Gods* next year,'" he recalls. "There was a big scene that was to be set on a spinning carousel, and I wanted to use it for that. So I was kind of selfishly motivated."

## Bigger Than a Breadbox

The short-film project was a five-minute drama titled "Life," developed and directed by Stromberg with cinematography by Stump. He described it at the time as a "visual poem" that followed a boy and girl through their

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ad-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File: 569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 5 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

lives from youth to old age. Since the Lytro Cinema camera was being positioned as more of a VFX tool than a general-purpose cinema camera, Stump shot about half of the shots with the ARRI Alexa SXT to show that they could be intercut seamlessly with footage from the Lytro.



*Lytro Cinema's first generation movie camera. Source: Lytro Cinema*

The first thing to reckon with about the camera was its sheer size. The camera's length extended from around six feet to as much as 11 feet, depending on the type of shot being captured. The camera is large mainly because of the unusual nature of its capture mechanism — it held a micro-lens array with millions of tiny lenses that redirected light to the camera's image sensor, which captured an astonishing 755 megapixels with 16 stops of dynamic range at up to 300fps.

Fortunately, the camera was tethered to its required storage array via a 100-meter fiber cable, so moving it around wasn't an issue beyond than the sheer bulk of the thing.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 115**

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File:  569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 6 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

---

"Believe it or not, I muscled it around and panned and tilted it using a gargantuan old Raby wheel head," Stump says.

## No Lens, No Aperture

One of the most transformative aspects of working with a light field camera is its lack of a traditional lens aperture. "It doesn't have an entrance pupil per se," Stump explains. "Depending on how many sensors and photosites you have, it can have thousands of entrance pupils all over the front of the lens."

That means Stump wasn't limited by the same laws of physics that bedevil lens manufacturers. Instead of hunting down an incredibly esoteric and expensive large-aperture lens for a desired depth-of-field effect, he could specify a *synthetic* aperture.

Look at it this way. For cinematography, any lens with a f-stop lower than f/1.4 is generally considered an exceptionally "fast" lens, transmitting large amounts of light and capturing images with very shallow depth of field. The fastest lenses ever made have f-stops in the range of f/0.95 or, in rare cases, f/0.8.

---

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 116

**The Promise of Light-Field Cinematography**

EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf

SHA-256 Hash of Source File: 569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a

Page: 7 of 11    [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



*Lytro's camera allowed depth of field to be dialed in after the shoot. Source: Lytro Cinema*

For one shot in "Life," Stump specified a synthetic f-stop of f/0.5, which is beyond the manufacturing capabilities of traditional optical lens-makers. The image shows a boy holding a baseball; the boy's hands are in sharp focus, but his arms and body immediately recede into soft focus behind the ball.

"It was crazy — an impossible shot otherwise," Stump remembers with a chuckle.

## It Looks the Same ... Until It Doesn't

Asked whether the footage from the Lytro camera, with its apparent optical properties dialed in in post-production rather than baked-in on capture, really looked just the same as footage captured with the Alexa, Stump said it did, at least until you pushed into clearly uncanny territory. "When you're working at a theoretical stop, it's obvious that something looks different," he says.

Another scene that demonstrated the power and flexibility

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 117

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File:  569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 8 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

of light field acquisition was a wedding taking place under an arbor with a couple standing at the altar in front of a preacher and the camera looking over the backs of people in the foreground of the image. The entire background of the scene needed to be replaced, but the crew didn't make any special allowances on set. In fact, they deliberately allowed a grip to walk through the background of the scene carrying a ladder, just to prove how easy it would be for a production to remove any unwanted elements from a shot.

"We shot the whole scene on stage without even trying to put up a blue screen or green screen," Stump says. "We used depth maps from the light field capture to discriminate between all of the objects in the scene. We removed the stage wall and the grip with the ladder walking through behind them, just from depth information."

As a flourish, the team made one more significant alteration to the shot that they knew nobody would ever catch if it weren't described to them. "We subtracted the Mylar confetti everyone threw into the scene and then replaced it with different Mylar confetti" from a different take, Stump says. The results are seamless.

All of these modifications were made in industry-standard compositing software — in this case, Foundry's Nuke 3D compositor — with special plug-ins to accommodate the light field data.

## World Premiere

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 118

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File: 569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 9 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



*The Lytro Cinema camera debuted to a standing-room-only crowd at NAB 2016.*

"Life" premiered to a packed house at NAB 2016, with more than 600 attendees packed into a meeting room that wasn't meant to hold nearly that many people. (Stump remembers the presenters being scolded by NAB Show representatives because so many people had crowded into the room that it constituted a near-fire hazard.) Stump and Stromberg described their work on the film, Lytro representatives answered questions about the camera, and the overflow crowd spilled out into the hallways afterward to compare notes on the mind-expanding demo they had just seen.

But, even though the potential for light field capture remains tantalizing, the Lytro Cinema camera couldn't quite make it reality.

An infamous upheaval behind the scenes of *American Gods* led to a changing of the guard, and Stump didn't get to stay with the series long enough to shoot his magical carousel. Lytro Cinema didn't stick around long, either — though the camera was intended to be production ready in the third

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 119

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File: 569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 10 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

quarter of 2016, the leadership team announced plans to shut down the company a year and a half later, in March 2018. (Today, key technologists from Lytro Cinema are driving the development of light field display technology at Light Field Lab.)

## What Could Have Been

But Stump still thinks about what he could have done if he were able to apply the technology on a real-world production. He was planning to use the camera's depth information to find and isolate characters on *American Gods'* spinning carousel and perform moving morphs, digitally altering them as they traveled.

"If I had gotten to use Lytro Cinema Camera for the carousel shots, I would have been able to do 3D visual effects directly on the light field images," Stump says. "Kevin Tod Haug and I had an elaborate plan for how we were going to do that scene that got blown up when that Hollywood thing, 'creative differences,' happened."

Stump still feels that light field technology, or something very similar in its ability to easily and reliably capture detailed depth information about a movie scene, will change Hollywood, but he's reluctant to predict when or how it might happen. "I don't want to put myself in the business of being a futurist," he says. "There are other techniques that can get you partway there. But the part they can get you is such a small percentage of what we could get from the Lytro. It's unsatisfying.

"When we finally get it, and get it for a practical size and expense, it's going to be like, 'How did we ever do without

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 120**

**The Promise of Light-Field Cinematography**
EXHIBIT LFL-2

the-promise-of-light-field-cinematography.pdf
SHA-256 Hash of Source File:  569cd5cc34868752605086c7698dd0be830d25350b32c438d26e11214f6d010a
Page: 11 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

this?'"

Go Back

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 121**

what-is-a-light-field.pdf

SHA-256 Hash of Source File:  31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf

Page: 1 of 9        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



Home        The Tech        Press        Contact        Jobs        HoloWire



# WHAT IS A LIGHT FIELD?

## By Pete Ludé

August 16, 2022

**Reading Time:**  6 Minutes

With a business name like *Light Field Lab,* the company is
frequently asked: "Just what is a light field, anyway?"
Responding to this simple question is a conundrum since
the answer is simultaneously an intuitive concept — well-

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 122**

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf
SHA-256 Hash of Source File: 31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf
Page: 2 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

understood for at least 500 years — while at the same time a complex optical phenomenon that can only be explained with unfamiliar terms like "plenoptic function" and "integral imaging." To better understand this paradox, let's start with a look at the miraculous capability of human vision.

### How Humans See the World

Everything we see around us is the result of light originating from a source of illumination, such as the sun, bouncing off various objects. On the surface of each object, some photons are absorbed while others are reflected, often in many different directions, sometimes bouncing off another surface, repeating this process until it finally reaches our eyes. Shiny surfaces will reflect most of the light falling on them, while dark matte surfaces might absorb most of the light. Some portion of this rich and complex combination of light rays will finally arrive at our eyeballs from all directions, having reflected off multiple surfaces. The resulting "image" is captured by our retina and processed in the brain as part of the complex human visual system.

We perceive different colors because light is traveling at different wavelengths, which are simply the distance between crests or troughs of a light wave. While waves of water in an ocean might be 100 feet apart, waves of electromagnetic energy in visible light range from about 400 nanometers (for violet) to 700 nanometers (for red).  A nanometer is one-billionth of a meter, so roughly 100 wavelengths of visible light fit within the width of a human hair. When we view an object, the perceived color is the result of the spectrum of the *original light source*, as modified by the reflective properties of the object itself.

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 123

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf
SHA-256 Hash of Source File: 31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf
Page: 3 of 9     [ source file ]    [ .ots timestamp of source file ]    [ metadata ]



*Image courtesy Light Field Lab, Inc.*

For example, an apple under noontime sunlight appears red because blue and green wavelengths are absorbed in the surface, while red wavelengths between roughly 550 and 600 nanometers bounce off the apple's surface to reach our eye.

Collectively, your visual system perceives that you are looking at some portion of the world around you — perhaps just an apple, but maybe a forest meadow, a busy downtown street or a book. But what you're actually observing is a *light field*, consisting of an unfathomable number of light rays reflecting off all the objects around you. What if there was some way to capture these rays of light, without the objects even being there?

**A Magic Window**



*Image courtesy "The Magic Window."*

Science fiction authors have teased our imagination with the idea of a machine that could reproduce the environment around us in a manner indistinguishable from reality. The most recognized example is, of course, the famous Holodeck from "Star

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 124**

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf
SHA-256 Hash of Source File:  31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf

Page: 4 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Trek," a fictional device which at first appears to be a normal room but, when enabled, creates a realistic 3D simulation of a real or imaginary setting. But let's look at something even easier to understand: Imagine sitting in a room and viewing an expansive landscape outside a large picture window. Now imagine that this is a "magic" window with the ability to capture each light ray passing through the glass, while memorizing the exact parameters of each photon as it transmits through the window. Finally, imagine our magic window can reproduce these photons later, and thereby reconstruct the beautiful landscape in perfect fidelity. Since the entire light field was captured, you would be able to walk around the image and see alternate viewpoints, just like in real life, and shift your focus from nearby objects to the horizon. This is the concept of how light field imaging will soon be used to capture and reproduce reality — without need of headgear or glasses.

**A Brief History**

Today, the term "light field" is often thought of as a recent discovery, but this is not at all the case. As in our examples above, the concept of how we see the world has been intuitively understood for much of the history of humanity. Back in the 16th century, Leonardo da Vinci described this concept of a light field in his manuscript on painting: "*The air is full of an infinite number of radiant pyramids caused by the objects located in it. These pyramids intersect and interweave without interfering with each other....The semblance of a body is carried by them as a whole into all parts of the air, and each smallest part receives into itself the image that has been caused.*"  Today, we tend to think of radiance in terms of light rays rather than pyramids, but the

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 125**

what-is-a-light-field.pdf
SHA-256 Hash of Source File: 31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf

Page: 5 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

concept remains the same.



*Leonardo da Vinci 16th century radiant pyramid light drawings. Image courtesy Creative Commons.*



*Gabriel Lippmann. Image courtesy Creative Commons.*

By 1908, research had progressed from representing light fields in oil and watercolor painting to sophisticated photographic techniques. The innovation of capturing light field images in 3D photographs was initially demonstrated by Gabriel Lippmann, a pioneering inventor and physicist. In a

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf
SHA-256 Hash of Source File:  31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf
Page: 6 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

series of ground-breaking publications, he described what he called Integral Photographs. Lippmann's 1908 proposal described a multi-lens photo plate "reminiscent of the insect's compound eye" to capture light rays from multiple directions, enabling the production of a virtual, 3D image of the scene, complete with parallax and perspective shift as the viewer shifts position. In 1936, the term "light field" was coined by Andrey Gershun, who published a classic text in which he described the light field as "the radiance traveling in every direction through every point in space."

### Light Fields Become Digitized

Innovations continued over the next decades, including continued development of lenses, optical apertures, diffraction optics and more. But by the late 1980's, as computers came to replace traditional photochemical imaging on film, an important question emerged: How do we quantify the complex characteristics of a light field?  Or, put another way: *What is the set of all things that one can ever see?*

An answer was proposed in 1991 by Edward Adelson and James Bergen, who first defined what they dubbed the "plenoptic" function, a term derived from


*Photos courtesy LinkedIn.*

the Latin *plenus* (complete or full) and optic. The plenoptic function describes a ray-based model of light (or a model of radiant pyramids, if you prefer da Vinci's terminology). The rays are characterized by the intensity of light as a function

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 127**

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf
SHA-256 Hash of Source File:  31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf
Page: 7 of 9          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

of viewpoint (directionality), as a function of time (motion), and as a function of wavelength (color). The goal would be to create a plenoptic light field camera capable of precisely capturing and digitizing all these parameters. Then, a complementary light field display could be used to recreate the image — just like our magic mirror did in our science fiction example.



*Images courtesy LinkedIn*

Within a few years, the next pivotal milestone was achieved when light fields were fully introduced into computer graphics in 1996 by Marc Levoy and Paul Hanrahan at Stanford University. This launched a surge of innovation bridging plenoptic imaging with data processing developments, including the emergence of the first graphic processing units (GPU's), new CCD and CMOS camera sensors, innovations in digital signal processing and data storage, and more. This combination came to be known as "computational imaging" and continues as the cornerstone of camera and sensor technology today. Computational imaging is currently a component in everything from the camera in your phone to autonomous cars and modern light field computational microscopes.

**Going Forward**

There is a famous quote that reminds us, "It's hard to make predictions, especially about the future." This is doubly true for immersive imaging technology. But there are a few things we do know. First, computational imaging

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 128

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf
SHA-256 Hash of Source File:  31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf
Page: 8 of 9      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

technologies are progressing at a rapid pace and will enable amazing new features within the next few years. Second, demand for immersive imaging is growing, fueled by the entertainment industry, as well as business sectors including biomedical, autonomous vehicles, geospatial analysis and microscopy. Third, the decades of important innovations in light field imaging have been building toward a long-term objective to enable the reproduction of real-life images.



Back in 1950, computer visionary Alan Turing proposed an influential test for artificial intelligence: That a computer can

*The Turing Test. Image courtesy Creative Commons.*

be said to possess artificial intelligence if it can mimic human response under specific conditions. More recently, UC Berkeley professor of optometry, visionscience, neuroscience and psychology Marty Banks teamed up with Stanford University associate professor of electrical engineering Gordon Wetzstein (with their colleagues) and proposed a new version of a "Turing Test" for 3D and light field displays: "A person views input that comes either from a direct view of the real world or from a simulated view of that world presented on a display. He or she has to decide — real or display?" Based on the astounding progress we've witnessed in past years, it now is clear that this is our current trajectory. The only question is *when* you won't be able to tell the difference between a real landscape and one reproduced on a light field display.

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 129

**What Is a Light Field?**
EXHIBIT LFL-2

what-is-a-light-field.pdf

SHA-256 Hash of Source File: 31535b98f0d8c00eea1381dd6018a122f9fdfa277e185b651c6cfa902b0f67cf

Page: 9 of 9     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

Go Back

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 130**

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf

SHA-256 Hash of Source File:  69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 1 of 11       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



Home     The Tech     Press     Contact     Jobs     HoloWire



# WHO USES HOLOGRAPHIC DISPLAYS?

## By Debra Kaufman

June 16, 2020

**Reading Time:**  7 Minutes

Holographic (often interchangeable with light field) capture and display has piqued the interest of numerous industry sectors that see it as a way to create innovative products and gain a competitive edge. According to market

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 131**

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf

SHA-256 Hash of Source File:  69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 2 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

researcher Latest Herald, "the holographic display market is anticipated to record a CAGR (compound annual growth rate) of around 28.48 percent during the forecast period [of] 2019-2027." Allied Market Research projects the value of the entire display market will reach over $206 billion by 2025.



*Alexis Macklin, Research Manager Greenlight Insights*

Among the many industry sectors that will be impacted by holographic displays are media and entertainment, which has already embraced augmented reality, virtual reality, retail, automotive, energy, medical and the military. All have been exploring and testing holographic displays.

"There are a lot of R&D type projects across a lot of different industry verticals," explains Greenlight Insights founder and Chief Executive Clifton Dawson. "Industries that currently rely on visualizing 3D assets as part of the critical workflow have been relatively quick to investigate

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf
SHA-256 Hash of Source File:  69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b
Page: 3 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

this technology and invest time and resources into it."

Last year saw the debut of the IDEA (Immersive Digital Experiences Alliance) Group, whose mandate is to develop "a family of royalty-free technical specifications that define interoperable interfaces and exchange formats to support the end-to-end conveyance of immersive volumetric and/or light field media."

"With IDEA Group, some of the biggest players are working together," says Greenlight Insights Research Manager Alexis Macklin. "It's an important step to develop infrastructure and agree on terms." Macklin notes that developers like Light Field Lab are "really an important part of how this field progresses." Other IDEA Group members include OTOY, Looking Glass, Visby, Gridraster, Pluto, Charter, Cox and CableLabs.

**HoloWire** talked to experts in the field to get their take on the potential impact of holography on these industry segments.



**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf

SHA-256 Hash of Source File:  69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 4 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

---

*Philip Lelyveld, USC Entertainment Technology Center*

**Entertainment/Media:** This market sector, broken down, is highly valuable: amusement parks at $400 billion in worldwide economic impact (per the International Association of Amusement Parks and Attractions); videogames and recorded music at $400+ billion (Futuresource); cinemas at $33 billion (Rentrak) and live music at $10 billion (Statista).

At USC's Entertainment Technology Center, program director Philip Lelyveld notes that holograms are an organic next step to an on-going evolution in entertainment. "People always want a better experience," he says.

Mission Rock Digital consultant and Chief Technology Officer Pete Ludé, who is IDEA Group chair, believes that out-of-home holographic experiences will be first. "Theme parks can definitely use these enhanced imaging technologies," he says. "Some theme parks already use 3D glasses to see projected images, but ambient light degrades it and 3D glasses don't work well. An emissive light field display solves all those problems."

Macklin agrees that out-of-home entertainment — a large-scale 3D immersive experience without headsets or glasses — is ripe for development. "It's already in the early stages, but huge popularity has emerged," she says. "Light field can make those experiences more realistic, more immersive."

Lelyveld talks about the many uses of light field displays for in-home entertainment. "Bringing the concert to the home is another idea, as well as theater in the round," he says. "It

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf
SHA-256 Hash of Source File: 69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b
Page: 5 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

becomes a new art form and creates new language. ... [Light field imagery] could be a portal to another place, like looking through a window into another world. ... The only limit is how many people could gather around it. If you can get the box sized so that several people can watch at once, it would be like the old days of TV. We don't yet know all the ways it will work but it could be extremely compelling."

Ludé agrees with Lelyveld that such a panel would be "like a window to look through and see a complex scene from different angles, with the actors next to me or in front of me, or an adventure scene with a very realistic landscape."



*V. Michael Bove, Co-founder/advisor Modern Mirror, Inc.*

The videogame industry will also benefit from light field displays, adds V. Michael Bove, co-founder and adviser for The Modern Mirror. "Light field displays will let you create an experience that is shareable with a group of people," he says. "If you can provide that user experience without

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 135**

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf
SHA-256 Hash of Source File: 69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 6 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

requiring people to wear the hardware, it opens a lot of scenarios."

At Greenlight Insights, Macklin points out that light field capture will also play an important role in cinematic quality visual effects production. "As the demand for high quality VFX increases with all the different emerging platforms, something like light field capture can be able to shorten the pipeline," she says.

**Retail/fashion:** According to a 2019 report from ZenithOptimedia, the retail market will be valued at $27 trillion a year by the end of 2020, with $600+ billion in advertising to influence purchases. Bove's company specializes in visualization solutions for luxury fashion, and he points to the impact holograms will have on the retail industry as well. "In an effort to jumpstart brick-and-mortar stores, retail is experimenting with things that can happen in store that can't on your iPad," he says. "There's definitely a market for 3D virtual fashion models." The Modern Mirror, he adds is working on another compelling retail idea: "through body imaging, you could create a very high-quality 3D model of the individual consumer and see him/her in the virtual clothing."

Because fashion is digitally designed using CAD models, with sub-millimeter accuracy, Bove notes that designers will be able to "just drop in the model and the result really enhances the user experience."

Dawson adds that digital signage and retail are prime environments for light field displays. "To be able to contextualize information graphically is something that retailers and cities are interested in investing in also," he

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf

SHA-256 Hash of Source File:  69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 7 of 11       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

says.

Due to the coronavirus, digital runway shows are under scrutiny as big events might not be stageable. Light field display, notes Bove, would allow designers to stage an event in 20 different locations globally. "It's like being at a [real-life] fashion runway event, with the same models, the same garments," he says.

Lelyveld adds that remote custom fitting of garments is another potential retail use for light field technology, "especially in pandemic times and the need for social distancing."

**Energy/Medical/Science:** According to Reports and Data, the visualization and 3D-rendering software market is expected to grow to $3.7 billion by 2026.



*Clifton Dawson, CEO Greenlight Insights*

These industries have one important requirement in

Url 1: link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
Url 4: drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 137

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf
SHA-256 Hash of Source File: 69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b
Page: 8 of 11     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

common: The need to visualize large amounts of data. Data visualization, the graphical representation of data, has relied on a range of visual elements including charts, graphs and maps to create a more accessible way to comprehend patterns, trends and other information. Bove points out that there's currently "an explosion of high-quality 3D data," adding, "the content has now far exceeded our capacity to visualize it. This is going to be a real driver for light field displays."

Ludé agrees, noting, "In the early days of molecular modeling, geo-spatial exploration and modeling, cartography couldn't be seen properly in 2D. Being able to display the data in 3D was very attractive. And everything that was made better by stereoscopic 3D is made way, way better by light field display."

At Greenlight Insights, Dawson highlights that numerous important industries that rely on 3D asset visualization have been eager to invest time and resources into investigating light-field technology. "Industries like high-end medical imaging are already piloting or developing ecosystems," he says.

Lelyveld says holograms are ideal for team collaboration. "It's a better technology for delivering visuals for individual and group viewing," he says. "Those great strengths will drive implementation in a multitude of industries. They're already doing it with headsets, but holographic displays would be a fundamental improvement over current technologies."

Bove adds that data visualization can extend into remote manipulation for such use cases as micro-surgery or robots

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**EXHIBIT LFL-2 | p. 138**

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf
SHA-256 Hash of Source File: 69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b
Page: 9 of 11      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

in space. "Industrial, medical and military applications need high quality visualization of remote images, and those tend to require high comfort and high accuracy," he says. "Light field displays are very, very good for that."

**Military:** The military has a long history of <u>funding projects</u> to prove the uses of innovative technologies. For its 2020 budget, Pentagon Deputy Defense Secretary David Norquist reported that the $750 billion allocated included almost $104 billion for its research, development, test and evaluation fund, the largest such request in 70 years. Their projects included research focused on light field capture and display.

"The Department of Defense has the requirements and the budgets for projects such as 3D modeling of ballistics and landscapes and ordinances," says Ludé. "They're also doing a lot of work on holographic displays for the U.S. Navy on aircraft carriers."



*Pete Lude, Mission Rock Digital*

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf

SHA-256 Hash of Source File:  69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 10 of 11        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

---

Lelyveld notes that "large technologies have often been driven by the military, oil & gas and medical industries. … I think the military will be the first to pick up holography," he says. In *National Defense* magazine, Frost & Sullivan VP of Aerospace, Defense and Security Michael Blades analyzes the latest in AR and VR headsets for military training and simulation — and imagines a future in which users might not have to rely on any goggles or headsets. "A lot of these things … show a 3D representation of something," he says. "What if that's just generated by some sort of video that makes a three-dimensional fixture in front of you that you don't need glasses for? That's the interesting thing about the augmented reality is some of those applications, you may not even need glasses for it."

Bove points out one of the reasons military groups suchas the Air Force Research Lab and the Pentagon are funding work in light field displays: "With typical 3D stereoscopic displays, there's the problem of vergence accommodation conflict caused by the conflicting depth cues and resulting in discomfort and fatigue," he explains. "Light field displays don't have that problem."

Dawson notes that "companies are facing a need to digitally transform, and holographics is one technology option." Light field capture opens the door to a new kind of storytelling, adding more options to creative expression.

"It will become an artistic judgment, where the appropriate content migrates to the appropriate display platform," Ludé says. "We'll end up with new experiences that we can't predict now and find out which experiences turn out to be valuable."

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny

EXHIBIT LFL-2 | p. 140

**Who Uses Holographic Displays?**
EXHIBIT LFL-2

who-uses-holographic-displays.pdf

SHA-256 Hash of Source File: 69d833578848b248d1dca27bc0429cdf47cf25b80426c03896d377e219f4ff9b

Page: 11 of 11          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Go Back

| The Tech | Location | Phone | Email |
|----------|----------|-------|-------|
| Press | San Jose, CA | 1 (833) LIGHT 4D | info@lightfieldlab |
| Contact | | | |
| Jobs | | | |
| Blog | | | |
| Privacy | | | |

**Url 1:** link.storjshare.io/raw/jxhbc5htqdetk6jeoqbhzbwghzxq/file/EXHIBIT LFL-2_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/ab35c3ed-a385-4eec-9934-6894a03c2826.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/c90d8688-3810-47b3-9016-47bdf7605d35.pdf
**Url 4:** drive.proton.me/urls/KG8TN58Z6G#AGob3J4gCrny