EXHIBIT OTY

**OTOY Advisory Board**
EXHIBIT OTY

OTOY-Advisory-Board.jpg
SHA-256 Hash of Source File:  d5c3077c12a63034793d62208aa6ad051a84059c81c9a58822734c60df5a9ad4
Page: 1 of 1       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]



**Ariel Emanuel**

Chief Executive Officer,
Endeavor

Read Full Bio



**Dr. Eric Schmidt**

Executive Chairman and
Former CEO, Google Inc.

Read Full Bio



**Mike Winkelmann**

Artist
@Beeple

Read Full Bio



**Samuel J. Palmisano**

Chairman, President and CEO,
IBM Corporation (2003-2011)

Read Full Bio



**Richard G. Kerris**

Chief Technology Officer,
Lucasfilm (2007-2011)

Read Full Bio



**Brendan Eich**

CEO and co-founder of
Brave Software

Read Full Bio

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 1

Matthew Guertin v. Tim Walz, 8th Circuit Appellate Case: 25-2476

**Stability AI OTOY Endeavor and The Render Network Join Forces | Short**
EXHIBIT OTY

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces.pdf
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 1 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

# Stability AI, OTOY, Endeavor, and The Render Network Join Forces to Develop Next Generation AI Models, IP Rights Systems, and Open Standards Powered by Decentralized GPU Computing

NEWS PROVIDED BY
**OTOY Inc.** ➞
Mar 18, 2024, 13:53 ET

*Emad Mostaque, Founder and CEO of Stability AI, joins Ariel Emanuel and Beeple on the **Render Network**'s advisory board, to standardize, develop, and deploy new Gen AI workflows and provenance systems on Render - the industry's first and largest decentralized GPU computing platform.*

LOS ANGELES, March 18, 2024 /PRNewswire/ -- OTOY, Stability AI, Endeavor and the **Render Network** are thrilled to announce a partnership between the industry leaders in open-source Generative AI models, media and entertainment and GPU computing to develop and standardize IP rights, production workflows and infrastructure around emerging AI technologies.

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 2

**Stability AI OTOY Endeavor and The Render Network Join Forces | Short**
EXHIBIT OTY

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces.pdf
SHA-256 Hash of Source File: e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 2 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]



Stability AI, OTOY, Endeavor, and The Render Network Join Forces to Develop Next Generation AI Models, IP Rights Systems, and Open Standards Powered by Decentralized GPU Computing



The partnership leverages Render's decentralized GPU network, massively scaling AI training and inference power at cost to help democratize open source, transparent, generative AI technology and provenance systems that will soon impact 3D, VFX and Media production workflows.

**Stability AI** will join OTOY as member of the **Immersive Digital Experiences Alliance (IDEA)** to help evolve open standards and protocols for ingesting Gen AI models into 3D workflows - including product design, motion graphics, VFX, composition, spatial and holographic endpoints - that can be adapted by standards organizations across the media and entertainment ecosystem.

As part of the collaboration, **Endeavor** will work with Stability AI, the Render Network, and OTOY to develop transparent IP tracking tools for emerging ML models, publishing their research for peer review through IDEA. This work will include usage of OTOY's LightStage technology - the industry's leading reflectance-field facial scanning and digital double platform - to produce licensing tools that enable artists to control their likeness and receive royalties for their IP when used in generative AI models.

OTOY and Stability AI will work together to optimize Stability AI's models to run on the Render Network's peer-to-peer pool of consumer GPUs, with the ability to feed results back into over 26+ widely used

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 3**

**Stability AI OTOY Endeavor and The Render Network Join Forces | Short**
EXHIBIT OTY

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces.pdf
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 3 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

mainstream 3D software tools supported on the network. Native integration of Stability AI models on the Render Network provides a seamless integration of large AI models and 3D content workflows, access to web APIs for third party applications, and the ability to scale to a waitlist of over a million consumer GPUs for building next generation media models.

This includes today's launch of **Stable Video 3D**, a state-of-the-art novel view synthesis and 3D generation model. Leveraging the power of the Render Network's world class decentralized GPU platform, 3D and other media models will both build on compute and community participation. Upcoming models include the hotly anticipated **Stable Diffusion 3**, the leading image model across **a range of tests**, and new language, code, and audio models.

As part of the integration, Stability AI models will leverage provenance systems already established on Render Network - known as ***Proof-of Render*** - providing immutable receipts and tracking of all individual components ingested and used for output of computing work on-chain. Through transparent on-chain data, royalty flows for IP and assets used in AI models, as well as their outputs, can be managed using public auditable smart contracts.

Additional details about the partnership will be discussed by Stability AI Founder and CEO Emad Mostaque during Abundance 360 on Monday March 18th, and on March 20th during a keynote talk for the USC VanEck Southern California Blockchain Conference. OTOY Founder and CEO Jules Urbach will speak to the partnership on March 20th at **NVIDIA's GPU Technology Conference (GTC)**, at NAB on April 16th and in a keynote talk at **Beeple Studios Digital Art Death Match** on May 4th.

According to Founder and CEO of Stability AI, Emad Mostaque, "I joined the Render Network advisory board to shape the future of decentralized computing and AI. My vision is to build next generation transparent, non-closed source AI models and leveraging the Render Network's compute infrastructure to help ensure this doesn't become the domain and provenance of a few centralized players." Mostaque added, "We must democratize access to this powerful technology to enhance and enable creativity for all while innovating with integrity."

"AI is profoundly changing the media and entertainment landscape, on par with the Internet and the advent of television," said Ariel Emanuel, CEO of Endeavor. "Jules and his team have been pushing the boundaries of this kind of technology for more than two decades, before anyone was seriously thinking about GPUs for rendering, data centers, or AI. This partnership is an important step toward helping artists, creators, and

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 4

**Stability AI OTOY Endeavor and The Render Network Join Forces | Short**
EXHIBIT OTY

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces.pdf
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47
Page: 4 of 5       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

rights holders control and manage their work and IP in the age of AI," added Emanuel.

"Today's partnership with Stability AI and Endeavor is a milestone that will shape the future of transparent, artist driven AI workflows and tools, powered at scale by decentralized computing, and allow creators and publishers to leverage their work and IP across training, inference, and rendering," said CEO of OTOY and founder of the Render Network, Jules Urbach. "Our mission has always been to democratize emerging technology for artists and creators. To that end, our ongoing collaborative R&D work with Stability AI aims to bring production ready neural rendering to Octane and other 3D renderers in the coming year. And with SV3D, jointly announced between us today, the deep integration of Stability AI's latest cutting edge 3D and multi-modal models designed and optimized for The Render Network, will also help accelerate the development of next generation AI with 3D production tools for creators," added Urbach.

"When Octane introduced fast GPU Rendering for artists like me a decade ago, it changed everything. It allowed me to create my 3D everydays in near real time, giving me even greater control over the final image," said digital artist Beeple. "I am excited for this partnership as I believe image to image AI filters will become an integral part of 3D workflows in the future, unleashing even more creativity and eventually giving artists even greater control over what's possible. I see so much potential for further improvements to this process and am excited to be working towards this goal in collaboration with Ari, Emad, and Jules," added Beeple.

**About Stability AI**
Stability AI is the world's leading open source generative AI company. We deliver breakthrough, open-access AI models with minimal resource requirements in imaging, language, code and audio.

**About The Render Network Foundation**

**The Render Network Foundation** is the governance organization for the world's leading decentralized compute network, the **Render Network**. The network connects node operators looking to monetize their idle GPU compute power with artists looking to scale intensive 3D-rendering work and with machine learning developers looking to train and tune AI models. Through a decentralized peer-to-peer network, the Render Network achieves unprecedented levels of scale, speed, and economic efficiency. For more information on Render Network Foundation, please visit **https://renderfoundation.com**.

**About OTOY Inc.**

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 5**

**Stability AI OTOY Endeavor and The Render Network Join Forces | Short**
EXHIBIT OTY

Stability-AI-OTOY-Endeavor-and-The-Render-Network-Join-Forces.pdf
SHA-256 Hash of Source File:  e2cb5d679d31edf0f9251cee107b86f6c43905d797ad1677f82d315b42d53b47

Page: 5 of 5          [ source file ]     [ .ots timestamp of source file ]     [ metadata ]

OTOY Inc. is the definitive cloud graphics company, pioneering technology that is redefining content creation and delivery for media and entertainment organizations around the world. OTOY's Academy Award®-winning technology is used by leading visual effects studios, artists, animators, designers, architects, and engineers, providing unprecedented creative freedom, new levels of realism, and new economics in content creation and distribution powered by the cloud. For more information, visit **www.otoy.com**.

Additional Resources:

- Read more about The Render Network here.
- Follow OTOY on Facebook and Twitter.

SOURCE OTOY Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED



**440k+**
Newsrooms &
Influencers



**9k+**
Digital Media
Outlets



**270k+**
Journalists
Opted In

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 6

# Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality
## EXHIBIT OTY

Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality __ Animation World Network.pdf

SHA-256 Hash of Source File:  d41639a0d1c5c2d53c8206ad9fb10de4ab58f906e037c0c2c1c755948afe3ab8

Page: 1 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Light Field Lab and OTOY Making the 'Star Trek' Hol...          https://www.awn.com/news/light-field-lab-and-otoy-ma...



HOME     NEWS     BLOGS     ANIMATIONWORLD     VFXWORLD     EVENTS     FORUMS     JOBS     MORE

### Light Field Lab and OTOY Making the 'Star Trek' Holodeck a Reality

Endeavor and Roddenberry Entertainment leading development of original content, with OTOY's real-time rendering and Light Field Lab's groundbreaking holographic display technologies.

By AWN Staff Editor | Monday, October 22, 2018 at 12:08pm

In 3D, Business, CG, Technology, AR/VR/XR, Visual Effects | ANIMATIONWorld, Headline News, VFXWorld |
Geographic Region: All, North America



Future vision concept art of room scale holographic display from Light Field Lab.

OTOY and Light Field Lab, industry leaders in holographic rendering and display innovation, have announced their new partnership to deliver the industry's first end-to-end holographic content creation to display ecosystem. The partnership will leverage Light Field Lab's revolutionary headgear-free holographic displays and OTOY's ORBX Technology, the industry's first open source and royalty-free format for rendering media and real time graphics on Light Field Lab's holographic display panels.

Original holographic content is in active development, spearheaded by Ariel Emanuel, CEO of Endeavor, and Rod Roddenberry, CEO of Roddenberry Entertainment & Executive Producer, *Star Trek: Discovery*.

"OTOY has created the capture, rendering and streaming technology for the industry to transition to holographic content development, as well as the RNDR blockchain for IP rights and distribution," said Emanuel. "We're excited to use this platform to bring true holographic content to Light Field Lab's displays, which will give consumers unbelievable experiences, without the burden of 3D glasses or VR headsets."

Light Field Lab's initial prototype modules will scale to form larger holographic video walls with hundreds of gigapixels of light field resolution setting the standard for fully immersive holographic experiences. OTOY's blockchain GPU compute network (RNDR) will provide the scale to make rendering holographic content for these experiences widely available for the first time. Light Field Lab started demonstrating holographic prototypes with OTOY-rendered content earlier this year to leading industry stakeholders including Endeavor, Roddenberry Entertainment and Richard Kerris, former CTO of Lucasfilm and Advisor to OTOY.

"I see a lot of display technology marketed as 3D holograms," said Kerris. "However, most of the



**Top Headline News**

➤➤ Technicolor Group Names David Conley President of MPC

➤➤ 'The Invisible Man and His Soon-to-Be Wife' Anime Series Coming in 2025

➤➤ 'Paddington in Peru' U.S. Release Delayed

➤➤ Texas A&M University to Utilize Sony Technology for Virtual Production Institute

➤➤ 'Nathan-ism' Documentary Hits Laemmle Theater in Los Angeles

Url 1: link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
Url 4: drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 7

**Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality**
EXHIBIT OTY

[Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality __ Animation World Network](#).pdf

SHA-256 Hash of Source File:  d41639a0d1c5c2d53c8206ad9fb10de4ab58f906e037c0c2c1c755948afe3ab8

Page: 2 of 4          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

Light Field Lab and OTOY Making the 'Star Trek' Hol...          https://www.awn.com/news/light-field-lab-and-otoy-ma...

things I see are actually just gimmicks. The holographic displays being developed by Light Field Lab, with OTOY's 3D content, truly does have the potential to be the game changer we've been waiting for. The combination of breakthroughs in both rendering and display technologies could very well mark the beginning of a next-gen media revolution." Kerris continued, "Your eyes freely focus on holographic objects without the need to wear glasses to see the 3D. The experience is unlike anything I've experienced and gives me hope on seeing their vision of the holodeck eventually come true."

Both Light Field Lab and OTOY have committed to bring these experiences to professional and consumer markets, alongside an end-to-end content creation and distribution ecosystem, with the ultimate shared vision to enable the Star Trek Holodeck.

"The concept of the Holodeck was extremely important to my father as well as the Star Trek Universe," said Rod Roddenberry about his late father, Gene Roddenberry, the creator of Star Trek. "I want to see Star Trek's technologies made real, and for the very first time, now believe that a real Holodeck is no longer limited to science fiction. Although it's early days, my father would be beyond excited to know his vision is coming into reality thanks to OTOY's trailblazing light field rendering, and the revolutionary holographic display systems created at Light Field Lab."

Endeavor-backed holographic experiences will be exhibited in a slate of upcoming projects and campaigns. Prototypes and future products will feature content rendered by OTOY's real-time light field physics engine and cloud architecture, led by the RNDR blockchain GPU compute network.

*Source Light Field Lab/OTOY*

 AWN Staff Editor

Tags: Light Field Lab   OTOY   Endeavor   Roddenberry Entertainment   Ariel Emanuel
Rod Roddenberry   Star Trek: Discovery   holographic display   3D   CG   CGI   VR
Virtual Reality   Star Trek   holodeck   GPU   GPU Compute   Technology   real-time
real-time graphics

📋 More From News:

| | Next Post | Previous Post | |
|---|---|---|---|
| ← | Final Frontier Names Chris Colman Executive Producer | Guillermo del Toro Co-Directing Stop-Motion 'Pinocchio' Feature for Netflix | → |

🔗 Related Content

**OTOY Announces Availability of OctaneRender 3 & OctaneRender Cloud**

**OTOY Takes Fans Inside 'Batman: The Animated Series'**

**OTOY Unveils Holographic Video Pipeline**

**OTOY Releases OctaneRender 2**

**Lytro Cinema Brings Revolutionary Light Field Technology to Film and TV Production**



*Only on ANIMATIONWorld:*
*Flow:* Cat-aloging Gints Zilbalodis' Journey of Teamwork and Self Discovery

❯❯ Disney Announces 4th 'Miraculous' Animated Event Premiere

❯ Watch: 'Lord of the Rings: The War of the Rohirrim' Anime Production Featurette

❯ 'Memoir of a Snail' Now Streaming on The Animation Showcase

See More »



*Only on ANIMATIONWorld:*
Magnets, Lube and an R-Rating: Adam Elliot Discusses *Memoir of a Snail* at SAVFF

AWN.com Animation World Network

**Career Connections**

❯❯ Teaching Assistant Professor - Animation/ Interactive Design
East Carolina University

❯❯ Producer I, Digital
Nexstar Media Group

❯❯ Digital Content Producer
Nexstar Media Group

❯❯ Marketing Content Creator
Sinclair Broadcast Group

❯❯ Marketing Content Creator
Sinclair Broadcast Group

❯❯ UX/UI Designer - Senior Associate
Capital One

❯❯ Senior Content Creator
Sinclair Broadcast Group

❯❯ Digital Graphic Designer
Ultimate Staffing

See More »

**Recent Comments**

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

<span style="color:red">**EXHIBIT OTY | p. 8**</span>

## Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality
EXHIBIT OTY

[Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality __ Animation World Network.pdf](#)

SHA-256 Hash of Source File:  d41639a0d1c5c2d53c8206ad9fb10de4ab58f906e037c0c2c1c755948afe3ab8

Page: 3 of 4      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]



**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 9**

**Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality**
EXHIBIT OTY

Light Field Lab and OTOY Making the ·Star Trek· Holodeck a Reality __ Animation World Network.pdf
SHA-256 Hash of Source File:  d41639a0d1c5c2d53c8206ad9fb10de4ab58f906e037c0c2c1c755948afe3ab8
Page: 4 of 4          [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

Light Field Lab and OTOY Making the 'Star Trek' Hol...          https://www.awn.com/news/light-field-lab-and-otoy-ma...

Hulu Drops 'The Night Before Christmas in
Wonderland' Official Trailer
1 comment · 3 weeks ago

**Elsewhere on AWN**








FOX Renews
'Krapopolis' for Fourth
Season

HBO Renews 'House of
The Dragon' for Season
3

'Sausage Party:
Footopia' Renewed for
Second Season at
Prime Video

Prime Video's
'Invincible' Renewed for
Fourth Season

'Camp Snoopy'
Renewed for Second
Season at Apple TV+

FOX Renews 'Universal
Basic Guys' Prior to
Season 1 Debut

**Animation World Network**

Contact Us | About Us | Terms Of Service | Privacy Policy | Media Kit

© 2023 AWN, Inc. AWN.com - Part of the Animation World Network - 13300 Victory Blvd. Suite 365 Van Nuys, CA 91401



**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 10**

**OTOY Launches Groundbreaking Multi Hour Star Trek Spatial Experience**
EXHIBIT OTY

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience.pdf
SHA-256 Hash of Source File: 596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d

[ source file ]     [ .ots timestamp of source file ]     [ metadata ]

# OTOY Launches Groundbreaking Multi-Hour Star Trek Spatial Experience for Apple Vision Pro, in Partnership with Paramount Game Studios and Roddenberry Entertainment

NEWS PROVIDED BY
**OTOY Inc. →**
Feb 02, 2024, 13:22 ET

*OTOY, Paramount Game Studios and Roddenberry Entertainment follow up with Roddenberry Archive experience produced at the highest levels of fidelity and historical accuracy for Apple Vision Pro*

LOS ANGELES, Feb. 2, 2024 /PRNewswire/ -- In partnership with Paramount Game Studios and The Gene Roddenberry Estate, OTOY is thrilled to unveil the 'The Archive' exclusively for Apple Vision Pro. 'The Archive' **launches on the App Store today** in tandem with the release of Apple's new spatial computing platform. The app marks a major evolution of the **Roddenberry Archive project**, which had over 4-million visitors during a limited 3-week preview on the web in April 2023.

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 11

**OTOY Launches Groundbreaking Multi Hour Star Trek Spatial Experience**
EXHIBIT OTY

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience.pdf

SHA-256 Hash of Source File: 596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d

Page: 2 of 5     [ source file ]     [ .ots timestamp of source file ]     [ metadata ]




OTOY, Paramount Game Studios and Roddenberry Entertainment follow up with Roddenberry Archive experience produced at the highest levels of fidelity and historical accuracy for Apple Vision Pro








The new Archive app immerses fans in nearly **2-hours of groundbreaking _Star Trek_ spatial experiences** built exclusively for Apple Vision Pro, allowing them to explore hundreds of fully realized locations, artifacts and unique items - spanning every _Star Trek_ TV show and film across the franchise's nearly 60-year history. With only gaze and touch, Apple Vision Pro users can transport themselves instantly through gorgeous immersive 3D environments traversing between different eras of _Star Trek_ from The Cage pilot to _Star Trek: Lower Decks_. They can inspect each item on Captain Kirk's shelf, take a seat at Quark's bar on the Deep Space Nine Promenade, or launch a shuttle from the _U.S.S. Enterprise-D_'s hangar bay. With Apple SharePlay, a visit through the world of _Star Trek_ can also become a shared social experience that can be live streamed with friends and family over FaceTime.

Created exclusively for Apple Vision Pro app, a select number of _Star Trek_ assets are available as downloadable holographic objects which can be placed in the user's home environment. These models and sets can be shrunk or expanded from life size to dollhouse scales while rendering at a fidelity and quiescence never before possible on consumer hardware.

Audiences can play with the size and scale of the legendary _U.S.S Enterprise_ - enabling them to experience what it is like to walk around the original 11-foot physical _U.S.S Enterprise_ model on display at the

Url 1: link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
Url 2: MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
Url 3: Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
Url 4: drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 12**

**OTOY Launches Groundbreaking Multi Hour Star Trek Spatial Experience**
EXHIBIT OTY

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience.pdf
SHA-256 Hash of Source File:  596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d
Page: 3 of 5       [ source file ]       [ .ots timestamp of source file ]       [ metadata ]

Smithsonian, or have the in-universe 1:1 life size 1000-foot ship fly overhead.

**OTOY concept videos** and documentary films from recent Roddenberry Archive **releases** have been remastered specifically for Apple Vision Pro and are featured in the app along with newly restored footage from the Roddenberry Archive - including previews of the unabridged interviews with George Lucas and Stan Lee exploring Gene Roddenberry's influence on *Star Wars* and *Marvel.*

Samples of OTOY's many years of collaboration with legendary creators are also included in the archive, including content **done by OTOY in collaboration** with Bruce Timm in 2014 for *Batman: The Animated Series*.

The app's spatial content and streams were created by artists and studios using the **Render Network** and OTOY's cutting-edge GPU rendering tools, bringing the highest levels of unbiased path-traced realism at unprecedented resolutions, powered by thousands of decentralized GPUs in the cloud. The app allows artists using OTOY's tools to load their own immersive media creations on Apple Vision Pro and share it with others.

Featured in The Archive's native spatial content for Apple Vision Pro are 1-meter by 1-meter light field cubes that are displayed at 90-frames-per-second in 4K resolution per eye, pushing the boundary on visual fidelity. Unbiased rendering and light field baking enable audiences to experience *Star Trek* worlds with fully path traced real time lighting, including dynamic glossy reflections and shadows, bringing revolutionary levels of photorealism to immersive content.

The Archive was developed using the Universal Scene Description (USD) format as part of OTOY's membership in The Alliance for OpenUSD – a group formed by Pixar and Apple, among others – that is working to standardize the USD format across the industry to help artists and developers create and deploy complex real-time 3D experiences at scale.

"Through our multi-decade collaboration with OTOY, we have been working to push the frontiers of immersive technology to fulfill my father's legacy, creative intent, and ideas in ways that can be experienced today and by generations yet to come." said Rod Roddenberry, President of Roddenberry Entertainment. "The Roddenberry Archive, as an immersive experience on Apple Vision Pro, is a remarkable milestone in realizing my father's vision for the Holodeck. This release also fulfills one of my mother's greatest wishes. She recorded her phenoms in 2008 before her passing, to have her voice live

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**OTOY Launches Groundbreaking Multi Hour Star Trek Spatial Experience**
EXHIBIT OTY

on in posterity. It is deeply moving for me to be able to have her voice now narrate portions of the archive" added Roddenberry. "I am also pleased that the archive can bring to life both published and unrealized influential narrative works from *Star Trek's* rich literary history, covering my father's one and only *Star Trek* novel for the Star Trek: The Motion Picture in 1979 through the decades of books and comics that subsequently followed."

"Today's release of the Archive app for Apple Vision Pro marks a major step towards realizing Gene Roddenberry's Holodeck" said CEO of OTOY, Jules Urbach. "Through Apple's breakthrough Vision Pro spatial computing platform, we can bring audiences back in time as if they were there on set during the making of *Star Trek* for the first time, with full visual immersion and historical accuracy" added Urbach.

The Archive's latest release of navigable spatial content can be viewed as a live 2D stream on the web at **https://roddenberry.x.io**. For a limited time, the complete experience is available for free on both the web and Apple Vision Pro. Later this year, OTOY and Paramount will offer users unlimited viewing time and a-la-carte access to all current and future immersive *Star Trek* 3D experiences released through The Archive.

**About OTOY Inc.**

OTOY Inc. is the definitive cloud graphics company, pioneering technology that is redefining content creation and delivery for media and entertainment organizations around the world. OTOY's Academy Award®-winning technology is used by leading visual effects studios, artists, animators, designers, architects, and engineers, providing unprecedented creative freedom, new levels of realism, and new economics in content creation and distribution powered by the cloud. For more information, visit **www.otoy.com**.

**Additional Resources:**

- Read more about The Render Network here.
- Follow OTOY on Facebook and Twitter.

**About Paramount Consumer Products**

Paramount Consumer Products oversees all licensing and merchandising for Paramount (Nasdaq: **PARA**;

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 14**

**OTOY Launches Groundbreaking Multi Hour Star Trek Spatial Experience**
EXHIBIT OTY

OTOY-Launches-Groundbreaking-Multi-Hour-Star-Trek-Spatial-Experience.pdf
SHA-256 Hash of Source File:  596534295433d959a8a6ad5a3a2992927602be09c55d4579bef6c6fe0f5dbb7d
Page: 5 of 5      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

PARAA), a leading global media and entertainment company that creates premium content and experiences for audiences worldwide. Driven by iconic consumer brands, Paramount Consumer Products' portfolio includes a diverse slate of brands and content from BET, CBS (including CBS Television Studios and CBS Television Distribution), Comedy Central, MTV, Nickelodeon, Paramount Pictures and SHOWTIME®. With properties spanning animation, live-action, preschool, youth and adult, Paramount Consumer Products is committed to creating the highest quality product for some of the world's most beloved, iconic franchises. To view our range of consumer products and Paramount branded apparel, visit **ParamountShop.com**.

SOURCE OTOY Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED



**440k+**
**Newsrooms &**
**Influencers**



**9k+**
**Digital Media**
**Outlets**



**270k+**
**Journalists**
**Opted In**

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 15**

OTOY William Shatner and Nimoy Estate releases 765874 Unification 30th anniversary of _Star Trek_ Generations.pdf
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358

# OTOY, in association with William Shatner and the Nimoy Estate, releases '765874 Unification,' commemorating 30th anniversary of "Star Trek: Generations" with an immersive media experience for The Archive

NEWS PROVIDED BY
**OTOY Inc. ➙**
Nov 18, 2024, 18:52 ET

*On the 30th anniversary of "Star Trek: Generations", The Archive and William Shatner revisit Captain Kirk's final appearance on screen in a new 8-minute video produced for The Archive app on Apple Vision Pro: "765874: Unification", launched in tandem with new interactive sets and documentary interviews and behind the scenes content celebrating the legacy of the 1994 film.*

LOS ANGELES, Nov. 18, 2024 /PRNewswire/ -- OTOY, Inc is proud to release the next major update to **The Archive**, with *'765874: Unification'*, a mind-bending Star Trek experience celebrating the 30th anniversary of *Star Trek: Generations* – William Shatner's last appearance as Captain Kirk on screen.

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQI4ozreB3oq

EXHIBIT OTY | p. 16

**Stability AI OTOY Endeavor and The Render Network Join Forces | Full**
EXHIBIT OTY

OTOY William Shatner and Nimoy Estate releases 765874 Unification 30th anniversary of _Star Trek_ Generations.pdf
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 2 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]




OTOY, in association with William Shatner and the Nimoy Estate, releases '765874 Unification,' commemorating 30th anniversary of "Star Trek: Generations"







*'765874: Unification'* **launches today** on The Archive web portal and native app, an **immersive experiential app** designed for Apple Vision Pro. The release is accompanied by new interactive sets, props, and worlds from the 1994 film as well as a 20-minute retrospective by William Shatner himself, looking back over the last 30-years since he played the legendary character, and his aspirations for the future of Captain Kirk as the franchise approaches the 60-year mark. The full experience with all related extra content is available in its entirety in Digital Cinema 4k HDR and spatial video, exclusively mastered at peak fidelity for viewing on Apple Vision Pro.

Iconic characters from classic *Star Trek* history were brought to life through the live action performances of a talented cast, led by veteran TV and film star Sam Witwer as James T. Kirk, with Lawrence Selleck as Spock. Witwer and Selleck were filmed in costume, performing as Kirk and Spock on set, aided by both physical and digital prosthetics resulting in period-accurate portrayals matching the appearance of the characters as they originally appeared in TV and Film at the time.

William Shatner and Susan Bay Nimoy, widow of the late Leonard Nimoy, served as executive producers on the production.

Mr. Shatner worked with the OTOY team to fine tune the technical and creative direction required to bring

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 17**

**Stability AI OTOY Endeavor and The Render Network Join Forces | Full**
EXHIBIT OTY

OTOY William Shatner and Nimoy Estate releases 765874 Unification 30th anniversary of _Star Trek_ Generations.pdf
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 3 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

his interpretation of Kirk back to live action for the first time in 30 years, including the addition of his voice to narrate a key moment in the experience.

**Describing** *'765874: Unification'* and OTOY's digital prosthetic technology used to revisit *Star Trek* history, William Shatner said it "takes years off of your face, so that in a film you can look 10, 20, 30, 50 years younger than you are." Mr. Shatner surprised fans yesterday when he shared the first private screening of the video at the *Star Trek* tour in Ticonderoga, New York.

*'765874: Unification'* was directed by Award Winning Spanish filmmaker Carlos Baena, from a story by Jules Urbach, and features original music by Academy-award winning *Star Trek* composer Michael Giacchino.

The 8-minute video connects multiple decades of Star Trek lore, with nods to Robin Curtis' portrayal of Saavik (1984's *Star Trek III: The Search for Spock*), J.M. Colt (from the 1964 Cage pilot) played by actress Mahé Thaissa and Gary Mitchell, Kirk's friend from the second *Star Trek pilot* episode, "Where No Man Has Gone Before" performed by original actor Gary Lockwood.

For post-production and special effects work, skilled artists from OTOY and partner VFX studios combined digital and physical prosthetics with live action location photography, virtual production, and beautiful CG set extensions to deliver feature-film quality visuals. Major scenes in "Unification" were filmed twice, ensuring coverage to create video and spatial content mastered for Apple Vision Pro. All outdoor filming locations were scanned in and merged with CG set extensions, becoming part of The Archive's growing library of 3D worlds and locations.

Emmy-award winning visual effects supervisor Mark Spatny led OTOY's international team of artists and animators, including visual effects artists Neil Smith, JJ Palomo, and Aaron Westwood.

Visual effects in *'Unification'* were created using OTOY's **Octane**® rendering software and the **Render Network**® decentralized GPU rendering platform. Characters and props were digitized using OTOY's Academy-Award winning **LightStage**™ scanning system.

**About The Archive**

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 18**

**Stability AI OTOY Endeavor and The Render Network Join Forces | Full**
EXHIBIT OTY

OTOY William Shatner and Nimoy Estate releases 765874 Unification 30th anniversary of _Star Trek_ Generations.pdf
SHA-256 Hash of Source File: 33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358
Page: 4 of 6      [ source file ]      [ .ots timestamp of source file ]      [ metadata ]

**The Archive** is a multi-decade endeavor between OTOY and The Roddenberry Estate, in collaboration with Paramount Game Studios, to catalog key texts and documents from Gene Roddenberry's life and career using immersive technologies. With a mission to canonically memorialize reference 3D models of the *Starship Enterprise* – including studio models as filmed on set and life-size 1:1 scale 'in Universe' versions – The Archive aims to preserve iconic worlds from the Gene Roddenberry era of *Star Trek* for future generations to experience in new immersive spatial formats like **Apple Vision Pro**.

As part of The Archive, OTOY has leveraged advancements in virtual production technology and frontier digital workflows pioneered by OTOY to recreate key pieces in *Star Trek* history in 1:1 life-sized virtual sets.

The Archive's virtual production and digital makeup technology are used to create documentary shorts and immersive spatial experiences for the Apple Vision Pro. The documentary videos are overseen by Roger Lay, Mike and Denise Okuda, and feature *Star Trek* luminaries such as William Shatner, George Takei, Walter Koenig, director Robert Butler, Terry Matalas, Robin Curtis, Gary Lockwood, writer David Gerrold, production designer Dave Blass, and stunt performer Sandra Lee Gimpel.

The Archive can be explored as a native immersive spatial experience for Apple Vision Pro, available on the **App Store**. A limited version of The Archive is currently available in two-dimensional format on the web.

Recent short documentary videos produced for The Archive app experience include:

- The Roddenberry Archive: Behind the Scenes
- The Roddenberry Archive: The Cage
- The Roddenberry Archive: The Next Generation (Returns)
- The Roddenberry Archive: William Shatner
- The Roddenberry Archive: Walter Koenig
- The Roddenberry Archive: Return to Tomorrow (with "Q")
- The Roddenberry Archive: Deep Space Nine
- The Roddenberry Archive: David Gerrold (Part 1) | (Part 2)
- The Roddenberry Archive: All the Enterprises - A to Z

*Star Trek* intellectual property is used under a license with Paramount.                                    ⌘

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQI4ozreB3oq

**Stability AI OTOY Endeavor and The Render Network Join Forces | Full**
EXHIBIT OTY

OTOY William Shatner and Nimoy Estate releases 765874 Unification 30th anniversary of _Star Trek_ Generations.pdf
SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358

Page: 5 of 6        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]

**About OTOY Inc.**

OTOY Inc. is the definitive cloud graphics company, pioneering technology that is redefining content creation and delivery for media and entertainment organizations around the world. OTOY's Academy Award®-winning technology is used by leading visual effects studios, artists, animators, designers, architects, and engineers, providing unprecedented creative freedom, new levels of realism, and new economics in content creation and distribution powered by the cloud. For more information, visit **www.otoy.com**.

**Additional Resources:**

- Follow The Roddenberry Archive on X.
- Follow OTOY on Facebook and X.
- Read more about The Render Network here.

**About Paramount Consumer Products**

Paramount Consumer Products oversees all licensing and merchandising for Paramount (Nasdaq: **PARA**, PARAA), a leading global media and entertainment company that creates premium content and experiences for audiences worldwide. Driven by iconic consumer brands, Paramount Consumer Products' portfolio includes a diverse slate of brands and content from BET, CBS (including CBS Studios and CBS Television Distribution), Comedy Central, MTV, Nickelodeon, Paramount Pictures and SHOWTIME®. With properties spanning animation, live-action, preschool, youth and adult, Paramount Consumer Products is committed to creating the highest quality product for some of the world's most beloved, iconic franchises. To view our range of consumer products and Paramount branded apparel, visit **ParamountShop.com**.

SOURCE OTOY Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 20

**Stability AI OTOY Endeavor and The Render Network Join Forces | Full**
EXHIBIT OTY

OTOY William Shatner and Nimoy Estate releases 765874 Unification 30th anniversary of _Star Trek_ Generations.pdf

SHA-256 Hash of Source File:  33daaead794d6bfa51286a2f28ca7129e742c87e1a42c10cbb919dbe7c965358

Page: 6 of 6          [ source file ]          [ .ots timestamp of source file ]          [ metadata ]

# GET STARTED




**440k+**
**Newsrooms &**
**Influencers**




**9k+**
**Digital Media**
**Outlets**



**270k+**
**Journalists**
**Opted In**

**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

**EXHIBIT OTY | p. 21**

**Otoy 500 x 300 | 300 x 180 | Png**

EXHIBIT OTY

Otoy500x300-300x180.png

SHA-256 Hash of Source File: cbda072397dc7078a238423251d2dbedac4f9d5654c7ffb232c55992de910efb

Page: 1 of 1        [ source file ]        [ .ots timestamp of source file ]        [ metadata ]



**Url 1:** link.storjshare.io/raw/jvvu6ypuqqieqfoad43ov6dbe42q/file/EXHIBIT OTY_files.pdf
**Url 2:** MnCourtFraud.Substack.com/api/v1/file/c9db90ca-a36f-4291-b6cb-763029457642.pdf
**Url 3:** Matt1Up.Substack.com/api/v1/file/775d05e2-4091-4861-bcee-f472f6a56cce.pdf
**Url 4:** drive.proton.me/urls/R806BP1E1R#ZQl4ozreB3oq

EXHIBIT OTY | p. 22